**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re:<br><br>Silverfern Capital Management, LLC,<br><br>Debtor. | )<br>)<br>)<br>)<br>) | Case No. 26-11581 (TMH)<br><br>Chapter 7 |
| In Re:<br><br>The Silverfern Group, Inc.,<br><br>Debtor. | )<br>)<br>)<br>)<br>) | Case No. 26-11582 (TMH)<br><br>Chapter 7 |

**NOTICE OF RESCHEDULED SECTION 341 MEETING OF CREDITORS**

**TO: DEBTORS, DEBTORS' COUNSEL, ALL CREDITORS ON THE ATTACHED MATRIX AND THE UNITED STATES TRUSTEE:**

Please be advised that the Section 341 Meeting of Creditors for the above referenced case has been rescheduled to: **November 20, 2026 at 11:00 a.m. (EST)**

***Please also take notice that the Section 341 Meeting of Creditors for this case will be held virtually (via Zoom). Parties wishing to participate should use the following instructions: Go to www.Zoom.us/join. Enter meeting ID: 7856944934, Passcode: 0128776228; or to connect telephonically, call 1(856) 329-7752.***

Dated: October 20, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 1986)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors*