**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | (Joint Administration Requested) **Re: D.I. 51** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of M. Hampton Foushee of Choate, Hall & Stewart LLP, to represent 1903P Loan Agent, LLC and 1903 Partners, LLC, in the above-captioned chapter 11 case.

Dated: January 16, 2025
       Wilmington, Delaware

**DLA PIPER LLP (US)**

 /s/ *Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com

*Counsel to 1903P Loan Agent, LLC and 1903 Partners, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Massachusetts and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 16, 2025

**CHOATE, HALL & STEWART LLP**

/s/ M. Hampton Foushee
M. Hampton Foushee, Esq.
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Email: athomas@choate.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January 16th, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**