## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice pro hac vice* of James B. Sowka, Esquire, of Seyfarth Shaw LLP, to represent IG Design Group Americas, Inc., in the above-captioned chapter 11 cases and any related proceedings.

Dated: January 15, 2025
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ William E. Chipman, Jr.*
William E. Chipman (No. 3818)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:  chipman@chipmanbrown.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated:  January 15, 2025

*/s/ James B. Sowka*
James B. Sowka
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
JSowka@seyfarth.com

### ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that James B. Sowka's motion for admission *pro hac vice* is granted.