IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| JOANN, Inc. | : |   |
|   | : |   |
|   | : | No. 25-10068 (ctg) |

### REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly direct all notices intended for creditor Marple XYZ Associates, L.P. to me at the address appearing below.

                **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
         William J. Levant, Esquire
         **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
         910 Harvest Drive
         Post Office Box 3037
         Blue Bell, PA 19422
         (610)260-6000
         (610)684-2020 – Telecopier
         wlevant@kaplaw.com

Date : January 26, 2025