**Joann Inc.**
**25-10068**

| First Name | Last Name | Rep | Via |
|---|---|---|---|
| Olivia | Acuna | Debtors, et al | Video and Audio |
| Morgan | Allred | Janome America Inc. | Audio Only |
| William | Arnault | Debtors, et al. | Video and Audio |
| Kalie | Bagent | Interested Party | Video and Audio |
| Antimo | Barbieri |  | Audio Only |
| Malcolm | Bates | US Trustee | Video and Audio |
| Jane | Benefield |  | Audio Only |
| Matthew | Bentley | Wilmington Savings Fund Society, FSB | Video and Audio |
| Agustina | Berro |  | Video and Audio |
| Augustina | Berro | Interested Party | Video and Audio |
| Andrew | Bettwy | Centerbridge Partners, L.P. | Video and Audio |
| Lindsey | Blumenthal | Debtors, et al. | Video and Audio |
| Joshua | Brody | Interested Party | Video and Audio |
| Stuart | Brown | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Luke | Brzozowski | Interested Party | Video and Audio |
| Stephen | Caluori |  | Audio Only |
| Jennifer | Cann |  | Audio Only |
| Christopher | Carter | Bank of America, N.A. | Video and Audio |
| Paul | Cash | Two Guys Partners, LLC | Video and Audio |
| Katherine | Cavins | Landlord creditor | Video and Audio |
| William | Chipman | IG Design Group Americas, Inc. | Video and Audio |
| Connie | Choe | Landlord creditors | Video and Audio |
| Eli | Christopher |  | Video and Audio |
| Steven | Church | non party | Audio Only |
| Maria | Chutchian | Media | Audio Only |
| Catherine | Corey |  | Audio Only |
| Edward | Corma | Pachulski Stang Ziehl & Jones LLP | Audio Only |
| Marjorie | Crider | Bank of America, N.A. | Video and Audio |
| Charles | Dale | TCW Asset Management Company LLC | Video and Audio |
| Charles | Dale | Centerbridge | Video and Audio |
| Jay | Danforth |  | Audio Only |
| Robert | Dehney | Interested Party | Video and Audio |
| Brenna | Dolphin | Interested Party | Video and Audio |

| First | Last | Representing | Mode |
|---|---|---|---|
| Christopher | Donnelly | Wilmington Savings Fund Society, FSB | Video and Audio |
| Malak | Doss | Interested Party | Video and Audio |
| Jack | Dougherty | Debtors | Video and Audio |
| Jeffrey | Dwyer | Debtors, et al | Video and Audio |
| Patrick | Fan | | Audio Only |
| Michael | Fitzpatrick | Debtors | Video and Audio |
| Julia | Foster | Debtors | Audio Only |
| M. | Foushee | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Alison | Franklin | | Video and Audio |
| Matthew | Furlong | Bank of America, N.A. | Video and Audio |
| Clara | Geoghegan | | Audio Only |
| Cindi | Giglio | Gordon Brothers | Video and Audio |
| Jeffrey | Gleit | Wilmington Savings Fund Society, FSB | Video and Audio |
| Andrew | Glenn | Interested Party | Video and Audio |
| Ronald | Gold | WPG Legacy, LLC | Video and Audio |
| Brett | Goodman | Wilmington Savings Fund Society, FSB | Video and Audio |
| Scott | Greenberg | Interested Party | Video and Audio |
| Brandon | Grether | Sunyin (hk) Holding Co. LTD | Audio Only |
| Brian | Hall | Advantus | Video and Audio |
| Kriti | Hannon | Interested Party | Video and Audio |
| Parviz | Hariri | | Audio Only |
| Andrew | Harmeyer | Interested Party | Video and Audio |
| Taylor | Harrison | | Audio Only |
| Matthew | Harvey | Interested Party | Video and Audio |
| Leslie | Heilman | Certain landlords | Video and Audio |
| Jennifer | Hepner | Gordon Brothers | Video and Audio |
| Patrick | Holohan | | Audio Only |
| Caleb | Holzaepfel | CBL & Associates Management | Video and Audio |
| Esther | Hong | Interested Party | Video and Audio |
| Audrey | Hornisher | Best in the West, Desert Ridge Marketplace, et al. | Video and Audio |
| Patrick | Kelly | | Audio Only |
| Scott | Klebanoff | | Audio Only |
| Adam | Landis | | Video and Audio |
| Mathew | Laskowski | Interested Party | Video and Audio |

