**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the undersigned counsel hereby enters their appearance as counsel for Gordon Brothers Retail Partners, LLC ("Gordon Brothers") and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Cindi M. Giglio, Esq.<br>Grace A. Thompson, Esq.<br>**KATTEN MUCHIN ROSENMAN LLP**<br>50 Rockefeller Plaza<br>New York, New York 10020-1605<br>Telephone: (212) 940-8800<br>Email: sreisman@katten.com<br>         cgiglio@katten.com<br>         grace.thompson@katten.com | M. Blake Cleary (No. 3614)<br>Gregory J. Flasser (No. 6154)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: bcleary@potteranderson.com<br>         gflasser@potteranderson.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

11987323v.1

transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regards to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of Gordon Brothers including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Gordon Brothers is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Gordon Brothers expressly states otherwise, Gordon Brothers does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Signature Page Follows*]

Dated: January 16, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
Gregory J. Flasser (No. 6154)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
      gflasser@potteranderson.com

-and-

Steven J. Reisman, Esq.
Cindi M. Giglio, Esq.
Grace A. Thompson, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: (212) 940-8800
Email: sreisman@katten.com
      cgiglio@katten.com
      grace.thompson@katten.com

*Counsel for Gordon Brothers Retail Partners, LLC*