**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Cindi M. Giglio of Katten Muchin Rosenman LLP to represent Gordon Brothers Retail Partners, LLC in the above-captioned cases and any and all related adversary proceedings.

Dated: January 16, 2025          **POTTER ANDERSON & CORROON LLP**
     Wilmington, Delaware

                                   */s/ M. Blake Cleary*
                                   M. Blake Cleary (No. 3614)
                                   1313 North Market Street, 6th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 984-6000
                                   bcleary@potteranderson.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 16, 2025          **KATTEN MUCHIN ROSENMAN LLP**

                                   */s/ Cindi M. Giglio*
                                   Cindi M. Giglio
                                   50 Rockefeller Plaza
                                   New York, New York 10020-1605
                                   Telephone: (212) 940-8800
                                   cgiglio@katten.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.