# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Grace A. Thompson of Katten Muchin Rosenman LLP to represent Gordon Brothers Retail Partners, LLC in the above-captioned cases and any and all related adversary proceedings.

Dated: January 16, 2025  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Gregory J. Flasser*  
Gregory J. Flasser (No. 6154)  
1313 North Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
gflasser@potteranderson.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 16, 2025

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Grace A. Thompson*  
Grace A. Thompson  
50 Rockefeller Plaza  
New York, New York 10020-1605  
Telephone: (212) 940-8800  
grace.thompson@katten.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.