**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., | ) ) | Case No. 25-10068 (CTG) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-1095540 | ) ) | |
| In re: | ) ) | Chapter 11 |
| JOANN HOLDINGS 1, LLC, | ) ) | Case No. 25-10069 (CTG) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 99-3739030 | ) ) | |
| In re: | ) ) | Chapter 11 |
| JOANN HOLDINGS 2, LLC, | ) ) | Case No. 25-10070 (CTG) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 99-3746408 | ) ) | |
| In re: | ) ) | Chapter 11 |
| NEEDLE HOLDINGS LLC, | ) ) | Case No. 25-10071 (CTG) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 27-4503814 | ) ) | |
| In re: | ) ) | Chapter 11 |
| JO-ANN STORES, LLC, | ) ) | Case No. 25-10072 (CTG) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 34-0720629 | ) | |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CREATIVE TECH SOLUTIONS LLC, | ) | Case No. 25-10073 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-1996734 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CREATIVEBUG, LLC, | ) | Case No. 25-10074 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-1053208 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WEAVEUP, INC., | ) | Case No. 25-10075 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2589570 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JAS AVIATION, LLC, | ) | Case No. 25-10076 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-2589570 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN.COM, LLC, | ) | Case No. 25-10077 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 95-4761594 | ) | |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN DITTO HOLDINGS INC., | ) | Case No. 25-10078 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 86-3449652 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JO-ANN STORES SUPPORT CENTER, INC., | ) | Case No. 25-10079 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-3855027 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DITTOPATTERNS LLC, | ) | Case No. 25-10080 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 88-2140452 | ) | **Re:  Docket No. 2** |

**ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF
CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein, if any, at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted on final basis as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the docket for Debtor JOANN Inc., Case No. 25-10068 (CTG).

3. The caption of the jointly administered cases should read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

4. The foregoing caption fully satisfies the policies behind the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(o).

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors, other than JOANN Inc., to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: JOANN Inc., Case No. 25-10068 (CTG); JOANN Holdings 1, LLC, Case No. 25-10069 (CTG); JOANN Holdings 2, LLC, Case No. 25-10070 (CTG); Needle Holdings LLC, Case No. 25-10071 (CTG); Jo-Ann Stores, LLC, Case No. 25-10072 (CTG); Creative Tech Solutions LLC, Case No. 25-10073 (CTG); Creativebug, LLC, Case No. 25-10074 (CTG); WeaveUp, Inc., Case No. 25-10075 (CTG); JAS Aviation, LLC, Case No. 25-10076 (CTG); joann.com, LLC, Case No. 25-10077 (CTG); JOANN Ditto Holdings Inc., Case No. 25-10078 (CTG); Jo-Ann Stores Support Center, Inc., Case No. 25-10079 (CTG); and Dittopatterns, LLC, Case No. 25-10080 (CTG). The docket in Case No. 25-10068 (CTG) should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed in and all further docket

5

entries shall be made in the docket of JOANN Inc., Case No. 25-10068 (CTG).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating these cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and such notice satisfies the requirements of the Bankruptcy Rules and the Local Rules.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 16th, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**