# Exhibit 1

## Cash Management System Schematic

