IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf (1) Granite Village West, L.P. as owner of Village West shopping center in Hemet, CA and (2) Lynnwood Tower, LLC, as owner of Lynnwood Center in Lynnwood, WA (collectively "Landlords") pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, (the "<u>Bankruptcy Rules</u>") and request that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| **LAW OFFICE OF SUSAN E. KAUFMAN, LLC** | **HANSON BRIDGETT LLP** |
|---|---|
| Attn: Susan E, Kaufman, Esq. | Attn: Nancy J. Newman, Esq. |
| 919 N. Market Street, Ste. 460 | 425 Market Street, 26th Floor |
| Wilmington DE 19801 | San Francisco, California 94105 |
| Telephone: (302) 472-7420 | Telephone: (415) 995-5052 |
| Facsimile: (302) 792-7420 | Facsimile: (415) 541-9366 |
| Email: skaufman@skaufmanlaw.com | Email: nnewman@hansonbridgett.com |

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (i) the "Debtors; (ii) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds in possession, custody or control of others that Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Landlords' (i) right to have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Landlords are or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 17, 2025         **LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

                                 */s/ Susan E. Kaufman*
                                 Susan E. Kaufman, Esq. (DSBN 3381)
                                 919 N. Market Street, Suite 460
                                 Wilmington DE 19801
                                 Telephone: (302) 472-7420
                                 Facsimile: (302) 792-7420
                                 Email: skaufman@skaufmanlaw.com

                                 and

                                 HANSON BRIDGETT LLP
                                 Attn.: Nancy J. Newman, Esq.
                                 425 Market Street, 26th Fl.
                                 San Francisco, CA 94105
                                 Telephone:(415) 777-3200
                                 Email: nnewman@hansonbridgett.com

                                 *Attorneys for Landlords, Granite Village West, L.P. and Lynnwood Tower, LLC*