# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Bankruptcy Rule 9010-1 of this Court, Local Bankruptcy Rule 2090-1(b) of the United States Bankruptcy Court for the District of Delaware and the certification below, counsel moves for the admission of Jeffrey M. Rosenthal, to represent ORCHARD YARN AND THREAD COMPANY INC. d/b/a LION BRAND YARN CO. in this action.

Dated: January 17, 2025  
Wilmington, Delaware

                            */s/ Scott D. Cousins*  
                            Scott D. Cousins  
                            Lewis Brisbois Bisgaard & Smith LLP  
                            500 Delaware Avenue Suite 700  
                            Wilmington, Delaware 19801  
                            t. (302) 295-9440  
                            e. scott.cousins@lewisbrisbois.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bars of the State of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for District Court.

                */s/ Jeffrey M. Rosenthal*
                Jeffrey M. Rosenthal
                Mandelbaum Barrett PC
                3 Becker Farm Road, Suite 105
                Roseland, New Jersey 07068
                t. (973) 396-8378
                e. jrosenthal@mblawfirm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, that, pursuant to Local Bankruptcy Rule 9010, the motion is granted.