**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-10068-CTG |
| | § | |
| JOANN INC. | § | CHAPTER 11 |
| *Debtor(s)* | § | |
| | § | |

**NOTICE OF APPEARANCE**

      Please take notice that the undersigned attorney appears as counsel for Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9010(b) and/or 9013, requests that all notices given or required to be given in this case and all pleadings and correspondence served or required to be served in this case, be directed to the following:

Susan Fuertes
Assistant County Attorney
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2848
Houston, Texas 77252
taxbankruptcy.cao@harriscountytx.gov

Respectfully submitted,

/s/ Susan Fuertes
Susan Fuertes
State Bar No. 00790895
Harris County Attorney's Office
P.O. Box 2848
Houston, Texas 77252
Telephone: (346) 286-8899

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Notice of Appearance was served on the persons below in the manner indicated on January 17, 2025

/s/ Susan Fuertes
Susan Fuertes

| **VIA PRE-PAID U.S. MAIL** | **VIA ECF** |
|---|---|
| JOANN Inc.<br>aka Jo-Ann Stores Holdings Inc. aka JOANN<br>aka Jo-Ann Fabrics and Crafts<br>5555 Darrow Road<br>Hudson, OH 44236<br>*Debtor* | Kirkland & Ellis LLP<br>601 Lexington Ave<br>New York, NY 10022<br>*Attorney for Debtor*<br><br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>*Attorney for Debtor*<br><br>U.S. Trustee (Delaware)<br>Office of the United States Trustee<br>844 King St. Suite 2207 Lockbox 35<br>Wilmington, DE 19801<br>*US Trustee* |