**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | | |
|---|---|---|
| JOANN INC. | § § § | CASE NO. 25-10068<br>(Chapter 11) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

  Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

  Clear Creek Independent School District

    c/o Melissa E. Valdez
    Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
    1235 North Loop West
    Suite 600
    Houston, TX 77008
    (713) 862-1860
    (713) 862-1429 FAX
    mvaldez@pbfcm.com

  Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant

By: <u>/s/Melissa E. Valdez</u>

  Melissa E. Valdez
  Bar No: 24051463

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -**</u> 2

## CERTIFICATE OF SERVICE

I Melissa E. Valdez do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 17th day of January, 2025.

**ATTORNEYS' FOR DEBTOR**
Olivia F. Acuna
Joshua A Sussberg
Aparna Yenamandra
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

William E. Arnault
Lindsey Blumenthal
Jeffrey T. Michalik
Anup Sathy
Michael C. Whalen
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Jack M. Dougherty
Cole Schotz P.C.
Michael E. Fitzpatrick
Stacy L. Newman
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**U. S. TRUSTEE**
Malcolm M Bates
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**Attorney for Claims Agent**
Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
850 Third Avenue, Suite 412
Brooklyn, NY 11232

                                                      /s/Melissa E. Valdez
                                                      Melissa E. Valdez
                                                      Bar No: 24051463