**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF NOTICES AND PLEADINGS</u>**

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance on behalf of United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"), a creditor of the Debtors, and a party in interest in this case.

Pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, (the "<u>Bankruptcy Rules</u>") the undersigned requests that she be added to the matrix maintained by the Clerk and that all notices given or required to be given, and all documents served or required to be served, in this case be given to and served upon the following:

Susan E, Kaufman, Esq.
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. Market Street, Ste. 460
Wilmington DE 19801
Telephone: (302) 472-7420
Facsimile: (302) 792-7420
Email: skaufman@skaufmanlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request ("Request") constitutes not only a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1

request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, courier service, hand delivery, or otherwise, that affects or seeks to affect in any way any rights or interests of the United Steelworkers.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the United Steelworkers' (i) right to have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge; (ii) right to trial by jury in any proceeding so triable; or (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal.

Dated: January 17, 2025		LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, Esq. (DSBN 3381)
919 N. Market Street, Suite 460
Wilmington DE 19801
Telephone: (302) 472-7420
Facsimile: (302) 792-7420
Email: skaufman@skaufmanlaw.com

*Attorney for United Steelworkers*