## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **JOANN INC., *et al.*,**[1] | § | CASE NO. 25-10068 |
| | § | (Chapter 11 – Jointly Administered) |
| | § | |
| DEBTORS. | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **WITTE PLAZA, LTD.,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail: jcarruth@wkpz.com

Dated: January 20, 2025            Respectfully submitted:

                                          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                          By: */s/ Jeff Carruth*
                                             JEFF CARRUTH (TX SBN: 24001846)
                                             24 Greenway Plaza, Suite 2050
                                             Houston, TX 77046
                                             Telephone: (713) 341-1158
                                             E-mail: jcarruth@wkpz.com

                                          ATTORNEYS FOR
                                          WITTE PLAZA, LTD.

### CERTIFICATE OF SERVICE

On January 20, 2025, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

                                          */s/ Jeff Carruth*
                                          JEFF CARRUTH

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.