## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT Creditor Roth Bros., Inc., a Sodexo Company ("Roth"), by and through undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served as follows:

> Jami B. Nimeroff, Esquire
> BROWN NIMEROFF LLC
> 919 N. Market Street, Suite 420
> Wilmington, Delaware 19801
> T: (302) 428-8142
> Email: jnimeroff@brownnimeroff.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Roth's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Sodexo is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Dated:  January 21, 2025<br>　　　　Wilmington, Delaware | **BROWN NIMEROFF LLC**<br><br>By: */s/ Jami B. Nimeroff*<br>　　　Jami B. Nimeroff, Esquire<br>919 N. Market Street, Suite 420<br>Wilmington, Delaware  19801<br>T:  (302) 428-8142<br>Email: jnimeroff@brownnimeroff.com<br><br>*Attorneys for Roth Bros., Inc., a Sodexo Company* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

　　　I, Jami B. Nimeroff, hereby certify that on this 21st day of January, 2025 I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk of the US Bankruptcy Court using the CM/ECF system, which sent notification to all counsel and parties of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jami B. Nimeroff*
　　　　　　　　　　　　　　　　　　　　　　　　Jami B. Nimeroff