## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, [1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby submit this *Notice of Appearance* pursuant to sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Gildan Activewear, Inc. in the above-captioned cases.  The undersigned request that the Clerk of this Court add counsels' names and addresses to any official service list for purposes of receiving all notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017, and 9007, and requests that the Clerk, its agent, and all other parties to this case deliver all such notices and pleadings, as follows:

| | |
|---|---|
| Jarret P. Hitchings | David M. Unseth |
| BRYAN CAVE LEIGHTON PAISNER LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
| 301 S. College Street | One Metropolitan Square |
| Suite 2150 | 211 North Broadway, Suite 3600 |
| Charlotte, North Carolina 28202 | St. Louis, Missouri 63102 |
| Telephone: (704) 749-8965 | Telephone: (314) 259-2000 |
| Facsimile:  (704) 749-8990 | Facsimile:   (314) 259-2020 |
| Email:      jarret.hitchings@bclplaw.com | Email:      david.unseth@bclplaw.com |

---

[1] The Debtors in these chapter 11 bankruptcy cases, together with the last four digits of each of their respective employer identification numbers, are as follows: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 342 and 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or personal delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this matter.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) rights to have final orders in non-core matters (or core matters as to which such core status violates the Constitution) entered only after *de novo* review by an Article III judge; (ii) right to trial by jury in any proceedings so triable or in any proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Gildan Activewear, Inc. is or may be entitled under agreements, in law, or in equity.

Dated: January 21, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (No. 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com

*Counsel to Gildan Activewear, Inc.*

616321438

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 21at day of January 2025, I caused to be electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Court's CM/ECF filing system.  The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: January 21, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (No. 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com

*Counsel to Gildan Activewear, Inc.*

616321438