## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   25-10068 |
| JOANN INC. | § | |
| DEBTOR(S), | § | CHAPTER   11 |

### NOTICE OF REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters a request for service of notices and pleadings on behalf of:

**NUECES COUNTY**          **MCLENNAN COUNTY**          **HIDALGO COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 22nd day of January, 2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

PATRICK J REILLEY
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
500 DELAWARE AVENUE STE 1410
WILMINGTON, DE 19801

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
AUSTIN, TX 78760-7428
Telephone:  (512) 447-6675
Facsimile:   (512) 443-5114
Email:        austin.bankruptcy@lgbs.com

By: /s/ Diane W. Sanders
_____
Diane W. Sanders
SBN: 16415500 TX