# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 42 |

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Gibson, Dunn & Crutcher LLP, Glenn Agre Bergman & Fuentes LLP, and Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to the Ad Hoc Term Loan Group (the "Ad Hoc Term Loan Group"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| Donna L. Culver (No. 2983) | Scott J. Greenberg |
| Robert J. Dehney, Sr. (No. 3578) | Joshua Brody |
| Matthew B. Harvey (No. 5186) | Kevin Liang |
| Brenna A. Dolphin (No. 5604) | 200 Park Avenue |
| 1201 N. Market Street, 16th Floor | New York, New York 10166 |
| Wilmington, DE 19801 | Telephone: (212) 351-4000 |
| Telephone: (302) 658-9200 | Facsimile: (212) 351-4035 |
| Facsimile: (302) 658-3989 | Email: SGreenberg@gibsondunn.com |
| Email: dculver@morrisnichols.com | JBrody@gibsondunn.com |
| rdehney@morrisnichols.com | KLiang@gibsondunn.com |
| mharvey@morrisnichols.com | |
| bdolphin@morrisnichols.com | **GLENN AGRE BERGMAN & FUENTES LLP** |
| | Andrew K. Glenn |
| | Kurt A. Mayr |
| | Agustina G. Berro |
| | Malak S. Doss |
| | Esther Hong |
| | 1185 Avenue of the Americas, |
| | 22nd Floor |
| | New York, New York 10036 |
| | Telephone: (212) 970-1600 |
| | Email: aglenn@glennagre.com |
| | kmayr@glennagre.com |
| | aberro@glennagre.com |
| | mdoss@glennagre.com |
| | ehong@glennagre.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "<u>Debtors</u>") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds

thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Ad Hoc Term Loan Group or any member thereof: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Ad Hoc Term Loan Group or any member thereof is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*[Remainder of page intentionally left blank]*

Dated: January 22, 2025
Wilmington, Delaware

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|

*/s/ Robert J. Dehney, Sr.*
Donna L. Culver (No. 2983)
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
      rdehney@morrisnichols.com
      mharvey@morrisnichols.com
      bdolphin@morrisnichols.com

-and-

Scott J. Greenberg (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
Kevin Liang (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: SGreenberg@gibsondunn.com
      JBrody@gibsondunn.com
      KLiang@gibsondunn.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (*pro hac vice* pending)
Kurt A. Mayr (*pro hac vice* pending)
Agustina G. Berro (*pro hac vice* pending)
Malak S. Doss (*pro hac vice* pending)
Esther Hong (*pro hac vice* pending)
1185 Avenue of the Americas,
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      aberro@glennagre.com
      mdoss@glennagre.com
      ehong@glennagre.com

*Attorneys for the Ad Hoc Term Loan Group*