**Exhibit A**

**Members of the Ad Hoc Term Loan Group**[2]

| Name and Address | Term Loans | Other Disclosable Economic Interests |
|---|---|---|
| **Fidelity Management & Research Company LLC, for and on behalf of certain funds and accounts managed by it and its affiliates** <br> 245 Summer Street <br> Boston, MA 02210 | Term Loans:  $20,486,893.27 | Shares of Common Stock: 13,679,069 |
| **LCM Asset Management LLC** <br> 399 Park Avenue, 22nd Floor <br> New York, NY 10022 | Term Loans:  $25,845,829.90 | Shares of Common Stock: 17,205,629 |
| **Nuveen Asset Management, LLC** <br> 8500 Andrew Carnegie Blvd. <br> Charlotte, NC 28262 | Term Loans:  $20,602,239.06 | Shares of Common Stock: 13,825,340 |
| **Octagon Credit Investors, LLC** <br> 250 Park Avenue, 15th Floor <br> New York, NY 10177 | Term Loans:  $23,604,575.60 | Shares of Common Stock: 15,799,228 |

---

[2] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates, as applicable.  Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any credit agreement, indenture or other instrument, agreement or document.  To the best of Gibson Dunn's and Morris Nichols's knowledge, the information included herein is accurate as of close of business on January 15, 2025. Certain amounts listed on this **Exhibit A** include unsettled trades