# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re : Chapter 11
:
JOANN INC., et al.,[1] : Case No. 25-10068-CTG
:
Debtor. : (Joint Administration Requested)
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Michael D. Breslauer of Solomon Ward Seidenwurm & Smith LLP hereby enters his appearance in the above captioned case as counsel for lessor and creditor Alamo Center, LLC ("Alamo"), and pursuant to § 1109(b) of the United States Bankruptcy Code and Federal Rules of bankruptcy Procedure 2002 and 9010(b) respectfully requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

>Michael D. Breslauer (CA No. 110259)
>mbreslauer@swsslaw.com
>SOLOMON WARD SEIDENWURM & SMITH LLP
>401 B Street  Suite 1200
>San Diego, CA 92101
>Telephone: (619) 238-4804
>Facsimile: (619) 615-7904

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

P:01794694.1:60000.001

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, personal delivery, telephone, telegraph, telex or otherwise.

Dated: January 23, 2025

Respectfully submitted,

*/s/ Michael D. Breslauer*
Michael D. Breslauer (CA No. 110259)
SOLOMON WARD SEIDENWURM & SMITH LLP
401 B Street  Suite 1200
San Diego, CA 92101
Telephone: (619) 238-4804
Facsimile: (619) 615-7904

Counsel to Alamo Center, LLC

P:01794694.1:60000.001

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on all parties who have requested notice per ECF on the 23rd day of January 2025.

                                        */s/ Michael D. Breslauer*
                                        Michael D. Breslauer