## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.,*[1] | Case No. 25-10068 CTG |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** pursuant to 11 U.S.C. § 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, et seq. (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Fox Rothschild LLP and Greenbaum, Rowe, Smith & Davis LLP enter their appearance on behalf of Almaden Properties LLC ("Almaden"), as landlord and party in interest in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Bankruptcy Rules 2002(i), 3017 and 9007, the undersigned requests that copies of all notices and pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons and that such persons be added to the mailing matrix in the Bankruptcy Cases:

> Stephanie Slater Ward, Esquire
> FOX ROTHSCHILD LLP
> 1201 N. Market Street, Suite 1200
> Wilmington, DE  19801
> Tel: (302) 427-5507/Facsimile: (302) 656-8920
> sward@foxrothschild.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Joseph J. DiPasquale
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
Tel: (973) 992-4800/Fax: (973) 992-9125
jdipasquale@foxrothschild.com

Almaden Properties, LLC
c/o David L. Bruck
Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ 08830
Tel: (732) 476-2440/Fax: (732) 476-2441
dbruck@greenbaumlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Dated:   January 23, 2025                    **FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
(302) 427-5507/Fax (302) 656-8920
sward@foxrothschild.com

-and-

Joseph J. DiPasquale
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
Tel: (973) 992-4800/Facsimile: (973) 992-9125
jdipasquale@foxrothschild.com

-and-

David L. Bruck
Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ 08830
Tel: (732) 476-2440/Fax: (732) 476-2441
dbruck@greenbaumlaw.com

*Counsel to Almaden Properties, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of January, 2025 I caused copies of the foregoing **Notice of Appearance and Request for Service of Papers** to be served *via* the Court's electronic filing system on those parties registered and authorized to receive such notice.

*/s/ Stephanie Slater Ward*

Stephanie Slater Ward (DE No. 6922)

Dated: January 23, 2025

167290158.1