### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.,* | Case No. 25-10068 CTG <br> (Jointly Administered) |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David L Bruck, Esquire of Greenbaum, Rowe, Smith & Davis LLP to represent Almaden Properties LLC in the above-captioned case.

| | |
|---|---|
| Dated:  January 23, 2025 <br> Wilmington, Delaware | */s/ Stephanie Slater Ward* <br> Stephanie Slater Ward (DE 6922) <br> **FOX ROTHSCHILD LLP** <br> 1201 N. Market Street, Suite 1200 <br> Wilmington, DE  19801 <br> Telephone: (302) 654-7444 <br> Email: sward@foxrothschild.com <br> <br> *Counsel to Almaden Properties LLC* |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ David L. Bruck*
David L. Bruck
Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ 08830
Tel: (732) 476-2440/Fax: (732) 476-2441
dbruck@greenbaumlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.