**PAUL M. LOPEZ**
**LARRY R. BOYD**
**EMILY M. HAHN**
**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**
**1700 REDBUD BLVD, SUITE 300**
**MCKINNEY, TEXAS 75069**
**TELEPHONE: (214) 544-4000**
**TELECOPIER: (214) 544-4040**
**ATTORNEYS FOR TAXING ENTITIES**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| JOANN INC., *et al.*,[1] | § | |
| | § | |
| | § | |
| | § | CASE NO. 25-10068 |
| | § | |
| DEBTORS. | § | |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010 (b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a)

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

*PLEASE TAKE NOTICE THAT* the undersigned hereby enters an appearance on behalf of:

| | |
|---|---|
| **Collin County** | **City of Sherman** |
| **Collin College** | |
| **City of Mckinney** | |
| **Mckinney ISD** | |
| **City of Plano** | |

**ARBH NOTICE OF APPEARANCE** - Page 1

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

secured creditor(s) in the above-captioned matter. The undersigned hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon the following attorneys:

| **Paul M. Lopez** | **Larry R. Boyd** | **Emily M. Hahn** |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. | Abernathy, Roeder, Boyd & Hullett, P.C. |
| 1700 Redbud Blvd, Ste. 300 | 1700 Redbud Blvd, Ste. 300 | 1700 Redbud Blvd, Ste. 300 |
| McKinney, Texas 75069 | McKinney, Texas 75069 | McKinney, Texas 75069 |
| Telephone: (214) 544-4000 | Telephone: (214) 544-4000 | Telephone: (214) 544-4000 |
| Telecopier: (214) 544-4040 | Telecopier: (214) 544-4040 | Telecopier: (214) 544-4040 |
| plopez@abernathy-law.com | bankruptcy@abernathy-law.com | ehahn@abernathy-law.com |

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, ECF, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

By: /s/ *Paul M. Lopez*
**Paul M. Lopez**
State Bar No. 24076516
plopez@abernathy-law.com
**Larry R. Boyd**
State Bar No. 02775000
lboyd@abernathy-law.com
**Emily M. Hahn**
State Bar No. 24101846
ehahn@abernathy-law.com
**Abernathy, Roeder, Boyd & Hullett, P.C**.
1700 Redbud Blvd., Ste. 300

McKinney, Texas 75069  
Telephone: (214) 544-4000  
Telecopier: (214) 544-4040  
**ATTORNEYS FOR TAXING ENTITIES**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2025, a copy of the foregoing document was served on the parties electronically via the Court's ECF System.

/s/ *Paul M. Lopez*

**ARBH NOTICE OF APPEARANCE** - Page 3

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.