IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **JO ANN INC.** | § | |
| | § | **CASE NO. 25-10068** |
| | § | |
| **Debtor(s).** | § | |

**TRAVIS COUNTY'S NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS**

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

              **Respectfully submitted,**

              **DELIA GARZA**
              Travis County Attorney
              P.O. Box 1748
              Austin, TX  78767
              (512) 854-9092 Telephone
              (512) 854-9316 Telecopier

By:  */s/ Jason A. Starks*
              **JASON A. STARKS**
              Assistant County Attorney
              Texas Bar No. 24046903
              Jason.Starks@traviscountytx.gov

1254521-1

## CERTIFICATE OF SERVICE

      I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **23rd day of January, 2025** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                  /s/ Jason A. Starks
                                                  JASON A. STARKS

**DEBTORS**
Jo -Ann Inc.
5555 Darrow Road
Hudson, Ohio 44236

**DEBTORS' ATTORNEY**
Olivia F. Acuna
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
(served electronically)

William E. Arnault
JasonKirkland & Ellis, LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(served electronically)

Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
(served electronically)

**U.S. TRUSTEE**
United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(served electronically)

1254521-1