IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 JAN 22  AM 9: 16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE :

JOANN INC.

§     CASE NO.  25-10068-CTG
§     (Chapter 11)

Debtor(s)     §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**City of Grapevine, Grapevine-Colleyville ISD**
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010
(817) 461-3344
(817) 860-6509 FAX
email: ebcalvo@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
500 E. Border Street, Suite 640
Arlington, Texas 76010
(817) 461-3344
(817) 860-6509 FAX

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been sent to the parties listed by the Court's ECF notification system. And all other parties via CM/ECF e-notice:   January 15, 2025

_____
ELIZABETH BANDA CALVO

RECEIVED 2025 JAN 22 AM 9:16 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 2