IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that SVP Sewing Brands LLC ("SVP Sewing") hereby enters its appearance by and through their undersigned counsel, Milbank LLP and Richards, Layton & Finger, P.A., pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the attorneys listed below at the following addresses, email addresses, and telephone numbers:

| | |
|---|---|
| Mark D. Collins | Dennis F. Dunne |
| Alexander R. Steiger | Samuel A. Khalil |
| RICHARDS, LAYTON & FINGER, P.A. | Andrew Harmeyer |
| One Rodney Square | MILBANK LLP |
| 920 North King Street | 55 Hudson Yards |
| Wilmington, DE 19801 | New York, NY 10001 |
| Telephone: (302) 651-7700 | Telephone: (212) 530-5000 |
| Facsimile: (302) 651-7701 | Facsimile: (212) 530-5219 |
| Email: collins@rlf.com | Email: ddunne@milbank.com |
| steiger@rlf.com | skhalil@milbank.com |
| | aharmeyer@milbank.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

RLF1 32275895v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of SVP Sewing to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor, specifically but not limited to, a waiver of (i) SVP Sewing's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (ii) SVP Sewing's right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal, or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which SVP Sewing is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments SVP Sewing expressly reserves.

[*Remainder of page intentionally left blank.*]

Dated: January 24, 2025
      Wilmington, Delaware

/s/ *Mark D. Collins*
Mark D. Collins (No. 2981)
Alexander R. Steiger (No. 7139)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      steiger@rlf.com

-and-

Dennis F. Dunne
Samuel A. Khalil
Andrew Harmeyer
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219
Email:   ddunne@milbank.com
      skhalil@milbank.com
      aharmeyer@milbank.com

*Co-Counsel for SVP Sewing Brands LLC*