# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS FROM THE AD HOC TERM LOAN GROUP TO THE DEBTORS

**PLEASE TAKE NOTICE** that on January 24, 2025, the Ad Hoc Term Loan Group caused a copy of the *First Request for the Production of Documents from the Ad Hoc Term Loan Group to the Debtors* to be served on the parties listed on the attached service list in the manner indicated.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: January 27, 2025
Wilmington, Delaware

*/s/ Brenna A. Dolphin*

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| Donna L. Culver (No. 2983) | Scott J. Greenberg (admitted *pro hac vice*) |
| Robert J. Dehney, Sr. (No. 3578) | Joshua Brody (admitted *pro hac vice*) |
| Matthew B. Harvey (No. 5186) | Kevin Liang (admitted *pro hac vice*) |
| Brenna A. Dolphin (No. 5604) | 200 Park Avenue |
| 1201 N. Market Street, 16th Floor | New York, New York 10166 |
| Wilmington, DE 19801 | Telephone: (212) 351-4000 |
| Telephone: (302) 658-9200 | Facsimile: (212) 351-4035 |
| Facsimile: (302) 658-3989 | Email: SGreenberg@gibsondunn.com |
| Email: dculver@morrisnichols.com | JBrody@gibsondunn.com |
| rdehney@morrisnichols.com | KLiang@gibsondunn.com |
| mharvey@morrisnichols.com | |
| bdolphin@morrisnichols.com | -and- |
| | |
| -and- | **GLENN AGRE BERGMAN & FUENTES LLP** |
| | Andrew K. Glenn (*pro hac vice* pending) |
| | Kurt A. Mayr (*pro hac vice* pending) |
| | Agustina G. Berro (*pro hac vice* pending) |
| | Malak S. Doss (*pro hac vice* pending) |
| | Esther Hong (*pro hac vice* pending) |
| | 1185 Avenue of the Americas, 22nd Floor |
| | New York, New York 10036 |
| | Telephone: (212) 970-1600 |
| | Email: aglenn@glennagre.com |
| | kmayr@glennagre.com |
| | aberro@glennagre.com |
| | mdoss@glennagre.com |
| | ehong@glennagre.com |

*Attorneys for the Ad Hoc Term Loan Group*