## SERVICE LIST

**VIA ELECTRONIC MAIL AND U.S. MAIL**

**COLE SCHOTZ P.C.**
Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Email: preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Aparna Yenamandra, P.C.
601 Lexington Avenue
New York, New York 10022
Email: joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com

-and-

Anup Sathy, P.C.
Jeffrey Michalik
Lindsey Blumenthal
333 West Wolf Point Plaza
Chicago, Illinois 60654
Email: anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*