# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS FROM THE AD HOC TERM LOAN GROUP TO <u>CENTERVIEW PARTNERS LLC</u>

**PLEASE TAKE NOTICE** that on January 24, 2025, the Ad Hoc Term Loan Group caused a copy of the *First Request for the Production of Documents from the Ad Hoc Term Loan Group to Centerview Partners LLC* to be served on the parties listed below in the manner indicated.

**VIA ELECTRONIC MAIL AND U.S. MAIL**

**Centerview Partners LLC**
Karn S. Chopra
Ryan Kielty
Daniel Bendetson
31 West 52nd Street
22nd Floor
New York, New York 10019
Email: kchopra@centerview.com
         rkielty@centerview.com
         dbendetson@centerview.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: January 27, 2025
Wilmington, Delaware

*/s/ Brenna A. Dolphin*

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
|---|---|
| Donna L. Culver (No. 2983) | Andrew K. Glenn (*pro hac vice* pending) |
| Robert J. Dehney, Sr. (No. 3578) | Kurt A. Mayr (*pro hac vice* pending) |
| Matthew B. Harvey (No. 5186) | Agustina G. Berro (*pro hac vice* pending) |
| Brenna A. Dolphin (No. 5604) | Malak S. Doss (*pro hac vice* pending) |
| 1201 N. Market Street, 16th Floor | Esther Hong (*pro hac vice* pending) |
| Wilmington, DE 19801 | 1185 Avenue of the Americas, |
| Telephone: (302) 658-9200 | 22nd Floor |
| Facsimile: (302) 658-3989 | New York, New York 10036 |
| Email: dculver@morrisnichols.com | Telephone: (212) 970-1600 |
|          rdehney@morrisnichols.com | Email: aglenn@glennagre.com |
|          mharvey@morrisnichols.com |          kmayr@glennagre.com |
|          bdolphin@morrisnichols.com |          aberro@glennagre.com |
|  |          mdoss@glennagre.com |
| -and- |          ehong@glennagre.com |

*Attorneys for the Ad Hoc Term Loan Group*