# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Jarret P. Hitchings to appear in the above-captioned cases on behalf of Gildan Activewear, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby ORDERED, that Jarret P. Hitchings may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

**Dated: January 27th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

616321516