**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Esther Hong of Glenn Agre Bergman & Fuentes LLP to represent the Ad Hoc Term Loan Group as co-counsel and litigation counsel in this action.

Dated: January 22, 2025

*/s/ Robert J. Dehney, Sr.*
Robert J. Dehney, Sr. (No. 3578)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 22, 2025             */s/ Esther Hong*
                                    Esther Hong
                                    GLENN AGRE BERGMAN & FUENTES LLP
                                    1185 Avenue of the Americas, 22nd Floor
                                    New York, New York 10036
                                    Telephone: (212) 970-1600
                                    Email: ehong@glennagre.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January 27th, 2025        CRAIG T. GOLDBLATT
Wilmington, Delaware             UNITED STATES BANKRUPTCY JUDGE