# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Joann, Inc. et al.[1] | ) Case No.: 25-10068 (CTG) |
| | ) |
| Debtor. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that David M. Reeder of Reeder Law Corporation hereby appears on behalf of ASL Investments, LLC. and pursuant to Section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), requests that any and all notices and papers filed or entered in the above-captioned case (the "Case") be delivered to and served upon:

David M. Reeder, Esq. [California State Bar No. 133150]
Reeder Law Corporation
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
Telephone: (310) 774-7060
Fax: (310) 295-2290
Email: david@reederlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, \complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to this Case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) the right to trial by jury in any proceeding triable in this Case or any case, controversy, or proceeding related to this Case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated this 27th day of January, 2025

                                          Respectfully submitted,

*/s/ David M. Reeder*

David M. Reeder
California State Bar No. 133150
Reeder Law Corporation
Attorney for ASL Investments, LLC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
(310) 774-7060
(310) 295-2290 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was filed electronically. Notice of this filing will be served through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                                                                                         /s./ David M. Reeder
                                                                                                         David M. Reeder