UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

In re:

JOANN INC., *et al.*,[1]

          Debtors.

Chapter 11

Case No. 25-10068 (CTG)
(Jointly Administered)

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Low Tech Toy Club LLC**, Attn: Adrian Zhang, 510 Meadowmont Village Circle, Suite 311, Chapel Hill, NC 27517, Phone: 518-966-2537, Email: adrian@thewoobles.com.

2. **SunYin (HK) Holding Limited**, Attn: Brandon Grether, Unit A 25/F One Island South, 2 Heung Yip Road, Wong Chuk Hang, Hong Kong, 999077, Hong Kong, Phone: 630-747-5738, Email: Brandon.Grether@sunyin.com.

3. **Gwen Studios LLC**, Attn: Carey Edwards, 1377 Broadcloth Street, Suite 202, Fort Mill, SC 29715, Phone: 203-644-2726, Email: carey@gwenstudios.com.

4. **Brother International Corp.**, Attn: Kelly A. Hartman, 200 Crossing Blvd., Bridgewater, NJ 08807, Phone: 908-252-3096, Email: kelly.hartman@brother.com.

5. **Ormo Ithalat Ihracat A.S.**, Attn: Giray Ocalgiray, Merkez Mahallesi, Baglar Caddesi No. 14/B 34406, Kagithane, Istanbul, Turkey, Phone: +90 212-251-4730, Email: gocalgiray@ormo.com.tr.

6. **Advantus, Corp.**, Attn: Kevin Carpenter, 12276 San Jose Blvd., Bldg. 618, Jacksonville, FL 32223, Phone: 904-421-1038, Email: kcarpenter@advantus.com.

7. **Kimco Realty Corporation**, Attn: Raymond Edwards, 500 North Broadway, Suite 201, Jericho, NY 11753, Phone: 516-869-2586, Email: redwards@kimcorealty.com.

8. **Simon Property Group, Inc.**, Attn: Ronald M. Tucker, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Email: rtucker@simon.com.

9. **Regency Centers, L.P.**, Attn: Ernst Bell, One Independent Drive, Suite 114, Jacksonville, FL 32202, Phone: 904-598-7685, Email: ernstbell@regencycenters.com.

[*SIGNATURE PAGE FOLLOWS*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

        ANDREW R. VARA
        United States Trustee, Region 3

        */s/ Malcolm M. Bates* for
        JOSEPH J. MCMAHON, JR.
        ASSISTANT UNITED STATES TRUSTEE

DATED: January 28, 2025

Attorney assigned to this case: Malcolm M. Bates, Esq., Phone: (302) 573-6491
Debtors' Proposed Counsel: Patrick J. Reilley, Esq., Phone: (302) 652-3131