# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.* | ) Case No. 25-10068 (CTG) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I did cause the foregoing *Notice of Appearance and Request for Notices* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar. No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806