# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS FROM THE AD HOC TERM LOAN GROUP TO THE FILO AGENT

**PLEASE TAKE NOTICE** that on January 28, 2025, the Ad Hoc Term Loan Group caused a copy of the *First Request for the Production of Documents from the Ad Hoc Term Loan Group to the FILO Agent* to be served in the manner indicated on the parties listed below.

**VIA ELECTRONIC MAIL  
AND U.S. MAIL**

**Choate Hall & Stewart LLP**  
John Ventola  
Jonathan Marshall  
2 International Place  
Boston, Massachusetts 02110  
Email: jventola@choate.com  
           jmarshall@choate.com

*Attorneys for the FILO Agent*

**VIA ELECTRONIC MAIL  
AND HAND DELIVERY**

**DLA Piper LLP**  
Stuart Brown  
1201 N Market St., Suite 2100  
Wilmington, Delaware 19801  
Email: stuart.brown@us.dlapiper.com

*Attorneys for the FILO Agent*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: January 28, 2025
Wilmington, Delaware

*/s/ Brenna A. Dolphin*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donna L. Culver (No. 2983)
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
      rdehney@morrisnichols.com
      mharvey@morrisnichols.com
      bdolphin@morrisnichols.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
Esther Hong (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      aberro@glennagre.com
      mdoss@glennagre.com
      ehong@glennagre.com

*Attorneys for the Ad Hoc Term Loan Group*