**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF AD HOC TERM LOAN GROUP'S
NOTICE OF 30(b)(6) DEPOSITION TO THE DEBTORS**

**PLEASE TAKE NOTICE** that on January 28, 2025, the Ad Hoc Term Loan Group caused a copy of the *Ad Hoc Term Loan Group's Notice of 30(b)(6) Deposition to the Debtors* to be served on the parties listed on the attached service list in the manner indicated.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: January 28, 2025
Wilmington, Delaware

*/s/ Brenna A. Dolphin*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donna L. Culver (No. 2983)
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
　　　　rdehney@morrisnichols.com
　　　　mharvey@morrisnichols.com
　　　　bdolphin@morrisnichols.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
Kevin Liang (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: SGreenberg@gibsondunn.com
　　　　JBrody@gibsondunn.com
　　　　KLiang@gibsondunn.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (*pro hac vice* pending)
Kurt A. Mayr (*pro hac vice* pending)
Agustina G. Berro (*pro hac vice* pending)
Malak S. Doss (*pro hac vice* pending)
Esther Hong (*pro hac vice* pending)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
　　　　kmayr@glennagre.com
　　　　aberro@glennagre.com
　　　　mdoss@glennagre.com
　　　　ehong@glennagre.com

*Attorneys for the Ad Hoc Term Loan Group*