# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF AD HOC TERM LOAN GROUP'S NOTICE OF 30(b)(6) DEPOSITION TO THE FILO AGENT

**PLEASE TAKE NOTICE** that on January 28, 2025, the Ad Hoc Term Loan Group caused a copy of the *Ad Hoc Term Loan Group's Notice of 30(b)(6) Deposition to the FILO Agent* to be served on the parties listed on the attached service list in the manner indicated.

**VIA ELECTRONIC MAIL AND U.S. MAIL**

**Choate Hall & Stewart LLP**
John Ventola
Jonathan Marshall
2 International Place
Boston, Massachusetts 02110
Email: jventola@choate.com
     jmarshall@choate.com

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

**DLA Piper LLP**
Stuart Brown
1201 N Market St., Suite 2100
Wilmington, Delaware 19801
Email: stuart.brown@us.dlapiper.com

*Attorneys for the FILO Agent*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: January 28, 2025
Wilmington, Delaware

*/s/ Brenna A. Dolphin*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donna L. Culver (No. 2983)
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
      rdehney@morrisnichols.com
      mharvey@morrisnichols.com
      bdolphin@morrisnichols.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
Esther Hong (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      aberro@glennagre.com
      mdoss@glennagre.com
      ehong@glennagre.com

*Attorneys for the Ad Hoc Term Loan Group*