UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
PHONE (302) 573-6491 / FAX (302) 573-6497

| ANDREW R. VARA | JOSEPH J. McMAHON, JR. |
|---|---|
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTOR**: JOANN Inc., *et al.*

**CASE NO:** 25-10068 (CTG)

**DATE:** February 19, 2025

**TIME:** 10:00 a.m. (ET)

**LOCATION:** The meeting shall be held telephonically. Please dial the call-in number, 1-844-767-5651 and then enter the passcode, 138 0568, followed by a # sign. Such meeting may be continued/adjourned to a later date. If so, such additional information will appear on the docket of the U.S. Bankruptcy Court.

By: */s/ Malcolm M. Bates*
      Malcolm M. Bates, Trial Attorney

Dated: January 29, 2025

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc: Patrick J. Reilley, Esquire (Debtor's proposed counsel)