**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| | (Jointly Administered) |
| Debtors. | |
| | **341 Meeting: February 19, 2025 at 10:00 a.m. ET** |

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "341 Meeting") in these cases, scheduled for **February 19, 2025 at 10:00 a.m. (ET)** will be held telephonically. Parties wishing to participate in the 341 Meeting should call into the conference line in advance of the meeting.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtor. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **YOUR TELEPHONIC PARTICIPATION IN THE 341 MEETING IS NOT REQUIRED, IS COMPLETELY OPTIONAL, AND FAILURE TO ATTEND WILL NOT AFFECT YOUR ELIGIBILITY TO FILE A CLAIM LATER.** The purpose of the 341 Meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the 341 Meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-844-767-5651,** and then enter the passcode, **138 0568,** followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself, or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The 341 Meeting will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- **Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

If you have any questions, you may contact Malcolm M. Bates, Esq., Trial Attorney for the United States Trustee's Office, 844 King Street, Suite 2207, Wilmington, DE 19801 | E-Mail: Malcolm.M.Bates@usdoj.gov

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE, REGION 3**

Dated: January 29, 2025    By: */s/ Malcolm M. Bates*
        Malcolm M. Bates
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 N. King Street, Room 2207, Lockbox 35
        Wilmington, DE 19801
        Email: Malcolm.M.Bates@usdoj.gov