# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., et al.,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JIANGANG OU

Pursuant to Local Rule 9010-1 and the accompanying certification, counsel moves the admission *pro hac vice* of Jiangang Ou of the law firm Archer & Greiner, P.C. to represent China National Art & Crafts Imp. & Exp. Huayong Corp. in connection with the above-captioned chapter 11 cases and any related adversary proceedings.

Dated: January 29, 2025

**ARCHER & GREINER, P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: nsongonuga@archerlaw.com

*Counsel to China National Art & Crafts Imp. & Exp. Huayong Corp.*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's motion for admission *pro hac vice* is granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

229966910 v1

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, State of Texas, Southern District of New York, Southern District of Texas, District of Colorado, Northern District of Texas, Western District of Texas, and Eastern District of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 29, 2025

                                        */s/ Jiangang Ou*
                                        Jiangang Ou, Esquire
                                        Archer & Greiner, P.C.
                                        3040 Post Oak Boulevard, Suite 1800-150
                                        Houston, TX 77056
                                        Telephone: (713) 970-1066
                                        Facsimile: (713) 583-9518
                                        jou@archerlaw.com

229966910 v1