# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., et al.,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Natasha M. Songonuga, Esquire and Jiangang Ou, Esquire appear as attorneys for China National Art & Crafts Imp. & Exp. Huayong Corp. ("**China National**"), pursuant to Rules 2002, 3017(a), 9007, 9019(b), 9013, and 9027 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and requests that all notices be given to and served upon:

| | |
|---|---|
| Natasha M. Songonuga, Esquire | Jiangang Ou, Esquire |
| Archer & Greiner, P.C. | Archer & Greiner, P.C. |
| 300 Delaware Avenue, Suite 1100 | 3040 Post Oak Boulevard, Suite 1800-150 |
| Wilmington, DE 19801 | Houston, TX 77056 |
| Telephone: (302) 777-4350 | Telephone: (713) 970-1066 |
| Facsimile: (302) 777-4352 | Facsimile: (713) 583-9518 |
| nsongonuga@archerlaw.com | jou@archerlaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

229966648 v1

2

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, email or otherwise, which affect China National and/or the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that demand is also made that China National and the undersigned be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive (a) any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity or otherwise, all of which are expressly reserved.

| | |
|---|---|
| Dated: January 29, 2025 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Natasha M. Songonuga*<br>Natasha M. Songonuga, Esq. (Bar No. 5391)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-4350<br>Facsimile:  (302) 777-4352<br>Email: nsongonuga@archerlaw.com<br><br>- and -<br><br>Jiangang Ou, Esquire<br>3040 Post Oak Boulevard, Suite 1800-150<br>Houston, TX 77056<br>Telephone: (713) 970-1066<br>Facsimile: (713) 583-9518<br>jou@archerlaw.com |

229966648 v1

*Counsel to China National Art & Crafts Imp. & Exp. Huayong Corp.*

3

229966648 v1