# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br>(Jointly Administered)<br><br>**ECF No. 210** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby withdraws the *Motion and Order for Admission* Pro Hac Vice *of Jiangang Ou* [ECF No. 210] filed with the Court on January 29, 2025.

Dated: January 29, 2025

**ARCHER & GREINER, P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: nsongonuga@archerlaw.com

- and -

Jiangang Ou, Esquire (*Pro Hac Vice* admission pending)
3040 Post Oak Boulevard, Suite 1800-150
Houston, TX 77056
Telephone: (713) 970-1066
Facsimile: (713) 583-9518
Email: jou@archerlaw.com

*Counsel to China National Art & Crafts Imp. & Exp. Huayong Corp.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.