**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068-CTG |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Comptroller of Public Accounts, Revenue Accounting Division, by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, the Supreme Court of Texas and all lower Texas courts. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**
Assistant Attorney General
Texas State Bar No. 24079031

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

      I certify that on January 30, 2025, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Joann Inc.,
5555 Darro Road
Hudson, Ohio 44236

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Jason Daniel Angelo** JAngelo@reedsmith.com, glauer@reedsmith.com
- **Malcolm M Bates** malcolm.m.bates@usdoj.gov
- **Michael Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Stuart M. Brown** stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com
- **Kate R. Buck** kbuck@mccarter.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **Jeffery D. Carruth** jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com
- **Christopher L. Carter** christopher.carter@morganlewis.com
- **William E. Chipman** chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com
- **M. Blake Cleary** bcleary@potteranderson.com, lhuber@potteranderson.com;leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Mark D. Collins** rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Scott D. Cousins** scott.cousins@lewisbrisbois.com, aran.heining@lewisbrisbois.com
- **Donna L. Culver** dculver@mnat.com
- **Robert J. Dehney** rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Joseph J. DiPasquale** Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com
- **Monique Bair DiSabatino** monique.disabatino@saul.com, robyn.warren@saul.com
- **Brenna Anne Dolphin** bdolphin@morrisnichols.com, brenna-dolphin-9491@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
- **Christopher M. Donnelly** cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Jack M. Dougherty** jdougherty@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;Bankruptcy@coleschotz.com
- **William Ehrlich** william@ehrlichlawfirm.com

- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email
- **Michael E. Fitzpatrick** mfitzpatrick@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Gregory Joseph Flasser** gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **M. Hampton Foushee** hfoushee@choate.com
- **Susan R Fuertes** susan.fuertes@harriscountytx.gov
- **Jeffrey R Gleit** jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- **Andrew K Glenn** aglenn@glennagre.com, mco@glennagre.com
- **Ronald E Gold** rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
- **Brett D. Goodman** brett.goodman@afslaw.com, alyssa.fiorentino@afslaw.com;lisa.indelicato@afslaw.com;edocket@afslaw.com
- **Scott J Greenberg** sgreenberg@gibsondunn.com, jbrody@gibsondunn.com
- **Karen M. Grivner** kgrivner@clarkhill.com, kwebster@clarkhill.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **Kurt F. Gwynne** kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Emily Margaret Hahn** ehahn@abernathy-law.com
- **Sandra S Hamilton** bankruptcyfiling@clarkhill.com
- **Matthew B. Harvey** mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Jarret P. Hitchings** jarret.hitchings@bclplaw.com, deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com
- **Brya Michele Keilson** bkeilson@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Kroll Restructuring Administration LLC** info@ra.kroll.com
- **Jeffrey Kurtzman** kurtzman@kurtzmansteady.com
- **Adam G. Landis** landis@lrclaw.com, Ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com
- **Joseph H Lemkin** jlemkin@stark-stark.com
- **William J. Levant** wlevant@kaplaw.com
- **Zhao Liu** liu@teamrosner.com, wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com
- **Jonathan D. Marshall** jmarshall@choate.com
- **Matthew B. McGuire** mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com
- **Brian J. McLaughlin** brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

- **Curtis S. Miller** csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Timothy T Mitchell** dkrm@aol.com, donna@rashtiandmitchell.com
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Eric J. Monzo** emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Nancy J. Newman** nnewman@hansonbridgett.com
- **Stacy L. Newman** snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Jami B. Nimeroff** jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com
- **Mark D. Olivere** olivere@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com
- **Austin Park** apark@morrisnichols.com, austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com
- **Julie Anne Parsons** jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen N. Pate** bk@bpretail.com
- **Dana S. Plon** dplon@sirlinlaw.com
- **David M. Reeder** david@reederlaw.com, secretary@reederlaw.com
- **Patrick J. Reilley** preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Steven J. Reisman** sreisman@katten.com, nyc.bknotices@katten.com
- **Elizabeth A. Rogers** erogers@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com
- **Jeffrey Mark Rosenthal** jrosenthal@mblawfirm.com
- **Frederick B. Rosner** rosner@teamrosner.com
- **Diane W. Sanders** austin.bankruptcy@publicans.com
- **Matthew Steven Sarna** matthew.sarna@us.dlapiper.com, DLAPiper@ecfxmail.com
- **Erin Powers Severini** eseverini@fbtlaw.com
- **David Shim** david.shim@morganlewis.com
- **Michelle E. Shriro** mshriro@singerlevick.com, scotton@singerlevick.com
- **Jeffrey Ira Snyder** jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com
- **Louis F. Solimine** louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com
- **Natasha M. Songonuga** NSongonuga@archerlaw.com, ahuber@archerlaw.com
- **James B. Sowka** jsowka@seyfarth.com
- **Jason A. Starks** BKECF@traviscountytx.gov
- **Don Stecker** don.stecker@lgbs.com
- **Benjamin Joseph Steele** ecf@primeclerk.com
- **Alexander R. Steiger** steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

- **Joshua A Sussberg** ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **Alexandra Thomas** athomas@choate.com
- **Ronald Mark Tucker** rtucker@simon.com, bankruptcy@simon.com
- **John Kendrick Turner** dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **David M. Unseth** david.unseth@bclplaw.com
- **Melissa E. Valdez** mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **John Ventola** jventola@choate.com
- **Stephanie Slater Ward** sslater@foxrothschild.com
- **Michael C. Whalen** michaelcwhalen@paulhastings.com
- **Matthew Williams** mjwilliams@gibsondunn.com, mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com
- **Maliheh Zare** mzare@mccarter.com

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**