## **CERTIFICATE OF SERVICE**

   I, Michael J. Joyce, hereby certify that on January 30, 2025, I caused to be served the foregoing, *Motion of Ruth Kump for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties on the attached service list.

Dated: January 30, 2025

                      *Michael J. Joyce*
                      Michael J. Joyce

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue
Suite 1410
Wilmington, Delaware 19801

**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Aparna Yenamandra, P.C.
601 Lexington Avenue,
New York, New York 10022