RECEIVED
2025 JAN 30 AM 9:37

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER:   11 |
| ) | |
| ) | CASE NO.: 25-10068 (CTG) |
| ) | |
| JOANN INC., et al., ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors[1]. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**

**NOTICES AND SERVICE OF PAPERS**

Ronald K. Brown, Jr., Esq. hereby enters his appearance for La Habra Westridge Partners, L.P. and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon him at the following address:

La Habra Westridge Partners, L.P.
c/o Ronald K. Brown, Jr.
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, California 92660
(949) 250-3322 - Telephone
(949) 250-3387 - Facsimile
E-mail: Ron@rkbrownlaw.com

*/s/ Ronald K. Brown, Jr.*
Ronald K. Brown, Jr., Esq.
California State Bar No.: 102012
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 250-3322

January 22, 2025

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2025, a copy of the foregoing Notice of Appearance and Request for Service of Papers were mailed to the parties listed below:

JOANN Inc.
5555 Darrow Road
Hudson, OH 44236
***Debtor***

Olivia F. Acuna
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

William E. Arnault
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Malcolm M Bates
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Claims Agent
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007

Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Ronald K. Brown, Jr., Esq.