**EXHIBIT A**

Georgia Power: https://www.georgiapower.com/business/prices-rates/business-tariffs.cshtml

SCE: https://www.sce.com/regulatory/tariff-books

DEV: https://www.dominionenergy.com/virginia/rates-and-tariffs/business-rates

DESC: https://www.dominionenergy.com/south-carolina/rates-and-tariffs

SoCalGas: https://www2.socalgas.com/regulatory/tariffs/tariffs-rules.shtml

SRP: Rules and Regulations:
   http://www.srpnet.com/about/rulesregs.aspx
   Price Plans:
https://www.srpnet.com/prices/pdfx/ratebook.pdf

BGE:
   Electric –
   https://www.bge.com/MyAccount/MyBillUsage/Pages/ElectricServiceRatesTariffs.aspx
   Gas –
   https://www.bge.com/MyAccount/MyBillUsage/Pages/GasServiceRatesTariffs.aspx

ComEd:
   Tariffs: https://www.comed.com/customer-service/rates-pricing/rates-information/Pages/current-rates.aspx
   Regulations: http://www.ilga.gov/commission/jcar/admincode/083/08300280sections.html

PECO:
   Electric: https://www.peco.com/SiteCollectionDocuments/CurrentElecTariff.pdf
   Gas: https://www.peco.com/SiteCollectionDocuments/CurrentGasTariff.pdf

DPL:
   Delaware –
      Electric:
   https://www.delmarva.com/MyAccount/MyBillUsage/Pages/DE/Electric/CurrentTariffs.aspx
      Gas:

```
https://www.delmarva.com/MyAccount/MyBillUsage/Pages/DE/Gas/CurrentTariffs.aspx
```

ACE: https://www.atlanticcityelectric.com/MyAccount/MyBillUsage/Pages/Current-Tariffs.aspx

Pepco:
    Maryland: https://www.pepco.com/MyAccount/MyBillUsage/Pages/Maryland.aspx

TEC: http://www.tampaelectric.com/company/ourpowersystem/tariff/

Peoples Gas: https://www.peoplesgas.com/company/ournaturalgassystem/tariff/

Entergy AK: https://www.entergy-arkansas.com/your_business/business_tariffs/

Entergy LA:   https://cdn.entergy-louisiana.com/userfiles/content/price/tariffs/ell_elec_terms-conditions.pdf

Entergy MS:   https://www.entergy-mississippi.com/your_business/business_tariffs/

Entergy TX:   https://www.entergy-texas.com/your_business/business_tariffs/

CERC:     http://www.centerpointenergy.com/en-us/corporate/about-us/rates-tariffs

NYSEG:    https://www.nyseg.com/w/electricity-pricing-and-tariffs

RG&E:    https://www.rge.com/account/understandyourbill/pricing

FPL: http://www.fpl.com/customer/rates_and_bill/rules_tariffs.shtml

APS: http://www.aps.com/library/rates/sched-01.pdf