**CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on January 31, 2025, I caused a true and correct copy of the *Joinder of Certain Utility Companies To the Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments For Prepetition Services Performed, and (V) Granting Related Relief* to be served by email on:

| | |
|---|---|
| Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Email:<br>preilley@coleschotz.com,<br>snewman@coleschotz.com,<br>mfitzpatrick@coleschotz.com,<br>jdougherty@coleschotz.com<br>*Debtors' Counsel* | Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Email:<br>joshua.sussberg@kirkland.com,<br>aparna.yenamandra@kirkland.com<br>*Debtors' Counsel* |
| Anup Sathy, P.C.<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Email:<br>anup.sathy@kirkland.com,<br>jeff.michalik@kirkland.com,<br>lindsey.blumenthal@kirkland.com<br>*Debtors' Counsel* | Malcolm M. Bates<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>Email:<br>malcolm.m.bates@usdoj.gov |

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)