UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter __11__

Case No. __25__-__10068__ (_CTG_)

Debtor:  JOANN INC., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of __Jiangang Ou_____

to represent  China National Art & Crafts Imp. & Exp. Huayong Corp._____

in this action.

/s/ Natasha Songonuga (No. 5391)

Firm Name: Archer & Greiner, P.C.

Address:   300 Delaware Ave., Ste. 1100
           Wilmington, DE 19801

Phone:     302-777-4350
           nsongonuga@archerlaw.com

Email:

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of (See Attached Addendum)  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Jiangang Ou_____

Firm Name: Archer & Greiner, P.C.
           3040 Post Oak Blvd.

Address:   Ste. 1800-150
           Houston, TX 77056

Phone:     713-970-1066

Email:     jou@archerlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: January 31st, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE