## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 25-10068 (CTG) ) |
| JOANN INC., *et al.*,[1] | ) (Jointly Administered) ) |
| Debtors. | ) ) ) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Nick M. Ebel of Walsh Pizzi O'Reilly Falanga, LLP to represent Jones Lang LaSalle Americas, Inc. ("JLL") as co-counsel and litigation counsel in this action.

Dated: January 30, 2025        GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Amy D. Brown*
Amy D. Brown (DE 4077)
1201 Orange Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 416-3357
Email: abrown@gsbblaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027) (together the "Debtors"). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 30, 2025

**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
nebel@walsh.law


By: */s/Nick M. Ebel*
Nick M. Ebel (*pro hac vice*)


**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.


Dated: January 31st, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**