IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of David K. Shim, Esquire of Morgan, Lewis & Bockius LLP to represent Bank of America, N.A., as Prepetition ABL Agent, in the above-captioned chapter 11 cases.

Dated: January 16, 2025
       Wilmington, Delaware

By: */s/ Kurt F. Gwynne*
    Kurt F. Gywnne (No. 3951)
    **REED SMITH LLP**
    1201 North Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: +1.302.778.7500
    Email: kgwynne@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of Connecticut, the Commonwealth of Massachusetts, and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 16, 2025

By: */s/ David K. Shim*
    David K. Shim, Esq.
    **MORGAN, LEWIS & BOCKIUS LLP**
    One State Street
    Hartford, CT 06103-3178
    Telephone: +1.860.240.2700
    Email: david.shim@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: January 31st, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**