**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                            )
In re:                                      )        Chapter 11
                                            )
JOANN INC., *et al*.                        )        Case No. 25-10068 (CTG)
                                            )
            Debtors.                        )        (Joint Administration Requested)
                                            )
_____)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Bradshaw Rost, Esq., of Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, Maryland 20815 hereby enters his appearance on behalf of Westminster Granite Main LLC, a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interest of Westminster Granite Main LLC, and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Dated: January 31, 2025                     Respectfully Submitted,

                                            */s/ Bradshaw Rost*_____
                                            Bradshaw Rost, Esq.
                                            Tenenbaum & Saas, P.C.
                                            4504 Walsh Street, Suite 200
                                            Chevy Chase, Maryland 20815
                                            (301) 961-5300 – Phone
                                            BRost@tspclaw.com
                                            *Counsel for Creditor*,
                                            *Westminster Granite Main LLC*