# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE PURSUANT TO LOCAL RULE 7026-2

I, Jason D. Angelo, Esq. hereby certify that on January 31, 2025, I caused a true and correct copy of the *Responses and Objections of Bank of America, N.A., as Prepetition ABL Agent, to the Ad Hoc Term Loan Group's First Request for Production of Documents* to be served on the counsel of record listed on **Exhibit A** hereto via electronic mail and First-Class U.S. Mail.

Dated: January 31, 2025
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: jangelo@reedsmith.com

*Counsel to Bank of America, N.A., as Prepetition ABL Agent*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

# EXHIBIT A

<u>Service List</u>

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Donna L. Culver, Esq.<br>Robert J. Dehney, Sr., Esq.<br>Matthew B. Harvey, Esq.<br>Brenna A. Dolphin, Esq.<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Email: rdehney@morrisnichols.com<br>    mharvey@morrisnichols.com<br>    bdolphin@morrisnichols.com | **GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn, Esq.<br>Kurt A. Mayr, Esq.<br>Agustina G. Berro, Esq.<br>Malak S. Doss, Esq.<br>Esther Hong, Esq.<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Email: aglenn@glennagre.com<br>    kmayr@glennagre.com<br>    aberro@glennagre.com<br>    mdoss@glennagre.com<br>    ehong@glennagre.com |