Case 25-10068-CTG    Doc 239    Filed 01/31/25    Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of The Official Committee of Unsecured Creditors (the "<u>Committee</u>"), in the above-referenced chapter 11 cases, and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Committee by and through their counsel as follows:

| | |
|---|---|
| Bradford J. Sandler, Esq. | Jason R. Adams, Esq. (*pro hac vice* forthcoming) |
| James E. O'Neill, Esq. | Eric R. Wilson, Esq. (*pro hac vice* forthcoming) |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Maeghan McLoughlin, Esq. (*pro hac vice* forthcoming) |
| 919 North Market Street, 17th Floor | Andres Barajas, Esq. (*pro hac vice* forthcoming) |
| P.O. Box 8705 | **KELLEY DRYE & WARREN LLP** |
| Wilmington, DE 19899-8705 | 3 World Trade Center |
| (Courier 19801) | 175 Greenwich Street |
| Telephone: (302) 652-4100 | New York, NY 10007 |
| Facsimile: (302) 652-4400 | Telephone: (212) 808-7800 |
| Email: bsandler@pszjlaw.com | Facsimile: (212) 808-7897 |
| joneill@pszjlaw.com | Email: mmcloughlin@kelleydrye.com |
| | abarajas@kelleydrye.com |
| | kdwbankruptcydepartment@kelleydrye.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 31, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES, LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
            joneill@pszjlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Jason R. Adams, Esq. (*pro hac vice* forthcoming)
Eric R. Wilson, Esq. (*pro hac vice* forthcoming)
Maeghan J. McLoughlin, Esq. (*pro hac vice* forthcoming)
Andres Barajas, Esq. (*pro hac vice* forthcoming)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: jadams@kelleydrye.com
            ewilson@kelleydrye.com
            mmcloughlin@kelleydrye.com
            abarajas@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*