**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Connie Y. Choe of Kelley Drye & Warren LLP, to represent the Official Committee of Unsecured Creditors in this action.

Dated: January 31, 2025

    */s/ Bradford J. Sandler*
    Bradford J. Sandler (DE Bar No. 4142)
    Pachulski Stang Ziehl & Jones LLP
    919 North Market Street, 17th Floor
    Wilmington, DE 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Email: bsandler@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, New Jersey, and Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 31, 2025

    */s/ Connie Y. Choe*
    Connie Y. Choe, Esq.
    Kelley Drye & Warren LLP
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    Email: cchoe@kelleydrye.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.