# SIN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN, INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
|  | ) (Jointly Administered) |
| Debtors. |  |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that Studio Eluceo Ltd ("**Studio Eluceo**"), by its attorneys Saul Ewing LLP, appears in this matter pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

| | |
|---|---|
| Evan T. Miller, Esquire | Ryan Coy, Esquire |
| Saul Ewing LLP | Saul Ewing LLP |
| 1201 N. Market Street, Suite 2300 | 1888 Century Park E, Suite 1500, |
| P.O. Box 1266 | Los Angeles, CA 90067 |
| Wilmington, DE 19899 | Telephone: 310-255-6168 |
| Telephone: 302-421-6864 | Email: ryan.coy@saul.com |
| Email: evan.miller@saul.com | |

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by Studio Eluceo to the jurisdiction or judicial authority of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

nor shall be deemed to waive Studio Eluceo's substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Studio Eluceo is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: February 3, 2025    **SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
evan.miller@saul.com

-and-

Ryan Coy, Esquire
Saul Ewing LLP
1888 Century Park E, Suite 1500,
Los Angeles, CA 90067
Telephone: 310-255-6168
Email: ryan.coy@saul.com

*Counsel for Studio Eluceo Ltd*