UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter **11**

                            Case No. **25 - 10068 (CTG)**

Debtor: **JOANN INC., et al.**        Related Docket No. **237**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **John M. Craig** to represent **the Utilities that are the parties listed in Docket Nos. 225, 226 and 227.** in this action.

Date: January 31, 2025

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE No. 2936)
Firm Name: WHITEFORD, TAYLOR & PRESTON LLC
Address: 600 N. King St., Suite 300
Wilmington, DE 19801
Phone: (302) 353-4145
Email: wtaylor@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **the State of Virginia** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ John M. Craig
Firm Name: LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Address: 2258 Wheatlands Drive, Manakin-Sabot, VA 23103
Phone: (804) 749-8861
Email: john@russelljohnsonlawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: February 3rd, 2025**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

Local Form 105