## **CERTIFICATE OF SERVICE**

      I, Austin T. Park, do hereby certify that on February 4, 2025, I caused a copy of the foregoing to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties on **Exhibits A and B**.

                                               */s/ Austin T. Park*
                                               Austin T. Park (No. 7247)

## **Exhibit A**

*VIA FIRST CLASS MAIL*

**JOANN INC.**
Attn: Ann Aber, EVP, Chief Legal Officer
and Human Resources Officer
5555 Darrow Road
Hudson, Ohio 44236

*The Debtors*

## Exhibit B

*VIA ELECTRONIC & FIRST CLASS MAIL*

**KIRKLAND & ELLIS LLP**
Aparna Yenamandra, P.C.
601 Lexington Avenue
New York, NY 10022
aparna.yenamandra@kirkland.com

Jeffrey Michalik
333 West Wolf Point Plaza
Chicago, IL 60654
jeff.michalik@kirkland.com

*Counsel to the Debtors*

**COLE SCHOTZ P.C.**
Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

*Counsel to the Debtors*

**OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Malcolm M. Bates
J. Caleb Boggs Federal Building
844 North King Street
Suite 2207, Lock Box 35
Wilmington, Delaware 19801
malcolm.m.bates@usdoj.gov

**MORGAN, LEWIS & BOCKIUS LLP**
Christopher L. Carter
Marjorie Crider
One Federal Street
Boston, MA 02110
christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

*Counsel to the Prepetition ABL Agent*

**CHOATE HALL & STEWART LLP**
John Ventola
Jonathan Marshall
2 International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com

*Counsel to the Prepetition FILO Agent*

**GIBSON, DUNN & CRUTCHER LLP**
Scott Greenberg
Kevin Liang
Josh Brody
200 Park Avenue
New York, NY 10166
SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

*Counsel to the Prepetition Term Loan Lender Ad Hoc Group*

**ARENTFOX SCHIFF LLP**
Jeffrey Gleit
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
jeffrey.gleit@afslaw.com

Jonathan Bagg
1717 K Street NW
Washington, D.C. 20006
jonathan.bagg@afslaw.com

Matthew Bentley
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
matthew.bentley@afslaw.com

*Counsel to the Prepetition Term Loan Agent*

**KATTEN MUCHIN ROSENMAN LLP**
Steven Reisman
Cindi Giglio
50 Rockefeller Plaza
New York, NY 10020
sreisman@katten.com
cgiglio@katten.com

*Counsel to Gordon Brothers Retail Partners, LLC*

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**KELLEY DRYE & WARREN LLP**
Jason R. Adams
Eric R. Wilson
Maeghan McLoughlin
Andres Barajas
3 World Trade Center
175 Greenwich Street
New York, NY 10007
jadams@kelleydrye.com
ewilson@kelleydrye.com
mmcloughlin@kelleydrye.com
abarajas@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*