**CERTIFICATE OF SERVICE**

    I, William E. Chipman, Jr., an attorney, hereby certify that on February 4, 2025, a true and correct copy of the foregoing document was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District.

                                                          /s/ *William E. Chipman, Jr.*
                                                    William E. Chipman, Jr. (No. 3818)