# EXHIBIT B

**CSC**

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 077775-000003 | **Order#** | 1445474-1 |
| **Project Id :** | UCC3 AMENDMENT OH SOS 03/07/20 | **Order Date** | 03/07/2024 |

| | |
|---|---|
| **Entity Name:** | **OH00272102933 (Secured Party) / Simplicity Pattern Co., Inc. (Secured Party)** |
| **Jurisdiction:** | **OH - Secretary Of State** |
| **Request for:** | **UCC Filing** |
| **File Type:** | UCC AMENDMENT FILING |
| **Original File Number:** | OH00272102933 |
| **Result:** | **Filed** |
| **File Number:** | OH00272102933 |
| **Filing Date:** | 03/11/2024 |

Ordered by EMELINDA SANTIAGO at SEYFARTH SHAW LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Cynthia Mendez
Cynthia.Mendez@cscglobal.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.



| | |
|---|---|
| File No: | SR1223286 |
| FS Number: | OH00272102933 |
| Date Filed: | 11 March 2024 18:06:41 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | CSC CSC |
| **PHONE NUMBER:** | 217-544-5900 |
| **EMAIL CONTACT AT FILER:** | sprfiling@cscglobal.com |
| **SEND ACKNOWLEDGEMENT TO:** | CSC |
| | 801 Adlai Stevenson Drive |
| | Springfield |
| | ILLINOIS |
| | 62703 |
| | United States |

## PARTY INFORMATION CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00272102933

| | |
|---|---|
| **This Change affects:** | Secured Party |
| | ADD name |

## CHANGED or ADDED INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | IG Design Group Americas, Inc. |
| **MAILING ADDRESS:** | 5555 Glenridge Connector, Suite 300 |

| **CITY:** Atlanta | **STATE:** GEORGIA | **POSTAL CODE:** 30342 | **COUNTRY:** United States |
|---|---|---|---|

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

| | |
|---|---|
| **Name** | Simplicity Pattern Co., Inc. |
| **MAILING ADDRESS:** | 261 Madison Avenue, 4th Floor |

| **CITY:** New York | **STATE:** NEW YORK | **POSTAL CODE:** 10016 | **COUNTRY:** United States |
|---|---|---|---|

**OPTIONAL FILER REFERENCE DATA:**

SR1067439 (April 14, 2023) 1st Amendment; SR1167797 (November 15, 2023) 2nd Amendment

**CSC**

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 077775-000003 | **Order#** | 1446530-2 |
| **Project Id :** | UCC3 AMENDMENT OH SOS 03/07/20 | **Order Date** | 03/11/2024 |

| | |
|---|---|
| **Entity Name:** | **OH00272102933 (Debtor) / Simplicity Pattern Co., Inc. (Secured Party)** |
| **Jurisdiction:** | **OH - Secretary Of State** |
| **Request for:** | **UCC Filing** |
| **File Type:** | UCC AMENDMENT FILING |
| **Original File Number:** | OH00272102933 |
| **Result:** | **Filed** |
| **File Number:** | OH00272102933 |
| **Filing Date:** | 03/11/2024 |

Ordered by EMELINDA SANTIAGO at SEYFARTH SHAW LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Cynthia Mendez
Cynthia.Mendez@cscglobal.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.



| | |
|---|---|
| File No: | SR1223288 |
| FS Number: | OH00272102933 |
| Date Filed: | 11 March 2024 18:16:52 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** CSC CSC

**PHONE NUMBER:** 217-544-5900

**EMAIL CONTACT AT FILER:** sprfiling@cscglobal.com

**SEND ACKNOWLEDGEMENT TO:** CSC
801 Adlai Stevenson Drive
Springfield
ILLINOIS
62703
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00272102933**

**Type of Collateral: Restate Collateral**

**Indicate Collateral:**

All consigned goods wherever located including any and all sewing pattern products, designs, home sewing patterns, books, magazines, and instructional textbooks which
provide instructions to consumers in their pursuit to sew a wide array of apparel garments and accessories; costume designs, home decoration items, and craft projects under
brand names including Simplicity, It's So Easy, New Look, McCall's, Buttenck, Vogue, Green Pepper, Stretch & Sew, Sew Baby, Lazy Girl, See & Sew, Kwik Sew, Know Me,
and BURDA, including, but not limited to, all consigned products having a Universal Product Code ("UPC") bar code starting with the company prefixes of 031664, 023795, and 039363 or a European Article Number ("EAN") bar code starting with the company prefixes of 4011199 and 4066483, now in the possession of Debtor or hereafter acquired, and all proceeds thereof, wherever located, now in the possession of Debtor or hereafter acquired, and all rights of the Debtor under that certain Administrative Agreement
between debtor and secured parties dated July 18, 2012, and effective as of August 1, 2012, as amended on December 15, 2023 pursuant to that certain Pattern Supply
Agreement between debtor and secured parties

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**Name** Simplicity Pattern Co., Inc.

