**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.** |

**ORDER GRANTING MOTION OF IG DESIGN GROUP AMERICAS, INC. TO (A) COMPEL THE DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS, AND (B) MODIFY THE AUTOMATIC STAY**

Upon the consideration of the Motion of IG Design Group Americas, Inc. to (a) to compel the debtors to assume or reject executory contracts, and (b) modify the automatic stay ("**Motion**")[2]; and the Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found venue of this proceeding and the Motion in this district proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been sufficient; and after due deliberation thereon, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are ordered to assume or reject the Consignment Agreement at least 14 days prior to the closing of any transaction resulting in the liquidation of the Debtors or the rejection of any leases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

4901-7929-4742, v. 2

3. Pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2), the automatic stay is lifted to allow DGA and its agents, to remove the Consigned Goods from the Debtors' stores upon rejection of the Consignment Agreement.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

4901-7929-4742, v. 2