IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No.     25-10068 (CTG) |
| Debtors. | |
| _____ / | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Brendan Collins, of the law firm GKG Law, P.C., hereby enters his notice of appearance as counsel on behalf of Toll Global Forwarding (USA) Inc., and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following address:

> Brendan Collins
> GKG Law, P.C.
> 1055 Thomas Jefferson Street, NW
> Suite 620
> Washington, DC 20007
> Email: bcollins@gkglaw.com
> Telephone: 202-342-6793

**PLEASE TAKE FUTHER NOTICE** that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the case, whether such notice is formal or informal, written or oral, and whether transmitted by regular mail, electronic mail, hand delivery, telephone, facsimile or otherwise.

---

[1] 1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: February 4, 2025

Respectfully submitted,

GKG LAW, P.C.

By: s/ Brendan Collins
    Brendan Colins
    GKG Law, P.C.
    1055 Thomas Jefferson Street, NW
    Suite 620
    Washington, DC 20007
    Telephone: (202) 342-6793
    Facsimile: (202) 342-5299
    Email: bcollins@gkglaw.com

*Attorney for Toll Global Forwarding (USA) Inc.*

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this 4th day of February 2025, I will electronically file the foregoing via the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                                 /s/ Brendan Collins
                                                                  Brendan Collins