**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Tuesday, February 4, 2025, the *Notice of Reclamation Demand of Brother International Corporation* was e-filed and served via CM/ECF on all parties registered to receive notification of such filings.

                        **McELROY, DEUTSCH, MULVANEY**
                        **& CARPENTER, LLP**

Dated: February 4, 2025          */s/ Gary D. Bressler*
                                      Gary D. Bressler, Esq. (No. 5544)

                                        *Counsel to Brother Internation Corporation*