**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: March 6, 2025, at 2:00 p.m. (Eastern Time)**<br>**Objection Deadline: February 18, 2025, at 4:00 p.m. (Eastern Time)** |

**NOTICE OF MOTION OF IG DESIGN GROUP AMERICAS, INC. TO**
**FILE "EXHIBIT A" TO MOTION TO COMPEL UNDER SEAL**

**PLEASE TAKE NOTICE** that on February 4, 2025, IG Design Group Americas, Inc., and its affiliates, including, but not limited to, Simplicity Creative Corp., and The McCall Pattern Company, Inc. (collectively, "**DGA**") filed the *Motion of IG Design Group Americas, Inc. to File "Exhibit A" to Motion to Compel Under Seal* (the "**Seal Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Seal Motion, must be filed on or before **February 18, 2025, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Seal Motion will be held on **March 6, 2025, at 2:00 p.m. (Eastern Time)** before the Honorable Craig T. Goldblatt, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Court Room 7, Wilmington, Delaware 19801. The hearing date specified may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE SEAL MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SEAL MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 4, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email: chipman@chipmanbrown.com
           olivere@chipmanbrown.com

and

James B. Sowka (Admitted *Pro Hac Vice*)
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:     312.460.5325
Email: jsowka@seyfarth.com

*Attorneys for IG Design Group Americas, Inc.*