## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 25-10068 (CTG)<br>)<br>)  (Jointly Administered)<br>)<br>) |

### NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO JOANN INC.

**PLEASE TAKE NOTICE** that on February 4, 2025, a true and correct copy of *The Official Committee of Unsecured Creditors' First Request for Production of Documents to JOANN Inc.* ("JOANN") was served via email and first class mail upon JOANN, as set forth below.

**JOANN Inc.**

| | | |
|---|---|---|
| c/o COLE SCHOTZ P.C.<br>Patrick J. Reilley, Esq.<br>Stacy L. Newman, Esq.<br>Michael E. Fitzpatrick, Esq.<br>Jack M. Dougherty, Esq.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, Delaware 19801<br>Email:  preilley@coleschotz.com<br>        snewman@coleschotz.com<br>        mfitzpatrick@coleschotz.com<br>        jdougherty@coleschotz.com | KIRKLAND & ELLIS LLP<br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Email:<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com | KIRKLAND & ELLIS LLP<br>Anup Sathy, P.C.<br>Jeffrey Michalik, Esq.<br>Lindsey Blumenthal, Esq.<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Email: anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4932-6037-0198.1 46699.00002

1

Dated: February 4, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _____
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
    joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:  jadams@kelleydrye.com
     ewilson@kelleydrye.com
     wgyves@kelleydrye.com
     mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*