# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| | ) ) | (Jointly Administered) |
| Debtors. | ) ) | |

### NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CENTERVIEW PARTNERS LLC

**PLEASE TAKE NOTICE** that on February 4, 2025, a true and correct copy of *The Official Committee of Unsecured Creditors' First Request for Production of Documents to Centerview Partners LLC* ("Centerview") was served via email and first class mail upon Centerview, as set forth below.

**Centerview Partners LLC**

Karn S. Chopra
Ryan Kielty
Daniel Bendetson
CENTERVIEW PARTNERS LLC
31 West 52nd Street
22nd Floor
New York, NY 10019
Email: kchopra@centerview.com
　　　　rkielty@centerview.com
　　　　dbendetson@centerview.com

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4926-8811-1126.1 46699.00002

1

| | |
|---|---|
| Dated:  February 4, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>By: */s/ James E. O'Neill*<br>    Bradford J. Sandler (DE Bar No. 4142)<br>    James E. O'Neill (DE Bar No. 4042)<br>    919 North Market Street, 17th Floor<br>    P.O. Box 8705<br>    Wilmington, DE 19801<br>    Telephone:  (302) 652-4100<br>    Facsimile: (302) 652-4400<br>    Email: bsandler@pszjlaw.com<br>           joneill@pszjlaw.com<br><br>- and –<br><br>**KELLEY DRYE & WARREN LLP**<br>Jason R. Adams (admitted *pro hac vice*)<br>Eric R. Wilson (admitted *pro hac vice*)<br>William S. Gyves (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 808-7800<br>Email:   jadams@kelleydrye.com<br>         ewilson@kelleydrye.com<br>         wgyves@kelleydrye.com<br>         mmcloughlin@kelleydrye.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |