IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) ) ) | Case No. 25-10068 (CTG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO BANK OF AMERICA, N.A.**

**PLEASE TAKE NOTICE** that on February 4, 2025, a true and correct copy of *The Official Committee of Unsecured Creditors' First Request for Production of Documents to Bank of America, N.A.* ("Bank of America") was served via email and first class mail upon Bank of America, as set forth below.

**Bank of America**

Kurt F. Gwynne, Esq.
Jason D. Angelo, Esq.
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile: +1.302.778.7575
Email:  kgwynne@reedsmith.com
           jangelo@reedsmith.com

Christopher L. Carter, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701
Email:  christopher.carter@morganlewis.com

David K. Shim, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103-3178
Telephone: +1.860.240.2700
Facsimile: +1 860.240.2701
Email:  david.shim@morganlewis.com

---

[1] The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4912-2803-7143.1 46699.00002

1

Dated:  February 4, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James E. O'Neill*
   Bradford J. Sandler (DE Bar No. 4142)
   James E. O'Neill (DE Bar No. 4042)
   919 North Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE 19801
   Telephone:  (302) 652-4100
   Facsimile: (302) 652-4400
   Email: bsandler@pszjlaw.com
          joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
         ewilson@kelleydrye.com
         wgyves@kelleydrye.com
         mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*