## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALVAREZ & MARSAL HOLDINGS, LLC

**PLEASE TAKE NOTICE** that on February 4, 2025, a true and correct copy of *The Official Committee of Unsecured Creditors' First Request for Production of Documents to Alvarez & Marsal Holdings, LLC* ("Alvarez & Marsal") was served via email and first class mail upon Alvarez & Marsal, as set forth below.

**Alvarez & Marsal Holdings, LLC**

Nick Haughey
Alvarez & Marsal
Monarch Tower
3424 Peachtree Road NE, Suite 1500
Atlanta, GA 30326
Email:  nhaughey@alvarezandmarsal.com

Joe Sciametta
Alvarez & Marsal
600 Madison Avenue
8th Floor
New York, NY 10022
Email:  ehensch@alvarezandmarsal.com
         JSciametta@alvarezandmarsal.com
         mfitts@alvarezandmarsal.com

---

[1] The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4925-8915-1510.1 46699.00002

Dated: February 4, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James E. O'Neill*
    Bradford J. Sandler (DE Bar No. 4142)
    James E. O'Neill (DE Bar No. 4042)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19801
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    Email: bsandler@pszjlaw.com
          joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**

Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
          ewilson@kelleydrye.com
          wgyves@kelleydrye.com
          mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*