# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO 1903P LOAN AGENT LLC

**PLEASE TAKE NOTICE** that on February 4, 2025, a true and correct copy of *The Official Committee of Unsecured Creditors' First Request for Production of Documents to 1903P Loan Agent LLC* ("1903P") was served via email and first class mail upon 1903P, as set forth below.

**1903P Loan Agent LLC**

Stuart M. Brown
Matthew S. Sarna
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email:  stuart.brown@us.dlapiper.com
           matthew.sarna@us.dlapiper.com

John F. Ventola
Jonathan D. Marshall
M. Hampton Foushee
Alexandra Thomas
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email:  jmarshall@choate.com
           jventola@choate.com
           hfoushee@choate.com
           athomas@choate.com

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4932-8134-5302.1 46699.00002

1

Dated: February 4, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *James E. O'Neill*
   Bradford J. Sandler (DE Bar No. 4142)
   James E. O'Neill (DE Bar No. 4042)
   919 North Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE 19801
   Telephone: (302) 652-4100
   Facsimile: (302) 652-4400
   Email: bsandler@pszjlaw.com
      joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:  jadams@kelleydrye.com
      ewilson@kelleydrye.com
      wgyves@kelleydrye.com
      mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*