# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF SVP SEWING BRANDS LLC

**PLEASE TAKE NOTICE** that by and through its undersigned counsel at Richards, Layton & Finger, P.A. and Milbank LLP, SVP Sewing Brands LLC ("SVP") hereby files this notice of the delivery of written demand for reclamation of goods, pursuant to 11 U.S.C. § 546(c), upon JOANN Inc. and its affiliated debtors, including Jo-Ann Stores, LLC, and Debtors' counsel, to reclaim certain assets (the "Goods") that are subject to reclamation. SVP sold the Goods to the Debtors in the ordinary course of SVP's business and the Debtors received the Goods during the 45 day period prior to the filing of the above-captioned Chapter 11 cases while the Debtors were insolvent. SVP attaches as **Exhibit A** and incorporates herein by reference a copy of its formal reclamation demand dated February 4, 2025.

**PLEASE TAKE FURTHER NOTICE** that, as part of its demand for reclamation, SVP is demanding that the Goods be segregated, identified, and not commingled with any other goods.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

RLF1 32366106v.1

**PLEASE TAKE NOTICE** that SVP reserves all of its rights and remedies under Title 11 of the United States Code (as amended, the "Bankruptcy Code"), the Uniform Commercial Code, and any other applicable law, including the right to amend and/or supplement this Notice and to maintain that SVP has title to the Goods. Nothing herein shall be deemed to constitute a waiver of, and SVP expressly reserves any and all rights, claims, remedies, interest, and defenses, whether at law or in equity, including, but not limited, to SVP's right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code or under any other applicable federal or state law.

| | |
|---|---|
| Dated: February 4, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/Mark D. Collins<br>Mark D. Collins (No. 2981)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br><br>- and –<br><br>Dennis F. Dunne, Esq. (*pro hac vice* admission pending)<br>Samuel A. Khalil, Esq. (*pro hac vice* admission pending)<br>Andrew C. Harmeyer, Esq. (admitted *pro hac vice*)<br>MILBANK LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 822-5846<br>Email: ddunne@milbank.com<br>     skhalil@milbank.com<br>     aharmeyer@milbank.com<br><br>*Counsel for SVP Sewing Brands, LLC* |