## Exhibit A



# Milbank

**DENNIS F. DUNNE**
*Partner*

55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5770
ddunne@milbank.com | milbank.com

February 4, 2025

**VIA EMAIL**

In re JOANN Inc., *et al.* (Case No. 25-10068)

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, Esq. (joshua.sussberg@kirkland.com)
Aparna Yenamandra, Esq. (aparna.yenamandra@kirkland.com)
601 Lexington Avenue
New York, New York 10022

-and-

Anup Sathy, Esq. (anup.sathy@kirkland.com)
Jeffrey Michalik, Esq. (jeff.michalik@kirkland.com)
Lindsey Blumenthal, Esq. (lindsey.blumenthal@kirkland.com)
333 West Wolf Point Plaza
Chicago, Illinois 60654

**Cole Schotz P.C**
Patrick J. Reilley, Esq. (preilley@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Proposed Co-Counsel for the Debtors*

   **Re: *Reclamation Demand by SVP Sewing Brands LLC***

Counsel:

   As you may know, Milbank LLP represents SVP Sewing Brands LLC ("<u>SVP</u>") in the chapter 11 cases jointly administered before the U.S. Bankruptcy Court for the District of Delaware under the caption *In re JOANN Inc.*, Case No. 25-10068.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

February 4, 2025                                                                                    Page 2

      Pursuant to SVP's rights under the Uniform Commercial Code, as codified by applicable state law, and Section 546(c) of the U.S. Bankruptcy Code, SVP hereby makes demand for reclamation of certain goods which Jo-Ann Stores, LLC and/or its affiliates (collectively with Jo-Ann Stores, LLC, "Jo-Ann") received from SVP, in the ordinary course of SVP's business, while Jo-Ann was insolvent, on or after December 1, 2024, and before the petition date of January 15, 2025 (the "SVP Goods"), including, without limitation, the goods described in the attached supporting documentation.[1]  SVP believes that the total value of the SVP Goods is no less than $198,721.80.  Please immediately segregate all SVP Goods from all other goods in the possession of Jo-Ann and deliver an itemization of the SVP Goods so segregated (including the quantity and alleged value).

      The purpose of this letter is to perfect and preserve SVP's rights under Section 546(c) of the Bankruptcy Code, the Uniform Commercial Code, and other applicable law.  SVP reserves the right to amend or otherwise supplement this demand, and additionally reserves all rights, remedies, claims, or interests it may have with respect to the SVP Goods or any other matters relating to its relationship with Jo-Ann or otherwise.

      If you have any questions, please contact me directly.

      Yours sincerely,

      */s/ Dennis F. Dunne___*
Dennis F. Dunne

---

[1] SVP reserves the right to supplement or otherwise modify the supporting documentation.

**<u>Supporting Documentation</u>**

# SVP Sewing Brands, LLC

## INVOICE

| Date | Account No. | Order No. | Invoice No. | Page | 1 |
|------|-------------|-----------|-------------|------|---|
| 12/18/24 | 124009 | 4503685 - SZ | 4549110RI | | |

**Your reference**
COL                                                          05178368

**Your order No.**                                           **Terms of payment**
                                                             NET 75 DAYS

0176022961

**Mode of transport**                                        **Due Date**
Blank - Route Code  42/RT                                    03/03/25

**Bill to**                                                  **Ship to**
JO-ANN STORES INC                                            JO-ANN STORES INC   DC04
ATTN: ACCOUNTS PAYABLE                                       VISALIA CA DISTRIBUTION CENTER
VENDOR # 175676                                              2500 N PLAZA DR
5555 DARROW RD                                               VISALIA CA 93291-9308
HUDSON OH 44236

