# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 276** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, I caused the *Notice of Reclamation Demand SVP Sewing Brands LLC* [Docket No. 276] to be served upon the parties on the attached service list in the manner indicated.

   /s/ Alexander R. Steiger
   Alexander R. Steiger (No. 7139)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

RLF1 32367660v.1

- 2 -

## *Service List*

| *Via CM/ECF & Courtesy Email*<br><br>Patrick J. Reilley<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com | *Via CM/ECF & Courtesy Email*<br><br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com |
|---|---|
| *Via CM/ECF & Courtesy Email*<br><br>Anup Sathy, P.C.<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com | |