3

**CERTIFICATE OF SERVICE**

    I, Garvan F. McDaniel, hereby certify that on February 5, 2025, I caused a copy of the foregoing *Notice of Appearance and Request for Notices and Papers* to be served upon all parties registered for service via CM/ECF.

    */s/ Garvan F. McDaniel*
    Garvan F. McDaniel (#4167)

3