KRISTHY M. PEGUERO  
JENNIFER F. WERTZ  
WILLIAM FARMER  
**JACKSON WALKER LLP**  
1401 MCKINNEY ST., SUITE 1900  
HOUSTON, TX 77010  
TELEPHONE: (713) 752-4200  
FAX: (713) 754-6740  
**ATTORNEYS FOR BURLINGTON STORES, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| JOANN INC., *et al.*[1] | § | Case No. 25-10068 (CTG) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of Burlington Stores, Inc., a party-in-interest, and, pursuant to 11 U.S.C. §§ 342 and 1109(b) and FED. R. BANKR. P. 2002, 9007, and 9010, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon:

Kristhy M. Peguero  
**Jackson Walker LLP**  
1401 McKinney, Suite 1900  
Houston, Texas 77010  
Telephone:  (713) 752-4440  
Fax:  (713) 754-6740  
kpeguero@jw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1

Jennifer F. Wertz
**Jackson Walker LLP**
100 Congress Avenue, Suite 1100
Austin, TX 78701
Phone: (512) 236-2247
Fax:  (512) 391-2147
jwertz@jw.com

William Farmer
**Jackson Walker LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-5674
Fax: (214) 953-5822
wfarmer@jw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices, Pleadings and Orders shall not be deemed or construed as a waiver (a) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (b) the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) any other rights or claims, actions, defenses, setoffs or recoupments, as appropriate, in law or

in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Houston, Texas
Dated: February 5, 2025

/s/ *Kristhy M. Peguero*
**JACKSON WALKER LLP**
Kristhy M. Peguero (TX Bar No. 24102776)
Jennifer F. Wertz (TX Bar No. 24072822)
William Farmer (TX Bar No. 24127156)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: kpeguero@jw.com
Email: jwertz@jw.com
Email: wfarmer@jw.com

*Counsel for Burlington Stores, Inc.*

## CERTIFICATE OF SERVICE

The is to certify that on February 5, 2025, a true and correct copy of the foregoing Notice of Appearance was served upon all parties receiving notice pursuant to the Court's ECF notification system.

/s/ *Kristhy M. Peguero*
Kristhy M. Peguero

43429378v.1