**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br><br>JOANN, INC., *et al.*,<br><br>　　　　　Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Stephen W. Spence, Esquire, hereby certify that on this 6th day of February 2025, a copy of the forgoing *Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents* was sent electronically to the following persons: All parties appearing in the CM/ECF filing system for the Bankruptcy Court for the District of Delaware

　　　　　　　　　　　　　　　　　　　　**BROCKSTEDT MANDALAS FEDERICO LLC**

　　　　　　　　　　　　　　　　　　　　 /s/Stephen W. Spence_____
　　　　　　　　　　　　　　　　　　　　Stephen W. Spence (Del. ID #2033)
　　　　　　　　　　　　　　　　　　　　1413 Savannah Road, Suite 1
　　　　　　　　　　　　　　　　　　　　Lewes, DE 19958
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 645-2262
　　　　　　　　　　　　　　　　　　　　sspence@lawbmf.com
　　　　　　　　　　　　　　　　　　　　 *Attorney for GVD Commercial Properties, Inc.*

Dated: February 6, 2025