IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Randall L. Morrison Jr. of Kelley Drye & Warren LLP, to represent the Official Committee of Unsecured Creditors in this action.

Dated:  January 31, 2025                */s/ Bradford J. Sandler*
                                                  Bradford J. Sandler (DE Bar No. 4142)
                                                  Pachulski Stang Ziehl & Jones LLP
                                                  919 North Market Street, 17th Floor
                                                  Wilmington, DE  19899-8705 (Courier 19801)
                                                  Telephone: (302) 652-4100
                                                  Email: bsandler@pszjlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 31, 2025                */s/ Randall L. Morrison Jr.*
                                                  Randall L. Morrison Jr., Esq.
                                                  Kelley Drye & Warren LLP
                                                  3 World Trade Center
                                                  175 Greenwich Street
                                                  New York, NY 10007
                                                  Telephone: (212) 808-7800
                                                  Facsimile: (212) 808-7897
                                                  Email: rmorrison@kelleydrye.com

### ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: February 6th, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

4928-7360-8725.1 46699.00001