# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.,* | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that 1903P Loan Agent, LLC, as FILO Documentation Agent, served the following documents on the below listed attorneys for the Ad Hoc Term Loan Group:

1. *Letter Regarding 1903P's Responses and Objections to the Ad Hoc Term Loan Group's First Request for the Production of Documents* via electronic mail on February 3, 2025; and

2. *Filo Agent's Objections and Responses to Ad Hoc Term Loan Group's Notice of 30(b)(6) Deposition* via electronic mail on February 4, 2025.

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
|---|---|
| Donna L. Culver (No. 2983) | Andrew K. Glenn (admitted *pro hac vice*) |
| Robert J. Dehney, Sr. (No. 3578) | Kurt A. Mayr (admitted *pro hac vice*) |
| Matthew B. Harvey (No. 5186) | Agustina G. Berro (admitted *pro hac vice*) |
| Brenna A. Dolphin (No. 5604) | Malak S. Doss (admitted *pro hac vice*) |
| 1201 N. Market Street, 16th Floor | Esther Hong (admitted *pro hac vice*) |
| Wilmington, DE 19801 | 1185 Avenue of the Americas, 22nd Floor |
| Telephone: (302) 658-9200 | New York, New York 10036 |
| Facsimile: (302) 658-3989 | Telephone: (212) 970-1600 |
| Email: dculver@morrisnichols.com | Email: aglenn@glennagre.com |
| rdehney@morrisnichols.com | kmayr@glennagre.com |
| mharvey@morrisnichols.com | aberro@glennagre.com |
| bdolphin@morrisnichols.com | mdoss@glennagre.com |
| | ehong@glennagre.com |

| | |
|---|---|
| Dated: February 6, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br> /s/ Stuart M. Brown <br>Stuart M. Brown (DE 4050)<br>Matthew S. Sarna (DE #6578)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>           matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>John F. Ventola<br>Jonathan D. Marshall<br>M. Hampton Foushee<br>Alexandra Thomas<br>G. Mark Edgarton, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br>Email: jmarshall@choate.com<br>           jventola@choate.com<br>           hfoushee@choate.com<br>           athomas@choate.com<br>           medgarton@choate.com<br><br>*Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC* |