# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.,*<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that 1903P Loan Agent, LLC, as FILO Documentation Agent, served the following documents on the below-listed proposed counsel to the Official Committee of Unsecured Creditors:

1. *Letter in Response to The Official Committee of Unsecured Creditors' First Requests for Production of Documents and Supplemental Demand to 1903P Loan Agent, LLC* via electronic mail on February 5, 2025; and

2. *Filo Agent's Objections and Responses to the Official Committee of Unsecured Creditors' Notice of 30(b)(6) Deposition* via electronic mail on February 5, 2025.

| | |
|---|---|
| Bradford J. Sandler, Esq.<br>James E. O'Neill, Esq.<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>　joneill@pszjlaw.com | Jason R. Adams, Esq.<br>Eric R. Wilson, Esq.<br>Maeghan McLoughlin, Esq.<br>Andres Barajas, Esq.<br>Wendy A. Clarke, Esq.<br>Richard Gage, Esq.<br>Jamie K. Sarmiento, Esq.<br>Christopher Arellano, Esq.<br>William S. Gyves, Esq.<br>Randall L. Morrison, Jr., Esq.<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>Email: mmcloughlin@kelleydrye.com<br>abarajas@kelleydrye.com<br>wclarke@kelleydrye.com<br>rgage@kelleydrye.com<br>jsarmiento@kelleydrye.com |

ACTIVE\1616974432.3

|  | carellano@kelleydrye.com<br>wgyves@kelleydrye.com<br>rmorrison@kelleydrye.com |
|---|---|

Dated: February 6, 2025
      Wilmington, Delaware

Respectfully submitted,

 /s/ *Stuart M. Brown*
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE #6578)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
       matthew.sarna@us.dlapiper.com

-and-

John F. Ventola
Jonathan D. Marshall
M. Hampton Foushee
Alexandra Thomas
G. Mark Edgarton, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email: jmarshall@choate.com
       jventola@choate.com
       hfoushee@choate.com
       athomas@choate.com
       medgarton@choate.com

*Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC*