**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | Jointly Administered |

**MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Eric Perkins, Esq. of Becker Law LLC to represent Brother International Corporation in the above-captioned action.

Dated: February 6, 2025

*/s/ Gary D. Bressler*
McElroy, Deutsch, Mulvaney & Carpenter LLP
Gary D. Bressler, Esq. (No. 5544)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Tel: (302) 300-4515
Fax: (302) 654-4031
E-mail: gbressler@mdmc-law.com

*Attorney for Brother International Corporation*