## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of State of New Jersey, U.S. District Court (D.N.J.), U.S. District Court, (E.D.N.Y.), U.S. District Court, (S.D.N.Y) and the Third Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court.

Dated: February 6, 2025

*/s/ Eric Perkins*_____
Eric Perkins, Esq.
Becker LLC
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
Tel: (973) 422-1100

*Attorney for Brother International Corporation*