IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10068 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance as counsel to **Jones Lang LaSalle Americas, Inc. ("JLL")** in accordance with Section 1109(b) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure Rule 9010(b) and respectfully request that copies of all notices, pleadings and other papers, including but not limited to orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, filed in the above-captioned case, be given and served upon the undersigned electronically and at the address listed below and that pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Stephen V. Falanga, Esq.
Nick M. Ebel, Esq.
WALSH PIZZI O'REILLY FALANGA, LLP
Three Gateway Center, 100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
sfalanga@walsh.law
nebel@walsh.law
*Attorneys for Jones Lang LaSalle Americas, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027) (together the "Debtors"). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the above-captioned case and proceedings therein.

By entering this appearance, JLL does not waive any objections to jurisdiction, any rights to have final orders in non-core matters entered only after de novo review by a District Judge, the right to trial by jury, or any other rights, claims, or defenses to which JLL may be entitled, all of which are expressly reserved.

**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
Telecopy: (973) 757-1090

*/s/Stephen V. Falanga*
Stephen V. Falanga (*pro hac vice*)
Nick M. Ebel (*pro hac vice*)

*Attorneys for Jones Lang LaSalle Americas, Inc.*

Dated: February 6, 2025