## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>　　　　Debtors | Chapter 11<br><br>Case No. 25-10068 (CTG) |

### IG DESIGN GROUP AMERICAS, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR FEBRUARY 11, 2025, AT 2:00 P.M. (EASTERN TIME)

IG Design Group Americas, Inc., and its affiliates, including, but not limited to, Simplicity Creative Corp., and The McCall Pattern Company, Inc. (collectively, "**DGA**"), hereby file their Witness and Exhibit List for the Hearing scheduled for February 11, 2025, at 2:00 p.m. (Eastern Time) (the "**Hearing**") as follows:

### DGA'S WITNESSES

DGA designates the following individuals who may be called as a witness:

　　(a)　　Any witness listed by any other party;

　　(b)　　Rebuttal witnesses as necessary; and

　　(c)　　DGA reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

| EXHIBIT NO. | DESCRIPTION | DOCKET NO. (IF AVAILABLE) |
|---|---|---|
| *In Re: Joann Inc., et al., Case No. 25-10068 (CTG)* | | |
| 1. | Pattern Supply Agreement, dated as of December 15, 2023 | [Under Seal]<br>Docket No. 261 |
| 2. | Any document or pleading filed in the above-captioned Chapter 11 Cases | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
| 3. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 4. | Any exhibit identified or offered by any other party | |

## RESERVATION OF RIGHTS

DGA reserves the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: February 7, 2025  
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*  
William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Email: chipman@chipmanbrown.com  
        olivere@chipmanbrown.com

and

James B. Sowka (Admitted *Pro Hac Vice*)  
**SEYFARTH SHAW LLP**  
233 South Wacker Drive, Suite 8000  
Chicago, Illinois 60606  
Telephone:    312.460.5325  
Email: jsowka@seyfarth.com

*Attorneys for IG Design Group Americas, Inc.*

4917-0124-3159, v. 1