**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.¹ | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of *Wilmington Savings Fund Society, FSB's Joinder to Preliminary Omnibus Objection of the Ad Hoc Term Loan Group to the Debtors' (I) Bidding Procedures Motion and (II) Cash Collateral Motion* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was competed via electronic mail or First-Class Mail, postage prepaid thereon, on the parties listed on the attached service list.

/s/ Eric J. Monzo
Eric J. Monzo (DE Bar No. 5214)

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

17173161/1

**SERVICE LIST**

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Aparna Yenamandra, P.C.<br>601 Lexington Ave<br>New York, New York 10022<br>aparna.yenamandra@kirkland.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>*Proposed Co-Counsel to the Debtors* | COLE SCHOTZ P.C.<br>Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Proposed Co-Counsel to the Debtors* |
| MORGAN, LEWIS & BOCKIUS LLP<br>Marjorie Crider<br>Christopher L. Carter<br>One Federal Street<br>Boston, Massachusetts 02110<br>marjorie.crider@morganlewis.com<br>christopher.carter@morganlewis.com<br><br>- and -<br><br>REED SMITH LLP<br>Kurt F. Gwynne<br>Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>kgwynne@reedsmith.com<br>jangelo@reedsmith.com<br><br>*The Prepetition ABL Agent and Counsel Thereto* | CHOATE, HALL & STEWART LLP<br>John F. Ventola<br>Jonathan D. Marshall<br>2 International Place<br>Boston, Massachusetts 02110<br>jventola@choate.com<br>jmarshall@choate.com<br><br>- and –<br><br>DLA PIPER LLP (US)<br>Stuart Brown<br>1201 N Market St. Suite 2100<br>Wilmington, Delaware 19801<br>stuart.brown@us.dlapiper.com<br><br>*The Prepetition FILO Agent and Counsel Thereto* |

17173161/1

2

| | |
|---|---|
| CENTERVIEW PARTNERS, LLC<br>Karn Chopra<br>Ryan Kielty<br>Daniel Bendetson<br>31 West 52nd Street, 22nd Floor<br>New York, New York 10019<br>kchopra@centerview.com<br>rkielty@centerview.com<br>dbendetson@centerview.com<br><br>*Proposed Investment Banker to the Debtors* | ARENTFOX SCHIFF LLP<br>Jeffrey Gleit<br>Jonathan Bagg<br>Matthew Bentley<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>jeffrey.gleit@afslaw.com<br>jonathan.bagg@afslaw.com<br>matthew.bentley@afslaw.com<br><br>*The Prepetition Term Loan Agent and Counsel Thereto* |
| Malcolm M. Bates<br>The Office of the United States Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>malcolm.m.bates@usdoj.gov<br><br>*Office of the United States Trustee (Region 3)* | GIBSON, DUNN & CRUTCHER LLP<br>Scott Greenberg<br>Kevin Liang<br>Josh Brody<br>200 Park Avenue<br>New York, New York 10166<br>SGreenberg@gibsondunn.com<br>KLiang@gibsondunn.com<br>JBrody@gibsondunn.com<br><br>*Counsel to the Prepetition Term Loan Lender Ad Hoc Group* |
| KATTEN MUCHIN ROSENMAN LLP<br>Steven Reisman<br>Cindi Giglio<br>50 Rockefeller Plaza<br>New York, New York 10020<br>sreisman@katten.com<br>cgiglio@katten.com<br><br>*Counsel to Gordon Brothers Retail Partners, LLC* | JOANN Inc.<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer<br>5555 Darrow Road<br>Hudson, Ohio 44236<br><br>*Debtors* |