<u>**CERTIFICATE OF SERVICE**</u>

I, Leslie C. Heilman, hereby certify that, on this 7th day of February 2025, I caused a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.


Dated: February 7, 2025
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE 4716)
BALLARD SPAHR LLP