# **CERTIFICATE OF SERVICE**

      I certify that, on February 7, 2025, a true and correct copy of the *Limited Objection of ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; Acadia Realty Limited Partnership; American Fork SC, LLC; BMA JC LLC; Brixmor Operating Partnership LP; CCA-RSSC LLC; EDENS; Federal Realty OP LP; Gallatin Mall Group, L.L.C.; Hutensky Capital Partners, LLC; La Costa Capital Partners; Lancaster Development Company LLC; Marketplace West Partners, LLC; Orem Family Center, LLC; PBA II, LLC; Pride Center Co., LLC; Renaissance Partners I, LLC; Santa Susana GRF2, LLC; Sherman Commons, L.P., Shopping Center Associates, LP; TPP 217 Taylorsville, LLC; The Sterling Organization; UFPTFC, LLC & BBTFC LLC; and, Westford Valley Marketplace, Inc. to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

                                                */s/ Laurel D. Roglen*
                                                Laurel D. Roglen (DE 5759)
                                                BALLARD SPAHR LLP

| *Via First-Class Mail* | *Via E-Mail and First-Class Mail* |
|---|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, Ohio 44236<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer | Aparna Yenamandra, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: aparna.yenamandra@kirkland.com |
| **Debtors** | **Counsel to the Debtors** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and Hand Delivery* |
| Jeffrey Michalik<br>Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>E-mail: jeff.michalik@kirkland.com<br>        lindsey.blumenthal@kirkland.com | Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>E-mail: preilley@coleschotz.com<br>        snewman@coleschotz.com;<br>        mfitzpatrick@coleschotz.com<br>        jdougherty@coleschotz.com |
| **Counsel to the Debtors** | **Counsel to the Debtors** |

| | |
|---|---|
| *Via E-Mail and Hand Delivery* | *Via E-mail and First-Class Mail* |
| Malcolm M. Bates<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>E-mail: malcolm.m.bates@usdoj.gov<br><br>**United States Trustee** | Christopher Carter<br>Marjorie Crider<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>E-mail: christopher.carter@morganlewis.com<br>　　　　 marjorie.crider@morganlewis.com<br><br>**Counsel Prepetition ABL Agent** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and First-Class Mail* |
| John Ventola<br>Jonathan Marshall<br>Choate Hall & Stewart LLP<br>2 International Place<br>Boston, Massachusetts 02110<br>E-mail: jventola@choate.com<br>　　　　 jmarshall@choate.com<br><br>**Counsel to Prepetition FILO Agent** | Scott Greenberg<br>Kevin Liang<br>Josh Brody<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>E-mail: SGreenberg@gibsondunn.com<br>　　　　 KLiang@gibsondunn.com<br>　　　　 JBrody@gibsondunn.com<br><br>**Counsel to Prepetition Term Loan Lender Ad Hoc Group** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and First-Class Mail* |
| Jeffrey Gleit<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>E-mail: jeffrey.gleit@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** | Jonathan Bagg<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>E-mail: jonathan.bagg@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and First-Class Mail* |
| Matthew Bentley<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>E-mail: matthew.bentley@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** | Steven Reisman<br>Cindi Giglio<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, New York 10020<br>E-mail: sreisman@katten.com<br>　　　　 cgiglio@katten.com<br><br>**Counsel to Gordon Brothers Retail Partners, LLC** |

*Via E-Mail and Hand Delivery*

Bradford J. Sandler
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
E-mail: bsandler@pszjlaw.com
         joneill@pszjlaw.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Jason R. Adams
Eric R. Wilson
Maeghan McLoughlin
Andres Barajas
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
E-mail: jadams@kelleydrye.com
         ewilson@kelleydrye.com
         mmcloughlin@kelleydrye.com
         abarajas@kelleydrye.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**