# CERTIFICATE OF SERVICE

I certify that, on February 7, 2025, a true and correct copy of the *Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, etc.* was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

/s/ *Laurel D. Roglen*
Laurel D. Roglen (DE 5759)
BALLARD SPAHR LLP

*Via First-Class Mail*

JOANN Inc.
5555 Darrow Road
Hudson, Ohio 44236
Attn: Ann Aber, EVP, Chief Legal
and Human Resources Officer

**Debtors**

*Via E-Mail and First-Class Mail*

Jeffrey Michalik
Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
E-mail: jeff.michalik@kirkland.com
             lindsey.blumenthal@kirkland.com

**Counsel to the Debtors**

*Via E-Mail and Hand Delivery*

Malcolm M. Bates
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
E-mail: malcolm.m.bates@usdoj.gov

**United States Trustee**

*Via E-Mail and First-Class Mail*

Aparna Yenamandra, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
E-mail: aparna.yenamandra@kirkland.com

**Counsel to the Debtors**

*Via E-Mail and Hand Delivery*

Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
E-mail: preilley@coleschotz.com
             snewman@coleschotz.com;
             mfitzpatrick@coleschotz.com
             jdougherty@coleschotz.com

**Counsel to the Debtors**

*Via E-mail and First-Class Mail*

Christopher Carter
Marjorie Crider
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110
E-mail: christopher.carter@morganlewis.com
             marjorie.crider@morganlewis.com

**Counsel Prepetition ABL Agent**

*Via E-Mail and First-Class Mail*

John Ventola
Jonathan Marshall
Choate Hall & Stewart LLP
2 International Place
Boston, Massachusetts 02110
E-mail: jventola@choate.com
           jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

*Via E-Mail and First-Class Mail*

Scott Greenberg
Kevin Liang
Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
           KLiang@gibsondunn.com
           JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender Ad Hoc Group**

*Via E-Mail and First-Class Mail*

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Jonathan Bagg
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Matthew Bentley
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Steven Reisman
Cindi Giglio
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020
E-mail: sreisman@katten.com
           cgiglio@katten.com

**Counsel to Gordon Brothers Retail Partners, LLC**

*Via E-Mail and Hand Delivery*

Bradford J. Sandler
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
E-mail: bsandler@pszjlaw.com
           joneill@pszjlaw.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Jason R. Adams
Eric R. Wilson
Maeghan McLoughlin
Andres Barajas
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
E-mail: jadams@kelleydrye.com
           ewilson@kelleydrye.com
           mmcloughlin@kelleydrye.com
           abarajas@kelleydrye.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**