# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "**Committee**") hereby submits this *Witness and Exhibit List* (the "**Witness and Exhibit List**") for the hearing scheduled for **February 11, 2025 at 2:00 p.m. (Eastern Time)** (the "**Hearing**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") pending before Judge Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Delaware 19801.

## WITNESS LIST

The Committee may call any of the following witnesses at the Hearing:

1. Any witness listed, offered, or called by any other party.

2. Any witness required for rebuttal or impeachment.

## EXHIBIT LIST

The Committee may offer into evidence any one or more of the following exhibits:

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4903-5036-3927.1 46699.00002

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|
| 1. | Any exhibits listed, designated, or offered by any other party | | | | | |
| 2. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |
| 3. | Any pleading or other document filed with the Court on the docket of the above-captioned Chapter 11 Cases | | | | | |

The Committee reserves the right to (i) ask the Court to take judicial notice of pleadings, orders, transcripts, and/or documents filed in, or in connection with, these Chapter 11 Cases, (ii) offer rebuttal exhibits, and (iii) supplement, modify, or amend this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  February 7, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>By: */s/ James E. O'Neill*<br>　　Bradford J. Sandler (DE Bar No. 4142)<br>　　James E. O'Neill (DE Bar No. 4042)<br>　　919 North Market Street, 17th Floor<br>　　P.O. Box 8705<br>　　Wilmington, DE 19801<br>　　Telephone:  (302) 652-4100<br>　　Facsimile: (302) 652-4400<br>　　Email: bsandler@pszjlaw.com<br>　　　　　joneill@pszjlaw.com<br><br>- and –<br><br>**KELLEY DRYE & WARREN LLP**<br>Jason R. Adams (admitted *pro hac vice*)<br>Eric R. Wilson (admitted *pro hac vice*)<br>William S. Gyves (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 808-7800<br>Email:　jadams@kelleydrye.com<br>　　　　ewilson@kelleydrye.com<br>　　　　wgyves@kelleydrye.com<br>　　　　mmcloughlin@kelleydrye.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |