# CERTIFICATE OF SERVICE

I certify that, on February 7, 2025, a true and correct copy of the *Limited Objection of ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; Acadia Realty Limited Partnership; American Fork SC, LLC; BMA JC LLC; Brixmor Operating Partnership LP; CCA-RSSC LLC; EDENS; Federal Realty OP LP; Gallatin Mall Group, L.L.C.; Hutensky Capital Partners, LLC; La Costa Capital Partners; Lancaster Development Company LLC; Marketplace West Partners, LLC; Orem Family Center, LLC; PBA II, LLC; Pride Center Co., LLC; Renaissance Partners I, LLC; Santa Susana GRF2, LLC; Sherman Commons, L.P., Shopping Center Associates, LP; TPP 217 Taylorsville, LLC; The Sterling Organization; UFPTFC, LLC & BBTFC LLC; and, Westford Valley Marketplace, Inc. to Motion of Debtors for Entry of an Order (I) Approving Bidding (II) Scheduling Certain Cates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief* was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

                                                    */s/ Laurel D. Roglen*
                                                    Laurel D. Roglen (DE 5759)
                                                    BALLARD SPAHR LLP

| *Via First-Class Mail* | *Via E-Mail and First-Class Mail* |
|---|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, Ohio 44236<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer | Aparna Yenamandra, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: aparna.yenamandra@kirkland.com |
| **Debtors** | **Counsel to the Debtors** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and Hand Delivery* |
| Jeffrey Michalik<br>Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>E-mail: jeff.michalik@kirkland.com<br>        lindsey.blumenthal@kirkland.com | Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>E-mail: preilley@coleschotz.com<br>        snewman@coleschotz.com;<br>        mfitzpatrick@coleschotz.com<br>        jdougherty@coleschotz.com |
| **Counsel to the Debtors** | **Counsel to the Debtors** |

| | |
|---|---|
| *Via E-Mail and Hand Delivery* | *Via E-mail and First-Class Mail* |
| Malcolm M. Bates<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>E-mail: malcolm.m.bates@usdoj.gov | Christopher Carter<br>Marjorie Crider<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>E-mail: christopher.carter@morganlewis.com<br>         marjorie.crider@morganlewis.com |
| **United States Trustee** | **Counsel Prepetition ABL Agent** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and First-Class Mail* |
| John Ventola<br>Jonathan Marshall<br>Choate Hall & Stewart LLP<br>2 International Place<br>Boston, Massachusetts 02110<br>E-mail: jventola@choate.com<br>         jmarshall@choate.com | Scott Greenberg<br>Kevin Liang<br>Josh Brody<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>E-mail: SGreenberg@gibsondunn.com<br>         KLiang@gibsondunn.com<br>         JBrody@gibsondunn.com |
| **Counsel to Prepetition FILO Agent** | **Counsel to Prepetition Term Loan Lender Ad Hoc Group** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and First-Class Mail* |
| Jeffrey Gleit<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>E-mail: jeffrey.gleit@afslaw.com | Jonathan Bagg<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>E-mail: jonathan.bagg@afslaw.com |
| **Counsel to Prepetition Term Loan Agent** | **Counsel to Prepetition Term Loan Agent** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and First-Class Mail* |
| Matthew Bentley<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>E-mail: matthew.bentley@afslaw.com | Steven Reisman<br>Cindi Giglio<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, New York 10020<br>E-mail: sreisman@katten.com<br>         cgiglio@katten.com |
| **Counsel to Prepetition Term Loan Agent** | **Counsel to Gordon Brothers Retail Partners, LLC** |

| | |
|---|---|
| *Via E-Mail and Hand Delivery* | *Via E-Mail and First-Class Mail* |
| Bradford J. Sandler<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>E-mail: bsandler@pszjlaw.com<br>       joneill@pszjlaw.com<br><br>**Proposed Co-Counsel to the Official Committee of Unsecured Creditors** | Jason R. Adams<br>Eric R. Wilson<br>Maeghan McLoughlin<br>Andres Barajas<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>E-mail: jadams@kelleydrye.com<br>       ewilson@kelleydrye.com<br>       mmcloughlin@kelleydrye.com<br>       abarajas@kelleydrye.com<br><br>**Proposed Co-Counsel to the Official Committee of Unsecured Creditors** |