## <u>CERTIFICATE OF SERVICE</u>

I certify that, on February 7, 2025, a true and correct copy of the LIMITED OBJECTION OF GC AMBASSADOR COURTYARD LLC, MP ELKO, LLC, AND MGP XII SUNRISE VILLAGE, LLC TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING BIDDING (II) SCHEDULING CERTAIN CATES AND DEADLINES WITH RESPECT THERETO, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING THE STALKING HORSE AGREEMENT, (V) ESTABLISHING NOTICE AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, (VI) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF ASSUMED CONTRACTS AND LEASES, (VII) APPROVING THE SALE OF ASSETS, AND (VIII) GRANTING RELATED RELIEF was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

*/s/ Laurel D. Roglen*
Laurel D. Roglen (DE 5759)
BALLARD SPAHR LLP

*Via First-Class Mail*

JOANN Inc.
5555 Darrow Road
Hudson, Ohio 44236
Attn: Ann Aber, EVP, Chief Legal
and Human Resources Officer

**Debtors**

*Via E-Mail and First-Class Mail*

Jeffrey Michalik
Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
E-mail: jeff.michalik@kirkland.com
    lindsey.blumenthal@kirkland.com

**Counsel to the Debtors**

*Via E-Mail and First-Class Mail*

Aparna Yenamandra, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
E-mail: aparna.yenamandra@kirkland.com

**Counsel to the Debtors**

*Via E-Mail and Hand Delivery*

Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
E-mail: preilley@coleschotz.com
    snewman@coleschotz.com;
    mfitzpatrick@coleschotz.com
    jdougherty@coleschotz.com

**Counsel to the Debtors**

*Via E-Mail and Hand Delivery*

Malcolm M. Bates
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
E-mail: malcolm.m.bates@usdoj.gov

**United States Trustee**

*Via E-Mail and First-Class Mail*

John Ventola
Jonathan Marshall
Choate Hall & Stewart LLP
2 International Place
Boston, Massachusetts 02110
E-mail: jventola@choate.com
      jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

*Via E-Mail and First-Class Mail*

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Matthew Bentley
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-mail and First-Class Mail*

Christopher Carter
Marjorie Crider
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110
E-mail: christopher.carter@morganlewis.com
      marjorie.crider@morganlewis.com

**Counsel Prepetition ABL Agent**

*Via E-Mail and First-Class Mail*

Scott Greenberg
Kevin Liang
Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
      KLiang@gibsondunn.com
      JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender Ad Hoc Group**

*Via E-Mail and First-Class Mail*

Jonathan Bagg
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Steven Reisman
Cindi Giglio
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020
E-mail: sreisman@katten.com
      cgiglio@katten.com

**Counsel to Gordon Brothers Retail Partners, LLC**

*Via E-Mail and Hand Delivery*

Bradford J. Sandler
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
E-mail: bsandler@pszjlaw.com
          joneill@pszjlaw.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Jason R. Adams
Eric R. Wilson
Maeghan McLoughlin
Andres Barajas
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
E-mail: jadams@kelleydrye.com
          ewilson@kelleydrye.com
          mmcloughlin@kelleydrye.com
          abarajas@kelleydrye.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**