**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 281

**PLEASE TAKE NOTICE** Brookside Properties, Inc. ("Brookside Properties"), hereby

withdraws the *Motion for Admission Pro Hac Vice of Emily Taube* [Docket No. 281] filed in the

above-captioned case.

Dated:  February 7, 2024

**BURR & FORMAN LLP**

*/s/  J. Cory Falgowski*
J. Cory Falgowski (#4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone:  302-830-2312
Email:  jfalgowski@burr.com

*Counsel to Brookside Properties, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.