# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC.., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 25-10068 (CTG)<br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 297

**PLEASE TAKE NOTICE** Brother International Corporation, hereby withdraws the *Motion for Admission Pro Hac Vice of Eric Perkins* [Docket No 297] filed in the above-captioned case.

Dated: February 7, 2025

*/s/ Gary D. Bressler*
McElroy, Deutsch, Mulvaney & Carpenter LLP
Gary D. Bressler, Esq. (No. 5544)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Tel: (302) 300-4515
Fax: (302) 654-4031
E-mail: gbressler@mdmc-law.com

*Attorney for Brother International Corporation*