# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a true and correct copy of the foregoing *Joinder Of Granite Village West, L.P. And Lynnwood Tower, LLC, In Limited Objection Of Multiple Landlords To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Use Cash Collateral, (II) Granting Adequate Protection To Prepetition Secured Creditors, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief* was sent to the following as indicated:

**Via Email**

Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
aparna.yenamandra@kirkland.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Jeffrey Michalik
Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago Illinois 60654,
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

Malcolm M. Bates
United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
malcolm.m.bates@usdoj.gov

Christopher Carter
Marjorie Crider
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110
christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

John Ventola
Jonathan Marshall
Choate Hall & Stewart LLP
2 International Place
Boston, Massachusetts 02110
jventola@choate.com
jmarshall@choate.com

Scott Greenberg
Kevin Liang
Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
jeffrey.gleit@afslaw.com

Jonathan Bagg
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
jonathan.bagg@afslaw.com

Matthew Bentley
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
matthew.bentley@afslaw.com

Steven Reisman
Cindi Giglio
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020
sreisman@katten.com
cgiglio@katten.com

**VIA REGULAR MAIL**

Ann Aber, EVP, Chief Legal and
Human Resources Officer
JOANN Inc.
5555 Darrow Road
Hudson, Ohio 44236

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
skaufman@skaufmanlaw.com