# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF SERVICE PURSUANT TO LOCAL RULE 7026-2

I, Jason D. Angelo, Esq. hereby certify that on February 5, 2025, I caused true and correct copies of (i) the *Responses and Objections of Bank of America, N.A., as Prepetition ABL Agent, to the Ad Hoc Term Loan Group's Notice of 30(b)(6) Deposition* to be served on the counsel of record for the Ad Hoc Term Loan Group listed on **Exhibit A** hereto via electronic mail; and (ii) the (a) *Responses and Objections of Bank of America, N.A., as Prepetition ABL Agent, to the Official Committee of Unsecured Creditors' Notice of 30(b)(6) Deposition* and (b) *Responses and Objections of Bank of America, N.A., as Prepetition ABL Agent, to the Official Committee of Unsecured Creditors' First Request for Production of Documents* to be served on the counsel of record for the Official Committee of Unsecured Creditors listed on **Exhibit B** hereto via electronic mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: February 7 2025
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:   */s/ Jason D. Angelo*
      Jason D. Angelo (No. 6009)
      1201 North Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: jangelo@reedsmith.com

*Counsel to Bank of America, N.A., as Prepetition ABL Agent*