**EXHIBIT A**

<u>Service List</u>
(Ad Hoc Term Loan Group)

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> Brenna A. Dolphin, Esq. <br> 1201 North Market Street, 16th Floor <br> Wilmington, Delaware 19801 <br> Email: bdolphin@morrisnichols.com | **GLENN AGRE BERGMAN & FUENTES LLP** <br> Trevor J. Welch, Esq. <br> 1185 Avenue of the Americas, 22nd Floor <br> New York, New York 10036 <br> Email: twelch@glennagre.com |
|---|---|