**EXHIBIT B**

Service List
(Official Committee of Unsecured Creditors)

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford Sandler, Esq.<br>James E. O'Neill, Esq.<br>919 North Market Street 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: bsandler@pszjlaw.com<br>Email: joneill@pszjlaw.com | **KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson, Esq.<br>Jason R. Adams, Esq.<br>William S. Gyves, Esq.<br>Maeghan J. McLoughlin, Esq.<br>Randall L. Morrison Jr., Esq.<br>Richard Gage, Esq.<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Email: ewilson@kelleydrye.com<br>Email: jadams@kelleydrye.com<br>Email: wgyves@kelleydrye.com<br>Email: mmcloughlin@kelleydrye.com<br>Email: rmorrison@kelleydrye.com<br>Email: rgage@kelleydrye.com |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Beth R. Levine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Email: blevine@pszjlaw.com | |