**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Joint Administration Requested) |
| | Re: D.I. 335 & 336 |

**NOTICE OF FILING OF UNREDACTED *(A)* PRELIMINARY OMNIBUS OBJECTION OF THE AD HOC TERM LOAN GROUP TO THE DEBTORS' (I) BIDDING PROCEDURES MOTION AND (II) CASH COLLATERAL MOTION AND *(B)* DECLARATION OF ANDREW K. GLENN IN SUPPORT OF THE PRELIMINARY OBJECTION**

**PLEASE TAKE NOTICE** that on February 6, 2025, the Ad Hoc Term Loan Group[2] filed under seal (a) the *Preliminary Omnibus Objection of the Ad Hoc Term Loan Group to the Debtors' (I) Bidding Procedures Motion and (II) Cash Collateral Motion* (D.I. 299) ("Preliminary Objection") and (b) the *Declaration of Andrew K. Glenn in Support of the Preliminary Omnibus Objection of the Ad Hoc Term Loan Group to the Debtors' (I) Bidding Procedures Motion and (II) Cash Collateral Motion* (D.I. 300) (the "Declaration").

**PLEASE TAKE FURTHER NOTICE** that, after conferring with the Debtors pursuant to Del. Bankr. L.R. 9018-1(d)(ii), the Ad Hoc Term Loan Group is advised that the Preliminary Objection and Declaration may be filed publicly without redaction.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

[2] The members of which are lenders under the Debtors' prepetition Credit Agreement, dated as of April 30, 2024 (as amended, restated, supplemented, or otherwise modified, the "Term Loan Credit Agreement," the loans issued thereunder the "Term Loan," and lenders thereunder the "Term Lenders"), and are set forth in the *Verified Statement of the Ad Hoc Term Loan Group Pursuant to Bankruptcy Rule 2019* (D.I. 54).

**PLEASE TAKE FURTHER NOTICE** that the unredacted version of the Preliminary Objection appears at D.I. 335.

**PLEASE TAKE FURTHER NOTICE** that the unredacted version of the Declaration appears at D.I. 336.

*[Remainder of page intentionally left blank]*

Dated: February 7, 2025
      Wilmington, Delaware

Respectfully submitted,

/s/ Matthew B. Harvey
_____
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donna L. Culver (DE No. 2983)
Robert J. Dehney, Sr. (DE No. 3578)
Matthew B. Harvey (DE No. 5186)
Brenna A. Dolphin (DE No. 5604)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
E-mail: rdehney@morrisnichols.com
         mharvey@morrisnichols.com
         bdolphin@morrisnichols.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
Esther Hong (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
       kmayr@glennagre.com
       aberro@glennagre.com
       mdoss@glennagre.com
       ehong@glennagre.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: SGreenberg@gibsondunn.com
        JBrody@gibsondunn.com
        CLWilson@gibsondunn.com

*Attorneys for the Ad Hoc Term Loan Group*