**EXHIBIT D**



ALVAREZ & MARSAL

# CONSUMER & RETAIL GROUP

## Transform to Amplify

## JOANN

December 2024

Confidential / Subject to NDA
Connie Choe
cchoe@kelley.com
UCC / Kelley Drye & Warren LLP
Kelley Drive & Warren LLP
2025-02-06 12-22-24 -0500

**Privileged & Confidential – Do Not Share**

## Transform to Amplify – The JOANN Business has significant opportunity to right size its store count, DC footprint and overall business to support growth



1. **Intro and Current Performance**

2. **Store Count**

3. **DC Footprint**

4. **SG&A**

5. **Inventory and Complexity**





2

**Privileged & Confidential – Do Not Share**

## ① Transform to Amplify – The JOANN Business has significant opportunity to right size its store count, DC footprint and overall business to support growth

| | Description |
|---|---|
| **Intro** | • There is significant opportunity to transform the Joann business to amplify immediate growth and enhance margins / profitability relative to today.<br>• Across multiple business areas including store count, DC footprint, SGA, inventory, assortment, there are opportunities to right size the business & eliminate complexity while maintaining meaningful scale<br>• Recent Sales performance has shown sequential improvement as Store in Stock levels and Conversion rates rebound |
| **EBITDA** | *Transforming the JOANN business presents EBITDA opportunity of +$43m to FY '26 plan and appx +$123m to FY'25* |
| **Areas of Focus** | The following are the high-level opportunities by area:<br>**1.) Current Business Performance**<br>  • As inventory health has increased conversion and sales trends are improving<br>**2.) Store Count**<br>  • Close 175 doors: ~22% total count, increase contribution margin from $213m, 11.3%, to $220m, 14.4%, reduce expense -$179m<br>**3.) DC Footprint**<br>  • Multiple options exist to reduce DC footprint and reduce expense complexity ~$30m to ~$50m opportunity<br>**4.) SG&A**<br>  • Right size & transform organization, reduce annual spend an incremental to previously actioned ~-$40m<br>**5.) Inventory**<br>  • Reduce inventory levels by 30-35%, increase turn and improve cash flow |
| **Timing** | Commence all work immediately<br>• **Store Count** – immediate notification and movement<br>• **DC Footprint** – Estimate 3-9month window to complete from start<br>• **SG&A** – Week of January 20, 2025<br>• **Inventory** – start with Q1/Q2 purchase, full implementation for Q3/Q4 |
| **Considerations** | • All options contemplated within a CH 11 filing<br>• Go forward leases to be negotiated and attempt to restructure, Exit Hudson HQ – go remote while finding new HQ<br>• Viable inventory to be allocated and transferred from Non Go Forward doors to Go forward doors<br>• Field workforce would be restructured in the corporate SGA work |

**Privileged & Confidential – Do Not Share**

# 1 Transform to Amplify - Financial Proforma Analysis

| JOANN Inc. Transform to Amplify Proforma $ in millions | FY25 Dec Model As Is | FY26 Dec Model As Is | FY26 ETA Proforma |
|---|---|---|---|
| Store Walk-In | 1,649 | 1,751 | 1,408 |
| eCommerce - BOPIS / BORIS | 89 | 106 | 89 |
| eCommerce - Ship-to-Home | 203 | 207 | 207 |
| Other | 9 | 9 | 8 |
| **Net Sales** | **$1,951** | **$2,073** | **$1,712** |
| *eCommerce Penetration* | *15%* | *15%* | *17%* |
| | | | |
| **Adjusted Gross Margin** | **$971** | **$1,050** | **$831** |
| | | | |
| Marketing | 50 | 48 | 34 |
| Stores | 662 | 673 | 494 |
| Distribution Centers | 88 | 81 | 50 |
| Corporate | 133 | 120 | 84 |
| Other | 14 | 25 | 23 |
| **Adjusted SG&A** | **$948** | **$947** | **$685** |
| | | | |
| **Adjusted EBITDA** | **$23** | **$103** | **$146** |
| | | | |
| *Store Count* | *~800* | *~800* | *616* |
| | | | |
| **% to Net Sales** | | | |
| **Adjusted Gross Margin** | **49.8%** | **50.6%** | **48.5%** |
| | | | |
| Marketing | 2.6% | 2.3% | 2.0% |
| Stores | 34.0% | 32.5% | 28.9% |
| Distribution Centers | 4.5% | 3.9% | 2.9% |
| Corporate | 6.8% | 5.8% | 4.9% |
| Other | 0.7% | 1.2% | 1.3% |
| **Adjusted SG&A** | **48.6%** | **45.7%** | **40.0%** |
| | | | |
| **Adjusted EBITDA** | **1.2%** | **5.0%** | **8.5%** |

**Key Edit to Amplify Assumptions**

• Store base shrinks to 616 stores (stores with 4-wall contribution margin greater than 5%)

• Store walk-in and BOPIS revenue and margin shrink accordingly with any impacted ship-from-store volume resourcing to the Columbus OFC

• Store expenses and inventory purchases shrink accordingly and variable costs reduce in alignment with the lower inventory purchase volume

• AUCs increase 2% and volume rebate rates decline by 140 bps due to lower inventory purchases

• Closure of the Visalia and Hudson distribution centers and removal of all associated fixed costs; volume resources to the remaining distribution centers as needed

• 29% increase in distribution center outbound truck load freight cost per unit due to longer delivery routes from the remaining distribution centers

