## Exhibit 1

**Cash Management System Schematic**

Cash Schematic
Ditto Patterns LLC
JOANN Inc.
Jo-Ann Stores, LLC
Creative Tech Solutions LLC
Jo-Ann Stores Support Center, Inc.
Legend
Ditto Patterns Collections
Ditto Patterns Operating Account- Bank of America xxxx2497
Ditto Patterns Vendors
JOANN Inc. Account - Bank of America xxxx0274
Lending Account - Bank of America xxxx2044
Vendor Rebate & A/R
JAS A/R & ACH Debits ZBA- Bank of America xxxx5059*
Utility Deposit Account- Bank of America xxxx4124
Misc. Vendor Payments by Wire
"Regular" Payroll Checks
Fiserv/Amex/ Discover Credit Cards & Paypal
Main Account Bank of America xxxx6208*
Funding Account Bank of America xxxx9957
Telecheck Account - Bank of America xxxx7647*
Payroll ZBA - Bank of America xxxx8433
"off-cycle" payroll checks
Controlled Disbursements ZBA – Bank of America xxxx1613
Merch & Non-merch vendors
ACH Funding ZBA - Bank of America xxxx6020
ACH Payments
Flexible Spending ZBA - Bank of America xxx7650
Payroll deductions back to employees
CAPS Account - Bank of America xxxx7621
USPS
MetLife Account - JPMorgan Chase xxxx0870
Dental Benefit Claim Funding
Wells Fargo Operating Account - Wells Fargo xxxx0665*
Dormant Account - Bank of America xxxx8584
Store Depository Account Key Bank xxxx0108*
Store Depository Account - Wells Fargo xxxx0804*
Store Depository Account - PNC xxxx2447*
Store Depository Account - Heartland Bank xxxx3861
Store Depository Account - Regions Bank xxxx9555
Store Depository Account - U.S. Bank xxxx3486*
Store Receipts Accounts (22)
Store Receipts Accounts (355)
Store Receipts Accounts (41)
Store Receipts Accounts (1)
Store Receipts Accounts (14)
Store Receipt Accounts (370)
Main Account - Creative Tech Solutions Bank of America xxxx8554
Vendors
Jo-Ann SSC Operating Account - Bank of America xxxx4663
Receipts
Independent 3rd party account
Main Account
Receipt Account
Disbursement Account
Payroll Disbursement Account
Dormant Account
Utility Deposit Account
Intercompany Transfer
Third Party Receipt/Disbursement
* = account subject to DACA

