Exhibit C
Insurance Policies

| Type of Policy | Insurance Carrier | Policy Number | Policy Term | Premium (per annum) |
|---|---|---|---|---|
| Production Package | Firemans Fund Ins Co | UST023345240 | 5/11/2024 - 5/11/2025 | $ 8,662.00 |
| General Liability | Liberty Mutual | EB5-641-004362-134 | 6/1/2024 - 6/1/2025 | $ 457,463.00 |
| Automobile Liability | Liberty Mutual Fire Insurance Co. | AS2-641-004362-124 | 6/1/2024 - 6/1/2025 | $ 25,000.00 |
| Workers' Compensation & Employer's Liability AOS | Liberty Insurance Corporation | WA5-64D-004362-164 | 6/1/2024 - 6/1/2025 | $ 687,626.00 |
| Excess Workers' Compensation & Excess Employer's Liability OH | Liberty Mutual | EW2-64N-004362-144 | 6/1/2024 - 6/1/2025 | $ 196,024.00 |
| Excess Workers' Compensation & Excess Employer's Liability WI | Liberty Mutual | WC5-641-004362-154 | 6/1/2024 - 6/1/2025 | $ 18,398.00 |
| Umbrella Liability | Continental Casualty Co. | CUE 509495 1297 | 6/1/2024 - 6/1/2025 | $ 153,000.00 |
| Excess Liability | American Guarantee and Liability Company | AXF 5608066-04 | 6/1/2024 - 6/1/2025 | $ 93,200.00 |
| Excess Liability | Navigators Insurance | CH24AXS899718IV | 6/1/2024 - 6/1/2025 | $ 53,325.00 |
| Excess Liability | Liberty Mutual | ECO2559561183 | 6/1/2024 - 6/1/2025 | $ 53,325.00 |
| Excess Liability | Travelers Property Casualty Company of America | EX3T84036924NF | 6/1/2024 - 6/1/2025 | $ 53,275.00 |
| Excess Liability | Endurance Assurance Corporation | FLX30058992500 | 4/30/2024 - 4/30/2025 | $ 10,000.00 |
| Cyber Liability | Endurance Assurance Corporation | NRV30020485102 | 6/9/2024 - 6/9/2025 | $ 275,002.00 |
| Cyber Liability | The North River Insurance Company | 627-102977-4 | 6/9/2024 - 6/9/2025 | $ 100,000.00 |
| Cyber Liability | Westfield Specialty Insurance Company | XCO-00013C9-01 | 6/9/2024 - 6/9/2025 | $ 82,000.00 |
| Foreign Liability Program | The Continental Insurance Company (CNA) | PST 62 338 0118 | 4/1/2024 - 4/1/2025 | $ 3,350.00 |
| Domestic Property Program | Zurich American Insurance Company | PPR01176890-10 | 8/1/2024 - 8/1/2025 | $ 1,134,127.00 |
| Domestic Property Program | AXA XL | US00101757PR24A | 8/1/2024 - 8/1/2025 | $ 420,000.00 |
| Domestic Property Program | Swiss Re | NAP 20040034 04 | 8/1/2024 - 8/1/2025 | $ 221,513.00 |
| Domestic Property Program | AIG Specialty Insurance Company | 025031035 | 8/1/2024 - 8/1/2025 | $ 505,700.00 |
| Domestic Property Program | Everest Indemnity Insurance Company | RP8P000021-241 | 8/1/2024 - 8/1/2025 | $ 266,000.00 |
| Domestic Property Program | Allianz Global Risk US Insurance Company | USP0008 0124 | 8/1/2024 - 8/1/2025 | $ 481,854.00 |
| Domestic Property Program | CNA | 7092884122 | 8/1/2024 - 8/1/2025 | $ 350,000.00 |
| Marine Cargo (including War) | Continental Insurance Company | OC212160 | 8/1/2024 - 8/1/2025 | $ 45,800.00 |
| Directors & Officers Liability | Chubb | J016635374 | 4/30/2024 - 4/30/2025 | $ 114,172.00 |
| Directors & Officers Liability (1st Excess) | National Union Fire Insurance Company (AIG) | 04-880-20-18 | 4/30/2024 - 4/30/2025 | $ 69,185.00 |
| Directors & Officers Liability (2nd) | SOMPO | ADL3005899 6900 | 4/30/2024 - 4/30/2025 | $ 37,000.00 |
| Fiduciary Liability | Chubb | J016635374 | 4/30/2024 - 4/30/2025 | $ 17,504.00 |
| Fiduciary Liability (1st Excess) | National Union Fire Insurance Company (AIG) | 04-880-20-20 | 4/30/2024 - 4/30/2025 | $ 10,610.00 |
