**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
JOANN INC., *et al.*,                                            :  Case No. 25-10068 (CTG)
                                                                 :
             Debtors.                                            :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of J. Eric Wise, of King & Spalding LLP, to represent Project Swift LLC in the above-captioned chapter 11 cases.

Dated: February 10, 2025

*/s/ Sean M. Beach*
Sean M. Beach (Bar No 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: sbeach@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: February 10, 2025

*/s/ J. Eric Wise*
J. Eric Wise
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Email: ewise@kslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

32854669.1