IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                    :

In re:                                      :        Chapter 11

JOANN INC., *et al.*,                  :        Case No. 25-10068 (CTG)

            Debtors.                   :        (Jointly Administered)

---------------------------------------------------------------- x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Nancy Marie Bello, of King & Spalding LLP, to represent Project Swift LLC in the above-captioned chapter 11 cases.

Dated: February 10, 2025                     */s/ Sean M. Beach*
                                                          Sean M. Beach (Bar No 4070)
                                                           YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                           Rodney Square, 1000 North King Street
                                                           Wilmington, DE 19801
                                                           Telephone: (302) 571-6600
                                                           Email: sbeach@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: February 10, 2025                     */s/ Nancy Marie Bello*
                                                          Nancy Marie Bello
                                                           KING & SPALDING LLP
                                                           1185 Avenue of the Americas
                                                           New York, NY 10036
                                                           Telephone: (212) 556-2100
                                                           Email: nbello@kslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

32854670.1       **Dated: February 10th, 2025**            **CRAIG T. GOLDBLATT**
                    **Wilmington, Delaware**                 **UNITED STATES BANKRUPTCY JUDGE**