# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 335 & 336** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 7, 2025, the Ad Hoc Term Loan Group caused copies of the *Preliminary Omnibus Objection of the Ad Hoc Term Loan Group to the Debtors' (I) Bidding Procedures Motion and (II) Cash Collateral Motion* [D.I. 335], and *Declaration of Andrew K. Glenn in Support of the Preliminary Omnibus Objection of the Ad Hoc Term Loan Group to the Debtors' (I) Bidding Procedures Motion and (II) Cash Collateral Motion* [D.I. 336] to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

**Via Email**

KIRKLAND & ELLIS LLP
Aparna Yenamandra, P.C.
601 Lexington Avenue
New York, New York 10022
aparna.yenamandra@kirkland.com

Jeffrey Michalik
Lindsey Blumenthal
333 West Wolf Point Plaza,
Chicago Illinois 60654
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

*Counsel to the Debtors*

**Via Email**

OFFICE OF THE
UNITED STATES TRUSTEE
Malcolm M. Bates
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
malcolm.m.bates@usdoj.gov

**Via Email**

CHOATE HALL & STEWART LLP
John Ventola
Jonathan Marshall
2 International Place
Boston, Massachusetts 02110
jventola@choate.com
jmarshall@choate.com

*Counsel to the Prepetition FILO Agent*

**Via Email**

COLE SCHOTZ P.C.
Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

*Counsel to the Debtors*

**Via Email**

MORGAN, LEWIS & BOCKIUS LLP
Christopher Carter
Marjorie Crider
One Federal Street
Boston, Massachusetts 02110
christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

*Counsel to the Prepetition ABL Agent*

**Via Email**

KATTEN MUCHIN ROSENMAN LLP
Steven Reisman
Cindi Giglio
50 Rockefeller Plaza
New York, New York 10020
sreisman@katten.com
cgiglio@katten.com

*Counsel to Gordon Brothers Retail Partners, LLC*

**Via Email**

PACHULSKI STANG ZIEHL & JONES LLP
James E O'Neill
Bradford J. Sandler
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com
bsandler@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**Via Email**

KELLEY DRYE & WARREN LLP
Andres Barajas
Maeghan J. McLoughlin
3 World Trade Center
175 Greenwich Street
New York, NY 10007
abarajas@kelleydrye.com
mmcloughlin@kelleydrye.com
kdwbankruptcydepartment@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*

**Via Email**

ARENTFOX SCHIFF LLP
Jeffrey Gleit
1301 Avenue of the Americas
42nd Floor
New York, New York 10019
jeffrey.gleit@afslaw.com

Jonathan Case Bagg
1717 K Street NW
Washington, D.C. 20006
jonathan.bagg@afslaw.com

Matthew Bentley
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
matthew.bentley@afslaw.com

*Counsel to the Prepetition Term Loan Agent*

|  |  |
|---|---|
| Dated: February 10, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brenna A. Dolphin*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Donna L. Culver (DE No. 2983)<br>Robert J. Dehney, Sr. (DE No. 3578)<br>Matthew B. Harvey (DE No. 5186)<br>Brenna A. Dolphin (DE No. 5604)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>E-mail:  rdehney@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         bdolphin@morrisnichols.com<br><br>-and-<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Agustina G. Berro (admitted *pro hac vice*)<br>Malak S. Doss (admitted *pro hac vice*)<br>Esther Hong (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: aglenn@glennagre.com<br>       kmayr@glennagre.com<br>       aberro@glennagre.com<br>       mdoss@glennagre.com<br>       ehong@glennagre.com<br><br>-and-<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Scott J. Greenberg (admitted *pro hac vice*)<br>Joshua Brody (admitted *pro hac vice*)<br>Matthew J. Williams (admitted *pro hac vice*)<br>C. Lee Wilson (admitted *pro hac vice*)<br>Kevin Liang (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Email:  SGreenberg@gibsondunn.com<br>        JBrody@gibsondunn.com<br>        MJWilliams@gibsondunn.com<br>        CLWilson@gibsondunn.com<br>        KLiang@gibsondunn.com<br><br>*Attorneys for the Ad Hoc Term Loan Group* |