# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :
                                                                : Chapter 11
                                                                :
    JOANN, INC., *et al.,*                   : Case No. 25-10068 (CTG)
                                                                :
    Debtors.                                 : (Jointly Administered)
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Depth Commerce LLC, fka Melon Technologies, LLC, pursuant to § 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

> Charles S. Stahl, Jr.
> Swanson, Martin & Bell, LLP
> 2525 Cabot Drive, Suite 204
> Lisle IL 60532
> T: (630) 780-8472
> F: (630) 799-6901
> cstahl@smbtrials.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply

1

papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: February 10, 2025  
Lisle, Illinois

SWANSON, MARTIN & BELL, LLP

By: */s/ Charles S. Stahl, Jr.*  
Charles S. Stahl, Jr.  
2525 Cabot Drive, Suite 204  
Lisle, IL 60532  
T: 630-780-8472  
F: 630-799-6901  
Email: cstahl@smbtrials.com

## CERTIFICATE OF SERVICE

I, Charles S. Stahl, Jr., hereby certify that on February 10, 2025, I caused the foregoing Notice of Appearance and Request for Service of Papers to be served on all parties entitled to receive notice via the Court's CM/ECF notification system.

*/s/ Charles S. Stahl, Jr.*  
Charles S. Stahl, Jr.