UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| JOANN INC., *et al.,*[1] | Case No. 25-10068-CTG |
| | (Jointly Administered) |

**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all orders, notices and other pleadings of any nature filed in this case be given and served upon:

Ryan J. Bird
GILBERT BIRD LAW FIRM, PC
10575 North 114th Street, Suite 115
Scottsdale, Arizona 85259
Telephone: (480) 767-6149
Facsimile: (480) 767-6150
Email: rbird@gilbertbirdlaw.com

and that the preceding address be added to the Court's master mailing list.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC ( 1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is *5555* Darrow Road, Hudson, Ohio 44236

complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way any of the rights or interests of Creditor Blum Boulders Associates I, LLC with respect to the above-captioned matter.

DATED: February 10, 2025.

GILBERT BIRD LAW FIRM, PC

/s/ Ryan J. Bird
Ryan J. Bird (AZ Bar No. 022819)
10575 North 114th Street, Suite 115
Scottsdale, Arizona 85259
Phone: (480) 767-6149
Facsimile: (480) 767-6150
Email: rbird@gilbertbirdlaw.com
*Agent for Creditor Blum Boulders Associates I, LLC*

## CERTIFICATE OF SERVICE

I, Ryan J. Bird, hereby certify that on February 10, 2025, I served or caused to be served the foregoing Request for Notices by CM/ECF upon those parties registered to receive such electronic notifications in these cases.

DATED: February 10, 2025.

/s/ Ryan J. Bird
Ryan J. Bird