| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><u>DISTRICT OF DELAWARE</u><br><br>ANSELL GRIMM & AARON, P.C.<br>Anthony J. D'Artiglio, Esq. (117682014)<br>365 Rifle Camp Road<br>Woodland Park, New Jersey  07424<br>(973) 247-9000<br>adartiglio@ansell.law<br><br>*Attorneys for Creditor Square One Partners, LLC* | Chapter 11<br><br>Case No.:  25-10068 (CTG)<br><br>(Jointly Administered) |
| In Re:<br><br>JOANN INC., et al.<br><br>    Debtor.[1] | |

## NOTICE OF APPERANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorneys for Creditor, Square One Partners, LLC request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Anthony J. D'Artiglio, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel. (973) 247-9000
Email:  adartiglio@ansell.law

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

|  |  |
|---|---|
| Dated: February 11, 2025 | _s/Anthony J. D'Artiglio_<br>Anthony J. D'Artiglio, Esq. |

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number are: JOANN, Inc. (5540), Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaverUp, Inc. (5633); JAS Aviation, LLC (9570); joann,com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236