Belkys Escobar (VSB #74866)
Deputy County Attorney
COUNTY of LOUDOUN
One Harrison St, SE, 5th floor
P.O. Box 7000
Leesburg, Virginia  20177-7000
Telephone: (703) 777-0307
Telecopier: (703) 771-5025

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:** <br> **JOANN INC.,** <br>         *Debtor*. | **JOINTLY ADMINISTERED** <br> Case No.    25-10068-CTG <br> Chapter 11 |

### NOTICE OF APPEARANCE

REQUEST IS HEREBY MADE, pursuant to FED. R. BANKR. PRO. 2002, 9007 and 9010(b), that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case be directed to the undersigned counsel for the COUNTY OF LOUDOUN, VIRGINIA, whose office address, post office address, electronic mail address, telephone and facsimile numbers are set forth below. Specifically requested is anything filed in relation to the sale of assets.

                                                            Respectfully submitted,
                                                            The COUNTY of LOUDOUN, VIRGINIA
                                                            By counsel

LEO P. ROGERS
COUNTY ATTORNEY

By /s/ Belkys Escobar
    Belkys Escobar (VSB #74866)
    Deputy County Attorney
    One Harrison Street, S.E., 5th Floor
    P.O. Box 7000
    Leesburg, Virginia 20177-7000
    Telephone: (703) 777-0307
    Telecopier: (703) 771-5025
    E-mail: belkys.escobar@loudoun.gov

## **CERTIFICATE OF SERVICE**

      I certify that on February 11, 2025, a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

| | |
|---|---|
| Olivia F. Acuna | Malcolm M Bates |
| olivia.acuna@kirkland.com | malcolm.m.bates@usdoj.gov |
| *Counsel for Debtor* | *Counsel for U.S. Trustee* |

                                                                            /s/ Belkys Escobar