**Joann Inc.**
**25-10068**

| First | Last | Party | Mode |
|---|---|---|---|
| Robert | LeHane | Landlord creditors | Video and Audio |
| Ann | Lee | Lion Brands | Video and Audio |
| Tina | Lee |  | Video and Audio |
| Kevin | Liang | Interested party | Video and Audio |
| Kevin | Lippman | Seasons USA, Inc. | Video and Audio |
| Ellen | Ma | AROMA BAY CANDLES COMPANY LIMITED | Video and Audio |
| Christian | Mancino | Debtors, et al. | Video and Audio |
| Jonathan | Marshall | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Matthew | McGuire |  | Video and Audio |
| Brian | McLaughlin | Kimco Realty Corporation | Video and Audio |
| Frank | Merola | Interested Party | Video and Audio |
| Jeffrey | Michalik | Debtors, et al. | Video and Audio |
| Eric | Monzo | Wilmington Savings Fund Society, FSB | Video and Audio |
| Kevin | Newman | Various landlords | Video and Audio |
| Stacy | Newman | Debtors | Video and Audio |
| Jiangang | Ou |  | Audio Only |
| Michael | Prendergast | Debtors, et al | Video and Audio |
| Daniel | Radi | UCC | Video and Audio |
| Andrew | Radis |  | Audio Only |
| Jonathan | Randles | Bloomberg News | Audio Only |
| Catherine | Rankin |  | Video and Audio |
| Joshua | Raphael | Debtors, et al. | Video and Audio |
| Jennifer | Raviele | Landlord creditors | Video and Audio |
| Patrick | Reilley | Debtors | Video and Audio |
| Steven | Reisman | Gordon Brothers | Video and Audio |
| Elizabeth | Rogers |  | Video and Audio |
| Laurel | Roglen | Certain landlords | Video and Audio |
| Matthew | Sarna | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Anup | Sathy | Debtors, et al. | Video and Audio |
| Angelica | Serrano-Roman | Media | Audio Only |
| Erin | Severini | WPG Legacy, LLC | Video and Audio |
| David | Shim | Bank of America, N.A. | Video and Audio |
| Michelle | Shriro | Bridge33 Capital/RPI RIDGMAR | Video and Audio |
| James | Sowka | IG Design Group Americas, Inc. | Video and Audio |

**Joann Inc.**
**25-10068**

| | | | |
|---|---|---|---|
| Nick | Steffen | | Audio Only |
| Greg | Stuecheli | | Audio Only |
| Vince | Sullivan | | Audio Only |
| Joshua | Sussberg | Debtors, et al | Video and Audio |
| Nicole | Sweeney | Interested Party | Video and Audio |
| Alexandra | Thomas | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Grace | Thompson | Gordon Brothers | Video and Audio |
| Michael | Tucker | MLO Great South Bay | Video and Audio |
| Ronald | Tucker | | Video and Audio |
| John | Ventola | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Margaret | Vesper | Certain Landlords | Video and Audio |
| David | Weiss | | Audio Only |
| Michael | Whalen | Debtors, et al. | Video and Audio |
| Matthew | Williams | Interested party | Video and Audio |
| George | Williams | | Video and Audio |
| J. | Wise | Interested Party | Video and Audio |
| Alex | Wittenberg | | Audio Only |
| Blanka | Wolfe | | Audio Only |
| Aparna | Yenamandra | Debtors,  et al. | Video and Audio |
| jeffrey | rosenthal | Lion Brand | Video and Audio |