**MAILING ADDRESS:** 261 Madison Avenue, 4th Floor

**CITY:** New York  **STATE:** NEW YORK  **POSTAL CODE:** 10016  **COUNTRY:** United States

## OPTIONAL FILER REFERENCE DATA:

SR1067439 (April 14, 2023) 1st Amendment; SR1167797 (November 15, 2023) 2nd Amendment

**CSC**

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 077775-000003 | **Order#** | 1445474-2 |
| **Project Id :** | UCC3 AMENDMENT<br>OH SOS 03/07/20 | **Order Date** | 03/07/2024 |

| | |
|---|---|
| **Entity Name:** | **OH00272101476 (Secured Party) / The McCall Pattern Company, Inc. (Secured Party)** |
| **Jurisdiction:** | **OH - Secretary Of State** |
| **Request for:** | **UCC Filing** |
| **File Type:** | UCC AMENDMENT FILING |
| **Original File Number:** | OH00272101476 |
| **Result:** | **Filed** |
| **File Number:** | OH00272101476 |
| **Filing Date:** | 03/11/2024 |

Ordered by EMELINDA SANTIAGO at SEYFARTH SHAW LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Cynthia Mendez
Cynthia.Mendez@cscglobal.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.


**Frank LaRose**
*Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1223285 |
| FS Number: | OH00272101476 |
| Date Filed: | 11 March 2024 18:02:14 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** CSC CSC
**PHONE NUMBER:** 217-544-5900
**EMAIL CONTACT AT FILER:** sprfiling@cscglobal.com
**SEND ACKNOWLEDGEMENT TO:** CSC
801 Adlai Stevenson Drive
Springfield
ILLINOIS
62703
United States

## PARTY INFORMATION CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00272101476

**This Change affects:**     Secured Party
ADD name

## CHANGED or ADDED INFORMATION

**ORGANIZATION'S NAME:**     IG Design Group Americas, Inc.
**MAILING ADDRESS:**     5555 Glenridge Connector, Suite 300
**CITY:** Atlanta     **STATE:** GEORGIA     **POSTAL CODE:** 30342     **COUNTRY:** United States

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**Name**     The McCall Pattern Company, Inc.
**MAILING ADDRESS:**     120 Broadway - 34th Floor
**CITY:** New York     **STATE:** NEW YORK     **POSTAL CODE:** 10271     **COUNTRY:** United States

**OPTIONAL FILER REFERENCE DATA:**

SR10367437 (April 14, 2023) 1st Amendment; SR1167663 (November 15, 2023) 2nd Amendment

**CSC**

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 077775-000003 | **Order#** | 1446530-1 |
| **Project Id :** | UCC3 AMENDMENT | **Order Date** | 03/11/2024 |
| | OH SOS 03/07/20 | | |

| | |
|---|---|
| **Entity Name:** | **OH00272101476 (Debtor) / The McCall Pattern Company, Inc. (Secured Party)** |
| **Jurisdiction:** | **OH - Secretary Of State** |
| **Request for:** | **UCC Filing** |
| **File Type:** | UCC AMENDMENT FILING |
| **Original File Number:** | OH00272101476 |
| **Result:** | **Filed** |
| **File Number:** | OH00272101476 |
| **Filing Date:** | 03/11/2024 |

Ordered by EMELINDA SANTIAGO at SEYFARTH SHAW LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Cynthia Mendez
Cynthia.Mendez@cscglobal.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.



| | |
|---|---|
| File No: | SR1223287 |
| FS Number: | OH00272101476 |
| Date Filed: | 11 March 2024 18:14:24 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**     CSC CSC

**PHONE NUMBER:**     217-544-5900

**EMAIL CONTACT AT FILER:**     sprfiling@cscglobal.com

**SEND ACKNOWLEDGEMENT TO:**     CSC
801 Adlai Stevenson Drive
Springfield
ILLINOIS
62703
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00272101476**

**Type of Collateral: Restate Collateral**

**Indicate Collateral:**

All consigned goods wherever located including any and all sewing pattern products, designs, home sewing patterns, books. magazines, and instructional textbooks which
provide instructions to consumers in their pursuit to sew a wide array of apparel garments and accessories, costume designs, home decoration items, and craft projects under
brand names including Simplicity, Ifs So Easy, New Look, McCall's, Butterick, Vogue, Green Pepper, Stretch & Sew, Sew Baby, Lazy Girl, See & Sew, Kwik Sew, Know Me,
and BURDA, including, but not limited to, all consigned products having a Universal Product Code ("UPC") bar code starting with the company prefixes of 031664, 023795, and 039363 or a European Article Number ("EAN") bar code starting with the company prefixes of 4011199 and 4066483, now in the possession of Debtor or hereafter acquired, and all proceeds thereof. wherever located, now in the possession of Debtor or hereafter acquired, and all rights of the Debtor under that certain Administrative Agreement
between debtor and secured parties dated October 30, 2014, and effective as of February 1, 2015, as amended on December 15, 2023 pursuant to that certain Pattern Supply
Agreement between debtor and secured parties.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**Name**     The McCall Pattern Company, Inc.

**MAILING ADDRESS:**     120 Broadway - 34th Floor

**CITY:** New York        **STATE:** NEW YORK        **POSTAL CODE:** 10271        **COUNTRY:** United States

## OPTIONAL FILER REFERENCE DATA:

SR10367437 (April 14, 2023) 1st Amendment; SR1167663 (November 15, 2023) 2nd Amendment