*Invoices not paid within terms will be charged 1.5% per month (18% per annum).*

| Item number | Product description | | Order | Ship | B/O | Unit price | Total |
|-------------|---------------------|--|-------|------|-----|------------|-------|
| | Order No. | 4503685 - SZ | | | | | |
| 230023112 | 7285Q PATCHWORK US/CA | | 351 | 351 | | 175.0000 | 61,425.00 |
| | A:EXEMPT:104814775 | | | | | | |

|  |  |  |  |
|--|--|--|--|
| **TOTAL AMOUNT** | | USD | 61,425.00 |

**Remit To:  SVP Sewing Brands, LLC**

| PO Box 844840 | Phone | Fax | Inquiries: |
|---------------|-------|-----|------------|
| Dallas, TX 75284-4840 | 800-543-2825 | 615-213-0894 | SVP Sewing Brands, LLC   300 2nd Ave S. Suite 800   Nashville, TN 37201 |

Any disputes on an invoice must be submitted within 60 days of the date invoice.    Any dispute not raised SVP shall be entitled to full payment, without dispute.

# SVP Sewing Brands, LLC

## INVOICE

| Date | Account No. | Order No. | Invoice No. | Page | 1 |
|------|-------------|-----------|-------------|------|---|
| 12/18/24 | 124009 | 4511545 - SZ | 4549111RI | | |

**Your reference**
COL

05521526

**Your order No.**

**Terms of payment**
NET 75 DAYS

0176799984

**Mode of transport**
Blank - Route Code  42/RT

**Due Date**
03/03/25

**Bill to**
JO-ANN STORES INC
ATTN: ACCOUNTS PAYABLE
VENDOR # 175676
5555 DARROW RD
HUDSON OH 44236

**Ship to**
JO-ANN STORES INC   DC06
OPELIKA AL DISTRIBUTION CENTER
2400 JOANN DR
OPELIKA AL 36801-9745

*Invoices not paid within terms will be charged 1.5% per month (18% per annum).*

| Item number | Product description | Order | Ship | B/O | Unit price | Total |
|-------------|---------------------|-------|------|-----|------------|-------|
| | Order No.        4511545 - SZ | | | | | |
| 230023112 | 7285Q PATCHWORK US/CA | 16 | 16 | | 175.0000 | 2,800.00 |
| 250029647.03 | SINGER SEW EASY FOOT BLST PAC | 6 | 6 | | 7.2000 | 43.20 |
| 250059996.06 | FOOT DARN/EMB PLASTIC | 12 | 12 | | 9.0000 | 108.00 |
| 250061696.06 | INVIS ZIPPER FT BLST PK US/LTM | 24 | 24 | | 7.2000 | 172.80 |
| 250051396.10 | HD COMPUTERIZED EXT TABLE | 10 | 10 | | 30.0000 | 300.00 |
| 230311112 | SE9180 SEW & EMB US/CA | 4 | 4 | | 543.9900 | 2,175.96 |
| | Serial# 0356200094 | | | | | |
| | Serial# 035677010082 | | | | | |
| | Serial# 56190746 | | | | | |
| | Serial# 56190882 | | | | | |

A:EXEMPT:104814775

| | | | | |
|---|---|---|---|---|
| **TOTAL AMOUNT** | | USD | | 5,599.96 |

**Remit To:  SVP Sewing Brands, LLC**

| PO Box 844840 | Phone | Fax | Inquiries: |
|---------------|-------|-----|------------|
| Dallas, TX 75284-4840 | 800-543-2825 | 615-213-0894 | SVP Sewing Brands, LLC   300 2nd Ave S. Suite 800  Nashville, TN 37201 |
| Any disputes on an invoice must be submitted within 60 days of the date invoice. | | | Any dispute not raised SVP shall be entitled to full payment, without dispute. |

# SVP Sewing Brands, LLC

## INVOICE

| Date | Account No. | Order No. | Invoice No. | Page | 1 |
|---|---|---|---|---|---|
| 12/20/24 | 124009 | 4510833 - SZ | 4549864RI | | |

**Your reference**
COL                                                           05511436
**Your order No.**                                            Terms of payment
                                                              NET 75 DAYS
0176929567