• Reduction in marketing costs to 2% of net sales

• ~40% reduction in corporate overhead versus FY25





**Privileged & Confidential – Do Not Share**

# 1 <u>Recent Historical Performance</u> – Store Basic in Stock vs. Store Conversion

## Store Conversion Rates have been directly correlated to Store In Stock (SIS) levels



| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FY24 | | | | | | | | | FY25 | | | | | |
| Merch Sales % to PY | -2% | -3% | -6% | -4% | -5% | -8% | -6% | -2% | -3% | -8% | -9% | -13% | -11% | -12% | -10% | -13% | +2% |
| Store Basic In-Stock % | 93% | 92% | 92% | 93% | 92% | 92% | 91% | 88% | 86% | 87% | 87% | 86% | 86% | 88% | 89% | 89% | 89% |
| Store Conversion % | 54% | 55% | 56% | 55% | 55% | 52% | 51% | 50% | 49% | 48% | 48% | 47% | 47% | 52% | 53% | 53% | 54% |

### Key Takeaways

- Store In Stock levels (SIS) were disrupted and negatively affected in 2nd half FY'24 due to liquidity & pre bankruptcy filing issues

- Store In Stocks did not begin to rebound until Q3 FY'25

- As Store in Stock levels improve, store conversion follows, funded correctly can be a success



5



**Privileged & Confidential – Do Not Share**

## 1  Recent Historical Performance - Store Basic in Stock vs. Merch Sales to LY

Merchandise Sales % to LY are also correlated to Store In Stock (SIS) levels, with some nuance



### Key Takeaways

- Sales Comps have sequentially improved (adjusted for comp calendar shift) & continue to show strength

- As Store in Stock levels were disrupted, JOANN rec'd a "Bankruptcy Bump" in comp sales

- As stores worked to restock shelves it took time to present product effectively to customers

| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store Basic In-Stock % | 93% | 92% | 92% | 93% | 92% | 92% | 91% | 88% | 86% | 87% | 87% | 86% | 86% | 88% | 89% | 89% | 89% |
| Merch Sales % to PY | -2% | -3% | -6% | -4% | -5% | -8% | -6% | -2% | -3% | -8% | -9% | -13% | -11% | -12% | -10% | -13% | +2% |

JOANN



6

**Privileged & Confidential – Do Not Share**

# 1 <u>Recent Historical Performance</u> – Comp Sales vs. LY By Week (Nov and Dec)

Weekly sales performance in November and December shows sequential positive improvement



## Merchandise Sales by Week

— % to Plan    — % to FY24

| $ in millions | FW40 | FW41 | FW42 | FW43 | FW44 | FW45 | FW46 | FW47 |
|---|---|---|---|---|---|---|---|---|
| FY25 Actual | $41 | $47 | $53 | $62 | $62 | $59 | $59 | $47 |
| FY25 Plan | $46 | $48 | $50 | $76 | $61 | $56 | $56 | $39 |
| FY24 Actual | $48 | $49 | $72 | $66 | $62 | $61 | $59 | $40 |
| % to Plan | -9% | -2% | +6% | -18% | +1% | -0% | +4% | +18% |
| % to FY24 | -14% | -4% | -26% | -5% | -1% | -3% | -1% | +17% |

### Key Takeaways

- Sales performance trends by week to both plan and LY continue to improve

- November calendar cycle TY presented an unfavorable shift

- However December has continued to show upside

- January is planned (5)% comp which based on current trends presents further upside



Note: January sales planned -5% to LY

7



**Privileged & Confidential – Do Not Share**

## 2  A <u>4-wall view</u> of our stores Trailing 12 Months (TTM October)...

| TTM October | FY25 TTM (including SFS) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Negative | 0-4.99% | 5-9.99% | 10-14.9% | 15-19.99% | Above 20% | Grand Total |
| **Count of Store** | 76 | 99 | 170 | 209 | 146 | 91 | **791** |
| TY Sales | $152.1 | $204.0 | $375.5 | $508.2 | $371.6 | $269.1 | **$1,880.5** |
| TY COGS | $75.7 | $102.6 | $186.4 | $249.4 | $180.0 | $127.7 | **$921.9** |
| ***Gross Margin*** | ***$76.3*** | ***$101.4*** | ***$189.1*** | ***$258.8*** | ***$191.6*** | ***$141.4*** | ***$958.6*** |
| Labor | $23.8 | $30.1 | $53.6 | $65.5 | $45.2 | $28.9 | **$247.1** |
| *% of Revenue* | *16%* | *15%* | *14%* | *13%* | *12%* | *11%* | *13%* |
| Occupancy | $38.1 | $39.0 | $60.5 | $73.7 | $44.1 | $24.8 | **$280.3** |
| *% of Revenue* | *25%* | *19%* | *16%* | *14%* | *12%* | *9%* | *15%* |
| OPEX | $9.3 | $10.0 | $15.8 | $18.1 | $11.8 | $6.9 | **$71.7** |
| *% of Revenue* | *6%* | *5%* | *4%* | *4%* | *3%* | *3%* | *4%* |
| Other | $15.5 | $12.1 | $23.1 | $29.2 | $20.6 | $14.2 | **$114.7** |
| *% of Revenue* | *10%* | *6%* | *6%* | *6%* | *6%* | *5%* | *6%* |
| ***Store Contribution*** | ***($10.4)*** | ***$10.2*** | ***$36.1*** | ***$72.3*** | ***$69.8*** | ***$66.6*** | ***$244.8*** |
| Variable DC Expenses | $3.2 | $3.9 | $7.0 | $8.4 | $5.7 | $3.7 | **$31.7** |
| *% of Revenue* | *2%* | *2%* | *2%* | *2%* | *2%* | *1%* | *2%* |
| **STORE CONT w/ Var DC Expense Burden** | **($13.5)** | **$6.4** | **$29.1** | **$63.9** | **$64.2** | **$62.9** | **$213.0** |
| ***Contribution Margin Rate*** | ***-8.9%*** | ***3.1%*** | ***7.8%*** | ***12.6%*** | ***17.3%*** | ***23.4%*** | ***11.3%*** |