| Crime Insurance | Berkley Insurance Company | BCCR-45001722-30 | 6/11/2024 - 4/30/2025 | $ 23,092.00 |
| Special Accident | HCC Specialty Insurance Co | U72085722 | 8/1/2023 - 8/1/2026 | $ 11,028.00 |
| Directors & Officers Liability | Continental Casualty Co. (CNA) | 596814485 | 3/11/2021 - 3/11/2027 | $ 337,500.00 |
| Directors & Officers Liability (1st Excess) | National Union Fire Insurance Company (AIG) | 01-602-79-59 | 3/11/2021 - 3/11/2027 | $ 270,000.00 |
| Directors & Officers Liability (Excess Side-A DIC) | Axis Insurance Company | P-000202616-01 | 3/11/2021 - 3/11/2027 | $ 66,608.00 |
| Directors & Officers Liability (Excess Side-A DIC) | Endurance | DOX30001896600 | 3/11/2021 - 3/11/2027 | $ 50,000.00 |
| Directors & Officers Liability | AXA XL | ELU188600-23 | 6/11/2024 - 6/11/2030 | $ 990,000.00 |
| Directors & Officers Liability (1st Excess) | Sompo | DOX30004691902 | 6/11/2024 - 6/11/2030 | $ 794,722.00 |
| Directors & Officers Liability (2nd) | Berkley | BPRO8091317 | 6/11/2024 - 6/11/2030 | $ 555,750.00 |
| Directors & Officers Liability (3rd) | National Union Fire Insurance Company (AIG) | 02-840-25-44 | 6/11/2024 - 6/11/2030 | $ 380,250.00 |

| Type of Policy | Insurance Carrier | Policy Number | Policy Term | Premium (per annum) |
|---|---|---|---|---|
| Directors & Officers Liability (4th) | Continental Casualty Company (CNA) | 652508926 | 6/11/2024 - 6/11/2030 | $ 234,000.00 |
| Directors & Officers Liability (5th) | Allied World | 0312-7766 | 6/11/2024 - 6/11/2030 | $ 102,960.00 |
| Directors & Officers Liability (6th) | National Union Fire Insurance Company (AIG) | 02-834-88-81 | 6/11/2024 - 6/11/2030 | $ 54,990.00 |
| Directors & Officers Liability (7th) | Liberty Mutual | DONYACQUDB001 | 6/11/2024 - 6/11/2030 | $ 46,800.00 |
| Fiduciary Liability | Continental Casualty Company (CNA) | 596814440 | 6/11/2024 - 6/11/2030 | $ 67,500.00 |
| Fiduciary Liability | National Union Fire Insurance Company (AIG) | 02-834-88-79 | 6/11/2024 - 6/11/2030 | $ 30,000.00 |
| Group Permanent Life Insurance | Provident Life and Accident Insurance Company | 61036 | 10/1/1982 - Indefinitely | $ 3,488,859.39 |

**Exhibit D**
**Surety Bonds**

| Beneficiary Name | Bond Type | Bond Amount | Start Date | End Date | Carrier |
|---|---|---|---|---|---|
| Dominion Hope | GP | $510.00 | 06/07/2024 | 06/07/2025 | Liberty Mutual Insurance Company |
| Lake Apopka Natural Gas District | GP | $1,000.00 | 09/04/2024 | 09/04/2025 | Liberty Mutual Insurance Company |
| Tucson Electric Power Company | GP | $1,160.43 | 10/04/2024 | 10/04/2025 | Liberty Mutual Insurance Company |
| Duke Energy Carolinas, Llc | GP | $1,300.00 | 10/04/2024 | 10/04/2025 | Liberty Mutual Insurance Company |
| East Cain Township | LP | $1,500.00 | 02/25/2025 | 02/25/2026 | Liberty Mutual Insurance Company |
| Unitil Me Gas Operations | GP | $1,757.00 | 10/08/2024 | 10/08/2025 | Liberty Mutual Insurance Company |
| Cobb | GP | $1,800.00 | 08/30/2024 | 08/30/2025 | Liberty Mutual Insurance Company |
| Tucson Electric Power Company | GP | $1,865.19 | 10/04/2024 | 10/04/2025 | Liberty Mutual Insurance Company |
| Oklahoma Electric Cooperative | GP | $1,900.00 | 07/14/2024 | 07/14/2025 | Liberty Mutual Insurance Company |