**Mode of transport**                                         Due Date
Blank - Route Code  42/RT                                     03/05/25
Bill to                                                       Ship to
JO-ANN STORES INC                                             JO-ANN STORES INC   DC01
ATTN: ACCOUNTS PAYABLE                                        5350 HUDSON INDUSTRIAL PKWY
VENDOR # 175676                                               HUDSON OH DISTRIBUTION CENTER
5555 DARROW RD                                                NOTIONS/CRAFTS DOCK
HUDSON OH 44236                                               HUDSON OH 44236

*Invoices not paid within terms will be charged 1.5% per month (18% per annum).*

| Item number | Product description | Order | Ship | B/O | Unit price | Total |
|---|---|---|---|---|---|---|
| | Order No.           4510833 - SZ | | | | | |
| 230023112 | 7285Q PATCHWORK US/CA | 300 | 300 | | 175.0000 | 52,500.00 |
| 230413112 | 14HD-854 US/CA | 50 | 50 | | 208.9300 | 10,446.50 |
| 230256112 | HD6800C SINGER US/CA | 50 | 50 | | 241.8200 | 12,091.00 |
| 230061112 | 6180 BRILLIANCE US/CA | 250 | 250 | | 115.5000 | 28,875.00 |
| 230311112 | SE9180 SEW & EMB US/CA | 7 | 7 | | 543.9900 | 3,807.93 |
| | Serial# 035626010179 | | | | | |
| | Serial# 035627010078 | | | | | |
| | Serial# 56190481 | | | | | |
| | Serial# 56190658 | | | | | |
| | Serial# 56190659 | | | | | |
| | Serial# 56190739 | | | | | |
| | Serial# 56190880 | | | | | |

**A:EXEMPT:104814775**

|  | **TOTAL AMOUNT** | | USD | 107,720.43 |
|---|---|---|---|---|

**Remit To:  SVP Sewing Brands, LLC**

| PO Box 844840 | Phone | Fax | Inquiries: |
|---|---|---|---|
| Dallas, TX 75284-4840 | 800-543-2825 | 615-213-0894 | SVP Sewing Brands, LLC   300 2nd Ave S. Suite 800 Nashville, TN 37201 |
| Any disputes on an invoice must be submitted within 60 days of the date invoice. | | | Any dispute not raised SVP shall be entitled to full payment, without dispute. |

# SVP Sewing Brands, LLC

## INVOICE

| Date | Account No. | Order No. | Invoice No. | Page | 1 |
|---|---|---|---|---|---|
| 12/20/24 | 124009 | 4511543 - SZ | 4549865RI | | |

**Your reference**
COL                                                     05511071
**Your order No.**
                                                        **Terms of payment**
0176799982                                              NET 75 DAYS

**Mode of transport**                                   **Due Date**
Blank - Route Code  42/RT                               03/05/25
**Bill to**                                             **Ship to**
JO-ANN STORES INC                                       JO-ANN STORES INC   DC01
ATTN: ACCOUNTS PAYABLE                                  5350 HUDSON INDUSTRIAL PKWY
VENDOR # 175676                                         HUDSON OH DISTRIBUTION CENTER
5555 DARROW RD                                          NOTIONS/CRAFTS DOCK
HUDSON OH 44236                                         HUDSON OH 44236

*Invoices not paid within terms will be charged 1.5% per month (18% per annum).*

| Item number | Product description | Order | Ship | B/O | Unit price | Total |
|---|---|---|---|---|---|---|
| | Order No.        4511543 - SZ | | | | | |
| 250029647.03 | SINGER SEW EASY FOOT BLST PAC | 12 | 12 | | 7.2000 | 86.40 |
| 413182545 | GREEN PLASTIC BOBBINS 10-PK | 1 | 1 | | 5.0200 | 5.02 |
| 250059996.06 | FOOT DARN/EMB PLASTIC | 18 | 18 | | 9.0000 | 162.00 |
| 250061696.06 | INVIS ZIPPER FT BLST PK US/LTM | 12 | 12 | | 7.2000 | 86.40 |
| 250051396.10 | HD COMPUTERIZED EXT TABLE | 10 | 10 | | 30.0000 | 300.00 |
| 230311112 | SE9180 SEW & EMB US/CA | 1 | 1 | | 543.9900 | 543.99 |
| | Serial# 56190888 | | | | | |