[1]791 is without preplanned FY25 closures
[2]OPEX consists of: Store Utilities, Store Telephone Charges, Store Repairs & Maintenance, Store Housekeeping, Store Waste Management, Store Supplies, Bags & Postage, Store Facilities Services, Store Operational & Outside Services
[3]Other consists of: Non Opex Exp, Advertising, Pre opening & closing costs



**Privileged & Confidential – Do Not Share**

## ...and how they contributed to sales, inventory and contribution margin based on CM rate

| Margin Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store Count (% to total) | Sales (% to total) | Ending Inventory (% to total) | CM (% to total) |
|---|---|---|---|---|---|---|---|---|---|
| Negative | 76 | $152.1 | $53.1 | ($13.5) | -8.9% | 10% | 8% | 10% | -6% |
| 0-4.99% | 99 | $204.0 | $63.1 | $6.4 | 3.1% | 13% | 11% | 12% | 3% |
| 5-9.99% | 170 | $375.5 | $111.7 | $29.1 | 7.8% | 21% | 20% | 21% | 14% |
| 10-14.9% | 209 | $508.2 | $138.7 | $63.9 | 12.6% | 26% | 27% | 26% | 30% |
| 15-19.99% | 146 | $371.6 | $95.2 | $64.2 | 17.3% | 18% | 20% | 18% | 30% |
| Above 20% | 91 | $269.1 | $62.5 | $62.9 | 23.4% | 12% | 14% | 12% | 30% |
| **Grand Total** | **791** | **$1,880.5** | **$524.4** | **$213.0** | **11.3%** | **100%** | **100%** | **100%** | **100%** |
| *Avg. Store* | | *$237k* | *$662k* | *269k* | *11.3%* | | | | |

### Key Takeaways

1. 175 stores with less than 5% Contribution Margin negatively impact margin by ~$7M

2. 237 or 30% of stores are highly profitable with an average of 20% margin or $535k per avg. store

3. Important to note this is a TTM that was challenging as it relates to historical performance, therefore positive CM% present upside



¹791 is without preplanned FY25 closures

9

CONSUMER AND RETAIL GROUP

**Privileged & Confidential – Do Not Share**

**2** **If we close Stores contributing less than 5% in margin, our overall contribution margin would increase by +7.2M with a rate improvement of +310bps**

| Margin Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Contribution Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| **Total Stores** | **791** | **$1,880.5** | **$524.4** | **$213.0** | **11.3%** | **100%** | **100%** | **100%** | **100%** |
| **Negative** | 76 | $152.1 | $53.1 | ($13.5) | 8.9% | 10% | 8% | 10% | -6% |
| **0-4.99%** | 99 | $204.0 | $63.1 | $6.4 | 3% | 13% | 11% | 12% | 3% |
| *Subtotal* | *175* | *$356.1* | *$116.2* | *($7.2)* | *-2.0%* | *22%* | *19%* | *22%* | *-3%* |
| **Stores to Remain** | 616 | $1,524.4 | $408.2 | $220.2 | 14.4% | | | | |
| *Impact to our current profile* | *-22.1%* | *-18.9%* | *-22.2%* | *+3.4%* | *+310bps* | | | | |

**Key Takeaways**

- **SQFT:** 45% (79) are smaller stores <20k sq feet. 30% (55) larger doors +30k
- **Revenue:** ~60% (102) are less than $2M stores; 23 less than $1M
- **DC & Region** – relative even split across 3 DC; 4 Reg
- **Additional Cuts:** 63 stores that are high exp (+30% occ + labor) and low CM $ could be closed that contribute $7M of CM at avg CM% of 6.5%



¹791 is without preplanned FY25 closures



**Privileged & Confidential – Do Not Share**

## 3  DC Option Summary – Multiple options to close DCs and generate savings

### Scenario Costs by Network Supply Chain Cost Bucket ($ millions)



| | Current State | Close Visalia | Close Visalia / Hudson | Close Visalia / Opelika |
|---|---|---|---|---|
| Stores in network | 800 | 616 | 616 | 616 |
| Est. Peak Cube (ft³) | 5.8M | 4.3M | 3.3M | 3.3M |
| Annual OB Loads | 9,070 | 5,709 | 5,437 | 5,437 |





11

**Privileged & Confidential – Do Not Share**

# 3 DC current state footprint and costs



**DC Origination**
- Hudson
- Opelika
- Visalia

© 2024 Mapbox © OpenStreetMap

| DC | Profile |
|---|---|
| Hudson | 1.1M sqft<br>Storage types: module, floor, flow rack, bin shelving, SAP WMS |
| Opelika | 750k sqft<br>Storage types: module, floor, flow rack, bin shelving, SAP WMS |
| Visalia | 740k sqft<br>Storage types: module, floor, flow rack, bin shelving, SAP WMS (pending) |
| OFC | 828k sqft<br>Ecommerce fulfillment<br>Storage types: bin racking, putwall, g-rack, h-rack, standard rack, SAP WMS |