| City Of Morganton | GP | $2,000.00 | 10/17/2024 | 10/17/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $2,098.45 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Withlacoochie River Electric Cooperativ | GP | $2,150.00 | 02/19/2025 | 02/19/2026 | Liberty Mutual Insurance Company |
| Pacific Power | GP | $2,343.00 | 12/18/2024 | 12/18/2025 | Liberty Mutual Insurance Company |
| Pacific Gas & Electric Company | GP | $2,356.00 | 11/15/2024 | 11/15/2025 | Liberty Mutual Insurance Company |
| Duke Energy Carolinas, Llc | GP | $2,400.00 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| Marshfield Utilities, Wi | GP | $2,400.00 | 10/08/2024 | 10/08/2025 | Liberty Mutual Insurance Company |
| American Electric Power | GP | $2,465.00 | 04/11/2024 | 04/11/2025 | Liberty Mutual Insurance Company |
| City Of Rocky Mount | GP | $2,500.00 | 11/02/2024 | 11/02/2025 | Liberty Mutual Insurance Company |
| Cleco | GP | $2,582.00 | 12/19/2024 | 12/19/2025 | Liberty Mutual Insurance Company |
| Tampa Electric Company | GP | $2,775.00 | 07/17/2024 | 07/17/2025 | Liberty Mutual Insurance Company |
| Alabama Power Company | GP | $2,775.00 | 01/19/2025 | 01/19/2026 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $2,794.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Johnson City Power Board | GP | $2,800.00 | 11/17/2024 | 11/17/2025 | Liberty Mutual Insurance Company |
| Unitil Nh Electric Operations | GP | $2,885.00 | 10/08/2024 | 10/08/2025 | Liberty Mutual Insurance Company |
| Entergy Arkansas, Inc. | GP | $2,894.00 | 06/13/2024 | 06/13/2025 | Liberty Mutual Insurance Company |
| Oklahoma Gas And Electric Company | GP | $2,905.00 | 02/20/2025 | 02/20/2026 | Liberty Mutual Insurance Company |
| Unitil | GP | $2,930.00 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| Unitil Nh Electric Operations | GP | $2,930.00 | 10/08/2024 | 10/08/2025 | Liberty Mutual Insurance Company |
| City Of Peru | GP | $3,000.00 | 08/23/2024 | 08/23/2025 | Liberty Mutual Insurance Company |
| Southwestern Electric Power Company | GP | $3,200.12 | 10/25/2024 | 10/25/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $3,206.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Oklahoma Gas And Electric Company | GP | $3,235.00 | 06/06/2024 | 06/06/2025 | Liberty Mutual Insurance Company |
| Duke Energy Carolinas, Llc | GP | $3,260.00 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| Nyseg | GP | $3,267.00 | 01/11/2025 | 01/11/2026 | Liberty Mutual Insurance Company |
| Duke Energy Carolinas, Llc | GP | $3,340.00 | 08/04/2024 | 08/04/2025 | Liberty Mutual Insurance Company |
| Peco Energy Company | GP | $3,380.00 | 12/13/2024 | 12/13/2025 | Liberty Mutual Insurance Company |
| Virginia Electric & Power Company | GP | $3,450.00 | 07/06/2024 | 07/06/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $3,483.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Tucson Electric Power Company | GP | $3,500.00 | 06/21/2024 | 06/21/2025 | Liberty Mutual Insurance Company |
| Kenergy | GP | $3,509.00 | 08/12/2024 | 08/12/2025 | Liberty Mutual Insurance Company |
| Carolina Power & Light Corporation | GP | $3,562.00 | 04/11/2024 | 04/11/2025 | Liberty Mutual Insurance Company |
| Carolina Power & Light Corporation | GP | $3,666.00 | 02/11/2025 | 02/11/2026 | Liberty Mutual Insurance Company |
| Uns Gas, Inc. | GP | $3,700.00 | 12/21/2024 | 12/21/2025 | Liberty Mutual Insurance Company |