A:EXEMPT:104814775

**TOTAL AMOUNT**                    USD                     1,183.81

**Remit To:  SVP Sewing Brands, LLC**

| PO Box 844840 | Phone | Fax | Inquiries: |
|---|---|---|---|
| Dallas, TX 75284-4840 | 800-543-2825 | 615-213-0894 | SVP Sewing Brands, LLC   300 2nd Ave S. Suite 800   Nashville, TN 37201 |
| Any disputes on an invoice must be submitted within 60 days of the date invoice. | | | Any dispute not raised SVP shall be entitled to full payment, without dispute. |

**Date:** 12/18/2024

# BILL OF LADING

Page 1 of 2

| SHIP FROM | |
|---|---|
| **Name:** | SVP Sewing Brands, LLC |
| **Address:** | 578 Aldi Blvd |
| **City/ST/Zip:** | Mt Juliet, TN 37122 |
| **TMS#:** | **FOB:** ☐ |

**Bill of Lading Number:** 7173784

**CARRIER NAME:** XPO LOGISTICS
Trailer number:
Seal number(s):

**SCAC:** XPOL
Pro Number:

| SHIP TO | |
|---|---|
| **Name:** | JO-ANN STORES INC   DC04 |
| **Address:** | VISALIA CA DISTRIBUTION CENTER |
| **Address:** | 2500 N PLAZA DR |
| **City/ST/Zip:** | VISALIA, CA 93291-9308 |

Do Not Deliver Before Date:

Delivery Requested Date: 11/07/2024          **FOB:** ☐

**XPO**
179-848056
Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Freight, Inc. rules tariff. (see www.xpo.com)

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid _____     Collect __X__     3rd Party _____

☐ (check box)     Master Bill of Lading: with attached underlying Bills of Lading

| SEND FREIGHT BILL TO: |
|---|

**Order ID:**205178368-1
**CID #:** 4503685
**SPECIAL INSTRUCTIONS:**

## CUSTOMER ORDER INFORMATION

| PO NUMBER | # PKGS | WEIGHT | CUBE | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO (PALLET TYPE) (COUNT) |
|---|---|---|---|---|---|
| 0176022961 | 351 | 0.00 | 742.01 | Y    N | |
| **GRAND TOTAL** | 351 | 0.00 | 742.01 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. **See Section 2(e) of NMFC Item 360** | NMFC # | CLASS |
| | | 351 | CTNS | 7,739.55 | | see addendum page for item details | | |
| | Total Pallet weight | | | | | | | |
| 17 | PLTS | 351 | CTNS | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ .

**COD Amount: $** _____

**Fee Terms:   Collect:** ☐  **Prepaid:** ☐

**Customer check acceptable:** ☐

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Geodis Logistics, LLC

Agent for Shipper

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Signature

Date  12-18-24     Number of Pieces

**Date:** 12/18/2024 | # BILL OF LADING | Page 1 of 2

| SHIP FROM | |
|---|---|
| **Name:** | SVP Sewing Brands, LLC |
| **Address:** | 578 Aldi Blvd |
| **City/ST/Zip:** | Mt Juliet, TN 37122 |
| **TMS#:** | **FOB:** ☐ |

**Bill of Lading Number:** 7173784

[barcode]