### Capacity

| DC | # stores | Units (peak) | Units % |
|---|---|---|---|
| Visalia | 207 | 22.1M | 34% |
| Hudson | 327 | 22.8M | 35% |
| Opelika | 268 | 19.4M | 30% |
| OFC | NA | 13.2M | NA |
| **Total** | **802** | **64.3** | **100%** |

*OFC Not included in total

### Costs

| DC | Fixed | Variable | IB | OB | Total |
|---|---|---|---|---|---|
| Visalia | $10.9M | $12.1M | $3.5M | $5.8M | $32.3M |
| Hudson | $9.9M | $14.6M | $3.8M | $7.9M | $36.2M |
| Opelika | $13.4M | $13.6M | $3.6M | $8.0M | $38.6M |
| OFC | $7.1M | $8.5M | $0.1M | $1.2M | $16.9M |
| **Total** | **$34.2M** | **$40.3M** | **$10.9M** | **$21.7M** | **$107.1M** |

*OFC Not included in total

**OFC Current State:**
- OFC is currently ecommerce fulfillment only
- OFC has had seasonal store product flow through it on a one time basis



A&M | CONSUMER AND RETAIL GROUP

**Privileged & Confidential – Do Not Share**

**3** **Option 1**:  **Close Visalia  |  Keep Opelika, Hudson, OFC**



Scenario
- Close Visalia / Hudson (Keep)
- Close Visalia (Keep all others)
- Close Visalia / Hudson / Opeli..
- Current State

DC Origination
- Hudson
- OFC
- Opelika

© 2024 Mapbox © OpenStreetMap

| DC | Profile |
|---|---|
| Hudson | 1.1M sqft<br>Storage types: module, floor, flow rack, bin shelving |
| Opelika | 750k sqft<br>Storage types: module, floor, flow rack, bin shelving |
| OFC | 828k sqft<br>Ecommerce fulfillment<br>Storage types: bin racking, putwall, g-rack, h-rack, standard rack |

Capacity

| DC | # stores | Units (peak) | Units % |
|---|---|---|---|
| Hudson | 191 | 14.1M | 31% |
| OFC | 243 | 17.4M | 38% |
| Opelika | 182 | 14.5M | 37% |
| Total | 616 | 61.3M | 100% |

Costs

| DC | Fixed | Variable | IB | OB | Total |
|---|---|---|---|---|---|
| Hudson | $8.6 | $10.2 | $5.9M | $2.9M | **$27.6M** |
| OFC | $10.6 | $12.6 | $0.4M | $6.6M | **$30.2M** |
| Opelika | $8.8 | $10.5 | $9.3M | $5.0M | **$33.6M** |
| Total | $28.0M | $33.3M | 15.6M | $14.5M | **$91.4M** |

One-time costs (e.g. moving inventory, DC labor)

| Cost Category | Amount ($) |
|---|---|
| Inventory relocation | $2.4M |
| Building decommission | $0.3M |
| Severance | $0.3M |
| Tech configuration | $0.1M |
| OFC buildout | $6.3M |
| Misc transition management & execution | $0.5M |
| Total | $9.9M |





Confidential / Subject to NDA –
Connie Choe
cchoe@kelleydrye.com
UCC Advisors
Kelley Drye & Warren LLP
2025-02-06 12:22:14 -0500

*Privileged & Confidential – Do Not Share*

# 3 Option 2: Close Visalia, Hudson | Keep Opelika, OFC



**Capacity**

| DC | # stores | Units (peak) | Units % |
|---|---|---|---|
| Opelika | 182 | 17.0M | 39% |
| OFC | 434 | 26.6M | 61% |
| **Opelika** | **182** | **17.0M** | **39%** |

**Costs**

| DC | Fixed | Variable | IB | OB | Total |
|---|---|---|---|---|---|
| Opelika | $9.2M | $10.9M | $9.6M | $4.8M | **$34.5M** |
| OFC | $14.3M | $22.0M | $5.0M | $9.4M | **$50.7M** |
| **Total** | **$23.5** | **$32.9M** | **$14.6M** | **$14.2M** | **$85.2M** |

**One-time costs (e.g. moving inventory, DC labor)**

| Cost Category | Amount ($) |
|---|---|
| Inventory relocation | $5.1M |
| Building decommission | $0.5M |
| Severance | $0.4M |
| Tech configuration | $0.1M |
| OFC buildout | $6.3M |
| Misc. transition management & execution | $0.5M |
| **Total** | **$12.9M** |

| DC | Profile |
|---|---|
| Opelika | 750k sqft<br>Storage types: module, floor, flow rack, bin shelving |
| OFC | 828k sqft<br>Ecommerce fulfillment<br>Storage types: bin racking, putwall, g-rack, h-rack, standard rack |

**JOANN**

14



**Privileged & Confidential – Do Not Share**

**3** **Option 3**: **Close Visalia, Opelika | Keep Hudson, OFC**



Capacity

| DC | # stores | Units (peak) | Units % |
|---|---|---|---|
| Hudson | 191 | 13.7M | 31% |
| OFC | 425 | 29.9M | 69% |
| Total | 616 | 43.6 | 100% |