| Sce&G Small Commercial Group | GP | $3,800.00 | 07/28/2024 | 07/28/2025 | Liberty Mutual Insurance Company |
| Westar Energy, Inc. | GP | $3,830.00 | 10/09/2024 | 10/09/2025 | Liberty Mutual Insurance Company |
| Tombigbee Electric Power Association | GP | $4,000.00 | 05/09/2024 | 05/09/2025 | Liberty Mutual Insurance Company |
| Greystone Power Corporation | GP | $4,000.00 | 08/12/2024 | 08/12/2025 | Liberty Mutual Insurance Company |
| City Of Tallahassee, Fl | GP | $4,000.00 | 01/18/2025 | 01/18/2026 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $4,056.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| City Of Stillwater Oklahoma | GP | $4,100.00 | 12/13/2024 | 12/13/2025 | Liberty Mutual Insurance Company |
| Entergy Mississippi, Inc. | GP | $4,160.00 | 01/23/2025 | 01/23/2026 | Liberty Mutual Insurance Company |
| The Knoxville Utilities Board, Knoxville | GP | $4,200.00 | 06/07/2024 | 06/07/2025 | Liberty Mutual Insurance Company |
| Unitil Me Gas Operations | GP | $4,375.00 | 10/08/2024 | 10/08/2025 | Liberty Mutual Insurance Company |
| Unisource Energy Services | GP | $4,400.00 | 12/21/2024 | 12/21/2025 | Liberty Mutual Insurance Company |
| City Of Alexandria | GP | $4,400.00 | 01/06/2025 | 01/06/2026 | Liberty Mutual Insurance Company |
| Unitil | GP | $4,735.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $4,762.00 | 03/20/2024 | 03/20/2025 | Liberty Mutual Insurance Company |
| Louisville Gas And Electric Company | GP | $4,770.00 | 10/10/2024 | 10/10/2025 | Liberty Mutual Insurance Company |
| Sulphur Springs Valley Electric Co-Op | GP | $4,800.00 | 08/19/2024 | 08/19/2025 | Liberty Mutual Insurance Company |
| Stillwater Power | GP | $5,000.00 | 04/19/2024 | 04/19/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $5,076.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Tucson Electric Power Company | GP | $5,639.00 | 10/25/2024 | 10/25/2025 | Liberty Mutual Insurance Company |
| Shakopee Public Utilities Commission | GP | $5,800.00 | 03/15/2024 | 03/15/2025 | Liberty Mutual Insurance Company |
| Kentucky Utilities Company | GP | $5,869.92 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| Entergy | GP | $5,935.00 | 04/24/2024 | 04/24/2025 | Liberty Mutual Insurance Company |
| Long Island Lighting Company D/B/A Lipa | GP | $5,945.00 | 08/12/2024 | 08/12/2025 | Liberty Mutual Insurance Company |
| Coweta-Fayette Electric Membership | GP | $6,000.0 | 05/29/2024 | 05/29/2025 | Liberty Mutual Insurance Company |
| Coweta-Fayette Electric Membership | GP | $6,000.00 | 10/16/2024 | 10/16/2025 | Liberty Mutual Insurance Company |
| Opelika Utilities | GP | $6,000.00 | 12/20/2024 | 12/20/2025 | Liberty Mutual Insurance Company |

| Beneficiary Name | Bond Type | Bond Amount | Start Date | End Date | Carrier |
|---|---|---|---|---|---|
| Rocky Mountain Power | GP | $6,364.00 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| Duke Energy Progress | GP | $6,375.00 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| Tucson Electric Power | GP | $6,385.00 | 07/05/2024 | 07/05/2025 | Liberty Mutual Insurance Company |
| Florence Utilities, City Of Florence | GP | $6,575.00 | 07/30/2024 | 07/30/2025 | Liberty Mutual Insurance Company |
| Murfreesboro Electric Department | GP | $6,700.00 | 07/28/2024 | 07/28/2025 | Liberty Mutual Insurance Company |