**CARRIER NAME:** XPO LOGISTICS
Trailer number:
Seal number(s):

**SCAC:** XPOL

[barcode] 179-848060

**XPO**
Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Freight, Inc. rules tariff. (see www.xpo.com)

| SHIP TO | |
|---|---|
| **Name:** | JO-ANN STORES INC   DC06 |
| **Address:** | OPELIKA AL DISTRIBUTION CENTER |
| **Address:** | 2400 JOANN DR |
| **City/ST/Zip:** | OPELIKA, AL 36801-9745 |

Do Not Deliver Before Date:

Delivery Requested Date: 12/05/2024       **FOB:** ☐

**SEND FREIGHT BILL TO:**

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid _____   Collect __X__   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**Order ID:**205521526-1
**CID #:** 4511545
**SPECIAL INSTRUCTIONS:**

## CUSTOMER ORDER INFORMATION

| PO NUMBER | # PKGS | WEIGHT | CUBE | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO (PALLET TYPE)          (COUNT) |
|---|---|---|---|---|---|---|
| 0176799984 | 72 | 0.00 | 47.74 | Y | N | |
| GRAND TOTAL | 72 | 0.00 | 47.74 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 72 | CTNS | 482.16 | | see addendum page for item details | | |
| | Total Pallet weight | | | | | | | |
| 2 | PLTS | 72 | CTNS | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount:** $ _____

**Fee Terms:**   Collect: ☐   Prepaid: ☐

**Customer check acceptable:** ☐

**NOTE:**  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Geodis Logistics, LLC

Agent for Shipper

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportaion according to the applicable regulations of the DOT.

Trailer Loaded:       Freight Counted:
☒ By Shipper         ☐ By Shipper
☐ By Driver          ☐ By Driver/pallets said to contain
                     ☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Signature _____

Date 12-18-24       Number of Pieces

Date: 12/20/2024

# BILL OF LADING

Page 1 of 2

## SHIP FROM

**Name:** SVP Sewing Brands, LLC
**Address:** 578 Aldi Blvd

**City/ST/Zip:** Mt Juliet, TN 37122
**TMS#:**                                    **FOB:** ☐

**Bill of Lading Number:** 7175875

**CARRIER NAME:** Coyote logistics    MA
**Trailer number:** 153096
**Seal number(s):** 45341584   45341584

**SCAC:** CLLQ
**Pro Number:** 184275725

## SHIP TO

**Name:** JO-ANN STORES INC  DC01
**Address:** 5350 HUDSON INDUSTRIAL PKWY
**Address:** HUDSON OH DISTRIBUTION CENTER
**City/ST/Zip:** HUDSON, OH 44236

**Do Not Deliver Before Date:** 12/20/2024
**Delivery Requested Date:** 12/05/2024     **FOB:** ☐

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

| Prepaid | Collect | X | 3rd Party |
|---|---|---|---|

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

## SEND FREIGHT BILL TO:

**Order ID:** 205511436- 205511071-
**CID #:** 4511543      4510833

**SPECIAL INSTRUCTIONS:**

## CUSTOMER ORDER INFORMATION

| PO NUMBER | # PKGS | WEIGHT | CUBE | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO (PALLET TYPE) | (COUNT) |
|---|---|---|---|---|---|---|---|
| 0176799982 | 54 | 47.07 | 3.63 | Y | N | STANDARD | 1 |
| 0176929567 | 657 | 12,746.36 | 1,164.60 | Y | N | STANDARD | 26 |
| GRAND TOTAL | 711 | 12,793.43 | 1,168.23 | | | | 27 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 711 | CTNS | 12,793.43 | | see addendum page for item details | | |
| | Total Pallet weight | | | 1,215.00 | | | | |
| 27 | PLTS | 711 | CTNS | 14,008.43 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ .

**COD Amount: $** _____

**Fee Terms:   Collect:** ☐   **Prepaid:** ☐
**Customer check acceptable:** ☐

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Geodis Logistics, LLC
Agent for Shipper

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Roland Mary
2.20.25
Signature   Date   Number of Pieces