Costs

| DC | Fixed | Variable | IB | OB | Total |
|---|---|---|---|---|---|
| Hudson | $16.1M | $19.1M | $5.8M | $2.8M | **$43.8** |
| OFC | $7.4M | $8.8M | $9.0M | $11.9M | **$37.1** |
| Total | $23.5M | $27.9M | $14.8M | $14.7M | **$80.9M** |

One-time costs (e.g. moving inventory, DC labor)

| Cost Category | Amount ($) |
|---|---|
| Inventory Relocation | $4.9M |
| Building Decommission | $0.5M |
| Severance | $0.7M |
| Tech re-configuration | $0.1M |
| OFC Buildout | $6.3M |
| Misc. transition management & execution | $0.5M |
| Total | **$13.0M** |

Scenario
- Close Visalia / Hudson (Keep...
- Close Visalia (Keep all others)
- Close Visalia / Hudson / Opelik...
- Close Visalia / Opelika (Keep...
- Current State

DC Origination
- Hudson
- OFC

© 2024 Mapbox © OpenStreetMap

| DC | Profile |
|---|---|
| Hudson | 1.1M sqft<br>Storage types: module, floor, flow rack, bin shelving |
| OFC | 828k sqft<br>Ecommerce fulfillment<br>Storage types: bin racking, putwall, g-rack, h-rack, standard rack |





**Privileged & Confidential – Do Not Share**

# 4 5 Corporate SG&A and Inventory Reduction

Corporate Overhead is bloated leading to process complexity, a smaller store and DC footprint help enable a significant reduction of the organization. Inventory should be cut ~-35%.

| Function | Director+ Avg. Cost ($K) | Director+ Impacted HC | Director+ Savings ($M) | Manager Avg. Cost ($K) | Manager Impacted HC | Manager Savings ($M) | Individual Contributor Avg. Cost ($K) | Individual Contributor Impacted HC | Individual Contributor Savings ($M) | Impacted HC | Total Savings ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IT | $289.7 | 3 | $0.9 | $169.7 | 10 | $1.7 | $121.3 | 48 | $5.8 | 61 | $8.4 |
| Finance | $285.9 | 5 | $1.4 | $148.8 | 8 | $1.2 | $83.9 | 20 | $1.7 | 33 | $4.3 |
| CEO & President Admin | $965.3 | | | NA | | | $124.7 | | | | |
| Marketing/Creative | $325.2 | 6 | $2.0 | $150.2 | 4 | $0.6 | $91.1 | 40 | $3.6 | 50 | $6.2 |
| Inventory Mgmt | $283.7 | 2 | $0.6 | $160.7 | 2 | $0.3 | $107.0 | 10 | $1.1 | 14 | $2.0 |
| Store Ops | $345.6 | 5 | $1.7 | $134.0 | 3 | $0.4 | $81.4 | 6 | $0.5 | 14 | $2.6 |
| Global Sourcing | $303.9 | 2 | $0.6 | $155.7 | 5 | $0.8 | $102.0 | 10 | $1.0 | 17 | $2.4 |
| Merchandising | $389.6 | 5 | $1.9 | $176.2 | 7 | $1.2 | $76.4 | 18 | $1.4 | 30 | $4.5 |
| HR | $289.2 | 3 | $0.9 | $155.7 | 2 | $0.3 | $103.8 | 22 | $1.8 | 22 | $3.0 |
| Subsidiary | $270.1 | | | $130.9 | | | $108.7 | | | 0 | |
| Supply Chain | $265.9 | | | $209.3 | | | $109.1 | 5 | $0.5 | 5 | $0.5 |
| Legal | $282.4 | 3 | $0.8 | $132.5 | | | $87.2 | 10 | $0.9 | 13 | $1.7 |
| Asset Protection | $251.0 | | | $95.4 | | | $57.7 | 20 | $1.2 | 23 | $1.4 |
| Omni-Channel Operations | $321.9 | | | $134.2 | | | $89.0 | 6 | $0.5 | 9 | $0.9 |
| Procurement | NA | | | $130.7 | | | $103.5 | | | 0 | |
| Customer Care Center | NA | | | $106.6 | | | $43.3 | 2 | $0.1 | 3 | $0.2 |
| Real Estate | $304.7 | 1 | $0.3 | $150.7 | | | $71.7 | | | 1 | $0.3 |
| Facilities | NA | | | $114.6 | | | $56.4 | 1 | $0.1 | 1 | $0.1 |
| Mailroom Admin | NA | | | $91.4 | | | $41.0 | 2 | $0.1 | 2 | $0.1 |
| Field Leadership | NA | | | $163.5 | | | $153.2 | 9 | $1.4 | 9 | $1.4 |
| **Total JOANN** | **$5,174.1** | **35** | **$11.1** | | **48** | **$7.3** | | **224** | **$21.6** | **307** | **$40.0** |

## Key Takeaways

- Opportunity exists across all functional areas for right sizing

- Field leadership would be included in the transformation

- Inventory turns are below benchmark today @1.4 and would benefit from reduced levels.