| Consolidated Edison Company Of New York, | GP | $7,354.00 | 10/20/2024 | 10/20/2025 | Liberty Mutual Insurance Company |
| Tullahoma Utilities Board, Tullahoma | GP | $7,400.00 | 02/26/2025 | 02/26/2026 | Liberty Mutual Insurance Company |
| Lafayette Utilities System | GP | $7,446.00 | 10/28/2024 | 10/28/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $7,448.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Middle Tennessee Electric Membership | GP | $7,500.00 | 07/27/2024 | 07/27/2025 | Liberty Mutual Insurance Company |
| Long Island Port Authority | GP | $7,500.00 | 08/19/2024 | 08/19/2025 | Liberty Mutual Insurance Company |
| The Baltimore Gas & Electric Co. | GP | $7,706.00 | 09/30/2024 | 09/30/2025 | Liberty Mutual Insurance Company |
| City Of Vero Beach | GP | $8,000.00 | 05/15/2024 | 05/15/2025 | Liberty Mutual Insurance Company |
| Knoxville Utilities Board | GP | $8,000.00 | 12/01/2024 | 12/01/2025 | Liberty Mutual Insurance Company |
| City Of Huntsville | GP | $8,000.00 | 01/11/2025 | 01/11/2026 | Liberty Mutual Insurance Company |
| Pacific Gas And Electric Company | GP | $8,013.00 | 12/13/2024 | 12/13/2025 | Liberty Mutual Insurance Company |
| Jackson Electric Membership Corporation | GP | $8,500.00 | 07/05/2024 | 07/05/2025 | Liberty Mutual Insurance Company |
| Con Edison | GP | $9,404.00 | 07/05/2024 | 07/05/2025 | Liberty Mutual Insurance Company |
| The Baltimore Gas & Electric Co. | GP | $9,464.00 | 02/20/2025 | 02/21/2026 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $9,497.00 | 05/30/2024 | 05/30/2025 | Liberty Mutual Insurance Company |
| Sumter Electric Cooperative, Inc. | GP | $9,600.00 | 07/14/2024 | 07/14/2025 | Liberty Mutual Insurance Company |
| Mohave Electric Cooperative, Inc | GP | $10,000.00 | 03/08/2024 | 03/08/2025 | Liberty Mutual Insurance Company |
| Santee Cooper | GP | $10,000.00 | 04/19/2024 | 04/19/2025 | Liberty Mutual Insurance Company |
| North Little Rock Electric Company | GP | $10,000.00 | 05/01/2024 | 05/01/2025 | Liberty Mutual Insurance Company |
| The Empire District Electric Company | GP | $10,000.00 | 07/09/2024 | 07/09/2025 | Liberty Mutual Insurance Company |
| Duke Energy Florida, Llc | GP | $10,360.00 | 12/13/2024 | 12/13/2025 | Liberty Mutual Insurance Company |
| Rocky Mountain Power | GP | $10,826.00 | 09/26/2024 | 09/26/2025 | Liberty Mutual Insurance Company |
| City Of Riverside Public Utilities | GP | $11,250.00 | 03/07/2024 | 03/07/2025 | Liberty Mutual Insurance Company |
| Fpl, Attention: Deposit Administration | GP | $12,225.00 | 03/23/2024 | 03/23/2025 | Liberty Mutual Insurance Company |
| Electric Power Board Of Chattanooga | GP | $12,350.00 | 06/02/2024 | 06/02/2025 | Liberty Mutual Insurance Company |
| The Baltimore Gas & Electric Co. | GP | $14,046.00 | 10/04/2024 | 10/04/2025 | Liberty Mutual Insurance Company |
| Duke Energy Florida, Llc | GP | $14,370.00 | 12/13/2024 | 12/13/2025 | Liberty Mutual Insurance Company |
| Central Georgia Emc | GP | $14,800.00 | 06/22/2024 | 06/22/2025 | Liberty Mutual Insurance Company |
| Cde Lightband | GP | $16,626.00 | 09/27/2024 | 09/27/2025 | Liberty Mutual Insurance Company |
| Cobb | GP | $17,000.00 | 06/30/2024 | 06/30/2025 | Liberty Mutual Insurance Company |
| Dixie Electric Cooperative | GP | $17,000.00 | 01/07/2025 | 01/07/2026 | Liberty Mutual Insurance Company |