- Smaller footprint necessitates inventory redux ~ 25%, however business could cut ~35% to help improve working capital and reduce complexity

JOANN

16



**Privileged & Confidential – Do Not Share**

# APPENDIX

JOANN

17



**Privileged & Confidential – Do Not Share**

# A view to where our <u>total store (791)</u> fleet perform by Sales Volume, Square Footage, Region, & DC Clusters



**CM% by Revenue Tranche ($M)**

**CM% by SQFT Tranche (k)**

**CM % by Region**

**CM% by DC**

### Key Takeaways

**1** Revenue – As a chain stores <2m have large concentration of negative or low CM%

**2** SQFT – larger stores 30k – 40k sqft lag behind rest of chain in CM%

**3** Region– Region 1 West is the worst with Region 2 Central posting strongest CM%

**4** DC's – DCs are all similar in distribution of CM%, with Vislaia the lowest @ 10%

**ABC**





Confidential – Subject to NDA – Connie Choe cchoe@kelleydrye.com Kelley Drye & Warren LLC DJC Advisors 2025-02-06 12:22:24 -0500



Privileged & Confidential – Do Not Share

# A view to where our go forward (616) stores are by Sales Volume, Square Footage, Region, & DC Clusters

**CM% by Revenue Tranche ($M)** — line chart, CM % vs Store Revenue Tranche: Under $1M 10%, $1-2M 13%, $2-3M 15%, $3-4M 16%, $4-5M 14%, $5M+ 14%

**CM% by SQFT Tranche (k)** — line chart, CM % vs Store SqFt Tranche: under 10k 13%, 11-20k 15%, 21-30k 16%, 31-40k 14%, 40k+ 11%

**CM % by Region** — line chart, CM % vs Store Region: West 13%, Central 15%, Northeast 14%, South 15%

**CM% by DC** — line chart, CM % vs DC: Hudson 13%, Visalia 14%, Opelika 16%

## Key Takeaways

1. Revenue – Stores less than $2M have high concentration of low CM %

2. SQFT – Larger stores (30k+) experience dip in CM %

3. Region – CM% relatively flat across regions

4. DC – CM% relatively flat by DC, correlated to region

**ABC**

Confidential: Subject to NDA
Connie Choe
cchoe@kelleydrye.com
Kelley Drye & Warren LLP
UCC Advisors
2025-02-06 12:22:24 -0500





**Privileged & Confidential – Do Not Share**

# A 4-wall view of our stores Trailing 12 Months (TTM October)...

| TTM October | FY25 TTM (including SFS) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 5-9.99% | 10-14.9% | 15-19.99% | Above 20% | Grand Total |
| **Count of Store** | 170 | 209 | 146 | 91 | **616** |
| TY Sales | $375.5 | $508.2 | $371.6 | $269.1 | $1,524.4 |
| TY COGS | $186.4 | $249.4 | $180.0 | $127.7 | $743.5 |
| *Gross Margin* | *$189.1* | *$258.8* | *$191.6* | *$141.4* | $780.9 |
| Labor | $53.6 | $65.5 | $45.2 | $28.9 | $193.2 |
| *Labor as a % of Revenue* | *14%* | *13%* | *12%* | *11%* | *13%* |
| Occupancy | $60.5 | $73.7 | $44.1 | $24.8 | $203.1 |
| *Occupancy as a % of Revenue* | *16%* | *14%* | *12%* | *9%* | *13%* |
| OPEX | $15.8 | $18.1 | $11.8 | $6.9 | $52.5 |
| *OPEX as a % of Revenue* | *4%* | *4%* | *3%* | *3%* | *3%* |
| Other | $23.1 | $29.2 | $20.6 | $14.2 | $87.1 |
| *Other as a % of Revenue* | *6%* | *6%* | *6%* | *5%* | *6%* |
| *Store Contribution* | *$36.1* | *$72.3* | *$69.8* | *$66.6* | *$244.9* |
| Variable DC Expenses | $7.0 | $8.4 | $5.7 | $3.7 | $24.7 |
| *Variable DC Expenses as a % of Revenue* | *2%* | *2%* | *2%* | *1%* | *2%* |
| **STORE CONT w/ Var DC Expense Burden** | **$29.1** | **$63.9** | **$64.2** | **$62.9** | $220.2 |
| *Contribution Margin Rate* | *7.8%* | *12.6%* | *17.3%* | *23.4%* | *14.4%* |



[1]791 is without preplanned FY25 closures
[2]OPEX consists of: Store Utilities, Store Telephone Charges, Store Repairs & Maintenance, Store Housekeeping, Store Waste Management, Store Supplies, Bags & Postage, Store Facilities Services, Store Operational & Outside Services
[3]Other consists of: Non Opex Exp, Advertising, Pre opening & closing costs