| Duke Energy Indiana, Inc. | GP | $17,500.00 | 07/05/2024 | 07/05/2025 | Liberty Mutual Insurance Company |
| Dominion East Ohio | GP | $19,370.00 | 06/07/2024 | 06/07/2025 | Liberty Mutual Insurance Company |
| Gulf Power Company And Florida Power | GP | $21,170.00 | 01/21/2025 | 01/21/2026 | Liberty Mutual Insurance Company |
| Rhode Island Department Of Labor | GP | $23,969.87 | 06/30/2024 | 06/30/2025 | Liberty Mutual Insurance Company |
| Tucson Electric Power Company | GP | $24,831.00 | 11/14/2024 | 11/14/2025 | Liberty Mutual Insurance Company |
| Dominion Energy South Carolina | GP | $26,980.00 | 11/02/2024 | 11/02/2025 | Liberty Mutual Insurance Company |
| Portland General Electric Company | GP | $27,204.00 | 08/09/2024 | 08/09/2025 | Liberty Mutual Insurance Company |
| Imperial Irrigation District | GP | $27,350.00 | 05/15/2024 | 05/15/2025 | Liberty Mutual Insurance Company |
| Dominion Customer Credit Services | GP | $28,904.00 | 09/20/2024 | 09/20/2025 | Liberty Mutual Insurance Company |
| Keyspan Gas East Corporation, Niagara | GP | $29,390.00 | 08/12/2024 | 08/12/2025 | Liberty Mutual Insurance Company |
| Duke Energy Carolinas, Llc | GP | $29,470.00 | 10/10/2024 | 10/10/2025 | Liberty Mutual Insurance Company |
| Duke Energy Florida, Llc | GP | $35,140.00 | 07/05/2024 | 07/05/2025 | Liberty Mutual Insurance Company |
| Tampa Electric Company | GP | $38,725.00 | 06/26/2024 | 06/26/2025 | Liberty Mutual Insurance Company |
| Dynegy Energy Services Llc | GP | $46,000.00 | 08/02/2024 | 08/02/2025 | Liberty Mutual Insurance Company |
| Georgia Power Company | GP | $49,390.00 | 11/08/2024 | 11/08/2025 | Liberty Mutual Insurance Company |
| Dynegy Energy Services East, Llc | GP | $50,000.00 | 08/02/2024 | 08/02/2025 | Liberty Mutual Insurance Company |
| Progress Energy | GP | $74,795.00 | 06/26/2024 | 06/26/2025 | Liberty Mutual Insurance Company |
| Salt River Project Agricultural | GP | $80,000.00 | 07/30/2024 | 07/30/2025 | Liberty Mutual Insurance Company |
| Florida Power & Light Company | GP | $160,000.00 | 07/23/2024 | 07/23/2025 | Liberty Mutual Insurance Company |
| Nevada Department Of Taxation | GP | $388,349.49 | 06/26/2024 | 06/26/2025 | Liberty Mutual Insurance Company |
| Bureau Of Customs And Border Protection | CU | $5,000,000.00 | 12/08/2024 | 12/07/2025 | Liberty Mutual Insurance Company |

## Exhibit E
### Letters of Credit

| Debtor | Value | Issuing Bank | Beneficiary Name |
|---|---|---|---|
| Jo-Ann Stores, LLC | $ 8,300,000.00 | Bank of America, N.A. | Liberty Mutual Insurance Company |
| Jo-Ann Stores, LLC | $ 6,038,976.00 | Bank of America, N.A. | US Customs / Various Utilities |
| Jo-Ann Stores, LLC | $ 2,612,294.50 | Bank of America, N.A. | Arch Insurance Company |
| Jo-Ann Stores, LLC | $ 1,250,000.00 | Bank of America, N.A. | Exeter Route 40 Land, LLC |
| Jo-Ann Stores, LLC | $ 1,200,000.00 | Bank of America, N.A. | Ohio Bureau of Workers Comp |
| Jo-Ann Stores, LLC | $ 620,000.00 | Bank of America, N.A. | Liberty Mutual Insurance Company |
| Jo-Ann Stores, LLC | $ 360,000.00 | Bank of America, N.A. | Zurich American Insurance Company |
| Jo-Ann Stores, LLC | $ 278,000.00 | Bank of America, N.A. | Southern California Edison |
| Jo-Ann Stores, LLC | $ 200,000.00 | Bank of America, N.A. | Lumbermens Mutual Casualty Co. |