**Privileged & Confidential – Do Not Share**

# A view to where our <u>low performing (175)</u> stores are by Sales Volume, Square Footage, Region, & DC Clusters



**Key Takeaways**

1. Revenue – Stores below $3M in revenue have lowest CM%

2. SQFT – 20k+ sqft stores experience short decline in CM%

3. Region – West region stores have worst CM % performance

4. DC – Stores served by Visalia have lowest CM %, tied to West region

ABC





**Privileged & Confidential – Do Not Share**

# A 4-wall view of our stores Trailing 12 Months (TTM October)...

| TTM October | FY25 TTM (including SFS) | | |
| --- | --- | --- | --- |
| | **Negative** | **0-4.99%** | **Grand Total** |
| **Count of Store** | 76 | 99 | **175** |
| TY Sales | $152.1 | $204.0 | **$356.1** |
| TY COGS | $75.7 | $102.6 | **$178.3** |
| *Gross Margin* | *$76.3* | *$101.4* | *$177.8* |
| Labor | $23.8 | $30.1 | **$53.9** |
| *Labor as a % of Revenue* | *16%* | *15%* | *15%* |
| Occupancy | $38.1 | $39.0 | **$77.1** |
| *Occupancy as a % of Revenue* | *25%* | *19%* | *22%* |
| OPEX | $9.3 | $10.0 | **$19.2** |
| *OPEX as a % of Revenue* | *6%* | *5%* | *5%* |
| Other | $15.5 | $12.1 | **$27.6** |
| *Other as a % of Revenue* | *10%* | *6%* | *8%* |
| *Store Contribution* | *($10.4)* | *$10.2* | *($0.1)* |
| Variable DC Expenses | $3.2 | $3.9 | **$7.0** |
| *Variable DC Expenses as a % of Revenue* | *2%* | *2%* | *2%* |
| **STORE CONT w/ Var DC Expense Burden** | **($13.5)** | **$6.4** | **($7.2)** |
| *Contribution Margin Rate* | **-8.9%** | **3.1%** | **-2.0%** |

[1]791 is without preplanned FY25 closures
[2]OPEX consists of: Store Utilities, Store Telephone Charges, Store Repairs & Maintenance, Store Housekeeping, Store Waste Management, Store Supplies, Bags & Postage, Store Facilities Services, Store Operational & Outside Services
[3]Other consists of: Non Opex Exp, Advertising, Pre opening & closing costs





**Privileged & Confidential – Do Not Share**

# A view to where our <u>total store (791)</u> fleet perform by Sales Volume, Square Footage, Region, & DC Clusters

| Sales Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| Under $1M | 44 | $38.4 | $16.8 | $0.3 | 1% | 6% | 2% | 3% | 0% |
| $1-2M | 320 | $475.2 | $154.1 | $44.5 | 9% | 40% | 25% | 29% | 21% |
| $2-3M | 223 | $547.2 | $157.9 | $63.0 | 12% | 28% | 29% | 30% | 30% |
| $3-4M | 129 | $440.5 | $112.9 | $59.1 | 13% | 16% | 23% | 22% | 28% |
| $4-5M | 51 | $224.8 | $53.7 | $26.9 | 12% | 6% | 12% | 10% | 13% |
| $5M+ | 24 | $154.5 | $29.0 | $19.2 | 12% | 3% | 8% | 6% | 9% |
| Grand Total | 791 | $1,880.5 | $524.4 | $213.0 | 11% | 100% | 100% | 100% | 100% |

| SQFT Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| under 10k | 11 | $11.4 | $3.5 | $1.2 | 12% | 1% | 1% | 1% | 1% |
| 11-20k | 359 | $565.5 | $168.1 | $69.2 | 12% | 45% | 30% | 32% | 32% |
| 21-30k | 239 | $597.1 | $168.6 | $78.8 | 13% | 32% | 32% | 32% | 37% |
| 31-40k | 131 | $468.5 | $126.9 | $47.1 | 10% | 17% | 25% | 24% | 22% |
| 40k+ | 51 | $238.1 | $57.4 | $16.7 | 7% | 13% | 13% | 11% | 8% |
| Grand Total | 791 | $1,880.5 | $524.4 | $213.0 | 11% | 100% | 100% | 100% | 100% |

| Region Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 151 | $386.3 | $103.2 | $32.8 | 9% | 19% | 21% | 20% | 15% |
| 2 | 229 | $532.4 | $151.4 | $73.5 | 14% | 29% | 28% | 29% | 35% |
| 3 | 213 | $475.7 | $134.5 | $48.9 | 10% | 27% | 25% | 26% | 23% |
| 4 | 198 | $486.1 | $135.3 | $57.8 | 12% | 25% | 26% | 26% | 27% |
| Grand Total | 791 | $1,880.5 | $524.4 | $213.0 | 11% | 100% | 100% | 100% | 100% |

| DC Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| DC01 Hudson | 321 | $721.8 | $210.6 | $75.8 | 11% | 41% | 38% | 40% | 36% |
| DC04 Visalia | 206 | $547.8 | $145.2 | $57.2 | 10% | 26% | 29% | 28% | 27% |
| DC06 Opelika | 264 | $610.9 | $168.5 | $80.1 | 13% | 33% | 32% | 32% | 38% |
| Grand Total | 791 | $1,880.5 | $524.4 | $213.0 | 11% | 100% | 100% | 100% | 100% |





**Privileged & Confidential – Do Not Share**

# A view to where our <u>low performing (175)</u> stores are by Sales Volume, Square Footage, Region, & DC Clusters

| Sales Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| Under $1M | 23 | $19.3 | $9.6 | ($1.5) | -8% | 3% | 1% | 2% | -1% |
| $1-2M | 79 | $112.6 | $39.8 | ($1.8) | -2% | 10% | 6% | 8% | -1% |
| $2-3M | 41 | $97.7 | $33.5 | ($4.7) | -5% | 5% | 5% | 6% | -2% |
| $3-4M | 19 | $63.5 | $18.5 | $0.0 | 0% | 2% | 3% | 4% | 0% |
| $4-5M | 10 | $43.5 | $11.2 | $0.9 | 2% | 1% | 2% | 2% | 0% |
| $5M+ | 3 | $19.5 | $3.6 | ($0.0) | 0% | 0% | 1% | 1% | 0% |
| Grand Total | 175 | $356.1 | $116.2 | ($7.2) | -2% | 22% | 19% | 22% | -3% |

| SQFT Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| under 10k | 2 | $2.2 | $0.6 | $0.0 | -1% | 0% | 0% | 0% | 0% |
| 11-20k | 77 | $96.8 | $33.6 | ($0.2) | 0% | 10% | 5% | 6% | 0% |
| 21-30k | 41 | $78.1 | $27.9 | ($1.9) | -2% | 5% | 4% | 5% | -1% |
| 31-40k | 35 | $100.1 | $32.3 | ($4.1) | -4% | 4% | 5% | 6% | -2% |
| 40k+ | 20 | $78.9 | $21.8 | ($1.1) | -1% | 3% | 4% | 4% | -1% |
| Grand Total | 175 | $356.1 | $116.2 | ($7.2) | -2% | 22% | 19% | 22% | -3% |

| Region Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 42 | $102.0 | $31.0 | ($5.2) | -5% | 5% | 5% | 6% | -2% |
| 2 | 30 | $54.4 | $19.1 | ($0.3) | -1% | 4% | 3% | 4% | 0% |
| 3 | 58 | $105.2 | $34.9 | ($1.6) | -1% | 7% | 6% | 7% | -1% |
| 4 | 45 | $94.6 | $31.2 | ($0.1) | 0% | 6% | 5% | 6% | 0% |
| Grand Total | 175 | $356.1 | $116.2 | ($7.2) | -2% | 22% | 19% | 22% | -3% |

| DC Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| DC01 Hudson | 75 | $142.1 | $47.5 | ($1.4) | -1% | 9% | 8% | 9% | -1% |
| DC04 Visalia | 45 | $110.3 | $33.8 | ($5.1) | -5% | 6% | 6% | 6% | -2% |
| DC06 Opelika | 55 | $103.7 | $35.0 | ($0.7) | -1% | 7% | 6% | 7% | 0% |
| Grand Total | 175 | $356.1 | $116.2 | ($7.2) | -2% | 22% | 19% | 22% | -3% |





**Privileged & Confidential – Do Not Share**

# A view to where our <u>high performing (661)</u> stores are by Sales Volume, Square Footage, Region, & DC Clusters

| Sales Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| Under $1M | 21 | $19.1 | $7.2 | $1.9 | 10% | 3% | 1% | 1% | 1% |
| $1-2M | 241 | $362.6 | $114.3 | $46.3 | 13% | 30% | 19% | 22% | 22% |
| $2-3M | 182 | $449.5 | $124.4 | $67.7 | 15% | 23% | 24% | 24% | 32% |
| $3-4M | 110 | $377.0 | $94.4 | $59.1 | 16% | 14% | 20% | 18% | 28% |
| $4-5M | 41 | $181.3 | $42.5 | $26.0 | 14% | 5% | 10% | 8% | 12% |
| $5M+ | 21 | $134.9 | $25.4 | $19.2 | 14% | 3% | 7% | 5% | 9% |
| Grand Total | 616 | $1,524.4 | $408.2 | $220.2 | 14% | 78% | 81% | 78% | 103% |

| SQFT Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| Under 10k | 9 | $9.2 | $2.6 | $1.2 | 13% | 1% | 0% | 1% | 1% |
| 11-20k | 282 | $468.7 | $134.5 | $69.4 | 15% | 36% | 25% | 26% | 33% |
| 21-30k | 198 | $518.9 | $140.7 | $80.6 | 16% | 25% | 28% | 27% | 38% |
| 31-40k | 96 | $368.4 | $94.5 | $51.2 | 14% | 12% | 20% | 18% | 24% |
| 40k+ | 31 | $159.2 | $35.6 | $17.8 | 11% | 4% | 8% | 7% | 8% |
| Grand Total | 616 | $1,524.4 | $408.2 | $220.2 | 14% | 78% | 81% | 78% | 103% |

| Region Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 109 | $284.4 | $72.2 | $38.0 | 13% | 14% | 15% | 14% | 18% |
| 2 | 199 | $478.0 | $132.3 | $73.8 | 15% | 25% | 25% | 25% | 35% |
| 3 | 155 | $370.5 | $99.6 | $50.4 | 14% | 20% | 20% | 19% | 24% |
| 4 | 153 | $391.5 | $104.1 | $58.0 | 15% | 19% | 21% | 20% | 27% |
| Grand Total | 616 | $1,524.4 | $408.2 | $220.2 | 14% | 78% | 81% | 78% | 103% |

| DC Tranche | Store Count | TTM 25 TY Sales ($M) | Ending Inventory ($M) | Cont Margin ($M) | CM % | Store count % to total | Sales % to total | Ending Inv % to total | CM % to total |
|---|---|---|---|---|---|---|---|---|---|
| DC01 | 246 | $579.7 | $163.2 | $77.2 | 13% | 31% | 31% | 31% | 36% |
| DC04 | 161 | $437.5 | $111.5 | $62.2 | 14% | 20% | 23% | 21% | 29% |
| DC06 | 209 | $507.2 | $133.5 | $80.8 | 16% | 26% | 27% | 25% | 38% |
| Grand Total | 616 | $1,524.4 | $408.2 | $220.2 | 14% | 78% | 81% | 78% | 103% |





Privileged & Confidential – Do Not Share

# Adjusted EBITDA Waterfall

