**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
JO-ANN STORES, LLC**

**CASE NO. 25-10072**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**GLOBAL NOTES AND STATEMENTS OF**
**LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Joann, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *Michael Prendergast, Interim Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 5] (the "First Day Declarations"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis. The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP") and do not include all of the information and footnotes required by GAAP. Upon the application of such procedures, the financial information could be subject to changes, which could be material. These Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors historically prepared consolidated quarterly and annual financial statements. The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost

---

[3]    These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Jeffrey Dwyer, Interim Chief Financial Officer of the Debtors and an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Dwyer has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Mr. Dwyer has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors.  The Debtors reserve their right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, revise, update, recategorize, or supplement the information provided herein or to notify any third party should the information be amended, modified, revised, updated, recategorized, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## **Global Notes and Overview of Methodology**

4.     **Description of the Debtors' Chapter 11 Cases**.  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on January 15, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On January 16, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 103]. On January 28, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 198].  Notwithstanding the joint administration of the Debtors' cases for

procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of January 4, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as of the close of business on the Petition Date. No trustee or examiner has been appointed in these chapter 11 cases.

5.  **Global Notes Control**. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.

6.  **Reservation of Rights**. Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a.  **No Admission**. Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    b.  **Claims Listing and Descriptions**. The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly. Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

    c.  **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the

Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.    **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.    **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition fiscal-month-end close, which is January 4, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.    **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or

in equity; (b) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (c) the right to object to or otherwise contest claims or interests; (d) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (e) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (f) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.   **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.   **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "<u>SEC</u>") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent

to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

7. **Methodology**.

   a. **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

   The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in this regard.

   Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

   b. **Reporting Date**. Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of January 4, 2025, which

follows the Debtors' last available fiscal month preceding the commencement of these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.      **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.      **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by over 800 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany

---

[4]    *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Serve Certain Parties in Interest by Email, (B) Approve the Form and Manner of Service of the Notice of Commencement, (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information of Individuals, and (II) Granting Related Relief* [Docket No. 342].

Claims and Intercompany Transactions.  Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 340] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein.  Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors.  For example, Debtor Jo-Ann Stores, LLC ("Jo-Ann Stores") makes payments on behalf of other Debtors, resulting in an intercompany charge and a liability to Jo-Ann Stores owed by the corresponding other Debtor.  Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, the Debtors are unable to ascertain with precision certain intercompany balances among specific Debtors.  Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statements.  To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once.

f.    **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values as of January 4, 2025 are presented for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined."  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and

Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.     **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h.     **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.     **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j.     **Setoffs**. The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k.  **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

l.  **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

m.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

n.  **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

o.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantee obligations.

p.    **Guarantees and Other Secondary Liability Claims**. The Debtors exercised their commercially reasonable efforts to locate and identify guarantees and other secondary liability claims in their secured financings, debt instruments, leases, and other agreements. Where such Guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors. The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the rights but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

q.    **Executory Contracts**. Although the Debtors made diligent efforts to attribute each executory contract to the Debtor or Debtors that are the legal counterparty or counterparties to such contract, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

r.    **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been included in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

    Underlying contract or lease schedules, purchase orders, and individual leases governed by such agreements may not be individually listed. The master service agreements or other ancillary documents have been included in Schedule G but do not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

s.    **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

t.  **Undetermined Amounts**.  The description of an amount as "unknown," "undetermined," or "to be determined" is not intended to reflect upon the materiality of such amount.

u.  **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

v.  **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of January 4, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 – Cash and Cash Equivalents

a.  **Schedule A/B 2 – Cash on Hand**.  Schedule A/B 2 lists cash on hand, including in store registers, at net book value as of the Debtors' fiscal-month close.

b.  **Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances at net book value as of the Debtors' fiscal-month close.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

c.  **Schedule A/B-4 – Other Cash Equivalents**.  The Debtors' other cash equivalents include, among other things, credit card and other payment-processor receivables

for transactions made by the Debtors before their fiscal-month close but not settled until the next fiscal month.

## Part 2 – Deposits and Prepayments

a. **Schedule A/B 7 – Deposits**. The Debtors maintain certain deposits in the ordinary course of their business operations. These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified. Certain prepaid or amortized assets are not included in Part 2 in accordance with the Debtors' accounting policies. The amounts set forth in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

b. **Schedule A/B 8 – Prepayments**. The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any prepayments as of the Petition Date. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

## Part 3 – Accounts Receivable

a. **Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables and credit card receivables, which the Debtors historically have treated (and treat for purposes of the Schedules and Statements) as cash equivalents. Any intercompany receivables are excluded from Schedule A/B 11 and are included instead in Schedule A/B 77.

## Part 4 – Investments

a. **Schedule A/B 11 – Accounts Receivable**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is

dependent on numerous variables and factors and may differ significantly from their net book value.

## Part 5 –   <u>Inventory, Excluding Agricultural Assets</u>

a.      **Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**.  Inventory is valued as of January 4, 2025 and includes merchandise in Debtors' possession, merchandise in transit and not yet received in the Debtors' facilities, and capitalized freight.  Inventory is shown net of reserves for shrink and other adjustments.

b.      **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**.  The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would unduly burdensome, costly, and inefficient.

## Part 7 –   <u>Office Furniture, Fixtures, and Equipment; and Collectibles</u>

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment (including computer hardware and purchased software), certain leasehold improvements (including mechanical equipment), and construction in process.  All of these items are included in Schedule A/B 41 as "office equipment."  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

## Part 9 –   <u>Real Property</u>

The Debtors do not own any real property.  Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B.  Instead, the Debtors have included each such agreement on Schedule G.

## Part 10 –   <u>Intangibles and Intellectual Property</u>

Part 10 of Schedule A/B identifies the various patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed.  Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included.  The license agreements for such software are included in Schedule G.

## Part 11 –   <u>All Other Assets</u>

a.      **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors expect to receive certain tax refunds included in Schedule A/B 72 and

estimate that they may have, as of February 1, 2025, approximately $100 million of business expense deductions under section 163(j) of the United States Internal Revenue Code, as well as other potentially valuable tax attributes. The Debtors more fully describe such tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 10]. Nonetheless, the actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases. Accordingly, the Debtors have set forth the value of various tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance carriers and various surety bonds provided by multiple third-party sureties. The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, transportation liability, cyber liability, umbrella coverage, casualty liability, fiduciary liability, pollution liability, and directors' and officers' liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Brokers Fees, and (II) Granting Related Relief* [Docket No. 13] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.    **Schedule A/B 74 – Causes of Action Against Third Parties (Whether or Not a Lawsuit Has Been Filed)**. The Debtors have attempted to list known causes of actions and other claims as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 74. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge

the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition debt funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in January 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and marked as contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain their rights to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

**Specific Notes Regarding Schedule E/F**

    a.    **Part 1 – Creditors with Priority Unsecured Claims**. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all rights to dispute the amount and/or priority status of any claim on any basis at any time.

        Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such

claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 344] (the "<u>Wages Order</u>"), the Debtors received authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not listed on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.    **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may have been or may be rejected, to the extent such damage claims exist.

The Debtors do not track and cannot ascertain the identities of the holders of such gift cards or whether such cards are still in existence. Therefore, the Debtors have not included any holders of gift cards on the Schedules. The Debtors estimate that as of the Petition Date approximately $55 million of gift cards were outstanding; this amount is not specifically identified on the Schedules. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief* [Docket No. 332], the Debtors will honor all gift cards for fourteen (14) days following the consummation of any sale transaction, solely with respect to those purchased or issued prepetition unless otherwise extended pursuant to the order approving such sale transaction.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables included in Schedule E/F, Part 2 contain the prepetition liability information reasonably available to the Debtors as of the Petition Date.  Certain claims set forth in Schedule E/F, Part 2 may be inclusive of certain prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders.  In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or good shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where they may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order.  As noted above, certain accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities have been excluded.  In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor has been included with a contingent and unliquidated claim in an undetermined amount.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  Schedule G may be amended at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G.  Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not independently set forth on Schedule G.  Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements, and confidentiality agreements which may not be set forth in Schedule G.  Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease.  Likewise, the inclusion of an Agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors.  Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G.  In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Jo-Ann Stores.

In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.**  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.  **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with GAAP, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through January 4, 2025 and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as freight revenue, interest income, insurance proceeds, and other income.

b.  **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from October 17, 2024, through January 14, 2025.  Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.  **Question 4 – Payments or Transfers to Insiders**. The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

Payments made to Alvarez & Marsal North America LLC and/or its affiliates (collectively, "Alvarez & Marsal") are reflected in the Debtors' responses to Statements Question 11. The Debtors have no information regarding payments made by Alvarez & Marsal to the Debtors' Interim Chief Executive Officer Michael Prendergast and the Debtors' Interim Chief Financial Officer Jeffrey Dwyer, and any such payments are not included in response to Statements Question 4. None of the Debtors have made or currently make payments directly to Mr. Prendergast or Mr. Dwyer.

Payments made to Leonard Green & Partners LP ("Leonard Green") are included in the Debtors' response to Statements Question 4. The Debtors have no information regarding payments made by Leonard Green to the Debtors' former directors Jonathan Sokoloff and Brian Coleman, and any such payments are not listed in response to Statements Question 4. None of the Debtors have made or currently make payments directly to Mr. Sokoloff or Mr. Coleman.

As described more fully in the *Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief* [Docket No. 16] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

d.    **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions and donations of unsold inventory. The Debtors' response to Statements Question 9 includes certain donations to charitable organizations made by certain of the Debtors' customers at the point of sale. While such remittances do not represent payments of any property of the Debtors or their estates, the Debtors' response to Statements

Question 9 includes such remittances out of an abundance of caution and in the interest of full disclosure.

e.  **Question 10 – Certain Losses**.  The Debtors have made reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules for Jo-Ann Stores. Given the scale of the Debtors' store footprint, certain losses cannot be tracked by the Debtors with complete accuracy; for instance, the Debtors do not track or account for losses from inventory shrinkage on a per-loss basis.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture items such as inventory shrink.

f.  **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the applicable Debtor's response to Statements Question 11.  Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  The Debtors have therefore included some payments related to non-bankruptcy-related services in their response out of an abundance of caution.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

Kroll Restructuring Administration LLC ("Kroll"), the Court-authorized claims and noticing agent in these chapter 11 cases,[5] served in the same role in the Debtors 2024 chapter 11 cases.[6]  In connection with the Debtors' prior restructuring, Kroll also served as account agent for the professional fee account established under the Debtors' 2024 chapter 11 plan.[7]  Payments by the Debtors to Kroll on account of the professional fee account are not included in the Debtors' response to Statements Question 11.  The professional fee account was maintained by Kroll as a segregated account for the benefit of the Debtors, allowed professional fee claims were paid to the retained professionals in the 2024 chapter 11 cases at the Debtors' subsequent direction, and any balance was ultimately returned to the Debtors.

---

[5]  *See Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date, and (II) Grating Related Relief* [Docket No. 108].

[6]  *See In re Joann Inc.*, No. 24-10418 (CTG) (Bankr. D. Del. Mar. 19, 2024) (authorizing and appointing Kroll Restructuring Administration LLC as claims and noticing agent).

[7]  *See In re Joann Inc.*, No. 24-10418 (CTG) (Bankr. D. Del. Apr. 25, 2024) (confirming chapter 11 plan and providing for professional fee escrow account).

In addition, the Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.    **Question 13 – Transfers Not Already Listed on this Statement**.  From time to time, the Debtors close store locations and conduct store closing sales.  In certain cases, the Debtors may attempt to sell furniture, fixtures, equipment, and other assets when closing a store.  Such sales, where applicable, are included in the Debtors' response to Statements Question 13.  In other cases, the Debtors may abandon furniture, fixtures, equipment, and other assets when leaving a leased property due to their limited value.  The Debtors do not track abandoned property and, accordingly, have not reported it in their response to Statements Question 13.  Store closing sales include sales of ordinary merchandise as well as, in certain cases, furniture, fixtures, and equipment.  The Debtors conduct store closing sales in the ordinary course of business but disclose them in their response to Statements Question 13 out of an abundance of caution.

h.    **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information about customers and their representatives in the ordinary course.  Examples of the types of information collected by the Debtors include, among other things, customer names, billing addresses, mailing addresses, telephone numbers, and e-mail addresses.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at www.joann.com.

i.    **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit inventory.  The collection of this specific information would be a time-consuming exercise, as the in-transit inventory may be handled by different shipping vendors at any given point in time.  Further, such in-transit inventory is accounted for on the Debtors' Schedule of Assets in Schedule A/B 21 Merchandise Inventory (net).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

j.    **Question 26 - Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.   The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.    **Question 27 – Inventories of the Debtors' Property**.  Physical inventories are taken at each of the Debtors' stores on an annual basis.  During the last two years prior to the Petition Date, the Debtors conducted approximately 1,500 such inventories.  In an effort to reduce the volume of disclosures that would otherwise be applicable, the Debtors have omitted such inventory counts conducted by the stores.  Further information regarding the Debtors' inventories is available upon request.

l.      **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name    Jo-Ann Stores, LLC

United States Bankruptcy Court for the:   District of Delaware

Case number (If known):    25-10072

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* ....................................................................................................

$      Undetermined

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* ..................................................................................................

$      1,011,993,866.99*

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* ....................................................................................................

$      1,011,993,866.99*

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

$      441,433,084.00*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

$      1,591,081.00*

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

**+** $      668,988,476.95*

4. **Total liabilities** ........................................................................................................................
     Lines 2 + 3a + 3b

$      1,112,012,641.95*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Jo-Ann Stores, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-10072

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 1,258,787.63

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | | $ 12,085,082.25* |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 Checks, Credit Cards and Cash Equivalents | $ 14,206,759.73 |
| 4.2 | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 27,550,629.61*

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 See Attached Rider | $ 4,440,550.93 |
| 7.2 | $ |

**\*Plus Undetermined Amounts**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 See Attached Rider                   $     24,158,616.72

8.2                                      $

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.         $     28,599,167.65

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐   No. Go to Part 4.

☑   Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:    1,575,029.84   —    0.00     =   ..... →   $     1,575,029.84

                    face amount            doubtful or uncollectible accounts

11b. Over 90 days old:                         =   →   $         0.00

                    face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $     1,575,029.84

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐   No. Go to Part 5.

☑   Yes. Fill in the information below.

**Valuation method used for current value**      **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None                                       $         0.00

14.2                                          $

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

15.1 See Attached Rider             %                   $     Undetermined

15.2                               %                   $

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None                                       $         0.00

16.2                                        $

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $     Undetermined

*****Plus Undetermined Amounts**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **20. Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| Inventory - Finished Goods | MM / DD / YYYY | $ 649,640,378.26 | Net Book Value | $ 649,640,378.26 |
| **22. Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 649,640,378.26

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value $ ___Undetermined___ Valuation method ___N/A___ Current value $ ___Undetermined___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| None | $ _____ | _____ | $ 0.00 |
| **40. Office fixtures** | | | |
| None | $ _____ | _____ | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Property, equipment and leasehold improvements | $ 265,081,765.68 | Net Book Value | $ 265,081,765.68 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | _____ | $ 0.00 |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 265,081,765.68

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Jo-Ann Stores, LLC
　　　　　Name

Case number (If known)  25-10072

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General Description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 　　　　　0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☐   No. Go to Part 10.

☒   Yes. Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Attached Rider | | $   Undetermined | | $   Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56.   Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $   Undetermined

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☒   No

☐   Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒   No

☐   Yes

## Part 10:   Intangibles and intellectual property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐   No. Go to Part 11.

☒   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| **61.   Internet domain names and websites** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| **62.   Licenses, franchises, and royalties** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists | $   Undetermined | Net Book Value | $   Undetermined |
| **64.   Other intangibles, or intellectual property** | | | |
| None | $ | | $   0.00 |
| **65.   Goodwill** | | | |
| Goodwill | $   Undetermined | Net Book Value | $   Undetermined |

**66.   Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.     $   Undetermined

**\*Plus Undetermined Amounts**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

| None | _____ — _____ = → | $ | 0.00 |
|---|---|---|---|
| | Total Face Amount    Doubtful or uncollectible Amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Various Tax Attributes | Tax Year | $ | Undetermined |
|---|---|---|---|
| | Tax Year | $ | |
| | Tax Year | $ | |

**73. Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| See Attached Rider | $ | Undetermined |
|---|---|---|

Nature of Claim    _____

Amount Requested    $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

Nature of Claim    _____

Amount Requested    $ _____

**76. Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 39,546,895.95 |
|---|---|---|
| | $ | |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ | 39,546,895.95* |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

**\*Plus Undetermined Amounts**

---

Debtor    Jo-Ann Stores, LLC
          Name

Case number (If known)    25-10072

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 27,550,629.61* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 28,599,167.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,575,029.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 649,640,378.26 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 265,081,765.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................. $\rightarrow$ | | $Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 39,546,895.95* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 1,011,993,866.99* | + 91b. $Undetermined |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.............................................................. $ 1,011,993,866.99*

**\*Plus Undetermined Amounts**

Debtor Name:  Jo-Ann Stores, LLC                                                                                                  Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Various | Various | Various | $12,085,082.25 |
| Bank of America | A/R & ACH Debits | x5059 | Undetermined |
| Bank of America | ACH | x6020 | Undetermined |
| Bank of America | CAPS | x7621 | Undetermined |
| Bank of America | Controlled Disbursement | x1613 | Undetermined |
| Bank of America | Dormant Account | x8584 | Undetermined |
| Bank of America | Flexible Spending | x7650 | Undetermined |
| Bank of America | Funding Account | x9957 | Undetermined |
| Bank of America | Main Account | x6208 | Undetermined |
| Bank of America | Main Account | x0274 | Undetermined |
| Bank of America | Main Account | x8554 | Undetermined |
| Bank of America | Operating Account | x4663 | Undetermined |
| Bank of America | Payroll | x8433 | Undetermined |
| Bank of America | Telecheck | x7647 | Undetermined |
| Bank of America | Utility Deposit Account | x4124 | Undetermined |
| Heartland Bank | Store Depository | x3861 | Undetermined |
| JPMorgan Chase | MetLife (Dental Benefits) | x0870 | Undetermined |
| Key Bank | Individual Store Depository | x3786 | Undetermined |
| Key Bank | Individual Store Depository | x7373 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Key Bank | Individual Store Depository | x4248 | Undetermined |
| Key Bank | Individual Store Depository | x3810 | Undetermined |
| Key Bank | Individual Store Depository | x8530 | Undetermined |
| Key Bank | Individual Store Depository | x4099 | Undetermined |
| Key Bank | Individual Store Depository | x3885 | Undetermined |
| Key Bank | Individual Store Depository | x3901 | Undetermined |
| Key Bank | Individual Store Depository | x4207 | Undetermined |
| Key Bank | Individual Store Depository | x8589 | Undetermined |
| Key Bank | Individual Store Depository | x0980 | Undetermined |
| Key Bank | Individual Store Depository | x7905 | Undetermined |
| Key Bank | Individual Store Depository | x3752 | Undetermined |
| Key Bank | Individual Store Depository | x1688 | Undetermined |
| Key Bank | Individual Store Depository | x8548 | Undetermined |
| Key Bank | Individual Store Depository | x0104 | Undetermined |
| Key Bank | Individual Store Depository | x8128 | Undetermined |
| Key Bank | Individual Store Depository | x8597 | Undetermined |
| Key Bank | Individual Store Depository | x9233 | Undetermined |
| Key Bank | Individual Store Depository | x7624 | Undetermined |
| Key Bank | Individual Store Depository | x0839 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                  Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Key Bank | Individual Store Depository | x1022 | Undetermined |
| Key Bank | Store Depository | x0108 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Individual Store Depository | x2447 | Undetermined |
| PNC | Store Depository | x2447 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Individual Store Depository | x9555 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Regions Bank | Individual Store Depository | x9555 | Undetermined |
| Regions Bank | Store Depository | x9555 | Undetermined |
| U.S. Bank | Individual Store Depository | x4542 | Undetermined |
| U.S. Bank | Individual Store Depository | x4567 | Undetermined |
| U.S. Bank | Individual Store Depository | x6463 | Undetermined |
| U.S. Bank | Individual Store Depository | x4575 | Undetermined |
| U.S. Bank | Individual Store Depository | x4591 | Undetermined |
| U.S. Bank | Individual Store Depository | x2544 | Undetermined |
| U.S. Bank | Individual Store Depository | x4609 | Undetermined |
| U.S. Bank | Individual Store Depository | x4617 | Undetermined |
| U.S. Bank | Individual Store Depository | x4633 | Undetermined |
| U.S. Bank | Individual Store Depository | x4641 | Undetermined |
| U.S. Bank | Individual Store Depository | x4658 | Undetermined |
| U.S. Bank | Individual Store Depository | x4666 | Undetermined |
| U.S. Bank | Individual Store Depository | x7238 | Undetermined |
| U.S. Bank | Individual Store Depository | x2793 | Undetermined |
| U.S. Bank | Individual Store Depository | x6497 | Undetermined |
| U.S. Bank | Individual Store Depository | x1633 | Undetermined |
| U.S. Bank | Individual Store Depository | x3684 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x9964 | Undetermined |
| U.S. Bank | Individual Store Depository | x4708 | Undetermined |
| U.S. Bank | Individual Store Depository | x4716 | Undetermined |
| U.S. Bank | Individual Store Depository | x5742 | Undetermined |
| U.S. Bank | Individual Store Depository | x6521 | Undetermined |
| U.S. Bank | Individual Store Depository | x4732 | Undetermined |
| U.S. Bank | Individual Store Depository | x4757 | Undetermined |
| U.S. Bank | Individual Store Depository | x4765 | Undetermined |
| U.S. Bank | Individual Store Depository | x7222 | Undetermined |
| U.S. Bank | Individual Store Depository | x4773 | Undetermined |
| U.S. Bank | Individual Store Depository | x7253 | Undetermined |
| U.S. Bank | Individual Store Depository | x4781 | Undetermined |
| U.S. Bank | Individual Store Depository | x4799 | Undetermined |
| U.S. Bank | Individual Store Depository | x4815 | Undetermined |
| U.S. Bank | Individual Store Depository | x4823 | Undetermined |
| U.S. Bank | Individual Store Depository | x6547 | Undetermined |
| U.S. Bank | Individual Store Depository | x6570 | Undetermined |
| U.S. Bank | Individual Store Depository | x6588 | Undetermined |
| U.S. Bank | Individual Store Depository | x3742 | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                                                    Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x4831 | Undetermined |
| U.S. Bank | Individual Store Depository | x4849 | Undetermined |
| U.S. Bank | Individual Store Depository | x4856 | Undetermined |
| U.S. Bank | Individual Store Depository | x4864 | Undetermined |
| U.S. Bank | Individual Store Depository | x6612 | Undetermined |
| U.S. Bank | Individual Store Depository | x4872 | Undetermined |
| U.S. Bank | Individual Store Depository | x7170 | Undetermined |
| U.S. Bank | Individual Store Depository | x4880 | Undetermined |
| U.S. Bank | Individual Store Depository | x7246 | Undetermined |
| U.S. Bank | Individual Store Depository | x4898 | Undetermined |
| U.S. Bank | Individual Store Depository | x3791 | Undetermined |
| U.S. Bank | Individual Store Depository | x6638 | Undetermined |
| U.S. Bank | Individual Store Depository | x3817 | Undetermined |
| U.S. Bank | Individual Store Depository | x6646 | Undetermined |
| U.S. Bank | Individual Store Depository | x6653 | Undetermined |
| U.S. Bank | Individual Store Depository | x3825 | Undetermined |
| U.S. Bank | Individual Store Depository | x6661 | Undetermined |
| U.S. Bank | Individual Store Depository | x3833 | Undetermined |
| U.S. Bank | Individual Store Depository | x8763 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                         Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x6679 | Undetermined |
| U.S. Bank | Individual Store Depository | x4906 | Undetermined |
| U.S. Bank | Individual Store Depository | x4922 | Undetermined |
| U.S. Bank | Individual Store Depository | x4930 | Undetermined |
| U.S. Bank | Individual Store Depository | x4948 | Undetermined |
| U.S. Bank | Individual Store Depository | x4955 | Undetermined |
| U.S. Bank | Individual Store Depository | x7337 | Undetermined |
| U.S. Bank | Individual Store Depository | x3882 | Undetermined |
| U.S. Bank | Individual Store Depository | x7220 | Undetermined |
| U.S. Bank | Individual Store Depository | x4989 | Undetermined |
| U.S. Bank | Individual Store Depository | x3908 | Undetermined |
| U.S. Bank | Individual Store Depository | x6703 | Undetermined |
| U.S. Bank | Individual Store Depository | x6711 | Undetermined |
| U.S. Bank | Individual Store Depository | x4997 | Undetermined |
| U.S. Bank | Individual Store Depository | x5002 | Undetermined |
| U.S. Bank | Individual Store Depository | x5010 | Undetermined |
| U.S. Bank | Individual Store Depository | x5028 | Undetermined |
| U.S. Bank | Individual Store Depository | x6729 | Undetermined |
| U.S. Bank | Individual Store Depository | x6737 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x5036 | Undetermined |
| U.S. Bank | Individual Store Depository | x6752 | Undetermined |
| U.S. Bank | Individual Store Depository | x6760 | Undetermined |
| U.S. Bank | Individual Store Depository | x2624 | Undetermined |
| U.S. Bank | Individual Store Depository | x6778 | Undetermined |
| U.S. Bank | Individual Store Depository | x6794 | Undetermined |
| U.S. Bank | Individual Store Depository | x6422 | Undetermined |
| U.S. Bank | Individual Store Depository | x6653 | Undetermined |
| U.S. Bank | Individual Store Depository | x8994 | Undetermined |
| U.S. Bank | Individual Store Depository | x5044 | Undetermined |
| U.S. Bank | Individual Store Depository | x8714 | Undetermined |
| U.S. Bank | Individual Store Depository | x5051 | Undetermined |
| U.S. Bank | Individual Store Depository | x5069 | Undetermined |
| U.S. Bank | Individual Store Depository | x5077 | Undetermined |
| U.S. Bank | Individual Store Depository | x7204 | Undetermined |
| U.S. Bank | Individual Store Depository | x5085 | Undetermined |
| U.S. Bank | Individual Store Depository | x5093 | Undetermined |
| U.S. Bank | Individual Store Depository | x5101 | Undetermined |
| U.S. Bank | Individual Store Depository | x5119 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x6828 | Undetermined |
| U.S. Bank | Individual Store Depository | x3957 | Undetermined |
| U.S. Bank | Individual Store Depository | x3999 | Undetermined |
| U.S. Bank | Individual Store Depository | x6844 | Undetermined |
| U.S. Bank | Individual Store Depository | x8813 | Undetermined |
| U.S. Bank | Individual Store Depository | x4021 | Undetermined |
| U.S. Bank | Individual Store Depository | x4039 | Undetermined |
| U.S. Bank | Individual Store Depository | x6854 | Undetermined |
| U.S. Bank | Individual Store Depository | x7297 | Undetermined |
| U.S. Bank | Individual Store Depository | x5127 | Undetermined |
| U.S. Bank | Individual Store Depository | x6893 | Undetermined |
| U.S. Bank | Individual Store Depository | x6919 | Undetermined |
| U.S. Bank | Individual Store Depository | x6927 | Undetermined |
| U.S. Bank | Individual Store Depository | x6950 | Undetermined |
| U.S. Bank | Individual Store Depository | x6968 | Undetermined |
| U.S. Bank | Individual Store Depository | x5143 | Undetermined |
| U.S. Bank | Individual Store Depository | x7183 | Undetermined |
| U.S. Bank | Individual Store Depository | x9171 | Undetermined |
| U.S. Bank | Individual Store Depository | x7923 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x5150 | Undetermined |
| U.S. Bank | Individual Store Depository | x6984 | Undetermined |
| U.S. Bank | Individual Store Depository | x5168 | Undetermined |
| U.S. Bank | Individual Store Depository | x5176 | Undetermined |
| U.S. Bank | Individual Store Depository | x5184 | Undetermined |
| U.S. Bank | Individual Store Depository | x4088 | Undetermined |
| U.S. Bank | Individual Store Depository | x7303 | Undetermined |
| U.S. Bank | Individual Store Depository | x5192 | Undetermined |
| U.S. Bank | Individual Store Depository | x5200 | Undetermined |
| U.S. Bank | Individual Store Depository | x5226 | Undetermined |
| U.S. Bank | Individual Store Depository | x5234 | Undetermined |
| U.S. Bank | Individual Store Depository | x5259 | Undetermined |
| U.S. Bank | Individual Store Depository | x5267 | Undetermined |
| U.S. Bank | Individual Store Depository | x5275 | Undetermined |
| U.S. Bank | Individual Store Depository | x5283 | Undetermined |
| U.S. Bank | Individual Store Depository | x5291 | Undetermined |
| U.S. Bank | Individual Store Depository | x5309 | Undetermined |
| U.S. Bank | Individual Store Depository | x5317 | Undetermined |
| U.S. Bank | Individual Store Depository | x5325 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x5333 | Undetermined |
| U.S. Bank | Individual Store Depository | x5341 | Undetermined |
| U.S. Bank | Individual Store Depository | x5358 | Undetermined |
| U.S. Bank | Individual Store Depository | x5366 | Undetermined |
| U.S. Bank | Individual Store Depository | x5374 | Undetermined |
| U.S. Bank | Individual Store Depository | x5382 | Undetermined |
| U.S. Bank | Individual Store Depository | x5390 | Undetermined |
| U.S. Bank | Individual Store Depository | x5408 | Undetermined |
| U.S. Bank | Individual Store Depository | x5424 | Undetermined |
| U.S. Bank | Individual Store Depository | x5432 | Undetermined |
| U.S. Bank | Individual Store Depository | x5440 | Undetermined |
| U.S. Bank | Individual Store Depository | x5457 | Undetermined |
| U.S. Bank | Individual Store Depository | x5465 | Undetermined |
| U.S. Bank | Individual Store Depository | x5473 | Undetermined |
| U.S. Bank | Individual Store Depository | x5481 | Undetermined |
| U.S. Bank | Individual Store Depository | x6661 | Undetermined |
| U.S. Bank | Individual Store Depository | x4096 | Undetermined |
| U.S. Bank | Individual Store Depository | x5499 | Undetermined |
| U.S. Bank | Individual Store Depository | x5507 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x5523 | Undetermined |
| U.S. Bank | Individual Store Depository | x5531 | Undetermined |
| U.S. Bank | Individual Store Depository | x5549 | Undetermined |
| U.S. Bank | Individual Store Depository | x5556 | Undetermined |
| U.S. Bank | Individual Store Depository | x5225 | Undetermined |
| U.S. Bank | Individual Store Depository | x9323 | Undetermined |
| U.S. Bank | Individual Store Depository | x5564 | Undetermined |
| U.S. Bank | Individual Store Depository | x9331 | Undetermined |
| U.S. Bank | Individual Store Depository | x9877 | Undetermined |
| U.S. Bank | Individual Store Depository | x5572 | Undetermined |
| U.S. Bank | Individual Store Depository | x9349 | Undetermined |
| U.S. Bank | Individual Store Depository | x8960 | Undetermined |
| U.S. Bank | Individual Store Depository | x9862 | Undetermined |
| U.S. Bank | Individual Store Depository | x9649 | Undetermined |
| U.S. Bank | Individual Store Depository | x7482 | Undetermined |
| U.S. Bank | Individual Store Depository | x5580 | Undetermined |
| U.S. Bank | Individual Store Depository | x5598 | Undetermined |
| U.S. Bank | Individual Store Depository | x5606 | Undetermined |
| U.S. Bank | Individual Store Depository | x5614 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x9870 | Undetermined |
| U.S. Bank | Individual Store Depository | x8978 | Undetermined |
| U.S. Bank | Individual Store Depository | x5622 | Undetermined |
| U.S. Bank | Individual Store Depository | x5630 | Undetermined |
| U.S. Bank | Individual Store Depository | x5648 | Undetermined |
| U.S. Bank | Individual Store Depository | x9356 | Undetermined |
| U.S. Bank | Individual Store Depository | x5655 | Undetermined |
| U.S. Bank | Individual Store Depository | x5663 | Undetermined |
| U.S. Bank | Individual Store Depository | x5671 | Undetermined |
| U.S. Bank | Individual Store Depository | x5689 | Undetermined |
| U.S. Bank | Individual Store Depository | x5697 | Undetermined |
| U.S. Bank | Individual Store Depository | x5705 | Undetermined |
| U.S. Bank | Individual Store Depository | x7490 | Undetermined |
| U.S. Bank | Individual Store Depository | x5713 | Undetermined |
| U.S. Bank | Individual Store Depository | x5721 | Undetermined |
| U.S. Bank | Individual Store Depository | x5739 | Undetermined |
| U.S. Bank | Individual Store Depository | x5747 | Undetermined |
| U.S. Bank | Individual Store Depository | x5754 | Undetermined |
| U.S. Bank | Individual Store Depository | x5770 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x9073 | Undetermined |
| U.S. Bank | Individual Store Depository | x8893 | Undetermined |
| U.S. Bank | Individual Store Depository | x5796 | Undetermined |
| U.S. Bank | Individual Store Depository | x5804 | Undetermined |
| U.S. Bank | Individual Store Depository | x5812 | Undetermined |
| U.S. Bank | Individual Store Depository | x5820 | Undetermined |
| U.S. Bank | Individual Store Depository | x5838 | Undetermined |
| U.S. Bank | Individual Store Depository | x5846 | Undetermined |
| U.S. Bank | Individual Store Depository | x0311 | Undetermined |
| U.S. Bank | Individual Store Depository | x5853 | Undetermined |
| U.S. Bank | Individual Store Depository | x5861 | Undetermined |
| U.S. Bank | Individual Store Depository | x5879 | Undetermined |
| U.S. Bank | Individual Store Depository | x5887 | Undetermined |
| U.S. Bank | Individual Store Depository | x5895 | Undetermined |
| U.S. Bank | Individual Store Depository | x5903 | Undetermined |
| U.S. Bank | Individual Store Depository | x5911 | Undetermined |
| U.S. Bank | Individual Store Depository | x5929 | Undetermined |
| U.S. Bank | Individual Store Depository | x9213 | Undetermined |
| U.S. Bank | Individual Store Depository | x5945 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x5952 | Undetermined |
| U.S. Bank | Individual Store Depository | x5960 | Undetermined |
| U.S. Bank | Individual Store Depository | x5978 | Undetermined |
| U.S. Bank | Individual Store Depository | x2673 | Undetermined |
| U.S. Bank | Individual Store Depository | x9791 | Undetermined |
| U.S. Bank | Individual Store Depository | x9809 | Undetermined |
| U.S. Bank | Individual Store Depository | x5986 | Undetermined |
| U.S. Bank | Individual Store Depository | x5994 | Undetermined |
| U.S. Bank | Individual Store Depository | x6992 | Undetermined |
| U.S. Bank | Individual Store Depository | x1680 | Undetermined |
| U.S. Bank | Individual Store Depository | x4110 | Undetermined |
| U.S. Bank | Individual Store Depository | x9124 | Undetermined |
| U.S. Bank | Individual Store Depository | x7169 | Undetermined |
| U.S. Bank | Individual Store Depository | x7008 | Undetermined |
| U.S. Bank | Individual Store Depository | x6000 | Undetermined |
| U.S. Bank | Individual Store Depository | x6018 | Undetermined |
| U.S. Bank | Individual Store Depository | x7732 | Undetermined |
| U.S. Bank | Individual Store Depository | x6026 | Undetermined |
| U.S. Bank | Individual Store Depository | x7024 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                     Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x6034 | Undetermined |
| U.S. Bank | Individual Store Depository | x3151 | Undetermined |
| U.S. Bank | Individual Store Depository | x7032 | Undetermined |
| U.S. Bank | Individual Store Depository | x6121 | Undetermined |
| U.S. Bank | Individual Store Depository | x7040 | Undetermined |
| U.S. Bank | Individual Store Depository | x6042 | Undetermined |
| U.S. Bank | Individual Store Depository | x7057 | Undetermined |
| U.S. Bank | Individual Store Depository | x0611 | Undetermined |
| U.S. Bank | Individual Store Depository | x7261 | Undetermined |
| U.S. Bank | Individual Store Depository | x3201 | Undetermined |
| U.S. Bank | Individual Store Depository | x6059 | Undetermined |
| U.S. Bank | Individual Store Depository | x7279 | Undetermined |
| U.S. Bank | Individual Store Depository | x6067 | Undetermined |
| U.S. Bank | Individual Store Depository | x4654 | Undetermined |
| U.S. Bank | Individual Store Depository | x0629 | Undetermined |
| U.S. Bank | Individual Store Depository | x4369 | Undetermined |
| U.S. Bank | Individual Store Depository | x4733 | Undetermined |
| U.S. Bank | Individual Store Depository | x4741 | Undetermined |
| U.S. Bank | Individual Store Depository | x4592 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                        Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x6075 | Undetermined |
| U.S. Bank | Individual Store Depository | x6170 | Undetermined |
| U.S. Bank | Individual Store Depository | x4385 | Undetermined |
| U.S. Bank | Individual Store Depository | x6083 | Undetermined |
| U.S. Bank | Individual Store Depository | x5668 | Undetermined |
| U.S. Bank | Individual Store Depository | x6109 | Undetermined |
| U.S. Bank | Individual Store Depository | x6117 | Undetermined |
| U.S. Bank | Individual Store Depository | x6125 | Undetermined |
| U.S. Bank | Individual Store Depository | x6220 | Undetermined |
| U.S. Bank | Individual Store Depository | x2831 | Undetermined |
| U.S. Bank | Individual Store Depository | x6133 | Undetermined |
| U.S. Bank | Individual Store Depository | x6141 | Undetermined |
| U.S. Bank | Individual Store Depository | x6158 | Undetermined |
| U.S. Bank | Individual Store Depository | x6166 | Undetermined |
| U.S. Bank | Individual Store Depository | x7162 | Undetermined |
| U.S. Bank | Individual Store Depository | x6279 | Undetermined |
| U.S. Bank | Individual Store Depository | x4401 | Undetermined |
| U.S. Bank | Individual Store Depository | x6190 | Undetermined |
| U.S. Bank | Individual Store Depository | x6208 | Undetermined |

Debtor Name: Jo-Ann Stores, LLC

Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x5619 | Undetermined |
| U.S. Bank | Individual Store Depository | x4419 | Undetermined |
| U.S. Bank | Individual Store Depository | x4427 | Undetermined |
| U.S. Bank | Individual Store Depository | x7295 | Undetermined |
| U.S. Bank | Individual Store Depository | x4435 | Undetermined |
| U.S. Bank | Individual Store Depository | x4443 | Undetermined |
| U.S. Bank | Individual Store Depository | x6216 | Undetermined |
| U.S. Bank | Individual Store Depository | x6351 | Undetermined |
| U.S. Bank | Individual Store Depository | x7153 | Undetermined |
| U.S. Bank | Individual Store Depository | x4450 | Undetermined |
| U.S. Bank | Individual Store Depository | x7329 | Undetermined |
| U.S. Bank | Individual Store Depository | x8125 | Undetermined |
| U.S. Bank | Individual Store Depository | x8075 | Undetermined |
| U.S. Bank | Individual Store Depository | x6224 | Undetermined |
| U.S. Bank | Individual Store Depository | x7196 | Undetermined |
| U.S. Bank | Individual Store Depository | x6232 | Undetermined |
| U.S. Bank | Individual Store Depository | x3639 | Undetermined |
| U.S. Bank | Individual Store Depository | x7838 | Undetermined |
| U.S. Bank | Individual Store Depository | x4468 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x6240 | Undetermined |
| U.S. Bank | Individual Store Depository | x6257 | Undetermined |
| U.S. Bank | Individual Store Depository | x6265 | Undetermined |
| U.S. Bank | Individual Store Depository | x6273 | Undetermined |
| U.S. Bank | Individual Store Depository | x6924 | Undetermined |
| U.S. Bank | Individual Store Depository | x3688 | Undetermined |
| U.S. Bank | Individual Store Depository | x6307 | Undetermined |
| U.S. Bank | Individual Store Depository | x6315 | Undetermined |
| U.S. Bank | Individual Store Depository | x6323 | Undetermined |
| U.S. Bank | Individual Store Depository | x6331 | Undetermined |
| U.S. Bank | Individual Store Depository | x6349 | Undetermined |
| U.S. Bank | Individual Store Depository | x4476 | Undetermined |
| U.S. Bank | Individual Store Depository | x4484 | Undetermined |
| U.S. Bank | Individual Store Depository | x6356 | Undetermined |
| U.S. Bank | Individual Store Depository | x4500 | Undetermined |
| U.S. Bank | Individual Store Depository | x6364 | Undetermined |
| U.S. Bank | Individual Store Depository | x4518 | Undetermined |
| U.S. Bank | Individual Store Depository | x4526 | Undetermined |
| U.S. Bank | Individual Store Depository | x6372 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                           Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x6380 | Undetermined |
| U.S. Bank | Individual Store Depository | x6398 | Undetermined |
| U.S. Bank | Individual Store Depository | x7287 | Undetermined |
| U.S. Bank | Individual Store Depository | x2502 | Undetermined |
| U.S. Bank | Individual Store Depository | x5089 | Undetermined |
| U.S. Bank | Individual Store Depository | x0627 | Undetermined |
| U.S. Bank | Individual Store Depository | x7345 | Undetermined |
| U.S. Bank | Individual Store Depository | x4534 | Undetermined |
| U.S. Bank | Individual Store Depository | x4087 | Undetermined |
| U.S. Bank | Individual Store Depository | x8849 | Undetermined |
| U.S. Bank | Individual Store Depository | x5055 | Undetermined |
| U.S. Bank | Individual Store Depository | x9581 | Undetermined |
| U.S. Bank | Individual Store Depository | x9177 | Undetermined |
| U.S. Bank | Individual Store Depository | x9128 | Undetermined |
| U.S. Bank | Individual Store Depository | x0172 | Undetermined |
| U.S. Bank | Individual Store Depository | x7154 | Undetermined |
| U.S. Bank | Individual Store Depository | x9078 | Undetermined |
| U.S. Bank | Individual Store Depository | x0267 | Undetermined |
| U.S. Bank | Individual Store Depository | x7545 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x9029 | Undetermined |
| U.S. Bank | Individual Store Depository | x0123 | Undetermined |
| U.S. Bank | Individual Store Depository | x9954 | Undetermined |
| U.S. Bank | Individual Store Depository | x0635 | Undetermined |
| U.S. Bank | Individual Store Depository | x4887 | Undetermined |
| U.S. Bank | Individual Store Depository | x3037 | Undetermined |
| U.S. Bank | Individual Store Depository | x8453 | Undetermined |
| U.S. Bank | Individual Store Depository | x8461 | Undetermined |
| U.S. Bank | Individual Store Depository | x8479 | Undetermined |
| U.S. Bank | Individual Store Depository | x4895 | Undetermined |
| U.S. Bank | Individual Store Depository | x9899 | Undetermined |
| U.S. Bank | Individual Store Depository | x9485 | Undetermined |
| U.S. Bank | Individual Store Depository | x2268 | Undetermined |
| U.S. Bank | Individual Store Depository | x2276 | Undetermined |
| U.S. Bank | Individual Store Depository | x5879 | Undetermined |
| U.S. Bank | Individual Store Depository | x0971 | Undetermined |
| U.S. Bank | Individual Store Depository | x4346 | Undetermined |
| U.S. Bank | Individual Store Depository | x2304 | Undetermined |
| U.S. Bank | Individual Store Depository | x7361 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| U.S. Bank | Individual Store Depository | x1212 | Undetermined |
| U.S. Bank | Individual Store Depository | x3021 | Undetermined |
| U.S. Bank | Individual Store Depository | x6179 | Undetermined |
| U.S. Bank | Individual Store Depository | x3039 | Undetermined |
| U.S. Bank | Individual Store Depository | x6707 | Undetermined |
| U.S. Bank | Individual Store Depository | x1475 | Undetermined |
| U.S. Bank | Individual Store Depository | x0234 | Undetermined |
| U.S. Bank | Individual Store Depository | x2801 | Undetermined |
| U.S. Bank | Individual Store Depository | x1918 | Undetermined |
| U.S. Bank | Individual Store Depository | x2386 | Undetermined |
| U.S. Bank | Individual Store Depository | x1431 | Undetermined |
| U.S. Bank | Individual Store Depository | x7475 | Undetermined |
| U.S. Bank | Individual Store Depository | x7133 | Undetermined |
| U.S. Bank | Individual Store Depository | x7732 | Undetermined |
| U.S. Bank | Individual Store Depository | x8341 | Undetermined |
| U.S. Bank | Individual Store Depository | x7014 | Undetermined |
| U.S. Bank | Individual Store Depository | x3797 | Undetermined |
| U.S. Bank | Individual Store Depository | x9462 | Undetermined |
| U.S. Bank | Individual Store Depository | x7639 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| U.S. Bank | Individual Store Depository | x5991 | Undetermined |
| U.S. Bank | Individual Store Depository | x8325 | Undetermined |
| U.S. Bank | Individual Store Depository | x8333 | Undetermined |
| U.S. Bank | Individual Store Depository | x3789 | Undetermined |
| U.S. Bank | Individual Store Depository | x6431 | Undetermined |
| U.S. Bank | Individual Store Depository | x7621 | Undetermined |
| U.S. Bank | Individual Store Depository | x4187 | Undetermined |
| U.S. Bank | Individual Store Depository | x5983 | Undetermined |
| U.S. Bank | Individual Store Depository | x7241 | Undetermined |
| U.S. Bank | Individual Store Depository | x0427 | Undetermined |
| U.S. Bank | Individual Store Depository | x4154 | Undetermined |
| U.S. Bank | Store Depository | x3486 | Undetermined |
| Wells Fargo | Individual Store Depository | x2926 | Undetermined |
| Wells Fargo | Individual Store Depository | x2934 | Undetermined |
| Wells Fargo | Individual Store Depository | x9530 | Undetermined |
| Wells Fargo | Individual Store Depository | x6829 | Undetermined |
| Wells Fargo | Individual Store Depository | x8824 | Undetermined |
| Wells Fargo | Individual Store Depository | x8832 | Undetermined |
| Wells Fargo | Individual Store Depository | x9548 | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                                                    Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x4723 | Undetermined |
| Wells Fargo | Individual Store Depository | x3298 | Undetermined |
| Wells Fargo | Individual Store Depository | x9098 | Undetermined |
| Wells Fargo | Individual Store Depository | x3306 | Undetermined |
| Wells Fargo | Individual Store Depository | x8991 | Undetermined |
| Wells Fargo | Individual Store Depository | x8873 | Undetermined |
| Wells Fargo | Individual Store Depository | x6837 | Undetermined |
| Wells Fargo | Individual Store Depository | x8881 | Undetermined |
| Wells Fargo | Individual Store Depository | x9023 | Undetermined |
| Wells Fargo | Individual Store Depository | x4988 | Undetermined |
| Wells Fargo | Individual Store Depository | x3330 | Undetermined |
| Wells Fargo | Individual Store Depository | x6860 | Undetermined |
| Wells Fargo | Individual Store Depository | x6896 | Undetermined |
| Wells Fargo | Individual Store Depository | x9106 | Undetermined |
| Wells Fargo | Individual Store Depository | x3363 | Undetermined |
| Wells Fargo | Individual Store Depository | x3371 | Undetermined |
| Wells Fargo | Individual Store Depository | x9022 | Undetermined |
| Wells Fargo | Individual Store Depository | x9030 | Undetermined |
| Wells Fargo | Individual Store Depository | x3083 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x9048 | Undetermined |
| Wells Fargo | Individual Store Depository | x7332 | Undetermined |
| Wells Fargo | Individual Store Depository | x3389 | Undetermined |
| Wells Fargo | Individual Store Depository | x8907 | Undetermined |
| Wells Fargo | Individual Store Depository | x9589 | Undetermined |
| Wells Fargo | Individual Store Depository | x3091 | Undetermined |
| Wells Fargo | Individual Store Depository | x3397 | Undetermined |
| Wells Fargo | Individual Store Depository | x1932 | Undetermined |
| Wells Fargo | Individual Store Depository | x6886 | Undetermined |
| Wells Fargo | Individual Store Depository | x3405 | Undetermined |
| Wells Fargo | Individual Store Depository | x4658 | Undetermined |
| Wells Fargo | Individual Store Depository | x8923 | Undetermined |
| Wells Fargo | Individual Store Depository | x9621 | Undetermined |
| Wells Fargo | Individual Store Depository | x3421 | Undetermined |
| Wells Fargo | Individual Store Depository | x3447 | Undetermined |
| Wells Fargo | Individual Store Depository | x9654 | Undetermined |
| Wells Fargo | Individual Store Depository | x2643 | Undetermined |
| Wells Fargo | Individual Store Depository | x8931 | Undetermined |
| Wells Fargo | Individual Store Depository | x4806 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                           Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x3454 | Undetermined |
| Wells Fargo | Individual Store Depository | x9688 | Undetermined |
| Wells Fargo | Individual Store Depository | x2588 | Undetermined |
| Wells Fargo | Individual Store Depository | x8571 | Undetermined |
| Wells Fargo | Individual Store Depository | x8436 | Undetermined |
| Wells Fargo | Individual Store Depository | x3470 | Undetermined |
| Wells Fargo | Individual Store Depository | x9696 | Undetermined |
| Wells Fargo | Individual Store Depository | x3496 | Undetermined |
| Wells Fargo | Individual Store Depository | x3504 | Undetermined |
| Wells Fargo | Individual Store Depository | x4814 | Undetermined |
| Wells Fargo | Individual Store Depository | x9056 | Undetermined |
| Wells Fargo | Individual Store Depository | x9826 | Undetermined |
| Wells Fargo | Individual Store Depository | x4822 | Undetermined |
| Wells Fargo | Individual Store Depository | x4830 | Undetermined |
| Wells Fargo | Individual Store Depository | x3512 | Undetermined |
| Wells Fargo | Individual Store Depository | x4855 | Undetermined |
| Wells Fargo | Individual Store Depository | x3520 | Undetermined |
| Wells Fargo | Individual Store Depository | x6894 | Undetermined |
| Wells Fargo | Individual Store Depository | x3538 | Undetermined |

Debtor Name: Jo-Ann Stores, LLC

Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x4863 | Undetermined |
| Wells Fargo | Individual Store Depository | x6834 | Undetermined |
| Wells Fargo | Individual Store Depository | x4871 | Undetermined |
| Wells Fargo | Individual Store Depository | x3546 | Undetermined |
| Wells Fargo | Individual Store Depository | x4889 | Undetermined |
| Wells Fargo | Individual Store Depository | x3553 | Undetermined |
| Wells Fargo | Individual Store Depository | x2942 | Undetermined |
| Wells Fargo | Individual Store Depository | x2959 | Undetermined |
| Wells Fargo | Individual Store Depository | x2967 | Undetermined |
| Wells Fargo | Individual Store Depository | x3109 | Undetermined |
| Wells Fargo | Individual Store Depository | x3579 | Undetermined |
| Wells Fargo | Individual Store Depository | x7041 | Undetermined |
| Wells Fargo | Individual Store Depository | x2975 | Undetermined |
| Wells Fargo | Individual Store Depository | x2983 | Undetermined |
| Wells Fargo | Individual Store Depository | x2991 | Undetermined |
| Wells Fargo | Individual Store Depository | x3595 | Undetermined |
| Wells Fargo | Individual Store Depository | x3015 | Undetermined |
| Wells Fargo | Individual Store Depository | x4128 | Undetermined |
| Wells Fargo | Individual Store Depository | x3611 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x3031 | Undetermined |
| Wells Fargo | Individual Store Depository | x4499 | Undetermined |
| Wells Fargo | Individual Store Depository | x7980 | Undetermined |
| Wells Fargo | Individual Store Depository | x3629 | Undetermined |
| Wells Fargo | Individual Store Depository | x7246 | Undetermined |
| Wells Fargo | Individual Store Depository | x8949 | Undetermined |
| Wells Fargo | Individual Store Depository | x3645 | Undetermined |
| Wells Fargo | Individual Store Depository | x8964 | Undetermined |
| Wells Fargo | Individual Store Depository | x8980 | Undetermined |
| Wells Fargo | Individual Store Depository | x9012 | Undetermined |
| Wells Fargo | Individual Store Depository | x9020 | Undetermined |
| Wells Fargo | Individual Store Depository | x9038 | Undetermined |
| Wells Fargo | Individual Store Depository | x3686 | Undetermined |
| Wells Fargo | Individual Store Depository | x6902 | Undetermined |
| Wells Fargo | Individual Store Depository | x3694 | Undetermined |
| Wells Fargo | Individual Store Depository | x9046 | Undetermined |
| Wells Fargo | Individual Store Depository | x6928 | Undetermined |
| Wells Fargo | Individual Store Depository | x6936 | Undetermined |
| Wells Fargo | Individual Store Depository | x9053 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x3699 | Undetermined |
| Wells Fargo | Individual Store Depository | x1947 | Undetermined |
| Wells Fargo | Individual Store Depository | x9761 | Undetermined |
| Wells Fargo | Individual Store Depository | x3712 | Undetermined |
| Wells Fargo | Individual Store Depository | x7984 | Undetermined |
| Wells Fargo | Individual Store Depository | x3887 | Undetermined |
| Wells Fargo | Individual Store Depository | x7192 | Undetermined |
| Wells Fargo | Individual Store Depository | x1741 | Undetermined |
| Wells Fargo | Individual Store Depository | x9886 | Undetermined |
| Wells Fargo | Individual Store Depository | x9894 | Undetermined |
| Wells Fargo | Individual Store Depository | x8345 | Undetermined |
| Wells Fargo | Individual Store Depository | x8534 | Undetermined |
| Wells Fargo | Individual Store Depository | x9993 | Undetermined |
| Wells Fargo | Individual Store Depository | x0025 | Undetermined |
| Wells Fargo | Individual Store Depository | x0074 | Undetermined |
| Wells Fargo | Individual Store Depository | x0108 | Undetermined |
| Wells Fargo | Individual Store Depository | x2408 | Undetermined |
| Wells Fargo | Individual Store Depository | x0140 | Undetermined |
| Wells Fargo | Individual Store Depository | x0181 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x0215 | Undetermined |
| Wells Fargo | Individual Store Depository | x4841 | Undetermined |
| Wells Fargo | Individual Store Depository | x8940 | Undetermined |
| Wells Fargo | Individual Store Depository | x9932 | Undetermined |
| Wells Fargo | Individual Store Depository | x4858 | Undetermined |
| Wells Fargo | Individual Store Depository | x1995 | Undetermined |
| Wells Fargo | Individual Store Depository | x2001 | Undetermined |
| Wells Fargo | Individual Store Depository | x6944 | Undetermined |
| Wells Fargo | Individual Store Depository | x7111 | Undetermined |
| Wells Fargo | Individual Store Depository | x3702 | Undetermined |
| Wells Fargo | Individual Store Depository | x3829 | Undetermined |
| Wells Fargo | Individual Store Depository | x0626 | Undetermined |
| Wells Fargo | Individual Store Depository | x0348 | Undetermined |
| Wells Fargo | Individual Store Depository | x3710 | Undetermined |
| Wells Fargo | Individual Store Depository | x3162 | Undetermined |
| Wells Fargo | Individual Store Depository | x2819 | Undetermined |
| Wells Fargo | Individual Store Depository | x2835 | Undetermined |
| Wells Fargo | Individual Store Depository | x3728 | Undetermined |
| Wells Fargo | Individual Store Depository | x0355 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x3736 | Undetermined |
| Wells Fargo | Individual Store Depository | x0363 | Undetermined |
| Wells Fargo | Individual Store Depository | x2843 | Undetermined |
| Wells Fargo | Individual Store Depository | x8352 | Undetermined |
| Wells Fargo | Individual Store Depository | x3744 | Undetermined |
| Wells Fargo | Individual Store Depository | x2850 | Undetermined |
| Wells Fargo | Individual Store Depository | x2868 | Undetermined |
| Wells Fargo | Individual Store Depository | x6887 | Undetermined |
| Wells Fargo | Individual Store Depository | x2876 | Undetermined |
| Wells Fargo | Individual Store Depository | x4071 | Undetermined |
| Wells Fargo | Individual Store Depository | x2884 | Undetermined |
| Wells Fargo | Individual Store Depository | x2892 | Undetermined |
| Wells Fargo | Individual Store Depository | x0195 | Undetermined |
| Wells Fargo | Individual Store Depository | x8360 | Undetermined |
| Wells Fargo | Individual Store Depository | x3751 | Undetermined |
| Wells Fargo | Individual Store Depository | x3769 | Undetermined |
| Wells Fargo | Individual Store Depository | x4297 | Undetermined |
| Wells Fargo | Individual Store Depository | x2900 | Undetermined |
| Wells Fargo | Individual Store Depository | x8916 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x2918 | Undetermined |
| Wells Fargo | Individual Store Depository | x8975 | Undetermined |
| Wells Fargo | Individual Store Depository | x5072 | Undetermined |
| Wells Fargo | Individual Store Depository | x3777 | Undetermined |
| Wells Fargo | Individual Store Depository | x8983 | Undetermined |
| Wells Fargo | Individual Store Depository | x8991 | Undetermined |
| Wells Fargo | Individual Store Depository | x9017 | Undetermined |
| Wells Fargo | Individual Store Depository | x3785 | Undetermined |
| Wells Fargo | Individual Store Depository | x3793 | Undetermined |
| Wells Fargo | Individual Store Depository | x8599 | Undetermined |
| Wells Fargo | Individual Store Depository | x9007 | Undetermined |
| Wells Fargo | Individual Store Depository | x3801 | Undetermined |
| Wells Fargo | Individual Store Depository | x3284 | Undetermined |
| Wells Fargo | Individual Store Depository | x9015 | Undetermined |
| Wells Fargo | Individual Store Depository | x9023 | Undetermined |
| Wells Fargo | Individual Store Depository | x9031 | Undetermined |
| Wells Fargo | Individual Store Depository | x9049 | Undetermined |
| Wells Fargo | Individual Store Depository | x9056 | Undetermined |
| Wells Fargo | Individual Store Depository | x9064 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x9072 | Undetermined |
| Wells Fargo | Individual Store Depository | x3819 | Undetermined |
| Wells Fargo | Individual Store Depository | x4965 | Undetermined |
| Wells Fargo | Individual Store Depository | x4973 | Undetermined |
| Wells Fargo | Individual Store Depository | x9760 | Undetermined |
| Wells Fargo | Individual Store Depository | x5004 | Undetermined |
| Wells Fargo | Individual Store Depository | x5012 | Undetermined |
| Wells Fargo | Individual Store Depository | x5020 | Undetermined |
| Wells Fargo | Individual Store Depository | x7074 | Undetermined |
| Wells Fargo | Individual Store Depository | x5038 | Undetermined |
| Wells Fargo | Individual Store Depository | x8555 | Undetermined |
| Wells Fargo | Individual Store Depository | x3827 | Undetermined |
| Wells Fargo | Individual Store Depository | x9778 | Undetermined |
| Wells Fargo | Individual Store Depository | x9802 | Undetermined |
| Wells Fargo | Individual Store Depository | x5046 | Undetermined |
| Wells Fargo | Individual Store Depository | x3227 | Undetermined |
| Wells Fargo | Individual Store Depository | x5328 | Undetermined |
| Wells Fargo | Individual Store Depository | x5053 | Undetermined |
| Wells Fargo | Individual Store Depository | x6172 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x3067 | Undetermined |
| Wells Fargo | Individual Store Depository | x5061 | Undetermined |
| Wells Fargo | Individual Store Depository | x5079 | Undetermined |
| Wells Fargo | Individual Store Depository | x7788 | Undetermined |
| Wells Fargo | Individual Store Depository | x7889 | Undetermined |
| Wells Fargo | Individual Store Depository | x0014 | Undetermined |
| Wells Fargo | Individual Store Depository | x5009 | Undetermined |
| Wells Fargo | Individual Store Depository | x0006 | Undetermined |
| Wells Fargo | Individual Store Depository | x5087 | Undetermined |
| Wells Fargo | Individual Store Depository | x3843 | Undetermined |
| Wells Fargo | Individual Store Depository | x5017 | Undetermined |
| Wells Fargo | Individual Store Depository | x7058 | Undetermined |
| Wells Fargo | Individual Store Depository | x4981 | Undetermined |
| Wells Fargo | Individual Store Depository | x3850 | Undetermined |
| Wells Fargo | Individual Store Depository | x3868 | Undetermined |
| Wells Fargo | Individual Store Depository | x3876 | Undetermined |
| Wells Fargo | Individual Store Depository | x6397 | Undetermined |
| Wells Fargo | Individual Store Depository | x6081 | Undetermined |
| Wells Fargo | Individual Store Depository | x8794 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x1726 | Undetermined |
| Wells Fargo | Individual Store Depository | x8810 | Undetermined |
| Wells Fargo | Individual Store Depository | x8802 | Undetermined |
| Wells Fargo | Individual Store Depository | x9543 | Undetermined |
| Wells Fargo | Individual Store Depository | x9550 | Undetermined |
| Wells Fargo | Individual Store Depository | x4866 | Undetermined |
| Wells Fargo | Individual Store Depository | x5211 | Undetermined |
| Wells Fargo | Individual Store Depository | x9576 | Undetermined |
| Wells Fargo | Individual Store Depository | x3729 | Undetermined |
| Wells Fargo | Individual Store Depository | x1954 | Undetermined |
| Wells Fargo | Individual Store Depository | x4874 | Undetermined |
| Wells Fargo | Individual Store Depository | x9568 | Undetermined |
| Wells Fargo | Individual Store Depository | x4999 | Undetermined |
| Wells Fargo | Individual Store Depository | x1734 | Undetermined |
| Wells Fargo | Individual Store Depository | x5109 | Undetermined |
| Wells Fargo | Individual Store Depository | x4882 | Undetermined |
| Wells Fargo | Individual Store Depository | x4890 | Undetermined |
| Wells Fargo | Individual Store Depository | x9823 | Undetermined |
| Wells Fargo | Individual Store Depository | x0962 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x4908 | Undetermined |
| Wells Fargo | Individual Store Depository | x5226 | Undetermined |
| Wells Fargo | Individual Store Depository | x9831 | Undetermined |
| Wells Fargo | Individual Store Depository | x0988 | Undetermined |
| Wells Fargo | Individual Store Depository | x8456 | Undetermined |
| Wells Fargo | Individual Store Depository | x4632 | Undetermined |
| Wells Fargo | Individual Store Depository | x4640 | Undetermined |
| Wells Fargo | Individual Store Depository | x0996 | Undetermined |
| Wells Fargo | Individual Store Depository | x1002 | Undetermined |
| Wells Fargo | Individual Store Depository | x3737 | Undetermined |
| Wells Fargo | Individual Store Depository | x1010 | Undetermined |
| Wells Fargo | Individual Store Depository | x4916 | Undetermined |
| Wells Fargo | Individual Store Depository | x1028 | Undetermined |
| Wells Fargo | Individual Store Depository | x4924 | Undetermined |
| Wells Fargo | Individual Store Depository | x1044 | Undetermined |
| Wells Fargo | Individual Store Depository | x4657 | Undetermined |
| Wells Fargo | Individual Store Depository | x6213 | Undetermined |
| Wells Fargo | Individual Store Depository | x6880 | Undetermined |
| Wells Fargo | Individual Store Depository | x3286 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x3294 | Undetermined |
| Wells Fargo | Individual Store Depository | x3302 | Undetermined |
| Wells Fargo | Individual Store Depository | x5001 | Undetermined |
| Wells Fargo | Individual Store Depository | x4665 | Undetermined |
| Wells Fargo | Individual Store Depository | x4932 | Undetermined |
| Wells Fargo | Individual Store Depository | x4957 | Undetermined |
| Wells Fargo | Individual Store Depository | x0822 | Undetermined |
| Wells Fargo | Individual Store Depository | x1051 | Undetermined |
| Wells Fargo | Individual Store Depository | x5019 | Undetermined |
| Wells Fargo | Individual Store Depository | x6898 | Undetermined |
| Wells Fargo | Individual Store Depository | x0830 | Undetermined |
| Wells Fargo | Individual Store Depository | x6221 | Undetermined |
| Wells Fargo | Individual Store Depository | x5963 | Undetermined |
| Wells Fargo | Individual Store Depository | x0848 | Undetermined |
| Wells Fargo | Individual Store Depository | x6239 | Undetermined |
| Wells Fargo | Individual Store Depository | x0855 | Undetermined |
| Wells Fargo | Individual Store Depository | x6247 | Undetermined |
| Wells Fargo | Individual Store Depository | x6254 | Undetermined |
| Wells Fargo | Individual Store Depository | x0863 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x0876 | Undetermined |
| Wells Fargo | Individual Store Depository | x1077 | Undetermined |
| Wells Fargo | Individual Store Depository | x0871 | Undetermined |
| Wells Fargo | Individual Store Depository | x9064 | Undetermined |
| Wells Fargo | Individual Store Depository | x6951 | Undetermined |
| Wells Fargo | Individual Store Depository | x5948 | Undetermined |
| Wells Fargo | Individual Store Depository | x6969 | Undetermined |
| Wells Fargo | Individual Store Depository | x8562 | Undetermined |
| Wells Fargo | Individual Store Depository | x1529 | Undetermined |
| Wells Fargo | Individual Store Depository | x1812 | Undetermined |
| Wells Fargo | Individual Store Depository | x6977 | Undetermined |
| Wells Fargo | Individual Store Depository | x8554 | Undetermined |
| Wells Fargo | Individual Store Depository | x6034 | Undetermined |
| Wells Fargo | Individual Store Depository | x9072 | Undetermined |
| Wells Fargo | Individual Store Depository | x6985 | Undetermined |
| Wells Fargo | Individual Store Depository | x8453 | Undetermined |
| Wells Fargo | Individual Store Depository | x6993 | Undetermined |
| Wells Fargo | Individual Store Depository | x7009 | Undetermined |
| Wells Fargo | Individual Store Depository | x6852 | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                                                                    Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x7017 | Undetermined |
| Wells Fargo | Individual Store Depository | x8446 | Undetermined |
| Wells Fargo | Individual Store Depository | x7025 | Undetermined |
| Wells Fargo | Individual Store Depository | x0905 | Undetermined |
| Wells Fargo | Individual Store Depository | x7033 | Undetermined |
| Wells Fargo | Individual Store Depository | x1257 | Undetermined |
| Wells Fargo | Individual Store Depository | x0913 | Undetermined |
| Wells Fargo | Individual Store Depository | x4024 | Undetermined |
| Wells Fargo | Individual Store Depository | x0921 | Undetermined |
| Wells Fargo | Individual Store Depository | x2030 | Undetermined |
| Wells Fargo | Individual Store Depository | x3117 | Undetermined |
| Wells Fargo | Individual Store Depository | x0939 | Undetermined |
| Wells Fargo | Individual Store Depository | x4846 | Undetermined |
| Wells Fargo | Individual Store Depository | x0947 | Undetermined |
| Wells Fargo | Individual Store Depository | x3075 | Undetermined |
| Wells Fargo | Individual Store Depository | x2966 | Undetermined |
| Wells Fargo | Individual Store Depository | x3691 | Undetermined |
| Wells Fargo | Individual Store Depository | x3428 | Undetermined |
| Wells Fargo | Individual Store Depository | x7112 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x7104 | Undetermined |
| Wells Fargo | Individual Store Depository | x7389 | Undetermined |
| Wells Fargo | Individual Store Depository | x7120 | Undetermined |
| Wells Fargo | Individual Store Depository | x1311 | Undetermined |
| Wells Fargo | Individual Store Depository | x3247 | Undetermined |
| Wells Fargo | Individual Store Depository | x3254 | Undetermined |
| Wells Fargo | Individual Store Depository | x6418 | Undetermined |
| Wells Fargo | Individual Store Depository | x7129 | Undetermined |
| Wells Fargo | Individual Store Depository | x5587 | Undetermined |
| Wells Fargo | Individual Store Depository | x7237 | Undetermined |
| Wells Fargo | Individual Store Depository | x7245 | Undetermined |
| Wells Fargo | Individual Store Depository | x7575 | Undetermined |
| Wells Fargo | Individual Store Depository | x7491 | Undetermined |
| Wells Fargo | Individual Store Depository | x5595 | Undetermined |
| Wells Fargo | Individual Store Depository | x1985 | Undetermined |
| Wells Fargo | Individual Store Depository | x1993 | Undetermined |
| Wells Fargo | Individual Store Depository | x7129 | Undetermined |
| Wells Fargo | Individual Store Depository | x7137 | Undetermined |
| Wells Fargo | Individual Store Depository | x6331 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x7324 | Undetermined |
| Wells Fargo | Individual Store Depository | x7332 | Undetermined |
| Wells Fargo | Individual Store Depository | x7068 | Undetermined |
| Wells Fargo | Individual Store Depository | x6283 | Undetermined |
| Wells Fargo | Individual Store Depository | x4839 | Undetermined |
| Wells Fargo | Individual Store Depository | x4847 | Undetermined |
| Wells Fargo | Individual Store Depository | x8863 | Undetermined |
| Wells Fargo | Individual Store Depository | x1630 | Undetermined |
| Wells Fargo | Individual Store Depository | x8808 | Undetermined |
| Wells Fargo | Individual Store Depository | x2467 | Undetermined |
| Wells Fargo | Individual Store Depository | x1648 | Undetermined |
| Wells Fargo | Individual Store Depository | x4727 | Undetermined |
| Wells Fargo | Individual Store Depository | x4735 | Undetermined |
| Wells Fargo | Individual Store Depository | x5153 | Undetermined |
| Wells Fargo | Individual Store Depository | x8351 | Undetermined |
| Wells Fargo | Individual Store Depository | x2475 | Undetermined |
| Wells Fargo | Individual Store Depository | x1477 | Undetermined |
| Wells Fargo | Individual Store Depository | x6534 | Undetermined |
| Wells Fargo | Individual Store Depository | x6334 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo | Individual Store Depository | x6542 | Undetermined |
| Wells Fargo | Individual Store Depository | x8344 | Undetermined |
| Wells Fargo | Individual Store Depository | x1469 | Undetermined |
| Wells Fargo | Individual Store Depository | x1451 | Undetermined |
| Wells Fargo | Individual Store Depository | x5605 | Undetermined |
| Wells Fargo | Individual Store Depository | x5597 | Undetermined |
| Wells Fargo | Operating Account | x0665 | Undetermined |
| Wells Fargo | Store Depository | x0804 | Undetermined |
| | | **TOTAL** | **$12,085,082.25**<br>+ Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC                                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits *(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---:|
| Broadspire | $128,900.00 |
| Broadspire (TPA 2012) | $113,900.00 |
| Distribution Center - Cost Center: 7125 | $46,142.80 |
| Engie Impact | $25,000.00 |
| ESIS | $312,583.00 |
| Expeditors Credit Extension | $12,416.75 |
| Gallagher Bassett | $50,000.00 |
| ICR | $38,261.29 |
| Liberty Mutual | $210,703.00 |
| Other | $1.00 |
| Processor Held Reserves | $2,360,002.10 |
| SRS | $124,999.00 |
| Store - Cost Center: 1674 | $11,292.74 |
| Store - Cost Center: 792 | $6,806.25 |
| TXR Energy | $100,000.00 |
| Waste Management Security Deposit | $899,543.00 |
| **TOTAL** | **$4,440,550.93** |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| $25 Cards | $312,654.58 |
| $40 Cards | $55,612.18 |
| /N Software Inc - Powershell Server Subscription | $977.31 |
| Actuarial Study | $4,506.00 |
| Ahead Inc. - Akamai Guardicore Segmentation Agent | $158,119.42 |
| Ahead Inc. - Cortex Xdr Pro | $10,966.78 |
| Ahead Inc. - Ib - Sub Threat | $32,810.40 |
| Ahead Inc. - Infoblox:Trinzic 1415 Software Bundle Subscription - 1 | $3,281.84 |
| Ahead Inc. - Infoblox:Trinzic 1415 Software Bundle Subscription - 2 | $4,177.12 |
| Ahead Inc. - Infoblox:Trinzic 1415 Software Bundle Subscription - 3 | $5,011.08 |
| Ahead Inc. - Infoblox:Trinzic 1415 Software Bundle Subscription - 4 | $17,073.79 |
| Ahead Inc. - Opelika Dc Modernization Nexus | $143,355.96 |
| Ahead Inc. - Opelika Dc Modernization Silverpeak | $14,281.16 |
| Ahead Inc. - Palo Alto Firewall Renewal | $220,037.76 |
| Ahead Inc. - Visalia Network Refresh | $213,758.44 |
| Ahead Inc. - Vmware Vsphere | $64,297.80 |
| Bazaarvoice | $73,044.14 |
| Blue Yonder Inc - Blue Yonder Sched 18-A | $34,590.97 |
| Blue Yonder Inc - Blue Yonder Sched 3-A Ep | $187,012.48 |
| Bluevoyant Llc - Azure Sentential | $380,920.50 |
| Bmc Software Inc - Bmc Control-M Workload | $259,519.49 |
| Broker Fee | $46,667.00 |
| Builder.Io Inc - Builder.Io Visual Cms | $46,703.15 |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Bynder Llc - Bynder Saas | $56,109.60 |
| Cambridge Computer Services Inc - Poweredge R750 Prosupport | $18,766.77 |
| Cambridge Computer Services Inc - Red Hat Enterprise Linux | $8,014.72 |
| CAPS | $395,032.40 |
| Cashstar Prepaid Gift Card Supply | $3,505.41 |
| CBTS | $835,692.37 |
| Cbts Technology Solutions LLC - Adobe Creative | $54,103.16 |
| Cbts Technology Solutions LLC - Insightvm And Insight App | $25,707.05 |
| Cbts Technology Solutions LLC - Onecare Service | $4,199.75 |
| Cbts Technology Solutions LLC - Year 3 Sav | $173,917.36 |
| Cbts Technology Solutions LLC - Zebra Evm | $1,036.58 |
| Cbts Technology Solutions LLC - Zebra Z1Ae | $9,931.29 |
| Cdw LLC - Poly+ | $1,037.19 |
| Cisco Systems Capital Corp - Cisco Smartnet | $163,260.72 |
| Comm Crime/Emp Dishonesty | $8,579.00 |
| Cordial Experience | $208,333.33 |
| Corporate e-gift cards | $2,717.50 |
| Crayon Software Experts LLC | $110,671.78 |
| Crayon Software Experts LLC - Core Infrastructure Server Datacenter | $7,919.09 |
| Crayon Software Experts LLC - Ms Endpoint | $795.55 |
| Crayon Software Experts LLC - Sql Server Enterprise Core | $25,757.31 |
| Crayon Software Experts LLC - Vistudio Pmsdn | $2,447.21 |
| Custom Framing - WIP | $-142,152.68 |

Debtor Name:  Jo-Ann Stores, LLC                                                        Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Customs Bond | $24,438.00 |
| Customs Bond (2) | $73,047.00 |
| Cyber - Excess | $77,542.00 |
| Cyber Coverage | $114,793.00 |
| DC On-Hand | $816.31 |
| Deferred Personal Property Taxes | $159,907.00 |
| Design School Cards $20 | $743.65 |
| Directors and Officers Liability | $73,452.02 |
| Donnelly | $4,670.33 |
| E2Open | $113,319.75 |
| Emtrain | $53,592.00 |
| Escape Velocity Holdings Inc - Cisco Dnaa | $8,942.70 |
| Escape Velocity Holdings Inc - Hewlett Packard Enterprise | $8,614.42 |
| Escape Velocity Holdings Inc - Panw Support | $4,884.57 |
| Escape Velocity Holdings Inc - Pure As-A-Service | $57,704.58 |
| Escape Velocity Holdings/Cisco | $1,211,918.00 |
| Excess/Umbrella | $170,260.00 |
| Fiduciary Liability | $9,529.00 |
| Focal Point | $6,875.00 |
| FY21 Insight Slow Moving Inventory- Preston Warehouse | $26,581.83 |
| FY22 Laird 102"H Corex | $9,666.09 |
| FY22 Seasonal Sign Bar Hardware | $26,094.96 |
| FY22 Take-A-Ticket Dispenser and Sign/ FY25 Cancelled | $13,453.31 |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
| --- | ---: |
| FY23 G&B Aged Inventory | $58,615.39 |
| FY23 OTW Pegboard | $89,097.52 |
| FY24 G&B December Slow-Moving | $42,404.35 |
| FY24 Pusher System | $144,369.53 |
| FY24 Sam Pievac Fabric Slant Shelves | $75,968.72 |
| FY25 FW14 Momento | $-564.26 |
| FY25 G&B Slow-Moving | $384,499.98 |
| FY25 OTW Slow-Moving | $132,274.36 |
| Group Travel | $9,394.00 |
| HVAC Facilitysource (from 2594) | $91,127.99 |
| Ibm Corp Inc-Qp3 - Ibm Security | $44,778.30 |
| Inc JoAnns $15-$250 | $2,250.00 |
| Inspectorio | $16,160.40 |
| International Liability | $963.00 |
| Jo-Ann Incomm $25 Barcode | $12,549.32 |
| Jo-Ann Incomm $25 Barcode | $2,338.34 |
| Jo-Ann Incomm $25 Barcode | $4,316.54 |
| Jo-Ann Incomm $25 Mag-Get1 | $941.89 |
| Jo-Ann Incomm $25 Mag-Get1 | $2,154.56 |
| Jo-Ann Incomm VGC $25-$250 | $64,439.58 |
| Jo-Ann Incomm VGC $25-$250 | $23,198.01 |
| Jo-Ann Incomm VGC $25-$250 | $83,968.10 |
| Jo-Ann Incomm VGC $25-$250 | $32,736.70 |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---:|
| Jo-Ann Incomm VGC $25-$250 | $19,856.09 |
| JoAnn Stores 2018 $15-$250 | $79,000.00 |
| Korber Supply Chain Us Inc - Hdc Voice Hardware Maintenance | $6,221.09 |
| Korber Supply Chain Us Inc - Odc Voice Express Software Renewal | $2,869.55 |
| Korber Supply Chain Us Inc - Vdc Voice Express Software Maintenance | $2,846.67 |
| Korber Supply Chain Us Inc - Voice Express Hardware Maintenance | $2,407.17 |
| Korber Supply Chain Us Inc - Voice Harware Service Talkman | $1,091.77 |
| LED Lighting Cresent (from 2594) | $116,502.29 |
| LinkedIn Corp | $22,986.80 |
| Littler Mendelson | $6,000.00 |
| Logicalis | $38,898.82 |
| Logicalis, Inc. - Meraki Mv Enterprise License | $144.00 |
| Logicalis, Inc. - Veeam Backup | $4,896.23 |
| Logicalis, Inc. - Wombat Anti-Phishing Suite | $3,085.44 |
| Logo Green | $1,239.59 |
| Lozier Inventory - Novaks | $-0.71 |
| Market Dojo - Market Dojo Software | $14,374.98 |
| Mcpc Inc - | $2,046.00 |
| Mcpc Inc - Apple Applecare+ | $845.28 |
| Mcpc Inc - Applecare | $1,907.60 |
| Mcpc Inc - Dell Prosupport Plus | $484.47 |
| Meltwater News | $9,073.75 |
| Microsoft | $844,437.10 |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Microsoft Corp - Microsoft Ea Renewal Github | $16,662.60 |
| Microsoft Corp - Microsoft Enterprise | $496,293.60 |
| Microsoft Corp - Unified Enterprise Support | $119,851.15 |
| Monotype Imaging Inc - Avenier Font Software | $28,842.16 |
| Narvar | $26,250.00 |
| Open Text Inc - Opentext Ecosystem | $20,100.04 |
| Oracle America Inc - Oracle Database Enterprise Edition | $15,191.53 |
| Oracle America Inc - Oracle Database For Retail | $3,275.06 |
| Oracle America Inc - Oracle Retail Eftlink | $147,409.26 |
| OTW Cut Channels & Yard Sticks | $-4,901.49 |
| Payscale | $21,999.98 |
| Ping Identity Corporation - Ping Identity | $117,366.29 |
| Pitney Bowes | $69,694.77 |
| Precisely Software Inc - Winshuttle Automate | $1,250.86 |
| Prepaid Duty Clearing | $5,446,210.96 |
| Prepaid Import Broker | $-450,886.09 |
| Prepaid Import Consolidator Cost | $-62,631.22 |
| Prepaid Import Duty Cost | $-3,462,993.12 |
| Prepaid Import Freight | $7,375,863.11 |
| Prepaid Import Freight Clearing | $-1,182,705.09 |
| Primary Color | $22,277.07 |
| Primary Color Systems - 2594 Quilt PDQ | $1,199.60 |
| Production Package | $3,054.00 |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Property - Excess Cal Quake | $50,378.00 |
| Property - international cargo | $26,717.00 |
| Property coverage | $1,990,305.00 |
| Qlik Tech Inc - Licensing | $117,691.56 |
| Quest | $266,085.16 |
| Quest Marketing Inc - Onecare Service | $396.05 |
| Quest Marketing Inc - Tc52 | $7,711.74 |
| Quest Marketing Inc - Zebra Evm | $17,927.62 |
| Recurly | $33,623.33 |
| Return Reserve Asset | $890,481.70 |
| Ribblr | $142,857.13 |
| RILA | $33,916.67 |
| Riskonnect | $51,475.00 |
| Rocket Mortgage Fieldhouse | $61,798.00 |
| SAAS Software | $89,830.12 |
| Sakon Prepaid | $3,000.00 |
| Salesforce.Com Inc - | $39,998.35 |
| Salesforce.Com Inc - B2C Commerce/Signature | $635,970.26 |
| Salesforce.Com Inc - Customer Data Cloud | $466,246.62 |
| Salesforce.Com Inc - Licensing And Support Fee | $40,135.86 |
| Salesforce.Com Inc - Sales Cloud - Unlimited Edition | $8,573.09 |
| Sam Pievac Slow-Moving Inventory | $70,147.50 |
| Scratch-off Card $10 | $5,269.41 |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Scratch-off Card $20 | $519.64 |
| Scratch-off Card $250 | $254.72 |
| Shippeo | $8,006.25 |
| Shutterstock | $10,500.00 |
| Sigma Computing Inc - Sigma Subscription | $27,701.64 |
| Sirius Computer Solutions Inc - 5 Pure Storage Gold Subscription | $64,566.65 |
| Snowflake Inc - Capacity Fees | $25,353.13 |
| Special Risk | $6,084.00 |
| Standards & Poors | $28,999.98 |
| Technology Recovery Group - Onecare Service | $1,476.15 |
| Technology Recovery Group - Printer Maintenance Hudson Dc | $8,638.80 |
| Technology Recovery Group - Service Contract Essential | $1,058.92 |
| TGT JoAnn Stores $25 | $68,136.56 |
| Variable Cards $10-$250 | $7,811.38 |
| Variable Cards $15-$250 | $136,157.84 |
| Variable Cards $15-$250 (INC) | $9,262.42 |
| Variable Cards $15-250 | $4.50 |
| Variable Cards $5-$150 | $10,267.60 |
| Variable Cards 2018 $15-$250 | $5.00 |
| VDS Holdings | $4,375.00 |
| Vertex Inc - O Series Solution | $57,753.71 |
| Vertex Inc - O Series Solution: Vertex Retail | $61,678.61 |
| WGSN | $14,666.68 |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Wire Weld Remaining Inventory | $511,398.11 |
| Workday Inc - Workday Enterprise Cloud Application | $91,719.69 |
| Workfront Inc - Workfront Subscription | $100,070.10 |
| Workplace Safety Loss Prevention | $3,333.00 |
| Xccommerce Inc - Xccommerce Support | $34,916.15 |
| Xmatters Inc - It Management | $29,886.66 |
| **TOTAL** | **$24,158,616.72** |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Creative Tech Solutions LLC | 100 | Net Book Value | Undetermined |
| Creativebug, LLC | 100 | Net Book Value | Undetermined |
| Cupixel, Inc. | 25.63 | Net Book Value | Undetermined |
| Glowforge Inc. | 1.32 | Net Book Value | Undetermined |
| JAS Aviation, LLC | 100 | Net Book Value | Undetermined |
| JOANN Ditto Holdings Inc. | 100 | Net Book Value | Undetermined |
| Jo-Ann Stores Support Center, Inc. | 100 | Net Book Value | Undetermined |
| Jo-Ann Trading (Shanghai) Co., Ltd. | 100 | Net Book Value | Undetermined |
| joann.com, LLC | 100 | Net Book Value | Undetermined |
| WeaveUp, Inc. | 100 | Net Book Value | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC                                                                Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 11251 Pines Blvd.<br>11251 Pines Blvd<br>Pembroke Pines, FL 33026<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1379 Hooper Avenue<br>1379 Hooper Avenue<br>Toms River, NJ 08753<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 23rd Street Plaza<br>413 East 23Rd Street<br>Panama City, FL 32405<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Acme Plaza<br>3977 Medina Rd<br>Akron, OH 44333<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ahwatuckee Foothills Towne Center<br>5021 E Ray Rd<br>Phoenix, AZ 85044<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Alameda Crossing<br>1717 N Dysart Road<br>Avondale, AZ 85392<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Amador Plaza Rd<br>7177 Amador Plaza Road<br>Dublin, CA 94568<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ambassador Row<br>3559 Ambassador Caffery Parkway<br>Lafayette, LA 70503<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| American Fork Shopping Center<br>640 East State Road<br>American Fork, UT 84003<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| American Plaza<br>840 Blue Lakes Blvd N<br>Twin Falls, ID 83301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ames S/C<br>117 Salem Tpke<br>Norwich, CT 06360<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Angola Plaza<br>2010 N Wayne St Ste G<br>Angola, IN 46703<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ann & Hope Plaza<br>85 Highland Avenue<br>Seekonk, MA 2771<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Annapolis Plaza<br>150 Jennifer Rd Ste C<br>Annapolis, MD 21401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Apple Valley Square 7614 150Th St W Apple Valley, MN 55124 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arapahoe Village S/C 2440 Arapahoe Ave Boulder, CO 80302 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arbor Lakes S/C 12550 Elm Creek Blvd N Maple Grove, MN 55369 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arbor Square 8125 Arbor Square Drive Mason, OH 45040 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arcadia Fiesta SC 3049 East Indian School Road Phoenix, AZ 85016 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arden Square 3130 Arden Way Sacramento, CA 95825 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Argyle S/C 6001 Argyle Forest Blvd Ste 11 Jacksonville, FL 32244 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arlington Highlands S/C 137 Merchants Row Ste 165 Arlington, TX 76018 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Arsenal Plaza 1283 Arsenal Street Watertown, NY 13601 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ashbridge Square 931 E Lancaster Ave Downingtown, PA 19335 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ashland Towne Center 500 Winchester Ave, Suite 700 Ashland, KY 41101 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ashley Crossing 2243 Ashley Crossing Dr, Suite C Charleston, SC 29414 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Athens Mall 743 E. State Street, Suite O Athens, OH 45701 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Auburn Plaza 732 Center St Auburn, ME 04210 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Aurora Ave North 15236 Aurora Ave N Shoreline, WA 98133 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC        Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Aurora City Square<br>13861 E Exposition Ave<br>Aurora, CO 80012<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Avon Town Square<br>10401 E Us Highway 36<br>Avon, IN 46123<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Baker Square<br>13415 W Center Rd<br>Omaha, NE 68144<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bandera Pointe<br>11655 Bandera Road<br>San Antonio, TX 78250<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Barren River Plaza<br>376 North L Rogers Wells Blvd<br>Glasgow, KY 42141<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bay Plaza S/C<br>1410 E Plaza Blvd Ste A<br>National City, CA 91950<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Baybrook Village<br>1529 W Bay Area Blvd<br>Webster, TX 77598<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bayou Walk Shopping Center<br>6634 Youree Drive<br>Shreveport, LA 71105<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bayshore Village<br>4265 Tamiami Trl Unit I<br>Port Charlotte, FL 33980<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bayside Market Place<br>2777 S. Oneida Street<br>Green Bay, WI 54304<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bear Creek Plaza<br>1608 Anderson Rd<br>Petoskey, MI 49770<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bear Point Plaza<br>2686 Us Highway 23 S<br>Alpena, MI 49707<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Beavercreek Towne Centre<br>2850 Centre Dr Ste G<br>Fairborn, OH 45324<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Belden Parke Crossing<br>5487 Dressler Rd Nw<br>North Canton, OH 44720<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Belknap Mall S/C<br>12 Old State Rd<br>Belmont, NH 03220<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                              Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| Belton Marketplace<br>1153 E. North Avenue<br>Belton, MO 64012<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Beltway Plaza Mall<br>6200 Greenbelt Rd<br>Greenbelt, MD 20770<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Berkley Mall<br>625 N Berkeley Blvd #H<br>Goldsboro, NC 27534<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Berlin Turnpike<br>3105 Berlin Tpke<br>Newington, CT 06111<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Best In The West S/C<br>2160 N Rainbow Blvd<br>Las Vegas, NV 89108<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Big Oaks Crossing<br>3875 North Gloster Street<br>Tupelo, MS 38804<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Big Y Plaza<br>433 Center St Ste B<br>Ludlow, MA 01056<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bi-Mart Plaza<br>2248 Santiam Hwy Se<br>Albany, OR 97322<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Birch Run Station<br>1717 Beam Avenue<br>Maplewood, MN 55109<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bloomfield Village Sq<br>4107 Telegraph Rd<br>Bloomfield Hills, MI 48302<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bloomingdale Court<br>362 W Army Trail Rd  Ste 230<br>Bloomingdale, IL 60108<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bloomington Commons<br>1719 E Empire Street<br>Bloomington, IL 61704<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Blue Ridge Mall<br>1800 Four Seasons Blvd, Space D1<br>Hendersonville, NC 28792<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bolger Square<br>3810 Crackerneck Rd<br>Independence, MO 64055<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bonaventure Plaza<br>1635 Plymouth Rd<br>Minnetonka, MN 55305<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                  Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Boulevard Centre 4104 Tacoma Mall Blvd Tacoma, WA 98409 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Boulevard Centre at Eastwood Mall 5555 Youngstown Warren Road #14 Niles, OH 44446 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Boulevard Plaza 11000 Roosevelt Blvd Philadelphia, PA 19116 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bradford Plaza 519 N Main St. Stillwater, OK 74075 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Bradley Commons 2056 N State Rt. 50 (Unit 15) Bourbonnais, IL 60914 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Brandywine Crossing 15920 Crain Highway Se Brandywine, MD 20613 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Brantley Square 924 W State Road 436 Ste 1450 Altamonte Springs, FL 32714 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Brighton Mall 8449 W Grand River Ave Brighton, MI 48116 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Broadmoor Plaza 1131 E. Ireland Road South Bend, IN 46614 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Broadway Shopping Center 1073 Broadway Saugus, MA 01906 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Brookfield Fashion Center 16800 W Bluemound Road Brookfield, WI 53005 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Brookstone Square 2165 Hwy 2 East Suite E Kalispell, MT 59901 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Buckhorn Plaza 6136 E Main St Mesa, AZ 85205 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Buena Park Promenade 5885 Lincoln Avenue Buena Park, CA 90620 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Burlington Commons 3200 Agency Street, Ste 110 Burlington, IA 52601 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                                                      Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Burlington Plaza<br>1551 Niagara Falls Blvd<br>Amherst, NY 14228<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Burning Tree Plaza<br>5115 Burning Tree Plaza<br>Duluth, MN 55811<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Butte Plaza Mall<br>3100 Harrison Ave<br>Butte, MT 59701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Camino Town & Country S/C<br>2227 S El Camino Real Ste C<br>Oceanside, CA 92054<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Canyon Place<br>4005 Sw 117Th Street<br>Beaverton, OR 97005<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Capital Mall<br>3600 Country Club Dr Spc 408<br>Jefferson City, MO 65109<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Capitol Plaza<br>1802 Thomasville Rd<br>Tallahassee, FL 32303<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Capitol S/C<br>80 Storrs St Ste 5<br>Concord, NH 03301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Carolina Pavilions<br>9523 South Blvd<br>Charlotte, NC 28273<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Carson Mall<br>1344 S Stewart St<br>Carson City, NV 89701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cascade Plaza<br>7601 Evergreen Way<br>Everett, WA 98203<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cascade Square<br>1324 W 6Th St<br>The Dalles, OR 97058<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Castle Glen Plaza<br>8714 Castle Creek Parkway East Dr<br>Indianapolis, IN 46250<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cayuga Mall<br>2309 N Triphammer Rd, Unit 1<br>Ithaca, NY 14850<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cedar Crest Sq S/C<br>1860 Quentin Rd<br>Lebanon, PA 17042<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Centerton Square<br>66 Centerton  Road<br>Mount Laurel, NJ 08054<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Centerville Marketplace<br>302 North Marketplace Dr<br>Centerville, UT 84014<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Central Mall<br>2259 S 9Th St Ste 38<br>Salina, KS 67401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Central Plaza<br>15355 Manchester Rd<br>Ballwin, MO 63011<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Central Texas Marketplace<br>4633 S. Jack Kultgen Expy Unit 104<br>Waco, TX 76706<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Central Vermont Shopping Cente<br>1400 Us Route 302, Suite 10<br>Barre, VT 05641<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Centre At Dover<br>283 N Dupont Hwy Ste F<br>Dover, DE 19901<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Centre Point Village<br>26583 Carl Boyer Drive<br>Santa Clarita, CA 91350<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Centrum At Crossroads<br>2420 Walnut St<br>Cary, NC 27518<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Century Center<br>3323 Century Center St Sw<br>Grandville, MI 49418<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Century Town Center<br>5921 20Th St. Unit B<br>Vero Beach, FL 32966<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Champaign Town Center<br>722 West Town Center Blvd.<br>Champaign, IL 61822<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Champtions Centre<br>530 Ed Noble Parkway<br>Norman, OK 73072<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Chautauqua Mall<br>318 E Fairmount Ave Rm 106<br>Lakewood, NY 14750<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Chestnut Court<br>7511 Lemont Rd Ste 101<br>Darien, IL 60561<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                                                    Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Chimney Rock<br>6351 E. Hwy 191<br>Odessa, TX 79762<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Chino Town Square<br>5545 Philadelphia St<br>Chino, CA 91710<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Christiana Town Center<br>341 W Main St<br>Newark, DE 19702<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Christmas Tree Promenade<br>665 Iyannough Rd<br>Hyannis, MA 02601<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| City Base Landing<br>3142 Se Military Drive Suite 126<br>San Antonio, TX 78235<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Clinton Commons S/C<br>274 E Main St<br>Clinton, CT 06413<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Clinton Towne Center<br>1803 West 1800 North Suite G1<br>Clinton, UT 84015<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Clovis Crossing Shopping Center<br>1065 Herndon Ave.<br>Clovis, CA 93611<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Coconut Pointe<br>8072 Mediterranean Drive<br>Estero, FL 33928<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Colerain Towne Center<br>10166 Colerain Avenue<br>Cincinnati, OH 45251<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Colonia Plaza<br>1272 State Rt 27<br>Colonia, NJ 07067<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Colonial Commons<br>5084 Jonestown Rd<br>Harrisburg, PA 17112<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Colonial Landing<br>3562 E Colonial Dr<br>Orlando, FL 32803<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Colony Square<br>16626 Southwest Freeway<br>Sugar Land, TX 77479<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Columbia Center<br>1321 N Columbia Center Blvd Suite 456<br>Kennewick, WA 99336<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Columbia Crossing<br>6161 Columbia Crossing Dr<br>Columbia, MD 21045<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Columbia Junction Mall<br>2781 32Nd Ave S<br>Grand Forks, ND 58201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Columbus Park Crossing<br>5555 Whittlesey Blvd  Ste 2900<br>Columbus, GA 31909<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Commerce Plaza<br>10865 Lincoln Trl<br>Fairview Heights, IL 62208<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Commerce Square<br>45 Hinesburg Rd<br>South Burlington, VT 05403<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Commons At Temecula<br>40462 Winchester Rd<br>Temecula, CA 92591<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Concordville Town Center<br>600 Town Centre Drive Suite D-108<br>Glen Mills, PA 19342<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Conejo Valley Plaza<br>1516 N Moorpark Rd<br>Thousand Oaks, CA 91360<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Conyers Plaza<br>1380 Dogwood Drive<br>Conyers, GA 30013<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cool Springs Market<br>2000 Mallory Ln Ste 270<br>Franklin, TN 37067<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Copperfield Crossing<br>15520 Fm 529 Rd<br>Houston, TX 77095<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Corvallis Crossing<br>932 Nw Circle Blvd<br>Corvallis, OR 97330<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cosner's Corner<br>9685 Jefferson Davis Hwy<br>Fredericksburg, VA 22407<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Costco Plaza<br>2115 W Commonwealth Ave<br>Alhambra, CA 91803<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cotton Mill Shopping Center<br>720 W. Telegraph<br>Washington, UT 84780<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Cottonwood West Shopping Center<br>10131 Coors Blvd Nw Ste D3<br>Albuquerque, NM 87114<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Country Side Center<br>2250 Griffin Way<br>Corona, CA 92879<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Countryside Plaza<br>20 Countryside Plaza<br>Countryside, IL 60525<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Courtland Center<br>4190 E Court St Ste 101<br>Burton, MI 48509<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Covina Town Square<br>1460 North Azusa Avenue<br>Covina, CA 91722<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cox Creek Plaza<br>354 Cox Creek Pkwy<br>Florence, AL 35630<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cranberry Mall<br>20111 Rt 19<br>Cranberry Twp, PA 16066<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Creekside Plaza<br>1830 E Parks Hwy Ste A122<br>Wasilla, AK 99654<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Creekview Center<br>397 Easton Rd<br>Warrington, PA 18976<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cross County Mall<br>700 Broadway East<br>Mattoon, IL 61938<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cross Creek Plaza<br>1800 Skibo Rd<br>Fayetteville, NC 28303<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cross Pointe Plaza<br>840 Woods Crossing Road<br>Greenville, SC 29607<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Cross Roads S/C<br>15600 Ne 8Th Street   Ste H1<br>Bellevue, WA 98008<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossing Meadows Plaza<br> 1220 Crossing Meadows<br>Onalaska, WI 54650<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossings at Sandusky<br>756 Crossings Road<br>Sandusky, OH 44870<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                  Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Crossroads at Orenco Station<br>7270 Ne Butler St<br>Hillsboro, OR 97124<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossroads Commons<br>1150 Meridian Drive<br>Plover, WI 54467<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossroads Commons<br>1407 Flammang Drive<br>Waterloo, IA 50702<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossroads of Roseville<br>1649 W. County Rd B2<br>Roseville, MN 55113<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossroads SC<br>125 East Reynolds Road, Suite 110<br>Lexington, KY 40517<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crossways Shopping Center<br>1593 Crossways Blvd<br>Chesapeake, VA 23320<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Crosswinds Commons<br>1133 Sw Wanamaker Rd Ste 200<br>Topeka, KS 66604<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Curlew Crossing<br>2343 Curlew Road<br>Dunedin, FL 34698<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dalton Ave Plaza<br>457 Dalton Ave<br>Pittsfield, MA 01201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Danada Square West S/C<br>36 Danada Sq W<br>Wheaton, IL 60189<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Darrow Road<br>5381 Darrow Rd<br>Hudson, OH 44236<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dartmouth Town Ctr<br>454 State Rd<br>North Dartmouth, MA 02747<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dean Lakes<br>4120 Dean Lakes Boulevard<br>Shakopee, MN 55379<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Deer Creek Shopping Center<br>3200 Laclede Station Rd<br>Saint Louis, MO 63143<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Deer Trace Shopping Center<br>4079 Highway 28<br>Sheboygan Falls, WI 53085<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Deerbrook Marketplace<br>20424 US-59<br>Humble, TX 77338<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Del Amo Fashion Center<br>21800 Hawthorne Blvd Ste 100<br>Torrance, CA 90503<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Deptford Plaza<br>1120 Hurffville Road<br>Deptford, NJ 8096<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Desert Ridge Market Place<br>21001 N Tatum Blvd<br>Phoenix, AZ 85050<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Destination Eight<br>39818 10Th Street W.<br>Palmdale, CA 93551<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Diamond Square S/C<br>2A Bureau Dr<br>Gaithersburg, MD 20878<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dickson City Crossing<br>638 Commerce Blvd<br>Dickson City, PA 18519<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Division Street Plaza<br>3332 W Division St<br>Saint Cloud, MN 56301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dominion Square<br>705 Dominion Square S/C<br>Culpeper, VA 22701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Douglas Corners S/C<br>9439 Highway 5<br>Douglasville, GA 30135<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dowlen Town Center<br>4035 N Dowlen Road<br>Beaumont, TX 77706<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Draper Retail Center<br>268 E 12300 S<br>Draper, UT 84020<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dubois Mall<br>5456 Shaffer Rd<br>Du Bois, PA 15801<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Dunning Farms S/C<br>88 Dunning Rd Ste 23<br>Middletown, NY 10940<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| DW Center<br>14346 Warwick Blvd Ste 480<br>Newport News, VA 23602<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Eagle Center<br>1920 N Henderson St<br>Galesburg, IL 61401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| East 29Th Avenue<br>2801 E 29Th Ave<br>Spokane, WA 99223<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| East Bay Plaza<br>724 Munson Ave<br>Traverse City, MI 49686<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| East Broadway Blvd<br>7255 East Broadway Blvd<br>Tucson, AZ 85710<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| East Mockingbird Lane<br>6330 E Mockingbird Ln<br>Dallas, TX 75214<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| East Park Plaza<br>220 N 66Th St Ste 270<br>Lincoln, NE 68505<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| East Town Plaza<br>2021 Zeier Rd<br>Madison, WI 53704<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Eastbrook Plaza<br>2610 25Th Street<br>Columbus, IN 47201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Eastchase Market SC<br>7951 Eastchase Pkwy<br>Montgomery, AL 36117<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Eastgate Crossing<br>4530 Eastgate Blvd.<br>Cincinnati, OH 45245<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Easton Square<br>3880 Morse Rd<br>Columbus, OH 43219<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Edgewood Plaza<br>1216 N Memorial Dr<br>Lancaster, OH 43130<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| El Cerrito Plaza<br>300 El Cerrito Plz<br>El Cerrito, CA 94530<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Elk Grove Marketplace<br>8509 Bond Road<br>Elk Grove, CA 95624<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Elk Park Center<br>19154 Freeport Street Nw<br>Elk River, MN 55330<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Elko Junction<br>2759 Mountain City Hwy<br>Elko, NV 89801<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Erie Commons<br>8000 Plaza Blvd<br>Mentor, OH 44060<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Expressway Mall<br>425 Rohnert Park Expy W<br>Rohnert Park, CA 94928<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fairfax Towne Center<br>12124 Fairfax Towne Center<br>Fairfax, VA 22033<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fairview Plaza<br>160 Fairview Avenue Suite # 83<br>Hudson, NY 12534<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fairway Commons<br>5811 Five Star Blvd<br>Roseville, CA 95678<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Family Center at Riverdale<br>4978 South 1050 West<br>Riverdale, UT 84405<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Faribo West Mall<br>200 Western Ave Nw, Suite C10<br>Faribault, MN 55021<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fayette Pavilion<br>250 Pavilion Pkwy<br>Fayetteville, GA 30214<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Federal Way Plaza<br>3275 S Federal Way<br>Boise, ID 83705<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Felch Street Plaza<br>12635 Felch St Ste 60<br>Holland, MI 49424<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ferris Commons<br>1250 W. Perry Avenue<br>Big Rapids, MI 49307<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Festival At Hamilton S/C<br>3926 Festival At Hamilton<br>Mays Landing, NJ 08330<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| First & Main Town Center<br>3795 Bloomington St<br>Colorado Springs, CO 80922<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Five Mile S/C<br>1840 W Francis Ave<br>Spokane, WA 99205<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                    Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Five Points Mall<br>1129 N Baldwin Ave Ste 32<br>Marion, IN 46952<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Flagler Park Plaza<br>8257 W Flagler St<br>Miami, FL 33144<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fletcher Hills Town & Country<br>2756 Fletcher Pkwy<br>El Cajon, CA 92020<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fletcher Square<br>9 Fletcher Sq<br>Dunbar, WV 25064<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Florence Mall<br>1945 West Palmetto Street #270<br>Florence, SC 29501<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Folsom Square<br>1010 East Bidwell Street<br>Folsom, CA 95630<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Foothill Blvd.<br>2160 Foothill Blvd<br>La Canada, CA 91011<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Foothill Ranch Towne Center South<br>26742 Portola Parkway<br>Foothill Ranch, CA 92610<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Forest Plaza<br>806 West Johnson Street<br>Fond Du Lac, WI 54935<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Best Buy<br>3900 Alpine Ave. Nw Suite B<br>Comstock Park, MI 49321<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Borders<br>1075 Woodland Road<br>Reading, PA 19610<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Circuit City<br>3051 W. Wabash Avenue<br>Springfield, IL 62704<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Circuit City<br>6910 S. Lindbergh Blvd<br>Saint Louis, MO 63125<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Dan's Market<br>2330 E. 3000 South (Temp)<br>Salt Lake City, UT 84109<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Home Depot<br>1991 Tiffin Avenue<br>Findlay, OH 45840<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Former Ralph's Market 27871 La Paz Rd Laguna Niguel, CA 92677 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Salvation Army 10174 SE 82nd Avenue Clackamas, OR 97086 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Former Warehouse Music 5255 Lakewood Blvd Lakewood, CA 90712 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fort Smith Marketplace 7609 Rogers Avenue Fort Smith, AR 72903 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fountain S/C 1200 Charleston Hwy West Columbia, SC 29169 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Four Flaggs S/C 8245 W Golf Rd Niles, IL 60714 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fox River Valley SC 720 N Casaloma Drive Appleton, WI 54913 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fox Run Shopping Center 521 N. Solomon'S Island Rd, Ste 34 Prince Frederick, MD 20678 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Frandor S/C 533 Mall Ct Lansing, MI 48912 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Frederick County S/C 1003-C West Patrick St. Frederick, MD 21702 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freeport Shopping Center 1611 South West Avenue Freeport, IL 61032 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding 1024 Green Acres Road Eugene, OR 97408 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding 1175 Dana Drive Redding, CA 96003 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding 1702 Veterans Memorial Pkwy East Tuscaloosa, AL 35404 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding 2391 County Line Road Algonquin, IL 60102 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Freestanding<br>3055 Atlanta Highway<br>Athens, GA 30606<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding<br>501 Roberts Ct<br>Kennesaw, GA 30144<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding<br>732 Sw 6Th Street<br>Redmond, OR 97756<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding (former Albertson's)<br>1000 South Central Avenue<br>Glendale, CA 91204<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding (Former Albertsons)<br>852 N Main St<br>Tooele, UT 84074<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding (Former Circuit City)<br>1535 South Bradley Road<br>Santa Maria, CA 93454<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding (Former Circuit City)<br>20550 E. 13 Mile Road<br>Roseville, MI 48066<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding (Former Comp USA)<br>30 A & S Drive<br>Paramus, NJ 07652<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding (frm Circuit City)<br>4948 Monroe St<br>Toledo, OH 43623<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding Building<br>3911 16Th Street<br>Moline, IL 61265<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freestanding, Former Circuit City<br>10750 W Colfax Ave # 100<br>Lakewood, CO 80215<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Freshwater Plaza<br>136 Elm Street, Suite A<br>Enfield, CT 06082<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Frontier Mall<br>1400 Del Range Blvd<br>Cheyenne, WY 82009<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Fullerton Crossroads<br>3300 Yorba Linda Boulevard<br>Fullerton, CA 92831<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gallatin Valley Mall<br>2825 W Main St Unit S<br>Bozeman, MT 59718<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Garden State Pavillion<br>2234 W Marlton Pike Rd Plot E3<br>Cherry Hill, NJ 08002<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gardner Towne Center<br>2089 West Hwy 40<br>Vernal, UT 84078<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Garrison Forest Plaza<br>10377 Reisterstown Rd<br>Owings Mills, MD 21117<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gateway Mall<br>2700 State Street, Suite C<br>Bismarck, ND 58503<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gateway S/C<br>153 E Swedesford Rd<br>Wayne, PA 19087<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gateway Shopping Center<br>3704 172Nd St Ne Ste F<br>Arlington, WA 98223<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gateway Square<br>470 Bridge St<br>Clarkston, WA 99403<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gavora Mall<br>250 3Rd St Ste1<br>Fairbanks, AK 99701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Genessee Commons S/C<br>G3603 Miller Rd<br>Flint, MI 48507<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Geneva Commons<br>600 N. Edwards Blvd<br>Lake Geneva, WI 53147<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Germantown Center<br>3703 N. Newton St<br>Jasper, IN 47546<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Golden Gate<br>1533 Golden Gate Plaza, Suite #153<br>Mayfield Heights, OH 44124<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Golden Isles Plaza<br>137 Golden Isles Plaza Parkway<br>Brunswick, GA 31520<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Governors Crossing<br>208 Collier Dr<br>Sevierville, TN 37862<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Governors Square Plaza<br>2831 Wilma Rudolph<br>Clarksville, TN 37040<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                     Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Grand Plaza<br>177 South Las Posas Road<br>San Marcos, CA 92078<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Grand Teton Plaza<br>2408 South 25Th East<br>Idaho Falls, ID 83404<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Grants Pass Shopping Center<br>1090 Northeast E Street<br>Grants Pass, OR 97526<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Great Northern S/C<br>26337 Brookpark Rd<br>North Olmsted, OH 44070<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Great South Bay S/C<br>735 W Montauk Hwy<br>West Babylon, NY 11704<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Great Southern S/C<br>1155 Washington Pike<br>Bridgeville, PA 15017<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Green Mountain S/C<br>308 Us Route 7 S<br>Rutland Town, VT 05701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Greenbriar Shopping Center<br>1361 86Th Street West<br>Indianapolis, IN 46260<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Greenfield Fashion Center<br>4950 South 74Th St<br>Greenfield, WI 53220<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Greengate Centre<br>1600 Greengate Centre Blvd<br>Greensburg, PA 15601<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Greenhouse Marketplace<br>699 Lewelling Blvd Suite 230<br>San Leandro, CA 94579<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Greenwood Pavilion<br>1260 Us 31 North<br>Greenwood, IN 46142<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Gresham Town Fair<br>604 NW Eastman Pkwy<br>Gresham, OR 97030<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Grocery Outlet SC<br>11 N State Highway 49-88<br>Jackson, CA 95642<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Grosse Pointe Farms<br>18850 Mack Ave<br>Grosse Pointe, MI 48236<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Haines Station Plaza<br>2255 N Haines Avenue<br>Rapid City, SD 57701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hamden Mart S/C<br>2300 Dixwell Ave<br>Hamden, CT 06514<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hamilton Village<br>2020 Gunbarrel Road Suite 198<br>Chattanooga, TN 37421<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hampshire Mall<br>367 Russell St Ste A06<br>Hadley, MA 01035<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hampton Plaza<br>2105 S Rochester Road<br>Rochester Hills, MI 48307<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hanover Commons<br>1302 Washington St<br>Hanover, MA 02339<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Harris Street<br>510 Harris St<br>Eureka, CA 95503<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Harvest Park Shopping Center<br>4627 Greenway Drive<br>Knoxville, TN 37918<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Heritage Village<br>1645 North Spring St.<br>Beaver Dam, WI 53916<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hermitage Towne Plaza<br>2481 E State St<br>Hermitage, PA 16148<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| High Desert Gateway<br>12779 Main Street<br>Hesperia, CA 92340<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| High Point Centre<br>441 E Roosevelt Rd Space #410<br>Lombard, IL 60148<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| High Point S/C<br>1029 Bethel Ave<br>Port Orchard, WA 98366<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hillcrest Plaza<br>603 N Belt Hwy<br>Saint Joseph, MO 64506<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hilltop Plaza<br>551 Hiltop Plaza<br>Virginia Beach, VA 23454<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Holiday Village<br>1900 Brooks St<br>Missoula, MT 59801<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Holiday Village Mall<br>1200 10th Ave S<br>Great Falls, MT 59405<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hollywood Blvd<br>4700 Hollywood Blvd<br>Hollywood, FL 33021<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hollywood City Center<br>282 S Hollywood Blvd<br>Steubenville, OH 43952<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Holyoke Plaza<br>2267 Northampton St<br>Holyoke, MA 01040<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Home Depot Plaza<br>10057 Us Highway 19<br>Port Richey, FL 34668<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Honey Creek Commons<br>5705 Us Hwy 41<br>Terre Haute, IN 47802<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hooksett Village Shops<br>1328 Hooksett Rd<br>Hooksett, NH 03106<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Houston Lakes<br>87 Spiral Drive<br>Florence, KY 41042<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hulen Fashion Center<br>5212 S Hulen Street<br>Fort Worth, TX 76132<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Huntsville Plaza<br>5900 B University Drive<br>Huntsville, AL 35806<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hutchinson Mall<br>1060 Highway 15<br>Hutchinson, MN 55350<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Hyde Park Plaza<br>3872 C Paxton Avenue    )<br>Cincinnati, OH 45209<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Independence Market Place<br>23125 Outer Drive<br>Allen Park, MI 48101<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Indian Hills Plaza<br>4208 E. Bluegrass Rd Ste A<br>Mount Pleasant, MI 48858<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                     Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Indian Springs Shopping Center<br>3177 Princeton Road<br>Hamilton, OH 45011<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Industrial Drive<br>3620 Industrial Dr<br>Santa Rosa, CA 95403<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Interstate Plaza<br>1671 Ih-35 South, Suite 208<br>New Braunfels, TX 78130<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Iowa City Marketplace<br>1676 Sycamore Street<br>Iowa City, IA 52240<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Irongate Mall<br>990 W 41St St Ste 2<br>Hibbing, MN 55746<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Jefferson Square<br>2880 South 6Th Street<br>Klamath Falls, OR 97603<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Jfk Mall<br>180 Jfk Plz<br>Waterville, ME 04901<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| JOANN / Petsmart Plaza<br>3042 Ridge Rd W<br>Rochester, NY 14626<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| JOANN Fabrics Plaza<br>10875 Caribbean Blvd<br>Miami, FL 33189<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| JOANN Plaza<br>4101 Transit Road  Ste 1<br>Williamsville, NY 14221<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| JOANN Plaza<br>4616 Coldwater Rd<br>Fort Wayne, IN 46825<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Joffco Square<br>555 W. Roosevelt Road<br>Chicago, IL 60607<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Johnson City Plaza<br>108 Johnson City Plaza Dr<br>Johnson City, TN 37601<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Joliet Commons<br>2741 Plainfield Road<br>Joliet, IL 60435<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Kandi Mall<br>1605 1St St S<br>Willmar, MN 56201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Karcher Mall<br>1509 Caldwell Blvd<br>Nampa, ID 83651<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Kent Hill Plaza<br>25810 104Th Ave Se<br>Kent, WA 98030<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Kingsport Shopping Center<br>1409 East Stone Drive<br>Kingsport, TN 37660<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Kingston Plaza<br>1385 Ulster Ave<br>Kingston, NY 12401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| K-Mart Plaza<br>228 W Main St Ste 12<br>Malone, NY 12953<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Koeller Plaza<br>1226 Koeller St<br>Oshkosh, WI 54902<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Kokomo Shopping Center<br>2130 E Markland Ave<br>Kokomo, IN 46901<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| La Cienega Square<br>1250 S La Cienega Blvd<br>Los Angeles, CA 90035<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| La Verne Plaza<br>2086 Foothill Blvd Ste A<br>La Verne, CA 91750<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lafayette Center<br>448 Pike St<br>Marietta, OH 45750<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lake Brandon Plaza S/C<br>11215 Causeway Blvd<br>Brandon, FL 33511<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lake Crossings<br>5663 Harvey Street<br>Norton Shores, MI 49444<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lake Park S/C<br>4333 Franklin St<br>Michigan City, IN 46360<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lake View Plaza<br>15752  S. La Grange Rd<br>Orland Park, IL 60462<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lakeland Plaza<br>540 A Lakeland Plaza<br>Cumming, GA 30040<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lakepointe Towne Crossing<br>715 Hebron Parkway<br>Lewisville, TX 75057<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lakeshore Marketplace<br>834-A Dawsonville Highway<br>Gainesville, GA 30501<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lakewood Plaza<br>4387 Commercial Way<br>Spring Hill, FL 34606<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lakewood Village<br>2637 Lakewood Village Drive<br>No Little Rock, AR 72116<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lancaster Mall<br>783 Lancaster Dr. Ne. Suite #133<br>Salem, OR 97301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lapeer S/C<br>1865 W Genesee St<br>Lapeer, MI 48446<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lavala Plaza S/C<br>1313 National Hwy<br>Lavale, MD 21502<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lawton Towne Center<br>449 Nw 2Nd St<br>Lawton, OK 73501<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lima Center<br>2720 Elida Rd<br>Lima, OH 45805<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lincoln Center<br>632 Lincoln Way<br>Ames, IA 50010<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lincoln Village Plaza<br>4600 W Broad Street<br>Columbus, OH 43228<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lincoln Way East S/C<br>1678 Lincoln Way E # 7<br>Chambersburg, PA 17201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Lindale Mall<br>255 Collins Road Ne<br>Cedar Rapids, IA 52402<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Livonia Commons<br>13489 Middlebelt Rd<br>Livonia, MI 48150<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Los Coyotes Centers<br>3588 Palo Verde Ave<br>Long Beach, CA 90808<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lynnwood Center<br>5824 196Th Street Sw<br>Lynnwood, WA 98036<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Macarthur Towne Center<br>2570 Macarthur Rd Ste 12<br>Whitehall, PA 18052<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Madison East Mall<br>1400 Madison Avenue Suite #500<br>Mankato, MN 56001<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Madison Place S/C<br>32065 John R Rd<br>Madison Heights, MI 48071<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Main St Marketplace<br>1215-B North Main Street<br>Summerville, SC 29483<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Majestic Square<br>2950 Center Ave<br>Essexville, MI 48732<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mall at Whitney Field<br>100 Commercial Rd Space H<br>Leominster, MA 01453<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Margate Shopping Center<br>3340 Nw 62Nd Ave<br>Margate, FL 33063<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mariner Plaza<br>224B Eglin Pkwy Ne<br>Fort Walton Beach, FL 32547<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Market Centre<br>4024 Elkhart Road #25<br>Goshen, IN 46526<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Market Place<br>2833 King Avenue West<br>Billings, MT 59102<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Market Place SC<br>121 Commerce Street, Suite 1<br>Wisconsin Dells, WI 53965<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Market Place Shopping Center<br>123 Marketplace Drive<br>Anderson, SC 29621<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Market Pointe I<br>15110 E. Indiana Ave<br>Spokane Valley, WA 99216<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Market Square at Tampa Palms<br>6234 Commerce Palms Blvd<br>Tampa, FL 33647<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Market Street Village 1439 W Pipeline Rd Hurst, TX 76053 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marketfair North 4154 State Route 31 Clay, NY 13041 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marketplace at Janesville 2700 N. Pontiac Dr Ste 150 Janesville, WI 53545 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marketplace At Northglenn 341 W 104Th Ave # 3 Northglenn, CO 80234 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marketplace at Towne Centre 19105 Lyndon B Johnson Fwy Mesquite, TX 75150 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marketplace at Vernon Hills 413 N Milwaukee Ave  Unit  500 Vernon Hills, IL 60061 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marketplace Center 1500 Bald Hill Road  Ste A Warwick, RI 02886 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marple Crossroads 400 S. State Rd Springfield, PA 19064 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Marshfield Center  1919 N Central Avenue Marshfield, WI 54449 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| McKinley Milestrip Plaza 3540 Mckinley Pkwy Blasdell, NY 14219 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mcminnville Town Ctr 1401 N Highway 99W Mcminnville, OR 97128 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Medina Grande Shoppes 5005 Grande Blvd Medina, OH 44256 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Memorial Bridge Plaza 2311 Ohio Ave Unit C Parkersburg, WV 26101 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mercer On One 3371 Brunswick Ave Lawrenceville, NJ 08648 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Merchants Crossing S/C 15201 N Cleveland Ave Ste 400 Fort Myers, FL 33903 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Merchant's Walk<br>7504 West Broad<br>Richmond, VA 23294<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Meridian Town Center<br>13410 Meridian East Ste A<br>Puyallup, WA 98373<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Merrillville Plaza<br>1916 E 80Th Ave No 14<br>Merrillville, IN 46410<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mesa Mall<br>2424 Highway 6 & 50. Space 0015<br>Grand Junction, CO 81505<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Metro North Shopping Center<br>1205 Se 16Th Court, Suite 200<br>Ankeny, IA 50021<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Metro S/C<br>4700 N University St<br>Peoria, IL 61614<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Meyerland Plaza<br>290 Meyerland Plaza<br>Houston, TX 77096<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Miami Valley Crossing<br>1256 E Ash St<br>Piqua, OH 45356<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mid Rivers<br>5610 Suemandy Rd<br>St Peters, MO 63376<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Middlesex Commons<br>43 Middlesex Tpke<br>Burlington, MA 01803<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Middleton Market Place<br>232A South Main St<br>Middleton, MA 01949<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Midlothian Towne Crossing<br> 2000 F.M. 663 St 500<br>Midlothian, TX 76065<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Midway Market Square<br>380 Market Drive<br>Elyria, OH 44035<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Midway Plaza<br>965 Central Park Ave<br>Scarsdale, NY 10583<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Milford Crossing<br>1405 Boston Post  Road<br>Milford, CT 06460<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Milford Plaza<br>91 Medway Rd Ste#3<br>Milford, MA 01757<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Millwood Pike<br>1092 Millwood Pike<br>Winchester, VA 22602<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Milwaukee Market Place<br>1085 N. Milwaukee St<br>Boise, ID 83704<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ming Retail Center<br>3010 Ming Ave<br>Bakersfield, CA 93304<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Minges Creek Plaza<br>5420 Beckley Road, Suite M<br>Battle Creek, MI 49015<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Miracle Village S/C<br>4069 Nw Logan Rd<br>Lincoln City, OR 97367<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mobile Festival Centre<br>3725 Airport Blvd, Unit 100-C<br>Mobile, AL 36608<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mohawk Market Place<br>2122 Marcola Rd<br>Springfield, OR 97477<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Molalla Avenue<br>1842 Molalla Ave<br>Oregon City, OR 97045<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Monroe Mall<br>2115 W. Roosevelt Blvd, Suite 111<br>Monroe, NC 28110<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Monte Vista Crossing<br>2717 Countryside Drive<br>Turlock, CA 95380<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Monterey Marketplace II<br>72765 Dinah Shore Dr<br>Rancho Mirage, CA 92270<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Montgomery Commons S/C<br>1200 Welsh Rd<br>North Wales, PA 19454<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Mooresville Consumer Square<br>221 Norman Station Blvd. Suite 2211<br>Mooresville, NC 28117<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Morganton Heights<br>E132 Morganton Heights Blvd<br>Morganton, NC 28655<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name: Jo-Ann Stores, LLC                                                Case Number: 25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Mount Vernon Plaza 510 East College Way Mount Vernon, WA 98273 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Muscatine Mall 1903 Park Avenue Muscatine, IA 52761 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Naper West Plaza 526 S State Route 59 Naperville, IL 60540 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Nashua Mall Plaza 31 Gusabel Avenue Nashua, NH 3063 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| New Hartford S/C 120 Genesee St New Hartford, NY 13413 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| New River Valley Center 145 Shoppers Way Christiansburg, VA 24073 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| New Towne Centre 44740 Ford Rd Canton, MI 48187 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| New Towne Mall 400 Mill Ave Se Suite 15 New Philadelphia, OH 44663 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Newington Park 2064 Woodbury Ave Ste 302 Newington, NH 03801 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Newnan Pavilion 1074 Bullsboro Drive, Unit #6 Newnan, GA 30265 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Newtown Shops on Main 5103 Main St. Williamsburg, VA 23188 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Niagara Square 2429 Military Rd Niagara Falls, NY 14304 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Norridge Marketplace 4514 N Harlem Ave Norridge, IL 60706 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Norriton Square S/C 45 E Germantown Pike Norristown, PA 19401 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Attleboro Marketplace 1360 South Washington St Unit 3 North Attleboro, MA 02760 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| North Lakeland Plaza 4241 Us Highway 98 N Lakeland, FL 33809 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Point Commons 965 N Point Dr Alpharetta, GA 30022 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Point Plaza 1150 Carlisle Street Suite #3 Hanover, PA 17331 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Pointe Centre N78 W14531 Appleton Ave Menomonee Falls, WI 53051 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Rock Road 3665 North Rock Road Wichita, KS 67226 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Valley S/C 8195 W Bell Rd Ste M-3 Peoria, AZ 85382 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| North Wilber Avenue 481 N Wilbur Ave Walla Walla, WA 99362 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northeast Sunset Blvd. 2823 Ne Sunset Blvd Renton, WA 98056 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northgate Mall 1600 Jackson St. Northgate Mall Tullahoma, TN 37388 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northgate Shopping Center 1082 N Main Street Spanish Fork, UT 84660 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northlake Commons 3942 Northlake Blvd West Palm Beach, FL 33403 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northpark Mall 101 N Range Line Road, Suite 354 Joplin, MO 64801 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northpointe Commons 10050 Two Notch Rd Ste 13 Columbia, SC 29223 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northtowne East 1001 N. Clinton St. Ste 01 Defiance, OH 43512 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northway Mall 1440 Central Ave Ste 2 Albany, NY 12205 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Northwest Plaza 1625 W Mcgalliard Rd Muncie, IN 47304 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Northwest Plaza 1910 N Saginaw Rd Midland, MI 48640 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Nugget Mall 8745 Glacier Hwy Juneau, AK 99801 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Nw 57Th Street 2217 Nw 57Th St Seattle, WA 98107 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Oak Pointe Plaza 4045 Commonwealth Ave Eau Claire, WI 54701 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Oak Valley Center 2897 Oak Valley Dr Ann Arbor, MI 48103 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Oakcreek Village S/C 4600 Chapel Hill Blvd Ste 8 Durham, NC 27707 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ohio Valley Mall 67800 Mall Ring Rd Unit 305 St. Clairsville, OH 43950 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Old Shrewsbury Village 1000 Boston Tpke Shrewsbury, MA 01545 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Oracle Wetmore 4380 N. Oracle Rd. Ste 150 Tucson, AZ 85705 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Orange Park Plaza 1411 N. Tustin Streets Orange, CA 92867 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Orange Tree Marketplace 1625 W Lugonia Avenue Redlands, CA 92374 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Orchards Market Center 11505 Ne Fourth Plain Blvd Ste 86 Vancouver, WA 98662 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Orlando Market 3379 Daniels Road Winter Garden, FL 34787 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Overland Park S/C 11401 Metcalf Ave Overland Park, KS 66210 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Overlook Village<br>80 South Tunnel Road Suite 30<br>Asheville, NC 28805<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Owensboro Towne Center<br>5241 Frederica St. Space #3<br>Owensboro, KY 42301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Packard Plaza<br>5656 S Packard Ave<br>Cudahy, WI 53110<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Palouse Mall<br>1854 W. Pullman Road<br>Moscow, ID 83843<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pan America Plaza<br>1711 E University Ave<br>Las Cruces, NM 88001<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Park & Shop<br>1675 B Willow Pass Road<br>Concord, CA 94520<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Park Central Shopping Center<br>3206 South Clack Drive<br>Abilene, TX 79606<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Park Plaza<br>2108 W 27Th Street<br>Lawrence, KS 66047<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Park Plaza<br>789 Hebron Rd<br>Heath, OH 43056<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Park West Place<br>10916-B Trinity Parkway<br>Stockton, CA 95219<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Parkview Plaza<br>838 Plaza Blvd<br>Lancaster, PA 17601<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Parkway Plaza<br>3120 Vestal Parkway East<br>Vestal, NY 13850<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Patuxent Crossing<br>22576 Macarthur Blvd Ste 300<br>California, MD 20619<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Paul Bunyan Mall<br>1401 Paul Bunyan Dr Nw Ste 60<br>Bemidji, MN 56601<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pavilions Centre<br>31523 Pacific Hwy S<br>Federal Way, WA 98003<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                     Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Peckham Square<br>3750 Kietzke Ln<br>Reno, NV 89502<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Peninsula Boardwalk<br>308 Walnut St<br>Redwood City, CA 94063<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Perring Plaza<br>1951 Joppa Road<br>Parkville, MD 21234<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Peru Mall<br>3940 Route 251 Suite A1<br>Peru, IL 61354<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pharr Town Center<br> 500 N. Jackson Rd<br>Pharr, TX 78577<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Phoenix Center<br>1976 Phoenix Center Drive<br>Washington, MO 63090<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pilgrim Place S/C<br>1406 Pilgrim Lane<br>Plymouth, IN 46563<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pine Tree Mall<br>2402 Roosevelt Road<br>Marinette, WI 54143<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pine Tree S/C<br>1064 Brighton Ave<br>Portland, ME 04102<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pioneer Crossing<br>61284 S Highway 97<br>Bend, OR 97702<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pittsburgh Mills<br>133 Pittsburgh Mills Circle<br>Tarentum, PA 15084<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Platte Purchase Plaza<br>2201 Nw Barry Road<br>Kansas City, MO 64154<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Plaza 20<br>2600 Dodge Street (Suite A-1)- Temp<br>Dubuque, IA 52003<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Plaza 41 (Former Holz Haus)<br>2725 West 41St Street<br>Sioux Falls, SD 57105<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Plaza At Buckland Hills<br>1440 Pleasant Valley Rd<br>Manchester, CT 06042<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Plaza At Citrus Park<br>12635 Citrus Plaza Dr<br>Tampa, FL 33625<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Plaza Farmington<br>3558 E Main St<br>Farmington, NM 87402<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Plaza Princessa S/C<br>3140 Cerrillos Rd Ste B<br>Santa Fe, NM 87507<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pleasant Hill Square<br>2255 Pleasant Hill Rd Ste 200<br>Duluth, GA 30096<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pleasant Valley S/C<br>3415 Pleasant Valley Blvd, Ste 78<br>Altoona, PA 16602<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pocatello Square<br>1790 Hurley Dr.<br>Pocatello, ID 83201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Point Loma Plaza<br>3633 Midway Dr<br>San Diego, CA 92110<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Polaris Towne Centre<br>1265 Polaris Pkwy<br>Columbus, OH 43240<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pompano Marketplace<br>1131 S Federal Hwy<br>Pompano Beach, FL 33062<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pony Village Mall<br>1611 Virginia Ave<br>North Bend, OR 97459<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Poplar Drive<br>2350 Poplar Dr<br>Medford, OR 97504<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Port Angeles Plaza<br>150 Port Angeles Plz<br>Port Angeles, WA 98362<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Portal Plaza<br>19765 Stevens Creek Blvd<br>Cupertino, CA 95014<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Porter Ranch Town Center<br>19819 Rinaldi St<br>Northridge, CA 91326<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Potter Village<br>1212 Oak Harbor Rd<br>Fremont, OH 43420<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                   Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Poughkeepsie Plaza Mall<br>2600 South Rd<br>Poughkeepsie, NY 12601<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Poway Center<br>12313 Poway Rd<br>Poway, CA 92064<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Power Center<br>1804 Macarthur Blvd<br>Alexandria, LA 71301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Presidential Commons<br>1630 Scenic Hwy N Ste O<br>Snellville, GA 30078<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Preston Forest S C<br>11700 Preston Rd #810<br>Dallas, TX 75230<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Price Plaza<br>1219 North Fry Road<br>Katy, TX 77449<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pride Center<br>22914 W Victory Blvd<br>Woodland Hills, CA 91367<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Primrose Market Place<br>3370 S Glenstone Ave<br>Springfield, MO 65804<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Prince William Square<br>14350 Smoke Town Rd<br>Woodbridge, VA 22192<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Providence Marketplace<br>401 S Mount Juliet Rd Ste 640<br>Mount Juliet, TN 37122<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pueblo Mall<br>3449 Dillon Dr<br>Pueblo, CO 81008<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Pullman Square<br>160 Pullman Sq<br>Butler, PA 16001<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Quakertown Plaza<br>1465 W Broad St  Ste 20<br>Quakertown, PA 18951<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Queen Creek Marketplace<br>21238 S. Ellsworth Loop Road<br>Queen Creek, AZ 85142<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Queensbury Plaza<br>756 Upper Glen St Ste 15<br>Queensbury, NY 12804<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Quincy Mall<br>425 N 32Nd St<br>Quincy, IL 62301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Raleigh Mall<br>4293 Robert C. Byrd Drive<br>Beckley, WV 25801<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Raley's Center<br>704 West Onstott Rd<br>Yuba City, CA 95991<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rayzor Ranch<br>2640 West University Dr<br>Denton, TX 76201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Regency Mall<br>1570 Oakland Ave<br>Indiana, PA 15701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Regency Mall<br>2629 S. Green Bay Road<br>Racine, WI 53406<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Renaissance Square<br>622 South Main Street<br>Cedar City, UT 84720<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Reynolds Plaza<br>2559 S Reynolds Rd<br>Toledo, OH 43614<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rib Mountain Drive<br>3300 Rib Mountain Dr<br>Wausau, WI 54401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Richmond Plaza<br>3435 Wrightsboro Road<br>Augusta, GA 30909<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ridgecrest Town Center<br>700 North China Lake Unit C<br>Ridgecrest, CA 93555<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ridgemar Town Square<br>1400 Green Oaks Rd<br>Fort Worth, TX 76116<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rio Hill SC<br>1774 Rio Hill Center<br>Charlottesville, VA 22901<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| River Park Plaza<br>8062 N Blackstone Ave<br>Fresno, CA 93720<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| River Ridge Mall<br>3405 Candlers Mountain Rd<br>Lynchburg, VA 24502<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Riverchase Promenade<br>1709 Montgomery Hwy S<br>Hoover, AL 35244<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rivercrest Centre<br>4917 Cal Sag Rd<br>Crestwood, IL 60445<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverdale Crossing<br>48 Route 23<br>Riverdale, NJ 07457<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverdale Plaza<br>1076 W Mercury Blvd<br>Hampton, VA 23666<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverdale Village<br>12779 Riverdale Blvd Nw<br>Coon Rapids, MN 55448<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverfront Plaza<br>2639 N. Elston Ave<br>Chicago, IL 60647<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rivers Edge Mall<br>401 Bernard St<br>Watertown, WI 53094<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverside Plaza<br>162 Clinton St # 2<br>Cortland, NY 13045<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverside Plaza<br>3635 Riverside Plaza Dr. Ste.240<br>Riverside, CA 92506<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverside Woodman Plaza<br>13730 Riverside Drive<br>Sherman Oaks, CA 91423<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverview Mall<br>2303 Miracle Mile Road<br>Bullhead City, AZ 86442<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Riverwalk Shopping Plaza<br>1632 S Federal Hwy<br>Boynton Beach, FL 33435<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Robinson Town Centre<br>1800 Park Manor Blvd Unit 5<br>Pittsburgh, PA 15205<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rochester Crossing<br>160 Washington St Ste 606<br>Rochester, NH 03839<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rochester Marketplace<br>3839 Marketplace Drive NW<br>Rochester, MN 55901<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Rockbridge Shopping Center<br>509 East Nifong<br>Columbia, MO 65201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rockridge Plaza<br>5217 82Nd St Unit 123<br>Lubbock, TX 79424<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Rockwell Plaza<br>8345 N. Rockwell Avenue<br>Oklahoma City, OK 73132<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Roseburg Marketplace<br>1438 Nw Garden Valley Blvd<br>Roseburg, OR 97471<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Roseland Center<br>3225 State Route 364<br>Canandaigua, NY 14424<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Ross Towne Center<br>7375 Mcknight Road<br>Pittsburgh, PA 15237<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Roxbury Mall<br>281-28 Rt 10E<br>Succasunna, NJ 07876<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Saddle Rock Village<br>7360 South Gartrell Road<br>Aurora, CO 80016<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Safeway SC<br>4950 Almaden Expy Ste 10<br>San Jose, CA 95118<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sagamore @ 26 Shopping Center<br>311 Sagamore Pkwy N<br>Lafayette, IN 47904<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Saginaw Square<br>2920 Tittabawassee Rd<br>Saginaw, MI 48604<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sahuarita Plaza<br>18785 S I-19 Frontage Rd, Suite 113<br>Green Valley, AZ 85614<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Salisbury Plaza<br>580 Old Country Rd<br>Westbury, NY 11590<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Santa Fe Square<br>965 S Gilbert Rd<br>Mesa, AZ 85204<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Santa Susana Plaza<br>2242 Tapo St<br>Simi Valley, CA 93063<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                           Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Santan Village Marketplace<br>2753 S. Market Street<br>Gilbert, AZ 85295<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Savannah Centre<br>7400 Abercorn St<br>Savannah, GA 31406<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sayville Plaza<br>5159 Sunrise Hwy<br>Bohemia, NY 11716<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Scottdale Plaza<br>1800 M-139 Unit A<br>Benton Harbor, MI 49022<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Scottsdale Center<br>206 S Promenade Blvd<br>Rogers, AR 72758<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Seaboard Commons<br>1120 Seaboard St<br>Myrtle Beach, SC 29577<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Seacoast S/C<br>270 Lafayette Rd Unit 8<br>Seabrook, NH 03874<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sequoia Plaza<br>3930 S. Mooney Blvd<br>Visalia, CA 93277<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Seven Corners Center<br>6320 Seven Corners Ctr<br>Falls Church, VA 22044<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shackleford Crossing<br>2616 S Shackleford Rd, Ste A<br>Little Rock, AR 72205<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shady Oaks Shopping Center<br>2405 Sw 27Th Ave<br>Ocala, FL 34471<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shawnee Mall<br>4901 N. Kickapoo Street<br>Shawnee, OK 74804<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shaw'S Plaza<br>300 New State Hwy<br>Raynham, MA 02767<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shelby Town Center<br>14367 Hall Rd<br>Shelby Township, MI 48315<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shelbyville Road Plaza<br>4600 Shelbyville Rd Ste 280<br>Louisville, KY 40207<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Sherman Commons<br>4127 N Hwy 75<br>Sherman, TX 75090<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shiloh Springs Plaza<br>5001 Salem Ave<br>Dayton, OH 45426<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shoe Carnival Towne Centre<br>929 N Green River Rd<br>Evansville, IN 47715<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shop Rite Plaza<br>143 Federal Rd<br>Brookfield, CT 06804<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shop Rite Plaza<br>774 Queen St.<br>Southington, CT 06489<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shopko Plaza<br>3131 N Montana Ave<br>Helena, MT 59602<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shoppes at Isla Verde<br>940 S State Road 7<br>Wellington, FL 33414<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shoppes at Paradise Key<br>4437 Commons Dr.<br>Destin, FL 32541<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shoppes at River Crossing<br>5080 Riverside Dr Ste 1300<br>Macon, GA 31210<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shoppes at University Center<br>8441 Cooper Creek Blvd<br>Bradenton, FL 34201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shoppes of West Melbourne<br>1537 W New Haven Ave<br>West Melbourne, FL 32904<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shopping At The Rose<br>2351 N Rose Ave<br>Oxnard, CA 93036<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shops @ Boardman Park<br>441 Boardman Poland Road<br>Youngstown, OH 44512<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shops at Arbor Walk<br>10515 N Mo Pac Expy Bldg 1<br>Austin, TX 78759<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shops At Avenue O<br>1522 3Rd St Sw<br>Winter Haven, FL 33880<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| Shops At Fox River<br>3310 Shoppers Drive<br>Mchenry, IL 60050<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shops At Soncy<br>3220 S Soncy Rd<br>Amarillo, TX 79124<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shops of Forest Hill<br>3150 Village Shops Drive (Temp)<br>Germantown, TN 38138<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Shrewsbury Plaza<br>1026 Broad St<br>Shrewsbury, NJ 07702<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Siegen Lane Marketplace<br>10545 South Mall Drive<br>Baton Rouge, LA 70809<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Silas Creek Crossing<br>3208 Silas Creek Parkway<br>Winston-Salem, NC 27103<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Silver Lake Mall<br>200 West Hanley Ave Suite 1101<br>Coeur D Alene, ID 83815<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Silver Nail S/C<br>2020 Silvernail Rd<br>Pewaukee, WI 53072<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Silverdale Plaza<br>2886 Nw Bucklin Hill Rd<br>Silverdale, WA 98383<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Skypark Plaza<br>2485 Notre Dame Blvd Ste 310<br>Chico, CA 95928<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Soldotna Plaza<br>35535 Kenai Spur Hwy<br>Soldotna, AK 99669<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sonora Crossroads<br>1151 Sanguinetti Road<br>Sonora, CA 95370<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South El Camino Real<br>1948 S El Camino Real<br>San Mateo, CA 94403<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South End S/C<br>1109 Maryland Ave<br>Hagerstown, MD 21740<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South Frisco Village<br>2930 Preston Rd Ste 800<br>Frisco, TX 75034<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                       Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| South Main Street<br>190 S Main St<br>Logan, UT 84321<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South Park Plaza<br>18921 Park Avenue Plz<br>Meadville, PA 16335<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South Plaza<br>4610 S Cleveland Ave<br>Fort Myers, FL 33907<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South Riordan Ranch Road<br>1514 S Riordan Ranch St<br>Flagstaff, AZ 86001<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South Towne Centre<br>2270 Miamisburg Centerville Rd<br>Dayton, OH 45459<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| South York Crossing<br>2136 S Queen St<br>York, PA 17403<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southaven Town Center<br>6535 Towne Center Crossing<br>Southaven, MS 38671<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southcenter Parkway<br>17501 Southcenter Pkwy<br>Tukwila, WA 98188<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southern Tier Crossing<br>1530 County Route 64<br>Horseheads, NY 14845<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southland Four Seasons<br>513 Clairton Blvd<br>Pittsburgh, PA 15236<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southland Plaza<br>2576 S Main St<br>Adrian, MI 49221<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southland S/C<br>6901 Pearl Rd<br>Middleburg Heights, OH 44130<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southpark Meadows<br>9500 S IH 35 Frontage Rd<br>Austin, TX 78748<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southtown Plaza<br>3333 W Henrietta Rd Ste 90<br>Rochester, NY 14623<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Southwest Commons<br>8601 W Cross Dr Unit Sm<br>Littleton, CO 80123<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Spring Creek Centre<br>3835 North Mall Ave<br>Fayetteville, AR 72703<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Springfield Plaza S/C<br>1608J Upper Valley Pike Ste C9<br>Springfield, OH 45504<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Springfield S/C<br>594 N Lexington Springmill Rd<br>Mansfield, OH 44906<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Square One Shopping Center<br>3563 Nw Federal Hwy<br>Jensen Beach, FL 34957<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| St Clair Plaza<br>15765 State Route 170 Ste 1<br>East Liverpool, OH 43920<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| St Johns Town Center<br>10261 River Marsh Drive Ste 149<br>Jacksonville, FL 32246<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Stadium Center<br>2210 Daniels St<br>Manteca, CA 95337<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Standiford Avenue<br>200 Standiford Ave<br>Modesto, CA 95350<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Staples Crossing S/C<br>5625 S Padre Island Dr # B<br>Corpus Christi, TX 78412<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| State Street Market<br>6360 E. State Street<br>Rockford, IL 61108<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sterling Lincoln Center<br>3201 East Lincolnway<br>Sterling, IL 61081<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Stillwater Avenue<br>710 Stillwater Ave<br>Bangor, ME 04401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Suburban Plaza<br>2655 N. Decatur Road<br>Decatur, GA 30033<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Suburban Plaza<br>505 Benner Pike<br>State College, PA 16801<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sugarland Crossing<br>47100 Community Plaza<br>Sterling, VA 20164<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                         Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Summit Town Center 7200 Peach St Unit 150 Erie, PA 16509 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sunmark Plaza 651 Marks St Henderson, NV 89014 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sunrise Village Shopping Center 5489 Sunrise Blvd Citrus Heights, CA 95610 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sunset Square 1125 E Sunset Dr Ste 125 Bellingham, WA 98226 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Susquehanna Valley Mall 1 Susquehanna Valley Mall Dr, D6 Selinsgrove, PA 17870 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sutters Creek Crossing 572 Sutter'S Creek Blvd Rocky Mount, NC 27804 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Sw 4Th Ave 2255 Sw 4Th Ave Ontario, OR 97914 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tamal Vista Blvd. 245 Tamal Vista Blvd Corte Madera, CA 94925 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tamarack Village 8208 Tamarack Vlg Woodbury, MN 55125 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Target At Kissimmee West 4801 W Irlo Bronson Memorial Hwy Kissimmee, FL 34746 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Target Place Plaza 2725 Harrison Ave Nw Ste 500 Olympia, WA 98502 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Target Plaza 200 S Main St Rt 12A West Lebanon, NH 03784 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Taylor Square S/C 2891 Taylor Rd Reynoldsburg, OH 43068 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tejas Center 725 E Villa Maria Rd  Ste 4100 Bryan, TX 77802 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tennant Station S/C 225 Tennant Sta Morgan Hill, CA 95037 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| The Auburn Mile 600 Brown Rd Auburn Hills, MI 48326 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Centre at Deane Hill 276 Morrell Road Knoxville, TN 37919 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Columns 1185 Vann Dr Jackson, TN 38305 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Court At Oxford Valley 320 Commerce Blvd Fairless Hills, PA 19030 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Crossings At Taylor 23877 Eureka Rd Taylor, MI 48180 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Crossroads of Taylorsville 5790 S Redwood Rd Taylorsville, UT 84123 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Esplanade At Butler Plaza 3202 Sw 35Th Blvd Gainesville, FL 32608 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Falls Centre 4412 Falls Of Neuse Rd Ste 101 Raleigh, NC 27609 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Family Center At Orem 172 E University Pkwy Orem, UT 84058 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Festival At Sawmill 2747 Festival Ln Dublin, OH 43017 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Fountains 801 South University Dr Suite 75 Plantation, FL 33324 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Greenery 7706 N Kendall Dr Miami, FL 33156 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Junction 6361 I-55 North Jackson, MS 39213 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Landings 4934 S Tamiami Trl Sarasota, FL 34231 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Marketplace 3271 Marketplace Drive  Suite: C1 Council Bluffs, IA 51501 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                  Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| The Marketplace at Centerra<br>1601 Fall River Drive<br>Loveland, CO 80538<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Pavillions<br>25 Ne Loop 410 Ste 114<br>San Antonio, TX 78216<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Plaza At Rockwall<br>1049 E. I.H. 30<br>Rockwall, TX 75087<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Riverview at Dobson<br>825 N Dobson Road<br>Mesa, AZ 85201<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shoppes At Centerpoint<br>3665 28Th St Se<br>Grand Rapids, MI 49512<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shoppes at Dove Creek<br>4908 State Hwy 30  Ste#8<br>Amsterdam, NY 12010<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shoppes At Geneva Commons<br>714 Commons Drive<br>Geneva, IL 60134<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shoppes at Naples Center<br>6424 Naples Blvd Suite 501<br>Naples, FL 34109<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shoppes Of Schererville<br>715 Us Highway 41<br>Schererville, IN 46375<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shoppes On Market<br>4644 W Market St<br>Greensboro, NC 27407<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Shops at Coventry<br>351 West Schuylkill Rd<br>Pottstown, PA 19465<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| The Village at Cumberland Park<br>8950 S Broadway Ave<br>Tyler, TX 75703<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Thunderbird Plaza<br>2701 S. College Ave. Unit 160<br>Fort Collins, CO 80525<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tieton Village S/C<br>3702 Tieton Dr<br>Yakima, WA 98902<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tifton Mall<br>612 Virginia Ave North<br>Tifton, GA 31794<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Tigard Shopping Plaza 11945 Sw Pacific Hyw Ste 250 Tigard, OR 97223 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| TJ Maxx Plaza 1746 E 3Rd St Williamsport, PA 17701 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| TJ Maxx Plaza 4340 13Th Ave S Ste 101 Fargo, ND 58103 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tollgate Plaza 615 Bel Air Rd Ste F Bel Air, MD 21014 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tops Plaza 2503B W State Street Olean, NY 14760 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Topsham Fair Mall 49 Topsham Fair Mall Rd Ste 17 Topsham, ME 04086 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Torrington Plaza 39 South Main St Torrington, CT 06790 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Totem Pole 7907 Ne Highway 99 Vancouver, WA 98665 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tower Shopping Center 2043 Colonial Ave Roanoke, VA 24015 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Town & Country S/C 1015 S Broadway Minot, ND 58701 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Town & Country SC 373 E Palatine Road Arlington Heights, IL 60004 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Town Center 1020 Stratford Road Moses Lake, WA 98837 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Town Center Plaza 120 N Entrance Road Sanford, FL 32771 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Town Center Square 10930 Foothill Blvd Rancho Cucamonga, CA 91730 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Town Fair Center 1224 James Ave Bedford, IN 47421 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Towne Center<br>2050 West University Dr Suite 250<br>Mc Kinney, TX 75070<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Towne Center At Fayetteville<br>330 Towne Center Dr<br>Fayetteville, NY 13066<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Towne Centre<br> 219 Towne Drive<br>Elizabethtown, KY 42701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Towne Centre<br>1923 Old Fort Pkwy<br>Murfreesboro, TN 37129<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Towne House Plaza<br>9901 Adams Ave<br>Huntington Beach, CA 92646<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Toy'S R'Us Plaza<br>6151 S Westnedge Ave<br>Portage, MI 49002<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Trademart Shopping Center<br>14569 N Us Highway 25 E, Unit 26<br>Corbin, KY 40701<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tradewinds S/C<br>6601 N. Davis Highway Ste 25<br>Pensacola, FL 32504<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Treble Cove Plaza<br>199 Boston Rd<br>North Billerica, MA 01862<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tri Valley Plaza<br>1325 E. Florence Blvd<br>Casa Grande, AZ 85122<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tri-County Plaza<br>1500 Canton Rd<br>Akron, OH 44312<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Tri-County Plaza<br>360 Tri County Ln<br>Belle Vernon, PA 15012<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Twenty-Fourth Avenue<br>4405 24Th Ave<br>Fort Gratiot, MI 48059<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Twin City Plaza<br>101 Twin City Mall<br>Crystal City, MO 63019<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Twin City S/C<br>700 Ocean Beach Hwy Ste 100<br>Longview, WA 98632<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                 Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Tyrone Corners SC 2500 66Th St N Saint Petersburg, FL 33710 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Union Plaza 10007 E 71st St Tulsa, OK 74133 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Center 3801 Old Seward Highway Anchorage, AK 99503 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Centre 352 S College Rd Ste 24 Wilmington, NC 28403 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Hills 2580 South Colorado Blvd Denver, CO 80222 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Mall 930 22Nd Avenue S. Brookings, SD 57006 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Oaks 201 University Oaks Blvd Round Rock, TX 78665 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Park S/C 1425 Scalp Ave, Space 110 Johnstown, PA 15904 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Plaza 2813 E Nettleton Avenue Jonesboro, AR 72401 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| University Plaza S/C 1332 E Main St Carbondale, IL 62901 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Un-Named Shopping Center 180 Se Neptune Drive, Suite A Warrenton, OR 97146 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Vacaville Commons 2051 Harbison Dr Vacaville, CA 95687 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Valley Court Shopping Center 9999 University Avenue Clive, IA 50325 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Valley Crossing 2102 Us Hwy 70 Se Hickory, NC 28602 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Valley Mall Parkway 300 Valley Mall Pkwy East Wenatchee, WA 98802 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                        Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Valley View Center S/C<br>3737 Carpenter Rd<br>Ypsilanti, MI 48197<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Venice Village<br>4143 Tamiami Trl S Bay 20<br>Venice, FL 34293<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Viking Plaza Mall<br>3015 Highway 29 South<br>Alexandria, MN 56308<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village At Collin Creek<br>700 Alma Dr<br>Plano, TX 75075<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village at Northshore<br>105 Northshore Blvd Suite 135<br>Slidell, LA 70460<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village At The Boulder<br>1260 Gail Gardner Way<br>Prescott, AZ 86305<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village Crossing<br>10400 Reading Rd<br>Evendale, OH 45241<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village Crossroads<br>540 N Us Hwy 441<br>Lady Lake, FL 32159<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village Mall<br>2917 North Vermillion Suite C17<br>Danville, IL 61832<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village Mall<br>436 Broadway<br>Methuen, MA 01844<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village Market Place<br>365 E Burleigh Blvd<br>Tavares, FL 32778<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village of Amelia<br>463877 State Road 200<br>Yulee, FL 32097<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village of Martinsville<br>240 Commonwealth Blvd W<br>Martinsville, VA 24112<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village Of Rivergate<br>2088 Gallatin Pike North<br>Madison, TN 37115<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village S/C<br>902 W Kimberly Rd Ste 41<br>Davenport, IA 52806<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                        Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Village Square<br>19 Clifton Country Rd<br>Clifton Park, NY 12065<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Village West Shopping Center<br>2981 West Florida Avenue (Unit G1)<br>Hemet, CA 92545<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Vincennes Plaza<br>630 Niblack Blvd # 6<br>Vincennes, IN 47591<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Volusia Plaza<br>2400 W International Spdwy Blvd<br>Daytona Beach, FL 32114<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Von Karmen Plaza<br>2170 Barranca Pkwy<br>Irvine, CA 92606<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Wal-Mart Plaza<br>3527 E Main St<br>Richmond, IN 47374<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Walpole Mall<br>96 Providence Highway<br>East Walpole, MA 02032<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Warrenton Center<br>251 W Lee Hwy Ste 659<br>Warrenton, VA 20186<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Washington Plaza<br>10030 East Washington Street<br>Indianapolis, IN 46229<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Waterford Lakes Town Center<br>825 N Alafaya Trail<br>Orlando, FL 32828<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Waterford North<br>1025 Veterans Pkwy<br>Clarksville, IN 47129<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Waterside Market Place<br>50809 Waterside Drive<br>Chesterfield, MI 48051<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Wegmans Plaza<br>2157 Penfield Rd<br>Penfield, NY 14526<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| West 63Rd Street<br>11215 West 63Rd Street<br>Shawnee, KS 66203<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| West Loop Shopping Center<br>1000 West Loop Place, Ste 120<br>Manhattan, KS 66502<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| West Oaks II<br>43570 W Oaks Dr # B-3<br>Novi, MI 48377<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| West Shore Plaza<br>1200 Market St<br>Lemoyne, PA 17043<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| West Side Mall<br>150 W Side Mall Ste 150<br>Edwardsville, PA 18704<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westchester Commons<br>125 Perimeter Dr<br>Midlothian, VA 23113<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westfield Wheaton Plaza<br>11160 Veirs Mill Road, Unit 180<br>Wheaton, MD 20902<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westford Valley Mkt<br>174 Littleton Rd<br>Westford, MA 01886<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westgate Crossing<br>660 Spartan Blvd.<br>Spartanburg, SC 29301<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westgate Mall<br>14136 Baxter Drive Suite 120<br>Brainerd, MN 56401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westgate Market<br>6930 W. Kellogg Drive<br>Wichita, KS 67209<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westgate S/C<br>375 W Main St Ste E<br>Woodland, CA 95695<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westlake Shopping Center<br>423 Westlake Center (Second Level)<br>Daly City, CA 94015<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westland Plaza<br>6741 Odana Road<br>Madison, WI 53719<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westland Shopping Center<br>3750 West Saginaw Street<br>Lansing, MI 48917<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westminster City Center<br>9250 Sheridan Blvd #200<br>Westminster, CO 80031<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westminster S/C<br>20 Englar Rd<br>Westminster, MD 21157<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Westridge Center<br>1425 N. Davis Road<br>Salinas, CA 93907<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westridge Plaza<br>1310 S Beach Blvd<br>La Habra, CA 90631<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Westside North Shopping Center<br>91 Westbank Expressway Ste 490<br>Gretna, LA 70053<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| White Lake Market Place<br>9052 Highland Road<br>White Lake, MI 48386<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| White Mountain Mall<br>2441 Foothill Blvd, Suite 5<br>Rock Springs, WY 82901<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Whitehall Plaza<br>3483 W 3Rd St<br>Bloomington, IN 47404<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| William D Tate Ave<br>1250 William D Tate Ave<br>Grapevine, TX 76051<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| William Penn Hwy<br>3700 William Penn Highway<br>Monroeville, PA 15146<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Willow Creek Crossing<br>500 Indianhead Drive<br>Mason City, IA 50401<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Willow Lake Crossing<br>2951 Watson Blvd<br>Warner Robins, GA 31093<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Willowchase Center<br>12918 Willow Chase Dr<br>Houston, TX 77070<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Wilshire Plaza<br>5612 Grape Rd<br>Mishawaka, IN 46545<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Wilshire Plaza<br>725 Veterans Blvd<br>Metairie, LA 70005<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Wisner Street Plaza<br>1099 N Wisner St<br>Jackson, MI 49202<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Witte Plaza<br>9960 Old Katy Rd<br>Houston, TX 77055<br>United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Wolf Creek Plaza 10521 S. 15Th Street Bellevue, NE 68123 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Woodlands Home Center 25415 Interstate 45 Ste D Spring, TX 77380 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Worcester Road 244 Worcester Rd Natick, MA 01760 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Wyoming Blvd Northeast 2240 Wyoming Blvd Ne Albuquerque, NM 87112 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Yarbrough Plaza 10501 Gateway Blvd W Bld 9 El Paso, TX 79925 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Yorktown Mall 3411 Hazelton Rd Edina, MN 55435 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Yosemite Park Mall 9090 East Phillips Place Centennial, CO 80112 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| Zane Plaza 1080 N Bridge St Chillicothe, OH 45601 United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| | | | **TOTAL** | $0.00 |
| | | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: Autumn Food and 9 Other Unpublished Works Copyright | Undetermined | Net Book Value | Undetermined |
| Copyright: Autumn Llama Just Here for the Candy and 9 Other Unpublished Works | Undetermined | Net Book Value | Undetermined |
| Copyright: Chick in Space Canvas, Bunny in Space Canvas, Happy Easter Canvas, Sweet Bunicorn Canvas, Too Hip, To Hop Canvas, Have a Super Easter Canvas, You're Eggstra Special! Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Foundation. | Undetermined | Net Book Value | Undetermined |
| Copyright: Hanging With My Squad Canvas, Happy Llamaween Canvas, You're FaBOOlous! Canvas, Halloween Is Meowgical Canvas, Monster Mash! Canvas, Trick or Treat Canvas, etc. | Undetermined | Net Book Value | Undetermined |
| Copyright: Job Aids | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Bow Wow Meow Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Dino Friends Canvas and Sticker Art Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Dino Friends Canvas, Little Makers Everyday Dino Friends Sticker Art | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Dinos on Skateboards Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Dinosaur and Robot Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Dinosaur Canvas, Little Makers Everyday Robot Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Donut and Fast Friends Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Donut Canvas, Little Makers Everyday Fast Friends Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Forest Friends Canvas and Sticker Art Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Forest Friends Canvas, Little Makers Everyday Forest Friends Sticker Art | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday I Love Dogs Canvas and Sticker Art Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday I Love Dogs Canvas, Little Makers Everyday I Love Dogs Sticker Art | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Mermaid and Friends Canvas and Sticker Art Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Mermaid and Friends Canvas, Little Makers Everyday Mermaid and Friends Sticker Art | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Robots and Gears Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Sweet Dreams and Yum Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Everyday Sweet Dreams Canvas, Little Makers Everyday Yum Canvas | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: Little Makers Fall – Hanging With My Squad Canvas and 9 Other Unpublished Works | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Fall – We Love Fall Canvas and 9 Other Unpublished Works | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Elves and Santa Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Elves Canvas, Little Makers Holiday Santa Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Sloth and Moose Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Sloth Canvas, Little Makers Holiday Moose Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Snow Globe and Camper Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Snow Globe Canvas, Little Makers Holiday Camper Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Snowman and Penguin Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Holiday Snowman Canvas, Little Makers Holiday Penguin Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Patriotic Cactus and Amerisaurus Rex Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Patriotic Cactus Canvas, Little Makers Patriotic Amerisaurus Rex Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Patriotic Mermaid and Americorns Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Patriotic Mermaid Canvas, Little Makers Patriotic Americorns Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Be Mine and Pirate Puppy Valentine Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Be Mine Canvas, Little Makers Spring Pirate Puppy Valentine Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Flowers and Bunnies Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Happy Easter to My Peeps and Spring Has Sprung Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Happy Easter to My Peeps Canvas, Little Makers Spring Spring Has Sprung Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Have a Hoppy Easter Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Holidays – Chick in Space Canvas and 6 Other Unpublished Works | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Holidays – Rainbow Caticorn Canvas and 5 Other Unpublished Works | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring My Peeps Canvas | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: Little Makers Spring Some Bunny and Chicks Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Some Bunny Canvas, Little Makers Spring Chicks Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Sunny Chicks with Flowers and Easter Egg Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Valentine Claw Some and Valentine Prrrrrrrrfect Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Spring Valentine Claw Some Canvas, Little Makers Spring Valentine Prrrrrrrrfect Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Adventure Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Adventure Owl Canvas, Little Makers Summer Adventure Bear Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Be Fearless Tiger Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Pure Magic Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Purr-Maid and Narwhal Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Purr-Maid Canvas, Little Makers Summer Narwhal Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Science and Space Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Science Canvas, Little Makers Summer Space Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Sharks Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Sharks Jaw-Some Canvas, Little Makers Summer Sharks Rock Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer S'more Fun Together Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Taco and Ice Cream Canvas Pair | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Taco Canvas, Little Makers Summer Ice Cream Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: Little Makers Summer Vibes Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Travel Fleur e Lis Beige | Undetermined | Net Book Value | Undetermined |
| Copyright: Manager-In-Training Learning System | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blender Blue Vine | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blender Blue Vine & 64 other titles | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blender Pink Vine | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: M'Liss Blender Yellow Vine | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blue on Light Blue Buds | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blue on White Buds | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blue on White Paisley | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blue Rose Vine Toile | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Blue Scroll Florals | Undetermined | Net Book Value | Undetermined |
| Copyright:   M'Liss Blue Tossed Flowers | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Calico Cats | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cat Paw Beige Multi | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cat Paw Burgundy Multi | Undetermined | Net Book Value | Undetermined |
| Copyright:   M'Liss Cat with Bags | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cats and Blocks | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cats with Flowers | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Black Metallic Floral | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Blue Medallion Paisley | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Blue Menswear | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Blue on White Damask Scroll | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Ditsy Floral with Metallic Scroll Ground | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Large Main Metallic Floral | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Morning Glory with Metallic | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Pink Scroll with Metallic | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Purple Small Metallic Scrolls | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Cotton Print Red Metallic Splatter Texture Cotton Print | Undetermined | Net Book Value | Undetermined |
| Copyright:  M'Liss Cotton Print Tulip with Metallic | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: M'Liss Garden Floral Bouquet | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Main Pattern | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Mini Packed Violets | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Packed Leaves | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Packed Zinnias | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Sunflower and Leaves | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Sunflower Stripe | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden Sunflowers | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden White and Blue Flowers | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Garden White Packed Flowers | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Kitty Cat with Mouse | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Meow Checkerboard | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Stripe with Cat Paws | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Tonal Blue Packed Floral | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Blue and White Floral | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Floral Main Pattern | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Floral Stripe | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Light Blue Floral With Vine | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Mini Packed Red Floral | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Orange Floral | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Traditional Yellow Floral with Vine | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Travel Around | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Travel Globe Beige | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Travel Globe Brown | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: M'Liss Travel Globe Rust | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Travel Stamps | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Travel Tags | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Daisy with Paisley | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Floral Vine with Paisley | Undetermined | Net Book Value | Undetermined |
| Copyright: .M'Liss Watercolor Flower Main Pattern | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Packed Leaves | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Packed Poppies | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Paisley Pink & Green | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Paisley Pink & Purple | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Pink Texture | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss Watercolor Stripe | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss White on Navy Buds | Undetermined | Net Book Value | Undetermined |
| Copyright: M'Liss World Travel | Undetermined | Net Book Value | Undetermined |
| Copyright: MTL | Undetermined | Net Book Value | Undetermined |
| Copyright: OTL (1) | Undetermined | Net Book Value | Undetermined |
| Copyright: OTL (2) | Undetermined | Net Book Value | Undetermined |
| Copyright: Patriotic Llama and 3 Other Unpublished Works Copyright | Undetermined | Net Book Value | Undetermined |
| Copyright: Rainbow Caticorn Canvas, Puppy Hearts Canvas, Love @ First Sight Canvas, Pizza My Heart Canvas, Wild about You! Canvas, You're One of a Kind! Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: RTL | Undetermined | Net Book Value | Undetermined |
| Copyright: Santa Letters Canvas, Santa with Presents Canvas, Peppermint Kisses Canvas, Candy Cane Wishes Canvas, Fa La La La Llama Canvas | Undetermined | Net Book Value | Undetermined |
| Copyright: STL | Undetermined | Net Book Value | Undetermined |
| Copyright: Summer Beach Vibes and 9 Other Unpublished Works Copyright | Undetermined | Net Book Value | Undetermined |
| Copyright: Summer Wildcat Purrrrfect and 1 Other Unpublished Works | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                        Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright: We Love Fall Canvas, Gobble Till You Wobble Canvas, Fall Friends Canvas, Bring on the Cuddle Weather Canvas, Happy Turkey Day! Canvas, Thankful for Sweet Treats! Canvas, Kitty and Friends Canvas, etc. | Undetermined | Net Book Value | Undetermined |
| Patent: Fabric Display Apparatus | Undetermined | Net Book Value | Undetermined |
| Patent: Image Projecting System and Methods | Undetermined | Net Book Value | Undetermined |
| Patent: Method of Formatting Sewing Patterns for paperless use | Undetermined | Net Book Value | Undetermined |
| Patent: Method of Projecting Sewing Pattern Pieces onto Fabric | Undetermined | Net Book Value | Undetermined |
| Patent: Method of Projecting Sewing Pattern Pieces onto Fabric – continuation filing | Undetermined | Net Book Value | Undetermined |
| Patent: Scrapbooking Work station | Undetermined | Net Book Value | Undetermined |
| Trademark: Artsmith (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Artsmith (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Big Twist | Undetermined | Net Book Value | Undetermined |
| Trademark: Big Twist (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Big Twist (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Bloom Room (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Bloom Room (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Creativebug | Undetermined | Net Book Value | Undetermined |
| Trademark: Creativebug (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Ditto (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Ditto (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Experience the Creativity (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Fabany (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Fabany (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Fabric Quarters (Fabric Quarter) (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Handmade Happy Hour (standard character / word mark) | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark: Handmade With JOANN (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Happy Value (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Happy Value (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Hildie & Jo (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: J Etc Ann (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JO ANN Fabric and Craft Stores (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JOANN (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JOANN (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JO-ANN (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JO-ANN Fabric and Craft Stores (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JO-ANN Fabrics (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Jo-Ann Fabrics and Crafts (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JOANN Handmade Happiness (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: JOANN Smiles (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Joann.Com (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Knit & Crochet (stylized / design mark only -no standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Lil Pop (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Lil Pop (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Lil Twist (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Lil Twist stylized / design mark | Undetermined | Net Book Value | Undetermined |
| Trademark: Make It-Give It | Undetermined | Net Book Value | Undetermined |
| Trademark: Park Lane (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Place & Time  (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Place & Time (standard character / word mark) | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                                    Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark: Place & Time Every Day (new stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Place & Time Every Day (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: POP! (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Quilter's Showcase (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Stir (stylized / design mark) (no standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Tails & Noses (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Tails & Noses (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Top Notch  (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Top Notch (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: Top Notch (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: We Got This (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: We Got This (stylized / design mark) | Undetermined | Net Book Value | Undetermined |
| Trademark: You Can Do It! (standard character / word mark) | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC                                                                                  Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| joannfabrics.uk.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabrics.com | Undetermined | Net Book Value | Undetermined |
| devphare.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabricsandcrafts.br.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabrics.br.com | Undetermined | Net Book Value | Undetermined |
| joannsfabrics.com | Undetermined | Net Book Value | Undetermined |
| joann.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabricsandcraftsstores.com | Undetermined | Net Book Value | Undetermined |
| joannstores.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabricsandcrafts.co.uk | Undetermined | Net Book Value | Undetermined |
| jo-annfabrics.uk.com | Undetermined | Net Book Value | Undetermined |
| joannfabric.com | Undetermined | Net Book Value | Undetermined |
| joannfabricscouponshub.com | Undetermined | Net Book Value | Undetermined |
| creativebug.com | Undetermined | Net Book Value | Undetermined |
| zibbet.com | Undetermined | Net Book Value | Undetermined |
| joannfabricsandcraftsstores.com | Undetermined | Net Book Value | Undetermined |
| joannfabrics.br.com | Undetermined | Net Book Value | Undetermined |
| nn.im | Undetermined | Net Book Value | Undetermined |
| xzibbet.com | Undetermined | Net Book Value | Undetermined |
| joannfabricsandcrafts.uk.com | Undetermined | Net Book Value | Undetermined |
| joannfabricsandcrafts.br.com | Undetermined | Net Book Value | Undetermined |
| j-nn.co | Undetermined | Net Book Value | Undetermined |
| jo-ann.br.com | Undetermined | Net Book Value | Undetermined |
| devzibbet.com | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                                      Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| joannfabrics.co.uk | Undetermined | Net Book Value | Undetermined |
| joann.plus | Undetermined | Net Book Value | Undetermined |
| jo-annfabricsandcrafts.ca | Undetermined | Net Book Value | Undetermined |
| jo-annfabric.com | Undetermined | Net Book Value | Undetermined |
| jo-annstores.info | Undetermined | Net Book Value | Undetermined |
| jo-annfabricsandcrafts.uk.com | Undetermined | Net Book Value | Undetermined |
| inspirationdirect.com | Undetermined | Net Book Value | Undetermined |
| stagingphare.com | Undetermined | Net Book Value | Undetermined |
| jo-ann.co.uk | Undetermined | Net Book Value | Undetermined |
| jo-annfabrics.co.uk | Undetermined | Net Book Value | Undetermined |
| joannfabricandcraftstores.com | Undetermined | Net Book Value | Undetermined |
| joann.br.com | Undetermined | Net Book Value | Undetermined |
| joannfabricsandcrafts.co.uk | Undetermined | Net Book Value | Undetermined |
| joannfabrics.com | Undetermined | Net Book Value | Undetermined |
| phare.com | Undetermined | Net Book Value | Undetermined |
| jo-annsfabrics.com | Undetermined | Net Book Value | Undetermined |
| jo-ann.com | Undetermined | Net Book Value | Undetermined |
| jo-ann.uk.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabrics.ca | Undetermined | Net Book Value | Undetermined |
| handmadewithjoann.com | Undetermined | Net Book Value | Undetermined |
| joannfabricsandcrafts.ca | Undetermined | Net Book Value | Undetermined |
| craftykite.com | Undetermined | Net Book Value | Undetermined |
| joann.info | Undetermined | Net Book Value | Undetermined |
| joann.uk.com | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| jo-annstores.com | Undetermined | Net Book Value | Undetermined |
| joannsmiles.com | Undetermined | Net Book Value | Undetermined |
| jo-annfabricandcraftstores.com | Undetermined | Net Book Value | Undetermined |
| joannplus.com | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Royalties | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Automobile Liability | Casualty | AS2-641-004362-124 | Undetermined |
| Crime Insurance | Financial & Professional Liability | BCCR-45001722-30 | Undetermined |
| Cyber Liability | Casualty | NRV30020485102 | Undetermined |
| Cyber Liability | Casualty | XCO-00013C9-01 | Undetermined |
| Cyber Liability | Casualty | 627-102977-4 | Undetermined |
| Directors & Officers Liability | Financial & Professional Liability | J016635374 | Undetermined |
| Directors & Officers Liability | Financial & Professional Liability (Runoff) | 596814485 | Undetermined |
| Directors & Officers Liability | Financial & Professional Liability (Runoff) | ELU188600-23 | Undetermined |
| Directors & Officers Liability (1st Excess) | Financial & Professional Liability | 04-880-20-18 | Undetermined |
| Directors & Officers Liability (1st Excess) | Financial & Professional Liability (Runoff) | 01-602-79-59 | Undetermined |
| Directors & Officers Liability (1st Excess) | Financial & Professional Liability (Runoff) | DOX30004691902 | Undetermined |
| Directors & Officers Liability (2nd) | Financial & Professional Liability | ADL30058996900 | Undetermined |
| Directors & Officers Liability (2nd) | Financial & Professional Liability (Runoff) | BPRO8091317 | Undetermined |
| Directors & Officers Liability (3rd) | Financial & Professional Liability (Runoff) | 02-840-25-44 | Undetermined |
| Directors & Officers Liability (4th) | Financial & Professional Liability (Runoff) | 652508926 | Undetermined |
| Directors & Officers Liability (5th) | Financial & Professional Liability (Runoff) | 0312-7766 | Undetermined |
| Directors & Officers Liability (6th) | Financial & Professional Liability (Runoff) | 02-834-88-81 | Undetermined |
| Directors & Officers Liability (7th) | Financial & Professional Liability (Runoff) | DONYACQUDB001 | Undetermined |
| Directors & Officers Liability (Excess Side-A DIC) | Financial & Professional Liability (Runoff) | P-000202616-01 | Undetermined |
| Directors & Officers Liability (Excess Side-A DIC) | Financial & Professional Liability (Runoff) | DOX30001896600 | Undetermined |
| Domestic Property Program | Property | PPR0176890-10 | Undetermined |
| Domestic Property Program | Property | US00101757PR24A | Undetermined |
| Domestic Property Program | Property | NAP 2004034 04 | Undetermined |
| Domestic Property Program | Property | 025031035 | Undetermined |

Debtor Name:  Jo-Ann Stores, LLC                                                          Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Domestic Property Program | Property | RP8P000021-241 | Undetermined |
| Domestic Property Program | Property | USP00080124 | Undetermined |
| Domestic Property Program | Property | 7092884122 | Undetermined |
| Excess Liability | Casualty | AXF 5608066-04 | Undetermined |
| Excess Liability | Casualty | CH24AXS899718IV | Undetermined |
| Excess Liability | Casualty | ECO2559561183 | Undetermined |
| Excess Liability | Casualty | EX3T84036924NF | Undetermined |
| Excess Liability | Casualty | FLX30058992500 | Undetermined |
| Excess Workers' Compensation & Excess Employer's Liability WI | Casualty | WC5-641-004362-154 | Undetermined |
| Excess Workers' Compensation & Excess Employer's Liability OH | Casualty | EW2-64N-004362-144 | Undetermined |
| Fiduciary Liability | Financial & Professional Liability | J016635374 | Undetermined |
| Fiduciary Liability | Financial & Professional Liability (Runoff) | 596814440 | Undetermined |
| Fiduciary Liability | Financial & Professional Liability (Runoff) | 02-834-88-79 | Undetermined |
| Fiduciary Liability (1st Excess) | Financial & Professional Liability | 04-880-20-20 | Undetermined |
| Foreign Liability Program | International | PST 62 338 0118 | Undetermined |
| General Liability | Casualty | EB5-641-004362-134 | Undetermined |
| Group Permanent Life Insurance | Group Life | 61036 | Undetermined |
| Marine Cargo (including War) | Property | OC212160 | Undetermined |
| Production Package | Casualty | UST023345240 | Undetermined |
| Special Accident | Financial & Professional Liability | U72085722 | Undetermined |
| Umbrella Liability | Casualty | CUE 5094951297 | Undetermined |
| Workers' Compensation & Employer's Liability AOS | Casualty | WA5-64D-004362-164 | Undetermined |
| **TOTAL** | | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC

Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Court No. 21-00052 | Declaratory judgment re: legality of Sec. 301 Tariffs | Undetermined | Undetermined |
| 4:23-cv-00558-AMM | Breach of Lease | Undetermined | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Jo-Ann Stores, LLC                                                                                   Case Number:  25-10072

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| Intercompany Receivable from Dittopatterns LLC | $1,861,074.55 |
| Intercompany Receivable from JOANN Ditto Holdings Inc. | $8,069,406.35 |
| Intercompany Receivable from Creative Tech Solutions LLC | $3,108,874.87 |
| Intercompany Receivable from Needle Holdings LLC | $15,187,975.22 |
| Intercompany Receivable from Creativebug, LLC | $2,028,188.27 |
| Intercompany Receivable from WeaveUp, Inc. | $8,933,448.61 |
| Intercompany Receivable from JAS Aviation, LLC | $357,928.08 |
| **TOTAL** | **$39,546,895.95** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Jo-Ann Stores, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-10072 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1**

**Creditor's name**
1903P LOAN AGENT, LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 109,860,928.00     $ Undetermined

**Creditor's mailing address**
ATTN: KYLE SHONAK
C/O GORDON BROTHERS GROUP LLC
800 BOYLSTON STREET
27TH FLOOR
BOSTON, MA 02199

**Describe the lien**
FILO Term Loan Facility

**Creditor's email address, if known**
kshonak@gordonbrothers.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
　　　See Schedule D Disclosures

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
Substantially all the assets and property of the borrowers and guarantors

$ Undetermined     $ Undetermined

**Creditor's mailing address**
ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**
Guarantor - In connection with Letter of Credit 1261276, in the amount of $200,000 Lumbermens Mutual Casualty Co.

**Creditor's email address, if known**
courtney.kolb@bofa.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　　　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 441,433,084.00

+ Undetermined Amounts

Debtor    Jo-Ann Stores, LLC

Case number (If known):    25-10072

Name

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

Guarantor - In connection with Letter of Credit 1261281, in the amount of $620,000 Liberty Mutual Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

Guarantor - In connection with Letter of Credit 64027601, in the amount of $360,000 Zurich American Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Jo-Ann Stores, LLC
         Name                                                    Case number (If known):   25-10072

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** | **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

Guarantor - In connection with Letter of Credit 64027603, in the amount of $278,000 Southern California Edison

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** | **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

Guarantor - In connection with Letter of Credit 64027606, in the amount of $2,612,295 Arch Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Jo-Ann Stores, LLC
Name

Case number (If known):   25-10072

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7** | **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

Guarantor - In connection with Letter of Credit 68091418, in the amount of $1,200,000 Ohio Bureau of Workers Comp

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8** | **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

Guarantor - In connection with Letter of Credit 68091419, in the amount of $6,038,976 US Customs / Various Utilities

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

BANK OF AMERICA, N.A.

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

**Describe the lien**

Guarantor - In connection with Letter of Credit 68091420, in the amount of $8,300,000 Liberty Mutual Insurance Company

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

$ _____ Undetermined  $ _____ Undetermined

---

**2.10**

**Creditor's name**

BANK OF AMERICA, N.A.

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

**Describe the lien**

Guarantor - In connection with Letter of Credit 68091421, in the amount of $1,250,000 Exeter Route 40 Land, LLC

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

$ _____ Undetermined  $ _____ Undetermined

---

Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 1261276, in the amount of $200,000
Lumbermens Mutual Casualty Co.

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.12**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 1261281, in the amount of $620,000
Liberty Mutual Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):   25-10072

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.13** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 64027601, in the amount of $360,000 Zurich American Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.14** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 64027603, in the amount of $278,000 Southern California Edison

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Jo-Ann Stores, LLC

      Name

Case number (If known):  25-10072

---

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 64027606, in the amount of $2,612,295 Arch Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.16**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 68091418, in the amount of $1,200,000 Ohio Bureau of Workers Comp

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Jo-Ann Stores, LLC
          Name                                                    Case number (If known):    25-10072

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.17**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 68091419, in the amount of $6,038,976 US Customs / Various Utilities

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.18**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 68091420, in the amount of $8,300,000 Liberty Mutual Insurance Company

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Part 1: | Additional Page | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.19**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

Substantially all the assets and property of the borrowers and guarantors

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

In connection with Letter of Credit 68091421, in the amount of $1,250,000 Exeter Route 40 Land, LLC

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.20**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ 331,572,156.00    $ _____ Undetermined

**Creditor's mailing address**

ATTN: COURTNEY KOLB
100 FEDERAL STREET
BOSTON, MA 02110

**Describe the lien**

JOANN ABL Facility

**Creditor's email address, if known**

courtney.kolb@bofa.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     See Schedule D Disclosures

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Jo-Ann Stores, LLC

Case number (If known):   25-10072

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.21**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

100 FEDERAL STREET
9TH FLOOR
BOSTON, MA 02110

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00148806297 dated 03/17/2011

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.22**

**Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

100 FEDERAL STREET
9TH FLOOR
BOSTON, MA 02110

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00281244893 dated 04/30/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor   Jo-Ann Stores, LLC
         Name

Case number (If known):   25-10072

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.23**

**Creditor's name**

DE LAGE LANDEN FINANCIAL SERVICES, INC.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$        Undetermined   $        Undetermined

**Creditor's mailing address**

1111 OLD EAGE SCHOOL ROAD
WAYNE, PA 19087

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00217833824 dated 01/02/2018

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.24**

**Creditor's name**

DE LAGE LANDEN FINANCIAL SERVICES, INC.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$        Undetermined   $        Undetermined

**Creditor's mailing address**

1111 OLD EAGE SCHOOL ROAD
WAYNE, PA 19087

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00231765372 dated 06/19/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.25**

**Creditor's name**

EUROGRAPHICS INC.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$    Undetermined  $    Undetermined

**Creditor's mailing address**

9105 SALLEY
MONTREAL, QC H8R2C8
CANADA

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00280007183 dated 03/13/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.26**

**Creditor's name**

HEWLETT-PACKARD FINANCIAL SERVICES
COMPANY

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$    Undetermined  $    Undetermined

**Creditor's mailing address**

200 CONNELL DRIVE
BERKELEY HEIGHTS, NJ 07922

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00258456772 dated 12/02/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.27**  **Creditor's name**
IG DESIGN GROUP AMERICAS, INC.

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**
5555 GLENRIDGE CONNECTOR
SUITE 300
ATLANTA, GA 30342

**Describe the lien**
UCC Lien Claim - As provided in UCC File Number
OH00272101476 dated 04/13/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.28**  **Creditor's name**
IG DESIGN GROUP AMERICAS, INC.

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**
5555 GLENRIDGE CONNECTOR
SUITE 300
ATLANTA, GA 30342

**Describe the lien**
UCC Lien Claim - As provided in UCC File Number
OH00272102933 dated 04/13/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.29**

**Creditor's name**

PEOPLE'S CAPITAL AND LEASING CORP.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

850 MAIN STREET, BC-03
BEIDGEPORT, CT 06604

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00249742869 dated 02/02/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.30**

**Creditor's name**

SIMPLICITY PATTERN CO., INC.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

261 MADISON AVENUE
4TH FLOOR
NEW YORK, NY 10016

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00272102933 dated 04/13/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|--------|--------------------|----|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.31** | **Creditor's name**

THE MCCALL PATTERN COMPANY, INC.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

120 BROADWAY - 34TH FLOOR
SUITE 300
NEW YORK, NY 10271

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number OH00272101476 dated 04/13/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.32** | **Creditor's name**

TRENDS INTERNATIONAL, LLC

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

5188 WEST 74TH STREET
INDIANAPOLIS, IA 46268

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number OH00276023999 dated 09/20/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Jo-Ann Stores, LLC                                          Case number (If known):   25-10072
          Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Column A — **Amount of Claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.33**

**Creditor's name**

WELLS FARGO BANK, N.A.

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

800 WALNUT STREET
F0005-044
DES MOINES, IA 50309

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number OH00255155589 dated 08/03/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.34**

**Creditor's name**

WEST BROADWAY DISTRIBUTION SERVICES, LLC

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

5520 PGA BLVD.
SUITE 212
PALM BEACH GARDENS, FL 33418

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number OH00277551070 dated 11/27/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor    Jo-Ann Stores, LLC                                                Case number (If known):    25-10072
              Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.35** | **Creditor's name**

WILMINGTON SAVINGS FUND SOCIETY, FSB

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: PATRICK HEALY, SENIOR VICE
PRESIDENT, GLOBAL CAPITAL MARKETS
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801

**Describe the lien**

Guarantor of JOANN Term Loan Facility

**Creditor's email address, if known**

Phealy@wsfbank.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative
priority?

☑ No. Specify each creditor, including this
creditor, and its relative priority.

See Schedule D Disclosures

☐ Yes. The relative priority of creditors is
specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.36** | **Creditor's name**

WILMINGTON SAVINGS FUND SOCIETY, FSB

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

500 DELAWARE AVE
11TH FLOOR
WILMINGTON, DE 19801

**Describe the lien**

UCC Lien Claim - As provided in UCC File Number
OH00281258175 dated 04/30/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative
priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Jo-Ann Stores, LLC | Case number (if known): | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Jo-Ann Stores, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10072 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>CHRISTOPHER DITULLIO<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Employee Severance | $ 765,000.00 | $ 15,150.00 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address**<br>JAMES HORTON<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Employee Severance | $ 33,722.00 | $ 15,150.00 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address**<br>JON HEPLER<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Employee Severance | $ 46,882.00 | $ 15,150.00 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* 25-10072 |
|---|---|---|
| | Name | |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address**<br>KEVIN BEEGLE<br>ADDRESS ON FILE | | $ 96,239.00 | $ 15,150.00 |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Severance

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.5 | **Priority creditor's name and mailing address**<br>SCOTT SEKELLA<br>ADDRESS ON FILE | | $ 616,365.00 | $ 15,150.00 |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Severance

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.6 | **Priority creditor's name and mailing address**<br>STEPHEN KUZEMCHAK<br>ADDRESS ON FILE | | $ 15,651.00 | $ 15,150.00 |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Severance

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.7 | **Priority creditor's name and mailing address**<br>WILLIAM HANSEN<br>ADDRESS ON FILE | | $ 17,222.00 | $ 15,150.00 |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Severance

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* 25-10072 |
|---|---|---|
| | Name | |

<table>
<tr><td><strong>Part 1:</strong></td><td colspan="3"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.8 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CITY OF GRAND JUNCTION
PO BOX 2088
GRAND JUNCTION, CO 81502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Tax Audit

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.9 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

MINNESOTA DEPARTMENT OF REVENUE
600 NORTH ROBERT ST
ST. PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Tax Audit

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.10 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
OFFICE OF CHIEF COUNSEL
PO BOX 281061
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Tax Audit

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.11 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

RHODE ISLAND DEPARTMENT OF REVENUE
ONE CAPITOL HILL
PROVIDENCE, RI 02908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Tax Audit

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Jo-Ann Stores, LLC
          Name                                                    Case number *(if known)* 25-10072

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

---

**2.12  Priority creditor's name and mailing address**

STATE OF CONNECTICUT
BUREAU OF ELEVATORS
450 COLUMBUS BLVD #1303
HARTFORD, CT 06103

$ __Undetermined__          $ __Undetermined__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Tax Audit

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.13  Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149354
AUSTIN, TX 78714-9354

$ __Undetermined__          $ __Undetermined__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Tax Audit

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.14  Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.15  Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) 25-10068 |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1    Nonpriority creditor's name and mailing address**
1000 BOSTON TURNPIKE LLC
139 FRONT STREET
FALL RIVER, MA 02721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**$ 16,785.00**

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2    Nonpriority creditor's name and mailing address**
1645 N SPRING STREET LLC
718 PARK AVENUE
BEAVER DAM, WI 53916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**$ 5,742.52**

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3    Nonpriority creditor's name and mailing address**
1943 HOLDINGS LLC
ATTN: IRG REALTY ADVISORS LLC
4020 KINROSS LAKES PKWY, #200
RICHFIELD, OH 44286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**$ 184,025.80**

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4    Nonpriority creditor's name and mailing address**
245 TAMAL VISTA BLVD PARTNERS LP
104 TIBURON BLVD., STE 100
MILL VALLEY, CA 94941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**$ 27,733.25**

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5    Nonpriority creditor's name and mailing address**
3M COMPANY
BLDG. 223-5S-07
P.O. BOX 33223
SAINT PAUL, MN 55133-3223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$ 561,782.70**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6    Nonpriority creditor's name and mailing address**
4107 TELEGRAPH LLC
1995 BALMORAL DRIVE
DETROIT, MI 48203-1403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**$ 11,290.32**

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Jo-Ann Stores, LLC

Name                                                    Case number (if known)    25-10072

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.7**    **Nonpriority creditor's name and mailing address**

4405 MILESTRIP HD LESSEE LLC
PO BOX 825131
PHILADELPHIA, PA 19182-5131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    33,779.08

---

**3.8**    **Nonpriority creditor's name and mailing address**

4908 ASSOCIATES LLC
C/O PLATFORM MGMT GROUP LLC
14 CORPORATE WOODS BLVD #100
ALBANY, NY 12211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,630.65

---

**3.9**    **Nonpriority creditor's name and mailing address**

5-MILE INVESTMENT CO
C/O STEJER DEVELOPMENT LLC
PO BOX 9368
SPOKANE, WA 99209-9368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,815.59

---

**3.10**    **Nonpriority creditor's name and mailing address**

86 LLC
MATTER MEDIA GROUP
527 W. 7TH STREET,  STE. 607
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,000.00

---

**3.11**    **Nonpriority creditor's name and mailing address**

9395 CH LLC
C/O 1551 NFB LLC
PO BOX 713201
PHILADELPHIA, PA 19171-3201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    22,913.41

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

A W FABER CASTELL USA INC
9450 ALLEN DRIVE
CLEVELAND, OH 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                92,272.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

A+ QUALITY SERVICES INC
DBA A+ FIX IT SERVICES
PO BOX 26
DELAND, FL 32721-0026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              193,080.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

AAA COOPER TRANSPORTATION
PO BOX  935003
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                80,217.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

AB EXPORTS
LASANI PULLI, NEAR KHAYABAN GARDENS
SERGODHA ROAD
FAISALABAD
PUNJAB, 38000
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            2,098,904.36

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

ABCWUA
1441 MISSION AVE. NE
ALBUQUERQUE, NM 87107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 1,195.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ABEQUIN C. ZAMORA
C/O HAMED YAZDANPANAH & ASSOCIATES
ATTN: HAMED YAZDANPANAH
8235 SANTA MONICA BLVD.
SUITE 300
WEST HOLLYWOOD, CA 90046

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 23STCV20459

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 309.25 |
|---|---|---|---|

ABSOLUTE FIRE PROTECT SERV INC
2300 W. COPANS RD. #3
POMPANO BEACH, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,054.61 |
|---|---|---|---|

ACADIA STRATEGIC OPPORTUNITY FUND V
NEW TOWNE CTR OWN LLC 0334-006070
PO BOX 0575
BRIDGEPORT, CT 06601-0575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 109.80 |
|---|---|---|---|

ACC WATER BUSINESS
124 HANCOCK AVENUE
ATHENS, GA 30601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74,583.85 |
|---|---|---|---|

ACCORDION PARTNERS LLC
1 VANDERBILT AVE.
FLOOR 24
NEW YORK, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 11,528.96 |
|---|---|---|---|---|

ACCRUENT LLC
PO BOX 679881
DALLAS, TX 75267-9881

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 148,617.48 |
|---|---|---|---|---|

ACCUQUILT LLC
8843 S 137TH CIR
OMAHA, NE 68138

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 248,825.03 |
|---|---|---|---|---|

ACME UNITED CORPORATION
1 WATERVIEW DRIVE
SHELTON, CT 06484

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 5,546.13 |
|---|---|---|---|---|

ACS HOLDINGS LLC
ACS REYNOLDS PLAZA OH LLC
350 PINE ST, STE 800
BEAUMONT, TX 77701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 4,900.13 |
|---|---|---|---|---|

ACTIVA PRODUCTS INC
8900 FM 1998
MARSHALL, TX 75672

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 4,698.00 |
|---|---|---|---|---|

ACUITIVE SOLUTIONS LLC
7730 STRATHMOORE ROAD
DUBLIN, OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 265,115.06 |

ADHESIVE TECHNOLOGIES
3 MERRILL INDUSTRIAL DRIVE
HAMPTON, NH 03842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 92,740.77 |

ADP TAX CREDIT SERVICES INC
PO BOX  830272
PHILADELPHIA, PA 19182-0272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,333.21 |

ADSG INC
DBA ACCENT WESTERN
PO BOX 676029
DALLAS, TX 75267-6029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,037.09 |

ADSWERVE INC
PO BOX 669258
DALLAS, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

ADVANCED CARTS INC
4160 NW 1ST AVENUE  #18
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 423,055.97

---

**3.33** | **Nonpriority creditor's name and mailing address**

ADVANTUS CORP
DBA WYLA
12276 SAN JOSE BLVD BLDG 618
JACKSONVILLE, FL 32223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 560,954.47

---

**3.34** | **Nonpriority creditor's name and mailing address**

ADVANTUS CORP
DBA WYLA
12276 SAN JOSE BLVD BLDG 618
JACKSONVILLE, FL 32223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 266,025.87

---

**3.35** | **Nonpriority creditor's name and mailing address**

ADVANTUS CORP / SULYN INDUSTRIES
12276 SAN JOSE BLVD BLDG 618
JACKSONVILLE, FL 32223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 229,142.99

---

**3.36** | **Nonpriority creditor's name and mailing address**

ADVANTUS CORP/WYLA
HUAYANG VILLAGE
LUFENG AV
JINFENG TOWN
FUZHOU CITY, 350211
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 878,105.34

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

AEL&P (ALASKA ELECTRIC LIGHT & POWER)
5601 TONSGARD COURT
JUNEAU, AK 99801-7201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,922.49

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

AEP - APPALACHIAN POWER
500 LEE ST E
CHARLESTON, WV 25301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 50.01

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

AES INDIANA
1 MONUMENT CIR
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 9,173.87

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

AES OHIO
1065 WOODMAN DRIVE
DAYTON, OH 45432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,873.16

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

AEW CORE PROPERTY TRUST -US- INC
CPT RIVERSIDE PLAZA LLC C/O VESTAR
PO BOX 30412
TAMPA, FL 33630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 11,140.17

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 9,012.50 |
|---|---|---|---|
| | AG CONTAINER TRANSPORT LLC<br>PAPPAS TRUCKING<br>PO BOX  268<br>LOCKBOURNE, OH 43137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 17,790.96 |
|---|---|---|---|
| | AGILENCE, INC.<br>1020 BRIGGS ROAD,  STE. 110<br>MOUNT LAUREL, NJ 08054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 263,523.32 |
|---|---|---|---|
| | AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 60.44 |
|---|---|---|---|
| | AIRGAS INC<br>DBA AIRGAS USA, LLC<br>PO  BOX  734445<br>CHICAGO, IL 60673-4445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,171,997.89 |
|---|---|---|---|
| | AIRTEX INDUSTRIES INC<br>C/O FEDERAL FOAM TECHNOLOGIES INC<br>600 WISCONSIN DRIVE<br>NEW RICHMOND, WI 54017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

AKAMAI TECHNOLOGIES INC
PO BOX 26590
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,502.43

---

**3.48** | **Nonpriority creditor's name and mailing address**

AKG SQUARED LLC
DBA DAMASK LOVE
951 BRICKELL AVE #911
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,000.00

---

**3.49** | **Nonpriority creditor's name and mailing address**

AKRON CENTER ASSOCIATES LLC
C/O COLLIERS INTERNATIONAL
425 WALNUT STREET, STE 1200
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,145.16

---

**3.50** | **Nonpriority creditor's name and mailing address**

AKRON CHILDREN'S HOSPITAL
ONE PERKINS SQUARE
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.51** | **Nonpriority creditor's name and mailing address**

ALABAMA POWER
600 18TH ST N
BIRMINGHAM, AL 35203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,251.56

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

ALANA DENNIS
C/O FRAN MURPHY LAW
ATTN: FRANCES MURPHY
27735 JEFFERSON AVE.
SAINT CLAIR, MI 48081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.53** **Nonpriority creditor's name and mailing address**

ALASKA SELECT INN MOTEL, INC.
3451 PALMDALE DRIVE
WASILLA, AK 99654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 457.80

---

**3.54** **Nonpriority creditor's name and mailing address**

ALBANY POLICE DEPT
CITY OF ALBANY
2600 PACIFIC BLVD SW
ALBANY, OR 97321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.00

---

**3.55** **Nonpriority creditor's name and mailing address**

ALBEMARLE COUNTY SERVICE AUTHORITY
168 SPOTNAP RD
CHARLOTTESVILLE, VA 22911-8690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 160.47

---

**3.56** **Nonpriority creditor's name and mailing address**

ALBRECHT INC
PO BOX 1714
AKRON, OH 44309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,886.91

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

ALETHEA HARAMPOLIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 26.31

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

ALEXANDER HENRY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 42,283.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

ALEXIS CHAPMAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation

$ Undetermined

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

ALICIA DE LA TORRE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation

$ Undetermined

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

ALLIANCE SALES & MARKETING
UNIT 1205-1208 12/F, TEXWOOD PLAZA
KWUN TONG, KOWLOON,
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ Undetermined

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 9,081.34 |
|---|---|---|---|---|

ALLIANT ENERGY/IPL
4902 N. BILTMORE LANE
MADISON, WI 53718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,783.50 |
|---|---|---|---|---|

ALLIANT ENERGY/WPL
4902 N. BILTMORE LANE
MADISON, WI 53718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 283,244.53 |
|---|---|---|---|---|

ALLIED PRODUCTS CORPORATION
SPRINGBOK PUZZLES
1420 KANSAS AVENUE
KANSAS CITY, MO 64127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

ALLISON BLANK
C/O THE LAW OFFICES OF JIBRAEL S.
ATTN: GERALD D. LANE JR., ESQ.
110 SE 6TH ST
17TH FLOOR
FORT LAUDERDALE, FL 33301

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 5:24 cv 02556 SHK

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

ALLISON HOPKINS
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | | |
|---|---|---|---|
| **3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,350.00 |
| | ALLISON KATHLEEN FERDINAND<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| | ALLYSON BRENNAN<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Workers Compensation | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
| | ALLYSON DURK<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,833.39 |
| | ALMADEN PROPERTIES LLC<br>5353 ALMADEN EXPRESSWAY STE 49<br>SAN JOSE, CA 95118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,040.02 |
| | ALP UTILITIES<br>316 FILLMORE ST<br>ALEXANDRIA, MN 56308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address**

ALPENA POWER COMPANY
401 N NINTH AVENUE
ALPENA, MI 49707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 777.74

---

**3.73** | **Nonpriority creditor's name and mailing address**

ALTO CONYERS PLAZA LP
PO BOX 841818
BOSTON, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,185.80

---

**3.74** | **Nonpriority creditor's name and mailing address**

ALTO SYSTEMS INC
2867 SURVEYOR STREET
POMONA, CA 91768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106.07

---

**3.75** | **Nonpriority creditor's name and mailing address**

ALWIN HELLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.76** | **Nonpriority creditor's name and mailing address**

AMACO-AMERICAN ART CLAY CO
6060 GUION ROAD
INDIANAPOLIS, IN 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,478.32

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AMANDA CATERSON
ADDRESS ON FILE

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.59 |
|---|---|---|---|

AMANDA LEEANN BROWN
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AMANDA PIKE
ADDRESS ON FILE

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,815.09 |
|---|---|---|---|

AMAZON CAPITAL SERVICES
AMAZON.COM LLC
PO BOX  035184
SEATTLE, WA 98124-5184

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43.07 |
|---|---|---|---|

AMAZON WEB SERVICES INC
PO BOX 84023
SEATTLE, WA 98124-8423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

AMER REALTY CAP RET OP PTRSHIP LP
DACA- ARC NLLKLFL001 LLC
P.O. BOX 74602
CLEVELAND, OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 7,916.79

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

AMEREN ILLINOIS
300 LIBERTY
PEORIA, IL 61602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,484.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

AMEREN MISSOURI
1901 CHOUTEAU AVENUE
ST. LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,422.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

AMERICAN & EFIRD LLC
PO BOX 507
MOUNT HOLLY, NC 28120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 149,441.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

AMERICAN CRAFTS
588 WEST 400 SOUTH SUITE 300
LINDON, UT 84042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,647,246.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

AMERICAN CRAFTS LC
588 WEST 400 SOUTH SUITE 300
NINGBO CITY, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,699,408.82

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

AMERICAN ELECTRIC POWER/24002
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 182.88

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

AMERICAN FAST FREIGHT INC
PO BOX 101833
PASADENA, CA 91189-1833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60,316.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

AMERICAN FINANCE OPER PARTNERSHIP L
ARG BHCLMSC001 LLC
PO BOX 74703
CLEVELAND, OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,137.16

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

AMERICAN FOOD & VENDING
124 METROPOLITAN PARK  DR.
LIVERPOOL, NY 13088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,423.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.92**   **Nonpriority creditor's name and mailing address**

AMERICAN INDUSTRIES INC
DBA HEDINGER GROUP
5440 SW WESTGATE DR, #250
PORTLAND, OR 97221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    11,969.00

---

**3.93**   **Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL INDUSTRIES
2220 GASPAR AVENUE
LOS ANGELES, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    112,635.13

---

**3.94**   **Nonpriority creditor's name and mailing address**

AMERICAN NEWS COMPANY LLC
DBA ANC
1955 LAKE PARK DRIVE, SUITE 400
SMYRNA, GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    371,323.13

---

**3.95**   **Nonpriority creditor's name and mailing address**

AMERICAN OAK PRESERVING CO INC
PO BOX 187
NORTH JUDSON, IN 46366

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    279,426.60

---

**3.96**   **Nonpriority creditor's name and mailing address**

AMERICAN REALTY CAP RET OP PART LP
ARC CLORLFL001 LLC, ATTN: RTL ACCOU
38 WASHINGTON SQUARE
NEWPORT, RI 02840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    18,170.79

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.97 Nonpriority creditor's name and mailing address**

AMERICAN REALTY CAPITAL RETAIL OPER
C/O DACA- ARC SMWMBFL001 LLC
P.O. BOX 74544
CLEVELAND, OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 20,270.43

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98 Nonpriority creditor's name and mailing address**

AMERICAN TOMBOW INC
355 SATELLITE BLVD NE SUITE 300
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 157,234.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99 Nonpriority creditor's name and mailing address**

AMERICAN TRAILER RENTAL GRP LLC
ADVANTAGE TRAILER RENTALS LLC
PO BOX 772320
DETROIT, MI 48277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,647.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 Nonpriority creditor's name and mailing address**

AMERICAS CART SERVICE
ACCOUNTING- PENNY HRTANEK
3057 E. ROLAND STREET
MESA, AZ 85213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 132.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 Nonpriority creditor's name and mailing address**

AMES MUNICIPAL UTILITIES
CUSTOMER SERVICES - UTILITIES
AMES CITY HALL
515 CLARK AVE.
AMES, IA 50010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,287.91

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Jo-Ann Stores, LLC                                                    Case number (if known)    25-10072
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.102** **Nonpriority creditor's name and mailing address**

AMIGO MOBILITY CENTER
PO BOX 74470
CLEVELAND, OH 44194-0570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,137.92

---

**3.103** **Nonpriority creditor's name and mailing address**

AMSOURCE DRAPER LUMBER YARD LLC
358 S RIO GRANDE STE 200
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    22,588.35

---

**3.104** **Nonpriority creditor's name and mailing address**

AMSOURCE SPANISH FORK LLC
358 RIO GRANDE,  SUITE 200
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    12,316.62

---

**3.105** **Nonpriority creditor's name and mailing address**

AMY SCHMACKLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.106** **Nonpriority creditor's name and mailing address**

AMY WITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 252,261.62 |
|---|---|---|---|
| | ANCHOR SIGN INC<br>PO BOX 22737<br>CHARLESTON, SC 29413 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 194.60 |
|---|---|---|---|
| | ANCHORAGE WATER & WASTEWATER UTILITY<br>3000 ARCTIC BOULEVARD<br>ANCHORAGE, AK 99503-3813 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,189.25 |
|---|---|---|---|
| | ANDERSON OXFORD INC<br>DBA THINKLP<br>219 LABRADOR DR., UNIT 100<br>WATERLOO, ON N2K 4M8<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ANGELES RAMIREZ<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Workers Compensation | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ANITA VANGUNDY<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

ANKER PLAY PRODUCTS LLC
NO. 1498 JIANGNAN ROAD
130
NINGBO, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  39,986.12

---

**3.113** **Nonpriority creditor's name and mailing address**

ANNA BELLON
C/O PRINGLE & HERIGSTAD, P.C.
ATTN: JIM NOSTDAHL
2525 ELKS DRIVE
PO BOX 1000
MINOT, ND 58702-1000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.114** **Nonpriority creditor's name and mailing address**

ANNA PETRILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.115** **Nonpriority creditor's name and mailing address**

ANNAMARIE TORRES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.116** **Nonpriority creditor's name and mailing address**

ANNAPOLIS PLAZA, LLC
C/O WOMBLE, BOND, DICKINSON LLP
ATTN: CHUKWUKPEE NZEGWU
100 LIGHT STREET, 26TH FLOOR
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. D-071-LT-25-45221-001

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.117** **Nonpriority creditor's name and mailing address**

ANTHONY JACKSON
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

ANTHONY SAMMUT
ADDRESS ON FILE

$       11,632.17

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

ANTOINETTE SAM
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

ANTOINETTE SAM
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**

ANTONIA MARTINEZ
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

ANTONIO B POMERLEAU LLC
PO BOX 6
BURLINGTON, VT 05401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,659.08

---

**3.123** | **Nonpriority creditor's name and mailing address**

AODK INC
14394 DETROIT AVE.
LAKEWOOD, OH 44107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    875.00

---

**3.124** | **Nonpriority creditor's name and mailing address**

APEX LOGISTICS INTL (NY) INC
145-68 228TH ST., UNIT 3-4
JAMAICA, NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    30,234.05

---

**3.125** | **Nonpriority creditor's name and mailing address**

APOTHECARY PRODUCTS
11750 12TH AVENUE S
BURNSVILLE, MN 55337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    27,879.17

---

**3.126** | **Nonpriority creditor's name and mailing address**

APPALACHIAN POWER
1 RIVERSIDE PLAZA
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,513.89

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

APRIL L. SPEIGHTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

APRIL SPEIGHTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

APS
ARIZONA CENTER
400 N 5TH ST
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,868.98

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

APSC LLC
C/O THE SHOPPING CTR GROUP LLC
300 GALLERIA PKWY, 12TH FL
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,094.80

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

AQUA IL
2635 DRALLE RD
UNIVERSITY PARK, IL 60484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 231.56

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132 Nonpriority creditor's name and mailing address**

AQUA OH
870 3RD ST NW
MASSILLON, OH 44647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.15

---

**3.133 Nonpriority creditor's name and mailing address**

AQUA PENNSYLVANIA/70279
2 JANSEN AVE
ESSINGTON, PA 19029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.134 Nonpriority creditor's name and mailing address**

ARBON EQUIPMENT CORP
25464 NETWORK PLACE
CHICAGO, IL 60673-1254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,809.30

---

**3.135 Nonpriority creditor's name and mailing address**

ARBOR SQUARE LLC
C/O CASTO
PO BOX 1450
COLUMBUS, OH 43216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,987.57

---

**3.136 Nonpriority creditor's name and mailing address**

ARCADIA FIESTA LP
PO BOX 849203
LOS ANGELES, CA 90084-9203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,069.62

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.137** **Nonpriority creditor's name and mailing address**

ARD MACARTHUR LLC
310 YORKTOWN PLAZA
ELKINS PARK, PA 19027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,836.90

---

**3.138** **Nonpriority creditor's name and mailing address**

AR-GL & ERIE LLC
11155 RED RUN BLVD #320
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,105.02

---

**3.139** **Nonpriority creditor's name and mailing address**

ARGO IDAHO FALLS LLC
C/O ARGONAUT INVESTMENTS LLC
101 LARKSPUR LANDING CIR, #120
LARKSPUR, CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,645.16

---

**3.140** **Nonpriority creditor's name and mailing address**

ARGO TIETON LLC
C/O ARGONAUT INVEST., LLC
101 LARKSPUR LANDING CIR #120
LARKSPUR, CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,711.69

---

**3.141** **Nonpriority creditor's name and mailing address**

ARIA INVESTMENTS LLC
1330 J LEE CIRCLE
GLENDALE, CA 91208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,683.27

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.142** **Nonpriority creditor's name and mailing address**

ARKANSAS OKLAHOMA GAS CORP (AOG)
5030 S S ST
FORT SMITH, AR 72903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                              420.80**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**

AROMA BAY CANDLES CO
TIEU TRA/ RESIDENT GROUP 6
HUNG DAO- DUONG KINH- HAI PHONG
HAIPHONG, 18000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                       4,296,614.06**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**

ARSENAL PLAZA ASSOCIATES LLC
C/O NIGRO COMPANIES
20 CORPORATE WOODS BLVD
ALBANY, NY 12211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**$                           8,356.21**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**

ART SUPPLY ENTERPRISES
2935 SHAWNEE INDUSTRIAL WAY
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                          19,569.72**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**

ART SUPPLY ENTERPRISES
NO 288 OUFAN ROAD
Z06
OUJIANGKOU INDUSTRIAL ZONE, WENZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                       1,091,040.22**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** | **Nonpriority creditor's name and mailing address**

ARTEX APPARELS
PLOT NO 50, SEZ APPAREL PARK GIDC
KHOKHRA, AHMEDABAD
GUJARAT, 380008
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 206,837.09

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

ARTEZA ART SUPPLY
PMB1134
25 SE 2ND AVE STE 550
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42,134.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

ARTMATE CO LTD
50 ZHONGHUA ROAD
NANJING, 210000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 55,953.37

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

ASHLEY GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

ASHLEY REAL ESTATE LLC
ATT: IVONNE AGUILERA-SUAREZ
1670 EAST 8TH AVE.
TAMPA, FL 33605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 48,476.11

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|-------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

ASHLYN HERRON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**

ASL INVESTMENTS LLC
C/O CHARLES DUNN RES INC
800 W. 6TH ST., SUITE 600
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,165.70

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**

ASOTIN COUNTY PUD #1
1500 SCENIC WAY
CLARKSTON, WA 99403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 377.17

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**

ASSOCIATION OF WASHINGTON BUSINESS
PO BOX 658
OLYMPIA, WA 98507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

ASTAGE GLOBAL INC.
JEJ ASTAGE CO., LTD., YAHIKO FACTOR
635-2 ODO
YAHIKO-MURA
NISHIKANBARA-GUN, 9590308
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49,462.92

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

ATHENS CENTER LLC
1220 DUBLIN ROAD
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,094.35

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

ATLANTIC CITY ELECTRIC
500 N. WAKEFIELD DR.
NEWARK, DE 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,477.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

ATLANTIS TOY AND HOBBY INC.
435 BROOK AVENUE UNIT 16
DEER PARK, NY 11729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,041.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

ATMOS ENERGY/630872/740353
1800 THREE LINCOLN CENTRE
5430 LBJ FREEWAY
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,131.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

ATWORK FRANCHISE INC
PO BOX 202992
DALLAS, TX 75320-2992

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 47,769.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

AUGUSTA UTILITIES DEPARTMENT
452 WALKER STREET
AUGUSTA, GA 30901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 290.83

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

AURIENT INTERNATIONAL CORP
8F 106 CHANG AN WEST ROAD
TAIPEI, 10351
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 554,930.65

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

AUTHENTIC BRANDS GROUP LLC
ABG INTERMEDIATE HOLDINGS 2 LLC
1411 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 27,197.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

AUTOMATED LOGIC CORPORATION
ECOENERGY
1150 ROBERTS  BLVD
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 228,807.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

AUTOMATIC FIRE PROTECTION
SYSTEMS INC
326 JACKSON ST
FREMONT, OH 43420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

AVANTI INC
PO BOX 9440
FRESNO, CA 93792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 43,253.73

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

AVEST LTD PARTNERSHIP
PO BOX 140075
BOISE, ID 83714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,847.26

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**

AVISTA UTILITIES
1411 E MISSION AVE
SPOKANE, WA 99252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,448.77

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

AVR CPC ASSOCIATES LLC
PO BOX 8000-024
BUFFALO, NY 14267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 14,838.13

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**

AW BILLING SERVICE LLC
4431 NORTH DIXIE HIGHWAY
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 247.95

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,475.00 |
| --- | --- | --- | --- |

AWARDCO INC
2080 W 400 N
LINDON, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 258.85 |
| --- | --- | --- | --- |

AZUSA LIGHT & WATER DEPARTMENT
729 N AZUSA AVE
AZUSA, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,178.43 |
| --- | --- | --- | --- |

B&B SOUTH PLAZA HOLDINGS LLC
SOUTH PLAZA C/O BRUCE STRUMPF INC
2120 DREW STREET
CLEARWATER, FL 33765

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36,502.85 |
| --- | --- | --- | --- |

B33 MILFORD JV LLC
B33 MILFORD CROSSING LLC
PO BOX 6304
HICKSVILLE, NY 11802-6304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,542.72 |
| --- | --- | --- | --- |

B33 RE PARTNERS INVESTMENTS II LLC
B33 GREAT NORTHERN II LLC
9330 W. SAHARA AVE., #270
LAS VEGAS, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,291.25 |
|---|---|---|---|

B33 RE PARTNERS INVESTMENTS III LLC
B33 BANDERA POINTE III LLC
PO BOX 6304
HICKSVILLE, NY 11802-6304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 142,000.45 |
|---|---|---|---|

BA TWO REIT LLC
POOL 2 INDUSTRIAL OH LLC C/O EQT EX
100 MATSONFORD RD., #250
RADNOR, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,737.15 |
|---|---|---|---|

BACE, INC.
322 W. 32ND STREET
CHARLOTTE, NC 28206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,000.00 |
|---|---|---|---|

BADGLEY MISCHKA LLC
15642 GRAHAM STREET
HUNTINGTON BEACH, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 199,414.96 |
|---|---|---|---|

BANARAS BEADS LIMITED
A-1 INDUSTRIAL ESTATE
VARANAS
UTTAR PRADESH, 221106
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182**  **Nonpriority creditor's name and mailing address**

BANGOR GAS, ME
498 MAINE AVENUE
BANGOR, ME 04401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 446.34

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183**  **Nonpriority creditor's name and mailing address**

BANGOR WATER DISTRICT
614 STATE STREET
BANGOR, ME 04401-1129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 192.92

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184**  **Nonpriority creditor's name and mailing address**

BARBARA A. GILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185**  **Nonpriority creditor's name and mailing address**

BARBARA ANAIAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186**  **Nonpriority creditor's name and mailing address**

BARBARA BENNETT
C/O PHILIP DEBERARD
P.O. BOX 3326
STUART, FL 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.187** | **Nonpriority creditor's name and mailing address**

BARBARA CANDITO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.188** | **Nonpriority creditor's name and mailing address**

BARREN RIVER PLAZA PROJECT LLC
372 NORTH L ROGERS WELLS BLVD.
GLASGOW, KY 42141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   7,637.19

---

**3.189** | **Nonpriority creditor's name and mailing address**

BATES METAL PRODUCTS INC
PO BOX  68
PORT WASHINGTON, OH 43837-0068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   131,757.00

---

**3.190** | **Nonpriority creditor's name and mailing address**

BAYFIELD COMPANY LLC
PO BOX 1916
EL GRANADA, CA 94018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   109,500.00

---

**3.191** | **Nonpriority creditor's name and mailing address**

BAYSHORE VILLAGE US INC
7575 DR. PHILLIPS BLVD. #390
ORLANDO, FL 32819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   4,683.29

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

BAZA SEEDS BV
FLUORIETWEG 39
ALKMAAR, 1812 RR
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

BBPTFC LLC
C/O ARCADIA MGMT GROUP
PO BOX 10
SCOTTSDALE, AZ 85252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,383.90

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

BCS HOPPER LLC
P.O. BOX 1628
ROGERS, AR 72757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,201.77

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

BEACON HILL STAFFING GROUP LLC
PO BOX 846193
BOSTON, MA 02284-6193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40,940.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

BEADALON
440 HIGHLANDS BLVD
COATESVILLE, PA 19320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,724.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 966.58 |
|---|---|---|---|

BEADSMITH
37 HAYWARD AVENUE
CARTERET, NJ 07008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 143.00 |
|---|---|---|---|

BEAR CREEK TOWNSHIP SEWER ACCT
373 DIVISION ROAD
PETOSKEY, MI 49770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,538.31 |
|---|---|---|---|

BEAR POINTE VENTURES LLC
C/O NAI MID-MICHIGAN PROP. MGMT.
2149 JOLLY ROAD, SUITE 200
OKEMOS, MI 48864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,000.00 |
|---|---|---|---|

BEARRR LLC
41-17 CRESCENT ST., APT 7N
LONG ISLAND CITY, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.07 |
|---|---|---|---|

BECKLEY WATER COMPANY, WV
119 S HEBER ST
BECKLEY, WV 25801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**

BEELINE GROUP LLC
30941 SAN CLEMENTE ST.
HAYWARD, CA 94544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,936.52

---

**3.203** **Nonpriority creditor's name and mailing address**

BELDEN PARK JV LLC
BELDEN PARK DELAWARE LLC
629 EUCLID AVE, STE. 1300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,658.40

---

**3.204** **Nonpriority creditor's name and mailing address**

BELLA + CANVAS LLC
9830 WILSHIRE BLVD
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 406,976.85

---

**3.205** **Nonpriority creditor's name and mailing address**

BELLACREME INC
14 FRANKLIN LANE
OTISVILLE, NY 10963

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

**3.206** **Nonpriority creditor's name and mailing address**

BELMONT COUNTY WATER & SEWER DISTRICT
67711 OAKVIEW DRIVE
ST. CLAIRSVILLE, OH 43950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.05

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207 Nonpriority creditor's name and mailing address**

BEMIDJI HOLDINGS LLC
LEXINGTON REALTY INT'L LLC
911 E COUNTY LINE RD #203
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$  3,926.63

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208 Nonpriority creditor's name and mailing address**

BENCHMARK INDUSTRIAL INC
BENCHMARK SUPPLY INC
950 CLAYCRAFT RD.
GAHANNA, OH 43230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  248,088.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209 Nonpriority creditor's name and mailing address**

BENDON INC
1840 BANEY ROAD
ASHLAND, OH 44805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  59,125.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 Nonpriority creditor's name and mailing address**

BENITA ROBERTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 Nonpriority creditor's name and mailing address**

BENJAMIN ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

BENTON CHARTER TOWNSHIP, MI
1725 TERRITORIAL ROAD
BENTON HARBOR, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 199.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

BENTON PUD
2721 W. 10TH AVENUE
KENNEWICK, WA 99336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,456.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

BERKSHIRE GAS COMPANY
115 CHESHIRE ROAD
PITSFIELD, MA 01201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,897.29

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

BERNADETTE GONZALES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

BERWICK OFFRAY LLC
2015 W FRONT STREET
BERWICK, PA 18603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 175,929.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** | **Nonpriority creditor's name and mailing address**

BERWICK OFFRAY LLC DBA
BLUMENTHAL LANSING COMPANY
30 TWO BRIDGES ROAD SUITE 110
FAIRFIELD, NJ 07004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 747,935.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**

BETSY LAU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**

BETTER CARTING SERVICE
32 RUSSELL STREET
WHITE PLAINS, NY 10606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 625.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**

BETTY BUCCHIERI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Severance

$ 22,634.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address**

BETTY SCHMIDT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

BETTY SCHMIDT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.223** **Nonpriority creditor's name and mailing address**

BEVERLY BAKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.224** **Nonpriority creditor's name and mailing address**

BGE
100 CONSTELLATION WAY
BALTIMIRE, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,952.02

---

**3.225** **Nonpriority creditor's name and mailing address**

BHARATH MANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.226** **Nonpriority creditor's name and mailing address**

BIC CORPORATION
1 BIC WAY
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60,989.78

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address**

BIG B1 INC
655 SOUTH 700 EAST
OREM, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,082.30

---

**3.228** | **Nonpriority creditor's name and mailing address**

BIG LOTS STORES INC
ATTN: LEASE ADMINISTRATION
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,735.48

---

**3.229** | **Nonpriority creditor's name and mailing address**

BIG Y FOODS INC
PO BOX 7840
SPRINGFIELD, MA 01102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,705.00

---

**3.230** | **Nonpriority creditor's name and mailing address**

BILL RAWLS LLC DBA CREATIVE HOME LT
400 WEST VIRGINIA ST, SUITE 400
MCKINNEY, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,216.22

---

**3.231** | **Nonpriority creditor's name and mailing address**

BILL RAWLS LLC DBA SARAHS CRAFTS
400 WEST VIRGINIA ST SUITE 400
MCKINNEY, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 188,026.74

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,751.13 |
|---|---|---|---|
| | BJ RETAIL PARTNERS LLC<br>C/O BLUEJAY MGMT LLC<br>301 MILL RD STE L6<br>HEWLETT, NY 11557 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 342,598.20 |
|---|---|---|---|
| | BKG OVERSEAS<br>A 14/4-5, UPSIDC, JALESAR ROAD<br>FIROZABAD, 283203<br>INDIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,428.91 |
|---|---|---|---|
| | BLACK HILLS ENERGY<br>7001 MOUNT RUSHMORE ROAD<br>RAPID CITY, SD 57702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,536.00 |
|---|---|---|---|
| | BLACKSTONE IMC HOLDINGS Q LLC<br>AMERICASMART BUILDING 1<br>PO BOX 411539<br>BOSTON, MA 02241-1539 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,572.94 |
|---|---|---|---|
| | BLOOMINGDALE OWNER LLC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237 Nonpriority creditor's name and mailing address**

BLUE LAKES PLAZA LLC
P.O. BOX 8880
KETCHUM, ID 83340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,709.66

---

**3.238 Nonpriority creditor's name and mailing address**

BLUE RIDGE MALL LLC
C/O HULL STOREY GIBSON CO LLC
PO BOX 204227
AUGUSTA, GA 30917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,773.43

---

**3.239 Nonpriority creditor's name and mailing address**

BLUEOCO
2950 PRAIRIE STREET SW STE 1000
GRANDVILLE, MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,475.12

---

**3.240 Nonpriority creditor's name and mailing address**

BLUEVOYANT LLC
335 MADISON AVE. RM 5G
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 157,723.98

---

**3.241 Nonpriority creditor's name and mailing address**

BMA JOLIET COMMONS LLC
C/O MID-AMERICA REAL ESTATE-WISCONS
600 N. PLANKINTON AVE., #301
MILWAUKEE, WI 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,973.68

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

BMS CAT INC
5718 AIRPORT FREEWAY
HALTOM CITY, TX 76117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                46,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243** **Nonpriority creditor's name and mailing address**

BNY-SF ASSOCIATES
PO BOX 713201
PHILADELPHIA, PA 19171-3201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                13,975.46

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**

BONITA SPRINGS UTILITIES, INC
11900 E TERRY ST
BONITA SPRINGS, FL 34135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   210.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245** **Nonpriority creditor's name and mailing address**

BONNIE NIELSEN-GANNON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**

BOROUGH OF QUAKERTOWN, PA
35 N 3RD ST
QUAKERTOWN, PA 18951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 3,722.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

BOWMAN HOLLIS MFG INC
P.O. BOX 19249
CHARLOTTE, NC 28219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,747.89

---

**3.248** **Nonpriority creditor's name and mailing address**

BP INDUSTRIES INC
ATTN: ACCOUNTING DEPT
5300 E CONCOURS STREET
ONTARIO, CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 656.62

---

**3.249** **Nonpriority creditor's name and mailing address**

BRADFORD PLAZA CAPITAL VEN LLC
C/O FORAKER COMPANY
6608 N. WESTERN AVE., #477
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,763.97

---

**3.250** **Nonpriority creditor's name and mailing address**

BRAEMORE
3 PARK AVE 35TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,150.41

---

**3.251** **Nonpriority creditor's name and mailing address**

BRAIN TREE GAMES LLC
62 VAISHNODEVI IND ESTATE PHASE 3
BANGALORE, 560074
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 186,498.41

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

BRAINERD PUBLIC UTILITIES
8027 HIGHLAND SCENIC DR
BAXTER, MN 56425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    652.36

---

**3.253** **Nonpriority creditor's name and mailing address**

BRANDYWINE CROSSING SC LLC
PO BOX 825949
PHILADELPHIA, PA 19182-5949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    17,893.92

---

**3.254** **Nonpriority creditor's name and mailing address**

BRENDA KUBICKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.255** **Nonpriority creditor's name and mailing address**

BRENDA L. BUNNELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.256** **Nonpriority creditor's name and mailing address**

BRENTWOOD VILLAGE LLC
CO BENNETT WILLIAMS REALTY
3528 CONCORD RD
YORK, PA 17402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5,340.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.257** | **Nonpriority creditor's name and mailing address**

BRF II BAKER SQUARE LLC
C/O BROAD REACH RET PARTNERS LLC
1111 BENFIELD BLVD., #100
MILLERSVILLE, MD 21108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 12,142.46

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address**

BRICKCRAFT, LLC
132 W 36TH ST., SUITE 800
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 30,624.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address**

BRIGHTON MALL ASSOC. LTD PTNR.
5640 W MAPLE RD STE 101
WEST BLOOMFIELD, MI 48322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 26,265.15

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address**

BRIGHTRIDGE
2600 BOONES CREEK ROAD
JOHNSON CITY, TN 37615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 452.76

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address**

BRINDA WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.262** | **Nonpriority creditor's name and mailing address**

BRINK'S INCORPORATED
7373 SOLUTIONS  CENTER
CHICAGO, IL 60677-7003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 134,022.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**

BRITTNEY J. HERLONG
C/O SIMON TRIAL FIRM
FIRST CITIZENS BANK TOWER
2601 SOUTH BAYSHORE DRIVE
SUITE 1010
MIAMI, FL 33133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 2023-004741-CA-01

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

BRIXMOR GA SEACOAST SHOPPING CTR LL
C/O BRIXMOR PROPERTY GROUP
PO BOX 645341
CINCINNATI, OH 45264-5341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 3,915.23

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

BRIXMOR HOLDINGS 10 SPE LLC
C/O BRIXMOR PROPERTY GROUP
PO BOX 645321
CINCINNATI, OH 45264-5321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 23,436.30

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

BRIXMOR OPER PARTNERSHIP LP
DBA BRIXMOR/IA CAYUGA PLAZA LLC
PO BOX 645341
CINCINNATI, OH 45264-5341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 14,559.73

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** | **Nonpriority creditor's name and mailing address**

BRIXMOR OPER PARTNERSHIP LP
CO BRIXMOR PROPERTY GRP
PO BOX 645349
CINCINNATI, OH 45264-5349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 13,721.55

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.268** | **Nonpriority creditor's name and mailing address**

BRIXMOR OPERATING PARTNERSHIP LP
BRIXMOR GA SOUTHLAND SHOP CTR LLC
PO BOX 645341
CINCINNATI, OH 45264-5341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 12,701.27

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.269** | **Nonpriority creditor's name and mailing address**

BRIXMOR OPERATING PARTNERSHIP LP
BRIXMOR SPE 3 LLC CO BRIXMOR PROP G
P.O. BOX 645349
CINCINNATI, OH 45264-5349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,528.77

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.270** | **Nonpriority creditor's name and mailing address**

BRIXMOR OPERATING PARTNERSHIP LP
FOX RUN LIMITED PARTNERSHIP
P.O. BOX 645324
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,095.98

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.271** | **Nonpriority creditor's name and mailing address**

BRIXMOR OPERATING PARTNERSHIP LP
BRIXMOR SPE 5 LLC C/O BRIXMOR PROP.
P.O. BOX 645346
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,328.92

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,278.23 |
|---|---|---|---|

BRIXMOR OPERATING PARTNERSHIP LP
VESTAL PKWY PL. C/O BRIXMOR PRP GRP
PO BOX 645321
CINCINNATI, OH 45264-5321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,927.22 |
|---|---|---|---|

BRIXMOR OPERATING PARTSHP LP
BRIXMOR SPE 5 LLC
PO BOX 645346
CINCINNATI, OH 45264-5346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,092.67 |
|---|---|---|---|

BRIXMOR OPERATING PTNRSHIP LP
CO PRIXMOR PROPERTY GROUP
PO BOX 645349
CINCINNATI, OH 45264-5349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,160.65 |
|---|---|---|---|

BRIXMOR OPERATING PTSHP LP
BRIXMOR EXCH PROP OWN IV C/O BRIX P
P.O. BOX  645346
CINCINNATI, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,284.20 |
|---|---|---|---|

BRIXMOR OPERATING PTSHP LP
BRIXMOR-LAKES CR. LLC C/O BRIXMOR P
P.O. BOX  645346
CINCINNATI, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.277** **Nonpriority creditor's name and mailing address**

BRIXMOR OPERATION PARTNERSHIP LP
BRIXMOR GA WESTMINSTER LLC
P.O. BOX 645341
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    15,150.73

---

**3.278** **Nonpriority creditor's name and mailing address**

BRIXMOR RESIDUAL DICKSON CITY CROSS
C/O BRIXMOR PROPERTY GROUP
PO BOX 645349
CINCINNATI, OH 45264-5349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    16,488.27

---

**3.279** **Nonpriority creditor's name and mailing address**

BRIXMOR SPE 3 LLC
C/O BRIXMOR PROPERTY GROUP
PO BOX 645349
CINCINNATI, OH 45264-5349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    14,836.69

---

**3.280** **Nonpriority creditor's name and mailing address**

BRIXMOR VENICE VILLAGE SHOPPES LLC
C/O BRIXMOR PROP GRP #1755033
PO BOX 645321
CINCINNATI, OH 45264-5321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      4,779.26

---

**3.281** **Nonpriority creditor's name and mailing address**

BRIXTON FORK TIC LLC
DEPT. C502776AE
PO BOX 507416
SAN DIEGO, CA 92150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    54,862.42

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282 Nonpriority creditor's name and mailing address**

BROOKINGS MUNICIPAL UTILITIES
525 WESTERN AVE
BROOKINGS, SD 57006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 960.05

---

**3.283 Nonpriority creditor's name and mailing address**

BROOKINGS PROPERTY MGMT INC
518 MAIN AVE
BROOKINGS, SD 57006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,471.17

---

**3.284 Nonpriority creditor's name and mailing address**

BROTHER INTERNATIONAL CORPORATION
200 CROSSING BLVD
BRIDGEWATER, NJ 08807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,722,063.02

---

**3.285 Nonpriority creditor's name and mailing address**

BRUNSWICK-GLYNN COUNTY JOINT
1703 GLOUCESTER ST
BRUNSWICK, GA 31520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126.20

---

**3.286 Nonpriority creditor's name and mailing address**

BRYAN TEXAS UTILITIES (BTU)
205 E. 28TH STREET
BRYAN, TX 77803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,345.48

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

BSM ENTERPRISE LTD
MIN'AN COMMERCIAL BUILDING
#160 EAST JINYUAN LANE
ZHEJIANG
NINGBO
YINZHOU DISTRICT, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    26,683.02

---

**3.288** **Nonpriority creditor's name and mailing address**

BUCKEYE CORRUGATED INC
BCI- WOOSTER DIVISION
3350 LONG ROAD
WOOSTER, OH 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.289** **Nonpriority creditor's name and mailing address**

BUCKEYE RETAIL JV LLC
TAYLOR SQ OWNER LLC CO CASTRO
L-3784
COLUMBUS, OH 43260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    20,194.48

---

**3.290** **Nonpriority creditor's name and mailing address**

BUFFALO BATTING C/O FIBRIX LLC
1820 EVANS STREET
CONOVER, NC 28613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    254,075.48

---

**3.291** **Nonpriority creditor's name and mailing address**

BUFFALO GAMES LLC
220 JAMES E CASEY DRIVE
BUFFALO, NY 14206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    119,491.61

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,000.00 |
|---|---|---|---|

BUMBY JO LLC
BRANNON BLAKE ROBERTSON
185 FAIRLANE CIRCLE
ALEXANDER CITY, AL 35010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 97,555.53 |
|---|---|---|---|

BUMIRANG CORPORATION
2ND FL
#4 DONGSOMUN-RO 3-GIL
SEONGBUK-GU, SEOUL, 2833
KOREA, REPUBLIC OF

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 850.98 |
|---|---|---|---|

BUREAU OF NATIONAL AFFAIRS INC
BLOOMBERG INDUSTRY GROUP
PO BOX 419889
BOSTON, MA 02241-9889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 82.68 |
|---|---|---|---|

BURLINGTON MUNICIPAL WATERWORKS,IA
500 N 3RD STREET
BURLINGTON, IA 52601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,357.10 |
|---|---|---|---|

BUTTE-IFUL LLC
PO BOX 1800
CORVALLIS, OR 97339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**

BUTTERICK
PO BOX 871
ALTOONA, PA 16603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                59,123.68

---

**3.298** | **Nonpriority creditor's name and mailing address**

BUTTERICK-GREEN PEPPER PATTERNS
PO BOX 871
ALTOONA, PA 16603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    70.23

---

**3.299** | **Nonpriority creditor's name and mailing address**

BUZZY INC
1410 LAUREL BOULEVARD, SUITE 1
POTTSVILLE, PA 17901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                35,080.74

---

**3.300** | **Nonpriority creditor's name and mailing address**

BV WACO CENTRAL TX MKTPL LLC
2194 SNAKE RIVER PKWY, #300
IDAHO FALLS, ID 83402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,932.82

---

**3.301** | **Nonpriority creditor's name and mailing address**

BV WOLF CREEK LLC
ATTN: ASHLEE DRAKE
PO BOX 51298
IDAHO FALLS, ID 83405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,582.70

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,454.92 |
| --- | --- | --- | --- |

BVCV UNION PLAZA LLC
2194 SNAKE RIVER PKWY #300
IDAHO FALLS, ID 83402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,206.35 |
| --- | --- | --- | --- |

BZA INDIAN SPRINGS LLC
C/O BEARS MGMT GRP, BOX 3258
990 PEACHTREE INDUSTRIAL BLVD
SUWANEE, GA 30024-9998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,096.77 |
| --- | --- | --- | --- |

CABREL COMPANY
PO BOX 2400
BANGOR, ME 04402-2400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 64,259.87 |
| --- | --- | --- | --- |

CAFARO NORTHWEST PARTNERSHIP
DBA TARGET PLACE
PO BOX 7535
CAROL STREAM, IL 60197-7535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,502.02 |
| --- | --- | --- | --- |

C-A-L STORES COMPANIES INC
DBA C-A-L RANCH STORES
PO BOX 1866
IDAHO FALLS, ID 83403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

CALIFORNIA BAPTIST UNIVERSITY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 4,913.87

**Date or dates debt was incurred**        Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.308** **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE TEACHERS RETIREMEN
DBA ZAREMBA METROPOLITAN MIDLOTHIAN
PO BOX 850300
PROP 621710
MINNEAPOLIS, MN 55485-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 70,388.00

**Date or dates debt was incurred**        Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.309** **Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE-BAKERSFIELD
3725 SOUTH H STREET
BAKERSFIELD, CA 93304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 193.62

**Date or dates debt was incurred**        Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.310** **Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE-CHICO
2222 DR. MARTIN LUTHER KING JR. PARKWAY
CHICO, CA 95928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 102.89

**Date or dates debt was incurred**        Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.311** **Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE-SALINAS
254 COMMISSION STREET
SALINAS, CA 93901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 624.66

**Date or dates debt was incurred**        Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.312  Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE-VISALIA
216 NORTH VALLEY OAKS DRIVE
VISALIA, CA 93292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                1,323.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313  Nonpriority creditor's name and mailing address**

CALVERT COUNTY TREASURER
CLERK OF CIRCUIT COURT
175 MAIN STREET
PRINCE FREDERICK, MD 20678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                595.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314  Nonpriority creditor's name and mailing address**

CAMELOT
C/O EUGENE TEXTILES (2003) INC
1391 SAINT AMOUR
MONTREAL, QC H4S 1T4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                141,667.11

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315  Nonpriority creditor's name and mailing address**

CAMPBELLS EXPRESS
PO BOX 119
PITMAN, NJ 08071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                40,876.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316  Nonpriority creditor's name and mailing address**

CANDLE WARMERS ETC
12397 S 300 E
HERRIMAN, UT 84096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                41,684.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|--------------------|-----------------------|----------|
|        | Name               |                       |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** | **Nonpriority creditor's name and mailing address**

CAOXIAN LUYI GUANGFA ART & CRAFT
CAOXIAN COUNTY
HEZE, 274400
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 59,458.22

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address**

CAPITAL MALL JC LLC
PO BOX 1663
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 8,311.78

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address**

CAPITAL PLAZA PARTNERS LTD
1018 THOMASVILLE RD STE 200A
TALLAHASSEE, FL 32303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 7,331.89

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address**

CAPREALTY 14-VILLAGE LLC
PO BOX 850607
MINNEAPOLIS, MN 55485-0607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 9,551.61

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address**

CAR APPLE VALLEY SQUARE LLC
3141 SOLUTION CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 42,215.79

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322**  **Nonpriority creditor's name and mailing address**

CARL BATTAGLIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323**  **Nonpriority creditor's name and mailing address**

CARLA H. CASTILLO
C/O BALINT & ASSOCIATES, PLLC
ATTN: DAVID J. BALINT
5950 SIXTH AVE SOUTH.
#200
SEATTLE, WA 98108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 232107675

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324**  **Nonpriority creditor's name and mailing address**

CARLOS ROSA
C/O MORGAN & MORGAN, P.A.
ATTN: BRANDON M. SMITH, ESQ.
20 N. ORANGE AVENUE
SUITE 1600
ORLANDO, FL 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 2020-CA-1255

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325**  **Nonpriority creditor's name and mailing address**

CARLOS SANTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326**  **Nonpriority creditor's name and mailing address**

CARMEN M. ESPINOZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**
CAROL A. MOORE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**
CAROL HORNING
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**
CAROL KAYNE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**
CAROL R. MONAHAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**
CAROLINA HANDLING
CORPORATE HEADQUARTERS
PO BOX 890352
CHARLOTTE, NC 28289

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 72,392.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.332** **Nonpriority creditor's name and mailing address**

CAROLYN PUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.333** **Nonpriority creditor's name and mailing address**

CARRARA ASBORNO DELUCCHI ETAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,896.03

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334** **Nonpriority creditor's name and mailing address**

CARRINGTON COMPANY
CARSON MALL SHOPPING CENTER
PO BOX 1328
EUREKA, CA 95502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,400.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335** **Nonpriority creditor's name and mailing address**

CARSON OPTICAL
2070 5TH AVE
RONKONKOMA, NY 11779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,573.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336** **Nonpriority creditor's name and mailing address**

CARTER STONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** **Nonpriority creditor's name and mailing address**

CARWOOD SKYPARK LLC
C/O INVESTEC MANAGEMENT CORP
200 E CARILLO STREET STE 200
SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                     12,039.80

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

CASA DE LUNA VENTURES LP
C/O VINTAGE PROPERTIES LP
3900 PELANDALE AVE., #160
MODESTO, CA 95356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                     75,987.09

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**

CASCADE NATURAL GAS
400 N 4TH STREET
BISMARCK, ND 58501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      7,817.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

CASCADE SQUARE LLC
C/O MERCURY DEVELOPMENT
15350 SW SEQUOIA PKWY #140
PORTLAND, OR 97224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                      5,968.75

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**

CASCADE SQUARE MERCHANTS ASSOC
PO BOX 2297
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                          30.24

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342  Nonpriority creditor's name and mailing address**

CASEYVILLE TOWNSHIP SEWER SYSTEM (IL)
#1 ECOLOGY DRIVE
O'FALLON, IL 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 64.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.343  Nonpriority creditor's name and mailing address**

CASS COUNTY ELECTRIC COOPERATIVE
4100 32ND AVE. S.
FARGO, ND 58104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,140.06

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.344  Nonpriority creditor's name and mailing address**

CASSANDRA LOHR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.345  Nonpriority creditor's name and mailing address**

CASTLETON INVESTORS LLC
NIFONG REALTY
895 LOMBARDI AVE.
GREEN BAY, WI 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,597.18

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.346  Nonpriority creditor's name and mailing address**

CATAN GLOBAL IMPORT LTD
31 MWSS SERVICE ROAD
Z02
TALIPAPA QUEZON CITY, 1116
PHILIPPINES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,430.83

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347**

**Nonpriority creditor's name and mailing address**

CATHERINE J. KUHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$       Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.348**

**Nonpriority creditor's name and mailing address**

CATHLENE RITTHALER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$       Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.349**

**Nonpriority creditor's name and mailing address**

CATHY STAWASZ-STROTHEIDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$       Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.350**

**Nonpriority creditor's name and mailing address**

CAYLEE GREYVENSTEIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$       190.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351**

**Nonpriority creditor's name and mailing address**

CBL & ASSOCIATES LP
CBL WESTGATE CROSSING PROPCO LLC
P.O. BOX 749487
ATLANTA, GA 30374-9487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$       9,828.63

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.352**   **Nonpriority creditor's name and mailing address**

CBL & ASSOCIATES LTD PARTNERSHIP
NORTHPARK MALL
P.O. BOX 749450
ATLANTA, GA 30374-9450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    8,908.28

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.353**   **Nonpriority creditor's name and mailing address**

CBL & ASSOCIATES LTD PARTNERSHIP
SOUTHAVEN TOWNE CTR II LLC
PO BOX 8663
CAROL STREAM, IL 60197-8663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    8,275.55

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.354**   **Nonpriority creditor's name and mailing address**

CBTS TECHNOLOGY SOLUTIONS LLC
1507 SOLUTIONS CENTER
CHICAGO, IL 60677-1005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    473,410.08

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.355**   **Nonpriority creditor's name and mailing address**

CC INTERNATIONAL LLC
DBA CRAFTERS COMPANION
3321 SOUTH SUSAN STREET
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    104,022.23

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.356**   **Nonpriority creditor's name and mailing address**

CCA-RENAISSANCE SQUARE
SHOPPING CENTER LLC
PO BOX 913340
DENVER, CO 80291-3340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    6,821.90

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.357**

**Nonpriority creditor's name and mailing address**

CEACO
70 BRIDGE ST
NEWTON, MA 02458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 194,574.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358**

**Nonpriority creditor's name and mailing address**

CECILIA KULP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.359**

**Nonpriority creditor's name and mailing address**

CEDAR CREST SQUARE ASSOCIATES LP
6 EAST 45TH ST., STE. #801
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,010.33

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.360**

**Nonpriority creditor's name and mailing address**

CEDAR PCP-SAN SOUCI LLC
WHEELER REAL ESTATE CO.
2529 VIRGINIA BEACH BLVD.
VIRGINIA BEACH, VA 23452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,702.56

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.361**

**Nonpriority creditor's name and mailing address**

CEDAR RAPIDS MUNICIPAL UTILITIES
1111 SHAVER RD NE
CEDAR RAPIDS, IA 52402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 341.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.362** | **Nonpriority creditor's name and mailing address**<br><br>CENTER ASSOCIATES REALTY CORP<br>1146 FREEPORT RD<br>PO BOX 38427<br>PITTSBURGH, PA 15238 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Rent Payable | $  2,419.35 |
| | **Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.363** | **Nonpriority creditor's name and mailing address**<br><br>CENTERPOINT ENERGY MINNEGASCO/4671<br>505 NICOLLET MALL<br>MINNEAPOLIS, MN 55459-0038 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  6,420.67 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.364** | **Nonpriority creditor's name and mailing address**<br><br>CENTERPOINT ENERGY/1325/4981/2628<br>1111 LOUISIANA STREET<br>HOUSTON, TX 77002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  435.31 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.365** | **Nonpriority creditor's name and mailing address**<br><br>CENTERPOINT ENERGY/1423<br>1111 LOUISIANA STREET<br>HOUSTON, TX 77002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  6,888.66 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.366** | **Nonpriority creditor's name and mailing address**<br><br>CENTERPOINT ENERGY/2006<br>1111 LOUISIANA STREET<br>HOUSTON, TX 77002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  8,264.52 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Jo-Ann Stores, LLC
          Name                                              Case number (if known)   25-10072

---

| Part 2: | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.367**  **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY/4849
1111 LOUISIANA STREET
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,682.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368**  **Nonpriority creditor's name and mailing address**

CENTERRA MARKETPLACE
PROPERTIES II
2725 ROCKY MTN STE 200
LOVELAND, CO 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 23,752.51

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369**  **Nonpriority creditor's name and mailing address**

CENTRAL GEORGIA EMC (ELEC)
923 S. MULBERRY STREET
JACKSON, GA 30233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,192.93

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370**  **Nonpriority creditor's name and mailing address**

CENTRAL HOOKSETT WATER
10 WATER WORKS DR.
HOOKSETT, NH 03106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 57.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.371**  **Nonpriority creditor's name and mailing address**

CENTRAL HUDSON GAS & ELECTRIC CO
284 SOUTH AVENUE
POUGHKEEPSIE, NY 12601-4839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,177.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.372** **Nonpriority creditor's name and mailing address**

CENTRAL MAINE POWER (CMP)
83 EDISON DRIVE
AUGUSTA, ME 04336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,554.71

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

CENTRAL MALL REALTY HOLD., LLC
2259 SOUTH 9TH STREET
SALINA, KS 67401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,602.51

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

CENTRAL PLAZA MZL LLC
C/O KPR, ACCOUNTS RECEIVABLE
535 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 19,266.53

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

CENTRAL SHOPPING CTRS CC LLC
C/O COLLIERS
PO BOX 531124
BIRMINGHAM, AL 35253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,647.28

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**

CENTRAL VERMONT SHOPPING CENTER LLC
PO BOX 6
BURLINGTON, VT 05402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,469.10

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.377** Nonpriority creditor's name and mailing address

CENTURY DISTRIBUTION SYS INC
140 EAST SHORE DR.  #210
GLEN ALLEN, VA 23059

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 55,476.58

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.378** Nonpriority creditor's name and mailing address

CERES NEWINGTON ASSOCIATES LLC
PO BOX 222143
GREAT NECK, NY 11022-2143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 10,261.91

Date or dates debt was incurred          Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.379** Nonpriority creditor's name and mailing address

CERTIFIED PEST CONTROL INC
239 OLD BROOKPARK RD
CLEVELAND, OH 44109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 480.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.380** Nonpriority creditor's name and mailing address

CFP FIRE PROTECTION INC
CONSOLIDATED FIRE PROTECTION
153 TECHNOLOGY DR., #200
IRVINE, CA 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 628,772.15

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.381** Nonpriority creditor's name and mailing address

CHAMPO
HARIRAMPUR, AURAI ROAD
BHADOHI
UTTER PRADESH, 221401
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 111,580.78

Date or dates debt was incurred          Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.382** | **Nonpriority creditor's name and mailing address**

CHANGSHU WINWAY TEXTILE CO LTD
4/F, 10# FUCHUNJIANG EAST ROAD
BUILDING A, GULI TOWN
CHANGSHU CITY, 215533
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,484,555.61

---

**3.383** | **Nonpriority creditor's name and mailing address**

CHANGZHOU CITY HENGFENG WEAVE CO LTD
90# LIGONG RD
CHANGZHOU, 213000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    201,972.22

---

**3.384** | **Nonpriority creditor's name and mailing address**

CHARLES WILDEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.385** | **Nonpriority creditor's name and mailing address**

CHARTER TOWNSHIP OF LANSING WEST SIDE WA
3209 WEST MICHIGAN AVENUE
LANSING, MI 48917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    260.79

---

**3.386** | **Nonpriority creditor's name and mailing address**

CHARTER WARWICK LLC
PO BOX  823201
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    29,359.65

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,661.57 |
| --- | --- | --- | --- |

CHASE GREEN MOUNTAIN LTD PART
P.O. BOX 783163
PHILADELPHIA, PA 19178-3163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

| **Date or dates debt was incurred** | Various | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 605.35 |
| --- | --- | --- | --- |

CHATTANOOGA GAS COMPANY/5408
2207 OLAN MILLS DR
CHATTANOOGA, TN 37421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,959.41 |
| --- | --- | --- | --- |

CHAUTAUQUA MALL REALTY HOLD LLC
1010 NORTHERN BLVD #212
GREAT NECK, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

| **Date or dates debt was incurred** | Various | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,500.00 |
| --- | --- | --- | --- |

CHELSEA REAGAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

CHERRIE TIRKO
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.392** **Nonpriority creditor's name and mailing address**

CHERRYLL LINDEMANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.393** **Nonpriority creditor's name and mailing address**

CHERYL A. GREENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394** **Nonpriority creditor's name and mailing address**

CHERYL ARENSMEYER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395** **Nonpriority creditor's name and mailing address**

CHERYL COTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396** **Nonpriority creditor's name and mailing address**

CHERYL PENTA
C/O SIMON & SIMON, PC
ATTN: MACKENZIE BINCE, ESQ.
100 CAMBRIDGE STREET
14TH FLOOR
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 2173-CV-00901C

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397 Nonpriority creditor's name and mailing address**

CHESAPEAKE UTILITIES
500 ENERGY LN
DOVER, DE 19901-4988

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 937.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398 Nonpriority creditor's name and mailing address**

CHESTERFIELD TOWNSHIP, MI
47275 SUGARBUSH ROAD
CHESTERFIELD, MI 48047-5156

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 464.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399 Nonpriority creditor's name and mailing address**

CHESTNUT COURT DARIEN IL LLC
C/O MID-AMERICA ASSET MGMT INC
PO BOX 171
EMERSON, NJ 07630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,657.42

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400 Nonpriority creditor's name and mailing address**

CHILLICOTHE UTILITIES DEPT, OH
26 S PAINT ST
CHILLICOTHE, OH 45601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32.07

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401 Nonpriority creditor's name and mailing address**

CHINA MANUFACTURING SOLUTION LTD
ROOM 1805, 18F RIGHTFUL CENTRE
12 TAK HING STREET
JORDAN, 999077
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 281,941.37

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.402** **Nonpriority creditor's name and mailing address**

CHINA NATIONAL ARTS & CRAFTS
I/E HUAYONG CORP
NO 37 4F 199 LANE YONG FENG ROAD
NINGBO, 315010
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,348,388.16

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.403** **Nonpriority creditor's name and mailing address**

CHINA SURPLUS INTERNATIONAL LIMITED
UNIT 2508A
25/F BANK OF AMERICA TOWER
CENTRAL,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 87,536.97

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404** **Nonpriority creditor's name and mailing address**

CHINATEX ORIENTAL USA INC
209 W 40TH STREET
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 781,831.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405** **Nonpriority creditor's name and mailing address**

CHIQUITA BAILEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 531-2024-00752

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406** **Nonpriority creditor's name and mailing address**

CHLOE JACKMAN PHOTOGRAPHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.407**

**Nonpriority creditor's name and mailing address**

CHM DEVELOPMENT CO
C/O NANCY DREYER
PO BOX 4953
KETCHUM, ID 83340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,975.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408**

**Nonpriority creditor's name and mailing address**

CHOCDECOR BV
SPIEVELDSTRAAT 29
LOKEREN, 9160
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,375.20

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409**

**Nonpriority creditor's name and mailing address**

CHOON'S DESIGN LLC
23600 RESEARCH DRIVE
FARMINGTON HILLS, MI 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 321,370.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410**

**Nonpriority creditor's name and mailing address**

CHRIS GIANULIAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,468.75

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411**

**Nonpriority creditor's name and mailing address**

CHRIS MARKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412 Nonpriority creditor's name and mailing address**

CHRIS MCLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.413 Nonpriority creditor's name and mailing address**

CHRISTIANA TOWN CENTER LLC
PO BOX 7189
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 32,832.40

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414 Nonpriority creditor's name and mailing address**

CHRISTINE CONNER
C/O TABOR LAW FIRM, LLP
ATTN: JEFFREY S. TABOR
3610 RIVER CROSSING PKWY
INDIANAPOLIS, IN 46240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 1-22-CV-02011-M

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415 Nonpriority creditor's name and mailing address**

CHRISTINE PERRUCCI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416 Nonpriority creditor's name and mailing address**

CHRISTINE TOLHURST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 85,316.10 |

CHROMA INC
C/O CHROMA ACRYLICS INC
205 BUCKY DRIVE
LITITZ, PA 17543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,047.96 |

CHUGACH ELECTRIC ASSOCIATION
5601 ELECTRON DRIVE
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,956.90 |

CIC PLUS LLC
PO BOX  841971
LOS ANGELES, CA 90084-1971

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |

CINDY HARRIS
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 937.95 |

CINTAS CORP
LOCATION #256
PO BOX  630910
CINCINNATI, OH 45263-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

CIRCLE LOGISTICS INC
1950 W. COOK RD.
FORT WAYNE, IN 46818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,770.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** **Nonpriority creditor's name and mailing address**

CIRILIA ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 82.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

CITIGROUP COM MORTAGE TRUST 2006-C4
5522 SHAFFER RD LLC
DUBOIS MALL
5522 SHAFFER RD STE 125
DU BOIS, PA 15801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,305.59

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.425** **Nonpriority creditor's name and mailing address**

CITIZENS ENERGY GROUP/7056
2020 NORTH MERIDIAN ST.
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,991.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

CITIZENS GAS FUEL CO MI
127 N MAIN ST
ADRIAN, MI 49221-2711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 523.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32.47 |
|---|---|---|---|
| | CITY & COUNTY OF BUTTE-SILVER BOW<br>155 W GRANITE STREET<br>BUTTE, MT 59701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,041.63 |
|---|---|---|---|
| | CITY OF ABILENE, TX<br>4595 S 1ST ST<br>ABILENE, TX 79604-3479 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 95.45 |
|---|---|---|---|
| | CITY OF AKRON-UTILITIES BUSINESS OFFICE<br>1180 S. MAIN STREET, SUITE 110<br>AKRON, OH 44301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25.00 |
|---|---|---|---|
| | CITY OF ALBUQUERQUE<br>FALSE ALARM REDUCTION UNIT<br>P.O. BOX 25700<br>ALBUQUERQUE, NM 87125 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,787.99 |
|---|---|---|---|
| | CITY OF ALEXANDRIA, LA<br>915 3RD ST<br>ALEXANDRIA, LA 71301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.432** **Nonpriority creditor's name and mailing address**

CITY OF ALHAMBRA, CA
DAVID R DOLPHIN, DEPUTY DIRECTOR OF UTILITIES
111 S FIRST STREET
ALHAMBRA, CA 91801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 116.64

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.433** **Nonpriority creditor's name and mailing address**

CITY OF ALLEN PARK - WATER
15915 SOUTHFIELD
ALLEN PARK, MI 48101-2512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 74.14

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

CITY OF ALTAMONTE SPRINGS, FL
225 NEWBURYPORT AVE
ALTAMONTE SPRINGS, FL 32701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 249.12

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.435** **Nonpriority creditor's name and mailing address**

CITY OF ANGOLA, IN
210 NORTH PUBLIC SQUARE
ANGOLA, IN 46703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 91.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

CITY OF ASHLAND, KY
1700 GREENUP AVE
ASHLAND, KY 41101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57.18

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.57 |

CITY OF AUBURN HILLS LOCKBOX, MI
1500 BROWN RD
AUBURN HILLS, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,347.52 |

CITY OF AUSTIN, TX
301 W 2ND ST
AUSTIN, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 85.86 |

CITY OF AVONDALE, AZ
11465 WEST CIVIC CENTER DRIVE
AVONDALE, AZ 85323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 315.03 |

CITY OF BANGOR, ME
498 MAINE AVENUE
BANGOR, ME 04401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49.66 |

CITY OF BATTLE CREEK, MI
10 N. DIVISION ST.
BATTLE CREEK, MI 49014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.442** **Nonpriority creditor's name and mailing address**

CITY OF BAXTER, MN
13190 MEMORYWOOD DR
BAXTER, MN 56425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    104.39

---

**3.443** **Nonpriority creditor's name and mailing address**

CITY OF BEAUMONT
RECORDS MGT ALARMS UNIT
PO BOX 3827
BEAUMONT, TX 77704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     50.00

---

**3.444** **Nonpriority creditor's name and mailing address**

CITY OF BEAUMONT, TX
801 MAIN ST
BEAUMONT, TX 77701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     77.76

---

**3.445** **Nonpriority creditor's name and mailing address**

CITY OF BELTON, MO
506 MAIN ST
BELTON, MO 64012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     81.37

---

**3.446** **Nonpriority creditor's name and mailing address**

CITY OF BEND, OR/34533
62975 BOYD ACRES ROAD
BEND, OR 97701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    195.96

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.447** | **Nonpriority creditor's name and mailing address**

CITY OF BISMARCK, ND
221 N 5TH ST
BISMARCK, ND 58501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 97.89

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address**

CITY OF BLOOMINGTON - 801214
1800 WEST OLD SHAKOPEE ROAD
BLOOMINGTON, MN 55431-3027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 153.82

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address**

CITY OF BLOOMINGTON UTILITIES, IN
401 N MORTON ST
BLOOMINGTON, IN 47404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 223.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**

CITY OF BOZEMAN, MT
121 N ROUSE AVE
BOZEMAN, MT 59715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 265.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**

CITY OF BRIGHTON, MI
DEPT 3060
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 358.11 |
|---|---|---|---|
| | CITY OF BUENA PARK, CA<br>6650 BEACH BLVD<br>BUENA PARK, CA 90621 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 159.04 |
|---|---|---|---|
| | CITY OF BULLHEAD CITY, AZ<br>2355 TRANE RD<br>BULLHEAD CITY, AZ 86442 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43.57 |
|---|---|---|---|
| | CITY OF CARBONDALE, IL<br>200 S ILLINOIS AVE<br>CARBONDALE, IL 62901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 521.68 |
|---|---|---|---|
| | CITY OF CHARLOTTESVILLE, VA<br>605 E MAIN ST<br>CHARLOTTESVILLE, VA 22902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 193.84 |
|---|---|---|---|
| | CITY OF CHATTANOOGA, TN<br>101 E 11TH ST<br>CHATTANOOGA, TN 37402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16.45 |
|---|---|---|---|

CITY OF CHICO, CA
411 MAIN STREET
CHICO, CA 95928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 71.33 |
|---|---|---|---|

CITY OF CHINO, CA
ATTN: WATER DEPARTMENT
13220 CENTRAL AVENUE
CHINO, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.87 |
|---|---|---|---|

CITY OF CLEVELAND DIVISION OF WATER
1201 LAKESIDE AVE.
CLEVELAND, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,373.18 |
|---|---|---|---|

CITY OF CLOVIS, CA
1033 FIFTH STREET
CLOVIS, CA 93612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,657.18 |
|---|---|---|---|

CITY OF COLUMBIA, MO
701 E BROADWAY
COLUMBIA, MO 65205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 341.08 |
|---|---|---|---|

CITY OF COLUMBIA, SC - WATER
1737 MAIN ST
COLUMBIA, SC 29201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75.00 |
|---|---|---|---|

CITY OF COLUMBUS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8.19 |
|---|---|---|---|

CITY OF CONCORD, NH
311 NORTH STATE STREET
CONCORD, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 923.10 |
|---|---|---|---|

CITY OF CORONA, CA
400 S. VICENTIA AVE.
CORONA, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 278.12 |
|---|---|---|---|

CITY OF CORPUS CHRISTI/659880
1201 LEOPARD ST
CORPUS CHRISTI, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.467** **Nonpriority creditor's name and mailing address**

CITY OF CORVALLIS, OR
ATTN: WATER DEPARTMENT
501 SW MADISON AVE
CORVALLIS, OR 97333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,286.29

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.468** **Nonpriority creditor's name and mailing address**

CITY OF COUNTRYSIDE, IL
803 W JOLIET RD
COUNTRYSIDE, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.469** **Nonpriority creditor's name and mailing address**

CITY OF DALLAS, TX
CITY HALL 2D SOUTH
DALLAS, TX 75277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37.19

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.470** **Nonpriority creditor's name and mailing address**

CITY OF DAYTONA BEACH, FL
301 S RIDGEWOOD AVE
DAYTONA BEACH, FL 32114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 926.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.471** **Nonpriority creditor's name and mailing address**

CITY OF DEFIANCE, OH
631 PERRY STREET
DEFIANCE, OH 43512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 191.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.472** **Nonpriority creditor's name and mailing address**

CITY OF DENTON, TX
215 E MCKINNEY ST
DENTON, TX 76201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,896.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.473** **Nonpriority creditor's name and mailing address**

CITY OF DOVER UTILITY
WEYANDT HALL- 5 E REED ST.
DOVER, DE 19901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 931.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.474** **Nonpriority creditor's name and mailing address**

CITY OF DUBUQUE, IA
50 W 13TH ST
DUBUQUE, IA 52001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 692.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.475** **Nonpriority creditor's name and mailing address**

CITY OF DULUTH COMFORT SYSTEMS
520 GARFIELD AVE
DULUTH, MN 55802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 443.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.476** **Nonpriority creditor's name and mailing address**

CITY OF DUNBAR, WV
210 12TH ST
DUNBAR, WV 25064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 12.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** **Nonpriority creditor's name and mailing address**

CITY OF ELYRIA - ELYRIA PUBLIC UTILITIES
131 COURT STREET, FIRST FLOOR
ELYRIA, OH 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    73.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.478** **Nonpriority creditor's name and mailing address**

CITY OF EUREKA, CA
531 K STREET
EUREKA, CA 95501-1165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   120.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.479** **Nonpriority creditor's name and mailing address**

CITY OF FARIBAULT, MN
208 1ST AVE NW
FARIBAULT, MN 55021-5180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    35.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**

CITY OF FARMINGTON, NM
101 N BROWNING PKWY
FARMINGTON, NM 87401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 2,975.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.481** **Nonpriority creditor's name and mailing address**

CITY OF FINDLAY, OH
136 N BLANCHARD ST
FINDLAY, OH 45840-5894

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    78.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.482** **Nonpriority creditor's name and mailing address**

CITY OF FLAGSTAFF, AZ
211 W ASPEN AVE
FLAGSTAFF, AZ 86002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  200.71

---

**3.483** **Nonpriority creditor's name and mailing address**

CITY OF FLORENCE, SC
324 W. EVANS STREET
FLORENCE, SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  340.58

---

**3.484** **Nonpriority creditor's name and mailing address**

CITY OF FORT MYERS, FL
2200 SECOND ST
FORT MYERS, FL 33901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.485** **Nonpriority creditor's name and mailing address**

CITY OF FORT SMITH - WATER
623 GARRISON AVE
FORT SMITH, AR 72901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  55.88

---

**3.486** **Nonpriority creditor's name and mailing address**

CITY OF FORT WALTON BEACH, FL
107 MIRACLE STRIP PKWY SW
FORT WALTON BEACH, FL 32548-6614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,248.00

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 282.90 |
|---|---|---|---|

CITY OF FRESNO, CA
1626 E STREET
FRESNO, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35.69 |
|---|---|---|---|

CITY OF GAINESVILLE, GA
300 HENRY WARD WAY
GAINESVILLE, GA 30501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 60.78 |
|---|---|---|---|

CITY OF GALESBURG, IL
55 W TOMPKINS ST
GALESBURG, IL 61401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25.00 |
|---|---|---|---|

CITY OF GENEVA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,501.47 |
|---|---|---|---|

CITY OF GENEVA, IL
22 S. FIRST ST.
GENEVA, IL 60134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |

**3.492** **Nonpriority creditor's name and mailing address**

CITY OF GLENDALE, CA - WATER & POWER
613 E. BROADWAY
GLENDALE, CA 91206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    24,946.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.493** **Nonpriority creditor's name and mailing address**

CITY OF GOLDSBORO, NC
200 N CENTER ST
GOLDSBORO, NC 27530

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    66.81

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.494** **Nonpriority creditor's name and mailing address**

CITY OF GRAPEVINE, TX
200 S MAIN ST
GRAPEVINE, TX 76051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    1,146.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.495** **Nonpriority creditor's name and mailing address**

CITY OF GREENFIELD, WI
7325 W FOREST HOME AVE
GREENFIELD, WI 53220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    162.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.496** **Nonpriority creditor's name and mailing address**

CITY OF GREENSBORO, NC/1170
300 W WASHINGTON ST SUITE 220
GREENSBORO, NC 27401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    417.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70.24 |
|---|---|---|---|

CITY OF GRETNA, LA
740 2ND ST
GRETNA, LA 70053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,500.18 |
|---|---|---|---|

CITY OF GROSSE POINTE FARMS
90 KERBY ROAD
GROSSE POINTE FARMS, MI 48236-3161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 164.71 |
|---|---|---|---|

CITY OF HEMET, CA
445 EAST FLORIDA AVE
HEMET, CA 92543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49.88 |
|---|---|---|---|

CITY OF HERMITAGE, PA
800 N HERMITAGE RD
HERMITAGE, PA 16148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 661.62 |
|---|---|---|---|

CITY OF HOLLYWOOD, FL
2600 HOLLYWOOD BLVD
HOLLYWOOD, FL 33020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 707.60 |
|---|---|---|---|

CITY OF HOUSTON
SOLID WASTE DEPT
PO BOX 1562
HOUSTON, TX 77251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 469.26 |
|---|---|---|---|

CITY OF HOUSTON, TX - WATER/WASTEWATER
901 BAGBY ST
HOUSTON, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,797.84 |
|---|---|---|---|

CITY OF HUDSON, OH
27 E. MAIN STREET
HUDSON, OH 44236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 193.77 |
|---|---|---|---|

CITY OF HUMBLE, TX
114 W HIGGINS ST
HUMBLE, TX 77338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 173.91 |
|---|---|---|---|

CITY OF HUNTINGTON BEACH, CA
2000 MAIN STREET
HUNTINGTON BEACH, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|-------------------|--------------------------|----------|
|        | Name              |                          |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 177.37 |
|---|---|---|---|
| | CITY OF HURST UTILITY BILLING<br>1505 PRECINCT LINE RD<br>HURST, TX 76054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 957.48 |
|---|---|---|---|
| | CITY OF IDAHO FALLS, ID<br>308 CONSTITUTION WAY<br>IDAHO FALLS, ID 83402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,526.61 |
|---|---|---|---|
| | CITY OF INDEPENDENCE UTILITIES<br>111 E. MAPLE<br>INDEPENDENCE, MO 64050 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42.87 |
|---|---|---|---|
| | CITY OF IOWA CITY, IA<br>410 EAST WASHINGTON STREET<br>IOWA CITY, IA 52240-1826 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 157.62 |
|---|---|---|---|
| | CITY OF JACKSON UTILITY BILLING, MI<br>161 WEST MICHIGAN AVENUE<br>JACKSON, MI 49201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.512** **Nonpriority creditor's name and mailing address**

CITY OF JACKSON, CA
33 BROADWAY
JACKSON, CA 95642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 378.04

---

**3.513** **Nonpriority creditor's name and mailing address**

CITY OF JOLIET, IL
150 W JEFFERSON ST
JOLIET, IL 60432-4148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103.92

---

**3.514** **Nonpriority creditor's name and mailing address**

CITY OF KLAMATH FALLS, OR
222 S 6TH STREET
KLAMATH FALLS, OR 97601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18.91

---

**3.515** **Nonpriority creditor's name and mailing address**

CITY OF LA HABRA, CA
DEPT 23237
LA HABRA, CA 91185-3237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171.85

---

**3.516** **Nonpriority creditor's name and mailing address**

CITY OF LAFAYETTE, IN
20 N 6TH ST
LAFAYETTE, IN 47901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 107.45

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 96.42 |
| --- | --- | --- | --- |

CITY OF LAKEWOOD, CA
ATTN: UTILITY DEPARTMENT
5050 CLARK AVENUE
LAKEWOOD, CA 90712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.82 |
| --- | --- | --- | --- |

CITY OF LAPEER, MI
ATTN: UTILITY DEPARTMENT
576 LIBERTY PARK
LAPEER, MI 48446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 123.01 |
| --- | --- | --- | --- |

CITY OF LAS CRUCES, NM
700 N MAIN ST
LAS CRUCES, NM 88001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.61 |
| --- | --- | --- | --- |

CITY OF LAWTON, OK
212 SW 9TH ST
LAWTON, OK 73501-3944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 170.65 |
| --- | --- | --- | --- |

CITY OF LEWISVILLE/731962
151 W CHURCH ST
LEWISVILLE, TX 75057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.522** **Nonpriority creditor's name and mailing address**

CITY OF LIMA - UTILITIES, OH
424 NORTH CENTRAL AVENUE
LIMA, OH 45801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.56

---

**3.523** **Nonpriority creditor's name and mailing address**

CITY OF LINCOLN CITY
FINANCE DEPT.
PO BOX 50
LINCOLN CITY, OR 97367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.00

---

**3.524** **Nonpriority creditor's name and mailing address**

CITY OF LINCOLN CITY, OR
ATTN: UTILITY DEPARTMENT
801 SW HWY 101
LINCOLN CITY, OR 97367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 196.04

---

**3.525** **Nonpriority creditor's name and mailing address**

CITY OF LIVONIA WATER & SEWER DIVISION
33000 CIVIC CENTER DR
LIVONIA, MI 48154-3060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 474.22

---

**3.526** **Nonpriority creditor's name and mailing address**

CITY OF LOGAN, UT
290 N 100 W
LOGAN, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,677.57

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.527 Nonpriority creditor's name and mailing address**

CITY OF LOVELAND, CO
500 E. 3RD ST.
LOVELAND, CO 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,269.47

---

**3.528 Nonpriority creditor's name and mailing address**

CITY OF MANHATTAN, KS
1101 POYNTZ AVE
MANHATTAN, KS 66502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    319.73

---

**3.529 Nonpriority creditor's name and mailing address**

CITY OF MANTECA, CA
1001 WEST CENTER STREET
MANTECA, CA 95337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    84.15

---

**3.530 Nonpriority creditor's name and mailing address**

CITY OF MAPLEWOOD
1830 E. COUNTY RD B
MAPLEWOOD, MN 55109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    57.00

---

**3.531 Nonpriority creditor's name and mailing address**

CITY OF MARGATE, FL
5790 MARGATE BLVD
MARGATE, FL 33063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    978.49

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.532** **Nonpriority creditor's name and mailing address**

CITY OF MARIETTA, OH
301 PUTNAM STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 197.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.533** **Nonpriority creditor's name and mailing address**

CITY OF MARTINSVILLE, VA
55 WEST CHURCH
ST. MARTINSVILLE, VA 24112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 709.05

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.534** **Nonpriority creditor's name and mailing address**

CITY OF MAYFIELD HEIGHTS
6154 MAYFIELD RD
MAYFIELD HEIGHTS, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 30.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535** **Nonpriority creditor's name and mailing address**

CITY OF MCHENRY - 333
333 SOUTH GREEN ST
MCHENRY, IL 60050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 70.79

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536** **Nonpriority creditor's name and mailing address**

CITY OF MCKINNEY, TX
222 N TENNESSEE ST
MCKINNEY, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 371.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.** | |

**3.537**   **Nonpriority creditor's name and mailing address**

CITY OF MEDFORD, OR
LAUSMANN ANNEX 200 S. IVY STREET
MEDFORD, OR 97501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    866.19

---

**3.538**   **Nonpriority creditor's name and mailing address**

CITY OF MESA, AZ
20 E. MAIN STREET
MESA, AZ 85201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    215.29

---

**3.539**   **Nonpriority creditor's name and mailing address**

CITY OF MESQUITE
FIRE DEPARTMENT
1515 N GALLOWAY
MESQUITE, TX 75149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    50.00

---

**3.540**   **Nonpriority creditor's name and mailing address**

CITY OF MESQUITE, TX/850287
757 N GALLOWAY AVE
MESQUITE, TX 75149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    231.88

---

**3.541**   **Nonpriority creditor's name and mailing address**

CITY OF MILWAUKEE/3268
200 E WELLS ST
MILWAUKEE, WI 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    26.56

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 162.39 |
|---|---|---|---|
| | CITY OF MISSOULA, MT<br>435 RYMAN ST<br>MISSOULA, MT 59802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 237.35 |
|---|---|---|---|
| | CITY OF MODESTO CA<br>1010 10TH STREET<br>MODESTO, CA 95354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 47.36 |
|---|---|---|---|
| | CITY OF MOLINE, IL<br>619 16TH ST<br>MOLINE, IL 61265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,959.34 |
|---|---|---|---|
| | CITY OF MONROE, NC<br>1005 WINCHESTER AVE<br>MONROE, NC 28110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 113.17 |
|---|---|---|---|
| | CITY OF MORGAN HILL, CA<br>17575 PEAK AVE, STE 100<br>MORGAN HILL, CA 95037-4128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.547**

**Nonpriority creditor's name and mailing address**

CITY OF MORGANTON, NC
305 E UNION ST # A100
MORGANTON, NC 28655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 697.21

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.548**

**Nonpriority creditor's name and mailing address**

CITY OF MOUNT VERNON, WA
910 CLEVELAND AVE
MOUNT VERNON, WA 98273-4212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 490.34

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.549**

**Nonpriority creditor's name and mailing address**

CITY OF MT JULIET, TN
2425 N MT JULIET RD
MT. JULIET, TN 37122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49.98

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.550**

**Nonpriority creditor's name and mailing address**

CITY OF MYRTLE BEACH, SC
937 BROADWAY ST
MYRTLE BEACH, SC 29577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 603.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.551**

**Nonpriority creditor's name and mailing address**

CITY OF NILES, OH
34 WEST STATE STREET
NILES, OH 44446-5036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,568.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.552** | **Nonpriority creditor's name and mailing address**

CITY OF NORMAN, OK
201 W GRAY ST
NORMAN, OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                442.37

---

**3.553** | **Nonpriority creditor's name and mailing address**

CITY OF NORTH CANTON, OH
145 NORTH MAIN STREET
NORTH CANTON, OH 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 50.83

---

**3.554** | **Nonpriority creditor's name and mailing address**

CITY OF NORTON SHORES, MI
4814 HENRY STREET
NORTON SHORES, MI 49441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                205.27

---

**3.555** | **Nonpriority creditor's name and mailing address**

CITY OF OCEANSIDE, CA
WATER UTILITIES DEPARTMENT
300 NORTH COAST HIGHWAY
OCEANSIDE, CA 92054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                197.21

---

**3.556** | **Nonpriority creditor's name and mailing address**

CITY OF ODESSA, TX
411 W 8TH ST
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                151.85

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.557** **Nonpriority creditor's name and mailing address**

CITY OF O'FALLON, IL
255 SOUTH LINCOLN AVENUE
O'FALLON, IL 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    545.29

---

**3.558** **Nonpriority creditor's name and mailing address**

CITY OF OKLAHOMA CITY, OK
200 N WALKER AVE
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    114.94

---

**3.559** **Nonpriority creditor's name and mailing address**

CITY OF ONTARIO WATER\SEWER DEPT
555 STUMBO RD
ONTARIO, OH 44862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    270.38

---

**3.560** **Nonpriority creditor's name and mailing address**

CITY OF ONTARIO, OR
444 SW 4TH STREET
ONTARIO, OR 97914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    97.33

---

**3.561** **Nonpriority creditor's name and mailing address**

CITY OF OREGON CITY, OR
625 CENTER STREET
OREGON CITY, OR 97045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    612.17

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.562 | **Nonpriority creditor's name and mailing address** | | |
| --- | --- | --- | --- |
| | CITY OF OREM, UT<br>56 NORTH STATE<br>OREM, UT 84057-5597 | | $ 416.17 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | | |
| --- | --- | --- | --- |
| | CITY OF OSHKOSH, WI<br>215 CHURCH AVE<br>OSHKOSH, WI 54903 | | $ 565.34 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | | |
| --- | --- | --- | --- |
| | CITY OF PANAMA CITY, FL<br>501 HARRISON AVE<br>PANAMA CITY, FL 32401 | | $ 461.41 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | | |
| --- | --- | --- | --- |
| | CITY OF PEMBROKE PINES, FL<br>601 CITY CTR WY<br>PEMBROKE PINES, FL 33025 | | $ 251.79 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | | |
| --- | --- | --- | --- |
| | CITY OF PEORIA, AZ<br>8401 W MONROE ST<br>PEORIA, AZ 85345 | | $ 138.68 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.567** **Nonpriority creditor's name and mailing address**

CITY OF PERU, IL
1901 4TH ST
PERU, IL 61354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,788.66

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568** **Nonpriority creditor's name and mailing address**

CITY OF PETOSKEY, MI
101 EAST LAKE STREET
PETOSKEY, MI 49770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 532.97

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569** **Nonpriority creditor's name and mailing address**

CITY OF PHOENIX, AZ - 29100
200 W WASHINGTON ST
PHOENIX, AZ 85003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570** **Nonpriority creditor's name and mailing address**

CITY OF PIQUA, OH
201 WEST WATER ST
PIQUA, OH 45356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,458.63

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.571** **Nonpriority creditor's name and mailing address**

CITY OF PLANTATION, FL
400 NW 73RD AVE
PLANTATION, FL 33317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 316.46

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 663.68 |

CITY OF POCATELLO, ID
911 N 7TH AVENUE
POCATELLO, ID 83201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,234.74 |

CITY OF PORT ANGELES, WA
321 E. 5TH ST
PORT ANGELES, WA 98362-3206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 252.90 |

CITY OF PORTAGE, MI
7900 SOUTH WESTNEDGE AVENUE
PORTAGE, MI 49002-5160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 792.81 |

CITY OF PRESCOTT, AZ
201 SOUTH CORTEZ STREET
PRESCOTT, AZ 86302-2059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 90.52 |

CITY OF QUINCY
730 MAINE ST
QUINCY, IL 62301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.577** **Nonpriority creditor's name and mailing address**

CITY OF REDDING, CA/496081
777 CYPRESS AVE
REDDING, CA 96001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,724.71

---

**3.578** **Nonpriority creditor's name and mailing address**

CITY OF REDLANDS, CA/6903
35 CAJON ST # 200
REDLANDS, CA 92373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,631.63

---

**3.579** **Nonpriority creditor's name and mailing address**

CITY OF REDMOND, OR
411 SW 9TH ST
REDMOND, OR 97756-2213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65.50

---

**3.580** **Nonpriority creditor's name and mailing address**

CITY OF RENTON, WA
ATTN: UTILITY DEPARTMENT
1055 SOUTH GRADY WAY
RENTON, WA 98057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 107.66

---

**3.581** **Nonpriority creditor's name and mailing address**

CITY OF RICHMOND, VA
ATTN: UTILITY DEPARTMENT
900 E. BROAD STREET
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,412.56

---

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

**Amount of claim**

---

**3.582**

**Nonpriority creditor's name and mailing address**

CITY OF ROCKWALL, TX
385 SOUTH GOLIAD STREET
ROCKWALL, TX 75087-3699

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                85.61

---

**3.583**

**Nonpriority creditor's name and mailing address**

CITY OF ROCKY MOUNT
WATER RESOURCESDEPARTMENT
331 SOUTH FRANKLIN STREET
ROCKY MOUNT, NC 27802-1180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             2,263.43

---

**3.584**

**Nonpriority creditor's name and mailing address**

CITY OF ROHNERT PARK, CA
130 AVRAM AVE
ROHNERT PARK, CA 94928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               567.98

---

**3.585**

**Nonpriority creditor's name and mailing address**

CITY OF ROSEVILLE, CA
JAVIER ARAMBULA, UTILITY CUSTOMER SERVICE SUPERVISOR
116 S. GRANT ST.
ROSEVILLE, CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             5,237.21

---

**3.586**

**Nonpriority creditor's name and mailing address**

CITY OF ROUND ROCK, TX
221 E MAIN ST
ROUND ROCK, TX 78664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               217.72

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587** **Nonpriority creditor's name and mailing address**

CITY OF SALINA, KS
300 W ASH ST
SALINA, KS 67401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 46.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.588** **Nonpriority creditor's name and mailing address**

CITY OF SANTA MARIA, CA
206 E COOK ST
SANTA MARIA, CA 93454-5136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 357.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.589** **Nonpriority creditor's name and mailing address**

CITY OF SEATTLE/SEATTLE CITY LIGHT
ATTN: LIGHT UTILITY DEPARTMENT
700 5TH AVE
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 30,893.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.590** **Nonpriority creditor's name and mailing address**

CITY OF SEATTLE/SEATTLE PUBLIC UTILITIES
ATTN: PUBLIC WORKS DEPARTMENT
700 5TH AVE, SUITE 4900
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 965.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.591** **Nonpriority creditor's name and mailing address**

CITY OF SHAWNEE, OK
16 W 9TH ST
SHAWNEE, OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 66.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.592** **Nonpriority creditor's name and mailing address**

CITY OF SHERMAN, TX
220 W MULBERRY STREET
SHERMAN, TX 75090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 184.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.593** **Nonpriority creditor's name and mailing address**

CITY OF SHREVEPORT, LA - 30065
505 TRAVIS STREET
SHREVEPORT, LA 71101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 86.88

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.594** **Nonpriority creditor's name and mailing address**

CITY OF SLIDELL, LA
2056 2ND STREET
SLIDELL, LA 70458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 51.43

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.595** **Nonpriority creditor's name and mailing address**

CITY OF SOUTHAVEN, MS
8710 NORTHWEST DR
SOUTHAVEN, MS 38671-2410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 253.58

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.596** **Nonpriority creditor's name and mailing address**

CITY OF STEUBENVILLE, OH
115 SOUTH THIRD STREET
STEUBENVILLE, OH 43952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 115.92

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.597**

**Nonpriority creditor's name and mailing address**

CITY OF STILLWATER, OK
723 SOUTH LEWIS STREET
STILLWATER, OK 74074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,376.10

---

**3.598**

**Nonpriority creditor's name and mailing address**

CITY OF STOCKTON
PO BOX 2107
STOCKTON, CA 95201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,032.00

---

**3.599**

**Nonpriority creditor's name and mailing address**

CITY OF SUGAR LAND, TX
2700 TOWN CENTER BLVD N
SUGA LAND, TX 77479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 257.57

---

**3.600**

**Nonpriority creditor's name and mailing address**

CITY OF TACOMA PUBLIC UTILITIES
3628 S 35TH ST
TACOMA, WA 98409-3115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,314.07

---

**3.601**

**Nonpriority creditor's name and mailing address**

CITY OF TALLAHASSEE, FL
435 N MACOMB ST
TALLAHASSEE, FL 32301-1050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,419.66

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.602** | **Nonpriority creditor's name and mailing address**

CITY OF TAVARES, FL
120 WATERMAN WAY
TAVARES, FL 32778

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,258.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address**

CITY OF TAYLOR, MI - WATER DEPT
25605 NORTHLINE ROAD
TAYLOR, MI 48180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 122.67

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address**

CITY OF TERRE HAUTE/SEWER
3200 S STATE ROAD 63
TERRE HAUTE, IN 47802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40.94

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address**

CITY OF TIFTON, GA
130 1ST STREET E
TIFTON, GA 31794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 110.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address**

CITY OF TIGARD, OR
8777 SW BURNHAM ST.
TIGARD, OR 97223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,018.64

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607** | **Nonpriority creditor's name and mailing address**

CITY OF TOLEDO-DEPT OF PUBLIC UTILITIES
420 MADISON AVE
#100
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 946.18

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address**

CITY OF TOPEKA, KS
215 SE 7TH ST
TOPEKA, KS 66603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 93.73

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address**

CITY OF TORRANCE UTILITIES
ATTN: UTILITY DEPARTMENT
3031 TORRANCE BLVD
TORRANCE, CA 90503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 492.99

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.610** | **Nonpriority creditor's name and mailing address**

CITY OF TRAVERSE CITY, MI
604 HANNAH AVENUE
TRAVERSE CITY, MI 49686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 304.56

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address**

CITY OF TUCSON, AZ
255 W ALMEDA ST
TUCSON, AZ 85701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 317.65

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-10068-CTG    Doc 376    Filed 02/11/25    Page 307 of 1286

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
|        | Name               |                          |          |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 496.98 |
|---|---|---|---|

CITY OF TUKWILA, WA
6200 SOUTHCENTER BLVD
TUKWILA, WA 98188-2599

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 116.84 |
|---|---|---|---|

CITY OF TULSA UTILITIES
UTILITY SERVICES
175 EAST 2ND ST
TULSA, OK 74103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,054.41 |
|---|---|---|---|

CITY OF TURLOCK, CA
156 S BROADWAY, SUITE 270
TURLOCK, CA 95380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70.44 |
|---|---|---|---|

CITY OF TUSCALOOSA, AL
2201 UNIVERSITY BLVD
TUSCALOOSA, AL 35401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26.00 |
|---|---|---|---|

CITY OF VACAVILLE-
FALSE ALARMS
PO BOX 141866
IRVING, TX 75014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**

CITY OF VANCOUVER, WA/35195
415 W 6TH STREET
VANCOUVER, WA 98660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 405.81

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** **Nonpriority creditor's name and mailing address**

CITY OF VISALIA U
UTILITIES
PO BOX  80268
CITY OF INDUSTRY, CA 91716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 641.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** **Nonpriority creditor's name and mailing address**

CITY OF VISALIA, CA - UTILITY BILLING
7579 AVE 288
VISALIA, CA 93277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 989.79

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** **Nonpriority creditor's name and mailing address**

CITY OF WACO WATER OFFICE
425 FRANKLIN AVE
WACO, TX 76701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 185.67

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621** **Nonpriority creditor's name and mailing address**

CITY OF WALLA WALLA, WA
15 N 3RD AVE
WALLA WALLA, WA 99362-1859

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 735.33

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622** | **Nonpriority creditor's name and mailing address**

CITY OF WARNER ROBINS, GA
700 WATSON BLVD
WARNER ROBINS, GA 31093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                1,065.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address**

CITY OF WARRENTON, OR
45 SW 2ND ST.
WARRENTON, OR 97146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  339.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address**

CITY OF WASHINGTON, MO
405 JEFFERSON STREET
WASHINGTON, MO 63090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   45.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address**

CITY OF WATERTOWN, NY
245 WASHINGTON STREET
WATERTOWN, NY 13601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  106.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address**

CITY OF WATERTOWN, WI
106 JONES ST
WATERTOWN, WI 53094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  795.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.627** **Nonpriority creditor's name and mailing address**

CITY OF WEST MELBOURNE, FL
2240 MINTON ROAD WEST
MELBOURNE, FL 32904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                231.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

CITY OF WINTER GARDEN, FL
300 W PLANT ST
WINTER GARDEN, FL 34787-3009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,725.43

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.629** **Nonpriority creditor's name and mailing address**

CITY OF WOODBURY, MN
8301 VALLEY CREEK ROAD
WOODBURY, MN 55125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                462.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.630** **Nonpriority creditor's name and mailing address**

CITY TREASURER MADISON - WI
210 MARTIN LUTHER KING JR BLVD
#107
MADISON, WI 53703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                130.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.631** **Nonpriority creditor's name and mailing address**

CITY TREASURER, VIRGINIA BEACH
2401 COURTHOUSE DR
VIRGINIA BEACH, VA 23456-9018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                254.03

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632** | **Nonpriority creditor's name and mailing address**

CITY TREASURER-PUBLIC UTILITIES DEPT
9192 TOPAZ WAY
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 706.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address**

CITY UTILITIES COMMISSION (CORBIN, KY)
1515 CUMBERLAND FALLS HWY
CORBIN, KY 40701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 332.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address**

CITY UTILITIES OF SPRINGFIELD, MO
301 E CENTRAL STREET
SPRINGFIELD, MO 65802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,515.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address**

CITY WATER & LIGHT (CWL)
400 E MONROE AVE
JONESBORO, AR 72401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 829.52

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address**

CL SERVICES INC
4245 INTERNATIONAL PKWY #125
ATLANTA, GA 30354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,522.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 314.39 |
|---|---|---|---|---|

CLACKAMAS RIVER WATER
16770 SE 82ND DR
CLACKAMAS, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 172.16 |
|---|---|---|---|---|

CLACKAMAS WATER ENVIRONMENT SERVICES
ATTN: UTILITY DEPARTMENT
150 BEAVERCREEK ROAD #430
OREGON CITY, OR 97045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,828.54 |
|---|---|---|---|---|

CLARK PUBLIC UTILITIES
ATTN: UTILITY DEPARTMENT
1200 FORT VANCOUVER WAY
VANCOUVER, WA 98663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,531.18 |
|---|---|---|---|---|

CLARKSVILLE DEPARTMENT OF ELECTRICITY
2021 WILMA RUDOLPG BLVD
CLARKSVILLE, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 660.87 |
|---|---|---|---|---|

CLARKSVILLE GAS & WATER DEPARTMENT
2215 MADISON ST A
CLARKSVILLE, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.642** **Nonpriority creditor's name and mailing address**

CLARKSVILLE WASTEWATER TREATMENT DEPT, I
2000 BROADWAY ST
SUITE 136
CLARKSVILLE, IN 47129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 41.30

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**

CLAUDIA GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**

CLECO POWER LLC
2030 DONAHUE FERRY ROAD
PINEVILLE, LA 71361-5000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,095.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**

CLIFFORD FAMILY INTERVIVOS TRUST
GATEWAY SQ CO CLIFFORD ENTERP
818 W RIVERSIDE AVE #660
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,062.15

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**

CLIVE WATER DEPARTMENT
1900 NW 114TH STREET
CLIVE, IA 50325-7077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 787.91

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

CLOVER NEEDLECRAFT INC
1441 S CARLOS AVENUE
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  538,111.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**

CLOVIS-HERNDON CENTER LLC
C/O UNITED SECURITY BANK
7088 NORTH FIRST STREET
FRESNO, CA 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$  10,216.92

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.649** **Nonpriority creditor's name and mailing address**

COACHELLA VALLEY WATER DISTRICT
75515 HOVLEY LN E
PALM DESERT, CA 92211-5104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  186.57

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.650** **Nonpriority creditor's name and mailing address**

COBB COUNTY WATER SYSTEM
660 SOUTH COBB DRIVE
MARIETTA, GA 30060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  9,636.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.651** **Nonpriority creditor's name and mailing address**

COBB EMC
1000 EMC PARKWAY
MARIETTA, GA 30060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  15,390.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.652** **Nonpriority creditor's name and mailing address**

COBRINA GRIECO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,350.00

---

**3.653** **Nonpriority creditor's name and mailing address**

COCONUT POINT DEVELOPERS LLC
C/O COCONUT POINT TOWN CTR LLC
PO BOX 643913
PITTSBURGH, PA 15264-3913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,430.34

---

**3.654** **Nonpriority creditor's name and mailing address**

CODY HAYES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.655** **Nonpriority creditor's name and mailing address**

COFAL PARTNERS LP
535 SMITHFIELD ST #1035
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,507.48

---

**3.656** **Nonpriority creditor's name and mailing address**

COL 1005 W COLUMBIA LLC
C/O POINT PLACE MGMT LLC
400 MEMORIAL DR EXT, #200
GREER, SC 29651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,354.71

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657** **Nonpriority creditor's name and mailing address**

COLART AMERICAS
11 CONSTITUTION AVE
PISCATAWAY, NJ 08855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 346,317.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658** **Nonpriority creditor's name and mailing address**

COLONIA LIMITED PARTNERSHIP
33 SOUTH SERVICE ROAD
JERICHO, NY 11753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 13,009.48

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659** **Nonpriority creditor's name and mailing address**

COLONIAL PATTERNS
340 W 5TH STREET
KANSAS CITY, MO 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 21,655.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660** **Nonpriority creditor's name and mailing address**

COLORADO SPRINGS UTILITIES
111 S. CASCADE AVE.
COLORADO SPRINGS, CO 80903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,471.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.661** **Nonpriority creditor's name and mailing address**

COLUMBIA CASCADE PLAZA LLC
DBA CASCADE PLAZA
PO BOX 31001-0913
PASADENA, CA 91110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 12,231.16

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|---------------------|--------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.662** **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF KENTUCKY
2001 MERCER ROAD
LEXINGTON, KY 40511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,200.31

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.663** **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF MARYLAND
121 CHAMPION WAY SUITE 100
CANONSBURG, PA 15317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,197.43

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.664** **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF OHIO
200 CIVIC CENTER DRIVE
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,966.03

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.665** **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF PENNSYLVANIA
121 CHAMPION WAY
CANONSBURG, PA 15317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,002.90

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.666** **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF VIRGINIA
1809 COYOTE DRIVE
CHESTER, VA 23836

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 801.12

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.667** **Nonpriority creditor's name and mailing address**

COLUMBIA MALL PARTNERSHIP
COLUMBIA  CENTER
6130 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,796.73

---

**3.668** **Nonpriority creditor's name and mailing address**

COLUMBIANA COUNTY WATER & SEWER
39563 WELLSVILLE AVE
LISBON, OH 44432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53.43

---

**3.669** **Nonpriority creditor's name and mailing address**

COLUMBUS - CITY TREASURER
90 W BROAD STREET
#111
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.00

---

**3.670** **Nonpriority creditor's name and mailing address**

COLUMBUS CITY TREASURER
ATTN: COLUMBUS CITY TREASURER
4252 GROVES RD
COLUMBUS, OH 43232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 267.50

---

**3.671** **Nonpriority creditor's name and mailing address**

COLUMBUS CITY UTILITIES
1111 MCCLURE ROAD
COLUMBUS, OH 47201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42.36

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.672** | **Nonpriority creditor's name and mailing address**

COLUMBUS FIRE & SAFETY EQUIP
PO BOX  791
COLUMBUS, GA 31902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                17.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address**

COLUMBUS WATER WORKS
1200 6TH AVENUE
COLUMBUS, GA 31902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$               800.82

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address**

COMED
C/O EXELON
10 S DEARBORN ST, 54TH FLOOR
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            11,999.07

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS USA MID SOUTH
PO BOX  1966
MONTGOMERY, AL 36102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$             2,458.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**

COMM 2012-LC4
SVM-10108887 LLC
PO BOX 715152
CINCINNATI, OH 45271-5152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$             7,430.66

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** **Nonpriority creditor's name and mailing address**

COMMERCIAL CLEANING PROS
PO BOX 30411
WALNUT CREEK, CA 94598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                780.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.678** **Nonpriority creditor's name and mailing address**

COMMERCIAL REPOSITION PARTNERS 17 L
C/O PACE PROPERTIES INC
4400 COLLEGE BLVD., STE 180
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$            10,614.68

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.679** **Nonpriority creditor's name and mailing address**

COMMUNITY WATER COMPANY OF GREEN VALLEY
1501 S LA CANADA DR
GREEN VALLEY, AZ 85622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 70.89

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.680** **Nonpriority creditor's name and mailing address**

COMPLETE CONSTRUCTION COMMERCIAL SE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            64,392.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.681** **Nonpriority creditor's name and mailing address**

CON EDISON
390 WEST ROUTE 59
SPRING VALLEY, NY 10977-5300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$             5,812.72

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.682** **Nonpriority creditor's name and mailing address**

CONAIR CORPORATION
1 CUMMINGS POINT ROAD
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,540.61

---

**3.683** **Nonpriority creditor's name and mailing address**

CONCORD DESIGN CLASSICS LIMITED
FLAT A & B, 9/F
SHING LEE COMMERCIAL BUILDING
6-12 WING KUT STREET, CENTRAL
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,449.78

---

**3.684** **Nonpriority creditor's name and mailing address**

CONCORD RETAIL PARTNERS LP
PO BOX 4711
LANCASTER, PA 17601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                7,327.27

---

**3.685** **Nonpriority creditor's name and mailing address**

CONEJO VALLEY PLAZA 2 LLC
C/O MILAN CAPITAL MGMT INC
701 S. PARKER ST., #5200
ORANGE, CA 92868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                29,811.77

---

**3.686** **Nonpriority creditor's name and mailing address**

CONNECTICUT NATURAL GAS CORP (CNG)
76 MEADOW STREET
HEARTFORD, CT 06108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,841.69

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.687** **Nonpriority creditor's name and mailing address**

CONNEXUS ENERGY
14601 RAMSEY BLVD
RAMSEY, MN 55303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 887.20

---

**3.688** **Nonpriority creditor's name and mailing address**

CONNORS AND ASSOCIATES LLC
CONNERS GROUP
4000 TOWN CENTER BLVD. #310
CANONSBURG, PA 15317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 246,987.50

---

**3.689** **Nonpriority creditor's name and mailing address**

CONSERVATIVE DEVELOPMENT COMPANY
C/O LAKEWOOD VILLAGE SHOPPING PARK
2851 LAKEWOOD VILLAGE DRIVE
NORTH LITTLE ROCK, AR 72116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,526.83

---

**3.690** **Nonpriority creditor's name and mailing address**

CONSERVICE - 1530
750 SOUTH GATEWAY DRIVE
RIVER HEIGHTS, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 193.89

---

**3.691** **Nonpriority creditor's name and mailing address**

CONSTELLATION NEWENERGY GAS DIV LLC/5472
1310 POINT STREET
BALTIMORE, MD 21231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,781.96

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

**3.692** | **Nonpriority creditor's name and mailing address**

CONSTELLATION NEWENERGY/4640
1310 POINT STREET
BALTIMORE, MD 21231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,214.66

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address**

CONSTRUCTOR.IO CORPORATION
268 BUSH ST., #4450
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 104,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**

CONSUMERS ENERGY
ONE ENERGY PLAZA
JACKSON, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49,419.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

CONTAINER MANAGEMENT INC
9811 S IH 35 BUILD 5 #110
AUSTIN, TX 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 149,000.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

COOKEVILLE TN INVESTMENT PARTNERS
CO SANDOR DEVELOPMENT CO
10689 N PENNSYLVANIA ST #100
INDIANAPOLIS, IN 46280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,979.65

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 629,237.26 |
|---|---|---|---|
| | COOKIES UNITED LLC<br>141 FREEMAN AVENUE<br>ISLIP, NY 11751 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | CORA WILLIAMS<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 524,318.42 |
|---|---|---|---|
| | CORDIAL EXPERIENCE INC<br>402 W. BROADWAY, #700<br>SAN DIEGO, CA 92101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,525.01 |
|---|---|---|---|
| | CORE AURORA CS LLC<br>2613 SOLUTION CENTER<br>CHICAGO, IL 60677-2006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,226.37 |
|---|---|---|---|
| | CORE BLOOMINGTON CMNS LLC<br>PO BOX 6301<br>HICKSVILLE, NY 11802-6301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**

CORENTAL PROPERTY MGMT INC
PO BOX 1894
KALISPELL, MT 59903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,168.94

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.703** **Nonpriority creditor's name and mailing address**

CORNERSTONE SOUTH COUNTY LLC
ATT: JOHN CLANCY
4503 MARBURG AVENUE
CINCINNATI, OH 45209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 18,010.75

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.704** **Nonpriority creditor's name and mailing address**

COUNCIL BLUFFS WATER WORKS
2000 NORTH 25TH STREET
COUNCIL BLUFFS, IA 51501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25.73

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.705** **Nonpriority creditor's name and mailing address**

COUNTRY SIDE CENTER-CORONA
C/O AYRES GROUP
355 BRISTOL ST SUITE A
COSTA MESA, CT 92626-9667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,408.27

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.706** **Nonpriority creditor's name and mailing address**

COUNTY OF TULARE
221 S. MOONEY BLVD.
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 361,706.42

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|-----|----|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 11,870.46 |
|---|---|---|---|---|

COUPA SOFTWARE INC
PO BOX 888396
LOS ANGELES, CA 90088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,781.82 |
|---|---|---|---|---|

COWETA-FAYETTE EMC
103 SUMNER ROAD
FAYETTEVILLE, GA 30214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 743.09 |
|---|---|---|---|---|

COWLITZ COUNTY PUD
961 12TH AVE
LONGVIEW, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 47,606.00 |
|---|---|---|---|---|

COYOTE LOGISTICS LLC
PO BOX 742636
ATLANTA, GA 30374-2636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 20,901.21 |
|---|---|---|---|---|

CPC MADISON REIT LLC
CO CORE PROPERTY MGMT
800 VANDERBILT BEACH RD
NAPLES, FL 34108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.712** | **Nonpriority creditor's name and mailing address**

CPIF HOLDINGS LLC
NUGGET MALL, C/O JRE
8800 GLACIER HWY, STE 221
JUNEAU, AK 99801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$  8,800.18

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address**

CPS ENERGY
500 MCCULLOUGH AVENUE
SAN ANTONIO, TX 78215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  6,332.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address**

CPT ARLINGTON HIGHLANDS 1 LP
PO BOX 206250
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$  85.59

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.715** | **Nonpriority creditor's name and mailing address**

CPT NETWORK SOLUTIONS INC
1062 W SOUTH THORNDALE AVE
BENSENVILLE, IL 60106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  277.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.716** | **Nonpriority creditor's name and mailing address**

CRAFT EXPRESS
620 DOBBIN ROAD
CHARLESTON, SC 29414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  414,651.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.717 Nonpriority creditor's name and mailing address**

CRAFT RITE INC
NO. 121 EAST QIANMING RD FENGJING TOWN, JINSHAN DISTRICT
20
SHANGHAI, 201501
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 133,813.93

---

**3.718 Nonpriority creditor's name and mailing address**

CRAFT SMITH LLC
#175 LN 165, WUXIANG N ROAD
Z06
WUXIANG TOWN
YINZHOU DISTRICT, 315111
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.719 Nonpriority creditor's name and mailing address**

CRAFTWOOD DIV OF CINDOCO WOOD
PRODUCTS CO
410 MT CLIFTON DR
MOUNT ORAB, OH 45154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,879.45

---

**3.720 Nonpriority creditor's name and mailing address**

CRANBERRY TOWNSHIP, PA
ATTN: UTILITY DEPARTMENT
2525 ROCHESTER ROAD SUITE 400
CRANBERRY TOWNSHIP, PA 16066-6499

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 497.51

---

**3.721 Nonpriority creditor's name and mailing address**

CRANSTON IT INC
205 WHITE PINE LANE
CRANBERRY TOWNSHIP, PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,562.45

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.722** **Nonpriority creditor's name and mailing address**

CRAYOLA LLC
1100 CHURCH LANE
EASTON, PA 18040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 549,579.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.723** **Nonpriority creditor's name and mailing address**

CRC TAYLORSVILLE COINVEST LLC
CR TAYLORSVILLE LLC
PO BOX 69475-278
BALTIMORE, MD 21264-9475

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 20,190.02

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.724** **Nonpriority creditor's name and mailing address**

CRE8 DIRECT (NINGBO) CO LTD
45W LUSHAN ROAD, BEILUN
NINGBO, 315806
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,195.49

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.725** **Nonpriority creditor's name and mailing address**

CREATEON LLC
500 QUAIL HOLLOW DRIVE
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 134,813.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.726** **Nonpriority creditor's name and mailing address**

CREATIVE COLOR
17413 WOODFORD AVE
LAKEWOOD, OH 44107-2223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,716.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Jo-Ann Stores, LLC                                              Case number (if known)  25-10072

Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.727** **Nonpriority creditor's name and mailing address**

CREATIVE HOME LTD
1101 11/FL PERFECT IND BLDG
SAN PO KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.728** **Nonpriority creditor's name and mailing address**

CRESCENT ELECTRIC SUPPLY CO
5520 CLOVERLEAF PKWY #4815
VALLEY VIEW, OH 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   3,440.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.729** **Nonpriority creditor's name and mailing address**

CRETE CARRIER CORPORATION
PO BOX 82634
LINCOLN, NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   22,302.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.730** **Nonpriority creditor's name and mailing address**

CRI COLUMBUS NORTH HOLDINGS LLC
DBA CRI EASTON SQUARE LLC
PO BOX 1450
COLUMBUS, OH 43216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                   35,985.69

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.731** **Nonpriority creditor's name and mailing address**

CRICUT INC
10855 SOUTH RIVER FRONT PARKWAY
SUITE 400
SOUTH JORDAN, UT 84095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   1,232,701.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.732** **Nonpriority creditor's name and mailing address**

CRIMSON 1031 PORTFOLIO LLC
6100 CAMP BOWIE BLVD., #23
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 10,181.58

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.733** **Nonpriority creditor's name and mailing address**

CRITEO CORP
PO BOX 392422
PITTSBURGH, PA 15251-9422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 234,723.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.734** **Nonpriority creditor's name and mailing address**

CROSSROADS ASSOCIATES LLC
840 EAST HIGH STREET
LEXINGTON, KY 40502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 16,754.03

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.735** **Nonpriority creditor's name and mailing address**

CROSSROADS OF ROSEVILLE 2023 LLC
C/O 21ST CENTURY BANK
PO BOX 333
LORETTO, MN 55357-0333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 19,936.43

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.736** **Nonpriority creditor's name and mailing address**

CROWLEY FLECK PLLP
490 N. 31ST STREET
#500
BILLINGS, MT 59101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,740.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** **Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,409.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**

CRYSTAL CITY WATER DEPARTMENT
130 MISSISSIPPI AVE
CRYSTAL CITY, MO 63019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70.94

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**

CRYSTAL MORSE
C/O CULPEPPER KURLAND, PLLC
ATTN: BRUCE CULPEPPER, ESQ.
101 EAST KENNEDY BLVD.
SUITE 2300
TAMPA, FL 33602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 24-CA-005734

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**

CRYSTAL PHILLIPSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** **Nonpriority creditor's name and mailing address**

CS INTERNATIONAL (HK) TOYS LIMITED
UNIT 602, 6/F, EDWARD WONG TOWER
910 CHEUNG SHA WAN ROAD
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,562,564.21

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.742** **Nonpriority creditor's name and mailing address**

CSM BONAVENTURE LTD
SDS 12-1243
500 WASHINGTON AVE. S, STE 3000
MINNEAPOLIS, MN 55415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 12,699.19

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.743** **Nonpriority creditor's name and mailing address**

CTEX HOMETEXTILE CO LTD
NO 218 GUANGYI ROAD
RM 508 MINHANG BUILDING
WUXI, 214000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.744** **Nonpriority creditor's name and mailing address**

CTL PROPERTY MANAGEMENT LLC
C/O EAST MOLINE GLASS
1333 13TH STREET
EAST MOLINE, IL 61244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,925.86

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.745** **Nonpriority creditor's name and mailing address**

CTO REALTY GROWTH INC
CTO24 CAROLINA LLC
PO BOX 71242
CHICAGO, IL 60694-1242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 29,245.63

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.746** **Nonpriority creditor's name and mailing address**

CULLINAN PENSACOLA LLC
CULLINAN PROPERTIES LTD
420 NORTH MAIN STREET
EAST PEORIA, IL 61611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 16,918.98

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.747**

**Nonpriority creditor's name and mailing address**

CUPIXEL INC
1234 CHESTNUT STREET
NEWTON, MA 02464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    125,000.00

---

**3.748**

**Nonpriority creditor's name and mailing address**

CUPIXEL INC
59 HAMLET STREET
NEWTON, MA 02459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     43,930.75

---

**3.749**

**Nonpriority creditor's name and mailing address**

CURTIS R MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      1,115.94

---

**3.750**

**Nonpriority creditor's name and mailing address**

CUSTOM FLORAL DESIGN INC
GREENHOUSE FLORIST
12 CLINTON STREET
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          76.81

---

**3.751**

**Nonpriority creditor's name and mailing address**

CWC - CONNECTICUT WATER
110 WEST TAYLOR STREET
SAN JOSE, CA 95110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          55.35

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.752** **Nonpriority creditor's name and mailing address**

CYNTHIA GUTIERREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753** **Nonpriority creditor's name and mailing address**

CYNTHIA WEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.754** **Nonpriority creditor's name and mailing address**

D & C WONG I LLC
C/O MRS HANNAH WONG
6311 SEWARD PARK AVE S
SEATTLE, WA 98118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                7,148.02

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.755** **Nonpriority creditor's name and mailing address**

D & H HAWLEY LLC
5600 14TH AVE NW, STE 3
SEATTLE, WA 98107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                10,245.97

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.756** **Nonpriority creditor's name and mailing address**

D H PACE COMPANY INC
1901  EAST 119TH ST.
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                4,146.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,217.51 |
|---|---|---|---|

DAANE'S DEVELOPMENT COMPANY
PO BOX 340
OSPREY, FL 34229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,354.83 |
|---|---|---|---|

DADE PAPER COMPANY
PO BOX 1180
LOXLEY, AL 36551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 246,352.81 |
|---|---|---|---|

DADELAND GREENERY LP
PO BOX 201279
DALLAS, TX 75320-1279

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 894,517.17 |
|---|---|---|---|

DAILY SERVICES
SURGE
PO BOX 779076
CHICAGO, IL 60677-9076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DAIMA JACKSON
C/O HILL DUVEMAY AND ASSOCIATES, LLC
ATTN: CANDACE ALYNN HILL DUVEMAY, ESQ.
P.O. BOX 1397
JONESBORO, GA 30237

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 22TCG0236

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 118,176.79 |
|---|---|---|---|

DAN DEE INTERNATIONAL LLC
106 HARBOR DRIVE
JERSEY CITY, NJ 07305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,989.49 |
|---|---|---|---|

DANA DRIVE INVESTORS
7090 N. MARKS AVE., SUITE 102
FRESNO, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,104.80 |
|---|---|---|---|

DANA RAPID CITY LLC
718 E ST ANDREWS
DAKOTA DUNES, SD 57049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DANIELLE J. SMITH
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,594.37 |
|---|---|---|---|

DANVILLE MALL LLC
MID-AMERICA ASSET MGMT INC
1 PARKVIEW PLAZA, 9TH FLOOR
OAKBROOK TERRACE, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** **Nonpriority creditor's name and mailing address**

DARLENE MEYER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.768** **Nonpriority creditor's name and mailing address**

DARTMOUTH MARKETPLACE ASSOC
C/O PEGASUS LANDING CORPORATION
6065 ROSWELL RD., STE. 800
SANDY SPRINGS, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,199.38

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.769** **Nonpriority creditor's name and mailing address**

DASADA PROPERTY MGT LLC
ATTN SHARIF MALIK
107 LEGEND WAY
WALES, WI 53183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 91,397.87

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.770** **Nonpriority creditor's name and mailing address**

DATALOGIC USA INC
959 TERRY STREET
EUGENE, OR 97402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 113,315.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.771** **Nonpriority creditor's name and mailing address**

DAVID FISK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.772** | **Nonpriority creditor's name and mailing address**

DAVID PITTMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,368.02

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address**

DAVID RUIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.774** | **Nonpriority creditor's name and mailing address**

DAVID TEXTILES INC
1920 SOUTH TUBEWAY AVENUE
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 173,437.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address**

DAVIS & HAMRICK LLP
635 W. FOURTH STREET
WINSTON SALEM, NC 27101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address**

DCTN3 509 PANAMA CITY FL LLC
ATTN: ACCOUNTING DEPT
1240 N KIMBALL AVE
SOUTHLAKE, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,399.01

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.777** **Nonpriority creditor's name and mailing address**

DDR CORP. DDR WINTER GARDEN LLC
DEPT 103173 21146 51867
PO BOX 37691
BALTIMORE, MD 21297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 29,243.20

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.778** **Nonpriority creditor's name and mailing address**

DDRTC FAYETTE PAVILION III & IV LLC
PO BOX 745468
ATLANTA, GA 30374-5468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 700.31

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.779** **Nonpriority creditor's name and mailing address**

DEAD RIVER COMPANY/70354
82 RUNNING HILL ROAD
SUITE 400
S PORTLAND, ME 04106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,412.56

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.780** **Nonpriority creditor's name and mailing address**

DEANNA ESTRADA
C/O BAUMAN LAW APLC
ATTN: DEVING
24003A VENTURA BLVD, 2ND FLOOR
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.781** **Nonpriority creditor's name and mailing address**

DEANNA SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.782** **Nonpriority creditor's name and mailing address**

DEBBIE M. PARKER
ATTN: SALESIA V. SMITH-GORDON
922 SECOND STREET
WEST PALM BEACH, FL 33401

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 24TC-209461785

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.783** **Nonpriority creditor's name and mailing address**

DEBORAH E. WILSON
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.784** **Nonpriority creditor's name and mailing address**

DEBRA STEVENS
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.785** **Nonpriority creditor's name and mailing address**

DECO DE TREND
DAVID NAGAR, PADAPPAI
4/371 VANDALUR WALAJABD ROAD
CHENNAI
TAMIL NADU, 601301
INDIA

$ 46,824.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.786** **Nonpriority creditor's name and mailing address**

DECOART INC
49 COTTON AVENUE
STANFORD, KY 40484

$ 2,885.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.787** **Nonpriority creditor's name and mailing address**

DECORWARE INC
9389 HAVEN AVE
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                83,207.87

---

**3.788** **Nonpriority creditor's name and mailing address**

DEER CREEK MZL LLC
C/O KPR, ACCOUNTS RECEIVABLE
535 FIFTH AVE., 12TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                10,170.30

---

**3.789** **Nonpriority creditor's name and mailing address**

DEKALB COUNTY/71224/105942
7960 W EXCHANGE PL
TUCKER, GA 30084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4.54

---

**3.790** **Nonpriority creditor's name and mailing address**

DEKOTA FARMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.791** **Nonpriority creditor's name and mailing address**

DELMAR INTERNATIONAL INC
841 SIVERT DRIVE
WOOD DALE, IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                130,808.73

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.792** **Nonpriority creditor's name and mailing address**

DELMARVA POWER DE/MD/VA/17000/13609
6250 LBJ FREEWAY
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,195.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.793** **Nonpriority creditor's name and mailing address**

DELOITTE FAS LLP
PO BOX 844742
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 381,939.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.794** **Nonpriority creditor's name and mailing address**

DELTA NATURAL GAS CO INC
3614 LEXINGTON ROAD
WINCHESTER, KY 40391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 409.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.795** **Nonpriority creditor's name and mailing address**

DELTA OAKS GROUP LLC
C/O CAMPBELL COMMERCIAL REAL ESTATE
PO BOX 10066
EUGENE, OR 97440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 13,381.44

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.796** **Nonpriority creditor's name and mailing address**

DEMATIC CORP
684125 NETWORK PL
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,527.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** **Nonpriority creditor's name and mailing address**

DENA D. JOHNSON
ATTN: ARASH KHORSANDI
2960 WILSHIRE BLVD.
3RD FL
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CIVSB2418856

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.798** **Nonpriority creditor's name and mailing address**

DENIK LLC
696 W 1725 N
LOGAN, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 158,702.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.799** **Nonpriority creditor's name and mailing address**

DENVER WATER
1600 W. 12TH AVE
DENVER, CO 80204-3412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,210.16

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.800** **Nonpriority creditor's name and mailing address**

DENYS SAUNDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.801** **Nonpriority creditor's name and mailing address**

DEPT OF AGRICULTURAL COMMISSIONER
WEIGHTS & MEASURES
11012 GARFIELD AVE., BLDG. A
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 618.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.802** **Nonpriority creditor's name and mailing address**

DEPT OF WATER WORKS - SANITARY DISTRICT
532 FRANKLIN STREET
MICHIGAN CITY, IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 36.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.803** **Nonpriority creditor's name and mailing address**

DEPT US HOLDING INC
DEPT COMMERCE LLC, DBA MELON TECH.
1 S. WACKER DR., STE. 2250
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,978,507.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.804** **Nonpriority creditor's name and mailing address**

DEPTFORD TOWNSHIP MUA, NJ
ATTN: UTILITY DEPARTMENT
898 CATTELL ROAD
WENONAH, NJ 08090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 255.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.805** **Nonpriority creditor's name and mailing address**

DESIGN WORKS CRAFTS
70 ORVILLE DR SUITE 1
BOHEMIA, NY 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,063.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.806** **Nonpriority creditor's name and mailing address**

DESIGNCO PRIVATE LIMITED
LAKRI FAZALPUR DELHI ROAD
MORADABAD
UTTAR PRADESH, 244001
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 183,262.10

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.807** | **Nonpriority creditor's name and mailing address**

DESIGNS FOR ALL SEASONS LTD
FLAT B, KAISER ESTATE (PHASE 1)
41 MAN YUE ST
HUNGHOM,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,920,078.83

---

**3.808** | **Nonpriority creditor's name and mailing address**

DESTIN WATER USERS, INC.
218 MAIN ST
DESTIN, FL 32541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    338.39

---

**3.809** | **Nonpriority creditor's name and mailing address**

DEUTER 65 LLC
26711 NORTHWESTERN HWY #150
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    24,533.87

---

**3.810** | **Nonpriority creditor's name and mailing address**

DEVELOPERS DIVERSIFIED REALTY CORP
DBA DDR LAKE BRANDON PLAZA LLC
POB 945274, 103173 21078 37697
ATLANTA, GA 30394-5274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    475.75

---

**3.811** | **Nonpriority creditor's name and mailing address**

DEVRIES PUBLIC RELATIONS LTD
909 THIRD AVENUE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    50,999.69

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.812** **Nonpriority creditor's name and mailing address**

DEVYN OCONNELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**$ Undetermined**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.813** **Nonpriority creditor's name and mailing address**

DEX IMAGING LLC
PO BOX 17299
CLEARWATER, FL 33762-0299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 918.30**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.814** **Nonpriority creditor's name and mailing address**

DHILLON PROPERTIES WA LLC
311 N. RIVERPOINT BLVD.
SPOKANE, WA 99202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 1,358.88**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.815** **Nonpriority creditor's name and mailing address**

DIAMOND ART CLUB LLC
2F
BUILDING 5
130
CAOZHAI TOWN, JINHUA, 321000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 363,085.72**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.816** **Nonpriority creditor's name and mailing address**

DIAMOND STAR CORPORATION
1010 E BELMONT ST
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ Undetermined**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817** **Nonpriority creditor's name and mailing address**

DIANA I FAYT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 63.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.818** **Nonpriority creditor's name and mailing address**

DIANE COLE
ATTN: FRANK S. RUSSELL
212 HIGBIE LANE
WEST ISLIP, NY 11795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 04477-2111053

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.819** **Nonpriority creditor's name and mailing address**

DIANE IRVINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.820** **Nonpriority creditor's name and mailing address**

DIANE N. MAMURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.821** **Nonpriority creditor's name and mailing address**

DICKENS ENTERPRISES INC
1572 ROSEWOOD AVE
LAKEWOOD, OH 44107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 851.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.822 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 86,002.70 |
|---|---|---|---|

DICKINSON WRIGHT PLLC
2600 W. BIG BEAVER #300
TROY, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 37,150.00 |
|---|---|---|---|

DIGITAL MOBILE INNOVATIONS LLC
RAZOR HOLDCO LLC
PO BOX 825887
PHILADELPHIA, PA 19182-5887

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,099.22 |
|---|---|---|---|

DIGITAL WAVE TECHNOLOGY INC
130 CORRIDOR RD. #472
PONTE VEDRA BEACH, FL 32004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32,279.51 |
|---|---|---|---|

DIMENSIONS CRAFTS LLC
2015 W FRONT STREET
BERWICK, PA 18603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,381.86 |
|---|---|---|---|

DIRECT DIGITAL GRAPHICS INC
1716 ENTERPRISE  PKWY
TWINSBURG, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,633.05 |
|---|---|---|---|

DIRECT ENERGY/643249/660749
12 GREENWAY PLZ STE 250
HOUSTON, TX 77046-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,315.24 |
|---|---|---|---|

DIRECT ENERGY/70220
12 GREENWAY PLZ STE 250
HOUSTON, TX 77046-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 360.32 |
|---|---|---|---|

DIRECTOR OF FINANCE, HOWARD COUNTY
8250 OLD MONTGOMERY RD
COLUMBIA, MD 21045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,656.80 |
|---|---|---|---|

DISTILLATA COMPANY INC
1608 EAST 24TH ST
CLEVELAND, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,502.49 |
|---|---|---|---|

DIVIDEND TRUST REIT SUB
DT ASHLEY CROSSING LLC
3300 ENTERPRISE PKWY
BEACHWOOD, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.832** **Nonpriority creditor's name and mailing address**

DIVISION STREET ACQUISITION LLC
C/O THE WALL COMPANIES
PO BOX 555
WAYZATA, MN 55391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                    9,917.82

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.833** **Nonpriority creditor's name and mailing address**

DIXIE ELECTRIC COOPERATIVE
9100 ATLANTA HWY
MONTGOMERY, AL 36117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,485.87

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.834** **Nonpriority creditor's name and mailing address**

DIXON TICONDEROGA (STRATHMORE)
2525 N CASALOMA DRIVE
APPLETON, WI 54913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    6,790.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.835** **Nonpriority creditor's name and mailing address**

DKS INVESTMENTS INC
C/O KNORR MGMT INC
5525 REBECCA WAY
CORNING, CA 96021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                    12,269.19

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.836** **Nonpriority creditor's name and mailing address**

DLA PIPER LLP
PO BOX 780528
PHILADELPHIA, PA 19178-0528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    45,330.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,033.31 |
|---|---|---|---|

DM MERCHANDISING INC
835 N CHURCH COURT
ELMHURST, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,565.68 |
|---|---|---|---|

DM TRANS LLC
ARRIVE LOGISTICS
PO BOX 207779
DALLAS, TX 75320-7779

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 703,951.93 |
|---|---|---|---|

DMC CORPORATION
86 NORTHFIELD AVE
EDISON, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 326,956.44 |
|---|---|---|---|

DML MARKETING GROUP LTD
7711 HAYVENHURST AVE
VAN NUYS, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 178.43 |
|---|---|---|---|

DOMINION ENERGY NORTH CAROLINA
1 JAMES CTR
RICHMOND, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.842**  **Nonpriority creditor's name and mailing address**

DOMINION ENERGY SOUTH CAROLINA
400 OTARRE PKWY
CAYCE, SC 29033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  3,814.09

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.843**  **Nonpriority creditor's name and mailing address**

DOMINION SQUARE- CULPEPER LLC
2825 SOUTH BLVD., STE 300
CHARLOTTE, NC 28209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                  5,968.35

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.844**  **Nonpriority creditor's name and mailing address**

DOMINION VA/NC POWER/26543/26666
120 TREDEGAR ST
RICHMOND, VA 23219-4306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  10,912.73

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.845**  **Nonpriority creditor's name and mailing address**

DOMINIQUE BOUDINOT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.846**  **Nonpriority creditor's name and mailing address**

DOMINIQUE PLUMMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.847** **Nonpriority creditor's name and mailing address**

DONNA M. LAMB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.848** **Nonpriority creditor's name and mailing address**

DONNAMARIE M. TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.849** **Nonpriority creditor's name and mailing address**

DONNAMARIE TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.850** **Nonpriority creditor's name and mailing address**

DOREEN EARNEST
C/O HENDERSON TAYLOR LAW FIRM, PLLC
ATTN: JORDAN TAYLOR
900 WASHINGTON STREET
SUITE 750
VANCOUVER, WA 98660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 24-2-00209-08

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.851** **Nonpriority creditor's name and mailing address**

DORIS D. ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** **Nonpriority creditor's name and mailing address**
DORIS WARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.853** **Nonpriority creditor's name and mailing address**
DOROTHY BURKE
C/O JOHN FOY & ASSOCIATES, P.C.
ATTN: JEFFREY P. YASHINSKY, ESQ.
3343 PEACHTREE ROAD, N.E.
SUITE 350
ATLANTA, GA 30326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 2023-SV-1713

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.854** **Nonpriority creditor's name and mailing address**
DOUGLAS COUNTY PUD WA
1151 VALLEY MALL PARKWAY
EAST WENATCHEE, WA 98802-4497

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 167.34

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.855** **Nonpriority creditor's name and mailing address**
DOUGLAS F. DEWBERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.856** **Nonpriority creditor's name and mailing address**
DOUGLASVILLE-DOUGLAS COUNTY GA
8700 HOSPITAL DR
DOUGLASVILLE, GA 30134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 95.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.857** **Nonpriority creditor's name and mailing address**

DPG USA INC
305 WILDBERRY COURT, SUITE B-1
SCHAUMBURG, IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 197,875.35

---

**3.858** **Nonpriority creditor's name and mailing address**

DSM MB II LLC
DEMOULAS SUPER MARKETS INC
P.O. BOX 419030
BOSTON, MA 02241-9030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,294.66

---

**3.859** **Nonpriority creditor's name and mailing address**

DSSS
RUSSELL M. PRY BUILDING
1180 SOUTH MAIN ST.
SUITE #201
AKRON, OH 44301-1254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 145.39

---

**3.860** **Nonpriority creditor's name and mailing address**

DTE ENERGY/630795/740786
ONE ENERGY PLAZA
DETROIT, MI 48226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,013.64

---

**3.861** **Nonpriority creditor's name and mailing address**

DUCKET-WILSON MGMT CO
POWAY INVESTMENT CO
11150 SANTA MONICA BLVD #760
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,842.66

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.862** **Nonpriority creditor's name and mailing address**

DUDLEY TRADING ASSOCIATES LP
C/O BERKSHIRE  BANK
PO BOX 96
WORCESTER, MA 01613-0096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 4,347.70

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.863** **Nonpriority creditor's name and mailing address**

DUKE ENERGY/1094
526 S CHURCH ST
CHARLOTTE, NC 28202-1802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 47,183.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.864** **Nonpriority creditor's name and mailing address**

DUN & BRADSTREET
PO BOX 931197
ATLANTA, GA 31193-1197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,680.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.865** **Nonpriority creditor's name and mailing address**

DUNBAR SANITARY BOARD
208 12TH ST
DUNBAR, WV 25064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 258.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.866** **Nonpriority creditor's name and mailing address**

DUNBAR SECURITY PRODUCTS INC
8525 KELSO DR., STE. L
BALTIMORE, MD 21221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 194,796.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.867** **Nonpriority creditor's name and mailing address**

DUNBARTON SC LLC
HILLCREST MO LLC C/O L. EARLEYWINE
4622 PENNSYLVANIA AVE #700
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,137.20

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.868** **Nonpriority creditor's name and mailing address**

DUPAGE COUNTY PUBLIC WORKS
421 N COUNTY FARM RD
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 123.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.869** **Nonpriority creditor's name and mailing address**

DUQUESNE LIGHT COMPANY
411 SEVENTH AVENUE (6-1)
PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,182.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.870** **Nonpriority creditor's name and mailing address**

DW28 FREMONT LLC
5839 MONROE STREET
SYLVANIA, OH 43560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 233.56

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.871** **Nonpriority creditor's name and mailing address**

DYANNA D. BREWER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.872 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 6,233.87 |
|---|---|---|---|---|---|

DYCO MANAGEMENT CORP
C/O SPM MGMT INC
24 W RAILROAD AVE- PMB 278
TENAFLY, NJ 07670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.873 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 19,083.47 |
|---|---|---|---|---|---|

DYNEGY ENERGY SERVICES/27679
27679 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.874 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 1,338,013.26 |
|---|---|---|---|---|---|

DYNO LLC
1571 WEST COPANS ROAD SUITE 105
POMPANO BEACH, FL 33064-1513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.875 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 18,839.52 |
|---|---|---|---|---|---|

E&A NORTHEAST LIMITED PART
TENANT #23989
PO BOX 536856
ATLANTA, GA 30353-6856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.876 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 45,019.23 |
|---|---|---|---|---|---|

E2OPEN SUBSIDIARY HOLDINGS LLC
BLUJAY SOLUTIONS LLC
PO BOX 712467
PHILADELPHIA, PA 19171-2467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|---------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.877** | **Nonpriority creditor's name and mailing address**

EAGLE MARK 4 EQUIP CO
95 OHIO BRASS RD.
MANSFIELD, OH 44902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                18,731.25

---

**3.878** | **Nonpriority creditor's name and mailing address**

EAST BAY PLAZA LLC
PO BOX 990
TRAVERSE CITY, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,744.67

---

**3.879** | **Nonpriority creditor's name and mailing address**

EAST GROUP LOGISTICS LLC
4811 AIRPORT PLAZA DR., 4TH FL.
LONG BEACH, CA 90815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                78,894.09

---

**3.880** | **Nonpriority creditor's name and mailing address**

EAST WENATCHEE WATER DISTRICT
692 EASTMONT AVE
EAST WENATCHEE, WA 98802-7608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                61.89

---

**3.881** | **Nonpriority creditor's name and mailing address**

EBMUD-EAST BAY MUNICIPAL UTILITY DIST
375 11TH STREET
OAKLAND, CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,258.10

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 45.07 |
|---|---|---|---|---|

EC DESIGN LLC
ERIN CONDREN
201 W. HOWARD LANE
AUSTIN, TX 78753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 10,910.33 |
|---|---|---|---|---|

ECHO/CONTINENTAL LINCOLN VILL LLC
C/O HOMETEAM PROPERTIES
222 E. 11TH AVE
COLUMBUS, OH 43201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 170,878.13 |
|---|---|---|---|---|

ECLECTIC PRODUCTS LLC
990 OWEN LOOP NORTH
EUGENE, OR 97402-0109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

EDDIE SOTO
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 31,547.33 |
|---|---|---|---|---|

EDENS LIMITED PARTNERSHIP
BROOKFIELD (E&A) LLC    T#56453
PO BOX 536856
ATLANTA, GA 30353-6856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.887** **Nonpriority creditor's name and mailing address**

EDGE LOGISTICS LLC
C/O ATLAS FACTORING LLC
906 N. MESA ST., #301
EL PASO, TX 79902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 141,805.15

---

**3.888** **Nonpriority creditor's name and mailing address**

EDGE PLASTICS, INC.
449 NEWMAN STREET
MANSFIELD, OH 44902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 211,700.37

---

**3.889** **Nonpriority creditor's name and mailing address**

EDGE UTILITIES
2702 ERIE AVE
#210
CINCINNATI, OH 45208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 149.53

---

**3.890** **Nonpriority creditor's name and mailing address**

EDNA KISTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.891** **Nonpriority creditor's name and mailing address**

EDNA VANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,712.00 |
|---|---|---|---|

EDRAY 20/20 LLC
1300 S. MINT ST., STE. 200
CHARLOTTE, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,460.15 |
|---|---|---|---|

EDUCATORS RESOURCE INC
2575 SCHILLINGER ROAD N
SEMMES, AL 36575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,782.90 |
|---|---|---|---|

EDWARDSVILLE MALL LP
C/O DIVERSIFIED MGMT PLUS LLC
1125 OCEAN AVE.
LAKEWOOD, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

EFFERIN MILLSAP
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,850.67 |
|---|---|---|---|

E-FIBRES LLC
2330 PONCE DE LEON BLVD
CORAL GABLES, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.897** **Nonpriority creditor's name and mailing address**

EL GATO GRANDE LP
C/O HOE & ASSOCIATES
PO BOX 370 1133 RTE 295
EAST CHATHAM, NY 12060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,326.02

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.898** **Nonpriority creditor's name and mailing address**

EL PASO ELECTRIC/650801
13511 MONTANA AVE
EL PASO, TX 79938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,223.83

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.899** **Nonpriority creditor's name and mailing address**

EL PASO WATER UTILITIES
6400 BOEING DR
EL PASO, TX 79925

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,016.85

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.900** **Nonpriority creditor's name and mailing address**

ELAINE LEISTICO
C/O T. K. THOMPSON & ASSOCIATES
ATTN: MATTHEW THOMPSON
100 N. MAIN, SUITE 200
LIBERTY, MO 64068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.901** **Nonpriority creditor's name and mailing address**

ELECTRIC CITY UTILITIES
1427 MEADOW WOOD BLVD
RALEIGH, NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33.26

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.902** **Nonpriority creditor's name and mailing address**

ELEGANT HOME LTD
UNIT 11, 19/F INTERNATIONAL TRADE C
11-19 SHA TSUI ROAD
TSUEN WAN, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 903,038.40

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.903** **Nonpriority creditor's name and mailing address**

ELENE ANGELOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.904** **Nonpriority creditor's name and mailing address**

ELIZABETH FAUX
C/O KEVIN J. MCINERNEY
1050 N. HILLS BLVD.
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 22-CV-023222

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.905** **Nonpriority creditor's name and mailing address**

ELIZABETH L. HODGDON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.906** **Nonpriority creditor's name and mailing address**

ELIZABETH PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim**

---

**3.907** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,324.94
| ELIZABETHTOWN GAS/6031 | ☐ Contingent
| 12 WEST JERSEY STREET | ☐ Unliquidated
| ELIZABETH, NJ 07201 | ☐ Disputed
| | **Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.908** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 571.64
| ELIZABETHTOWN UTILITIES, KY | ☐ Contingent
| 200 W DIXIE AVE | ☐ Unliquidated
| ELIZABETHTOWN, KY 42701 | ☐ Disputed
| | **Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.909** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 200.09
| ELK GROVE WATER WORKS, CA | ☐ Contingent
| 9829 WATERMAN ROAD | ☐ Unliquidated
| ELK GROVE, CA 95624 | ☐ Disputed
| | **Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.910** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 392.45
| ELK RIVER PUBLIC UTILITY DISTRICT | ☐ Contingent
| 217 SOUTH JACKSON STREET | ☐ Unliquidated
| TULLAHOMA, TN 37388 | ☐ Disputed
| | **Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.911** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined
| ELLIOTT KRAMER | ☒ Contingent
| ADDRESS ON FILE | ☒ Unliquidated
| | ☐ Disputed
| | **Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.912** **Nonpriority creditor's name and mailing address**

ELLISON EDUCATIONAL EQUIPMENT INC
25671 COMMERCENTRE DRIVE
LAKE FOREST, CA 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166,762.58

---

**3.913** **Nonpriority creditor's name and mailing address**

ELMIRA WATER BOARD NY
261 WEST WATER STREET
ELMIRA, NY 14901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.06

---

**3.914** **Nonpriority creditor's name and mailing address**

EMAILAGE CORPORATION
BILLING ID EA1NCTQ0
28330 NETWORK  PLACE
CHICAGO, IL 60673-1283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 338.91

---

**3.915** **Nonpriority creditor's name and mailing address**

EMERALD COAST UTILITIES AUTHORITY
9255 STURDEVANT ST
PENSACOLA, FL 32514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 223.58

---

**3.916** **Nonpriority creditor's name and mailing address**

EMILIA K KIND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.917** **Nonpriority creditor's name and mailing address**

EMMES LLC
C/O SHINER MGT GROUP INC
3201 OLD GLENVIEW RD STE 235
WILMETTE, IL 60091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74,904.71

---

**3.918** **Nonpriority creditor's name and mailing address**

ENBRIDGE GAS /27031
SUITE 200
425 - 1 STREET S.W.
CALGARY, AL T2P3L8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,509.72

---

**3.919** **Nonpriority creditor's name and mailing address**

ENBRIDGE GAS OHIO/26785
1201 E 55TH ST
CLEVELAND, OH 44103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,442.16

---

**3.920** **Nonpriority creditor's name and mailing address**

ENCHANTE ACCESSORIES INC
16 EAST 34TH STREET
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81,529.13

---

**3.921** **Nonpriority creditor's name and mailing address**

ENCHANTE ACCESSORIES INC
SHATOU STREET
GUANGZHOU
Z15
PANYU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 921,045.21

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.922** **Nonpriority creditor's name and mailing address**

ENERGY WEST - MONTANA
P.O. BOX 2229
GREAT FALLS, MT 59403-2229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 542.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.923** **Nonpriority creditor's name and mailing address**

ENSTAR
3000 SPENARD RD
ANCHORAGE, AK 99503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,406.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.924** **Nonpriority creditor's name and mailing address**

ENTERGY ARKANSAS, INC./8101
305 S KNOXVILLE AVE.
RUSSELLVILLE, AR 72801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 165.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.925** **Nonpriority creditor's name and mailing address**

ENTERGY GULF STATES LA, LLC/8103
4809 JEFFERSON HWY
JEFFERSON, LA 70121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 811.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.926** **Nonpriority creditor's name and mailing address**

ENTERGY MISSISSIPPI, INC./8105
308 EAST PEARL STREET
JACKSON, MS 39201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 831.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.927** **Nonpriority creditor's name and mailing address**

ENTERGY TEXAS, INC./8104
350 PINE ST
BEAUMONT, TX 77701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         270.17

---

**3.928** **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT A CAR
ENTERPRISE/INSIGHT SOURC EAN SERV
P O BOX 402334
ATLANTA, GA 30384-2334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      6,533.14

---

**3.929** **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL TECHNOLOGY INC
300 SOUTH BAY DEPOT ROAD
PO BOX 365
FIELDS LANDING, CA 95537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    37,126.64

---

**3.930** **Nonpriority creditor's name and mailing address**

EPB
10 WEST ML KING BLVD
CHATTANOOGA, TN 37402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      1,855.13

---

**3.931** **Nonpriority creditor's name and mailing address**

EPIC REAL ESTATE PART HOLD I LLC
EREP FOREST HILL I LLC
PO BOX 414583
KANSAS CITY, MO 64141-4583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    21,557.76

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.932** Nonpriority creditor's name and mailing address

EPOCH EVERLASTING PLAY LLC
330 CHANGEBRIDGE ROAD, SUITE 101
PINE BROOK, NJ 07058

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                44,594.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.933** Nonpriority creditor's name and mailing address

ERIC L. PAYNE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation

$                Undetermined

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.934** Nonpriority creditor's name and mailing address

ERNST & YOUNG LLP
PITTSBG NTNL BNK-PITT 640382
PO BOX 640382
PITTSBURGH, PA 15264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                475,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.935** Nonpriority creditor's name and mailing address

ESCAPE VELOCITY HOLDINGS INC
TRACE3 LLC
4601 DTC BLVD., STE 400
DENVER, CO 80237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                112,757.51

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.936** Nonpriority creditor's name and mailing address

ESPLANADE AT BUTLER PLAZA LLC
C/O BUTLER ENTERPRISES
PO BOX 141105
GAINESVILLE, FL 32614-1105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$                14,133.96

Date or dates debt was incurred          Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937** **Nonpriority creditor's name and mailing address**

EUDOCIA CHALFIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 2024CA000430

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.938** **Nonpriority creditor's name and mailing address**

EUGENE WATER & ELECTRIC BOARD (EWEB)
4200 ROOSEVELT BLVD
EUGENE, OR 97402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,667.70

---

**3.939** **Nonpriority creditor's name and mailing address**

EUROGRAPHICS INC
9105 SALLEY STREET
MONTREAL, QC H8R 2C8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    368.10

---

**3.940** **Nonpriority creditor's name and mailing address**

EVANGELINA MEDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.941** **Nonpriority creditor's name and mailing address**

EVANSVILLE LP
DEPT. 78882, P.O. BOX 78000
DETROIT, MI 48278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    35,902.00

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

EVANSVILLE WATER AND SEWER UTILITY
1 N.W. MARTIN LUTHER KING JR. BLVD
ROOM 104
EVANSVILLE, IN 47708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 72.41

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.943** **Nonpriority creditor's name and mailing address**

EVELYN THOMAS
C/O SORRELS LAW
ATTN: RANDALL O. SORRELS
5300 MEMORIAL DRIVE
SUITE 270
HOUSTON, TX 77007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 202255549

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.944** **Nonpriority creditor's name and mailing address**

EVERBEST (QINGDAO) COMPANY
NO.75 XIANG GANGE XI ROAD
ROOM 709, UNIT B, YUYUAN BUILDING,
QINGDAO
SHANDONG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 492,897.88

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.945** **Nonpriority creditor's name and mailing address**

EVEREST FASHION
KHUMALTAR HEIGHT, LALITPUR-15
LALITPUR, 44600
NEPAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33,158.96

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.946** **Nonpriority creditor's name and mailing address**

EVERGLORY PRODUCTS CORPORATION
600 E JOHN CARPENTER FWY STE 260
IRVING, TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 43,604.57

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.947** **Nonpriority creditor's name and mailing address**

EVERGY KANSAS CENTRAL/219915/219089
1200 MAIN ST
KANSAS CITY, MO 64105-2122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,701.07

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.948** **Nonpriority creditor's name and mailing address**

EVERGY KS METRO MO WEST 219330/219703
1200 MAIN ST
KANSAS CITY, MO 64105-2122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,257.06

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.949** **Nonpriority creditor's name and mailing address**

EVERSOURCE ENERGY 660753/56007
ONE NSTAR WAY
WESTWOOD, MA 02090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,438.66

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.950** **Nonpriority creditor's name and mailing address**

EVERSOURCE ENERGY/56002
107 SELDEN STREET
BERLIN, CT 06037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,269.58

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.951** **Nonpriority creditor's name and mailing address**

EVERSOURCE ENERGY/56003
300 CADWELL DR
SPRINGFILED, MA 01104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,193.51

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,430.44 |
|---|---|---|---|

EVERSOURCE ENERGY/56004
107 SELDEN STREET
BERLIN, CT 06037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,146.09 |
|---|---|---|---|

EVERSOURCE ENERGY/56005
ONE NSTAR WAY
WESTWOOD, MA 02090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,632.78 |
|---|---|---|---|

EVERSOURCE/55215
ONE NSTAR WAY
WESTWOOD, MA 02090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 847,975.36 |
|---|---|---|---|

EVERYTHING LEGWEAR HOLDINGS LLC
800 SECURITY ROW, STE 4
RICHARDSON, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 104,829.84 |
|---|---|---|---|

EVERYTHING MARY LLC
2211 HAWKS LANDING
FAYETTEVILLE, AR 72703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.957** | **Nonpriority creditor's name and mailing address**

EVP AUBURN LLC
C/O EVP MANAGEMENT LLC
49 LEXINGTON ST, STE 5
WEST NEWTON, MA 02465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,271.28

---

**3.958** | **Nonpriority creditor's name and mailing address**

EXACT PRO WASH INC
304 RODEO CIRCLE
LOUISVILLE, OH 44641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 690.00

---

**3.959** | **Nonpriority creditor's name and mailing address**

EXCELSIOR CONSTRUCTION & REM, LLC
216 HAVEN STREET
MEDFORD, OR 97501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 64,720.00

---

**3.960** | **Nonpriority creditor's name and mailing address**

EXMART INTERNATIONAL
268, SANT NAGAR, EAST OF KAILASH
NEW DELHI, 110065
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 828,076.10

---

**3.961** | **Nonpriority creditor's name and mailing address**

EXPEDITORS INT'L OF WA INC
1015 THIRD AVE 12TH FLOOR
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,188.38

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.962 | **Nonpriority creditor's name and mailing address**<br><br>EXPOLANKA USA<br>1975 LINDEN BLVD  #200<br>ELMONT, NY 11003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  7,212.40 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.963 | **Nonpriority creditor's name and mailing address**<br><br>EXPRESS VENTURES INN<br>ONE HOLIDAY PARK DRIVE<br>BUTTE, MT 59701 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  2,005.52 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.964 | **Nonpriority creditor's name and mailing address**<br><br>FABRIC TRADITIONS<br>519 EIGHTH AVENUE, 19TH FL<br>NEW YORK, NY 10018 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  1,867,703.96 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.965 | **Nonpriority creditor's name and mailing address**<br><br>FACCHINO/LABARBERA-TENNANT STATION<br>C/O TERRACOMMERCIAL MANAGEMENT CORP<br>873 BLOSSOM HILL RD<br>SAN JOSE, CA 95123 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Rent Payable | $  8,959.38 |
|---|---|---|---|
| | **Date or dates debt was incurred**      Various<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.966 | **Nonpriority creditor's name and mailing address**<br><br>FACILITYSOURCE LLC<br>PO BOX  846847<br>LOS ANGELES, CA 90084-6847 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  760,719.92 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

FAIRFIELD PROCESSING CORP
88 ROSE HILL AVE
DANBURY, CT 06813-1157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,693,987.98

---

**3.968** **Nonpriority creditor's name and mailing address**

FAIRVIEW HUDSON 15, LLC
C/O TRG PROPERTY MGMT, LLC
18 COMPUTER DRIVE EAST
ALBANY, NY 12205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,834.84

---

**3.969** **Nonpriority creditor's name and mailing address**

FAIRWAY-FALLS LLC
C/O FAIRWAY MGMT GRP, LLC
728 SHADES CREEK PKWY, #200
BIRMINGHAM, AL 35209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,571.53

---

**3.970** **Nonpriority creditor's name and mailing address**

FAMILY SEWING
4950 WILSON AVE  SUITE 70
GRANDVILLE, MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,463.55

---

**3.971** **Nonpriority creditor's name and mailing address**

FAR EASTERN HANDICRAFT JSC-VIETNAM
LOT E9, PHAM HUNG STREET
4TH FLOOR, VIMECO BUILDING
TRUNG HOA WARD, CAU GIAY DIST
HANOI CTY,
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 615,701.07

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.972**

**Nonpriority creditor's name and mailing address**

FAYETTE PAVILION LLC
945 HEIGHTS BLVD.
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 36,791.32

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.973**

**Nonpriority creditor's name and mailing address**

FAYETTEVILLE PUBLIC WORKS COMMISSION
955 OLD WILMINGTON RD
FAYETTEVILLE, NC 28301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,221.16

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.974**

**Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
ATTN EDI PAYMENT
PO BOX 371741
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,615,833.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.975**

**Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
PO BOX 63247
NORTH CHARLESTON, SC 29419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 517.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.976**

**Nonpriority creditor's name and mailing address**

FEDEX KINKO'S INC
CUSTOMER ADMINISTRATIVE SERV
PO BOX 672085
DALLAS, TX 75267-2085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.977** **Nonpriority creditor's name and mailing address**

FELICIA OUTLAW
ATTN: FRANKLIN D. JULIAN, ANTHONY R. STEVENS
1620 SOUTH BEND AVENUE
SOUTH BEND, IN 46617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 71D04-2202-CT-0

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.978** **Nonpriority creditor's name and mailing address**

FELICIDAD JANE MARCELOMETAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.979** **Nonpriority creditor's name and mailing address**

FEN OYUNCAK VE MUTFAK ESYALARI PAZ.
TIC. LTD. STI.   ADA NO:61-63-65-67
ISTOC TICARET MERKEZI 6.
ISTANBUL, 34200
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.980** **Nonpriority creditor's name and mailing address**

FERNWOOD CAPITAL LLC
C/O CITY COMMERCIAL MGMT
9469 HAVEN AVE., #200, POB 548
RANCHO CUCAMONGA, CA 91729-0548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,379.47

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.981** **Nonpriority creditor's name and mailing address**

FERRELLGAS
PO BOX 173940
DENVER, CO 80217-3940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 353.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.982** | **Nonpriority creditor's name and mailing address**

FESTIVAL AT HAMILTON LLC
C/O PARAMOUNT REALTY SERV INC
1195 RTE 70 STE 2000
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 17.08

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.983** | **Nonpriority creditor's name and mailing address**

FESTIVAL PROPERTIES INC
1215 GESSNER RD
HOUSTON, TX 77055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 15,704.98

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address**

FFR MERCHANDISING, INC
DBA SIFFRON
PO BOX 74898
CLEVELAND, OH 44194-0981

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 26,478.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address**

FHSA PTY LTD
SUITE 2.06, 9-11 CLAREMONT ST
VICTORIA
SOUTH YARRA, 3141
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 0.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address**

FICKLING MANAGEMENT SERVICES LLC
577 MULBERRY ST., STE. 1100
PO BOX 310
MACON, GA 31202-0310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 6,296.92

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.987** | **Nonpriority creditor's name and mailing address**

FIDCAL LLC
KNOXVILLE LEVCAL LLC
PO BOX 675156
DALLAS, TX 75267-5156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 26,292.29

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address**

FIDELITY SECURITY LIFE INSURANCE CO
PO BOX 632530
CINCINNATI, OH 45263-2530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35,412.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address**

FIESTA CRAFTS LTD
121 BROOKER RD
WALTHAM ABBEY, EN9 1JH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,116.16

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address**

FINESSA TANNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address**

FIRE PROTECTION SERVICE CORP.
DBA MOUNTAIN ALARM
P.O. BOX 12487
OGDEN, UT 84412-2487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

FIRST & MAIN NORTH LLC
C/O NOR'WOOD DEVELOPMENT GROUP
111 SOUTH TEJON STE 222
COLORADO SPRINGS, CO 80903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 21,916.73

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.993** **Nonpriority creditor's name and mailing address**

FIRST DATA CORP
IPS/VALUELINK
PO BOX 934057
ATLANTA, GA 31193-4057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29,055.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.994** **Nonpriority creditor's name and mailing address**

FIRST STAR LOGISTICS LLC
PO BOX 912394
DENVER, CO 80291-2394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.995** **Nonpriority creditor's name and mailing address**

FISHER REAL ESTATE PARTNERS LP(LAKE
C/O GM PROPERTIES
13305 PENN ST., SUITE 200
WHITTIER, CA 90602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 15,497.42

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.996** **Nonpriority creditor's name and mailing address**

FLATHEAD COUNTY WATER DIST #1-EVERGREEN
130 NICHOLSON DRIVE
KALISPELL, MT 59901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 34.09

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (*if known*) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.997** **Nonpriority creditor's name and mailing address**

FLATHEAD ELECTRIC COOPERATIVE, INC.
2510 US HIGHWAY 2 EAST
KALISPELL, MT 59901-2312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 588.91

---

**3.998** **Nonpriority creditor's name and mailing address**

FLETCHER ENAMEL COMPANY
PO BOX 67
DUNBAR, WV 25064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,182.82

---

**3.999** **Nonpriority creditor's name and mailing address**

FLETCHER HILLS TOWN & COUNTRY LP
CO LA JOLLA MGMT COMPANY
7855 IVANHOE AVE #333
LA JOLLA, CA 92037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,750.93

---

**3.1000** **Nonpriority creditor's name and mailing address**

FLINT EMC
109 WEST MARION STREET
REYNOLDS, GA 31076-0308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,065.81

---

**3.1001** **Nonpriority creditor's name and mailing address**

FLORACRAFT CORPORATION
ONE LONGFELLOW PLACE
LUDINGTON, MI 49431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 441,652.78

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**

FLORENCE MALL HOLDING, LLC
C/O RIVERCREST REALTY ASSOCIATES LL
8816 SIX FORKS ROAD STE 201
RALEIGH, NC 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,917.24

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

FLORENCE UTILITIES, AL
101 WEST COLLEGE ST
FLORENCE, AL 35630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,834.05

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

FLORIDA GOVERNMENTAL UTILITY AUTH - NFM
6915 PERRINE RANCH RD
NEW PORT RICHEY, FL 34655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87.34

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

FLOYD PEDERSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,065.19

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

FORT COLLINS UTILITIES
281 NORTH COLLEGE
FORT COLLINS, CO 80524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 447.90

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.100 7** | **Nonpriority creditor's name and mailing address**

FORT GRATIOT CHARTER TOWNSHIP - MI
3720 KEEWAHDIN ROAD
FORT GRATIOT, MI 48059-3309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 368.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 8** | **Nonpriority creditor's name and mailing address**

FORT GRATIOT RETAIL LLC
C/O PROFESSIONAL PROPERTY MGT
115 W BROWN
BIRMINGHAM, MI 48009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,782.26

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 9** | **Nonpriority creditor's name and mailing address**

FORT SMITH MARKETPLACE LLC
3307 OLD GREENWOOD RD #A
FORT SMITH, AR 72903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,736.37

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 0** | **Nonpriority creditor's name and mailing address**

FORT WAYNE CITY UTILITIES
200 E BERRY ST
#130
FORT WAYNE, IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 274.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 1** | **Nonpriority creditor's name and mailing address**

FORT WORTH WATER DEPARTMENT
908 MONROE ST
FORTH WORTH, TX 76102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 626.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 2**

**Nonpriority creditor's name and mailing address**

FORTERRA INC
525 COLUMBIA ST NW, #204
OLYMPIA, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,004.43

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

FORTNA INC
333 BUTTONWOOD ST.
WEST READING, PA 19611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    38,357.62

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

FOSS PERFORMANCE MATERIALS LLC
11 MERRILL INDUSTRIAL DRIVE
HAMPTON, NH 03843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    346,348.54

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

FOUNDATION FOR THE CAROLINAS
E4E RELIEF
PO BOX 896796
CHARLOTTE, NC 28289-6796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,103.47

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

FOUNDATION INDUSTRIES
880B WEST WATERLOO RD
AKRON, OH 44314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    14,194.44

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 207 of 565

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,133.18 |
|---|---|---|---|

FOUNTAINS SC LLC
ATTN: ACCOJNTS PAYABLE
814 COMMERCE DR., #300
OAK BROOK, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,000.72 |
|---|---|---|---|

FOUR FLAGGS SHOPPING CENTER LLC
550 7TH AVE., 15TH FL.
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,109.72 |
|---|---|---|---|

FOUR J LLC
TOPSHAM FAIR MALL
49 TOPSHAM FAIR MALL RD
TOPSHAM, ME 04086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,548.45 |
|---|---|---|---|

FOUR SEASONS FLOWERS
121 S QUARANTINA STREET
SANTA BARBARA, CA 93103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,564.69 |
|---|---|---|---|

FOX RIVER OWNER LLC
PO BOX 171
EMERSON, NJ 07630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

FPC CORPORATION
355 HOLLOW HILL DRIVE
WAUCONDA, IL 60084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,334.53

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

FPL - FLORIDA POWER & LIGHT COMPANY
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,754.24

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

FPL NORTHWEST FL
NEXTERA ENERGY, INC.
FLORIDA POWER & LIGHT COMPANY
700 UNIVERSE BOULEVARD
JUNO BEACH, FL 33408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,046.81

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

FRAMEUNION INDUSTRIAL CO., LIMITED
RM 1902, EASEY COMM. BLDG.
253-261 HENNESSY ROAD, WANCHAI
HONGKONG, 999077
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,154.86

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

FRED W ALBRECHT GROCERY CO
DBA ACME STORES
PO BOX 1910
AKRON, OH 44309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,368.22

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102 7**

**Nonpriority creditor's name and mailing address**

FREDERICK CNTY SQUARE IMPROVEMENTS
PO BOX 847693
BOSTON, MA 02284-7693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                29,478.02

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

FREDERICK WATER
315 TASKER RD.
STEPHENS CITY, VA 22655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     116.26

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

FREE RANGE ASHBRIDGE LLC
120 PENNSYLVANIA AVE.
MALVERN, PA 19355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                11,455.29

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

FREEDOMPAY INC
75 REMITTANCE DR., #1127
CHICAGO, IL 60675-1127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               161,624.49

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

FREEWAY ASSOCIATES LLC
C/O SELIG ENTERPRISES INC
1100 SPRING ST NW #550
ATLANTA, GA 30309-2848

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                10,250.53

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**

FREMONT WATER OFFICE
323 SOUTH FRONT ST
FREMONT, OH 43420-3069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.88

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

FRESHWATER MZL LLC
C/O KPR CENTERS LLC
535 FIFTH AVE., 12TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,892.15

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

FRY ROAD MUD
20111 SAUMS RD
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.43

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

FUJIAN SAILLIA LIGHT INTL GROUP CO
B3-0426 FULI CENTRE SHANGPU ROAD
TAIJIANG DISTRICT
FUZHOU, 350001
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,002.79

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

FURNITURE ENTERPRISES OF ALASKA INC
940 EAST 38TH AVE
ANCHORAGE, AK 99503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74,152.19

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
|        | Name               |                          |          |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

FW CA-POINT LOMA PLAZA LLC
DBA POINT LOMA PLAZA
PO BOX 31001-1087
PASADENA, CA 91110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$   67,738.68

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

G&I IX PRIMROSE MARKETPLACE LLC
PO BOX 850722
MINNEAPOLIS, MN 55485-0722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$   9,484.68

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

G&I X CENTERPOINT LLC
PO BOX 850003
MINNEAPOLIS, MN 55485-0003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$   28,020.80

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

GA CAYMAN HOLDCO LLC
GA BUS. PURCH. DBA GUARDIAN ALARM C
PO BOX 713263
CHICAGO, IL 60677-1263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   16.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

GA EXPORT (THAILAND) CO LTD
R.C.K. TOWER, SILOM ROAD
1055/488-489 27TH FLOOR
BANGRAK
BANGKOK, 10500
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   330,688.43

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

**Nonpriority creditor's name and mailing address**

GABRIEL NUNEZ
C/O TERMECHI EMPLOYMENT LAW
ATTN: BABAK TERMECHI
16255 VANTURA BLVD., SUITE 940
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. VCU303769

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

GABRIELA CASTILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

GAINESVILLE REGIONAL UTILITIES
301 SE 4TH AVENUE
GAINESVILLE, FL 32601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,140.17

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

GALE PEARCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

GALLATIN MALL GROUP LLC
C/O CORNING COMPANIES
PO BOX 80510
BILLINGS, MT 59108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,252.85

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

GANGA ACROWOOLS LIMITED
249, INDUSTRIAL AREA 'A'
LUDHIANA, 141003
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,959,480.77

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

GARDNER TRUCKING INC
PO BOX 747
CHINO, CA 91708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   14,352.85

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

GARRISON FOREST ASSOC LTD
C/O M LEO STORCH MGT CORP
25 HOOKS LANE STE 312
BALTIMORE, MD 21208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   10,750.32

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

GAS SOUTH/530552
3625 CUMBERLAND BOULEVARD
SUITE 1500
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   778.47

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

GATEWAY AZCO GP LLC
DBA GATEWAY SHOPPING CENTER
PO BOX 644019
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   19,097.06

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.105 2**

**Nonpriority creditor's name and mailing address**

GATEWAY FASHION MALL LLC
CO PRIMERO MGMT INC
450 NEWPORT CTR DR. #200
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,269.08

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

GAVORA INC
PO BOX 70021
FAIRBANKS, AK 99707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,802.33

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

GAZZAL IPLIK SAN VE TIC LTD STI
NO: 48/2 ESENYURT/ISTANBUL
ATATURK MAH.ADNAN MENDERES CAD.
ISTANBUL, 34522
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,964,244.24

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

GB MALL LTD
C/O QUANTUM COMPANIES
4912 DEL RAY AVE
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,549.20

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

GBR NEIGHBORHOOD RD LLC
C/O GIBRALTAR MGT CO INC
150 WHITE PLAINS RD
TARRYTOWN, NY 10591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,203.68

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.105 7**

**Nonpriority creditor's name and mailing address**

GCE INTERNATIONAL INC
1385 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

GCSED
667 DAYTON-XENIA ROAD
XENIA, OH 45385-2605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.79

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

GCTC HOLDINGS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111.62

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

GELLI ARTS LLC
525 S. 4TH STREET SUITE 246
PHILADELPHIA, PA 19147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,850.11

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

GEN3 INVESTMENTS LLC
8529 100TH AVE
STANWOOD, MI 49346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,123.00

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.106 2** Nonpriority creditor's name and mailing address

GENE J GEORGE U FRIENDSHUH PTR
G&G DEVELOPMENT
35581 KENAI SPUR HWY
SOLDOTNA, AK 99669

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 6,358.14

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106 3** Nonpriority creditor's name and mailing address

GENERAL TRANSPORT INC
PO  BOX 7727
AKRON, OH 44306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 16,333.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106 4** Nonpriority creditor's name and mailing address

GEORGIA POWER
75 5TH ST NW
STE 150
ATLANTA, GA 30308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 22,998.94

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106 5** Nonpriority creditor's name and mailing address

GERALD M SNEIRSON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 50,990.44

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106 6** Nonpriority creditor's name and mailing address

GERRITY ATLANTIC RETAIL PART. LLC
SANTA SUSANA GARP LLC
P.O. BOX 743455
LOS ANGELES, CA 90074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 11,997.00

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.106 7**

**Nonpriority creditor's name and mailing address**

GFS REALTY INC
C/O THE STOP & SHOP SUPERMARKET CO
PO BOX 3797
BOSTON, MA 02241-3797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,768.65

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

GHI INC
305 WILDBERRY COURT, SUITE B-1
SCHAUMBURG, IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 219,499.20

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

GIA KHANH LLC
6939 MARIPOSA CIRCLE
DUBLIN, CA 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66,332.73

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

GIACOMINI FAMILY PROPERTIES
NORTH BAY COMMERCIAL
100 STONY POINT RD., #250
SANTA ROSA, CA 95401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,516.13

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

GIFTWARES COMPANY INC
436 1ST AVE
ROYERSFORD, PA 19468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,081.14

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2**

**Nonpriority creditor's name and mailing address**

GILDA MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

GILDAN USA INC
1980 CLEMENTS FERRY ROAD
CHARLESTON, SC 29492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,847,392.88

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

GILLETTE CHILDRENS HOSPITAL FOUND.
200 UNIVERSITY AVE E
SAINT PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    5,000.00

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

GINA LIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

GINNIS COLLECTIONS
B 39, SECTOR 5
NOIDA
NORTH, 201301
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    40,163.49

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.107 7** | **Nonpriority creditor's name and mailing address**

GISELA ALANIS
ATTN: CECILIA GARZA
202 E. SPRAGUE STREET
EDINBURG, TX 78539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. C-3451-23-I

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 8** | **Nonpriority creditor's name and mailing address**

GLASGOW WATER CO.
301 W MAIN ST
GLASGOW, KY 42141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36.85

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 9** | **Nonpriority creditor's name and mailing address**

GLIMCHER PROPERTIES, L.P.
ATC GLIMCHER, LLC
PO BOX 200835
DALLAS, TX 75320-0835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 10,697.97

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 0** | **Nonpriority creditor's name and mailing address**

GLL SELECTION II FLORIDA LP
PO BOX 934872
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 15,630.52

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 1** | **Nonpriority creditor's name and mailing address**

GLOBAL CREATIVE, INC
2645 SUZANNE WAY, SUITE 1F
EUGENE, OR 97408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,686.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.108 2** **Nonpriority creditor's name and mailing address**

GLOBAL EDGE DESIGN AMERICA INC
C/O YANGDONG XINTAI MFTG CO. LTD
C-4-3, C-DISTRICT, CHICHENG 5 ROAD
YANGJIANG, 529932
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 247,880.41

---

**3.108 3** **Nonpriority creditor's name and mailing address**

GLOBAL MAIL INC
DHL ECOMMERCE
2700 S. COMMERCE PKWY #300
WESTON, FL 33331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171,614.94

---

**3.108 4** **Nonpriority creditor's name and mailing address**

GLOBAL SOURCING GRP INC
DBA SAKON
PO BOX 1210
BURLINGTON, VT 05402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 217,480.91

---

**3.108 5** **Nonpriority creditor's name and mailing address**

GLOBALTRANZ ENTERPRISES LLC
PO BOX 735167
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 126,757.86

---

**3.108 6** **Nonpriority creditor's name and mailing address**

GLORIA I. LOPEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

GLOSTER LIMITED
21 STRAND ROAD
KOLKATA
WEST BENGAL, 700001
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    150,407.40

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

GLOWFORGE INC
2200 1ST AVE S, STE 100
SEATTLE, WA 98134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    19,701.30

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

GLP FLINT LLC
C/O MID AMERICA ASSET MANAGEMENT IN
ONE PARKVIEW PLAZA 9TH FLOOR
OAKBROOK TERRACE, IL 60181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    96,347.52

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

GLUE DOTS ADHESIVES
N117 W18711 FULTON DRIVE
GERMANTOWN, WI 53022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    44,111.38

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

GM FABRICS PVT LTD
GMF HOUSE
PLOT NO606 MAKWANA ROAD, MAROL
ANDHERI (E), MUMBAI
MAHARASHTRA, 400059
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.109 2** **Nonpriority creditor's name and mailing address**

GOLDEN ACE INDUSTRIAL CO LTD
107 LIUQUAN RD
RM 2005 20F GUOMAO BLDG
ZIBO, 255000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86,136.22

---

**3.109 3** **Nonpriority creditor's name and mailing address**

GOLDEN ISLES PLAZA LLC
C/O SKYLINE SEVEN REAL ESTATE
800 MT. VERNON HWY NE #425
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,888.41

---

**3.109 4** **Nonpriority creditor's name and mailing address**

GOLDEN STATE WATER CO.
630 E FOOTHILL BLVD
SAN DIMAS, CA 91773-1212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 390.46

---

**3.109 5** **Nonpriority creditor's name and mailing address**

GOLDEN VALLEY ELECTRIC ASSOCIATION
758 ILLINOIS ST
FAIRBANKS, AK 99701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,196.39

---

**3.109 6** **Nonpriority creditor's name and mailing address**

GONPA EV GERECLERI DIS TICARET
LIMITED SIRKETI
GONDOL PLAZA ISTOC CEVRE YOLU
ISTANBUL, 34522
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98,784.75

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.1097**

**Nonpriority creditor's name and mailing address**

GONZALO M. ELICEA ARENAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1098**

**Nonpriority creditor's name and mailing address**

GOODMEN BIG OAKS LLC
TRI INC MGMT C/O EMILY MEEKS
PO BOX B
TUPELO, MS 38802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,505.65

---

**3.1099**

**Nonpriority creditor's name and mailing address**

GOODMUN MANAGEMENT LLC
636 OLD YORK RD., 2ND FL.
JENKINTOWN, PA 19046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,182.32

---

**3.1100**

**Nonpriority creditor's name and mailing address**

GOOGLE INC
PO BOX 883654
LOS ANGELES, CA 90088-3654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 887,319.93

---

**3.1101**

**Nonpriority creditor's name and mailing address**

GOSHEN WATER & SEWER
308 N 5TH ST
GOSHEN, IN 46528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 71.98

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.110 2**

**Nonpriority creditor's name and mailing address**

GOVERNORS CROSSING OWNER LLC
C/O URBAN RETAIL PROPERTIES LLC
PO BOX 784045
PHILADELPHIA, PA 19178-4045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,661.95

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

GOVERNORS SQUARE COMPANY IB
GOVERNORS SQUARE PLAZA  AC #136906
PO BOX 7545
CAROL STREAM, IL 60197-7545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,964.69

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

GP RETAIL I LLC
DBA:SRV INVESTORS C/O GART PROPERTI
240 ST PAUL STREET, STE 200
DENVER, CO 80206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,294.84

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

GPD ASSOCIATES
520 S MAIN STREET STE 2531
AKRON, OH 44311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,798.12

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

GRACE SOREL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**

GRAND & BENEDICTS INC
6140 S MACADAM AVE
PORTLAND, OR 97239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 958,116.53

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

GRAND FORKS ASSOCIATES
C/O SPATZ CENTERS INC
PO BOX 188
DEMOTTE, IN 46310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,503.89

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

GRAND FORKS UTILITY BILLING
255 N 4TH ST
GRAND FOLKS, ND 58203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 237.44

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

GRAND HAVEN CUSTOM MOLDING LLC
DBA EFFIZIENT
1500 S BEECHTREE  ST
GRAND HAVEN, MI 49417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,879.30

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

GRANITE VILLAGE WEST LP
C/O ATHENA PROPERTY MGMT
730 EL CAMINO WAY STE 200
TUSTIN, CA 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,201.57

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.111 2** **Nonpriority creditor's name and mailing address**

GRANTS PASS VENTURE LLC
2200 PASEO VERDE PKWY, STE 260
HENDERSON, NV 89052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,559.78

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 3** **Nonpriority creditor's name and mailing address**

GRANVILLE ASSOCIATES
DBA VISION BUSINESS PRODUCTS
PO BOX 643897
PITTSBURGH, PA 15264-3897

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,932.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 4** **Nonpriority creditor's name and mailing address**

GREAT LAKES ENERGY
2183 NORTH WATER RD
HART, MI 49420-9007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,521.71

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 5** **Nonpriority creditor's name and mailing address**

GREEN MOUNTAIN POWER CORPORATION
163 ACORN LN
COLCHESTER, VT 05446-6611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,512.30

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 6** **Nonpriority creditor's name and mailing address**

GREENFIELD LP
PO BOX 856884
MINNEAPOLIS, MN 55485-6884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 25,053.75

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 7** | **Nonpriority creditor's name and mailing address**

GREENVILLE WATER, SC
407 W BROAD ST
GREENVILLE, SC 29601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 134.61

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 8** | **Nonpriority creditor's name and mailing address**

GREENWOOD SANITATION DEPT/INDIANAPOLIS
367 S WASHINGTON ST
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 350.10

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 9** | **Nonpriority creditor's name and mailing address**

GREER ENTERPRISES, INC.
COLLIERS INTERNATIONAL
5051 JOURNAL CTR BLVD NE #200
ALBUQUERQUE, NM 87109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,850.81

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 0** | **Nonpriority creditor's name and mailing address**

GREGORY BERNARD
C/O KRAMON & GRAHAM
750 EAST PRATT STREET
SUITE 1100
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 1** | **Nonpriority creditor's name and mailing address**

GREYSTONE POWER CORPORATION (ELEC)
3400 HIRAM-DOUGLASVILLE HWY
HIRAM, GA 30141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 769.06

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

GROVE TECHNOLOGIES LLC
DBA GROVESITE
3104 EAST CAMELBACK RD #559
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,056.84

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

GRUBHUB HOLDINGS INC
111 W. WASHINGTON ST., #2100
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,397.00

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

GSD PRADSAVI COLONIAL COMMONS LLC
PO BOX 200804
DALLAS, TX 75320-0804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,398.91

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

GUANGDONG YIBOXUAN CERAMICS CO LTD
DONGSHAN LAKE MODERN
BAOYUN 4TH ROAD AND ZHENXING AVE
GUANGDONG
INDUSTRIAL PARK, CHAOAN
CHAOZHOU, 515646
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

GUANGDONG YIBOXUAN CERAMICS CO LTD
DONGSHAN LAKE MODERN
BAOYUN 4TH ROAD AND ZHENXING AVE
GUANGDONG
INDUSTRIAL PARK, CHAOAN
CHAOZHOU, 515646
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,635.77

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 7** **Nonpriority creditor's name and mailing address**

GUANGZHOU XY PAPER CO LTD
NO 32 XINZHUANG 2ND ROAD
YONGHE, HUANGPU DISCTICT,
GUANGZHOU, 510700
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$ 83,466.51**

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 8** **Nonpriority creditor's name and mailing address**

GUARDIAN/011237
1650 WATERMARK DR STE 170
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$ 99.33**

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 9** **Nonpriority creditor's name and mailing address**

GUILFORD TOWNSHIP AUTHORITY/SEWER
115 SPRING VALLEY ROAD
CHAMBERSBURG, PA 17201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$ 126.00**

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 0** **Nonpriority creditor's name and mailing address**

GUL AHMED TEXTILE MILLS LTD
PLOT HT/08 LANDHI INDUSTRIAL AREA
KARACHI, 75120
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$ Undetermined**

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 1** **Nonpriority creditor's name and mailing address**

GULSONS LLC
GULSONS RETAIL LLC
307 LEWERS ST., 6TH FL.
HONOLULU, HI 96815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**$ 25,924.85**

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.113 2** **Nonpriority creditor's name and mailing address**

GUMBERG ASSOC CRANBERRY MALL
C/O  LG REALTY ADVISORS INC
141 S. SAINT CLAIR ST., #201
PITTSBURGH, PA 15206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 16,808.60

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 3** **Nonpriority creditor's name and mailing address**

GUTERMANN OF AMERICA
C/O AMERICAN & EFIRD LLC
24 AMERICAN STREET
MOUNT HOLLY, NC 28120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,737,508.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 4** **Nonpriority creditor's name and mailing address**

GVD COMMERCIAL PROPERTIES INC
1915-A  E KATELLA AVE
ORANGE, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 11,750.13

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 5** **Nonpriority creditor's name and mailing address**

GW REAL ESTATE OF GEORGIA LLC
3355 LENOX RD STE 440
ATLANTA, GA 30326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 6,971.85

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 6** **Nonpriority creditor's name and mailing address**

GWEN STUDIOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 160,214.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**

GWEN STUDIOS LLC
PUDIMADAKA ROAD, ATCHUTAPURAM MANDAL
Z03
VISAKHAPATNAM, ANDHRA PRADESH, 531011
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,668,564.11

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

GWINNETT CO WATER RESOURCES
684 WINDER HWY
LAWRENCEVILLE, GA 30045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 13,197.84

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

H LEFF ELECTRIC COMPANY INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,109.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

H&H ASIA LTD
27F NO 4013 SHENNAN ROAD
SHENZHEN, 518026
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

H&H ASIA LTD
27F NO 4013 SHENNAN ROAD
SHENZHEN, 518026
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,817,919.09

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

HAHN LOESER & PARKS LLP
65 EAST STATE ST., #1400
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                59,000.28

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

HAILAN GUOYUE TRADING CO LTD
FLAT D3 4/FL, KA TO FACTORY BLDG.
CHEUNG SHA WAN
KOWLOON, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              151,354.03

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

HALCRAFT USA INC
12 SHIHUO NORTH ROAD
XINHUA DISTRICT SHIJIAZHUANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

HALEY PRUITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

HAMHIC LLC
ATTN: ACCOUNTS RECEIVABLE
300 PARK BLVD #201
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                11,907.73

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

HAMILTON CHASE INC
DBA HAMILTON CHASE SANTA MARIA LLC
PO BOX 468
SOLVANG, CA 93464

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,276.99

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

HAMPTON PLAZA LLC
C/O STUART FRANKEL DEVELOPMENT CO
1334 MAPLELAWN
TROY, MI 48084

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 21,698.59

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

HANDS CRAFT US, INC.
5151 HELIOTROPE AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 111,955.96

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

HANES INDUSTRIES
500 N MCLIN CREEK RD
CONOVER, NC 28613

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 375,671.97

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

HAPAG-LLOYD AKTIENGESELLSCHAFT
HAPAG-LLOYD (AMERICA), LLC
3 RAVINA DR.,  STE. 1600
ATLANTA, GA 30346

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,017,784.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**

HARDICRAFT/HARDICK BV
AQUAMARIJNSTRAAT 155
HENGELO, 7554 NP
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 246,739.36

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

HARDIN COUNTY WATER DISTRICT # 2
1951 WEST PARK ROAD
ELIZABETHTOWN, KY 42701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 34.06

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

HARMONY PAPER COMPANY LLC
& YONGDINGHE RD
PLAIN MODEL DIST
180
XINXIAN CITY, 453514
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 158,294.40

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

HARMONY PAPER COMPANY LLC
352 FANKER ROAD
HARMONY, PA 16037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 249,733.10

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

HARRY SEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

HARRY T DRIVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,759.32

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 201.00

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

HAUCK HOLDINGS LTD
DBA HAUCK HOLDINGS ALEXANDRIA LLC
4334 GLENDALE MILFORD ROAD
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,585.41

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

HAUPPAUGE PROPERTIES LLC
EAST CHASE PROPERTIES LLC
1975 HEMPSTEAD TPKE, 309
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,235.23

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

HAUPPAUGE PROPERTIES LLC
CROSSWINDS COMMONS LLC
1975 HEMPSTEAD TPKE, #309
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,002.11

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 2** **Nonpriority creditor's name and mailing address**

HAWA SARJO
ATTN: W. KEITH WILLIAMS II
710Â½ CHURCH LANE
YEADON, PA 19050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Case No. 03147

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 3** **Nonpriority creditor's name and mailing address**

HAWKINS SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$        17,588.66

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 4** **Nonpriority creditor's name and mailing address**

HAYS PARTNERS II LLC
1950 S. WEST STREET
WICHITA, KS 67213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$        11,627.66

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 5** **Nonpriority creditor's name and mailing address**

HBX NATURAL LIVING
HERENWEG 100
NOORDWIJK, 2201 AL
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 6** **Nonpriority creditor's name and mailing address**

HC PACKAGING ASIA LIMITED
UNIT 1307, BEVERLY COMMERCIAL
CENTERE, 87-105 CHATHAM ROAD SOUTH,
KOWLOON CITY, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**

HEALTHEQUITY, INC
PO BOX 14374
LEXINGTON, KY 40512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                505.75

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

HEATHER D JOY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

HEATHER OBOYLE HOLISTIC BEAUTY & WE
3262 CHADBOURNE ROAD
SHAKER HEIGHTS, OH 44120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                800.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

HEATHER ROBINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

HEATHER SHERMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 2**

**Nonpriority creditor's name and mailing address**

HEATHER TUPELO ROSS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                100.00

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

HEBEI BESTONE JEWELRY CO LTD
NO. 662, HEPING WEST ROAD
SHIJIAZHUANG, 50000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           1,104,767.02

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

HEIDI KOKULAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

HEIDI L. SCHWABE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

HEIDI R. STOLLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7**

**Nonpriority creditor's name and mailing address**

HEIDI SUMNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

HELEN MILLARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

HELEN SCHOENING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

HELENA WARREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

HERMITAGE TOWNE PLAZA
C/O JJ GUMBERG CO.
1051 BRINTON ROAD
PITTSBURGH, PA 15221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$  542.02

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.118 2** **Nonpriority creditor's name and mailing address**

HESPERIA WATER DISTRICT, CA
9700 7TH AVE
HESPERIA, CA 92345-3495

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 471.99

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 3** **Nonpriority creditor's name and mailing address**

HEZE MAXWELL WOODEN PRODUCTS CO LTD
NO 88 HANJIANG ROAD
CAOXIAN COUNTY
HEZE CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 548,840.87

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 4** **Nonpriority creditor's name and mailing address**

HH GOLDEN GATE
P.O. BOX 74008052
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 14,765.58

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 5** **Nonpriority creditor's name and mailing address**

HIBBING PUBLIC UTILITIES COMMISSION
1902 EAST 6TH AVENUE
HIBBING, MN 55746-0249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,729.73

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 6** **Nonpriority creditor's name and mailing address**

HICKMAN PROPERTIES II
ATTN: DONALD HICKMAN
1091 HOLTON ROAD
GROVE CITY, OH 43123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,597.02

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

HIGH INTENCITY
22-08 ROUTE 208 SOUTH
FAIR LAWN, NJ 07410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                756.45

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

HIGH STANDARD PRODUCTS
GALSHAHEED, OLD ICE FACTORY
MORADABAD
UTTAR PRADESH, 244001
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            193,336.14

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

HIGHLAND SEWER & WATER AUTHORITY
120 TANK DRIVE
JOHNSTOWN, PA 15904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 76.59

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

HIGHMEN (SHANGHAI) INTERNATIONAL CO
NO 2285 DUNHUI ROAD
SHANGHAI
MINHANG DISTRICT, 201108
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             59,006.38

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

HIGHYON SC INV FUNDS NO 106 LP
C/O LIBERTY UM
314 E. ANDERSON ST.
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             11,920.88

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| **3.119 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,299.39 |
|---|---|---|---|

HILCO ELECTRIC COOPERATIVE INC
115 EAST MAIN STREET
P.O. BOX 127
ITASCA, TX 76055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.119 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 193,276.22 |
|---|---|---|---|

HILCO MERCHANT RESOURCES LLC
5 REVERE DR SUITE 206
NORTHBROOK, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.119 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HILDA CARRANZA
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.119 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HILDA I. CARRANZA
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.119 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 146.63 |
|---|---|---|---|

HILLSBOROUGH COUNTY WATER RESOURCE -BOCC
925 E. TWIGGS ST.
TAMPA, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 7** **Nonpriority creditor's name and mailing address**

HILLTOP DEVELOPMENT INC
301 WEST WASHINTON AVE #200
JONESBORO, AR 72401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,921.00

---

**3.119 8** **Nonpriority creditor's name and mailing address**

HILOS IRIS SA DE CV

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  342.21

---

**3.119 9** **Nonpriority creditor's name and mailing address**

HJH IOWA 1 LLC
300 W DOUGLAS AVE., STE 1031
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                42,708.34

---

**3.120 0** **Nonpriority creditor's name and mailing address**

HOLLAND BOARD OF PUBLIC WORKS
625 HASTINGS AVENUE
HOLLAND, MI 49423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  778.96

---

**3.120 1** **Nonpriority creditor's name and mailing address**

HOLLAND CHARTER TOWNSHIP, MI
353 NORTH 120TH AVENUE
HOLLAND, MI 49424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  166.74

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

HOLYOKE GAS & ELECTRIC DEPARTMENT
99 SUFFOLK ST
HOLYOKE, MA 01040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

HOME DEPOT PLAZA ASSOCIATES LTD
5858 CENTRAL AVE
SAINT PETERSBURG, FL 33707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$    11,570.89

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

HOMER ELECTRIC ASSOC., INC.
3977 LAKE STREET
HOMER, AK 99603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    2,015.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

HONEY CAN DO INTERNATIONAL
5300 ST CHARLES ROAD
BERKELEY, IL 60163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

HONEY CAN DO INTERNATIONAL LLC
5300 ST CHARLES RD
BERKELEY, IL 60163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    56.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.120 7**

**Nonpriority creditor's name and mailing address**

HONGKONG SIMPLE ELEMENT GLOBAL LIMI
NO. 1498 JIANGNAN ROAD
3-4F, NO.1 BUILDING
NINGBO, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,756,920.85

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

HOOKSETT SEWER COMMISSION, NH
1 EGAWES DR
HOOKSETT, NH 03106-1814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95.86

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

HOPE GAS INC/646049
BANK ONE CENTER W 3RD ST
CLARKSBURG, WV 26301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 351.00

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

HORIZON FREIGHT SYSTEM INC
PO BOX 70242
CLEVELAND, OH 44190-0242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 212,328.62

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

HORIZON GROUP USA INC
45 TECHNOLOGY DRIVE
WARREN, NJ 07059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 462,851.01

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**

HOUSEWORKS LTD
2388 PLEASANTDALE ROAD
ATLANTA, GA 30340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 809,134.42

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

HOUSTON LAKES RETAIL CTR LLC
CO NEYER MGMT
1111 META DRIVE, #100
CINCINNATI, OH 45237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,072.50

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

HPC-KCB MONTEREY MARKETPLACE LLC
18321 VENTURAL BLVD, STE. 980
TARZANA, CA 91356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,369.15

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

HPI
C/O TIMOTHY DEVLIN LAW FIRM LLC
ATTN: TIMOTHY DEVLIN
1526 GILPIN AVE.
WILMINGTON, DE 19806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 5:24 cv 02556 SHK

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

HRE RETAIL FUND II LP
RCC MERCH WALK LLC C/O NEW LINK MGM
6809 PARAGON PLACE STE 120
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,279.29

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7**

**Nonpriority creditor's name and mailing address**

HRSD/HRUBS
1434 AIR RAIL AVENUE
VIRGINIA BEACH, VA 23455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 31.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

HTL LIMITED
12/F, D.J. BUILDING, 173 HOI BUN ROAD
KWUN TONG, 999077
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,393,192.78

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

HUAIAN FULLYA INTERNATIONAL
NO 98 EAST SHENZHEN ROAD
HUAIAN, 223005
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 180,413.85

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

HUANGYAN FOREVER ARTS & CRAFTS FACT
CHENGJIANG INDUSTRY ZONE
FENGGUANG ROAD NO 76
TAIZHOU, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 614,702.71

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

HUB GROUP ASSOCIATES INC
33773 TREASURY CTR
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 66,441.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122 2** **Nonpriority creditor's name and mailing address**

HUNTER CALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.122 3** **Nonpriority creditor's name and mailing address**

HUNTSVILLE UTILITIES, AL
112 SPRAGINS STREET
HUNTSVILLE, AL 35801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,520.96

---

**3.122 4** **Nonpriority creditor's name and mailing address**

HURSAN HAVLU URETIM SAN VE TIC AS
OSB 1.BOLGE
TURAN BAHADIR CADDESI NO:10
HONAZ
DENIZLI, 20330
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,058,937.01

---

**3.122 5** **Nonpriority creditor's name and mailing address**

HUTCHINSON MALL REALTY GROUP LLC
C/O LEXINGTON REALTY INTERNATIONAL
911 EAST COUNTY LINE RD STE 207
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,026.86

---

**3.122 6** **Nonpriority creditor's name and mailing address**

HYDROFIRE LLC
PO BOX 470, 1401 PARK LN
WEST POINT, GA 31833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 990.00

---

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,002.28 |
|---|---|---|
| HY-TEK INTRALOGISTICS<br>2222 RICKENBACKER PKY WEST<br>COLUMBUS, OH 43217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.122 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 126,974.00 |
|---|---|---|
| HYUNDAI AMERICA SHIPPING<br>222 WEST LAS COLINAS STE 700<br>IRVING, TX 75039 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.122 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 25,955.30 |
|---|---|---|
| ICA BFC VENTURE LLC<br>CO HSA COMMER REAL EST ATTN:AR<br>100 S WACKER DR 9TH FL<br>CHICAGO, IL 60606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Rent Payable | |
| **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.123 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 15,580.65 |
|---|---|---|
| ICR OPCO LLC<br>ICR LLC<br>761 MAIN AVE.<br>NORWALK, CT 06851 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.123 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,416.35 |
|---|---|---|
| IDAHO POWER<br>1221 W IDAHO ST<br>BOISE, ID 83702-5627 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

IHWOP LLC
4350 WESTOWN PKWY, STE 100
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 16,248.38

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

ILLAHE INC
LAQUINTA INN & STES BY WYNDHAM
3480 HUTTON STREET
SPRINGFIELD, OR 97477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 389.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

ILLUMAX CHINA LIMITED
UNIT 7A D2 PLACE TWO
15 CHEUNG SHUN STREET
LAI CHI KOK, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 657,801.05

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

IMPACT ANALYTICS INC
780 ELKRIDGE LANDING RD
LINTHICUM HEIGHTS, MD 21090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 201,929.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

IMPACT FUND
2728 N HAMPDEN CT UNIT 205
CHICAGO, IL 60614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS, TX 75266-0367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    12,564.50

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

INDIAN HILLS PLAZA LLC
PO BOX 856205
MINNEAPOLIS, MN 55485-6205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    9,512.44

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

INDIAN RIVER COUNTY UTILITIES, FL
1921 US HIGHWAY 1
SEBASTIAN, FL 32958

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    194.91

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

INDIAN WELLS VALLEY WATER DISTRICT
500 W. RIDGECREST BLVD
RIDGECREST, CA 93555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    86.61

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

INDIANA AMERICAN WATER
153 N. EMERSON AVENUE
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,109.39

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**

INDIANA MICHIGAN POWER
110 E. WAYNE ST.
FORT WAYNE, IN 46801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 245.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SERVICE & SUPPLY INC
PO BOX 158
VALLEY, AL 36854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,255.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

INEZ GUERENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

INFOSYS LTD
2300 CABOT DR.
LISLE, IL 60532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 89,782.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

ING, ING & FOON LLP
C/O AZOSE COMMERCIAL PROPERTIES
8451 SE 68TH ST., #200
MERCER ISLAND, WA 98040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,732.31

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.124 7 | **Nonpriority creditor's name and mailing address**<br>INLAND COMMER REAL ESTATE SERV LLC<br>BLDG 51573<br>32533 COLLECTION CTR DR<br>CHICAGO, IL 60693-0325 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent Payable | $ 8,415.56 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.124 8 | **Nonpriority creditor's name and mailing address**<br>INNOVATIVE DESIGNS<br>132 W 36TH ST., SUITE 800<br>NEW YORK, NY 10018 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 29,808.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.124 9 | **Nonpriority creditor's name and mailing address**<br>INNOVATIVE LOGISTICS SERVICES INC<br>201 E. TWINSBURG RD<br>NORTHFIELD, OH 44067 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 28,706.96 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.125 0 | **Nonpriority creditor's name and mailing address**<br>INSIGHT STAFFING SOLUTIONS INC<br>PO BOX 3271<br>VISALIA, CA 93278 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 6,014.40 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.125 1 | **Nonpriority creditor's name and mailing address**<br>INTCO INTERNATIONAL (HK) CO., LTD<br>LEVEL 54 HOPEWELL CENTRE<br>183 QUEEN'S ROAD EAST HONG KONG<br>WANCHAI,<br>HONG KONG | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 157,989.41 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 2**

**Nonpriority creditor's name and mailing address**

INTEGRIS VENTURES- TC LLC
C/O INTEGRIS VENTURES MGMT LLC
655 CRAIG RD., SUITE 100
CREVE COEUR, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,590.91

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

INTERCOM INC
55 SECOND ST.
#400
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,084.84

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

INTERMOUNTAIN GAS COMPANY
555 S COLE RD.
BOISE, ID 83706-0940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,297.59

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER CO- CA
CAMARILLO PLANT
PO BOX 31001-0780
PASADENA, CA 91110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 143,715.43

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER CO- OH
DELAWARE PLANT
PO BOX 31001-0780
PASADENA, CA 91110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 145,072.82

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 7** Nonpriority creditor's name and mailing address

INTERNATIONAL PAPER CO-AL
FOREST PARK CONTAINER PLANT
PO BOX 31001-0780
PASADENA, CA 91110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 56,692.47

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.125 8** Nonpriority creditor's name and mailing address

INTRAEDGE INC
5660 W. CHANDLER BLVD., STE 1
CHANDLER, AZ 85226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 6,605.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.125 9** Nonpriority creditor's name and mailing address

INTUNE LOGISTICS INC
208 ADLEY  WAY
GREENVILLE, SC 29607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 11,500.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.126 0** Nonpriority creditor's name and mailing address

INVISORS LLC
2000 PGA BLVD STE  4440
PALM BEACH GARDENS, FL 33408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 8,910.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.126 1** Nonpriority creditor's name and mailing address

IOWA AMERICAN WATER COMPANY
500 SW 7TH STREET
SUITE 101
DES MOINES, IA 50309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 15.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Jo-Ann Stores, LLC

Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

IRC RETAIL CENTERS INC
LEASE 24565
75 REMITTANCE DR DEPT 3128
CHICAGO, IL 60675-3128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    21,089.60

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

IRC RETAIL CENTERS INC
LEASE 24567
PO BOX 854619
MINNEAPOLIS, MN 55485-4619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    10,475.38

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

IRIS HENDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. STEMDP240329-40410

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INFORMATION MGT
DBA IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    19,076.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

IRONGATE ASSOCIATES LLC
C/O BUCKINGHAM PROP MGMT LLC
657 E. MAIN ST., STE. 6
MOUNT KISCO, NY 10549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    2,576.61

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.126 7** 

**Nonpriority creditor's name and mailing address**

IRVINE RANCH WATER DISTRICT
15600 SAND CANYON AVENUE
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.95

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

IRVING ENERGY/70712
190 COMMERCE WAY
PORTSMOUTH, NH 03801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,778.96

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

ISAAC HOME DEPOT FINDLAY LTD
C/O REICHLE KLEIN GROUP
1 SEAGATE 26TH FLOOR
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,497.18

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

ISAAC NORTHTOWNE EAST DEFIANCE LLC
C/O REICHLE KLEIN GROUP
1 SEAGATE 26TH FLOOR
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,266.77

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

ISAAC PROPERTY & HOLD LLC
5420 BECKLEY MALL LLC
2081 NILES-CORTLAND RD SE
WARREN, OH 44484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,716.24

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|---------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127 2**

**Nonpriority creditor's name and mailing address**

ISRAM RIVERWALK LLC
C/O ISRAM REALTY & MANAGEMENT INC
506 S DIXIE HIGHWAY
HALLANDALE, FL 33009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                6,384.75

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

ITF WASHINGTON STATE DEPT OF NAT RE
INTEGRATED REAL ESTATE SERVICES LLC
PO BOX 3588
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$               31,773.95

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

J & J SERVICE SOLUTIONS LLC
1820 FRANKLIN ST
COLUMBIA, PA 17512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$               49,706.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

J AND J CORP
NO 201 ILKWANG BLDG 441-1 CHEONHO-DAERO
DONGDAEMUN-GU
SEOUL, 2645
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$               94,538.12

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

J&H HOLLYWOOD BLVD LLC
45 NW 21ST STREET
MIAMI, FL 33127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                7,695.16

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127 7**

**Nonpriority creditor's name and mailing address**

JACKSON ASSOCIATES
2900 UNION LAKE ROAD STE 102
COMMERCE, MI 48382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    19,516.78

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

JACKSON ELECTRIC MEMBERSHIP CORP, GA
100 DAWSONVILLE HWY
GAINSVILLE, GA 30504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,793.38

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

JACKSON ENERGY AUTHORITY
351 MARTIN LUTHER KING JR.
DR. JACKSON, TN 38301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,569.43

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

JACKSON GOJO 2014 LP
550 HOWE AVENUE, SUITE 100
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,551.74

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

JACKSON LEWIS P.C.
P.O. BOX 416019
BOSTON, MA 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    5,512.90

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 2**

**Nonpriority creditor's name and mailing address**

JACOB CONNELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

JACOB MORONI SHEPARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

JACOBUS ENERGY LLC
PO BOX 88249
MILWAUKEE, WI 53288-8249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 291.63

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

JAIME KIMBLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

JAKKS SALES CORP
2951 28TH STREET
SANTA MONICA, CA 90405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,565.81

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 7**

**Nonpriority creditor's name and mailing address**

JAMES HOLLOWAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$                                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

JAMES W ROSS INC
DBA SWIFT FIRST AID
4201 WYOGA  LK RD #200
STOW, OH 44224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                                        538.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

JANELLE PENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$                                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

JANET CARTER
C/O KELMAN FANTICH
ATTN: BRIAN FANTICH
30833 NORTHWESTERN HWY
FARMINGTON, MI 48334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 25-212450-NO

$                                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

JANET GRESKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$                                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.129 2** | **Nonpriority creditor's name and mailing address**

JANOME AMERICA INC
10 INDUSTRIAL AVE SUITE 2
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                890,579.32

---

**3.129 3** | **Nonpriority creditor's name and mailing address**

JAPM PLAZA LLC
C/O DIVERSIFIED MGMT PLUS
1125 OCEAN AVE.
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                156,495.82

---

**3.129 4** | **Nonpriority creditor's name and mailing address**

JAROTH INC
DBA PACIFIC TELEMANAGEMENT SERVICES
2001 CROW CANYON RD STE 200
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                130.00

---

**3.129 5** | **Nonpriority creditor's name and mailing address**

JA-RU
12901 FLAGLER CENTER BLVD
JACKSONVILLE, FL 32258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                127,830.18

---

**3.129 6** | **Nonpriority creditor's name and mailing address**

JASMINE ARNOLD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1297**

**Nonpriority creditor's name and mailing address**

JASPER MUNICIPAL UTILITIES
610 MAIN ST
JASPER, IN 47549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,194.20

---

**3.1298**

**Nonpriority creditor's name and mailing address**

JAY ROOF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,200.00

---

**3.1299**

**Nonpriority creditor's name and mailing address**

JB HUNT TRANSPORT INC
PO BOX  98545
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,256.00

---

**3.1300**

**Nonpriority creditor's name and mailing address**

JBL SAVANNAH CENTRE NM-TIMBERSTONE
C/O JBL ASSET MGMT LLC
2028 HARRISON ST., #202
HOLLYWOOD, FL 33020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,340.02

---

**3.1301**

**Nonpriority creditor's name and mailing address**

JC COLLEY LLC
212 JARRETT  ST
VALLEY, AL 36854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,521.91

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.130 2**

**Nonpriority creditor's name and mailing address**

JCPSD - JEFFCO PUBLIC SEWER DISTRICT
4629 YEAGER ROAD
HILLSBORO, MO 63050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13.55

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

JEA
21 WEST CHURCH ST
JACKSONVILLE, FL 32202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,643.72

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

JEAN ROBINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

JEAN SALATA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,295.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

JEFFREY LIPINSKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

JENNIFER ATES
C/O AYERBE & ARNOLD, LLC
ATTN: PAUL R. AYERBE, ESQ.
3605 VINEVILLE AVENUE
POST OFFICE BOX 31208
MACON, GA 31208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 24-C-00576

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

JENNIFER EHRENBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

JENNIFER REYNOLDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

JENNY RAMSAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

JEREMY PYTEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**

JERSEY CENTRAL POWER & LIGHT
76 S MAIN ST
AKRON, OH 44308-1812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,331.33

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

JESSE JAMES & CO INC
950 JENNINGS STREET UNIT 1B
BETHLEHEM, PA 18017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 211,229.69

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

JESSICA BUSTAMANTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

JESSICA LEWIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

JESSICA SLEANBECK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |

**3.131 7** Nonpriority creditor's name and mailing address

JESSIE REESE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131 8** Nonpriority creditor's name and mailing address

JET HOLDINGS HK LIMITED
ROOM 3A, BUILDING 4
NO. 727 DINGXI ROAD, CHANGNING DISTRICT
SHANGHAI, 200050
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,166,341.05

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131 9** Nonpriority creditor's name and mailing address

JEWELRY MADE BY ME LTD
FLAT/RM07A, 37/F CABLE TV TOWER
NO. 9 HOI SHING ROAD
TSUEN WAN NT,
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,258,090.62

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.132 0** Nonpriority creditor's name and mailing address

JEWELRY MADE BY ME, LLC
2840 W. BAY #278
BELLEAIR BLUFFS, FL 33770

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 169,679.96

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.132 1** Nonpriority creditor's name and mailing address

JIANGSU PHOENIX ART MATERIALS TECHNOLOGY CO LTD
2# HUAYUAN ROAD, BINHU DISTRICT
WUXI, 214131
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 18,688.61

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**

JJD-HOV ELK GROVE LLC
C/O DANA BUTCHER ASSOCIATES
6475 N. PALM AVE, #101
FRESNO, CA 93704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 24,892.97

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

JMW SALES INC
PO BOX 50245
BELLEVUE, WA 98015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,024.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

JOANIE GOODBOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

JOANIE R. GOODBOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

JOANN INC.
5555 DARROW ROAD
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

$ 28,505,933.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132 7**

**Nonpriority creditor's name and mailing address**

JO-ANN STORES SUPPORT CENTER, INC.
5555 DARROW ROAD
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 268,339,261.91

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

JOANN.COM, LLC
5555 DARROW ROAD
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83,155,197.54

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

JOANNE YUSUF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

JOC INTERNATIONAL LIMITED
NO 1 ZHENNAN ROAD GULI TOWN
100
CHANGSHU CITY, 215533
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 471,986.44

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

JODELLE HARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.133 2**

**Nonpriority creditor's name and mailing address**

JOFFCO SQUARE SHOPPING CENTER LLC
550 7TH AVE., 15TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**$ 10,071.17**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

JOHN BEAD CORPORATION LIMITED
20 BERTRAND AVE
TORONTO, ON M1L 2P4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 133,401.01**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

JOHNSON BATTERY CO INC
6487 US HIGHWAY 19
ZEBULON, GA 30295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 1,471.50**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

JOHNSON CITY PLAZA LLC
CO WIGGINS ASSOCIATES
2964 PEACHTREE RD #380
ATLANTA, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**$ 3,306.45**

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

JOHNSON CITY UTILITY SYSTEM
601 E. MAIN STREET
JOHNSON CITY, TN 37601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 68.92**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,028,491.91 |
|---|---|---|---|---|

JONES LANG LASALLE AMERICAS INC
MAIL BIN CSCF-JOANN
700 OAKMONT LANE 2ND FL.
WESTMONT, IL 60559

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 76.84 |
|---|---|---|---|---|

JORDAN TAX SERVICE/TOWNSHIP OF COLLIER
102 RAHWAY ROAD
MCMYRRAT, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JORGE GUTIERREZ
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOSE LUPERCIO
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOSE LUPERCIO NAVARRO
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

JOSEFINA CRUZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

JOSEPH M. PENNELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

JOSEPH WILLIAMSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

JOSHEN PAPER & PACKAGING
BUNZL DISTRIBUTION MIDCENTRAL INC
PO BOX 7410087
CHICAGO, IL 60674-5087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 53,765.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

JOSHEN PAPER AND PACKAGING
BUNZL DISTRIBUTION MIDCENTRAL INC
PO BOX 7410087
CHICAGO, IL 60674-5087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 532.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,834.14 |
|---|---|---|---|---|

JOST TIRE
DBA ZIEGLER TIRE & SUPPLY CO
PO BOX  678
MASSILLON, OH 44648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 14,892.22 |
|---|---|---|---|---|

JOULE ASSOCIATES LLC
JOULE PARK WEST OWNER LLC
PO BOX 31001-4091
PASADENA, CA 91110-4091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOYCE IRELAND
C/O STARPOINT, LC
15233 VENTURA BOULEVARD
SUITE PH16
SHERMAN OAKS, CA 91403

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Threatened Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOYCE MONDRY
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JUDITH THURSTON
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**

JUDY PARNELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

JULIA BARTELS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

JULIE C. FREGOSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

JULIE SCIMONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

JXN WATER
219 S. PRESIDENT ST
JACKSON, MS 39201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      303.98

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|-------------------------|----------|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**

K & M INTERNATIONAL
1955 MIDWAY DRIVE
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          16,967.96

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

KAITLIN COX
C/O CHARLSON BREDEHOFT COHEN BROWN & NADELHAFT, P.C
11260 ROGER BACON DRIVE
SUITE 201
RESTON, VA 20190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 570-2025-01218

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

KAITLYN MONAGHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

KANEXA
MPN TECHNOLOGIES LLC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          18,270.00

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

KANSAS CITY FALSE ALARMS
PO BOX 744924
LOS ANGELES, CA 90074-4924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          60.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1362** **Nonpriority creditor's name and mailing address**

KANSAS GAS SERVICE
7421 W. 129TH ST
OVERLAND PARK, KS 66213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,925.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1363** **Nonpriority creditor's name and mailing address**

KARA A. WEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1364** **Nonpriority creditor's name and mailing address**

KAREN DADO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1365** **Nonpriority creditor's name and mailing address**

KAREN E. SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1366** **Nonpriority creditor's name and mailing address**

KAREN E. SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1367**

**Nonpriority creditor's name and mailing address**

KAREN K. SPARKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1368**

**Nonpriority creditor's name and mailing address**

KAREN L. LADNER
ATTN: JAMES E. CAZALOT, JR.
550 OLD SPANISH TRAIL
SUITE H
SLIDELL, LA 70458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 2024-10386

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1369**

**Nonpriority creditor's name and mailing address**

KAREN WALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1370**

**Nonpriority creditor's name and mailing address**

KAREN WHITING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1371**

**Nonpriority creditor's name and mailing address**

KARL SVENSSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

KASTNER WESTMAN & WILKINS LLC
3550 W. MARKET ST., STE 100
AKRON, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                140.00

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

KATALIN BERGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

KATHI L. STACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

KATHLEEN BOWMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

KATHLEEN NOWAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

KATHLEEN WHITE
C/O STOPPER LOPEZ, LLC
ATTN: WILLIAM J. STOPPER, ESQ.
1763 EAST MARLTON PIKE
SUITE 350
CHERRY HILL, NJ 08003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. CAM-L-000020-24

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

KATHRYN M. HEATON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

KATHY BRANNAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

KATHY DOUGHTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 397.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

KATHY DOUGHTY ROYALTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,370.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.138 2**

**Nonpriority creditor's name and mailing address**

KAYLA K. CAESAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

KAYLA MARNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

KC WATER
1 NW BRIARCLIFF RD
KANSAS CITY, MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 165.72

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

KEIZER ENTERPRISES LLC
PO BOX 1583
CORVALLIS, OR 97339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ _____ 9,762.61

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

KELLY KOVALESKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.138 7**

**Nonpriority creditor's name and mailing address**

KELLY OESTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

KELSEY KADEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

KENDYLL YNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

KENERGY CORP
3111 FARIVIEW DRIVE
OWENSBORO, KY 42303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 996.28

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

KENNEBEC WATER DISTRICT
131 DRUMMOND AVE
WATERVILLE, ME 04901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.59

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.139 2**

**Nonpriority creditor's name and mailing address**
KENNETH CURRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 3**

**Nonpriority creditor's name and mailing address**
KENNETH J. LAFAYETTE II
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 4-25-cv-46

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 4**

**Nonpriority creditor's name and mailing address**
KENNEY MANUFACTURING COMPANY
1000 JEFFERSON BLVD
WARWICK, RI 02886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 91,473.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 5**

**Nonpriority creditor's name and mailing address**
KENTUCKY AMERICAN WATER COMPANY
2300 RICHMOND ROAD
LEXINGTON, KY 40502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31.19

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 6**

**Nonpriority creditor's name and mailing address**
KETER ENVIRONMENTAL SERVICES LLC
PO BOX  417468
BOSTON, MA 02241-7468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 540.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|--------|--------------------|--|--------------------------|----------|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.139 7** **Nonpriority creditor's name and mailing address**

KETER ENVIRONMENTAL SERVICES LLC/41768
4 HIGH RIDGE PARK
#202
STAMFORD, CT 06905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 576.44

---

**3.139 8** **Nonpriority creditor's name and mailing address**

KEVIN HART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.139 9** **Nonpriority creditor's name and mailing address**

KEYBANK NATIONAL ASSOCIATION
ARC LCROWTX001 LLC ET AL
PO BOX 715971
CINCINNATI, OH 45271-5971

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,571.80

---

**3.140 0** **Nonpriority creditor's name and mailing address**

KEYSTONE REAL ESTATE GROUP LP
DBA THE APARTMENT STORE
431 SCIENCE PARK RD., #301
STATE COLLEGE, PA 16803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,027.19

---

**3.140 1** **Nonpriority creditor's name and mailing address**

KHALIK INVESTMENTS 2 LLC
650 E. OLD HICKORY BLVD.
MADISON, TN 37115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,305.90

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.140 2**

**Nonpriority creditor's name and mailing address**

KHP LTD PARTNERSHIP
C/O GRAMOR DEVELOPMENT
950  72ND STREET N STE 100
SEATTLE, WA 98103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    13,092.18

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

KIA HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

KIARA PRATHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

KIKKERLAND DESIGN INC
666 BROADWAY, 4TH FLOOR
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    16,101.62

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

KIMBERLEE DRENNON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 7**

**Nonpriority creditor's name and mailing address**

KIMBERLY A. SCHWEINBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

KIMBERLY DEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

KIMBERLY RUIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

KIMBERLY TIMMINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

KIMBERLY VASQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 2** Nonpriority creditor's name and mailing address

KIMCO INCOME OP PARTNERSHIP LP
KIR MAPLE GROVE LP
PO BOX 30344, #100140-026854
TAMPA, FL 33630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 25,895.13

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.141 3** Nonpriority creditor's name and mailing address

KIMCO REALTY CORPORATION
COLUMBIA CROSSING OUTPARCEL LLC
PO BOX 30344
TAMPA, FL 33630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 43,061.21

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.141 4** Nonpriority creditor's name and mailing address

KIMCO REALTY OP LLC
RPT NEWNAN LLC  ACC# 125380-050112
PO BOX 30344
TAMPA, FL 33630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 8,825.67

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.141 5** Nonpriority creditor's name and mailing address

KIMCO REALTY OP LLC
WEINGARTEN NOSTAT LLC
PO BOX 30344  AC #118400-045478
TAMPA, FL 33630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 63,762.55

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.141 6** Nonpriority creditor's name and mailing address

KIMCO REALTY OP LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 32,845.98

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1417**

**Nonpriority creditor's name and mailing address**

KIMCO REALTY OP LLC
PK I SILVERDALE SHOPPING CTR LLC
PO BOX 30344,    #114950-025847
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,252.63

---

**3.1418**

**Nonpriority creditor's name and mailing address**

KIMCO REALTY OP LLC
FLAGLER SC   ACCT # 115890-044516
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,413.16

---

**3.1419**

**Nonpriority creditor's name and mailing address**

KIMCO REALTY OP LLC
RPT WEST OAKS II LLC  ACT #125360-0
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,435.82

---

**3.1420**

**Nonpriority creditor's name and mailing address**

KIMCO REALTY OP LLC
NORBER TRUST   #103120-044972
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,785.80

---

**3.1421**

**Nonpriority creditor's name and mailing address**

KIMCO REALTY OP LLC
RPT REALTY LP   ACC #125030-048312
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,202.90

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**

KING COUNTY STATE OF WASHINGTON
500 FOURTH AVE   RM 600
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    27,927.03

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

KING CROSSING LLC
PO BOX 80510
BILLINGS, MT 59108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    13,148.92

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

KIR FEDERAL WAY 035 LLC
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    24,065.01

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

KIR TAMPA 003 LLC
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    32,317.68

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

KISSIMMEE UTILITY AUTHORITY
1701 W. CARROLL ST.
KISSIMMEE, FL 34741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,587.96

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 7** **Nonpriority creditor's name and mailing address**

KISSIMMEE WEST FLORIDA LP
C/O CIMINELLI REAL ESTATE SERV. OF
4100 W. KENNEDY BLVD., #105
TAMPA, FL 33609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                18,577.31

---

**3.142 8** **Nonpriority creditor's name and mailing address**

KITE REALTY GROUP LP
KRG BEL AIR SQUARE LLC
13068 COLLECTION CTR DR.
CHICAGO, IL 60693-0130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                27,240.50

---

**3.142 9** **Nonpriority creditor's name and mailing address**

KITSAP COUNTY PUBLIC WORKS
614 DIVISION ST
PORT ORCHARD, WA 98366-4686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                98.06

---

**3.143 0** **Nonpriority creditor's name and mailing address**

KLAMATH FALLS HOTEL CIMARRON INC
CIMARRON INN & SUITES
3060 S. 6TH ST.
KLAMATH FALLS, OR 97603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,313.88

---

**3.143 1** **Nonpriority creditor's name and mailing address**

KLAMATH JEFFERSON LLC
PO BOX 1583
CORVALLIS, OR 97339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                11,468.08

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.143 2** **Nonpriority creditor's name and mailing address**

KLARNA INC
800 N HIGH ST, FL 4
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 35,424.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 3** **Nonpriority creditor's name and mailing address**

KLINE & KAVALI MECHANICAL CONT LLC
1294 BRIMFIELD  DR
KENT, OH 44240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 31,980.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 4** **Nonpriority creditor's name and mailing address**

KLX LLC
PO BOX 488
MARSING, ID 83639-0488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 50,037.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 5** **Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUSINESS SOLUTIONS
101 WILLIAMS DRIVE
RAMSEY, NJ 07446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,365.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 6** **Nonpriority creditor's name and mailing address**

KORBER SUPPLY CHAIN US INC
HIGH JUMP SOFTWARE INC
DEPT CH 17044
PALATINE, IL 60055-7091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,672.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.143 7** **Nonpriority creditor's name and mailing address**

KRAUS-ANDERSON INC
PROPERTY ID 01-0450
PO BOX 860582
MINNEAPOLIS, MN 55486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                9,909.58

---

**3.143 8** **Nonpriority creditor's name and mailing address**

KRG CREC KS PEMBROKE PINES LLC
COOL SPRINGS MARKET 001988
PO BOX 743806
ATLANTA, GA 30374-3810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                24,185.52

---

**3.143 9** **Nonpriority creditor's name and mailing address**

KRISTINE WITTMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                11,958.13

---

**3.144 0** **Nonpriority creditor's name and mailing address**

KRYSTAL A. SCHRINER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.144 1** **Nonpriority creditor's name and mailing address**

KUB-KNOXVILLE UTILITIES BOARD
4428 WESTERN AVE
KNOXVILLE, TN 37921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,259.78

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**

KU-KENTUCKY UTILITIES COMPANY
220 W MAIN ST
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,297.34

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

KUNSHAN JUN YUAN ARTS & CRAFTS CO LTD
NO 551 JUJIN RD
ZHANGPU TOW
KUNSHAN, 215300
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 277,285.67

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

KURT PENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

KWALITY EXPORTS
SF NO 263/3F1
SALEM BYPASS ROAD
KATHAPARAI
KARUR, 639006
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,327.05

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

KYLE FLEMING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.1447**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| KYLE SNELL ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | **Basis for the claim:**  Workers Compensation | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.1448**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,048.39 |
|---|---|---|
| L & L PROPERTIES OF STERLING LLC 218 W. 3RD STREET STERLING, IL 61081 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:**  Rent Payable | |
| **Date or dates debt was incurred**   Various | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.1449**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,898.59 |
|---|---|---|
| L BRENT DAHLE FAMILY TRUST ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:**  Rent Payable | |
| **Date or dates debt was incurred**   Various | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.1450**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 416.12 |
|---|---|---|
| LA COUNTY WATERWORKS 900 S. FREMONT AVE ALHAMBRA, CA 91803 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.1451**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,633.60 |
|---|---|---|
| LA HABRA WESTRIDGE PARTNERS LP 2222 E. 17TH STREET SANTA ANA, CA 92705 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:**  Rent Payable | |
| **Date or dates debt was incurred**   Various | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.145 2** | **Nonpriority creditor's name and mailing address**

LAFAYETTE PLAZA LLC
C/O EQUITY MANAGEMENT
215 EAST 58 ST., #3A
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,595.05

---

**3.145 3** | **Nonpriority creditor's name and mailing address**

LAFAYETTE UTILITIES SYSTEMS (LUS)
1875 W. PINKHOOK RD
SUITE B
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,678.01

---

**3.145 4** | **Nonpriority creditor's name and mailing address**

LAKE CHARLES PC LP
900 TOWN & COUNTRY #210
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,329.10

---

**3.145 5** | **Nonpriority creditor's name and mailing address**

LAKE DELTON UTILITY DEPT.
151 SKYLINE LN
WISCONSIN DELLS, WI 53965

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41.42

---

**3.145 6** | **Nonpriority creditor's name and mailing address**

LAKE PARK INVESTORS LLC
3265 MERIDIAN PKWY, #130
WESTON, FL 33331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,385.08

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.145 7**

**Nonpriority creditor's name and mailing address**

LAKE VIEW PLAZA OWNER LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 31,250.53

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

LAKELAND ELECTRIC/CITY OF LAKELAND,FL
501 E LEMON ST
LAKELAND, FL 33801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,166.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 9**

**Nonpriority creditor's name and mailing address**

LANCASTER DEVELOPMENT COMPANY LLC
1701 SE COLUMBIA RIVER DRIVE
VANCOUVER, WA 98661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 15,712.56

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 0**

**Nonpriority creditor's name and mailing address**

LANCASTER UTILITIES COLLECTION-OFFICE
104 E MAIN ST
#105
LANCASTER, OH 43130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,201.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 1**

**Nonpriority creditor's name and mailing address**

LANSING BOARD OF WATER & LIGHT
1110 S PENNSYLVANIA AVE
LANSING, MI 48912-1635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,501.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|--------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.146 2** | **Nonpriority creditor's name and mailing address**

LANSING RETAIL CENTER, LLC
300 FRANDOR AVE., 2ND FL
LANSING, MI 48912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 35,671.44

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 3** | **Nonpriority creditor's name and mailing address**

LANSING RETAIL CENTER, LLC
300 FRANDOR AVE., 2ND FLOOR
LANSING, MI 48912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,360.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 4** | **Nonpriority creditor's name and mailing address**

LAROSE INDUSTRIES LLC DBA
CRA-Z-ART
1578 SUSSEX TURNPIKE
RANDOLPH, NJ 07869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 129,582.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 5** | **Nonpriority creditor's name and mailing address**

LATHAM & WATKINS LLP
PO BOX 7247-8181
PHILADELPHIA, PA 19170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,524.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 6** | **Nonpriority creditor's name and mailing address**

LAURA CARON
C/O BARTLETT & GRIPPE, LLC
ATTN: FRANK P. BARLETT, JR.
143 MAIN STREET
CHESHIRE, CT 06410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 545538171

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.146 7**

**Nonpriority creditor's name and mailing address**

LAUREEN KAPRELIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

LAUREN HOOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      280.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 9**

**Nonpriority creditor's name and mailing address**

LAUREN OLSON
C/O AVREK LAW FIRM
ATTN: ANTHONY J. PEREZ
2350 SE BRISTOL STREET
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. TC24-10821

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 0**

**Nonpriority creditor's name and mailing address**

LAVALE PLAZA LLC
11155 RED RUN BLVD,   STE. #320
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$      2,993.95

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

LBD PROPERTIES LLC
PO BOX 91
MERIDIAN, MS 39302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$      11,221.77

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 2**

**Nonpriority creditor's name and mailing address**

LCR WALPOLE LLC
C/O THE WILDER COMPANIES LTD
800 BOYLSTON ST., STE 1300
BOSTON, MA 02199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,024.05

**3.147 3**

**Nonpriority creditor's name and mailing address**

LEBANON PAD, LP
C/O LAVIPOUR & COMPANY
6 EAST 45TH STREET, SUITE 801
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,516.32

**3.147 4**

**Nonpriority creditor's name and mailing address**

LEDO INTERNATIONAL CORP LTD
PO BOX 016727
MIAMI, FL 33101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,241.41

**3.147 5**

**Nonpriority creditor's name and mailing address**

LEE COUNTY UTILITIES, FL
7391 COLLEGE PARKWAY
FORTH MYERS, FL 33907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84.03

**3.147 6**

**Nonpriority creditor's name and mailing address**

LEE ENTERPRISES INC
ALABAMA COMMUNITY NEWSPAPERS
PO BOX 4690
CAROL STREAM, IL 60197-4690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 890.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 7**

**Nonpriority creditor's name and mailing address**

LEGACY LICENSING PARTNERS, LP
1621 EAST 27TH STREET
LOS ANGELES, CA 90011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    0.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

LEGIT KITS LLC
7701 N BROADWAY EXT, STE A-1
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    22,131.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

LEISURE ARTS INC
104 CHAMPS BLVD, STE 100
MAUMELLE, AR 72113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    66,363.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

LEJ PROPERTIES LLC
CO LEVY MOSSE & CO
11400 W OLYMPIC BLVD #330
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$    20,904.17

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

LEMOYNE BOROUGH, PA
510 HERMAN AVE
LEMOYNE, PA 17043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    66.27

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.148 2** **Nonpriority creditor's name and mailing address**

LEO MA MALL LLC
C/O HULL PROPERTY GROUP LLC
PO BOX 204227
AUGUSTA, GA 30917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,321.29

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 3** **Nonpriority creditor's name and mailing address**

LETICIA MELENDEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 4** **Nonpriority creditor's name and mailing address**

LEXINGTON-FAYETTE URBAN COUNTY GOVT
200 E MAIN ST
LEXINGTON, KY 40507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 296.94

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 5** **Nonpriority creditor's name and mailing address**

LG&E - LOUISVILLE GAS & ELECTRIC
220 W MAIN ST
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,116.06

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 6** **Nonpriority creditor's name and mailing address**

LI AND FUNG (TRADING) LIMITED
888 CHEUNG SHA WAN ROAD
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 349,184.64

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 7**

**Nonpriority creditor's name and mailing address**

LIBBEY GLASS INC
300 MADISON AVE
300 MADISON AVENUE
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,316.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
PO BOX  1449
NEW YORK, NY 10116-1449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,032.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674017447 for the benefit of Uns Gas, Inc.

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075192 for the benefit of Pacific Power

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075187 for the benefit of Pacific Gas And Electric Company

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.149 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075122 for the benefit of Rocky Mountain Power

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039723 for the benefit of Georgia Power Company

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285054266 for the benefit of Tucson Electric Power Company

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674018470 for the benefit of Kenergy

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285069365 for the benefit of The Knoxville Utilities Board, Knoxville

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1497**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039724 for the benefit of Knoxville Utilities Board

$ Undetermined

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No ☐ Yes |

---

**3.1498**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021286 for the benefit of Coweta-Fayette Electric Membership

$ Undetermined

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No ☐ Yes |

---

**3.1499**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674018472 for the benefit of Keyspan Gas East Corporation, Niagara

$ Undetermined

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No ☐ Yes |

---

**3.1500**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073799 for the benefit of Rocky Mountain Power

$ Undetermined

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No ☐ Yes |

---

**3.1501**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674017612 for the benefit of Carolina Power & Light Corporation

$ Undetermined

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No ☐ Yes |

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.150 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039719 for the benefit of Tampa Electric Company

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073800 for the benefit of Rocky Mountain Power

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039715 for the benefit of Coweta-Fayette Electric Membership

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14055786 for the benefit of Murfreesboro Electric Department

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285052009 for the benefit of Duke Energy Carolinas, Llc

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285070039 for the benefit of The Baltimore Gas & Electric Co.

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14042206 for the benefit of Withlacoochie River Electric Cooperativ

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674019842 for the benefit of City Of Vero Beach

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073803 for the benefit of Rocky Mountain Power

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674017476 for the benefit of City Of Huntsville

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674020532 for the benefit of Cleco

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285072330 for the benefit of Dynegy Energy Services East, Llc

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674022096 for the benefit of City Of Morganton

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075124 for the benefit of Unitil

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285052016 for the benefit of Tucson Electric Power Company

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.151 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14044332 for the benefit of Lake Apopka Natural Gas District

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674020558 for the benefit of Nyseg

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674019303 for the benefit of Entergy Mississippi, Inc.

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14042198 for the benefit of City Of Tallahassee, Fl

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674019458 for the benefit of Rocky Mountain Power

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.152 2** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021311 for the benefit of Entergy Arkansas, Inc.

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 3** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14048031 for the benefit of Sumter Electric Cooperative, Inc.

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 4** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073854 for the benefit of Duke Energy Florida, Llc

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 5** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039718 for the benefit of Middle Tennessee Electric Membership

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 6** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285047024 for the benefit of Tullahoma Utilities Board, Tullahoma

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285055623 for the benefit of Virginia Electric & Power Company

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075191 for the benefit of Peco Energy Company

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14053448 for the benefit of Dixie Electric Cooperative

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285056512 for the benefit of Southwestern Electric Power Company

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075188 for the benefit of City Of Stillwater Oklahoma

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153
2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285073802 for the benefit of Rocky Mountain Power

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153
3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285047030 for the benefit of City Of Riverside Public Utilities

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153
4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674021299 for the benefit of Oklahoma Gas And Electric Company

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153
5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285052002 for the benefit of Cde Lightband

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153
6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674019493 for the benefit of Carolina Power & Light Corporation

$         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14042207 for the benefit of East Cain Township

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14042199 for the benefit of Gulf Power Company And Florida Power

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285069995 for the benefit of Oklahoma Electric Cooperative

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674018888 for the benefit of Lafayette Utilities System

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14048040 for the benefit of Florida Power & Light Company

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285075189 for the benefit of Duke Energy Florida, Llc

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285070003 for the benefit of Duke Energy Carolinas, Llc

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674019332 for the benefit of Oklahoma Gas And Electric Company

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285073853 for the benefit of Duke Energy Indiana, Inc.

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285071933 for the benefit of Fpl, Attention: Deposit Administration

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.154 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285075134 for the benefit of Unitil Nh Electric Operations

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285054267 for the benefit of Johnson City Power Board

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 14039707 for the benefit of Dominion Hope

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285069302 for the benefit of American Electric Power

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285071873 for the benefit of The Baltimore Gas & Electric Co.

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075125 for the benefit of Kentucky Utilities Company

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075131 for the benefit of Tucson Electric Power Company

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021839 for the benefit of Westar Energy, Inc.

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674019799 for the benefit of Entergy

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14055143 for the benefit of Central Georgia Emc

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.155 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075120 for the benefit of Duke Energy Carolinas, Llc

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285047086 for the benefit of Rhode Island Department Of Labor

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073856 for the benefit of Jackson Electric Membership Corporation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674018471 for the benefit of Long Island Lighting Company D/B/A Lipa

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073798 for the benefit of Rocky Mountain Power

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674018898 for the benefit of City Of Rocky Mount

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285073855 for the benefit of Con Edison

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285073804 for the benefit of Unitil

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 14054948 for the benefit of Electric Power Board Of Chattanooga

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674019792 for the benefit of Stillwater Power

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075123 for the benefit of Rocky Mountain Power

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021325 for the benefit of Tucson Electric Power Company

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285049082 for the benefit of Nevada Department Of Taxation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285070031 for the benefit of Dominion Customer Credit Services

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075121 for the benefit of Duke Energy Carolinas, Llc

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Jo-Ann Stores, LLC
        Name

Case number (if known)  25-10072

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039712 for the benefit of Greystone Power Corporation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075133 for the benefit of Until Me Gas Operations

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674017775 for the benefit of Tombigbee Electric Power Association

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073797 for the benefit of Rocky Mountain Power

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021772 for the benefit of Long Island Port Authority

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285063818 for the benefit of Cobb

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021771 for the benefit of Sulphur Springs Valley Electric Co-Op

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14048986 for the benefit of Louisville Gas And Electric Company

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073796 for the benefit of Rocky Mountain Power

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14055784 for the benefit of Florence Utilities, City Of Florence

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.158 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285072389 for the benefit of The Baltimore Gas & Electric Co.

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285075190 for the benefit of Duke Energy Florida, Llc

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285072340 for the benefit of Portland General Electric Company

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285075132 for the benefit of Marshfield Utilities, Wi

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 14045875 for the benefit of Imperial Irrigation District

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.158 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 241106020 for the benefit of Bureau Of Customs And Border Protection

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073801 for the benefit of Rocky Mountain Power

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14042245 for the benefit of Progress Energy

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285072411 for the benefit of Dominion Energy South Carolina

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14042183 for the benefit of Opelika Utilities

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**3.159 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674018865 for the benefit of Consolidated Edison Company Of New York, Inc.

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 674020000 for the benefit of The Empire District Electric Company

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 285075136 for the benefit of Unitil Nh Electric Operations

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 14055790 for the benefit of Sce&G Small Commercial Group

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: 14039705 for the benefit of Dominion East Ohio

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

Case 25-10068-CTG   Doc 376   Filed 02/11/25   Page 504 of 1286

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.159 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285070086 for the benefit of Unisource Energy Services

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285054298 for the benefit of City Of Alexandria

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674021824 for the benefit of Duke Energy Progress

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674019810 for the benefit of North Little Rock Electric Company

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285072331 for the benefit of Dynegy Energy Services Llc

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.160 2**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075130 for the benefit of Tucson Electric Power Company

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674020213 for the benefit of City Of Peru

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075129 for the benefit of Duke Energy Carolinas, Llc

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674019453 for the benefit of Shakopee Public Utilities Commission

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 6**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14048032 for the benefit of Tampa Electric Company

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285075135 for the benefit of Unitil Me Gas Operations

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 14039711 for the benefit of Salt River Project Agricultural

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285054303 for the benefit of Alabama Power Company

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 674017637 for the benefit of Mohave Electric Cooperative, Inc

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285067685 for the benefit of Cobb

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.161 2** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285073857 for the benefit of Tucson Electric Power

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 3** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: 285069313 for the benefit of Santee Cooper

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 4** **Nonpriority creditor's name and mailing address**

LIBERTY UTILITIES - NH
75 REMITTANCE DR
CHICAGO, IL 60675-1032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,933.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 5** **Nonpriority creditor's name and mailing address**

LIBERTY UTILITIES GEORGIA
2300 VICTORY DR
COLUMBUS, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 522.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 6** **Nonpriority creditor's name and mailing address**

LIBERTY UTILITY MISSOURI/75660
354 DAVIS RD
OAKVILLE, ON L6J 2X1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,442.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

LIDIA BANDA
C/O MARSHALL P. WHALLEY & ASSOCIATES P.C.
ATTN: KARA BRODOWSKI
51 WEST 112TH AVENUE
CROWN POINT, IN 46307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

LIESL AND CO INC
244 FIFTH AVE, STE 2192
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    344.00

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

LIFE OF THE PARTY LLC
PO BOX 24377
BROOKLYN, NY 11245-4254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    26,657.26

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

LIGHTHOUSE TRANSPORTATION SERVICES
PO BOX 631416
CINCINNATI, OH 45263-1416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    47,737.03

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

LILLA J ROGERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    100.00

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.162 2**

**Nonpriority creditor's name and mailing address**

LILLIAN MCPHERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

LILY SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

LINCOLN HEIGHTS CENTER LLC
12906 N. ADDISON STREET
SPOKANE, WA 99218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,503.81

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

LINDA BARRETT PROPERTIES LLC
C/O GREEN EARTH REALTY
6220 CAMPBELL RD., STE. 104
DALLAS, TX 75248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,568.46

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

LINDA DIMAGGIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162 7**

**Nonpriority creditor's name and mailing address**

LINDALE MALL REALTY HOLDING LLC
1010 NORTHERN BLVD., #212
GREAT NECK, NY 11021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8,855.57

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

LINDSAY MANAOIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    17,623.22

---

**3.163 0**

**Nonpriority creditor's name and mailing address**

LINKNOR TRADE LIMITED
10 ANSON ROAD INTERNATIONAL PLAZA# 13-15
SINGAPORE, 79903
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    18,352.39

---

**3.163 1**

**Nonpriority creditor's name and mailing address**

LION BRAND YARN CO
125 CHUBB AVE
LYNDHURST, NJ 07071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,837,268.53

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

**3.163 2**

**Nonpriority creditor's name and mailing address**

LISA PEPE-DOUGLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

LISA WILLIAMSSELF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

LISTRAK INC
100 WEST MILLPORT RD.
LITITZ, PA 17543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,623.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

LITTLE LIZARD KING
4357 STILSON  CIRCLE
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 259.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

LITTLER MENDELSON PC
PO BOX 207137
DALLAS, TX 75320-7137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,394.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.163 7**

**Nonpriority creditor's name and mailing address**

LJ CBG ACQUISITION CO
CBG MIDWEST, DBA BASS SECURITY SERV
26701 RICHMOND RD.
BEDFORD HEIGHTS, OH 44146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,503.48

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

LLUVIA ARZATE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

LLUVIA E. ARZATE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

LMC COMPANY
13 CORPORATE PLAZA, SUITE 214
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,528.23

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

LOBDOTCOM INC
LOB.COM INC
PO BOX 121900
DALLAS, TX 75312-1900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,643.06

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.164 2**

**Nonpriority creditor's name and mailing address**

LOCAL 48U-32
20939 LORAIN ROAD
FAIRVIEW PARK, OH 44126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Union Obligations pursuant to the Collective Bargaining Agreement

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

LONGBOW ADVANTAGE USA INC
455 E. EISENHOWER PKWY, #60
ANN ARBOR, MI 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    37,800.00

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

LORI PATTERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

LORIE ESTRADA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

LORRAINE OLIVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1647**

**Nonpriority creditor's name and mailing address**

LORRETTA ROGERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  Undetermined

---

**3.1648**

**Nonpriority creditor's name and mailing address**

LORRI A. MARCIAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  Undetermined

---

**3.1649**

**Nonpriority creditor's name and mailing address**

LORRI BENGOCHEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  Undetermined

---

**3.1650**

**Nonpriority creditor's name and mailing address**

LOS ANGELES DEPT OF WATER & POWER/30808
111 N HOPE STREET
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  15,899.18

---

**3.1651**

**Nonpriority creditor's name and mailing address**

LOUDOUN WATER
44865 LOUDOUN WATER WAY
ASHBURN, VA 20147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  184.24

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.165 2**

**Nonpriority creditor's name and mailing address**
LOUISIANA REVITALIZATION FUND LLC
C/O CORPORATE REALTY INC
1450 POYDRAS ST., STE. 404
NEW ORLEANS, LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 15,103.90

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165 3**

**Nonpriority creditor's name and mailing address**
LOUISVILLE WATER COMPANY
550 SOUTH THIRD ST
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 254.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165 4**

**Nonpriority creditor's name and mailing address**
LOVE PEACE YOGA LLC
YOGA LOUNGE & BARRE
89 1ST STREET, #207
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,840.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165 5**

**Nonpriority creditor's name and mailing address**
LOW TECH TOY CLUB LLC
DBA THE WOOBLES
411 EMISSARY DR. #108
CARY, NC 27519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,540,679.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
LRG SANTIAM ALBANY LLC
BLUESTONE REAL ESTATE SERVICES
PO BOX 7139
SAN FRANCISCO, CA 94120-7139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 5,631.05

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1657**

**Nonpriority creditor's name and mailing address**

LTC RETAIL, LLC
C/O COLLETT & ASSOC., LLC
P.O. BOX 36799
CHARLOTTE, NC 28236-6799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,170.66

---

**3.1658**

**Nonpriority creditor's name and mailing address**

LUCIANA SPEARS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.1659**

**Nonpriority creditor's name and mailing address**

LUCKY STAR ENTERPRISE AND CO LTD
10F NO.97 SEC.2 NAN KANG ROAD
TAIPEI, 11578
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              603,714.27

---

**3.1660**

**Nonpriority creditor's name and mailing address**

LUISA LLAMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.1661**

**Nonpriority creditor's name and mailing address**

LUMBERMENS MUTUAL CASUALTY CO
TWO CORPORATE DR #110
LAKE ZURICH, IL 60047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  132.84

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 2**

**Nonpriority creditor's name and mailing address**

LUNIESKI & ASSOCIATES
7645 LYNDALE AVE. S., #250
RICHFIELD, MN 55423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,995.24

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

LUPITA GONZALEZ
C/O LAW OFFICE OF MARIO DAVILA, PLLC
ATTN: MARTIN L. PEREZ
PO BOX 3726
MCALLEN, TX 78502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. CL-24-0253-H

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

LUZ E. JARAMILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

LUZ MORAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

LYDIA HERNANDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.166 7** **Nonpriority creditor's name and mailing address**

LYNN KILKENNY
C/O THE BOTTARO LAW FIRM, LLC
ATTN: GREGORY P. SORBELLO, ESQ., MICHAEL R. BOTTARO, ESQ.
756 EDDY STREET
PROVIDENCE, RI 02903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. PC-2024-03880

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 8** **Nonpriority creditor's name and mailing address**

LYNNWOOD TOWER LLC
PO BOX 749829
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$     73,758.33

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 9** **Nonpriority creditor's name and mailing address**

M C CORP
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$     10,999.74

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 0** **Nonpriority creditor's name and mailing address**

MACK13 LLC
C/O VEC LLC
35975 WOODWARD AVE, STE 200
BIRMINGHAM, MI 48009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$     7,921.78

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 1** **Nonpriority creditor's name and mailing address**

MACPHERSONS
2935 SHAWNEE INDUSTRIAL WAY SUITE
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     1,051,319.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167 2**

**Nonpriority creditor's name and mailing address**

MADISON COLANTUONO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**$** Undetermined

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.167 3**

**Nonpriority creditor's name and mailing address**

MADISON GAS AND ELECTRIC, WI
623 RAILROAD ST
MADISON, WI 53703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$** 1,368.43

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.167 4**

**Nonpriority creditor's name and mailing address**

MADISON SUBURBAN UTILITY DIST
108 WEST WEBSTER STREET
MADISON, TN 37115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$** 395.48

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.167 5**

**Nonpriority creditor's name and mailing address**

MADISON VICTORY GROUP LLC
C/O PLAID HAT MGMT
1400 MADISON AVE., STE 311
MANKATO, MN 56001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**$** 8,709.67

| **Date or dates debt was incurred** Various | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.167 6**

**Nonpriority creditor's name and mailing address**

MAHALA PEARSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**$** Undetermined

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|--------|--------------------|--|--------------------------|----------|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167 7** Nonpriority creditor's name and mailing address

MAHONING COUNTY SANITARY
761 INDUSTRIAL ROAD
YOUNGSTOWN, OH 44509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 138.23

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.167 8** Nonpriority creditor's name and mailing address

MAINE NATURAL GAS, ME
9 INDUSTRIAL PKWY
BRUNSWICK, ME 04011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,778.65

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.167 9** Nonpriority creditor's name and mailing address

MAKABE & MAKABE LLC
PROPERTY ID DEW001
PO BOX 6076
HICKSVILLE, NY 11802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 20,521.18

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168 0** Nonpriority creditor's name and mailing address

MAKAYLA CLEMENTS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168 1** Nonpriority creditor's name and mailing address

MAKEEBA MCNEELY
C/O FINE, STAUD AND LEVY LLC
ATTN: DAVID M. SANSWEET, ESQ.
1333 RACE STREET
PHILADELPHIA, PA 19107-1585

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.168 2**

**Nonpriority creditor's name and mailing address**

MALONE PLAZA PARTNERS LLC
2926 B FOSTER CREIGHTON DR.
NASHVILLE, TN 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,567.26

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

MALZINE CO LTD
79-6 CHAO-AN LANE, CHAO-AN LI
LUKANG TOWN
CHANGHUA HSIEN,
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 194,828.88

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

MANCINI PROPERTIES INC
PO BOX 7216
RENO, NV 89510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,049.47

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

MANN ENTERPRISES INC
455 N. CITYFRONT PLAZA DR #2400
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,964.23

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

MANOR DEVELOPMENT CO
WELLS FARGO BANK 0535047476
PO BOX 5629
PORTLAND, OR 97228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,102.32

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.168 7** | **Nonpriority creditor's name and mailing address**

MAP BELTON LLC
C/O MIDLAND ATLANTIC DEVELOPMENT
8044 MONTGOMERY ROAD # 710
CINCINNATI, OH 45236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,562.50

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 8** | **Nonpriority creditor's name and mailing address**

MARAL MARDIROSSIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 9** | **Nonpriority creditor's name and mailing address**

MARCO CONTRACTORS INC
100 COMMONWEALTH DRIVE
WARRENDALE, PA 15086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 79,818.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 0** | **Nonpriority creditor's name and mailing address**

MARCO MUSCELLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 1** | **Nonpriority creditor's name and mailing address**

MARCORP MARKETING CONSULTANTS
10 EAGLE ROAD
IMBONINI BUSINESS PARK
SHAKA'S HEAD, KW, 4381
SOUTH AFRICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 254,517.25

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 113.31 |
|---|---|---|---|

MARCO'S PIZZA
1459  FOX  RUN PARKWAY
OPELIKA, AL 36801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARGARET A. DISANTO
C/O BRETT TESSLER & ASSOC
ATTN: BRETT TESSLER
1704 LOCUST ST.
THIRD FLOOR
PHILADELPHIA, PA 19103

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 240900154

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARGARET A. WALSH
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MARGARET CROCKER
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 162.50 |
|---|---|---|---|

MARGARET MOORE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1697**

**Nonpriority creditor's name and mailing address**

MARGARET R. SCHULTZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1698**

**Nonpriority creditor's name and mailing address**

MARGARET VENTRINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1699**

**Nonpriority creditor's name and mailing address**

MARIA ARRIAGA SANCHEZ
C/O LAHMANI LAW, APC
ATTN: NICOLE LAHMANI, ESQ.
1539 E. FOURTH STREET
SANTA ANA, CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 30-2023-0135243

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1700**

**Nonpriority creditor's name and mailing address**

MARIA CENICEROS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1701**

**Nonpriority creditor's name and mailing address**

MARIA DELACRUZ
C/O LAW OFFICES OF MARC S. WARD, LLC
ATTN: ANTHONY M. CECALA, ESQ.
1030 WEST PATRICK STREET
FREDERICK, MD 21703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. D111CV24012682

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.170 2**

**Nonpriority creditor's name and mailing address**

MARIA GOMEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 3**

**Nonpriority creditor's name and mailing address**

MARIA JAIME DE GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

MARIA KULIG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    47.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

MARIA MARGARITA AGUILAR MARTINEZ
C/O PACIFIC ATTORNEY GROUP
ATTN: MICHAEL P. HOLLOMON, JR.
856 SOUTH ROBERTSON BLVD.
LOS ANGELES, CA 90035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Case No. 24CHCV01411

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

MARIBEL MORENO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.170 7**

**Nonpriority creditor's name and mailing address**

MARIBEL MORENO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

MARILYN MCCARTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

MARINER PLAZA
TALCOR COMMERCIAL REAL ESTATE
1018 THOMASVILLE RD STE 200A
TALLAHASSEE, FL 32303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                              4,742.47

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

MARINETTE WATER UTILITY
501 WATER ST
MARINETTE, WI 54143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              158.12

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

MARION MUNICIPAL UTILITIES, IN
1540 N. WASHINGTON STREET
MARION, IN 46952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              108.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.171 2**

**Nonpriority creditor's name and mailing address**

MARISA R. MACHADO ROJAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

MARK RICHARDS ENTERPRISES INC
80 ORVILLE DRIVE, SUITE 103
BOHEMIA, NY 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                10,771.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

MARKET PLACE SHOPPING CENTER LLC
C/O FRANKLIN STREET
1311 N. WESTSHORE BLVD., #200
TAMPA, FL 33607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                3,673.37

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

MARKET POINTE I LLC
15807 E INDIANA AVENUE
SPOKANE VALLEY, WA 99216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                13,630.88

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

MARPLE XYZ ASSOCIATES
CO BLANK ASCHKENASY PROPERTIES
PO BOX 444
EMERSON, NJ 07630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                23,542.01

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1717**

**Nonpriority creditor's name and mailing address**

MARSHFIELD CENTRE LLC
631 S HICKORY ST
FOND DU LAC, WI 54935

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 6,309.75

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1718**

**Nonpriority creditor's name and mailing address**

MARTCO EXPORT PRIVATE LIMITED
LODHIPUR RAJPUT, DELHI, ROAD
MORADABAD, 244001
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 21,851.16

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1719**

**Nonpriority creditor's name and mailing address**

MARTEN TRANSPORT SERVICES
129 MARTEN STREET
MONDOVI, WI 54755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 120,221.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1720**

**Nonpriority creditor's name and mailing address**

MARTHA CORRAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1721**

**Nonpriority creditor's name and mailing address**

MARTHA N. MOTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|--------------------|--------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172 2**

**Nonpriority creditor's name and mailing address**

MARTIN MORENO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

MARVEL FRAGRANCES COMPANY
401 A-WING FULCRUM BUILDING
SAHAR ROAD, ASHOK NAGAR
ANDHERI EAST
MUMBAI, 400099
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 260,742.30

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

MARVELLITE AROMATICS PRIVATE LIMITE
PLOT NO 19 TO 22 & 35 TO 38, SECTOR
R.S. NO. 228/1,228/2 & 231/1, MATHAK, GANDHIDHAM MUNDRA ROAD
GUJARAT, 370110
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

MARY ANN GOORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

MARY ELLEN PRODUCTS
9437 GARFIELD AVE S, SUITE 110
BLOOMINGTON, MN 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 117,606.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1727**

**Nonpriority creditor's name and mailing address**
MARY GRESKO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1728**

**Nonpriority creditor's name and mailing address**
MARY KOTLINSKI HANVILLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1729**

**Nonpriority creditor's name and mailing address**
MARY L. WORRALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1730**

**Nonpriority creditor's name and mailing address**
MARYBETH SHEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1731**

**Nonpriority creditor's name and mailing address**
MASON A. ANDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 2** Nonpriority creditor's name and mailing address

MASON CITY PUBLIC UTILITIES, IA
10 FIRST STREET NORTHWEST
MASON CITY, IA 50401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 128.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 3** Nonpriority creditor's name and mailing address

MASTER MAGNETICS INC
1211 ATCHISON COURT
CASTLE ROCK, CO 80109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,439.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 4** Nonpriority creditor's name and mailing address

MASTERPIECE ART GALLERY
4950 SOUTH SANTA FE AVENUE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 116,574.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 5** Nonpriority creditor's name and mailing address

MASTERPIECES PUZZLE COMPANY
12475 N RANCHO VISTOSO BLVD
ORO VALLEY, AZ 85755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 141,725.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 6** Nonpriority creditor's name and mailing address

MATR/TOWNSHIP OF ROBINSON,PA
4200 CAMPBELLS RUN ROAD
PITTSBURGH, PA 15205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 260.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.173 7**

**Nonpriority creditor's name and mailing address**

MATTHEWS INTERNATIONAL CORP
W229 N2510 DUPLAINVILLE RD
WAUKESHA, WI 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,963.40

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

MAVERICK BOX V LLC
4100 E OCEAN BLVD
LONG BEACH, CA 90803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,124.49

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

MAY FUNG PLASTIC FACTORY (HK) LIMIT
9-13 WONG CHUK YEUNG ST SHATIN
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 647,561.97

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

MAYA DONENFELD ROYALTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,098.35

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

MCCALL KWIK SEW
120 BROADWAY 34TH FLOOR
NEW YORK, NY 10271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 712.04

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174
2**

**Nonpriority creditor's name and mailing address**

MCCALL PATTERN COMPANY
615 MCCALL ROAD
MANHATTAN, KS 66502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    144,168.42

---

**3.174
3**

**Nonpriority creditor's name and mailing address**

MCCALL SEE & SEW
11 PENN PLAZA - 19TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8.65

---

**3.174
4**

**Nonpriority creditor's name and mailing address**

MCCUE CORPORATION
PO BOX 200639
DALLAS, TX 75320-0639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    918.94

---

**3.174
5**

**Nonpriority creditor's name and mailing address**

MCD-RC CA-EL CERRITO LLC
C/O REGENCY CENTERS CORP.
ONE INDEPENDENT DR., #114
JACKSONVILLE, FL 32202-5019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    34,692.57

---

**3.174
6**

**Nonpriority creditor's name and mailing address**

MCGRATH-RHD PARTNERS LP
PO BOX 845740
LOS ANGELES, CA 90084-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    11,723.01

---

| Debtor | Jo-Ann Stores, LLC | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | 25-10072 |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.174 7**

**Nonpriority creditor's name and mailing address**

MCKAY COMMERCIAL PROPERTIES LLC
76 CENTENNIAL LOOP SUITE D
EUGENE, OR 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,979.84

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 865.21

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

MCMINNVILLE WATER & LIGHT
855 NE MARSH LANE
MCMINNVILLE, OR 97128-9309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 978.64

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

MCS FAR EAST INC
QUEPU INDUSTRY AREA YOUNGHU TOWN
190
HUIZHOU, HUIYANG DISTRICT, 516267
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,422,919.32

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

MCWAIN LIMITED PARTNERSHIP
C/O CUSHMAN & WAKEFIELD #SF011
PO BOX 511335
LOS ANGELES, CA 90051-7890

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,524.11

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.175.2**

**Nonpriority creditor's name and mailing address**

MDM EQUITY 2012 LLC
C/O DENNY ELWELL COMPANY LC
PO BOX 187
ANKENY, IA 50021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,201.21

---

**3.175.3**

**Nonpriority creditor's name and mailing address**

MDR DOVER LP
C/O DIERMAN REALTY GROUP
2071 CHAIN BRIDGE RD., #320
VIENNA, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,066.85

---

**3.175.4**

**Nonpriority creditor's name and mailing address**

ME AND MY BIG IDEAS
17777 NEWHOPE STREET
FOUNTAIN VALLEY, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171,579.75

---

**3.175.5**

**Nonpriority creditor's name and mailing address**

MEDFORD WATER COMMISSION, OR
200 SOUTH IVY STREET
MEDFORD, OR 97501-3189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81.57

---

**3.175.6**

**Nonpriority creditor's name and mailing address**

MEDINA COUNTY SANITARY ENGINEERS
791 W SMITH ROAD
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114.74

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.175 7**    **Nonpriority creditor's name and mailing address**

MEDINA GRANDE SHOPS LLC
C/O NASSIMI REALTY LLC
550 SEVENTH AVE., 15TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    14,145.30

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 8**    **Nonpriority creditor's name and mailing address**

MEGUMI L INOUYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    5.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 9**    **Nonpriority creditor's name and mailing address**

MEKOTEX PVT LIMITED
PLOT #495, DEH LANDHI
MAIN NATIONAL HIGHWAY
KARACHI
SINDH, 75160
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    350,312.25

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 0**    **Nonpriority creditor's name and mailing address**

MELANIE K. CORGIAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 1**    **Nonpriority creditor's name and mailing address**

MELANIE ROONEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.176 2**

**Nonpriority creditor's name and mailing address**

MELINDA LOCKEMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

MELISSA CLOTHIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

MELISSA GATES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

MELISSA HIATT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

MELISSA PALLINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

Case 25-10068-CTG    Doc 376    Filed 02/11/25    Page 538 of 1286

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
|        | Name               |                          |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.176 7**

**Nonpriority creditor's name and mailing address**

MEMPHIS LIGHT, GAS & WATER DIVISION
245 SOUTH MAIN STREET
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,756.95

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

META PLATFORMS INC
15161 COLLECTIONS CTR  DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 292,308.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

MET-ED/371422
76 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100.92

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

METLIFE CORE PROPERTY REIT LLC
MCP-WELLINGTON LLC C/O PEBB MGR
7900 GLADES RD, #600
BOCA RATON, FL 33434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 26,077.62

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

METLIFE LEGAL PLANS INC
DEPT 781523, PO BOX  78000
DETROIT, MI 48278-1523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,864.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.177 2**

**Nonpriority creditor's name and mailing address**

METRO GROUP (INDUSTRIAL) LTD
FLAT D3 4/FL., KA TO FACTORY BLDG
CHEUNG SHA WAN
KOWLOON, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 113,791.99

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

METRO TRAILER LEASING INC
100 METRO PARKWAY
PELHAM, AL 35124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 110,966.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

METRO WATER SERVICES TN
1700 THIRD AVENUE NORTH
NASHVILLE, TN 37208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 400.20

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

METROPOLITAN GROUP PROPERTY
AND CASUALTY INSURANCE COMPANY
PO BOX  8500-783895
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,080.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

METROPOLITAN ST. LOUIS SEWER DIST/437
2350 MARKET STREET
ST. LOUIS, MO 63103-2555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,217.18

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1777**

**Nonpriority creditor's name and mailing address**

METROPOLITAN UTILITIES DISTRIC/2166/3600
METROPOLITAN UTILITIES DISTRICT
7350 WORLD COMMUNICATIONS DR.
OMAHA, NE 68122-4041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,308.03

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1778**

**Nonpriority creditor's name and mailing address**

MFBY OCALA LLC
C/O RD MANAGEMENT LLC
810 7TH AVE, 10TH FLOOR
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 53,835.28

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1779**

**Nonpriority creditor's name and mailing address**

MFN EQUITIES LLC
ATTN EDWARD EDEN
244 W 39TH ST, 4TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 15,539.90

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1780**

**Nonpriority creditor's name and mailing address**

MGP XII REIT LLC
MGP XII SUNRISE VILLAGE LLC  803-36
425 CALIFORNIA ST 10TH FL
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 31,752.86

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1781**

**Nonpriority creditor's name and mailing address**

MIA PEREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.178 2**

**Nonpriority creditor's name and mailing address**

MICHAEL WITCHER
ATTN: RAYMOND GHERMEZIAN
8383 WILSHIRE BLVD.
SUITE 1030
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. BCV-24-100432

$                   Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 3**

**Nonpriority creditor's name and mailing address**

MICHELE BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$                   Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 4**

**Nonpriority creditor's name and mailing address**

MICHELE JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$                   Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 5**

**Nonpriority creditor's name and mailing address**

MICHELLE COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$                   Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 6**

**Nonpriority creditor's name and mailing address**

MICHELLE E. CORREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$                   Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.178 7**

**Nonpriority creditor's name and mailing address**

MICHELLE RITTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

MICROFRAME CORPORATION
604 SOUTH 12TH ST.
BROKEN ARROW, OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     1,222.90

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

MICROSOFT ONLINE INC
PO BOX 847543
DALLAS, TX 75284-7543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     239,738.39

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

MIDAMCO
N GENEVA COMMONS LLC C/O MID-AMERIC
3333 RICHMOND RD., #350
BEACHWOOD, OH 44122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     26,189.98

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

MIDAMERICAN ENERGY COMPANY
666 GRAND AVENUE
DES MOINES, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     7,691.09

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.179 2**

**Nonpriority creditor's name and mailing address**

MIDAMERICAN ENERGY SERVICES LLC
320 LECLAIRE
DAVENPORT, IA 52808-4290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    22,241.63

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

MIDDLE TENNESSEE ELECTRIC
555 NEW SALEM HWY
MURFREESBORO, TN 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     8,259.68

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

MIDDLETON MUNICIPAL ELECTRIC DEPARTMENT
197 NORTH MAIN STREET
MIDDLETON, MA 01949-1655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       618.30

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

MIDLO YOUNGER LLC
PO BOX 674980
DALLAS, TX 75267-4980

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       152.45

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

MIDTOWN INDUSTRIAL CTR LLC
MIDTOWN COMMONS C/O MATRIX GRP
1805 S BELLAIRE ST #400
DENVER, CO 80222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    15,154.47

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td><strong>Amount of claim</strong></td></tr>
</table>

**3.179 7**

**Nonpriority creditor's name and mailing address**

MIDWAY MARKET SQ ELYRIA LLC
C/O MADISON PROPERTIES
3611 14TH AVE., #420
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 10,814.05

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

MIDWEST CENTERS LP
MACERICH MGMT CO, ITF (AMES LINCOLN
DEPT #880549, PO BOX 29650
PHOENIX, AZ 85038-9650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 6,575.32

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

MIGHTY MITES ELK RIVER
140 E. HINKS LANE
SIOUX FALLS, SD 57104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 8,895.58

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

MILAN REAL ESTATE INVESTMENTS LLC
PO BOX 846924
LOS ANGELES, CA 90084-6924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 10,366.49

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

MILFORD WATER DEPARTMENT
66 DILLA ST
MILFORD, MA 01757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 190.91

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.180 2**

**Nonpriority creditor's name and mailing address**

MILKMEN DESIGN LLC
387 MEDINA RD
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,424.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

MILORA ARUTIUNOVA
C/O MARTINIAN & ASSOCIATES, INC.
ATTN: ANUSH MELKONYAN
2801 CAHUENGA BLVD
WEST LOS ANGELES, CA 90068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 24NNCV03498

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

MILTON D BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,266.24

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

MING RETAIL PLAZA LLC
LOCKBOX 328250
PO BOX 913282
DENVER, CO 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 12,523.93

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

MINNESOTA ENERGY RESOURCES
2665 145TH STREET WEST
ROSEMOUNT, MN 55068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 726.47

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

MINNESOTA POWER
30 W SUPERIOR STREET
DULUTH, MN 55802-2093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 714.95

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

MINOT TOWN & COUNTRY INVESTORS
PO BOX 2025
MINOT, ND 58702-2025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,314.15

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

MIRACLE CLEAN SERVICES
PO BOX 26469
AKRON, OH 44319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33,183.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

MIRANDA OLSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

MISHAWAKA UTILITIES, IN
107 NORTH MAIN ST
MISHAWAKA, IN 46544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,352.06

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.181 2**

**Nonpriority creditor's name and mailing address**

MISSOURI AMERICAN WATER
727 CRAIG ROAD
ST. LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29.94

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

MJM ARCHITECTS LLC
2948 SIDCO DRIVE
NASHVILLE, TN 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33,656.25

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

MN TEXTILES PVT LTD
LANDHI INDUSTRIAL AREA
LX-5 & 6, SCHEME 3 & 4
KARACHI
SINDH, 75120
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 139,622.67

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

MNG MANAGEMENT LLC
415 S. CEDROS AVE., #240
SOLANA BEACH, CA 92075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,795.60

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

MOB INVESTMENTS, INC.
HAZEL TOTEM, LLC
8320 NE HIGHWAY 99
VANCOUVER, WA 98665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,548.85

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.181 7**

**Nonpriority creditor's name and mailing address**

MOBILE AREA WATER & SEWER SYSTEM-MAWSS
4725 MOFFETT ROAD
MOBILE, AL 36618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 478.11

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

MOBILE FESTIVAL ACQUISITION LLC
C/O THE WOODMONT CO.
2100 W. 7TH STREET
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,312.86

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

MOBILE MENTOR INC
330 FRANKLIN RD., STE. 135A-179
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66,000.00

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

MOBILE MINI INC
PO BOX 7144
PASADENA, CA 91109-7144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,465.00

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

MODERN STORE FIXTURES CO INC
10421 INDUSTRIAL DR
GARRETTSVILLE, OH 44231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,077.79

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
|        | Name               |                          |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182 2** **Nonpriority creditor's name and mailing address**

MODESTO IRRIGATION DISTRICT
1231 11TH STREET
MODESTO, CA 95352-4060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,612.73

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 3** **Nonpriority creditor's name and mailing address**

MOHAVE ELECTRIC COOPERATIVE
928 HANCOCK ROAD
BULLHEAD CITY, AZ 86442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,578.30

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 4** **Nonpriority creditor's name and mailing address**

MOITOZOEL CAMINO PROMENADE
C/O GILMOR & ASSOC
1201 FRANKLIN MALL
SANTA CLARA, CA 95050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 20,565.05

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 5** **Nonpriority creditor's name and mailing address**

MOMENTA INC
601 ISLINGTON ST, STE 104
PORTSMOUTH, NH 03801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 225.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 6** **Nonpriority creditor's name and mailing address**

MONICA WILLOUGHBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.182 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,143.11 |
|---|---|---|---|

MONITOR RETAIL ADVISORY GROUP LLC
ATTN: JOSEPH HARTSIG
950 EASTWOOD RD.
GLENCOE, IL 60022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.182 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,557.25 |
|---|---|---|---|

MONOGRAM PRODUCTS HK LTD
16/F WING ON CENTRE, 111 CONNAUGHT ROAD CENTRAL
HONG KONG, 999077
CHINA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.182 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 108.66 |
|---|---|---|---|

MONROEVILLE MUNICIPAL AUTHORITY
219 SPEELMAN LANE
MONROEVILLE, PA 15146

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.183 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,595.91 |
|---|---|---|---|

MONTANA-DAKOTA UTILITIES CO
1016 N MERRIL AVE
GELNDIVE, MT 59300

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.183 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,048.10 |
|---|---|---|---|

MONTGOMERY COMMONS ASSOCIATES
PENNMARK MANAGEMENT CO.
1000 GERMANTOWN PIKE, #A-2
PLYMOUTH MEETING, PA 19462

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.183 2** **Nonpriority creditor's name and mailing address**

MONTGOMERY COUNTY ENVIRONMENTAL SVS, OH
1850 SPAULDING ROAD
KETTERING, OH 45432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 595.30

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 3** **Nonpriority creditor's name and mailing address**

MONTGOMERY REALTY GROUP LLC
C/O MICHAEL G KASOLAS, CHP 7 TRUST.
PO BOX 27526
SAN FRANCISCO, CA 94127-0526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 47,370.96

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 4** **Nonpriority creditor's name and mailing address**

MONTGOMERY WATER WORKS
2000 INTERSTATE PARK DRIVE
MONTGOMERY, AL 36109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30.82

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 5** **Nonpriority creditor's name and mailing address**

MOSES LAKE 96000 BUILDING, LLC
P.O. BOX 58997
SEATTLE, WA 98138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,863.42

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 6** **Nonpriority creditor's name and mailing address**

MOULTON NIGUEL WATER
26161 GORDON ROAD
LAGUNA HILLS, CA 92653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 182.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.183 7** **Nonpriority creditor's name and mailing address**

MOUNTAINEER GAS/580211
501 56TH ST SE
CHARLESTON, WV 25304-2323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 933.53

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 8** **Nonpriority creditor's name and mailing address**

MP ELKO LLC
1801 TIBURON BLVD STE 800
TIBURON, CA 94920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,245.97

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 9** **Nonpriority creditor's name and mailing address**

MP NORTHGLENN INVESTORS LLC
C/O THE HUTENSKY GRP LLC, ATTN AR
100 CONSTITUTION PLAZA 7 FL.
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 14,615.93

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 0** **Nonpriority creditor's name and mailing address**

MPG HUNTSVILLE PLAZA LLC
PO BOX 531124
BIRMINGHAM, AL 35253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,817.65

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 1** **Nonpriority creditor's name and mailing address**

MRE LIMITED INC
CHINNAANDAN KOVIL ROAD
Z11
KARUR, TAMIL NADUR, 639002
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 62,011.85

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.184 2**

**Nonpriority creditor's name and mailing address**

MRK TECHNOLOGIES LTD
INVERSION6
31390 VIKING PARKWAY
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,135.92

**3.184 3**

**Nonpriority creditor's name and mailing address**

MROF I - NAMPA LLC
FILE 2568
1801 W. OLYMPIC BLVD.
PASADENA, CA 91199-2568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,921.37

**3.184 4**

**Nonpriority creditor's name and mailing address**

MSCI CROSSINGS ROAD
C/O LIEBERMAN, DVORIN & DOWD, LLC
ATTN: DUSTIN S. LEWIS, ESQ.
30195 CHAGRIN BLVD.
SUITE #300
PEPPER PIKE, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 2024-CV-0548

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

**3.184 5**

**Nonpriority creditor's name and mailing address**

MT VERNON PLAZA ASSOCIATES
C/O EILAT MANAGEMENT CO
18915 142ND AVE NE
STE 155
WOODINVILLE, WA 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,923.57

**3.184 6**

**Nonpriority creditor's name and mailing address**

MUNCIE SANITARY DISTRICT
300 N HIGH ST
MUNCIE, IN 47305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75.47

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.1847**

**Nonpriority creditor's name and mailing address**

MURFREESBORO WATER RESOURCES DEPARTMENT
300 NORTHWEST BROAD STREET
MURFREESBORO, TN 37139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 93.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1848**

**Nonpriority creditor's name and mailing address**

MURRAY BART ASSOCIATES
C/O ECHO REAL ESTATE SERV CO
560 EPSILON DR
PITTSBURGH, PA 15238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 103,005.54

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1849**

**Nonpriority creditor's name and mailing address**

MUSCATINE MALL MANAGEMENT II LLC
DBA MUSCATINE MALL
1903 PARK AVENUE
MUSCATINE, IA 52761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,012.05

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1850**

**Nonpriority creditor's name and mailing address**

MUSCATINE POWER AND WATER
3205 CEDAR STREET
MUSCATINE, IA 52761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,038.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1851**

**Nonpriority creditor's name and mailing address**

MUZAK LLC
DBA MOOD MEDIA
PO BOX 71070
CHARLOTTE, NC 28272-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,337.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| **3.185 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,500.00 |
|---|---|---|---|

MYLINEGO INC
TAILORNOVA
2813 PORTO ROSA WAY
SAN CARLOS, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.185 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,445.88 |
|---|---|---|---|

MYRTLE BEACH FARMS CO INC
PO BOX 7277
MYRTLE BEACH, SC 29572

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.185 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,235.28 |
|---|---|---|---|

N & H LAPEER LIMITED PTNRSHP
C/O PROFESSIONAL PROPERTY MGT
115 W BROWN
BIRMINGHAM, MI 48009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.185 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,561.94 |
|---|---|---|---|

NADG NNN JFAB (BLO-IL) LP
NADG NNN REIT
3131 MCKINNEY AVE., STE. L-10
DALLAS, TX 75204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.185 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,528.52 |
|---|---|---|---|

NADG/ TRC LAKEPOINTE LP
C/O CONNECTED MGMT SERVICES LLC
2525 MCKINNON ST., SUITE 700
DALLAS, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

NADG/SG RIVERDALE VILLAGE LP
C/O CENTRECORP MGMT SERV. LLLP
12761 RIVERDALE BLVD #104
COON RAPIDS, MN 55448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 26,345.26

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

NAKOMA PRODUCTS LLC
8407 S 77TH STREET
BRIDGEVIEW, IL 60455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 440,480.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,909.19

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,478.72

---

**3.186 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 167,953.86

---

**3.186 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 333,744.91

---

**3.186 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 416,702.96

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

NANCY INOUYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.186 7** **Nonpriority creditor's name and mailing address**

NANCY KANE
ATTN: CHRISTINE LASALVIA
815 SUPERIOR AVE. E
SUITE 2100
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. 24CV000109

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.186 8** **Nonpriority creditor's name and mailing address**

NANCY STEPHENSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.186 9** **Nonpriority creditor's name and mailing address**

NANJING ZHAOHONG TEXTILE CO LTD
LISHUI DISTRICT, NANJING CITY
NO.8 JINTENG RD, DONGPING ST
NANJING, 211212
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,528,150.52

---

**3.187 0** **Nonpriority creditor's name and mailing address**

NAPERW LLC
C/O BONNIE MANAGEMENT CORP
1350 E. TOUHY AVE., STE. 360E
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    19,291.45

---

**3.187 1** **Nonpriority creditor's name and mailing address**

NASHUA WASTE WATER SYSTEM
2 SAWMILL RD
NASHUA,, NH 03060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    305.42

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.187 2**

**Nonpriority creditor's name and mailing address**

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE, TN 37246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,080.83

---

**3.187 3**

**Nonpriority creditor's name and mailing address**

NASSAU COUNTY POLICE DEPARTMENT
POLICE ALARM PERMITS
1194 PROSPECT AVENUE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  400.00

---

**3.187 4**

**Nonpriority creditor's name and mailing address**

NATIONAL FUEL/371835
6363 MAIN STREET
WILLIAMSVILLE, NY 14221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,388.59

---

**3.187 5**

**Nonpriority creditor's name and mailing address**

NATIONAL GRID - NEW YORK/371376
1 - 3 STRAND
LONDON, WC2N 5EH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,835.55

---

**3.187 6**

**Nonpriority creditor's name and mailing address**

NATIONAL GRID - PITTSBURGH/371338
1 - 3 STRAND
LONDON, WC2N 5EH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,338.02

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.187 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,345.39 |
|---|---|---|---|---|

NATIONAL GRID/371396
1 - 3 STRAND
LONDON, WC2N 5EH
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.187 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 95,773.84 |
|---|---|---|---|---|

NATIONAL NONWOVENS INC
PO BOX 150 110 PLEASANT ST
EASTHAMPTON, MA 01027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.187 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 99,847.03 |
|---|---|---|---|---|

NATRAJ HOME FURNISHINGS PVT LTD
INDUSTRIAL ESTATE BARHI
PLOT NO 676 PHASE II HSIIDC
SONIPAT
HARYANA, 131001
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.188 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 22,872.28 |
|---|---|---|---|---|

NATTAN LLC
C/O KESSINGER HUNTER & CO.
2600 GRAND BLVD., #700
KANSAS CITY, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 27,930.00 |
|---|---|---|---|---|

NEDGRAPHICS INC
C/O US BANK
9575 W. HIGGINS RD
ROSEMONT, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.188 2** **Nonpriority creditor's name and mailing address**

NEEDLE INDUSTRIES (INDIA) PVT LTD
DOOR NO. 7/57, NH 181
THE NILGIRIS, 643243
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 248,509.94

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188 3** **Nonpriority creditor's name and mailing address**

NEEDLEART WORLD (HONG KONG) LTD
ROOMS 1001-1003 10/F
345 NATHAN RD
WING ON KOWLOON CENTER, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 324,245.51

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188 4** **Nonpriority creditor's name and mailing address**

NEO CASTA INTERNATIONAL
5TH FLOOR, UNIT NO.514-516
BUILDING-NOIDA ONE, TOWER-B,
NOIDA, 201301
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188 5** **Nonpriority creditor's name and mailing address**

NEO WONDERWAY INC
NO 129 CHUNG SHAN N ROAD, SEC 2
11-1 FLOOR
TAIPEI, 10448
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 144,964.87

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188 6** **Nonpriority creditor's name and mailing address**

NEW BRAUNFELS POLICE- ALARMS
PO BOX 140457
IRVING, TX 75014-0457

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1887**

**Nonpriority creditor's name and mailing address**

NEW BRAUNFELS UTILITIES, TX
263 E MAIN PLAZA
NEW BRAUNFELS, TX 78130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,869.88

---

**3.1888**

**Nonpriority creditor's name and mailing address**

NEW JERSEY AMERICAN WATER COMPANY/371331
1 WATER STREET
CAMDEN, NJ 08102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 139.88

---

**3.1889**

**Nonpriority creditor's name and mailing address**

NEW MEXICO GAS COMPANY
1625 RIO BRAVO SW SUITE 27 8710
ALBUQUERQUE, NM 87105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 738.60

---

**3.1890**

**Nonpriority creditor's name and mailing address**

NEW PHILADELPHIA WATER OFFICE
150 E HIGH AVE STE 015
NEW PHILADELPHIA, OH 44663-2540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 805.60

---

**3.1891**

**Nonpriority creditor's name and mailing address**

NEW PORT RICHEY DEVELOPMENT CO LLC
C/O CHASE PROPERTIES LTD
3333 RICHMOND ROAD #320
BEACHWOOD, OH 44122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,838.71

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

NEW VIEW GIFTS AND ACCESSORIES
FKA DCWV ACQUISITION CORP INC/BLUE
311 E BALTIMORE AVENUE
MEDIA, PA 19063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,533.88

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

NEWINGTON POLICE DEPT
ATTN: FINANCE DEPT.
300 GARFIELD STREET
NEWINGTON, CT 06111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99.00

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

NEWPORT NEWS WATERWORKS
700 TOWN CENTER DRIVE
NEWPORT NEWS, VA 23606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 243.52

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

NEXAMP INC
PO BOX 1466
NEW YORK, NY 10008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,414.09

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

NIAGARA SQUARE LLC
PO BOX 823201
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,831.09

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.189 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 241.47 |
|---|---|---|---|

NICOLE SCHNEIDER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,449.35 |
|---|---|---|---|

NICOR GAS/2020/0632/5407
1844 FERRY RD
NAPERVILLE, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,265.30 |
|---|---|---|---|

NIKI AUBURN MILE LP
C/O THE NIKI GROUP LLC
11720 EL CAMINO REAL #250
SAN DIEGO, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.190 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,260.61 |
|---|---|---|---|

NINGBO ARISTE INTERNATIONAL CO LTD
11/F., TOWER B, NO.39 LANE 158
SOUTH PART WEST HUANCHENG ROAD
NINGBO, 315012
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,747.62 |
|---|---|---|---|

NINGBO BOHONGCHUANGYI INT CO LTD
FLR 4TH, BLDING 1, NO 25 YUXI ROAD
ZHUANGSHI TOWN, ZHENHAI DISC
NINGBO, 315201
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.190 2**

**Nonpriority creditor's name and mailing address**

NINGBO GENERAL UNION CO LTD
YONGJIANG AVENUE, YINZHOU DISTRICT
15F, BUILDING B16, #2560
ZHEJIANG
NINGBO, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,454,102.23

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

NINGBO MH INDUSTRY CO LTD
MH BLDG. #18 NINGNAN NORTH ROAD
NINGBO, 315192
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 544,949.21

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

NINGBO SHUYANG WRAPPING CO LTD
#36 LANE 68, FENGLIN ROAD
BUILDING 9, PHASE II
BEILUN
NINGBO, 315821
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,414.27

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

NINGBO SINOMAKER INDUSTRY & TRADE C
RM904-3 QIAOSHANG BUILDING
YINZHOU
NINGBO, 315100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140,078.38

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

NINGBO SRS INTERNATIONAL TRADING CO
108# JINGHUA ROAD, HI-TECH ZONE
5F DEBANG BUILDING
NINGBO, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,595.65

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

**3.1907**

**Nonpriority creditor's name and mailing address**

NINGBO TOFOAM STATIONERY CO LTD.
ROOM 501, YIDU CULTURE PLAZA
130
NINGBO, 315012
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 712,776.09

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1908**

**Nonpriority creditor's name and mailing address**

NINGBO WANLING ORNAMENTS CO., LTD.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,591.13

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1909**

**Nonpriority creditor's name and mailing address**

NINGBO WINLEAD ORNAMENT CO LTD
SCIENCE AND TECHNOLOGY PLAZA
10/F, 4TH BUILDING, #1035 GUANGXIAN RD
ZHEJIANG
NINGBO, 315000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,411,416.93

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1910**

**Nonpriority creditor's name and mailing address**

NINGBO WORLD MALL IMPORT & EXPORT
ROOM 2-1, 2-4, NO.1277-1,
ZHONGGUAN WEST ROAD,
130
NINGBO CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 123,235.32

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1911**

**Nonpriority creditor's name and mailing address**

NINGBO XINTENG NEEDLE CO LTD
DONGQIAN LAKE
YUTANG INDUSTRIAL ZONE
NINGBO, 315133
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 121,695.38

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.191 2**

**Nonpriority creditor's name and mailing address**

NIPKOW & KOBELT INC
411 EUNGASN-RI
JINWI-MYEON
GYEON
Z01
PYEONGTAEK-SI, 712882
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 357,755.07

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

NIPSCO - NORTHERN INDIANA PUBLIC SERV CO
135 NORTH PENNSYLVANIA STREET
SUITE 1610
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,723.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191 4**

**Nonpriority creditor's name and mailing address**

NISHAT CHUNIAN LTD
31-Q GULBERG-II
LAHORE, 54660
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

NIURKA ARIAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

NJNG
1415 WYCKOFF ROAD
WALL, NJ 07719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,677.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.191 7**

**Nonpriority creditor's name and mailing address**

NNN INVESTOR 1 LP
NNN YULEE FL OWN LP ATT APOLLO MGMT
420 S ORANGE AVE #950
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,226.32

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

NNN REIT INC
NNN REIT LP
PO BOX 945205
ATLANTA, GA 30394-5205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,844.19

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

NONNENMANN FAMILY LLC
10211 35TH ST WEST
ROCK ISLAND, IL 61201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,519.76

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

NORMA LUDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

NORMA MARQUEZ
ATTN: PIUS JOSEPH, ESQ.
595 E. COLORADO BOULEVARD
SUITE 801
PASADENA, CA 91101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 23PSCV03673

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.192 2** **Nonpriority creditor's name and mailing address**

NORTH AMERICAN PLASTICS & CHEMICALS
1400 E. 222ND STREET
EUCLID, OH 44117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,454.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192 3** **Nonpriority creditor's name and mailing address**

NORTH ATTLEBORO MARKETPLACE II LLC
1414 ATWOOD AVE STE 260
JOHNSTON, RI 02919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 23,919.74

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192 4** **Nonpriority creditor's name and mailing address**

NORTH ATTLEBOROUGH ELECTRIC DEPARTMENT
275 LANDRY AVENUE
NORTH ATTLEBOROUGH, MA 02760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,507.63

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192 5** **Nonpriority creditor's name and mailing address**

NORTH BECKLEY PSD
122 CLEAR WATER LANE
BECKLEY, WV 25801-3159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16.41

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192 6** **Nonpriority creditor's name and mailing address**

NORTH COVENTRY MUNICIPAL AUTHORITY
WATER AUTHORITY
1485 E SCHUYLKILL RD
POTTSTOWN, PA 19465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 155.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.192 7** **Nonpriority creditor's name and mailing address**

NORTH COVENTRY WATER AUTHORITY
845 S HANOVER ST
POTTSTOWN, PA 19465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 266.66

---

**3.192 8** **Nonpriority creditor's name and mailing address**

NORTH LITTLE ROCK ELECTRIC
700 W 29TH ST
NORTH LITTLE ROCK, AR 72114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,213.69

---

**3.192 9** **Nonpriority creditor's name and mailing address**

NORTH MAIN PHASE II & III LLC
C/O CHILDRESS KLEIN PROP: RET DIV
301 S. COLLEGE STREET, STE 2800
CHARLOTTE, NC 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,888.50

---

**3.193 0** **Nonpriority creditor's name and mailing address**

NORTH PACIFIC MANAGEMENT INC
PO BOX 820570
VANCOUVER, WA 98682-5505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,779.95

---

**3.193 1** **Nonpriority creditor's name and mailing address**

NORTH POINTE CENTRE LLP
C/O SCI REAL ESTATE INC
5429 NORTH 118TH COURT
MILWAUKEE, WI 53225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,773.04

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.193 2**

**Nonpriority creditor's name and mailing address**

NORTH SHORE GAS
200 E. RANDOLPH ST
CHICAGO, IL 60601-6436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117.79

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

NORTHEAST OHIO REGIONAL SEWER DISTRICT
MCMONAGLE ADMINISTRATION BUILDING
3900 EUCLID AVENUE
CLEVELAND, OH 44115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.95

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

NORTHERN LIGHTS
3474 ANDOVER ROAD
WELLSVILLE, NY 14895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,312.15

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

NORTHERN ROSE HANOVER
600 LORING AVE SUITE 5
SALEM, MA 01970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,683.68

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

NORTHERN WASCO COUNTY PUD
2345 RIVER RD
THE DALLES, OR 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 728.38

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.193 7** **Nonpriority creditor's name and mailing address**

NORTHGATE RETAIL PARTNERS
CO BROOKSIDE PROPERTIES INC
2002 RICHARD JONES RD #C-200
NASHVILLE, TN 37215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,929.44

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193 8** **Nonpriority creditor's name and mailing address**

NORTHGATE STATION, LP
C/O AZOZE COMMERCIAL PROP.
8451 SE 68TH ST., STE 200
MERCER ISLAND, WA 98040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,935.36

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193 9** **Nonpriority creditor's name and mailing address**

NORTHWESTERN ENERGY, MT
11 E PARK ST
BUTTE, MT 59701-1711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,967.33

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.194 0** **Nonpriority creditor's name and mailing address**

NORWICH PUBLIC UTILITIES
173 NORTH MAIN STREET
NORWICH, CT 06360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,009.08

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.194 1** **Nonpriority creditor's name and mailing address**

NOTTINGHAM SPIRK DESIGN ASSOC INC
2200 OVERLOOK RD
CLEVELAND, OH 44106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,302.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.194 2**

**Nonpriority creditor's name and mailing address**

NOVAKS CONSTRUCTION INC
40384 STATE RT 303
LAGRANGE, OH 44050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,518.20

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

NOVAKS WAREHOUSE INC
40384 STATE RT 303
LAGRANGE, OH 44050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 143,725.98

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

NOVUS-CRESTWOOD SAM'S, LLC
COMMERCE PLAZA
20 ALLEN AVE., STE. 400
WEBSTER GROVES, MO 63119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,535.07

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

NPC GLOBAL CORPORATION
NONMERCHANDISE VENDOR
100 MIDDLESEX AVE 2A#FRONT
CARTERET, NJ 07008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112,276.03

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

NPC GLOBAL CORPORATION
100 MIDDLESEX AVE 2A#FRONT
CARTERET, NJ 07008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52,884.37

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.194 7**

**Nonpriority creditor's name and mailing address**

NRG BUSINESS MARKETING/32179
804 CARNEGIE CENTER
PRINCETON, NJ 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   73,237.29

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

NSI INTERNATIONAL INC
235 WEST 23RD ST, 4TH FLOOR
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   344,389.92

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

NV ENERGY/30073 NORTH NEVADA
6226 W. SAHARA AVE.
LAS VEGAS, NV 89146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,364.05

---

**3.195 0**

**Nonpriority creditor's name and mailing address**

NV ENERGY/30150 SOUTH NEVADA
6226 W. SAHARA AVE.
LAS VEGAS, NV 89146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   5,472.21

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

NVR INVESTMENTS LLC
PO BOX 202
MANAKIN SABOT, VA 23103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   15,849.75

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.195 2 | **Nonpriority creditor's name and mailing address**<br><br>NW NATURAL<br>250 SW TAYLOR ST<br>PORTLAND, OR 97204-3034 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 5,125.79 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.195 3 | **Nonpriority creditor's name and mailing address**<br><br>NYSEG-NEW YORK STATE ELECTRIC & GAS<br>18 LINK DR<br>BINGHAMTON, NY 13904 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 17,716.60 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.195 4 | **Nonpriority creditor's name and mailing address**<br><br>OAK HARBOR FREIGHT LINES INC<br>PO BOX 1469<br>AUBURN, WA 98071 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 223,240.32 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.195 5 | **Nonpriority creditor's name and mailing address**<br><br>OAK VALLEY CENTRE LLC<br>6735 TELEGRAPH RD SUITE 110<br>BLOOMFIELD HILLS, MI 48301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Rent Payable | $ 12,872.04 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.195 6 | **Nonpriority creditor's name and mailing address**<br><br>OAKLAND UTILITIES SERVICE COMPANY, MI<br>712 W 11 MILE RD<br>ROYAL OAK, MI 48067-2411 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,963.29 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor     Jo-Ann Stores, LLC
           Name

Case number (if known)    25-10072

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | |

**3.195 7**

**Nonpriority creditor's name and mailing address**

OCEAN NETWORK EXPRESS PTE LTD
452 FIFTH AVE
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 308,716.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

OCS TECHNOLOGIES INC
OHIO COUNTING SCALE INC
14901 EMERY AVENUE
CLEVELAND, OH 44135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 219.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

OEC-OKLAHOMA ELECTRIC COOPERATIVE
2520 HEMPHILL DR.
NORMAN, OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

OFF DUTY SECURITY INC
3387 KIRK RIDGE ROAD
MURRAY, KY 42071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,838.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

OFFICE OF ENVIRONMENTAL HEALTH HAZA
ASSESSMENT
1001 I STREET
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,875.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.196 2**

**Nonpriority creditor's name and mailing address**

OG&E -OKLAHOMA GAS & ELECTRIC SERVICE
321 N HARVEY, PO BOX 321
OKLAHOMA CITY, OK 73101-0321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,616.09

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

OGLETREE DEAKINS NASH
SMOAK & STEWART PC
PO BOX 89
COLUMBIA, SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 11,860.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

OH WATERVILLE LLC
C/O METROPOLIS PROP MGMT GRP INC
1662 ELM STREET
MANCHESTER, NH 03101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 5,481.01

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

OHIO EDISON
76 S MAIN ST BSMT
AKRON, OH 44308-1817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 106,434.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

OHIO GAS COMPANY
200 W HIGH ST
BRYAN, OH 43506-1677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 440.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.196 7** Nonpriority creditor's name and mailing address

OKALOOSA GAS DISTRICT, FL
364 VALPARAISO PKWY
VALPARAISO, FL 32580

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                204.52

---

**3.196 8** Nonpriority creditor's name and mailing address

OKLAHOMA NATURAL GAS CO: KANSAS CITY
401 N. HARVEY
OKLAHOMA CITY, OK 73101-0401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                219.64

---

**3.196 9** Nonpriority creditor's name and mailing address

OLFA U.S.A. INC
PO BOX 10789
TERRE HAUTE, IN 47801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$            804,306.12

---

**3.197 0** Nonpriority creditor's name and mailing address

OLIVER D OUSTERHOUT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$              1,856.25

---

**3.197 1** Nonpriority creditor's name and mailing address

OLIVIA WRIGHT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$            Undetermined

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197 2** **Nonpriority creditor's name and mailing address**

OMAHA PUBLIC POWER DISTRICT
444 S 16TH ST. MALL
OMAHA, NE 68102-2247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,216.93

---

**3.197 3** **Nonpriority creditor's name and mailing address**

OMG HOME DECO LIMITED
ROOM 1003, 10/F, TOWER 1, LIPPO CEN
89 QUEENSWAY, ADMIRALTY
HONG KONG, 852
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,636.20

---

**3.197 4** **Nonpriority creditor's name and mailing address**

OMNI SYSTEMS INC
OMNI-ITW
PO BOX 735536
CHICAGO, IL 60673-5536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,151.24

---

**3.197 5** **Nonpriority creditor's name and mailing address**

OOCL USA INC
801 WARRENVILLE RD, SUITE 300
LISLE, IL 60532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 778,771.00

---

**3.197 6** **Nonpriority creditor's name and mailing address**

ORANGE AND ROCKLAND UTILITIES (O&R)
390 W. ROUTE 59
SPRING VALLEY, NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,366.39

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1977**

**Nonpriority creditor's name and mailing address**

ORCHARDS MARKET CENTER LLC
C/O CBRE, INC ATTN: MELANIE REASON
6070 POPLAR AVE., SUITE 500
MEMPHIS, TN 38119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                19,916.29

---

**3.1978**

**Nonpriority creditor's name and mailing address**

OREM FAMILY CENTER LLC
C/O ARCADIA MGMT GROUP INC
PO BOX 10
SCOTTSDALE, AZ 85252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                17,735.32

---

**3.1979**

**Nonpriority creditor's name and mailing address**

ORF VII FELCH STREET LLC
PINNACLE LEASING & MGMT LLC
11770 HAYNES BRIDGE RD., #205-542
ALPHARETTA, GA 30009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                7,634.67

---

**3.1980**

**Nonpriority creditor's name and mailing address**

ORF VIII LAKELAND PLAZA LLC
11770 HAYNES BRIDGE RD #205-542
ALPHARETTA, GA 30009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                8,182.78

---

**3.1981**

**Nonpriority creditor's name and mailing address**

ORF X WATERSIDE LLC
C/O PINNACLE LEASING & MGMT LLC
11770 HAYNES BRIDGE RD.,
ALPHARETTA, GA 30009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,908.26

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.198 2**

**Nonpriority creditor's name and mailing address**

ORIENTAL CRAFT IND CO LTD
TECHNOLOGY PARK
18 ON LAI STREET
SHATIN, N.T., 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    6,375,045.18

**3.198 3**

**Nonpriority creditor's name and mailing address**

ORION K. SANGUINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

**3.198 4**

**Nonpriority creditor's name and mailing address**

ORLANDO UTILITIES COMMISSION
100 WEST ANDERSON STREET
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,569.85

**3.198 5**

**Nonpriority creditor's name and mailing address**

ORMO ITHALAT VE IHRACAT AS
KAGITHANE OFISPARK, MERKEZ MAHALLES
FAITH CAD. GOLYOLU HARMANSAZI MEVKIT
ORHANGAZI, 16800
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5,446,869.44

**3.198 6**

**Nonpriority creditor's name and mailing address**

OSJ OF SEEKONK LLC
ATTN: ACCOUNTS RECEIVABLE
375 COMMERCE PARK RD.
NORTH KINGSTOWN, RI 02852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    14,681.82

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1987**

**Nonpriority creditor's name and mailing address**

OTIS ALSTON
C/O W. CALVIN SMITH II, PC
ATTN: COURTNEE HOOD
3560 LENOX RD. N.E.
SUITE 3020
ATLANTA, GA 30326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 24-C-10178-S

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1988**

**Nonpriority creditor's name and mailing address**

OTTER TAIL POWER COMPANY
215 SOUTH CASCADE STREET
FERGUS FALLS, MN 56537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 791.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1989**

**Nonpriority creditor's name and mailing address**

OTTLITE TECHNOLOGIES INC
1715 N WESTSHORE BLVD SUITE 400
TAMPA, FL 33607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 223,339.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1990**

**Nonpriority creditor's name and mailing address**

OTTLITE TECHNOLOGIES INC
1715 N WESTSHORE BLVD SUITE 400
TAMPA, FL 33607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,655,425.75

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1991**

**Nonpriority creditor's name and mailing address**

OUTER DRIVE 39 DEVELOP CO LLC
PO BOX 72481
CLEVELAND, OH 44192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 30,754.34

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.199 2**

**Nonpriority creditor's name and mailing address**

OWENSBORO MUNICIPAL UTILITIES (OMU)
2070 TAMARACK ROAD
OWENSBORO, KY 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 288.19

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

OXFORD VALLEY ROAD ASSOCIATES LP
PO BOX 935775
ATLANTA, GA 31193-5775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,919.42

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

P/KAUFMANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 268.69

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

PACIFIC GAS & ELECTRIC
300 LAKESIDE DRIVE, SUITE 210
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 103,247.69

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

PACIFIC ISLAND CREATIONS CO LTD
6F, NO8, LANE 321, YANGGUANG ST
NEIHU DIST, TPE, 11491
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 767,043.52

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.199 7**

**Nonpriority creditor's name and mailing address**

PACIFIC POWER-ROCKY MOUNTAIN POWER
825 NE MULTNOMAH ST
STE 1800
PORTLAND, OR 97232-2149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                25,101.42

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

PACIFIC REALTY ASSOCIATES LP
COS334/JOANN2101
PO BOX 4500 UNIT 98
PORTLAND, OR 97208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                30,340.73

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

PACKARD PLAZA PARTNERS LLC
1970 BEACON ST.
WABAN, MA 02468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,750.60

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

PAISLEY CRAFTS LLC DBA I LOVE TO CR
5673 E SHIELDS AVE
FRESNO, CA 93727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               375,316.77

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

PAL PROPERTIES
C/O GARY A TAYLOR INVESTMENT CO
2574 CHRISTMASVILLE COVE STE H
JACKSON, TN 38305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 8,084.00

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.200 2**

**Nonpriority creditor's name and mailing address**

PALITEX
LANTING INDUSTRIAL ZONE
130
SHAOXING, 312000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    19,695.63

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

PALM OCCUPATIONAL MEDICINE &
WALK IN CLINIC
235 EAST NOBLE AVE
VISALIA, CA 93277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,350.00

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

PALOUSE MALL LLC
US BANK NATIONAL ASSOCIATION
PO BOX 94105
SEATTLE, WA 98124-6405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8,724.53

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

PAM TRANSPORT INC
PO BOX 1000 DEPT 340
MEMPHIS, TN 38148-0340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    17,138.88

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

PAMELA HEATON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.200 7** **Nonpriority creditor's name and mailing address**

PAN ASIAN CREATIONS LIMITED
GUAN GUANG RD 1104# MISSION HILLS RD
Z11
SHENZHEN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,043,610.74

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 8** **Nonpriority creditor's name and mailing address**

PANACEA PRODUCTS CORPORATION
4343 WILLIAMS RD.
GROVEPORT, OH 43125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 963,837.80

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 9** **Nonpriority creditor's name and mailing address**

PANACHE (INDIA) INTERNATIONAL
804 UDYOG VIHAR PHASE-5
GURGAON
HARYANA, 122016
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201 0** **Nonpriority creditor's name and mailing address**

PANOS PROPERTIES LLC
6850 E GREEN LAKE WAY NORTH SUITE 201
SEATTLE, WA 98115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 58,333.26

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201 1** **Nonpriority creditor's name and mailing address**

PAPER HOUSE PRODUCTIONS INC
160 MALDEN TURNPIKE BUILDING #2
SAUGERTIES, NY 12477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 24,830.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.2012**

**Nonpriority creditor's name and mailing address**

PAPER MAGIC GROUP (HONG KONG) LIMITED
21 MA TAU WAI ROAD
HUNG HORN,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                180,363.26

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2013**

**Nonpriority creditor's name and mailing address**

PARADISE ATLANTIC HOLDINGS LLC
2801 E. CAMELBACK RD., #450
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                  20,948.82

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2014**

**Nonpriority creditor's name and mailing address**

PARAMOUNT HOME COLLECTIONS PVT LTD
GATE 2A-2B
16TH KM STONE, DELHI ROAD
CHOUDHARPUR, AMROHA
UTTAR PRADESH, 244222
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                478,641.62

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2015**

**Nonpriority creditor's name and mailing address**

PARIS CORPORATION OF NJ
800 HIGHLAND DRIVE
WESTAMPTON, NJ 08060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,310.47

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2016**

**Nonpriority creditor's name and mailing address**

PARK ASSOCIATES
PO BOX 76558
CLEVELAND, OH 44101-6500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                  24,311.97

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.201 7**

**Nonpriority creditor's name and mailing address**

PARK PLACE TECHNOLOGIES LLC
5910 LANDERBROOK DR
CLEVELAND, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,077.48

---

**3.201 8**

**Nonpriority creditor's name and mailing address**

PARK PLAZA COMPANIES
723 GRANVILLE RD
NEWARK, OH 43055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,424.84

---

**3.201 9**

**Nonpriority creditor's name and mailing address**

PARK PLAZA JOINT VENTURE LLC
C/O THE STAENBERG GROUP
2127 INNERBELT BUS CTR DR #200
SAINT LOUIS, MO 63114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,943.54

---

**3.202 0**

**Nonpriority creditor's name and mailing address**

PARKER ASSOCIATES
ATTN: SHAUNA ROBERTS, ELENA HOLSMAN
2560 NINTH ST., SUITE 117
BERKELEY, CA 94710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,671.76

---

**3.202 1**

**Nonpriority creditor's name and mailing address**

PARKINDY LLC
PO BOX 2251
INDIANAPOLIS, IN 46206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.202 2**

**Nonpriority creditor's name and mailing address**

PARKVIEW PLAZA ASSOC I LLC
PO BOX 72353
CLEVELAND, OH 44192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 10,562.73

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202 3**

**Nonpriority creditor's name and mailing address**

PARKWAY VF LLC
C/O BOLLAG REALTY
1009 EAST 14TH STREET
BROOKLYN, NY 11230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 19,296.90

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202 4**

**Nonpriority creditor's name and mailing address**

PASCO COUNTY UTILITIES
8731 CITIZENS DR
NEW PORT RICHEY, FL 34654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 51.25

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202 5**

**Nonpriority creditor's name and mailing address**

PATRICIA GRAYBILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202 6**

**Nonpriority creditor's name and mailing address**

PATRICIA K. MONROE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. SC202414837

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2027**

**Nonpriority creditor's name and mailing address**

PATRICK O'CONNOR
C/O GRIFFEN & STEVENS
ATTN: RYAN STEVENS
609 N HUMPHREYS ST.
FLAGSTAFF, AZ 86001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. TC25-44826380300

**$** Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2028**

**Nonpriority creditor's name and mailing address**

PAUL FERGUSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**$** Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2029**

**Nonpriority creditor's name and mailing address**

PAY GOVERNANCE LLC
56 S. MAIN ST., UNIT M
YARDLEY, PA 19067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$** 4,275.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2030**

**Nonpriority creditor's name and mailing address**

PBA II LLC
C/O CROSSPOINT REALTY SERVICES
PO BOX 45577
SAN FRANCISCO, CA 94145-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**$** 14,491.61

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2031**

**Nonpriority creditor's name and mailing address**

PC II VERTICAL LLC
FBO CCRE LENDING LP
7103 SOLUTION CTR
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**$** 10,182.37

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.203 2** Nonpriority creditor's name and mailing address

PCP GROUP, LLC
C/O FORCHELLI DEEGAN TERRANA LLP
ATTN: GERARD LUCKMAN
333 EARLE OVINGTON BLVD.
SUITE 1010
UNIONDALE, NY 11553

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Litigation - Case No. 24-42448-NHL

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.203 3** Nonpriority creditor's name and mailing address

PCT VINYL
1704 US STATE ROUTE 11
MOOERS, NY 12958

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable

$ 228,225.98

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.203 4** Nonpriority creditor's name and mailing address

PEBBLES
G-104 YAMUNA APARTMENTS
ALAKNANDA, NEW DELHI,
DELHI, 110019
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable

$ 300,658.86

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.203 5** Nonpriority creditor's name and mailing address

PECKHAM SQUARE LLC
C/O KAMPAR CORP
6338 WILSHIRE BLVD
LOS ANGELES, CA 90048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent Payable

$ 14,751.50

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.203 6** Nonpriority creditor's name and mailing address

PECO/37629
2301 MARKET STREET
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable

$ 15,840.14

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|--------|------|--|------|------|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.203 7**

**Nonpriority creditor's name and mailing address**

PECO-ARC INSTITUTIONAL REIT LLC
RICHMOND STATION LLC  DEPT 3145
PO BOX 2252
BIRMINGHAM, AL 35246-3145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    12,307.84

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

PELLON CONSUMER PRODUCTS/PCP GROUP
4801 ULMERTON ROAD
CLEARWATER, FL 33762-4148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,203,948.53

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

PENAS DISPOSAL INC
DBA COUNTYWIDE SHREDDING
12094 AVENUE #408
CUTLER, CA 93615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    116.54

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

PENELEC
14997 PARK AVENUE EXT
MEADVILLE, PA 16335-9493

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    10,899.05

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

PENN POWER
76 S MAIN ST BSMT
AKRON, OH 44308-1817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,648.73

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|--------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.204 2**

**Nonpriority creditor's name and mailing address**

PENNICHUCK WATER WORKS, INC.
25 WALNUT STREET
NASHUA, NH 03061-0428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 167.54

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

PENNMARK COVENTRY HOLDINGS LLC
1000 GERMANTOWN PIKE #A2
PLYMOUTH MEETING, PA 19462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 10,109.57

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

PENNSYLVANIA AMERICAN WATER
852 WESLEY DRIVE
MECHANICSBURG, PA 17055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 64.38

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

PENNY RACINE LLC
CIBM-ELM GROVE
12700 W. BLUEMOUND RD., #150
ELM GROVE, WI 53122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 15,360.78

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

PENSHURST REALTY OF DE LLC
PO BOX 946748
ATLANTA, GA 30394-6748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,223.52

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2047**

**Nonpriority creditor's name and mailing address**

PEOPLES GAS
20 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,152.74

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2048**

**Nonpriority creditor's name and mailing address**

PEOPLES/644760
200 E. RANDOLPH ST.
CHICAGO, IL 60601-6302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,018.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2049**

**Nonpriority creditor's name and mailing address**

PEPCO (POTOMAC ELECTRIC POWER COMPANY)
701 9TH STREET NW
WASHINGTON, DC 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,402.79

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2050**

**Nonpriority creditor's name and mailing address**

PEPPERELL BRAIDING
22 LOWELL ST
PEPPERELL, MA 01463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 66,055.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2051**

**Nonpriority creditor's name and mailing address**

PEPPERELL BRAIDING
22 LOWELL ST
PEPPERELL, MA 01463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,341.52

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.205.2**

**Nonpriority creditor's name and mailing address**

PEPPERELL CRAFTS OF NINGBO
NO 1ST OF XIAOFENG ROAD
XIAOWANGMIAO STREET
FENGHUA NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205.3**

**Nonpriority creditor's name and mailing address**

PEPSICOLA BEVERAGE SALES LLC
700 ANDERSON HILL ROAD
PURCHASE, NY 10577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 152,812.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205.4**

**Nonpriority creditor's name and mailing address**

PERFORMANCE HORIZON GROUP LTD
PARTNERIZE
PO BOX   22736
NEW YORK, NY 10087-2736

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 889,085.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205.5**

**Nonpriority creditor's name and mailing address**

PERLER
2015 W FRONT STREET
BERWICK, PA 18603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,439.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205.6**

**Nonpriority creditor's name and mailing address**

PERSEPHONE MIRANDA
C/O WILSHIRE LAW FIRM
3055 WILSHIRE BOULEVARD
12TH FLOOR
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.205
7** Nonpriority creditor's name and mailing address

PERU GKD PARTNERS LLC
ATTN: MELISSA BORGMANN
3940 ROUTE 251, SUITE E-1
PERU, IL 61354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,993.67

---

**3.205
8** Nonpriority creditor's name and mailing address

PH 706-750 N CASALOMA DR LLC
PRAIRIE HILL HOLDINGS LLC
272 MARKET SQ., STE. 211
LAKE FOREST, IL 60045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,193.55

---

**3.205
9** Nonpriority creditor's name and mailing address

PHIL SIMON ENTERPRISES INC
1457 44TH ST SE #200
GRAND RAPIDS, MI 49508

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,546.17

---

**3.206
0** Nonpriority creditor's name and mailing address

PHILADELPHIA GAS WORKS
1429 W CAYUGA ST
PHILADELPHIA, PA 19140-1934

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,002.68

---

**3.206
1** Nonpriority creditor's name and mailing address

PHILIPS EDISON GROC CTR OP PART I L
BEAVERCREEK TOWNE STATION LLC
P.O. BOX 645414
PITTSBURGH, PA 15264-5414

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,812.83

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|--------------------|------------------------|----------|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.206 2**

**Nonpriority creditor's name and mailing address**

PHILLIP BROOKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

PHILLIPS EDISON ARC SHOP CTR OP PRT
HAMILTON VILLAGE STATION LLC
PO BOX 645414
PITTSBURGH, PA 15264-5414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    4,722.90

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

PHILLIPS EDISON- ARC SHOPPING CTR
LAKEWOOD STATION LLC
DEPT 6581
PO BOX 11407
BIRMINGHAM, AL 35246-6581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    5,993.40

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

PHILLIPS EDISON GROC CTR OP PART I
BEAR CREEK STATION LLC
P.O. BOX 645414
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    55,952.95

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

PHOENIX CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    91,919.94

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.206 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 96.00 |
|---|---|---|---|

PHOENIX POLICE DEPARTMENT
ALARM PERMIT RENEWALS
PO BOX 29115
PHOENIX, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.206 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 863,325.21 |
|---|---|---|---|

PHOENIX STATIONERY VIETNAM CO LTD
LOT 92-93 LINH TRUNG EPZ&IP III, AN TINH
TRANG BANG
TAY NINH PROVINCE, 840000
VIETNAM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.206 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49.20 |
|---|---|---|---|

PHYLICIA BURFORD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property - Property #72819860

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.207 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 305.78 |
|---|---|---|---|

PIEDMONT NATURAL GAS
4720 PIEDMONT ROW DRIVE
CHARLOTTE, NC 28210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.207 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 191.80 |
|---|---|---|---|

PIK PAK INDUSTRIES
PAKKA PEYA, S.I.E. DEFENCE ROAD
SIALKOT
PUNJAB, 51310
PAKISTAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.207 2** **Nonpriority creditor's name and mailing address**

PIMLICO CONFECTIONERS LIMITED
UNIT 27, HARDMANS MILL
ROSSENDALE, BB4 6HH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,668.99

---

**3.207 3** **Nonpriority creditor's name and mailing address**

PINE TREE PARTNERS LLC
BIN #88144
MILWAUKEE, WI 53288-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,613.55

---

**3.207 4** **Nonpriority creditor's name and mailing address**

PINELLAS COUNTY UTILITIES, FL
1620 RIDGE RD S A
LARGO, FL 33778-1225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 471.77

---

**3.207 5** **Nonpriority creditor's name and mailing address**

PING IDENTITY CORPORATION
1001 17TH ST  STE 100
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,677.11

---

**3.207 6** **Nonpriority creditor's name and mailing address**

PINK LIGHT DESIGNS LLC
1037 NE 65TH ST., STE. 337
SEATTLE, WA 98115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,550.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.207 7** **Nonpriority creditor's name and mailing address**

PINTEREST, INC.
P.O. BOX 74008066
CHICAGO, IL 60674-8066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 379,321.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.207 8** **Nonpriority creditor's name and mailing address**

PIONEER PHOTO ALBUMS
9801 DEERING AVENUE
CHATSWORTH, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,368.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.207 9** **Nonpriority creditor's name and mailing address**

PITT REALTY LLC
C/O NAMDAR REALTY GRP LLC
PO BOX 25078
TAMPA, FL 33622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,994.29

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208 0** **Nonpriority creditor's name and mailing address**

PITTSFIELD CHARTER TOWNSHIP, MI
6201 WEST MICHIGAN AVENUE
ANN ARBOR, MI 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 102.46

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208 1** **Nonpriority creditor's name and mailing address**

PK LIFESTYLES
3 PARK AVENUE 35TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 234,749.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.208
2**   **Nonpriority creditor's name and mailing address**

PLAID ENTERPRISES
3225 WESTECH DRIVE
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Payable

$   355,705.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208
3**   **Nonpriority creditor's name and mailing address**

PLAID ENTERPRISES INC
NGUYEN SON HA STREET
Z01
HAI PHONG, 35000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Payable

$   38,183.42

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208
4**   **Nonpriority creditor's name and mailing address**

PLATTE PURCHASE PLAZA
C/O MD MANAGEMENT INC
PO BOX 11332
OVERLAND PARK, KS 66207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Rent Payable

$   16,562.78

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208
5**   **Nonpriority creditor's name and mailing address**

PLAYMONSTER LLC
1400 E INMAN PKWY
BELOIT, WI 53511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Payable

$   92,416.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208
6**   **Nonpriority creditor's name and mailing address**

PLAZA 20 INC
2600 DODGE ST, STE. D4
DUBUQUE, IA 52003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Rent Payable

$   7,439.52

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.208 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,584.96 |
|---|---|---|---|
| | PLAZA 41 LLC<br>CO SOLUTIONS PROP. MGMT., LLC<br>517 WEST 22ND ST<br>SIOUX FALLS, SD 57105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.208 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23,496.23 |
|---|---|---|---|
| | PLAZA AT COUNTRYSIDE, LLC<br>COUNTRYSIDE PLAZA<br>867885 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.208 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,782.19 |
|---|---|---|---|
| | PLAZA ENTERPRISES<br>49 LONDON TURNPIKE<br>NORWICH, CT 06360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.209 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,451.62 |
|---|---|---|---|
| | PLOVER WI HOLDINGS LLC<br>ATTN: JOE DONOVAN<br>PO BOX 8487<br>TRENTON, NJ 08650 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.209 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,372.54 |
|---|---|---|---|
| | PNM<br>PNM RESOURCES HEADQUARTERS<br>ALBUQUERQUE, NM 87158-1275 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.209 2**

**Nonpriority creditor's name and mailing address**

POLARIS TOWNE CENTER SC LLC
814 COMMERCE DR., STE 300
OAK BROOK, IL 60523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,929.59

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

POLLOCK INVESTMENTS INC
POLLOCK ORORA
PO BOX 735070
DALLAS, TX 75373-5070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 380,309.27

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

POLLOCK PAPER DISTRIBUTORS
PO BOX 735070
DALLAS, TX 75373-5070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,514.14

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

POLYFORM PRODUCTS COMPANY
1901 ESTES AVENUE
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 274,466.10

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

POMPANO MZL LLC
C/O KPR CENTERS LLC
535 FIFTH AVE., 12TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,234.34

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.209 7** **Nonpriority creditor's name and mailing address**

PONTIAC MALL LIMITED PARTNERSHIP
31500 NORTHWESTERN HWY STE 100
FARMINGTON HILLS, MI 48334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 18,876.85

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209 8** **Nonpriority creditor's name and mailing address**

PORT ANGELES PL ASSOC
C/O EILAT MANAGEMENT CO
18915 142ND AVE NE
STE 155
WOODINVILLE, WA 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,420.77

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209 9** **Nonpriority creditor's name and mailing address**

PORTLAND GENERAL ELECTRIC (PGE)
121 SW SALMON STREET
PORTLAND, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,870.64

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 0** **Nonpriority creditor's name and mailing address**

PORTLAND WATER DISTRICT - ME
225 DOUGLASS STREET
PORTLAND, ME 04104-3553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 47.56

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 1** **Nonpriority creditor's name and mailing address**

POTOMAC EDISON
10435 DOWNSVILLE PIKE
HAGERSTOWN, MD 21740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,880.17

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.210 2**

**Nonpriority creditor's name and mailing address**

POUGHKEEPSIE PLAZA MALL LLC
CO MEHLICH ASSOCIATES
8 DEPOT SQUARE
TUCKAHOE, NY 10707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,085.08

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

PPL ELECTRIC UTILITIES/419054
2 NORTH 9TH ST CPC-GENN1
ALLENTOWN, PA 18101-1175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,312.11

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

PPL ELECTRIC UTILITIES/ALLENTOWN
2 NORTH 9TH ST CPC-GENN1
ALLENTOWN, PA 18101-1175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,704.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

PPNC PLAYBALLS
C/O PETER PAN NOVELTY COMPANY
22925 SAVI RANCH PKWY
YORBA LINDA, CA 92887

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,968.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

PREFERRED MILFORD LLC
GP- MILFORD REALTY TRUST
111 FOUNDERS PLAZA, #301
EAST HARTFORD, CT 06108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,395.41

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.210 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,270.92 |
|---|---|---|---|

PREM TEXTILES INTERNATIONAL
32, RAMAKRISHNAPURAM EAST
KARUR, 639001
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.210 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 393.75 |
|---|---|---|---|

PREMIER BIOTECH LLC
PO BOX 713238
CHICAGO, IL 60677-1238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.210 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 961.70 |
|---|---|---|---|

PREMIER TRAILERS LLC
PO BOX 206553
DALLAS, TX 75320-6553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.211 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PRESTON MASTERSON
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.211 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,254.03 |
|---|---|---|---|

PRIDE CENTER LLC
C/O FINANCIAL MGMT GROUP
345 N. MAPLE DR., SUITE #284
BEVERLY HILLS, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.211 2**

**Nonpriority creditor's name and mailing address**

PRIMARY COLOR SYSTEMS CORP
11130 HOLDER ST.  #210
CYPRESS, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                393,692.07

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

PRINCESS WHITE-CHAMBERS
C/O THE DENNIS LAW FIRM, LLC
ATTN: ASHLAN ROSIER
101 MARIETTA ST NW
STE 2200
ATLANTA, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

PRINCIPAL LIFE INSURANCE COMPANY
MARKETPLACE AT VERNON HILLS LLC
PO BOX 734754,  PROP 027110
CHICAGO, IL 60673-4754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                15,645.45

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

PRITT ENTERTAINMENT GROUP
380 SOUTH  MAIN  ST
AKRON, OH 44311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                7,975.00

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

PRK HOLDINGS I LLC
PK L GRESHAM TOWN FAIR LLC
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                15,203.18

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2117**

**Nonpriority creditor's name and mailing address**

PROGRESS SQUARE PARTNERS LP
101 LARKSPUR LANDING CIR #120
LARKSPUR, CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,723.06

---

**3.2118**

**Nonpriority creditor's name and mailing address**

PROMAX MANUFACTURING CO LTD
9F-2 NO21 SEC1 DUN HUA SOUTH RD
TAIPEI
SONGSHAN, 105045
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,735,893.52

---

**3.2119**

**Nonpriority creditor's name and mailing address**

PRTC LP A CALIFORNIA LIMITED PARTNE
C/O SHAPELL PROPERTIES INC
1990 S BUNDY DR #500
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,685.13

---

**3.2120**

**Nonpriority creditor's name and mailing address**

PRUDENTIAL INSURANCE CO OF AMERICA
DBA DANADA SQ C/O CBRE INC
PO BOX 730521
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,866.53

---

**3.2121**

**Nonpriority creditor's name and mailing address**

PRYM CONSUMER USA INC
PO BOX 5028
SPARTANBURG, SC 29304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 992,208.94

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.212 2**

**Nonpriority creditor's name and mailing address**

PSC MEDFORD LLC
C/O ARGONAUT INVESTMENTS
101 LARKSPUR LANDING CIR #120
LARKSPUR, CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 12,377.76

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

PSE&G-PUBLIC SERVICE ELEC & GAS CO
80 PARK PLZ
NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,255.28

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

PSEGLI
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801-4257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,540.88

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

PSG ENERGY SOLUTIONS LLC
800 BATTERY AVE SE 410
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 111,830.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

PTP TRANSPORT LLC
PO BOX 1810
AUBURN, AL 36831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 51,770.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212
7**

**Nonpriority creditor's name and mailing address**

PUBLIC WORKS & UTILITIES, KS
455 N. MAIN ST.
8TH FLOOR
WICHITA, KS 67202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 348.45

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212
8**

**Nonpriority creditor's name and mailing address**

PUBLICIS SAPIENT
40 WATER STREET
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67,252.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212
9**

**Nonpriority creditor's name and mailing address**

PUBLIX SUPER MARKETS INC
REAL SUB LLC
PO BOX 32010
LAKELAND, FL 33802-2010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 25,253.94

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213
0**

**Nonpriority creditor's name and mailing address**

PUGET SOUND ENERGY
BOT-01H
BELLEVUE, WA 98009-9269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,727.74

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213
1**

**Nonpriority creditor's name and mailing address**

PULLMAN SQUARE ASSOCIATES
C/O LG REALTY ADVISORS INC (AGENT)
141 S. SAINT CLAIR ST., #201
PITTSBURGH, PA 15206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,933.22

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.213 2**

**Nonpriority creditor's name and mailing address**

PURE FISHING DBA PLANO MOLDING
7 SCIENCE COURT
COLUMBIA, SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 262,284.14

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

PVAM ARGONAUT PROPERTY FUND LP
PAPF ROSEBURG LLC C/O ARGONAUT INV
101 LARKSPUR LAND. CIR #120
LARKSPUR, CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,300.36

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

PVSC COMPANY
PO BOX 331
ALTOONA, PA 16603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,594.72

---

**3.213 5**

**Nonpriority creditor's name and mailing address**

PZ SOUTHERN LP
DBA GREAT SOUTHERN
PO BOX 713750
PHILADELPHIA, PA 19171-3750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,759.78

---

**3.213 6**

**Nonpriority creditor's name and mailing address**

PZ SOUTHLAND LP
PO BOX 784930
PHILADELPHIA, PA 19178-4930

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,458.13

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.213 7** **Nonpriority creditor's name and mailing address**

QBW INVESTMENTS LLC
HIGH DESERT PROPERTY MGMT
1515 SW REINDEER AVE.
REDMOND, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$  8,328.63

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213 8** **Nonpriority creditor's name and mailing address**

QINGDAO LIBANG KINGTONE TRADE CO LT
RM902 NO2B HEILONGJIANG SOUTH RD
SHIBEI DISTRICT
QINGDAO, 266035
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  401,119.60

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213 9** **Nonpriority creditor's name and mailing address**

QINGDAO YINLONGFEI HANDICRAFT CO.,LTD
KINGKING 2 ROAD ENVIROMENTAL PARK
QINGDAO, 266201
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  31,755.25

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 0** **Nonpriority creditor's name and mailing address**

QUAD GRAPHICS INC
DBA QUAD GRAPHICS MARKETING LLC
PO BOX 644840
PITTSBURGH, PA 15264-4840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  1,158,786.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 1** **Nonpriority creditor's name and mailing address**

QUAD GRAPHICS INCORP
PRINT SERVICES
PO BOX 644840
PITTSBURGH, PA 15264-4840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  204,645.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.214 2**

**Nonpriority creditor's name and mailing address**

QUAKERTOWN HOLDING CORP
ADCO, AMERICAN DEVELOPMENT CO
715 MONTGOMERY AVE #3
NARBERTH, PA 19072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,238.88

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

QUALITY GROWERS FLORAL COMPANY INC
PO BOX 1640
DE LEON SPRINGS, FL 32130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,844.14

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

QUEEN CRAFTS LIMITED
TAIAN ROAD, SOUTH CBD
6TH FLOOR, CREATIVE DESIGN BUILDING
YINZHOU DISTRICT
NINGBO, 315100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,849,813.29

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

QUEENSBURY PLAZA I LLC
ILENE L FLAUM
400 ANDREWS STREET #500
ROCHESTER, NY 14604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,699.60

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

QUINCY-CULLINAN LLC
C/O CULLINAN PROPERTIES LTD
420 NORTH MAIN STREET
EAST PEORIA, IL 61611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,738.83

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

R.M. PALMER COMPANY LLC
1800 ELMWOOD AVENUE
BUFFALO, NY 14207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,722,966.48

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

R/M VACAVILLE LTD
C/O THE RODDE COMPANY
710 S BRAODWAY SUITE 211
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    11,079.14

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

RACHEL KURTZ-RIVERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  Undetermined

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

RADAR LABS INC
20 JAY ST, SUITE 704
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    12,251.33

---

**3.215 1**

**Nonpriority creditor's name and mailing address**

RADIUM CREATION LIMITED
C-32 TTC INDUSTRIAL AREA
MIDC PAWANE
NAVI MUMBAI
MAHARASHTRA, 400705
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   136,176.87

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.215 2**

**Nonpriority creditor's name and mailing address**

RADIUS NETWORKS INC
PO BOX #3507
MERRIFIELD, VA 22116-3507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          14,902.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 3**

**Nonpriority creditor's name and mailing address**

RAF INVESTMENTS LTD
130 CHURCHILL HUBBARD RD
YOUNGSTOWN, OH 44505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                          13,974.68

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 4**

**Nonpriority creditor's name and mailing address**

RALEIGH ENTERPRISES LLC
PO BOX 824610
PHILADELPHIA, PA 19182-4610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                           8,262.90

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 5**

**Nonpriority creditor's name and mailing address**

RANCHO CALIFORNIA WATER DISTRICT
42135 WINCHESTER RD
TEMECULA, CA 92590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                             225.56

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 6**

**Nonpriority creditor's name and mailing address**

RANCHO DOWLEN LLC
C/O PACIFIC COMMERCIAL MGT INC
2725 CONGRESS STREET
STE. 1E
SAN DIEGO, CA 92110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                          15,654.92

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.215 7** **Nonpriority creditor's name and mailing address**

RANCHO LEBANON LLC
C/O BERKSHIRE BANK
PO BOX 96
WORCESTER, MA 01613-0096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 16,055.29

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 8** **Nonpriority creditor's name and mailing address**

RANDALL BENDERSON 1993-1 TRUST
LEASE# 59562
PO BOX 713201
PHILADELPHIA, PA 19171-3201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 129.59

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 9** **Nonpriority creditor's name and mailing address**

RANDY COCHRAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 0** **Nonpriority creditor's name and mailing address**

RAPPAHANNOCK ELECTRIC COOP
247 INDUSTRIAL COURT
FREDERICKSBURG, VA 22408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,098.38

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 1** **Nonpriority creditor's name and mailing address**

RATAN PAPERS PVT LTD
F 199, EPIP SITAPURA IND AREA
JAIPUR
RAJASTHAN, 302022
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,919.28

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.216 2**

**Nonpriority creditor's name and mailing address**

RAY GLASS BATTERIES INC
BATTERY SOURCE
104  GENESIS PKWY
THOMASVILLE, GA 31792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                544.97

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

RAYMOND STORAGE CONCEPTS INC
5480 CREEK RD
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           128,300.97

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

RAYNHAM CENTER WATER DISTRICT
280 PLEASANT STREET
RAYNHAM, MA 02767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 27.50

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

RAYNHAM STATION LLC
33340 COLLECTION CTR DR
CHICAGO, IL 60693-0333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             16,884.39

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

RB MERCHANTS LLC
C/O RD MGMT LLC
810 7TH AVE., 10TH FL.
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              5,343.54

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.216 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,224.07 |
|---|---|---|---|
| | RCG- POCATELLO VII LLC<br>PO BOX 53483<br>ATLANTA, GA 30355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.216 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 12,112.31 |
|---|---|---|---|
| | RCG-BRADLEY VII LLC<br>PO BOX 53483<br>ATLANTA, GA 30355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.216 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,985.01 |
|---|---|---|---|
| | RCG-ROCKWELL LLC<br>C/O RCG VENTURES I LLC<br>PO BOX 53483<br>ATLANTA, GA 30355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.217 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 9,810.31 |
|---|---|---|---|
| | REALTY INCOME CORPORATION<br>DEPT 2428<br>LOS ANGELES, CA 90084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.217 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 14,878.38 |
|---|---|---|---|
| | REALTY INCOME CORPORATION<br>SPIRIT BD READING PA LLC  RI#16185<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Rent Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.217 2** **Nonpriority creditor's name and mailing address**

REALTY INCOME CORPORATION
SPIRIT SPE LOAN PORTFOLIO 2013-3 LL
11995 EL CAMINO REAL
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,494.60

---

**3.217 3** **Nonpriority creditor's name and mailing address**

REALTY INCOME CORPORATION
SPIRIT MASTER FUNDING IV  RI#16187
11995 EL CAMINO REAL
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,720.69

---

**3.217 4** **Nonpriority creditor's name and mailing address**

REALTY INCOME PROPERTIES 31 LLC
C/O REALTY INCOME CORP, ATT: PORT M
PO BOX 842428
LOS ANGELES, CA 90084-2428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,633.07

---

**3.217 5** **Nonpriority creditor's name and mailing address**

RECURLY INC
400 ALABAMA ST., STE 202
SAN FRANCISCO, CA 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,215.74

---

**3.217 6** **Nonpriority creditor's name and mailing address**

RED CHAIR ON A GREEN HILL
2223 S PLUMBEROSA RD.
FAYETTEVILLE, AR 72701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,200.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.2177**

**Nonpriority creditor's name and mailing address**

RED DOOR INTERACTIVE INC
2436 MARKET STREET
SAN DIEGO, CA 92102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 34,310.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2178**

**Nonpriority creditor's name and mailing address**

RED MOUNTAIN ASSET FUND I LLC
RMAF I
PO BOX 3490
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 21,159.06

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2179**

**Nonpriority creditor's name and mailing address**

RED QUEEN LLC
PO BOX 1583
CORVALLIS, OR 97339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 11,376.62

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2180**

**Nonpriority creditor's name and mailing address**

REDDING MHP ESTATES LP
DE ANZA PROPERTIES, ATT: J. TERSIGN
960 N. SAN ANTONIO RD, #114
LOS ALTOS, CA 94022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 21,487.46

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2181**

**Nonpriority creditor's name and mailing address**

REGENCY INDIANA ENTERPRISES LP
P.O. BOX 62336-11
BALTIMORE, MD 21264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 4,995.12

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.218 2**

**Nonpriority creditor's name and mailing address**

REGENCY VERNAL LLC
CSP FUND II LOCKBOX   LE T0002480
PO BOX 931011
ATLANTA, GA 31193-1011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 8,437.99

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

REGINALD B. EBERHART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

REGIONAL WATER AUTHORITY
DEER ISLAND
33 TAFTS AVENUE
BOSTON, MA 02128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 503.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

REINEZ DURAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

RELIABLE CORPORATION
5-100 WINGOLD AVENUE
TORONTO, ON M6B 4K7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 18,569.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.218 7**

**Nonpriority creditor's name and mailing address**

RELIABLE FIRE & SECURITY SOLUTIONS
6339 HIGHWAY 145
MADERA, CA 93637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,931.00

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

RENAISSANCE PARTNERS I LLC
PO BOX 3689, DEPT 563
SUGAR LAND, TX 77487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,593.43

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

RENEE BERNACKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #183
18500 N. ALLIED WAY
PHOENIX, AZ 85054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 469.13

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

RESINVENTURES INC
2300 APOLLO CIRCLE
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,146.07

---

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 38,870.98 |

RESOURCE POINT OF SALE LLC
1765 N. ELSTON AVE.
CHICAGO, IL 60642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,520.55 |

RETAIL INDUSTRY LEADERS ASSOCIATION
PO BOX 418421
BOSTON, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 21,069.37 |

RETAIL PROPERTIES OF AMERICA INC
RPAI PACIFIC PROPERTY SERVICES LLC
PO BOX 57519
LOS ANGELES, CA 90074-7519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 12,467.26 |

RETAIL SERVICES WIS CORP
DBA WIS INTERNATIONAL
PO BOX  200081
DALLAS, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,320.90 |

REV.COM INC
DEPT LA 24706
PASADENA, CA 91185-4706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2197**

**Nonpriority creditor's name and mailing address**

REX BERRY
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2198**

**Nonpriority creditor's name and mailing address**

REYNA R. JIMENEZ
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2199**

**Nonpriority creditor's name and mailing address**

RG&E - ROCHESTER GAS & ELECTRIC
180 SOUTH CLINTON AVENUE
ROCHESTER, NY 14604

$ 7,524.36

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2200**

**Nonpriority creditor's name and mailing address**

RHINO HOLDINGS ARDEN LLC
GALLELLI REAL ESTATE
3005 DOUGLAS BLVD. #200
ROSEVILLE, CA 95661

$ 39,335.21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2201**

**Nonpriority creditor's name and mailing address**

RHINO HOLDINGS TURLOCK LLC
C/O GRE MGMT SERVICES INC
3005 DOUGLAS BLVD., STE 200
ROSEVILLE, CA 95661

$ 35,741.58

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.220 2**

**Nonpriority creditor's name and mailing address**

RIBBLR LTD
4TH FLOOR, 18 ST. CROSS STREET
LONDON, EC1N8UN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                327,302.15

---

**3.220 3**

**Nonpriority creditor's name and mailing address**

RICARDO SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.220 4**

**Nonpriority creditor's name and mailing address**

RICHLOOM FABRICS
261 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                640,993.13

---

**3.220 5**

**Nonpriority creditor's name and mailing address**

RICHLOOM FAR EAST TRADING CO LTD
11M & 11N NO 899 LINGLING ROAD
SHANGHAI, 200030
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                809,255.92

---

**3.220 6**

**Nonpriority creditor's name and mailing address**

RICHMOND POWER & LIGHT
2000 US HWY 27 SOUTH
RICHMOND, IN 47375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                780.03

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.220 7** **Nonpriority creditor's name and mailing address**

RICHWAL LLC
4201 SPRINGHURST BLVD., #201
LOUISVILLE, KY 40241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,885.65

---

**3.220 8** **Nonpriority creditor's name and mailing address**

RILEY BLAKE DESIGNS
9646 SOUTH 500 WEST
SANDY, UT 84070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.220 9** **Nonpriority creditor's name and mailing address**

RILEY BLAKE DESIGNS
435 QIBING ROAD
BINHAI INDUSTRIAL ZONE
130
SHAOXING, 312072
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 162,598.56

---

**3.221 0** **Nonpriority creditor's name and mailing address**

RILEY FLEMING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.00

---

**3.221 1** **Nonpriority creditor's name and mailing address**

RITA N. IYANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.221 2**

**Nonpriority creditor's name and mailing address**

RIVER PARK PLAZA LP
255 E. RIVER PARK CIR, SUITE 120
FRESNO, CA 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 26,407.34

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

RIVERCHASE CC LP
945 HEIGHTS BLVD.
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 12,217.37

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

RIVERSIDE PUBLIC UTILITIES, CA
3900 MAIN STREET
RIVERSIDE, CA 92522-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,312.39

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

RIVERSIDE WOODMAN PARTNERS
C/O THE HOROWITZ GROUP
11911 SAN VICENTE BLVD. #310
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 49,178.02

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

RIVERWOOD RUSKIN LLC
C/O MCGUCKEN & ASSOCIATES LLC
PO BOX 10124
TAMPA, FL 33679

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 17,337.64

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.221 7**

**Nonpriority creditor's name and mailing address**

RJR VACAVILLE LLC
C/O PICOR
5151 E. BROADWAY BLVD #115
TUCSON, AZ 85711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 51.55

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

RK PEMBROKE PINES LLC
C/O RK CENTERS
17100 COLLINS AVE #225
SUNNY ISLES BEACH, FL 33160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 28,282.56

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

RLJ LODGING TRUST MASTER TRS INC
EMBASSY SUITES HOTEL DOWNEY
8425 FIRESTONE BLVD.
DOWNEY, CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,569.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

ROANOKE GAS COMPANY
519 KIMBALL AVENUE NORTHEAST
ROANOKE, VA 24016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 77.68

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

ROATS WATER SYSTEM, INC.
61147 HAMILTON LANE
BEND, OR 97702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 115.36

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222 2**

**Nonpriority creditor's name and mailing address**

ROBERT HALF INTERNATIONAL INC
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,476.01

---

**3.222 3**

**Nonpriority creditor's name and mailing address**

ROBERT JOHN MAHAR JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.222 4**

**Nonpriority creditor's name and mailing address**

ROBERT KAUFMAN CO INC
129 W 132ND ST
LOS ANGELES, CA 90061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,069,269.85

---

**3.222 5**

**Nonpriority creditor's name and mailing address**

ROBERT SCHWALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

ROBERT W FROEMMING PTR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,184.03

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.222 7 | **Nonpriority creditor's name and mailing address**<br>ROBERTA MATULA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Litigation - Case No. 443-2025-00253 | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.222 8 | **Nonpriority creditor's name and mailing address**<br>ROCE LLC<br>FAIRFIELD INN & STES, AKRON STOW<br>4170 STEELS POINTE<br>STOW, OH 44224 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,308.90 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.222 9 | **Nonpriority creditor's name and mailing address**<br>ROCHELLE NASH<br>ATTN: PIUS JOSEPH, ESQ.<br>595 E. COLORADO BOULEVARD<br>SUITE 801<br>PASADENA, CA 91101 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Litigation - Case No. 23NWCV03847 | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.223 0 | **Nonpriority creditor's name and mailing address**<br>ROCHESTER CROSSING LLC<br>PO BOX 11499<br>NEWARK, NJ 07101 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Rent Payable | $ 7,214.85 |
|---|---|---|---|
| | **Date or dates debt was incurred** Various<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.223 1 | **Nonpriority creditor's name and mailing address**<br>ROCHESTER PUBLIC UTILITIES<br>4000 EAST RIVER ROAD NE<br>ROCHESTER, MN 55906 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,896.76 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.223 2**

**Nonpriority creditor's name and mailing address**

ROCKDALE WATER RESOURCES
ROCKDALE COUNTY ADMINISTRATION & SERVICES BUILDING
958 MILSTEAD AVE.
ROOM 321, 2ND FLOOR
CONYERS, GA 30012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 128.01

---

**3.223 3**

**Nonpriority creditor's name and mailing address**

ROCKSTEP WILLMAR LLC
ATTN PROPERTY MANAGER
1605 S 1ST STREET
WILLMAR, MN 56201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,961.52

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

ROETZEL & ANDRESS LPA
222 S MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,045.00

---

**3.223 5**

**Nonpriority creditor's name and mailing address**

ROGERS WATER UTILITIES
601 S 2ND ST
ROGERS, AR 72756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 96.20

---

**3.223 6**

**Nonpriority creditor's name and mailing address**

ROHLIG USA LLC
6909 ENGLE RD, UNIT A-1
MIDDLEBURG HEIGHTS, OH 44130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,956.88

---

Debtor    Jo-Ann Stores, LLC
          Name                                                    Case number *(if known)*   25-10072

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.2237**

**Nonpriority creditor's name and mailing address**

ROIC FULLERTON CROSSROADS LLC
MS 631099
PO BOX 3953
SEATTLE, WA 98124-3953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,049.74

---

**3.2238**

**Nonpriority creditor's name and mailing address**

ROLLINS INC
NORTHWEST EXTERMINATING CO LLC
1406 FITZPATRICK AVE
OPELIKA, AL 36801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.2239**

**Nonpriority creditor's name and mailing address**

ROSE M. RIVERA
C/O NELSON & NATALE, LLP
ATTN: DANIEL L. NELSON
13144 PRAIRIE AVE.
HAWTHORNE, CA 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 24TRCV01498

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2240**

**Nonpriority creditor's name and mailing address**

ROSS TOWNSHIP, PA
1000 ROSS MUNICIPAL DRIVE
PITTSBURGH, PA 15237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 154.34

---

**3.2241**

**Nonpriority creditor's name and mailing address**

ROSTRAVER TOWNSHIP SEWAGE AUTHORITY
1744 ROSTRAVER ROAD
ROSTRAVER TOWNSHIP, PA 15012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77.75

---

**Part 2:     Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

ROTH BROS INC
C/O SODEXO INC & AFFILIATES
PO BOX  360170
PITTSBURGH, PA 15251-6170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 71,634.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

ROYAL ACME CORPORATION
3110 PAYNE AVENUE
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 256,846.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224 4**

**Nonpriority creditor's name and mailing address**

ROYAL CONSUMER PRODUCTS LLC
108 MAIN STREET
NORWALK, CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 78,770.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224 5**

**Nonpriority creditor's name and mailing address**

ROYAL TALENS NORTH AMERICA, INC
30 INDUSTRIAL DRIVE
NORTHAMPTON, MA 01060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,610.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224 6**

**Nonpriority creditor's name and mailing address**

RPI RIDGMAR TOWN SQUARE LTD
2929 CARLISLE STREET #170
DALLAS, TX 75204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 15,529.59

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.224 7**

**Nonpriority creditor's name and mailing address**

RR INDUSTRIES
F69-73 NEEMRANA INDUSTRIAL AREA
DISTT ALWAR NEEMRANA
RAJASTHAN, 301705
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,214.99

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 8**

**Nonpriority creditor's name and mailing address**

RSS WFRBS2011-C3-DE PMHN LLC
LOCKBOX #411882
PO BOX 411882
BOSTON, MA 02241-1882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,090.66

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224 9**

**Nonpriority creditor's name and mailing address**

RUBY STEVENS
C/O HAUG BARRON LAW GROUP, LLC
ATTN: SOMALIA D. DIXON, ESQ.
8237 DUNWOODY PLACE
BLDG. 18
ATLANTA, GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 24-C-09714-S7

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225 0**

**Nonpriority creditor's name and mailing address**

RUCHICAZ OVERSEAS
D-40 SECT 11 NOIDA INDUSTRIAL AREA
NOIDA
UTTAR PRADESH, 201301
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,602.18

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225 1**

**Nonpriority creditor's name and mailing address**

RURAL KING REALTY LLC
4216 DEWITT AVE
MATTOON, IL 61938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,209.74

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.225 2**

**Nonpriority creditor's name and mailing address**

RUSSELL TOBIN & ASSOCIATES LLC
420 LEXINGTON AVE #2903
NEW YORK, NY 10170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,160.97

---

**3.225 3**

**Nonpriority creditor's name and mailing address**

RUST-OLEUM CORPORATION
11 HAWTHORN PARKWAY
VERNON HILLS, IL 60061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130,612.88

---

**3.225 4**

**Nonpriority creditor's name and mailing address**

RUTH KUMP
C/O FLETCHER LAW OFFICE, LLC
ATTN: NICHOLAS ZEVENBERGEN
751 EAST 63RD ST.
SUITE 430
KANSAS CITY, MO 64110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Case No. SN2023CV300099

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.225 5**

**Nonpriority creditor's name and mailing address**

RYLEE HALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.225 6**

**Nonpriority creditor's name and mailing address**

S & M HEIGHTS
DBA MADISON PLACE
1334 MAPLELAWN DRIVE
TROY, MI 48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,065.51

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.225 7**

**Nonpriority creditor's name and mailing address**

S2G-OHIO INC
SSG OHIO
PO BOX 635065
CINCINNATI, OH 45263-5065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 644,992.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225 8**

**Nonpriority creditor's name and mailing address**

SAFETY-KLEEN SYSTEMS INC
PO BOX 975201
DALLAS, TX 75397-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 461.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225 9**

**Nonpriority creditor's name and mailing address**

SAGINAW CENTER LLC
C/O CHASE PROPERTIES
3333 RICHMOND RD #320
BEACHWOOD, OH 44122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 18,658.28

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 0**

**Nonpriority creditor's name and mailing address**

SAKAR INTERNATIONAL INC
195 CARTER DRIVE
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,026.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

SAKURA OF AMERICA
30780 SAN CLEMENTE STREET
HAYWARD, CA 94544-7131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70,214.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.226 2** Nonpriority creditor's name and mailing address

SAM PIEVAC COMPANY INC
DBA SPC RETAIL DISPLAY GR
PO BOX 970
SAN JOSE, CA 95108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  10,480.36

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.226 3** Nonpriority creditor's name and mailing address

SAMMUT BROTHERS
1149 WESTRIDGE PKWY
SALINAS, CA 93907

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$  136.86

Date or dates debt was incurred          Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.226 4** Nonpriority creditor's name and mailing address

SAN DIEGO GAS & ELECTRIC
8330 CENTURY PARK CT
SAN DIEGO, CA 92123-1530

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  23,133.25

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.226 5** Nonpriority creditor's name and mailing address

SAN DIEGO POLICE- ALARMS
PO BOX 121431
SAN DIEGO, CA 92112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  20.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.226 6** Nonpriority creditor's name and mailing address

SAND CAPITAL VI LLC
ATTN ACCOUNTS PAYABLE
10689 N PENNSYLVANIA ST STE 100
INDIANAPOLIS, IN 46280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$  3,549.68

Date or dates debt was incurred          Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.226 7**

**Nonpriority creditor's name and mailing address**
SANDRA TURBIDES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.226 8**

**Nonpriority creditor's name and mailing address**
SANDRALEE WELCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.226 9**

**Nonpriority creditor's name and mailing address**
SANTEE COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 707.75

---

**3.227 0**

**Nonpriority creditor's name and mailing address**
SANTEE PRINT WORKS
58 WEST 40TH STREET
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 261,690.54

---

**3.227 1**

**Nonpriority creditor's name and mailing address**
SANTOKI LLC
1100 N OPDYKE ROAD
AUBURN HILLS, MI 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,117.87

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.227 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 693.75 |
|---|---|---|---|
| | SARA CANDLE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.227 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 600.00 |
|---|---|---|---|
| | SARAH FORMAN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.227 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 900.00 |
|---|---|---|---|
| | SARAH JAMES<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.227 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 125.00 |
|---|---|---|---|
| | SARAH LOUISE BOND<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.227 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | SARAHS CRAFTS<br>BARANGAY KAULUSAN<br>LAGUNA, 4017<br>PHILIPPINES | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2277**

**Nonpriority creditor's name and mailing address**

SARASOTA COUNTY PUBLIC UTILITIES
1660 RINGLING BLVD
SARASOTA, FL 34236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 421.78

---

**3.2278**

**Nonpriority creditor's name and mailing address**

SARONI REAL ESTATE LLC
C/O KIM HERREN
PO BOX 71641
TUSCALOOSA, AL 35407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,443.06

---

**3.2279**

**Nonpriority creditor's name and mailing address**

SAUNDERS MIDWEST LLC
29 MADISON STREET STE 900
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92,038.89

---

**3.2280**

**Nonpriority creditor's name and mailing address**

SAWGRASS
420 WANDO PARK BLVD.
MOUNT PLEASANT, SC 29466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79,123.78

---

**3.2281**

**Nonpriority creditor's name and mailing address**

SAWNEE EMC
543 ATLANTA ROAD
CUMMING, GA 30040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.28

---

| Debtor | Jo-Ann Stores, LLC | Case 25-10068-CTG | Doc 376 | Filed 02/11/25 | Page 641 of 1286 |
|---|---|---|---|---|---|

Name

Case number (if known)  25-10072

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.228 2**

**Nonpriority creditor's name and mailing address**

SCENTSIBLE LLC DBA POO-POURRI
4901 KELLER SPRINGS DR, SUITE 106D
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112,522.51

---

**3.228 3**

**Nonpriority creditor's name and mailing address**

SCHNEIDER NATIONAL CARRIERS INC
PO BOX  281496
ATLANTA, GA 30384-1496

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 362,492.48

---

**3.228 4**

**Nonpriority creditor's name and mailing address**

SCHNITZER PROPERTIES LLC
CANYON PLACE SHOPPING CTR
UNIT #39, P.O. BOX 4500
PORTLAND, OR 97208-4500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,533.45

---

**3.228 5**

**Nonpriority creditor's name and mailing address**

SCHOTT TEXTILES INC
2850 GILCHRIST ROAD
AKRON, OH 44305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 260,712.10

---

**3.228 6**

**Nonpriority creditor's name and mailing address**

SCHOTTENSTEIN REALTY LLC
DBA TJ CENTER I LLC
DEPARTMENT L 2633
COLUMBUS, OH 43260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,341.15

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.228 7**

**Nonpriority creditor's name and mailing address**

SCHOTTENSTEIN REALTY LLC
SRL CROSSINGS AT TAYLOR LLC
DEPT. L-3705
COLUMBUS, OH 43260-3705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,915.32

---

**3.228 8**

**Nonpriority creditor's name and mailing address**

SCHYLLING INC
21 HIGH STREET, SUITE 400
NORTH ANDOVER, MA 01845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 538,964.64

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

SCV WATER - VALENCIA DIVISION
27234 BOUQUET CANYON ROAD
SANTA CLARITA, CA 91350-2173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.27

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

SDM DEVELOPMENT CO LLC
5190 OLSEN SPRINGS CT
WYOMING, MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,319.55

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

SEACOAST UTILITY AUTHORITY
4200 HOOD RD
PALM BEACH GARDENS, FL 33410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.97

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.229 2**

**Nonpriority creditor's name and mailing address**

SEAN F. MONTEITH
C/O BLUME FORTE FRIED ZERRES & MOLINARI
ATTN: BRIAN M. RIEHL, ESQ.
26 JOURNAL SQUARE
JERSEY CITY, NJ 07306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Case No. MID-L-003525-23

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

SEARCE INC
3663 N. SAM HOUSTON PKWY E., #600
HOUSTON, TX 77032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                53,936.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

SEASONAL VISIONS INTERNATIONAL LTD
ROOM 10, 6F, KWAI CHEONG CENTRE
50 KWAI CHEONG ROAD
KWAI CHUNG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                51,866.10

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

SEASONS (HK) LTD
6TH FL BLOCK A CHUNG MEI CENTER
15 HING YIP ST
KWUN TONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

SEASONS SPECIAL CO LTD
2F #8 LANE44 JINMEN ST
TAIPEI
ZONGZHENG, 100033
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.229 7**

**Nonpriority creditor's name and mailing address**

SEASONS SPECIAL CO LTD
2F #8 LANE44 JINMEN ST
TAIPEI
ZONGZHENG, 100033
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 983,885.16

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 8**

**Nonpriority creditor's name and mailing address**

SEASONS TEX
135 VENUS NAGAR KOLATHUR
CHENNAI
TAMILNADU, 600099
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 38,869.72

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 9**

**Nonpriority creditor's name and mailing address**

SECO ENERGY
330 SOUTH US HIGHWAY 301
SUMTERVILLE, FL 33585

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,180.30

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230 0**

**Nonpriority creditor's name and mailing address**

SECURITAS TECHNOLOGY CORP
PO BOX 643731
PITTSBURGH, PA 15264-5253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,016.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230 1**

**Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MGMT SERVICE IN
PO BOX 207834
DALLAS, TX 75320-7834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70,898.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.230 2**

**Nonpriority creditor's name and mailing address**

SE-KURE CONTROLS INC
3714 RUNGE ST
FRANKLIN PARK, IL 60131-1112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    287.50

---

**3.230 3**

**Nonpriority creditor's name and mailing address**

SELCO - 9269
299 E 11TH AVE
EUGENE, OR 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    854.99

---

**3.230 4**

**Nonpriority creditor's name and mailing address**

SELIG ENTERPRISES INC
#39459-002503
1100 SPRING ST STE 550
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  8,468.72

---

**3.230 5**

**Nonpriority creditor's name and mailing address**

SEMCO ENERGY GAS COMPANY
1411 THIRD STREET
SUITE A
PORT HURON, MI 48060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,461.81

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

SEMRUSH INC
800 BOYLSTON ST., #2475
BOSTON, MA 02199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,439.83

---

| Debtor | Jo-Ann Stores, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 25-10072 |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.230 7**

**Nonpriority creditor's name and mailing address**
SEQUOIA PLAZA ASSOCIATES LP
UNITED SECURITY BANK/ C. A. FBO KEY
7088 N FIRST STREET
FRESNO, CA 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$  12,118.45

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230 8**

**Nonpriority creditor's name and mailing address**
SERVICENOW INC
PO BOX 731647
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  11,121.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230 9**

**Nonpriority creditor's name and mailing address**
SEVIER COUNTY ELECTRIC SYSTEM
315 E. MAIN STREET
SEVIERVILLE, TN 37862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  1,173.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231 0**

**Nonpriority creditor's name and mailing address**
SEVIER COUNTY UTILITY DISTRICT (SCUD)
420 ROBERT HENDERSON RD
SEVIERVILLE, TN 37862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  274.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231 1**

**Nonpriority creditor's name and mailing address**
SEW EASY INDUSTRIES
1717 SOUTH 450 WEST
LOGAN, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  19,394.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.231 2**

**Nonpriority creditor's name and mailing address**

SEWPLUS NINGBO CO LTD
NO 68 Caijiayan, Lanjiang St
130
YUYAO, 315400
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.231 3**

**Nonpriority creditor's name and mailing address**

SEYOU CORPORATION LTD
C/O #605676
#405, DAEHO NEW BLDE
SEOUL, 03128
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 783,162.57

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

SFT INC
A-G216, 201 SONGPA-DAERO, SONGPA-GU
SEOUL, 5854
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,904,347.84

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

SHAKOPEE PUBLIC UTILITY
255 SARAZIN STREET
SHAKOPEE, MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,993.05

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

SHANDONG EXCEL LIGHT INDUSTRIAL PRODUCTS CO LTD
168 MINXIANG ROAD
ZIBO, 255088
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,445.44

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.231 7**

**Nonpriority creditor's name and mailing address**

SHANE CERVANTES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

SHANGHAI ALLTEX TECHNOLOGY CO LTD
3/F NO 12 LANE 688 HENGNAN ROAD
PUJIANG TOWN, 201112
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    31,326.62

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

SHANGHAI LIFETEX INDUSTRY CO LTD
NO17, LANE 688 HENGNAN ROAD
MINHANG DISTRICT, 201112
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

SHANGHAI MORE DESIGNERS TRADING
TIANBAOHUATING,HONG KONG DISTRICT
ROOM 1405, BUILDING 2,
SHANGHAI, 200086
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

SHAOXING ADOR IMPORT & EXPORT CO LTD
2ND FLOOR HONGDA BUILDING
ANCHANG TOWN, KEQIAO
SHAOXING, 312030
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    675,717.76

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232 2** **Nonpriority creditor's name and mailing address**

SHAOXING ENYI TEXTILE CO LTD
LUXI INDUSTRIAL PARK
THE 2ND FLOOR, BUILDING 2
SHAOXING, 312000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,510,605.11

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 3** **Nonpriority creditor's name and mailing address**

SHAOXING KEQIAO YUZHOU TEXTILECOLTD
FUQUAN STREET, KEQIAO DI
SHAOXING, 312000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,418,720.87

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 4** **Nonpriority creditor's name and mailing address**

SHAOXING MINYING TRADING CO LTD
NO 7 KAIYUAN ROAD
SHAOXING, 31200
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 506,544.79

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 5** **Nonpriority creditor's name and mailing address**

SHAOXING ROBB IMP & EXP CO LTD
KEQIAO
SUITE B 19018 WONDER PLAZA
SHAOXING KEQIAO, 312030
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,574,518.91

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 6** **Nonpriority creditor's name and mailing address**

SHAOXING XINZEZHOU IMP & EXP CO LTD
WUYANG VILLAGE, FUQUAN TOWN
KEJIAO DISTRICT
SHAOXING,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,083,642.90

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232 7**

**Nonpriority creditor's name and mailing address**

SHARON K. ALVAREZ
C/O LEEDER LAW
ATTN: THOMAS H. LEEDER
8551 W. SUNRISE BLVD.
PLANTATION, FL 33322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CACE-24-009573

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 8**

**Nonpriority creditor's name and mailing address**

SHAWNNA SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

SHELBY TOWN CENTER PHASE I, LLC
34120 WOODWARD
BIRMINGHAM, MI 48009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 19,087.54

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

SHELBYVILLE ROAD PLAZA LLC
C/O HAGAN PROPERTIES INC
12911 REAMERS ROAD
LOUISVILLE, KY 40245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 24,222.26

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

SHENYANG LARGE CIRCLE ARTS & CRAFTS CO LTD
WORKSTATION 0614, ROOM 201
LIAONING
SHENYANG, 110031
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.233 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,637,118.69 |
|---|---|---|---|

SHENYANG LARGE CIRCLE ARTS & CRAFTS CO LTD
WORKSTATION 0614, ROOM 201
LIAONING
SHENYANG, 110031
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.233 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 514,879.84 |
|---|---|---|---|

SHENZHEN RIZEE CULTURAL CREATIVITY
UNIT 1301
RONGCHAO BINHAI BLDG B, NO.2021, HAIXIU RD, XIN'AN ST
190
SHENZHEN, 518100
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.233 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,917.01 |
|---|---|---|---|

SHEPHERD HARDWARE
6961 US HWY 12 WEST
THREE OAKS, MI 49128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.233 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SHERMAN SCHOOL DISTRICT
C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP
115 EAST LAMAR STREET
SHERMAN, TX 75090

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. T-24-3104

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.233 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SHERYL ABRAMS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.233 7**

**Nonpriority creditor's name and mailing address**

SHIELD INDUSTRIES INC
131 SMOKEHILL LANE
WOODSTOCK, GA 30188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110,363.05

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

SHIENQ HUONG ENTERPRISE CO LTD
NO 466 SHIHGUAN RD
CAOTUN TOWNSHIP
NANTOU COUNTY, 54254
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450,921.60

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

SHIRLEY P. COTTON
C/O SPIROS LAW, P.C.
ATTN: JORDAN A. BUTLER, ESQ.
2807 N. VERMILION
SUITE 3
DANVILLE, IL 61832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 2023LA23

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.234 0**

**Nonpriority creditor's name and mailing address**

SHIV SHAKTI HOME
PASSINA KALAN ROAD
PO BOX 180
PANIPAT
HARYANA, 132103
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 221,729.52

---

**3.234 1**

**Nonpriority creditor's name and mailing address**

SHJR LLC
11111 SANTA MONICA BLVD #520
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,115.65

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.234 2**

**Nonpriority creditor's name and mailing address**

SHOPPES AT RIVER CROSSING LLC
SDS-12-2746
PO BOX 86
MINNEAPOLIS, MN 55486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,197.98

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 3**

**Nonpriority creditor's name and mailing address**

SHOPPING CENTER ASSOC-PERRING PLAZA
C/O FEDERAL REALTY INVEST TRUST
PO BOX 8500-9320
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 88,643.58

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 4**

**Nonpriority creditor's name and mailing address**

SHRI SWAMINE LLC
PO BOX 2022
DANVERS, MA 01923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,768.99

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 5**

**Nonpriority creditor's name and mailing address**

SHULAMIT N. NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 6**

**Nonpriority creditor's name and mailing address**

SHULAMIT NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.234 7** | **Nonpriority creditor's name and mailing address**

SIERRA KEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234 8** | **Nonpriority creditor's name and mailing address**

SILHOUETTE AMERICA
618 NORTH 2000 WEST BLDG 2
LINDON, UT 84042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    205,227.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234 9** | **Nonpriority creditor's name and mailing address**

SILVER LAKE CENTER LLC
SILVER LAKE MALL, ATTN: MGMT
200 WEST HANLEY AVE.
COEUR D'ALENE, ID 83815-6081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    3,511.74

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235 0** | **Nonpriority creditor's name and mailing address**

SILVERNAIL ASSOCIATES
W228N745 WESTMOUND DRIVE
WAUKESHA, WI 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$    5,692.88

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235 1** | **Nonpriority creditor's name and mailing address**

SIMMER COACHMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.235 2**

**Nonpriority creditor's name and mailing address**

SIMPLER POSTAGE INC
EASYPOST
39120 ARGONAUT WAY, #460
FREMONT, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66,135.48

---

**3.235 3**

**Nonpriority creditor's name and mailing address**

SIMPLICITY CREATIVE GROUP
261 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 326,478.43

---

**3.235 4**

**Nonpriority creditor's name and mailing address**

SIMPLICITY CREATIVE GROUP
261 MADISON AVE, 4TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,392.35

---

**3.235 5**

**Nonpriority creditor's name and mailing address**

SIMPLICITY CREATIVE GROUP
261 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 311.85

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

SINCERE CREATES & MANUFACTURES LTD
BLK 2, FLAT E & G, 17/F
KINGSWAY INDUSTRIAL BUILDING
KWAI CHUNG, NT 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 381,029.97

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2357**

**Nonpriority creditor's name and mailing address**

SISER NORTH AMERICA
12900 HALL RD STE 270
STERLING HEIGHTS, MI 48313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 714,176.08

---

**3.2358**

**Nonpriority creditor's name and mailing address**

SITE CENTERS CORP
DEPT 103173 30042 15978
PO BOX 931650
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,740.55

---

**3.2359**

**Nonpriority creditor's name and mailing address**

SKADDEN, ARPS, SLATE, MEAGHER & FLO
PO BOX 1764
WHITE PLAINS, NY 10602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 990.00

---

**3.2360**

**Nonpriority creditor's name and mailing address**

SKULLDUGGERY INC
5433 E LA PALMA AVENUE
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,506.43

---

**3.2361**

**Nonpriority creditor's name and mailing address**

SKY MIDLAND HOLDINGS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,594.77

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.236 2** **Nonpriority creditor's name and mailing address**

SM MESA MALL LLC
DBA MESA MALL
PO BOX 713165
CHICAGO, IL 60677-0365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,334.41

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 3** **Nonpriority creditor's name and mailing address**

SMART CIENEGA LLC
SMART CIENEGA SPE LLC
PO BOX 3329
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 28,177.74

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 4** **Nonpriority creditor's name and mailing address**

SMART TOYS & GAMES INC
480 2ND STREET, SUITE 203
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 110,005.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 5** **Nonpriority creditor's name and mailing address**

SMECO (SOUTHERN MARYLAND ELECTRIC COOP)
15065 BURNT STORE ROAD
HUGHESVILLE, MD 20637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31.17

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 6** **Nonpriority creditor's name and mailing address**

SMITH LAND & IMPROVEMENT CORP
DBA WEST SHORE PLAZA
1810 MARKET ST
CAMP HILL, PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,563.41

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

**3.236 7**

**Nonpriority creditor's name and mailing address**

SMUD
6301 S ST.
SACRAMENTO, CA 95817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,622.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 8**

**Nonpriority creditor's name and mailing address**

SNOHOMISH COUNTY PUD
2320 CALIFORNIA STREET
EVERETT, WA 98201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,236.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 9**

**Nonpriority creditor's name and mailing address**

SNOW WHITE WOOLLEN MILLS PVT LTD
K 2 TEXTILE COLONY
INDUSTRIAL AREA A
LUDHIANA
PUNJAB, 141003
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.237 0**

**Nonpriority creditor's name and mailing address**

SOAP CHAMPAIGN LLC
HORIZON MANAGEMENT
1540 E. DUNDEE ROAD, #240
PALATINE, IL 60074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 27,934.49

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.237 1**

**Nonpriority creditor's name and mailing address**

SOCIALSIGN.IN INC
248 ROUTE 25A STE 24
EAST SETAUKET, NY 11733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,490.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.237 2**

**Nonpriority creditor's name and mailing address**

SOFT FLEX COMPANY
22678 BROADWAY SUITE 1
SONOMA, CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,260.85

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

SOLARTEX CORPORATION
7F NO 477 SEC 2, TIDING BLVD
TAIPEI, 114-93
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 687,272.28

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

SOUTH BEND MUNICIPAL UTILITIES
COUNTY-CITY BUILDING 227 WEST JEFFERSON BLVD.
SOUTH BEND, IN 46601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 218.61

---

**3.237 5**

**Nonpriority creditor's name and mailing address**

SOUTH END INVESTORS LLC
3265 MERIDIAN PKWY, STE. 130
WESTON, FL 33331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,019.60

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

SOUTH JERSEY GAS COMPANY
1 S JERSEY PLZ
HAMMONTON, NJ 08037-9100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 751.06

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.237 7 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH PARK PLAZA INC<br>19040 PARK AVENUE PLAZA<br>MEADVILLE, PA 16335 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent Payable | $    7,339.32 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.237 8 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN CALIFORNIA EDISON<br>2244 WALNUT GROVE AVE<br>ROSEMEAD, CA 91770-3714 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $    37,772.24 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.237 9 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN CALIFORNIA GAS (THE GAS CO.)<br>1801 S. ATLANTIC BLVD.<br>MONTEREY PARK, CA 91754 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $    7,400.20 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.238 0 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN CONNECTICUT GAS (SCG)<br>60 MARSH HILL ROAD<br>ORANGE, CT 06477 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $    2,099.31 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.238 1 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN UNION STATE<br>COMMUNITY COLLEGE<br>750 ROBERTS ST<br>WADLEY, AL 36276 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $    700.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.238 2**

**Nonpriority creditor's name and mailing address**

SOUTHINGTON RT 10 ASSOCIATES LP
C/O CORNERSTONE
231 FARMINGTON AVENUE
FARMINGTON, CT 06032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,365.21

---

**3.238 3**

**Nonpriority creditor's name and mailing address**

SOUTHTOWN PLAZA REALTY LLC
C/O NAMDAR REALTY GRP LLC
PO BOX 25078
TAMPA, FL 33622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,579.47

---

**3.238 4**

**Nonpriority creditor's name and mailing address**

SOUTHWEST COMMONS 05A LLC
PO BOX 511479
LOS ANGELES, CA 90051-8034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,154.27

---

**3.238 5**

**Nonpriority creditor's name and mailing address**

SOUTHWEST GAS
8360 S DURANGO DR
LAS VEGAS, NV 89113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,364.54

---

**3.238 6**

**Nonpriority creditor's name and mailing address**

SOUTHWEST SIGN GROUP INC
APEX SIGN GROUP
7208 SOUTH WW WHITE RD.
SAN ANTONIO, TX 78222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,971.30

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.238 7**

**Nonpriority creditor's name and mailing address**

SOUTHWESTERN ELECTRIC POWER
1 RIVERSIDE PLAZA,14TH FLOOR
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.238 8**

**Nonpriority creditor's name and mailing address**

SOUTHWESTERN VA GAS COMPANY
208 LESTER STREET
MARTINSVILLE, VA 24112-2821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.238 9**

**Nonpriority creditor's name and mailing address**

SP 35 LP
NATIONAL R&D CORP
3 MANHATTANVILLE ROAD
PURCHASE, NY 10577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    45.33

---

**3.239 0**

**Nonpriority creditor's name and mailing address**

SPANISH FORK CITY UT
40 SOUTH MAIN
SPANISH FORK, UT 84660-5510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,280.94

---

**3.239 1**

**Nonpriority creditor's name and mailing address**

SPARROW INNOVATIONS INC
1865 E LAKE MARY BLVD
SANFORD, FL 32773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,740.55

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.239 2**

**Nonpriority creditor's name and mailing address**

SPARTAN GRAPHICS INC
200 APPLEWOOD DRIVE, P.O. BOX 218
SPARTA, MI 49345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,835.38

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

SPARTANBURG WATER SYSTEM
200 COMMERCE STREET
SPARTANBURG, SC 29304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173.26

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

SPELLBINDERS
1125 W PINNACLE PEAK RD, STE 124
PHOENIX, AZ 85027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 76,374.30

---

**3.239 5**

**Nonpriority creditor's name and mailing address**

SPINRITE CORP
320 LIVINGSTONE AVE SOUTH PO BOX 40
LISTOWEL, ON N4W 3H3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,027,743.15

---

**3.239 6**

**Nonpriority creditor's name and mailing address**

SPIRE/CHARLOTTE
700 MARKET ST.
ST. LOUIS, MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,493.50

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2397**

**Nonpriority creditor's name and mailing address**

SPIRE/ST LOUIS
700 MARKET ST
FL 6
SAINT LOUIS, MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,785.73

---

**3.2398**

**Nonpriority creditor's name and mailing address**

SPIRIT PROPERTIES, LTD
21070 CENTRE POINTE PKWY
SANTA CLARITA, CA 91350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,955.39

---

**3.2399**

**Nonpriority creditor's name and mailing address**

SPOKANE FIRE DEPARTMENT
44 W RIVERSIDE AVENUE
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.00

---

**3.2400**

**Nonpriority creditor's name and mailing address**

SPRING CREEK OWNER LLC
PO BOX 844
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,172.04

---

**3.2401**

**Nonpriority creditor's name and mailing address**

SPRINGFIELD PLAZA ASSOCIATES LLC
11155 RED RUN BLVD. #320
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.240 2**

**Nonpriority creditor's name and mailing address**

SPRINGFIELD SQUARE
C/O LG REALTY ADVISORS INC, LIBERTY
141 S. SAINT CLAIR ST., #201
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,043.37

---

**3.240 3**

**Nonpriority creditor's name and mailing address**

SPRINGS CREATIVE PRODUCTS GROUP
300 CHATHAM AVENUE, SUITE 100
ROCK HILL, SC 29730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,085,282.22

---

**3.240 4**

**Nonpriority creditor's name and mailing address**

SPT CRE PROPERTY HOLD 2015 LLC
200 LINCOLN RETAIL, C/O LUND CO
450 REGENCY PKWY #200
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,676.23

---

**3.240 5**

**Nonpriority creditor's name and mailing address**

SQUARE ONE PARTNERS LLC
C/O PRETIUM PROPERTY MGMT LLC
PO BOX 2155
HADDONFIELD, NJ 08033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,295.30

---

**3.240 6**

**Nonpriority creditor's name and mailing address**

SQUARE ONE PARTNERS LLC
4663 E LAFAYETTE BLVD
PHOENIX, AZ 85018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,516.13

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.240.7**

**Nonpriority creditor's name and mailing address**

SQUISHABLE
580 BROADWAY; SUITE 608
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,127.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240.8**

**Nonpriority creditor's name and mailing address**

SRI RAMLAKSHMAN FABS
1/65-12 THENDRAL NAGAR KOTTAIMEDU
KOMARAPALAYAM
ERODE
TAMILNADU, 638183
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 635,437.34

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240.9**

**Nonpriority creditor's name and mailing address**

SRK LADY LAKE 21 SPE LLC
4053 MAPLE RD., SUITE 200
AMHERST, NY 14226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 16,085.44

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241.0**

**Nonpriority creditor's name and mailing address**

ST. JOHNS TOWN CENTER LLC
PO BOX 713569
CHICAGO, IL 60677-0093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 174,746.83

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241.1**

**Nonpriority creditor's name and mailing address**

STAEDTLER INC
850 MATHESON BLVD WEST UNIT 4
MISSISSAUGA, ON L5V 0B4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57,073.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.241 2**

**Nonpriority creditor's name and mailing address**

STARLITE CREATIONS INC
727 BREA CANYON RD SUITE 4
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63.16

**3.241 3**

**Nonpriority creditor's name and mailing address**

STATE INSURANCE FUND
NYSIF DISABILITY BENEFITS
PO BOX 5520
BINGHAMTON, NY 13902-5520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,296.84

**3.241 4**

**Nonpriority creditor's name and mailing address**

STEELWORKERS PENSION TRUST
ATTN: WITHDRAWAL LIABILITY DEPARTMENT
7 NESHAMINY INTERPLEX DR.
BENSALEM, PA 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Pension Benefit Plan Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

**3.241 5**

**Nonpriority creditor's name and mailing address**

STEFFI LYNN LLC
1173 GREENE AVE.
3A
BROOKLYN, NY 11221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,500.00

**3.241 6**

**Nonpriority creditor's name and mailing address**

STEPHEN M BERREY TRUST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,792.58

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.241 7**

**Nonpriority creditor's name and mailing address**

STERLING INFOSYSTEMS INC
PO BOX 35626
NEWARK, NJ 07193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 14,571.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241 8**

**Nonpriority creditor's name and mailing address**

STERLING VALUE ADD INVESTMENTS III
SVAP III CORAL LANDINGS LLC
PO BOX 209372
AUSTIN, TX 78720-9372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 18,798.11

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241 9**

**Nonpriority creditor's name and mailing address**

STG INTERMODAL SOLUTIONS INC
PO BOX 847210
LOS ANGELES, CA 90084-7210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 116,882.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.242 0**

**Nonpriority creditor's name and mailing address**

STI GLOBAL INC
5105 WALDEN LN
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 98,468.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.242 1**

**Nonpriority creditor's name and mailing address**

STOCKBRIDGE COURTLAND CTR., LLC
P.O. BOX 8130
BLOOMFIELD HILLS, MI 48302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 18,330.02

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.242 2**

**Nonpriority creditor's name and mailing address**

STOCKDALE INVESTMENT GROUP INC
PRESTON FOREST SC LLC
PO BOX 209393
AUSTIN, TX 78720-9393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,257.72

**3.242 3**

**Nonpriority creditor's name and mailing address**

STOROPACK INC
DEPT C, LOCATION  00207
CINCINNATI, OH 45264-0207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111,387.84

**3.242 4**

**Nonpriority creditor's name and mailing address**

STOW HOTEL ASSOCIATES TWO LLC
DBA STAYBRIDGE SUITES AKRON/STOW
4351 STEELS POINTE DRIVE
STOW, OH 44224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,130.67

**3.242 5**

**Nonpriority creditor's name and mailing address**

STREAMLINE IMPORTING INC
229 NORTH ROUTE 303, SUITE 107
CONGERS, NY 10920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,802.12

**3.242 6**

**Nonpriority creditor's name and mailing address**

STROTHER & HERRINE
DBA TRI-STATE SAFETY
PO BOX  4096
OPELIKA, AL 36803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 304.87

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2427**

**Nonpriority creditor's name and mailing address**

STUDIO DESIGNS INC
NO 43 HONGLIAN ROAD
100
HENGLIN TOWN, CHANGZHOU CITY, 213101
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 48,564.25

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2428**

**Nonpriority creditor's name and mailing address**

STUDIO ELUCEO LTD
3FL-19, NO 3 TIEN MOU W. ROAD
TAIPEI, 111049
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 480,156.04

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2429**

**Nonpriority creditor's name and mailing address**

SUAVE GLOBAL LLC
1726 25TH  AVENUE
NASHVILLE, TN 37208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2430**

**Nonpriority creditor's name and mailing address**

SUBURBAN NATURAL GAS COMPANY
2626 LEWIS CENTER RD
LEWIS CENTER, OH 43035-9206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 307.04

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2431**

**Nonpriority creditor's name and mailing address**

SUBURBAN PLAZA INVESTMENTS LLLP
SUBURBAN PLAZA LLC
1100 SPRING ST #550
ATLANTA, GA 30309-2848

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 11,781.05

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Name

Case number (if known)  25-10072

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

SUBURBAN PROPANE-2106
240 ROUTE 10 WEST
WHIPPANY, NJ 07981-0206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,564.06

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

SUEMAR REALTY INC
27476 HOLIDAY LANE
PERRYSBURG, OH 43552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,990.09

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

SUFFOLK COUNTY WATER AUTHORITY - NY
4060 SUNRISE HIGHWAY
OAKDALE, NY 11769

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 293.61

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

SUGARLAND PLAZA LTD PARTNERSHIP
PO BOX 277830
ATLANTA, GA 30384-7830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,818.32

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

SULKY OF AMERICA
980 COBB PLACE BLVD, SUITE 130
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 434,885.05

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.243 7**   **Nonpriority creditor's name and mailing address**

SULLIVANS USA INC
4341 MIDDAUGH AVE
DOWNERS GROVE, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 107,936.99

---

**3.243 8**   **Nonpriority creditor's name and mailing address**

SUMMA ENTERPRISE GROUP LLC
DBA SUMMA WELLNESS INSTITUTE
5625 HUDSON DR
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,486.88

---

**3.243 9**   **Nonpriority creditor's name and mailing address**

SUMMERVILLE CPW
215 NORTH CEDAR STREET
SUMMERVILLE, SC 29483

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103.25

---

**3.244 0**   **Nonpriority creditor's name and mailing address**

SUMMIT NATURAL GAS OF MAINE INC
442 CIVIC CENTER DRIVE
SUITE 425
AUGUSTA, ME 04330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,174.63

---

**3.244 1**   **Nonpriority creditor's name and mailing address**

SUMMIT TOWNE CENTRE INC
CO BALDWIN BROS INC
PO BOX 6182
HERMITAGE, PA 16148-0922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,027.74

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.244 2**

**Nonpriority creditor's name and mailing address**

SUMMIT TOWNSHIP WATER AUTHORITY
1230 TOWNHALL RD W
ERIE, PA 16509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 623.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

SUMMIT UTILITIES ARKANSAS INC
10825 E GEDDES AVE
STE 410
CENTENNIAL, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 525.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

SUMMIT UTILITIES OKLAHOMA INC
101 SW H AVE
LAWTON, OK 73501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 276.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

SUNBEAM DEVELOPMENT CORP
1401 79TH ST CAUSEWAY
MIAMI, FL 33141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 16,651.10

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

SUNLITE TRADING COMPANY LIMITED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 421,503.15

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.244 7**

**Nonpriority creditor's name and mailing address**
SUNMARK PROPERTY LLC
CO 1ST COMMERCIAL RTY GRP INC
2009 PORTERFIELD WAY STE P
UPLAND, CA 91786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 29,055.48

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244 8**

**Nonpriority creditor's name and mailing address**
SUNSET RIVER LLC
C/O KEIZER ENTERPRISES LLC
PO BOX 1583
CORVALLIS, OR 97339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,023.17

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244 9**

**Nonpriority creditor's name and mailing address**
SUNTECK TRANSPORT CO LLC
PO BOX 536665
PITTSBURGH, PA 15253-5908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,835.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245 0**

**Nonpriority creditor's name and mailing address**
SUNYIN (HK) HOLDING LIMITED
UNIT A 25/F ONE ISLAND SOUTH
2 HEUNG YIP ROAD
WONG CHUK HANG
HONG KONG, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,004,077.85

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245 1**

**Nonpriority creditor's name and mailing address**
SURGE STAFFING LLC
4 EASTON OVAL
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,883.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.245 2**

**Nonpriority creditor's name and mailing address**
SUSAN MCGUIRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.245 3**

**Nonpriority creditor's name and mailing address**
SUSAN R. HEIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.245 4**

**Nonpriority creditor's name and mailing address**
SUSANA SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.245 5**

**Nonpriority creditor's name and mailing address**
SUSO 4 FOREST LP
BLDG ID FTM001
PO BOX 74773
CLEVELAND, OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   9,254.24

---

**3.245 6**

**Nonpriority creditor's name and mailing address**
SUSO 5 NORTHLAKE LP
SLATE GROCERY HOLDING (NO. 5) LP
PO BOX 74875
CLEVELAND, OH 44194-0958

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   12,706.90

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.245 7**

**Nonpriority creditor's name and mailing address**

SUTEX SAS
CALLE 80 KM 1.7 ENTRADA PARQUE
COTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                108,460.05

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

SUZANNE CHEEK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

SUZHOU LEJING KNITTING CO LTD
WUZHONG RD SHENGZE
SUZHOU, 215228
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                252,493.13

---

**3.246 0**

**Nonpriority creditor's name and mailing address**

SVP SEWING BRANDS LLC
300 2ND AVE. SUITE 300
NASHVILLE, TN 37201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,255,564.24

---

**3.246 1**

**Nonpriority creditor's name and mailing address**

SVP SEWING BRANDS LLC
300 2ND AVENUE SOUTH, SUITE 300
NASHVILLE, TN 37201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,715,968.29

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.246 2**

**Nonpriority creditor's name and mailing address**

SWAVELLE/MILL CREEK FABRICS
300 PARK AVENUE SOUTH - 8TH FLOOR
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    137,076.53

---

**3.246 3**

**Nonpriority creditor's name and mailing address**

SWIFT RESPONSE LLC
P.O. BOX 266948
WESTON, FL 33326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,827.53

---

**3.246 4**

**Nonpriority creditor's name and mailing address**

SWP WABASH PROPERTIES I LLC
2144 S MACARTHUR BLVD
SPRINGFIELD, IL 62704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    13,661.29

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

SYLVIA RIVAS
22120 CLARENDON STREET
SUITE 200
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. ADJ16694400

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

SYLVIA RIVAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.246 7** **Nonpriority creditor's name and mailing address**

T PEORIA IL LLC
PO BOX 209277
AUSTIN, TX 78720-9277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 12,682.81

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246 8** **Nonpriority creditor's name and mailing address**

T SOUTHERN TIER NY LLC
PO BOX 209277
AUSTIN, TX 78720-9277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 11,677.79

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246 9** **Nonpriority creditor's name and mailing address**

TA SERVICES INC
9920 EAST 30TH ST.
INDIANAPOLIS, IN 46229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,375.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 0** **Nonpriority creditor's name and mailing address**

TABITHA SEWER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 1** **Nonpriority creditor's name and mailing address**

TAG DE LLC
C/O GENTILOZZI REAL ESTATE INC
201 N. WASHINGTON SQ., #900
LANSING, MI 48933

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 30,871.43

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Jo-Ann Stores, LLC
Name                                    Case number (if known)   25-10072

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.247 2**

**Nonpriority creditor's name and mailing address**

TAIXING TONGJI FOREIGN TRADE CO LTD
PAOJIANG KAIYUAN ROAD
LONGYANG WUJIN 2# BUILDING
SHAOXING
ZHEJIANG, 312000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                198,160.02

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

TAIZHOU HONFONT IMPORT & EXPORT CO
WEST INDUSTRIAL PARK
NO.12 GONGXIN AVENUE
TAIZHOU CITY, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                268,875.02

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

TAIZHOU SUNUP TECH CO LTD
5 HENGXING ROAD
TAIZHOU
HUANGYAN, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  5,815.13

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

TALLAPOOSA RIVER ELECTRIC COOPERATIVE
15163 U.S. HWY 431
SOUTH LAFAYETTE, AL 36862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 40,649.64

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

TAMARACK VILLAGE SHOPPING CTR LP
C/O CUSHMAN & WAKEFIELD
SDS-12-2659, PO BOX 86
MINNEAPOLIS, MN 55486-0086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 29,359.14

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| **3.2477** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,758.86 |
|---|---|---|---|

TAMBURRO PROPERTIES II LLC
CO ROBERT TAMBURRO
401 SUNSHINE BLVD
LADY LAKE, FL 32159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.2478** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 62,320.83 |
|---|---|---|---|

TAMPA PALMS SHOPPING PLAZA LLC
PO BOX 765
SHORT HILLS, NJ 07078-0765

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.2479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,376.00 |
|---|---|---|---|

TATA CONSULTANCY SERVICES LTD
379 THORNALL ST
EDISON, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.2480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,761.45 |
|---|---|---|---|

TAUNTON MUNI LIGHTING PLANT (TMLP) - 870
55 WEIR STREET
TAUNTON, MA 02780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.2481** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 47,861.34 |
|---|---|---|---|

TECHNOLOGY RECOVERY GROUP
PO BOX 933260
CLEVELAND, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.248 2**    **Nonpriority creditor's name and mailing address**

TECO TAMPA ELECTRIC COMPANY
702 NORTH FRANKLIN STREET
TAMPA, FL 33602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,456.28

---

**3.248 3**    **Nonpriority creditor's name and mailing address**

TECO: PEOPLES GAS
702 N FRANKLIN ST
TAMPA, FL 33602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44.22

---

**3.248 4**    **Nonpriority creditor's name and mailing address**

TEMA ROOFING SERVICES LLC
1596 MOTOR INN DRIVE
GIRARD, OH 44420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,064.00

---

**3.248 5**    **Nonpriority creditor's name and mailing address**

TENNANT SALES AND SERVICE CO
PO BOX #71414
CHICAGO, IL 60694-1414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,103.51

---

**3.248 6**    **Nonpriority creditor's name and mailing address**

TENNESSEE AMERICAN WATER COMPANY
109 WIEHL STREET
CHATTANOOGA, TN 37403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92.71

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.248 7**  **Nonpriority creditor's name and mailing address**

TERESA VIDES
C/O THE PARKS LAW FIRM
ATTN: CLYDE R. PARKS
1816 NORWOOD DRIVE
HURST, TX 76054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248 8**  **Nonpriority creditor's name and mailing address**

TERRA WORLDWIDE LOGISTICS LLC
AMERICAN GLOBAL LOGISTICS
PO BOX 96494
CHARLOTTE, NC 28296-0494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,980.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248 9**  **Nonpriority creditor's name and mailing address**

TERRANOMICS CROSSROADS ASSOCIATES
MS 631099 PO BOX 3953
SEATTLE, WA 98124-3953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 14,277.12

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249 0**  **Nonpriority creditor's name and mailing address**

TERRI CAILIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249 1**  **Nonpriority creditor's name and mailing address**

TESTRITE INSTRUMENT CO, INC.
216 SOUTH NEWMAN STREET
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 188.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.249 2**

**Nonpriority creditor's name and mailing address**

TEXAS GAS SERVICE
200 SOUTHWEST 6TH AVENUE
TOPEKA, KS 66603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 250.58

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

TEXAS PROPERTY & CASUALTY GUARANTY
9120 BURNET ROAD
AUSTIN, TX 78758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 193.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

TEXTILE CREATIONS INC
6/1 SILAMBU STREET
PADMANABA NAGAR
Z03
TAMIL NADU, 600094
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 402,137.46

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249 5**

**Nonpriority creditor's name and mailing address**

THE BEADERY C/O TONER PLASTICS
35 INDUSTRIAL DR
EAST LONGMEADOW, MA 01028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,838.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249 6**

**Nonpriority creditor's name and mailing address**

THE CENTRE AT DEANE HILL GP
750 HAMMOND DR., BLDG 10-250
ATLANTA, GA 30328-6116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 21,354.84

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.2497**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 957.06 |
| --- | --- | --- |
| THE ENERGY COOPERATIVE<br>1500 GRANVILLE RD<br>NEWARK, OH 43058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2498**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 621,010.27 |
| --- | --- | --- |
| THE FELDMAN CO INC<br>241 W. 37TH ST., STE. 524<br>NEW YORK, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2499**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 688,247.64 |
| --- | --- | --- |
| THE GORILLA GLUE COMPANY<br>2101 E KEMPER RD<br>CINCINNATI, OH 45241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2500**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,964.60 |
| --- | --- | --- |
| THE HILLMAN GROUP INC<br>10590 HAMILTON AVENUE<br>CINCINNATI, OH 45231 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2501**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,812.12 |
| --- | --- | --- |
| THE ILLUMINATING COMPANY<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.250 2**

**Nonpriority creditor's name and mailing address**

THE IMAGE GROUP OF TOLEDO INC
1255 CORPORATE DRIVE
HOLLAND, OH 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,834.91

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

THE KYJEN COMPANY LLC
7337 S REVERE PKWY
DENVER, CO 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

THE LANG COMPANIES INC (CONSIGNMENT
20825 SWENSON DRIVE, SUITE 100
WAUKESHA, WI 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250,928.51

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

THE LIGHTHOUSE FOR THE BLIND
FALCON SAFETY PRODUCTS
10440 TRENTON AVENUE
SAINT LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,683.78

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

THE PEGGS COMPANY INC
PO BOX 907
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,593.17

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.250 7**

**Nonpriority creditor's name and mailing address**

THE PM COMPANY
1000 GRAND CENTRAL MALL
THE PM CENTER SUITE 201
VIENNA, WV 26105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,933.87

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

THE PRICE REIT INC
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,172.23

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

THE ROUSE COMPANIES LLC
2201 REGENCY RD #602
LEXINGTON, KY 40503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,239.39

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

THE SHERWIN-WILLIAMS COMPANY
101 W PROSPECT AVE
CLEVELAND, OH 44115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,033.42

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

THE SHOPPES LP
STARWOOD MORT CAP LLC #918523528
PO BOX 772105
DETROIT, MI 48277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,756.05

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.251 2**

**Nonpriority creditor's name and mailing address**

THE TERMINIX INTERNATIONAL CO LP
150 PEABODY PLACE
MEMPHIS, TN 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,041.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

THE TORRINGTON WATER COMPANY
835 MAIN ST
BRIDGEPORT, CT 06604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29.86

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

THE UNITED ILLUMINATING COMPANY
100 MARSH HILL RD
ORANGE, CT 06477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,063.82

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

THE UNITED STEEL, PAPER AND FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION
60 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Union Obligations pursuant to the Collective Bargaining Agreement

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

THE WIDEWATERS GROUP INC
ATTN: LEASE ADMINISTRATION
5845 WIDEWATERS PKWY #100
EAST SYRACUSE, NY 13057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,781.22

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.251 7** | **Nonpriority creditor's name and mailing address**

THE WILLIAMS FAMILY TRUST
230 OHIO STREET, STE #200
OSHKOSH, WI 54902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,745.97

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 8** | **Nonpriority creditor's name and mailing address**

THERESA A. FEIST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 9** | **Nonpriority creditor's name and mailing address**

THERESA D CULPEPPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,323.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 0** | **Nonpriority creditor's name and mailing address**

THERESA TIPPY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 1** | **Nonpriority creditor's name and mailing address**

THERM O WEB INC
770 GLENN AVENUE
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 184,319.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.252 2**

**Nonpriority creditor's name and mailing address**

THF GREENGATE DEVELOPMENT LP
C/O TKG MANAGEMENT INC
211 N STADIUM BLVD STE 201
COLUMBIA, MO 65203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,910.49

---

**3.252 3**

**Nonpriority creditor's name and mailing address**

THINK UTILITY SERVICES INC
4685 118TH AVE N
CLEARWATER, FL 33762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83.41

---

**3.252 4**

**Nonpriority creditor's name and mailing address**

THOMPSON ELECTRIC INC
49 NORTHMORELAND AVE.
MUNROE FALLS, OH 44262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,764.33

---

**3.252 5**

**Nonpriority creditor's name and mailing address**

THOMPSON TRACTOR CO INC
PO BOX 746941
ATLANTA, GA 30374-6941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,793.24

---

**3.252 6**

**Nonpriority creditor's name and mailing address**

THYSSENKRUPP ELEVATOR CORP
PO BOX 3795
CAROL STREAM, IL 60132-3796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,288.90

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.252 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

TIFFANY GARCIA
ADDRESS ON FILE

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.252 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

TIFFANY T. GARCIA
ADDRESS ON FILE

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.252 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    5,553.21 |
|---|---|---|---|

TIFTON PLAZA OWNER LLC
C/O IN-REL PROPERTIES INC
200 LAKE AVE, 2ND FLOOR
LAKE WORTH BEACH, FL 33460

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.253 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    8,802.01 |
|---|---|---|---|

TIK TOK INC
ATTN: ACCOUNTING
5800 BRISTOL PKWY, STE. 100
CULVER CITY, CA 90230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.253 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    56,649.71 |
|---|---|---|---|

TIMELESS TREASURES FABRIC
483 BROADWAY
NEW YORK, NY 10013

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
|        | Name               |                          |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| **3.253.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|
| | TIMOTHY HARTMAN<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| | | **Basis for the claim:** Workers Compensation | | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| **3.253.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 486,660.96 |
|---|---|---|---|---|
| | TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | | **Basis for the claim:** Trade Payable | | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| **3.253.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 11,177.55 |
|---|---|---|---|---|
| | TKG COLERAIN TOWNE CENTER LLC<br>211 NORTH STADIUM BLVD STE 201<br>COLUMBIA, MO 65203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | | **Basis for the claim:** Rent Payable | | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| **3.253.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 13,043.95 |
|---|---|---|---|---|
| | TKG ROCK BRIDGE CENTER LLC<br>C/O TKG MANAGEMENT INC<br>211 N STADIUM BLVD STE 201<br>COLUMBIA, MO 65203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | | **Basis for the claim:** Rent Payable | | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| **3.253.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 50.61 |
|---|---|---|---|---|
| | TM SHEA PRODUCTS INC<br>1950 AUSTIN DRIVE<br>TROY, MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | | **Basis for the claim:** Trade Payable | | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.253 7** **Nonpriority creditor's name and mailing address**

TMA-LIVCOM LLC
CO NATIONAL REAL ESTATE MGMT
9986 MANCHESTER RD
SAINT LOUIS, MO 63122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,507.06

---

**3.253 8** **Nonpriority creditor's name and mailing address**

TODAY IS ART DAY CREATIONS INC.
6010 CAJON BLVD
SAN BERNARDINO, CA 92407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 549.71

---

**3.253 9** **Nonpriority creditor's name and mailing address**

TODAYS TREASURES INC
NO. 101 LIANXIN ROAD
190
SHEN ZHEN, 518116
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 96,819.72

---

**3.254 0** **Nonpriority creditor's name and mailing address**

TODD M. BARTLETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.254 1** **Nonpriority creditor's name and mailing address**

TOGALEI HOFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.254 2** Nonpriority creditor's name and mailing address

TOHO WATER AUTHORITY - 30527
951 MARTIN LUTHER KING BLVD
KISSIMMEE, FL 34741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 638.26

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.254 3** Nonpriority creditor's name and mailing address

TOLEDO EDISON
76 S MAIN ST BSMT
AKRON, OH 44308-1817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,363.08

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.254 4** Nonpriority creditor's name and mailing address

TOLL GLOBAL FORWARDING (USA) INC
PO BOX 89  4160
LOS ANGELES, CA 90189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 910,366.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.254 5** Nonpriority creditor's name and mailing address

TOMBIGBEE ELECTRIC POWER ASSOC-TUPELO
1346 AUBURN ROAD
TUPELO, MS 38804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,752.35

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.254 6** Nonpriority creditor's name and mailing address

TONER PLASTICS INC
35 INDUSTRIAL DRIVE
EAST LONGMEADOW, MA 01028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,345.63

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.254
7**

**Nonpriority creditor's name and mailing address**

TONY GONZALEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.254
8**

**Nonpriority creditor's name and mailing address**

TOOELE CITY CORPORATION
90 NORTH MAIN STREET
TOOELE, UT 84074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 219.94

---

**3.254
9**

**Nonpriority creditor's name and mailing address**

TOP NOTCH CLEANING INC
2219 CENTERHILL DRIVE
OPELIKA, AL 36801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,746.84

---

**3.255
0**

**Nonpriority creditor's name and mailing address**

TOPOCEAN CONSOLID SERV (LA) INC
2727 WORKMAN MILL RD
CITY OF INDUSTRY, CA 90601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 365.00

---

**3.255
1**

**Nonpriority creditor's name and mailing address**

TORI KOLAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.255 2**

**Nonpriority creditor's name and mailing address**

TORRINGTON PLAZA LLC
550 7TH AVENUE, 15TH FL.
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8,009.19

---

**3.255 3**

**Nonpriority creditor's name and mailing address**

TOTAL DISTRIBUTION SERVICE INC
10801 WALKER STREET, #230
CYPRESS, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    185,008.49

---

**3.255 4**

**Nonpriority creditor's name and mailing address**

TOTAL LINE REFRIGERATION INC
33530 PIN OAK PKWY
AVON LAKE, OH 44012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,315.96

---

**3.255 5**

**Nonpriority creditor's name and mailing address**

TOURMALINE CAPITAL II REIT LLC
BLI SUNSET SQUARE LLC C/O FIRST WES
2940 FAIRVIEW AVE. E
SEATTLE, WA 98102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    20,804.25

---

**3.255 6**

**Nonpriority creditor's name and mailing address**

TOWN & COUNTRY CHICAGO ASSOC LLC
PO BOX 809040
CHICAGO, IL 60680-9040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    21,144.68

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.255 7**

**Nonpriority creditor's name and mailing address**

TOWN CENTER I FAMILY PARTNERSHIP LP
CO: GLACIER PEAK MGMT SERVICES INC
445 MARINE VIEW AVE., #300
DEL MAR, CA 92014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,057.06

---

**3.255 8**

**Nonpriority creditor's name and mailing address**

TOWN OF BILLERICA, MA
365 BOSTON ROAD
BILLERICA, MA 01821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48.42

---

**3.255 9**

**Nonpriority creditor's name and mailing address**

TOWN OF BURLINGTON - DEPT 520
29 CENTER STREET
BURLINGTON, MA 01803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114.01

---

**3.256 0**

**Nonpriority creditor's name and mailing address**

TOWN OF CARY, NC
316 N. ACADEMY
ST. CARY, NC 27513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73.35

---

**3.256 1**

**Nonpriority creditor's name and mailing address**

TOWN OF CHRISTIANSBURG, VA
100 EAST MAIN STREET
CHRISTIANSBURG, VA 24073-3029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.03

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.256**
**2**

**Nonpriority creditor's name and mailing address**

TOWN OF CULPEPER, VA
400 S MAIN ST STE 100
CULPEPER, VA 22701-3146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,196.54

---

**3.256**
**3**

**Nonpriority creditor's name and mailing address**

TOWN OF GILBERT, AZ
90 E. CIVIC CENTER DRIVE
GILBERT, AZ 85296

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  213.62

---

**3.256**
**4**

**Nonpriority creditor's name and mailing address**

TOWN OF LADY LAKE UTILITIES
409 FENNELL BOULEVARD
LADY LAKE, FL 32159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  174.60

---

**3.256**
**5**

**Nonpriority creditor's name and mailing address**

TOWN OF NIAGARA, NY
7105 LOCKPORT ROAD
NIAGARA FALLS, NY 14305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  100.00

---

**3.256**
**6**

**Nonpriority creditor's name and mailing address**

TOWN OF NORTH ATTLEBOROUGH
43 SOUTH WASHINGTON ST
NORTH ATTLEBOROUGH, MA 02760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  131.80

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.256 7**

**Nonpriority creditor's name and mailing address**

TOWN OF QUEEN CREEK WATER, AZ
22358 S. ELLSWORTH ROAD
QUEEN CREEK, AZ 85142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                117.47

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

TOWN OF QUEENSBURY -NY
742 BAY RD
QUEENSBURY, NY 12804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                140.00

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

TOWN OF SCHERERVILLE, IN
10 EAST JOLIET ST
SCHERERVILLE, IN 46375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                206.17

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

TOWN OF WALLKILL, NY
ATTN: WATER & SEWER DEPARTMENT
99 TOWER DRIVE
BUILDING A
MIDDLETOWN, NY 10941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                13.99

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

TOWN OF WALPOLE MA
135 SCHOOL ST
WALPOLE, MA 02081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                198.63

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.257 2**

**Nonpriority creditor's name and mailing address**

TOWN OF WARRENTON, VA
21 MAIN STREET
WARRENTON, VA 20186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.74

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

TOYHOUSE LLC
PO BOX 443
MYSTIC, CT 06355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,939.90

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

TRALANTHIA WALLACE
C/O PENDLAND LAW FIRM
ATTN: JEREMY C. PENLAND, ESQ.
7411 NASHVILLE STREET
RINGGOLD, GA 30736

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. SUCV2021001272

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

TRANSFORM HOLDCO LLC
TRANSFORM BOHEMIA NY LLC
PO BOX 200272
DALLAS, TX 75320-0272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,485.02

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

TRANSPORT SECURITY INC
820 SOUTH PINE STREET
WACONIA, MN 55387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 823.92

| Debtor | Jo-Ann Stores, LLC | | Case number (if known) | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257 7** Nonpriority creditor's name and mailing address

TRANSUNION RISK & ALTERNATIVE DATA
SOLUTIONS, INC.
P.O. BOX 209047
DALLAS, TX 75320-9047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                2,724.26

---

**3.257 8** Nonpriority creditor's name and mailing address

TREASURER - SPOTSYLVANIA COUNTY
9104 COURTHOUSE ROAD
SPOTSYLVANIA, VA 22553

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                  200.16

---

**3.257 9** Nonpriority creditor's name and mailing address

TRENDS INTERNATIONAL LLC
5188 WEST 74TH STREET
INDIANAPOLIS, IN 46268

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                   82.39

---

**3.258 0** Nonpriority creditor's name and mailing address

TRI D'ART INTERNATIONAL LIMITED
6F NO 1 LN 10 JIHU RD
NEIHU DIST, 114
TAIWAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred        Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$               14,187.03

---

**3.258 1** Nonpriority creditor's name and mailing address

TRI W GROUP MOHAWK
ATTN: MARGARETHE VIA
PO BOX 937
BEND, OR 97709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

Date or dates debt was incurred        Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                7,642.74

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.258
2**

**Nonpriority creditor's name and mailing address**

TRI-CITY INDUSTRIAL POWER LLC
PO BOX 268
MIAMISBURG, OH 45343-0268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,825.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258
3**

**Nonpriority creditor's name and mailing address**

TRI-COUNTY PLAZA 1989 LTD PARTNERSH
C/O GLIMCHER GROUP INC, MGR.
500 GRANT ST., STE. 2000
PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,858.38

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258
4**

**Nonpriority creditor's name and mailing address**

TRIET PHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258
5**

**Nonpriority creditor's name and mailing address**

TRIPAR INTERNATIONAL INC
20 PRESIDENTIAL DRIVE
ROSELLE, IL 60172-3913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 89,903.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258
6**

**Nonpriority creditor's name and mailing address**

TRIPLE BAR PRINCE WILLIAM LLC
224 ST. CHARLES WAY, #290
YORK, PA 17402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 17,549.36

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2587**

**Nonpriority creditor's name and mailing address**

TRIPLE NET CLINTON LLC
PO BOX 356
EMERSON, NJ 07630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                23,730.23

---

**3.2588**

**Nonpriority creditor's name and mailing address**

TROPICAL LAWN SERVICE INC
DBA TROPICAL LANDSCAPE DES & MAINT
PO BOX 403
VISALIA, CA 93279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,840.00

---

**3.2589**

**Nonpriority creditor's name and mailing address**

TRUSTEDSEC LLC
3485 SOUTHWESTERN BLVD
FAIRLAWN, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                13,500.00

---

**3.2590**

**Nonpriority creditor's name and mailing address**

TRX INC
PO BOX 92916
CLEVELAND, OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               361,605.76

---

**3.2591**

**Nonpriority creditor's name and mailing address**

TSUKINEKO
13633 NE 126TH PLACE
KIRKLAND, WA 98034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               247,981.03

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.259 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

TTK CONFECTIONERY LTD
UNIT 15 ROBIN HOOD INDUST. EST.
NOTTINGHAM, NG31GE
UNITED KINGDOM

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.259 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 647.51 |
| --- | --- | --- | --- |

TUALATIN VALLEY WATER DISTRICT
1850 SW 170TH AVENUE
BEAVERTON, OR 97003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.259 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,473.03 |
| --- | --- | --- | --- |

TUCSON ELECTRIC POWER COMPANY
88 E BROADWAY BLVD
TUCSON, AZ 85701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.259 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,485,731.54 |
| --- | --- | --- | --- |

TUFKO INTERNATIONAL
ANAKKAL P.O.
KOLLAMKULAM BUILDING# 1/51A
KANJIRAPALLY, KOTTAYAM (DIST.),
KERALA, 686508
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.259 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,570.40 |
| --- | --- | --- | --- |

TULLAHOMA UTILITIES AUTHORITY
901 SOUTH JACKSON STREET
TULLAHOMA, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.259 7**

**Nonpriority creditor's name and mailing address**

TUPELO WATER & LIGHT DEPT
333 COURT STREET.
TUPELO, MS 38804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                24.50

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

TURLOCK IRRIGATION DISTRICT
333 E. CANAL DRIVE
TURLOCK, CA 95381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              701.58

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC
231 WILLOW STREET
YARMOUTH PORT, MA 02675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            12,065.47

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

TWIN CITY ESTATE CORP
17195 NEW COLLEGE AVENUE
WILDWOOD, MO 63040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             8,483.07

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

TWIN PEAK HOLDINGS LLC
C/O MID-AMERICA REAL ESTATE- WI
600 N. PLANKINTON AVE., #301
MILWAUKEE, WI 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            18,002.34

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

TWO GUYS LIMITED PARTNERSHIP
PO BOX 7459
ALBUQUERQUE, NM 87194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,916.13

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

TXU ENERGY/650638
6555 SIERRA DRIVE
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,134.44

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

TY INC
280 CHESTNUT AVE
WESTMONT, IL 60559

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 402,351.36

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

TYCO FIRE & SECURITY MGMT INC
JOHNSON CONTROLS SECUR SOL LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 188.93

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

U BLAINE PROPERTIES LLC
C/O COLLIERS INTERNATIONAL
833 E. MICHIGAN ST., STE. 500
MILWAUKEE, WI 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,284.97

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.260 7**

**Nonpriority creditor's name and mailing address**

UB MIDWAY LLC
C/O URSTADT BIDDLE PROPERTIES INC
321 RAILROAD AVENUE
GREENWICH, CT 06830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    32,442.37

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

UBS-UTILITY BILLING SERVICES
2151 EATONTON RD
SUITE H-1
MADISON, GA 30650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        190.61

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

UFPTFC LLC
C/O ARCADIA MGMT GROUP
PO BOX 10
SCOTTSDALE, AZ 85252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      7,383.90

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

UGI UTILITIES INC
1 UGI DRIVE
DENVER, PA 17517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    12,129.47

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      4,397.59

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.261 2**

**Nonpriority creditor's name and mailing address**

UNION HOME CO LTD
7F, 529# NORTH ZONGZE ROAD
YIWU, 322000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,623.82

---

**3.261 3**

**Nonpriority creditor's name and mailing address**

UNIQUE TECHNICAL SERVICES INC
22950 W. INDUSTRIAL DR
SAINT CLAIR SHORES, MI 48080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,005.04

---

**3.261 4**

**Nonpriority creditor's name and mailing address**

UNITED AIRLINES INC
ATTN: MONICA
600  JEFFERSON,19TH FLOOR
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 91,860.10

---

**3.261 5**

**Nonpriority creditor's name and mailing address**

UNITED INDY INVESTMENTS LLC
ATTN: HIMAN GARG
580 E. CARMEL DR., STE. 100
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,708.34

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

UNITED STAFFING ASSOCIATES LLC
505 HIGUERA STREET
SAN LUIS OBISPO, CA 93401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,186.19

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2617**

**Nonpriority creditor's name and mailing address**

UNITIL ME GAS OPERATIONS
6 LIBERTY LANE WEST
HAMPTON, NH 03842-1720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,271.55

---

**3.2618**

**Nonpriority creditor's name and mailing address**

UNITIL NH ELECTRIC OPERATIONS
6 LIBERTY LANE WEST
HAMPTON, NH 03842-1720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,306.20

---

**3.2619**

**Nonpriority creditor's name and mailing address**

UNITIL NH GAS OPERATIONS
6 LIBERTY LANE WEST
HAMPTON, NH 03842-1720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,304.00

---

**3.2620**

**Nonpriority creditor's name and mailing address**

UNIVERSAL CANDLE COMPANY LTD
FLAT B & D 15/F, E WAH FACTORY BLDG
55-60 WONG CHUK HANG RD
ABERDEEN,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 204,692.69

---

**3.2621**

**Nonpriority creditor's name and mailing address**

UNIVERSAL OIL INC
265 JEFFERSON AVENUE
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,391.01

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.262 2**

**Nonpriority creditor's name and mailing address**

UNIVERSAL PROTECTION SERV LP
DBA ALLIED UNIVERSAL SECUR SER
PO BOX 828854
PHILADELPHIA, PA 19182-8854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 89,989.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

UNIVERSITY GAMES CORPORATION
2030 HARRISON STREET
SAN FRANCISCO, CA 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 86,413.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HILLS PLAZA LLC
6900 E BELLEVIEW AVE #300
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 19,005.48

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

UNIVERSITY HILLS PLAZA MERCH ASSOC
C/O MILLER REAL ESTATE INV LLC
6900 E. BELLEVIEW AVE, STE 300
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 319.35

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

UNIVERSITY PARK ASSOCIATES LP
C/O STARWOOD MORTGAGE CAP., LLC
P.O. BOX 5193
JOHNSTOWN, PA 15904-5193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 9,168.84

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.262 7**

**Nonpriority creditor's name and mailing address**

UNIVERSITY PL. IMPROV. OWNER LLC
C/O DLC MANAGEMENT CORP
P.O. BOX 847693
BOSTON, MA 02284-7693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$    4,737.79

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 8**

**Nonpriority creditor's name and mailing address**

UNIVERSITY SP LLC
2221 W. LINDSEY ST., STE 201
NORMAN, OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$    16,929.59

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 9**

**Nonpriority creditor's name and mailing address**

UNIVIC FLORAL COMPANY LIMITED
UNIT 12, 19/F, SEAPOWER TOWER
NO 1 SCIENCE MUSEUM ROAD
TSIMSHATSUI,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    166,571.28

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 0**

**Nonpriority creditor's name and mailing address**

UNS GAS INC/5176
6405 WILKINSON DR
PRESCOTT, AZ 86301-6165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    271.49

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 1**

**Nonpriority creditor's name and mailing address**

UNTOUCHABLE MARKETING LLC
UNTOUCHABLE  CONSULTING
13918 E. MISSISSIPPI AVE #69456
AURORA, CO 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    31,532.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.263 2** **Nonpriority creditor's name and mailing address**

US CUSTOMS & BORDER PROTECTION
PO BOX 979126
SAINT LOUIS, MO 63197-9000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 233.01

---

**3.263 3** **Nonpriority creditor's name and mailing address**

US RETAIL PARTNERS LLC
C/O ARAPAHOE VILLAGE
PO BOX 676143
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,537.53

---

**3.263 4** **Nonpriority creditor's name and mailing address**

USABLENET INC
DEPT 781768
PO BOX 78000
DETROIT, MI 48278-1768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,556.73

---

**3.263 5** **Nonpriority creditor's name and mailing address**

UTAH-WRI HOLDINGS LLC
WRI-URS MERIDIAN LLC
PO BOX 30344
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,139.97

---

**3.263 6** **Nonpriority creditor's name and mailing address**

UTILITY PAYMENT PROCESSING/BR WATER
BATON ROUGE WATER COMPANY
8755 GOODWOOD BLVD
BATON ROUGE, LA 70806-7916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84.61

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2637**

**Nonpriority creditor's name and mailing address**

VALARI VAUGHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2638**

**Nonpriority creditor's name and mailing address**

VALLEY FORGE FABRICS INC
1650 WEST MCNAB ROAD
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,462.10

---

**3.2639**

**Nonpriority creditor's name and mailing address**

VANDERWALL FAMILY LP
CO BARBARA PADMOS
1885 LADD ROAD
MODESTO, CA 95356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,431.45

---

**3.2640**

**Nonpriority creditor's name and mailing address**

VANGUARD ID SYSTEMS INC
480 BOOT ROAD
DOWNINGTOWN, PA 19335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,415.20

---

**3.2641**

**Nonpriority creditor's name and mailing address**

VARDHMAN TEXTILES LIMITED
CHANDIGARH ROAD
LUDHIANA, 141010
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,264,013.86

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

VAULT AVENIDA ROSEVILLE FABRICS LLC
1750 S. TELEGRAPH RD. #310
BLOOMFIELD HILLS, MI 48302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 13,582.49

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

VDS HOLDING LLC
155 N. ABERDEEN ST., #305
CHICAGO, IL 60607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 413,976.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 4**

**Nonpriority creditor's name and mailing address**

VELCRO USA INC
95 SUNDIAL AVE
MANCHESTER, NH 03103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,846.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 5**

**Nonpriority creditor's name and mailing address**

VENTURE HULEN LP
C/O VENTURE COMMERCIAL MGMT LLC
5751 KROGER DR
STE 202
FORT WORTH, TX 76244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 132.97

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 6**

**Nonpriority creditor's name and mailing address**

VENTURES KARMA LLC
C/O FLAKE & KELLEY COMMERCIAL
425 W. CAPITOL AVE., #300
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 7,768.39

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.264 7** Nonpriority creditor's name and mailing address

VEOLIA WATER PENNSYLVANIA
53 STATE STREET
14TH FLOOR
BOSTON, MA 02109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 242.11

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.264 8** Nonpriority creditor's name and mailing address

VEOLIA WATER TOMS RIVER
1451 NJ-37, SUITE 2
TOMS RIVER, NJ 08755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 132.49

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.264 9** Nonpriority creditor's name and mailing address

VEREIT OPERATING PARTNERSHIP LP
VEREIT REAL ESTATE LP
PO BOX 103127
PASADENA, CA 91189-3127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 110,553.52

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.265 0** Nonpriority creditor's name and mailing address

VERMONT GAS SYSTEMS, INC.
85 SWIFT STREET
SOUTH BURLINGTON, VT 05402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,478.43

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.265 1** Nonpriority creditor's name and mailing address

VERNCO BELKNAP LLC
70 WASHINGTON ST., STE. 310
SALEM, MA 01970

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Payable

$ 4,573.12

Date or dates debt was incurred    Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.265 2**

**Nonpriority creditor's name and mailing address**

VERONICA ORTEGACAMACHO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

VERSANT POWER/16044
28 PENOBSCOT MEADOW DRIVE
HAMPDEN, ME 04444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,767.59

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

VESTAR BEST IN THE WEST PROP LLC
PO BOX 30412
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 28,627.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

VIBES MEDIA LLC
DEPT CH 18039
PALATINE, IL 60055-8039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 250,870.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

VICKERRY DE MALL LLC
PO BOX 851698
MINNEAPOLIS, MN 55485-1698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 27,475.60

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.265 7** **Nonpriority creditor's name and mailing address**

VICKI MOORE
C/O GEMMA LAW ASSOCIATES, INC .
ATTN: HENRY S. MONTI
231 RESERVOIR AVE.
PROVIDENCE, RI 02907

$                    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 8** **Nonpriority creditor's name and mailing address**

VICKY L. TUDER
C/O CANNON & DUNPHY
ATTN: JAY M. MCDIVITT
595 NORTH BARKER ROAD
P. 0. BOX 1750
BROOKFIELD, WI 53008-1750

$                    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Case No. 2024CV001898

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 9** **Nonpriority creditor's name and mailing address**

VICTORIA COSTELLO
ADDRESS ON FILE

$                    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 0** **Nonpriority creditor's name and mailing address**

VICTORIA HARMAN
ADDRESS ON FILE

$                    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 1** **Nonpriority creditor's name and mailing address**

VICTORIA THOMAS
C/O JENNINGS & JENNINGS, PA
ATTN: MATTHEW C. HICKS
PO BOX 106
BISHOPVILLE, SC 29010-0106

$                    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.266
2**

**Nonpriority creditor's name and mailing address**

VICTORY REAL ESTATE INVESTMENTS LLC
WILSHIRE PLAZA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 17,916.88

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266
3**

**Nonpriority creditor's name and mailing address**

VIITION (ASIA) LIMITED
FLAT/RM D03, BLK A, 12/F
19-25 SHAN MEI ST
SHA TIN, N.T., 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,821,318.15

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266
4**

**Nonpriority creditor's name and mailing address**

VIKING PLAZA REALTY GROUP LLC
VIKING PLAZA MALL
PO BOX 82552, BLDG ID VPM001
GOLETA, CA 93118-2552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 3,869.78

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266
5**

**Nonpriority creditor's name and mailing address**

VILLAGE CROSSING PARTNERS LLC
11155 RED RUN BLVD. #320
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 6,914.52

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266
6**

**Nonpriority creditor's name and mailing address**

VILLAGE OF ALGONQUIN, IL
2200 HARNISH DRIVE
ALGONQUIN, IL 60102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 65.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.266 7**

**Nonpriority creditor's name and mailing address**

VILLAGE OF BLOOMINGDALE, IL
201 SOUTH BLOOMINGDALE ROAD
BLOOMINGDALE, IL 60108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 71.46

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.266 8**

**Nonpriority creditor's name and mailing address**

VILLAGE OF CRESTWOOD, IL
13840 SOUTH CICERO AVENUE
CRESTWOOD, IL 60445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36.87

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.266 9**

**Nonpriority creditor's name and mailing address**

VILLAGE OF MENOMONEE FALLS UTILITIES
W156 N8480 PILGRIM ROAD
MENOMONEE FALLS, WI 53051-3140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 104.84

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.267 0**

**Nonpriority creditor's name and mailing address**

VILLAGE OF NILES, IL
1000 CIVIC CTR DR
NILES, IL 60714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20.38

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.267 1**

**Nonpriority creditor's name and mailing address**

VILLAGE OF NORRIDGE, IL
4000 NORTH OLCOTT AVENUE
NORRIDGE, IL 60706-1199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 78.08

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jo-Ann Stores, LLC | Case number *(if known)* | 25-10072 |
|--------|--------------------|--------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267 2**

**Nonpriority creditor's name and mailing address**

VINCENNES WATER DEPARTMENT, IN
403 BUSSERON STREET
VINCENNES, IN 47591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                59.05

---

**3.267 3**

**Nonpriority creditor's name and mailing address**

VIRA INSIGHT LLC
2701 S. VALLEY PKWY
LEWISVILLE, TX 75067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            14,825.08

---

**3.267 4**

**Nonpriority creditor's name and mailing address**

VIRGINIA NATURAL GAS/5409
544 S. INDEPENDENCE BLVD
VIRGINIA BEACH, VA 23452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                734.46

---

**3.267 5**

**Nonpriority creditor's name and mailing address**

VIRK HOSPITALITY GREAT FALLS LLC
STAYBRIDGE SUITES
201 3RD STREET NW
GREAT FALLS, MT 59404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              3,931.94

---

**3.267 6**

**Nonpriority creditor's name and mailing address**

VIRTUAL MARKETING LLC
FUSION92
440 W. ONTARIO STREET
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            37,500.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.267 7**

**Nonpriority creditor's name and mailing address**

VISALIA FRIENDS OF THE FOX THEATRE
308 WEST MAIN STREET
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.267 8**

**Nonpriority creditor's name and mailing address**

VISIONARY MEDIA INC
PO BOX 090360
BROOKLYN, NY 11209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.267 9**

**Nonpriority creditor's name and mailing address**

VISTAR CORPORATION
188 INVERNESS DRIVE WEST, SUITE 800
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 990,599.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 0**

**Nonpriority creditor's name and mailing address**

VIVVENTE S. BROWN
C/O JULIAN RUDOLPH LAW, P.A.
ATTN: JULIAN RUDOLPH, ESQ.
THE INGRAHAM BUILDING
25 SE 2ND AVENUE
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CACE-23-009086

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 1**

**Nonpriority creditor's name and mailing address**

VIZMEG LANDSCAPE INC
778 MCCAULEY ROAD # 100
STOW, OH 44224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 44,999.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.268 2** 

**Nonpriority creditor's name and mailing address**

VOGUE
PO BOX 871
ALTOONA, PA 16603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58,930.24

---

**3.268 3** 

**Nonpriority creditor's name and mailing address**

VOLANTE INVESTMENTS LLLP
3084 EAST LANARK ST.
MERIDIAN, ID 83642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,435.48

---

**3.268 4** 

**Nonpriority creditor's name and mailing address**

VON KARMAN PLAZA LLC
PO BOX 4900 UNIT 78
PORTLAND, OR 97208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,607.35

---

**3.268 5** 

**Nonpriority creditor's name and mailing address**

VOORHEES & BAILEY LLP
990 AMARILLO AVENUE
PALO ALTO, CA 94303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,500.00

---

**3.268 6** 

**Nonpriority creditor's name and mailing address**

VOTUM ENTERPRISES, LLC
1 CARDINAL DR
LITTLE FALLS, NJ 07424-1638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,536.74

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.268 7** | **Nonpriority creditor's name and mailing address**

VSI GLOBAL LLC
9090 BANK STREET
VALLEY VIEW, OH 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    2,690.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 8** | **Nonpriority creditor's name and mailing address**

VULCAN PROPERTIES INC
PROPERTY ID: JQJ001
PO BOX 209427
AUSTIN, TX 78720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                    29,381.81

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 9** | **Nonpriority creditor's name and mailing address**

W W GRAINGER INC 160
DEPARTMENT 160-802145763
PALATINE, IL 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    36,235.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269 0** | **Nonpriority creditor's name and mailing address**

WALLA WALLA ELECTRIC, INC.
1225 W POPLAR STREET
WALLA WALLA, WA 99362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    25.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269 1** | **Nonpriority creditor's name and mailing address**

WALZ CAPITAL KENNESAW LLC
3621 N. WILTON AVE., #3
CHICAGO, IL 60613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$                    26,738.65

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10068 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.269 2**

**Nonpriority creditor's name and mailing address**

WANDA HARDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

WANDA LANKFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

WARM PRODUCTS INC
5529 186TH PLACE SW
LYNNWOOD, WA 98037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 415,487.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

WARWICK REALTY LLC
WARWICK REALTY-ADRIAN LLC
PO BOX 851377
MINNEAPOLIS, MN 55485-1377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

$ 5,264.86

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

WASHINGTON CITY, UT
111 NORTH 100 EAST
WASHINGTON, UT 84780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,818.45

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.2697**

**Nonpriority creditor's name and mailing address**

WASHINGTON GAS/37747
1000 MAINE AVENUE SOUTH WEST, 6TH FLOOR
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,926.31

---

**3.2698**

**Nonpriority creditor's name and mailing address**

WASHINGTON SUBURBAN SANITARY COMMISSION
14501 SWEITZER LANE
LAUREL, MD 20707-5901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   290.75

---

**3.2699**

**Nonpriority creditor's name and mailing address**

WASTE MGMT NATIONAL SERVICES INC
PO BOX  930580
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              537,524.73

---

**3.2700**

**Nonpriority creditor's name and mailing address**

WASTE RECYCLING INC
P.O. BOX 508
MONTGOMERY, AL 36101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,263.06

---

**3.2701**

**Nonpriority creditor's name and mailing address**

WATER & SEWER COMMISSION - FREEPORT, IL
314 WEST STEPHENSON ST
FREEPORT, IL 61032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    59.48

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.270 2**

**Nonpriority creditor's name and mailing address**

WATERLOO CROSSROADS PROPERTY LLC
CENTRAL PROP MGMT, ATT; CROSSROADS
PO BOX 447
WAUKEE, IA 50263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,852.61

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270 3**

**Nonpriority creditor's name and mailing address**

WATERPRO INC.
9977 JOHN CLAYTON MEMORIAL HWY
GLOUCESTER, VA 23061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16.54

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270 4**

**Nonpriority creditor's name and mailing address**

WAYNE A BELLEAU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 14,679.18

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

WAYNE A BELLEAU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 12,580.99

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

WAYNE HWANG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2707**

**Nonpriority creditor's name and mailing address**

WD JOANN LLC
ATTN: DAVID BURNETT
204 N. ROBINSON, STE. 700
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,148.91

---

**3.2708**

**Nonpriority creditor's name and mailing address**

WE ENERGIES/WISCONSIN ELECTRIC/GAS
231 W. MICHIGAN ST
MILWAUKEE, WI 53233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,667.18

---

**3.2709**

**Nonpriority creditor's name and mailing address**

WEALTH CONCEPT LTD
UNIT 10, 29F, TOWER A, SOUTHMARK
11 YIP HING ST
WONG CHUK HANG
ABERDEEN,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 473,953.45

---

**3.2710**

**Nonpriority creditor's name and mailing address**

WEB ACTIVE DIRECTORY, LLC
2770 MAIN ST., STE.  #185
FRISCO, TX 75033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 769.21

---

**3.2711**

**Nonpriority creditor's name and mailing address**

WEGMANS FOOD MARKETS
C/O REAL ESTATE ACCT
PO BOX 24470
ROCHESTER, NY 14624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,831.92

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.271 2**

**Nonpriority creditor's name and mailing address**

WELLMAN FAMILY LIMITED PARTNERSHIP
DBA WELLMAN REALTY TRUST
40 WYMAN DRIVE
SUDBURY, MA 01776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     24,217.50

---

**3.271 3**

**Nonpriority creditor's name and mailing address**

WENDY ARRIAGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     Undetermined

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

WENDY RATH
C/O BURSOR & FISHER
ATTN: YITZ KOPEL
1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 1:21-CV-00791-WMS

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     Undetermined

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

WENDY VASQUEZ
C/O KING & SIEGEL LLP
724 S. SPRING STREET
SUITE 201
LOS ANGELES, CA 90014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     Undetermined

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

WEST BROADWAY DISTRIBUTION SERVICES
161 AVENUE OF THE AMERICAS
SUITE 1301
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     15,231.12

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.271 7** **Nonpriority creditor's name and mailing address**

WEST BROADWAY DISTRIBUTION SERVICES
161 AVENUE OF THE AMERICAS
SUITE 1301
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 452,703.22

**3.271 8** **Nonpriority creditor's name and mailing address**

WEST MICHIGAN TRANSPORT LLC
PO BOX 18
ZEELAND, MI 49464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,069.80

**3.271 9** **Nonpriority creditor's name and mailing address**

WEST PENN POWER
75 SOUTH MAIN STREET
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,934.56

**3.272 0** **Nonpriority creditor's name and mailing address**

WEST VIEW WATER AUTHORITY
210 PERRY HIGHWAY
PITTSBURGH, PA 15229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.36

**3.272 1** **Nonpriority creditor's name and mailing address**

WEST VIRGINIA AMERICAN WATER COMPANY
1600 PENNSYLVANIA AVE.
CHARLESTON, WV 25302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.272 2** **Nonpriority creditor's name and mailing address**

WEST VIRGINIA AMERICAN WATER COMPANY
1600 PENNSYLVANIA AVE.
CHARLESTON, WV 25302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 225.59

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272 3** **Nonpriority creditor's name and mailing address**

WEST WILSON UTILITY DISTRICT
10960 LEBANON RD.
MT. JULIET, TN 37122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 410.23

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272 4** **Nonpriority creditor's name and mailing address**

WEST-CAMP PRESS, INC.
39 COLLEGEVIEW RD
WESTERVILLE, OH 43081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,318.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272 5** **Nonpriority creditor's name and mailing address**

WESTFORD VALLEY MKETPLACE INC
PO BOX 412776
BOSTON, MA 02241-2776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,056.34

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272 6** **Nonpriority creditor's name and mailing address**

WESTFORD WATER DEPT
60 FORGE VILLAGE RD
WESTFORD, MA 01886-2811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 53.05

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor | Jo-Ann Stores, LLC
Name

Case number *(if known)* 25-10072

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

WESTGATE MALL REALTY GROUP LLC
C/O LEXINGTON REALTY LLC STE 206
911 EAST COUNTY LINE RD
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,358.27

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

WESTGATE WOODLAND LLC
C/O ETHAN CONRAD PROPERTIES
1300 NATIONAL DR. STE. 100
SACRAMENTO, CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,310.63

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

WESTMINSTER GRANITE MAIN LLC
C/O ROSENTHAL PROPERTIES LLC
1945 OLD GALLOWS RD., #300
VIENNA, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 7,918.03

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273 0**

**Nonpriority creditor's name and mailing address**

WHEATON PLAZA REGIONAL S/C LLC
DBA WESTFIELD WHEATON
P.O. BOX 55275
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 19,887.81

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273 1**

**Nonpriority creditor's name and mailing address**

WHITE LAKE TOWNSHIP WATER DEPT.
7525 HIGHLAND ROAD
WHITE LAKE, MI 48383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 456.44

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.273 2**

**Nonpriority creditor's name and mailing address**

WILLIAM HERRON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

WILLIAMS SONOMA, INC.
C/O WARNER NORCROSS + JUDD LLP
ATTN: BRIAN D. WASSOM
12900 HALL ROAD
SUITE 200
STERLING HEIGHTS, MI 48313-1150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Case No. 5:24-cv-02003

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 4**

**Nonpriority creditor's name and mailing address**

WILLIAMSBURG DEVELOPERS LLC
C/O DEVELOPERS REALTY
1224 MILL ST., BLDG D, #103
EAST BERLIN, CT 06023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 39.60

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

WILLMAR MUNICIPAL UTILITIES
700 LITCHFIELD AVENUE SW
WILLMAR, MN 56201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,140.14

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

WILTON INDUSTRIES
535 E DIEHL ROAD STE 300
NAPERVILLE, IL 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 243,466.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

WIN HANG ENTERPRISE LIMITED
288 DES VOEUX ROAD CENTRAL
UNIT A, 8/F ETON BUILDING
HONG KONG, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,010,908.24

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

WINKAL HOLDINGS LLC
10 RYE RIDGE PLAZA STE 200
RYE BROOK, NY 10573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    10,216.87

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

WINTER HAVEN WATER
451 THIRD STREET NW
WINTER HAVEN, FL 33881

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    525.61

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

WISCONSIN PUBLIC SERVICE
2830 S ASHLAND AVE
GREEN BAY, WI 54307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    7,337.95

---

**3.274 1**

**Nonpriority creditor's name and mailing address**

WITHLACOOCHEE RIVER ELECTRIC COOPERATIVE
14651 21ST ST
DADE CITY, FL 33523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    818.26

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.274 2**

**Nonpriority creditor's name and mailing address**

WLPX HESPERIA LLC
1156 NORTH MOUNTAIN AVE
UPLAND, CA 91786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,200.49

---

**3.274 3**

**Nonpriority creditor's name and mailing address**

WM WRIGHT CO
2015 W FRONT STREET
BERWICK, PA 18603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275,054.43

---

**3.274 4**

**Nonpriority creditor's name and mailing address**

WMS PROPERTIES LLC
C/O RIVERCREST REALTY ASSOC LLC
8816 SIX FORKS ROAD STE 201
RALEIGH, NC 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,715.48

---

**3.274 5**

**Nonpriority creditor's name and mailing address**

WMWA - WILLIAMSPORT MUNICIPAL WATER AUTH
253 WEST FOURTH STREET
WILLIAMSPORT, PA 17701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.64

---

**3.274 6**

**Nonpriority creditor's name and mailing address**

WOJCIK BUILDERS INC
7579 FIRST PLACE
BEDFORD, OH 44146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,340.00

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2747**

**Nonpriority creditor's name and mailing address**

WOLFSDORF ROSENTHAL LLP
1416 2ND STREET
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,782.00

---

**3.2748**

**Nonpriority creditor's name and mailing address**

WOLTER CORP DBA IMPRESSART
40-H CORBIN AVE
BAY SHORE, NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,704.95

---

**3.2749**

**Nonpriority creditor's name and mailing address**

WOO JIN CORP
2ND FLOOR, 13-17 PYEONGNI-RO, 35GIL
SEO-GU, DAEGU, 41845
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 360,630.67

---

**3.2750**

**Nonpriority creditor's name and mailing address**

WOOD INVESTMENT PROPERTY LLC
DYNAMERICAN
1011 LAKE ROAD
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.2751**

**Nonpriority creditor's name and mailing address**

WOODA CORP LTD
74 SEJONG-DAERO
17FL SAMJUNG BUILDING
SEOUL, 4526
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195,449.03

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.275 2**

**Nonpriority creditor's name and mailing address**

WOODEN PROPERTIES OF ROCHESTER LLC
3399 S SERVICE DR
RED WING, MN 55066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 128,700.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 3**

**Nonpriority creditor's name and mailing address**

WOODLAND
PO BOX 98, 101 EAST VALLEY DRIVE
LINN CREEK, MO 65052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 72,885.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 4**

**Nonpriority creditor's name and mailing address**

WOODMONT CRITERION SLIDELL GP LLC
THE WOODMONT COMPANY
2100 W. 7TH STREET
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 28,714.35

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

WOODPARK SC LLC
DEPT 200
PO BOX 4408
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 13,179.03

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

WOODSIDE WATER DISTRICT
TOWN OF CLAY
4483 ROUTE 31
CLAY, NY 13041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 75.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.275 7**

**Nonpriority creditor's name and mailing address**

WOODSON CARY WHITEHEAD
83 WYCHEWOOD DR
MEMPHIS, TN 38117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,776.26

---

**3.275 8**

**Nonpriority creditor's name and mailing address**

WOOJIN RENTAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,932.66

---

**3.275 9**

**Nonpriority creditor's name and mailing address**

WORKFRONT INC
345 PARK AVENUE
SAN JOSE, CA 95110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,100.96

---

**3.276 0**

**Nonpriority creditor's name and mailing address**

WP BUCKLAND REIT LLC
PLAZA AT BUCKLAND HILLS LLC
PO BOX 645349
CINCINNATI, OH 45264-5349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,002.11

---

**3.276 1**

**Nonpriority creditor's name and mailing address**

WP CAREY INC
WPC HOLDCO LLC
ONE MANHATTAN W., 395 9TH AVE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120,241.71

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.276 2** | **Nonpriority creditor's name and mailing address**

WP WATERFORD REIT LLC
WATERFORD LAKES TOWN CENTER LLC
620 LIBERTY AVENUE
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 23,777.29

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 3** | **Nonpriority creditor's name and mailing address**

WRD HANOVER LP
C/O POMEGRANATE RE
33 ROCK HILL RD #350
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 5,889.01

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 4** | **Nonpriority creditor's name and mailing address**

WRH PHYSICIANS INC
OCCUPATIONAL  MEDICINE
PO BOX  67069
CUYAHOGA FALLS, OH 44222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 520.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 5** | **Nonpriority creditor's name and mailing address**

WRIGHT FAMILY ENTERPRISES LLC
1775 INDIAN VALLEY RD
NOVATO, CA 94947

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 8,381.85

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 6** | **Nonpriority creditor's name and mailing address**

WUJIANG FANFEI IM/EX CO LTD
NO 388 NAN SAN HUAN ROAD
SHENGZ WUJIANG
SUZHOU, 215228
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 108,715.79

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.276 7**

**Nonpriority creditor's name and mailing address**

WUJIANG FOREIGN TRADE CORP
SILK EX/IM CO LTD
500 RENMIN RD INTERNATIONAL BLDG
WUJIANG CITY, 215000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 426,139.46

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 8**

**Nonpriority creditor's name and mailing address**

XCCOMMERCE INC
1155 RENE-LEVESQUE W., #2700
MONTREAL, QC H3B 2K8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 9**

**Nonpriority creditor's name and mailing address**

XCEL ENERGY/660553
414 NICOLLET MALL
MINNEAPOLIS, MN 55401-1993

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 44,720.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.277 0**

**Nonpriority creditor's name and mailing address**

XIAMEN TEXEM TRADE CO., LTD
JIMEI NORTH ROAD, PHASE III
UNIT F12-1601, NO. 1116
FUJIAN
XIAMEN, 361022
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 73,863.34

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.277 1**

**Nonpriority creditor's name and mailing address**

XPO LOGISTICS FREIGHT INC
29559 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 135,000.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.277 2**

**Nonpriority creditor's name and mailing address**
XZAVIER LOPEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277 3**

**Nonpriority creditor's name and mailing address**
YENI GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277 4**

**Nonpriority creditor's name and mailing address**
YESENIA NEWBERN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Compensation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277 5**

**Nonpriority creditor's name and mailing address**
YOO JIN LODGING INC
PONY VILLAGE MALL
1611 VIRGINIA AVENUE BOX 503
NORTH BEND, OR 97459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$       9,439.27

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277 6**

**Nonpriority creditor's name and mailing address**
YORK VALUE CENTER LMTD PNTSHP
C/O BLACK OAK MGMNT INC
10055 RED RUN BLVD STE 130
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$       6,544.38

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2777**

**Nonpriority creditor's name and mailing address**

YOSEMITE PARK SHOP CNT 05A LLC
C/O ACF PROPERTY MANAGEMENT INC
12411 VENTURA BLVD
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,176.34

---

**3.2778**

**Nonpriority creditor's name and mailing address**

YOUNGDO VELVET CO LTD
B-1108 240-21 WOOLIM BLUE9 BUSINESS CENTER
Z01
SEOUL, 157-861
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,100.52

---

**3.2779**

**Nonpriority creditor's name and mailing address**

YUBA RALEYS 2003 LLC
550 HOWE AVE., STE. 100
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,435.07

---

**3.2780**

**Nonpriority creditor's name and mailing address**

YUNKER INDUSTRIES INC
ATTN: ACCOUNTS RECEIVABLE
310 O'CONNOR DR., PO BOX 917
ELKHORN, WI 53121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,110.06

---

**3.2781**

**Nonpriority creditor's name and mailing address**

YUNKER INDUSTRIES INC INSTALL
ATTN: ACCOUNTS RECEIVABLE
310 O'CONNOR DR., PO BOX 917
ELKHORN, WI 53121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 430.00

---

| Debtor | Jo-Ann Stores, LLC | | Case number *(if known)* | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

YUNUS TEXTILE MILL PVT LTD
H-23/1 LANDHI INDUSTRIAL AREA
KARACHI
SINDH, 75120
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

ZAFAR PROJECTS INC
1047 SUNNYDALE DRIVE
CLEARWATER, FL 33755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,869.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

ZANE PLAZA LLC
PO BOX 855575
MINNEAPOLIS, MN 55485-5575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 4,186.74

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

ZASHIN & RICH CO. LPA
950 MAIN AVE, 4TH FL.
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 860.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

ZEBRA PEN CORPORATION
242 RARITAN CENTER PARKWAY
EDISON, NJ 08837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 237,247.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known) | 25-10072 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2787**

**Nonpriority creditor's name and mailing address**

ZEIER TOV LLC
1274 49TH STREET, STE. 140
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,564.51

---

**3.2788**

**Nonpriority creditor's name and mailing address**

ZENG HSING INDUSTRIAL CO., LTD.
NO. 78 YONG CHEN RD
TAICHUNG, 411025
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,085,424.19

---

**3.2789**

**Nonpriority creditor's name and mailing address**

ZHANGJIAGANG FREE TRADE ZONE
MAYWOOD TEXTILE CO LTD
FLAT 908, BLDNG 3, DONGFANG XIN TIAN DI 2, BAIZIGANG RD
ZHANGJIAGANG, 214199
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 713,276.72

---

**3.2790**

**Nonpriority creditor's name and mailing address**

ZHEJIANG TONG FENG ARTS & CRAFTS CO
NO 42 GONGXIN ROAD
130
HUANGYAN EDZ, TAIZHOU, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 334,899.03

---

**3.2791**

**Nonpriority creditor's name and mailing address**

ZHUHAI ZE YUAN CRAFT FLORAL
DOUMEN TOWN, DOUMEN DISTRICT
#9 DOUMEN PARKWAY
ZHUHAI,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77,253.11

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.279 2** **Nonpriority creditor's name and mailing address**

ZIBO ZHAOHAI LIGHT INDUSTRIAL PRODUCTS CO LTD
112, WANJIE ROAD, ZIBO DEVP. ZONE
SHANDONG
ZIBO, 255086
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 359,699.27

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 3** **Nonpriority creditor's name and mailing address**

ZIM INTEGRATED SHIPPING SERV LTD
5405 GARDEN GROVE BLVD #100
WESTMINSTER, CA 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 379,903.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 4** **Nonpriority creditor's name and mailing address**

ZOLO LLC
PO BOX 31001-4116
PASADENA, CA 91110-4116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 42,703.28

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 5** **Nonpriority creditor's name and mailing address**

ZONAPART LLC
BIRCH RUN STATION LLC
8300 N. HAYDEN RD., #A 200
SCOTTSDALE, AZ 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 14,457.34

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 6** **Nonpriority creditor's name and mailing address**

ZRP CROSSPOINTE PLAZA LLC
C/O ZIFF PROPERTIES INC
PO BOX 751554
CHARLOTTE, NC 28275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent Payable

$ 67,781.80

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Jo-Ann Stores, LLC | Case number (if known): | 25-10072 |
| | Name | | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed.  Explain | |
| 4.2 | Line | |
| | ☐ Not listed.  Explain | |
| 4.3 | Line | |
| | ☐ Not listed.  Explain | |
| 4.4 | Line | |
| | ☐ Not listed.  Explain | |
| 4.5 | Line | |
| | ☐ Not listed.  Explain | |
| 4.6 | Line | |
| | ☐ Not listed.  Explain | |
| 4.7 | Line | |
| | ☐ Not listed.  Explain | |
| 4.8 | Line | |
| | ☐ Not listed.  Explain | |
| 4.9 | Line | |
| | ☐ Not listed.  Explain | |

Debtor    Jo-Ann Stores, LLC
          Name                                                    Case number (if known)    25-10072

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|-----|

| 5a. | **Total claims from Part 1** | 5a. | $ | 1,591,081.00 |
|-----|------------------------------|-----|---|---------------|
|  |  |  |  | + Undetermined Amounts |

| 5b. | **Total claims from Part 2** | 5b. | **+** | $ | 668,988,476.95 |
|-----|------------------------------|-----|-------|---|----------------|
|  |  |  |  |  | + Undetermined Amounts |

| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 670,579,557.95 |
|-----|-----------------------------------------------------|-----|---|----------------|
|  |  |  |  | + Undetermined Amounts |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Jo-Ann Stores, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-10072 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 03/15/2021 | /N SOFTWARE INC<br>101 EUROPA DR, STE 110<br>CHAPEL HILL, NC 27517 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/01/2024 | 100 LAYER CAKE<br>12827 BONAPARTE AVE<br>LOS ANGELES, CA 90066 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OLD SHREWSBURY VILLAGE STORE LEASE | 1000 BOSTON TURNPIKE LLC<br>139 FRONT STREET<br>ATTN: RAYMOND CHENG, ACCOUNT MGR.<br>FALL RIVER, MA 02721 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HERITAGE VILLAGE STORE LEASE | 1645 N. SPRING STREET, LLC<br>ATTN: TODD HEDBERG<br>718 PARK AVENUE<br>BEAVER DAM, WI 53916 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C312776 - DATED 03/17/2016 | 1-800-GOT-JUNK LLC<br>DEPT 3419<br>PO BOX 123419<br>DALLAS, TX 75312-3419 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | TRASH REMOVAL SERVICE AGREEMENT DATED 10/20/2023 | 1-800-GOT-JUNK LLC DEPT 3419 PO BOX 123419 DALLAS, TX 75312-3419 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | HUDSON SSC HEADQUARTERS LEASE | 1943 HOLDINGS LLC C/O IRG REALTY ADVISORS, LLC 4020 KINROSS LAKES PARKWAY, SUITE 200 RICHFIELD, OH 44286 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 09/20/2023 | 1943 HOLDINGS LLC 4020 KINROSS LAKES PARKWAY SUITE 200 RICHFIELD, OH 44286 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | EAST PARK PLAZA STORE LEASE | 200 LINCOLN RETAIL LLC C/O THE LUND COMPANY 450 REGENCY PARKWAY, SUITE 200 OMAHA, NE 68114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | HOLIDAY VILLAGE MALL STORE LEASE | 24 HR VEGAS, LLC 2200 PASEO VERDE PARKWAY, SUITE 260 ATTN: SANJIV CHOPRA HENDERSON, NV 89052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | FIVE POINTS MALL STORE LEASE | 259 INDIANA HOLDING, LLC 543 BAY STREET ATTN: ALEXANDER LEVIN STATEN ISLAND, NY 10304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/07/2023 | 2MARKET VISUALS 903 E. DOUGLAS AVE., STE. B VISALIA, CA 93292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWNE CENTER STORE LEASE | 380 YOUNGER LLC<br>14643 DALLAS PARKWAY, SUITE 950<br>ATTN: BENJAMIN SMITH, YOUNGER PARTNERS<br>DALLAS, TX 75254 |
|---|---|---|---|
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/01/1999 | 3M COMPANY<br>BLDG. 223-5S-07<br>P.O. BOX 33223<br>SAINT PAUL, MN 55133-3223 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JO-ANN PLAZA. STORE LEASE | 4101 TRANSIT REALTY, LLC<br>C/O GEORGE BUTSIKARIS REALTY, INC.<br>9210 4TH AVENUE<br>BROOKLYN, NY 11209 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BLOOMFIELD VILLAGE SQ STORE LEASE | 4107 TELEGRAPH, LLC<br>1995 BALMORAL DRIVE<br>ATTN: MRS. JUDITH PRIMAK<br>DETROIT, MI 48203 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MCKINLEY MILESTRIP PLAZA STORE LEASE | 4405 MILESTRIP HD LESSEE LLC<br>C/O NORTHPATH INVESTMENTS<br>144 EAST 44TH STREET, SUITE 601<br>ELMSFORD, NY 10523 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324654 - DATED 02/02/2018 | 48FORTY SOLUTIONS LLC<br>PO BOX 849729<br>DALLAS, TX 75284-9729 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE SHOPPES AT DOVE CREEK STORE LEASE | 4908 ASSOCIATES LLC<br>C/O KOENIG MANAGEMENT LTD.<br>151 N. MAIN STREET, SUITE 400<br>NEW CITY, NY 10956 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIVE MILE S/C STORE LEASE | 5-MILE INVESTMENT COMPANY<br>ATTN: STEJER DEVELOPMENT<br>PO BOX 9368<br>SPOKANE, WA 99209 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VILLAGE AT COLLIN CREEK STORE LEASE | 700 ALAMA INVESTMENTS, LLC<br>C/O MADISON PARTNERS, LLC<br>2622 COMMERCE STREET<br>DALLAS, TX 75226 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327022 - DATED 12/10/2023 | 86 LLC<br>MATTER MEDIA GROUP<br>527 W. 7TH STREET,  STE. 607<br>LOS ANGELES, CA 90017 |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE LANDINGS STORE LEASE | 95 ORRPT, LLC<br>7978 COOPER CREEK BOULEVARD, SUITE 100<br>ATTN: LEGAL DEPARTMENT<br>UNIVERSITY PARK, FL 34201 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/02/2019 | A W FABER CASTELL USA INC<br>9450 ALLEN DRIVE<br>CLEVELAND, OH 44125 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TWIN CITY S/C STORE LEASE | A.I. LONGVIEW LLC<br>DBA HEDINGER GROUP<br>5440 SW WESTGATE DRIVE, SUITE 250<br>PORTLAND, OR 97221 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C122520 - DATED 06/01/2014 | A+ QUALITY SERVICES INC<br>DBA A+ FIX IT SERVICES<br>PO BOX 26<br>DELAND, FL 32721-0026 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):    25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT DATED 04/01/2024 <br><br> A+ QUALITY SERVICES INC DBA A+ FIX IT SERVICES PO BOX 26 DELAND, FL 32721-0026 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRINTING SERVICES AGREEMENT DATED 01/03/2024 <br><br> AA BLUEPRINT COMPANY INC 2757 GILCHRIST ROAD AKRON, OH 44305-4400 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C143749 - DATED 01/03/2014 <br><br> AA BLUEPRINT COMPANY INC 2757 GILCHRIST ROAD AKRON, OH 44305-4400 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT DATED 02/05/2020 <br><br> AAA COOPER TRANSPORTATION PO BOX  935003 ATLANTA, GA 31193 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 05/03/2023 <br><br> AARON FRENCH ADDRESS ON FILE |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 05/16/2022 <br><br> AARON HERMAN ADDRESS ON FILE |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/31/2024 <br><br> AARON HERMAN ADDRESS ON FILE |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/24/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325160 - DATED 08/20/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/12/2024 | AB EXPORTS<br>LASANI PULLI, NEAR KHAYABAN GARDENS<br>SERGODHA ROAD<br>FAISALABAD<br>PUNJAB, 38000<br>PAKISTAN |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/15/2024 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 02/15/2024 | ABB CONSTRUCTION LLC<br>DBA ACCELERATED CONSTRUC. SERV. LLC<br>300 BUSINESS PARK  DR.<br>MORGANTOWN, WV 26505 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322848 - DATED 02/15/2021 | ABB CONSTRUCTION LLC<br>DBA ACCELERATED CONSTRUC. SERV. LLC<br>300 BUSINESS PARK  DR.<br>MORGANTOWN, WV 26505 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LICENSE AGREEMENT DATED 03/01/2022 | ABG INTERMEDIATE HOLDINGS 2 LLC<br>1411 BROADWAY, 2181 FLOOR<br>NEW YORK, NY 10018 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C210354 - DATED 01/23/2019 | ABH DIVISION OF CH ROBINSON WORLDWIDE INC<br>PO BOX  9121<br>MINNEAPOLIS, MN 55480 |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324717 - DATED 05/15/2022 | ABIGAIL J HOUSTON<br>ADDRESS ON FILE |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARK CENTRAL SHOPPING CENTER STORE LEASE | ABILENE CLACK STREET, LLC<br>1700 GEORGE BUSH DRIVE E, SUITE 240<br>ATTN: JOHN C. CULPEPPER<br>COLLEGE STATION, TX 77840-3302 |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2024 | ABM INDUSTRIES GROUPS LLC<br>PO BOX  643823<br>PITTSBURGH, PA 15264-3823 |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/01/2022 | ABM INDUSTRIES GROUPS LLC<br>PO BOX  643823<br>PITTSBURGH, PA 15264-3823 |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C299945 - DATED 02/01/2015 | ABM INDUSTRIES GROUPS LLC<br>PO BOX  643823<br>PITTSBURGH, PA 15264-3823 |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EAST MOCKINGBIRD LANE STORE LEASE | ABRAMS & MOCKINGBIRD #1, LTD.<br>ATTN: STEVE SHELLENBERGER<br>7557 RAMBLER ROAD, SUITE 915<br>DALLAS, TX 75231 |

Debtor    Jo-Ann Stores, LLC                                            Case number (if known)    25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/15/2024 | A-C ELECTRIC COMPANY BOX#81977 BAKERSFIELD, CA 93380 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/10/2024 | A-C ELECTRIC COMPANY BOX#81977 BAKERSFIELD, CA 93380 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | ORACLE WETMORE STORE LEASE | ACACIA-TUCSON, LLC C/O CUSHMAN & WAKEFIELD L PICOR 5151 E. BROADWAY BLVD, SUITE 115 TUCSON, AZ 85711 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | MERRILLVILLE PLAZA STORE LEASE | ACADIA MERRILLVILLE REALTY, L.P. C/O ACADIA REALTY TRUST 411 THEODORE FREMD AVENUE, SUITE 300 RYE, NY 10580 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C214249 - DATED 03/23/2018 | ACCEL GROUP 325 QUADRAL DR WADSWORTH, OH 44281-9571 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 04/04/2022 | ACCEL GROUP 325 QUADRAL DR WADSWORTH, OH 44281-9571 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C213366 - DATED 04/08/2022 | ACCESS FLOOR SPECIALISTS LLC PO BOX  758 HUDSON, OH 44236 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 08/31/2023 | ACCESS FLOOR SPECIALISTS LLC PO BOX  758 HUDSON, OH 44236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/29/2022 | ACCHROMA INC 4747 MANUFACTURING AVE. CLEVELAND, OH 44135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/14/2024 | ACCORDION PARTNERS LLC 1 VANDERBILT AVE. FLOOR 24 NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/28/2024 | ACCORDION PARTNERS LLC 1 VANDERBILT AVE. FLOOR 24 NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE AND LEASE MANAGEMENT SOFTWARE AGREEMENT DATED 10/01/2022 | ACCRUENT LLC PO BOX 679881 DALLAS, TX 75267-9881 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C307010 - DATED 01/31/2014 | ACCRUENT LLC PO BOX 679881 DALLAS, TX 75267-9881 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 11/07/2022 | ACCRUENT LLC PO BOX 679881 DALLAS, TX 75267-9881 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/12/2022 | ACE GIFT & CRAFT (NINGBO) CO LTD<br>8# DONGBEI ROAD<br>130<br>NINGBO, 315157<br>CHINA |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 01/26/2022 | ACELLORIES INC<br>5 JULES LANE<br>NEW BRUNSWICK, NJ 08901 |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REYNOLDS PLAZA STORE LEASE | ACS REYNOLDS PLAZA OH, LLC<br>350 PINE STREET, SUITE 800<br>BEAUMONT, TX 77701 |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C295962 - DATED 04/30/2015 | ACTION BASED RESEARCH LLC<br>2966 WEST BATH  ROAD<br>AKRON, OH 44333 |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/30/2024 | ACTION BASED RESEARCH LLC<br>2966 WEST BATH  ROAD<br>AKRON, OH 44333 |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/05/2024 | ACTION BASED RESEARCH LLC<br>2966 WEST BATH  ROAD<br>AKRON, OH 44333 |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/22/2022 | ACTION BOYD LLC<br>ACTION MARINE<br>2481 HWY 431 N.<br>DOTHAN, AL 36303 |

Debtor    Jo-Ann Stores, LLC
Name

Case number (if known): 25-10072

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DATED 10/06/2018 | ADAMS AND REESE, LLP<br>101E KENNEDY BOULEVARD<br>SUITE 40001<br>TAMPA, FL 33602 |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/02/2019 | ADAMS MANUFACTURING<br>109 WEST PARK ROAD<br>PORTERSVILLE, PA 16051 |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2023 | ADHESIVE TECHNOLOGIES<br>3 MERRILL INDUSTRIAL DRIVE<br>HAMPTON, NH 03842 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/01/2008 | ADP INC<br>PO BOX 31001-2939<br>PASADENA, CA 91110-2939 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/16/2022 | ADP INC<br>PO BOX 31001-2939<br>PASADENA, CA 91110-2939 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2020 | ADP INC<br>PO BOX 31001-2939<br>PASADENA, CA 91110-2939 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2023 | ADP INC<br>PO BOX 31001-2939<br>PASADENA, CA 91110-2939 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C216835 - DATED 07/27/2010<br><br>ADP TAX CREDIT SERVICES INC<br>PO BOX  830272<br>PHILADELPHIA, PA 19182-0272 |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/01/2022<br><br>ADP TAX CREDIT SERVICES INC<br>PO BOX  830272<br>PHILADELPHIA, PA 19182-0272 |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2020<br><br>ADSWERVE INC<br>PO BOX 669258<br>DALLAS, TX 75266 |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/01/2020<br><br>ADSWERVE INC<br>PO BOX 669258<br>DALLAS, TX 75266 |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/01/2023<br><br>ADSWERVE INC<br>PO BOX 669258<br>DALLAS, TX 75266 |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323677 - DATED 11/01/2021<br><br>ADVANCED CARTS INC<br>4160 NW 1ST AVENUE  #18<br>BOCA RATON, FL 33431 |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/22/2024<br><br>ADVANCED CARTS INC<br>4160 NW 1ST AVENUE  #18<br>BOCA RATON, FL 33431 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SUPPLIES SERVICE AGREEMENT DATED 11/01/2023 | ADVANCED CARTS INC <br> 4160 NW 1ST AVENUE  #18 <br> BOCA RATON, FL 33431 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/01/2024 | ADVANCED COMMUNICATIONS CABLING INC <br> 3900 JENNINGS ROAD <br> CLEVELAND, OH 44109 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/06/2024 | ADVANCED COMMUNICATIONS CABLING INC <br> 3900 JENNINGS ROAD <br> CLEVELAND, OH 44109 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C323486 - DATED 09/09/2021 | ADVANCED COMMUNICATIONS CABLING INC <br> 3900 JENNINGS ROAD <br> CLEVELAND, OH 44109 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 08/07/2024 | ADVANCED COMMUNICATIONS CABLING INC <br> 3900 JENNINGS ROAD <br> CLEVELAND, OH 44109 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 11/03/2022 | ADVANCED COMMUNICATIONS CABLING INC <br> 3900 JENNINGS ROAD <br> CLEVELAND, OH 44109 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C304820 - DATED 05/13/2013 | ADVANTCO INTERNATIONAL LLC <br> 125 REMOUNT RD., SUITE C1 #382 <br> CHARLOTTE, NC 28203 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 01/01/2025 <br><br> ADVANTCO INTERNATIONAL LLC <br> 125 REMOUNT RD., SUITE C1 #382 <br> CHARLOTTE, NC 28203 |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/01/2023 <br><br> ADVANTUS CORP/WYLA <br> HUAYANG VILLAGE <br> LUFENG AV <br> JINFENG TOWN <br> FUZHOU CITY, 350211 <br> CHINA |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ROCKRIDGE PLAZA STORE LEASE <br><br> AFP ROCKRIDGE 2019, LLC <br> C/O GRACO REAL ESTATE DEVELOPMENT, INC. <br> 5307 W. LOOP 289, SUITE 302 <br> LUBBOCK, TX 79414 |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2023 <br><br> AG CONTAINER TRANSPORT LLC <br> PAPPAS TRUCKING <br> PO BOX  268 <br> LOCKBOURNE, OH 43137 |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 03/05/2024 <br><br> AG CONTAINER TRANSPORT LLC <br> PAPPAS TRUCKING <br> PO BOX  268 <br> LOCKBOURNE, OH 43137 |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2022 <br><br> AG ENGINEERING & CONTRACT LLC <br> 2030 LOUIE LANE <br> BATAVIA, OH 45103 |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C310582 - DATED 04/01/2015 <br><br> AGILENCE, INC. <br> 1020 BRIGGS ROAD,  STE. 110 <br> MOUNT LAUREL, NJ 08054 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):  25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AMENDMENT DATED 11/20/2024 | AGILENCE, INC.<br>1020 BRIGGS ROAD,  STE. 110<br>MOUNT LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICE AGREEMENT DATED 08/01/2023 | AGILENCE, INC.<br>1020 BRIGGS ROAD,  STE. 110<br>MOUNT LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/15/2024 | AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/10/2023 | AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/01/2023 | AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/08/2024 | AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/22/2024 | AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):    25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 09/16/2024 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 09/30/2024 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 11/01/2019 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE SUBSCRIPTION AGREEMENT DATED 01/25/2024 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 02/04/2024 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 03/08/2024 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 03/15/2024 <br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.111** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 04/01/2024<br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.112** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 07/31/2024<br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.113** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 08/17/2023<br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.114** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 09/01/2023<br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.115** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 12/01/2023<br><br>AHEAD INC.<br>401 N. MICHIGAN AVE., #3400<br>CHICAGO, IL 60611 |
| **2.116** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 06/05/2023<br><br>AHEAD, INC.<br>401 N. MICHIGAN AVENUE<br>SUITE 3400<br>CHICAGO, IL 60611 |
| **2.117** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICIES DATED 08/01/2024<br><br>AIG SPECIALTY INSURANCE COMPANY<br>1271 AVENUE OF THE AMERICAS<br>FL 37<br>NEW YORK, NY 10020-1304 |

Debtor   Jo-Ann Stores, LLC                                                      Case number (if known):   25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/08/2024 | AIR FORCE ONE LLC 5800 SHIER RINGS RD. DUBLIN, OH 43016 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/01/2024 | AIR FORCE ONE LLC 5800 SHIER RINGS RD. DUBLIN, OH 43016 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C214477 - DATED 05/10/2018 | AIR RITE SERVICE SUPPLY 1290 WEST 117TH  ST CLEVELAND, OH 44107 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 09/19/2023 | AIR RITE SERVICE SUPPLY 1290 WEST 117TH  ST CLEVELAND, OH 44107 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/29/2024 | AIRGAS INC DBA AIRGAS USA, LLC PO  BOX  734445 CHICAGO, IL 60673-4445 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/15/2023 | AIRTEX INDUSTRIES INC C/O FEDERAL FOAM TECHNOLOGIES INC 600 WISCONSIN DRIVE NEW RICHMOND, WI 54017 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 01/24/2023 | AJAY JAIN ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C299310 - DATED 02/01/2021<br><br>AKAMAI TECHNOLOGIES INC<br>PO BOX  26590<br>NEW YORK, NY 10087 |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 02/01/2024<br><br>AKAMAI TECHNOLOGIES INC<br>PO BOX  26590<br>NEW YORK, NY 10087 |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INFLUENCER MARKETING SERVICE AGREEMENT DATED 04/01/2024<br><br>AKG SQUARED LLC<br>DBA DAMASK LOVE<br>951 BRICKELL AVE  #911<br>MIAMI, FL 33131 |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C314739 - DATED 03/29/2018<br><br>AKG SQUARED LLC<br>DBA DAMASK LOVE<br>951 BRICKELL AVE  #911<br>MIAMI, FL 33131 |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE SERVICE AGREEMENT DATED 03/01/2021<br><br>AKRON AIR PRODUCTS INC<br>715 POWELL AVE<br>HARTVILLE, OH 44632 |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C141970 - DATED 05/01/2014<br><br>AKRON AIR PRODUCTS INC<br>715 POWELL AVE<br>HARTVILLE, OH 44632 |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRI-COUNTY PLAZA STORE LEASE<br><br>AKRON CENTER ASSOCIATES, LLC<br>C/O COLLIERS INTERNATIONAL<br>200 PUBLIC SQUARE, SUITE 3100<br>CLEVELAND, OH 44114 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARPET AND WINDOW SERVICE AGREEMENT DATED 05/18/2023<br><br>AKROSTEAM CBAM INC<br>AKROSTEAM<br>2215 E. WATERLOO RD #310<br>AKRON, OH 44312 |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321851 - DATED 05/18/2020<br><br>AKROSTEAM CBAM INC<br>AKROSTEAM<br>2215 E. WATERLOO RD #310<br>AKRON, OH 44312 |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674017476 DATED 01/11/2025<br><br>AL_CITY OF HUNTSVILLE<br>CITY CLERK TREASURER<br>PO BOX 040003<br>HUNTSVILLE, AL 35804-4003 |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285054303 DATED 01/19/2025<br><br>ALABAMA POWER<br>PO BOX 242<br>BIRMINGHAM, AL 35292 |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/10/2023<br><br>ALADINE<br>205 RUE DE MONTEPY<br>FLEURIEUX SUR LARBRESLE, 69210<br>FRANCE |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALAMEDA CROSSING STORE LEASE<br><br>ALAMEDA CROSSING STATION LLC<br>ATTN: ROBERT F. MYERS, COO<br>11501 NORTHLAKE DRIVE<br>CINCINNATI, OH 45249 |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COTTONWOOD WEST S/C STORE LEASE<br><br>ALAMO CENTER, LLC<br>C/O COMMERCIAL REAL ESTATE MANAGEMENT (CREM)<br>5951 JEFFERSON NE, SUITE A<br>ALBUQUERQUE, NM 87109 |

Debtor    Jo-Ann Stores, LLC                                Case number (if known):   25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/14/2023 | ALBERT HERMAN DRAPERIES INC 2949 OLD MILL ROAD HUDSON, OH 44236-1519 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | ACME PLAZA STORE LEASE | ALBRECHT INCORPORATED 17 S. MAIN STREET, SUITE 401 PO BOX 1714 AKRON, OH 44309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327501 - DATED 04/15/2024 | ALEXA KEMP ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BUYER AGREEMENT DATED 01/27/2021 | ALEXANDRIA CHICATELLI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | ALEXANDRIA CHICATELLI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | ALISON CHIURAZZI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 06/20/2021 | ALISON RIFE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325395 - DATED 08/01/2022 | ALISSAH ASHTON<br>ADDRESS ON FILE |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/18/2021 | ALITHYA RANZAL LLC<br>PO BOX 845183<br>BOSTON, MA 02284-5183 |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/17/2024 | ALL STATE BROKERAGE INC.<br>4663 EXECUTIVE DR STE 12<br>COLUMBUS, OH 43220 |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/05/2023 | ALL THE RAGES INC<br>355 EISENHOWER PARKWAY, SUITE 101<br>LIVINGSTON, NJ 07039 |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 12/22/2022 | ALLIED PACKAGING CORP<br>PO BOX  8010<br>PHOENIX, AZ 85066 |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C216855 - DATED 12/21/2015 | ALLIED PACKAGING CORP<br>PO BOX  8010<br>PHOENIX, AZ 85066 |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/05/2024 | ALLIED PRODUCTS CORPORATION<br>SPRINGBOK PUZZLES<br>1420 KANSAS AVENUE<br>KANSAS CITY, MO 64127 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/09/2024 | ALLIED PRODUCTS CORPORATION<br>1420 KANSAS AVE<br>KANSAS CITY, MO 64127 |
| **2.154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C321664 - DATED 04/08/2020 | ALLISON KATHLEEN FERDINAND<br>ADDRESS ON FILE |
| **2.155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 04/08/2023 | ALLISON KATHLEEN FERDINAND<br>ADDRESS ON FILE |
| **2.156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BENEFITS & COMPENSATION SERVICE AGREEMENT DATED 09/01/2024 | ALLSUP HEALTHCARE INSUR SERV LLC<br>300 ALLSUP PLACE<br>BELLEVILLE, IL 62223 |
| **2.157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C322261 - DATED 09/01/2020 | ALLSUP HEALTHCARE INSUR SERV LLC<br>300 ALLSUP PLACE<br>BELLEVILLE, IL 62223 |
| **2.158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/01/2023 | ALLSUP HEALTHCARE INSUR SERV LLC<br>300 ALLSUP PLACE<br>BELLEVILLE, IL 62223 |
| **2.159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C326526 - DATED 07/06/2023 | ALLY EDGAR<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known):  25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C327923 - DATED 10/10/2024 | ALLYSON DURK<br>ADDRESS ON FILE |
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAFEWAY SC STORE LEASE | ALMADEN PROPERTIES, LLC<br>100 BUSH STREET, SUITE 218<br>SAN FRANCISCO, CA 94104 |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 07/25/2023 | ALPINE POWER SYSTEMS INC<br>24355 CAPITOL<br>REDFORD, MI 48239 |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONYERS PLAZA STORE LEASE | ALTO CONYERS PLAZA, LP<br>2093 PHILADELPHIA PIKE, #1971<br>ATTN: DOR DEZALOVSKY<br>CLAYMONT, DE 19703 |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT EXTENSION DATED 04/04/2024 | ALTO SYSTEMS INCORP<br>2867 SURVEYOR STREET<br>POMONA, CA 91768 |
| **2.165** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WHITE MOUNTAIN MALL STORE LEASE | ALTURAS WHITE MOUNTAIN, LLC<br>250 EAST EAGLES GATE DR., SUITE 340<br>ATTN: TRAVIS BARNEY<br>EAGLE, ID 83616 |
| **2.166** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C322985 DITTO - DATED 10/17/2023 | ALVANON INC<br>ACCOUNTS DEPT.<br>102 W 38TH ST<br>NEW YORK, NY 10018 |

Debtor  Jo-Ann Stores, LLC

Case number (if known):  25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/10/2023 | ALVARADO MFG CO INC<br>12660 COLONY ST<br>CHINO, CA 91710 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C109602 - DATED 10/09/2017 | ALVARADO MFG CO INC<br>12660 COLONY ST<br>CHINO, CA 91710 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ALYSSA CHOLLEY<br>ADDRESS ON FILE |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/01/2024 | AMANDA HAYES<br>ADDRESS ON FILE |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 11/23/2020 | AMANDA HAYES<br>ADDRESS ON FILE |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DATED 07/31/2024 | AMANDA HAYES<br>ADDRESS ON FILE |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 12/30/2020 | AMANDA SMRSTICK<br>ADDRESS ON FILE |

☐    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.174** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C327251 - DATED 02/01/2024<br><br>AMANDA TODARO<br>ADDRESS ON FILE |
| **2.175** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C316603 - DATED 01/01/2018<br><br>AMAZON CAPITAL SERVICES<br>AMAZON.COM LLC<br>PO BOX 035184<br>SEATTLE, WA 98124-5184 |
| **2.176** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROMOTION AGREEMENT DATED 03/01/2020<br><br>AMBER KEMP-GERSTEL<br>ADDRESS ON FILE |
| **2.177** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 01/05/2021<br><br>AMBER SHERRILL<br>ADDRESS ON FILE |
| **2.178** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/29/2019<br><br>AMERICAN CRAFTS<br>588 WEST 400 SOUTH SUITE 300<br>LINDON, UT 84042 |
| **2.179** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/01/2023<br><br>AMERICAN CRAFTS LC<br>588 WEST 400 SOUTH SUITE 300<br>NINGBO CITY, 315040<br>CHINA |
| **2.180** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285069302 DATED 04/11/2024<br><br>AMERICAN ELECTRIC POWER/24002<br>PO BOX 371496<br>PITTSBURGH, PA 15250-7496 |

Debtor    Jo-Ann Stores, LLC                                     Case number (if known):  25-10072
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.181** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 12/01/2021<br><br>AMERICAN FAST FREIGHT INC<br>PO BOX 101833<br>PASADENA, CA 91189-1833 |
| **2.182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/22/2023<br><br>AMERICAN FOOD & VENDING<br>124 METROPOLITAN PARK  DR.<br>LIVERPOOL, NY 13088 |
| **2.183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C289343 - DATED 05/21/2018<br><br>AMERICAN FOOD & VENDING<br>124 METROPOLITAN PARK  DR.<br>LIVERPOOL, NY 13088 |
| **2.184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C301991 - DATED 10/15/2017<br><br>AMERICAN LEBANESE SYRIAN ASSOC INC<br>ST JUDE CHILDREN'S RESEARCH HOSP<br>501 ST JUDE PLACE<br>MEMPHIS, TN 38105 |
| **2.185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 10/31/2024<br><br>AMERICAN LEBANESE SYRIAN ASSOC INC<br>ST JUDE CHILDREN'S RESEARCH HOSP<br>501 ST JUDE PLACE<br>MEMPHIS, TN 38105 |
| **2.186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/22/2024<br><br>AMERICAN MINORITY BUSINESS FORMS IN AMERICAN DIVERSITY<br>PO BOX 337<br>GLENWOOD, MN 56334 |
| **2.187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/09/2019<br><br>AMERICAN NEWS COMPANY LLC<br>DBA ANC<br>1955 LAKE PARK DRIVE, SUITE 400<br>SMYRNA, GA 30080 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 03/12/2019 | AMERICAN TOMBOW INC<br>355 SATELLITE BLVD NE SUITE 300<br>SUWANEE, GA 30024 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 05/06/2022 | AMERICAN TOMBOW, INC<br>355 SATELLITE BOULEVARD NE SUITE<br>SUWANEE, GA 30024 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRAILER LEASING AGREEMENT DATED 09/24/2021 | AMERICAN TRAILER RENTAL GRP LLC<br>ADVANTAGE TRAILER RENTALS LLC<br>PO BOX 772320<br>DETROIT, MI 48277 |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERNATIONAL MARKET CENTERS LEASE AGREEMENT DATED 05/02/2023 | AmericasMart Real Estate, LLC<br>240 PEACHTREE STREET N.W.<br>SUITE 2200<br>ATLANTA, GA 30303 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/01/2025 | AMERICORP INTERNATIONAL GROUP, INC.<br>550 N. BRAND BLVD<br>SUITE 910<br>GLENDALE, CA 91203 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 06/25/2024 | A-MEZZ INDUST STRUCTURES LLC<br>PO BOX 1389<br>HUDSON, OH 44236 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C312684 - DATED 07/08/2022 | A-MEZZ INDUST STRUCTURES LLC<br>PO BOX 1389<br>HUDSON, OH 44236 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/01/2023 | AMIGO MOBILITY CENTER<br>PO BOX 74470<br>CLEVELAND, OH 44194-0570 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C284576 - DATED 06/18/2016 | AMIGO MOBILITY CENTER<br>PO BOX 74470<br>CLEVELAND, OH 44194-0570 |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STORE DEVELOPMENT SERVICE AGREEMENT DATED 03/20/2024 | AMIGO MOBILITY CENTER<br>PO BOX 74470<br>CLEVELAND, OH 44194-0570 |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DRAPER RETAIL CENTER STORE LEASE | AMSOURCE DRAPER LUMBER YARD LLC<br>358 S. RIO GRANDE, SUITE 200<br>SALT LAKE CITY, UT 84101 |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTHGATE SHOPPING CENTER STORE LEASE | AMSOURCE SPANISH FORK, LLC<br>358 SOUTH RIO GRANDE, SUITE 200<br>ATTN: PRESIDENT<br>SALT LAKE CITY, UT 84101 |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327287 - DATED 02/20/2024 | AMY NGUYEN<br>ADDRESS ON FILE |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C285083 - DATED 09/12/2019 | AMY PENNELL INC<br>7327 DIAGONAL RD.<br>KENT, OH 44240 |

Debtor    Jo-Ann Stores, LLC
          Name

Case number (if known):   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.202** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/12/2022 | AMY PENNELL INC<br>7327 DIAGONAL RD.<br>KENT, OH 44240 |
| **2.203** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C326525 - DATED 07/06/2023 | ANASTASIA CHATZKA<br>ADDRESS ON FILE |
| **2.204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C326573 - DATED 07/17/2023 | ANASTASIA CHATZKA CB ARTIST<br>2041 W. CARROLL AVE., UNIT 209-D<br>CHICAGO, IL 60612 |
| **2.205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/08/2022 | ANCHOR SIGN INC<br>PO BOX  22737<br>CHARLESTON, SC 29413 |
| **2.206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HR SOFTWARE SERVICE AGREEMENT DATED 09/04/2023 | ANDERSON OXFORD INC<br>DBA THINKLP<br>219 LABRADOR DR., UNIT 100<br>WATERLOO, ON N2K 4M8<br>CANADA |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/24/2023 | ANDERSON OXFORD INC<br>DBA THINKLP<br>219 LABRADOR DR., UNIT 100<br>WATERLOO, ON N2K 4M8<br>CANADA |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C311538 - DATED 09/05/2020 | ANDERSON OXFORD INC<br>DBA THINKLP<br>219 LABRADOR DR., UNIT 100<br>WATERLOO, ON N2K 4M8<br>CANADA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DATED 08/13/2021 | ANGELA M. BUCHANAN, PHILLIPS MURRAH P. C.<br>ADDRESS ON FILE |
| **2.210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANGOLA PLAZA STORE LEASE | ANGOLA SQUARE, LLC<br>1048 GOODLETTE RD. N, SUITE 202<br>NAPLES, FL 34102 |
| **2.211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2023 | ANHUI QIAOXING TECHNOLOGY DEVELOPME CO LTD<br>TECHNICAL ECONOMIC DEVELOPMENT A<br>TONGLING, 244000<br>CHINA |
| **2.212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | ANN ABER<br>ADDRESS ON FILE |
| **2.213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 | ANN ABER<br>ADDRESS ON FILE |
| **2.214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/12/2021 | ANN ABER<br>ADDRESS ON FILE |
| **2.215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 04/29/2019 | ANN ABER<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):  25-10072
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 10/28/2020 | ANN ABER<br>ADDRESS ON FILE |
| **2.217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/15/2023 | ANN MARIE ELABAN<br>ADDRESS ON FILE |
| **2.218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321934 - DATED 06/15/2020 | ANN MARIE ELABAN<br>ADDRESS ON FILE |
| **2.219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/26/2019 | ANN WILLIAMS GROUP LLC<br>784 INDUSTRIAL COURT<br>BLOOMFIELD HILLS, MI 48302 |
| **2.220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315158 - DATED 12/10/2018 | ANNA MARIA HORNER<br>ADDRESS ON FILE |
| **2.221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | ANNA OLSEN<br>ADDRESS ON FILE |
| **2.222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/06/2023 | ANNIN FLAGMAKERS<br>430 MOUNTAIN AVE-SUITE 410<br>NEW PROVIDENCE, NJ 07974 |

| Debtor | Jo-Ann Stores, LLC | | Case number (if known):  25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2023 | ANTHEM BLUECROSS LIFE & HEALTH INSURANCE COMPANY PO BOX  105187 ATLANTA, GA 30348 |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C319260 - DATED 02/01/2018 | ANTHEM BLUECROSS LIFE & HEALTH INSURANCE COMPANY PO BOX  105187 ATLANTA, GA 30348 |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCE SQUARE STORE LEASE | ANTONIO B. POMERLEAU, LLC C/O POMERLEAU REAL ESTATE 69 COLLEGE STREET BURLINGTON, VT 05401 |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326914 - DATED 09/19/2023 | ANTWAN STEELE LLC 23220 CHAGRIN BLVD. #481 BEACHWOOD, OH 44122 |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/14/2024 | ANYBILL FINANCIAL SERVICES INC PO BOX 34781 BETHESDA, MD 20827-0781 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327645 - DATED 06/01/2024 | ANYBILL FINANCIAL SERVICES INC PO BOX 34781 BETHESDA, MD 20827-0781 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ARCHITECTURE SERVICES AGREEMENT DATED 10/09/2023 | AODK INC 14394 DETROIT AVE. LAKEWOOD, OH 44107 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):  25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C325455 - DATED 08/29/2022<br><br>AODK INC<br>14394 DETROIT AVE.<br>LAKEWOOD, OH 44107 |
| **2.231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT DATED 08/23/2021<br><br>AON<br>1211 HIGHLAND ROAD<br>MACEDONIA, OH 44056-2307 |
| **2.232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT DATED 09/01/2021<br><br>AON<br>1211 HIGHLAND ROAD<br>MACEDONIA, OH 44056-2307 |
| **2.233** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT DATED 09/22/2021<br><br>AON<br>1625 FRANK ROAD<br>COLUMBUS, OH 43223-3726 |
| **2.234** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES DATED 08/01/2024<br><br>AON RISK SERVICES CENTRAL, INC<br>200 E. RANDOLPH STREET<br>CHICAGO, IL 60601 |
| **2.235** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES DATED 06/01/2024<br><br>AON RISK SERVICES CENTRAL,INC.<br>200 E RANDOLPH ST<br>FL 13<br>CHICAGO, IL 60601-6424 |
| **2.236** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C144611 - DATED 11/18/2013<br><br>AON RISK SERVICES COMPANIES INC<br>CENTRAL- PREMIUM<br>PO BOX 955816<br>ST. LOUIS, MO 63195-5816 |

Debtor    Jo-Ann Stores, LLC                                   Case number (if known)    25-10072
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 03/01/2024<br><br>AON RISK SERVICES COMPANIES INC<br>CENTRAL- PREMIUM<br>PO BOX 955816<br>ST. LOUIS, MO 63195-5816 |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 05/31/2024<br><br>AON RISK SERVICES COMPANIES INC<br>CENTRAL- PREMIUM<br>PO BOX 955816<br>ST. LOUIS, MO 63195-5816 |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/13/2024<br><br>AON RISK SERVICES COMPANIES INC<br>CENTRAL- PREMIUM<br>PO BOX 955816<br>ST. LOUIS, MO 63195-5816 |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 08/03/2021<br><br>AON RISK SERVICES NORTHEAST, INC.<br>445 HUTCHINSON AVENUE<br>SUITE 900<br>COLUMBUS, OH 43235 |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 08/31/2022<br><br>AON RISK SERVICES NORTHEAST, INC.<br>1775 DOVE LANE<br>CARLSBAD, CA 92011 |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/01/2022<br><br>APOTHECARY PRODUCTS<br>11750 12TH AVENUE S<br>BURNSVILLE, MN 55337 |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNAPOLIS PLAZA STORE LEASE<br><br>APSC, LLC<br>C/O THE SHOPPING CENTER GROUP, LLC<br>ATTN: PROPERTY MANAGER<br>ATLANTA, GA 30339 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.244** | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | AR'TINA JONES<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest | DOCK DOORS & EQUIPMENT SERVICE AGREEMENT DATED 03/01/2021 | ARBON EQUIPMENT CORP<br>25464 NETWORK PLACE<br>CHICAGO, IL 60673-1254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.246** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C216675 - DATED 05/01/2014 | ARBON EQUIPMENT CORP<br>25464 NETWORK PLACE<br>CHICAGO, IL 60673-1254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.247** | State what the contract or lease is for and the nature of the debtor's interest | ARBOR SQUARE STORE LEASE | ARBOR SQUARE LLC<br>C/O CASTO<br>250 CIVIC CENTER DRIVE, SUITE #500<br>COLUMBUS, OH 43215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.248** | State what the contract or lease is for and the nature of the debtor's interest | COLONIAL LANDING STORE LEASE | ARC CLORLFL001, LLC, 050019<br>C/O HIFFMAN NATIONAL, LLC<br>ATTN: SHAWN BROWN, PORTFOLIO MANAGER<br>OAKBROOK TERRACE, IL 60181 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.249** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/01/2023 | ARC DOCUMENT SOLUTIONS LLC<br>PO BOX 645913<br>CINCINNATI, OH 45264-4913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.250** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C325691 - DATED 01/09/2023 | ARC DOCUMENT SOLUTIONS LLC<br>PO BOX 645913<br>CINCINNATI, OH 45264-4913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NORTH LAKELAND PLAZA STORE LEASE | ARC NLLKLFL001, LLC<br>C/O HIFFMAN NATIONAL, LLC<br>ONE OAKBROOK TERRACE #400<br>OAKBROOK TERRACE, IL 60181 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHOPPES OF WEST MELBOURNE STORE LEASE | ARC SMWMBFL001, LLC<br>C/O GLOBAL NET LEASE, INC.<br>650 5TH AVENUE, 30TH FLOOR<br>NEW YORK, NY 10019 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ARCADIA FIESTA SHOPPING CENTER STORE LEASE | ARCADIA FIESTA LP<br>C/O DE RITO PARTNERS DEVELOPMENT, INC.<br>ATTN: CHARLES R. CARLISE, PRESIDENT<br>SCOTTSDALE, AZ 85250 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF CREDIT #64027606 | ARCH INSURANCE COMPANY<br>C/O BANK OF AMERICA<br>PO BOX 505198<br>ST. LOUIS, MO 63150 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MACARTHUR TOWNE CENTER STORE LEASE | ARD MACARTHUR, LLC<br>C/O HIGHLAND MANAGEMENT CORPORATION<br>310 YORKTOWN PLAZA<br>ELKINS PARK, PA 19027 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/19/2022 | ARDRON-MACKIE LTD<br>6690 COLUMBUS  RD.<br>MISSISSAUGA, ON L5T 2G1<br>CANADA |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STORE DEVELOPMENT SERVICE AGREEMENT DATED 07/19/2024 | ARDRON-MACKIE LTD<br>6690 COLUMBUS  RD.<br>MISSISSAUGA, ON L5T 2G1<br>CANADA |

Debtor   Jo-Ann Stores, LLC
         Name

Case number (if known):   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DATED 11/20/2024 | ARENTFOX SCHIFF LLP<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK, NY 10019 |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FREEPORT SHOPPING CENTER STORE LEASE | ARG JAFPTIL001, LLC<br>C/O GLOBAL NET LEASE<br>38 WASHINGTON SQUARE<br>NEWPORT, RI 02840 |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MORGANTON HEIGHTS STORE LEASE | ARG MHMORNC001, LLC<br>C/O AR GLOBAL INVESTMENTS, LLC<br>650 FIFTH AVENUE, 30TH FLOOR<br>NEW YORK, NY 10019 |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OWENSBORO TOWNE CENTER STORE LEASE | ARG OTOWEKY001, LLC<br>C/O HIFFMAN ASSET MANAGEMENT, LLC (DBA HIFFMAN NATIONAL, LLC)<br>ONE OAKBROOK TERRACE, STE. 400<br>OAKBROOK TERRACE, IL 60181 |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ERIE COMMONS STORE LEASE | AR-GL&ERIE, LLC<br>C/O AMERICA'S REALTY<br>11155 RED RUN BLVD., SUITE 320<br>OWINGS MILLS, MD 21117 |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GRAND TETON PLAZA STORE LEASE | ARGO IDAHO FALLS, LLC<br>C/O ARGONAUT INVESTMENTS, LLC<br>101 LARKSPUR LANDKING CIRCLE, SUITE 120<br>LARKSPUR, CA 94939 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TIETON VILLAGE S/C STORE LEASE | ARGO TIETON, LLC<br>C/O ARGONAUT INVESTMENTS, LLC<br>101 LARKSPUR LANDING CIRCLE, SUITE 120<br>LARKSPUR, CA 94939 |

Debtor    Jo-Ann Stores, LLC
Name

Case number (if known): 25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | 1000 SOUTH CENTRAL AVE STORE LEASE | ARIA INVESTMENTS LLC<br>1330 J LEE CIRCLE<br>ATTN: MIKE SAJJADIEH<br>GLENDALE, CA 91208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | ARIEL HAWKINS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | BIRCH RUN STATION STORE LEASE | ARIZONA PARTNERS RETAIL INVESTMENT GROUP, LLC<br>C/O BIRCH RUN STATION, LLC<br>8300 N. HAYDEN RD., STE. A-200<br>SCOTTSDALE, AZ 85258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 04/01/2023 | ARLINGTON CONSTRUCTION INC<br>519 E 11TH AVE<br>COLUMBUS, OH 43211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C109672 - DATED 04/01/2017 | ARLINGTON CONSTRUCTION INC<br>519 E 11TH AVE<br>COLUMBUS, OH 43211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/16/2024 | AROMA BAY CANDLES CO<br>TIEU TRA/ RESIDENT GROUP 6<br>HUNG DAO- DUONG KINH- HAI PHONG<br>HAIPHONG, 18000<br>VIETNAM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | ARSENAL PLAZA STORE LEASE | ARSENAL PLAZA ASSOCIATES, LLC<br>C/O NIGRO COMPANIES<br>20 CORPORATE WOODS BLVD.<br>ALBANY, NY 12211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2024<br><br>ART SUPPLY ENTERPRISES<br>NO 288 OUFAN ROAD<br>Z06<br>OUJIANGKOU INDUSTRIAL ZONE, WENZHOU, CHINA |
| **2.273** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/19/2022<br><br>ART SUPPLY ENTERPRISES<br>DBA MACPHERSON'S<br>2935 SHAWNEE INDUSTRIAL WAY<br>SUWANEE, GA 30024 |
| **2.274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/15/2022<br><br>ARTBIN BY FLAMBEAU<br>15981 VALPLAST STREET<br>MIDDLEFIELD, OH 44062 |
| **2.275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/31/2024<br><br>ARTESPRIX<br>7680 MATOAKA ROAD<br>SARASOTA, FL 34243 |
| **2.276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/25/2022<br><br>ARTISAN HOME LLC<br>HACIENDA DEL COLORADO 21603-T2<br>PRESIDENTES CP 22215, 22215<br>MEXICO |
| **2.277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/01/2024<br><br>ARTMATE CO LTD<br>50 ZHONGHUA ROAD<br>NANJING, 210000<br>CHINA |
| **2.278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/02/2019<br><br>ARTSKILLS<br>3935 RABOLD CIRCLE SOUTH<br>BETHLEHEM, PA 18020 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known):    25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C323621 - DATED 09/24/2021 | ARTWORK PORTFOLIO LTD<br>BLDG 67,59 EUROPE BUSINESS PARK<br>BIRD HALL LANE<br>CH<br>STOCKPORT, SK3 OXA<br>UNITED KINGDOM |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ASHLEY JOHNSTON<br>ADDRESS ON FILE |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 08/24/2022 | ASHLEY MARTIN<br>ADDRESS ON FILE |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ASHLEY MARTIN<br>ADDRESS ON FILE |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DESTINATION EIGHT STORE LEASE | ASHLEY REAL ESTATE, LLC<br>C/O ASHLEY FURNITURE INDUSTRIES, LLC<br>1670 EAST 8TH AVENUE<br>TAMPA, FL 33605 |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C328074 - DATED 11/22/2024 | ASHLYN HERRON<br>ADDRESS ON FILE |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DATED 08/06/2024 | ASHTON FALCONER<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known): 25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LA VERNE PLAZA STORE LEASE <br><br> ASL INVESTMENTS, LLC <br> C/O CHARLES DUNN RES., INC. <br> 800 WEST 6TH STREET, SUITE 600 <br> LOS ANGELES, CA 90017 |
| **2.287** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ELECTRONIC SECURITY SERVICE AGREEMENT DATED 01/01/2024 <br><br> ASSA ABLOY ENTRANCE SYSTEMS US INC <br> FKA BESAM US INC <br> PO BOX  827375 <br> PHILADELPHIA, PA 19182-7375 |
| **2.288** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C152210 - DATED 09/09/2013 <br><br> ASSA ABLOY ENTRANCE SYSTEMS US INC <br> FKA BESAM US INC <br> PO BOX  827375 <br> PHILADELPHIA, PA 19182-7375 |
| **2.289** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 03/19/2019 <br><br> ASTAGE GLOBAL INC <br> 729 SEVENTH AVENUE 17TH FLOOR <br> NEW YORK, NY 10019 |
| **2.290** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/14/2022 <br><br> ASTAGE GLOBAL INC. <br> JEJ ASTAGE CO., LTD., YAHIKO FACTOR <br> 635-2 ODO <br> YAHIKO-MURA <br> NISHIKANBARA-GUN, 9590308 <br> JAPAN |
| **2.291** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/29/2019 <br><br> ASTEK <br> 15924 ARMINTA STREET <br> VAN NUYS, CA 91406 |
| **2.292** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 10/15/2020 <br><br> AT&T DATACOMM INC <br> P.O. BOX 9012 <br> CAROL STREAM, IL 60197-9012 |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/15/2022<br><br>AT&T DATACOMM INC<br>P.O. BOX 9012<br>CAROL STREAM, IL 60197-9012 |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/01/2023<br><br>AT&T DATACOMM INC<br>P.O. BOX 9012<br>CAROL STREAM, IL 60197-9012 |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASHLAND TOWNE CENTER STORE LEASE<br><br>ATC GLIMCHER, LLC<br>C/O WPG<br>4900 EAST DUBLIN GRANVILLE RD., 4TH FLOOR<br>COLUMBUS, OH 43081 |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATHENS MALL STORE LEASE<br><br>ATHENS CENTER, LLC<br>C/O ELFORD ASSET MANAGMENT<br>1220 DUBLIN ROAD<br>COLUMBUS, OH 43215 |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 05/03/2023<br><br>ATIF AHMAD<br>ADDRESS ON FILE |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 10/22/2020<br><br>ATIF AHMAD<br>ADDRESS ON FILE |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/22/2023<br><br>ATLANTIS TOY AND HOBBY INC.<br>435 BROOK AVENUE UNIT 16<br>DEER PARK, NY 11729 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known)    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/08/2023<br><br>ATLAS STUDIO CO.<br>1000 BRICKELL AVENUE SUITE 715<br>MIAMI, FL 33131 |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024<br><br>AURIENT INTERNATIONAL CORP<br>8F 106 CHANG AN WEST ROAD<br>TAIPEI, 10351<br>TAIWAN |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/06/2024<br><br>AURORA WORLD INC<br>8820 MERCURY LANE<br>PICO RIVERA, CA 90660 |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 11/01/2024<br><br>AURUS, INC.<br>1 EDGEWATER DRIVE<br>SUITE # 200<br>NORWOOD, MA 02062 |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324835 - DATED 03/01/2022<br><br>AUTHENTIC BRANDS GROUP LLC<br>ABG INTERMEDIATE HOLDINGS 2 LLC<br>1411 BROADWAY, 21ST FLOOR<br>NEW YORK, NY 10018 |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUILDING MANAGEMENT SYSTEM SERVICE AGREEMENT DATED 07/01/2023<br><br>AUTOMATED LOGIC CORPORATION ECOENERGY<br>1150 ROBERTS   BLVD<br>KENNESAW, GA 30144 |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C316926 - DATED 02/01/2018<br><br>AUTOMATED LOGIC CORPORATION ECOENERGY<br>1150 ROBERTS   BLVD<br>KENNESAW, GA 30144 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 01/04/2023 | AUTOMATIC FIRE PROTECTION SYSTEMS INC 326 JACKSON ST FREMONT, OH 43420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C121795 - DATED 12/22/2017 | AUTOMATIC FIRE PROTECTION SYSTEMS INC 326 JACKSON ST FREMONT, OH 43420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | MAIL AND POSTAGE EQUIPMENT LEASE DATED 04/13/2023 | AUTOMATION MAILING & SHIPPING SOLUT 12309 PLAZA DR. PARMA, OH 44130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/17/2023 | AUTOMATION MAILING & SHIPPING SOLUT 12309 PLAZA DR. PARMA, OH 44130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 05/01/2023 | AUTOMATION MAILING & SHIPPING SOLUT 12309 PLAZA DR. PARMA, OH 44130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 05/19/2021 | AVANTI, INC. 222 N. GARDEN ST. SUITE 400 VISALIA, CA 93291 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C139490 - DATED 04/09/2020 | AVERY DENNISON RETAIL INFO SERVICES ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 08/08/2023<br><br>AVERY DENNISON RETAIL INFO SERVICES<br>ADDRESS ON FILE |
| **2.315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FEDERAL WAY PLAZA STORE LEASE<br><br>AVEST LIMITED PARTNERSHIP<br>ATTN: SHAWNA ALLEN<br>PO BOX 140075<br>BOISE, ID 83714 |
| **2.316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVON TOWN SQUARE STORE LEASE<br><br>AVIANA COMPANY LTD<br>C/O CARNEGIE MANAGEMENT & DEVELOPMENT CORP.<br>27500 DETROIT RD., SUITE 300<br>WESTLAKE, OH 44145 |
| **2.317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLUMBUS PARK CROSSING STORE LEASE<br><br>AVR CPC ASSOCIATES, LLC<br>C/O AVR REALTY COMPANY<br>ONE EXECUTIVE BOULEVARD<br>YONKERS, NY 10701 |
| **2.318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/22/2025<br><br>AWARDCO INC<br>2080 W 400 N<br>LINDON, UT 84042 |
| **2.319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/01/2022<br><br>AWARDCO INC<br>2080 W 400 N<br>LINDON, UT 84042 |
| **2.320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 03/03/2024<br><br>AWARDCO INC<br>2080 W 400 N<br>LINDON, UT 84042 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C325562 - DATED 11/22/2022 | AWARDCO INC<br>2080 W 400 N<br>LINDON, UT 84042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/02/2024 | AWESOME SUPPLY CHAIN LIMITED<br>RM 2302 HONGAN PLAZA<br>258 DIEYUAN ROAD<br>NINGBO<br>YINGZHOU DISTRICT, 315199<br>CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 08/08/2023 | AZAR INTERNATIONAL INC<br>PO BOX  567<br>PARAMUS, NJ 07653 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C317283 - DATED 09/01/2020 | AZAR INTERNATIONAL INC<br>PO BOX  567<br>PARAMUS, NJ 07653 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | GATEWAY S/C STORE LEASE | AZCO PARTNERS<br>C/O REGENCY CENTERS CORPORATION<br>ONE INDEPENDENT DRIVE, SUITE 114<br>JACKSONVILLE, FL 32202-5019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | SOUTH PLAZA STORE LEASE | B&B SOUTH PLAZA HOLDINGS LLC<br>C/O BRUCE STRUMPF, INC.<br>2120 DREW STREET<br>CLEARWATER, FL 33765 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | HARDWARE SERVICES AGREEMENT DATED 02/20/2023 | B&H FOTO & ELECTRONICS CORP<br>DBA B&H PHOTO VIDEO<br>420 9TH AVE<br>NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C294025 - DATED 02/20/2018<br><br>B&H FOTO & ELECTRONICS CORP<br>DBA B&H PHOTO VIDEO<br>420 9TH AVE<br>NEW YORK, NY 10001 |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BANDERA POINTE STORE LEASE<br><br>B33 BANDERA POINTE III LLC<br>TWO UNION SQUARE<br>601 UNION ST., SUITE 1115<br>SEATTLE, WA 98101 |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GREAT NORTHERN S/C STORE LEASE<br><br>B33 GREAT NORTHERN II, LLC<br>TWO UNION SQUARE<br>601 UNION STREET, SUITE 1115<br>SEATTLE, WA 98101 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MILFORD CROSSING STORE LEASE<br><br>B33 MILFORD CROSSING LLC<br>601 UNION STREET, SUITE 1115<br>ATTN: ARSHAD SULTAN, HEAD OF PROPERTY MANAGEMENT<br>SEATTLE, WA 98101 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WEST JEFFERSON, OH FULFILLMENT CENTER<br><br>BA TWO REIT LLC<br>DBA: POOL 2 INDUSTRIAL OH LLC<br>C/O EQT EXETER<br>RADNOR, PA 19087 |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTORS & BALERS SERVICE AGREEMENT DATED 01/01/2024<br><br>BACE, INC.<br>322 W. 32ND STREET<br>CHARLOTTE, NC 28206 |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C311201MAIN - DATED 01/01/2021<br><br>BACE, INC.<br>322 W. 32ND STREET<br>CHARLOTTE, NC 28206 |

---

Debtor    Jo-Ann Stores, LLC
         Name
                                                    Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324624 - DATED 01/01/2023<br><br>BADGLEY MISCHKA LLC<br>15642 GRAHAM STREET<br>HUNTINGTON BEACH, CA 92649 |
| **2.336** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADEMARK LICENSE AGREEMENT DATED 05/23/2022<br><br>BADGLEY MISCHKA, LLC<br>15342 GRAHAM ST.<br>HUNTINGTON BEACH, CA 92649 |
| **2.337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADEMARK LICENSE AGREEMENT DATED 09/03/2024<br><br>BADGLEY MISCHKA, LLC<br>15342 GRAHAM ST.<br>HUNTINGTON BEACH, CA 92649 |
| **2.338** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/12/2020<br><br>BAKER & HOSTETLER LLP<br>P O BOX  70189<br>CLEVELAND, OH 44190-0189 |
| **2.339** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/25/2019<br><br>BAKER & HOSTETLER LLP<br>P O BOX  70189<br>CLEVELAND, OH 44190-0189 |
| **2.340** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE SHOPPES ON MARKET STORE LEASE<br><br>BAKER/TEMPLE GREENSBORO, L.L.C.<br>C/O BAKER COMMERCIAL PROPERTIES<br>1400 PICKENS STREET, 5TH FLOOR<br>COLUMBIA, SC 29201 |
| **2.341** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 05/05/2023<br><br>BANK OF AMERICA, N.A.<br>ATTN: COURTNEY KOLB<br>100 FEDERAL STREET<br>BOSTON, MA 02110 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 09/06/2022<br><br>BARB NAGY<br>ADDRESS ON FILE |
| **2.343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 03/21/2024<br><br>BARNES & NOBLE, INC.<br>33 E 17TH ST<br>NEW YORK, NY 10003 |
| **2.344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BARREN RIVER PLAZA STORE LEASE<br><br>BARREN RIVER PLAZA PROJECT, LLC<br>372 NORTH L. RODGERS WELLS BLVD<br>ATTN: HUNTER VANN<br>GLASGOW, KY 42141 |
| **2.345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/15/2022<br><br>BASIC FUN<br>301 YAMATO ROAD STE 2112<br>BOCA RATON, FL 33431 |
| **2.346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 07/08/2022<br><br>BASTIAN SOLUTIONS LLC.<br>10585 N. MERIDIAN ST<br>CARMEL, IN 46290 |
| **2.347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 10/17/2022<br><br>BATES METAL PRODUCTS INC<br>PO BOX  68<br>PORT WASHINGTON, OH 43837-0068 |
| **2.348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/07/2015<br><br>BATES METAL PRODUCTS INC<br>PO BOX 68<br>PORT WASHINGTON, OH 43837-0068 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C285142 - DATED 08/01/2020 | BATES METAL PRODUCTS INC<br>PO BOX  68<br>PORT WASHINGTON, OH 43837-0068 |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/24/2024 | BATES METAL PRODUCTS INC<br>PO BOX  68<br>PORT WASHINGTON, OH 43837-0068 |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/09/2022 | BAUM BROS IMPORTS, INC<br>432 PARK AVE SOUTH 14TH FLOOR<br>NEW YORK, NY 10016 |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/30/2024 | BAYFIELD COMPANY LLC<br>PO BOX 1916<br>EL GRANADA, CA 94018 |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C328039 - DATED 11/08/2024 | BAYFIELD COMPANY LLC<br>PO BOX 1916<br>EL GRANADA, CA 94018 |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323675 - DATED 10/01/2021 | BAYMARD INSTITUTE<br>KASTANIE ALLE 41<br>FARUM, 3520<br>DENMARK |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BAYSHORE VILLAGE STORE LEASE | BAYSHORE VILLAGE (US), INC.<br>C/O EQUITY INVESTMENT SERVICES<br>7575 DR. PHILLIPS BLVD., STE 390<br>ORLANDO, FL 32819 |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/22/2024 | BAZA SEEDS BV FLUORIETWEG 39 ALKMAAR, 1812 RR NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/21/2022 | BAZAARVOICE INC PO BOX 671654 DALLAS, TX 75267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/12/2024 | BAZAARVOICE INC PO BOX 671654 DALLAS, TX 75267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/27/2024 | BAZAARVOICE INC PO BOX 671654 DALLAS, TX 75267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C305348 - DATED 07/21/2020 | BAZAARVOICE INC PO BOX 671654 DALLAS, TX 75267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | SCOTTSDALE CENTERSTORE LEASE | BCS HOPPER, LLC ATTN: TOM HOPPER PO BOX 1628 ROGERS, AR 72757 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C319999 - DATED 07/31/2019 | BDS SOLUTIONS GROUP LLC APOLLO RETAIL SPECIALISTS LLC DEPT 275,  PO BOX 509015 SAN DIEGO, CA 92150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest | STORE FIXTURE & DISPLAY INSTALLATION SERVICE AGREEMENT DATED 07/31/2022 | BDS SOLUTIONS GROUP LLC APOLLO RETAIL SPECIALISTS LLC DEPT 275,  PO BOX 509015 SAN DIEGO, CA 92150 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.364** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/12/2019 | BEADSMITH 37 HAYWARD AVENUE CARTERET, NJ 07008 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.365** State what the contract or lease is for and the nature of the debtor's interest | WILLIAM D TATE AVE STORE LEASE | BEALL GRAPEVINE CENTER, LLC 5712 COLLEYVILLE BLVD., SUITE 200 ROBERT S. BEALL (MANAGER) COLLEYVILLE, TX 76034 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.366** State what the contract or lease is for and the nature of the debtor's interest | BEAR CREEK PLAZA STORE LEASE | BEAR CREEK STATION, LLC C/O PHILLIPS EDISON & COMPANY ATTN; LEGAL DEPARTMENT CINCINNATI, OH 45249 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.367** State what the contract or lease is for and the nature of the debtor's interest | BEAR POINT PLAZA STORE LEASE | BEAR POINTE VENTURES, LLC C/O LEGACY REAL ESTATE ADVISORS, LLC 29777 TELEGRAPH RD., SUITE 4526 SOUTHFIELD, MI 48034 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.368** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/10/2022 | BEARING DISTRIBUTORS INC BDI PO BOX 17947 DENVER, CO 80217-0947 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.369** State what the contract or lease is for and the nature of the debtor's interest | BEAVERCREEK TOWNE CENTRE STORE LEASE | BEAVERCREEK TOWNE STATION LLC C/O PHILLIPS EDISON & COMPANY ATTN: ROBERT F. MYERS, COO CINCINNATI, OH 45249 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Case number (if known):    25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/02/2023<br><br>BEELINE GROUP LLC<br>30941 SAN CLEMENTE ST.<br>HAYWARD, CA 94544 |
| **2.371** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BELDEN PARKE CROSSING STORE LEASE<br><br>BELDEN PARK DELAWARE, LLC<br>C/O ROBERT L. STARK ENTERPRISES, INC.<br>ATTN: ROBERT L. STARK<br>CLEVELAND, OH 44114 |
| **2.372** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/07/2023<br><br>BELLA + CANVAS LLC<br>9830 WILSHIRE BLVD.<br>BEVERLY HILLS, CA 90212 |
| **2.373** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322345 - DATED 07/27/2020<br><br>BELLACREME INC<br>14 FRANKLIN LANE<br>OTISVILLE, NY 10963 |
| **2.374** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAUL BUNYAN MALL STORE LEASE<br><br>BEMIDJI HOLDINGS, LLC<br>C/O LEXINGTON REALTY INTERNATIONAL, LLC<br>2361 NOSTRAND AVENUE<br>BROOKLYN, NY 11210 |
| **2.375** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 10/09/2024<br><br>BEN FURLICH<br>ADDRESS ON FILE |
| **2.376** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/03/2022<br><br>BENCHMARK INDUSTRIAL INC<br>BENCHMARK SUPPLY INC<br>950 CLAYCRAFT RD.<br>GAHANNA, OH 43230 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BURLINGTON PLAZA STORE LEASE<br><br>BENDERSON REALTY DEVELOPMENT, INC.<br>ATTN: LEASE ADMINISTRATION<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 |
| **2.378** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 05/03/2023<br><br>BENJAMIN BRYSON<br>ADDRESS ON FILE |
| **2.379** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327364 - DATED 04/01/2024<br><br>BENJAMIN P MILLETT<br>ADDRESS ON FILE |
| **2.380** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BERKELEY MALL STORE LEASE<br><br>BERKELEY MALL, LLC<br>ATTN: DAVID W. ROYSTER, III<br>720 SOUTH LAFAYETTE ST. (OVERNIGHT ADDRESS)<br>SHELBY, NC 28150 |
| **2.381** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C316568 - DATED 11/29/2017<br><br>BETH E RICHENBACHER-LUTZ<br>ADDRESS ON FILE |
| **2.382** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 11/28/2023<br><br>BETH E RICHENBACHER-LUTZ<br>ADDRESS ON FILE |
| **2.383** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>BETH SANGER<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/26/2020 <br><br> BEYONDTRUCKS INC <br> 1633 OLD BAYSHORE HMY, STE 280 <br> BURLINGAME, CA 94010 |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/21/2024 <br><br> BHAVIK SYSTEMS PRIVATE LIMITED <br> KALAKUNJ, AMARDEEP SOCIETY <br> D-5, PLOT NO.714, SECTOR-7 <br> CHARKOP, KANDIVALI (W) <br> MUMBAI, 400067 <br> INDIA |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C323489 - DATED 09/30/2021 <br><br> BIANCA SPRINGER <br> ADDRESS ON FILE |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 09/25/2022 <br><br> BIANCA SPRINGER <br> ADDRESS ON FILE |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 12/18/2019 <br><br> BIC CORPORATION <br> 1 BIC WAY <br> SHELTON, CT 06484 |
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 03/21/2022 <br><br> BIELLA MANIFATTURE TESSILI SRL <br> LARGO S. MARGHERTIRA 1 <br> VALDAGNO, 36078 <br> ITALY |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | PLAZA FARMINGTON STORE LEASE <br><br> BIG B1, INC <br> 655 SOUTH 700 EAST <br> ATTN: BANKIM (BOBBY") PATEL <br> OREM, UT 84097 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/26/2024<br><br>BIG TIME TOYS LLC<br>2821 DOGWOOD PLACE<br>NASHVILLE, TN 37204 |
| **2.392** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BIG Y PLAZA STORE LEASE<br><br>BIG Y FOODS, INC.<br>2145 ROOSEVELT AVENUE, PO BOX 7840 ZIP: 01102<br>ATTN: REAL ESTATE DEPARTMENT<br>SPRINGFIELD, MA 01104 |
| **2.393** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/16/2022<br><br>BKG OVERSEAS<br>A 14/4-5, UPSIDC, JALESAR ROAD<br>FIROZABAD, 283203<br>INDIA |
| **2.394** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324127 - DATED 01/17/2022<br><br>BLACK LAMB STUDIO<br>516 CHEROKEE DR.<br>ORLANDO, FL 32801 |
| **2.395** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/10/2012<br><br>BLACKHAWK NETWORK INC - CLOSED LOOP<br>ATTN: CHRIS CRUM<br>5918 STONERIDGE MALL RD<br>PLEASANTON, CA 94588 |
| **2.396** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GIFT CARD SERVICES AGREEMENT DATED 09/30/2023<br><br>BLACKHAWKNETWORK<br>PO BOX  932859<br>ATLANTA, GA 31193 |
| **2.397** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/15/2023<br><br>BLACKHAWKNETWORK<br>PO BOX  932859<br>ATLANTA, GA 31193 |

| | |
|---|---|
| ▮ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/30/2023 | BLACKHAWKNETWORK PO BOX  932859 ATLANTA, GA 31193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/20/2019 | BLACKSTONE IMC HOLDINGS Q LLC J JUNIPER PO BOX 745974 ATLANTA, GA 30374 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED 02/24/2021 | BLACKSTONE STRATEGIC CAPITAL ADVISORS L.L.C 345 PARK AVENUE NEW YORK, NY 10154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | SUNSET SQUARE STORE LEASE | BLI SUNSET SQUARE LLC C/O TOURMALINE CAPITAL 11250 EL CAMINO REAL, SUITE 102 SAN DIEGO, CA 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | BLOOMINGDALE COURT STORE LEASE | BLOOMINGDALE OWNER, LLC C/O THE HUTENSKY GROUP, LLC 100 CONSTITUTION PLAZA, 7TH FLOOR HARTFORD, CT 06103-1703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN PLAZA STORE LEASE | BLUE LAKES PLAZA, LLC C/O GENEVA EQUITIES III, LLC 270 NORTHWOOD WAY, SUITE 104 KETCHUM, ID 83340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/15/2023 | BLUE ORANGE USA 1415 OAKLAND BLVD, SUITE 202 WALNUT CREEK, CA 94596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | BLUE RIDGE MALL STORE LEASE | BLUE RIDGE MALL LLC<br>DBA: HULL PROPERTY GROUP, LLC<br>1190 INTERSTATE PARKWAY<br>AUGUSTA, GA 30909 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/23/2024 | BLUE SKY THE COLOR OF IMAGINATION<br>410 EXCHANGE SUITE 250<br>IRVINE, CA 92602 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED 11/20/2022 | BLUE TORCH CAPITAL LP<br>150 EAST 58TH STREET<br>39TH FLOOR<br>NEW YORK, NY 10155 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/01/2023 | BLUE YONDER INC<br>PO BOX 841983<br>DALLAS, TX 75284-1983 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C214103 - DATED 12/06/2002 | BLUE YONDER INC<br>PO BOX 841983<br>DALLAS, TX 75284-1983 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICE AGREEMENT DATED 04/26/2023 | BLUE YONDER INC<br>PO BOX 841983<br>DALLAS, TX 75284-1983 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 02/01/2024 | BLUE YONDER INC<br>PO BOX 841983<br>DALLAS, TX 75284-1983 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Jo-Ann Stores, LLC
Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN SOFTWARE SERVICE AGREEMENT DATED 04/26/2024 | BLUE YONDER INC<br>PO BOX 841983<br>DALLAS, TX 75284-1983 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | TOY'S R'US PLAZA STORE LEASE | BLUEJAY CAPITAL LLC<br>ATTN: MARC JACOBWITZ<br>301 MILL ROAD, SUITE L6<br>HEWLETT, NY 11557 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/12/2023 | BLUEOCO<br>2950 PRAIRIE STREET SW STE 1000<br>GRANDVILLE, MI 49418 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/20/2024 | BLUEVOYANT LLC<br>335 MADISON AVE. RM 5G<br>NEW YORK, NY 10017 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/01/2024 | BLUEVOYANT LLC<br>335 MADISON AVE. RM 5G<br>NEW YORK, NY 10017 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | JOLIET COMMONS STORE LEASE | BMA JOLIET COMMONS LLC<br>C/O BERENGARIA DEVELOPMENT, LLC<br>301 N. BROADWAY, SUITE 300<br>MILWAUKEE, WI 53202 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C297509 RENEWAL - DATED 03/28/2024 | BMC SOFTWARE INC<br>PO BOX 301165<br>DALLAS, TX 75303 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C282307 - DATED 02/01/2015 | BMS CAT INC<br>5718 AIRPORT FREEWAY<br>HALTOM CITY, TX 76117 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STORE SERVICES AGREEMENT DATED 12/18/2023 | BMS CAT INC<br>5718 AIRPORT FREEWAY<br>HALTOM CITY, TX 76117 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | BOB BURKE<br>ADDRESS ON FILE |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 03/06/2024 | BOBS DISCOUNT FURNITURE<br>5760 ANTIOCH ROAD<br>MERRIAM, KS 66202 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C325136 - DATED 08/15/2022 | BOHANON & CO LLC<br>28545 BISHOP PARK DR., #210<br>WILLOUGHBY HILLS, OH 44092 |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/22/2024 | BONIP PAZARLAMA SANAYI TICARET AS<br>4.CAD NO5/1/Z Kadirli/Osmaniye<br>OSMANIYE, 80750<br>TURKEY |
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C327423 - DATED 04/25/2024 | BONNIE MCCARTHY<br>ADDRESS ON FILE |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | BOULEVARD CENTRE STORE LEASE | BOULEVARD CENTRE LLC
5577 YOUNGSTOWN-WARREN ROAD
NILES, OH 44446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 10/19/2006 | BPVISALIA LLC
C/O GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION
10900 NE 4TH STREET
SUITE 500
BELLEVUE, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | BRADFORD PLAZA STORE LEASE | BRADFORD PLAZA CAPITAL VENTURE, LLC
C/O FORAKER COMPANY
6608 N. WESTERN AVE., #477
OKLAHOMA CITY, TX 73116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/09/2024 | BRAIN TREE GAMES LLC
62 VAISHNODEVI IND ESTATE PHASE 3
BANGALORE, 560074
INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/25/2024 | BRAIN TREE GAMES LLC
4860 COX ROAD SUITE 200
GLEN ALLEN, VA 23060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/21/2022 | BRAINLABS USA LLC
501 N. MORTON ST., #212
BLOOMINGTON, IN 47404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/01/2021 | BRAINLABS USA LLC
501 N. MORTON ST., #212
BLOOMINGTON, IN 47404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 08/28/2023<br><br>BRAKEFIRE INC<br>DBA SILCO FIRE PROTECTION COMPANY<br>10765 MEDALLION DRIVE<br>CINCINNATI, OH 45241 |
| **2.434** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C135394DC - DATED 06/29/2015<br><br>BRAKEFIRE INC<br>DBA SILCO FIRE PROTECTION COMPANY<br>10765 MEDALLION DRIVE<br>CINCINNATI, OH 45241 |
| **2.435** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BI & DATA ANALYTICS SERVICE AGREEMENT DATED 05/31/2023<br><br>BRANCH METRICS INC<br>1400B SEAPORT BLVD,  FL 2<br>REDWOOD CITY, CA 94063 |
| **2.436** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C320067 - DATED 06/01/2020<br><br>BRANCH METRICS INC<br>1400B SEAPORT BLVD,  FL 2<br>REDWOOD CITY, CA 94063 |
| **2.437** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 12/18/2023<br><br>BRANDON MARCELEWSKI<br>ADDRESS ON FILE |
| **2.438** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/07/2024<br><br>BRANDON SMITH<br>ADDRESS ON FILE |
| **2.439** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 08/01/2021<br><br>BRANDON TWP PUBLIC LIBRARY<br>304 SOUTH ST<br>ORTONVILLE, MI 48462 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.440** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/03/2024<br><br>BRANDON VIOLI<br>ADDRESS ON FILE |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BRANDYWINE CROSSING STORE LEASE<br><br>BRANDYWINE CROSSING SC LLC<br>125 HALF MILE RD., STE 207<br>RED BANK, NJ 07701 |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2023<br><br>BRAWLEY PUBLIC LIBRARY<br>400 MAIN ST.<br>BRAWLEY, CA 92227 |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2024<br><br>BRAWLEY PUBLIC LIBRARY<br>400 MAIN ST.<br>BRAWLEY, CA 92227 |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/30/2024<br><br>BREAKTHROUGHFUEL LLC<br>1175 LOMBARDI AVENUE<br>SUITE 500<br>GREEN BAY, WI 54304 |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2025<br><br>BREMEN PUBLIC LIBRARY<br>304 NORTH JACKSON STREET<br>BREMEN, IN 46506 |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>BRENDA FOREPAUGH<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 01/01/2022 | BRENTWOOD PUBLIC LIBRARY<br>8765 EULALIE AVE<br>BRENTWOOD, MO 63144 |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 07/01/2021 | BRENTWOOD PUBLIC LIBRARY<br>34 SECOND AVE<br>BRENTWOOD, NY 11717 |
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 07/01/2024 | BRENTWOOD PUBLIC LIBRARY<br>34 SECOND AVE<br>BRENTWOOD, NY 11717 |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LINCOLN WAY EAST S/C STORE LEASE | BRENTWOOD VILLAGE, LLC<br>C/O BENNETT WILLIAMS REALTY, INC.<br>3528 CONCORD ROAD<br>YORK, PA 17402 |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/08/2020 | BRETT MARQUIS<br>ADDRESS ON FILE |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 06/28/2023 | BRETT MARQUIS<br>ADDRESS ON FILE |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 04/01/2023 | BREWSTER LADIES' LIBRARY<br>1822 MAIN STREET<br>BREWSTER, MA 02631 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 04/01/2024<br><br>BREWSTER LADIES' LIBRARY<br>1822 MAIN STREET<br>BREWSTER, MA 02631 |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAKER SQUARE STORE LEASE<br><br>BRF II BAKER SQUARE, LLC<br>C/O BROAD REACH RETAIL MANAGEMENT, LLC<br>1111 BENFIELD BLVD., SUITE 100<br>MILLERSVILLE, MD 21108 |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 05/17/2021<br><br>BRIAN BAILEY<br>ADDRESS ON FILE |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>BRIAN EDDY<br>ADDRESS ON FILE |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>BRIAN FANTOM<br>ADDRESS ON FILE |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C326897 - DATED 11/02/2023<br><br>BRIANNA SIPP<br>ADDRESS ON FILE |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/14/2024<br><br>BRICKCRAFT, LLC<br>132 W 36TH ST., SUITE 800<br>NEW YORK, NY 10018 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.461** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 08/14/2024<br><br>BRIDGEPORT PUBLIC LIBRARY, WV<br>1200 JOHNSON AVE.<br>BRIDGEPORT, WV 26330 |
| **2.462** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 10/01/2020<br><br>BRIDGEVIEW PUBLIC LIBRARY<br>7840 W 79TH ST<br>BRIDGEVIEW, IL 60455 |
| **2.463** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 02/01/2021<br><br>BRIDGEWATER PUBLIC LIBRARY<br>15 SOUTH STREET<br>BRIDGEWATER, MA 02324 |
| **2.464** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/01/2024<br><br>BRIGHT STRIPES LLC<br>71 LINDEN AVE<br>BLOOMFIELD, NJ 07003 |
| **2.465** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2022<br><br>BRIGHTON DISTRICT LIBRARY<br>100 LIBRARY DRIVE<br>BRIGHTON, MI 48116 |
| **2.466** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2024<br><br>BRIGHTON DISTRICT LIBRARY<br>100 LIBRARY DRIVE<br>BRIGHTON, MI 48116 |
| **2.467** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIGHTON MALL STORE LEASE<br><br>BRIGHTON MALL ASSOCIATES LIMITED PARTNERSHIP<br>C/O DETROIT DEVELOPMENT CO., INC<br>5640 W. MAPLE ROAD, SUITE 101<br>WEST BLOOMFIELD, MI 48322 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 12/09/2024 | BRIMBANK LIBRARIES<br>LEVEL 5<br>301 HAMPSHIRE ROAD<br>VIC<br>SUNSHINE, 3020<br>AUSTRALIA |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ARMORED TRUCK SERVICES AGREEMENT DATED 02/01/2024 | BRINK'S INCORPORATED<br>7373 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7003 |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/30/2021 | BRINK'S INCORPORATED<br>7373 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7003 |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C142442 - DATED 10/01/2013 | BRINK'S INCORPORATED<br>7373 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7003 |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITOL S/C STORE LEASE | BRIXMOR CAPITOL SC LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOLYOKE PLAZA STORE LEASE | BRIXMOR EXCHANGE PROPERTY OWNER IV, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HILLTOP PLAZA STORE LEASE | BRIXMOR GA HILLTOP PLAZA LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |

Debtor    Jo-Ann Stores, LLC
Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.475** State what the contract or lease is for and the nature of the debtor's interest — SEACOAST S/C STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR GA SEACOAST SHOPPING CENTER LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest — SOUTHLAND S/C STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR GA SOUTHLAND SHOPPING CENTER LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest — WESTMINSTER CITY CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR GA WESTMINSTER, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest — SOUTH TOWNE CENTRE STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR HOLDINGS 10 SPE, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest — DICKSON CITY CROSSING STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR RESIDUAL DICKSON CITY CROSSINGS, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest — RIVERCREST CENTRE STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR SPE 3 LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest — WEST LOOP SHOPPING CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | BRIXMOR SPE 3, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |

◼ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.482** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PINE TREE S/C STORE LEASE<br><br>BRIXMOR SPE 4 LP<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.483** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BURNING TREE PLAZA STORE LEASE<br><br>BRIXMOR SPE 5 LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.484** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HIGH POINT CENTRE STORE LEASE<br><br>BRIXMOR SPE 5, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUISTE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.485** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENICE VILLAGE STORE LEASE<br><br>BRIXMOR VENICE VILLAGE SHOPPES LLC<br>C/O BRIXMOR PROPERTY GROUP INC.<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.486** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAYUGA MALL STORE LEASE<br><br>BRIXMOR/IA CAYUGA PLAZA, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.487** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKE CROSSINGSSTORE LEASE<br><br>BRIXMOR-LAKES CROSSING, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.488** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMERICAN FORK SHOPPING CENTER STORE LEASE<br><br>BRIXTON HHU FORK TIC, LLC, BRIXTON AM FORK TIC, LLC, BRIXTON MP FORK<br>TIC, LLC, AND BRIXTON FORK TIC, LLC (LANDLORD)<br>120 S. SIERRA AVENUE<br>SOLANA BEACH, CA 92075 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | BROADMOOR PLAZA STORE LEASE | BROADMOOR PLAZA INDIANA, LLC<br>222 CENTRAL PARK AVENUE, SUITE 2100<br>ATTN: ASSET MANAGEMENT<br>VIRGINIA BEACH, VA 23462 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C217713 - DATED 01/31/2015 | BROADSPIRE SERVICES INC.<br>PO BOX  936631<br>ATLANTA, GA 31193-6361 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DATED 01/01/2022 | BROCKTON PUBLIC LIBRARY<br>304 MAIN ST.<br>BROCKTON, MA 02301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DATED 01/01/2023 | BROCKTON PUBLIC LIBRARY<br>304 MAIN ST.<br>BROCKTON, MA 02301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DATED 01/01/2024 | BROCKTON PUBLIC LIBRARY<br>304 MAIN ST.<br>BROCKTON, MA 02301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DATED 12/01/2024 | BROCKTON PUBLIC LIBRARY<br>304 MAIN ST.<br>BROCKTON, MA 02301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DATED 01/01/2020 | BROCKTON PUBLIC LIBRARY SYSTEM<br>304 MAIN STREET<br>BROCKTON, MA 02301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHOP RITE PLAZA STORE LEASE<br><br>BROOKFIELD (E & A), LLC<br>C/O EDENS<br>ATTN: LEGAL DEPARTMENT<br>COLUMBIA, SC 29201 |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 05/01/2021<br><br>BROOKFIELD PUBLIC LIBRARY<br>1900 N CALHOUN ROAD<br>BROOKFIELD, WI 53005 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 12/01/2019<br><br>BROOKFIELD PUBLIC LIBRARY<br>3609 GRAND BLVD<br>BROOKFIELD, IL 60513 |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 12/01/2022<br><br>BROOKFIELD PUBLIC LIBRARY<br>1900 N CALHOUN ROAD<br>BROOKFIELD, WI 53005 |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 03/01/2022<br><br>BROOKINGS PUBLIC LIBRARY<br>515 3RD ST<br>BROOKINGS, SD 57006 |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 09/14/2024<br><br>BROOKLYN PUBLIC LIBRARY<br>10 GRAND ARMY PLAZA<br>BROOKLYN, NY 11238 |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 09/15/2021<br><br>BROOKLYN PUBLIC LIBRARY<br>31-11 THOMSON AVENUE<br>LONG ISLAND CITY, NY 11101 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.503** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/10/2024<br><br>BROOKSIDE CUSTOM CARPENTRY LLC<br>ATTN: NATHAN MILLER<br>255 HUME DR NE<br>NORTH CANTON, OH 44720 |
| **2.504** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2023<br><br>BROOMFIELD/EISENHOWER PUBLIC LIBRARY<br>3 COMMUNITY PARK ROAD<br>BROOMFIELD, CO 80020 |
| **2.505** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/04/2024<br><br>BROTHER INTERNATIONAL CORPORATION<br>200 CROSSING BLVD<br>BRIDGEWATER, NJ 08807 |
| **2.506** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/12/2023<br><br>BROTHER INTL HOME APPLIANCE<br>200 CROSSING BLVD<br>BRIDGEWATER, NJ 08807 |
| **2.507** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2023<br><br>BROWN COUNTY LIBRARY<br>515 PINE ST.<br>GREEN BAY, WI 54301 |
| **2.508** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/07/2022<br><br>BROWNE USA INC.<br>100 CAMPUS TOWN CIRCLE, SUITE 103<br>EWING, NJ 08638 |
| **2.509** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024<br><br>BSM ENTERPRISE LTD<br>MIN'AN COMMERCIAL BUILDING<br>#160 EAST JINYUAN LANE<br>ZHEJIANG<br>NINGBO<br>YINZHOU DISTRICT, 315040<br>CHINA |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known): 25-10072 _____
        Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/23/2021<br><br>BUCKEYE CORRUGATED INC<br>BCI- WOOSTER DIVISION<br>3350 LONG ROAD<br>WOOSTER, OH 44691 |
| **2.511** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/18/2022<br><br>BUCKEYE POWER SALES CO INC<br>PO BOX 489<br>BLACKLICK, OH 43004 |
| **2.512** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 07/22/2019<br><br>BUDDY MOORE TRUCKING INC<br>925 34TH STREET N<br>BIRMINGHAM, AL 35222 |
| **2.513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 09/01/2020<br><br>BUENA VISTA PUBLIC LIBRARY<br>131 LINDERMAN AVE<br>BUENA VISTA, CO 81211 |
| **2.514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/17/2022<br><br>BUG BITE THING INC<br>611 NW MERCANTILE PLACE<br>STUART, FL 34997 |
| **2.515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327610 - DATED 06/01/2024<br><br>BUILDER.IO INC<br>95 3RD STREET, 2ND FLOOR<br>SAN FRANCISCO, CA 94103 |
| **2.516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2022<br><br>BULLITT COUNTY PUBLIC LIBRARY<br>127 WALNUT ST<br>SHEPHERDSVILLE, KY 40165 |

Debtor  Jo-Ann Stores, LLC                                            Case number (if known): 25-10072
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT EXTENSION DATED 03/16/2024 | BULLSEYE ACTIVEWEAR INC 2947 NATIONWIDE PKWY BRUNSWICK, OH 44212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 06/03/2024 | BUMBYJO, LLC 69 LAFAYETTE STREET ALEXANDER CITY, AL 35010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/02/2021 | BUREAU VERITAS COMSUMER PRODUCTS SR PO BOX 26987 NEW YORK, NY 10087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED 11/07/2023 | BURLINGTON COAT FACTORY WAREHOUSE CORPORATION 1830 ROUTE 130 NORTH BURLINGTON, NJ 08016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 06/01/2023 | BURLINGTON HIGH SCHOOL 209 WAINWRIGHT AVENUE BURLINGTON, WI 53105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 01/01/2021 | BURLINGTON PUBLIC LIBRARY 2331 NEW STREET BURLINGTON, ON L7R 1J4 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 02/11/2022 | BURLINGTON PUBLIC LIBRARY 210 COURT ST. BURLINGTON, IA 52601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
      Name

Case number (if known):   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.524** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 03/01/2024<br><br>BURLINGTON PUBLIC LIBRARY<br>2331 NEW STREET<br>BURLINGTON, ON L7R 1J4<br>CANADA |
| **2.525** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 04/01/2021<br><br>BURLINGTON PUBLIC LIBRARY<br>22 SEARS ST<br>BURLINGTON, MA 01803 |
| **2.526** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/15/2023<br><br>BURLINGTON PUBLIC LIBRARY<br>P.O. BOX 1379<br>BURLINGTON, CT 06013 |
| **2.527** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 03/01/2021<br><br>BUSHNELL-SAGE LIBRARY<br>48 MAIN STREET<br>SHEFFIELD, MA 01257 |
| **2.528** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 03/01/2022<br><br>BUSHNELL-SAGE LIBRARY<br>48 MAIN STREET<br>SHEFFIELD, MA 01257 |
| **2.529** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 03/01/2023<br><br>BUSHNELL-SAGE LIBRARY<br>48 MAIN STREET<br>SHEFFIELD, MA 01257 |
| **2.530** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUTTE PLAZA MALL STORE LEASE<br><br>BUTTE-IFUL, LLC<br>C/O DICKERHOOF PROPERTIES, LLC<br>777 NE SECOND STREET, SUITE 200<br>CORVALLIS, OR 97330 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2020 | BUYHIVE TECHNOLOGIES INC<br>600 WICKLOW RD<br>DEERFIELD, IL 60015 |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTRAL TEXAS MARKETPLACE STORE LEASE | BV WACO CENTRAL TEXAS MARKETPLACE, LLC<br>C/O BALL VENTURES, LLC<br>2194 SNAKE RIVER PARKWAY, SUITE 300<br>IDAHO FALLS, ID 83402 |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WOLF CREEK PLAZASTORE LEASE | BV WOLF CREEK, LLC<br>2194 SNAKE RIVER PARKWAY, SUITE 300<br>ATTN: THEL CASPER<br>IDAHO FALLS, ID 83402 |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEERBROOK MARKETPLACE STORE LEASE | BVA DEERBROOK SPE LLC<br>C/O BIG V PROPERTIES LLC<br>176 N. MAIN STREET, SUITE #210<br>FLORIDA, NY 10921 |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOUTHPARK MEADOWS STORE LEASE | BVA SPM SPE LLC<br>C/O BIG V PROPERTIES LLC<br>176 NORTH MAIN STREET, SUITE 210<br>FLORIDA, NY 10921 |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNION PLAZA STORE LEASE | BVCV UNION PLAZA, LLC<br>2184 SNAKE RIVER PKWY, SUITE 300<br>PO BOX 51298<br>IDAHO FALLS, ID 83402 |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2022 | BYNDER LLC<br>734 EL CAMINO REAL<br>SAN CARLOS, CA 94070 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 06/01/2024 | BYNDER LLC<br>734 EL CAMINO REAL<br>SAN CARLOS, CA 94070 |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 09/22/2022 | BYNDER LLC<br>734 EL CAMINO REAL<br>SAN CARLOS, CA 94070 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 05/01/2020 | BYRON PUBLIC LIBRARY DISTRICT<br>100 S WASHINGTON ST<br>BYRON, IL 61010 |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDIAN SPRINGS SHOPPING CENTER STORE LEASE | BZA INDIAN SPRINGS, LLC<br>C/O BEARS MANAGEMENT GROUP<br>604 BANYAN TRAIL, UNIT 811240<br>BOCA RATON, FL 33481 |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NORTH WILBER AVENUE STORE LEASE | C.H.M. DEVELOPMENT<br>P.O. BOX 4953<br>ATTN: NANCY DREYER<br>KETCHUM, ID 83340 |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DATED 08/06/2024 | C.J. FOVOZZO<br>ADDRESS ON FILE |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STILLWATER AVENUE STORE LEASE | CABREL COMPANY<br>C/O EPSTEIN COMMERCIAL REAL ESTATE<br>6 STATE STREET<br>BANGOR, ME 04402 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):  25-10072

Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROCHESTER MARKETPLACE STORE LEASE<br><br>CAHILL ROAD PARTNERS, LLC, J2H 127 BUILDING, LLC, 2075 FORD PARKWAY, L.L.C. AND EBH 127 BUILDING, LLC C/O LUNIESKI & ASSOCIATES (MANAGING FOR ROCHESTER MARKETPLACE)<br>RICHFIELD, MN 55423 |
| **2.546** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FREESTANDING STORE LEASE<br><br>C-A-L STORES COMPANIES, INC.<br>976 CURLEW DRIVE<br>ATTN: TOM YEARSLEY, CEO AND KEITH D. OWENS<br>AMMON, ID 83406 |
| **2.547** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2021<br><br>CALEDON PUBLIC LIBRARY<br>150 QUEEN ST<br>BOLTON, ON L7E 1E3<br>CANADA |
| **2.548** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2022<br><br>CALEDON PUBLIC LIBRARY<br>150 QUEEN ST<br>BOLTON, ON L7E 1E3<br>CANADA |
| **2.549** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2023<br><br>CALEDON PUBLIC LIBRARY<br>150 QUEEN ST<br>BOLTON, ON L7E 1E3<br>CANADA |
| **2.550** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 02/01/2024<br><br>CALIBER 1 CONSTRUCTION INC<br>110 WEST MONTGOMERY ST.<br>VILLA RICA, GA 30180 |
| **2.551** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/23/2019<br><br>CALIFORNIA FRUIT EXCHANGE LLC<br>6011 E PINE ST<br>LODI, CA 95240 |

Debtor     Jo-Ann Stores, LLC                                   Case number (if known): 25-10072
                  Name

█     Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.552** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/07/2023 | CALLIE N. MARSCH <br> ADDRESS ON FILE |
| **2.553** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 01/20/2023 | CALLODINE COMMERCIAL FINANCE, LLC <br> 545 BOYLSTON STREET <br> 10TH FLOOR <br> BOSTON, MA 02116 |
| **2.554** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2021 | CALLOWAY COUNTY PUBLIC LIBRARY <br> 710 MAIN STREET <br> MURRAY, KY 42071 |
| **2.555** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2024 | CALLOWAY COUNTY PUBLIC LIBRARY <br> 710 MAIN STREET <br> MURRAY, KY 42071 |
| **2.556** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 03/01/2021 | CAMBRIA COUNTY LIBRARY SYSTEM <br> 248 MAIN ST <br> JOHNSTOWN, PA 15901 |
| **2.557** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2024 | CAMBRIDGE COMMUNITY LIBRARY <br> PO BOX 490 <br> CAMBRIDGE, WI 53523 |
| **2.558** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2022 | CAMBRIDGE COMMUNITY LIBRARY <br> 101 SPRING WATER ALY. <br> CAMBRIDGE, WI 53523 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):  25-10072
            Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C305368 - DATED 07/29/2016 | CAMBRIDGE COMPUTER SERVICES INC 271 WAVERLY OAKS ROAD #301 WALTHAM, MA 02452 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 11/11/2022 | CAMBRIDGE COMPUTER SERVICES INC 271 WAVERLY OAKS ROAD #301 WALTHAM, MA 02452 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 07/01/2020 | CAMDEN COUNTY LIBRARY SYSTEM 203 LAUREL ROAD VOORHEES, NY 08043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C326658 - DATED 05/02/2023 | CAMPAIGN WORKHUB LLC PROOFJUMP 240 CHATTANOOGA ST., #26 SAN FRANCISCO, CA 94114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE AGREEMENT DATED 05/02/2024 | CAMPAIGN WORKHUB LLC PROOFJUMP 240 CHATTANOOGA ST., #26 SAN FRANCISCO, CA 94114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/07/2022 | CAMPBELL TRANSPORT LLC 10850 JOHN EDWARD DRIVE MANTUA, OH 44255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/15/2024 | CAMPBELLS EXPRESS PO BOX  119 PITMAN, NJ 08071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C210332 - DATED 02/09/2018 | CAMPBELLS EXPRESS PO BOX 119 PITMAN, NJ 08071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BUYER AGREEMENT DATED 12/30/2020 | CANDICE KIRK ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/18/2019 | CANDLE WARMERS ETC 12397 S 300 E HERRIMAN, UT 84096 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C287666 - DATED 08/28/2013 | CANTEEN OF FRESNO INC 527 L STREET FRESNO, CA 93721 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | VENDING SERVICES AGREEMENT DATED 08/31/2023 | CANTEEN OF FRESNO INC 527 L STREET FRESNO, CA 93721 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 01/01/2022 | CANTON FREE LIBRARY 8 PARK ST. CANTON, NY 13617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 02/01/2021 | CANTON PUBLIC LIBRARY 40 DYER AVE CANTON, CT 06019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC                                          Case number (if known)   25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C320736 - DATED 01/04/2023<br><br>CANVAS PRINT STUDIO LTD<br>20 WATERSON ST.<br>LONDON, E2 8HL<br>UNITED KINGDOM |
| **2.574** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024<br><br>CAOXIAN LUYI GUANGFA ART & CRAFT<br>CAOXIAN COUNTY<br>HEZE, 274400<br>CHINA |
| **2.575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/19/2023<br><br>CAP & ASSOCIATES INC<br>CAP FIXTURES<br>445 MCCORMICK BLVD<br>COLUMBUS, OH 43213 |
| **2.576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL MALL STORE LEASE<br><br>CAPITAL MALL JC 1, LLC<br>P.O. BOX 104960<br>ATTN: DONNA VAIL , GENERAL MGR.<br>JEFFERSON CITY, MO 65110 |
| **2.577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITOL PLAZA STORE LEASE<br><br>CAPITAL PLAZA PARTNERS, LTD.<br>MONTICELLO SQUARE<br>C/O TALCOR COMMERCIAL REAL ESTATE<br>TALLAHASSEE, FL 32303 |
| **2.578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VILLAGE S/C STORE LEASE<br><br>CAPREALTY 14-VILLAGE, LLC<br>C/O CAPSTONE GROUP - LEASE ADMINISTRATION<br>730 COOL SPRINGS BLVD., SUITE 630<br>FRANKLIN, TN 37067 |
| **2.579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APPLE VALLEY SQUARESTORE LEASE<br><br>CAR APPLE VALLEY SQUARE, LLC<br>C/O REGENCY CENTERS CORPORATION<br>ONE INDEPENDENT DRIVE, SUITE 114<br>JACKSONVILLE, FL 32202 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 02/01/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | CAREERMINDS GROUP INC PO BOX 5530 NEWARK, DE 19714 |
| **2.581** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C327242 - DATED 02/05/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | CAREERMINDS GROUP INC PO BOX 5530 NEWARK, DE 19714 |
| **2.582** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 03/07/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | CARIOCA LUTZ AND PARTNERS OR SALES AGENT 4363 BEEKMAN PLACE SARASOTA, FL 34235 |
| **2.583** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYEE BUYER AGREEMENT DATED 12/30/2020 <br><br> State the term remaining <br><br> List the contract number of any government contract | CARISSA PANASCI ADDRESS ON FILE |
| **2.584** State what the contract or lease is for and the nature of the debtor's interest — SUBSCRIPTION AGREEMENT DATED 07/01/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | CARLETON COLLEGE GOULD LIBRARY ONE NORTH COLLEGE ST NORTHFIELD, MN 55057 |
| **2.585** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | CARLY FULLERTON ADDRESS ON FILE |
| **2.586** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYEE BUYER AGREEMENT DATED 12/22/2020 <br><br> State the term remaining <br><br> List the contract number of any government contract | CARLY WAMBOLDT ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>CARLY WAMBOLDT<br>ADDRESS ON FILE |
| **2.588** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2021<br><br>CARNEGIE LIBRARY OF PITTSBURGH<br>4400 FORBES AVE<br>PITTSBURGH, PA 15213 |
| **2.589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2024<br><br>CARNEGIE LIBRARY OF PITTSBURGH<br>4400 FORBES AVE<br>PITTSBURGH, PA 15213 |
| **2.590** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 06/01/2023<br><br>CARNEGIE PUBLIC LIBRARY OF STEUBEN COUNTY<br>322 S WAYNE STREET<br>ANGOLA, IN 46703 |
| **2.591** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C306038 - DATED 07/21/2017<br><br>CAROLE A BIXLER<br>ADDRESS ON FILE |
| **2.592** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 07/20/2023<br><br>CAROLE A BIXLER<br>ADDRESS ON FILE |
| **2.593** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324504 - DATED 01/31/2022<br><br>NAME ON FILE<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                     Case number (if known):    25-10072
            Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/01/2022 | CAROLINA CREATIVE PRODUCTS<br>7025 AUGUSTA ROAD<br>GREENVILLE, SC 29605 |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C284265 - DATED 09/22/2015 | CAROLINA HANDLING<br>CORPORATE HEADQUARTERS<br>PO BOX 890352<br>CHARLOTTE, NC 28289 |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674017612 DATED 02/11/2025 | CAROLINA POWER & LIGHT CORPORATION<br>410 S WILMINGTON ST<br>RALEIGH, NC 27601 |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674019493 DATED 04/11/2024 | CAROLINA POWER & LIGHT CORPORATION<br>410 S WILMINGTON ST<br>RALEIGH, NC 27601 |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 10/12/2023 | CAROLINE MAIMBOURG<br>ADDRESS ON FILE |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324221 - DATED 02/25/2022 | CAROLYN YAKO<br>ADDRESS ON FILE |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SKYPARK PLAZA STORE LEASE | CARWOOD SKYPARK LLC<br>C/O INVESTEC MANAGEMENT<br>200 E. CARRILLO STREET, SUITE 200<br>SANTA BARBARA, CA 93101 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known): 25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FAIRWAY COMMONS STORE LEASE<br><br>CASA DEL SOL VENTURES, LLC AND CASA DE LUNA VENTURES, LP<br>C/O VINTAGE PROPERTIES, LP<br>3900 PELANDALE AVE., SUITE 160<br>MODESTO, CA 95356 |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CASCADE SQUARE STORE LEASE<br><br>CASCADE SQUARE, LLC<br>C/O MERCURY DEVELOPMENT<br>15350 SW SEQUOIA PARKWAY, SUITE 140<br>PORTLAND, OR 97224 |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/23/2021<br><br>CASHSTAR INC<br>PO BOX 913248<br>DENVER, CO 80291-3248 |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324480 - DATED 02/22/2024<br><br>CASSANDRA KELLER I<br>ADDRESS ON FILE |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 12/07/2020<br><br>CASSIDY JONES<br>ADDRESS ON FILE |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIB MOUNTAIN DRIVE STORE LEASE<br><br>CASTLETON INVESTORS, LLC<br>ONE LAW GROUP S.C.<br>ATTN: MARK BARTELS<br>GREEN BAY, WI 54304 |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>CATHY BIDDLE<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                            Case number (if known):    25-10072
          Name

▮        **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CITY BASE LANDING STORE LEASE<br><br>CB PASO, LLC<br>C/O MIMCO, INC.<br>6500 MONTANA AVE., STE A<br>EL PASO, TX 79925 |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WESTGATE CROSSING STORE LEASE<br><br>CBL WESTGATE CROSSING PROPCO, LLC<br>C/O CBL & ASSOCIATES MANAGEMENT, INC.<br>2030 HAMILTON PLACE BOULEVARD, SUITE 500<br>CHATTANOOGA, TN 37421 |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 09/20/2021<br><br>CBRE, INC.<br>950 MAIN AVENUE<br>#200<br>CLEVELAND, OH 44113 |
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICE AGREEMENT DATED 07/31/2024<br><br>CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE SERVICE AGREEMENT DATED 05/15/2024<br><br>CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/14/2022<br><br>CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 03/01/2024<br><br>CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |

Debtor    Jo-Ann Stores, LLC                                                  Case number (if known):  25-10072
                Name

▋    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/30/2020 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |
| **2.616** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/05/2024 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |
| **2.617** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/01/2024 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |
| **2.618** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318516 - DATED 10/08/2018 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |
| **2.619** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318516 STARWIND - DATED 11/01/2024 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |
| **2.620** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/14/2022 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |
| **2.621** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 03/25/2024 — CBTS TECHNOLOGY SOLUTIONS LLC 1507 SOLUTIONS CENTER CHICAGO, IL 60677-1005 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE SERVICE AGREEMENT DATED 03/31/2024 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE SERVICE AGREEMENT DATED 11/04/2023 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE SUBSCRIPTION AGREEMENT DATED 04/28/2024 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 01/01/2023 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 03/01/2022 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 04/01/2024 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 07/01/2024 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |

Debtor  Jo-Ann Stores, LLC
_____
Name

Case number (if known)  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 08/01/2024 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 08/31/2022 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION SERVICE AGREEMENT DATED 05/22/2024 | CBTS TECHNOLOGY SOLUTIONS LLC<br>1507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENAISSANCE SQUARE - FORMER RO STORE LEASE | CCA-RENAISSANCE SQUARE SHOPPING CENTER, LLC<br>5670 WILSHIRE BOULEVARD, SUITE 1250<br>ATTN: STEVEN USDAN<br>LOS ANGELES, CA 90036 |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285052002 DATED 09/27/2024 | CDE LIGHTBAND<br>2021 WILMA RUDOLPH BLVD.<br>CLARKSVILLE, TN 37040 |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C286166 - DATED 11/15/2019 | CDW LLC<br>DBA CDW DIRECT LLC<br>PO BOX  75723<br>CHICAGO, IL 60675-5723 |
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE SUBSCRIPTION AGREEMENT DATED 03/23/2024 | CDW LLC<br>DBA CDW DIRECT LLC<br>PO BOX  75723<br>CHICAGO, IL 60675-5723 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.636** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SUBSCRIPTION SERVICE AGREEMENT DATED 03/21/2024<br><br>CDW LLC<br>DBA CDW DIRECT LLC<br>PO BOX 75723<br>CHICAGO, IL 60675-5723 |
| **2.637** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/24/2020<br><br>CDW LLC S<br>SIRIUS COMPUTER SOLUTIONS LLC<br>PO BOX 202289<br>DALLAS, TX 75320-2289 |
| **2.638** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C286575 - DATED 03/09/2020<br><br>CDW LLC S<br>SIRIUS COMPUTER SOLUTIONS LLC<br>PO BOX 202289<br>DALLAS, TX 75320-2289 |
| **2.639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CEDAR CREST SQ S/C STORE LEASE<br><br>CEDAR CREST SQUARE ASSOCIATES, LP<br>C/O LAVIPOUR & COMPANY, LLC<br>6 EAST 45TH STREET, SUITE 801<br>NEW YORK, NY 10017 |
| **2.640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PATUXENT CROSSIING STORE LEASE<br><br>CEDAR PCP-SAN SOUCI, LLC<br>C/O WHEELER REAL ESTATE COMPANY<br>ATTN: COO [SAN SOUCI PLAZA]<br>VIRGINIA BEACH, VA 23452 |
| **2.641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ST CLAIR PLAZA STORE LEASE<br><br>CENTER ASSOCIATES REALTY CORP.<br>AGENT FOR CENTER-EAST LIVERPOOL ASSOCIATES<br>P.O. BOX 38427<br>PITTSBURGH, PA 15238 |
| **2.642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE MARKETPLACE AT CENTERRA STORE LEASE<br><br>CENTERRA RETAIL SHOPS, LLC<br>2725 ROCKY MOUNTAIN AVENUE, SUITE 200<br>ATTN: PROPERTY MANAGEMENT<br>LOVELAND, CO 80538 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.643** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTERTON SQUARE STORE LEASE<br><br>CENTERTON SQUARE OWNERS, LLC<br>C/O PRESTIGE PROPERTIES & DEVELOPMENT CO., INC.<br>546 5TH AVENUE, 15TH FLOOR<br>NEW YORK, NY 10036 |
| **2.644** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 12/03/2024<br><br>CENTERVIEW PARTNERS LLC<br>31 WEST 52ND STREET<br>FLOOR 22<br>NEW YORK, NY 10019 |
| **2.645** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROOFING SERVICE AGREEMENT DATED 04/21/2024<br><br>CENTIMARK CORPORATION<br>PO BOX 536254<br>PITTSBURGH, PA 15253-5904 |
| **2.646** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C213323 - DATED 06/17/2019<br><br>CENTIMARK CORPORATION<br>PO BOX 536254<br>PITTSBURGH, PA 15253-5904 |
| **2.647** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/27/2023<br><br>CENTRAL ALABAMAWORKS<br>600 S. COURT ST., STE.  450<br>MONTGOMERY, AL 36104 |
| **2.648** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLOORING SERVICE AGREEMENT DATED 03/01/2021<br><br>CENTRAL FLOORING & ACOUSTICS INC<br>90 16TH STREET SW<br>BARBERTON, OH 44203 |
| **2.649** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C280760 - DATED 05/01/2014<br><br>CENTRAL FLOORING & ACOUSTICS INC<br>90 16TH STREET SW<br>BARBERTON, OH 44203 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.650** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14055143 DATED 06/22/2024<br><br>CENTRAL GEORGIA EMC (ELEC)<br>PO BOX 70878<br>CHARLOTTE, NC 28272-0872 |
| **2.651** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTRAL MALL STORE LEASE<br><br>CENTRAL MALL REALTY HOLDINGS, LLC<br>C/O CENTRAL MALL MANAGEMENT OFFICE<br>2259 S. 9TH STREET, SUITE 110<br>SALINA, KS 67401 |
| **2.652** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTRAL PLAZA STORE LEASE<br><br>CENTRAL PLAZA MZL LLC<br>C/O KPR CENTERS<br>535 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |
| **2.653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COX CREEK PLAZA STORE LEASE<br><br>CENTRAL SHOPPING CENTERS CC, LLC<br>C/O COLLIERS INTERNATIONAL / ALABAMA<br>880 MONTCLAIR RD., SUITE 250<br>BIRMINGHAM, AL 35213 |
| **2.654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTRAL VERMONT SHOPPING CENTE STORE LEASE<br><br>CENTRAL VERMONT SHOPPING CENTER, LLC<br>C/O POMERLEAU REAL ESTATE<br>69 COLLEGE STREET<br>BURLINGTON, VT 05402 |
| **2.655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024<br><br>CENTURY DISTRIBUTION SYS INC<br>140 EAST SHORE DR.   #210<br>GLEN ALLEN, VA 23059 |
| **2.656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BERLIN TURNPIKE STORE LEASE<br><br>CERES NEWINGTON ASSOCIATES LLC<br>C/O GILMAN MANAGEMENT CORP<br>55 WATERMILL LANE<br>GREAT NECK, NY 11022-2143 |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | PEST CONTROL SERVICE AGREEMENT DATED 05/19/2023 | CERTIFIED PEST CONTROL INC 239 OLD BROOKPARK RD CLEVELAND, OH 44109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C319083 - DATED 03/04/2019 | CERTIFIED PEST CONTROL INC 239 OLD BROOKPARK RD CLEVELAND, OH 44109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/03/2023 | CFP FIRE PROTECTION INC CONSOLIDATED FIRE PROTECTION 153 TECHNOLOGY DR., #200 IRVINE, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | DUBOIS MALL STORE LEASE | CGCMT 2006-C4-5422 SHAFFER RD LLC C/O SPINOSO REAL ESTATE GROUP, DLS, LLC 112 NORTHERN CONCOURSE NORTH SYRACUSE, NY 13212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/27/2022 | CHAHAT EXPORT DELHI SAHARANPUR ROAD KHEKRA BAGHAPAT, 250101 INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 11/01/2023 | CHANGSHU WINWAY TEXTILE CO LTD 4/F, 10# FUCHUNJIANG EAST ROAD BUILDING A, GULI TOWN CHANGSHU CITY, 215533 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | CHANNIN DAWSON ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 10/19/2023 | CHANTEL FRANCIS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 05/31/2024 | CHARGEPOINT, INC.<br>DEPT LA 24104<br>PASADENA, CA 91185 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | CHARLES HULISZ<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/15/2024 | CHARMY LTD<br>C/O #605682<br>ST. SEVER 64A NORTH<br>PLOVDIV, 4003<br>BULGARIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C318476 - DATED 02/01/2022 | CHARTER COMMUNICATIONS HOLD LLC<br>SPECTRUM<br>PO BOX 6030<br>CAROL STREAM, IL 60197-6030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 07/27/2024 | CHARTER COMMUNICATIONS HOLD LLC<br>SPECTRUM<br>PO BOX 6030<br>CAROL STREAM, IL 60197-6030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | MARKETPLACE CENTER STORE LEASE | CHARTER WARWICK, LLC<br>ATTN: LEGAL DEPARTMENT<br>7978 COOPER CREEK BLVD., SUITE 100<br>UNIVERSITY PARK, FL 34201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.671** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | GREEN MOUNTAIN S/C STORE LEASE <br><br> CHASE GREEN MOUNTAIN LTD. PARTNERSHIP C/O CHASE ENTERPRISES ATTN: CHERYL A. CHASE HARTFORD, CT 06103 |
| **2.672** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CHAUTAUQUA MALL STORE LEASE <br><br> CHAUTAUQUA MALL REALTY HOLDING LLC C/O KOHAN RETAIL INVESTMENT GROUP, LLC ATTN: LEGAL DEPARTMENT GREAT NECK, NY 11021 |
| **2.673** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT AMENDMENT DATED 12/12/2024 <br><br> CHECKPOINT SECURITY SYSTEMS NW 8990 BOX 1450 MINNEAPOLIS, MN 55485 |
| **2.674** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | BARCODE PRINTERS & SCANNERS SERVICE AGREEMENT DATED 04/24/2024 <br><br> CHECKPOINT SYSTEMS INC PO BOX 742884 ATLANTA, GA 30374-2931 |
| **2.675** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SECURITY SERVICE AGREEMENT DATED 05/01/2023 <br><br> CHECKPOINT SYSTEMS INC PO BOX 742884 ATLANTA, GA 30374-2931 |
| **2.676** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C108255 - DATED 01/31/2022 <br><br> CHECKPOINT SYSTEMS INC PO BOX 742884 ATLANTA, GA 30374-2931 |
| **2.677** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C321051 - DATED 10/01/2019 <br><br> CHELSEA BALLENGER ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 10/01/2022 | CHELSEA BALLENGER<br>ADDRESS ON FILE |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | CHELSEA DEITERS<br>ADDRESS ON FILE |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C328047 - DATED 11/13/2024 | CHELSEA REAGAN<br>ADDRESS ON FILE |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CREEKVIEW CENTER STORE LEASE | CHELTENHAM-OGONTZ REALTY PARTNERS, L.P.; CHALFONT REALTY PARTNERS, L.P.; PROVO CREEKVIEW WARRINGTON, LLC AND GOOD-MUN CREEKVIEW WARRINGTON LLC<br>C/O GOODMAN MANAGEMENT, LLC<br>JENKINTOWN, PA 19046 |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/22/2024 | CHENAB LIMITED<br>NISHATABAD<br>FAISALABAD, 38000<br>PAKISTAN |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C326924 - DATED 09/19/2023 | CHESLEY CARELE LLC<br>34254 ARIZONA ST.<br>UNION CITY, CA 94587 |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHESTNUT COURT STORE LEASE | CHESTNUT COURT DARIEN IL, LLC<br>C/O MID-AMERICA ASSET MANAGEMENT, INC.<br>ONE PARKVIEW PLAZA, 9TH FLOOR<br>OAKBROOK TERRACE, IL 60181 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):    25-10072

Name

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHIMNEY ROCK STORE LEASE | CHIMNEY ROCK RETAIL ASSOCIATES, LLC<br>C/O FIDELIS REALTY PARTNERS<br>4500 BISSONNET STREET, SUITE 200<br>BELLAIRE, TX 77401 |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 08/02/2024 | CHINA EXPORT & CREDIT INSURANCE CORP<br>NORTH WING FORTUNE TIMES BUILDING 11 FENGHUIYUAN<br>XICHENG DISTRICT<br>BEIJING, 100032<br>CHINA |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 08/02/2024 | CHINA EXPORT & CREDIT INSURANCE CORP.<br>NORTH WING FORTUNE TIMES BUILDING 11 FENGHNIYUAN<br>XICHENG DISTRICT<br>BEIJING, 100032<br>CHINA |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 03/27/2024 | CHINA NATIONAL ARTS & CRAFTS<br>I/E HUAYONG CORP<br>NO 37 4F 199 LANE YONG FENG ROAD<br>NINGBO, 315010<br>CHINA |
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C327292 - DATED 07/24/2020 | CHLOE JACKMAN PHOTOGRAPHY<br>ADDRESS ON FILE |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 08/01/2024 | CHLOE JACKMAN PHOTOGRAPHY<br>ADDRESS ON FILE |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 07/18/2023 | CHLOE KING<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                      Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/15/2024<br><br>CHOCDECOR BV<br>SPIEVELDSTRAAT 29<br>LOKEREN, 9160<br>BELGIUM |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/01/2019<br><br>CHOON'S DESIGN LLC<br>23600 RESEARCH DRIVE<br>FARMINGTON HILLS, MI 48335 |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHRISTIANA TOWN CENTER STORE LEASE<br><br>CHRISTIANA TOWN CENTER, LLC<br>ATTN: MANAGER<br>P.O. BOX 7189<br>WILMINGTON, DE 19803 |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>CHRISTOPHER CIANCIO<br>ADDRESS ON FILE |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT<br><br>CHRISTOPHER DITULLIO<br>ADDRESS ON FILE |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>CHRISTOPHER DITULLIO<br>ADDRESS ON FILE |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 10/30/2020<br><br>CHRISTOPHER DITULLIO<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                              Case number (if known): 25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | CHRISTOPHER JOHNSON ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | WILLOW LAKE CROSSING STORE LEASE | CI WARNER ROBBINS, LLC C/O FICKLING MANAGEMENT SERVICES 577 MULBERRY STREET, SUITE 1100 MACON, GA 31202 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/01/2021 | CIC PLUS LLC PO BOX  841971 LOS ANGELES, CA 90084-1971 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C326833 - DATED 09/20/2023 | CINDY WILLINGHAM ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C289904 - DATED 07/08/2022 | CINNAMON JOE STUDIO LLC 16 BALLYCLOSH  LANE CULLYBACKEY, BT43 5PG IRELAND (EIRE) |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C319541 - DATED 04/14/2015 | CINTAS CORP LOCATION #256 PO BOX  630910 CINCINNATI, OH 45263-0910 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/2023 | CINTAS CORP NO 2 OFC CINTAS CORP NO 2 PO BOX 630803 CINCINNATI, OH 45263-0803 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC                                        Case number (if known):   25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C323295 - DATED 07/26/2021<br><br>CINTAS CORP NO 2 OFC<br>CINTAS CORP NO 2<br>PO BOX 630803<br>CINCINNATI, OH 45263-0803 |
| **2.707** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/26/2021<br><br>CINTAS CORPORATION<br>LOC 310<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910 |
| **2.708** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C288373 - DATED 04/14/2015<br><br>CINTAS CORPORATION<br>LOC 310<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910 |
| **2.709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C297289 - DATED 04/25/2016<br><br>CINTAS CORPORATION #621<br>PO BOX 29059<br>PHOENIX, AZ 85039 |
| **2.710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 04/25/2022<br><br>CINTAS CORPORATION #621<br>PO BOX 29059<br>PHOENIX, AZ 85039 |
| **2.711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/21/2021<br><br>CIRCLE LOGISTICS INC<br>1950 W. COOK RD.<br>FORT WAYNE, IN 46818 |
| **2.712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C217598 - DATED 12/22/2017<br><br>CISCO AIR SYSTEMS INC<br>214 27TH ST<br>SACRAMENTO, CA 95816 |

Debtor    Jo-Ann Stores, LLC                                                    Case number (if known)   25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 11/09/2024<br><br>CISCO AIR SYSTEMS INC<br>214 27TH  ST<br>SACRAMENTO, CA 95816 |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 04/01/2023<br><br>CISCO AIR SYSTEMS INC<br>214 27TH  ST<br>SACRAMENTO, CA 95816 |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C303273 - DATED 07/12/2016<br><br>CISCO SYSTEMS CAPITAL CORP<br>PO BOX 825736<br>PHILADELPHIA, PA 19182-5736 |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SMARTNET LEASING AGREEMENT DATED 09/01/2022<br><br>CISCO SYSTEMS CAPITAL CORP<br>PO BOX 825736<br>PHILADELPHIA, PA 19182-5736 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285054298 DATED 01/06/2025<br><br>CITY OF ALEXANDRIA<br>BUSINESS OFFICE<br>PO BOX 71<br>ALEXANDRIA, LA 71309 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 08/03/2021<br><br>CITY OF CARLSBAD<br>1775 DOVE LANE<br>CARLSBAD, CA 92011 |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14055784 DATED 07/30/2024<br><br>CITY OF FLORENCE<br>PO BOX 1327<br>FLORENCE, KY 41022-1327 |

Debtor    Jo-Ann Stores, LLC                                      Case number (if known)    25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674022096 DATED 10/17/2024<br><br>CITY OF MORGANTON<br>PO BOX 3448<br>MORGANTON, NC 28680-3448 |
| **2.721** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674020213 DATED 08/23/2024<br><br>CITY OF PERU, IL<br>PO BOX 299<br>PERU, IL 61354-0299 |
| **2.722** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285047030 DATED 03/07/2024<br><br>CITY OF RIVERSIDE<br>CITY HALL<br>3900 MAIN ST<br>RIVERSIDE, CA 92522 |
| **2.723** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674018898 DATED 11/02/2024<br><br>CITY OF ROCKY MOUNT<br>PO BOX 1180<br>ROCKY MOUNT, NC 27802 |
| **2.724** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075188 DATED 12/13/2024<br><br>CITY OF STILLWATER OKLAHOMA<br>PO BOX 1725<br>STILLWATER, OK 74076 |
| **2.725** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14042198 DATED 01/18/2025<br><br>CITY OF TALLAHASSEE, FL<br>435 N MACOMB ST<br>TALLAHASSEE, FL 32301-1050 |
| **2.726** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674019842 DATED 05/15/2024<br><br>CITY OF VERO BEACH<br>PO BOX 1180<br>VERO BEACH, FL 32961 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.727** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | PROMOTIONAL SERVICES AGREEMENT DATED 10/05/2022  CIW LLC 1780 MILLER  PARKWAY STREETSBORO, OH 44241 |
| **2.728** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SERVICE AGREEMENT  - C323513 - DATED 10/05/2021  CIW LLC 1780 MILLER  PARKWAY STREETSBORO, OH 44241 |
| **2.729** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/10/2020  CL SERVICES INC 4245 INTERNATIONAL PKWY #125 ATLANTA, GA 30354 |
| **2.730** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/27/2021  CLAIMCO LLC DBA SPECTRUM SETTLEMENT RECOVERY PO BOX 480 SAN FRANCISCO, CA 94104 |
| **2.731** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SURETY BOND #674020532 DATED 12/19/2024  CLECO POWER LLC 1010 W MOCKINGBIRD LN STE 100 DALLAS, TX 75266 |
| **2.732** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SERVICE AGREEMENT  - C322410 - DATED 03/08/2023  CLEO PAPANIKOLAS ADDRESS ON FILE |
| **2.733** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024  CLEVELAND CLINIC PO BOX  92967 CLEVELAND, OH 44194-2967 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | VILLAGE SQUARE STORE LEASE | CLIFTON COUNTRY ROAD ASSOCIATES, LLC C/O THE WINDSOR COMPANIES 5 SOUTHSIDE DRIVE, SUITE 200 CLIFTON PARK, NY 12065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 01/02/2020 | CLOUD9 FABRICS INC 331 CENTENNIAL AVE SUITE 221 CRANFORD, NJ 07016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | CLOVIS CROSSING SHOPPING CENTER STORE LEASE | CLOVIS-HERNDON CENTER, LLC PAYNTER REALTY & INVESTMENTS, INC. 195 SOUTH "C" STREET, SUITE 200 TUSTIN, CA 91780 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/27/2021 | CMC MARKETING AND DESIGN 6945 DEER RUN DR. MIDDLEBURG HEIGHTS, OH 44130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/22/2020 | CMS PAYMENTS INTELLIGENCE INC 55 ALLEN PLAZA, STE 320 55 IVAN ALLEN JR BLVD ATLANTA, GA 30308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/22/2021 | CMS PAYMENTS INTELLIGENCE INC 55 ALLEN PLAZA, STE 320 55 IVAN ALLEN JR BLVD ATLANTA, GA 30308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C321796 - DATED 05/25/2020 | CMS PAYMENTS INTELLIGENCE INC 55 ALLEN PLAZA, STE 320 55 IVAN ALLEN JR BLVD ATLANTA, GA 30308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):   25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.741** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES DATED 06/01/2024<br><br>CNA COMMERCIAL INSURANCE<br>CNA PLAZA 38S-420<br>CHICAGO, IL 60685-0001 |
| **2.742** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285063818 DATED 06/30/2024<br><br>COBB COUNTY<br>BUSINESS LICENSE<br>P.O. BOX 649<br>MARIETTA, GA 30061-0649 |
| **2.743** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285067685 DATED 08/30/2024<br><br>COBB COUNTY<br>BUSINESS LICENSE<br>P.O. BOX 649<br>MARIETTA, GA 30061-0649 |
| **2.744** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325332 - DATED 01/01/2022<br><br>COBRINA GRIECO<br>ADDRESS ON FILE |
| **2.745** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COCONUT POINT SHOPPING CENTER STORE LEASE<br><br>COCONUT POINT TOWN CENTER, LLC<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| **2.746** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROSS TOWNE CENTER STORE LEASE<br><br>COFAL PARTNERS, LP<br>535 SMITHFIELD STREET, SUITE 1035<br>PITTSBURGH, PA 15222 |
| **2.747** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOUNTAIN S/C STORE LEASE<br><br>COL 1005 @ COLUMBIA, LLC<br>C/O POINT PLACE MANAGEMENT, LLC<br>400 MEMORIAL DRIVE EXT. - SUITE 200<br>GREER, SC 29651 |

Debtor   Jo-Ann Stores, LLC
         Name

Case number (if known):   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.748** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLONIA PLAZA STORE LEASE<br><br>COLONIA LIMITED PARTNERSHIP<br>C/O ROSEN ASSOCIATES MANAGEMENT. CORP.<br>33 SOUTH SERVICES RD.<br>JERICHO, NY 11753 |
| **2.749** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C290041 - DATED 10/15/2014<br><br>COLORID LLC<br>PO BOX 1350<br>CORNELIUS, NC 28031 |
| **2.750** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 12/15/2023<br><br>COLORID LLC<br>PO BOX 1350<br>CORNELIUS, NC 28031 |
| **2.751** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTHPOINTE COMMONS STORE LEASE<br><br>COLUMBIA (NORTHPOINTE) WMS, LLC<br>C/O RIVERCREST REALTY ASSOCIATES, LLC<br>8816 SIX FORKS ROAD, SUITE 201<br>RALEIGH, NC 27615 |
| **2.752** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CASCADE PLAZA STORE LEASE<br><br>COLUMBIA CASCADE PLAZA LLC<br>C/O REGENCY CENTERS<br>ATTN: LEGAL DEPARTMENT<br>JACKSONVILLE, FL 32202 |
| **2.753** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLUMBIA CROSSING STORE LEASE<br><br>COLUMBIA CROSSING OUTPARCEL, LLC<br>500 NORTH BROADWAY, SUITE 201<br>PO BOX 9010<br>JERICHO, NY 11753 |
| **2.754** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLUMBIA CENTER STORE LEASE<br><br>COLUMBIA MALL PARTNERSHIP<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/20/2022 | COLUMBUS FIRE & SAFETY EQUIP<br>PO BOX  791<br>COLUMBUS, GA 31902 |
| **2.756** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C296275 - DATED 02/01/2016 | COLUMBUS FIRE & SAFETY EQUIP<br>PO BOX  791<br>COLUMBUS, GA 31902 |
| **2.757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PEST CONTROL SERVICE AGREEMENT DATED 04/01/2024 | COLUMBUS PEST CONTROL INC<br>1510 W. BROAD STREET<br>COLUMBUS, OH 43222 |
| **2.758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323544 - DATED 09/28/2021 | COLUMBUS PEST CONTROL INC<br>1510 W. BROAD STREET<br>COLUMBUS, OH 43222 |
| **2.759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325762 - DATED 08/29/2022 | COLUMBUS REGIONAL AIRPORT AUTHORITY<br>ACCOUNTS RECEIVABLE<br>L-3459<br>COLUMBUS, OH 43260 |
| **2.760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 02/01/2021 | COMBINED INSURANCE CO OF AMERICA<br>PO BOX 8500-53678<br>PHILADELPHIA, PA 19178-3678 |
| **2.761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C287450 - DATED 12/01/2015 | COMFORT SYSTEMS USA MID SOUTH<br>PO BOX  1966<br>MONTGOMERY, AL 36102 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):  25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 12/01/2022 | COMFORT SYSTEMS USA MID SOUTH PO BOX  1966 MONTGOMERY, AL 36102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C318106 - DATED 01/19/2018 | COMMERCIAL CLEANING PROS PO BOX 30411 WALNUT CREEK, CA 94598 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 10/01/2024 | COMMERCIAL CLEANING PROS PO BOX 30411 WALNUT CREEK, CA 94598 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | THE MARKETPLACE STORE LEASE | COMMERCIAL REPOSITION PARTNERS 17, LLC ("CRP 17") 270 ST. PAUL ST. STE.200 GENERAL CORRESPONDENCE GOES TO: DENVER, CO 80206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/16/2022 | COMPLIANCESIGNS LLC P.O. BOX 208363 DALLAS, TX 75320-8363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C309043 - DATED 09/16/2014 | COMPLIANCESIGNS LLC P.O. BOX 208363 DALLAS, TX 75320-8363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/26/2023 | COMPUTERSHARE INC DEPT CH  19228 PALATINE, IL 60055-9228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|--------|--------------------|----------------------------------|
|        | Name               |                                  |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C215558 - DATED 03/11/2021 | COMPUTERSHARE INC<br>DEPT CH  19228<br>PALATINE, IL 60055-9228 |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285073855 DATED 07/05/2024 | CON EDISON<br>390 WEST ROUTE 59<br>SPRING VALLEY, NY 10977-5300 |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONCORDVILLE TOWN CENTER STORE LEASE | CONCORD RETAIL PARTNERS, L.P.<br>ATTN: PRESIDENT<br>1301 LANCASTER AVENUE<br>BERWYN, PA 19312 |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXPENSE MANAGEMENT SOFTWARE SERVICE AGREEMENT DATED 09/27/2023 | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318496 - DATED 09/28/2018 | CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONEJO VALLEY PLAZA STORE LEASE | CONEJO VALLEY PLAZA 2, LLC<br>C/O MILAN CAPITAL MANAGEMENT, INC.<br>701 S. PARKER STREET, SUITE 5200<br>ORANGE, CA 92868 |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | CONNIE CASTEL<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.776** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/03/2023<br><br>CONNORS AND ASSOCIATES LLC<br>CONNERS GROUP<br>4000 TOWN CENTER BLVD. #310<br>CANONSBURG, PA 15317 |
| **2.777** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674018865 DATED 10/20/2024<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>411 W 201ST ST<br>NEW YORK, NY 10034 |
| **2.778** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/12/2024<br><br>CONSOLIDATED GRAPHICS GROUP INC<br>ROBERT SILVERMAN DIRECT MARKETING<br>1614  EAST 40TH ST<br>CLEVELAND, OH 44103 |
| **2.779** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326451 - DATED 06/05/2023<br><br>CONSTANCE MOORE<br>ADDRESS ON FILE |
| **2.780** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 02/01/2022<br><br>CONSTRUCTION ONE INC<br>101 EAST TOWN STREET, SUITE 401<br>COLUMBUS, OH 43215 |
| **2.781** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C292777 - DATED 02/01/2016<br><br>CONSTRUCTION ONE INC<br>101 EAST TOWN STREET, SUITE 401<br>COLUMBUS, OH 43215 |
| **2.782** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324173 - DATED 02/28/2022<br><br>CONSTRUCTOR.IO CORPORATION<br>268 BUSH ST., #4450<br>SAN FRANCISCO, CA 94104 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 02/28/2024 | CONSTRUCTOR.IO CORPORATION 268 BUSH ST., #4450 SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C305870 - DATED 04/01/2016 | CONTAINER MANAGEMENT INC 9811 S IH 35 BUILD 5 #110 AUSTIN, TX 78744 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 04/05/2023 | CONTAINER MANAGEMENT INC 9811 S IH 35 BUILD 5 #110 AUSTIN, TX 78744 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/30/2023 | CONTENT SQUARE INC 53 BEACH STREET, 6TH FLOOR NEW YORK, NY 10013 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/03/2023 | CONTRACT DATASCAN LP DATASCAN PO BOX 1348 INDIANA, PA 15701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C324864 - DATED 06/30/2022 | CONTRACT DATASCAN LP DATASCAN PO BOX 1348 INDIANA, PA 15701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/01/2021 | CONVOY INC PO BOX 3266 DENVER, CO 80291-3266 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.790** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAILER LEASING AGREEMENT DATED 07/16/2021<br><br>CONVOY INC<br>PO BOX 3266<br>DENVER, CO 80291-3266 |
| **2.791** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE JUNCTION STORE LEASE<br><br>COOKEVILLE TN INVESTMENT PARTNERS<br>C/O SANDOR DEVELOPMENT COMPANY<br>10689 NORTH PENNSYLVANIA ST. , SUITE 100<br>INDIANAPOLIS, IN 46280 |
| **2.792** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWNE CENTER AT FAYETTEVILLE STORE LEASE<br><br>COR ROUTE 5 COMPANY, LLC<br>C/O COR DEVELOPMENT COMPANY, LLC<br>540 TOWNE DRIVE<br>FAYETTEVILLE, NY 13066 |
| **2.793** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/01/2023<br><br>CORDIAL EXPERIENCE INC<br>402 W. BROADWAY, #700<br>SAN DIEGO, CA 92101 |
| **2.794** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324171 - DATED 02/01/2022<br><br>CORDIAL EXPERIENCE INC<br>402 W. BROADWAY, #700<br>SAN DIEGO, CA 92101 |
| **2.795** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 05/01/2024<br><br>CORDIAL EXPERIENCE INC<br>402 W. BROADWAY, #700<br>SAN DIEGO, CA 92101 |
| **2.796** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE ORDER FORM DATED 01/01/2025<br><br>CORDIAL EXPERIENCE INC<br>402 W. BROADWAY, #700<br>SAN DIEGO, CA 92101 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.797** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AURORA CITY SQUARE STORE LEASE<br><br>CORE AURORA CS, LLC<br>% CORE ACQUISITIONS, LLC<br>10 PARKWAY NORTH BLVD, SUITE 120<br>DEERFIELD, IL 60015 |
| **2.798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/28/2022<br><br>CORE HOME<br>42 WEST 39TH STREET, 4TH FLOOR<br>NEW YORK, NY 10018 |
| **2.799** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 6910 S. LINDERBERGH BLVD STORE LEASE<br><br>CORNERSTONE SOUTH COUNTY LLC<br>4503 MARBURG AVENUE<br>ATTN: JOHN CLANCY<br>CINCINNATI, OH 45209 |
| **2.800** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FRANDOR S/C STORE LEASE<br><br>CORR COMMERCIAL REAL ESTATE, INC<br>300 FRANDOR AVE, 2ND FLOOR<br>LANSING, MI 48912 |
| **2.801** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325804 - DATED 02/05/2023<br><br>CORRIE BETH HOGG<br>ADDRESS ON FILE |
| **2.802** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C282693 - DATED 02/05/2018<br><br>CORRIGAN MOVING AND STORAGE CO<br>DBA CORRIGAN MOVING SYSTEMS<br>7409 EXPRESSWAY  CT<br>GRAND RAPIDS, MI 49548 |
| **2.803** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>COSMA TEXTILE CORP LTD<br>2104 SAMSUNG CHERE VILLE<br>JANGAN 1-DONG<br>DONG DAE MUN-GU SEOUL, 2624<br>KOREA, REPUBLIC OF |

Debtor   Jo-Ann Stores, LLC                                    Case number (if known): 25-10072
_____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.804** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COUNTRY SIDE CENTER STORE LEASE <br><br> COUNTRYSIDE CENTER CORONA C/O AYRES GROUP 355 BRISTOL ST., SUITE A COSTA MESA, CA 92626 |
| **2.805** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 01/01/2024 <br><br> COUNTY OF BRANT PUBLIC LIBRARY 12 WILLIAM STREET PARIS, ON N3L1K7 CANADA |
| **2.806** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C326000 - DATED 09/17/2022 <br><br> COUNTY OF SUMMIT DEPT OF COMMUNITY & ECON DEVEL. 175 SOUTH MAIN ST.,STE. 207 AKRON, OH 44308 |
| **2.807** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C303584 - DATED 12/31/2012 <br><br> COUPA SOFTWARE INC PO BOX 888396 LOS ANGELES, CA 90088 |
| **2.808** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/28/2022 <br><br> COURTNEY TALKINGTON ADDRESS ON FILE |
| **2.809** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 09/28/2023 <br><br> COURTNEY TALKINGTON ADDRESS ON FILE |
| **2.810** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SURETY BOND #14039715 DATED 10/16/2024 <br><br> COWETA-FAYETTE EMC PO BOX 70878 CHARLOTTE, NC 28272-0878 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND #674021286 DATED 05/29/2024 | COWETA-FAYETTE EMC PO BOX 70878 CHARLOTTE, NC 28272-0878 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C315884 - DATED 08/03/2017 | COYOTE LOGISTICS LLC PO BOX 742636 ATLANTA, GA 30374-2636 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 05/21/2024 | COYOTE LOGISTICS LLC PO BOX 742636 ATLANTA, GA 30374-2636 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAILER AND EQUIPMENT LEASE DATED 05/21/2024 | COYOTE LOGISTICS LLC PO BOX 742636 ATLANTA, GA 30374-2636 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | WESTLAND PLAZA STORE LEASE | CPC MADISON, LLC C/O CORE PROPERTY MGMT., LLC TOWER PLACE 100 ATLANTA, GA 30326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | NUGGET MALL STORE LEASE | CPIF NUGGET MALL, LLC C/O COLUMBIA PACIFIC ADVISORS, LLC (CPA) ATTN: ROBERT BARNES, ASSET MANAGER SEATTLE, WA 98102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | ARLINGTON HIGHLANDS S/C STORE LEASE | CPT - ARLINGTON HIGHLANDS 1, LP C/O FAIRBOURNE PROPERTIES ATTN: VIVIAN FIELDS, SVP CHICAGO, IL 60604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C290888 - DATED 01/30/2015 | CPT NETWORK SOLUTIONS INC 1062 W SOUTH THORNDALE AVE BENSENVILLE, IL 60106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.819 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 04/18/2022 | CPT NETWORK SOLUTIONS INC 1062 W SOUTH THORNDALE AVE BENSENVILLE, IL 60106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.820 | State what the contract or lease is for and the nature of the debtor's interest | RIVERSIDE PLAZA STORE LEASE | CPT RIVERSIDE PLAZA, LLC C/O AEW CAPITAL MANAGEMENT, L.P. 601 S. FIGUEROA ST., SUITE 2150 LOS ANGELES, CA 90017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/03/2019 | CRAFT A BREW 2311 MERCATOR DR., SUITE A ORLANDO, FL 32807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/17/2023 | CRAFT EXPRESS 620 DOBBIN ROAD CHARLESTON, SC 29414 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/22/2022 | CRAFT EXPRESS US, LLC 620 DOBBIN ROAD SUITE 103 CHARLESTON, SC 29414 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/05/2024 | CRAFT RITE INC NO. 121 EAST QIANMING RD FENGJING TOWN, JINSHAN DISTRICT 20 SHANGHAI, 201501 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.825** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/20/2024<br><br>CRAFT SMITH LLC<br>#175 LN 165, WUXIANG N ROAD<br>Z06<br>WUXIANG TOWN<br>YINZHOU DISTRICT, 315111<br>CHINA |
| **2.826** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/25/2024<br><br>CRAFT SMITH LLC<br>19312 CANYON DRIVE<br>VILLA PARK, CA 92861 |
| **2.827** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/25/2024<br><br>CRAFT-RITE INC<br>3400 N. ASHTON BLVD SUITE 170<br>LEHI, UT 84043 |
| **2.828** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 06/07/2021<br><br>CRAFTY (AL) LLC<br>395 9TH AVENUE 58TH<br>FLOOR<br>NY, NY 10001 |
| **2.829** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE OPTION AGREEMENT DATED 06/07/2021<br><br>CRAFTY (AL) LLC<br>395 9TH AVENUE 58TH<br>FLOOR<br>NY, NY 10001 |
| **2.830** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OPELIKA DISTRIBUTION CENTER<br><br>CRAFTY (AL) LLC<br>C/O W.P. CAREY, INC.<br>ONE MANHATTAN WEST<br>NEW YORK, NY 10001 |
| **2.831** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AND SALE AGREEMENT DATED 06/07/2021<br><br>CRAFTY (AL) LLC<br>395 9TH AVENUE 58TH<br>FLOOR<br>NY, NY 10001 |

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AND SALE AGREEMENT DATED 08/21/2019 | CRAFTY (AL) LLC<br>395 9TH AVENUE 58TH<br>FLOOR<br>NY, NY 10001 |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TAX DIRECTION LETTER AGREEMENT DATED 06/01/2021 | CRAFTY (AL) LLC<br>C/O W.P. CAREY INC. ONE MANHATTAN WEST<br>395 9TH AVENUE 58TH FLOOR<br>NEW YORK, NY 10001 |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | CRAIG EDGE<br>ADDRESS ON FILE |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/30/2023 | CRANSTON IT INC<br>205 WHITE PINE LANE<br>CRANBERRY TOWNSHIP, PA 16066 |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DATED 02/01/2025 | CRANSTON IT INC<br>205 WHITE PINE LANE<br>CRANBERRY TOWNSHIP, PA 16066 |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C322195 - DATED 08/26/2020 | CRANSTON IT INC<br>205 WHITE PINE LANE<br>CRANBERRY TOWNSHIP, PA 16066 |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT RENEWAL DATED 12/01/2024 | CRANSTON IT INC<br>205 WHITE PINE LANE<br>CRANBERRY TOWNSHIP, PA 16066 |

Debtor  Jo-Ann Stores, LLC
_____    Case number (if known): 25-10072
Name

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.839** State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE AGREEMENT DATED 02/01/2024 | CRANSTON IT INC 205 WHITE PINE LANE CRANBERRY TOWNSHIP, PA 16066 |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.839** | State what the contract or lease is for and the nature of the debtor's interest — SUBSCRIPTION SERVICE AGREEMENT DATED 02/01/2024<br>State the term remaining<br>List the contract number of any government contract | CRANSTON IT INC<br>205 WHITE PINE LANE<br>CRANBERRY TOWNSHIP, PA 16066 |
| **2.840** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 02/01/2022<br>State the term remaining<br>List the contract number of any government contract | CRAYON SOFTWARE EXPERTS LLC<br>12221 MERIT DR. STE 1400<br>DALLAS, TX 75251 |
| **2.841** | State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C321194 - DATED 06/28/2019<br>State the term remaining<br>List the contract number of any government contract | CRAYON SOFTWARE EXPERTS LLC<br>12221 MERIT DR. STE 1400<br>DALLAS, TX 75251 |
| **2.842** | State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE SERVICE AGREEMENT DATED 02/01/2023<br>State the term remaining<br>List the contract number of any government contract | CRAYON SOFTWARE EXPERTS LLC<br>12221 MERIT DR. STE 1400<br>DALLAS, TX 75251 |
| **2.843** | State what the contract or lease is for and the nature of the debtor's interest — THE CROSSROADS OF TAYLORSVILLE STORE LEASE<br>State the term remaining<br>List the contract number of any government contract | CRC TAYLORSVILLE COINVEST LLC<br>DBA: CR TAYLORSVILLE LLC<br>C/O CONTINENTAL REALTY CORPORATION<br>BALTIMORE, MD 21209 |
| **2.844** | State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 04/22/2024<br>State the term remaining<br>List the contract number of any government contract | CREATEON LLC<br>500 QUAIL HOLLOW DRIVE<br>WHEELING, IL 60090 |
| **2.845** | State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C324953 - DATED 04/07/2022<br>State the term remaining<br>List the contract number of any government contract | CREATIONS ROBERT VERNET<br>22 RUE LAURE DIEBOLD<br>LYON, 69009<br>FRANCE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.846** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAINTING SERVICES AGREEMENT DATED 09/25/2023<br><br>CREATIVE COLOR<br>17413 WOODFORD AVE<br>LAKEWOOD, OH 44107-2223 |
| **2.847** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315891 - DATED 09/25/2017<br><br>CREATIVE COLOR<br>17413 WOODFORD AVE<br>LAKEWOOD, OH 44107-2223 |
| **2.848** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C319593 - DATED 07/12/2019<br><br>CREATIVE PALETTE INC<br>310 N YEARLING  RD<br>COLUMBUS, OH 43213 |
| **2.849** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 07/13/2022<br><br>CREATIVE PALETTE INC<br>310 N YEARLING  RD<br>COLUMBUS, OH 43213 |
| **2.850** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/08/2022<br><br>CREATIVE SAFETY SUPPLY LLC<br>8030 SW NIMBUS AVE.<br>BEAVERTON, OR 97008 |
| **2.851** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C304332 - DATED 01/01/2016<br><br>CREATIVE SAFETY SUPPLY LLC<br>8030 SW NIMBUS AVE.<br>BEAVERTON, OR 97008 |
| **2.852** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324837 - DATED 05/12/2022<br><br>CREATIVE SPARROW LTD<br>12 CONQUEROR  COURT<br>KE<br>SITTINGBOURNE, ME10 5BH<br>UNITED KINGDOM |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023 | CREATIVE TECH SOLUTIONS LLC 5555 DARROW ROAD HUDSON, OH 44236 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023 | CREATIVEBUG, LLC 5555 DARROW ROAD HUDSON, OH 44236 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 04/05/2021 | CRESCENT ELECTRIC SUPPLY CO 5520 CLOVERLEAF PKWY #4815 CLEVELAND, OH 44125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC/R SERVICE AGREEMENT DATED 04/21/2024 | CRETE CARRIER CORPORATION PO BOX 82634 LINCOLN, NE 68501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C312580 - DATED 02/26/2016 | CRETE CARRIER CORPORATION PO BOX 82634 LINCOLN, NE 68501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | EASTON SQUARESTORE LEASE | CRI EASTON SQUARE, LLC C/O CASTO ATTN: LEGAL DEPARTMENT/LEASING COLUMBUS, OH 43215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 02/03/2023 | CRICUT, INC. 20966 S.RIVER FRONT PKWY SOUTH JORDAN, UT 84095 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC
_____
            Name

Case number (if known):  25-10072
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3055 ATLANTA HIGHWAY STORE LEASE | CRIMSON 1031 PORTFOLIO, LLC<br>6100 CAMP BOWIE BLVD. #23<br>ATTN: PAMELA DAY, MANAGING PARTNER, MIKE RISO, PROPERTY MGR.<br>FORT WORTH, TX 76116 |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315899 - DATED 05/01/2017 | CRITEO CORP<br>PO BOX 392422<br>PITTSBURGH, PA 15251-9422 |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADVERTISING & PROMOTIONS SERVICE AGREEMENT DATED 01/01/2024 | CRITICAL MENTION INC<br>CRITICAL MEDIA<br>PO BOX 4458, DEPT. 569<br>HOUSTON, TX 77210-4458 |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C297039 - DATED 02/01/2020 | CRITICAL MENTION INC<br>CRITICAL MEDIA<br>PO BOX 4458, DEPT. 569<br>HOUSTON, TX 77210-4458 |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/14/2022 | CROSBY ELECTRIC CO INC<br>PO BOX 240368<br>MONTGOMERY, AL 36124 |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CROSS CREEK PLAZA STORE LEASE | CROSS CREEK PLAZA DR LLC.<br>C/O GFD MANAGEMENT, INC.<br>222 CLOISTER COURT<br>CHAPEL HILL, NC 27514 |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CROSSROADS SHOPPING CENTER STORE LEASE | CROSSROADS ASSOCIATES, LLC<br>840 EAST HIGH STREET<br>LEXINGTON, KY 40502 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CROSSROADS OF ROSEVILLE STORE LEASE<br><br>CROSSROADS OF ROSEVILLE 2023, LLC<br>C/O H.J. DEVELOPMENT, INC.<br>2655 CHESHIRE LANE NORTH<br>PLYMOUTH, MN 55447 |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CROSSWINDS COMMONS STORE LEASE<br><br>CROSSWINDS COMMONS, LLC<br>C/O HAUPPAUGE PROPERTIES, LLC<br>1975 HEMPSTEAD TURNPIKE, SUITE 309<br>EAST MEADOW, NY 11554 |
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DATED 11/14/2024<br><br>CROWLEY FLECK PLLP<br>PO BOX 10969<br>BOZEMAN, MT 59719-0969 |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIFT TRUCKS SERVICE AGREEMENT DATED 04/02/2023<br><br>CROWN EQUIPMENT CORPORATION<br>PO  BOX 641173<br>CINCINNATI, OH 45264 |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C213263 - DATED 09/03/2015<br><br>CROWN EQUIPMENT CORPORATION<br>PO  BOX 641173<br>CINCINNATI, OH 45264 |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FREIGHT SERVICES AGREEMENT DATED 06/10/2024<br><br>CRST THE TRANSPORTATION SOLUTION IN<br>PO BOX 71573<br>CHICAGO, IL 60694 |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C322842 - DATED 09/04/2015<br><br>CRST THE TRANSPORTATION SOLUTION IN<br>PO BOX 71573<br>CHICAGO, IL 60694 |

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT EXTENSION DATED 07/30/2024 | CRST THE TRANSPORTATION SOLUTION IN<br>PO BOX 71573<br>CHICAGO, IL 60694 |
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/22/2022 | CS INTERNATIONAL (HK) TOYS LIMITED<br>UNIT 602, 6/F, EDWARD WONG TOWER<br>910 CHEUNG SHA WAN ROAD<br>KOWLOON,<br>HONG KONG |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BONAVENTURE PLAZA STORE LEASE | CSM CORPORATION<br>500 WASHINGTON AVENUE SOUTH, SUITE 3000<br>ATTN: GENERAL COUNSEL<br>MINNEAPOLIS, MN 55415 |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EAGLE CENTER STORE LEASE | CTL PROPERTY MANAGEMENT, LLC<br>C/O EAST MOLINE GLASS<br>1033 7TH STREET<br>EAST MOLINE, IL 61244 |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THE PLAZA AT ROCKWALL STORE LEASE | CTO23 ROCKWALL LLC<br>C/O CTO REALTY GROWTH, INC.<br>1140 WILLIAMSON BLVD., SUITE 140<br>DAYTONA BEACH, FL 32114 |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAROLINA PAVILIONS STORE LEASE | CTO24 CAROLINA LLC<br>C/O CTO REALTY GROWTH, INC.<br>1140 WILLIAMSON BLVD., SUITE 140<br>DAYTONA BEACH, FL 32114 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHRISTMAS TREE PROMENADE STORE LEASE | CTS FIDUCIARY, LLC, TRUSTEE,<br>ROUTE 132 REAL ESTATE TRUST<br>C/O TURTLE ROCK, LLC<br>YARMOUTHPORT, MA 02675 |

Debtor    Jo-Ann Stores, LLC                                          Case number (if known): 25-10072
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | TRADEWINDS S/C STORE LEASE | CULLINAN PENSACOLA, LLC C/O CULLINAN PROPERTEIS, LTD 420 NORTH MAIN STREET PEORIA, IL 61611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/10/2024 | CUPIXEL INC 59 HAMLET STREET NEWTON, MA 02459 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | SOCIAL MEDIA SERVICE AGREEMENT DATED 02/15/2023 | CURALATE INC PO BOX 735565 DALLAS, TX 75373-5565 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | CURLEW CROSSING STORE LEASE | CURLEW CROSSING S.C., LLC 500 NORTH BROADWAY, SUITE 201 JERICHO, NY 11753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C321846 - DATED 03/20/2020 | CURTIS R MILLER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 03/21/2024 | CURTIS R MILLER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/01/2024 | CVS- CAREMARK P.O.  BOX  848001 DALLAS, TX 75284 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C287614 - DATED 01/01/2017 | CVS- CAREMARK P.O. BOX 848001 DALLAS, TX 75284 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/03/2021 | CYNERGIES CONSULTING INC 26301 CURTISS WRIGHT PWY #115 RICHMOND HEIGHTS, OH 44143 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C319873 - DATED 05/01/2019 | CYNTHIA A CHEEKS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 05/02/2022 | CYNTHIA A CHEEKS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C328040 - DATED 11/13/2024 | CYNTHIA GUTIERREZ ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 07/01/2022 | CYRENIUS H. BOOTH LIBRARY 25 MAIN ST NEWTOWN, CT 06470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | NORTHEAST SUNSET BLVD. STORE LEASE | D & C WONG I, LLC C/O HANNAH WONG 6311 SEWARD PARK AVE. S. SEATTLE, WA 98118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NW 57TH STREET STORE LEASE<br><br>D & H HAWLEY LLC<br>C/O HAWLEY REALTY INC.<br>338 N. 137TH ST.<br>SEATTLE, WA 98133 |
| **2.896** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DOCK DOORS & EQUIPMENT SERVICE AGREEMENT DATED 11/07/2022<br><br>D H PACE COMPANY INC<br>1901  EAST 119TH ST.<br>OLATHE, KS 66061 |
| **2.897** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C296276 - DATED 11/05/2018<br><br>D H PACE COMPANY INC<br>1901  EAST 119TH ST.<br>OLATHE, KS 66061 |
| **2.898** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURY CENTER STORE LEASE<br><br>DAANE'S DEVELOPMENT COMPANY<br>PO BOX 340<br>ATTN: DANIEL DAANE, PRESIDENT<br>OSPREY, FL 34229 |
| **2.899** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C294023 DPB - DATED 08/12/2015<br><br>DADE PAPER COMPANY<br>PO BOX 1180<br>LOXLEY, AL 36551 |
| **2.900** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STORE SUPPLIES SERVICE AGREEMENT DATED 03/06/2022<br><br>DADE PAPER COMPANY<br>PO BOX 1180<br>LOXLEY, AL 36551 |
| **2.901** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE GREENERY STORE LEASE<br><br>DADELAND GREENERY LP<br>200 SOUTH BISCAYNE BLVD., SEVENTH FLOOR<br>MIAMI, FL 33131 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):    25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/27/2020 | DAHLE NORTH AMERICA INC (ECOM) 49 VOSE FARM RD PETERBOROUGH, NH 03458 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/05/2021 | DAILY SERVICES SURGE PO BOX 779076 CHICAGO, IL 60677-9076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest | 1175 DANA DRIVE STORE LEASE | DANA DRIVE INVESTORS C/O THOMASON DEVELOPMENT COMPANY 7090 N MARKS AVENUE FRESNO, CA 93711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest | HAINES STATION PLAZA STORE LEASE | DANA RAPID CITY LLC ATTN: JIM STANEK, MANAGING MEMBER 718 EAST ST. ANDREWS DAKOTA DUNES, SD 57049 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 05/02/2022 | DANA SAPORITO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | DANADA SQUARE WEST S/C STORE LEASE | DANADA SQUARE WEST SHOPPING CENTER, LLC C/O CBRE, INC. 2100 MCKINNEY AVENUE, SUITE 800 DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 01/01/2023 | DANIEL BOONE REGIONAL LIBRARY 100 W BROADWAY COLUMBIA, MO 65203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Jo-Ann Stores, LLC
Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EASTBROOK PLAZA STORE LEASE<br><br>DANIEL G. KAMIN EASTBROOK ENTERPRISES<br>C/O KAMIN REALTY COMPANY<br>ATTN: DANIEL G. KAMIN<br>PITTSBURGH, PA 15206 |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DANVILLE VILLAGE MALLSTORE LEASE<br><br>DANVILLE MALL, LLC<br>C/O MID-AMERICA ASSET MANAGEMENT, INC.<br>ONE PARKVIEW PLAZA, 9TH FLOOR<br>OAKBROOK TERRACE, IL 60181 |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2020<br><br>DANVILLE PUBLIC LIBRARY<br>319 NORTH VERMILLION SR<br>DANVILLE, IL 61832 |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2020<br><br>DARE COUNTY LIBRARY<br>700 US-64<br>MANTEO, NC 27954 |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2021<br><br>DARE COUNTY LIBRARY<br>PO BOX 1000<br>MANTEO, NC 27954 |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2023<br><br>DARE COUNTY LIBRARY<br>700 US-64<br>MANTEO, NC 27954 |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/25/2022<br><br>DARN GOOD YARN, INC.<br>11A SOLAR DRIVE<br>HALFMOON, NY 12065 |

Debtor  Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DARTMOUTH TOWN CTR STORE LEASE | DARTMOUTH MARKETPLACE ASSOCIATES, L.L.C.<br>C/O PEGASUS LANDING CORPORATION<br>6065 ROSWELL ROAD, SUITE 800<br>SANDY SPRINGS, GA 30328 |
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKET PLACE SC STORE LEASE | DASADA PROPERTY MANAGEMENT, LLC<br>107 LEGEND WAY<br>ATTN: MR. SHARIF MALIK<br>WALES, WI 53183 |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 09/01/2024 | DATA.AI INC<br>FKA APP ANNIE INC<br>44 MONTGOMERY ST., 3RD FL.<br>SAN FRANCISCO, CA 94104 |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PHONE SUPPORT AND PM MAINTENANCE AGREEMENT DATED 06/07/2024 | DATALOGIC USA INC<br>959 TERRY STREET<br>EUGENE, OR 97402 |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C211240 - DATED 03/21/2018 | DATALOGIC USA INC<br>959 TERRY STREET<br>EUGENE, OR 97402 |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 06/15/2024 | DAVID & JOYCE MILNE PUBLIC LIBRARY<br>1095 MAIN STREET<br>WILLIAMSTOWN, MA 01267 |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | DAVID DUDA<br>ADDRESS ON FILE |

Debtor   Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | DAVID GEIBEL<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | DAVID OKESON<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | DAVID SHOLTIS<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C317546 - DATED 12/20/2022 | DAVID TENORIO<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C324181 - DATED 02/03/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C324484 - DATED 03/01/2022 | DAWN M CARDONADO<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | 23RD STREET PLAZA STORE LEASE | DCTN3 509 PANAMA CITY FL, LLC<br>1240 N. KIMBALL AVENUE<br>ATTN: BRENNA A. WADLEIGH, PRESIDENT<br>SOUTHLAKE, TX 76092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORLANDO MARKET STORE LEASE<br><br>DDR WINTER GARDEN LLC<br>3300 ENTERPRISE PARKWAY<br>ATTN: EMILIA PUPELLO, VICE PRESIDENT OF LEASING<br>BEACHWOOD, OH 44122 |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERSTATE PLAZA STORE LEASE<br><br>DE ANZA PROPERTIES 4, LLC<br>C/O CORINTHIAN REAL ESTATE INC.<br>3217 MONTROSE BLVD, SUITE 228<br>HOUSTON, TX 77006 |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TJ MAXX PLAZA STORE LEASE<br><br>DEANCARSON WMSPT, LLLP.<br>C/O SPM MANAGEMENT, INC.<br>24 W. RAILROAD AVE. - PMB 278<br>TENAFLY, NJ 07670 |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>DEANNA SCHREFFLER<br>ADDRESS ON FILE |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 04/01/2023<br><br>DEARBORN PUBLIC LIBRARY<br>16301 MICHIGAN AVE.<br>DEARBORN, MI 48126 |
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C326050 - DATED 02/20/2023<br><br>DEARLY DAWN STUDIO LLC<br>335 EAST AVENUE<br>NORTH AUGUSTA, SC 29841 |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C106016 - DATED 05/25/2019<br><br>DEBORAH J MILLER<br>ADDRESS ON FILE |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.937** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/26/2022 | DEBORAH J MILLER<br>ADDRESS ON FILE |
| **2.938** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C225815 - DATED 05/13/2019 | DEBRA KINZEL<br>ADDRESS ON FILE |
| **2.939** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/15/2022 | DEBRA KINZEL<br>ADDRESS ON FILE |
| **2.940** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2020 | DECATUR PUBLIC LIBRARY<br>504 CHERRY STREET NE<br>DECATUR, AL 35601 |
| **2.941** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/20/2019 | DECOART (PRIVATE LABEL)<br>49 COTTON AVENUE<br>STANFORD, KY 40484 |
| **2.942** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/20/2019 | DECOART INC<br>49 COTTON AVENUE<br>STANFORD, KY 40484 |
| **2.943** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR SUPPLY AGREEMENT DATED 06/10/2020 | DECOART INC<br>49 COTTON AVENUE<br>STANFORD, KY 40484 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.944** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/25/2019<br><br>DECORATIVE TRIMMINGS LLC<br>246 WEST 38TH ST, SUITE 400<br>NEW YORK, NY 10018 |
| **2.945** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2020<br><br>DEDHAM PUBLIC LIBRARY<br>43 CHURCH STREET<br>DEDHAM, MA 02026 |
| **2.946** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2022<br><br>DEDHAM PUBLIC LIBRARY<br>43 CHURCH STREET<br>DEDHAM, MA 02026 |
| **2.947** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2023<br><br>DEDHAM PUBLIC LIBRARY<br>43 CHURCH STREET<br>DEDHAM, MA 02026 |
| **2.948** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/01/2024<br><br>DEDHAM PUBLIC LIBRARY<br>43 CHURCH STREET<br>DEDHAM, MA 02026 |
| **2.949** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323964 - DATED 12/01/2021<br><br>DEENA KELLER<br>ADDRESS ON FILE |
| **2.950** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEER CREEK SHOPPING CENTER STORE LEASE<br><br>DEER CREEK MZL LLC<br>C/O KPR CENTERS<br>535 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known)    25-10072
                Name

| | |
|---|---|
| ███ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.951** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 10/01/2021<br><br>DEERFIELD PUBLIC LIBRARY<br>920 WAUKEGAN RD<br>DEERFIELD, IL 60015 |
| **2.952** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2019<br><br>DEFLECTO LLC<br>7035 EAST 86TH STREET<br>INDIANAPOLIS, IN 46250 |
| **2.953** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEL AMO FASHION CENTER STORE LEASE<br><br>DEL AMO FASHION CENTER OPERATING COMPANY, L.L.C.<br>C/O M.S. MANAGEMENT ASSOCIATES, INC.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| **2.954** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/22/2020<br><br>DELL<br>PO BOX  643561<br>PITTSBURGH, PA 15264-3561 |
| **2.955** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/22/2021<br><br>DELL<br>PO BOX  643561<br>PITTSBURGH, PA 15264-3561 |
| **2.956** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C227838 - DATED 01/23/2014<br><br>DELL<br>PO BOX  643561<br>PITTSBURGH, PA 15264-3561 |
| **2.957** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/01/2024<br><br>DELMAR INTERNATIONAL INC<br>841 SIVERT DRIVE<br>WOOD DALE, IL 60191 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.958** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/12/2024<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |
| **2.959** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/08/2022<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |
| **2.960** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/31/2022<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |
| **2.961** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C227634 - DATED 05/31/2018<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |
| **2.962** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/29/2023<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |
| **2.963** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |
| **2.964** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/04/2021<br><br>DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX 844736<br>DALLAS, TX 75284-4736 |

Debtor    Jo-Ann Stores, LLC

Case number (if known)    25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C242423 - DATED 10/01/2021 | DELOITTE & TOUCHE LLP<br>PO BOX  844708<br>DALLAS, TX 75284-4708 |
| **2.966** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 11/12/2024 | DELOITTE & TOUCHE LLP<br>PO BOX  844708<br>DALLAS, TX 75284-4708 |
| **2.967** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 10/18/2024 | DELOITTE & TOUCHE LLP<br>PO BOX  844708<br>DALLAS, TX 75284-4708 |
| **2.968** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 10/28/2024 | DELOITTE & TOUCHE LLP<br>PO BOX  844708<br>DALLAS, TX 75284-4708 |
| **2.969** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C283875-FRESH START ACCTING - DATED 03/20/2024 | DELOITTE FAS LLP<br>PO BOX 844742<br>DALLAS, TX 75284 |
| **2.970** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 09/02/2020 | DELOITTE<br>DBA DELOITTE TAX LLP<br>PO BOX  844736<br>DALLAS, TX 75284-4736 |
| **2.971** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1024 GREEN ACRES RD STORE LEASE | DELTA OAKS GROUP, LLC<br>C/O CAMPBELL COMMERCIAL REAL ESTATE<br>ATTN: TIM CAMPBELL<br>EUGENE, OR 97401 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.972** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C284220 - DATED 12/17/2014 <br><br> DEMATIC CORP <br> 684125 NETWORK PL <br> CHICAGO, IL 60673 |
| **2.973** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 01/01/2025 <br><br> DEMATIC CORP <br> 684125 NETWORK PL <br> CHICAGO, IL 60673 |
| **2.974** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 08/01/2024 <br><br> DEMATIC CORP <br> 684125 NETWORK PL <br> CHICAGO, IL 60673 |
| **2.975** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 02/05/2024 <br><br> DENNIS SHELDON <br> ADDRESS ON FILE |
| **2.976** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 07/22/2024 <br><br> DEPT US HOLDING INC <br> DEPT COMMERCE LLC, DBA MELON TECH. <br> 1 S. WACKER DR., STE. 2250 <br> CHICAGO, IL 60606 |
| **2.977** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT EXTENSION DATED 11/28/2023 <br><br> DEPT US HOLDING INC <br> DEPT COMMERCE LLC, DBA MELON TECH. <br> 1 S. WACKER DR., STE. 2250 <br> CHICAGO, IL 60606 |
| **2.978** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 03/04/2024 <br><br> DEPT US HOLDING INC <br> DEPT COMMERCE LLC, DBA MELON TECH. <br> 1 S. WACKER DR., STE. 2250 <br> CHICAGO, IL 60606 |

Debtor    Jo-Ann Stores, LLC
     Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.979** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/19/2024 <br><br> DEPT US HOLDING INC<br>DEPT COMMERCE LLC, DBA MELON TECH.<br>1 S. WACKER DR., STE. 2250<br>CHICAGO, IL 60606 |
| **2.980** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 09/23/2024 <br><br> DEPT US HOLDING INC<br>DEPT COMMERCE LLC, DBA MELON TECH.<br>1 S. WACKER DR., STE. 2250<br>CHICAGO, IL 60606 |
| **2.981** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 10/28/2024 <br><br> DEPT US HOLDING INC<br>DEPT COMMERCE LLC, DBA MELON TECH.<br>1 S. WACKER DR., STE. 2250<br>CHICAGO, IL 60606 |
| **2.982** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/12/2024 <br><br> DEPT US HOLDING INC<br>DEPT COMMERCE LLC, DBA MELON TECH.<br>1 S. WACKER DR., STE. 2250<br>CHICAGO, IL 60606 |
| **2.983** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEPTFORD PLAZA STORE LEASE <br><br> DEPTFORD PLAZA ASSOCIATES, LLC<br>1555 RIVER OAKS DRIVE SE<br>ATTN: JAMES STREETER<br>ADA, MI 49301-9353 |
| **2.984** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326853 - DATED 09/05/2023 <br><br> DEREK D. MCCOLLIM<br>ADDRESS ON FILE |
| **2.985** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 06/11/2024 <br><br> DEREK DOUGLAS<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 03/05/2020<br><br>DESCARTES US HOLDING INC DESCARTES SYSTEMS (USA) LLC PO BOX 404037 ATLANTA, GA 30384-4037 |
| **2.987** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/16/2020<br><br>DESIGN IMPORTS 18125 ANDOVER PARK WEST TUKWILA, WA 98188 |
| **2.988** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VALLEY VIEW CENTER S/C STORE LEASE<br><br>DEUTER 65, LLC 24384 RAVINE DR. ATTN: JAY CHOI SOUTH LYON, MI 48178 |
| **2.989** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PUBLIC RELATIONS SERVICE AGREEMENT DATED 02/01/2024<br><br>DEVRIES PUBLIC RELATIONS LTD 909 THIRD AVENUE NEW YORK, NY 10022 |
| **2.990** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322481 - DATED 11/01/2020<br><br>DEVRIES PUBLIC RELATIONS LTD 909 THIRD AVENUE NEW YORK, NY 10022 |
| **2.991** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT AMENDMENT DATED 10/16/2024<br><br>DEVRIES PUBLIC RELATIONS LTD 909 THIRD AVENUE NEW YORK, NY 10022 |
| **2.992** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322085 - DATED 08/01/2020<br><br>DEX IMAGING LLC PO  BOX  17299 CLEARWATER, FL 33762-0299 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 10/14/2024<br><br>DIALOG HEALTH INC<br>99 EAST MAIN ST., STE 200<br>FRANKLIN, TN 37064 |
| **2.994** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/01/2024<br><br>DIAMOND ART CLUB LLC<br>2F<br>BUILDING 5<br>130<br>CAOZHAI TOWN, JINHUA, 321000<br>CHINA |
| **2.995** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 12/18/2023<br><br>DIANE ASAMOTO GRANT<br>ADDRESS ON FILE |
| **2.996** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DATED 11/27/2023<br><br>DICKINSON WRIGHT PLLC<br>1626 WAZEE STREET<br>SUITE 200<br>DENVER, CO 80202 |
| **2.997** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGMENT LETTER DATED 11/27/2023<br><br>DICKINSON WRIGHT PLLC<br>1626 WAZEE STREET<br>SUITE 200<br>DENVER, CO 80202 |
| **2.998** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 03/12/2024<br><br>DIGITAL MEDIA INNOVATIONS LLC<br>PO BOX 74007143<br>CHICAGO, IL 60674-7143 |
| **2.999** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323487 - DATED 02/16/2021<br><br>DIGITAL MEDIA INNOVATIONS LLC<br>PO BOX 74007143<br>CHICAGO, IL 60674-7143 |

Debtor    Jo-Ann Stores, LLC
Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1000** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/31/2024<br><br>DIGITAL MOBILE INNOVATIONS LLC<br>RAZOR HOLDCO LLC<br>PO BOX 825887<br>PHILADELPHIA, PA 19182-5887 |
| **2.1001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 05/01/2024<br><br>DIGITAL WAVE TECHNOLOGY INC<br>130 CORRIDOR RD. #472<br>PONTE VEDRA BEACH, FL 32004 |
| **2.1002** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C313198 - DATED 05/03/2016<br><br>DIGITAL WAVE TECHNOLOGY INC<br>130 CORRIDOR RD. #472<br>PONTE VEDRA BEACH, FL 32004 |
| **2.1003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C327921 - DATED 08/30/2024<br><br>DILIGENT CORPORATION<br>1111 19TH STREET NW, 8TH FLOOR<br>WASHINGTON, DC 20036 |
| **2.1004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRINTING SERVICES AGREEMENT DATED 12/18/2023<br><br>DIRECT DIGITAL GRAPHICS INC<br>1716 ENTERPRISE PKWY<br>TWINSBURG, OH 44087 |
| **2.1005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C216199 - DATED 11/30/2015<br><br>DIRECT DIGITAL GRAPHICS INC<br>1716 ENTERPRISE PKWY<br>TWINSBURG, OH 44087 |
| **2.1006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/06/2023<br><br>DISCERNITY LLC<br>3044 BARDSTOWN RD. STE 201<br>LOUISVILLE, KY 40205 |

Debtor   Jo-Ann Stores, LLC
_____
Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1007** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C311320 - DATED 03/26/2019 |
| State the term remaining | DISCERNITY LLC 3044 BARDSTOWN RD. STE 201 LOUISVILLE, KY 40205 |
| List the contract number of any government contract | |
| **2.1008** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AMENDMENT DATED 08/29/2024 |
| State the term remaining | DISCOVERY COMM HOLD LLC DBA THE LEARNING CHANNEL P.O. BOX 79961 BALTIMORE, MD 21279 |
| List the contract number of any government contract | |
| **2.1009** State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 08/01/2023 |
| State the term remaining | DISTRICT OF COLUMBIA PUBLIC LIBRARY 901 G STREET N.W. ROOM 400 WASHINGTON, DC 20001 |
| List the contract number of any government contract | |
| **2.1010** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 09/21/2022 |
| State the term remaining | DITTOPATTERNS LLC 3200 WEST END AVE., SUITE 500 NASHVILLE, TN 37203-1322 |
| List the contract number of any government contract | |
| **2.1011** State what the contract or lease is for and the nature of the debtor's interest | DIVISION STREET PLAZA STORE LEASE |
| State the term remaining | DIVISION STREET ACQUISITION, LLC ATTN: ALBERT ESTHER PO BOX 555 WAYZATA, MN 55391 |
| List the contract number of any government contract | |
| **2.1012** State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #14053448 DATED 01/07/2025 |
| State the term remaining | DIXIE ELECTRIC COOPERATIVE PO BOX 2153 BIRMINGHAM, AL 35287-1340 |
| List the contract number of any government contract | |
| **2.1013** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/19/2023 |
| State the term remaining | DIXON TICONDEROGA (STRATHMORE) 2525 N CASALOMA DRIVE APPLETON, WI 54913 |
| List the contract number of any government contract | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/06/2019 | DIXON TICONDEROGA COMPANY (PACON)<br>2525 N CASALOMA DR<br>APPLETON, WI 54913 |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRI VALLEY PLAZA STORE LEASE | DJK-CASA GRANDE, LLC<br>2654 W. CENTRAL PARK AVE., SUITE 1<br>ATTN: DAVID KEMPEN<br>DAVENPORT, IA 52804 |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STADIUM CENTER STORE LEASE | DKS INVESTMENTS, INC.<br>C/O KNORR MANAGEMENT, INC.<br>3736 FALLON RD. #509<br>DUBLIN, CA 94568 |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/04/2019 | DM MERCHANDISING INC<br>835 N CHURCH COURT<br>ELMHURST, IL 60126 |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 03/09/2021 | DM TRANS LLC<br>ARRIVE LOGISTICS<br>PO BOX 207779<br>DALLAS, TX 75320-7779 |
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 03/14/2023 | DMC CORPORATION<br>86 NORTHFIELD AVE<br>EDISON, NJ 08837 |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/26/2019 | DML MARKETING GROUP LTD<br>7711 HAYVENHURST AVE<br>VAN NUYS, CA 91406 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1021** State what the contract or lease is for and the nature of the debtor's interest — PRODUCTIVITY SOFTWARE SERVICE AGREEMENT DATED 10/01/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | DOCUSIGN INC<br>PO BOX 735445<br>DALLAS, TX 75373-5445 |
| **2.1022** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C317450 - DATED 05/07/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | DOCUSIGN INC<br>PO BOX 735445<br>DALLAS, TX 75373-5445 |
| **2.1023** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #285070031 DATED 09/20/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | DOMINION CUSTOMER CREDIT SERVICES<br>32 SOUTH ST.<br>BALTIMORE, MD 21202 |
| **2.1024** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #14039705 DATED 06/07/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | DOMINION EAST OHIO<br>PO BOX 24763<br>RICHMOND, VA 23261 |
| **2.1025** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #285072411 DATED 11/02/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | DOMINION ENERGY SOUTH CAROLINA<br>PO BOX 25973<br>RICHMOND, VA 23260-5973 |
| **2.1026** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #14039707 DATED 06/07/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | DOMINION HOPE<br>P.O. BOX 646049<br>PITTSBURGH, PA 15264 |
| **2.1027** State what the contract or lease is for and the nature of the debtor's interest — DOMINION SQUARE STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | DOMINION SQUARE-CULPEPER, LLC<br>C/O ASTON PROPERTIES, INC.<br>2825 SOUTH BOULEVARD, SUITE 300<br>CHARLOTTE, NC 28209 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):  25-10072
_____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1028** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/30/2022 | DONGGUAN TEAM SUN CRAFTS CO LTD<br>72 OF XIA VILLAGE XIE GANG TOWN<br>DONG GUAN CITY, 523590<br>CHINA |
| **2.1029** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 12/08/2020 | DONNA GOFF DAVIS<br>ADDRESS ON FILE |
| **2.1030** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 | DONNA GOFF DAVIS<br>ADDRESS ON FILE |
| **2.1031** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FINANCIAL & RISK ADVISORY SERVICE AGREEMENT DATED 07/23/2021 | DONNELLEY FINANCIAL LLC<br>DONNELLEY FINANCIAL SOLUTIONS<br>PO BOX 842282<br>BOSTON, MA 02284-2282 |
| **2.1032** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 07/23/2021 | DONNELLEY FINANCIAL LLC<br>DONNELLEY FINANCIAL SOLUTIONS<br>PO BOX 842282<br>BOSTON, MA 02284-2282 |
| **2.1033** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322860 - DATED 11/12/2020 | DONNELLEY FINANCIAL LLC<br>DONNELLEY FINANCIAL SOLUTIONS<br>PO BOX 842282<br>BOSTON, MA 02284-2282 |
| **2.1034** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/01/2022 | DONWIL COMPANY INC<br>22 MCCORMICK RD.<br>MCKEES ROCKS, PA 15136 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C325401 - DATED 10/25/2022 | DONWIL COMPANY INC 22 MCCORMICK RD. MCKEES ROCKS, PA 15136 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | NEW STORE CONSTRUCTION SERVICE AGREEMENT DATED 03/01/2023 | DOOLEY & MACK CONSTRUCTORS OF GEORGIA INC 4018 CHAMBLEE ROAD OAKWOOD, GA 30566 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C151578 - DATED 07/07/2014 | DOOLEY & MACK CONSTRUCTORS OF GEORGIA INC 4018 CHAMBLEE ROAD OAKWOOD, GA 30566 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DATED 06/13/2022 | DORMICA OPPENHUIZEN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C107342 - DATED 01/01/2015 | DORTRONIC SERVICE-TALLMADGE INC DBA ACTION DOOR 3878 HUDSON  DR STOW, OH 44224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 01/01/2023 | DORTRONIC SERVICE-TALLMADGE INC DBA ACTION DOOR 3878 HUDSON  DR STOW, OH 44224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | DOUGLAS LINDEN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Jo-Ann Stores, LLC

Name

Case number (if known):   25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1042** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EAST SIDE LANDING STORE LEASE <br><br> DOVE CAPISTRANO PARTNERS, LLC <br> 1227 5TH STREET <br> IMPERIAL BEACH, CA 91932 |
| **2.1043** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C327203 - DATED 02/01/2024 <br><br> DRAPER JAMES LLC <br> 33 EAST 33RD ST., STE. 804 <br> NEW YORK, NY 10016 |
| **2.1044** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LICENSE AGREEMENT DATED 02/01/2024 <br><br> DRAPER JAMES, LLC <br> 33 EAST 33RD STREET <br> 8TH FLOOR <br> NEW YORK, NY 10016 |
| **2.1045** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 <br><br> ANDREW CHAMBERLAIN <br> ADDRESS ON FILE |
| **2.1046** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/27/2020 <br><br> ANDREW CHAMBERLAIN <br> ADDRESS ON FILE |
| **2.1047** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C325137 - DATED 08/15/2022 <br><br> DRU CHRISTINE FABRICS & DESIGN <br> 1615 E. 25TH  STREET <br> CLEVELAND, OH 44114 |
| **2.1048** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SECURITY SERVICE AGREEMENT DATED 10/17/2023 <br><br> DSI SECURITY SERVICES <br> PO BOX 7163 <br> DOTHAN, AL 36302 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1049** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MIDDLETON MARKET PLACE STORE LEASE <br><br> DSM MB IL LLC <br> ATTN: LEASING <br> 875 EAST STREET <br> TEWKSBURY, MA 01876 |
| **2.1050** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AHWATUCKEE FOOTHILLS TOWNE CEN STORE LEASE <br><br> DT AHWATUKEE FOOTHILLS, LLC <br> C/O SITE CENTERS CORP. <br> 3300 ENTERPRISE PARKWAY <br> BEACHWOOD, OH 44122 |
| **2.1051** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ASHLEY CROSSING STORE LEASE <br><br> DT ASHLEY CROSSING LLC <br> C/O SITE CENTERS <br> 3300 ENTERPRISE PARKWAY <br> BEACHWOOD, OH 44122 |
| **2.1052** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | UNIVERSITY CENTRE STORE LEASE <br><br> DT UNIVERSITY CENTRE LP <br> 3300 ENTERPRISE PARKWAY <br> ATTN: EXECUTIVE VICE PRESIDENT - LEASING <br> BEACHWOOD, OH 44122 |
| **2.1053** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | TREBLE COVE PLAZA STORE LEASE <br><br> DUDLEY TRADING ASSOCIATES NOMINEE TRUST <br> C/O KEYPOINT PARTNERS LLC <br> ONE VAN DE GRAAFF DRIVE, SUITE 402 <br> BURLINGTON, MA 01803 |
| **2.1054** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SURETY BOND #285052009 DATED 10/10/2024 <br><br> DUKE ENERGY CAROLINAS, LLC <br> SOUTH CHURCH STREET <br> CHARLOTTE, NC 28202 |
| **2.1055** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SURETY BOND #285070003 DATED 08/04/2024 <br><br> DUKE ENERGY CAROLINAS, LLC <br> SOUTH CHURCH STREET <br> CHARLOTTE, NC 28202 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1056** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285075120 DATED 09/26/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY CAROLINAS, LLC <br> SOUTH CHURCH STREET <br> CHARLOTTE, NC 28202 |
| **2.1057** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285075121 DATED 09/26/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY CAROLINAS, LLC <br> SOUTH CHURCH STREET <br> CHARLOTTE, NC 28202 |
| **2.1058** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285075129 DATED 10/04/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY CAROLINAS, LLC <br> SOUTH CHURCH STREET <br> CHARLOTTE, NC 28202 |
| **2.1059** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285073854 DATED 07/05/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY FLORIDA, LLC <br> 2801 WEST SR 426 <br> OVIEDO, FL 32765 |
| **2.1060** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285075189 DATED 12/13/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY FLORIDA, LLC <br> 2801 WEST SR 426 <br> OVIEDO, FL 32765 |
| **2.1061** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285075190 DATED 12/13/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY FLORIDA, LLC <br> 2801 WEST SR 426 <br> OVIEDO, FL 32765 |
| **2.1062** **State what the contract or lease is for and the nature of the debtor's interest** <br> SURETY BOND #285073853 DATED 07/05/2024 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | DUKE ENERGY INDIANA, INC. <br> 201 NORTH ILLINOIS STREET <br> SUITE 1530 <br> INDIANAPOLIS, IN 46204 |

Debtor    Jo-Ann Stores, LLC
         Name                                              Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND #674021824 DATED 09/26/2024 | DUKE ENERGY PROGRESS 411 FAYETTEVILLE ST RALEIGH, NC 27601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 11/30/2023 | DUN & BRADSTREET PO BOX 931197 ATLANTA, GA 31193-1197 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C130301 - DATED 11/22/2013 | DUN & BRADSTREET PO BOX 931197 ATLANTA, GA 31193-1197 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/2023 | DUNBAR GROUP 350 S. RAMPART BLVD., STE. 330 LAS VEGAS, NV 89145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 12/10/2019 | DUNBAR SECURITY PRODUCTS 8525 KELSO DR., STE. L BALTIMORE, MD 21221 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest** | ARMORED TRUCK SERVICES AGREEMENT DATED 01/19/2024 | DUNBAR SECURITY PRODUCTS INC 8525 KELSO DR., STE. L BALTIMORE, MD 21221 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C321010 - DATED 12/01/2019 | DUNBAR SECURITY PRODUCTS INC 8525 KELSO DR., STE. L BALTIMORE, MD 21221 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1070** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT - C321010 DEPOSITBAGS - DATED 02/01/2024 <br><br> DUNBAR SECURITY PRODUCTS INC <br> 8525 KELSO DR., STE. L <br> BALTIMORE, MD 21221 |
| **2.1071** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2024 <br><br> DUNBAR SECURITY PRODUCTS INC <br> 8525 KELSO DR., STE. L <br> BALTIMORE, MD 21221 |
| **2.1072** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 05/03/2024 <br><br> DUNBAR SECURITY PRODUCTS INC <br> 8525 KELSO DR., STE. L <br> BALTIMORE, MD 21221 |
| **2.1073** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | DUNNING FARMS S/C STORE LEASE <br><br> DUNNING FARMS LLC <br> C/O CHASE ENTERPRISES <br> ATTN: CHERYL A. CHASE <br> HARTFORD, CT 06103 |
| **2.1074** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | POTTER VILLAGE STORE LEASE <br><br> DW28 FREMONT, LLC <br> 5839 MONROE STREET <br> ATTN: GENE WONG, VICE PRESIDENT <br> SYLVANIA, OH 43560 |
| **2.1075** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> DWIGHT SCOTT <br> ADDRESS ON FILE |
| **2.1076** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/13/2024 <br><br> DYNAMIC RESOURCES INC <br> 25 W 31ST STREET, 7TH FLOOR <br> NEW YORK, NY 10001 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285072330 DATED 08/02/2024 | DYNEGY ENERGY SERVICES EAST, LLC 6555 SIERRA DR IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285072331 DATED 08/02/2024 | DYNEGY ENERGY SERVICES/27679 27679 NETWORK PLACE CHICAGO, IL 60673 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/11/2022 | DYNO SEASONAL SOLUTIONS C/O SUN HING ORGANISATION PLASTIC 80 PU XIA ROAD HENG GANG JIE DAO 190 SHENZHEN, 518173 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C320600 - DATED 01/05/2023 | E BOND 1644 BUTTE STREET RICHMOND, CA 94804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | MIDDLESEX COMMONS STORE LEASE | E&A NORTHEAST LIMITED PARTNERSHIP C/O EDENS LIMITED PARTNERSHIP ATTN: LEGAL DEPARTMENT COLUMBIA, SC 29201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/31/2021 | E2OPEN SUBSIDIARY HOLDINGS LLC BLUJAY SOLUTIONS LLC PO BOX 712467 PHILADELPHIA, PA 19171-2467 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/11/2024 | E2OPEN SUBSIDIARY HOLDINGS LLC BLUJAY SOLUTIONS LLC PO BOX 712467 PHILADELPHIA, PA 19171-2467 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1084 **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM DATED 11/05/2024 **State the term remaining** **List the contract number of any government contract** | E2OPEN SUBSIDIARY HOLDINGS LLC BLUJAY SOLUTIONS LLC PO BOX 712467 PHILADELPHIA, PA 19171-2467 |
| 2.1085 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - C309544 SHIPPEO - DATED 02/29/2024 **State the term remaining** **List the contract number of any government contract** | E2OPEN SUBSIDIARY HOLDINGS LLC BLUJAY SOLUTIONS LLC PO BOX 712467 PHILADELPHIA, PA 19171-2467 |
| 2.1086 **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK DATED 01/06/2025 **State the term remaining** **List the contract number of any government contract** | E2OPEN SUBSIDIARY HOLDINGS LLC BLUJAY SOLUTIONS LLC PO BOX 712467 PHILADELPHIA, PA 19171-2467 |
| 2.1087 **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK DATED 04/01/2024 **State the term remaining** **List the contract number of any government contract** | E2OPEN SUBSIDIARY HOLDINGS LLC BLUJAY SOLUTIONS LLC PO BOX 712467 PHILADELPHIA, PA 19171-2467 |
| 2.1088 **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT MAINTENANCE & REPAIR SERVICE AGREEMENT DATED 08/02/2022 **State the term remaining** **List the contract number of any government contract** | EAGLE MARK 4 EQUIP CO 95 OHIO BRASS RD. MANSFIELD, OH 44902 |
| 2.1089 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - C313308 - DATED 08/01/2016 **State the term remaining** **List the contract number of any government contract** | EAGLE MARK 4 EQUIP CO 95 OHIO BRASS RD. MANSFIELD, OH 44902 |
| 2.1090 **State what the contract or lease is for and the nature of the debtor's interest** SEVERANCE AGREEMENTS DATED 05/03/2023 **State the term remaining** **List the contract number of any government contract** | EARL JONES ADDRESS ON FILE |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/02/2023 | EAST ASIA ARTIFICIAL FLOWERS FACTORY COMPANY LIMITED 1/F WELL INDL BLDG 21-23 LAM TIN STREET KWAI CHUNG HONG KONG, 999077 CHINA |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EAST BAY PLAZA STORE LEASE | EAST BAY PLAZA, LLC P.O.BOX 990 ATTN: TOM MCINTYRE, MANAGER TRAVERSE CITY, MI 49685 |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14042207 DATED 02/25/2025 | EAST CALN TOWNSHIP 110 BELL TAVERN ROAD DOWNINGTOWN, PA 19335 |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EASTCHASE MARKET SC STORE LEASE | EAST CHASE MARKET CENTER, LLC C/O EAST CHASE PROPERTIES, LLC 1975 HEMPSTEAD TPKE., SUITE 309 EAST MEADOW, NY 11554 |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT AMENDMENT DATED 05/01/2024 | EAST GROUP LOGISTICS LLC 4811 AIRPORT PLAZA DR., 4TH FL. LONG BEACH, CA 90815 |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUCKHORN PLAZA STORE LEASE | EC MESA, LLC C/O ETHAN CHRISTOPHER ARIZONA, LLC 6750 W. PEORIA AVE., SUITE 110 PEORIA, AZ 85345 |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINCOLN VILLAGE PLAZA STORE LEASE | ECHO/CONTINENTAL LINCOLN VILLAGE, LLC C/O WORTH CAPITAL 2501 E. MAIN ST. AND PO BOX 9646 (COLUMBUS, SAME ZIP) COLUMBUS, OH 43209 |

Debtor  Jo-Ann Stores, LLC

Case number (if known):  25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1098 | **State what the contract or lease is for and the nature of the debtor's interest** | CENTURY TOWN CENTER STORE LEASE | ED SCHLITT LC, DBA COLDWELL BANKER COMMERCIAL PARADISE ATTN: KOLLIN G. KITE VERO BEACH, FL 32960 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1099 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/31/2023 | EDGE LOGISTICS LLC C/O ATLAS FACTORING LLC 906 N. MESA ST., #301 EL PASO, TX 79902 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1100 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C326925 - DATED 11/06/2023 | EDGE LOGISTICS LLC C/O ATLAS FACTORING LLC 906 N. MESA ST., #301 EL PASO, TX 79902 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1101 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/14/2023 | EDRAY 20/20 LLC 1300 S. MINT ST., STE. 200 CHARLOTTE, NC 28203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 01/10/2024 | EDRAY 20/20 LLC 1300 S. MINT ST., STE. 200 CHARLOTTE, NC 28203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 05/01/2024 | EDRAY 20/20 LLC 1300 S. MINT ST., STE. 200 CHARLOTTE, NC 28203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | EDWARD WEINSTEIN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Jo-Ann Stores, LLC
_____                    Case number (if known):  25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>WEST SIDE MALL STORE LEASE | EDWARDSVILLE MALL, LP<br>C/O SIGNATURE ACQUISITIONS LLC<br>20 COMMERCE DRIVE, SUITE 326<br>CRANFORD, NJ 07016 |
| **2.1106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 08/17/2023 | E-FIBRES LLC<br>2330 PONCE DE LEON BLVD<br>CORAL GABLES, FL 33134 |
| **2.1107** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 01/10/2022 | EGO INTERNATIONAL CO LTD<br>NO 168-1 SONGJIANG EAST ROAD 130<br>YINZHOU DISTRICT<br>NINGBO, 315100<br>CHINA |
| **2.1108** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SOUTH EL CAMINO REAL STORE LEASE | EL CAMINO PROMENADE, LLC<br>C/O GILLMOR & ASSOC.<br>1201 FRANKLIN MALL<br>SANTA CLARA, CA 95050 |
| **2.1109** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>DALTON AVE PLAZA STORE LEASE | EL GATO GRANDE LIMITED PARTNERSHIP<br>PO BOX 370<br>1133 STATE ROUTE 295<br>EAST CHATHAM, NY 12060 |
| **2.1110** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 10/22/2024 | ELASTICINTAS TERESITA SA DE CV<br>LAGO GRAN OSO 123<br>CIUDAD DE MEXICO, 11430<br>MEXICO |
| **2.1111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT  - C214653 - DATED 10/28/2019 | ELECTRIC MOTOR SHOP<br>PO BOX  446<br>FRESNO, CA 93709 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1112** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 10/29/2022<br><br>ELECTRIC MOTOR SHOP<br>PO BOX 446<br>FRESNO, CA 93709 |
| **2.1113** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14054948 DATED 06/02/2024<br><br>ELECTRIC POWER BOARD OF CHATTANOOGA<br>10 WEST ML KING BLVD<br>CHATTANOOGA, TN 37402 |
| **2.1114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 01/01/2025<br><br>ELIASSEN GROUP LLC<br>55 WALKERS BROOKS DR 6TH FLR<br>READING, MA 01867 |
| **2.1115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325246 - DATED 09/26/2022<br><br>ELICIA BELL<br>ADDRESS ON FILE |
| **2.1116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IP PURCHASE AGREEMENT DATED 06/24/2019<br><br>ELIZABETH CAVEN<br>ADDRESS ON FILE |
| **2.1117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IP PURCHASE AGREEMENT DATED 11/05/2021<br><br>ELIZABETH CAVEN<br>ADDRESS ON FILE |
| **2.1118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/24/2019<br><br>ELIZABETH CAVEN<br>ADDRESS ON FILE |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** — SEVERANCE AGREEMENTS DATED 09/13/2023<br>**State the term remaining**<br>**List the contract number of any government contract** | ELIZABETH DEVOGEL<br>ADDRESS ON FILE |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENT  - C327258 - DATED 02/25/2024<br>**State the term remaining**<br>**List the contract number of any government contract** | ELIZABETH LAIRD SCARAMELLINO<br>ADDRESS ON FILE |
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** — SEVERANCE AGREEMENTS DATED 09/13/2023<br>**State the term remaining**<br>**List the contract number of any government contract** | ELIZABETH LARSON<br>ADDRESS ON FILE |
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest** — SEVERANCE AGREEMENTS DATED 09/12/2023<br>**State the term remaining**<br>**List the contract number of any government contract** | ELIZABETH SARGENT<br>ADDRESS ON FILE |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENT  - C327727 - DATED 07/16/2024<br>**State the term remaining**<br>**List the contract number of any government contract** | ELLA CLAUSEN<br>ADDRESS ON FILE |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest** — MASTER VENDOR AGREEMENT DATED 06/10/2019<br>**State the term remaining**<br>**List the contract number of any government contract** | ELLISON EDUCATIONAL EQUIPMENT INC<br>25671 COMMERCENTRE DRIVE<br>LAKE FOREST, CA 92630 |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENT  - C326940 - DATED 09/19/2023<br>**State the term remaining**<br>**List the contract number of any government contract** | ELVIA AYALA<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C318934 - DATED 12/18/2018 | EMAILAGE CORPORATION<br>BILLING ID EA1NCTQ0<br>28330 NETWORK PLACE<br>CHICAGO, IL 60673-1283 |
| **2.1127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C326985 - DATED 09/07/2023 | EMC TALENT LIMITED<br>85 GREAT PORTLAND ST. 1ST FL.<br>LONDON, W1W7LT<br>UNITED KINGDOM |
| **2.1128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENVIRONMENTAL SERVICE AGREEMENT DATED 03/18/2024 | EMERALD ENVIRONMENTAL INC<br>1621 ST. CLAIR AVE.<br>KENT, OH 44240 |
| **2.1129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C322845 - DATED 03/18/2021 | EMERALD ENVIRONMENTAL INC<br>1621 ST. CLAIR AVE.<br>KENT, OH 44240 |
| **2.1130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/03/2020 | EMERGETECH LLC<br>PO BOX 14550<br>SCOTTSDALE, AZ 85267 |
| **2.1131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C327475 - DATED 04/30/2024 | EMILIA K KIND<br>ADDRESS ON FILE |
| **2.1132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 02/22/2023 | EMILY BOSE<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                          Case number (if known)   25-10072
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 06/03/2024 | EMILY BOSE<br>ADDRESS ON FILE |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | EMILY HARTWIG<br>ADDRESS ON FILE |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIVERFRONT PLAZA STORE LEASE | EMMES, LLC<br>SHINER MANAGEMENT GROUP, INC.<br>3201 OLD GLENVIEW ROAD, SUITE 235<br>WILMETTE, IL 60091 |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HVAC/R SERVICE AGREEMENT DATED 11/02/2023 | EMPIRE SUPPLY CO INC<br>700 EAST RACE  AVE<br>VISALIA, CA 93292 |
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C216260 - DATED 11/02/2015 | EMPIRE SUPPLY CO INC<br>700 EAST RACE  AVE<br>VISALIA, CA 93292 |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C317245 - DATED 06/01/2022 | EMPLOYBRIDGE HOLDING CO<br>REMEDY INTELLIGENT STAFFING<br>PO BOX 116834<br>ATLANTA, GA 30368-6834 |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIFESTYLE EAP AGREEMENT DATED 02/01/2022 | EMPLOYEE SERVICES LLC<br>L-4412 GW2W10<br>7 EASTON OVAL<br>COLUMBUS, OH 43219 |

Debtor    Jo-Ann Stores, LLC                                      Case number (if known)   25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1140** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C217108 - DATED 02/01/2014 <br><br> EMPLOYEE SERVICES LLC <br> L-4412 GW2W10 <br> 7 EASTON OVAL <br> COLUMBUS, OH 43219 |
| **2.1141** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LICENSE AGREEMENT <br><br> EMS/JSR <br> 11878 AVE. 328 <br> VISALIA, CA |
| **2.1142** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LA CIENEGA SQUARE STORE LEASE <br><br> EMSER INTERNATIONAL, LLC <br> 8431 SANTA MONICA BLVD. <br> ATTN: SEAN HAY <br> LOS ANGELES, CA 90035 |
| **2.1143** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C282300 - DATED 02/01/2015 <br><br> EMTRAIN INC <br> 1731 J STREET  STE 200 <br> SACRAMENTO, CA 95811 |
| **2.1144** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 12/01/2023 <br><br> EMTRAIN INC <br> 1731 J STREET  STE 200 <br> SACRAMENTO, CA 95811 |
| **2.1145** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2024 <br><br> ENCHANTE ACCESSORIES INC <br> SHATOU STREET <br> GUANGZHOU <br> Z15 <br> PANYU, <br> CHINA |
| **2.1146** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/22/2019 <br><br> ENERCO GROUP INC <br> 4560 W 160TH ST <br> CLEVELAND, OH 44135 |

Debtor    Jo-Ann Stores, LLC

          Name                                          Case number (if known)   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
| --- | --- | --- |
| **2.1147** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C323919A - DATED 01/28/2022<br><br>ENGIE IMPACT R<br>1313 N. ATLANTIC, STE. 5000<br>SPOKANE, WA 99201 |
| **2.1148** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/28/2022<br><br>ENGIE IMPACT S<br>1313 N. ATLANTIC, STE. 5000<br>SPOKANE, WA 99201 |
| **2.1149** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 12/13/2023<br><br>ENGIE IMPACT S<br>1313 N. ATLANTIC, STE. 5000<br>SPOKANE, WA 99201 |
| **2.1150** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #674019799 DATED 04/24/2024<br><br>ENTERGY<br>PO BOX 8103<br>BATON ROUGE, LA 70891 |
| **2.1151** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #674021311 DATED 06/13/2024<br><br>ENTERGY ARKANSAS, INC./8101<br>PO BOX 8101<br>BATON ROUGE, LA 70891-8101 |
| **2.1152** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #674019303 DATED 01/23/2025<br><br>ENTERGY MISSISSIPPI, INC./8105<br>PO BOX 8105<br>BATON ROUGE, LA 70891-8105 |
| **2.1153** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/01/2021<br><br>ENTERPRISE RENT A CAR<br>ENTERPRISE/INSIGHT SOURC EAN SERV<br>P O BOX 402334<br>ATLANTA, GA 30384-2334 |

Debtor    Jo-Ann Stores, LLC                                                    Case number (if known)    25-10072
                  Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2020<br><br>ENTERPRISE RENT A CAR<br>ENTERPRISE/INSIGHT SOURC EAN SERV<br>P O BOX 402334<br>ATLANTA, GA 30384-2334 |
| **2.1155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C117711 - DATED 02/09/2015<br><br>ENTERPRISE RENT A CAR<br>ENTERPRISE/INSIGHT SOURC EAN SERV<br>P O BOX 402334<br>ATLANTA, GA 30384-2334 |
| **2.1156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C214498 - DATED 09/30/2015<br><br>ENVIRONMENT CONTROL<br>BUILDING SERVICE<br>PO BOX 6445<br>VISALIA, CA 93290 |
| **2.1157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 10/01/2023<br><br>ENVIRONMENT CONTROL<br>BUILDING SERVICE<br>PO BOX 6445<br>VISALIA, CA 93290 |
| **2.1158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/15/2019<br><br>EPOCH EVERLASTING PLAY LLC<br>330 CHANGEBRIDGE ROAD, SUITE 101<br>PINE BROOK, NJ 07058 |
| **2.1159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COPPERFIELD CROSSING STORE LEASE<br><br>EQYINVEST OWNER II, LTD., LLP<br>C/O GLOBAL REALTY & MANAGEMENT TX, INC<br>15866 CHAMPION FOREST DR.<br>SPRING, TX 77379 |
| **2.1160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/15/2024<br><br>NAME ON FILE<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known): 25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHOPS OF FOREST HILL STORE LEASE | EREP FOREST HILL I, LLC<br>ATTN: BLAIR BONUCCELLI<br>515 CONGRESS AVENUE, STE. 1925<br>AUSTIN, TX 78701 |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C325370 - DATED 09/30/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ERIC FOX<br>ADDRESS ON FILE |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ERIC MUNNERLYN<br>ADDRESS ON FILE |
| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ERIC SCHMIDT<br>ADDRESS ON FILE |
| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C326685 - DATED 08/20/2023 | ERIKA JONES<br>ADDRESS ON FILE |
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C327881 - DATED 06/01/2024 | ERIN MCCLUSKEY<br>ADDRESS ON FILE |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C327811 - DATED 07/01/2024 | ERIN PAISLEY-STUEBER<br>ADDRESS ON FILE |
| 2.1169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C229728FNC - DATED 06/08/2021 | ERNST & YOUNG LLP<br>PITTSBG NTNL BNK-PITT 640382<br>PO BOX 640382<br>PITTSBURGH, PA 15264 |
| 2.1170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 08/26/2024 | ERNST & YOUNG LLP<br>PITTSBG NTNL BNK-PITT 640382<br>PO BOX 640382<br>PITTSBURGH, PA 15264 |
| 2.1171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 08/25/2020 | ERNST & YOUNG LLP<br>PITTSBG NTNL BNK-PITT 640382<br>PO BOX 640382<br>PITTSBURGH, PA 15264 |
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TAX ADVISORY SERVICES AGREEMENT DATED 09/29/2021 | ERNST & YOUNG LLP<br>PITTSBG NTNL BNK-PITT 640382<br>PO BOX 640382<br>PITTSBURGH, PA 15264 |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/13/2023 | ESCALI<br>3203 CORPORATE CENTER DR. STE 150<br>BURNSVILLE, MN 55306 |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/23/2022 | ESCAPE VELOCITY HOLDINGS INC<br>TRACE3 LLC<br>4601 DTC BLVD., STE 400<br>DENVER, CO 80237 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):   25-10072
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1175** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/28/2024  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1176** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | ORDER FORM DATED 01/31/2025  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1177** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SERVICE AGREEMENT  - C322917 - DATED 05/01/2021  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1178** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 10/27/2022  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1179** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | STATEMENT OF WORK DATED 03/20/2023  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1180** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | STATEMENT OF WORK DATED 04/01/2023  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1181** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | STATEMENT OF WORK DATED 09/25/2024  ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |

Debtor    Jo-Ann Stores, LLC
      Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 10/07/2022<br><br>ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/01/2023<br><br>ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/22/2021<br><br>ESCAPE VELOCITY HOLDINGS INC TRACE3 LLC 4601 DTC BLVD., STE 400 DENVER, CO 80237 |
| **2.1185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE ESPLANADE AT BUTLER PLAZA STORE LEASE<br><br>ESPLANADE AT BUTLER PLAZA, LLC C/O BUTLER ENTERPRISES 3217 SW 35TH BLVD. GAINESVILLE, FL 32608 |
| **2.1186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>ESTEBAN ROMERO ADDRESS ON FILE |
| **2.1187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/10/2020<br><br>ESTES EXPRESS LINES PO BOX 25612 RICHMOND, VA 23260 |
| **2.1188** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE SHOPPES OF SCHERERVILLE STORE LEASE<br><br>ETHAN CHRISTOPHER ARIZONA LLC 6750 W. PEORIA AVEENUE, SUITE 110 PEORIA, AZ 85345 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):    25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | ETHAN HORTON<br>ADDRESS ON FILE |
| 2.1190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/01/2020 | ETHORITY LLC<br>DBA EQUIFAX WORKFORCE SOLUTIONS<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| 2.1191 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/01/2021 | ETHORITY LLC<br>DBA EQUIFAX WORKFORCE SOLUTIONS<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| 2.1192 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C216638 - DATED 11/01/2013 | ETHORITY LLC<br>DBA EQUIFAX WORKFORCE SOLUTIONS<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C216638 HR - DATED 07/01/2008 | ETHORITY LLC<br>DBA EQUIFAX WORKFORCE SOLUTIONS<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/01/2021 | ETRADE FINANCIAL CORP SERV<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT & RELEASE AGREEMENT DATED 01/15/2025 | EUDOCIA CHALFIN<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT DATED 07/01/2024 | EULER HERMES NORTH AMERICA INSURANCE COMPANY 100 INTERNATIONAL CIRCLE 22ND FLOOR BALTIMORE, MD 21202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 02/01/2023 | EUROGRAPHICS INC 9105 SALLEY STREET MONTREAL, QC H8R 2C8 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1198 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 02/01/2023 | EUROGRAPHICS, INC. 7901 WEST 21ST STREET, SUITE 300 INDIANAPOLIS, IN 46214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1199 | **State what the contract or lease is for and the nature of the debtor's interest** | SHOE CARNIVAL TOWNE CENTRE STORE LEASE | EVANSVILLE ASSOCIATES, LP 117 E. WASHINGTON STREET, SUITE 300 INDIANAPOLIS, IN 46204-3614 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1200 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 09/01/2024 | EVERBEST (QINGDAO) COMPANY NO.75 XIANG GANGE XI ROAD ROOM 709, UNIT B, YUYUAN BUILDING, QINGDAO SHANDONG, CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 01/23/2023 | EVEREST FASHION KHUMALTAR HEIGHT, LALITPUR-15 LALITPUR, 44600 NEPAL |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1202 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 04/02/2024 | EVERGLORY PRODUCTS CORPORATION #168, LINYU N. RD ZHENHAI 130 NINGBO, 315207 CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1203** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/02/2022<br><br>EVERGLORY PRODUCTS CORPORATION<br>600 E JOHN CARPENTER FWY STE 260<br>IRVING, TX 75062 |
| **2.1204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/26/2019<br><br>EVKM TECHNOLOGIES LLC<br>16640 COBALT COURT<br>CHINO HILLS, CA 91709 |
| **2.1205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 05/08/2024<br><br>EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.<br>28 STATE STREET<br>23RD FLOOR<br>BOSTON, MA 02109 |
| **2.1206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AUBURN PLAZA STORE LEASE<br><br>EVP AUBURN, LLC AND 730 CENTER STREET REALTY, LLC<br>C/O EVP MANAGEMENT, LLC<br>49 LEXINGTON STREET, SUITE 5<br>WEST NEWTON, MA 02465 |
| **2.1207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/01/2022<br><br>EXACT PRO WASH INC<br>304 RODEO CIRCLE<br>LOUISVILLE, OH 44641 |
| **2.1208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2023<br><br>EXCEL HOBBY BLADES CORP.<br>481 GETTY AVE<br>PATERSON, NJ 07503 |
| **2.1209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/24/2024<br><br>EXCELSIOR CONSTRUCTION & REM, LLC<br>216 HAVEN STREET<br>MEDFORD, OR 97501 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VISALIA DISTRIBUTION CENTER<br><br>EXETER 2500 N. PLAZA, LLC<br>C/O EQT EXETER<br>FIVE RADNOR CORPORATE CENTER<br>RADNOR, PA 19087 |
| **2.1211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 01/26/2021<br><br>EXETER ROUTE 40 LAND, LLC<br>101 WEST ELM STREET<br>SUITE 600<br>CONSHOHOCKEN, PA 19428 |
| **2.1212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF CREDIT #68091421<br><br>EXETER ROUTE 40 LAND, LLC<br>101 WEST ELM STREET<br>SUITE 600<br>CONSHOHOCKEN, PA 19428 |
| **2.1213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/17/2022<br><br>EXPEDITORS INTERNATIONAL INC<br>18029 CLEVELAND  PKWY<br>CLEVELAND, OH 44135 |
| **2.1214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 07/17/2024<br><br>EXPORT DEVELOPMENT CANADA<br>150 SLATER STREET<br>OTTAWA, ON K1A 1K3<br>CANADA |
| **2.1215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/13/2022<br><br>FABRIC MERCHANTS INC<br>1430 S GRANDE VISTA AVE<br>LOS ANGELES, CA 90023 |
| **2.1216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/22/2024<br><br>FABRICA DE CINTAS EL ELEFANTE SA DE ABEDULES 149 SANTA MARIA INSURGENTES<br>MEXICO CITY, 06430<br>MEXICO |

Debtor    Jo-Ann Stores, LLC                                     Case number (if known)    25-10072
                Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 01/01/2020 | FABRI-QUILT INC<br>901 EAST 14TH AVENUE<br>NORTH KANSAS CITY, MO 64116 |
| **2.1218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/01/2019 | FABTRENDS USA CORP<br>230 W 39TH ST, 4TH FLOOR<br>NEW YORK, NY 10018 |
| **2.1219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TENNANT STATION S/C STORE LEASE | FACCHINO/LABARBERA-TENNANT STATION LLC<br>C/O TERRACOMMERCIAL MGMT. CORP.<br>873 BLOSSOM HILL ROAD<br>SAN JOSE, CA 95123 |
| **2.1220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FURNITURE SUPPLY AGREEMENT DATED 01/01/2023 | FACILITY CONCEPTS INC<br>4881 PERRY WORTH RD.<br>WHITESTOWN, IN 46075 |
| **2.1221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318503 - DATED 01/01/2021 | FACILITY CONCEPTS INC<br>4881 PERRY WORTH RD.<br>WHITESTOWN, IN 46075 |
| **2.1222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324721 - DATED 06/10/2022 | FACILITYSOURCE LLC<br>PO BOX  846847<br>LOS ANGELES, CA 90084-6847 |
| **2.1223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT DATED 06/16/2023 | FAIR TRADE USA<br>360 GRAND AVENUE<br>#311<br>OAKLAND, CA 94610-4840 |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1224 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 05/01/2020 | FAIRVIEW HEIGHTS PUBLIC LIBRARY 10017 BUNKUM RD FAIRVIEW HEIGHTS, IL 62208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1225 | State what the contract or lease is for and the nature of the debtor's interest | THE FALLS CENTRE STORE LEASE | FAIRWAY-FALLS, LLC C/O FAIRWAY MANAGEMENT GROUP, LLC 728 SHADES CREEK PARKWAY, SUITE 200 BIRMINGHAM, AL 35209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1226 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT MAINTENANCE & REPAIR SERVICE AGREEMENT DATED 06/29/2021 | FAMILY SEWING 4950 WILSON AVE  SUITE 70 GRANDVILLE, MI 49418 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1227 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/31/2022 | FAMILY SEWING 4950 WILSON AVE  SUITE 70 GRANDVILLE, MI 49418 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1228 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C104271 - DATED 06/28/2019 | FAMILY SEWING 4950 WILSON AVE  SUITE 70 GRANDVILLE, MI 49418 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1229 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/01/2022 | FAR CHAMPION INTERNATIONAL LIMITED FLAT/RM D2 18/F TML TOWER 3 HOI SHING ROAD TSUEN WAN, 999077 HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1230 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/19/2023 | FAR EASTERN HANDICRAFT JSC-VIETNAM LOT E9, PHAM HUNG STREET 4TH FLOOR, VIMECO BUILDING TRUNG HOA WARD, CAU GIAY DIST HANOI CTY, VIETNAM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/15/2022<br><br>FARGO PUBLIC LIBRARY<br>101 4TH ST N<br>FARGO, ND 58102 |
| **2.1232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/15/2023<br><br>FARGO PUBLIC LIBRARY<br>101 4TH ST N<br>FARGO, ND 58102 |
| **2.1233** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/15/2021<br><br>FARGO PUBLIC LIBRARY<br>102 3RD ST NORTH<br>FARGO, ND 58102 |
| **2.1234** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FARIBO WEST MALL STORE LEASE<br><br>FARIBO WEST MALL, LLC<br>6125 BLUE CIRCLE DRIVE<br>MINNETONKA, MN 55343 |
| **2.1235** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>FARIN BLACKBURN<br>ADDRESS ON FILE |
| **2.1236** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2022<br><br>FARMINGTON LIBRARIES<br>6 MONTEITH DRIVE<br>FARMINGTON, CT 06032 |
| **2.1237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2023<br><br>FARMINGTON LIBRARIES<br>6 MONTEITH DRIVE<br>FARMINGTON, CT 06032 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):   25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1238** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2024 <br><br> FARMINGTON LIBRARIES <br> 6 MONTEITH DRIVE <br> FARMINGTON, CT 06032 |
| **2.1239** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2022 <br><br> FARMINGTON PUBLIC LIBRARY <br> 2101 FARMINGTON AVE <br> FARMINGTON, NM 87401 |
| **2.1240** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C315855 - DATED 06/05/2020 <br><br> FASHION SNOOPS INC <br> 40 W 51ST STREET #5297 <br> NEW YORK, NY 10020 |
| **2.1241** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 06/05/2024 <br><br> FASHION SNOOPS INC <br> 40 W 51ST STREET #5297 <br> NEW YORK, NY 10020 |
| **2.1242** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 01/23/2024 <br><br> FAST FORWARD LLC <br> 10 W 33RD ST SUITE #705 <br> MANHATTAN, NY 10001 |
| **2.1243** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/22/2009 <br><br> FASTENERS FOR RETAIL INC <br> PO BOX 635696 <br> CINCINNATI, OH 45263 |
| **2.1244** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 04/01/2023 <br><br> FAYETTE COUNTY PUBLIC LIBRARY <br> 828 GRAND AVE. <br> CONNERSVILLE, IN 47331 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1245**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> FAYETTE PAVILION STORE LEASE | FAYETTE PAVILION LLC <br> C/O 5RIVERS CRE, LLC <br> 945 HEIGHTS BLVD. <br> HOUSTON, TX 77008 |
| **2.1246**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> THE FESTIVAL AT SAWMILL STORE LEASE | FB FESTIVAL CENTER, LLC <br> C/O FILLMORE PROPERTY GROUP, LTD <br> 4145 POWELL ROAD <br> POWELL, OH 43065 |
| **2.1247**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MASTER SERVICE AGREEMENT DATED 09/22/2023 | FEDERAL EXPRESS CORPORATION <br> ATTN EDI PAYMENT <br> PO BOX 371741 <br> PITTSBURGH, PA 15250 |
| **2.1248**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MASTER SERVICE AGREEMENT DATED 10/18/2024 | FEDERAL EXPRESS CORPORATION <br> ATTN EDI PAYMENT <br> PO BOX 371741 <br> PITTSBURGH, PA 15250 |
| **2.1249**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MASTER SERVICE AGREEMENT DATED 12/10/2024 | FEDERAL EXPRESS CORPORATION <br> ATTN EDI PAYMENT <br> PO BOX 371741 <br> PITTSBURGH, PA 15250 |
| **2.1250**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> STATEMENT OF WORK DATED 08/20/2023 | FEDERAL EXPRESS CORPORATION <br> ATTN EDI PAYMENT <br> PO BOX 371741 <br> PITTSBURGH, PA 15250 |
| **2.1251**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MERCER ON ONE STORE LEASE | FEDERAL REALTY INVESTMENT TRUST <br> 909 ROSE AVENUE, SUITE 200 <br> ATTN: LEGAL DEPARTMENT <br> NORTH BETHESDA, MD 20852 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known)    25-10072
_____
Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1252** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/20/2023<br><br><br>FELLOWES BRANDS<br>1789 NORWOOD AVE<br>ITASCA, IL 60143 |
| **2.1253** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/19/2023<br><br><br>FEN OYUNCAK VE MUTFAK ESYALARI PAZ.<br>TIC. LTD. STI.   ADA NO:61-63-65-67<br>ISTOC TICARET MERKEZI 6.<br>ISTANBUL, 34200<br>TURKEY |
| **2.1254** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 04/01/2023<br><br><br>FERNDALE AREA DISTRICT LIBRARY<br>222 E. NINE MILE ROAD<br>FERNDALE, MI 48220 |
| **2.1255** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIDGECREST TOWN CENTER STORE LEASE<br><br><br>FERNWOOD CAPITAL, LLC<br>C/O CITY COMMERCIAL MANAGEMENT<br>9469 HAVEN AVENUE, SUITE 200<br>RANCHO CUCAMONGA, CA 91729-0548 |
| **2.1256** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SERVICE AGREEMENT DATED 04/19/2023<br><br><br>FERRELLGAS<br>PO BOX 173940<br>DENVER, CO 80217-3940 |
| **2.1257** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315836 - DATED 07/19/2017<br><br><br>FERRELLGAS<br>PO BOX 173940<br>DENVER, CO 80217-3940 |
| **2.1258** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FESTIVAL AT HAMILTON S/C STORE LEASE<br><br><br>FESTIVAL AT HAMILTON, LLC<br>C/O PARAMOUNT REALTY SERVICES, INC.<br>1195 ROUTE 70, SUITE 2000<br>LAKEWOOD, NJ 08701 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUSIA PLAZA STORE LEASE | FESTIVAL PROPERTIES, INC.<br>1215 GESSNER ROAD<br>ATTN: DAN SILVESTRI<br>HOUSTON, TX 77055 |
| 2.1260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 12/03/2018 | FFR MERCHANDISING INC<br>DBA SIFFRON<br>8181 DARROW RD<br>TWINSBURG, OH 44087 |
| 2.1261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 09/19/2022 | FFR MERCHANDISING, INC<br>DBA SIFFRON<br>PO BOX 74898<br>CLEVELAND, OH 44194-0981 |
| 2.1262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C113490 - DATED 09/21/2015 | FFR MERCHANDISING, INC<br>DBA SIFFRON<br>PO BOX 74898<br>CLEVELAND, OH 44194-0981 |
| 2.1263 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C318522 - DATED 11/01/2020 | FHC NEWCO LLC<br>FHC MARKETING-ULTRAMARK<br>PO BOX 867<br>ITASCA, IL 60143-0867 |
| 2.1264 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 11/01/2023 | FHC NEWCO LLC<br>FHC MARKETING-ULTRAMARK<br>PO BOX 867<br>ITASCA, IL 60143-0867 |
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/15/2024 | FIBRIX (ECOM)<br>3307 WALDEN AVE<br>DEPEW, NY 14043 |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known): 25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/19/2023<br><br>FIBRIX LLC<br>C/O DALIAN BAIYUN GARMENT<br>FUXI STREET PIKOU INDUSTRY ZONE<br>70<br>DALIAN, 116000<br>CHINA |
| **2.1267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE & BENEFITS SERVICE AGREEMENT DATED 02/01/2021<br><br>FIDELITY SECURITY LIFE INSURANCE CO<br>PO BOX 632530<br>CINCINNATI, OH 45263-2530 |
| **2.1268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 03/19/2019<br><br>FIDELITY VOICE & DATA<br>DBA FIDELITY ACCESS NETWORKS<br>P.O. BOX 932370<br>CLEVELAND, OH 44193 |
| **2.1269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 10/28/2024<br><br>FIGMA INC<br>760 MARKET ST., FL. 10<br>SAN FRANCISCO, CA 94102 |
| **2.1270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C328095 - DATED 11/04/2024<br><br>FIGMA INC<br>760 MARKET ST., FL. 10<br>SAN FRANCISCO, CA 94102 |
| **2.1271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 04/01/2021<br><br>FINDLAY-HANCOCK PUBLIC LIBRARY<br>206 BROADWAY<br>FINDLAY, OH 45840 |
| **2.1272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 06/15/2023<br><br>FINKELSTEIN MEMORIAL LIBRARY<br>24 CHESTNUT STREET<br>SPRING VALLEY, NY 10977 |

Debtor  Jo-Ann Stores, LLC
                                                        Case number (if known):  25-10072
        Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1273** State what the contract or lease is for and the nature of the debtor's interest — BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 05/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | FIORILLI CONSTRUCTION INC<br>1247 MEDINA RD<br>MEDINA, OH 44256 |
| **2.1274** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C315742 - DATED 05/01/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | FIORILLI CONSTRUCTION INC<br>1247 MEDINA RD<br>MEDINA, OH 44256 |
| **2.1275** State what the contract or lease is for and the nature of the debtor's interest — FIRST & MAIN TOWN CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AND MAIN NORTH, LLC<br>C/O NOR'WOOD DEVELOPMENT GROUP<br>111 SOUTH TEJON STREET, SUITE 222<br>COLORADO SPRINGS, CO 80903 |
| **2.1276** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 07/17/2000<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST DATA CORP<br>IPS/VALUELINK<br>PO BOX 934057<br>ATLANTA, GA 31193-4057 |
| **2.1277** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 05/12/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST DATA CORPORATION<br>FIRST DATA MERCHANT SERVICES<br>PO BOX 934057<br>ATLANTA, GA 31193-4057 |
| **2.1278** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 06/15/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST DATA CORPORATION<br>FIRST DATA MERCHANT SERVICES<br>PO BOX 934057<br>ATLANTA, GA 31193-4057 |
| **2.1279** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 10/01/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST DATA CORPORATION<br>FIRST DATA MERCHANT SERVICES<br>PO BOX 934057<br>ATLANTA, GA 31193-4057 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1280** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - C214929 - DATED 06/25/2010 <br> **State the term remaining** <br> **List the contract number of any government contract** | FIRST DATA CORPORATION FIRST DATA MERCHANT SERVICES PO BOX 934057 ATLANTA, GA 31193-4057 |
| **2.1281** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - C214929 GIFT CARDS - DATED 10/17/2018 <br> **State the term remaining** <br> **List the contract number of any government contract** | FIRST DATA CORPORATION FIRST DATA MERCHANT SERVICES PO BOX 934057 ATLANTA, GA 31193-4057 |
| **2.1282** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK DATED 09/30/2022 <br> **State the term remaining** <br> **List the contract number of any government contract** | FIRST DATA CORPORATION FIRST DATA MERCHANT SERVICES PO BOX 934057 ATLANTA, GA 31193-4057 |
| **2.1283** **State what the contract or lease is for and the nature of the debtor's interest** 5255 LAKEWOOD BLVD STORE LEASE <br> **State the term remaining** <br> **List the contract number of any government contract** | FISHER REAL ESTATE PARTNERS (LAKEWOOD), LP C/O GM PROPERTIES 13305 PENN STREET, SUITE 200 WHITTIER, CA 90602 |
| **2.1284** **State what the contract or lease is for and the nature of the debtor's interest** FLAGLER PARK PLAZA STORE LEASE <br> **State the term remaining** <br> **List the contract number of any government contract** | FLAGLER S.C., LLC C/O KIMCO REALTY OP, LLC 500 NORTH BROADWAY, SUITE 201 JERICHO, NY 11753 |
| **2.1285** **State what the contract or lease is for and the nature of the debtor's interest** SUBSCRIPTION AGREEMENT DATED 03/01/2021 <br> **State the term remaining** <br> **List the contract number of any government contract** | FLAT RIVER COMMUNITY LIBRARY 200 W JUDD ST GREENVILLE, MI 48838 |
| **2.1286** **State what the contract or lease is for and the nature of the debtor's interest** SUBSCRIPTION AGREEMENT DATED 03/01/2022 <br> **State the term remaining** <br> **List the contract number of any government contract** | FLAT RIVER COMMUNITY LIBRARY 200 W JUDD ST GREENVILLE, MI 48838 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):   25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1287 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 03/01/2023<br><br>FLAT RIVER COMMUNITY LIBRARY<br>200 W JUDD ST<br>GREENVILLE, MI 48838 |
| 2.1288 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/16/2024<br><br>FLAT RIVER GROUP LLC (ECOM)<br>306 REED ST<br>BELDING, MI 48809 |
| 2.1289 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FLETCHER HILLS TOWN & COUNTRYS STORE LEASE<br><br>FLETCHER HILLS TOWN & COUNTRY<br>C/O LA JOLLA MANAGEMENT COMPANY<br>7855 IVANHOE AVENUE, SUITE 333<br>LA JOLLA, CA 92037 |
| 2.1290 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FLETCHER SQUARE STORE LEASE<br><br>FLETCHER SQUARE, LLC<br>707 VIRGINIA STREET EAST, SUITE 400<br>ATTN: A. VICTOR MAYS<br>CHARLESTON, WV 25301 |
| 2.1291 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/22/2022<br><br>FLORA BUNDA INC<br>9528 RICHMOND PL<br>RANCHO CUCAMONGA, CA 91730 |
| 2.1292 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/24/2023<br><br>FLORACRAFT CORPORATION<br>ONE LONGFELLOW PLACE<br>LUDINGTON, MI 49431 |
| 2.1293 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FLORENCE MALL STORE LEASE<br><br>FLORENCE (FLORENCE MALL) FMH, LLC<br>C/O RIVERCREST REALTY ASSOCIATES, LLC<br>8816 SIX FORKS ROAD, SUITE 201<br>RALEIGH, NC 27615 |

Debtor  Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest**  CREEKSIDE PLAZA STORE LEASE  **State the term remaining**  **List the contract number of any government contract** | FLOYD PEDERSEN  ADDRESS ON FILE |
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest**  CONVEYORS & SORTATION SERVICE AGREEMENT DATED 03/02/2022  **State the term remaining**  **List the contract number of any government contract** | FMH CONVEYORS LLC  PO BOX 71284  CHICAGO, IL 60694-1284 |
| 2.1296 | **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT  - C305847 - DATED 03/25/2019  **State the term remaining**  **List the contract number of any government contract** | FMH CONVEYORS LLC  PO BOX 71284  CHICAGO, IL 60694-1284 |
| 2.1297 | **State what the contract or lease is for and the nature of the debtor's interest**  MASTER SERVICE AGREEMENT DATED 01/01/2024  **State the term remaining**  **List the contract number of any government contract** | FOCAL POINT PROCUREMENT SOLUTIONS I  3495 PIEDMONT RD. NE 10-925  ATLANTA, GA 30305 |
| 2.1298 | **State what the contract or lease is for and the nature of the debtor's interest**  BROADWAY SHOPPING CENTER STORE LEASE  **State the term remaining**  **List the contract number of any government contract** | FOF 1073 LLC  P.O. BOX 505125  ATTN: GERALD M. SNEIRSON, MANAGER  CHELSEA, MA 02150 |
| 2.1299 | **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT  - C320017 - DATED 07/22/2019  **State the term remaining**  **List the contract number of any government contract** | FOGDOG IT LLC  660 4TH STREET, STE 252  SAN FRANCISCO, CA 94107 |
| 2.1300 | **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT DATED 08/01/2024  **State the term remaining**  **List the contract number of any government contract** | FOGDOG IT LLC  660 4TH STREET, STE 252  SAN FRANCISCO, CA 94107 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOOTHILL RANCH TOWNE CENTER SOUTH STORE LEASE<br><br>FOOTHILL-PACIFIC TOWNE CENTRE<br>C/O PACIFIC DEVELOPMENT GROUP II<br>ONE CORPORATE PLAZA, 2ND FLOOR<br>NEWPORT BEACH, CA 92660 |
| **2.1302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TWENTY-FOURTH AVENUE STORE LEASE<br><br>FORT GRATIOT RETAIL, LLC<br>C/O PROFESSIONAL PROPERTY MGMT CO., OF MICHIGAN, INC.<br>115 W. BROWN<br>BIRMINGHAM, MI 48009 |
| **2.1303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FORT SMITH MARKETPLACE STORE LEASE<br><br>FORT SMITH MARKETPLACE, LLC<br>C/O NUNNELEE & WRIGHT COMMERCIAL PROPERTIES<br>3307 OLD GREENWOOD ROAD, SUITE A<br>FORT SMITH, AR 72903 |
| **2.1304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/14/2023<br><br>FORTNA INC<br>333 BUTTONWOOD ST.<br>WEST READING, PA 19611 |
| **2.1305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C320674 - DATED 10/22/2019<br><br>FORTNA INC<br>333 BUTTONWOOD ST.<br>WEST READING, PA 19611 |
| **2.1306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/06/2024<br><br>FOSHAN UKICRA ELECTRIC CO LTD<br>NO. 6 WANHE RD SONGXIA INDUSTRIAL ZONE, NANHAI DISTRICT<br>190<br>FOSHAN, 528225<br>CHINA |
| **2.1307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324836 - DATED 06/13/2022<br><br>FOUND DESIGN STUDIO LTD<br>2 WHITE POST LANE #505<br>LONDON, E9 5SZ<br>UNITED KINGDOM |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/01/2020<br><br>FOUNDATION FOR THE CAROLINAS<br>E4E RELIEF<br>PO BOX 896796<br>CHARLOTTE, NC 28289-6796 |
| **2.1309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/27/2023<br><br>FOUNDATION INDUSTRIES<br>880B WEST WATERLOO RD<br>AKRON, OH 44314 |
| **2.1310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE FOUNTAINS STORE LEASE<br><br>FOUNTAINS SC, LLC<br>814 COMMERCE DRIVE, SUITE 300<br>ATTN: PROPERTY MANAGEMENT<br>OAK BROOK, IL 60523 |
| **2.1311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOUR FLAGGS S/C STORE LEASE<br><br>FOUR FLAGGS SHOPPING CENTER, LLC<br>C/O WINBROOK MANAGEMENT, LLC<br>550 7TH AVENUE, 15TH FLOOR<br>NEW YORK, NY 10018 |
| **2.1312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOPSHAM FAIR MALL STORE LEASE<br><br>FOUR J, L.L.C.<br>DBA TOPSHAM FAIR MALL<br>49 TOPSHAM FAIR MALL ROAD<br>TOPSHAM, ME 04086 |
| **2.1313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHOPS AT FOX RIVER STORE LEASE<br><br>FOX RIVER OWNER, LLC<br>C/O TIME EQUITIES, INC.<br>55 FIFTH AVENUE - 15TH FLOOR<br>NEW YORK, NY 10003 |
| **2.1314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOX RUN SHOPPING CENTER STORE LEASE<br><br>FOX RUN LIMITED PARTNERSHIP<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |

Debtor   Jo-Ann Stores, LLC
         Name
Case number (if known):   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326571 - DATED 04/13/2023<br><br>FP MAILING SOLUTIONS<br>CMRS-FP CIN#106001045074<br>PO BOX 0505<br>CAROL STREAM, IL 60132-0505 |
| **2.1316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326409 - DATED 04/13/2023<br><br>FP MAILING SOLUTIONS R<br>PO BOX  157<br>BEDFORD PARK, IL 60499-0157 |
| **2.1317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14048040 DATED 07/23/2024<br><br>FPL - FLORIDA POWER & LIGHT COMPANY<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 |
| **2.1318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285071933 DATED 03/23/2024<br><br>FPL - FLORIDA POWER & LIGHT COMPANY<br>700 UNIVERSE BLVD<br>JUNO BEACH, FL 33408 |
| **2.1319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 10/06/2023<br><br>FRAMEBRIDGE INC.<br>655 15TH ST NV<br>3RD FLOOR<br>WASHINGTON, DC 20005 |
| **2.1320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/10/2024<br><br>FRAMEUNION INDUSTRIAL CO., LIMITED<br>RM 1902, EASEY COMM. BLDG.<br>253-261 HENNESSY ROAD, WANCHAI<br>HONGKONG, 999077<br>CHINA |
| **2.1321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIES SERVICE AGREEMENT DATED 02/04/2023<br><br>FRAZIER INDUSTRIAL COMPANY<br>PO  BOX 822106<br>PHILADELPHIA, PA 19182 |

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FREDERICK COUNTY S/C STORE LEASE<br><br>FREDERICK COUNTY SQUARE IMPROVEMENTS, LLC<br>C/O DLC MANAGEMENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>ELMSFORD, NY 10523 |
| **2.1323** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASHBRIDGE SQUARE STORE LEASE<br><br>FREE RANGE ASHBRIDGE, LLC<br>C/O J. LOEW PROPERTY MANAGEMENT, INC.<br>120 PENNSYLVANIA AVENUE<br>MALVERN, PA 19355 |
| **2.1324** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/01/2020<br><br>FREEDOMPAY INC<br>75 REMITTANCE DR., #1127<br>CHICAGO, IL 60675-1127 |
| **2.1325** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/14/2020<br><br>FREEDOMPAY INC<br>75 REMITTANCE DR., #1127<br>CHICAGO, IL 60675-1127 |
| **2.1326** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 10/11/2021<br><br>FREEDOMPAY INC<br>75 REMITTANCE DR., #1127<br>CHICAGO, IL 60675-1127 |
| **2.1327** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKESHORE MARKETPLACE STORE LEASE<br><br>FREEWAY ASSOCIATES, LLC<br>C/O SELIG ENTERPRISES, INC.<br>1100 SPRINGS STREET NW SUITE 550<br>ATLANTA, GA 30309-2848 |
| **2.1328** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FRESHWATER PLAZA STORE LEASE<br><br>FRESHWATER MZL LLC<br>C/O KPR CENTERS, LLC<br>535 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known):  25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1329** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 08/05/2024<br><br>FRONTIER COMMUNICATIONS<br>PO BOX 92833<br>ROCHESTER, NY 14692-8933 |
| **2.1330** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRONTIER MALL STORE LEASE<br><br>FRONTIER MALL ASSOCIATES LIMITED PARTNERSHIP<br>CBL & ASSOCIATES MANAGEMENT, INC.<br>ATTN: CHIEF LEGAL OFFICER<br>CHATTANOOGA, TN 37421-6000 |
| **2.1331** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 02/23/2024<br><br>FUJIFILM NORTH AMERICA CORPORATION<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 |
| **2.1332** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNIVERSITY CENTER STORE LEASE<br><br>FURNITURE ENTERPRISES OF ALASKA, INC.<br>940 EAST 38TH AVENUE<br>ATTN: JOLENE ANDERSON<br>ANCHORAGE, AK 99503 |
| **2.1333** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POINT LOMA PLAZA STORE LEASE<br><br>FW CA-POINT LOMA PLAZA, LLC<br>REGENCY CENTERS CORPORATION<br>ATTN: LEASE ADMINISTRATION<br>JACKSONVILLE, FL 32202 |
| **2.1334** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ARAPAHOE VILLAGE S/C STORE LEASE<br><br>FW CO-ARAPAHOE VILLAGE, LLC<br>C/O REGENCY CENTERS CORPORATION<br>ONE INDEPENDENT DR., SUITE 114<br>JACKSONVILLE, FL 32202 |
| **2.1335** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLDOTNA PLAZA STORE LEASE<br><br>G & G DEVELOPMENT COMPANY<br>35581 KENAI SPUR HIGHWAY<br>SOLDOTNA, AK 99669 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1336** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — PRIMROSE MARKET PLACE STORE LEASE | G&I IX PRIMROSE MARKETPLACE LLC C/O CHASE PROPERTIES II, LTD. 3333 RICHMOND ROAD, SUITE 320 BEACHWOOD, OH 44122 |
| **2.1337** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — THE SHOPS AT CENTERPOINT STORE LEASE | G&I X CENTERPOINT LLC C/O PINE TREE COMMERCIAL REALTY, LLC 814 COMMERCE DRIVE, SUITE 300 OAKBROOK, IL 60523 |
| **2.1338** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — PAN AMERICA PLAZA STORE LEASE | G. E. PAN AMERICAN PLAZA, LLC C/O COLLIERS INTERNATIONAL 5051 JOURNAL CENTER BLVD. NE ALBUQUERQUE, NM 87109 |
| **2.1339** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — BELTWAY PLAZA MALL STORE LEASE | G.B. MALL LIMITED PARTNERSHIP C/O QUANTUM CO. 4912 DEL RAY AVENUE BETHESDA, MD 20814 |
| **2.1340** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — PLEASANT HILL SQUARE STORE LEASE | G.W. REAL ESTATE OF GEORGIA, LLC GW SUPERMARKET GROUP 1300 METROPOLITAN AVENUE BROOKLYN, NY 11237 |
| **2.1341** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — PACKAGING SUPPLIES SERVICE AGREEMENT DATED 12/06/2023 | GAHVEJIAN ENTERPRISES, INC. MID VALLEY PACKAGING & SUPPLY 2004 S. TEMPERANCE PO BOX 96 FOWLER, CA 93625 |
| **2.1342** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — SERVICE AGREEMENT  - C308064 - DATED 10/23/2015 | GAHVEJIAN ENTERPRISES, INC. MID VALLEY PACKAGING & SUPPLY 2004 S. TEMPERANCE PO BOX 96 FOWLER, CA 93625 |

<table>
</table>

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1343** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | GALLATIN VALLEY MALL STORE LEASE <br><br> GALLATIN MALL GROUP, LLC <br> PO BOX 80510 <br> ATTN: STEVE CORNING-MANAGING MEMBER <br> BILLINGS, MT 59108 |
| **2.1344** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/18/2020 <br><br> GALLOP USA LLC <br> 4911 MUNSON ST. NW <br> CANTON, OH 44718 |
| **2.1345** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/19/2024 <br><br> GANGA ACROWOOLS LIMITED <br> 249, INDUSTRIAL AREA 'A' <br> LUDHIANA, 141003 <br> INDIA |
| **2.1346** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SECURITY PERSONNEL SERVICE AGREEMENT DATED 02/01/2024 <br><br> GARDA CL GREAT LAKES INC <br> LOCKBOX #233209 <br> 3209 MOMENTUM  PLACE <br> CHICAGO, IL 60609 |
| **2.1347** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C291212 - DATED 07/01/2018 <br><br> GARDA CL GREAT LAKES INC <br> LOCKBOX #233209 <br> 3209 MOMENTUM  PLACE <br> CHICAGO, IL 60609 |
| **2.1348** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | GARDEN STATE PAVILLION STORE LEASE <br><br> GARDEN STATE PAVILIONS CENTER, L.L.C. <br> C/O KIMCO REALTY CORPORATION <br> 500 NORTH BROADWAY, SUITE 201 <br> JERICHO, NY 11753 |
| **2.1349** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/01/2020 <br><br> GARDNER TRUCKING INC <br> PO BOX 747 <br> CHINO, CA 91708 |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1350** State what the contract or lease is for and the nature of the debtor's interest — GARRISON FOREST PLAZA STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | GARRISON FOREST ASSOCIATES LTD. PARTNERSHIP<br>C/O M. LEO STORCH MANAGEMENT CORPORATION<br>25 HOOKS LANE, SUITE 312<br>BALTIMORE, MD 21208 |
| **2.1351** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C302527 - DATED 12/31/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | GATEKEEPER SYSTEMS INC<br>90 ICON<br>FOOTHILL RANCH, CA 92610 |
| **2.1352** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 04/01/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | GATEKEEPER SYSTEMS INC<br>90 ICON<br>FOOTHILL RANCH, CA 92610 |
| **2.1353** State what the contract or lease is for and the nature of the debtor's interest — GATEWAY MALL STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | GATEWAY FASHION MALL, LLC<br>C/O PRIMERO MANAGEMENT, INC.<br>450 NEWPORT CENTER DRIVE, SUITE 200<br>NEWPORT BEACH, CA 92660 |
| **2.1354** State what the contract or lease is for and the nature of the debtor's interest — GATEWAY SQUARE STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | GATEWAY SQUARE SHOPPING CENTER<br>C/O CLIFFORD ENTERPRISES PROPERTY MANAGEMENT<br>818 W. RIVERSIDE AVE., SUITE 660<br>SPOKANE, WA 99201-0910 |
| **2.1355** State what the contract or lease is for and the nature of the debtor's interest — GAVORA MALL STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | GAVORA, INC.<br>246 ILLINOIS ST., SUITE 3B<br>P.O. BOX 70021<br>FAIRBANKS, AK 99707 |
| **2.1356** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 11/27/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | GAZZAL IPLIK SAN VE TIC LTD STI<br>NO: 48/2 ESENYURT/ISTANBUL<br>ATATURK MAH.ADNAN MENDERES CAD.<br>ISTANBUL, 34522<br>TURKEY |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KINGSTON PLAZA STORE LEASE<br><br>GBR NEIGHBORHOOD ROAD LIMITED LIABILITY COMPANY<br>C/O GIBRALTAR MANAGEMENT CO., INC.<br>150 WHITE PLAINS ROAD, SUITE 400<br>TARRYTOWN, NY 10591 |
| 2.1358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMBASSADOR ROW STORE LEASE<br><br>GC AMBASSADOR ROW, LLC<br>C/O GULF COAST COMMERICAL GROUP, INC.<br>788 W. SAM HOUSTON PARKWAY NORTH, SUITE 206<br>HOUSTON, TX 77042 |
| 2.1359 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2024<br><br>GCE INTERNATIONAL INC<br>DAMOU<br>LUXI NEW VILLAGE<br>130<br>DATENG TOWN, ZHUJI CITY, 311801<br>CHINA |
| 2.1360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/07/2023<br><br>GELLI ARTS LLC<br>525 S 4TH STREET SUITE 246<br>PHILADELPHIA, PA 19147 |
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FERRIS COMMONS STORE LEASE<br><br>GEN3 INVESTMENTS, LLC<br>8529 100TH AVENUE<br>CANADIAN LAKES, MI 49346 |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C281056 - DATED 02/02/2018<br><br>GENERAL TRANSPORT INC<br>PO  BOX 7727<br>AKRON, OH 44306 |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRUCKLOAD SERVICE AGREEMENT DATED 04/07/2024<br><br>GENERAL TRANSPORT INC<br>PO  BOX 7727<br>AKRON, OH 44306 |

Debtor  Jo-Ann Stores, LLC
        Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/15/2024 | GENESIS COR GENESIS 10 SA 950 THIRD AVE., 26TH FL NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C310732 - DATED 03/07/2019 | GENESIS CORP GENESIS 10      DH PO BOX  95000-5815 PHILADELPHIA, PA 19195-5815 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #14039723 DATED 11/08/2024 | GEORGIA POWER 96 ANNEX ATLANTA, GA 30396 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1367 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 01/29/2020 | GERBER CHILDRENSWEAR LLC 7005 PELHAM RD, SUITE D GREENVILLE, SC 29615 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1368 | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND SQUARE S/C STORE LEASE | GFS REALTY INC. 8301 PROFESSIONAL PLACE ATTN: DIRECTOR OF REAL ESTATE HYATTSVILLE, MD 20785 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1369 | State what the contract or lease is for and the nature of the debtor's interest | LOS COYOTES CENTERS STORE LEASE | GIA KHANH LLC 6939 MARIPOSA CIRCLE ATTN: MANAGING PARTNER DUBLIN, CA 94568 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1370 | State what the contract or lease is for and the nature of the debtor's interest | EXPRESSWAY MALL STORE LEASE | GIACOMINI TRUSTS C/O NORTH BAY COMMERCIAL 100 STONY POINT RD. # 250 SANTA ROSA, CA 95401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known): 25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1371 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 10/19/2022 <br><br> GIFTWARES COMPANY INC<br>436 1ST AVE<br>ROYERSFORD, PA 19468 |
| 2.1372 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT RENEWAL DATED 01/01/2025 <br><br> GLADLY SOFTWARE INC<br>423 BROADWAY,  503<br>MILLBRAE, CA 94030 |
| 2.1373 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/25/2023 <br><br> GLAZING SYSTEMS INC<br>330 TALLMADGE RD.,  BLDG A<br>KENT, OH 44240 |
| 2.1374 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THE SHOPPES AT NAPLES CENTER STORE LEASE <br><br> GLL SELECTION II FLORIDA, L.P.<br>A C/O MACQUARIE<br>420 S. ORANGE AVE., SUITE 190<br>ORLANDO, FL 32801 |
| 2.1375 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 10/30/2023 <br><br> GLOBAL CREATIVE, INC<br>2645 SUZANNE WAY, SUITE 1F<br>EUGENE, OR 97408 |
| 2.1376 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 05/20/2024 <br><br> GLOBAL EDGE DESIGN AMERICA INC<br>C/O YANGDONG XINTAI MFTG CO. LTD<br>C-4-3, C-DISTRICT, CHICHENG 5 ROAD<br>YANGJIANG, 529932<br>CHINA |
| 2.1377 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 06/24/2024 <br><br> GLOBAL EDGE DESIGN AMERICA INC<br>C-4-3, C-DISTRICT, CHICHENG 5 ROAD<br>YANGJIANG, 529932<br>CHINA |

Debtor    Jo-Ann Stores, LLC                                                       Case number (if known)   25-10072
          Name

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/25/2024 | GLOBAL EDGE DESIGN AMERICA INC<br>1985 WEDGEWOOD CIRCLE<br>ROMEOVILLE, IL 60446 |
| 2.1379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/09/2023 | GLOBAL EQUIPMENT COMPANY<br>29833 NETWORK PLACE<br>CHICAGO, IL 60673-1298 |
| 2.1380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C227040 - DATED 10/07/2015 | GLOBAL EQUIPMENT COMPANY<br>29833 NETWORK PLACE<br>CHICAGO, IL 60673-1298 |
| 2.1381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323237 - DATED 07/01/2021 | GLOBAL FIXTURE SERVICES INC<br>1527 W. STATE HWY 114, #500-283<br>GRAPEVINE, TX 76051 |
| 2.1382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 08/15/2023 | GLOBAL FIXTURE SERVICES INC<br>1527 W. STATE HWY 114, #500-283<br>GRAPEVINE, TX 76051 |
| 2.1383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/07/2024 | GLOBAL MAIL INC<br>DHL ECOMMERCE<br>2700 S. COMMERCE PKWY #300<br>WESTON, FL 33331 |
| 2.1384 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327543 - DATED 02/05/2024 | GLOBAL MAIL INC<br>DHL ECOMMERCE<br>2700 S. COMMERCE PKWY #300<br>WESTON, FL 33331 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1385** **State what the contract or lease is for and the nature of the debtor's interest** FIBER OPTIC LEASING AGREEMENT - C318188  - DATED 04/01/2018 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1386** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT DATED 06/26/2023 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1387** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT DATED 07/14/2022 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1388** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT DATED 07/17/2023 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1389** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT DATED 11/14/2024 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1390** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM DATED 12/19/2024 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1391** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK DATED 01/01/2022 **State the term remaining** **List the contract number of any government contract** | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1392** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 01/02/2024 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1393** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 01/05/2024 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1394** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 01/17/2022 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1395** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 01/18/2022 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1396** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 01/19/2022 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1397** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 02/01/2022 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **2.1398** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 02/05/2024 <br><br> GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |

---

Debtor    Jo-Ann Stores, LLC
          Name                                              Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1399 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 02/17/2023 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |
| 2.1400 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 03/14/2022 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |
| 2.1401 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 03/21/2024 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |
| 2.1402 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 03/25/2022 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |
| 2.1403 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 04/01/2023 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |
| 2.1404 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 05/01/2024 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |
| 2.1405 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 05/04/2023 <br><br> GLOBAL SOURCING GRP INC <br> DBA SAKON <br> PO BOX 1210 <br> BURLINGTON, VT 05402 |

Debtor   Jo-Ann Stores, LLC

Name

Case number (If known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 05/10/2024 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 05/18/2022 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 05/20/2024 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 05/24/2024 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 06/13/2024 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 07/02/2024 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 07/15/2024 | GLOBAL SOURCING GRP INC<br>DBA SAKON<br>PO BOX 1210<br>BURLINGTON, VT 05402 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 07/25/2022 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/01/2023 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/07/2023 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/14/2023 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/19/2022 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 09/01/2023 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 10/13/2022 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1420** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 11/16/2022 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.1421** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 11/20/2023 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.1422** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 11/22/2021 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.1423** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 12/20/2023 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.1424** **State what the contract or lease is for and the nature of the debtor's interest** | TELECOM SERVICE AGREEMENT DATED 12/20/2022 | GLOBAL SOURCING GRP INC DBA SAKON PO BOX 1210 BURLINGTON, VT 05402 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.1425** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 04/10/2023 | GLOBALTRANZ ENTERPRISES LLC PO BOX 735167 CHICAGO, IL 60673 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.1426** **State what the contract or lease is for and the nature of the debtor's interest** | TRUCKING SERVICE AGREEMENT DATED 07/26/2022 | GLOBALTRANZ ENTERPRISES LLC PO BOX 735167 CHICAGO, IL 60673 |
| **State the term remaining** **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC

Case number (if known): 25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1427** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GENESSEE COMMONS S/C STORE LEASE <br><br> GLP FLINT, LLC <br> C/O THEODORE SCHMIDT <br> 180 E. PEARSON ST., #4305 <br> CHICAGO, IL 60611 |
| **2.1428** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 01/08/2024 <br><br> GMO GLOBALSIGN INC <br> TWO INTERNATIONAL DR. STE 150 <br> PORTSMOUTH, NH 03801 |
| **2.1429** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/07/2024 <br><br> GOLDEN ACE INDUSTRIAL CO LTD <br> 107 LIUQUAN RD <br> RM 2005 20F GUOMAO BLDG <br> ZIBO, 255000 <br> CHINA |
| **2.1430** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GOLDEN ISLES PLAZA STORE LEASE <br><br> GOLDEN ISLES PLAZA, LLC <br> C/O SKYLINE SEVEN REAL ESTATE <br> 800 MT. VERNON HWY NE, SUITE 425 <br> ATLANTA, GA 30328 |
| **2.1431** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  C325145 - DATED 08/02/2022 <br><br> GOLDIE PR LLC <br> 1704 1/2 GRAFTON ST. <br> LOS ANGELES, CA 90026 |
| **2.1432** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/26/2022 <br><br> GONPA EV GERECLERI DIS TICARET LIMITED SIRKETI <br> GONDOL PLAZA ISTOC CEVRE YOLU <br> ISTANBUL, 34522 <br> TURKEY |
| **2.1433** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BIG OAKS CROSSING STORE LEASE <br><br> GOODMEN BIG OAKS, LLC <br> C/O TRI INC. <br> 1071 FALL SPRINGS RD. <br> COLLIERVILLE, TN 38017 |

Debtor    Jo-Ann Stores, LLC

Case number (if known):    25-10072

Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1434** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 11/30/2022 <br><br> GORDON BROTHERS FUNDING, LLC PRUDENTIAL TOWER 800 BOYLSTON STREET 27TH FLOOR BOSTON, MA 02199 |
| **2.1435** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO REAL ESTATE CONSULTING AND ADVISORY SERVICES AGREEMENT DATED 12/11/2023 <br><br> GORDON BROTHERS REALTY SERVICES, LLC 101 HUNTINGTON AVENUE SUITE 1100 BOSTON, MA 02199 |
| **2.1436** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | REAL ESTATE CONSULTING AND ADVISORY SERVICES AGREEMENT DATED 10/02/2023 <br><br> GORDON BROTHERS REALTY SERVICES, LLC 101 HUNTINGTON AVENUE SUITE 1100 BOSTON, MA 02199 |
| **2.1437** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DATED 04/30/2024 <br><br> GORDON BROTHERS RETAIL PARTNERS LLC 101 HUNTINGTON AVE, 11TH FL. BOSTON, MA 02199 |
| **2.1438** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DATED 10/02/2023 <br><br> GORDON BROTHERS RETAIL PARTNERS LLC 101 HUNTINGTON AVE, 11TH FL. BOSTON, MA 02199 |
| **2.1439** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MIRACLE VILLAGE S/C STORE LEASE <br><br> GORGE LEASING COMPANY C/O NORTH PACIFIC MANAGEMENT, INC. P.O. BOX 820570 (7200 NE 41ST STREET, SUITE #100 98662) VANCOUVER, WA 98662-5505 |
| **2.1440** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 03/12/2020 <br><br> GOSSI INC 30255 SOLON INDUSTRIAL PARKWAY SOLON, OH 44139 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES AGREEMENT DATED 06/01/2023 | GOVDOCS INC 355 RANDOLPH AVE. #200 SAINT PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C323025 - DATED 04/01/2021 | GOVDOCS INC 355 RANDOLPH AVE. #200 SAINT PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1443 | State what the contract or lease is for and the nature of the debtor's interest | GOVERNORS CROSSING STORE LEASE | GOVERNOR'S CROSSING 124 HUDSON STREET LLC GOVERNOR'S CROSSING 124 HUDSON STREET TEI INVESTORS LLC GOVERNOR'S CROSSING TEI DIV III LLC NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1444 | State what the contract or lease is for and the nature of the debtor's interest | GOVERNORS SQUARE PLAZA STORE LEASE | GOVERNOR'S SQUARE COMPANY IB 5577 YOUNGSTOWN-WARREN ROAD ATTN: LEGAL DEPARTMENT NILES, OH 44446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1445 | State what the contract or lease is for and the nature of the debtor's interest | SADDLE ROCK VILLAGESTORE LEASE | GP RETAIL I, LLC - DBA SRV INVESTORS C/O GART PROPERTIES, LLC 240 ST. PAUL STREET, SUITE 200 DENVER, CO 80206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest | ARCHITECTURE & INTERIOR DESIGN SERVICE AGREEMENT DATED 02/01/2023 | GPD ASSOCIATES 520 S MAIN STREET STE 2531 AKRON, OH 44311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C101779 - DATED 02/01/2014 | GPD ASSOCIATES 520 S MAIN STREET STE 2531 AKRON, OH 44311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
_____    Case number (If known): 25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MILFORD PLAZA STORE LEASE<br><br>GP-MILFORD REALTY TRUST<br>111 FOUNDERS PLAZA, #301<br>EAST HARTFORD, CT 06108 |
| **2.1449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 01/08/2010<br><br>GRADUATE PLASTICS INC<br>DBA QUANTUM STORAGE SYSTEMS<br>15800 NW 15th AVENUE<br>MIAMI, FL 33169 |
| **2.1450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 05/19/2021<br><br>GRAHAM & ASSOCIATES<br>ATTN: MICHELLE FELSTED<br>1005 N. DEMAREE STREET<br>VISALIA, CA 93291 |
| **2.1451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/18/1998<br><br>GRAND & BENEDICTS INC<br>6140 S MACADAM AVE<br>PORTLAND, OR 97232 |
| **2.1452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C146566 - DATED 05/10/2015<br><br>GRAND & BENEDICTS INC<br>6140 S MACADAM AVE<br>PORTLAND, OR 97239 |
| **2.1453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 02/01/2022<br><br>GRAND & BENEDICTS INC<br>6140 S MACADAM AVE<br>PORTLAND, OR 97239 |
| **2.1454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLUMBIA JUNCTION MALL STORE LEASE<br><br>GRAND FORKS LIMITED PARTNERSHIP<br>2901 CLINT MOORE RD., STE 2-332<br>ATTN: WILLIAM SPATZ<br>BOCA RATON, FL 33480 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1455** State what the contract or lease is for and the nature of the debtor's interest — FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 04/10/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | GRAND HAVEN CUSTOM MOLDING LLC DBA EFFIZIENT 1500 S BEECHTREE  ST GRAND HAVEN, MI 49417 |
| **2.1456** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C317038 - DATED 04/19/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | GRAND HAVEN CUSTOM MOLDING LLC DBA EFFIZIENT 1500 S BEECHTREE  ST GRAND HAVEN, MI 49417 |
| **2.1457** State what the contract or lease is for and the nature of the debtor's interest — VILLAGE WEST SHOPPING CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | GRANITE VILLAGE WEST, LP BLACKROCK REALTY ADVISORS 4400 MACARTHUR BOULEVARD, SUITE 700 NEWPORT BEACH, CA 92660 |
| **2.1458** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 11/06/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | GRANT THORNTON LLP 33954 TREASURY CENTER CHICAGO, IL 60694-3900 |
| **2.1459** State what the contract or lease is for and the nature of the debtor's interest — NON-DISCLOSURE AGREEMENT DATED 01/25/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | GRANT THORNTON LLP 33954 TREASURY CENTER CHICAGO, IL 60694-3900 |
| **2.1460** State what the contract or lease is for and the nature of the debtor's interest — GRANTS PASS SHOPPING CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | GRANTS PASS VENTURE, LLC C/O GRE MANAGEMENT SERVICES, INC. 3005 DOUGLAS BLVD, SUITE #200 ROSEVILLE, CA 95661 |
| **2.1461** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK DATED 05/01/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | GRANVILLE ASSOCIATES DBA VISION BUSINESS PRODUCTS PO BOX  643897 PITTSBURGH, PA 15264-3897 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): | 25-10072 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1462** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STORE SUPPLIES SERVICE AGREEMENT DATED 12/15/2023<br><br>GRANVILLE ASSOCIATES DBA VISION BUSINESS PRODUCTS PO BOX 643897 PITTSBURGH, PA 15264-3897 |
| **2.1463** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 11/04/2020<br><br>GRAPHIC COMMUNICATIONS HOLDING INC DBA GRAPHIC COMMUNICATIONS PO BOX 933233 ATLANTA, GA 31193 |
| **2.1464** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024<br><br>GRAZIELLA YARCUSKO ADDRESS ON FILE |
| **2.1465** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SERVICE AGREEMENT DATED 03/01/2021<br><br>GREAT LAKES PETROLEUM CO PO BOX 780040 PHILADELPHIA, PA 19178-0040 |
| **2.1466** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C228628 - DATED 05/01/2014<br><br>GREAT LAKES PETROLEUM CO PO BOX 780040 PHILADELPHIA, PA 19178-0040 |
| **2.1467** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/12/2022<br><br>GREEN BLUE INSTITUTE GREENBLUE PO BOX 1114 CHARLOTTESVILLE, VA 22902 |
| **2.1468** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GREENFIELD FASHION CENTER STORE LEASE<br><br>GREENFIELD, L.P. C/O BONNIE MANAGEMENT CORPORATION 1350 E. TOUHY AVENUE, SUITE 360E DES PLAINES, IL 60018 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1469** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/09/2022 | GREENTEX AMERICA LLC KM 9 VIA PEREIRA- LA VIRGINIA PEREIRA, 662007 COLOMBIA |
| **2.1470** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/30/2020 | GREGORY BLANCHARD ADDRESS ON FILE |
| **2.1471** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/14/2023 | GREGORY BLANCHARD ADDRESS ON FILE |
| **2.1472** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SETTLEMENT AGREEMENT AND RELEASE DATED 01/06/2025 | GREGORY BERNARD ADDRESS ON FILE |
| **2.1473** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/26/2019 | GRENADINE APPAREL INC DBA 3 SPROUTS C/O FTN 151 GAFFIELD DRIVE KIMBALL, MI 48074 |
| **2.1474** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SURETY BOND #14039712 DATED 08/12/2024 | GREYSTONE POWER CORPORATION (ELEC) PO BOX 6071 DOUGLASVILLE, GA 30154-6071 |
| **2.1475** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | GRIDTIYA CHOTIWAN ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known)    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1476** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C308132 - DATED 04/15/2014 <br><br> State the term remaining <br><br> List the contract number of any government contract | GROVE TECHNOLOGIES LLC <br> DBA GROVESITE <br> 3104 EAST CAMELBACK RD #559 <br> PHOENIX, AZ 85016 |
| **2.1477** State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE SUBSCRIPTION AGREEMENT DATED 03/01/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | GROVE TECHNOLOGIES LLC <br> DBA GROVESITE <br> 3104 EAST CAMELBACK RD #559 <br> PHOENIX, AZ 85016 |
| **2.1478** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK DATED 05/27/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | GRUBHUB HOLDINGS INC <br> 111 W. WASHINGTON ST., #2100 <br> CHICAGO, IL 60602 |
| **2.1479** State what the contract or lease is for and the nature of the debtor's interest — COLONIAL COMMONS STORE LEASE <br><br> State the term remaining <br><br> List the contract number of any government contract | GSD PRADSAVI COLONIAL COMMONS, LLC <br> C/O AEM MANAGEMENT SERVICES LLC <br> 35 SOUTH MAIN STREET, PO BOX 2 <br> PEARL RIVER, NY 10965 |
| **2.1480** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 04/04/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | GUANGDONG YIBOXUAN CERAMICS CO LTD <br> DONGSHAN LAKE MODERN <br> BAOYUN 4TH ROAD AND ZHENXING AVE <br> GUANGDONG <br> INDUSTRIAL PARK, CHAOAN <br> CHAOZHOU, 515646 <br> CHINA |
| **2.1481** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 05/28/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | GUANGDONGDONNOTUSE <br> WU ZHI QU SOUTH, DONGMEN VILLAGE <br> 190 <br> CHAOZHOU, 515646 <br> CHINA |
| **2.1482** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 05/01/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | GUANGZHOU XY PAPER CO LTD <br> NO 32 XINZHUANG 2ND ROAD <br> YONGHE, HUANGPU DISCTICT, <br> GUANGZHOU, 510700 <br> CHINA |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known)   25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1483** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/07/2023 <br><br> GUARDIAN SAFETY AND SUPPLY LLC <br> 8248 WEST DOE AVE <br> VISALIA, CA 93291 |
| **2.1484** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 12/03/2024 <br><br> GUGGENHEIM SECURITIES, LLC <br> 330 MADISON AVENUE <br> NEW YORK, NY 10017 |
| **2.1485** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SURETY BOND #14042199 DATED 01/21/2025 <br><br> GULF POWER COMPANY AND FLORIDA POWER <br> ONE ENERGY PLACE <br> PENSACOLA, FL 32520-0714 |
| **2.1486** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CLACKAMAS, OR NO CENTER NAME STORE LEASE <br><br> GULSONS RETAIL, LLC <br> C/O WATUMULL PROPERTIES CORP. <br> 307 LEWERS ST., 6TH FLOOR <br> HONOLULU,, HI 96815 |
| **2.1487** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CRANBERRY MALL. STORE LEASE <br><br> GUMBERG ASSOCIATES - CRANBERRY MALL <br> C/O LG REALTY ADVISORS, INC., AGENT <br> LIBERTY EAST <br> PITTSBURGH, PA 15206 |
| **2.1488** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SPRINGFIELD S/C STORE LEASE <br><br> GUMBERG ASSOCIATES - SPRINGFIELD SQUARE <br> C/O LG REALTY ADVISORS, INC., AGENT <br> LIBERTY EAST, 141 SOUTH SAINT CLAIR STREET, SUITE 201 <br> PITTSBURGH, PA 15206 |
| **2.1489** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ORANGE PARK PLAZA STORE LEASE <br><br> GVD COMMERCIAL PROPERTIES, INC. <br> 1915-A E. KATELLA AVENUE <br> ATTN: PRESIDENT <br> ORANGE, CA 92867 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known)   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1490** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/26/2022<br><br>GWEN STUDIOS<br>1377 BROADCLOTH ST SUITE 202<br>FORT MILL, SC 29715 |
| **2.1491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2024<br><br>GWEN STUDIOS LLC<br>PUDIMADAKA ROAD, ATCHUTAPURAM MANDAL Z03<br>VISAKHAPATNAM, ANDHRA PRADESH, 531011<br>INDIA |
| **2.1492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 05/23/2023<br><br>GXO LOGISTICS SUPPLY CHAIN, INC.<br>4043 PIEDMONT PARKWAY<br>HIGH POINT, NC 27265 |
| **2.1493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/07/2023<br><br>H & E STEEL<br>WELDING & INDUSTRIAL SUPPLY LLC<br>1201 FIRST AVE BLDG 2<br>OPELIKA, AL 36801 |
| **2.1494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURE INSTALLATION SERVICES AGREEMENT DATED 12/21/2023<br><br>H J MARTIN AND SON INC<br>PO BOX 11387<br>GREEN BAY, WI 54307-1387 |
| **2.1495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C142273 - DATED 08/15/2016<br><br>H J MARTIN AND SON INC<br>PO BOX 11387<br>GREEN BAY, WI 54307-1387 |
| **2.1496** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321790 - DATED 02/26/2020<br><br>H&L MECHANICAL LLC<br>221 LOWELL ALLEN RD.<br>WACO, GA 30182 |

Debtor  Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1497 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 02/26/2023 | H&L MECHANICAL LLC 221 LOWELL ALLEN RD. WACO, GA 30182 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 04/25/2023 | HAHN LOESER & PARKS LLP 200 PUBLIC SQUARE SUITE 2800 CLEVELAND, OH 44114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1499 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/2020 | HAHN LOESER & PARKS LLP 65 EAST STATE ST., #1400 COLUMBUS, OH 43215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1500 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 07/01/2023 | HAILAN GUOYUE TRADING CO LTD FLAT D3 4/FL, KA TO FACTORY BLDG. CHEUNG SHA WAN KOWLOON, 999077 HONG KONG |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1501 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC & PLUMBING SUPPLIES SERVICE AGREEMENT DATED 07/05/2023 | HAJOCA CORPORATION HAINES JONES & CADBURY 310 SW 24TH  ST BENTONVILLE, AR 72712 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1502 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C315898 - DATED 07/31/2017 | HAJOCA CORPORATION HAINES JONES & CADBURY 310 SW 24TH  ST BENTONVILLE, AR 72712 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1503 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C301885 - DATED 02/18/2019 | HALEY HERMAN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1504** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 02/18/2022<br><br>HALEY HERMAN<br>ADDRESS ON FILE |
| **2.1505** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>HALEY RAINES<br>ADDRESS ON FILE |
| **2.1506** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327693 - DATED 07/23/2024<br><br>HALLOWEEN HAPPY LLC<br>28 GOODHUE ST. #402<br>SALEM, MA 01970 |
| **2.1507** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORRIDGE MARKETPLACE STORE LEASE<br><br>HAMHIC LLC<br>C/O HAMILTON PARTNERS<br>ATTN: GREG WINNER, MANAGING MEMBER<br>ITASCA, IL 60143 |
| **2.1508** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FREESTANDING STORE LEASE<br><br>HAMILTON CHASE - SANTA MARIA, LLC<br>430 ALISAL ROAD # 468<br>ATTN: CHRISTIAN C. LARSON<br>SOLVANG, CA 93463 |
| **2.1509** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HAMILTON VILLAGE STORE LEASE<br><br>HAMILTON VILLAGE STATION LLC<br>C/O PHILLIPS EDISON & CO.<br>ATTN: ROBERT F. MYERS, COO<br>CINCINNATI, OH 45249 |
| **2.1510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/26/2023<br><br>HANDS CRAFT US, INC.<br>5151 HELIOTROPE AVE<br>VERNON, CA 90058 |

Debtor    Jo-Ann Stores, LLC

Case number (if known)  25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1511** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - C326826 - DATED 09/19/2023 **State the term remaining** **List the contract number of any government contract** | HANNAH MULLEN ADDRESS ON FILE |
| **2.1512** **State what the contract or lease is for and the nature of the debtor's interest** SEVERANCE AGREEMENTS DATED 09/13/2023 **State the term remaining** **List the contract number of any government contract** | HANNAH OSBORN ADDRESS ON FILE |
| **2.1513** **State what the contract or lease is for and the nature of the debtor's interest** EMPLOYEE BUYER AGREEMENT DATED 10/12/2023 **State the term remaining** **List the contract number of any government contract** | HANNAH STAPLES ADDRESS ON FILE |
| **2.1514** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT DATED 05/01/2024 **State the term remaining** **List the contract number of any government contract** | HAPAG-LLOYD AKTIENGESELLSCHAFT HAPAG-LLOYD (AMERICA), LLC 3 RAVINA DR., STE. 1600 ATLANTA, GA 30346 |
| **2.1515** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT - C326606 - DATED 07/31/2023 **State the term remaining** **List the contract number of any government contract** | HAPPILY DRESSED 110 LAKEBIRCH DR. COVINGTON, GA 30016 |
| **2.1516** **State what the contract or lease is for and the nature of the debtor's interest** MASTER VENDOR AGREEMENT DATED 07/17/2023 **State the term remaining** **List the contract number of any government contract** | HAPPYMAX INDUSTRY LIMITED RM1001, 10/F, NINGSHINE BLDG, JIANGNAN RD 130 NINGBO, 315000 CHINA |
| **2.1517** **State what the contract or lease is for and the nature of the debtor's interest** FACILITIES SERVICE AGREEMENT DATED 10/10/2024 **State the term remaining** **List the contract number of any government contract** | HARD FIRE SUPPRESSION SYSTEMS, INC. 400 A E WILSON BRIDGE RD WORTHINGTON, OH 43085 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 05/01/2023 | HARD FIRE SUPPRESSION SYSTEMS, INC. 400 A E WILSON  BRIDGE RD WORTHINGTON, OH 43085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C306601 - DATED 05/01/2016 | HARD FIRE SUPPRESSION SYSTEMS, INC. 400 A E WILSON  BRIDGE RD WORTHINGTON, OH 43085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/02/2023 | HARDICRAFT/HARDICK BV AQUAMARIJNSTRAAT 155 HENGELO, 7554 NP NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/18/2024 | HARMON ENGINEERING & CONT CO INC 13376 CL TORBERT JR. PKWY PO BOX 230 LAFAYETTE, AL 36862 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C317938 - DATED 06/19/2018 | HARMON ENGINEERING & CONT CO INC 13376 CL TORBERT JR. PKWY PO BOX 230 LAFAYETTE, AL 36862 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 10/10/2024 | HARMON ENGINEERING & CONT CO INC 13376 CL TORBERT JR. PKWY PO BOX 230 LAFAYETTE, AL 36862 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT RENEWAL DATED 04/08/2024 | HARMON ENGINEERING & CONT CO INC 13376 CL TORBERT JR. PKWY PO BOX 230 LAFAYETTE, AL 36862 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC                                    Case number (if known):    25-10072
              Name

████    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1525** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/17/2022<br><br>HARMONY PAPER COMPANY LLC & YONGDINGHE RD PLAIN MODEL DIST 180 XINXIAN CITY, 453514 CHINA |
| **2.1526** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SANTA FE SQUARE STORE LEASE<br><br>HARRISON STREET INVESTORS, LLC C/O THE CHOICE GROUP 2265 LIVERNOIS ROAD, SUITE 500 TROY, MI 48083 |
| **2.1527** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KOKOMO SHOPPING CENTER STORE LEASE<br><br>HAUCK HOLDINGS ALEXANDRIA, LLC 4334 GLENDALE MILFORD RD. ATTN: ANDY HAUCK CINCINNATI, OH 45242 |
| **2.1528** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MILWAUKEE MARKET PLACE STORE LEASE<br><br>HAWKINS-SMITH ADDRESS ON FILE |
| **2.1529** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 09/15/2021<br><br>HAYBEACH PARTNERS LLC 555 THEODORE FREMD AVE. SUITE C-303 RYE, NY 10580 |
| **2.1530** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTGATE MARKET STORE LEASE<br><br>HAYS PARTNERS II, LLC 1950 S. WEST STREET ATTN: TOM BOWLES ADN SHARON BOWLES, OWNER/PARTNER WICHITA, KS 67213 |
| **2.1531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOTEM POLE STORE LEASE<br><br>HAZEL TOTEM LLC 8320 NE HWY., 99 VANCOUVER, WA 98665 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/02/2023 | HBX NATURAL LIVING<br>HERENWEG 100<br>NOORDWIJK, 2201 AL<br>NETHERLANDS |
| **2.1533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/23/2022 | HC PACKAGING ASIA LIMITED<br>UNIT 1307, BEVERLY COMMERCIAL<br>CENTERE, 87-105 CHATHAM ROAD SOUTH,<br>KOWLOON CITY, 999077<br>HONG KONG |
| **2.1534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONVEYORS & SORTATION SERVICE AGREEMENT DATED 11/02/2020 | HDG ENTERPRISES OF OHIO LLC<br>PO BOX  30631<br>CLEVELAND, OH 44130 |
| **2.1535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2023 | HEALTHEQUITY, INC<br>PO BOX 14374<br>LEXINGTON, KY 40512 |
| **2.1536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315648 - DATED 05/01/2017 | HEALY CONSTRUCTION SERVICES INC<br>14000 S KEELER AVE<br>CRESTWOOD, IL 60445 |
| **2.1537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/01/2022 | HEALY CONSTRUCTION SERVICES INC<br>14000 S KEELER AVE<br>CRESTWOOD, IL 60445 |
| **2.1538** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | HEATHER BOSO<br>ADDRESS ON FILE |

Debtor  Jo-Ann Stores, LLC
Name                                                    Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1539** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | HEATHER HOLODY<br>ADDRESS ON FILE |
| **2.1540** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 01/11/2021 | HEATHER HOLODY<br>ADDRESS ON FILE |
| **2.1541** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/01/2024 | HEATHER HOLODY<br>ADDRESS ON FILE |
| **2.1542** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/14/2020 | HEATHER HOLODY<br>ADDRESS ON FILE |
| **2.1543** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DATED 08/16/2024 | HEATHER HOLODY<br>ADDRESS ON FILE |
| **2.1544** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C324884 - DATED 06/30/2022 | HEATHER KESLEY ANDERSON<br>ADDRESS ON FILE |
| **2.1545** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/17/2020 | HEATHER KIESELBACH<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1546 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | HEATHER KIESELBACH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1547 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C322932 - DATED 04/15/2020 | HEATHER OBOYLE HOLISTIC BEAUTY & WE 3262 CHADBOURNE ROAD SHAKER HEIGHTS, OH 44120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1548 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 04/17/2024 | HEATHER OBOYLE HOLISTIC BEAUTY & WE 3262 CHADBOURNE ROAD SHAKER HEIGHTS, OH 44120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1549 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 12/14/2020 | HEATHER SKAGGS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1550 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/12/2023 | HEBEI BESTONE JEWELRY CO LTD NO. 662, HEPING WEST ROAD SHIJIAZHUANG, 50000 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1551 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/07/2022 | HEBEI HUANGANG NEW MATERIAL CO LTD YUTIAN COUNTY LIANGJIADIAN TOWN, SHAGOU VILLAGE 60 TANGSHAN, 64101 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1552 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C323224 - DATED 07/15/2021 | HEIDI PARKES ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1553 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HERMITAGE TOWNE PLAZA STORE LEASE | HERMITAGE PLAZA SHOPPING CENTER, INC.<br>C/O J.J. GUMBERG CO, AGENT<br>1051 BRINTON ROAD<br>PITTSBURGH, PA 15221 |
| 2.1554 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POS EQUIPMENT LEASING AGREEMENT DATED 02/01/2022 | HEWLETT PACKARD FINANCIAL SERV<br>PO BOX 402582<br>ATLANTA, GA 30384-2582 |
| 2.1555 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/11/2023 | HEY BUDDY HEY PAL LLC<br>3611 S. SONCY STE 6B<br>AMARILLO, TX 79119 |
| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GOLDEN GATE STORE LEASE | HH GOLDEN GATE LLC<br>98 CUTTER MILL RD., SUITE 462S<br>ATTN: DAREN HORNIG<br>GREAT NECK, NY 11021 |
| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EDGEWOOD PLAZA STORE LEASE | HICKMAN PROPERTIES II<br>ATTN: DONALD P. HICKMAN<br>1091 HOLTON ROAD<br>GROVE CITY, OH 43123 |
| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HR SERVICES AGREEMENT DATED 02/22/2021 | HIGHLAND CONSULTING ASSOC INC<br>159 CROCKER PARK BLVD # 350<br>CLEVELAND, OH 44145 |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C284828 - DATED 02/21/2006 | HIGHLAND CONSULTING ASSOC INC<br>159 CROCKER PARK BLVD # 350<br>CLEVELAND, OH 44145 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1560** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/05/2024<br><br>HIGHLAND CONSULTING ASSOC INC<br>159 CROCKER PARK BLVD # 350<br>CLEVELAND, OH 44145 |
| **2.1561** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 07/01/2024<br><br>HIGHLAND CONSULTING ASSOC INC<br>159 CROCKER PARK BLVD # 350<br>CLEVELAND, OH 44145 |
| **2.1562** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWN CENTER PLAZA STORE LEASE<br><br>HIGHYON SHOPPING CENTER INVESTMENT FUNDS NO. 106 L.P.<br>1000 N HIATUS RD., SUITE 197<br>PEMBROKE PINES, FL 33026 |
| **2.1563** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/08/2016<br><br>HILCO MERCHANT RESOURCES LLC<br>5 REVERE DR SUITE 206<br>NORTHBROOK, IL 60062 |
| **2.1564** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/01/2022<br><br>HILCO MERCHANT RESOURCES LLC<br>5 REVERE DR SUITE 206<br>NORTHBROOK, IL 60062 |
| **2.1565** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HILLCREST PLAZA STORE LEASE<br><br>HILLCREST MO LLC<br>C/O LISA EARLEYWINE, CPM, RPA, VICE PRESIDENT DIRECTOR OF PROPERTY MANAGEMENT<br>KANSAS CITY, MO 64112 |
| **2.1566** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNIVERSITY PLAZA STORE LEASE<br><br>HILLTOP DEVELOPMENT, INC.<br>ATTN: RODDY THRASHER AND CASSIE KERSEY<br>4200 S. CARAWAY RD<br>JONESBORO, AR 72404 |

Debtor  Jo-Ann Stores, LLC
_____
Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1567** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>3200 AGENCY STREET STORE LEASE | HJH IOWA 1, LLC<br>300 W. DOUGLAS AVE., SUITE 1031<br>ATTN: TIM SELNICK<br>WICHITA, KS 67202 |
| **2.1568** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MARKET CENTRE STORE LEASE | HK NEW PLAN ERP PROPERTY HOLDINGS, LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.1569** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>HOLLYWOOD CITY CENTER STORE LEASE | HOLLYWOOD CENTER, INC.<br>200 STANTON BLVD., SUITE 200<br>ATTN: DOMINIC J. TERAMANA JR., PRESIDENT<br>STEUBENVILLE, OH 43952 |
| **2.1570** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>30 A&S DRIVE STORE LEASE | HOLOBEAM, INC.<br>C/O R. A. FREDERICKS & COMPANY, LLP<br>ATTN: RALPH A FREDERICKS, CPA<br>MONTVILLE, NJ 07045 |
| **2.1571** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>HOME DEPOT PLAZA STORE LEASE | HOME DEPOT PLAZA ASSOCIATES LTD.<br>C/O THE SEMBLER COMPANY<br>5858 CENTRAL AVENUE, 2ND FLOOR<br>ST. PETERSBURG, FL 33707 |
| **2.1572** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 06/13/2019 | HOME PRODUCTS INTERNATIONAL NORTH AMERICA INC<br>4501 WEST 47TH STREET<br>CHICAGO, IL 60632 |
| **2.1573** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 02/18/2019 | HONEY CAN DO INTERNATIONAL<br>5300 ST CHARLES ROAD<br>BERKELEY, IL 60163 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1574** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024<br><br>HONGKONG SIMPLE ELEMENT GLOBAL LIMI<br>NO. 1498 JIANGNAN ROAD<br>3-4F, NO.1 BUILDING<br>NINGBO, 315040<br>CHINA |
| **2.1575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BIG LOTS PLAZA STORE LEASE<br><br>HORIZON COMMONS, LLC<br>C/O ROSEN EQUITIES, LLC<br>40 EAST 69TH ST., FOURTH FLOOR<br>NEW YORK, NY 10021 |
| **2.1576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 07/15/2024<br><br>HORIZON FREIGHT SYSTEM INC<br>PO BOX 70242<br>CLEVELAND, OH 44190-0242 |
| **2.1577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321823 - DATED 02/06/2020<br><br>HOULIHAN LOKEY CAPITAL INC<br>10250 CONSTELLATION BLVD, 5TH FL<br>LOS ANGELES, CA 90067 |
| **2.1578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/05/2024<br><br>HOUSEWORKS, LTD<br>2388 PLEASANTDALE ROAD<br>ATLANTA, GA 30340 |
| **2.1579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOUSTON LAKES STORE LEASE<br><br>HOUSTON LAKES RETAIL CENTER, LLC<br>C/O NEYER MANAGEMENT<br>1111 META DRIVE, SUITE 100<br>CINCINNATI, OH 45237 |
| **2.1580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MONTEREY MARKETPLACE II STORE LEASE<br><br>HPC-KCB MONTEREY MARKETPLACE, LLC<br>18321 VENTURA BOULEVARD, SUITE 980<br>TARZANA, CA 91356 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/12/2023 | HTL LIMITED<br>12/F, D.J. BUILDING, 173 HOI BUN ROAD<br>KWUN TONG, 999077<br>CHINA |
| **2.1582** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/22/2024 | HUAIAN FULLYA INTERNATIONAL<br>NO 98 EAST SHENZHEN ROAD<br>HUAIAN, 223005<br>CHINA |
| **2.1583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024 | HUANGYAN FOREVER ARTS & CRAFTS FACT<br>CHENGJIANG INDUSTRY ZONE<br>FENGGUANG ROAD NO 76<br>TAIZHOU, 318020<br>CHINA |
| **2.1584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C210357 - DATED 07/22/2011 | HUB GROUP ASSOCIATES INC<br>33773 TREASURY CTR<br>CHICAGO, IL 60694 |
| **2.1585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRUCKLOAD SERVICE AGREEMENT DATED 04/09/2024 | HUB GROUP ASSOCIATES INC<br>33773 TREASURY CTR<br>CHICAGO, IL 60694 |
| **2.1586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FAIRVIEW PLAZA STORE LEASE | HUDSON RETAIL LLC, FAIRVIEW HUDSON LLC<br>AND 11-13 HUDSON LLC<br>C/O TRG PROPERTY MANAGEMENT, LLC<br>ALBANY, NY 12205 |
| **2.1587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEGAL SERVICES AGREEMENT DATED 06/21/2024 | HUSCH BLACKWELL LLP<br>511 NORTH BROADWAY<br>SUITE 1100<br>MILWAUKEE, WI 53202 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1588** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/19/2023 — HUSNI HASAN<br>ADDRESS ON FILE |
| **2.1589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HUTCHINSON MALL STORE LEASE — HUTCHINSON MALL REALTY GROUP, LLC<br>C/O LEXINGTON REALTY INTERNATIONAL<br>2361 NOSTRAND AVENUE<br>BROOKLYN, NY 11210 |
| **2.1590** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOOKSETT VILLAGE SHOPS STORE LEASE — HV CENTER LLC<br>151 BODMAN PLACE, SUITE 201<br>ATTN: ANDREW DENARDO<br>RED BANK, NJ 07701 |
| **2.1591** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C287005 - DATED 07/30/2015 — HYDROFIRE LLC<br>PO BOX 470, 1401 PARK  LN<br>WEST POINT, GA 31833 |
| **2.1592** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT AMENDMENT DATED 05/21/2024 — HYDROFIRE LLC<br>PO BOX 470, 1401 PARK  LN<br>WEST POINT, GA 31833 |
| **2.1593** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 07/30/2024 — HYDROFIRE LLC<br>PO BOX 470, 1401 PARK  LN<br>WEST POINT, GA 31833 |
| **2.1594** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 04/21/2024 — HYDROFIRE LLC<br>PO BOX 470, 1401 PARK  LN<br>WEST POINT, GA 31833 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORANGE TREE MARKETPLACE STORE LEASE | HYROSEN PROPERTIES, INC.<br>C/O LEAH NOLDEN<br>CITY COMMERCIAL REAL ESTATE SERVICE<br>RANCHO CUCAMONGA, CA 91729 |
| 2.1596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C215079 - DATED 05/23/2013 | HY-TEK INTRALOGISTICS<br>2222 RICKENBACKER PKY WEST<br>COLUMBUS, OH 43217 |
| 2.1597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 02/01/2022 | HY-TEK INTRALOGISTICS<br>2222 RICKENBACKER PKY WEST<br>COLUMBUS, OH 43217 |
| 2.1598 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2024 | HYUNDAI AMERICA SHIPPING<br>222 WEST LAS COLINAS STE 700<br>IRVING, TX 75039 |
| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OCEAN FREIGHT SERVICE AGREEMENT DATED 06/12/2024 | HYUNDAI AMERICA SHIPPING<br>222 WEST LAS COLINAS STE 700<br>IRVING, TX 75039 |
| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C291213 - DATED 05/01/2020 | HYUNDAI AMERICA SHIPPING<br>222 WEST LAS COLINAS STE 700<br>IRVING, TX 75039 |
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C288552 - DATED 07/01/2020 | I. S. T. MANAGEMENT INC<br>DBA NATIONWIDE INT BALLOON DELIVERY<br>900 MOE DRIVE<br>AKRON, OH 44310 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1602** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SERVICE AGREEMENT DATED 08/01/2023 | I. S. T. MANAGEMENT INC DBA NATIONWIDE INT BALLOON DELIVERY 900 MOE DRIVE AKRON, OH 44310 |
| **2.1603** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/19/2022 | I2POLY, INC. 4501 W 47TH ST CHICAGO, IL 60632 |
| **2.1604** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | UNIVERSITY OAKS STORE LEASE | IA ROUND ROCK UNIVERSITY OAKS LIMITED PARTNERSHIP C/O INVENTRUST PROPERTY MANAGEMENT, LLC 3025 HIGHLAND PARKWAY, STE. 350 DOWNERS GROVE, IL 60515 |
| **2.1605** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CLOUD SERVICE AGREEMENT DATED 06/01/2023 | IBM CORP INC-QP3 P.O. BOX 643600 PITTSBURGH, PA 15264-3600 |
| **2.1606** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CLOUD SERVICE AGREEMENT DATED 06/01/2024 | IBM CORP INC-QP3 P.O. BOX 643600 PITTSBURGH, PA 15264-3600 |
| **2.1607** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | IT INFRASTRUCTURE SERVICES AGREEMENT DATED 06/30/2022 | IBM CORP INC-QP3 P.O. BOX 643600 PITTSBURGH, PA 15264-3600 |
| **2.1608** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/29/2024 | IBM CORP INC-QP3 P.O. BOX 643600 PITTSBURGH, PA 15264-3600 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known)    25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C118206 - DATED 05/01/2017<br><br>IBM CORP INC-QP3<br>P.O. BOX  643600<br>PITTSBURGH, PA 15264-3600 |
| **2.1610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROOKFIELD FASHION CENTER STORE LEASE<br><br>ICA BFC VENTURE, LLC<br>C/O CITADEL PROPERTY ADVISORS<br>100 SOUTH WACKER DRIVE, SUITE 950<br>CHICAGO, IL 60606 |
| **2.1611** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C216195 - DATED 01/01/2023<br><br>ICR OPCO LLC<br>ICR LLC<br>761 MAIN AVE.<br>NORWALK, CT 06851 |
| **2.1612** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/26/2019<br><br>IDEASTREAM CONSUMER PRODUCTS LLC<br>812 HURON RD SUITE 390<br>CLEVELAND, OH 44115 |
| **2.1613** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECURITY SERVICE AGREEMENT DATED 11/17/2023<br><br>IDENTIPHOTO COMPANY INC<br>1810 JOSEPH LLOYD PKWY<br>WILLOUGHBY, OH 44094-8042 |
| **2.1614** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C112862 - DATED 10/15/2014<br><br>IDENTIPHOTO COMPANY INC<br>1810 JOSEPH LLOYD PKWY<br>WILLOUGHBY, OH 44094-8042 |
| **2.1615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/19/2023<br><br>IDENTITY SYSTEMS, INC.<br>1324 STIMMEL  ROAD<br>COLUMBUS, OH 43223 |

Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1616** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2023<br><br>IEC GROUP INC<br>AMERIBEN<br>PO BOX 7186<br>BOISE, ID 83707 |
| **2.1617** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/15/2023<br><br>IG DESIGN GROUP AMERICAS<br>5555 GLENRIDGE CONNECTOR STE 200<br>ATLANTA, GA 30342 |
| **2.1618** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICE PLAZA STORE LEASE<br><br>IGI21 KATY LLC<br>1140 N. WILLIAMSON BLVD, SUITE 140<br>ATTN: STEVEN R. GREATHOUSE, CHIEF INVESTMENT OFFICER<br>DAYTONA BEACH, FL 32114 |
| **2.1619** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/10/2023<br><br>IMPACT ANALYTICS INC<br>780 ELKRIDGE LANDING RD<br>LINTHICUM HEIGHTS, MD 21090 |
| **2.1620** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/20/2022<br><br>IMPACT ANALYTICS INC<br>780 ELKRIDGE LANDING RD<br>LINTHICUM HEIGHTS, MD 21090 |
| **2.1621** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318746 - DATED 01/09/2019<br><br>IMPACT ANALYTICS INC<br>780 ELKRIDGE LANDING RD<br>LINTHICUM HEIGHTS, MD 21090 |
| **2.1622** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318746 PROMO OPT - DATED 10/31/2018<br><br>IMPACT ANALYTICS INC<br>780 ELKRIDGE LANDING RD<br>LINTHICUM HEIGHTS, MD 21090 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (if known):  25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1623** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14045875 DATED 05/15/2024<br><br>IMPERIAL IRRIGATION DISTRICT, CA<br>P.O. BOX 937<br>IMPERIAL, CA 92251-0937 |
| **2.1624** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDIAN HILLS PLAZA STORE LEASE<br><br>INDIAN HILLS PLAZA, LLC<br>C/O GATOR DEVELOPMENT CORP.<br>7850 NW 146TH ST., 4TH FLOOR<br>MIAMI LAKES, FL 33016 |
| **2.1625** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/27/2023<br><br>INDIMADE BRANDS LLC<br>7820 E PLEASANT VALLEY RD<br>INDEPENDENCE, OH 44131 |
| **2.1626** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 07/07/2023<br><br>INDUSTRIAL REALTY GROUP, LLC<br>11111 SANTA MONICA BLVD.<br>SUITE 800<br>LOS ANGELES, CA 90025 |
| **2.1627** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C303008 - DATED 01/29/2020<br><br>INDUSTRIAL SERVICE & SUPPLY INC<br>PO BOX 158<br>VALLEY, AL 36854 |
| **2.1628** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/09/2023<br><br>INDUSTRIAL SERVICE & SUPPLY INC<br>PO BOX 158<br>VALLEY, AL 36854 |
| **2.1629** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/10/2023<br><br>INDUSTRIAL SERVICE & SUPPLY INC<br>PO BOX 158<br>VALLEY, AL 36854 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1630** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/31/2022 <br><br> INFINITY HOLDINGS LLC <br> 4215 CROMWELL ROAD <br> CHATTANOOGA, TN 37421 |
| **2.1631** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/29/2022 <br><br> INFOSYS LTD <br> 2300 CABOT DR. <br> LISLE, IL 60532 |
| **2.1632** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C320902 - DATED 10/01/2019 <br><br> INFOSYS LTD <br> 2300 CABOT DR. <br> LISLE, IL 60532 |
| **2.1633** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT DATED 11/01/2024 <br><br> INFOSYS LTD <br> 2300 CABOT DR. <br> LISLE, IL 60532 |
| **2.1634** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2024 <br><br> INFOSYS LTD <br> 2300 CABOT DR. <br> LISLE, IL 60532 |
| **2.1635** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024 <br><br> INFOSYS LTD <br> 2300 CABOT DR. <br> LISLE, IL 60532 |
| **2.1636** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 07/01/2024 <br><br> INFOSYS LTD <br> 2300 CABOT DR. <br> LISLE, IL 60532 |

Debtor    Jo-Ann Stores, LLC
      Name
      Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1637** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HIGH POINT S/C STORE LEASE<br><br>ING, ING AND FOON, LLP<br>C/O AZOSE COMMERCIAL PROPERTIES<br>8451 SE 68TH STREET #200<br>MERCER ISLAND, WA 98040 |
| **2.1638** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIR COMPRESSORS SERVICE AGREEMENT DATED 04/22/2020<br><br>INGERSOLL RAND INDUSTRIAL US INC<br>15768 COLLECTIONS CTR DR.<br>CHICAGO, IL 60693 |
| **2.1639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C286113 - DATED 04/21/2015<br><br>INGERSOLL RAND INDUSTRIAL US INC<br>15768 COLLECTIONS CTR DR.<br>CHICAGO, IL 60693 |
| **2.1640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/14/2019<br><br>INNOVATION FIRST LABS INC<br>6725 W FM 1570<br>GREENVILLE, TX 75402 |
| **2.1641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/21/2024<br><br>INNOVATIVE DESIGNS<br>132 W 36TH ST., SUITE 800<br>NEW YORK, NY 10018 |
| **2.1642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C210412 - DATED 08/18/2020<br><br>INNOVATIVE LOGISTICS SERVICES INC<br>201 E. TWINSBURG RD<br>NORTHFIELD, OH 44067 |
| **2.1643** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/09/2023<br><br>INNOVATIVE LOGISTICS SERVICES INC<br>201 E. TWINSBURG RD<br>NORTHFIELD, OH 44067 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known)    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1644 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 05/31/2024 | INNOVATIVE LOGISTICS SERVICES INC 201 E. TWINSBURG RD NORTHFIELD, OH 44067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1645 | State what the contract or lease is for and the nature of the debtor's interest | ENERGY SERVICE AGREEMENT DATED 05/22/2024 | INSIGHT ENERGY LLC 5555 TRIANGLE PKWY #300 NORCROSS, GA 30092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1646 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C315335 - DATED 05/22/2017 | INSIGHT ENERGY LLC 5555 TRIANGLE PKWY #300 NORCROSS, GA 30092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1647 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/30/2023 | INSIGHT STAFFING SOLUTIONS INC PO BOX 3271 VISALIA, CA 93278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1648 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/07/2024 | INSIGHT STAFFING SOLUTIONS INC PO BOX 3271 VISALIA, CA 93278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1649 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/13/2024 | INSIGHT STAFFING SOLUTIONS INC PO BOX 3271 VISALIA, CA 93278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1650 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C326211 - DATED 06/07/2023 | INSIGHT STAFFING SOLUTIONS INC PO BOX 3271 VISALIA, CA 93278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Jo-Ann Stores, LLC

Name

Case number (if known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1651 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/22/2021 | INSPECTORIO INC<br>400 S. 4TH STREET, STE. 410<br>MINNEAPOLIS, MN 55415 |
| 2.1652 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 06/22/2024 | INSPECTORIO INC<br>400 S. 4TH STREET, STE. 410<br>MINNEAPOLIS, MN 55415 |
| 2.1653 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/10/2022 | INTCO INTERNATIONAL (HK) CO., LTD<br>LEVEL 54 HOPEWELL CENTRE<br>183 QUEEN'S ROAD EAST HONG KONG<br>WANCHAI,<br>HONG KONG |
| 2.1654 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWNE CENTRE STORE LEASE | INTEGRIS VENTURES-TC, LLC<br>C/O INTEGRIS VENTURES - MANAGEMENT, LLC<br>655 CRAIG ROAD, SUITE 100<br>CREVE COEUR, MO 63141 |
| 2.1655 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325916 - DATED 08/28/2014 | INTERACTIVE COMMUNICATIONS INTL INC<br>INCOMM<br>250 WILLIAMS ST., FLOOR 5<br>ATLANTA, GA 30303 |
| 2.1656 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY GIFT CARD SERVICE AGREEMENT DATED 06/24/2022 | INTERACTIVE COMMUNICATIONS INTL INC<br>INCOMM<br>250 WILLIAMS ST., FLOOR 5<br>ATLANTA, GA 30303 |
| 2.1657 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325048 - DITTO - DATED 07/01/2024 | INTERCOM INC<br>55 SECOND ST.<br>#400<br>SAN FRANCISCO, CA 94105 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1658** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITIES SERVICE AGREEMENT DATED 09/03/2024<br><br>INTERFINISH LLC<br>PO BOX 686<br>ANNAPOLIS JUNCTION, MD 20701 |
| **2.1659** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLOORING SERVICE AGREEMENT DATED 11/25/2022<br><br>INTERFINISH LLC<br>PO BOX 686<br>ANNAPOLIS JUNCTION, MD 20701 |
| **2.1660** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2024<br><br>INTERFINISH LLC<br>PO BOX 686<br>ANNAPOLIS JUNCTION, MD 20701 |
| **2.1661** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321420 - DATED 11/25/2019<br><br>INTERFINISH LLC<br>PO BOX 686<br>ANNAPOLIS JUNCTION, MD 20701 |
| **2.1662** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/01/2023<br><br>INTERNATIONAL BALER CORPORATION<br>P.O. BOX 631847<br>CINCINNATI, OH 45263-1847 |
| **2.1663** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C228729 - DATED 10/10/2016<br><br>INTERNATIONAL PAPER CO- CA<br>CAMARILLO PLANT<br>PO BOX 31001-0780<br>PASADENA, CA 91110 |
| **2.1664** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORRUGATED SERVICE AGREEMENT DATED 09/01/2022<br><br>INTERNATIONAL PAPER CO- OH<br>DELAWARE PLANT<br>PO BOX 31001-0780<br>PASADENA, CA 91110 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C291808 - DATED 10/10/2016<br><br>INTERNATIONAL PAPER CO- OH DELAWARE PLANT<br>PO BOX 31001-0780<br>PASADENA, CA 91110 |
| **2.1666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C212918 - DATED 10/10/2016<br><br>INTERNATIONAL PAPER CO-AL FOREST PARK CONTAINER PLANT<br>PO BOX 31001-0780<br>PASADENA, CA 91110 |
| **2.1667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/12/2024<br><br>INTERTRUST CONSULTANTS LIMITED UNIT 01, 3RD FLOOR, 100 BUND SQUARE NO. 100 ZHONG SHAN ROAD SOUTH HUANGPU<br>SHANGHAI, 200010<br>CHINA |
| **2.1668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C321004 - DATED 11/26/2019<br><br>INTRAEDGE INC<br>5660 W. CHANDLER BLVD., STE 1<br>CHANDLER, AZ 85226 |
| **2.1669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SUBSCRIPTION AGREEMENT DATED 12/10/2022<br><br>INTRAEDGE INC<br>5660 W. CHANDLER BLVD., STE 1<br>CHANDLER, AZ 85226 |
| **2.1670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/09/2023<br><br>INTRAEDGE INC<br>5660 W. CHANDLER BLVD., STE 1<br>CHANDLER, AZ 85226 |
| **2.1671** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/01/2023<br><br>INTRAEDGE INC<br>5660 W. CHANDLER BLVD., STE 1<br>CHANDLER, AZ 85226 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1672** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/25/2024<br><br>INTRALINKS INC<br>P.O. BOX 392134<br>PITTSBURGH, PA 15251 |
| **2.1673** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C298791 - DATED 09/06/2018<br><br>INTRALINKS INC<br>P.O. BOX 392134<br>PITTSBURGH, PA 15251 |
| **2.1674** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FREIGHT SERVICES AGREEMENT DATED 02/01/2024<br><br>INTUNE LOGISTICS INC<br>208 ADLEY WAY<br>GREENVILLE, SC 29607 |
| **2.1675** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C299742 - DATED 02/01/2012<br><br>INTUNE LOGISTICS INC<br>208 ADLEY WAY<br>GREENVILLE, SC 29607 |
| **2.1676** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C319191 - DATED 02/20/2019<br><br>INVISORS LLC<br>2000 PGA BLVD STE 4440<br>PALM BEACH GARDENS, FL 33408 |
| **2.1677** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/29/2024<br><br>INVISORS LLC<br>2000 PGA BLVD STE 4440<br>PALM BEACH GARDENS, FL 33408 |
| **2.1678** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C327910 - DATED 07/30/2024<br><br>IRENE DENTON<br>ADDRESS ON FILE |

Debtor   Jo-Ann Stores, LLC
_____
         Name

Case number (if known):   25-10072



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1679** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/25/2021<br><br>IRIS USA INC<br>PO BOX 681111<br>CHICAGO, IL 60695-2111 |
| **2.1680** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/15/2022<br><br>IRIS USA INC<br>13423 WEST CACTUS RD<br>SURPRISE, AZ 85379 |
| **2.1681** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DOCUMENT MANAGEMENT & SHREDDING SERVICE AGREEMENT DATED 07/01/2023<br><br>IRON MOUNTAIN INFORMATION MGT DBA IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087 |
| **2.1682** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C288550 - DATED 02/01/2014<br><br>IRON MOUNTAIN INFORMATION MGT DBA IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087 |
| **2.1683** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/09/2019<br><br>IRON MOUNTAIN INFORMATION MGT DBA IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087 |
| **2.1684** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IRONGATE MALL STORE LEASE<br><br>IRONGATE ASSOCIATES, LLC<br>ATTN: KATE RACANELLI<br>657 E. MAIN STREET<br>MOUNT KISCO, NY 10549 |
| **2.1685** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1991 TIFFIN AVENUE STORE LEASE<br><br>ISAAC HOME DEPOT FINDLAY, LTD.<br>C/O REICHLE KLEIN GROUP<br>1 SEAGATE, 26TH FLOOR<br>TOLDEO, OH 43604 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1686** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTHTOWNE EAST STORE LEASE<br><br>ISAAC NORTHTOWNE EAST DEFIANCE, LTD.<br>C/O REICHLE KLEIN GROUP<br>1 SEAGATE, 26TH FLOOR<br>TOLEDO, OH 43604 |
| **2.1687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MINGES CREEK PLAZA STORE LEASE<br><br>ISAAC PROPERTY & HOLDINGS, LLC<br>DBA 5420 BECKLEY MALL, LLC<br>2081 NILES CORTLAND RD., SE<br>WARREN, OH 44484 |
| **2.1688** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIVERWALK SHOPPING PLAZA STORE LEASE<br><br>ISRAM RIVERWALK, LLC<br>C/O ISRAM REALTY & MANAGEMENT, INC.<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |
| **2.1689** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOLLYWOOD BLVD STORE LEASE<br><br>J AND H HOLLYWOOD, LLC<br>45 NW 21ST STREET<br>MIAMI, FL 33127 |
| **2.1690** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>J AND J CORP<br>NO 201 ILKWANG BLDG 441-1 CHEONHO-DAERO<br>DONGDAEMUN-GU<br>SEOUL, 2645<br>KOREA, REPUBLIC OF |
| **2.1691** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/26/2024<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.1692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 06/28/2023<br><br>J.D. ROSS<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1693 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 07/20/2024 | JACKSON CROSS PARTNERS LLC <br> 151 S. WARNER RD., #110 <br> WAYNE, PA 19087 |
| 2.1694 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 11/04/2024 | JACKSON CROSS PARTNERS LLC <br> 151 S. WARNER RD., #110 <br> WAYNE, PA 19087 |
| 2.1695 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 01/01/2025 | JACKSON CROSS PARTNERS LLC <br> 151 S. WARNER RD., #110 <br> WAYNE, PA 19087 |
| 2.1696 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SURETY BOND #285073856 DATED 07/05/2024 | JACKSON ELECTRIC MEMBERSHIP CORP, GA <br> PO BOX 166023 <br> ALTAMONTE SPRINGS, FL 32716-6023 |
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GROCERY OUTLET SC STORE LEASE | JACKSON GOJO <br> ADDRESS ON FILE |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WISNER STREET PLAZA STORE LEASE | JACKSON PROPERTIES, L.L.C. <br> 2900 UNION LAKE ROAD, SUITE 102 <br> ATTN: MICHAEL MCGLOTHIN, MANAGING MEMBER <br> COMMERCE TWP., MI 48382 |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 01/19/2021 | JACLYN SCHULTE <br> ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                                    Case number (if known)    25-10072
_____
Name

<table>
<tr><td colspan="2"><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1700** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>JACLYN SCHULTE<br>ADDRESS ON FILE |
| **2.1701** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 02/05/2024<br><br>JACQUELINE LLOYD<br>ADDRESS ON FILE |
| **2.1702** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/18/2023<br><br>JACQUELINE O'CONNELL<br>ADDRESS ON FILE |
| **2.1703** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/04/2022<br><br>JADA TAYLOR<br>ADDRESS ON FILE |
| **2.1704** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C319565 - DATED 04/04/2019<br><br>JADA TAYLOR<br>ADDRESS ON FILE |
| **2.1705** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/04/2024<br><br>JAFTEX CORPORATION<br>DBA FABRIC EDITIONS INC<br>49 WEST 37TH STREET, #14<br>NEW YORK, NY 10018 |
| **2.1706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 10/30/2021<br><br>JAMAL JOHNSON<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known):   25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1707** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 <br><br> JAMES WEIKAMP <br> ADDRESS ON FILE |
| **2.1708** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/23/2020 <br><br> JAMES WEIKAMP <br> ADDRESS ON FILE |
| **2.1709** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/31/2024 <br><br> JAMES WEIKAMP <br> ADDRESS ON FILE |
| **2.1710** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/19/2023 <br><br> JAMIE BRUNN <br> ADDRESS ON FILE |
| **2.1711** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C320151 - DATED 08/06/2019 <br><br> JANE FOODS INC <br> KIMBLES <br> 607 HINES  STREET <br> LAGRANGE, GA 30241 |
| **2.1712** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | VENDING SERVICES AGREEMENT DATED 08/05/2023 <br><br> JANE FOODS INC <br> KIMBLES <br> 607 HINES  STREET <br> LAGRANGE, GA 30241 |
| **2.1713** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/31/2022 <br><br> JANET L GROTTENTHALER <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/01/2024 | JANOME AMERICA INC<br>10 INDUSTRIAL AVE SUITE 2<br>MAHWAH, NJ 07430 |
| **2.1715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/01/2024 | JANOME AMERICA INC.<br>10 INDUSTRIAL AVE. SUITE 2<br>MAHWAH, NJ 07430 |
| **2.1716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JO-ANN / PETSMART PLAZASTORE LEASE | JAPM PLAZA LLC<br>20 COMMERCE DRIVE, SUITE 326<br>CRANFORD, NJ 07016 |
| **2.1717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/18/2023 | JASMINE JONES<br>ADDRESS ON FILE |
| **2.1718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 09/20/2022 | JASON WOOD<br>ADDRESS ON FILE |
| **2.1719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C214676 - DATED 11/03/2015 | JAVETTE TRUCK & TRACTOR INC<br>2692 W ESCALON  AVE<br>FRESNO, CA 93711 |
| **2.1720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FIXTURES SERVICE AGREEMENT DATED 06/07/2023 | JAY ROOF<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1721** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C324720 - DATED 05/02/2022 <br> State the term remaining <br> List the contract number of any government contract | JAY ROOF <br> ADDRESS ON FILE |
| **2.1722** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 09/12/2024 <br> State the term remaining <br> List the contract number of any government contract | JB HUNT TRANSPORT INC <br> PO BOX  98545 <br> CHICAGO, IL 60693 |
| **2.1723** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 05/02/2002 <br> State the term remaining <br> List the contract number of any government contract | JB HUNT TRANSPORT INC <br> PO BOX  98545 <br> CHICAGO, IL 60693 |
| **2.1724** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C210322 - DATED 02/03/2014 <br> State the term remaining <br> List the contract number of any government contract | JB HUNT TRANSPORT INC <br> PO BOX  98545 <br> CHICAGO, IL 60693 |
| **2.1725** State what the contract or lease is for and the nature of the debtor's interest — SAVANNAH CENTRE STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | JBL SAVANNAH CENTRE NM-TIMBERSTONE, LLC <br> C/O JBL ASSET MANAGEMET, LLC <br> 2028 HARRISON ST. - SUITE 202 <br> HOLLYWOOD, FL 33020 |
| **2.1726** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 04/15/2020 <br> State the term remaining <br> List the contract number of any government contract | JC COLLEY LLC <br> 212 JARRETT  ST <br> VALLEY, AL 36854 |
| **2.1727** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYMENT AGREEMENT DATED 03/12/2021 <br> State the term remaining <br> List the contract number of any government contract | JEAN ACHTERMANN <br> ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1728 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | JEAN ACHTERMANN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1729 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/08/2022 | JEAN SALATA ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1730 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C227774 - DATED 05/01/2019 | JEAN SALATA ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1731 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | JEFF EDWARDS 5555 DARROW ROAD HUDSON, OH 44236 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1732 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DATED 07/22/2022 | JEFF EDWARDS 5555 DARROW ROAD HUDSON, OH 44236 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1733 | **State what the contract or lease is for and the nature of the debtor's interest** | WARRENTON CENTER STORE LEASE | JEFFERSON ASSOCIATES, LP DBA WARRENTON CENTER LLC C/O TSCG ATLANTA, GA 30339 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1734 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE BUYER AGREEMENT DATED 06/17/2021 | JEFFREY RUDYK ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC                                        Case number (if known)  25-10072
          Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1735** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/18/2023<br><br>JEN GILES<br>ADDRESS ON FILE |
| **2.1736** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/18/2023<br><br>JENNIFER DEIGHTON<br>ADDRESS ON FILE |
| **2.1737** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 05/03/2021<br><br>JENNIFER HALL<br>ADDRESS ON FILE |
| **2.1738** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 01/27/2022<br><br>JENNIFER HALLER<br>ADDRESS ON FILE |
| **2.1739** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/16/2022<br><br>JENNIFER LAHMERS<br>ADDRESS ON FILE |
| **2.1740** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C319656 - DATED 04/15/2019<br><br>JENNIFER LAHMERS<br>ADDRESS ON FILE |
| **2.1741** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326689 - DATED 08/20/2023<br><br>JENNIFER PERKINS<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1742** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C323473C - DATED 05/05/2023 <br><br> JENNIFER TALIS <br> ADDRESS ON FILE |
| **2.1743** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/18/2023 <br><br> JENNIFER ZAMMIKIEL <br> ADDRESS ON FILE |
| **2.1744** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/02/2023 <br><br> JEREMY PYTEL <br> ADDRESS ON FILE |
| **2.1745** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 07/12/2021 <br><br> JEREMY ZELWIN <br> ADDRESS ON FILE |
| **2.1746** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 09/26/2023 <br><br> JEREMY ZELWIN <br> ADDRESS ON FILE |
| **2.1747** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RETENTION BONUS AGREEMENT DATED 07/30/2024 <br><br> JEREMY ZELWIN <br> ADDRESS ON FILE |
| **2.1748** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 05/08/2023 <br><br> JESSICA GARTRELL <br> ADDRESS ON FILE |

Debtor  Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1749** **State what the contract or lease is for and the nature of the debtor's interest** SEVERANCE AGREEMENTS DATED 09/18/2023 **State the term remaining** **List the contract number of any government contract** | JESSICA ORTIZ ADDRESS ON FILE |
| **2.1750** **State what the contract or lease is for and the nature of the debtor's interest** MASTER VENDOR AGREEMENT DATED 07/01/2024 **State the term remaining** **List the contract number of any government contract** | JET HOLDINGS HK LIMITED ROOM 3A, BUILDING 4 NO. 727 DINGXI ROAD, CHANGNING DISTRICT SHANGHAI, 200050 CHINA |
| **2.1751** **State what the contract or lease is for and the nature of the debtor's interest** MASTER VENDOR AGREEMENT DATED 04/01/2024 **State the term remaining** **List the contract number of any government contract** | JEWELRY MADE BY ME LTD FLAT/RM07A, 37/F CABLE TV TOWER NO. 9 HOI SHING ROAD TSUEN WAN NT, HONG KONG |
| **2.1752** **State what the contract or lease is for and the nature of the debtor's interest** MASTER VENDOR AGREEMENT DATED 04/02/2024 **State the term remaining** **List the contract number of any government contract** | JIANGSU PHOENIX ART MATERIALS TECHNOLOGY CO LTD 2# HUAYUAN ROAD, BINHU DISTRICT WUXI, 214131 CHINA |
| **2.1753** **State what the contract or lease is for and the nature of the debtor's interest** MASTER VENDOR AGREEMENT DATED 02/07/2022 **State the term remaining** **List the contract number of any government contract** | JIANGSU ROMROL GROUP OUTDOOR MATERIAL CO LTD 1022 NANHUAN ROAD 2 SUZHOU CITY, 215228 CHINA |
| **2.1754** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT  - C325172 - DATED 09/05/2022 **State the term remaining** **List the contract number of any government contract** | JILL A STEVENSON ADDRESS ON FILE |
| **2.1755** **State what the contract or lease is for and the nature of the debtor's interest** RETENTION BONUS AGREEMENT DATED 10/02/2024 **State the term remaining** **List the contract number of any government contract** | JILL INGRAM ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1756** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 06/12/2023 | JIM HORTON<br>ADDRESS ON FILE |
| **2.1757** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/30/2024 | JIM HORTON<br>ADDRESS ON FILE |
| **2.1758** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/07/2020 | JIMMY ZEMANEK<br>ADDRESS ON FILE |
| **2.1759** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 08/11/2023 | JIMMY ZEMANEK<br>ADDRESS ON FILE |
| **2.1760** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/10/2023 | JIMS TOWING SERVICE INC<br>JTS TRUCK REPAIR<br>PO BOX 40970<br>BAKERSFIELD, CA 93384 |
| **2.1761** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELK GROVE MARKETPLACE STORE LEASE | JJD-HOV ELK GROVE, LLC<br>C/O DANA BUTCHER ASSOCIATES<br>6475 N. PALM AVE., SUITE 101<br>FRESNO, CA 93704 |
| **2.1762** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023 | JOANN DITTO HOLDINGS INC.<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (if known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1763 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023 | JO-ANN STORES SUPPORT CENTER, INC. 5555 DARROW ROAD HUDSON, OH 44236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1764 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023 | JOANN.COM, LLC 5555 DARROW ROAD HUDSON, OH 44236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1765 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327989 - DATED 11/13/2024 | JOANNE YUSUF ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1766 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS AGREEMENT DATED 07/31/2024 | JOCELYN PEARCE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1767 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C315161 - DATED 10/10/2023 | JODY ALEXANDER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1768 | State what the contract or lease is for and the nature of the debtor's interest | JOFFCO SQUARE STORE LEASE | JOFFCO SQUARE SHOPPING CENTER, LLC C/O NASSIMI REALTY 550 7TH AVENUE, 15TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1769 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C210330 - DATED 02/21/2018 | JOHANSON TRANSPORTATION SERVICE PO BOX  55003 FRESNO, CA 93747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1770** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/26/2022 <br><br> JOHN K KINZEL <br> ADDRESS ON FILE |
| **2.1771** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C313382 - DATED 05/25/2019 <br><br> JOHN K KINZEL <br> ADDRESS ON FILE |
| **2.1772** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/12/2023 <br><br> JOHN PORTER <br> ADDRESS ON FILE |
| **2.1773** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/03/2022 <br><br> JOHN STALCUP <br> ADDRESS ON FILE |
| **2.1774** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 07/12/2023 <br><br> JOHN STALCUP <br> ADDRESS ON FILE |
| **2.1775** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> JOHNATHON SPILKER <br> ADDRESS ON FILE |
| **2.1776** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | JOHNSON CITY PLAZA STORE LEASE <br><br> JOHNSON CITY PLAZA, LLC <br> C/O WIGGINS ASSOCIATES <br> 2964 PEACHTREE ROAD NW, SUITE 380 <br> ATLANTA, GA 30305 |

Debtor  Jo-Ann Stores, LLC                                    Case number (If known)  25-10072
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1777** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SURETY BOND #285054267 DATED 11/17/2024 — JOHNSON CITY POWER BOARD, 2600 BOONES CREEK ROAD, JOHNSON CITY, TN 37615 |
| **2.1778** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 07/10/2023 — JON HEPLER, ADDRESS ON FILE |
| **2.1779** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 10/01/2024 — JON HEPLER, ADDRESS ON FILE |
| **2.1780** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 — JON LOFTON, ADDRESS ON FILE |
| **2.1781** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 — JONATHAN HOFER, ADDRESS ON FILE |
| **2.1782** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 12/17/2020 — JONATHAN PORTZ, ADDRESS ON FILE |
| **2.1783** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 — JONATHAN PORTZ, ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                          Case number (If known):    25-10072
_____
Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1784 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C324180 - DATED 02/15/2022 | JONATHAN RAFFESBERGER ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1785 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C309666 - DATED 04/29/2019 | JONES LANG LASALLE AMERICAS INC MAIL BIN CSCF-JOANN 700 OAKMONT LANE 2ND FL. WESTMONT, IL 60559 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1786 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/21/2023 | JONES LANG LASALLE AMERICAS INC C MAIL BIN CSCF- JOANN 700 OAKMONT LN., 2ND FL. WESTMONT, IL 60559 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1787 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED 12/05/2024 | JONES LANG LASALLE AMERICAS, INC. 330 MADISON AVENUE FOURTH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1788 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/12/2024 | JORDAN POWER & EQUIPMENT CO. 281 SOUTHWEST AVENUE TALLMADGE, OH 44278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1789 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 05/15/2023 | JOSEPH GUTKOSKI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1790 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS AGREEMENT DATED 07/29/2024 | JOSEPH GUTKOSKI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1791** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C281882 - DATED 01/09/2015 | JOSHEN PAPER AND PACKAGING<br>BUNZL DISTRIBUTION MIDCENTRAL INC<br>PO BOX 7410087<br>CHICAGO, IL 60674-5087 |
| **2.1792** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 04/01/2024 | JOSHEN PAPER AND PACKAGING<br>BUNZL DISTRIBUTION MIDCENTRAL INC<br>PO BOX 7410087<br>CHICAGO, IL 60674-5087 |
| **2.1793** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/01/2024 | JOSHUA BELT<br>ADDRESS ON FILE |
| **2.1794** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/20/2020 | JOSHUA BELT<br>ADDRESS ON FILE |
| **2.1795** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARK WEST PLACE STORE LEASE | JOULE PARK WEST OWNER, LLC<br>C/O RAIDER HILL ADVISORS LLC<br>757 THIRD AVENUE, 15TH FLOOR<br>NEW YORK, NY 10017 |
| **2.1796** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 06/07/2022 | J'S COMMUNICATIONS INC<br>3733 S. BAGLEY AVE  STE C<br>FRESNO, CA 93725 |
| **2.1797** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C320491 - DATED 07/07/2022 | J'S COMMUNICATIONS INC<br>3733 S. BAGLEY AVE  STE C<br>FRESNO, CA 93725 |

Debtor     Jo-Ann Stores, LLC                                          Case number (If known):  25-10072
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327726 - DATED 07/18/2024 | JULIA BARTELS<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1798** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT  - C327726 - DATED 07/18/2024 | JULIA BARTELS<br>ADDRESS ON FILE |
| **2.1799** | EAST BROADWAY BLVD STORE LEASE<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JUMBO PROPERTY GROUP LLC<br>6298 E. GRANT RD., SUITE 100<br>ATTN: LEASE ADMINISTRATION<br>TUSCON, AZ 85712 |
| **2.1800** | EMPLOYMENT AGREEMENT DATED 06/06/2022<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JUSTIN DAVIS<br>ADDRESS ON FILE |
| **2.1801** | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KAILYN D'ELENA<br>ADDRESS ON FILE |
| **2.1802** | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KAITLYN KEARIS<br>ADDRESS ON FILE |
| **2.1803** | MASTER VENDOR AGREEMENT DATED 03/28/2024<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KALAN LP<br>97 S UNION AVE<br>LANSDOWNE, PA 19050 |
| **2.1804** | SERVICE AGREEMENT  - C325139 - DATED 08/17/2022<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KAREN A KAISER<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1805** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/02/2023 | KAREN B EDENFIELD ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1806** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C224222 - DATED 05/28/2019 | KAREN B EDENFIELD ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1807** **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | KARIN KRIVICKE ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1808** **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/12/2024 | KARIN PACK ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1809** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C324096 - DATED 02/01/2022 | KARLY JASPER ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1810** **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE BUYER AGREEMENT DATED 01/29/2021 | KAT CHROWL ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1811** **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 05/03/2023 | KATE DARKER ADDRESS ON FILE |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1812** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 05/14/2022<br><br>KATHERINE CHROWL<br>ADDRESS ON FILE |
| **2.1813** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321693 - DATED 03/19/2020<br><br>KATHERINE MARIE SHELTON<br>ADDRESS ON FILE |
| **2.1814** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 03/19/2023<br><br>KATHERINE MARIE SHELTON<br>ADDRESS ON FILE |
| **2.1815** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>KATHIE PETERSON<br>ADDRESS ON FILE |
| **2.1816** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/28/2024<br><br>KATHLEEN MYERS<br>ADDRESS ON FILE |
| **2.1817** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>KATHRYN KUZIOR LINDHE<br>ADDRESS ON FILE |
| **2.1818** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326369 - DATED 06/01/2023<br><br>NAME ON FILE<br>ADDRESS ON FILE |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1819 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 03/01/2021 | KATRINA J WHITED ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1820 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C299045 - DATED 05/01/2014 | KATRINA J WHITED ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1821 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | KATRINA SIGMUND ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1822 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA PRODUCTION SERVICE AGREEMENT DATED 03/15/2024 | KATZ MEDIA GROUP INC C/O BANK OF AMERICA 12022 COLLECTIONS CENTER DR. CHICAGO, IL 60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1823 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/13/2022 | KAWEAH CONTAINER INC DEPT LA 24311 PASADENA, CA 91185-4311 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1824 | **State what the contract or lease is for and the nature of the debtor's interest** | RIVERDALE PLAZA STORE LEASE | KB RIVERDALE, LLC 2743 PERIMETER PKWY BLDG 100, STE 370 AUGUSTA, GA 30909 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1825 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C325347 - DATED 08/22/2022 | KECHENA RICHARDSON ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Jo-Ann Stores, LLC
_____
Name

Case number (If known): 25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1826** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>KEITH KREMYAR<br>ADDRESS ON FILE |
| **2.1827** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORVALLIS CROSSING STORE LEASE<br><br>KEIZER ENTERPRISES, LLC<br>ATTN: DARREN DICKERHOOF<br>777 NE 2ND STREET, SUITE 200<br>CORVALLIS, OR 97330 |
| **2.1828** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327945 - DATED 09/27/2024<br><br>KELLY OESTER<br>ADDRESS ON FILE |
| **2.1829** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/05/2024<br><br>KEN DOUGLAS<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |
| **2.1830** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 04/12/2023<br><br>KEN KLEVE<br>ADDRESS ON FILE |
| **2.1831** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674018470 DATED 08/12/2024<br><br>KENERGY CORP<br>PO BOX 1389<br>OWENSBORO, KY 42302-1389 |
| **2.1832** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326923 - DATED 09/19/2023<br><br>KENJAH BATTLE<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1833** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSTRUCTION SERVICES AGREEMENT DATED 11/01/2022<br><br>KENMORE CONSTRUCTION CO INC<br>700 HOME AVENUE<br>AKRON, OH 44310 |
| **2.1834** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C320728 - DATED 11/01/2019<br><br>KENMORE CONSTRUCTION CO INC<br>700 HOME AVENUE<br>AKRON, OH 44310 |
| **2.1835** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 01/21/2024<br><br>KENNETH DOUGLAS<br>ADDRESS ON FILE |
| **2.1836** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 08/24/2021<br><br>KENNETH DOUGLAS<br>ADDRESS ON FILE |
| **2.1837** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 05/19/2022<br><br>KERRY LEHRKE<br>ADDRESS ON FILE |
| **2.1838** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/07/2024<br><br>KERRY LEHRKE<br>ADDRESS ON FILE |
| **2.1839** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>KEVIN BEEGLE<br>ADDRESS ON FILE |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1840** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 12/14/2020<br><br>KEVIN BEEGLE<br>ADDRESS ON FILE |
| **2.1841** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/03/2024<br><br>KEVIN BEEGLE<br>ADDRESS ON FILE |
| **2.1842** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>KEVIN MARSH<br>ADDRESS ON FILE |
| **2.1843** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 09/20/2023<br><br>KEVIN SWEENEY<br>ADDRESS ON FILE |
| **2.1844** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/19/2024<br><br>KEVIN SWEENEY<br>ADDRESS ON FILE |
| **2.1845** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/01/2024<br><br>KEYCRAFT GLOBAL INC<br>25 1ST AVE SW STE A<br>WATERTOWN, SD 57201 |
| **2.1846** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674018472 DATED 08/12/2024<br><br>KEYSPAN GAS EAST CORPORATION, NIAGARA<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C210488 - DATED 10/01/2017 | KEYSTONE FREIGHT CORP<br>PO BOX 2697<br>SECAUCUS, NJ 07096 |
| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VILLAGE AT RIVERGATE STORE LEASE | KHALIK INVESTMENTS 2 LLC<br>ATTN: MOHAMED ABDEL-KHALIK<br>650 E. OLD HICKORY BLVD.<br>MADISON, TN 37115 |
| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KENT HILL PLAZA STORE LEASE | KHP LIMITED PARTNERSHIP<br>950 72ND NORTH, SUITE 100<br>ATTN: JOHN GRAHAM<br>SEATTLE, WA 98103 |
| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2019 | KIKKERLAND DESIGN INC<br>666 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10012 |
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/01/2022 | KIM LONG VINA COMPANY LIMITED<br>AN HOA COMMUNE<br>KIM SON DISTRICT<br>NINH MINH PROVINCE, 8000<br>VIETNAM |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2024 | KIMBERLEY LAMBERT<br>ADDRESS ON FILE |
| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE RIVERVIEW AT DOBSON STORE LEASE | KIMCO RIVERVIEW, LLC<br>C/O KIMCO REALTY CORPORATION -1495B<br>ATTN: LEGAL DEPARTMENT<br>TUSTIN, CA 92782 |

Debtor   Jo-Ann Stores, LLC
_____
Name

Case number (If known):  25-10072
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1854** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTLAKE SHOPPING CENTER STORE LEASE<br><br>KIMCO WESTLAKE L.P.<br>500 NORTH BROADWAY, SUITE 201<br>P.O. BOX 9010<br>JERICHO, NY 11753 |
| **2.1855** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/26/2019<br><br>KING ART<br>4 MANHATTANVILLE RD, SUITE 206<br>PURCHASE, NY 10577 |
| **2.1856** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKET PLACE STORE LEASE<br><br>KING CROSSING, LLC<br>C/O CORNING COMPANIES<br>2280 GRANT ROAD, SUITE A<br>BILLINGS, MT 59102 |
| **2.1857** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/30/2019<br><br>KINGART<br>4 MANHATTANVILLE RD, SUITE 206<br>PURCHASE, NY 10577 |
| **2.1858** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SERVICE AGREEMENT DATED 10/10/2022<br><br>KINGS PETROLEUM LLC<br>PO BOX 841318<br>LOS ANGELES, CA 90084 |
| **2.1859** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 11/22/2024<br><br>KINGSWOOD CAPITAL MANAGEMENT, LP<br>11812 SAN VICENTE BLVD.<br>SUITE 604<br>LOS ANGELES, CA 90049 |
| **2.1860** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTRUM AT CROSSROADS STORE LEASE<br><br>KIR CARY LIMITED PARTNERSHIP<br>500 NORTH BROADWAY, SUITE 201<br>P.O. BOX 9010<br>JERICHO, NY 11753 |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1861** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | COVINA TOWN SQUARESTORE LEASE <br><br> KIR COVINA, L.P. <br> 500 NORTH BROADWAY, SUITE 201 <br> P.O. BOX 9010 <br> JERICHO, NY 11753 |
| **2.1862** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PAVILLIONS CENTRE STORE LEASE <br><br> KIR FEDERAL WAY 035, LLC <br> 500 NORTH BROADWAY, SUITE 201 <br> P.O. BOX 9010 <br> JERICHO, NY 11753 |
| **2.1863** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ARBOR LAKES S/C STORE LEASE <br><br> KIR MAPLE GROVE L.P. <br> C/O KIMCO REALTY CORPORATION <br> 500 NORTH BROADWAY, SUITE 201 <br> JERICHO, NY 11753 |
| **2.1864** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SHOPS AT SONCY STORE LEASE <br><br> KIR SONCY L.P. <br> 500 NORTH BROADWAY, SUITE 201 <br> JERICHO, NY 11753 |
| **2.1865** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PLAZA AT CITRUS PARK STORE LEASE <br><br> KIR TAMPA 003, LLC <br> 500 NORTH BROADWAY, SUITE 201 <br> PO BOX 9010 <br> JERICHO, NY 11753 |
| **2.1866** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C327853 - DATED 08/26/2024 <br><br> KIRK PALMER & ASSOCIATES INC <br> 500 FIFTH AVE, 53RD FLOOR <br> NEW YORK, NY 10110 |
| **2.1867** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/10/2023 <br><br> KISS PRODUCTS, INC. <br> 25 HARBOR PARK DRIVE <br> PORT WASHINGTON, NY 11050 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1868 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TARGET AT KISSIMMEE WEST STORE LEASE<br><br>KISSIMMEE WEST FLORIDA, LP<br>C/O CIMINELLI REAL ESTATE SERVICES<br>4100 W. KENNEDY BLVD., SUITE #105<br>TAMPA, FL 33609 |
| 2.1869 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMONS AT TEMECULA STORE LEASE<br><br>KITE REALTY GROUP, L.P.<br>DBA KRG TEMECULA COMMONS, LLC (WHOLLY OWNED SUBSIDIARY OF THE ABOVE)<br>30 SOUTH MERIDIAN STREET, SUITE 1100<br>INDIANAPOLIS, IN 46204 |
| 2.1870 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JEFFERSON SQUARE STORE LEASE<br><br>KLAMATH-JEFFERSON, LLC<br>C/O DICKERHOOF PROPERTIES<br>777 NE SECOND STREET, SUITE 200<br>CORVALLIS, OR 97330 |
| 2.1871 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/01/2024<br><br>KLARNA INC<br>800 N HIGH ST, FL 4<br>COLUMBUS, OH 43215 |
| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323269 - DATED 08/01/2021<br><br>KLARNA INC<br>800 N HIGH ST, FL 4<br>COLUMBUS, OH 43215 |
| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 12/19/2024<br><br>KLARNA INC<br>800 N HIGH ST, FL 4<br>COLUMBUS, OH 43215 |
| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HVAC/R SERVICE AGREEMENT DATED 01/01/2023<br><br>KLINE & KAVALI MECHANICAL CONT LLC<br>1294 BRIMFIELD  DR<br>KENT, OH 44240 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1875** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C112376 - DATED 01/01/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | KLINE & KAVALI MECHANICAL CONT LLC<br>1294 BRIMFIELD DR<br>KENT, OH 44240 |
| **2.1876** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 07/13/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | KLX LLC<br>PO BOX 488<br>MARSING, ID 83639-0488 |
| **2.1877** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C318986 - DATED 07/25/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | KLX LLC<br>PO BOX 488<br>MARSING, ID 83639-0488 |
| **2.1878** State what the contract or lease is for and the nature of the debtor's interest — TRUCKLOAD SERVICE AGREEMENT DATED 04/08/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | KLX LLC<br>PO BOX 488<br>MARSING, ID 83639-0488 |
| **2.1879** State what the contract or lease is for and the nature of the debtor's interest — TRUCKLOAD SERVICE AGREEMENT DATED 07/24/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | KLX LLC<br>PO BOX 488<br>MARSING, ID 83639-0488 |
| **2.1880** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 09/01/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | KNIGHT TRANSPORTATION SERVICES INC<br>20002 N. 19TH AVE<br>PHOENIX, AZ 85027-4250 |
| **2.1881** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK DATED 04/22/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | KNIGHT TRANSPORTATION SERVICES INC<br>20002 N. 19TH AVE<br>PHOENIX, AZ 85027-4250 |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known):  25-10072
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1882** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARVEST PARK SHOPPING CENTER STORE LEASE | KNOXVILLE LEVCAL LLC<br>C/O FIDELIS REALTY PARTNERS, LTD.<br>4500 BISSONNET STREET, SUITE 200<br>BELLAIRE, TX 77401 |
| **2.1883** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/01/2024 | KOGNITIV INC<br>1340 CENTRE ST. #208<br>NEWTON, MA 02459 |
| **2.1884** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327449 - DATED 04/15/2024 | KOGNITIV INC<br>1340 CENTRE ST. #208<br>NEWTON, MA 02459 |
| **2.1885** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024 | KOGNITIV INC<br>1340 CENTRE ST. #208<br>NEWTON, MA 02459 |
| **2.1886** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT  - C303347 IT - DATED 11/10/2015 | KONICA MINOLTA BUSINESS SOLUTIONS<br>101 WILLIAMS DRIVE<br>RAMSEY, NJ 07446 |
| **2.1887** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 10/10/2024 | KONICA MINOLTA BUSINESS SOLUTIONS<br>101 WILLIAMS DRIVE<br>RAMSEY, NJ 07446 |
| **2.1888** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 12/20/2024 | KONICA MINOLTA BUSINESS SOLUTIONS<br>101 WILLIAMS DRIVE<br>RAMSEY, NJ 07446 |

Debtor  Jo-Ann Stores, LLC

Name

Case number (If known): 25-10072

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1889** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C316649 - DATED 01/04/2018<br><br>KORBER SUPPLY CHAIN US INC<br>HIGH JUMP SOFTWARE INC<br>DEPT CH 17044<br>PALATINE, IL 60055-7091 |
| **2.1890** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 11/28/2022<br><br>KORBER SUPPLY CHAIN US INC<br>HIGH JUMP SOFTWARE INC<br>DEPT CH 17044<br>PALATINE, IL 60055-7091 |
| **2.1891** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 02/01/2024<br><br>KORBER SUPPLY CHAIN US INC<br>HIGH JUMP SOFTWARE INC<br>DEPT CH 17044<br>PALATINE, IL 60055-7091 |
| **2.1892** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RECRUITING SERVICE AGREEMENT DATED 08/01/2024<br><br>KORN FERRY INC<br>NW 5854 PO BOX 1450<br>MINNEAPOLIS, MN 55485-5854 |
| **2.1893** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C218313 - DATED 08/01/2021<br><br>KORN FERRY INC<br>NW 5854 PO BOX 1450<br>MINNEAPOLIS, MN 55485-5854 |
| **2.1894** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/01/2024<br><br>KORRIE DISANTO<br>ADDRESS ON FILE |
| **2.1895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C318141 - DATED 05/20/2021<br><br>KORRIE DISANTO<br>ADDRESS ON FILE |

| Debtor | Jo-Ann Stores, LLC | | Case number (If known): | 25-10072 |
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1896 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 05/01/2024 | KORRIE DISANTO<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1897 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DATED 05/09/2022 | KORT MASTELLER<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1898 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 08/09/2023 | KORT MASTELLER<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1899 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C323723 - DATED 08/31/2021 | KORTO MOMOLU BRIGGS<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1900 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C313635 - DATED 09/07/2016 | KOUNT INC<br>PO BOX 71221<br>CHARLOTTE, NC 28272-1221 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1901 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 04/01/2023 | KOUNT INC<br>PO BOX 71221<br>CHARLOTTE, NC 28272-1221 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1902 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSSING MEADOWS PLAZA STORE LEASE | KRAUS-ANDERSON, INC.<br>C/O KRAUS-ANDERSON REALTY CO.<br>ATTN: CROSSING MEADOWS PM<br>MINNEAPOLIS, MN 55404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1903** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COSTCO PLAZA STORE LEASE<br><br>KRCX PRICE REIT, LLC<br>C/O KIMCO REALTY CORPORATION<br>500 NORTH BROADWAY, SUITE 201<br>JERICHO, NY 11753 |
| **2.1904** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOLLGATE PLAZA STORE LEASE<br><br>KRG BEL AIR SQUARE, LLC<br>C/O KITE REALTY GROUP<br>30 SOUTH MERIDIAN STREET, SUITE 1100<br>INDIANAPOLIS, IN 46204 |
| **2.1905** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COOL SPRINGS MARKET STORE LEASE<br><br>KRG COOL SPRINGS, LLC<br>ATTN: ROBERT MCGUINNESS, ASSET MANAGER<br>30 S. MERIDIAN STREET, SUITE 1100<br>INDIANAPOLIS, IN 46204 |
| **2.1906** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKET STREET VILLAGE STORE LEASE<br><br>KRG MARKET STREET VILLAGE, LP<br>30 S. MERIDIAN, SUITE 1100<br>ATTN: LEASE ADMINISTRATION<br>INDIANAPOLIS, IN 46204 |
| **2.1907** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLONY SQUARE STORE LEASE<br><br>KRG SUGAR LAND COLONY, LLC<br>C/O KITE REALTY GROUP<br>30 SOUTH MERIDIAN STREET, SUITE 1100<br>INDIANAPOLIS, IN 46204 |
| **2.1908** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>KRISTIAN HYDE<br>ADDRESS ON FILE |
| **2.1909** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 12/22/2020<br><br>KRISTIN SMRSTICK<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1910** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/12/2022 <br><br> KTC EXPORT PVT LTD <br> 4B, CHETAN SETH STREET <br> KOLKATA, 700007 <br> INDIA |
| **2.1911** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SURETY BOND #14039724 DATED 12/01/2024 <br><br> KUB-KNOXVILLE UTILITIES BOARD <br> PO BOX 59029 <br> KNOXVILLE, TN 37950-9029 |
| **2.1912** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 07/08/2022 <br><br> KUECKER PULSE INTEGRATION, L.P. D/B/A KPI INTEGRATED SOLUTIONS <br> 801W MARKEY ROAD <br> BELTON, MO 64012 |
| **2.1913** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SURETY BOND #285075125 DATED 09/26/2024 <br><br> KU-KENTUCKY UTILITIES COMPANY <br> PO BOX 25212 <br> LEHIGH VALLEY, PA 18002-5212 |
| **2.1914** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/24/2022 <br><br> KWALITY EXPORTS <br> SF NO 263/3F1 <br> SALEM BYPASS ROAD <br> KATHAPARAI <br> KARUR, 639006 <br> INDIA |
| **2.1915** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 05/10/2021 <br><br> KYLE MOLLOY <br> ADDRESS ON FILE |
| **2.1916** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 05/12/2021 <br><br> KYLE SCHULD <br> ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1917** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/23/2021<br><br>KYNDRYL INC<br>AR LKBX #735919<br>14800 FRYE RD., 2ND FL.<br>FORT WORTH, TX 76155 |
| **2.1918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 11/01/2024<br><br>KYNDRYL INC<br>AR LKBX #735919<br>14800 FRYE RD., 2ND FL.<br>FORT WORTH, TX 76155 |
| **2.1919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STERLING LINCOLN CENTER STORE LEASE<br><br>L & L PROPERTEIS OF STERLING, LLC<br>218 W. 3RD ST.<br>ATTN: BRECK LOOS<br>STERLING, IL 61081 |
| **2.1920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOUTH MAIN STREET STORE LEASE<br><br>L. BRENT DAHLE<br>ADDRESS ON FILE |
| **2.1921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VALLEY COURT SHOPPPING CENTER STORE LEASE<br><br>L.H.W.O.P., L.L.C.<br>C/O RONALD L. DANIELS - BUYERS REALTY, INC.<br>4350 WESTOWN PARKWAY, SUITE 100<br>WEST DES MOINES, IA 50266 |
| **2.1922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/07/2015<br><br>LA DARLING COMPANY<br>91516 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.1923** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTRIDGE PLAZA STORE LEASE<br><br>LA HABRA WESTRIDGE PARTNERS, L.P.<br>C/O SDL MANAGEMENT COMPANY<br>2222 E. 17TH STREET<br>SANTA ANA, CA 92705 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1924** State what the contract or lease is for and the nature of the debtor's interest — LAFAYETTE CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | LAFAYETTE PLAZA, INC.<br>C/O EQUITY MANAGEMENT LLC<br>215 E. 58TH ST., SUITE # 3A<br>NEW YORK, NY 10022 |
| **2.1925** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #674018888 DATED 10/28/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | LAFAYETTE UTILITIES SYSTEMS (LUS)<br>P.O. BOX 4024-C<br>LAFAYETTE, LA 70502 |
| **2.1926** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C321798 - DATED 09/07/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | LAGHETTO STUDIO<br>DBA M COLLECTION<br>2 OLD STONE BRIDGE RD.<br>COS COB, CT 06807 |
| **2.1927** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #14044332 DATED 09/04/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKE APOPKA NATURAL GAS DISTRICT<br>1320 WINTER GARDEN-VINELAND RD.<br>WINTER GARDEN, FL 34787 |
| **2.1928** State what the contract or lease is for and the nature of the debtor's interest — WESTSIDE NORTH SHOPPING CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKE CHARLES PC, L.P.<br>ATTN: PROPERTY MANAGEMENT<br>900 TOWN & COUNTRY LANE<br>HOUSTON, TX 77024 |
| **2.1929** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 06/15/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKE ERIE GRAPHICS INC<br>5372 WEST 130TH STREET<br>BROOKPARK, OH 44142 |
| **2.1930** State what the contract or lease is for and the nature of the debtor's interest — GENEVA COMMONS STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKE GENEVA RETAIL LEASECO., L.L.C.<br>INLAND COMM. REAL ESTATE SERVICES LLC #51573<br>2901 BUTTERFIELD RD<br>OAK BROOK, IL 60523 |

Debtor   Jo-Ann Stores, LLC
Name

Case number (If known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1931** State what the contract or lease is for and the nature of the debtor's interest — LAKE PARK S/C STORE LEASE; State the term remaining; List the contract number of any government contract | LAKE PARK INVESTORS, LLC 3265 MERIDIAN PARKWAY, SUITE 130 WESTON, FL 33331 |
| **2.1932** State what the contract or lease is for and the nature of the debtor's interest — LAKE VIEW PLAZA STORE LEASE; State the term remaining; List the contract number of any government contract | LAKE VIEW PLAZA OWNER, LLC C/O THE HUTENSKY GROUP, LLC 100 CONSTITUTION PLAZA HARTFORD, CT 06103 |
| **2.1933** State what the contract or lease is for and the nature of the debtor's interest — BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 09/20/2023; State the term remaining; List the contract number of any government contract | LAKEVIEW CONSTRUCTION LLC 10505 CORPORATE DR. STE 200 PLEASANT PRAIRIE, WI 53158 |
| **2.1934** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C299955 - DATED 09/20/2021; State the term remaining; List the contract number of any government contract | LAKEVIEW CONSTRUCTION LLC 10505 CORPORATE DR. STE 200 PLEASANT PRAIRIE, WI 53158 |
| **2.1935** State what the contract or lease is for and the nature of the debtor's interest — LAKEWOOD PLAZA STORE LEASE; State the term remaining; List the contract number of any government contract | LAKEWOOD STATION LLC ATTN: ROBERT F. MYERS, COO 11501 NORTHLAKE DRIVE CINCINNATI, OH 45249 |
| **2.1936** State what the contract or lease is for and the nature of the debtor's interest — LAKEWOOD VILLAGE STORE LEASE; State the term remaining; List the contract number of any government contract | LAKEWOOD VILLAGE SHOPPING PARK LLC ATTN: RICHARD H. ASHLEY, MANAGER 2851 LAKEWOOD VILLAGE DRIVE NORTH LITTLE ROCK, AR 72116 |
| **2.1937** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C322484 - DATED 12/08/2020; State the term remaining; List the contract number of any government contract | LANA WILLIAMS OFFICIAL ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1938** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WILLAMETTE TOWN CENTER STORE LEASE<br><br>LANCASTER DEVELOPMENT COMPANY LLC<br>C/O C.E. JOHN COMPANY, INC.<br>ATTN: DIRECTOR OF PROPERTY MANAGEMENT<br>VANCOUVER, WA 98661 |
| **2.1939** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEGAL SERVICES AGREEMENT DATED 08/24/2023<br><br>LANCE R MILLER, WRIGHT, LINDSEY & JENNINGS LLP<br>200 WEST CAPITOL AVENUE<br>SUITE 2300<br>LITTLE ROCK, AR 72201-3699 |
| **2.1940** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/25/2020<br><br>LANDAIR TRANSPORT INC<br>COVENANT LOGISTICS GROUP INC<br>PO BOX 735674<br>DALLAS, TX 75373 |
| **2.1941** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2020<br><br>LANDAIR TRANSPORT INC<br>COVENANT LOGISTICS GROUP INC<br>PO BOX 735674<br>DALLAS, TX 75373 |
| **2.1942** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/01/2019<br><br>LAROSE INDUSTRIES LLC DBA<br>CRA-Z-ART<br>1578 SUSSEX TURNPIKE<br>RANDOLPH, NJ 07869 |
| **2.1943** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326250 - DATED 04/24/2023<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.1944** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>LAURA DEAK<br>ADDRESS ON FILE |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1945 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 04/04/2022 | LAUREN D'ALESSIO <br> ADDRESS ON FILE |
| 2.1946 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 09/01/2022 | LAUREN M BYRNE <br> ADDRESS ON FILE |
| 2.1947 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LAVALE PLAZA SHOPPING CENTER STORE LEASE | LAVALE PLAZA LLC <br> 11155 RED RUN BLVD, SUITE 320 <br> OWINGS MILLS, MD 21117 |
| 2.1948 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IOWA CITY MARKETPLACE STORE LEASE | LBD PROPERTIES LLC <br> PO BOX 91 <br> ATTN: DANIEL JOHNSON <br> MERIDIAN, MS 39302 |
| 2.1949 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WALPOLE MALL STORE LEASE | LCR WALPOLE LLC <br> C/O THE WILDER COMPANIES, LTD. <br> 800 BOYLSTON STREET - SUITE 1300 <br> BOSTON, MA 02199 |
| 2.1950 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | LEAH SWAINO <br> ADDRESS ON FILE |
| 2.1951 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C313467 - DATED 06/01/2016 | LEASE ADMINIST SOLUTIONS LLC <br> 26 PRINCESS ST  #310 <br> WAKEFIELD, MA 01880 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1952** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD-PARTY LEASE AUDIT SERVICES AGREEMENT DATED 06/01/2020 — LEASE ADMINIST SOLUTIONS LLC<br>26 PRINCESS ST  #310<br>WAKEFIELD, MA 01880 |
| **2.1953** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOULEVARD PLAZA STORE LEASE — LEBANON PAD, LP<br>C/O LAVIPOUR & COMPANY, LLC<br>6 E. 45 STREET, SUITE 801<br>NEW YORK, NY 10017 |
| **2.1954** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BRANTLEY SQUARE STORE LEASE — LEDO INTERNATIONAL CORP. LTD.<br>801 BRICKELL BAY DR.<br>TOWER IV, SUITE 370<br>MIAMI, FL 33131 |
| **2.1955** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 05/02/2024 — LEE ENTERPRISES INC<br>ALABAMA COMMUNITY NEWSPAPERS<br>PO BOX 4690<br>CAROL STREAM, IL 60197-4690 |
| **2.1956** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT — LEE THOMAS<br>ADDRESS ON FILE |
| **2.1957** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 — LEE THOMAS<br>ADDRESS ON FILE |
| **2.1958** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNIVERSITY MALL STORE LEASE — LEGACY EQUITY GROUP, LLC<br>1100 6TH STREET OR PO BOX 406 (SAME ZIP)<br>ATTN: SHAWN STORHAUG<br>BROOKINGS, SD 57006 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1959** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/19/2024<br><br>LEGACY LICENSING PARTNERS, LP<br>1621 EAST 27TH STREET<br>LOS ANGELES, CA 90011 |
| **2.1960** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTERVILLE MARKETPLACE STORE LEASE<br><br>LEGEND HILLS PROPERTIES, LLC<br>1412 S. LEGEND HILLS DR., SUITE 100<br>ATTN: RYAN BELLEAU, CFO<br>CLEARFIELD, UT 84015 |
| **2.1961** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINTON TOWNE CENTER STORE LEASE<br><br>LEGEND HILLS PROPERTIES, LLC<br>1410 S. UNIVERSITY PARK BLVD, SUITE 110<br>ATTN: RYAN BELLEAU, CFO<br>CLEARFIELD, UT 84015 |
| **2.1962** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2023<br><br>LEGIT KITS LLC<br>7701 N BROADWAY EXT, STE A-1<br>OKLAHOMA CITY, OK 73116 |
| **2.1963** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALGONQUIN GALLERIASTORE LEASE<br><br>LEJ PROPERTIES, LLC<br>C/O LEVY, MOSSÉ & CO.<br>11400 W. OLYMPIC BLVD, SUITE 330<br>LOS ANGELES, CA 90064 |
| **2.1964** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MALL AT WHITNEY FIELD STORE LEASE<br><br>LEO MA MALL, LLC<br>C/O HULL PROPERTY GROUP, LLC<br>1190 INTERSTATE PARKWAY<br>AUGUSTA, GA 30909 |
| **2.1965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUYING AGENCY AGREEMENT DATED 08/01/2023<br><br>LI & FUNG (TRADING) LIMITED<br>LIFUNG TOWER<br>888 CHEUNG SHA WAN ROAD<br>KOWLOON,<br>HONG KONG |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1966** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF CREDIT #1261281 <br><br> LIBERTY MUTUAL <br> 175 BERKELEY STREET <br> BOSTON, MA 02116 |
| **2.1967** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF CREDIT #68091420 <br><br> LIBERTY MUTUAL <br> 175 BERKELEY STREET <br> BOSTON, MA 02116 |
| **2.1968** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 05/30/2019 <br><br> LICENSE 2 PLAY TOYS LLC <br> 222 PURCHASE STREET, PMB #305 <br> RYE, NY 10580-2101 |
| **2.1969** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C293800 - DATED 06/29/2017 <br><br> LICENSED SPECIALTY PRODUCTS INC <br> 130 CHERRY  ST., PO BOX 675 <br> BRADNER, OH 43406 |
| **2.1970** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STORE SERVICES AGREEMENT DATED 01/03/2024 <br><br> LICENSED SPECIALTY PRODUCTS INC <br> 130 CHERRY  ST., PO BOX 675 <br> BRADNER, OH 43406 |
| **2.1971** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 06/05/2019 <br><br> LIFE OF THE PARTY LLC <br> PO BOX 24377 <br> BROOKLYN, NY 11245-4254 |
| **2.1972** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/01/2020 <br><br> LIFESAVER SOFTWARE INC <br> PO BOX 1212 <br> HOLLY SPRINGS, GA 30142 |

Debtor  Jo-Ann Stores, LLC                                                   Case number (If known):  25-10072
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1973 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C282901 - DATED 09/21/2010 | LIFESAVER SOFTWARE INC<br>PO BOX 1212<br>HOLLY SPRINGS, GA 30142 |
| 2.1974 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 03/08/2021 | LIGHTHOUSE TRANSPORTATION SERVICES<br>PO BOX 631416<br>CINCINNATI, OH 45263-1416 |
| 2.1975 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION SERVICE AGREEMENT DATED 03/01/2024 | LIGHTWELL INC<br>565 METRO PLACE S   #220<br>DUBLIN, OH 43017 |
| 2.1976 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C326941 - DATED 07/25/2023 | LILAC MGMT LLC<br>739 PAULARINO AVE., APT D101<br>COSTA MESA, CA 92628 |
| 2.1977 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C317628 - DATED 05/04/2018 | LILLA J ROGERS<br>ADDRESS ON FILE |
| 2.1978 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMA CENTER STORE LEASE | LIMA CENTER, LLC<br>C/O WPG<br>4900 EAST DUBLIN GRANVILLE RD., 4TH FLOOR<br>COLUMBUS, OH 43081 |
| 2.1979 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EAST 29TH AVENUE STORE LEASE | LINCOLN HEIGHTS CENTER, LLC<br>12906 N. ADDISON ST.<br>ATTN: RICHARD A. VANDERVERT AND JASON STRAIN<br>SPOKANE, WA 99218 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (If known): 25-10072
Name

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1980** State what the contract or lease is for and the nature of the debtor's interest — LIFE & DISABILITY INSURANCE SERVICE AGREEMENT DATED 02/01/2021 <br> State the term remaining <br> List the contract number of any government contract | LINCOLN NATIONAL LIFE INSURANCE CO <br> PO BOX  2658 <br> CAROL STREAM, IL 60132-2658 |
| **2.1981** State what the contract or lease is for and the nature of the debtor's interest — SHILOH SPRINGS PLAZA STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | LINDA BARRETT PROPERTIES, LLC <br> C/O GREEN EARTH REALTY, LLC <br> 6220 CAMPBELL ROAD, SUITE 104 <br> DALLAS, TX 75248 |
| **2.1982** State what the contract or lease is for and the nature of the debtor's interest — ENGAGEMENT LETTER DATED 05/15/2023 <br> State the term remaining <br> List the contract number of any government contract | DITTOPATTERNS LLC <br> 5555 DARROW ROAD <br> HUDSON, OH 44236 |
| **2.1983** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 02/23/2023 <br> State the term remaining <br> List the contract number of any government contract | LINDA JONES-CUMMINS <br> ADDRESS ON FILE |
| **2.1984** State what the contract or lease is for and the nature of the debtor's interest — LINDALE MALL STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | LINDALE MALL REALTY HOLDING LLC <br> 1010 NORTHERN BLVD., SUITE 212 <br> ATTN: TOM MAGLIULA, LEASING MGR. <br> GREAT NECK, NY 11021 |
| **2.1985** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 09/13/2023 <br> State the term remaining <br> List the contract number of any government contract | LINDSEY CARLSON <br> ADDRESS ON FILE |
| **2.1986** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 09/13/2023 <br> State the term remaining <br> List the contract number of any government contract | LINDSEY THOMSON <br> ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC

Case number (If known):    25-10072

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1987** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/24/2024<br><br>LINK LOGISTICS, LLC<br>2482 WOODVILLE PIKE<br>GOSHEN, OH 45122-9576 |
| **2.1988** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C299838 - DATED 03/01/2021<br><br>LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| **2.1989** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 03/01/2024<br><br>LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| **2.1990** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2023<br><br>LINKNOR TRADE LIMITED<br>10 ANSON ROAD INTERNATIONAL PLAZA# 13-15<br>SINGAPORE, 79903<br>SINGAPORE |
| **2.1991** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C319332 - DATED 07/15/2013<br><br>LISA CONGDON ART & ILLUSTRATION INC<br>687 N TILLAMOOK ST  STE B<br>PORTLAND, OR 97227 |
| **2.1992** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/08/2024<br><br>LISA CRISSEY<br>ADDRESS ON FILE |
| **2.1993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>LISA ELY<br>ADDRESS ON FILE |

Name

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1994 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C315169 - DATED 05/20/2015 | LISA SOLOMON<br>ADDRESS ON FILE |
| 2.1995 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C315458 - DATED 06/13/2017 | LISTRAK INC<br>100 WEST MILLPORT RD.<br>LITITZ, PA 17543 |
| 2.1996 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C319942 - DATED 07/06/2019 | LITMUS SOFTWARE INC<br>675 MASSACHUSETTS AVE, 10TH FL<br>CAMBRIDGE, MA 02139 |
| 2.1997 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2022 | LIVERAMP INC<br>PO BOX 74007275<br>CHICAGO, IL 60674-7275 |
| 2.1998 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/01/2024 | LIVERAMP INC<br>PO BOX 74007275<br>CHICAGO, IL 60674-7275 |
| 2.1999 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 11/07/2022 | LIVERAMP INC<br>PO BOX 74007275<br>CHICAGO, IL 60674-7275 |
| 2.2000 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWNE HOUSE PLAZA STORE LEASE | LMC, LP<br>C/O SORK COMPANY, INC.<br>ATTN: MARK P. SORK<br>NEWPORT BEACH, CA 92660 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOUTH RIORDAN RANCH ROAD STORE LEASE<br><br>LNN ENTERPRISES, INC.<br>9 W. CHERRY AVE., STE. A<br>ATTN: GIAVANNA NACKARD BEDNAR, VP OF OPERATIONS<br>FLAGSTAFF, AZ 86001 |
| **2.2002** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 09/03/2024<br><br>LOBDOTCOM INC<br>LOB.COM INC<br>PO BOX 121900<br>DALLAS, TX 75312-1900 |
| **2.2003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C325302 - DATED 10/07/2022<br><br>LOBDOTCOM INC<br>LOB.COM INC<br>PO BOX 121900<br>DALLAS, TX 75312-1900 |
| **2.2004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C325303 - DATED 10/07/2022<br><br>LOBDOTCOM INC S<br>LOB.COM INC<br>PO BOX 121900<br>DALLAS, TX 75312-1900 |
| **2.2005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2024<br><br>LOBDOTCOM INC S<br>LOB.COM INC<br>PO BOX 121900<br>DALLAS, TX 75312-1900 |
| **2.2006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLECTIVE BARGAINING AGREEMENT DATED 05/06/2023<br><br>LOCAL 48U-32<br>20939 LORAIN ROAD<br>FAIRVIEW PARK, OH 44126 |
| **2.2007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SECURITY SERVICE AGREEMENT DATED 03/01/2022<br><br>LOGICALIS, INC.<br>34505 W. 12 MILE RD. #210<br>FARMINGTON HILLS, MI 48331 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|--------|--------|--------|--------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|--------|
| **2.2008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LICENSE SERVICE AGREEMENT DATED 03/14/2024<br><br>LOGICALIS, INC.<br>34505 W. 12 MILE RD. #210<br>FARMINGTON HILLS, MI 48331 |
| **2.2009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/17/2022<br><br>LOGICALIS, INC.<br>34505 W. 12 MILE RD. #210<br>FARMINGTON HILLS, MI 48331 |
| **2.2010** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/30/2020<br><br>LOGICALIS, INC.<br>34505 W. 12 MILE RD. #210<br>FARMINGTON HILLS, MI 48331 |
| **2.2011** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C311674 - DATED 07/25/2020<br><br>LOGICALIS, INC.<br>34505 W. 12 MILE RD. #210<br>FARMINGTON HILLS, MI 48331 |
| **2.2012** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/19/2023<br><br>LOKAI LLC<br>PO BOX 46038<br>LOS ANGELES, CA 90046 |
| **2.2013** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SURETY BOND #674018471 DATED 08/12/2024<br><br>LONG ISLAND LIGHTING COMPANY D/B/A LIPA<br>333 EARLE OVINGTON BLVD<br>SUITE 403<br>UNIONDALE, NY 11553 |
| **2.2014** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SURETY BOND #674021772 DATED 08/19/2024<br><br>LONG ISLAND PORT AUTHORITY<br>4 WORLD TRADE CENTER, 150 GREENWICH STREET<br>22ND FLOOR<br>NEW YORK, NY 10007 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2015** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT  State the term remaining  List the contract number of any government contract | LONG TRUONG CERAMIC CO., LTD 321/10, QUARTER2, TAN DINH WARD, BEN CAT TOWN, BINH DUONG PROVINCE BINH DUONG, 820000 VIETNAM |
| **2.2016** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 12/12/2022  State the term remaining  List the contract number of any government contract | LONG TRUONG CERAMIC CO., LTD 321/10, QUARTER2, TAN DINH WARD, BEN CAT TOWN, BINH DUONG PROVINCE BINH DUONG, 820000 VIETNAM |
| **2.2017** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C320900 - DATED 11/11/2019  State the term remaining  List the contract number of any government contract | LONGBOW ADVANTAGE USA INC 455 E. EISENHOWER PKWY, #60 ANN ARBOR, MI 48108 |
| **2.2018** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK DATED 07/01/2024  State the term remaining  List the contract number of any government contract | LONGBOW ADVANTAGE USA INC 455 E. EISENHOWER PKWY, #60 ANN ARBOR, MI 48108 |
| **2.2019** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C315311 - DATED 01/31/2017  State the term remaining  List the contract number of any government contract | LONGTAIL AD SOLUTIONS INC JW PLAYER 8 WEST 38TH ST., #901 NEW YORK, NY 10018 |
| **2.2020** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT RENEWAL DATED 01/01/2025  State the term remaining  List the contract number of any government contract | LOOSE ENDS PROJECT CHARITY 1712 1ST AVENUE  N. SEATTLE, WA 98109 |
| **2.2021** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 02/23/2024  State the term remaining  List the contract number of any government contract | LORAN OILS, INC. 4518 AURELIUS ROAD LANSING, MI 48910 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2022** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C325713 - DATED 01/02/2023 | LORENE EDWARDS FORKNER<br>ADDRESS ON FILE |
| **2.2023** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 02/22/2022 | LORI FOURNIER<br>ADDRESS ON FILE |
| **2.2024** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C324038 - DATED 02/01/2022 | LOUIS BORIA<br>ADDRESS ON FILE |
| **2.2025** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAYOU WALK SHOPPING CENTER STORE LEASE | LOUISIANA REVITALIZATION FUND, LLC<br>C/O CORPORATE REALTY, INC.<br>1450 POYDRAS ST., SUITE 404<br>NEW ORLEANS, LA 70112 |
| **2.2026** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SURETY BOND #14048986 DATED 10/10/2024 | LOUISVILLE GAS AND ELECTRIC COMPANY<br>220 W MAIN ST<br>LOUISVILLE, KY 40202 |
| **2.2027** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/30/2022 | LOW TECH TOY CLUB LLC<br>DBA THE WOOBLES<br>411 EMISSARY DR. #108<br>CARY, NC 27519 |
| **2.2028** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 10/01/2022 | LOZIER CORP<br>PO BOX 3577<br>OMAHA, NE 68103-0577 |

Debtor   Jo-Ann Stores, LLC

Case number (If known):   25-10072

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2029** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/14/2008<br><br>LOZIER CORP<br>PO BOX 3577<br>OMAHA, NE 68103-0577 |
| **2.2030** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BI-MART PLAZA STORE LEASE<br><br>LRG SANTIAM ALBANY, LLC<br>C/O BLUESTONE REAL ESTATE SERVICES<br>9430 SW CORAL ST., SUITE 100<br>PORTLAND, OR 97223 |
| **2.2031** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAWTON TOWNE CENTER STORE LEASE<br><br>LTC RETAIL, LLC<br>C/O COLLETT & ASSOCIATES, LLC<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 |
| **2.2032** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/21/2024<br><br>LUCKY STAR ENTERPRISE AND CO LTD<br>10F NO.97 SEC.2 NAN KANG ROAD<br>TAIPEI, 11578<br>TAIWAN |
| **2.2033** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>LUCY WILLIAMS<br>ADDRESS ON FILE |
| **2.2034** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/27/2022<br><br>LUMATEX INDIA PVT LTD<br>522-C, BARHI INDUSTRIA AREA<br>PHASE 2, HSIIDC<br>SONIPAT, 131101<br>INDIA |
| **2.2035** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF CREDIT #1261276<br><br>LUMBERMENS MUTUAL CASUALTY CO<br>TWO CORPORATE DR #110<br>LAKE ZURICH, IL 60047 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2036** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C289483 - DATED 06/28/2022<br><br>LYLOVE STUDIO LLC<br>121 WEST 27TH ST., #1200<br>NEW YORK, NY 10001 |
| **2.2037** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 01/27/2022<br><br>LYNDSEY CONFORTE<br>ADDRESS ON FILE |
| **2.2038** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LYNNWOOD CENTER STORE LEASE<br><br>LYNNWOOD TOWER, LLC<br>C/O JSH PROPERTIES, INC.<br>509 OLIVE WAY, SUITE 1011<br>SEATTLE, WA 98101 |
| **2.2039** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 08/16/2024<br><br>LYONS, BENENSON & COMPANY INC.<br>745 FIFTH AVENUE<br>SUITE 500<br>NEW YORK, NY 10151 |
| **2.2040** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HAMDEN MART S/C STORE LEASE<br><br>M C CO., LLC<br>C/O KIMCO REALTY CORPORATION<br>500 NORTH BROADWAY, SUITE 201<br>JERICHO, NY 11753 |
| **2.2041** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C298619 - DATED 02/02/2018<br><br>M&B TRUCKING EXPRESS CORPORATION<br>PO BOX 395<br>COLUMBIA STATION, OH 44028 |
| **2.2042** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/20/2022<br><br>M&P EXPORT MANAGEMENT CORPORATION<br>DBA PINTY PLUS<br>140 CENTRAL AVE<br>FARMINGDALE, NJ 07727 |


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2043** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GROSSE POINTE FARMS STORE LEASE<br><br>MACK13, LLC<br>35975 WOODWARD AVENUE, SUITE 200<br>BIRMINGHAM, MI 48009 |
| **2.2044** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/04/2020<br><br>MACPHERSONS<br>C/O ART SUPPLY ENTERPRISES<br>2935 SHAWNEE INDUSTRIAL WAY 100<br>SUWANEE, GA 30024 |
| **2.2045** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/30/2024<br><br>MADISON CYPHERT<br>ADDRESS ON FILE |
| **2.2046** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MADISON PLACE S/C STORE LEASE<br><br>MADISON PLACE, LLC<br>C/O STUART FRANKEL DEVELOPMENT CO.<br>1334 MAPLELAWN DR.<br>TROY, MI 48084 |
| **2.2047** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MADISON EAST MALL STORE LEASE<br><br>MADISON VICTORY GROUP, LLC<br>C/O PLAID HAT MANAGEMENT<br>1400 MADISON AVENUE, SUITE 311<br>MANKATO, MN 56001 |
| **2.2048** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326463 - DATED 07/06/2023<br><br>MAEGAN BELLASSAI<br>ADDRESS ON FILE |
| **2.2049** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 05/14/2024<br><br>MAERSK A/S<br>LOCKBOX 744448<br>6000 FELDWOOD ROAD<br>COLLEGE PARK, GA 30349 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2050** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LEASING AGREEMENT DATED 05/01/2022 | MAERSK E COMMERCE LOGISTICS 5160 WILEY POST WAY SALT LAKE CITY, UT 84116 |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2050** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LEASING AGREEMENT DATED 05/01/2022 | MAERSK E COMMERCE LOGISTICS 5160 WILEY POST WAY SALT LAKE CITY, UT 84116 |
| **2.2051** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY LOGISTICS (3PL) SERVICE AGREEMENT DATED 08/17/2022 | MAERSK E COMMERCE LOGISTICS 5160 WILEY POST WAY SALT LAKE CITY, UT 84116 |
| **2.2052** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TYRONE CORNERS SC STORE LEASE | MAKABE & MAKABE, LLC ATTN: NOURY MAKABE, MANAGER 146 WEST 21ST STREET LOS ANGELES, CA 90007 |
| **2.2053** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2019 | MALDEN INTERNATIONAL DESIGNS 19 COWAN DRIVE MIDDLEBOROUGH, MA 02346 |
| **2.2054** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/01/2022 | MALDEN INTERNATIONAL DESIGNS 19 COWAN DRIVE MIDDLEBORO, MA 02346 |
| **2.2055** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/20/2023 | MALLORY MUDDIMAN ADDRESS ON FILE |
| **2.2056** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C322451 - DATED 11/20/2020 | MALLORY MUDDIMAN ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2057** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MALONE PLAZA. STORE LEASE<br><br>MALONE PLAZA REALTY, LLC<br>C/O ANCHOR INVESTMENTS<br>2926 FOSTER CREIGHTON DRIVE<br>NASHVILLE, TN 37204 |
| **2.2058** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2023<br><br>MALZINE CO LTD<br>79-6 CHAO-AN LANE, CHAO-AN LI<br>LUKANG TOWN<br>CHANGHUA HSIEN,<br>TAIWAN |
| **2.2059** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327465 - DATED 04/19/2024<br><br>MAMMA BEAR SAYS LLC<br>1230 E. DEERFIELD  CT.<br>ONTARIO, CA 91761 |
| **2.2060** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FAMILY CENTER AT RIVERDALE STORE LEASE<br><br>MANCINI PROPERTIES, INC.<br>556 DUNN CIRCLE<br>ATTN: BROOKS T. MANCINI, PRESIDENT<br>SPARKS, NV 89431 |
| **2.2061** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 05/03/2023<br><br>MANISH RAI<br>ADDRESS ON FILE |
| **2.2062** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAGUNA NIGUEL PROMENADE STORE LEASE<br><br>MANN ENTERPRISES INC.<br>C/O SUNBELT INVESTMENT HOLDINGS INC.<br>8095 OTHELLO AVENUE<br>SAN DIEGO, CA 92111 |
| **2.2063** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDUSTRIAL DRIVE STORE LEASE<br><br>MANOR DEVELOPMENT CO.<br>3100 DUTTON AVENUE, #222<br>SANTA ROSA, CA 95407 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2064 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/14/2021 | MANSFIELD OIL CO OF GAINESVILLE INC PO BOX 772118 DETROIT, MI 48277-2118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2065 | State what the contract or lease is for and the nature of the debtor's interest | BELTON MARKETPLACE STORE LEASE | MAP BELTON, LLC C/O MIDLAND ATLANTIC PROPERTIES, INC. 3801 E. 82ND ST., STE. B INDIANAPOLIS, IN 46240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2066 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C327725 - DATED 07/16/2024 | MARCIA SPENCER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2067 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C318216 - DATED 01/31/2019 | MARCIVE INC PO BOX 47508 SAN ANTONIO, TX 78265 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2068 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 09/05/2023 | MARCO CONTRACTORS INC 100 COMMONWEALTH DRIVE WARRENDALE, PA 15086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2069 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C284261 - DATED 08/31/2021 | MARCO CONTRACTORS INC 100 COMMONWEALTH DRIVE WARRENDALE, PA 15086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2070 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/29/2022 | MARCORP MARKETING CONSULTANTS 10 EAGLE ROAD IMBONINI BUSINESS PARK SHAKA'S HEAD, KW, 4381 SOUTH AFRICA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known):    25-10072
_____

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2071 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | MARCY MORALEZ<br>ADDRESS ON FILE |
| 2.2072 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 07/22/2022 | MARCY MORALEZ<br>ADDRESS ON FILE |
| 2.2073 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C327682 - DATED 07/01/2024 | MARGARET DONIS<br>ADDRESS ON FILE |
| 2.2074 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 11/16/2022 | MARGARET KAISER<br>ADDRESS ON FILE |
| 2.2075 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C325138 - DATED 08/12/2022 | MARGARET MOORE<br>ADDRESS ON FILE |
| 2.2076 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DATED 08/12/2022 | MARGARET MOORE<br>ADDRESS ON FILE |
| 2.2077 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MARIA GIORDANO<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2078 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C325486 - DATED 10/15/2022 | MARIA ISABEL MILLS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2079 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C324293 - DATED 03/10/2022 | MARIKO JESSE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2080 | State what the contract or lease is for and the nature of the debtor's interest | MARINER PLAZA STORE LEASE | MARINER PLAZA REALTY ASSOCIATES, LP TALCOR COMMERCIAL REAL ESTATE SERVICES, INC. MONTICELLO SQUARE TALLAHASSEE, FL 32303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2081 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BUYER AGREEMENT DATED 11/29/2021 | MARISSA CUMMINS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2082 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 03/30/2023 | MARISSA CUMMINS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2083 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C309373 - DATED 11/02/2020 | MARJET ENTERPRISES INC DBA MARJET COMMUNICATIONS 4433 RENAISSANCE  PKWY WARRENSVILLE HEIGHTS, OH 44128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2084 | State what the contract or lease is for and the nature of the debtor's interest | SSC PAGING SYSTEM SERVICE AGREEMENT DATED 11/02/2022 | MARJET ENTERPRISES INC DBA MARJET COMMUNICATIONS 4433 RENAISSANCE  PKWY WARRENSVILLE HEIGHTS, OH 44128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2085** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C327647 - DATED 07/12/2024<br><br>MARKET DOJO LTD<br>SUITE 30-33 WESTEND OFFICE STES.<br>GL<br>STONEHOUSE, GL10 3FA<br>UNITED KINGDOM |
| **2.2086** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/12/2024<br><br>MARKET DOJO LTD<br>SUITE 30-33 WESTEND OFFICE STES.<br>GL<br>STONEHOUSE, GL10 3FA<br>UNITED KINGDOM |
| **2.2087** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKET PLACE SHOPPING CENTER STORE LEASE<br><br>MARKET PLACE SHOPPING CENTER LLC<br>C/O FRANKLIN STREET MANAGEMENT SERVICES<br>1311 N. WESTSHORE BLVD., SUITE 200<br>TAMPA, FL 33607 |
| **2.2088** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKET POINTE I STORE LEASE<br><br>MARKET POINT I, LLC<br>C/O HANSON INDUSTRIES, INC.<br>15807 E. INDIANA AVE.<br>SPOKANE VALLEY, WA 99216 |
| **2.2089** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETPLACE AT VERNON HILLS STORE LEASE<br><br>MARKETPLACE AT VERNON HILLS, LLC<br>C/O PRINCIPAL REAL ESTATE INVESTORS, LLC<br>801 GRAND AVENUE<br>DES MOINES, IA 50392-1370 |
| **2.2090** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARPLE CROSSROADS STORE LEASE<br><br>MARPLE XYZ ASSOCIATES, L.P.<br>BRYN MAWR VILLAGE<br>925 W. LANCASTER AVENUE, SUITE 200<br>BRYN MAWR, PA 19010 |
| **2.2091** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARSHFIELD CENTER STORE LEASE<br><br>MARSHFIELD CENTRE, LLC<br>ATTN: JEFF KOWALIK<br>631 S. HICKORY STREET<br>FOND DU LAC, WI 54935 |

Debtor   Jo-Ann Stores, LLC
_____
         Name

Case number (If known):   25-10072
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2092 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND #285075132 DATED 10/08/2024 | MARSHFIELD UTILITIES - WI 2000 S CENTRAL AVENUE MARSHFIELD, WI 54449 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2093 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 02/02/2022 | MARTCO EXPORT PRIVATE LIMITED LODHIPUR RAJPUT, DELHI, ROAD MORADABAD, 244001 INDIA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2094 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/29/2020 | MARTEN TRANSPORT SERVICES 129 MARTEN STREET MONDOVI, WI 54755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2095 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/11/2020 | MARTEN TRANSPORT SERVICES 129 MARTEN STREET MONDOVI, WI 54755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2096 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 07/29/2020 | MARTEN TRANSPORT SERVICES 129 MARTEN STREET MONDOVI, WI 54755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2097 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C322703 - DATED 02/05/2021 | MARTHA PLANK ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2098 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 02/05/2024 | MARTHA PLANK ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2099** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2024<br><br>MARTHA VANDRA<br>ADDRESS ON FILE |
| **2.2100** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/30/2024<br><br>MARVELL WRING<br>ADDRESS ON FILE |
| **2.2101** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/10/2022<br><br>MARVELLITE AROMATICS PRIVATE LIMITE<br>PLOT NO 19 TO 22 & 35 TO 38, SECTOR<br>R.S. NO. 228/1,228/2 & 231/1, MATHAK, GANDHIDHAM MUNDRA ROAD<br>GUJARAT, 370110<br>INDIA |
| **2.2102** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/09/2025<br><br>MARWEDEL, MINICHELLO & REEB, P.C.<br>SUITE 1100<br>303 W. MADISON STREET<br>CHICAGO, IL 60606 |
| **2.2103** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>MARY CARANDANG<br>ADDRESS ON FILE |
| **2.2104** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>MARY SULLIVAN<br>ADDRESS ON FILE |
| **2.2105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/23/2013<br><br>MASONWAYS INDESTRUCTIBLE PLASTICS L<br>580 VILLAGE BLVD #330<br>WEST PALM BEACH, FL 33409 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2106 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 09/12/2024 | MASTERPIECE ART GALLERY 4950 SOUTH SANTA FE AVENUE VERNON, CA 90058 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2107 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MATTHEW BASISTA ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2108 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MATTHEW WILSON ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2109 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MATTHEW ZORICH ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2110 | **State what the contract or lease is for and the nature of the debtor's interest** | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 10/04/2024 | MATTHEWS AUTOMATION SOLUTIONS W229 N2510 DUPLAINVILLE ROAD WAUKESHA, IL 53186 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2111 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C327932 - DATED 10/04/2024 | MATTHEWS INTERNATIONAL CORP W229 N2510 DUPLAINVILLE RD WAUKESHA, WI 53186 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2112 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS AGREEMENT DATED 07/31/2024 | MAURICIO MESSIAS DE PAULA ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC    Case number (If known):  25-10072
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2113** State what the contract or lease is for and the nature of the debtor's interest | NORTH ROCK ROAD STORE LEASE | MAVERICK BOX V, LLC 4100 E. OCEAN BLVD. LONG BEACH, CA 90803 |

2.2113
State what the contract or lease is for and the nature of the debtor's interest — NORTH ROCK ROAD STORE LEASE
State the term remaining
List the contract number of any government contract
MAVERICK BOX V, LLC
4100 E. OCEAN BLVD.
LONG BEACH, CA 90803

2.2114
State what the contract or lease is for and the nature of the debtor's interest — BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 05/01/2022
State the term remaining
List the contract number of any government contract
MC CONSTRUCTION MGT INC
38012 N LINDA  RD
CAVE CREEK, AZ 85331

2.2115
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C280767NEW - DATED 05/02/2016
State the term remaining
List the contract number of any government contract
MC CONSTRUCTION MGT INC
38012 N LINDA  RD
CAVE CREEK, AZ 85331

2.2116
State what the contract or lease is for and the nature of the debtor's interest — FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 04/01/2023
State the term remaining
List the contract number of any government contract
MCCUE CORPORATION
PO BOX 200639
DALLAS, TX 75320-0639

2.2117
State what the contract or lease is for and the nature of the debtor's interest — FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 05/20/2024
State the term remaining
List the contract number of any government contract
MCCUE CORPORATION
PO BOX 200639
DALLAS, TX 75320-0639

2.2118
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C106953 - DATED 04/01/2019
State the term remaining
List the contract number of any government contract
MCCUE CORPORATION
PO BOX 200639
DALLAS, TX 75320-0639

2.2119
State what the contract or lease is for and the nature of the debtor's interest — EL CERRITO PLAZA STORE LEASE
State the term remaining
List the contract number of any government contract
MCD-RC CA-EL CERRITO, LLC
C/O REGENCY REALTY CORP.
ONE INDEPENDENT DRIVE, SUITE 114
JACKSONVILLE, FL 32202

Debtor   Jo-Ann Stores, LLC
_____   Case number (If known):   25-10072
Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2120 | State what the contract or lease is for and the nature of the debtor's interest | ARCHITECTURE SERVICES AGREEMENT DATED 02/14/2024 | MCG-HJT INC MCG ARCHITECTURE 510 S. GRAND AVE., #300 GLENDORA, CA 91741 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2121 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C144601 - DATED 02/14/2022 | MCG-HJT INC MCG ARCHITECTURE 510 S. GRAND AVE., #300 GLENDORA, CA 91741 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2122 | State what the contract or lease is for and the nature of the debtor's interest | SHOPPING AT THE ROSE STORE LEASE | MCGRATH-RHD PARTNERS LP C/O ROTHBART DEVELOPMENT CORP. 10990 WILSHIRE BLVD, SUITE 1000 LOS ANGELES, CA 90024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2123 | State what the contract or lease is for and the nature of the debtor's interest | SW 4TH AVE STORE LEASE | MCKAY COMMERCIAL PROPERTIES, LLC 76 CENTENNIAL LOOP, SUITE D EUGENE, OR 97401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2124 | State what the contract or lease is for and the nature of the debtor's interest | TRAILER LEASING AGREEMENT DATED 05/27/2021 | MCKINNEY VEHICLE SERVICES INC 2601 SATURN ST., STE. 110 BREA, CA 92821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2125 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C137881 - DATED 10/21/2016 | MCMASTER-CARR SUPPLY COMPANY PO BOX 7690 CHICAGO, IL 60680-7690 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2126 | State what the contract or lease is for and the nature of the debtor's interest | SHOPPES AT ISLA VERDE STORE LEASE | MCP - WELLINGTON, LLC C/O URBAN RETAIL PROPERTIES, LLC 925 S. FEDERAL HIGHWAY, SUITE 700 BOCA RATON, FL 33432 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2127 | State what the contract or lease is for and the nature of the debtor's interest | IT MANAGED SERVICES AGREEMENT DATED 05/21/2023 | MCPC INC PO BOX 876656 KANSAS CITY, MO 64187-6656 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2128 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C307901 - DATED 05/21/2014 | MCPC INC PO BOX 876656 KANSAS CITY, MO 64187-6656 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2129 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/22/2022 | MCS INDUSTRIES 2280 NEWLINS MILL ROAD EASTON, PA 18045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2130 | State what the contract or lease is for and the nature of the debtor's interest | MCMINNVILLE TOWN CTR STORE LEASE | MCWAIN LIMITED PARTNERSHIP C/O CUSHMAN & WAKEFIELD OF OREGON, INC. 200 SW MARKET ST., SUITE 200 PORTLAND, OR 97201-5730 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2131 | State what the contract or lease is for and the nature of the debtor's interest | METRO NORTH SHOPPING CENTER STORE LEASE | MDM EQUITY-2012 LLC DENNY ELWELL COMPANY, LC 2401 S.E. TONES DRIVE, SUITE 17 ANKENY, IA 50021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2132 | State what the contract or lease is for and the nature of the debtor's interest | CENTRE AT DOVER STORE LEASE | MDR DOVER LP C/O DIERMAN REALTY GROUP. 2071 CHAIN BRIDGE RD., SUITE 320 VIENNA, VA 22182 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2133 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 10/07/2019 | ME AND MY BIG IDEAS 17777 NEWHOPE STREET FOUNTAIN VALLEY, CA 92708 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2134** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C316463 - DATED 11/30/2017<br><br>MEDALLIA INC<br>DEPT CH 16692<br>PALATINE, IL 60055-6692 |
| **2.2135** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE SERVICE AGREEMENT DATED 01/01/2024<br><br>MEDALLIA INC<br>DEPT CH 16692<br>PALATINE, IL 60055-6692 |
| **2.2136** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEDINA GRANDE SHOPPES STORE LEASE<br><br>MEDINA GRANDE SHOPS, LLC<br>550 7TH AVENUE, 15TH FLOOR<br>ATTN: MIKE M. NASSIMI<br>NEW YORK, NY 10018 |
| **2.2137** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 12/27/2020<br><br>MEGAN CARUCCI<br>ADDRESS ON FILE |
| **2.2138** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 05/22/2023<br><br>MEGAN CHICATELLI<br>ADDRESS ON FILE |
| **2.2139** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 12/14/2020<br><br>MEGAN FLYNN<br>ADDRESS ON FILE |
| **2.2140** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C313668 - DATED 08/03/2019<br><br>MEGAN MILVET<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2141 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 08/03/2022 | MEGAN MILVET ADDRESS ON FILE |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.2142 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 05/01/2023 | MEKOTEX PVT LIMITED PLOT #495, DEH LANDHI MAIN NATIONAL HIGHWAY KARACHI SINDH, 75160 PAKISTAN |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.2143 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MELANA COLLINS ADDRESS ON FILE |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.2144 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DATED 03/01/2024 | MELISSA BOWERS ADDRESS ON FILE |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.2145 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DATED 12/08/2020 | MELISSA BOWERS ADDRESS ON FILE |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.2146 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MELISSA CHAMBERLAIN ADDRESS ON FILE |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.2147 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DATED 12/18/2020 | MELISSA COOK ADDRESS ON FILE |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2148 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 02/28/2021 | MELISSA DANUS <br> ADDRESS ON FILE |
| 2.2149 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/01/2024 | MELISSA DANUS <br> ADDRESS ON FILE |
| 2.2150 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C315101 - DATED 04/03/2017 | MELISSA HAMMOND DUNAWAY <br> ADDRESS ON FILE |
| 2.2151 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C325775 - DATED 01/10/2023 | MELISSA LANG LYTLE <br> ADDRESS ON FILE |
| 2.2152 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 02/27/2023 | MELISSA SOBUS <br> ADDRESS ON FILE |
| 2.2153 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MELISSA ZAJC <br> ADDRESS ON FILE |
| 2.2154 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | MELODIE LANDIS <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 04/27/2023<br><br>MELON TECHNOLOGIES LLC<br>1 S WACKER DR<br>SUITE 2250<br>CHICAGO, IL 60606 |
| **2.2156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325891 - DATED 03/01/2023<br><br>MELTWATER NEWS US INC<br>555 TWIN DOLPHIN DR. #165<br>REDWOOD CITY, CA 94065 |
| **2.2157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 03/01/2024<br><br>MELTWATER NEWS US INC<br>555 TWIN DOLPHIN DR. #165<br>REDWOOD CITY, CA 94065 |
| **2.2158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/17/2024<br><br>MELTWATER NEWS US INC<br>555 TWIN DOLPHIN DR. #165<br>REDWOOD CITY, CA 94065 |
| **2.2159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325789 - DATED 10/17/2022<br><br>MERCED COUNTY FTZ 226<br>ATTN: MARK HENDRICKSON<br>2222 M STREET<br>MERCED, CA 95340 |
| **2.2160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324199 - DATED 02/22/2022<br><br>MERCEDEZ REX SINGLETON<br>ADDRESS ON FILE |
| **2.2161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327620 - DATED 06/19/2024<br><br>MERCY OLANIYAN<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>MEREDITH WALKER<br>ADDRESS ON FILE |
| **2.2163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 12/22/2020<br><br>MEREDITH WALKER<br>ADDRESS ON FILE |
| **2.2164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/01/2022<br><br>MERRY MAKERS INC<br>3540 GRAND AVENUE SUITE 200<br>OAKLAND, CA 94610 |
| **2.2165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C314354 - DATED 12/15/2016<br><br>META PLATFORMS INC<br>15161 COLLECTIONS CTR  DR<br>CHICAGO, IL 60693 |
| **2.2166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 12/15/2019<br><br>META PLATFORMS INC<br>15161 COLLECTIONS CTR  DR<br>CHICAGO, IL 60693 |
| **2.2167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIFE & DISABILITY INSURANCE SERVICE AGREEMENT DATED 02/01/2022<br><br>METLIFE<br>PO BOX 360229<br>PITTSBURGH, PA 15251-6229 |
| **2.2168** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C144705 - DATED 12/18/2018<br><br>METLIFE<br>PO BOX 360229<br>PITTSBURGH, PA 15251-6229 |

Debtor    Jo-Ann Stores, LLC

       Name

Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C214633 - DATED 02/01/2016 | METLIFE LEGAL PLANS INC<br>DEPT 781523, PO BOX  78000<br>DETROIT, MI 48278-1523 |
| 2.2170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 02/01/2022 | METLIFE LEGAL PLANS INC<br>DEPT 781523, PO BOX  78000<br>DETROIT, MI 48278-1523 |
| 2.2171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/01/2023 | METRO GROUP (INDUSTRIAL) LTD<br>FLAT D3 4/FL., KA TO FACTORY BLDG<br>CHEUNG SHA WAN<br>KOWLOON, 999077<br>HONG KONG |
| 2.2172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DATED 05/17/2021 | METRO TRAILER LEASING<br>1255 S. RIVER IND. BLVD<br>GA 30315 |
| 2.2173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK (SOW) DATED 04/15/2021 | METRO TRAILER LEASING<br>1255 S. RIVER INDUSTRIAL BLVD.<br>ATLANTA, GA 30315 |
| 2.2174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C317073 - DATED 03/01/2018 | METRO TRAILER LEASING INC<br>100 METRO PARKWAY<br>PELHAM, AL 35124 |
| 2.2175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRAILER LEASING AGREEMENT DATED 04/07/2021 | METRO TRAILER LEASING INC<br>100 METRO PARKWAY<br>PELHAM, AL 35124 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2176** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/22/2024 |
| | METTLER TOLEDO LLC 22670 NETWORK PLACE CHICAGO, IL 60673 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2177** State what the contract or lease is for and the nature of the debtor's interest | MEYERLAND PLAZA STORE LEASE |
| | MEYERLAND RETAIL ASSOCIATES, LLC C/O FIDELIS 4500 BISSONNET STREET, SUITE 200 BELLAIRE, TX 77401 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2178** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/27/2019 |
| | MEYERS ROMAN FRIEDBERG & LEWIS 28601 CHAGRIN BLVD. #600 CLEVELAND, OH 44122 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2179** State what the contract or lease is for and the nature of the debtor's interest | SHADY OAKS MALL STORE LEASE |
| | MFBY OCALA, LLC C/O RD MANAGEMENT LLC ATTN: GENERAL COUNSEL NEW YORK, NY 10019 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2180** State what the contract or lease is for and the nature of the debtor's interest | MARKETFAIR NORTH STORE LEASE |
| | MFN EQUITIES, LLC C/O MADISON AVENUE REALTIES, LLC 244 WEST 39TH STREET, 4TH FLOOR NEW YORK, NY 10018 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2181** State what the contract or lease is for and the nature of the debtor's interest | SUNRISE VILLAGE SHOPPING CENTER STORE LEASE |
| | MGP XII SUNRISE VILLAGE, LLC RE: SUNRISE VILLAGE, UNIT #803-40 ATTN: LEASE ADMINISTRATION SAN FRANCISCO, CA 94104 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2182** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C324676 - DATED 05/05/2022 |
| | MIA SEMINGSON ADDRESS ON FILE |
| State the term remaining | |
| List the contract number of any government contract | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2183** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT <br><br> MIKE ARNOULT <br> ADDRESS ON FILE |
| **2.2184** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 08/08/2022 <br><br> MIKE ARNOULT <br> ADDRESS ON FILE |
| **2.2185** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 12/17/2020 <br><br> MICHAEL HUGHES <br> ADDRESS ON FILE |
| **2.2186** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 09/12/2023 <br><br> MICHAEL HUGHES <br> ADDRESS ON FILE |
| **2.2187** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> MICHAEL KELLEY <br> ADDRESS ON FILE |
| **2.2188** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/04/2022 <br><br> MICHAEL KELLY <br> ADDRESS ON FILE |
| **2.2189** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT <br><br> MICHAEL KENNEDY <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2190** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>MICHAEL KENNEDY<br>ADDRESS ON FILE |
| **2.2191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 10/30/2019<br><br>MICHAEL KENNEDY<br>ADDRESS ON FILE |
| **2.2192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/30/2020<br><br>MICHAEL KENNEDY<br>ADDRESS ON FILE |
| **2.2193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 02/22/2022<br><br>MICHAEL PERRINE<br>ADDRESS ON FILE |
| **2.2194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 05/03/2023<br><br>MICHAEL PHILLIPS<br>ADDRESS ON FILE |
| **2.2195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>MICHAEL WHARTON<br>ADDRESS ON FILE |
| **2.2196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>MICHELE TOKES<br>ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2197** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C108190 - DATED 12/30/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | MICRO CLEAN SERVICES INC<br>25405 BROADWAY AVE UNIT 2<br>OAKWOOD VILLAGE, OH 44146 |
| **2.2198** State what the contract or lease is for and the nature of the debtor's interest — IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 09/03/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | MICRO STRATEGIES INC<br>1140 PARSIPPANY BLVD., 2ND FL<br>PARSIPPANY, NJ 07054 |
| **2.2199** State what the contract or lease is for and the nature of the debtor's interest — FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/15/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROFRAME CORPORATION<br>604 SOUTH 12TH ST.<br>BROKEN ARROW, OK 74012 |
| **2.2200** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C217980 - DATED 09/03/2013<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROFRAME CORPORATION<br>604 SOUTH 12TH ST.<br>BROKEN ARROW, OK 74012 |
| **2.2201** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 06/11/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMARKETING INC<br>4230 LAFAYETTE CENTER DRIVE SUITE K<br>CHANTILLY, VA 20151 |
| **2.2202** State what the contract or lease is for and the nature of the debtor's interest — PRODUCTIVITY SOFTWARE SERVICE AGREEMENT DATED 06/28/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROSOFT CORP<br>C/O BANK OF AMERICA<br>LB 842467 N STEMMONS FWY #5010<br>DALLAS, TX 75207 |
| **2.2203** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C218099 - DATED 05/18/2001<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROSOFT CORP<br>C/O BANK OF AMERICA<br>LB 842467 N STEMMONS FWY #5010<br>DALLAS, TX 75207 |

Debtor    Jo-Ann Stores, LLC                                                Case number (If known):  25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/01/2024 | MICROSOFT CORP<br>C/O BANK OF AMERICA<br>LB 842467 N STEMMONS FWY #5010<br>DALLAS, TX 75207 |
| 2.2205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/21/2024 | MICROSOFT CORP<br>C/O BANK OF AMERICA<br>LB 842467 N STEMMONS FWY #5010<br>DALLAS, TX 75207 |
| 2.2206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 05/01/2023 | MICROSOFT CORP<br>C/O BANK OF AMERICA<br>LB 842467 N STEMMONS FWY #5010<br>DALLAS, TX 75207 |
| 2.2207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/28/2019 | MICROSOFT CORPORATION<br>MICROSOFT SERVICES<br>PO BOX 844510, BANK OF AMERICA<br>DALLAS, TX 75284 |
| 2.2208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C290440 - DATED 04/05/2017 | MICROSOFT ONLINE INC<br>PO BOX  847543<br>DALLAS, TX 75284-7543 |
| 2.2209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14039718 DATED 07/27/2024 | MIDDLE TENNESSEE ELECTRIC<br>PO BOX 330008<br>MURFREESBORO, TN 37133-0008 |
| 2.2210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MIDLOTHIAN TOWNE CROSSING STORE LEASE | MIDLO YOUNGER, LLC<br>C/O YOUNGER PARTNERS<br>14643 DALLAS PARKWAY, SUITE 950, LB #58<br>DALLAS, TX 75254 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MIDTOWN COMMONS STORE LEASE<br><br>MIDTOWN COMMONS SHOPPING CENTER<br>C/O MATRIX GROUP, INC.<br>1805 S. BELLAIRE STREET, SUITE 400<br>DENVER, CO 80222 |
| **2.2212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MIDWAY MARKET SQUARE STORE LEASE<br><br>MIDWAY MARKET SQUARE ELYRIA LLC<br>C/O MADISON PROPERTIES<br>ATTN: SAM RAPP, DIRECTOR OF LEASING<br>BROOKLYN, NY 11218 |
| **2.2213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MIDWAY PLAZA STORE LEASE<br><br>MIDWAY SHOPPING CENTER, L.P.<br>C/O REGENCY CENTERS CORPORATION<br>ONE INDEPENDENT DRIVE, SUITE 114<br>JACKSONVILLE, FL 32202-5019 |
| **2.2214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BIOHAZARD SERVICE AGREEMENT DATED 04/01/2024<br><br>MIDWEST BIOCLEAN INC.<br>BIO CLEAN SERVICES<br>P.O. BOX 7191<br>CANTON, OH 44705 |
| **2.2215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C310550 - DATED 03/31/2015<br><br>MIDWEST BIOCLEAN INC.<br>BIO CLEAN SERVICES<br>P.O. BOX 7191<br>CANTON, OH 44705 |
| **2.2216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINCOLN CENTER STORE LEASE<br><br>MIDWEST CENTERS, L.P.<br>C/O THE MACERICH COMPANY<br>ATTN: LEGAL DEPARTMENT<br>SANTA MONICA, CA 90401 |
| **2.2217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C293859 - DATED 01/14/2022<br><br>MIDWEST RETAIL SERVICES INC<br>L-3996<br>COLUMBUS, OH 43260-3996 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/14/2023 | MIDWEST RETAIL SERVICES INC<br>L-3996<br>COLUMBUS, OH 43260-3996 |
| **2.2219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 09/04/2024 | MIDWEST TAPE, LLC<br>ATTN: SUE BASCUK<br>1417 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 |
| **2.2220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELK PARK CENTER STORE LEASE | MIGHTY MITES ELK RIVER<br>140 E. HINKS LN.<br>SIOUX FALLS, SD 57104 |
| **2.2221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 03/27/2023 | MIKE AZO<br>ADDRESS ON FILE |
| **2.2222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 | MIKE CASERTA<br>ADDRESS ON FILE |
| **2.2223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 12/07/2020 | MIKE CASERTA<br>ADDRESS ON FILE |
| **2.2224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/11/2024 | MIKE DUPAN<br>ADDRESS ON FILE |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/06/2024<br><br>MIKE KENNEDY<br>ADDRESS ON FILE |
| **2.2226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAMINO TOWN AND COUNTRY S/C STORE LEASE<br><br>MILAN REAL ESTATE INVESTMENTS, LLC<br>C/O MILAN CAPITAL MANAGEMENT, INC.<br>888 S. DISNEYLAND DRIVE, STE. 101<br>ANAHEIM, CA 92802 |
| **2.2227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/13/2019<br><br>MILKMEN DESIGN LLC<br>387 MEDINA RD<br>MEDINA, OH 44256 |
| **2.2228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOLSOM SQUARE STORE LEASE<br><br>MILLBRAE SQUARE COMPANY<br>101 HICKEY BLVD., STE A-403<br>ATTN: STEVE THOMAS, MANAGER<br>SOUTH SAN FRANCISCO, CA 94080 |
| **2.2229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFICE SUPPLIES SERVICE AGREEMENT DATED 01/01/2024<br><br>MILLCRAFT PAPER CO<br>PO BOX 72466<br>CLEVELAND, OH 44192 |
| **2.2230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C102655 - DATED 02/02/2014<br><br>MILLCRAFT PAPER CO<br>PO BOX 72466<br>CLEVELAND, OH 44192 |
| **2.2231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/11/2023<br><br>MILLIMAN USA<br>333 CLAY ST SUITE  4330<br>HOUSTON, TX 77002 |

Debtor    Jo-Ann Stores, LLC    Case number (If known):  25-10072
_____
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2232 | State what the contract or lease is for and the nature of the debtor's interest | MING RETAIL CENTER STORE LEASE | MING RETAIL PLAZA LLC C/O M.D. ATKINSON COMPANY, INC. 1401 19TH STREET, SUITE 400 BAKERSFIELD, CA 93301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2233 | State what the contract or lease is for and the nature of the debtor's interest | TOWN & COUNTRY S/C STORE LEASE | MINOT TOWN & COUNTRY INVESTORS, LLP 1015 S. BROADWAY - MALL OFFICE PO BOX 2025 MINOT, ND 58702-2025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2234 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/02/2019 | MIRA DESIGN CORPORATION 231 WEST 39TH ST,  Suite 1012 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2235 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/03/2023 | MIRACLE CLEAN SERVICES PO BOX 26469 AKRON, OH 44319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2236 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C325917 - DATED 03/27/2023 | MIRACLE CLEAN SERVICES PO BOX 26469 AKRON, OH 44319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2237 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 05/07/2024 | MIRACLE CLEAN SERVICES PO BOX 26469 AKRON, OH 44319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2238 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327525 - DATED 01/20/2024 | MIRANDA OLSON ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2239 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 04/06/2022 <br><br> MISHIPAY INC. <br> 325 NORTH ST. PAUL STREET <br> DALLAS, TX 75201 |
| 2.2240 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 05/10/2022 <br><br> MJB ELECTRIC SERVICE CORP <br> 975 EASTWIND DR., #175 <br> WESTERVILLE, OH 43081 |
| 2.2241 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ARCHITECTURE & INTERIOR DESIGN SERVICE AGREEMENT DATED 02/01/2023 <br><br> MJM ARCHITECTS LLC <br> 2948 SIDCO DRIVE <br> NASHVILLE, TN 37204 |
| 2.2242 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C301075 - DATED 02/01/2014 <br><br> MJM ARCHITECTS LLC <br> 2948 SIDCO DRIVE <br> NASHVILLE, TN 37204 |
| 2.2243 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TOWN CENTER. STORE LEASE <br><br> ML 96000 LLC <br> C/O ASPI GROUP <br> 1600 LIND AVE SW, SUITE 220 <br> RENTON, WA 98055 |
| 2.2244 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GREAT SOUTH BAY S/C STORE LEASE <br><br> MLO GREAT SOUTH BAY LLC <br> C/O OLSHAN PROPERTIES <br> 600 MADISON AVENUE, 14TH FLOOR <br> NEW YORK, NY 10022 |
| 2.2245 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 06/01/2024 <br><br> MN TEXTILES PVT LTD <br> LANDHI INDUSTRIAL AREA <br> LX-5 & 6, SCHEME 3 & 4 <br> KARACHI <br> SINDH, 75120 <br> PAKISTAN |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.2246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 04/08/2022 | MOBERG FACTORY, INC.<br>99 PARK AVENUE<br>NEW YORFO, NY |
|---|---|---|---|
| 2.2247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 07/30/2024 | MOBILE MENTOR INC<br>330 FRANKLIN RD., STE. 135A-179<br>BRENTWOOD, TN 37027 |
| 2.2248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 08/01/2024 | MOBILE MENTOR INC<br>330 FRANKLIN RD., STE. 135A-179<br>BRENTWOOD, TN 37027 |
| 2.2249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 01/01/2022 | MOBILE MINI INC<br>PO BOX 7144<br>PASADENA, CA 91109-7144 |
| 2.2250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 06/06/2019 | MODERN MARKETING CONCEPTS INC ECOM<br>DBA CROSLEY BRANDS<br>1220 E OAK ST<br>LOUISVILLE, KY 40204 |
| 2.2251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/01/2024 | MODERN STORE FIXTURES CO INC<br>10421 INDUSTRIAL DR<br>GARRETTSVILLE, OH 44231 |
| 2.2252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 06/05/2024 | MODERN STORE FIXTURES CO INC<br>10421 INDUSTRIAL DR<br>GARRETTSVILLE, OH 44231 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2253 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C115860 - DATED 06/18/2016 <br><br> MODERN STORE FIXTURES CO INC <br> 10421 INDUSTRIAL DR <br> GARRETTSVILLE, OH 44231 |
| 2.2254 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFICE FURNITURE SERVICE AGREEMENT DATED 01/01/2023 <br><br> MODULAR SYSTEMS TECHNICIANS <br> 15708 INDUSTRIAL PKWY <br> CLEVELAND, OH 44135 |
| 2.2255 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C295030 - DATED 01/01/2015 <br><br> MODULAR SYSTEMS TECHNICIANS <br> 15708 INDUSTRIAL PKWY <br> CLEVELAND, OH 44135 |
| 2.2256 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SURETY BOND #674017637 DATED 03/08/2024 <br><br> MOHAVE ELECTRIC COOPERATIVE <br> PO BOX 52091 <br> PHOENIX, AZ 85072-2091 |
| 2.2257 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 06/12/2020 <br><br> MOHAWK HOME <br> 3032 SUGAR VALLEY ROAD <br> SUGAR VALLEY, GA 30746 |
| 2.2258 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C326935 - DATED 09/19/2023 <br><br> MOLLYKATE CLINE <br> ADDRESS ON FILE |
| 2.2259 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C324208 - DATED 02/20/2020 <br><br> NAME ON FILE <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323170 - DATED 07/01/2021<br><br>MONICA TETTEH<br>ADDRESS ON FILE |
| **2.2261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/16/2023<br><br>MONOGRAM PRODUCTS HK LTD<br>16/F WING ON CENTRE, 111 CONNAUGHT ROAD CENTRAL<br>HONG KONG, 999077<br>CHINA |
| **2.2262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/08/2021<br><br>MONOTYPE IMAGING INC<br>MONOTYPE<br>600 UNICORN PARK DR FLR #3<br>WOBURN, MA 01801 |
| **2.2263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315924 - DATED 09/12/2020<br><br>MONOTYPE IMAGING INC<br>MONOTYPE<br>600 UNICORN PARK DR FLR #3<br>WOBURN, MA 01801 |
| **2.2264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MONROE CROSSING STORE LEASE<br><br>MONROE CROSSING OWNER, LLC<br>C/O TIME EQUITIES INC.<br>ATTN:AMI ZIFF<br>NEW YORK, NY 10003 |
| **2.2265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POWER CENTER STORE LEASE<br><br>MONROE RETAIL GROUP LLC<br>1601 PALOMINO RIDGE DRIVE<br>ATTN: TODD ROUTH<br>AUSTIN, TX 78733 |
| **2.2266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325763 - DATED 08/01/2022<br><br>MONTGOMERY AREA CHAMBER OF COMMERCE<br>600 S. COURT STREET<br>PO BOX 79<br>MONTGOMERY, AL 36101 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2267 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MONTGOMERY COMMONS S/C STORE LEASE<br><br>MONTGOMERY COMMONS ASSOCIATES<br>C/O PENNMARK MANAGEMENT COMPANY, INC. .<br>1000 GERMANTOWN PIKE, SUITE A-2<br>PLYMOUTH MEETING, PA 19462 |
| 2.2268 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARK & SHOP STORE LEASE<br><br>MONTGOMERY REALTY GROUP, LLC<br>P. O. BOX 2308<br>ATTN: RAJ MANIAR<br>RANCHO MIRAGE, CA 92270 |
| 2.2269 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C315074 - DATED 02/15/2023<br><br>MOU SAHA<br>ADDRESS ON FILE |
| 2.2270 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOUNT VERNON PLAZA STORE LEASE<br><br>MOUNT VERNON PLAZA ASSOCIATES, LLC<br>C/O EILAT MANAGEMENT CO.<br>18915 142ND AVENUE NE, SUITE 155<br>WOODINVILLE, WA 98072 |
| 2.2271 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLOORING SERVICE AGREEMENT DATED 12/08/2022<br><br>MOUNTVILLE MILLS<br>THE MATWORKS LLC<br>1729 S. DAVIS  ROAD<br>LA GRANGE, GA 30241 |
| 2.2272 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323903 - DATED 12/08/2021<br><br>MOUNTVILLE MILLS<br>THE MATWORKS LLC<br>1729 S. DAVIS  ROAD<br>LA GRANGE, GA 30241 |
| 2.2273 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELKO JUNCTION STORE LEASE<br><br>MP ELKO, LLC<br>C/O MERIDIAN PACIFIC LTD<br>1801 TIBURON BLVD, SUITE 800<br>TIBURON, CA 94920 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETPLACE AT NORTHGLENN STORE LEASE<br><br>MP NORTHGLENN INVESTORS LLC<br>C/O THE HUTENSKY GROUP, LLC<br>100 CONSTITUTION PLAZA, 7TH FLOOR<br>HARTFORD, CT 06103 |
| **2.2275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HUNTSVILLE PLAZA STORE LEASE<br><br>MPG HUNTSVILLE PLAZA LLC<br>C/O MONTANA PROPERTY GROUP<br>8 W. 40TH ST., 4TH FLOOR<br>NEW YORK, NY 10018 |
| **2.2276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325793 - DATED 02/07/2023<br><br>MR GRIEVES ORIGINALS<br>STUDIO K. ROCHELLE, FRIARS MT. HOUS<br>7 PLAYGROUND  GARDENS<br>LO<br>LONDON, E27FA<br>UNITED KINGDOM |
| **2.2277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2024<br><br>MRE LIMITED INC<br>CHINNAANDAN KOVIL ROAD<br>Z11<br>KARUR, TAMIL NADUR, 639002<br>INDIA |
| **2.2278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C108820 - HOLOGRAM - DATED 01/05/2024<br><br>MRK TECHNOLOGIES LTD<br>INVERSION6<br>31390 VIKING  PARKWAY<br>WESTLAKE, OH 44145 |
| **2.2279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 01/05/2025<br><br>MRK TECHNOLOGIES LTD<br>INVERSION6<br>31390 VIKING  PARKWAY<br>WESTLAKE, OH 44145 |
| **2.2280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KARCHER MALL STORE LEASE<br><br>MROF I - NAMPA, LLC<br>C/O HYPERION REALTY CAPITAL<br>1880 CENTURY PARK EAST, SUITE 504<br>LOS ANGELES, CA 90067 |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/26/2024<br><br>MULESOFT<br>415 MISSION STREET<br>SAN FRANCISCO, CA 94105 |
| **2.2282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14055786 DATED 07/28/2024<br><br>MURFREESBORO ELECTRIC DEPARTMENT<br>205 N WALNUT ST.<br>MURFREESBORO, TN 37130 |
| **2.2283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WILLIAM PENN HWY STORE LEASE<br><br>MURRAY-BART ASSOCIATES<br>C/O ECHO REAL ESTATE SERVICES COMPANY<br>560 EPSILON DRIVE<br>PITTSBURGH, PA 15238 |
| **2.2284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSCATINE MALL STORE LEASE<br><br>MUSCATINE MALL MANAGEMENT II, L.L.C.<br>1903 PARK AVENUE<br>ATTN: MANAGEMENT OFFICE AND TO<br>MUSCATINE, IA 52761 |
| **2.2285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C321946 - DATED 02/21/2020<br><br>MYLINEGO INC<br>TAILORNOVA<br>2813 PORTO ROSA WAY<br>SAN CARLOS, CA 94070 |
| **2.2286** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPA CONTRACT AMENDMENT - AMENDING AGREEMENT DATED 07/07/2020<br><br>MYLINEGO INC<br>TAILORNOVA<br>2813 PORTO ROSA WAY<br>SAN CARLOS, CA 94070 |
| **2.2287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO SERVICE PURCHASE AGREEMENT DATED 04/05/2021<br><br>MYLINEGO INC<br>TAILORNOVA<br>2813 PORTO ROSA WAY<br>SAN CARLOS, CA 94070 |

Debtor    Jo-Ann Stores, LLC                                    Case number (If known):    25-10072
            Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO SERVICE PURCHASE AGREEMENT DATED 05/04/2021<br><br>MYLINEGO INC<br>TAILORNOVA<br>2813 PORTO ROSA WAY<br>SAN CARLOS, CA 94070 |
| **2.2289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO SAAS AND SERVICE PURCHASE AGREEMENT DATED 11/12/2021<br><br>MYLINEGO INC<br>TAILORNOVA<br>2813 PORTO ROSA WAY<br>SAN CARLOS, CA 94070 |
| **2.2290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE PURCHASE AGREEMENT DATED 07/07/2020<br><br>MYLINEGO INC<br>TAILORNOVA<br>2813 PORTO ROSA WAY<br>SAN CARLOS, CA 94070 |
| **2.2291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEABOARD COMMONS STORE LEASE<br><br>MYRTLE BEACH FARMS COMPANY, INC.<br>8820 MARINA PARKWAY<br>ATTN: LEASE ADMINISTRATION<br>MYRTLE BEACH, SC 29572 |
| **2.2292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAPEER S/C STORE LEASE<br><br>N & H LAPEER LIMITED PARTNERSHIP.<br>PROFESSIONAL PROPERTY MANAGEMENT CO. OF MICHIGAN INC<br>115 W. BROWN<br>BIRMINGHAM, MI 48009 |
| **2.2293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326478 - DATED 07/06/2023<br><br>NABIHAH AHMAD<br>ADDRESS ON FILE |
| **2.2294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BLOOMINGTON COMMONS STORE LEASE<br><br>NADG NNN JFAB (BLO-IL) LP<br>3131 MCKINNEY AVENUE, STE. L10<br>DALLAS, TX 75204 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIVERDALE VILLAGESTORE LEASE<br><br>NADG/SG RIVERDALE VILLAGE LP<br>C/O CENTRECORP MANAGEMENT SERVICES, LLLP<br>12761 RIVERDALE BLVD., SUITE 104<br>COON RAPIDS, MN 55448 |
| **2.2296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKEPOINTE TOWNE CROSSING STORE LEASE<br><br>NADG/TRC LAKEPOINTE LP<br>2525 MCKINNON STREET, SUITE 700<br>ATTN: STACEY HANSEN<br>DALLAS, TX 75201 |
| **2.2297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/26/2022<br><br>NANCY VALOCIK<br>ADDRESS ON FILE |
| **2.2298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C285177 - DATED 05/25/2019<br><br>NANCY VALOCIK<br>ADDRESS ON FILE |
| **2.2299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>NANJING ZHAOHONG TEXTILE CO LTD<br>LISHUI DISTRICT, NANJING CITY<br>NO.8 JINTENG RD, DONGPING ST<br>NANJING, 211212<br>CHINA |
| **2.2300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NAPER WEST PLAZA STORE LEASE<br><br>NAPER WEST LLC<br>C/O BONNIE MANAGEMENT CORP.<br>1350 E. TOUHY AVENUE, SUITE 360E<br>DES PLAINES, IL 60018 |
| **2.2301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES & MARKETING SOFTWARE SERVICE AGREEMENT DATED 04/30/2024<br><br>NARVAR INC<br>PO BOX 736298<br>DALLAS, TX 75373-6298 |

Debtor      Jo-Ann Stores, LLC
_____
            Name

Case number (If known):  25-10072
_____

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2302** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C313769 - DATED 09/30/2016 | NARVAR INC<br>PO BOX 736298<br>DALLAS, TX 75373-6298 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2303** | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE AGREEMENT DATED 02/01/2024 | NARVAR INC<br>PO BOX 736298<br>DALLAS, TX 75373-6298 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2304** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C316030 - DATED 06/08/2020 | NATIONAL 4-H COUNCIL<br>DBA NATIONAL 4-H YOUTH CONF CTR<br>PO BOX 69364<br>BALTIMORE, MD 21264-9364 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2305** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 11/30/2023 | NATIONAL 4-H COUNCIL<br>DBA NATIONAL 4-H YOUTH CONF CTR<br>PO BOX 69364<br>BALTIMORE, MD 21264-9364 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2306** | State what the contract or lease is for and the nature of the debtor's interest | OFFICE FURNITURE SERVICE AGREEMENT DATED 03/01/2022 | NATIONAL BUSINESS FURNITURE LLC<br>770 SOUTH 70TH  ST<br>MILWAUKEE, WI 53214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2307** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C297606 - DATED 02/19/2015 | NATIONAL BUSINESS FURNITURE LLC<br>770 SOUTH 70TH  ST<br>MILWAUKEE, WI 53214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2308** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/12/2022 | NATIONAL CART CO LLC<br>3125 BOSCHERTOWN RD.<br>SAINT CHARLES, MO 63301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/12/2020<br><br>NATIONAL CHRISTMAS PRODUCTS<br>2 COMMERCE DR<br>CRANFORD, NJ 07016 |
| **2.2310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OVERLAND PARK S/C STORE LEASE<br><br>NATTAN, LLC<br>11620 WILSHIRE BLVD., SUITE 540<br>ATTN: BEHZAD KIANMAHD<br>LOS ANGELES, CA 90025 |
| **2.2311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/20/2019<br><br>NEARLY NATURAL LLC<br>695 E 10TH AVE<br>HIALEAH, FL 33010 |
| **2.2312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/02/2023<br><br>NEDGRAPHICS INC<br>C/O US BANK<br>9575 W. HIGGINS RD<br>ROSEMONT, IL 60018 |
| **2.2313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/31/2024<br><br>NEDGRAPHICS INC<br>C/O US BANK<br>9575 W. HIGGINS RD<br>ROSEMONT, IL 60018 |
| **2.2314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023<br><br>NEEDLE HOLDINGS LLC<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| **2.2315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 01/08/2024<br><br>NEEDLE INDUSTRIES (INDIA) PVT LTD<br>DOOR NO. 7/57, NH 181<br>THE NILGIRIS, 643243<br>INDIA |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2316 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/22/2023 | NEEDLEART WORLD NORTH AMERICA LLC E 4732-G NORTH ROYAL ATLANTA DRIVE TUCKER, GA 30084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2317 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/20/2024 | NELSON COMPANIES ONE LLC 6935 RIDGE RD WADSWORTH, OH 44281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2318 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 01/12/2023 | NEO CASTA INTERNATIONAL 5TH FLOOR, UNIT NO.514-516 BUILDING-NOIDA ONE, TOWER-B, NOIDA, 201301 INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2319 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 11/01/2023 | NEO WONDERWAY INC NO 129 CHUNG SHAN N ROAD, SEC 2 11-1 FLOOR TAIPEI, 10448 TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2320 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/14/2022 | NESCO RESOURCE LLC 6140 PARKLAND BLVD. MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2321 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED 01/24/2024 | NETSKOPE, INC. 2445 AUGUSTINE DRIVE SUITE 301 SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2322 | State what the contract or lease is for and the nature of the debtor's interest | IT SECURITY AGREEMENT DATED 03/06/2024 | NETWRIX CORPORATION DEPT LA 25338 PASADENA, CA 91185-5338 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2323** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C316764 - DATED 03/06/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | NETWRIX CORPORATION<br>DEPT LA 25338<br>PASADENA, CA 91185-5338 |
| **2.2324** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #285049082 DATED 06/26/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | NEVADA DEPARTMENT OF TAXATION<br>1550 E COLLEGE PKWY<br>SUITE 115<br>CARSON CITY, NV 89706 |
| **2.2325** State what the contract or lease is for and the nature of the debtor's interest — NEW HARTFORD S/C STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW HARTFORD SHOPPING CENTER TRUST<br>C/O FACILITIES MANAGEMENT GROUP<br>22 BROOKLINE DRIVE<br>SYRACUSE, NY 13204 |
| **2.2326** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 09/23/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW LEAF SERVICE CONTRACTS LLC<br>909 LAKE CAROLYN PKWY, #900<br>IRVING, TX 75039 |
| **2.2327** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 09/23/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW LEAF SERVICE CONTRACTS, LLC<br>909 LAKE CAROLYN PARKWAY, SUITE 900<br>IRVING, TX 75039 |
| **2.2328** State what the contract or lease is for and the nature of the debtor's interest — TRADEMART SHOPPING CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW PORT RICHEY DEVEOLPMENT COMPANY LLC<br>C/O CHASE PROPERTIES, LTD.<br>3333 RICHMOND ROAD, SUITE 320<br>BEACHWOOD, OH 44122 |
| **2.2329** State what the contract or lease is for and the nature of the debtor's interest — NEW TOWNE CENTRE STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW TOWNE CENTER OWNWER LLC<br>C/O ACADIA REALTY TRUST<br>ATTN: LEGAL DEPARTMENT (JOHN MCMAHON)<br>RYE, NY 10580 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW TOWNE MALL STORE LEASE<br><br>NEW TOWNE MALL REALTY HOLDING LLC<br>C/O KOHAN RETAIL INVESTMENT GROUP, LLC<br>1010 NORTHERN BLVD., STE. 212<br>GREAT NECK, NY 11021 |
| 2.2331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/09/2024<br><br>NEW VIEW GIFTS AND ACCESSORIES<br>FKA DCWV ACQUISITION CORP INC/BLUE<br>311 E BALTIMORE AVENUE<br>MEDIA, PA 19063 |
| 2.2332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321929 - DATED 06/16/2020<br><br>NEXAMP INC<br>PO BOX 1466<br>NEW YORK, NY 10008 |
| 2.2333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NIAGARA SQUARE STORE LEASE<br><br>NIAGARA SQUARE, LLC<br>570 DELAWARE AVENUE<br>ATTN: LEASE ADMINISTRATION<br>BUFFALO, NY 14202 |
| 2.2334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C327596 - DATED 06/05/2024<br><br>NICE COSAS LLC<br>13412 ALANWOOD RD.<br>LA PUENTE, CA 91746 |
| 2.2335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 07/22/2022<br><br>NICHOLAS GERBUS<br>ADDRESS ON FILE |
| 2.2336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT & RELEASE AGREEMENT DATED 05/01/2024<br><br>NICHOLE SCHNEIDER<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/30/2024<br><br>NICK GERBUS<br>ADDRESS ON FILE |
| **2.2338** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/30/2024<br><br>NICOLE POLKABLA<br>ADDRESS ON FILE |
| **2.2339** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/18/2024<br><br>NICOLE SCHNEIDER<br>ADDRESS ON FILE |
| **2.2340** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT  - C322754 - DATED 02/18/2021<br><br>NICOLE SCHNEIDER<br>ADDRESS ON FILE |
| **2.2341** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/15/2024<br><br>NICOLE TONIC STUDIOS INC<br>70 TANNER ST<br>HADDONFIELD, NJ 08033 |
| **2.2342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RIVERS EDGE MALL STORE LEASE<br><br>NIEMANN HOLDINGS, LLC<br>1501 N. 12 TH STREET<br>ATTN: SHAN CLEVENGER<br>QUINCY, IL 62301 |
| **2.2343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE AUBURN MILE STORE LEASE<br><br>NIKI AUBURN MILE, LP<br>C/O THE NIKI GROUP, LLC<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C326866 - DATED 10/10/2023<br><br>NIKKI FURLONG<br>ADDRESS ON FILE |
| **2.2345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>NINA HOSE<br>ADDRESS ON FILE |
| **2.2346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/09/2024<br><br>NINGBO BOHONGCHUANGYI INT CO LTD<br>FLR 4TH, BLDING 1, NO 25 YUXI ROAD<br>ZHUANGSHI TOWN, ZHENHAI DISC<br>NINGBO, 315201<br>CHINA |
| **2.2347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>NINGBO GENERAL UNION CO LTD<br>YONGJIANG AVENUE, YINZHOU DISTRICT<br>15F, BUILDING B16, #2560<br>ZHEJIANG<br>NINGBO, 315040<br>CHINA |
| **2.2348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/08/2024<br><br>NINGBO LIBERTY PORT TRADING CO LTD<br>YINZHOU DISTRICT<br>B1204, HERONG BLDG, #215 PANHUO RD 130<br>NINGBO, 315105<br>CHINA |
| **2.2349** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/29/2022<br><br>NINGBO MAJINA CRAFTS CO., LTD<br>ROOM 2301-2, BUILDING NO. 2<br>TSINGHUA KECHUANG PARK, NO.225<br>315100<br>CHINA |
| **2.2350** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/25/2023<br><br>NINGBO MH INDUSTRY CO LTD<br>MH BLDG. #18 NINGNAN NORTH ROAD<br>NINGBO, 315192<br>CHINA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2351 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/01/2019 | NINGBO SHUYANG WRAPPING CO LTD<br>#36 LANE 68, FENGLIN ROAD<br>BUILDING 9, PHASE II<br>BEILUN<br>NINGBO, 315821<br>CHINA |
| 2.2352 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/14/2023 | NINGBO SINOMAKER INDUSTRY & TRADE C<br>RM904-3 QIAOSHANG BUILDING<br>YINZHOU<br>NINGBO, 315100<br>CHINA |
| 2.2353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/13/2022 | NINGBO SUNSHINE IMPORT & EXPORT CO<br>ROOM 24-5,NO.009<br>BUILDING.NO.9 SHUBO ROAD<br>NINGBO, 315040<br>CHINA |
| 2.2354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024 | NINGBO TOFOAM STATIONERY CO LTD.<br>ROOM 501, YIDU CULTURE PLAZA<br>130<br>NINGBO, 315012<br>CHINA |
| 2.2355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/18/2024 | NINGBO WINLEAD ORNAMENT CO LTD<br>SCIENCE AND TECHNOLOGY PLAZA<br>10/F, 4TH BUILDING, #1035 GUANGXIAN RD<br>ZHEJIANG<br>NINGBO, 315000<br>CHINA |
| 2.2356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 01/17/2023 | NINGBO WORLD MALL IMPORT & EXPORT<br>ROOM 2-1, 2-4, NO.1277-1,<br>ZHONGGUAN WEST ROAD,<br>130<br>NINGBO CITY,<br>CHINA |
| 2.2357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024 | NINGBO XINTENG NEEDLE CO LTD<br>DONGQIAN LAKE<br>YUTANG INDUSTRIAL ZONE<br>NINGBO, 315133<br>CHINA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>NIPKOW & KOBELT INC<br>411 EUNGASN-RI<br>JINWI-MYEON<br>GYEON<br>Z01<br>PYEONGTAEK-SI, 712882<br>KOREA, REPUBLIC OF |
| **2.2359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/22/2024<br><br>NJ CROCE<br>ADDRESS ON FILE |
| **2.2360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/25/2024<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.2361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/25/2024<br><br>NJ CROCE<br>ADDRESS ON FILE |
| **2.2362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MID RIVERS STORE LEASE<br><br>NNN REIT, LP<br>450 S. ORANGE AVENUE, SUITE 900<br>ATTN: SENIOR VICE PRESIDENT-ASSET MANAGEMENT<br>ORLANDO, FL 32801 |
| **2.2363** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STAPLES CROSSING S/C STORE LEASE<br><br>NNN REIT, LP<br>450 SOUTH ORANGE AVENUE, SUITE 900<br>ATTN: SENIOR VICE PRESIDENT - ASSET MANAGEMENT<br>ORLANDO, FL 32801 |
| **2.2364** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VILLAGE OF AMELIA STORE LEASE<br><br>NNN YULEE FL OWNER LP<br>C/O LA COSTA CAPITAL PARTNERS, LLC<br>5973 AVENIDA ENCINAS, SUITE 301<br>CARLSBAD, CA 92008 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2365** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>JO-ANN PLAZA STORE LEASE | NONNENMANN FAMILY LLC<br>ATTN: TIMOTHY P. NONNENMANN<br>10211 - 35TH STREET W<br>ROCK ISLAND, IL 61201 |
| **2.2366** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>NORRITON SQUARE S/C STORE LEASE | NORBER TRUST<br>C/O KIMCO REALTY CORPORATION<br>500 NORTH BROADWAY, SUITE 201<br>JERICHO, NY 11753 |
| **2.2367** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT - C303339 - DATED 06/03/2020 | NORRELL & BAKER HOLDINGS LLC<br>TRIPLE A METAL FABRICATION<br>101 ROCKET AVE.<br>OPELIKA, AL 36804 |
| **2.2368** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SUPPLIES SERVICE AGREEMENT DATED 06/03/2023 | NORRELL & BAKER HOLDINGS LLC<br>TRIPLE A METAL FABRICATION<br>101 ROCKET AVE.<br>OPELIKA, AL 36804 |
| **2.2369** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 12/17/2021 | NORTH AMERICAN PLASTICS & CHEMICALS<br>1400 E. 222ND STREET<br>EUCLID, OH 44117 |
| **2.2370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT EXTENSION DATED 12/17/2023 | NORTH AMERICAN PLASTICS & CHEMICALS<br>1400 E. 222ND STREET<br>EUCLID, OH 44117 |
| **2.2371** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT - C323907 - DATED 12/17/2021 | NORTH AMERICAN PLASTICS & CHEMICALS CO INC<br>1400 E. 222ND STREET<br>EUCLID, OH 44117 |

Debtor   Jo-Ann Stores, LLC
_____   Case number (If known):   25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2372 | State what the contract or lease is for and the nature of the debtor's interest | STORE SUPPLIES SERVICE AGREEMENT DATED 12/17/2023 | NORTH AMERICAN PLASTICS & CHEMICALS CO INC 1400 E. 222ND STREET EUCLID, OH 44117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2373 | State what the contract or lease is for and the nature of the debtor's interest | NORTH ATTLEBORO MARKETPLACE STORE LEASE | NORTH ATTLEBORO MARKETPLACE II, LLC C/O CARPIONATO PROPERTIES ATTN: VICE PRESIDENT, REAL ESTATE JOHNSTON, RI 02919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2374 | State what the contract or lease is for and the nature of the debtor's interest | THE SHOPPES AT GENEVA COMMONS STORE LEASE | NORTH GENEVA COMMONS LLC C/O THE MID-AMERICA MANAGEMENT CORPORATION 3333 RICHMOND ROAD, SUITE 350 BEACHWOOD, OH 44122 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2375 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #674019810 DATED 05/01/2024 | NORTH LITTLE ROCK ELECTRIC P.O. BOX 936 NORTH LITTLE ROCK, AR 72115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2376 | State what the contract or lease is for and the nature of the debtor's interest | MAIN ST MARKETPLACE STORE LEASE | NORTH MAIN PHASE II AND III LLC C/O CHILDRESS KLEIN 301 S. COLLEGE ST., SUITE 2800 CHARLOTTE, NC 28202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2377 | State what the contract or lease is for and the nature of the debtor's interest | NORTH POINTE CENTRE STORE LEASE | NORTH POINTE CENTRE, LLP C/O SCI REAL ESTATE 5429 NORTH 118TH COURT MILWAUKEE, WI 53225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2378 | State what the contract or lease is for and the nature of the debtor's interest | NORTH VALLEY S/C STORE LEASE | NORTH VALLEY PLAZA, LLC 500 NORTH BROADWAY, SUITE 201 P. O. BOX 9010 JERICHO, NY 11753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2379** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HANOVER COMMONS STORE LEASE<br><br>NORTHERN ROSE HANOVER, L.P.<br>ATTN: ANDREW ROSE<br>600 LORING AVENUE<br>SALEM, MA 01970 |
| **2.2380** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C321162 - DATED 12/17/2019<br><br>NORTHFIELD TELECOMMUNICATIONS INC<br>ADVANCED WIRELESS COMMUNICATIONS<br>20809 KENSINGTON BLVD<br>LAKEVILLE, MN 55044 |
| **2.2381** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 01/01/2025<br><br>NORTHFIELD TELECOMMUNICATIONS INC<br>ADVANCED WIRELESS COMMUNICATIONS<br>20809 KENSINGTON BLVD<br>LAKEVILLE, MN 55044 |
| **2.2382** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTHGATE MALL. STORE LEASE<br><br>NORTHGATE RETAIL PARTNERS<br>C/O BROOKSIDE PROPERTIES, INC.<br>2002 RICHARD JONES ROAD, SUITE C-200<br>NASHVILLE, TN 37215 |
| **2.2383** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GATEWAY SHOPPING CENTER STORE LEASE<br><br>NORTHGATE STATION, LP<br>C/O AZOSE COMMERCIAL PROPERTIES<br>8451 SE 68TH STREET, SUITE 200<br>MERCER ISLAND, WA 98040 |
| **2.2384** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTHPARK MALL STORE LEASE<br><br>NORTHPARK MALL/JOPLIN, LLC<br>C/O CBL & ASSOCIATES MANAGEMENT, INC.<br>2030 HAMILTON PLACE BOULEVARD, SUITE 500<br>CHATTANOOGA, TN 37421 |
| **2.2385** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/09/2019<br><br>NORTHPOINT TRADING INC<br>347 5TH AVENUE<br>NEW YORK, NY 10016 |

Debtor   Jo-Ann Stores, LLC
_____   Case number (If known): 25-10072
Name

| ███ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NORTHWAY MALL. STORE LEASE | NORTHWAY MALL PROPERTIES SUB, LLC<br>C/O OLSHAN PROPERTIES<br>600 MADISON AVENUE, 14TH FLOOR<br>NEW YORK, NY 10022 |
| 2.2387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PALLETS SERVICE AGREEMENT DATED 01/01/2024 | NORTHWEST PALLET SERVICES LLC<br>PRIME360<br>PO BOX 208372<br>DALLAS, TX 75320-8372 |
| 2.2388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 1 TO MASTER CONSULTING AGREEMENT DATED 01/07/2020 | NOTTINGHAM SPIRK DESIGN ASSOC INC<br>2200 OVERLOOK RD<br>CLEVELAND, OH 44106 |
| 2.2389 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 2 TO MASTER CONSULTING AGREEMENT DATED 06/01/2020 | NOTTINGHAM SPIRK DESIGN ASSOC INC<br>2200 OVERLOOK RD<br>CLEVELAND, OH 44106 |
| 2.2390 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 3 TO MASTER CONSULTING AGREEMENT DATED 11/01/2020 | NOTTINGHAM SPIRK DESIGN ASSOC INC<br>2200 OVERLOOK RD<br>CLEVELAND, OH 44106 |
| 2.2391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 4 TO MASTER CONSULTING AGREEMENT DATED 11/01/2020 | NOTTINGHAM SPIRK DESIGN ASSOC INC<br>2200 OVERLOOK RD<br>CLEVELAND, OH 44106 |
| 2.2392 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 5 TO MASTER CONSULTING AGREEMENT AND SOW DATED 09/01/2021 | NOTTINGHAM SPIRK DESIGN ASSOC INC<br>2200 OVERLOOK RD<br>CLEVELAND, OH 44106 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (If known): 25-10072
Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2393 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO ROYALTY AGREEMENT DATED 11/22/2021 | NOTTINGHAM SPIRK DESIGN ASSOC INC <br> 2200 OVERLOOK RD <br> CLEVELAND, OH 44106 |
| 2.2394 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSIGNMENT OF MASTER CONSULTING AGREEMENT AND ROYALTY AGREEMENT DATED 01/01/2022 | NOTTINGHAM SPIRK DESIGN ASSOC INC <br> 2200 OVERLOOK RD <br> CLEVELAND, OH 44106 |
| 2.2395 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER CONSULTING AGREEMENT DATED 06/28/2019 | NOTTINGHAM SPIRK DESIGN ASSOC INC <br> 2200 OVERLOOK RD <br> CLEVELAND, OH 44106 |
| 2.2396 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO ROYALTY AGREEMENT DATED 11/22/2021 | NOTTINGHAM-SPIRK PARTNERS, LLC <br> 2200 OVERLOOK ROAD <br> CLEVELAND, OH 44106 |
| 2.2397 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSIGNMENT OF MASTER CONSULTING AGREEMENT AND ROYALTY AGREEMENT DATED 01/01/2022 | NOTTINGHAM-SPIRK PARTNERS, LLC <br> 2200 OVERLOOK ROAD <br> CLEVELAND, OH 44106 |
| 2.2398 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER CONSULTING AGREEMENT DATED 06/28/2019 | NOTTINGHAM-SPIRK PARTNERS, LLC <br> 2200 OVERLOOK ROAD <br> CLEVELAND, OH 44106 |
| 2.2399 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C212823 - DATED 09/01/2016 | NOVAKS CONSTRUCTION INC <br> 40384 STATE RT  303 <br> LAGRANGE, OH 44050 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2400** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/01/2023<br><br>NOVAKS CONSTRUCTION INC<br>40384 STATE RT  303<br>LAGRANGE, OH 44050 |
| **2.2401** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322795 - DATED 09/01/2021<br><br>NOVAKS WAREHOUSE INC<br>40384 STATE RT  303<br>LAGRANGE, OH 44050 |
| **2.2402** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSING SERVICE AGREEMENT DATED 09/01/2022<br><br>NOVAKS WAREHOUSE INC<br>40384 STATE RT  303<br>LAGRANGE, OH 44050 |
| **2.2403** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/24/2022<br><br>NOVITA OY<br>TEHTAANKATU 27-29<br>11<br>HELSINKI, 00150<br>FINLAND |
| **2.2404** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCE PLAZA STORE LEASE<br><br>NOVUS-CRESTWOOD SAMS, LLC<br>ATTN: MICHAEL KOCH<br>20 ALLEN AVENUE, SUITE 400<br>WEBSTER GROVES, MO 63119 |
| **2.2405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/26/2017<br><br>NPC GLOBAL CORPORATION NONMERCHANDISE VENDOR<br>100 MIDDLESEX AVE 2A#FRONT<br>CARTERET, NJ 07008 |
| **2.2406** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 10/26/2023<br><br>NPC GLOBAL CORPORATION<br>100 MIDDLESEX AVE 2A#FRONT<br>CARTERET, NJ 07008 |

Debtor   Jo-Ann Stores, LLC                                                   Case number (If known):   25-10072
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2407** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C315895 - DATED 08/18/2017 <br> State the term remaining <br> List the contract number of any government contract | NPC GLOBAL CORPORATION <br> 100 MIDDLESEX AVE 2A#FRONT <br> CARTERET, NJ 07008 |
| **2.2408** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C315895ST - DATED 08/17/2017 <br> State the term remaining <br> List the contract number of any government contract | NPC GLOBAL CORPORATION <br> 100 MIDDLESEX AVE 2A#FRONT <br> CARTERET, NJ 07008 |
| **2.2409** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK DATED 03/28/2024 <br> State the term remaining <br> List the contract number of any government contract | NPC GLOBAL CORPORATION <br> 100 MIDDLESEX AVE 2A#FRONT <br> CARTERET, NJ 07008 |
| **2.2410** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 11/10/2022 <br> State the term remaining <br> List the contract number of any government contract | NSI INTERNATIONAL INC <br> 235 WEST 23RD ST, 4TH FLOOR <br> NEW YORK, NY 10010 |
| **2.2411** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C293866 - DATED 07/01/2013 <br> State the term remaining <br> List the contract number of any government contract | NUTMEG INDUSTRIES INC <br> ROLL-A-SHADE <br> 12101 MADERA WAY <br> RIVERSIDE, CA 92503 |
| **2.2412** State what the contract or lease is for and the nature of the debtor's interest — WINDOW SERVICE AGREEMENT DATED 07/01/2023 <br> State the term remaining <br> List the contract number of any government contract | NUTMEG INDUSTRIES INC <br> ROLL-A-SHADE <br> 12101 MADERA WAY <br> RIVERSIDE, CA 92503 |
| **2.2413** State what the contract or lease is for and the nature of the debtor's interest — NEW RIVER CENTER STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | NVR INVESTMENTS, LLC <br> ATTN: ROBERT CHESSON, MANAGER <br> 11201 PATTERSON AVENUE <br> RICHMOND, VA 23238 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2414** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | NORTHWEST PLAZA. STORE LEASE NW PLAZA MUNCIE, LLC 9850 VON ALLMEN COURT, SUITE 202 ATTN: TODD METZMEIER LOUISVILLE, KY 40241 |
| **2.2415** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SURETY BOND #674020558 DATED 01/11/2025 NYSEG-NEW YORK STATE ELECTRIC & GAS 18 LINK DR BINGHAMTON, NY 13904 |
| **2.2416** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SERVICE AGREEMENT  - C210563 - DATED 03/15/2018 OAK HARBOR FREIGHT LINES INC PO BOX  1469 AUBURN, WA 98071 |
| **2.2417** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | STATEMENT OF WORK DATED 02/28/2023 OAK HARBOR FREIGHT LINES INC PO BOX  1469 AUBURN, WA 98071 |
| **2.2418** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | STATEMENT OF WORK DATED 03/01/2024 OAK HARBOR FREIGHT LINES INC PO BOX  1469 AUBURN, WA 98071 |
| **2.2419** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | OAK VALLEY CENTER STORE LEASE OAK VALLEY CENTRE, LLC C/O OAK VALLEY MANAGEMENT COMPANY 6735 TELEGRAPH ROAD, SUITE 110 BLOOMFIELD, MI 48301-3141 |
| **2.2420** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2024 OCEAN NETWORK EXPRESS PTE LTD 452 FIFTH  AVE NEW YORK, NY 10018 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):    25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2421 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/30/2024 | OCEAN NETWORK EXPRESS PTE LTD 452 FIFTH AVE NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2422 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C316909 - DATED 05/01/2020 | OCEAN NETWORK EXPRESS PTE LTD 452 FIFTH AVE NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2423 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/01/2024 | OCEAN NETWORK EXPRESS PTE LTD 452 FIFTH AVE NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2424 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C103039 - DATED 09/21/2018 | OCS TECHNOLOGIES INC OHIO COUNTING SCALE INC 14901 EMERY AVENUE CLEVELAND, OH 44135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2425 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/19/2022 | ODP BUSINESS SOLUTIONS LLC F/K/A OFFICE DEPOT BUS SOLUTIONS LL PO BOX 633301 CINCINNATI, OH 45263-3201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2426 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C127640 - DATED 12/26/2018 | ODP BUSINESS SOLUTIONS LLC F/K/A OFFICE DEPOT BUS SOLUTIONS LL PO BOX 633301 CINCINNATI, OH 45263-3201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2427 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285069995 DATED 07/14/2024 | OEC-OKLAHOMA ELECTRIC COOPERATIVE PO BOX 5481 NORMAN, OK 73070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2428** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C311469 - DATED 09/01/2015 <br><br> State the term remaining <br><br> List the contract number of any government contract | OFF DUTY SECURITY INC <br> 3387 KIRK RIDGE ROAD <br> MURRAY, KY 42071 |
| **2.2429** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C323499 - DATED 08/23/2021 <br><br> State the term remaining <br><br> List the contract number of any government contract | OFF THE WALL CO LLC <br> 4814 BETHLEHEM PIKE <br> TELFORD, PA 18969 |
| **2.2430** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT EXTENSION DATED 08/07/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | OFF THE WALL CO LLC <br> 4814 BETHLEHEM PIKE <br> TELFORD, PA 18969 |
| **2.2431** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C319409 - DATED 03/18/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | OFFICE1 <br> 720 SOUTH 4TH STREET <br> LAS VEGAS, NV 89101 |
| **2.2432** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 03/19/2022 <br><br> State the term remaining <br><br> List the contract number of any government contract | OFFICE1 <br> 720 SOUTH 4TH STREET <br> LAS VEGAS, NV 89101 |
| **2.2433** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #674019332 DATED 02/20/2025 <br><br> State the term remaining <br><br> List the contract number of any government contract | OG&E -OKLAHOMA GAS & ELECTRIC SERVICE <br> P.O. BOX 24990 <br> OKLAHOMA CITY, OK 73124-0990 |
| **2.2434** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #674021299 DATED 06/06/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | OG&E -OKLAHOMA GAS & ELECTRIC SERVICE <br> P.O. BOX 24990 <br> OKLAHOMA CITY, OK 73124-0990 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2435** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF CREDIT #68091418 | OHIO BUREAU OF WORKER'S COMP<br>PO BOX 89492<br>CLEVELAND, OH 44101-6492 |
| **2.2436** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OHIO VALLEY MALLSTORE LEASE | OHIO VALLEY MALL COMPANY<br>C/O CAFARO COMPANY<br>5577 YOUNGSTOWN-WARREN RD.<br>NILES, OH 44446 |
| **2.2437** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 12/11/2024 | OLIVER D OUSTERHOUT<br>ADDRESS ON FILE |
| **2.2438** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/22/2022 | OLIVIA RESING<br>ADDRESS ON FILE |
| **2.2439** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | OLIVIER DE RIDDER<br>ADDRESS ON FILE |
| **2.2440** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323681 - DATED 11/01/2021 | OMEGA BENEFITS INC<br>3451 VIA MONTEBELLO #192-312<br>CARLSBAD, CA 92009 |
| **2.2441** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/01/2023 | OMEGA BENEFITS INC<br>3451 VIA MONTEBELLO #192-312<br>CARLSBAD, CA 92009 |

| Debtor | Jo-Ann Stores, LLC | Case 25-10068-CTG    Doc 376    Filed 02/11/25    Page 1095 of 1286 | Case number (If known):   25-10072 |

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SONORA CROSSROADS STORE LEASE<br><br>OMEGA SONORA LLC<br>FOWLER & HATCH PROPERTIES<br>P.O. BOX 576469<br>MODESTO, CA 95357 |
| **2.2443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C304849 - DATED 06/02/2018<br><br>OMNI SYSTEMS INC<br>OMNI-ITW<br>PO BOX 735536<br>CHICAGO, IL 60673-5536 |
| **2.2444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/03/2024<br><br>OMNI SYSTEMS INC<br>OMNI-ITW<br>PO BOX 735536<br>CHICAGO, IL 60673-5536 |
| **2.2445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/29/2010<br><br>OMNISOLV INC<br>PO BOX 105328<br>ATLANTA, GA 30348-5328 |
| **2.2446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VALLEY CROSSING STORE LEASE<br><br>ONE OAK INVESTMENTS, LLC<br>1685 H STREET, UNIT 205<br>ATTN: AMANDEEP MANGAT<br>BLAINE, WA 98230 |
| **2.2447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2024<br><br>OOCL USA INC<br>801 WARRENVILLE RD, SUITE 300<br>LISLE, IL 60532 |
| **2.2448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/31/2024<br><br>OOLY LLC<br>5607 Palmer Way<br>Carlsbad, CA 92010 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2449 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C321310 - DATED 01/28/2020 | OOS LLC<br>1460 DUNCAN WAY<br>STREETSBORO, OH 44241 |
| 2.2450 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14042183 DATED 12/20/2024 | OPELIKA UTILITIES<br>P.O. BOX 2587<br>OPELIKA, AL 36803-2587 |
| 2.2451 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/02/2022 | OPEN ROAD BRANDS LLC<br>C/O DONGGUAN XIANGYU HARDWARE<br>BUILDING 1, #3 PRIVATE 1ST ST.<br>GUANGDONG<br>DONGQUAN CITY, 523321<br>CHINA |
| 2.2452 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 02/01/2024 | OPEN TEXT INC<br>C/O JP MORGAN LOCKBOX<br>24685 NETWORK PLACE<br>CHICAGO, IL 60673-1246 |
| 2.2453 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2021 | OPEN TEXT INC<br>C/O JP MORGAN LOCKBOX<br>24685 NETWORK PLACE<br>CHICAGO, IL 60673-1246 |
| 2.2454 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT OF BUYING AGENCY AGREEMENT DATED 11/01/2023 | OPTIMUM BUYING LTD.<br>AVE AIME AUBERVILLE<br>CHELLES,<br>FRANCE |
| 2.2455 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR SUPPLY AGREEMENT DATED 11/30/2018 | OPTIMUM BUYING LTD.<br>AVE AIME AUBERVILLE<br>CHELLES,<br>FRANCE |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2456 | **State what the contract or lease is for and the nature of the debtor's interest** | ERP SERVICE AGREEMENT DATED 05/16/2024 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2457 | **State what the contract or lease is for and the nature of the debtor's interest** | ERP SERVICE AGREEMENT DATED 11/29/2022 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2458 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/08/2022 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2459 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/25/2020 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2460 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 01/15/2025 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2461 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - C132510 - DATED 11/30/2010 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2462 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - EPM 132510 - DATED 01/09/2025 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2463 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 02/09/2024 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2464 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 02/10/2024 | ORACLE AMERICA INC<br>P O BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2465 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/17/2022 | ORBIS CORPORATION<br>PO BOX 856447<br>MINNEAPOLIS, MN 55485-6447 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2466 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/29/2024 | ORBIS CORPORATION<br>PO BOX 856447<br>MINNEAPOLIS, MN 55485-6447 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2467 | **State what the contract or lease is for and the nature of the debtor's interest** | ORCHARDS MARKET CENTER STORE LEASE | ORCHARDS MARKET CENTER LLC<br>C/O CBRE PROPERTY MANAGMENT<br>1300 SW 5TH AVENUE, SUITE 3500<br>PORTLAND, OR 97201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2468 | **State what the contract or lease is for and the nature of the debtor's interest** | THE FAMILY CENTER AT OREM STORE LEASE | OREM FAMILY CENTER, LLC<br>5670 WILSHIRE BLVD., SUITE 1250<br>LOS ANGELES, AZ 90036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2469 | **State what the contract or lease is for and the nature of the debtor's interest** | FELCH STREET PLAZA STORE LEASE | ORF VII FELCH STREET, LLC<br>C/O PINACLE LEASING & MANAGEMENT, LLC<br>11770 HAYNES BRIDGE RD., SUITE 205 - 542<br>ALPHARETTA, GA 30009 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2470** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKELAND PLAZA STORE LEASE<br><br>ORF VIII LAKELAND PLAZA, LLC<br>11770 HAYNES BRIDGE RD.<br>ATTN: PARTH MUNSHI, GENERAL COUNSEL<br>ALPHARETTA, GA 30009 |
| **2.2471** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WATERSIDE MARKET PLACE STORE LEASE<br><br>ORF X WATERSIDE, LLC<br>C/O PINNACLE LEASING AND MANAGEMENT, INC.<br>11770 HAYNES BRIDGE RD., STE 205-542<br>ALPHARETTA, GA 30009 |
| **2.2472** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/01/2024<br><br>ORMO ITHALAT VE IHRACAT AS<br>KAGITHANE OFISPARK, MERKEZ MAHALLES<br>FAITH CAD. GOLYOLU HARMANSAZI MEVKIT<br>ORHANGAZI, 16800<br>TURKEY |
| **2.2473** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANN & HOPE PLAZA STORE LEASE<br><br>OSJ OF SEEKONK, LLC<br>375 COMMERCE PARK RD.<br>NORTH KINGSTOWN, RI 02852 |
| **2.2474** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDEPENDENCE MARKET PLACE STORE LEASE<br><br>OUTER DRIVE 39 DEVELOPMENT CO., LLC<br>ONE TOWNE SQUARE, #1600<br>ATTN: PAUL STODULSKI<br>SOUTHFIELD, MI 48076 |
| **2.2475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OVERLOOK VILLAGE STORE LEASE<br><br>OVERLOOK VILLAGE ASHEVILLE, LLC<br>C/O ARMADA HOFFLER PROPERTIES, INC.<br>222 CENTRAL PARK AVENUE, SUITE 2100<br>VIRGINIA BEACH, VA 23462 |
| **2.2476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BAYBROOK VILLAGE STORE LEASE<br><br>OWRF BAYBROOK, LLC<br>C/O O'CONNOR CAPITAL PARTNERS<br>535 MADISON AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2477 | State what the contract or lease is for and the nature of the debtor's interest | THE COURT AT OXFORD VALLEY STORE LEASE | OXFORD VALLEY ROAD ASSOCIATES C/O THE GOLDENBERG GROUP, INC. 630 SENTRY PARKWAY, SUITE 300 BLUE BELL, PA 19422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2478 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT MAINTENANCE & REPAIR SERVICE AGREEMENT DATED 09/05/2023 | P&L TRUCK & TRAILER REPAIR LLC 5100 COUNTY RD 299 CUSSETA, AL 36852 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2479 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C322150 - DATED 09/01/2020 | P&L TRUCK & TRAILER REPAIR LLC 5100 COUNTY RD 299 CUSSETA, AL 36852 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2480 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285075187 DATED 12/13/2024 | PACIFIC GAS & ELECTRIC 300 LAKESIDE DRIVE, SUITE 210 OAKLAND, CA 94612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2481 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/21/2024 | PACIFIC ISLAND CREATIONS CO LTD 6F, NO8, LANE 321, YANGGUANG ST NEIHU DIST, TPE, 11491 TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2482 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285073796 DATED 05/30/2024 | PACIFIC POWER-ROCKY MOUNTAIN POWER PO BOX 26000 PORTLAND, OR 97256-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2483 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285073797 DATED 05/30/2024 | PACIFIC POWER-ROCKY MOUNTAIN POWER PO BOX 26000 PORTLAND, OR 97256-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073798 DATED 05/30/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |
| 2.2485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073799 DATED 05/30/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |
| 2.2486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073800 DATED 05/30/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |
| 2.2487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073801 DATED 05/30/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |
| 2.2488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073802 DATED 05/30/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |
| 2.2489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073803 DATED 05/30/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |
| 2.2490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285075122 DATED 09/26/2024<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2491 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285075123 DATED 09/26/2024 | PACIFIC POWER-ROCKY MOUNTAIN POWER PO BOX 26000 PORTLAND, OR 97256-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2492 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285075192 DATED 12/18/2024 | PACIFIC POWER-ROCKY MOUNTAIN POWER PO BOX 26000 PORTLAND, OR 97256-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2493 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #674019458 DATED 03/20/2024 | PACIFIC POWER-ROCKY MOUNTAIN POWER PO BOX 26000 PORTLAND, OR 97256-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2494 | State what the contract or lease is for and the nature of the debtor's interest | CROSSROADS AT ORENCO STATION STORE LEASE | PACIFIC REALTY ASSOCIATES, L.P. 15350 S.W. SEQUOIA PARKWAY, SUITE 300 ATTN: LAW DEPARTMENT PORTLAND, OR 97224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2495 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C325235 - DATED 09/09/2022 | PACKAGING CONSULTANTS INC 9 WELBY ROAD NEW BEDFORD, MA 02745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2496 | State what the contract or lease is for and the nature of the debtor's interest | STORE DEVELOPMENT SERVICE AGREEMENT DATED 07/10/2024 | PACKAGING CONSULTANTS INC 9 WELBY ROAD NEW BEDFORD, MA 02745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2497 | State what the contract or lease is for and the nature of the debtor's interest | PACKARD PLAZA STORE LEASE | PACKARD PLAZA PARTNERS, LLC 1970 BEACON ST. ATTN: RAJENDER DUDANI, MANAGING MEMBER WABAN, MA 02468 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2498 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE CONTAINER LEASE DATED 06/29/2021 | PAC-VAN INC 75 REMITTANCE DR., STE #3300 CHICAGO, IL 60675 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2499 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/08/2022 | PADDYWAX 2934 SIDCO DRIVE, SUITE 140 NASHVILLE, TN 37204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2500 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/01/2024 | PADDYWAX LLC C/O CREATIVE LIGHTS TUAN VIET COMMUNE Z01 HAI DUONG, 170000 VIETNAM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2501 | State what the contract or lease is for and the nature of the debtor's interest | THE COLUMNS STORE LEASE | PAL PROPERTIES 2574 CHRISTMASVILLE COVE, SUITE H JACKSON, TN 38305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2502 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/05/2024 | PALADONE PRODUCTS LTD APEX HOUSE, DOLPHIN WAY SHOREHAM BY SEA, BN43 6NZ UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2503 | State what the contract or lease is for and the nature of the debtor's interest | COSNER'S CORNER STORE LEASE | PALANI PROPERTIES, LLC 10840 JENNIFER MARIE PLACE ATTN: PALANI RATHINSAMY (MD) FAIRFAX STATION, VA 22039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2504 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/26/2024 | PALITEX LANTING INDUSTRIAL ZONE 130 SHAOXING, 312000 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.2505 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/30/2024 | PALM FIBRE (INDIA) PRIVATE LIMITED II/3 - CALVETHY ROAD - FORT COCHIN ERNAKULAM KERALA, 682001 INDIA |
|---|---|---|---|
| 2.2506 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PALOUSE MALL STORE LEASE | PALOUSE MALL LLC C/O JAMESON COMMERCIAL PROPERTY ATTN: JIM BENDICKSON SPOKANE, WA 99210 |
| 2.2507 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C210350 - DATED 12/03/2019 | PAM TRANSPORT INC PO BOX 1000 DEPT 340 MEMPHIS, TN 38148-0340 |
| 2.2508 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRUCKLOAD SERVICE AGREEMENT DATED 04/22/2024 | PAM TRANSPORT INC PO BOX 1000 DEPT 340 MEMPHIS, TN 38148-0340 |
| 2.2509 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/08/2023 | PAN ASIAN CREATIONS LIMITED GUAN GUANG RD 1104# MISSION HILLS RD Z11 SHENZHEN, CHINA |
| 2.2510 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/29/2022 | PANACEA PRODUCTS CORPORATION 4343 WILLIAMS RD. GROVEPORT, OH 43125 |
| 2.2511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/01/2024 | PANACEA PRODUCTS CORPORATION ECONOMIC DEVELOPMENT AREA 30 TIANJIN, 300270 CHINA |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2512 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED 05/15/2023 | PANAGOS KENNEDY PLLC 3331 W. BIG BEAVER RD., #102 TROY, MI 48084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2513 | State what the contract or lease is for and the nature of the debtor's interest | AURORA AVE NORTH STORE LEASE | PANOS PROPERTIES, LLC 6850 E. GREEN LAKE WAY N., SUITE 201 SEATTLE, WA 98115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2514 | State what the contract or lease is for and the nature of the debtor's interest | TRUCKLOAD SERVICE AGREEMENT DATED 04/02/2023 | PAPER TRANSPORT LLC PO BOX 88047 MILWAUKEE, WI 53288-8047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2515 | State what the contract or lease is for and the nature of the debtor's interest | ROSEBURG MARKETPLACE STORE LEASE | PAPF ROSEBURG, LLC C/O ARGONAUT INVESTMENTS, LLC ATTN: DAYNA DESMOND, SENIOR ASSET MANAGER LARKSPUR, CA 94939 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2516 | State what the contract or lease is for and the nature of the debtor's interest | SHOPPES AT PARADISE KEY STORE LEASE | PARADISE ATLANTIC HOLDINGS, LLC 2801 E. CAMELBACK RD., SUITE 450 PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2517 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/25/2023 | PARADOX INC PO BOX 120188 DEPT 0188 DALLAS, TX 75312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2518 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C326349 - DATED 05/31/2023 | PARADOX INC PO BOX 120188 DEPT 0188 DALLAS, TX 75312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2519 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/25/2024 | PARGAT HOUSEWARES UK C/O #605701 40 BIRMINGHAM ROAD WEST BROMWICH, B71 4JZ UNITED KINGDOM |
| 2.2520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROBINSON TOWN CENTRESTORE LEASE | PARK ASSOCIATES C/O ZAMAGIAS PROPERTIES 336 4TH AVENUE, 8TH FLOOR PITTSBURGH, PA 15222 |
| 2.2521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/01/2024 | PARK PLACE TECHNOLOGIES LLC 5910 LANDERBROOK DR CLEVELAND, OH 44124 |
| 2.2522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/20/2024 | PARK PLACE TECHNOLOGIES LLC 5910 LANDERBROOK DR CLEVELAND, OH 44124 |
| 2.2523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/10/2024 | PARK PLACE TECHNOLOGIES LLC 5910 LANDERBROOK DR CLEVELAND, OH 44124 |
| 2.2524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C320816 - DATED 11/01/2019 | PARK PLACE TECHNOLOGIES LLC 5910 LANDERBROOK DR CLEVELAND, OH 44124 |
| 2.2525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARK PLAZA STORE LEASE | PARK PLAZA JOINT VENTURE, LLC C/O STAENBERG GROUP, INC AKA TSG PROPERTIES 2127 INNERBELT BUSINESS CENTER DRIVE, SUITE 200 ST. LOUIS, MO 63114 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (If known):    25-10072
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2526** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARK PLAZA STORE LEASE<br><br>PARK PLAZA, INC.<br>1 EAST SUMMERTON DRIVE<br>ATTN: KAREN SCHENK<br>BLUFFTON, SC 29910 |
| **2.2527** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 07/17/2024<br><br>PARKER ASSOCIATES<br>2560 NINTH STREET<br>SUITE 117<br>BERKELEY, CA 94710 |
| **2.2528** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 07/26/2021<br><br>PARKER ASSOCIATES<br>2560 NINTH STREET<br>SUITE 117<br>BERKELEY, CA 94710 |
| **2.2529** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARKVIEW PLAZA STORE LEASE<br><br>PARKVIEW PLAZA ASSOCIATES I L.L.C.<br>C/O RIVERVIEW MANAGEMENT COMPANY<br>3200 WEST MARKET STREET, SUITE 200<br>FAIRLAWN, OH 44333 |
| **2.2530** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WEST 63RD STREET STORE LEASE<br><br>PARKWAY VF LLC<br>C/O BOLLAG REALTY GROUP<br>1009 EAST 14TH ST.<br>BROOKLYN, NY 11230 |
| **2.2531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>PATRICIA CASEY<br>ADDRESS ON FILE |
| **2.2532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>PATRICK HOVAN<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2533** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | PATRICK WILLIAMS<br>ADDRESS ON FILE |
| **2.2534** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYEE BUYER AGREEMENT DATED 11/30/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | PATTY AVERY<br>ADDRESS ON FILE |
| **2.2535** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 08/17/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | PAULA K GARDEN DANCIE<br>ADDRESS ON FILE |
| **2.2536** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYMENT AGREEMENT DATED 05/12/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | PAVAN KONDRAGUNTA<br>ADDRESS ON FILE |
| **2.2537** State what the contract or lease is for and the nature of the debtor's interest — THE PAVILLIONS STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | PAVILIONS NORTH SHOPPING CENTER 18, LLC<br>C/O ACF PROPERTY MANAGEMENT, INC.<br>.12411 VENTURA BOULEVARD<br>STUDIO CITY, CA 91604 |
| **2.2538** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C327803 - DATED 06/14/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYPOOL LLC PT<br>800 MAINE AVE SW, #650<br>WASHINGTON, DC 20024 |
| **2.2539** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C327681 - DATED 06/14/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYPOOL LLC SU<br>800 MAINE AVE SW, #650<br>WASHINGTON, DC 20024 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2540 | State what the contract or lease is for and the nature of the debtor's interest | COMPENSATION SERVICE AGREEMENT DATED 07/15/2024 | PAYSCALE INC PO BOX  207845 DALLAS, TX 75320-7845 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2541 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C315663 - DATED 11/07/2019 | PAYSCALE INC PO BOX  207845 DALLAS, TX 75320-7845 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2542 | State what the contract or lease is for and the nature of the debtor's interest | PENINSULA BOARDWALK STORE LEASE | PBA LL LLC C/O CROSSPOINT REALTY SERVICES, INC. 20211 PATIO DRIVE, SUITE 145 CASTRO VALLEY, CA 94546 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2543 | State what the contract or lease is for and the nature of the debtor's interest | PHOENIX CENTER STORE LEASE | PC II VERTICAL, LLC 2028 PHOENIX CENTER DRIVE ATTN: JOSEPH A. VERNACI AND BETH NIEDERHOLTMEYER WASHINGTON, MO 63090 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2544 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/27/2024 | PCP GROUP LLC DBA PELLON CONSUMER JOANN.COM 4801 ULMERTON ROAD CLEARWATER, FL 33762 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2545 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/10/2020 | PEACH TREE C/O PEACHTREE PLAYTHINGS, INC 601 WOODLAWN DR, BLDG 200 MARIETTA, GA 30067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2546 | State what the contract or lease is for and the nature of the debtor's interest | PECKHAM SQUARE STORE LEASE | PECKHAM SQUARE, LLC C/O KAMPAR CORPORATION 6338 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2547** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #285075191 DATED 12/13/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | PECO ENERGY COMPANY <br> 2301 MARKET STREET, 16TH FLOOR <br> PHILADELPHIA, PA 19103 |
| **2.2548** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 06/13/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | PEERBASICS LLC <br> 805 E BLOOMINGDALE AVE <br> BRANDON, FL 33511 |
| **2.2549** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 09/12/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | PEGGY TORRES <br> ADDRESS ON FILE |
| **2.2550** State what the contract or lease is for and the nature of the debtor's interest — THE SHOPS AT COVENTRY STORE LEASE <br><br> State the term remaining <br><br> List the contract number of any government contract | PENNMARK COVENTRY HOLDINGS, LLC <br> 1000 GERMANTOWN PIKE, SUITE A-2 <br> ATTN: BOB SICHELSTIEL <br> PLYMOUTH MEETING, PA 19462 |
| **2.2551** State what the contract or lease is for and the nature of the debtor's interest — REGENCY MALL STORE LEASE <br><br> State the term remaining <br><br> List the contract number of any government contract | PENNY RACINE, LLC <br> C/O LEARSI AND CO., INC. <br> ATTN: DAVID ISRAEL <br> NORTHBROOK, IL 60062 |
| **2.2552** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT EXTENSION DATED 05/20/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | PEOPLEREADY INC <br> PO BOX 641034 <br> PITTSBURGH, PA 15264-1034 |
| **2.2553** State what the contract or lease is for and the nature of the debtor's interest — PURCHASE AND SALE AGREEMENT DATED 01/01/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | PEPSI-COLA ADVERTISING AND MARKETING, INC. <br> 700 ANDERSON HILL ROAD <br> PURCHASE, NY 10577 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known): 25-10072

---

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2554 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/06/2024 | PERFAWARE LLC<br>511 E. JOHN CARPENTER FWY., #500<br>IRVING, TX 75062 |
| 2.2555 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 06/01/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2556 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C326762 - DATED 10/01/2023 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2557 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 03/08/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2558 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 04/30/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2559 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 06/01/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2560 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 06/11/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2561 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/13/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2562 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/01/2024 | PERFORMANCE HORIZON GROUP LTD<br>PARTNERIZE<br>PO BOX   22736<br>NEW YORK, NY 10087-2736 |
| 2.2563 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324347 - DATED 03/17/2022 | PERISCOPEART INC<br>3500 W. OLIVE AVE.,  #300<br>BURBANK, CA 91505 |
| 2.2564 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASPHALT & CONCRETE SERVICES AGREEMENT DATED 01/02/2023 | PERRIN ASPHALT COMPANY INC<br>525 DAN ST<br>AKRON, OH 44310 |
| 2.2565 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C295354 - DATED 01/07/2015 | PERRIN ASPHALT COMPANY INC<br>525 DAN ST<br>AKRON, OH 44310 |
| 2.2566 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 01/02/2023 | PERRIN ASPHALT COMPANY INC<br>525 DAN ST<br>AKRON, OH 44310 |
| 2.2567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/15/2024 | PERSONNEL RESEARCH & DEVEL. CORP<br>PRADCO<br>178 EAST WASHINGTON ST.<br>CHAGRIN FALLS, OH 44022 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2568** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C304210 - DATED 04/18/2024<br><br>PERSONNEL RESEARCH & DEVEL. CORP<br>PRADCO<br>178 EAST WASHINGTON ST.<br>CHAGRIN FALLS, OH 44022 |
| **2.2569** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PERU MALL STORE LEASE<br><br>PERU GKD PARTNERS, LLC<br>C/O GK REAL ESTATE<br>257 EAST MAIN STREET, SUITE 200<br>BARRINGTON, IL 60010 |
| **2.2570** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2023<br><br>PG SOURCE ACQUISITION INC<br>SOURCE INTELLIGENCE<br>4660 LA JOLLA VILLAGE DR STE 100 #3065<br>SAN DIEGO, CA 92122 |
| **2.2571** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOX RIVER VALLEY SC STORE LEASE<br><br>PH 706-750 N CASSALOMA DR LLC<br>C/O PRAIRIE HILL HOLDINGS LLC<br>717 FOREST AVENUE, SUITE 215<br>LAKE FOREST, IL 60045 |
| **2.2572** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KINGSPORT SHOPPING CENTER STORE LEASE<br><br>PHIL SIMON ENTERPRISES, INC.<br>ATTN: SANFORD SIMON, PRESIDENT<br>1457 44TH ST., SUITE 200<br>GRAND RAPIDS, MI 49508 |
| **2.2573** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/02/2024<br><br>PHOENIX STATIONERY VIETNAM CO LTD<br>LOT 92-93 LINH TRUNG EPZ&IP III, AN TINH<br>TRANG BANG<br>TAY NINH PROVINCE, 840000<br>VIETNAM |
| **2.2574** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/15/2024<br><br>PIMLICO CONFECTIONERS LIMITED<br>UNIT 27, HARDMANS MILL<br>ROSSENDALE, BB4 6HH<br>UNITED KINGDOM |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PINE TREE MALL STORE LEASE<br><br>PINE TREE PARTNERS, LLC<br>C/O MIDLAND MANAGEMENT, LLC<br>555 WEST BROWN DEER ROAD, SUITE 220<br>MILWAUKEE, WI 53217 |
| **2.2576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 12/07/2024<br><br>PING IDENTITY CORPORATION<br>1001 17TH ST  STE 100<br>DENVER, CO 80202 |
| **2.2577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C295285 - DATED 03/12/2010<br><br>PING IDENTITY CORPORATION<br>1001 17TH ST  STE 100<br>DENVER, CO 80202 |
| **2.2578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C311675 - DATED 08/17/2015<br><br>PINTEREST, INC.<br>P.O. BOX 74008066<br>CHICAGO, IL 60674-8066 |
| **2.2579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/29/2024<br><br>PIPSTICKS<br>228 PARK AVE S 584806<br>NEW YORK, NY 10003-1502 |
| **2.2580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POSTAGE & POSTAGE EQUIPMENT SERVICE AGREEMENT DATED 02/28/2023<br><br>PITNEY BOWES BANK INC<br>PURCHASE POWER<br>PO BOX 981026<br>BOSTON, MA 02298-1026 |
| **2.2581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C286415 - DATED 11/23/2020<br><br>PITNEY BOWES BANK INC<br>PURCHASE POWER<br>PO BOX 981026<br>BOSTON, MA 02298-1026 |

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2582 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 05/28/2024 | PITNEY BOWES BANK INC PURCHASE POWER PO BOX 981026 BOSTON, MA 02298-1026 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2583 | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL LOGISTICS SERVICE AGREEMENT DATED 11/11/2024 | PITNEY BOWES INC PO BOX 981039 BOSTON, MA 02298-1039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2584 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED 09/25/2023 | PITNEY BOWES INC. 27 WATERVIEW DR SHELTON, CT 06484 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2585 | State what the contract or lease is for and the nature of the debtor's interest | PITTSBURGH MILLS STORE LEASE | PITT REALTY LLC C/O NAMDAR REALTY GROUP LLC 150 GREAT NECK ROAD, SUITE 304 GREAT NECK, NY 11021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2586 | State what the contract or lease is for and the nature of the debtor's interest | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/07/2023 | PIVOTAL RETAIL GROUP LLC 889 FRANKLIN GATEWAY SE MARIETTA, GA 30067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2587 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C324849 - DATED 03/01/2022 | PIVOTAL RETAIL GROUP LLC 889 FRANKLIN GATEWAY SE MARIETTA, GA 30067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2588 | State what the contract or lease is for and the nature of the debtor's interest | GRESHAM TOWN FAIR STORE LEASE | PK I GRESHAM TOWN FAIR LLC C/O KIMCO REALTY CORPORATION 500 NORTH BROADWAY , SUITE 200 JERICHO, NY 11753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2589** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SILVERDALE PLAZA STORE LEASE <br><br> PK I SILVERDALE SHOPPING CENTER LLC <br> 500 NORTH BROADWAY, SUITE 201 <br> P.O. BOX 9010 <br> JERICHO, NY 11753 |
| **2.2590** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/01/2018 <br><br> PK LIFESTYLES <br> 3 PARK AVENUE 35TH FLOOR <br> NEW YORK, NY 10016 |
| **2.2591** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C326999 - DATED 11/29/2023 <br><br> PLACER LABS INC <br> 440 N. BARRANCA AVE. #1277 <br> COVINA, CA 91723 |
| **2.2592** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT DATED 11/30/2024 <br><br> PLACER LABS INC <br> 440 N. BARRANCA AVE. #1277 <br> COVINA, CA 91723 |
| **2.2593** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/17/2023 <br><br> PLAID ENTERPRISES <br> 3225 WESTECH DRIVE <br> NORCROSS, GA 30092 |
| **2.2594** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2021 <br><br> PLAID ENTERPRISES INC <br> 3225 WESTECH DR. <br> NORCROSS, GA 30092 |
| **2.2595** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PAGA SETTLEMENT AGREEMENT DATED 11/26/2024 <br><br> ELIZABETH FAUX <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2596** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/05/2019<br><br>PLANET EARTH EYEWEAR LLC<br>343 SOUTH RIVER STREET<br>HACKENSACK, NJ 07601 |
| **2.2597** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLATTE PURCHASE PLAZA STORE LEASE<br><br>PLATTE PURCHASE PLAZA, LLC<br>C/O MD MANAGEMENT, INC.<br>5201 JOHNSON DR., SUITE 450<br>MISSION, KS 66205 |
| **2.2598** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/12/2024<br><br>PLAYTEK LLC<br>1 EAST 33RD STREET 11TH FLOOR<br>NEW YORK, NY 10016 |
| **2.2599** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLAZA 20 SHOPPING CENTER STORE LEASE<br><br>PLAZA 20, INC.<br>2600 DODGE STREET, SUITE #D4<br>ATTN: MICHAEL J. KAHLE, PRESIDENT<br>DUBUQUE, IA 52003 |
| **2.2600** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLAZA 41 STORE LEASE<br><br>PLAZA 41, LLC<br>C/O SOLUTIONS PROPERTY MANAGEMENT, LLC<br>ATTN: JIM DUNHAM<br>SIOUX FALLS, SD 57105 |
| **2.2601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLAZA AT BUCKLAND HILLS STORE LEASE<br><br>PLAZA AT BUCKLAND HILLS, LLC<br>C/O BRIXMOR PROPERTY GROUP, INC.<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| **2.2602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COUNTRYSIDE PLAZA STORE LEASE<br><br>PLAZA AT COUNTRYSIDE, LLC<br>C/O WPG<br>4900 EAST DUBLIN GRANVILLE RD., 4TH FLOOR<br>COLUMBUS, OH 43081 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMES S/C STORE LEASE<br><br>PLAZA ENTERPRISES<br>49 NEW LONDON TURNPIKE<br>NORWICH, CT 06360 |
| **2.2604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CROSSROADS COMMONS. STORE LEASE<br><br>PLOVER WI HOLDINGS, LLC<br>2439 KUSER ROAD<br>ATTN: LEGAL DEPARTMENT<br>HAMILTON, NJ 08690 |
| **2.2605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PILGRIM PLACE S/C STORE LEASE<br><br>PLYMOUTH CENTER LIMITED PARTNERSHIP<br>C/O CHASE PROPERTIES LTD<br>3333 RICHMOND ROAD SUITE 320<br>BEACHWOOD, OH 44122 |
| **2.2606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/31/2021<br><br>PMC ANALYTICS US LLC<br>ATTN: JILL RUFNER<br>708 THIRD AVE, 20TH FL<br>NEW YORK, NY 10017 |
| **2.2607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/05/2023<br><br>PME CAKE USA LTD<br>166 SHEPSTONE ROAD<br>KW<br>NEW GERMANY, 03610<br>SOUTH AFRICA |
| **2.2608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/09/2022<br><br>PME CAKE USA LTD<br>518 MIDDLE AVENUE<br>AURORA, IL 60506 |
| **2.2609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BAY PLAZA S/C STORE LEASE<br><br>PNS STORES, INC.<br>C/O BIG LOTS STORES, INC.<br>4900 E. DUBLIN GRANVILLE RD.<br>COLUMBUS, OH 43081 |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POLARIS TOWNE CENTRE STORE LEASE | POLARIS TOWNE CENTER SC, LLC<br>C/O CENTER ACQUISITION HOLDINGS, LLC<br>814 COMMERCE DRIVE, SUITE 300<br>OAK BROOK, IL 60523 |
| **2.2611** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/18/2024 | POLLOCK INVESTMENTS INC<br>POLLOCK ORORA<br>PO BOX 735070<br>DALLAS, TX 75373-5070 |
| **2.2612** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/13/2023 | POLLOCK INVESTMENTS INC<br>POLLOCK ORORA<br>PO BOX 735070<br>DALLAS, TX 75373-5070 |
| **2.2613** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C293607 - DATED 06/18/2013 | POLLOCK INVESTMENTS INC<br>POLLOCK ORORA<br>PO BOX 735070<br>DALLAS, TX 75373-5070 |
| **2.2614** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/01/2023 | POLLOCK INVESTMENTS INC<br>POLLOCK ORORA<br>PO BOX 735070<br>DALLAS, TX 75373-5070 |
| **2.2615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/14/2009 | POLLOCK PAPER DISTRIBUTORS<br>PO BOX 735070<br>DALLAS, TX 75373-5070 |
| **2.2616** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POMPANO MARKETPLACE STORE LEASE | POMPANO MZL LLC<br>C/O KPR CENTERS LLC (KATZ PROPERTIES RETAIL)<br>535 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2617** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WHITE LAKE MARKET PLACE STORE LEASE<br><br>PONTIAC MALL LIMITED PARTNERSHIP<br>C/O GERSHENSON REALTY & INVESTMENT<br>31500 NORTHWESTERN HWY, SUITE 100<br>FARMINGTON HILLS, MI 48334 |
| **2.2618** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/16/2024<br><br>POOPBAGS.COM LLC<br>470 SATELLITE BLVD NE<br>SUWANEE, GA 30024 |
| **2.2619** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/04/2019<br><br>POP SOCKETS LLC<br>5757 CENTRAL AVENUE<br>BOULDER, CO 80301 |
| **2.2620** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PORT ANGELES PLAZA STORE LEASE<br><br>PORT ANGELES PLAZA ASSOCIATES, LLC<br>650 SOUTH ORCAS STREET, SUITE 210<br>ATTN: EZRA GENAUER<br>SEATTLE, WA 98108 |
| **2.2621** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285072340 DATED 08/09/2024<br><br>PORTLAND GENERAL ELECTRIC (PGE)<br>PO BOX 4438<br>PORTLAND, OR 97208-4438 |
| **2.2622** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POUGHKEEPSIE PLAZA MALL STORE LEASE<br><br>POUGHKEEPSIE PLAZA MALL, LLC<br>C/O MEHLICH ASSOCIATES<br>ATTN: ROBERT MEHLICH<br>TUCKAHOE, NY 10707 |
| **2.2623** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POWAY CENTER STORE LEASE<br><br>POWAY INVESTMENT COMPANY<br>C/O DUCKETT-WILSON DEVELOPMENT CO.<br>ATTN: ROZA STEPA, PROPERTY MANAGER<br>LOS ANGELES, CA 90025 |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2624 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 04/18/2022 | PRABHU RAMKUMAR ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2625 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 05/03/2023 | PRABHU RAMKUMAR ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2626 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/15/2021 | PRATT INC PRATT CORRUGATED HOLDINGS PO BOX 933949 ATLANTA, GA 31193-3949 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2627 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C321561 - DATED 04/05/2020 | PRATT INC PRATT CORRUGATED HOLDINGS PO BOX  933949 ATLANTA, GA 31193-3949 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2628 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIES SERVICE AGREEMENT DATED 03/05/2022 | PRATT INC PRATT CORRUGATED HOLDINGS PO BOX  933949 ATLANTA, GA 31193-3949 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2629 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/05/2024 | PRECIOUS MOMENTS COMPANY, INC. 4105 S CHAPEL RD CARTHAGE, MO 64836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2630 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/02/1900 | PRECISELY SOFTWARE INC PO BOX 911304 DALLAS, TX 75391-1304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC    Case number (if known):   25-10072
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/26/2020 | PRECISELY SOFTWARE INC<br>PO BOX 911304<br>DALLAS, TX 75391-1304 |
| 2.2632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SOFTWARE SUBSCRIPTION AGREEMENT DATED 01/26/2024 | PRECISELY SOFTWARE INC<br>PO BOX 911304<br>DALLAS, TX 75391-1304 |
| 2.2633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/30/2023 | PRECISION FORKLIFT & EQUIPMENT SERVICES LLC<br>15389 AVE. 288<br>VISALIA, CA 93292 |
| 2.2634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C325890 - DATED 02/17/2023 | PRECISION FORKLIFT & EQUIPMENT SERVICES LLC<br>15389 AVE. 288<br>VISALIA, CA 93292 |
| 2.2635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | REPAIR AND MAINTENANCE AGREEMENT DATED 04/01/2023 | PREFERRED TANK & TOWER MAINT<br>2202 HWY 41 N UNIT E BOX 123<br>HENDERSON, KY 42420 |
| 2.2636 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C319082 - DATED 04/01/2020 | PREFERRED TANK & TOWER MAINT<br>2202 HWY 41 N UNIT E BOX 123<br>HENDERSON, KY 42420 |
| 2.2637 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/22/2022 | PREM TEXTILES INTERNATIONAL<br>32, RAMAKRISHNAPURAM EAST<br>KARUR, 639001<br>INDIA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2638** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/01/2023<br><br>PREMIER BIOTECH LLC<br>PO BOX  713238<br>CHICAGO, IL 60677-1238 |
| **2.2639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024<br><br>PREMIER BIOTECH LLC<br>PO BOX  713238<br>CHICAGO, IL 60677-1238 |
| **2.2640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/05/2019<br><br>PREMIER PRINTS INC<br>PO BOX 305<br>SHERMAN, MS 38869 |
| **2.2641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/14/2008<br><br>PREMIER STORE FIXTURES INC<br>110 EMJAY BLVD<br>BRENTWOOD, NY 11717 |
| **2.2642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAILER LEASING AGREEMENT  - C324078 - DATED 10/28/2021<br><br>PREMIER TRAILERS LLC<br>PO BOX  206553<br>DALLAS, TX 75320-6553 |
| **2.2643** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRESTON FOREST S C STORE LEASE<br><br>PRESTON FOREST SC, LLC<br>C/O STOCKDALE INVESTMENT GROUP, INC.<br>5950 BERKSHIRE LANE, SUITE 800<br>DALLAS, TX 75225 |
| **2.2644** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIDE CENTER STORE LEASE<br><br>PRIDE CENTER CO., LLC<br>C/O FINANCIAL MANAGEMENT GROUP<br>345 NORTH MAPLE DRIVE, # 284<br>BEVERLY HILLS, CA 90210 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2645** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321968 - DATED 07/01/2020<br><br>PRIMARY COLOR SYSTEMS CORP<br>11130 HOLDER ST.  #210<br>CYPRESS, CA 90630 |
| **2.2646** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GREENBRIAR SHOPPING CENTER STORE LEASE<br><br>PRIME PROPERTIES INVESTORS FUND VIII. L.P.<br>C/O MCCREA PROPERTY MANAGEMENT<br>9102 N. MERIDIAN ST., SUITE 230<br>INDIANAPOLIS, IN 46260 |
| **2.2647** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/26/2022<br><br>PRIORITY-1 INC<br>PO BOX 840808<br>DALLAS, TX 75284-0808 |
| **2.2648** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/06/2022<br><br>PRO MACH INC<br>ID TECHNOLOGY LLC<br>PO BOX 73419<br>CLEVELAND, OH 44193 |
| **2.2649** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/06/2022<br><br>PRODUCTWORKS,LLC<br>NO 1 SHIYANG ROAD<br>TAIZHOU, 318023<br>CHINA |
| **2.2650** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14042245 DATED 06/26/2024<br><br>PROGRESS ENERGY<br>525 SOUTH TRYON STREET<br>CHARLOTTE, NC 28202 |
| **2.2651** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COTTON MILL SHOPPING CENTER STORE LEASE<br><br>PROGRESS SQUARE PARTNERS, LP<br>C/O ARGONAUT INVESTMENTS<br>101 LARKSPUR LANDING CIRCLE, SUITE 120<br>LARKSPUR, CA 94939 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2652** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/01/2024 | PROMAX MANUFACTURING CO LTD<br>9F-2 NO21 SEC1 DUN HUA SOUTH RD<br>TAIPEI<br>SONGSHAN, 105045<br>TAIWAN |
| **2.2653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C214081 - DATED 02/03/2021 | PRO-MODEL & TALENT MGMT INC<br>3421 RIDGEWOOD RD, STE. PMTM<br>AKRON, OH 44333 |
| **2.2654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 03/01/2024 | PRO-MODEL & TALENT MGMT INC<br>3421 RIDGEWOOD RD, STE. PMTM<br>AKRON, OH 44333 |
| **2.2655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 09/13/2023 | PROVANTAGE CORPORATE SOLUTIONS LLC<br>130 PENMARC DR  # 112<br>RALEIGH, NC 27603 |
| **2.2656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C296745 - DATED 09/13/2017 | PROVANTAGE CORPORATE SOLUTIONS LLC<br>130 PENMARC DR  # 112<br>RALEIGH, NC 27603 |
| **2.2657** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PORTER RANCH TOWN CENTER STORE LEASE | PRTC, LP<br>C/O SHAPELL PROPERTIES, INC.<br>1990 S. BUNDY DRIVE, SUITE 500<br>LOS ANGELES, CA 90025 |
| **2.2658** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2021 | PRUDENTRX LLC<br>PO BOX 746669<br>ATLANTA, GA 30374-6669 |

| Debtor | Jo-Ann Stores, LLC | | Case number (If known): | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2659** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2023<br><br>PRUDENTRX LLC<br>PO BOX 746669<br>ATLANTA, GA 30374-6669 |
| **2.2660** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/22/2022<br><br>PRUDENTRX LLC<br>PO BOX 746669<br>ATLANTA, GA 30374-6669 |
| **2.2661** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/03/2019<br><br>PRYM CONSUMER USA INC<br>PO BOX 5028<br>SPARTANBURG, SC 29304 |
| **2.2662** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POPLAR DRIVE STORE LEASE<br><br>PSC MEDFORD, LLC<br>C/O ARGONAUT INVESTMENTS<br>101 LARKSPUR LANDING CIRCLE, SUITE 120<br>LARKSPUR, CA 94939 |
| **2.2663** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIGHTING SERVICES AGREEMENT DATED 08/10/2023<br><br>PSG ENERGY SOLUTIONS LLC<br>800 BATTERY AVE SE 410<br>ATLANTA, GA 30339 |
| **2.2664** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322096 - DATED 08/10/2020<br><br>PSG ENERGY SOLUTIONS LLC<br>800 BATTERY AVE SE 410<br>ATLANTA, GA 30339 |
| **2.2665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322450 - DATED 10/19/2020<br><br>PTA ENGINEERING INC<br>275 SPRINGSIDE DR., #300<br>AKRON, OH 44333 |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): | 25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2666 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 02/26/2024 | PTA ENGINEERING INC<br>275 SPRINGSIDE DR., #300<br>AKRON, OH 44333 |
| 2.2667 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PHARR TOWN CENTER STORE LEASE | PTC TX HOLDINGS, LLC<br>C/O LEVCOR, INC.<br>7800 WASHINGTON AVE #800<br>HOUSTON, TX 77007-1049 |
| 2.2668 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 07/01/2022 | BROOKLINE PUBLIC LIBRARY<br>361 WASHINGTON ST.<br>BROOKLINE, MA 02445 |
| 2.2669 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/29/2024 | PUBLICIS SAPIENT<br>40 WATER STREET<br>BOSTON, MA 02109 |
| 2.2670 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PULLMAN SQUARE STORE LEASE | PULLMAN SQUARE ASSOCIATES<br>C/O LG REALTY ADVISORS, INC., AGENT<br>LIBERTY EAST, 141 SOUTH SAINT CLAIR STREET, SUITE 201<br>PITTSBURGH, PA 15206 |
| 2.2671 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/08/2023 | PURE FISHING DBA PLANO MOLDING<br>7 SCIENCE COURT<br>COLUMBIA, SC 29203 |
| 2.2672 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLEASANT VALLEY S/C STORE LEASE | PVSC COMPANY<br>P.O. BOX 331<br>ATTN: KATHERINE RICHARDS<br>ALTOONA, PA 16603 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2673** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 07/01/2020 | PW FUND B, LP<br>C/O BUZZ OATES MANAGEMENT SERVICES<br>555 CAPITOL MALL<br>SUITE 900<br>SACRAMENTO, CA 95814 |
| **2.2674** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GREAT SOUTHERN S/C STORE LEASE | PZ SOUTHERN LIMITED PARTNERSHIP<br>C/O PEARSON PARTNERS, INC.<br>ATTN: DAVID PEARSON<br>NEW YORK, NY 10111-0202 |
| **2.2675** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOUTHLAND FOUR SEASONS STORE LEASE | PZ SOUTHLAND LIMITED PARTNERSHIP<br>C/O PEARSON PARTNERS, INC.<br>ATTN: DAVID PEARSON<br>NEW YORK, NY 10111-0202 |
| **2.2676** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/30/2020 | Q4 INC<br>469A KING STREET WEST<br>TORONTO, ON M5V 1K4<br>CANADA |
| **2.2677** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 732 SW 6TH ST STORE LEASE | QBW INVESTMENTS LLC<br>PMB 8248, POB 8000<br>ATTN: STEVEN WERNKE<br>BLACK BUTTE RANCH, OR 97759 |
| **2.2678** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUEEN CREEK MARKETPLACE STORE LEASE | QCM PARTNERS, LLC<br>2415 E. CAMELBACK ROAD, SUITE 100<br>ATTN: DAVID LARCHER<br>PHOENIX, AZ 85016 |
| **2.2679** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/12/2022 | QINGDAO YINLONGFEI HANDICRAFT CO.,LTD<br>KINGKING 2 ROAD ENVIROMENTAL PARK<br>QINGDAO, 266201<br>CHINA |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2680 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/29/2022 | QLIK TECH INC 25686 NETWORK PLACE CHICAGO, IL 60673-1256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2681 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/16/2022 | QLIK TECH INC 25686 NETWORK PLACE CHICAGO, IL 60673-1256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2682 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C303669 - DATED 10/18/2017 | QUAD GRAPHICS INC DBA QUAD GRAPHICS MARKETING LLC PO BOX 644840 PITTSBURGH, PA 15264-4840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2683 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 06/01/2024 | QUAD GRAPHICS INC DBA QUAD GRAPHICS MARKETING LLC PO BOX 644840 PITTSBURGH, PA 15264-4840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2684 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/30/2024 | QUAD GRAPHICS INC DBA QUAD GRAPHICS MARKETING LLC PO BOX 644840 PITTSBURGH, PA 15264-4840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2685 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C322987 - DATED 03/01/2021 | QUAD GRAPHICS INCORP PRINT SERVICES PO BOX 644840 PITTSBURGH, PA 15264-4840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2686 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 11/01/2024 | QUAD GRAPHICS INCORP PRINT SERVICES PO BOX 644840 PITTSBURGH, PA 15264-4840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2022<br><br>QUAD GRAPHICS INCORP<br>PRINT SERVICES<br>PO BOX 644840<br>PITTSBURGH, PA 15264-4840 |
| **2.2688** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUAKERTOWN PLAZA STORE LEASE<br><br>QUAKERTOWN HOLDING CORPORATION<br>ATTN: DANIEL BLEZNAK<br>715 MONTGOMERY AVENUE, SUITE 3<br>NARBERTH, PA 19072 |
| **2.2689** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C317877 - DATED 06/22/2018<br><br>QUALITY LOGISTICS LLC<br>PO BOX 1148<br>ENGLEWOOD, CO 80150 |
| **2.2690** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C307960 - DATED 05/27/2014<br><br>QUALTRICS LLC<br>333 WEST RIVER PARK DR<br>PROVO, UT 84604 |
| **2.2691** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/02/2023<br><br>QUALTRICS LLC<br>333 WEST RIVER PARK DR<br>PROVO, UT 84604 |
| **2.2692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2023<br><br>QUANTUM HEALTH INC<br>5240 BLAZER  PARKWAY<br>DUBLIN, OH 43017 |
| **2.2693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325495 - DATED 11/14/2022<br><br>QUANTUM HEALTH INC<br>5240 BLAZER  PARKWAY<br>DUBLIN, OH 43017 |

Debtor    Jo-Ann Stores, LLC    Case number (If known):    25-10072
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2694 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C322154 - DATED 09/03/2020 | QUANTUM METRIC INC<br>10807 NEW ALLEGIANCE DR #155<br>COLORADO SPRINGS, CO 80921 |
| 2.2695 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 12/24/2023 | QUANTUM METRIC INC<br>10807 NEW ALLEGIANCE DR #155<br>COLORADO SPRINGS, CO 80921 |
| 2.2696 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/15/2022 | QUANZHOU UP4 TRADING CO., LTD<br>NO06, ANDA ROAD,<br>WANSHENG COMMUNITY, WAN'AN STREET<br>QUANZHOU, 362011<br>CHINA |
| 2.2697 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/02/2024 | QUEEN CRAFTS LIMITED<br>TAIAN ROAD, SOUTH CBD<br>6TH FLOOR, CREATIVE DESIGN BUILDING<br>YINZHOU DISTRICT<br>NINGBO, 315100<br>CHINA |
| 2.2698 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUEENSBURY PLAZASTORE LEASE | QUEENSBURY PLAZA I, LLC<br>C/O FLAUM MANAGEMENT CO., INC.<br>400 ANDREWS STREET, SUITE 500<br>ROCHESTER, NY 14604 |
| 2.2699 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/13/2023 | QUEST MARKETING INC<br>QUEST SOLUTION INC (OMNIQ CORP)<br>PO BOX 92255<br>LAS VEGAS, NV 89193-2255 |
| 2.2700 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C214190 - DATED 08/13/2013 | QUEST MARKETING INC<br>QUEST SOLUTION INC (OMNIQ CORP)<br>PO BOX 92255<br>LAS VEGAS, NV 89193-2255 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2701 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 05/01/2022 | QUEST MARKETING INC<br>QUEST SOLUTION INC (OMNIQ CORP)<br>PO BOX 92255<br>LAS VEGAS, NV 89193-2255 |
| 2.2702 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION SERVICE AGREEMENT DATED 02/28/2024 | QUEST MARKETING INC<br>QUEST SOLUTION INC (OMNIQ CORP)<br>PO BOX 92255<br>LAS VEGAS, NV 89193-2255 |
| 2.2703 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUINCY MALL STORE LEASE | QUINCY CULLINAN, LLC<br>C/O CULLINAN PROPERTIES<br>420 NORTH MAIN STREET<br>EAST PEORIA, IL 61611 |
| 2.2704 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 08/19/2020 | R & L CARRIERS INC<br>PO BOX 10020<br>PORT WILLIAM, OH 45164 |
| 2.2705 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C216050 - DATED 02/03/2019 | R & R GRAPHICS INC.<br>2396 THEISS RD<br>CUYAHOGA FALLS, OH 44223 |
| 2.2706 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 02/04/2022 | R & R GRAPHICS INC.<br>2396 THEISS RD<br>CUYAHOGA FALLS, OH 44223 |
| 2.2707 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/17/2024 | R.M. PALMER COMPANY LLC<br>1800 ELMWOOD AVENUE<br>BUFFALO, NY 14207 |

Debtor   Jo-Ann Stores, LLC

Name

Case number (If known):   25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2708 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VACAVILLE COMMONS STORE LEASE | R/M VACAVILLE, LTD, L.P.<br>C/O THE RODDE CO.<br>ATTN: LINDA RUSIN YOX<br>WALNUT CREEK, CA 94596 |
| 2.2709 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/07/2020 | RACHEL BOUDLER<br>ADDRESS ON FILE |
| 2.2710 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 11/29/2021 | RACHEL FABICK<br>ADDRESS ON FILE |
| 2.2711 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C321696 - DATED 03/25/2020 | RACHEL VARGA CREATIVE LLC<br>17490 RAVENNA RD.<br>CHAGRIN FALLS, OH 44023 |
| 2.2712 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 03/25/2023 | RACHEL VARGA CREATIVE LLC<br>17490 RAVENNA RD.<br>CHAGRIN FALLS, OH 44023 |
| 2.2713 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | RACHELLE OLEKSIK<br>ADDRESS ON FILE |
| 2.2714 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C318259 - DATED 03/01/2018 | RADAR LABS INC<br>20 JAY ST, SUITE 704<br>BROOKLYN, NY 11201 |

Debtor    Jo-Ann Stores, LLC    Case number (if known):    25-10072

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2715 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICE AGREEMENT DATED 03/01/2024 | RADAR LABS INC 20 JAY ST, SUITE 704 BROOKLYN, NY 11201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2716 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C322045 - DATED 08/01/2020 | RADIUS NETWORKS INC PO BOX #3507 MERRIFIELD, VA 22116-3507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2717 | State what the contract or lease is for and the nature of the debtor's interest | 441 BOARDMAN-POLAND ROAD STORE LEASE | RAF INVESTMENTS LTD. 397 CHURCHILL HUBBARD RD., SUITE 2 ATTN: VINCE FOND, JR. YOUNGSTOWN, OH 44505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2718 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/00/1900 | RAFTERONE ACQUISITION LLC PIXELMEDIA LLC PO BOX 74008221 CHICAGO, IL 60674-8221 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2719 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C322630 - DATED 12/18/2020 | RAGING WOLF SOLUTIONS PO BOX 729 TWINSBURG, OH 44087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2720 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/20/2023 | RAINBOW SEATING LLC 9604 JAMES AVE  S. BLOOMINGTON, MN 55431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2721 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 11/01/2022 | RAKUTEN MARKETING LLC 215 PARK AVE S, 2ND FL NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2722** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | RALEIGH MALLSTORE LEASE<br><br>RALEIGH ENTERPRISES, LLC<br>C/O LIBBY & LIBBY ENTERPRISES, LLC<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 |
| **2.2723** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>RANA HIGHSMITH<br>ADDRESS ON FILE |
| **2.2724** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | DOWLEN TOWN CENTER STORE LEASE<br><br>RANCHO DOWLEN, LLC<br>C/O PACIFIC COMMERCIAL MANAGEMENT, INC.<br>2725 CONGRESS STREET, STE. 1E<br>SAN DIEGO, CA 92110 |
| **2.2725** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | TARGET PLAZA STORE LEASE<br><br>RANCHO LEBANON, LLC<br>C/O KEYPOINT PARTNERS, LLC<br>ONE VAN DE GRAAFF DRIVE, STE 402<br>BURLINGTON, MA 01803 |
| **2.2726** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | TOPS PLAZASTORE LEASE<br><br>RANDALL BENDERSON 1993-1 TRUST<br>ATTN: LEASE ADMINISTRATION<br>7978 COOPER CREEK BLVD., SUITE 100<br>UNIVERSITY PARK, FL 34201 |
| **2.2727** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/29/2024<br><br>RANDSTAD TECHNOLOGIES LLC<br>3625 CUMBERLAND BLVD.<br>ATLANTA, GA 30339 |
| **2.2728** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>RANDY MINER<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2729 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 11/30/2020 <br><br> RANDY MINER <br> ADDRESS ON FILE |
| 2.2730 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 08/28/2019 <br><br> RANGER INDUSTRIES <br> 15 PARK ROAD <br> TINTON FALLS, NJ 07724 |
| 2.2731 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VILLAGE AT THE BOULDER STORE LEASE <br><br> RAWSON, BLUM & LEON <br> C/O BLUM BOULDERS I, IIL, IV AND V LLCS <br> FOUR EMBARCADERO CENTER, SUITE 1400 <br> SAN FRANCISCO, CA 94111 |
| 2.2732 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 03/01/2022 <br><br> RAY GLASS BATTERIES INC <br> BATTERY SOURCE <br> 104  GENESIS PKWY <br> THOMASVILLE, GA 31792 |
| 2.2733 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C296975 - DATED 10/20/2015 <br><br> RAY GLASS BATTERIES INC <br> BATTERY SOURCE <br> 104  GENESIS PKWY <br> THOMASVILLE, GA 31792 |
| 2.2734 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> RAYMOND REARDON <br> ADDRESS ON FILE |
| 2.2735 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C322812 - DATED 03/08/2021 <br><br> RAYMOND STORAGE CONCEPTS INC <br> 5480 CREEK RD <br> CINCINNATI, OH 45242 |

Debtor   Jo-Ann Stores, LLC
_____
Name

Case number (If known):   25-10072
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2736 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 12/20/2023 | RAYMOND STORAGE CONCEPTS INC<br>5480 CREEK RD<br>CINCINNATI, OH 45242 |
| 2.2737 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/17/2021 | RAYMOND STORAGE CONCEPTS INC<br>5480 CREEK RD<br>CINCINNATI, OH 45242 |
| 2.2738 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 09/13/2021 | RAYMOND STORAGE CONCEPTS INC<br>5480 CREEK RD<br>CINCINNATI, OH 45242 |
| 2.2739 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHAW'S PLAZA STORE LEASE | RAYNHAM STATION LLC<br>C/O PHILLIPS EDISON & COMPANY<br>ATTN: ROBERT STATION COO<br>CINCINNATI, OH 45249 |
| 2.2740 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RAYZOR RANCH STORE LEASE | RAYZOR RANCH MARKETPLACE ASSOCIATES, LLC<br>8140 WALNUT LANE, SUITE 400<br>ATTN: PROPERTY MANAGER<br>DALLAS, TX 75231 |
| 2.2741 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANTS CROSSING S/C STORE LEASE | RB MERCHANTS LLC, YBF MERCHANTS LLC AND MERCHANTS OWNER LLC<br>C/O RD MANAGEMENT LLC<br>NEW YORK, NY 10019 |
| 2.2742 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE SHOPPES AT UNIVERSITY CENT STORE LEASE | RB-3 ASSOCIATES<br>C/O BENDERSON PROPERTIES<br>ATTN: RANDALL BENDERSON, PRESIDENT<br>UNIVERSITY PARK, FL 34201 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2743** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/15/2020<br><br>RCA TRUCKING LLC<br>28333 HUNTERS DRIVE<br>OPP, AL 36467 |
| **2.2744** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BRADLEY COMMONS STORE LEASE<br><br>RCG-BRADLEY VII, LLC<br>C/O RCG VENTURES, LLC<br>3060 PEACHTREE RD. NW, SUITE 400<br>ATLANTA, GA 30355 |
| **2.2745** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POCATELLO SQUARE STORE LEASE<br><br>RCG-POCATELLO VII, LLC<br>C/O RCG VENTURES, LLC<br>3060 PEACHTREE ROAD NW, SUITE 400<br>ATLANTA, GA 30305 |
| **2.2746** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROCKWELL PLAZA STORE LEASE<br><br>RCG-ROCKWELL, LLC<br>C/O RCG VENTURES I, LLC<br>3060 PEACHTREE ROAD NW, SUITE 400<br>ATLANTA, GA 30305 |
| **2.2747** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAKE BRANDON PLAZA S/C STORE LEASE<br><br>REAL SUB, LLC<br>C/O PUBLIX SUPER MARKETS, INC.<br>P.O. BOX 407<br>LAKELAND, FL 33802-0407 |
| **2.2748** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JO-ANN FABRICS PLAZA STORE LEASE<br><br>REALTY INCOME CORPORATION<br>ATTN: LEGAL DEPARTMENT – RI #1024-1<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |
| **2.2749** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCOTTDALE PLAZA STORE LEASE<br><br>REALTY INCOME PROPERTIES 31, LLC<br>C/O REALTY INCOME CORPORATION<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2750** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT - C315155 - DATED 05/22/2021 <br><br> REBECCA RINGQUIST <br> ADDRESS ON FILE |
| **2.2751** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT - C322335 - DATED 11/05/2020 <br><br> RECURLY INC <br> 400 ALABAMA ST., STE 202 <br> SAN FRANCISCO, CA 94110 |
| **2.2752** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT - C327286 - DATED 03/01/2024 <br><br> RED CHAIR ON A GREEN HILL <br> 2223 S PLUMBEROSA RD. <br> FAYETTEVILLE, AR 72701 |
| **2.2753** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT - C325286 - DATED 09/30/2022 <br><br> RED DOOR INTERACTIVE INC <br> 2436 MARKET STREET <br> SAN DIEGO, CA 92102 |
| **2.2754** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2024 <br><br> RED DOOR INTERACTIVE INC <br> 2436 MARKET STREET <br> SAN DIEGO, CA 92102 |
| **2.2755** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | TECHNICAL SUPPORT SERVICE AGREEMENT DATED 02/01/2024 <br><br> RED DOOR INTERACTIVE INC <br> 2436 MARKET STREET <br> SAN DIEGO, CA 92102 |
| **2.2756** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PIONEER CROSSING STORE LEASE <br><br> RED QUEEN, LLC <br> 777 NE 2ND ST., SUITE 200 <br> CORVALLIS, OR 97330 |

Debtor    Jo-Ann Stores, LLC                                          Case number (If known):  25-10072
          Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PORTAL PLAZA STORE LEASE<br><br>REDDING MHP ESTATES, L.P.<br>C/O DE ANZA PROPERTIES<br>960 N. SAN ANTONIO RD., SUITE 114<br>LOS ALTOS, CA 94022 |
| **2.2758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HYDE PARK PLAZA STORE LEASE<br><br>REGENCY CENTERS, L.P.<br>C/O REGENCY CENTERS CORPORATION<br>ONE INDEPENDENT DRIVE<br>JACKSONVILLE, FL 32202-5019 |
| **2.2759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWN FAIR CENTER STORE LEASE<br><br>REGENCY CENTRAL INDIANA, LLC<br>C/O REGENCY COMMERCIAL ASSOCIATES, LLC<br>380 N. CROSS POINTE BLVD.<br>EVANSVILLE, IN 47715-4027 |
| **2.2760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REGENCY MALL STORE LEASE<br><br>REGENCY INDIANA ENTERPRISES, LP<br>ATTN: BERNADETTE WENGLIK<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 |
| **2.2761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GERMANTOWN CENTER STORE LEASE<br><br>REGENCY JASPER LLC<br>380 NORTH CROSS POINTE BLVD.<br>EVANSVILLE, IN 47715-4027 |
| **2.2762** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VERNAL TOWNE CENTER STORE LEASE<br><br>REGENCY VERNAL, LLC<br>C/O REGENCY CSP II FUND LLC AND REGENCY ASSET ADVISORS LLC<br>380 N. CROSS POINTE BLVD.<br>EVANSVILLE, IN 47715 |
| **2.2763** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/17/2020<br><br>RELIABLE CORPORATION<br>5-100 WINGOLD AVENUE<br>TORONTO, ON M6B 4K7<br>CANADA |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2764 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 06/17/2020 | RELIABLE CORPORATION (ECOM)<br>C/0 UPS-SCS<br>60 INDUSTRIAL PKWY<br>CHEEKTOWAGA, NY 14227 |
| 2.2765 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 05/11/2023 | RELIABLE FIRE & SECURITY SOLUTIONS<br>6339 HIGHWAY  145<br>MADERA, CA 93637 |
| 2.2766 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C315574 - DATED 05/11/2020 | RELIABLE FIRE & SECURITY SOLUTIONS<br>6339 HIGHWAY  145<br>MADERA, CA 93637 |
| 2.2767 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C322915 - DATED 03/26/2021 | REMYGIRL REWORKS<br>15125 OLDCORN LANE<br>CHARLOTTE, NC 28262 |
| 2.2768 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PUEBLO MALL STORE LEASE | RENAISSANCE PARTNERS I, LLC<br>8750 N. CENTRAL EXPRESSWAY, SUITE 1740<br>DALLAS, TX 75231 |
| 2.2769 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 06/15/2023 | RENEE FROERER<br>ADDRESS ON FILE |
| 2.2770 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C321933 - DATED 06/15/2020 | RENEE FROERER<br>ADDRESS ON FILE |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.2771 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 01/11/2023 | RENEE JEFFERSON ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2772 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/23/2023 | RESOURCE POINT OF SALE LLC 1765 N. ELSTON AVE. CHICAGO, IL 60642 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2773 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/01/2024 | RESOURCE POINT OF SALE LLC 1765 N. ELSTON AVE. CHICAGO, IL 60642 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2774 | State what the contract or lease is for and the nature of the debtor's interest | FACILITIES SERVICE AGREEMENT DATED 06/02/2024 | RESTORATION SERVICES INC SERVPRO OF N. SUMMIT COUNTY 1546 GEORGETOWN ROAD HUDSON, OH 44236 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2775 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C326440 - DATED 06/02/2023 | RESTORATION SERVICES INC SERVPRO OF N. SUMMIT COUNTY 1546 GEORGETOWN ROAD HUDSON, OH 44236 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2776 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT EXTENSION DATED 03/21/2024 | RESTORATION SERVICES INC SERVPRO OF N. SUMMIT COUNTY 1546 GEORGETOWN ROAD HUDSON, OH 44236 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2777 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/09/2023 | RESULTICKS SOLUTION INC 697 THIRD AVE., #505 NEW YORK, NY 10017 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
              Name
                                              Case number (If known):   25-10072

██    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2778** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/29/2023<br><br>RETAIL SERVICES WIS CORP DBA WIS INTERNATIONAL PO BOX 200081 DALLAS, TX 75320 |
| **2.2779** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C282060 - DATED 07/01/2013<br><br>RETAIL SERVICES WIS CORP DBA WIS INTERNATIONAL PO BOX 200081 DALLAS, TX 75320 |
| **2.2780** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 02/01/2025<br><br>RETAIL SERVICES WIS CORP DBA WIS INTERNATIONAL PO BOX 200081 DALLAS, TX 75320 |
| **2.2781** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326288 - DATED 05/16/2023<br><br>RETAILSTAT LLC PO BOX 24036 NEW YORK, NY 10087-4036 |
| **2.2782** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/16/2020<br><br>REVOLUTION TRANSPORT LLC 239 CENTER STREET SEVILLE, OH 44273 |
| **2.2783** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ARDEN SQUARE STORE LEASE<br><br>RHINO HOLDINGS ARDEN, LLC 2200 PASEO VERDE PARKWAY, SUITE 260 ATTN: CEO OR COO HENDERSON, NV 89052 |
| **2.2784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATE STREET MARKET STORE LEASE<br><br>RHINO HOLDINGS ROCKFORD, LLC 2200 PASEO VERDE PARKWAY, SUITE 260 ATTN: SANJIV CHOPRA HENDERSON, NV 89052 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MONTE VISTA CROSSING STORE LEASE<br><br>RHINO HOLDINGS TURLOCK, LLC<br>C/O GRE MANAGEMENT SERVICES, INC.<br>3005 DOUGLAS BLVD., SUITE 200<br>ROSEVILLE, CA 95661 |
| **2.2786** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285047086 DATED 06/30/2024<br><br>RHODE ISLAND DEPARTMENT OF LABOR<br>1511 PONTIAC AVENUE<br>CRANSTON, RI 02920 |
| **2.2787** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326603 - DATED 07/30/2023<br><br>RIBBLR LTD<br>4TH FLOOR, 18 ST. CROSS STREET<br>LONDON, EC1N8UN<br>UNITED KINGDOM |
| **2.2788** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 12/26/2024<br><br>RIBBLR LTD<br>4TH FLOOR, 18 ST. CROSS STREET<br>LONDON, EC1N8UN<br>UNITED KINGDOM |
| **2.2789** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/05/2021<br><br>RIBV HOLDINGS LLC<br>RISK INTERNATIONAL SERVICES LLC<br>4055 EMBASSY PKWY  #100<br>FAIRLAWN, OH 44333 |
| **2.2790** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324723 - DATED 05/01/2022<br><br>RICHARD B. SCHULTZ<br>ADDRESS ON FILE |
| **2.2791** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT<br><br>RICHARD BURKHOLDER<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2792** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 04/06/2022 | RICHARD BURKHOLDER<br>ADDRESS ON FILE |
| **2.2793** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/30/2020 | RICHARD BURKHOLDER<br>ADDRESS ON FILE |
| **2.2794** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/18/2023 | RICHARD SANTUCCI<br>ADDRESS ON FILE |
| **2.2795** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LANDSCAPING & SNOW REMOVAL SERVICE AGREEMENT DATED 02/01/2022 | RICHARD T MOREMAN<br>ADDRESS ON FILE |
| **2.2796** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C284807 - DATED 02/01/2016 | RICHARD T MOREMAN<br>ADDRESS ON FILE |
| **2.2797** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | RICHARD VOLLMER<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |
| **2.2798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 02/25/2016 | RICHARD VOLLMER<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2799** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024<br><br>RICHARD VOLLMER<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |
| **2.2800** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/21/2019<br><br>RICHARD VOLLMER<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |
| **2.2801** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 12/14/2020<br><br>RICHARD VOLLMER<br>5555 DARROW ROAD<br>HUDSON, OH 44236 |
| **2.2802** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/29/2024<br><br>RICHARD VOLLMER III<br>ADDRESS ON FILE |
| **2.2803** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/01/2024<br><br>RICHLOOM FAR EAST TRADING CO LTD<br>11M & 11N NO 899 LINGLING ROAD<br>SHANGHAI, 200030<br>CHINA |
| **2.2804** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EASTGATE CROSSING STORE LEASE<br><br>RICHMOND ROAD PLAZA LLC AND LVP CENTER, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>840 EAST HIGH STREET<br>LEXINGTON, KY 40502 |
| **2.2805** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RICHMOND PLAZA STORE LEASE<br><br>RICHMOND STATION, LLC<br>C/O PHILLIPS EDISON & COMPANY<br>11501 NORTHLAKE DRIVE<br>CINCINNATI, OH 45249 |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2806** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAL-MART PLAZA. STORE LEASE<br><br>RICHWAL, LLC<br>C/O CALIBER COMMERCIAL PROPERTIES, LLC<br>4201 SPRINGHURST BLVD., SUITE 201<br>LOUISVILLE, KY 40241 |
| **2.2807** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 08/22/2023<br><br>RICK HOHMAN<br>ADDRESS ON FILE |
| **2.2808** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/26/2023<br><br>RICO DESIGN GMBH & CO KG<br>INDUSTRIESTRASE 19-23<br>5<br>BRAKEL, 33034<br>GERMANY |
| **2.2809** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/01/2023<br><br>RIMINI STREET INC<br>PO BOX 846287<br>DALLAS, TX 75284-6287 |
| **2.2810** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/06/2024<br><br>RIMINI STREET INC<br>PO BOX 846287<br>DALLAS, TX 75284-6287 |
| **2.2811** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/13/2023<br><br>RIMINI STREET INC<br>PO BOX 846287<br>DALLAS, TX 75284-6287 |
| **2.2812** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C280436 - DATED 07/01/2015<br><br>RISKONNECT CLEARSIGHT LLC<br>C/O WELLS FARGO BANK<br>PO BOX 201739<br>DALLAS, TX 75320-1739 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2813** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT EXTENSION DATED 07/01/2024 | RISKONNECT CLEARSIGHT LLC<br>C/O WELLS FARGO BANK<br>PO BOX 201739<br>DALLAS, TX 75320-1739 |
| **2.2814** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SOFTWARE SERVICE AGREEMENT DATED 07/01/2021 | RISKONNECT CLEARSIGHT LLC<br>C/O WELLS FARGO BANK<br>PO BOX 201739<br>DALLAS, TX 75320-1739 |
| **2.2815** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT - C323208 - DATED 07/27/2021 | RITHUM HOLDINGS INC<br>RITHUM LLC<br>PO BOX<br>VIRGINIA BEACH, VA 23450 |
| **2.2816** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>STATEMENT OF WORK DATED 01/03/2025 | RITHUM HOLDINGS INC<br>RITHUM LLC<br>PO BOX<br>VIRGINIA BEACH, VA 23450 |
| **2.2817** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>RIVER PARK PLAZA STORE LEASE | RIVER PARK PLAZA, L.P.<br>ATTN : LEASE ADMINISTRATION<br>255 E. RIVER PARK CIRCLE, SUITE 120<br>FRESNO, CA 93720 |
| **2.2818** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>RIVER RIDGE MALL STORE LEASE | RIVER RIDGE MALL JV, LLC<br>LIBERTY UNIVERSITY<br>1971 UNIVERSITY BLVD.<br>LYNCHBURG, VA 24515 |
| **2.2819** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>RIVERCHASE PROMENADE STORE LEASE | RIVERCHASE CC, LP<br>945 HEIGHTS BLVD.<br>HOUSTON, TX 77008 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2820** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RIVERDALE CROSSING STORE LEASE <br><br> RIVERDALE CROSSING, LLC <br> 820 MORRIS TURNPIKE <br> ATTN: MICHAEL GARTENBERG <br> SHORT HILLS, NJ 07078 |
| **2.2821** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RIVERSIDE WOODMAN PLAZA STORE LEASE <br><br> RIVERSIDE WOODMAN PARTNERS <br> C/O THE HOROWITZ GROUP <br> 11911 SAN VICENTE BLVD., SUITE 310 <br> LOS ANGELES, CA 90049 |
| **2.2822** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RIVERVIEW MALL - FORMER ALBERT STORE LEASE <br><br> RIVERSON, LLC <br> ATTN: FREDERICK H. LEEDS <br> 3860 CRENSHAW BLVD., SUITE 201 <br> LOS ANGELES, CA 90008 |
| **2.2823** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SHOPS AT AVENUE O STORE LEASE <br><br> RIVERWOOD RUSKIN, LLC, KCT, LLC & JGD OF TAMPA LLC <br> 501 N. MORGAN STREET, SUITE 200 <br> TAMPA, FL 33602 |
| **2.2824** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | 11251 PINES BLVD STORE LEASE <br><br> RK PEMBROKE PINES, LLC <br> C/O RK CENTERS <br> 17100 COLLINS AVENUE, SUITE 225 <br> SUNNY ISLES BEACH, FL 33160 |
| **2.2825** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMADOR PLAZA RD STORE LEASE <br><br> RMAF IA, LLC <br> 1234 EAST 17TH STREET, #B <br> ATTN: CHRIS HEDDON <br> SANTA ANA, CA 92701 |
| **2.2826** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | HOLIDAY VILLAGE STORE LEASE <br><br> R-MONTANA ASSOCIATES, LIMITED PARTNERSHIP <br> C/O ROSEN ASSOCIATES MANAGEMENT CORP. <br> 33 SOUTH SERVICE RD. <br> JERICHO, NY 11753 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2827 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/01/2022 | ROBERT HALF INTERNATIONAL INC 12400 COLLECTIONS CENTER DR CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2828 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C216643 - DATED 01/28/2019 | ROBERT HALF INTERNATIONAL INC 12400 COLLECTIONS CENTER DR CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2829 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 03/01/2024 | ROBERT ICSMAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2830 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 11/30/2020 | ROBERT ICSMAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2831 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327918 - DATED 09/01/2024 | ROBERT JOHN MAHAR JR ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2832 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/19/2023 | ROBERT TITTEL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2833 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | ROBERT WILL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
Name

Case number (If known):    25-10072



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2834** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 <br><br> ROBERT WILL <br> ADDRESS ON FILE |
| **2.2835** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/30/2020 <br><br> ROBERT WILL <br> ADDRESS ON FILE |
| **2.2836** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 04/20/2023 <br><br> ROBERT WILL <br> ADDRESS ON FILE |
| **2.2837** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMPLOYMENT AGREEMENT <br><br> ROBIN KAMINSKI <br> ADDRESS ON FILE |
| **2.2838** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 06/27/2021 <br><br> ROBIN KAMINSKI <br> ADDRESS ON FILE |
| **2.2839** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/30/2020 <br><br> ROBIN KAMINSKI <br> ADDRESS ON FILE |
| **2.2840** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ROCHESTER CROSSING STORE LEASE <br><br> ROCHESTER CROSSING, LLC <br> C/O LITTLE ROCK CONSTRUCTION, INC. <br> 1113 NORTH COUNTRY ROAD, BLDG. 2 <br> STONEY BROOK, NY 11790 |

Debtor    Jo-Ann Stores, LLC
          _____          Case number (If known):  25-10072
          Name                                                              _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2841 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 02/27/2024 <br><br> ROCHFORD SUPPLY <br> 7624 BOONE AVE N STE 200 <br> BROOKLYN PARK, MN 55428 |
| 2.2842 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | KANDI MALL STORE LEASE <br><br> ROCKSTEP WILLMAR, LLC <br> 1445 NORTH LOOP WEST, SUITE 625 <br> ATTN: TOMMY STEWART, COO <br> HOUSTON, TX 77008 |
| 2.2843 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGAGEMENT LETTER DATED 10/07/2024 <br><br> ROETZEL & ANDRESS, LPA <br> 222 SOUTH MAIN STREET <br> AKRON, OH 44308 |
| 2.2844 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DEER TRACE STORE LEASE <br><br> ROF TA KOHLER LLC <br> C/O CHASE PROPERTIES II LTD. <br> 3333 RICHMOND ROAD, SUITE 320 <br> BEACHWOOD, OH 44122 |
| 2.2845 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT <br><br> ROGER HAWKINS <br> ADDRESS ON FILE |
| 2.2846 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 07/25/2022 <br><br> ROGER HAWKINS <br> ADDRESS ON FILE |
| 2.2847 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 05/03/2023 <br><br> ROHIT CHIKKA <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.2848 | State what the contract or lease is for and the nature of the debtor's interest | FULLERTON CROSSROADS STORE LEASE | ROIC FULLERTON CROSSROADS LLC<br>C/O RETAIL OPPORTUNITY INVESTMENTS CORPORATION<br>11250 EL CAMINO REAL, SUITE 200<br>SAN DIEGO, CA 92130 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2849 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/17/2023 | ROLLINS INC<br>NORTHWEST EXTERMINATING CO LLC<br>1406 FITZPATRICK AVE<br>OPELIKA, AL 36801 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2850 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/25/2024 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2851 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 11/26/2022 | ROSANNE J MYERS<br>ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2852 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED 08/30/2023 | ROSE LAW GROUP<br>7144 E. STETSON DRIVE<br>SUITE 300<br>SCOTTSDALE, AZ 85251 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2853 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGMENT LETTER DATED 08/30/2023 | ROSE LAW GROUP<br>7144 E. STETSON DRIVE<br>SUITE 300<br>SCOTTSDALE, AZ 85251 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2854 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | ROSE NICASTRO<br>ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Name    Case number (If known):    25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2855 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 10/25/2021 | ROSE NICASTRO <br> ADDRESS ON FILE |
| 2.2856 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 12/05/2020 | ROSE NICASTRO <br> ADDRESS ON FILE |
| 2.2857 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/18/2023 | ROSE NICASTRO <br> ADDRESS ON FILE |
| 2.2858 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 04/01/2022 | ROSENTHAL & ROSENTHAL, INC. <br> 1370 BROADWAY <br> NEW YORK, NY 10018 |
| 2.2859 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C315140  - DATED 05/30/2017 | ROSS ENVIRONMENTAL SERVICES INC <br> 150 INNOVATION DR <br> ELYRIA, OH 44035 |
| 2.2860 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 05/30/2020 | ROSS ENVIRONMENTAL SERVICES INC <br> 150 INNOVATION DR <br> ELYRIA, OH 44035 |
| 2.2861 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ROXBURY MALL STORE LEASE | ROXVILLE ASSOCIATES <br> C/O FIDELITY MANAGEMENT LLC <br> 641 SHUNPIKE ROAD <br> CHATHAM, NJ 07928 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2862** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/06/2024 |
| | ROYAL CASE COMPANY 419 E. LAMAR ST SHERMAN, TX 75090 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2863** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/18/2019 |
| | ROYAL CONSUMER PRODUCTS LLC 108 MAIN STREET NORWALK, CT 06851 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2864** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/09/2022 |
| | ROYAL DELUXE ACCESSORIES LLC 165 SPRING STREET NEW PROVIDENCE, NJ 07974 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2865** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/17/2022 |
| | ROYAL TALENS NORTH AMERICA, INC 30 INDUSTRIAL DRIVE NORTHAMPTON, MA 01060 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2866** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/09/2022 |
| | RPAC INTERNATIONAL CORP 132 WEST 36TH ST NEW YORK, NY 10018 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2867** State what the contract or lease is for and the nature of the debtor's interest | RIDGEMAR TOWN SQUARE STORE LEASE |
| | RPI RIDGMAR TOWN SQUARE, LTD. 2929 CARLISLE, #170 ATTN: KAY MEAD, VP-OPERATIONS & ACCOUNTING DALLAS, TX 75204 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2868** State what the contract or lease is for and the nature of the debtor's interest | NEWNAN PAVILION STORE LEASE |
| | RPT NEWNAN LLC 500 NORTH BROADWAY, SUITE 201 P.O. BOX 9010 JERICHO, NY 11753 |
| State the term remaining | |
| List the contract number of any government contract | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2869 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDENCE MARKETPLACE STORE LEASE | RPT REALTY L.P.<br>500 NORTH BROADWAY, SUITE 201, P.O. BOX 9010<br>ATTN: KATIE LITTLEJOHN<br>JERICHO, NY 11753 |
| 2.2870 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WEST OAKS II STORE LEASE | RPT WEST OAKS II LLC (INCLUDE SITE NO. 125360)<br>500 NORTH BROADWAY, SUITE 201<br>P.O. BOX 9010<br>JERICHO, NY 11753 |
| 2.2871 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 01/18/2022 | RPX CORPORATION<br>FOUR EMBARCADERO CENTER<br>SUITE 4000<br>SAN FRANCISCO, CA 94111 |
| 2.2872 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HAMPSHIRE MALL STORE LEASE | RSS WFRBS2011-C3 -DE PMHN, LLC (HAMPSHIRE MALL)<br>C/O SPINOSO REAL ESTATE GROUP, DLS, LLC<br>112 NORTHERN CONCOURSE<br>NORTH SYRACUSE, NY 13212 |
| 2.2873 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/04/2024 | RTB HOUSE INC<br>2 PARK AVE., #1800<br>NEW YORK, NY 10016 |
| 2.2874 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2019 | RUBBERMAID INCORPORATED<br>DBA NEWELL BRANDS<br>221 RIVER STREET<br>HOBOKEN, NJ 07030 |
| 2.2875 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CROSS COUNTY MALL STORE LEASE | RURAL KING REALTY, LLC<br>4216 DEWITT AVENUE, PO BOX 1066<br>ATTN: BLAKE PIERCE, PRESIDENT<br>MATTOON, IL 61938 |

Debtor   Jo-Ann Stores, LLC

Name

Case number (If known):   25-10072



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2876** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 12/10/2024 | RUSSELL SMITH<br>ADDRESS ON FILE |
| **2.2877** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C316077 - DATED 06/01/2018 | RUSSELL TOBIN & ASSOCIATES LLC<br>420 LEXINGTON AVE #2903<br>NEW YORK, NY 10170 |
| **2.2878** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANT'S WALK STORE LEASE | RVA WEST BROAD LLC<br>C/O DIVARIS PROPERTY MANAGEMENT CORP.<br>4525 MAIN STREET, SUITE 900<br>VIRGINIA BEACH, VA 23462 |
| **2.2879** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/16/2024 | RXO CAPACITY SOLUTIONS LLC<br>27724 NETWORK PLACE<br>CHICAGO, IL 60673-1277 |
| **2.2880** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 | RYAN DAVIS<br>ADDRESS ON FILE |
| **2.2881** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | RYAN SHUSTER<br>ADDRESS ON FILE |
| **2.2882** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/29/2021 | RYAN SHUSTER<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2883** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/14/2024<br><br>RYAN SHUSTER<br>ADDRESS ON FILE |
| **2.2884** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/03/2009<br><br>S WALTER PACKAGING CORPORATION<br>2900 GRANT AVENUE<br>PHILADELPHIA, PA 19114 |
| **2.2885** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/01/2024<br><br>S2G-OHIO INC<br>SSG OHIO<br>PO BOX 635065<br>CINCINNATI, OH 45263-5065 |
| **2.2886** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 04/26/2024<br><br>S2G-OHIO INC<br>SSG OHIO<br>PO BOX 635065<br>CINCINNATI, OH 45263-5065 |
| **2.2887** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSTRUCTION AND FACILITIES SERVICE AGREEMENT  DATED 09/08/2023<br><br>SACHARA CONSTRUCTION LLC<br>CJS CONSTRUCTION<br>6133 ROCKSIDE RD, STE. 30<br>INDEPENDENCE, OH 44131 |
| **2.2888** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322172 - DATED 09/08/2020<br><br>SACHARA CONSTRUCTION LLC<br>CJS CONSTRUCTION<br>6133 ROCKSIDE RD, STE. 30<br>INDEPENDENCE, OH 44131 |
| **2.2889** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/17/2023<br><br>SACKETT SYSTEMS INC<br>1033 BRYN MAWR AVE.<br>BENSENVILLE, IL 60106-1244 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2890** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HAZARDOUS WASTE MANAGEMENT SERVICE AGREEMENT DATED 10/04/2023 | SAFETY-KLEEN SYSTEMS INC<br>PO BOX 975201<br>DALLAS, TX 75397-5201 |
| **2.2891** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C288195 - DATED 10/28/2015 | SAFETY-KLEEN SYSTEMS INC<br>PO BOX 975201<br>DALLAS, TX 75397-5201 |
| **2.2892** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAGAMORE AT 26 SHOPPING CENTER STORE LEASE | SAGAMORE TOV LLC<br>P.O. BOX 191116<br>BROOKLYN, NY 11219 |
| **2.2893** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAGINAW SQUARE STORE LEASE | SAGINAW CENTER LLC<br>C/O CHASE PROPERTIES LTD<br>3333 RICHMOND ROAD, SUITE 320<br>BEACHWOOD, OH 44122 |
| **2.2894** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAHUARITA PLAZA STORE LEASE | SAHUARITA PLAZA, LLC<br>C/O LBM PROPERTY SERVICES<br>8677 VILLA LA JOLLA DRIVE #331<br>LA JOLLA, CA 92037 |
| **2.2895** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 10/25/2021 | SAIRAM SAMIVELU<br>ADDRESS ON FILE |
| **2.2896** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ECOMMERCE PLATFORM SERVICE AGREEMENT DATED 08/19/2019 | SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2897** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2020<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2898** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/15/2024<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2899** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C304206ADD - DATED 03/10/2020<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2900** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 01/01/2021<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2901** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2022<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2902** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/28/2024<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2903** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/01/2022<br><br>SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2904** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 06/05/2022 | SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2905** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 12/01/2022 | SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2906** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 12/01/2023 | SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 |
| **2.2907** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/25/2021 | SALSIFY INC<br>101 FEDERAL ST., STE. 2600<br>BOSTON, MA 02110 |
| **2.2908** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIVERSIDE PLAZA. STORE LEASE | SALT CITY DEVELOPMENT CO., LLC<br>C/O EMPIRE MANAGEMENT<br>ATTN: DAVID MURACO, OWNER<br>FAYETTEVILLE, NY 13066 |
| **2.2909** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14039711 DATED 07/30/2024 | SALT RIVER PROJECT AGRICULTURAL<br>PO BOX 2950<br>PHOENIX, AZ 85062-2950 |
| **2.2910** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/31/2023 | SAM PIEVAC COMPANY INC<br>DBA SPC RETAIL DISPLAY GR<br>PO BOX 970<br>SAN JOSE, CA 95108 |

Debtor   Jo-Ann Stores, LLC

Case number (If known):   25-10072

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2911** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> SERVICE AGREEMENT  - C143036 - DATED 02/01/2015 | SAM PIEVAC COMPANY INC <br> DBA SPC RETAIL DISPLAY GR <br> PO BOX 970 <br> SAN JOSE, CA 95108 |
| **2.2912** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> SERVICE AGREEMENT  - C325497 - DATED 11/28/2022 | SAMANTHA BOWER <br> ADDRESS ON FILE |
| **2.2913** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> EMPLOYEE BUYER AGREEMENT DATED 09/09/2021 | SAMANTHA MIDOLO <br> ADDRESS ON FILE |
| **2.2914** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> SERVICE AGREEMENT  - C327518 - DATED 05/22/2024 | SAMANTHA MURRAY <br> ADDRESS ON FILE |
| **2.2915** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> SUBSCRIPTION AGREEMENT DATED 02/26/2024 | SAN MATEO COUNTY LIBRARY <br> 125 LESSINGIA COURT <br> SAN MATEO, CA 94402 |
| **2.2916** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> SERVICE AGREEMENT  - C321945 - DATED 06/30/2020 | SANAE ISHIDA <br> ADDRESS ON FILE |
| **2.2917** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> MAJESTIC SQUARE STORE LEASE | SAND CAPITAL VL LLC <br> C/O SANDOR DEVELOPMENT <br> 10689 NORTH PENNSYLVANIA STREET, SUITE 100 <br> INDIANAPOLIS, IN 46280 |

Debtor    Jo-Ann Stores, LLC                                    Case number (If known)    25-10072
_____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2918 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/01/2021 | SANDLER TRAVIS & ROSENBERG PA 5835 BLUE LAGOON DR., #200 MIAMI, FL 33126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2919 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/19/2023 | SANDRA ROCHOWICZ ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2920 | State what the contract or lease is for and the nature of the debtor's interest | CROSSINGS AT SANDUSKY STORE LEASE | SANDUSKY PLAZA LLC 361 17TH ST. NW, UNIT 2601 ATTN: R. D. SHARMA ATLANTA, GA 30363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2921 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327729 - DATED 07/19/2024 | SANDY STUDIOS LLC 6065 ROSWELL RD #450 ATLANTA, GA 30328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2922 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 11/29/2001 | SANFORD DBA NEWELL BRANDS 2707 BUTTERFIELD ROAD OAK BROOK, IL 60523 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2923 | State what the contract or lease is for and the nature of the debtor's interest | SANTA SUSANA PLAZA STORE LEASE | SANTA SUSANA GRF2, LLC C/O GERRITY GROUP, LLC 973 LOMAS SANTA FE DRIVE SOLANA BEACH, CA 92075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2924 | State what the contract or lease is for and the nature of the debtor's interest | SANTAN VILLAGE MARKETPLACE STORE LEASE | SANTAN MP LP C/O VESTAR PROPERTIES, INC. 2415 E. CAMELBACK RD., STE. 100 PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2925 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285069313 DATED 04/19/2024 | SANTEE COOPER<br>ADDRESS ON FILE |
| 2.2926 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C290550 - DATED 05/01/1998 | SAP AMERICA<br>C/O SAP TREASURY DEPT<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| 2.2927 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 04/30/2022 | SAP AMERICA<br>C/O SAP TREASURY DEPT<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| 2.2928 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM<br><br>FOR SAP CLOUD SERVICES DATED 05/03/2023 | SAP AMERICA<br>C/O SAP TREASURY DEPT<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| 2.2929 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DATED 01/01/2025 | SAP INDUSTRIES INC<br>PO BOX 734601<br>CHICAGO, IL 60673 |
| 2.2930 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/18/2023 | SARA ROBERTS<br>ADDRESS ON FILE |
| 2.2931 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C295046 - DATED 06/05/2019 | SARA CANDLE<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2932 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT DATED 06/21/2022 <br><br><br><br> SARA CANDLE <br> ADDRESS ON FILE |
| 2.2933 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/13/2024 <br><br><br><br> SARA GREGORY <br> ADDRESS ON FILE |
| 2.2934 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 08/05/2024 <br><br><br><br> SARAH BAKER <br> ADDRESS ON FILE |
| 2.2935 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C326574 - DATED 07/31/2023 <br><br><br><br> SARAH E JONES <br> ADDRESS ON FILE |
| 2.2936 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C322321 - DATED 09/01/2020 <br><br><br><br> SARAH FAITH MATTHEWS <br> ADDRESS ON FILE |
| 2.2937 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C327947 - DATED 10/04/2024 <br><br><br><br> SARAH FORMAN <br> ADDRESS ON FILE |
| 2.2938 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C322814 - DATED 04/04/2021 <br><br><br><br> SARAH JAMES <br> ADDRESS ON FILE |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2939 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 04/04/2024 <br><br> SARAH JAMES <br> ADDRESS ON FILE |
| 2.2940 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/18/2023 <br><br> SARAH KLINGER <br> ADDRESS ON FILE |
| 2.2941 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/18/2023 <br><br> SARAH LAMBERT <br> ADDRESS ON FILE |
| 2.2942 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C324664 - DATED 02/22/2022 <br><br> SARAH LOUISE BOND <br> ADDRESS ON FILE |
| 2.2943 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C324035 - DATED 01/15/2022 <br><br> SARAH NISBETT <br> ADDRESS ON FILE |
| 2.2944 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 12/21/2020 <br><br> SARAH SCROGGY <br> ADDRESS ON FILE |
| 2.2945 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/01/2024 <br><br> SARAH SCROGGY <br> ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2946** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 12/07/2020<br><br>SARAH WRIGHT<br>ADDRESS ON FILE |
| **2.2947** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/12/2022<br><br>SARAN IMPEX PRIVATE LIMITED<br>14TH KM MILESTONE LODHIPUR RAJPUT<br>DELHI ROAD, MORADABAD<br>Z12<br>MORADABAD, 244001<br>INDIA |
| **2.2948** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1702 VETERANS MEMORIAL PARKWAY EAST STORE LEASE<br><br>SARONI REAL ESTATES, LLC<br>1718 VETERANS MEMORIAL PARKWAY<br>ATTN: DR. RAMESH PERAMSETTY (AUTHORIZED TO SIGN)<br>TUSCALOOSA, AL 35404 |
| **2.2949** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321928 - DATED 06/15/2020<br><br>SASHA PROOD<br>ADDRESS ON FILE |
| **2.2950** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/31/2022<br><br>SAVIYNT INC<br>1301 E. EL SEGUNDO BLVD, STE. D<br>EL SEGUNDO, CA 90245 |
| **2.2951** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14055790 DATED 07/28/2024<br><br>SCE&G SMALL COMMERCIAL GROUP<br>220 OPERATION WAY<br>MAIL CODE 24X7 2A<br>CAYCE, SC 29033 |
| **2.2952** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/03/2024<br><br>SCENTSIBLE LLC DBA POO-POURRI<br>4901 KELLER SPRINGS DR, SUITE 106D<br>ADDISON, TX 75001 |

| ⬛ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/23/2023 | SCENTSICLES SEASONAL PRODUCTS<br>2 COMMERCE DR<br>CRANFORD, NJ 07016 |
| 2.2954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/03/2023 | SCHMIDTS GLASS INC<br>881 HOME  AVE.<br>AKRON, OH 44310 |
| 2.2955 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/15/2019 | SCHNEIDER BROKERAGE<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2956 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/31/2019 | SCHNEIDER DEDICATED<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2957 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/29/2009 | SCHNEIDER NATIONAL<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2958 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/06/2019 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX  281496<br>ATLANTA, GA 30384-1496 |
| 2.2959 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/20/2019 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX  281496<br>ATLANTA, GA 30384-1496 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2960 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 09/05/2023 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2961 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRUCKLOAD SERVICE AGREEMENT DATED 04/24/2024 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2962 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRUCKLOAD SERVICE AGREEMENT DATED 04/30/2024 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2963 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRUCKLOAD SERVICE AGREEMENT DATED 05/06/2019 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2964 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRUCKLOAD SERVICE AGREEMENT DATED 08/28/2023 | SCHNEIDER NATIONAL CARRIERS INC<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 |
| 2.2965 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CANYON PLACE STORE LEASE | SCHNITZER PROPERTIES, LLC<br>1121 SW SALMON ST.<br>ATTN: LEGAL DEPT: RETAIL<br>PORTLAND, OR 97205 |
| 2.2966 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C301851 - DATED 07/01/2013 | SCHOOLHOUSE OUTFITTERS LLC<br>DBA SCHOOL OUTFITTERS LLC<br>3736 REGENT  AVE<br>CINCINNATI, OH 45212-3724 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2967** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 04/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHOOLHOUSE OUTFITTERS LLC DBA SCHOOL OUTFITTERS LLC 3736 REGENT AVE CINCINNATI, OH 45212-3724 |
| **2.2968** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 11/13/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHYLLING INC 21 HIGH STREET, SUITE 400 NORTH ANDOVER, MA 01845 |
| **2.2969** State what the contract or lease is for and the nature of the debtor's interest — SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | SCOTT HAMBLIN ADDRESS ON FILE |
| **2.2970** State what the contract or lease is for and the nature of the debtor's interest — RIO HILL SC STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | SCT RIO HILL, LLC C/O THE SHOPPING CENTER GROUP, LLC ATTN: PROPERTY MANAGER ATLANTA, GA 30339 |
| **2.2971** State what the contract or lease is for and the nature of the debtor's interest — SETTLEMENT & RELEASE AGREEMENT DATED 01/03/2025<br><br>State the term remaining<br><br>List the contract number of any government contract | SD-SAHUARITA PROPERTIES LLC PO BOX 843893 LOS ANGELES, CA 90084-3893 |
| **2.2972** State what the contract or lease is for and the nature of the debtor's interest — 1379 HOOPER AVE STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | SDD INC. 952 LAKEWOOD RD. TOMS RIVER, NJ 08753 |
| **2.2973** State what the contract or lease is for and the nature of the debtor's interest — NON-DISCLOSURE AGREEMENT DATED 06/08/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | SDG 11693 SAN VICENTE BLVD. STE 501 LOS ANGELES, CA 90049 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2974 | State what the contract or lease is for and the nature of the debtor's interest | N. ALPINE STORE LEASE | SDM DEVELOPMENT CO., L.L.C. C/O VISSER DEVELOPMENT, INC. ATTN: DALE J. BISSER OR GREG BOL GRAND RAPIDS, MI 49504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2975 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/13/2023 | SEAN PROAKIS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2976 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/18/2023 | SEARCE INC 3663 N. SAM HOUSTON PKWY E., #600 HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2977 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 07/17/2020 | SEASONS BUSINESS CENTER FOUR, LLC 981 KEYNOTE CIRCLE SUITE 15 CLEVELAND, OH 44131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2978 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/01/2024 | SEASONS SPECIAL CO LTD 2F #8 LANE44 JINMEN ST TAIPEI ZONGZHENG, 100033 TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2979 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/20/2024 | SECURITAS TECHNOLOGY CORP PO BOX 643731 PITTSBURGH, PA 15264-5253 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2980 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/01/2023 | SEDGWICK CLAIMS MGMT SERV INC PO BOX 204036 DALLAS, TX 75320-4036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2981** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> SERVICE AGREEMENT  - C298062 - DATED 11/06/2016 | SEDGWICK CLAIMS MGMT SERV INC <br> PO BOX 204036 <br> DALLAS, TX 75320-4036 |
| **2.2982** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> SERVICE AGREEMENT  - C312980 - DATED 05/01/2016 | SEDGWICK CLAIMS MGMT SERVICE IN <br> PO BOX 207834 <br> DALLAS, TX 75320-7834 |
| **2.2983** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> STATEMENT OF WORK DATED 02/01/2024 | SEDGWICK CLAIMS MGMT SERVICE IN <br> PO BOX 207834 <br> DALLAS, TX 75320-7834 |
| **2.2984** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MASTER SERVICE AGREEMENT DATED 03/01/2022 | SEI INC <br> DBA SERVICE EXPRESS INC <br> 3854  BROADMOOR AVE SE <br> GRAND RAPIDS, MI 49512 |
| **2.2985** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> SERVICE AGREEMENT  - C294851 - DATED 08/01/2015 | SEI INC <br> DBA SERVICE EXPRESS INC <br> 3854  BROADMOOR AVE SE <br> GRAND RAPIDS, MI 49512 |
| **2.2986** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MASTER SERVICE AGREEMENT DATED 05/01/2020 | SEKO WORLDWIDE LLC <br> SEKO LOGISTICS <br> PO BOX 71141 <br> CHICAGO, IL 60694-1141 |
| **2.2987** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> DOUGLAS CORNERS S/C STORE LEASE | SELIG ENTERPRISES, INC. <br> 1100 SPRING STREET NW, SUITE 550 <br> ATLANTA, GA 30309 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2988** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325346 - DATED 08/21/2022<br><br>SEMRUSH INC<br>800 BOYLSTON ST., #2475<br>BOSTON, MA 02199 |
| **2.2989** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 06/28/2024<br><br>SEMRUSH INC<br>800 BOYLSTON ST., #2475<br>BOSTON, MA 02199 |
| **2.2990** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 12/12/2023<br><br>SEMRUSH INC<br>800 BOYLSTON ST., #2475<br>BOSTON, MA 02199 |
| **2.2991** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2024<br><br>SENWEB LTD<br>10 DELISLE AVE #619<br>TORONTO, ON M4V 3C6<br>CANADA |
| **2.2992** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEQUOIA PLAZA STORE LEASE<br><br>SEQUOIA PLAZA ASSOCIATES, L.P.<br>C/O PAYNTER REALTY & INVESTMENTS, INC.<br>195 SOUTH "C" STREET, SUITE 200<br>TUSTIN, CA 92780 |
| **2.2993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 12/07/2022<br><br>SERENA SHROGE<br>ADDRESS ON FILE |
| **2.2994** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C290579 - DATED 02/01/2015<br><br>SERVICENOW INC<br>PO BOX 731647<br>DALLAS, TX 75373 |

Debtor    Jo-Ann Stores, LLC
_____
Name
Case number (If known):  25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2995** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 12/31/2022<br><br>SERVICENOW INC<br>PO BOX 731647<br>DALLAS, TX 75373 |
| **2.2996** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVEN CORNERS CENTER STORE LEASE<br><br>SEVEN CORNERS CENTER LLC<br>C/O SAUL CENTERS, INC.<br>7501 WISCONSIN AVENUE, SUITE 1500E<br>BETHESDA, MD 20814 |
| **2.2997** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/06/2024<br><br>SEWPLUS NINGBO CO LTD<br>NO 68 Caijiayan, Lanjiang St<br>130<br>YUYAO, 315400<br>CHINA |
| **2.2998** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/08/2024<br><br>SEYOU CORPORATION LTD<br>C/O #605676<br>#405, DAEHO NEW BLDE<br>SEOUL, 03128<br>KOREA, REPUBLIC OF |
| **2.2999** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/01/2024<br><br>SFT INC<br>A-G216, 201 SONGPA-DAERO, SONGPA-GU<br>SEOUL, 5854<br>KOREA, REPUBLIC OF |
| **2.3000** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT TESTING AND REBATE AGREEMENT DATED 02/02/2023<br><br>SGS NORTH AMERICA INC<br>PO BOX 2502<br>CAROL STREAM, IL 60132-2502 |
| **2.3001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C307880 - DATED 01/09/2020<br><br>SGS NORTH AMERICA INC<br>PO BOX 2502<br>CAROL STREAM, IL 60132-2502 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3002 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #674019453 DATED 03/15/2024 | SHAKOPEE PUBLIC UTILITY<br>255 SARAZIN STREET<br>SHAKOPEE, MN 55379 |
| 2.3003 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | SHAMIR THOMPSON<br>ADDRESS ON FILE |
| 2.3004 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/14/2022 | SHANGHAI MORE DESIGNERS TRADING<br>TIANBAOHUATING,HONG KONG DISTRICT<br>ROOM 1405, BUILDING 2,<br>SHANGHAI, 200086<br>CHINA |
| 2.3005 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/01/2023 | SHAOXING ADOR IMPORT & EXPORT CO LTD<br>2ND FLOOR HONGDA BUILDING<br>ANCHANG TOWN, KEQIAO<br>SHAOXING, 312030<br>CHINA |
| 2.3006 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/01/2023 | SHAOXING ENYI TEXTILE CO LTD<br>LUXI INDUSTRIAL PARK<br>THE 2ND FLOOR, BUILDING 2<br>SHAOXING, 312000<br>CHINA |
| 2.3007 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/01/2023 | SHAOXING KEQIAO YUZHOU TEXTILECOLTD<br>FUQUAN STREET, KEQIAO DI<br>SHAOXING, 312000<br>CHINA |
| 2.3008 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/01/2023 | SHAOXING MINYING TRADING CO LTD<br>NO 7 KAIYUAN ROAD<br>SHAOXING, 31200<br>CHINA |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3009 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/01/2024 | SHAOXING ROBB IMP & EXP CO LTD<br>KEQIAO<br>SUITE B 19018 WONDER PLAZA<br>SHAOXING KEQIAO, 312030<br>CHINA |
| 2.3010 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 11/01/2023 | SHAOXING XINZEZHOU IMP & EXP CO LTD<br>WUYANG VILLAGE, FUQUAN TOWN<br>KEJIAO DISTRICT<br>SHAOXING,<br>CHINA |
| 2.3011 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | SHARAE CROCKROM<br>ADDRESS ON FILE |
| 2.3012 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 05/03/2025 | SHARI HALES<br>ADDRESS ON FILE |
| 2.3013 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/06/2024 | SHARKNINJA<br>89 A STREET<br>NEEDHAM HEIGHTS, MA 02494 |
| 2.3014 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | SHARON WILSON<br>ADDRESS ON FILE |
| 2.3015 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | SHAUNA LOUGH<br>ADDRESS ON FILE |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3016** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHELBY TOWN CENTER STORE LEASE<br><br>SHELBY TOWN CENTER PHASE I, LP<br>34120 WOODWARD AVENUE<br>BIRMINGHAM, MI 48009 |
| **2.3017** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHELBYVILLE ROAD PLAZA STORE LEASE<br><br>SHELBYVILLE ROAD PLAZA, LLC<br>C/O HAGAN PROPERTIES<br>12911 REAMERS ROAD<br>LOUISVILLE, KY 40245 |
| **2.3018** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>SHENYANG LARGE CIRCLE ARTS & CRAFTS CO LTD<br>WORKSTATION 0614, ROOM 201<br>LIAONING<br>SHENYANG, 110031<br>CHINA |
| **2.3019** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>SHENZHEN RIZEE CULTURAL CREATIVITY<br>UNIT 1301<br>RONGCHAO BINHAI BLDG B, NO.2021, HAIXIU RD, XIN'AN ST 190<br>SHENZHEN, 518100<br>CHINA |
| **2.3020** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/11/2022<br><br>SHEPHERD HARDWARE<br>6961 US HWY 12 WEST<br>THREE OAKS, MI 49128 |
| **2.3021** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHERMAN COMMONS STORE LEASE<br><br>SHERMAN COMMONS, L.P.<br>C/O CBRE<br>2100 MCKINNEY AVE., SUITE 800<br>DALLAS, TX 75201 |
| **2.3022** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE SERVICE AGREEMENT DATED 04/01/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |

Debtor  Jo-Ann Stores, LLC
_____  Case number (If known): 25-10072
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3023** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/28/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |
| **2.3024** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/16/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |
| **2.3025** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 03/21/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |
| **2.3026** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 03/23/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |
| **2.3027** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/28/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |
| **2.3028** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2024<br><br>SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 08873 |
| **2.3029** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHINO TOWN SQUARE STORE LEASE<br><br>SHJR, LLC<br>11111 SANTA MONICA BLVD., STE. 520<br>LOS ANGELES, CA 90025 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3030 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHOPPES AT RIVER CROSSING STORE LEASE | SHOPPES AT RIVER CROSSING, LLC<br>THE SHOPPES AT RIVER CROSSING<br>ATTN: LAW/LEASE ADMINISTRATION DEPT<br>CHICAGO, IL 60654-1607 |
| 2.3031 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERRING PLAZA STORE LEASE | SHOPPING CENTER ASSOCIATES<br>D/B/A PENNSYLVANIA SHOPPING CENTER ASSOCIATES LP<br>C/O FEDERAL REALTY INVESTMENT TRUST<br>NORTH BETHESDA, MD 20852 |
| 2.3032 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ST JOHNS TOWN CENTER STORE LEASE | SHOPS AT ST. JOHNS, LLC<br>SIMON PROPERTY GROUP<br>ATTN: LEGAL DEPARTMENT<br>INDIANAPOLIS, IN 46204-3438 |
| 2.3033 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VILLAGE MALL STORE LEASE | SHRI SWAMINE LLC<br>PO BOX 2022<br>ATTN: BRIJESH PATEL / MARY ELLEN ZANNINI<br>DANVERS, MA 01923 |
| 2.3034 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 05/05/2024 | SHUFFLE PRESENTS LLC<br>286 STEPHENS ROAD<br>ORWIGSBURG, PA 17961 |
| 2.3035 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C327539 - DATED 05/22/2024 | SHUFFLE PRESENTS LLC<br>286 STEPHENS ROAD<br>ORWIGSBURG, PA 17961 |
| 2.3036 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/09/2023 | SHUTTERSTOCK INC<br>DEPT CH 17445<br>PALATINE, IL 60055-7445 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3037** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/26/2023<br><br>SHUTTERSTOCK INC<br>DEPT CH 17445<br>PALATINE, IL 60055-7445 |
| **2.3038** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C282312 - DATED 03/24/2016<br><br>SHUTTERSTOCK INC<br>DEPT CH 17445<br>PALATINE, IL 60055-7445 |
| **2.3039** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C282312 PD - DATED 07/24/2020<br><br>SHUTTERSTOCK INC<br>DEPT CH 17445<br>PALATINE, IL 60055-7445 |
| **2.3040** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 02/04/2023<br><br>SHUTTERSTOCK INC<br>DEPT CH 17445<br>PALATINE, IL 60055-7445 |
| **2.3041** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/18/2024<br><br>SHUTTERSTOCK INC<br>DEPT CH 17445<br>PALATINE, IL 60055-7445 |
| **2.3042** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/21/2023<br><br>SIAN-AMY BALDOCK<br>ADDRESS ON FILE |
| **2.3043** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/03/2022<br><br>SID TOOL CO INC<br>MSC INDUSTRIAL SUPPLY CO<br>PO BOX  953635<br>ST. LOUIS, MO 63195-3635 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3044** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SIEGEN LANE MARKETPLACE STORE LEASE / SIEGEN LANE PROPERTIES LLC C/O OLSHAN PROPERTIES 600 MADISON AVENUE, 14TH FLOOR NEW YORK, NY 10022 |
| **2.3045** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/31/2023 / SIEMENS INDUSTRY INC RUSSELECTRIC 99 INDUSTRIAL PARK RD. HINGHAM, MA 02043 |
| **2.3046** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/26/2024 / SIGMA COMPUTING INC 116 NEW MONTGOMERY ST., #700 SAN FRANCISCO, CA 94105 |
| **2.3047** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SERVICE AGREEMENT  - C327966 - DATED 09/30/2024 / SIGMA COMPUTING INC 116 NEW MONTGOMERY ST., #700 SAN FRANCISCO, CA 94105 |
| **2.3048** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SERVICE AGREEMENT DATED 11/08/2024 / SIGMA COMPUTING INC 116 NEW MONTGOMERY ST., #700 SAN FRANCISCO, CA 94105 |
| **2.3049** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/13/2020 / SIGMA DISTRIBUTORS 26763 SAN BERNARDINO AVE, SUITE B REDLANDS, CA 92374 |
| **2.3050** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/01/2019 / SIGNATURE MARKETING & MFG 301 WAGARAW RD HAWTHORNE, NJ 07506 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3051 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 09/20/2021<br><br>SIGULER GUFF ADVISERS, LLC<br>200 PARK AVENUE<br>23RD FLOOR<br>NEW YORK, NY 10166 |
| 2.3052 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SILAS CREEK CROSSING STORE LEASE<br><br>SILAS CREEK IMPROVEMENTS, LLC<br>C/O DLC MANAGEMENT CORPORATION<br>565 TAXTER ROAD, 4TH FLOOR<br>ELMSFORD, NY 10523 |
| 2.3053 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 07/20/2023<br><br>SILVER BUFFALO LLC<br>141 WEST 36TH STREET, 11TH FLOOR<br>NEW YORK, NY 10018 |
| 2.3054 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SILVER LAKE MALL STORE LEASE<br><br>SILVER LAKE CENTER, LLC<br>200 WEST HANLEY AVENUE<br>ATTN: BRANDON KRON<br>COEUR D' ALENE, ID 83815 |
| 2.3055 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SILVERNAIL S/C STORE LEASE<br><br>SILVERNAIL ASSOCIATES LIMITED PARTNERSHIP<br>C/O TOMAR MANAGEMENT, INC.<br>ATTN: LYNN REDMOND<br>WAUKESHA, WI 53186 |
| 2.3056 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 03/08/2024<br><br>SIMILARWEB INC<br>35 EAST 21ST STREET, 9TH FL<br>NEW YORK, NY 10010 |
| 2.3057 **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ROOFING SERVICE AGREEMENT DATED 09/30/2022<br><br>SIMON ROOFING AND SHEET METAL CORP<br>PO BOX  951109<br>CLEVELAND, OH 44193 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3058 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C305762 - DATED 11/01/2019 | SIMON ROOFING AND SHEET METAL CORP PO BOX  951109 CLEVELAND, OH 44193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3059 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/19/2019 | SIMPLAY3 9450 ROSEMONT DRIVE STREETSBORO, OH 44241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3060 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/28/2024 | SIMPLER POSTAGE INC EASYPOST 39120 ARGONAUT  WAY, #460 FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3061 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327981 - DATED 10/04/2024 | SIMPLER POSTAGE INC EASYPOST 39120 ARGONAUT  WAY, #460 FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3062 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/08/2023 | SINCERE CREATES & MANUFACTURES LTD BLK 2, FLAT E & G, 17/F KINGSWAY INDUSTRIAL BUILDING KWAI CHUNG, NT 999077 HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3063 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/01/2025 | SINGLE SOURCE SECURITY LLC PROTOS SECURITY PO BOX 625 DALEVILLE, VA 24083 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3064 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C326795 - DATED 09/29/2023 | SITESPECT INC PO BOX 66237 AUBURNDALE, MA 02466 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3065** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 11/09/2023<br><br>SITESPECT INC<br>PO BOX 66237<br>AUBURNDALE, MA 02466 |
| **2.3066** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 08/31/2020<br><br>SKILLSHARE, INC.<br>35 E. 21 STREET<br>5TB FLOOR<br>NEW YORK, NY 10010 |
| **2.3067** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTHWEST PLAZA STORE LEASE<br><br>SKY MIDLAND HOLDINGS, LLC<br>C/O FOUR POINTS PROPERTY MANAGEMENT LLC<br>10101 FONDREN RD., SUITE 545<br>HOUSTON, TX 77096 |
| **2.3068** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/15/2023<br><br>SKYLINE EXPORTS<br>12A, VASANTH NAGAR, SINGANALLUR<br>COIMBATORE, 641005<br>INDIA |
| **2.3069** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 03/01/2021<br><br>SLACK TECHNOLOGIES INC<br>500 HOWARD ST<br>SAN FRANCISCO, CA 94105 |
| **2.3070** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/28/2023<br><br>SLICE, INC<br>323 SUNNY ISLES BLVD SUITE 700<br>SUNNY ISLES BEACH, FL 33160 |
| **2.3071** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MESA MALL STORE LEASE<br><br>SM MESA MALL, LLC<br>C/O WPG<br>4900 EAST DUBLIN GRANVILLE RD., 4TH FLOOR<br>COLUMBUS, OH 43081 |

Debtor    Jo-Ann Stores, LLC _____    Case number (if known): 25-10072 _____
          Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3072** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUENA PARK PROMENADE STORE LEASE<br><br>SMART CIENEGA SPE, LLC<br>C/O PROPERTY MANAGEMENT ADVISORS, INC.<br>1234 EAST 17TH STREET, #B<br>SANTA ANA, CA 92701 |
| **2.3073** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOLALLA AVENUE STORE LEASE<br><br>SMB HOLDINGS, LLC<br>6305 SW ROSEWOOD ST., SUITE D<br>ATTN: MICHAEL BERREY<br>LAKE OSWEGO, OR 97035 |
| **2.3074** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/25/2023<br><br>SMD TECHNOLOGIES, LLC<br>SUITE 800<br>THE SUITES AT 17, 301 ROUTE 17N<br>RUTHERFORD, NJ 07070 |
| **2.3075** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WEST SHORE PLAZA STORE LEASE<br><br>SMITH LAND AND IMPROVEMENT CORPORATION<br>1810 MARKET STREET<br>ATTN: R.E. JORDAN III, CHIEF OPERATING OFFICER<br>CAMP HILL, PA 17011 |
| **2.3076** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/07/2020<br><br>SMITHERS OASIS COMPANY<br>295 WATER STREET, SUITE 201<br>KENT, OH 44240 |
| **2.3077** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/22/2022<br><br>SNDZ ASIA CORP.<br>9FL., NO. 56, LANE 316<br>RUEIGUANG ROAD, NEIHU DISC.<br>TAIPEI, 11492<br>TAIWAN |
| **2.3078** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 09/17/2024<br><br>SNOWFLAKE INC<br>PO BOX 734951<br>DALLAS, TX 75373-4951 |

Debtor    Jo-Ann Stores, LLC
          _____    Case number (If known)   25-10072
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3079** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C325002 - DATED 08/28/2022<br><br>SNOWFLAKE INC<br>PO BOX 734951<br>DALLAS, TX 75373-4951 |
| **2.3080** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/01/2024<br><br>SNOWFLAKE INC<br>PO BOX 734951<br>DALLAS, TX 75373-4951 |
| **2.3081** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHAMPAIGN TOWN CENTER STORE LEASE<br><br>SOAP CHAMPAIGN LLC<br>C/O HORIZON REALTY & MANAGEMENT<br>1540 E. DUNDEE RD., STE 240<br>PALATINE, IL 60074 |
| **2.3082** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/24/2010<br><br>SOCI INC<br>PO BOX  31001-3081<br>PASADENA, CA 91110-3081 |
| **2.3083** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 01/01/2025<br><br>SOCI INC<br>PO BOX  31001-3081<br>PASADENA, CA 91110-3081 |
| **2.3084** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 08/12/2023<br><br>SOCIALDEVIANT, LLC<br>1143 W. RUNDELL PLACE<br>SUITE 200<br>CHICAGO, IL 60607 |
| **2.3085** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/28/2019<br><br>SOCIALSIGN.IN INC<br>248 ROUTE 25A STE 24<br>EAST SETAUKET, NY 11733 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3086 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES & MARKETING SOFTWARE SERVICE AGREEMENT DATED 04/01/2024 | SOCIALSIGN.IN INC<br>248 ROUTE 25A STE 24<br>EAST SETAUKET, NY 11733 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3087 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/02/2021 | SONYA MELISSA PHILIP<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3088 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C315579 - DATED 06/22/2017 | SONYA MELISSA PHILIP<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3089 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/07/2023 | SOPHIA CUDWORTH<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3090 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 02/28/2023 | SORFEO<br>1713 OAK LANE<br>MC LEAN, VA 22101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3091 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 10/01/2019 | SOURCING SOLUTIONS INC<br>1201 INDUSTRIAL STREET<br>HUDSON, WI 54016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3092 | **State what the contract or lease is for and the nature of the debtor's interest** | SOUTH END S/C STORE LEASE | SOUTH END INVESTORS, LLC<br>3265 MERIDIAN PARKWAY, SUITE 130<br>HOWARD ARNBERG, MANAGING MEMBER<br>WESTON, FL 33331 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Jo-Ann Stores, LLC | Case number (if known): 25-10072 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3093 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOUTH FRISCO VILLAGE STORE LEASE<br><br>SOUTH FRISCO VILLAGE SC, L.P.<br>C/O VISTA PROPERTY COMPANY, LLC<br>2227 VANTAGE STREET<br>DALLAS, TX 75207 |
| 2.3094 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOUTH PARK PLAZA STORE LEASE<br><br>SOUTH PARK PLAZA, INC.<br>19040 PARK AVENUE PLAZA<br>MEADVILLE, PA 16335 |
| 2.3095 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MARKETPLACE AT JANESVILLE STORE LEASE<br><br>SOUTH PEAK CAPITAL, LLC<br>ATTN: STEVE DORAN<br>6430 BRIDGE ROAD, SUITE 230<br>MADISON, WI 53716 |
| 2.3096 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOUTHTOWN PLAZA STORE LEASE<br><br>SOUTH TOWN PLAZA REALTY LLC<br>C/O NAMCO REALTY LLC<br>150 GREAT NECK ROAD, SUITE 304<br>GREAT NECK, NY 11021 |
| 2.3097 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOUTHAVEN TOWN CENTER STORE LEASE<br><br>SOUTHAVEN TOWN CENTER II, LLC<br>C/O CBL & ASSOCIATES MANAGEMENT, INC.<br>2030 HAMILTON PLACE BOULEVARD, SUITE 500<br>CHATTANOOGA, TN 37421-6000 |
| 2.3098 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF CREDIT #64027603<br><br>SOUTHERN CALIFORNIA EDISON<br>2244 WALNUT GROVE AVE<br>ROSEMEAD, CA 91770-3714 |
| 2.3099 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/01/2024<br><br>SOUTHERN MOTOR CARRIERS ASSOC<br>DBA SMC3<br>PO BOX 2040<br>PEACHTREE CITY, GA 30269 |

Debtor    Jo-Ann Stores, LLC

Case number (If known):    25-10072

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3100** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/12/2020<br><br>SOUTHERN TELECOM INC<br>5601 1ST AVE, FLOOR 2<br>BROOKLYN, NY 11220 |
| **2.3101** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHOP RITE PLAZA. STORE LEASE<br><br>SOUTHINGTON/ROUTE 10 ASSOCIATES L.P<br>C/O CORNERSTONE PROPERTIES, INC.<br>231 FARMINGTON AVENUE<br>FARMINGTON, CT 06032 |
| **2.3102** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOUTHWEST COMMONS STORE LEASE<br><br>SOUTHWEST COMMONS 05 A, LLC<br>C/O ACF PROPERTY MANAGEMENT , INC.<br>12411 VENTURA BLVD.<br>STUDIO CITY, CA 91604 |
| **2.3103** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/10/2024<br><br>SOUTHWEST SIGN GROUP INC<br>APEX SIGN GROUP<br>7208 SOUTH WW WHITE RD.<br>SAN ANTONIO, TX 78222 |
| **2.3104** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285056512 DATED 10/25/2024<br><br>SOUTHWESTERN ELECTRIC POWER<br>1 RIVERSIDE PLAZA,14TH FLOOR<br>COLUMBUS, OH 43215 |
| **2.3105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHREWSBURY PLAZA STORE LEASE<br><br>SP 35 L.P.<br>C/O NATIONAL REALTY & DEVELOPMENT CORP.<br>ATTN: CHIEF OPERATING OFFICER<br>NEW YORK, NY 10281 |
| **2.3106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2022<br><br>SPACE 150 INC<br>212 3RD AVE N #150<br>MINNEAPOLIS, MN 55401 |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known):   25-10072
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3107 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/01/2022 | SPACE 150 INC 212 3RD AVE N #150 MINNEAPOLIS, MN 55401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3108 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 12/17/2019 | SPARK INNOVATORS CORP 41 KULICK RD FAIRFIELD, NJ 07004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3109 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 08/23/2019 | SPARROW INNOVATIONS INC 1865 E LAKE MARY BLVD SANFORD, FL 32773 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3110 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT RENEWAL DATED 06/07/2024 | SPARTAN GRAPHICS INC 200 APPLEWOOD DRIVE, P.O. BOX 218 SPARTA, MI 49345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3111 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 11/01/2024 | SPELLBINDERS 1125 W PINNACLE PEAK RD, STE 124 PHOENIX, AZ 85027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3112 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/18/2023 | SPENCE FENCE CO ENTERPRISES 1145 N. MILLER PARK CT VISALIA, CA 93291 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3113 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C325025 - DATED 07/25/2022 | SPIEGEL DESIGN GROUP INC 11693 SAN VICENTE BLVD., #501 LOS ANGELES, CA 90049 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/12/2022<br><br>SPINRITE CORP<br>320 LIVINGSTONE AVE SOUTH PO BOX 40<br>LISTOWEL, ON N4W 3H3<br>CANADA |
| **2.3115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/20/2020<br><br>SPINRITE CORP (ECOM)<br>100 SONWILL DRIVE<br>BUFFALO, NY 14225 |
| **2.3116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1075 WOODLAND RD STORE LEASE<br><br>SPIRIT BD READING PA, LLC (RI #16185-MUST APPEAR ON CORRESPONDENCE)<br>C/O REALTY INCOME CORPORATION<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |
| **2.3117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NORTH POINT COMMONS STORE LEASE<br><br>SPIRIT MASTER FUNDING IV, LLC<br>C/O REALTY INCOME CORPORATION<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |
| **2.3118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTRE POINT VILLAGE STORE LEASE<br><br>SPIRIT PROPERTIES, LTD.<br>ATTN: RANDY WRAGE<br>21070 CENTRE POINTE PARKWAY<br>SANTA CLARITA, CA 91350 |
| **2.3119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOLGER SQUARE STORE LEASE<br><br>SPIRIT SPE LOAN PORTFOLIO 2013-3, LLC<br>C/O REALTY INCOME CORPORATION<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |
| **2.3120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/03/2023<br><br>SPORTICULTURE INC<br>14812 BURNTWOODS ROAD<br>GLENWOOD, MD 21738 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPRING CREEK CENTRE STORE LEASE<br><br>SPRING CREEK OWNER, LLC<br>C/O DLC MANAGEMENT CORP.<br>565 TAXTER RD., SUITE 400<br>ELMSFORD, NY 10523 |
| **2.3122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPRINGFIELD PLAZA S/C STORE LEASE<br><br>SPRINGFIELD PLAZA ASSOCIATES, LLC<br>11155 RED RUN BLVD, SUITE 320<br>ATTN: BOB WAUGH<br>OWINGS MILLS, MD 21117 |
| **2.3123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/15/2023<br><br>SPRINGS CREATIVE PRODUCTS GROUP<br>300 CHATHAM AVENUE<br>ROCK HILL, SC 29730 |
| **2.3124** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SQUARE ONE SHOPPING CENTER STORE LEASE<br><br>SQUARE ONE PARTNERS, LLC<br>C/O PRETIUM PROPERTY MANAGEMENT, LLC<br>30 WASHINGTON AVENUE, SUITE B5<br>HADDONFIELD, NJ 08033 |
| **2.3125** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WYOMING BLVD NORTHEAST STORE LEASE<br><br>SQUARE ONE PARTNERS, LLC<br>4663 E LAFAYETTE BLVD.<br>ATTN: PAUL BRONSTEIN, PRES. SQUARE ONE PARTNERS<br>PHOENIX, AZ 85018 |
| **2.3126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DATED 05/25/2006<br><br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>555 SOUTH FLOWER STREET<br>SUITE 3100<br>LOS ANGELES, CA 90071 |
| **2.3127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGMENT LETTER DATED 05/25/2006<br><br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>555 SOUTH FLOWER STREET<br>SUITE 3100<br>LOS ANGELES, CA 90071 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VILLAGE CROSSROADS STORE LEASE<br><br>SRK LADY LAKE 21 SPE, LLC<br>C/O THE BENCHMARK GROUP<br>4053 MAPLE ROAD, SUITE 200<br>AMHERST, NY 14226 |
| **2.3129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE CROSSINGS AT TAYLORSTORE LEASE<br><br>SRL CROSSINGS AT TAYLOR LLC<br>C/O THE SCHOTTENSTEIN PROPERTY GROUP<br>4300 E. FIFTH AVE.<br>COLUMBUS, OH 43219 |
| **2.3130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WILLOWCHASE CENTER STORE LEASE<br><br>SSS WILLOWCHASE INVESTMENT, LLC<br>3657 BRIARPARK DRIVE, SUITE 188<br>ATTN: TAMI KIM, LEGAL COUNSEL<br>HOUSTON, TX 77042-5264 |
| **2.3131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/06/2019<br><br>STAMPENDOUS INC<br>1122 N KRAEMER PL<br>ANAHEIM, CA 92806 |
| **2.3132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/07/2023<br><br>STARLITE CREATIONS INC<br>727 BREA CANYON RD SUITE 4<br>WALNUT, CA 91789 |
| **2.3133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C328010 - DATED 10/25/2024<br><br>STEFFI LYNN LLC<br>1173 GREENE AVE.<br>3A<br>BROOKLYN, NY 11221 |
| **2.3134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/26/2022<br><br>STEPHANIE BREWER<br>ADDRESS ON FILE |

Debtor   Jo-Ann Stores, LLC                                    Case number (If known):  25-10072
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3135** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C321034 - DATED 11/26/2019 | STEPHANIE BREWER<br>ADDRESS ON FILE |
| **2.3136** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2023 | STEPHANIE EASTERWOOD<br>ADDRESS ON FILE |
| **2.3137** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE BUYER AGREEMENT DATED 12/07/2022 | STEPHANIE MADDEN<br>ADDRESS ON FILE |
| **2.3138** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENTS DATED 09/13/2025 | STEPHANIE MADDEN<br>ADDRESS ON FILE |
| **2.3139** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 03/04/2022 | STEPHEN DE SANTIS<br>ADDRESS ON FILE |
| **2.3140** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/01/2023 | STERLING INFOSYSTEMS INC<br>PO BOX 35626<br>NEWARK, NJ 07193 |
| **2.3141** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - C322235 - DATED 04/01/2020 | STERLING INFOSYSTEMS INC<br>PO BOX 35626<br>NEWARK, NJ 07193 |

Debtor    Jo-Ann Stores, LLC
       Name

Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3142** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 12/09/2024<br><br>STEVE KUZEMCHAK<br>ADDRESS ON FILE |
| **2.3143** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>STEVEN KARCZEWSKI<br>ADDRESS ON FILE |
| **2.3144** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/07/2022<br><br>STG INTERMODAL SOLUTIONS INC<br>PO BOX 847210<br>LOS ANGELES, CA 90084-7210 |
| **2.3145** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/28/2023<br><br>STG INTERMODAL SOLUTIONS INC<br>PO BOX 847210<br>LOS ANGELES, CA 90084-7210 |
| **2.3146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/21/2022<br><br>STI GLOBAL INC<br>5105 WALDEN LN<br>BRUNSWICK, OH 44212 |
| **2.3147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/03/2024<br><br>STI GLOBAL INC<br>5105 WALDEN LN<br>BRUNSWICK, OH 44212 |
| **2.3148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 10/30/2023<br><br>STI GLOBAL INC<br>5105 WALDEN LN<br>BRUNSWICK, OH 44212 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRUCKLOAD SERVICE AGREEMENT DATED 04/02/2023<br><br>STI GLOBAL INC<br>5105 WALDEN LN<br>BRUNSWICK, OH 44212 |
| **2.3150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674019792 DATED 04/19/2024<br><br>STILLWATER POWER<br>411 E 3RD AVE<br>STILLWATER, OK 74074 |
| **2.3151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 06/06/2022<br><br>STITCH & STORY<br>4500 140TH AVE NORTH, SUITE 101<br>CLEARWATER, FL 33762 |
| **2.3152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COURTLAND CENTER STORE LEASE<br><br>STOCKBRIDGE COURTLAND CENTER, LLC<br>PO BOX 8130<br>BLOOMFIELD HILLS, MI 48302 |
| **2.3153** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2022<br><br>STORAGE SOLUTIONS INC<br>910 E. 169TH STREET<br>WESTFIELD, IN 46074 |
| **2.3154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323235 - DATED 07/19/2021<br><br>STORFLEX<br>392 W. PULTENEY ST.<br>CORNING, NY 14830 |
| **2.3155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STORE DEVELOPMENT SERVICE AGREEMENT DATED 05/31/2024<br><br>STORFLEX<br>392 W. PULTENEY ST.<br>CORNING, NY 14830 |

Debtor    Jo-Ann Stores, LLC

Name                                                    Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.3156 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/2024 | STOROPACK INC DEPT C, LOCATION   00207 CINCINNATI, OH 45264-0207 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3157 | **State what the contract or lease is for and the nature of the debtor's interest** | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 03/22/2024 | STOROPACK INC DEPT C, LOCATION   00207 CINCINNATI, OH 45264-0207 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3158 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 08/20/2024 | STOROPACK INC DEPT C, LOCATION   00207 CINCINNATI, OH 45264-0207 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3159 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 03/01/2019 | STUDIO DESIGNS 6027 BANDINI BLVD COMMERCE, CA 90040 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3160 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 03/20/2024 | STUDIO ELUCEO LTD 3FL-19, NO 3 TIEN MOU W. ROAD TAIPEI, 111049 TAIWAN |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3161 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C319897 - DATED 06/01/2023 | STUDIO SETTE SRL VIA BINASCO 4 VA BUSTO ARSIZIO, 21052 ITALY |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3162 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C327455 - DATED 04/24/2024 | SUAVE GLOBAL LLC 1726 25TH  AVENUE NASHVILLE, TN 37208 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| ▉ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBURBAN PLAZASTORE LEASE<br><br>SUBURBAN PLAZA, LLC<br>C/O SELIG ENTERPRISES, INC.<br>ATTN: KENNETH J. CLAYMAN, ESQ.<br>ATLANTA, GA 30309 |
| **2.3164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBURBAN PLAZA STORE LEASE<br><br>SUBURBAN REALTY JOINT VENTURE<br>C/O KEYSTONE REAL ESTATE GROUP<br>431 SCIENCE PARK RD., SUITE 301<br>STATE COLLEGE, PA 16803 |
| **2.3165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/28/2022<br><br>SUCCESSFACTORS INC<br>1 TOWER PLACE, STE 1100<br>SOUTH SAN FRANCISCO, CA 94080 |
| **2.3166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 4948 MONROE STREET STORE LEASE<br><br>SUEMAR REALTY INC.<br>ATTN: ROB ARMSTRONG<br>27476 HOLIDAY LANE, PO BOX 670<br>PERRYSBURG, OH 43552 |
| **2.3167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUGARLAND CROSSING STORE LEASE<br><br>SUGARLAND PLAZA LP<br>C/O COMBINED PROPERTIES, INC.<br>7315 WISCONSIN AVENUE, SUITE 1000 WEST<br>BETHESDA, MD 20814 |
| **2.3168** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C210338 - DATED 02/07/2018<br><br>SULLIVAN CONSOLIDATION INC<br>PO BOX  1964<br>WESTFIELD, MA 01086 |
| **2.3169** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/20/2023<br><br>SULLIVANS USA INC<br>4341 MIDDAUGH AVE<br>DOWNERS GROVE, IL 60515 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):   25-10072

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3170 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #674021771 DATED 08/19/2024 | SULPHUR SPRINGS VALLEY ELEC COOP 311 E WILCOX DR SIERRA VISTA, AZ 85635-2527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3171 | State what the contract or lease is for and the nature of the debtor's interest | PALLETS & CRATES SERVICE AGREEMENT DATED 09/01/2022 | SUMMERFORD PALLET CO INC 353 ASHFORD INDUSTRIAL DR ASHFORD, AL 36312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3172 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT EXTENSION DATED 10/10/2022 | SUMMERFORD PALLET CO INC 353 ASHFORD INDUSTRIAL DR ASHFORD, AL 36312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3173 | State what the contract or lease is for and the nature of the debtor's interest | SUMMIT TOWN CENTER STORE LEASE | SUMMIT TOWNE CENTRE, INC. C/O BALDWIN BROTHERS, INC. 2540 VILLAGE COMMON DRIVE ERIE, PA 16506-7202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3174 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #14048031 DATED 07/14/2024 | SUMTER ELECTRIC COOPERATIVE, INC. 1130 MAIN ST FORT MYERS, FL 33931 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3175 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/01/2022 | SUN CO LTD NO 4 LANE 4 YERSIN STREET HANOI, VIETNAM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3176 | State what the contract or lease is for and the nature of the debtor's interest | LIFE & DISABILITY INSURANCE SERVICE AGREEMENT DATED 02/01/2024 | SUN LIFE ASSURANCE CO OF CANADA PO BOX 843201 KANSAS CITY, MO 64184-3201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC
_____
          Name

Case number (If known):  25-10072
_____

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.3177** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324200 - DATED 02/01/2022 | SUN LIFE ASSURANCE CO OF CANADA<br>PO BOX 843201<br>KANSAS CITY, MO 64184-3201 |
| **2.3178** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT & RELEASE AGREEMENT DATED 01/03/2025 | SUN LIFE ASSURANCE CO OF CANADA<br>PO BOX 843201<br>KANSAS CITY, MO 64184-3201 |
| **2.3179** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CASTLE GLEN PLAZA STORE LEASE | SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH STREET CAUSEWAY<br>MIAMI, FL 33141 |
| **2.3180** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 08/31/2022 | SUNBELT PAPER & PACKAGING INC<br>PO  BOX 521<br>SAGINAW, AL 35137 |
| **2.3181** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C303841 - DATED 08/13/2015 | SUNBELT PAPER & PACKAGING INC<br>PO  BOX 521<br>SAGINAW, AL 35137 |
| **2.3182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/29/2021 | SUNG KIM<br>ADDRESS ON FILE |
| **2.3183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | SUNG KIM<br>ADDRESS ON FILE |

Case 25-10068-CTG   Doc 376   Filed 02/11/25   Page 1201 of 1286

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.3184** State what the contract or lease is for and the nature of the debtor's interest — SUNMARK PLAZA STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | SUNMARK PROPERTY, LLC<br>3808 GRAND AVENUE, SUITE B<br>CHINO, CA 91710 |
| **2.3185** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 04/13/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | SUNNY DAYS ENTERTAINMENT, LLC<br>43 CHUANGYE FIRST ROAD<br>DONGGUAN, 523562<br>CHINA |
| **2.3186** State what the contract or lease is for and the nature of the debtor's interest — 180 SE NEPTUNE DRIVE, SUITE A STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | SUNSET-RIVER, LLC<br>C/O DICKERHOOF PROPERTIES<br>777 NE SECOND STREET, SUITE 200<br>CORVALLIS, OR 97330 |
| **2.3187** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 07/24/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | SUNTECK TRANSPORT CO LLC<br>PO BOX 536665<br>PITTSBURGH, PA 15253-5908 |
| **2.3188** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 09/01/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | SUNYIN (HK) HOLDING LIMITED<br>UNIT A 25/F ONE ISLAND SOUTH<br>2 HEUNG YIP ROAD<br>WONG CHUK HANG, 999077<br>HONG KONG |
| **2.3189** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 11/19/1998<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLYONE CLEVELAND INC<br>26401 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH 44146 |
| **2.3190** State what the contract or lease is for and the nature of the debtor's interest — STORE SUPPLIES SERVICE AGREEMENT DATED 05/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLYONE CLEVELAND INC<br>PO BOX 643784<br>PITTSBURGH, PA 15264-3784 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/20/2023<br><br>SUPPLYONE TAMPA BAY INC<br>PO BOX 74007651<br>CHICAGO, IL 60674-7651 |
| **2.3192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/22/2024<br><br>SUPREME LIFESTYLE PVT LTD<br>3 MARINA HOUSE 5 NEW MARINE LINES<br>Z05<br>MUMBAI, 400020<br>INDIA |
| **2.3193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/02/2023<br><br>SURGE STAFFING LLC<br>4 EASTON OVAL<br>COLUMBUS, OH 43219 |
| **2.3194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326604 - DATED 05/05/2021<br><br>SURGE STAFFING LLC<br>4 EASTON OVAL<br>COLUMBUS, OH 43219 |
| **2.3195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321667 - DATED 04/09/2020<br><br>SUSAN E CUDWORTH<br>ADDRESS ON FILE |
| **2.3196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 04/09/2023<br><br>SUSAN E CUDWORTH<br>ADDRESS ON FILE |
| **2.3197** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOREST PLAZA STORE LEASE<br><br>SUSO 4 FOREST LP<br>C/O SLATE ASSET MANAGEMENT, L.P.<br>121 KING STREET WEST, SUITE 200<br>TORONTO, ON M5H 3T9<br>CANADA |

Debtor    Jo-Ann Stores, LLC
                Name                                                    Case number (If known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3198** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | NORTHLAKE COMMONS STORE LEASE <br><br> SUSO 5 NORTHLAKE LP <br> C/O DLC MANAGEMENT CORPORATION <br> 565 TAXTER RD., SUITE 400 <br> ELMSFORD, NY 10523 |
| **2.3199** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/17/2024 <br><br> SUTEX SAS <br> C/O #605685 <br> CALLE 80 KM 1.7 ENTRADA PARQUE <br> COTA, 250010 <br> COLOMBIA |
| **2.3200** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/17/2022 <br><br> SUZANNE MCGURK <br> ADDRESS ON FILE |
| **2.3201** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C305306 - DATED 02/17/2016 <br><br> SUZANNE MCGURK <br> ADDRESS ON FILE |
| **2.3202** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2023 <br><br> SUZHOU LEJING KNITTING CO LTD <br> WUZHONG RD SHENGZE <br> SUZHOU, 215228 <br> CHINA |
| **2.3203** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | FAIRFAX TOWNE CENTER STORE LEASE <br><br> SVAP FAIRFAX, LLC <br> C/O STERLING RETAIL SERVICES, INC. <br> 302 DATURA ST., SUITE 100 <br> WEST PALM BEACH, FL 33401 |
| **2.3204** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CORAL SPRINGS III SHOPPING CENTER STORE LEASE <br><br> SVAP III CORAL LANDINGS, LLC <br> C/O STERLING RETAIL SERVICES, INC. <br> 302 DATURA STREET, SUITE 100 <br> WEST PALM BEACH, FL 33401 |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):    25-10072

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRESIDENTIAL COMMONS STORE LEASE<br><br>SVAP IV PRESIDENTIAL, LLC<br>C/O STERLING RETAIL SERVICES, INC.<br>302 DATURA ST., SUITE 100<br>WEST PALM BEACH, FL 33401 |
| **2.3206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUSQUEHANNA VALLEY MALL STORE LEASE<br><br>SVM - 10108887, LLC<br>KEYBANK REAL ESTATE<br>8115 PRESTON ROAD, SUITE 800<br>DALLAS, TX 75225 |
| **2.3207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2019<br><br>SVP SEWING BRANDS LLC<br>300 2ND AVE. SUITE 300<br>NASHVILLE, TN 37201 |
| **2.3208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/08/2023<br><br>SVP SEWING BRANDS LLC<br>300 2ND AVENUE SOUTH, SUITE 300<br>NASHVILLE, TN 37201 |
| **2.3209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADEMARK LICENSE AGREEMENT DATED 03/04/2024<br><br>SVP SEWING BRANDS LLC<br>1714 HEIL QUAKER BLVD.<br>SUITE 130<br>LAVERGNE, TN 37086 |
| **2.3210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C324222 - DATED 02/28/2022<br><br>SWEET BUTTER COCO LLC<br>28 WINDWALKER WAY<br>TUSTIN, CA 92782 |
| **2.3211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/01/2019<br><br>SWISSCO LLC<br>38 EAST 32ND STREET, 2ND FLOOR<br>NEW YORK, NY 10016 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3051 W. WABASH AVE STORE LEASE | SWP WABASH PROPERTIES I, LLC<br>2144 S. MACARTHUR BLVD.<br>ATTTN: ARTHUR F. SEPPI, OWNER<br>SPRINGFIELD, IL 62704 |

| Line | List all contracts and unexpired leases | State the name and mailing address for all other parties |
|---|---|---|
| **2.3212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3051 W. WABASH AVE STORE LEASE | SWP WABASH PROPERTIES I, LLC<br>2144 S. MACARTHUR BLVD.<br>ATTTN: ARTHUR F. SEPPI, OWNER<br>SPRINGFIELD, IL 62704 |
| **2.3213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | SYMONE CYRUS<br>ADDRESS ON FILE |
| **2.3214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C215808 - DATED 06/01/2016 | SYMPHONY GROUP LLC<br>4183 W STREETSBORO RD STE 201<br>RICHFIELD, OH 44286 |
| **2.3215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD-PARTY LEASE AUDIT SERVICES AGREEMENT DATED 06/01/2020 | SYMPHONY GROUP LLC<br>4183 W STREETSBORO RD STE 201<br>RICHFIELD, OH 44286 |
| **2.3216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/24/2011 | SYNDICATE SYSTEMS INC<br>PO BOX 198747<br>ATLANTA, GA 30384-8747 |
| **2.3217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 12/05/2020 | SYNDIGO LLC<br>PO BOX 734311<br>CHICAGO, IL 60673-4311 |
| **2.3218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETPLACE AT TOWNE CENTRE STORE LEASE | T MESQUITE MKT WVS TX, LLC<br>16600 DALLAS PARKWAY, SUITE 300<br>ATTN: ZOE LOPEZ, REGIONAL PROPERTY MANAGER<br>DALLAS, TX 75248 |

Debtor    Jo-Ann Stores, LLC
_____    Case number (If known): 25-10072
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | METRO S/C STORE LEASE<br><br>T PEORIA IL, LLC<br>16600 DALLAS PKWY, SUITE 300<br>ATTN: LEASE ADMINISTRATION<br>DALLAS, TX 75248 |
| **2.3220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/01/2022<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/01/2024<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2022<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/08/2022<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/23/2022<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C316573 - DATED 01/01/2018<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/23/2022<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/01/2011<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 09/01/2022<br><br>T ROWE PRICE RETIREMENT PLAN SERV<br>100 EAST PRATT ST<br>BALTIMORE, MD 21202 |
| **2.3229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOUTHERN TIER CROSSING STORE LEASE<br><br>T SOUTHERN TIER PIL NY, LLC, T SOUTHERN TIER NY, LLC AND TSOUTHERN TIER PIT NY, LLC<br>16600 DALLAS PKWY, SUITE 300<br>DALLAS, TX 75248 |
| **2.3230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FREELANCE DESIGN AND CRAFTING AGREEMENT DATED 02/01/2019<br><br>TABITHA SEWER<br>ADDRESS ON FILE |
| **2.3231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROMOTION AGREEMENT DATED 02/01/2021<br><br>TABITHA SEWER<br>ADDRESS ON FILE |
| **2.3232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318982 - DATED 02/01/2021<br><br>TABITHA SEWER<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known):    25-10072
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3233 | State what the contract or lease is for and the nature of the debtor's interest | WATER & SEWER SERVICE AGREEMENT DATED 03/01/2024 | TABITHA SEWER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3234 | State what the contract or lease is for and the nature of the debtor's interest | WESTLAND SHOPPING CENTER STORE LEASE | TAG DE, LLC WESTLAND CENTER PARTNERSHIP C/O GENTILOZZI PARTNERSHIP LANSING, MI 48933 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3235 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 07/01/2023 | TAIXING TONGJI FOREIGN TRADE CO LTD PAOJIANG KAIYUAN ROAD LONGYANG WUJIN 2# BUILDING SHAOXING ZHEJIANG, 312000 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3236 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/02/2024 | TAIZHOU HONFONT IMPORT & EXPORT CO WEST INDUSTRIAL PARK NO.12 GONGXIN AVENUE TAIZHOU CITY, 318020 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3237 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/01/2021 | TALX UCM SERV DBA TALX UC EXPRESS 4076 PAYSPHERE CIRCLE CHICAGO, IL 60674 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3238 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C216193 - DATED 07/01/2008 | TALX UCM SERV DBA TALX UC EXPRESS 4076 PAYSPHERE CIRCLE CHICAGO, IL 60674 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3239 | State what the contract or lease is for and the nature of the debtor's interest | TAMAL VISTA BLVD. STORE LEASE | TAM PARTNERS, LP C/O WOLFE & ASSOCIATES 104 TIBURON BLVD., SUITE 100 MILL VALLEY, CA 94941 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3240** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | TAMARACK VILLAGE STORE LEASE <br><br> TAMARACK VILLAGE SHOPPING CENTER, L.P. <br> C/O CUSHMAN & WAKEFIELD <br> 3500 AMERICAN BOULEVARD W., SUITE 200 <br> MINNEAPOLIS, MN 55431 |
| **2.3241** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | VILLAGE MARKET PLACE STORE LEASE <br><br> TAMBURRO PROPERTIES II, LLC <br> ATTN: ROBERT J. TAMBURRO, PA <br> 401 SUNSHINE BLVD. <br> LADY LAKE, FL 32159 |
| **2.3242** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | SERVICE AGREEMENT - C326995 - DATED 11/10/2023 <br><br> TAMISHA ANTHONY <br> ADDRESS ON FILE |
| **2.3243** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | MARKET SQUARE AT TAMPA PALMS STORE LEASE <br><br> TAMPA PALMS SHOPPING PLAZA, LLC <br> 820 MORRIS TURNPIKE <br> ATTN: DIRECTOR OF LEASING <br> SHORT HILLS, NJ 07078 |
| **2.3244** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> TANYA LANQSIAS <br> ADDRESS ON FILE |
| **2.3245** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/08/2019 <br><br> TARA CUSTER <br> ADDRESS ON FILE |
| **2.3246** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | SERVICE AGREEMENT DATED 09/10/2022 <br><br> TARA CUSTER <br> ADDRESS ON FILE |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C324400 - DATED 04/04/2022 | TARA REED<br>ADDRESS ON FILE |
| 2.3248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 11/04/2019 | TARA TOY CORP<br>40 ADAMS AVE<br>HAUPPAUGE, NY 11788 |
| 2.3249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C319820 - DATED 06/20/2019 | TATA CONSULTANCY SERVICES LTD<br>379 THORNALL ST<br>EDISON, NJ 08837 |
| 2.3250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C319820-21 - DATED 10/14/2020 | TATA CONSULTANCY SERVICES LTD<br>379 THORNALL ST<br>EDISON, NJ 08837 |
| 2.3251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/01/2024 | TATA CONSULTANCY SERVICES LTD<br>379 THORNALL ST<br>EDISON, NJ 08837 |
| 2.3252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C242432 - DATED 02/27/2012 | TAX COMPLIANCE INC<br>13500 EVENING CREEK DR N. #500<br>SAN DIEGO, CA 92128-8125 |
| 2.3253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SERVICE AGREEMENT DATED 02/01/2024 | TAX COMPLIANCE INC<br>13500 EVENING CREEK DR N. #500<br>SAN DIEGO, CA 92128-8125 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3254** State what the contract or lease is for and the nature of the debtor's interest — TAX SERVICES AGREEMENT DATED 02/01/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | TAX COMPLIANCE INC<br>13500 EVENING CREEK DR N. #500<br>SAN DIEGO, CA 92128-8125 |
| **2.3255** State what the contract or lease is for and the nature of the debtor's interest — NON-DISCLOSURE AGREEMENT DATED 01/30/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | TAYLOR OSWALD, LLC AND AFFILIATED COMPANIES<br>1100 SUPERIOR AVE.<br>CLEVELAND, OH 44114 |
| **2.3256** State what the contract or lease is for and the nature of the debtor's interest — TAYLOR SQUARE S/C STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | TAYLOR SQUARE OWNER LLC<br>C/O CASTO<br>ATTN: LEGAL DEPARTMENT/ LEASING<br>COLUMBUS, OH 43215 |
| **2.3257** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C284262 - DATED 03/01/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | TAZMANIAN FREIGHT SYSTEMS INC<br>PO BOX  74008270<br>CHICAGO, IL 60674-8270 |
| **2.3258** State what the contract or lease is for and the nature of the debtor's interest — SUTTERS CREEK CROSSING STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | TBF GROUP SUTTERS CREEK, LLC<br>175 GREAT NECK ROAD, SUITE 201<br>ATTN: DANIEL, PROPERTY MGR.<br>GREAT NECK, NY 11021 |
| **2.3259** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 02/12/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | TCG<br>C/O REGAL WAREHOUSE<br>6500 26TH ST E<br>FIFE, WA 98424 |
| **2.3260** State what the contract or lease is for and the nature of the debtor's interest — EQUIPMENT MAINTENANCE AGREEMENT DATED 06/01/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | TECHNOLOGY RECOVERY GROUP<br>PO BOX 933260<br>CLEVELAND, OH 44193 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.3261 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/01/2024 | TECHNOLOGY RECOVERY GROUP PO BOX 933260 CLEVELAND, OH 44193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3262 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/01/2024 | TECHNOLOGY RECOVERY GROUP PO BOX 933260 CLEVELAND, OH 44193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3263 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 01/01/2020 | TECHNOLOGY RECOVERY GROUP PO BOX 933260 CLEVELAND, OH 44193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3264 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 04/08/2024 | TECHNOLOGY RECOVERY GROUP PO BOX 933260 CLEVELAND, OH 44193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3265 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/01/2024 | TECHNOLOGY RECOVERY GROUP PO BOX 933260 CLEVELAND, OH 44193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3266 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #14039719 DATED 06/26/2024 | TECO TAMPA ELECTRIC COMPANY 702 NORTH FRANKLIN STREET TAMPA, FL 33602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3267 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #14048032 DATED 07/17/2024 | TECO TAMPA ELECTRIC COMPANY 702 NORTH FRANKLIN STREET TAMPA, FL 33602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3268** State what the contract or lease is for and the nature of the debtor's interest | TEJAS CENTER STORE LEASE | TEJAS CENTER LTD<br>1700 GEORGE BUSH DRIVE EAST, SUITE 240<br>ATTN: ADRIAN D. MARTINEZ, VICE PRESIDENT<br>COLLEGE STATION, TX 77840 |

| | | |
|---|---|---|
| **2.3268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEJAS CENTER STORE LEASE | TEJAS CENTER LTD<br>1700 GEORGE BUSH DRIVE EAST, SUITE 240<br>ATTN: ADRIAN D. MARTINEZ, VICE PRESIDENT<br>COLLEGE STATION, TX 77840 |
| **2.3269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/01/2021 | TEKSYSTEMS GLOBAL SERV LLC<br>7437 RACE ROAD<br>HANOVER, MD 21076 |
| **2.3270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/03/2020 | TEKSYSTEMS GLOBAL SERV LLC<br>7437 RACE ROAD<br>HANOVER, MD 21076 |
| **2.3271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/03/2020 | TEKSYSTEMS GLOBAL SERV LLC<br>7437 RACE ROAD<br>HANOVER, MD 21076 |
| **2.3272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POINT OF SALE EQUIPMENT SERVICE AGREEMENT DATED 08/06/2022 | TELLERMATE INC<br>3600 MANSELL ROAD, SUITE 500<br>ALPHARETTA, GA 30022 |
| **2.3273** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C216560 - DATED 08/09/2016 | TELLERMATE INC<br>3600 MANSELL ROAD, SUITE 500<br>ALPHARETTA, GA 30022 |
| **2.3274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/07/2024 | TENNANT SALES AND SERVICE CO<br>PO BOX #71414<br>CHICAGO, IL 60694-1414 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/01/2022<br><br>TENNANT SALES AND SERVICE CO<br>PO BOX #71414<br>CHICAGO, IL 60694-1414 |
| **2.3276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OAKCREEK VILLAGE S/C STORE LEASE<br><br>TERRACE AT FLORIDA MALL, LP<br>C/O FORNESS PROPERTIES, LLC<br>2221 LEE ROAD, SUITE 11<br>WINTER PARK, FL 32789 |
| **2.3277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CROSS ROADS S/C STORE LEASE<br><br>TERRANOMICS CROSSROADS ASSOCIATES<br>C/O RETAIL OPPORTUNITY INVESTMENT CORPORATION<br>ATTN: CHIEF OPERATING OFFICER (RICHARD SCHOEBEL)<br>SAN DIEGO, CA 92130 |
| **2.3278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 05/03/2023<br><br>TERRI HEINDEL<br>ADDRESS ON FILE |
| **2.3279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/01/2023<br><br>BUMBYJO, LLC<br>69 LAFAYETTE STREET<br>ALEXANDER CITY, AL 35010 |
| **2.3280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/30/2023<br><br>TERRY ROBERTSON<br>ADDRESS ON FILE |
| **2.3281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325587 - DATED 12/08/2022<br><br>NAME ON FILE<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3282** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C311047 - DATED 06/18/2015 <br> State the term remaining <br> List the contract number of any government contract | TESTRITE INSTRUMENT CO, INC. <br> 216 SOUTH NEWMAN STREET <br> HACKENSACK, NJ 07601 |
| **2.3283** State what the contract or lease is for and the nature of the debtor's interest — STORE FIXTURE & DISPLAY INSTALLATION SERVICE AGREEMENT DATED 01/03/2024 <br> State the term remaining <br> List the contract number of any government contract | TESTRITE INSTRUMENT CO, INC. <br> 216 SOUTH NEWMAN STREET <br> HACKENSACK, NJ 07601 |
| **2.3284** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 08/22/2022 <br> State the term remaining <br> List the contract number of any government contract | TEXPRO CO., LIMITED <br> SOFTWARE AVENUE, NANJING <br> 2ND FLOOR, BUILDING A;21 <br> NANJING, 210012 <br> CHINA |
| **2.3285** State what the contract or lease is for and the nature of the debtor's interest — MASTER VENDOR AGREEMENT DATED 03/26/2024 <br> State the term remaining <br> List the contract number of any government contract | TEXTILE CREATIONS INC <br> 6/1 SILAMBU STREET <br> PADMANABA NAGAR <br> Z03 <br> TAMIL NADU, 600094 <br> INDIA |
| **2.3286** State what the contract or lease is for and the nature of the debtor's interest — HONEY CREEK COMMONS STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | TH HONEY SHOPS LLC <br> 10689 NORTH PENNSYLVANIA STREET, SUITE 100 <br> ATTN: JAY D. STEIN <br> INDIANAPOLIS, IN 46280 |
| **2.3287** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 12/22/2023 <br> State the term remaining <br> List the contract number of any government contract | THE BABCOCK & WILCOX CO <br> PO BOX 643957 <br> PITTSBURGH, PA 15264-3957 |
| **2.3288** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT EXTENSION DATED 11/09/2023 <br> State the term remaining <br> List the contract number of any government contract | THE BABCOCK & WILCOX CO <br> PO BOX 643957 <br> PITTSBURGH, PA 15264-3957 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285070039 DATED 09/30/2024<br><br>THE BALTIMORE GAS & ELECTRIC CO.<br>PO BOX 1431<br>BALTIMORE, MD 21203 |
| **2.3290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285071873 DATED 02/20/2025<br><br>THE BALTIMORE GAS & ELECTRIC CO.<br>PO BOX 1431<br>BALTIMORE, MD 21203 |
| **2.3291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285072389 DATED 10/04/2024<br><br>THE BALTIMORE GAS & ELECTRIC CO.<br>PO BOX 1431<br>BALTIMORE, MD 21203 |
| **2.3292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2019<br><br>THE BEADERY C/O TONER PLASTICS<br>35 INDUSTRIAL DR<br>EAST LONGMEADOW, MA 01028 |
| **2.3293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C323111 - DATED 06/11/2021<br><br>THE BINSKY CORPORATION<br>ADVANTAGE FOOD AND BEVERAGE<br>3000 E. MAIN ST., STE. B, #205<br>COLUMBUS, OH 43209 |
| **2.3294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C312848 - DATED 06/15/2022<br><br>THE BROOKLYN NEST LLC<br>625 BAKERS BRIDGE AVE #105<br>FRANKLIN, TN 37067 |
| **2.3295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TARGET PLACE PLAZA STORE LEASE<br><br>THE CAFARO NORTHWEST PARTNERSHIP<br>5577 YOUNGSTOWN-WARREN ROAD<br>ATTN: LEGAL DEPARTMENT<br>NILES, OH 44446 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARSON MALL STORE LEASE<br><br>THE CARRINGTON CO.<br>627 H STREET<br>EUREKA, CA 95501 |
| **2.3297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE CENTRE AT DEANE HILL STORE LEASE<br><br>THE CENTRE AT DEANE HILL<br>C/O BARNHART COMMERCIAL MANAGEMENT<br>750 HAMMOND DRIVE, BLDG 10, SUITE 250<br>ATLANTA, GA 30328 |
| **2.3298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321056 - DATED 04/28/2023<br><br>THE COLORFIELD DESIGN STUDIO INC<br>147 W 35TH STREET #301<br>NEW YORK, NY 10001 |
| **2.3299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES DATED 06/01/2024<br><br>THE CONTINENTAL INSURANCE COMPANY<br>151 N FRANKLIN ST<br>CHICAGO, IL 60606 |
| **2.3300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325251 - DATED 08/19/2022<br><br>THE CURRENT COMPANY NYC LLC<br>29 POCANTICO RIVER RD.<br>PLEASANTVILLE, NY 10570 |
| **2.3301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326098 - DATED 05/01/2024<br><br>THE DOER & THE DREAMER<br>ADDRESS ON FILE |
| **2.3302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674020000 DATED 07/09/2024<br><br>THE EMPIRE DISTRICT ELECTRIC COMPANY<br>PO BOX 1787<br>JOPLIN, MO 64802 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/27/2019<br><br>THE GROOMSMEN LLC<br>175 E. OLIVE AVE., STE 200<br>BURBANK, CA 91502 |
| **2.3304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAMPTON PLAZA STORE LEASE<br><br>THE HAMPTON PLAZA, LLC<br>1334 MAPLELAWN DR.<br>ATTN: STUART FRANKEL<br>TROY, MI 48084 |
| **2.3305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/08/2019<br><br>THE HILLMAN GROUP INC<br>10590 HAMILTON AVENUE<br>CINCINNATI, OH 45231 |
| **2.3306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OH COUNTRY SAMPLER (HUDSON) STORE LEASE<br><br>THE HUDSON SAMPLER STORE, INC.<br>5393 DARROW ROAD<br>HUDSON, OH 44236 |
| **2.3307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 10/01/2020<br><br>THE JOHN P HOLT BRENTWOOD PUBLIC LIBRARY<br>8109 CONCORD RD<br>BRENTWOOD, TN 37027 |
| **2.3308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SURETY BOND #285069365 DATED 06/07/2024<br><br>THE KNOXVILLE UTILITIES BOARD, KNOXVILLE<br>PO BOX 59017<br>KNOXVILLE, TN 37950-9017 |
| **2.3309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/15/2024<br><br>THE KYJEN COMPANY LLC<br>7337 S REVERE PKWY<br>DENVER, CO 80012 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C323113 - DATED 06/03/2021<br><br>THE LEMON GROUP<br>MID-AMERICA STORE FIXTURES<br>2195 BROEHM ROAD<br>COLUMBUS, OH 43207 |
| **2.3311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/03/2022<br><br>THE LEMON GROUP<br>MID-AMERICA STORE FIXTURES<br>2195 BROEHM ROAD<br>COLUMBUS, OH 43207 |
| **2.3312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 08/01/2020<br><br>THE LIBRARY NETWORK<br>41365 VINCENTI COURT<br>NOVI, MI 48375 |
| **2.3313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/20/2023<br><br>THE LOOK COMPANY INC<br>343 SAUNDERS ROAD<br>BARRIE, ON L4N 9A3<br>CANADA |
| **2.3314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 11/30/2023<br><br>THE MEYERS PRINTING CO., INC<br>DBA MEYERS<br>NW 6334 P.O. BOX 1450<br>MINNEAPOLIS, MN 55485-6334 |
| **2.3315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DW CENTER STORE LEASE<br><br>THE MOYAL GROUP INC.<br>2221 LEE ROAD, STE. 11<br>WINTER PARK, FL 32789 |
| **2.3316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/07/2022<br><br>THE NES GROUP<br>28# GAOXIN ROAD<br>2ND FLOOR 3RD BUILDING<br>YIWU, 322000<br>CHINA |

Debtor   Jo-Ann Stores, LLC
     Name

Case number (If known): 25-10072

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.3317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C301323 - DATED 06/07/2021<br><br>THE OHIO DESK COMPANY<br>1122 PROSPECT AVE.<br>CLEVELAND, OH 44115 |
| **2.3318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/07/2023<br><br>THE OHIO DESK COMPANY<br>1122 PROSPECT AVE.<br>CLEVELAND, OH 44115 |
| **2.3319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2019<br><br>THE ORB FACTORY<br>350 WICONISCO ST<br>MILLERSBURG, PA 17061-8020 |
| **2.3320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 03/10/2022<br><br>THE PARTNERING GROUP<br>CORPORATE PARK DR<br>CINCINNATI, OH 45242 |
| **2.3321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 04/01/2023<br><br>THE PEGGS COMPANY INC<br>PO BOX 907<br>MIRA LOMA, CA 91752 |
| **2.3322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C293709 - DATED 04/01/2019<br><br>THE PEGGS COMPANY INC<br>PO BOX 907<br>MIRA LOMA, CA 91752 |
| **2.3323** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321743 - DATED 09/01/2019<br><br>THE PICKERELITE LLC<br>2118 36TH STEET NW<br>CANTON, OH 44709 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3324** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORIAL BRIDGE PLAZA STORE LEASE<br><br>THE PM COMPANY<br>1000 GRAND CENTRAL MALL<br>ATTN: PAT MINNITE, III<br>VIENNA, WV 26105 |
| **2.3325** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWNE CENTRE STORE LEASE<br><br>THE ROUSE COMPANIES, LLC<br>ATTN: WILLIAM L. ROUSE, III<br>2201 REGENCY ROAD, SUITE 602<br>LEXINGTON, KY 40503 |
| **2.3326** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JO-ANN PLAZA STORE LEASE<br><br>THE SHOPPES, LP<br>C/O THE BROADBENT COMPANY<br>117 E WASHINGTON ST., SUITE 300<br>INDIANAPOLIS, IN 46204 |
| **2.3327** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/22/2020<br><br>THE SIEGFRIED GROUP LLP<br>1201 N. MARKET ST.,  STE 700<br>WILMINGTON, DE 19801 |
| **2.3328** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HVAC/R SERVICE AGREEMENT DATED 03/16/2024<br><br>THE SMITH & OBY SERVICE CO<br>7676 NORTHFIELD ROAD<br>WALTON HILLS, OH 44146 |
| **2.3329** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C322921 - DATED 03/16/2021<br><br>THE SMITH & OBY SERVICE CO<br>7676 NORTHFIELD ROAD<br>WALTON HILLS, OH 44146 |
| **2.3330** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/16/2013<br><br>THE SUPPLY SOURCE LLC<br>8500 BAYCENTER RD SUITE 18<br>JACKSONVILLE, FL 32256 |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3331** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/01/2019 <br><br> THE TIN BOX COMPANY 216 SHERWOOD AVE FARMINGDALE, NY 11735 |
| **2.3332** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C326284 - DATED 05/22/2023 <br><br> THE TREVOR PROJECT INC PO BOX  69232 WEST HOLLYWOOD, CA 90069 |
| **2.3333** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 05/01/2024 <br><br> THE TREVOR PROJECT INC PO BOX  69232 WEST HOLLYWOOD, CA 90069 |
| **2.3334** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 05/01/2020 <br><br> THE WIKKI STIX CO C/O OMNICOR INC 11034 N 23RD DRIVE, #103 PHOENIX, AZ 85029 |
| **2.3335** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | KOELLER PLAZA STORE LEASE <br><br> THE WILLIAMS FAMILY TRUST C/O ALLIANCE DEVELOPMENT 230 OHIO STREET, #200 OSHKOSH, WI 54902 |
| **2.3336** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILE FESTIVAL CENTRE STORE LEASE <br><br> THE WOODMONT COMPANY, RECEIVER MOBILE FESTIVAL ACQUISITION LLC 2100 W. 7TH STREET FORT WORTH, TX 76107 |
| **2.3337** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 11/01/2023 <br><br> THERESA D CULPEPPER ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC
_____    Case number (If known): 25-10072
Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3338** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/28/2024 | THERM O WEB, INC. 770 GLENN AVE WHEELING, IL 60090 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3339** State what the contract or lease is for and the nature of the debtor's interest | GREENGATE CENTRE STORE LEASE | THF GREENGATE DEVELOPMENT, L.P. C/O TKG MANAGEMENT, INC. 211 N. STADIUM BLVD., SUITE 201 COLUMBIA, MO 65203 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3340** State what the contract or lease is for and the nature of the debtor's interest | ELECTRICAL SERVICES AGREEMENT DATED 09/19/2023 | THOMPSON ELECTRIC INC 49 NORTHMORELAND AVE. MUNROE FALLS, OH 44262 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3341** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C299837 - DATED 06/01/2015 | THOMPSON ELECTRIC INC 49 NORTHMORELAND AVE. MUNROE FALLS, OH 44262 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3342** State what the contract or lease is for and the nature of the debtor's interest | LEASE OPTION AGREEMENT DATED 06/07/2021 | THOMPSON HINE LLP 3900 KEY CENTER 127 PUBLIC SQUARE CLEVELAND, OH 44114-1291 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3343** State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT DATED 11/07/2019 | THOMPSON HINE LLP 41 S. HIGH STREET #1700 COLUMBUS, OH 43215 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3344** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C287965 - DATED 08/01/2022 | THOMPSON TRACTOR CO INC PO BOX 746941 ATLANTA, GA 30374-6941 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3345 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C243192 - DATED 05/01/2022 | THOMSON REUTERS (TAX & ACCOUNT) INC PO BOX 6016 CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3346 | State what the contract or lease is for and the nature of the debtor's interest | TAX SOFTWARE SERVICES AGREEMENT DATED 12/01/2022 | THOMSON REUTERS (TAX & ACCOUNT) INC PO BOX 6016 CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3347 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICES AGREEMENT DATED 05/28/2019 | THOMSON REUTERS INC TAX & ACCOUNTING R & G PO BOX 71687 CHICAGO, IL 60694-1687 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3348 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICE AGREEMENT DATED 05/28/2022 | THOMSON REUTERS INC TAX & ACCOUNTING R & G PO BOX 71687 CHICAGO, IL 60694-1687 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3349 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/23/2019 | THUMBS UP C/O DERINGER 840 AERO DRIVE, STE 110 CHEEKTOWAGA, NY 14225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3350 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C213283VDC - DATED 08/01/2002 | THYSSENKRUPP ELEVATOR CORP PO BOX 3795 CAROL STREAM, IL 60132-3796 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3351 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C322790 - DATED 02/01/2021 | TIAN CONNAUGHTON ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3352** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/16/2022 <br><br> TIBCO SOFTWARE INC<br>LOCKBOX NO. 7514<br>P.O. BOX 7247<br>PHILADELPHIA, PA 19170-7514 |
| **2.3353** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C217218 - DATED 06/04/2003 <br><br> TIBCO SOFTWARE INC<br>LOCKBOX NO. 7514<br>P.O. BOX 7247<br>PHILADELPHIA, PA 19170-7514 |
| **2.3354** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C326610 - DATED 07/06/2023 <br><br> TIFFANY SOEBROTO<br>ADDRESS ON FILE |
| **2.3355** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TIFTON MALL STORE LEASE <br><br> TIFTON PLAZA, OWNER, LLC<br>C/O IN-REL PROPERTIES, INC.<br>200 LAKE AVENUE, 2ND FLOOR<br>LAKE WORTH BEACH, FL 33460 |
| **2.3356** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TIGARD SHOPPING PLAZA STORE LEASE <br><br> TIGARD PLAZA, LLC<br>8320 NE HIGHWAY 99<br>ATTN: MR. MILTON BROWN<br>VANCOUVER, WA 98665 |
| **2.3357** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/15/2021 <br><br> TIK TOK INC<br>ATTN: ACCOUNTING<br>5800 BRISTOL PKWY, STE. 100<br>CULVER CITY, CA 90230 |
| **2.3358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 12/14/2020 <br><br> TIM COLLINS<br>ADDRESS ON FILE |

Debtor    Jo-Ann Stores, LLC                                              Case number (If known):    25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3359 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/01/2023 | TIME WARNER CABLE PO BOX 0901 CAROL STREAM, IL 60132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3360 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 02/01/2022 | TIME WARNER CABLE PO BOX 0901 CAROL STREAM, IL 60132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3361 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 04/01/2022 | TIME WARNER CABLE PO BOX 0901 CAROL STREAM, IL 60132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3362 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 09/01/2022 | TIME WARNER CABLE PO BOX 0901 CAROL STREAM, IL 60132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3363 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 11/01/2023 | TIME WARNER CABLE PO BOX 0901 CAROL STREAM, IL 60132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3364 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C290168 - DATED 07/25/2016 | TIME WARNER CABLE PO BOX 0901 CAROL STREAM, IL 60132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3365 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 10/01/2022 | TIMELESS FRAMES AND DECOR C/O INTCO INTERNATIONAL (HK) CO LIM 183 QUEENS ROAD EAST HK HONG KONG, HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3366** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>TIMOTHY COX<br>ADDRESS ON FILE |
| **2.3367** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/23/2022<br><br>TINA CARTER<br>ADDRESS ON FILE |
| **2.3368** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO SCHEDULE A STATEMENT OF WORK #1 DATED 01/22/2023<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |
| **2.3369** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325519 - DATED 11/11/2022<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |
| **2.3370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 11/01/2024<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |
| **2.3371** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO SCHEDULE A STATEMENT OF WORK #2 DATED 10/10/2024<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |
| **2.3372** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/15/2022<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3373** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE A - STATEMENT OF WORK #2 DATED 11/15/2022<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |
| **2.3374** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B - STATEMENT OF WORK #1 DATED 05/10/2024<br><br>TINUITI INC<br>PO BOX 28415<br>NEW YORK, NY 10087 |
| **2.3375** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TJ MAXX PLAZA. STORE LEASE<br><br>TJ CENTER I, LLC<br>C/O SHOTTENSTEIN PROPERTY GROUP<br>4300 EAST FIFTH AVENUEATTN: GENERAL COUNSEL<br>COLUMBUS, OH 43219 |
| **2.3376** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLERAIN TOWNE CENTER STORE LEASE<br><br>TKG COLERAIN TOWNE CENTER, LLC<br>211 NORTH STADIUM BLVD., SUITE 201<br>COLUMBIA, MO 65203 |
| **2.3377** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROCK BRIDGE SHOPPING CENTER STORE LEASE<br><br>TKG ROCK BRIDGE CENTER, L.L.C.<br>211 N. STADIUM BLVD., SUITE 201<br>COLUMBIA, MO 65203-1145 |
| **2.3378** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/20/2023<br><br>TM SHEA PRODUCTS INC<br>1950 AUSTIN DRIVE<br>TROY, MI 48083 |
| **2.3379** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C218428 - DATED 06/18/2016<br><br>TM SHEA PRODUCTS INC<br>1950 AUSTIN DRIVE<br>TROY, MI 48083 |

Debtor    Jo-Ann Stores, LLC                                    Case number (If known):  25-10072
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3380** State what the contract or lease is for and the nature of the debtor's interest | LIVONIA COMMONS STORE LEASE | TMA-LIVCOM, LLC C/O NATIONAL REAL ESTATE MANAGEMENT CORP. 9986 MANCHESTER ROAD ST. LOUIS, MO 63122 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3380** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIVONIA COMMONS STORE LEASE<br><br>TMA-LIVCOM, LLC<br>C/O NATIONAL REAL ESTATE MANAGEMENT CORP.<br>9986 MANCHESTER ROAD<br>ST. LOUIS, MO 63122 |
| **2.3381** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/16/2023<br><br>TODAY IS ART DAY CREATIONS INC.<br>6010 CAJON BLVD<br>SAN BERNARDINO, CA 92407 |
| **2.3382** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>TODD HOLMQUIST<br>ADDRESS ON FILE |
| **2.3383** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/27/2020<br><br>TODD TROLDAHL<br>ADDRESS ON FILE |
| **2.3384** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2025<br><br>TODD TROLDAHL<br>ADDRESS ON FILE |
| **2.3385** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/27/2020<br><br>TODD WESTMORELAND<br>ADDRESS ON FILE |
| **2.3386** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>TODD WESTMORELAND<br>ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3387 | State what the contract or lease is for and the nature of the debtor's interest | MIAMI VALLEY CROSSING STORE LEASE | TOLSON ENTERPRISES<br>7150 W. CENTRAL AVENUE, SUITE #200<br>TOLEDO, OH 43617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3388 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #674017775 DATED 05/09/2024 | TOMBIGBEE ELECTRIC POWER ASSOC-TUPELO<br>1346 AUBURN ROAD<br>TUPELO, MS 38804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3389 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 03/01/2019 | TONER PLASTICS INC<br>35 INDUSTRIAL DRIVE<br>EAST LONGMEADOW, MA 01028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3390 | State what the contract or lease is for and the nature of the debtor's interest | WESTRIDGE CENTER STORE LEASE | TONY SAMMUT INVESTMENTS<br>60 D CORRAL DE TIERRA ROAD<br>ATTN: TONY SAMMUT & TERRY SAMMUT<br>SALINAS, CA 93908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3391 | State what the contract or lease is for and the nature of the debtor's interest | JANITORIAL SERVICES AGREEMENT DATED 03/06/2023 | TOP NOTCH CLEANING INC<br>2219 CENTERHILL DRIVE<br>OPELIKA, AL 36801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3392 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C284478 - DATED 02/01/2016 | TOP NOTCH CLEANING INC<br>2219 CENTERHILL DRIVE<br>OPELIKA, AL 36801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3393 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 01/31/2022 | TOP NOTCH CLEANING INC<br>2219 CENTERHILL DRIVE<br>OPELIKA, AL 36801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3394 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 03/05/2024 | TOP NOTCH CLEANING INC<br>2219 CENTERHILL DRIVE<br>OPELIKA, AL 36801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3395 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 01/03/2023 | TOP SECRET TOYS, LLC<br>1300 W. WASHINGTON BLVD.<br>CHICAGO, IL 60607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3396 | **State what the contract or lease is for and the nature of the debtor's interest** | TORRINGTON PLAZA STORE LEASE | TORRINGTON PLAZA, LLC<br>C/O NASSIMI REALTY, LLC<br>550 7TH AVENUE, 15TH FLOOR<br>NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3397 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/2024 | TOTAL DISTRIBUTION SERVICE INC<br>10801 WALKER STREET, #230<br>CYPRESS, CA 90630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3398 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/13/2023 | TOTAL DISTRIBUTION SERVICE INC<br>10801 WALKER STREET, #230<br>CYPRESS, CA 90630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3399 | **State what the contract or lease is for and the nature of the debtor's interest** | KITCHEN EQUIPMENT SERVICE AGREEMENT DATED 12/20/2023 | TOTAL LINE REFRIGERATION INC<br>33530 PIN OAK PKWY<br>AVON LAKE, OH 44012 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3400 | **State what the contract or lease is for and the nature of the debtor's interest** | FREIGHT SERVICES AGREEMENT DATED 06/13/2020 | TOTAL TRANSPORTATION OF MS.<br>P.O. BOX 933813<br>ATLANTA, GA 31193-3813 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3401** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWERS SHOPPING CENTER STORE LEASE<br><br>TOWERS RETAIL, LLC<br>THE RAPPAPORT COMPANIES<br>ATTN: MR. GARY D. RAPPAPORT<br>MCLEAN, VA 22102 |
| **2.3402** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWN & COUNTRY SC STORE LEASE<br><br>TOWN & COUNTRY CHICAGO ASSOCIATES, LLC<br>VISCONSI COMPANIES, LTD.<br>30050 CHAGRIN BLVD., SUITE 360<br>PEPPER PIKE, OH 44124 |
| **2.3403** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOWN CENTER SQUARE STORE LEASE<br><br>TOWN CENTER I FAMILY PARTNERSHIP, L.P. AND CORELAND COMPANIES<br>17542 E. 17TH STREET, SUITE 420<br>TUSTIN, CA 92780 |
| **2.3404** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/21/2023<br><br>TOYOTA MATERIAL HANDLING MIDWEST IN PROLIFT TOYOTA MATERIAL HANDLING<br>12001 PLANTSIDE  DR.<br>LOUISVILLE, KY 40299 |
| **2.3405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326052 - DATED 02/01/2023<br><br>TOYOTA MATERIAL HANDLING MIDWEST IN PROLIFT TOYOTA MATERIAL HANDLING<br>12001 PLANTSIDE  DR.<br>LOUISVILLE, KY 40299 |
| **2.3406** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C110051 - DATED 08/01/2016<br><br>TRAILER ONE INC<br>1030 WEST LIBERTY ST.<br>MEDINA, OH 44256 |
| **2.3407** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 07/28/2022<br><br>TRAILER ONE INC<br>1030 WEST LIBERTY ST.<br>MEDINA, OH 44256 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3408 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT EXTENSION DATED 07/28/2022 | TRAILER ONE INC 1030 WEST LIBERTY ST. MEDINA, OH 44256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3409 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/01/2023 | TRANSAMERICA INTERNATIONAL LIMITED 2/F Hang Wan Bldf 42-44 Granville Road Tsim Sha Tsui HK Hong Kong, HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3410 | State what the contract or lease is for and the nature of the debtor's interest | SAYVILLE PLAZA STORE LEASE | TRANSFORM BOHEMIA NY LLC 5407 TRILLIUM BOULEVARD, SUITE B120 ATTN: DEPUTY GENERAL COUNSEL, REAL ESTATE HOFFMAN ESTATES, IL 60192 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3411 | State what the contract or lease is for and the nature of the debtor's interest | SHOPS AT ARBOR WALK STORE LEASE | TRI MARSH REALTY LLC 4801 HARBOR DR. ATTN: BO AVERY FLOWER MOUND, TX 75022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3412 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT DATED 04/01/2021 | TRIBURG IMTIARA CONSULTANTS LLP 15 COMMUNITY CENTRE SAKET NEW DELHI, 110 017 INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3413 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 04/01/2022 | TRIBURG IMTIARA CONSULTANTS LLP BASEMENT 15 COMMUNITY CENTRE SAKET NEWDELHI, 110 017 INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3414 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/01/2022 | TRI-CITY INDUSTRIAL POWER LLC PO BOX  268 MIAMISBURG, OH 45343-0268 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3415** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C217684 - DATED 05/01/2014<br><br>TRI-CITY INDUSTRIAL POWER LLC<br>PO BOX  268<br>MIAMISBURG, OH 45343-0268 |
| **2.3416** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRI-COUNTY PLAZA. STORE LEASE<br><br>TRI-COUNTY PLAZA 1989 LIMITED PARTNERSHIP<br>C/O GLIMCHER GROUP INCORPORATED<br>500 GRANT STREET, SUITE 2000<br>PITTSBURGH, PA 15219 |
| **2.3417** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C139598 - DATED 09/30/2014<br><br>TRIMBLE MAPS INC<br>PO BOX  204769<br>DALLAS, TX 75320-4769 |
| **2.3418** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRINCE WILLIAM SQUARE STORE LEASE<br><br>TRIPLE BAR PRIONCE WILLIAM, LLC<br>C/O J.C. BAR PROPERTIES, INC.<br>224 ST. CHARLES WAY, SUITE 290<br>YORK, PA 17402 |
| **2.3419** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINTON COMMONS S/C STORE LEASE<br><br>TRIPLE NET CLINTON, LLC<br>ATTN: SHLOMOTAJERSTEIN<br>1541 E. 29TH STREET<br>BROOKLYN, NY 11229 |
| **2.3420** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOHAWK MARKET PLACE STORE LEASE<br><br>TRI-W GROUP<br>C/O TRANSWESTERN PROPERTY<br>100 SE CRYSTAL LAKE DRIVE<br>CORVALLIS, OR 97333 |
| **2.3421** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2023<br><br>TRNA NEWCO INC<br>TUV RHEINLAND OF N AMERICA INC<br>PO BOX 392672<br>PITTSBURGH, PA 15251-9672 |

Debtor    Jo-Ann Stores, LLC
          Name

Case number (If known):    25-10072

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3422** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C313096 - DATED 01/30/2018<br><br>TRNA NEWCO INC<br>TUV RHEINLAND OF N AMERICA INC<br>PO BOX 392672<br>PITTSBURGH, PA 15251-9672 |
| **2.3423** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/01/2024<br><br>TROPICAL LAWN SERVICE INC<br>DBA TROPICAL LANDSCAPE DES & MAINT<br>PO BOX 403<br>VISALIA, CA 93279 |
| **2.3424** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GREENWOOD PAVILION STORE LEASE<br><br>TRUSS GREENWOOD IN LLC<br>4300 E. FIFTH AVENUE<br>ATTN: LEASE ADMINISTRATION<br>COLUMBUS, OH 43219 |
| **2.3425** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/03/2022<br><br>TRUSTEDSEC LLC<br>3485 SOUTHWESTERN BLVD<br>FAIRLAWN, OH 44333 |
| **2.3426** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C313835 - DATED 08/29/2016<br><br>TRUSTEDSEC LLC<br>3485 SOUTHWESTERN BLVD<br>FAIRLAWN, OH 44333 |
| **2.3427** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2024<br><br>TRUSTEDSEC LLC<br>3485 SOUTHWESTERN BLVD<br>FAIRLAWN, OH 44333 |
| **2.3428** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 03/20/2024<br><br>TRX INC<br>PO BOX 92916<br>CLEVELAND, OH 44194 |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known): 25-10072

| | |
|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3429** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/15/2024<br><br>TTK CONFECTIONERY LTD<br>UNIT 15 ROBIN HOOD INDUST. EST.<br>NOTTINGHAM, NG31GE<br>UNITED KINGDOM |
| **2.3430** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 10750 W COLFAX AVE STORE LEASE<br><br>TUCANADA HOLDINGS, SEYCO21 LLC, HPE L12 LMY LLC, HPE S12 LMYLLC, MONT REVERSE EXCHANGE, LLC<br>C/O MNG MANAGEMENT, LLC<br>415 S. CEDROS AVENUE, SUITE 240<br>SOLANA BEACH, CA 92075 |
| **2.3431** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285052016 DATED 10/25/2024<br><br>TUCSON ELECTRIC POWER COMPANY<br>88 E BROADWAY BLVD<br>TUCSON, AZ 85701 |
| **2.3432** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285054266 DATED 11/14/2024<br><br>TUCSON ELECTRIC POWER COMPANY<br>88 E BROADWAY BLVD<br>TUCSON, AZ 85701 |
| **2.3433** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285073857 DATED 07/05/2024<br><br>TUCSON ELECTRIC POWER COMPANY<br>88 E BROADWAY BLVD<br>TUCSON, AZ 85701 |
| **2.3434** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075130 DATED 10/04/2024<br><br>TUCSON ELECTRIC POWER COMPANY<br>88 E BROADWAY BLVD<br>TUCSON, AZ 85701 |
| **2.3435** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075131 DATED 10/04/2024<br><br>TUCSON ELECTRIC POWER COMPANY<br>88 E BROADWAY BLVD<br>TUCSON, AZ 85701 |

Debtor    Jo-Ann Stores, LLC    Case number (If known):    25-10072
_____
Name

| | |
|---|---|
| ▉ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3436** | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #674021325 DATED 06/21/2024 | TUCSON ELECTRIC POWER COMPANY<br>88 E BROADWAY BLVD<br>TUCSON, AZ 85701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3437** | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND #285047024 DATED 02/26/2025 | TULLAHOMA UTILITIES BOARD<br>901 S JACKSON ST<br>TULLAHOMA, TN 37388 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3438** | State what the contract or lease is for and the nature of the debtor's interest | TWIN CITY PLAZA STORE LEASE | TWIN CITY ESTATE CORPORATION<br>ATT: LLOYD E. JONES<br>17195 NEW COLLEGE AVENUE<br>WILDWOOD, MO 63040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3439** | State what the contract or lease is for and the nature of the debtor's interest | BAYSIDE MARKET PLACE STORE LEASE | TWIN PEAKS HOLDINGS, LLC<br>BAYSIDE MARKETPLACE<br>C/O MID AMERICA REAL ESTATE - WISCONSIN, LLC<br>MILWAUKEE, WI 53203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3440** | State what the contract or lease is for and the nature of the debtor's interest | PLAZA PRINCESSA S/C STORE LEASE | TWO GUYS PARTNERS, LLC<br>C/O GELTMORE, INC.<br>P.O. BOX 7459<br>ALBUQUERQUE, NM 87194 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3441** | State what the contract or lease is for and the nature of the debtor's interest | YARBROUGH PLAZA STORE LEASE | TXC CAPITAL, LLC<br>C/O CRIMSON CAPITAL LLC<br>17 ELM STREET<br>MORRISTOWN, NJ 07960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3442** | State what the contract or lease is for and the nature of the debtor's interest | THE VILLAGE AT CUMBERLAND PARK STORE LEASE | TYLER BROADWAY/CENTENNIAL LP<br>2525 MCKINNON STREET, SUITE 700<br>DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC                                    Case number (If known):  25-10072
                Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3443** State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENTS DATED 09/03/2024 | TYLER KNOFF<br>ADDRESS ON FILE |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3444** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT DATED 08/24/2022 | TYSON MEIKLE<br>ADDRESS ON FILE |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3445** State what the contract or lease is for and the nature of the debtor's interest | OAK POINTE PLAZA STORE LEASE | U-BLAINE PROPERTIES LLC<br>C/O INLAND COMPANIES INC. DBA COLLIERS INTERNATIONAL<br>833 E. MICHIGAN ST., SUITE 500<br>MILWAUKEE, WI 53202 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3446** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 06/12/2023 | UCC DISTRIBUTING INC<br>2580 PIONEER AVE #A<br>VISTA, CA 92081 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3447** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 10/13/2022 | UCP INTERNATIONAL CO., LTD.<br>BLOCK C, 3/F, ELDEX INDUSTRIAL BLDG<br>21 MA TAU WAI ROAD, HUNGHOM<br>HONG KONG,<br>CHINA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3448** State what the contract or lease is for and the nature of the debtor's interest | LICENSE SERVICE AGREEMENT DATED 11/11/2023 | UDEMY INC<br>600 HARRISON ST., 3RD FL.<br>SAN FRANCISCO, CA 94107 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3449** State what the contract or lease is for and the nature of the debtor's interest | SALT LAKE CITY, UT DNA PROJECT STORE LEASE | UFPTFC, LLC & BBTFC, LLC<br>C/O CCA ACQUISITION COMPANY, LLC<br>5670 WILSHIRE BLVD., STE 1250<br>LOS ANGELES, CA 90036 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3450 | State what the contract or lease is for and the nature of the debtor's interest | HR SOFTWARE SERVICE AGREEMENT DATED 05/23/2024 | UKG KRONOS SYSTEMS LLC PO BOX 743208 ATLANTA, GA 30374-3208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3451 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C284280 - DATED 02/22/2013 | UKG KRONOS SYSTEMS LLC PO BOX 743208 ATLANTA, GA 30374-3208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3452 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C215396 - DATED 12/01/2015 | ULINE PO BOX 88741 CHICAGO, IL 60680 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3453 | State what the contract or lease is for and the nature of the debtor's interest | CROSSWAYS SHOPPING CENTER STORE LEASE | ULTIMATE RETAIL REALTY, LLC 1305 BAKER ROAD ATTN: GLADYS CARTWRIGHT VIRGINIA BEACH, VA 23455 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3454 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 04/20/2023 | UNIFIED CONSTRUCTION SYSTEMS DBA AMERISEAL & RESTORATION 685 HIGH GROVE  BLVD AKRON, OH 44312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3455 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C291940 - DATED 04/20/2020 | UNIFIED CONSTRUCTION SYSTEMS DBA AMERISEAL & RESTORATION 685 HIGH GROVE  BLVD AKRON, OH 44312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3456 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 05/04/2023 | UNION HOME CO LTD 7F, 529# NORTH ZONGZE ROAD YIWU, 322000 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3457** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C215299 - DATED 01/05/2023 <br> State the term remaining <br> List the contract number of any government contract | UNION SQUARE ART COLLECTIVE STUDIO <br> 41 UNION SQUARE W., RM 1427 <br> NEW YORK, NY 10003 |
| **2.3458** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 08/01/2022 <br> State the term remaining <br> List the contract number of any government contract | UNIQUE TECHNICAL SERVICES INC <br> 22950 W. INDUSTRIAL DR <br> SAINT CLAIR SHORES, MI 48080 |
| **2.3459** State what the contract or lease is for and the nature of the debtor's interest — SURETY BOND #285070086 DATED 12/21/2024 <br> State the term remaining <br> List the contract number of any government contract | UNISOURCE ENERGY SERVICES <br> PO BOX 711 <br> TUCSON, AZ 85702 |
| **2.3460** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C304509 - DATED 10/01/2019 <br> State the term remaining <br> List the contract number of any government contract | UNITED AIRLINES INC <br> ATTN: MONICA <br> 600 JEFFERSON,19TH FLOOR <br> HOUSTON, TX 77002 |
| **2.3461** State what the contract or lease is for and the nature of the debtor's interest — WASHINGTON PLAZA STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | UNITED INDY INVESTMENTS LLC <br> 580 E. CARMEL DRIVE, SUITE 100 <br> HIMAN GARG (GARG GROUP) <br> CARMEL, IN 46032 |
| **2.3462** State what the contract or lease is for and the nature of the debtor's interest — RECRUITING SERVICE AGREEMENT DATED 09/15/2022 <br> State the term remaining <br> List the contract number of any government contract | UNITED STAFFING ASSOCIATES LLC <br> 505 HIGUERA STREET <br> SAN LUIS OBISPO, CA 93401 |
| **2.3463** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT - C295152 - DATED 07/05/2018 <br> State the term remaining <br> List the contract number of any government contract | UNITED STAFFING ASSOCIATES LLC <br> 505 HIGUERA STREET <br> SAN LUIS OBISPO, CA 93401 |

Debtor    Jo-Ann Stores, LLC                                              Case number (If known):    25-10072
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3464 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/25/2022 | UNITED STATES PLASTIC CORP<br>1390 NEUBRECHT RD.<br>LIMA, OH 45801 |
| 2.3465 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C306432 - DATED 10/27/2015 | UNITED STATES PLASTIC CORP<br>1390 NEUBRECHT RD.<br>LIMA, OH 45801 |
| 2.3466 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C217964 - DATED 09/20/2024 | UNITED STATES POSTAL SERVICE<br>AR, NATIONAL CUSTOMER SUPPORT CTR<br>225 N. HUMPHREYS BLVD #501<br>MEMPHIS, TN 38188-1099 |
| 2.3467 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 09/09/2024 | UNITED STATES POSTAL SERVICE<br>AR, NATIONAL CUSTOMER SUPPORT CTR<br>225 N. HUMPHREYS BLVD #501<br>MEMPHIS, TN 38188-1099 |
| 2.3468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLECTIVE BARGAINING AGREEMENT DATED 05/06/2023 | THE UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION<br>60 BOULEVARD OF THE ALLIES<br>PITTSBURGH, PA 15222 |
| 2.3469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285073804 DATED 05/30/2024 | UNITIL ME GAS OPERATIONS<br>6 LIBERTY LANE WEST<br>HAMPTON, NH 03842-1720 |
| 2.3470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SURETY BOND #285075124 DATED 09/26/2024 | UNITIL ME GAS OPERATIONS<br>6 LIBERTY LANE WEST<br>HAMPTON, NH 03842-1720 |

Debtor    Jo-Ann Stores, LLC                                    Case number (If known):    25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.3471** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075133 DATED 10/08/2024<br><br>UNITIL ME GAS OPERATIONS<br>6 LIBERTY LANE WEST<br>HAMPTON, NH 03842-1720 |
| **2.3472** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075135 DATED 10/08/2024<br><br>UNITIL ME GAS OPERATIONS<br>6 LIBERTY LANE WEST<br>HAMPTON, NH 03842-1720 |
| **2.3473** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075134 DATED 10/08/2024<br><br>UNITIL NH ELECTRIC OPERATIONS<br>6 LIBERTY LANE WEST<br>HAMPTON, NH 03842-1720 |
| **2.3474** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285075136 DATED 10/08/2024<br><br>UNITIL NH ELECTRIC OPERATIONS<br>6 LIBERTY LANE WEST<br>HAMPTON, NH 03842-1720 |
| **2.3475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2024<br><br>UNIVERSAL CANDLE COMPANY LTD<br>FLAT B & D 15/F, E WAH FACTORY BLDG<br>55-60 WONG CHUK HANG RD<br>ABERDEEN,<br>HONG KONG |
| **2.3476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 10/17/2023<br><br>UNIVERSAL OIL INC<br>265 JEFFERSON AVENUE<br>CLEVELAND, OH 44113 |
| **2.3477** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C314185 - DATED 12/01/2015<br><br>UNIVERSAL PROTECTION SERV LP<br>DBA ALLIED UNIVERSAL SECUR SER<br>PO BOX 828854<br>PHILADELPHIA, PA 19182-8854 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
| --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.3478** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/29/2019 | UNIVERSITY GAMES CORPORATION<br>2030 HARRISON STREET<br>SAN FRANCISCO, CA 94110 |
| **2.3479** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNIVERSITY HILLS STORE LEASE | UNIVERSITY HILLS PLAZA, LLC<br>C/O MILLER REAL ESTATE INVESTMENTS, LLC<br>ATTN: SCOTT GOLDAMMER, PROPERTY MGR.<br>GREENWOOD VILLAGE, CO 80111 |
| **2.3480** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNIVERSITY PARK S/C. STORE LEASE | UNIVERSITY PARK ASSOCIATES LTD. PARTNERSHIP<br>C/O ZAMIAS SERVICES, INC.<br>PO BOX 5540<br>JOHNSTOWN, PA 15904 |
| **2.3481** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNIVERSITY PLAZA S/C STORE LEASE | UNIVERSITY PLACE IMPROVEMENTS OWNER, LLC<br>C/O DLC MANAGEMENT CORPORATION<br>ATTN: NAOMI HUNT OR LEE TU<br>ELMSFORD, NY 10523 |
| **2.3482** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHAMPIONS CENTRE STORE LEASE | UNIVERSITY SP, L.L.C.<br>2221 WEST LINDSEY, SUITE 201<br>ATTN: HUNTER MILLER<br>NORMAN, OK 73069 |
| **2.3483** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674017447 DATED 12/21/2024 | UNS GAS INC/5176<br>6405 WILKINSON DR<br>PRESCOTT, AZ 86301-6165 |
| **2.3484** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/18/2024 | UNTOUCHABLE MARKETING LLC<br>UNTOUCHABLE  CONSULTING<br>13918 E. MISSISSIPPI AVE #69456<br>AURORA, CO 80012 |

| Debtor | Jo-Ann Stores, LLC | | Case number (If known): 25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3485 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C325730 - DATED 01/16/2023 | UNTOUCHABLE MARKETING LLC<br>UNTOUCHABLE  CONSULTING<br>13918 E. MISSISSIPPI AVE #69456<br>AURORA, CO 80012 |
| 2.3486 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/21/2023 | URGENCARE LLC<br>2169 WEST POINT RD., #300<br>LAGRANGE, GA 30240 |
| 2.3487 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF CREDIT #68091419 | US CUSTOMS AND BORDER PROTECTION<br>1945 SOUITH BANNER AVE.<br>INDIANAPOLIS, IN 46241 |
| 2.3488 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #241106020 DATED 12/08/2024 | US CUSTOMS AND BORDER PROTECTION<br>1945 SOUITH BANNER AVE.<br>INDIANAPOLIS, IN 46241 |
| 2.3489 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHIPPING SOFTWARE AGREEMENT DATED 05/06/2024 | US DIRECT E-COMMERCE LTD<br>ESHOPWORLD<br>CONC BLDG 110-115 AIRSIDE BUS PRK DB<br>SWORDS,<br>IRELAND (EIRE) |
| 2.3490 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/20/2020 | US XPRESS INC<br>4080 JENKINS ROAD<br>CHATTANOOGA, TN 37421 |
| 2.3491 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318087 - DATED 08/09/2018 | USABLENET INC<br>DEPT 781768<br>PO BOX 78000<br>DETROIT, MI 48278-1768 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3492 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/2023 | USI INSURANCE SERVICES LLCV PO BOX 62889 VIRGINIA BEACH, VA 23466 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3493 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  - C317617 - DATED 06/01/2018 | USI INSURANCE SERVICES LLCV PO BOX 62889 VIRGINIA BEACH, VA 23466 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3494 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 06/01/2024 | USI INSURANCE SERVICES LLCV PO BOX 62889 VIRGINIA BEACH, VA 23466 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3495 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT EXTENSION DATED 04/01/2023 | USI INSURANCE SERVICES LLCV PO BOX 62889 VIRGINIA BEACH, VA 23466 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3496 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 08/23/2023 | USI INSURANCE SERVICES LLCV PO BOX 62889 VIRGINIA BEACH, VA 23466 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3497 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT DATED 07/17/2023 | USPS POC 6477554 CMRS-POC PO BOX 0575 CAROL STREAM, IL 60132 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3498 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT DATED 03/01/2019 | VALDESE WEAVERS (ECOM) 1000 PERKINS ROAD SE VALDESE, NC 28690 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3499** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/01/2024 | VALERIE OTT<br>ADDRESS ON FILE |
| **2.3500** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/27/2020 | VALERIE OTT<br>ADDRESS ON FILE |
| **2.3501** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | VALERIE REYES<br>ADDRESS ON FILE |
| **2.3502** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/01/2020 | VALID USA INC<br>MARKETING SOFTWARE CO LLC<br>6200 CANOGA AVE STE 102<br>WOODLAND HILLS, CA 91367-2429 |
| **2.3503** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 08/10/2023 | VALLEY PACIFIC PETROL SERVICES INC<br>PO BOX 1245<br>FRENCH CAMP, CA 95231-1245 |
| **2.3504** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDIFORD AVENUE STORE LEASE | VANDERWALL FAMILY, L.P.<br>C/O DAVID VANDER WALL<br>PO BOX 1931<br>MODESTO, CA 95356 |
| **2.3505** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE BUYER AGREEMENT DATED 04/06/2022 | VANNY CHY<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3506** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 09/26/2023 | VARDHMAN TEXTILES LIMITED<br>CHANDIGARH ROAD<br>LUDHIANA, 141010<br>INDIA |
| **2.3507** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER SERVICE AGREEMENT DATED 06/14/2023 | VARI SALES CORPORATION<br>450 N. FREEPORT PKWY, #2100<br>COPPELL, TX 75019 |
| **2.3508** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>EAST 13 MILE ROAD STORE LEASE | VAULT AVENIDA ROSEVILLE FABRICS LLC<br>1750 S. TELEGRAPH RD., SUITE 310<br>BLOOMFIELD HILLS, MI 48302 |
| **2.3509** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICE AGREEMENT  - C325282 - DATED 10/01/2022 | VDS HOLDING LLC<br>155 N. ABERDEEN ST., #305<br>CHICAGO, IL 60607 |
| **2.3510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SOFTWARE SERVICE AGREEMENT DATED 06/01/2024 | VDS HOLDING LLC<br>155 N. ABERDEEN ST., #305<br>CHICAGO, IL 60607 |
| **2.3511** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER VENDOR AGREEMENT DATED 09/26/2024 | VELCRO USA INC<br>95 SUNDIAL AVE<br>MANCHESTER, NH 03103 |
| **2.3512** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>HULEN FASHION CENTER STORE LEASE | VENTURE HULEN, LP<br>C/O VENTURE COMMERCIAL MANAGEMENT, LLC<br>5751 KROGER DR., SUITE 202<br>FORT WORTH, TX 76244 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHACKLEFORD CROSSING STORE LEASE<br><br>VENTURES KARMA, LLC<br>C/O ELM CREEK REAL ESTATE<br>4641 NALL ROAD<br>DALLAS, TX 75244 |
| **2.3514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEAN LAKES STORE LEASE<br><br>VEREIT<br>C/O REALTY INCOME CORPORATION<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |
| **2.3515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BELKNAP MALL S/C STORE LEASE<br><br>VERNCO BELKNAP, LLC<br>70 WASHINGTON STREET, STE 310<br>ATTN: GEORGE C. VERNET III, MANAGER<br>SALEM, MA 01970 |
| **2.3516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023<br><br>VERONICA SORCE<br>ADDRESS ON FILE |
| **2.3517** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FINANCE & ACCOUNTING SOFTWARE SERVICE AGREEMENT DATED 07/31/2024<br><br>VERTEX INC<br>25528 NETWORK PLACE<br>CHICAGO, IL 60673 |
| **2.3518** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/15/2024<br><br>VERTEX INC<br>25528 NETWORK PLACE<br>CHICAGO, IL 60673 |
| **2.3519** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C290108 - DATED 03/25/2020<br><br>VERTEX INC<br>25528 NETWORK PLACE<br>CHICAGO, IL 60673 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICE AGREEMENT DATED 07/12/2024 | VERTIV CORPOPRATION<br>PO BOX 70474<br>CHICAGO, IL 60673 |
| 2.3521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/09/2024 | VERTIV CORPOPRATION<br>PO BOX 70474<br>CHICAGO, IL 60673 |
| 2.3522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C109661 - DATED 06/05/2019 | VERTIV CORPOPRATION<br>PO BOX 70474<br>CHICAGO, IL 60673 |
| 2.3523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C321957 - DATED 06/01/2020 | VERYABLE INC<br>C/O AMERISOURCE<br>PO BOX 201197<br>DALLAS, TX 75320-1197 |
| 2.3524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT EXTENSION DATED 06/01/2023 | VERYABLE INC<br>C/O AMERISOURCE<br>PO BOX 201197<br>DALLAS, TX 75320-1197 |
| 2.3525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARKWAY PLAZA STORE LEASE | VESTAL PARKWAY PLAZA LLC<br>C/O BRIXMOR PROPERTY GROUP<br>200 RIDGE PIKE, SUITE 100<br>CONSHOHOCKEN, PA 19428 |
| 2.3526 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BEST IN THE WEST S/C STORE LEASE | VESTAR BEST IN THE WEST PROPERTY LLC<br>2415 EAST CAMELBACK ROAD, SUITE 100<br>ATTN: GENERAL MANAGER, NICOLE DOANE<br>PHOENIX, AZ 85016 |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3527 | State what the contract or lease is for and the nature of the debtor's interest | DESERT RIDGE MARKET PLACE STORE LEASE | VESTAR/DRM-OPCO LLC C/O VESTAR DEVELOPMENT CO. 2415 E. CAMELBACK RD. #100 PHOENIX, AZ 85016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3528 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING AGENCIES SERVICE AGREEMENT DATED 05/01/2024 | VIBES MEDIA LLC DEPT CH 18039 PALATINE, IL 60055-8039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3529 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C324184 - DATED 02/01/2022 | VIBES MEDIA LLC DEPT CH 18039 PALATINE, IL 60055-8039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3530 | State what the contract or lease is for and the nature of the debtor's interest | NASHUA MALL PLAZA STORE LEASE | VICKERRY DE MALL LLC C/O MEG ASSET, LLC 25 ORCHARD VIEW DRIVE LONDONDERRY, NH 03053-3376 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3531 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C316053 - DATED 04/12/2024 | VICKIE HOWELL CAMPBELL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3532 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C325342 - DATED 10/17/2022 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3533 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BUYER AGREEMENT DATED 12/17/2020 | VICTORIA POPOVICH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/14/2022<br><br>VIDRIOS SAN MIGUEL S.L<br>POLIGONO INDUSTRIAL ELS SERRANS<br>AV. BONAVISTA 1<br>VALENCIA, 46812<br>SPAIN |
| **2.3535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/01/2022<br><br>VIET CREATIVE ART CO LTD<br>DINH XA HAMLET, NGUYET DUC COMMUNE<br>YEN LAC DISTRICT<br>VINH PHUC, 15722<br>VIETNAM |
| **2.3536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2024<br><br>VIITION (ASIA) LIMITED<br>FLAT/RM D03, BLK A, 12/F<br>19-25 SHAN MEI ST<br>SHA TIN, N.T., 999077<br>HONG KONG |
| **2.3537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VIKING PLAZA MALL STORE LEASE<br><br>VIKING PLAZA REALTY GROUP, LLC<br>ATTN: EZRA ERANI<br>4 EAST 34TH STREET<br>NEW YORK, NY 10016 |
| **2.3538** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VILLAGE CROSSING STORE LEASE<br><br>VILLAGE CROSSING PARTNERS, LLC<br>11155 RED RUN BLVD, SUITE 320<br>ATTN: BOB WAUGH, ASSET MANAGER<br>OWINGS MILLS, MD 21117 |
| **2.3539** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VINCENNES PLAZA STORE LEASE<br><br>VINCENNES CENTER, LLC<br>C/O GJ REALTY<br>49 WEST 37TH STREET, 9TH FLOOR<br>NEW YORK, NY 10018-6257 |
| **2.3540** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318646CB - DATED 01/15/2022<br><br>VINCENT GREEN-HITE<br>ADDRESS ON FILE |

Debtor  Jo-Ann Stores, LLC
　　　　Name

Case number (If known):  25-10072



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3541** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/27/2022<br><br>VINTAJ NATURAL BRASS CO<br>5140 US 20 W<br>GALENA, IL 61036 |
| **2.3542** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 05/01/2023<br><br>VIRA INSIGHT LLC<br>2701 S. VALLEY PKWY<br>LEWISVILLE, TX 75067 |
| **2.3543** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 10/06/2010<br><br>VIRA INSIGHT LLC<br>PO BOX 679080<br>DALLAS, TX 75267-9080 |
| **2.3544** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C296334 - DATED 01/30/2011<br><br>VIRA INSIGHT LLC<br>2701 S. VALLEY PKWY<br>LEWISVILLE, TX 75067 |
| **2.3545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STORE DEVELOPMENT SERVICE AGREEMENT DATED 03/21/2024<br><br>VIRA INSIGHT LLC<br>2701 S. VALLEY PKWY<br>LEWISVILLE, TX 75067 |
| **2.3546** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #285055623 DATED 07/06/2024<br><br>VIRGINIA ELECTRIC & POWER COMPANY<br>701 E CARY ST<br>RICHMOND, VA 23219 |
| **2.3547** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIGITAL SERVICE AGREEMENT DATED 02/01/2024<br><br>VIRTUAL MARKETING LLC<br>FUSION92<br>440 W. ONTARIO STREET<br>CHICAGO, IL 60654 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3548** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 02/01/2020<br><br>VIRTUAL MARKETING LLC FUSION92 440 W. ONTARIO STREET CHICAGO, IL 60654 |
| **2.3549** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C217954FUS - DATED 04/09/2020<br><br>VIRTUAL MARKETING LLC FUSION92 440 W. ONTARIO STREET CHICAGO, IL 60654 |
| **2.3550** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C289296 - DATED 01/16/2018<br><br>VISION SOUTHEAST CO INC DBA VISION SECURITY TECHNOLOGIES 143 BUSINESS CENTER DR. BIRMINGHAM, AL 35244 |
| **2.3551** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/17/2024<br><br>VISION SOUTHEAST CO INC DBA VISION SECURITY TECHNOLOGIES 143 BUSINESS CENTER DR. BIRMINGHAM, AL 35244 |
| **2.3552** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/05/2019<br><br>VISTA PARTNERS INC C/O PA DISTRIBUTION 4310 W 5TH ST EUGENE, OR 97402 |
| **2.3553** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/25/2023<br><br>VISTAR CORPORATION 188 INVERNESS DRIVE WEST, SUITE 800 ENGLEWOOD, CO 80112 |
| **2.3554** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXTURES SERVICE AGREEMENT DATED 03/22/2024<br><br>VISUAL CREATIONS INC ROSE DISPLAYS 500 NARRAGANSETT PARK DR. PAWTUCKET, RI 02861 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3555** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C322857 - DATED 03/22/2021 | VISUAL CREATIONS INC<br>ROSE DISPLAYS<br>500 NARRAGANSETT PARK DR.<br>PAWTUCKET, RI 02861 |
| **2.3556** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/24/2024 | VISUAL CREATIONS INC<br>ROSE DISPLAYS<br>500 NARRAGANSETT PARK DR.<br>PAWTUCKET, RI 02861 |
| **2.3557** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 10/25/2024 | VISUAL EDGE IT, INC<br>3874 HIGHLAND PARK NW<br>NORTH CANTON, OH 44720 |
| **2.3558** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/18/2022 | VITAL TRANSPORTATION SOLUTIONS INC<br>4816 BRECKSVILLE RD., STE. 14<br>RICHFIELD, OH 44286 |
| **2.3559** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C295567 - DATED 12/23/2014 | VIZMEG LANDSCAPE INC<br>778 MCCAULEY ROAD # 100<br>STOW, OH 44224 |
| **2.3560** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SNOW REMOVAL AND LANDSCAPING SERVICES AGREEMENT DATED 05/22/2024 | VIZMEG LANDSCAPE INC<br>778 MCCAULEY ROAD # 100<br>STOW, OH 44224 |
| **2.3561** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 12/01/2022 | VIZMEG LANDSCAPE INC<br>778 MCCAULEY ROAD # 100<br>STOW, OH 44224 |

Debtor    Jo-Ann Stores, LLC                                           Case number (If known):  25-10072
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3562** State what the contract or lease is for and the nature of the debtor's interest  — SERVICE AGREEMENT  - C218286 - DATED 01/22/2016 <br> State the term remaining <br> List the contract number of any government contract | VOCOLLECT INC <br> 703 RODI RD <br> PITTSBURGH, PA 15235 |
| **2.3563** State what the contract or lease is for and the nature of the debtor's interest  — SHOPKO PLAZA. STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | VOLANTE INVESTMENTS LLLP <br> C/O VAN AUKER COMPANIES <br> 3084 EAST LANARK <br> MERIDIAN, ID 83642 |
| **2.3564** State what the contract or lease is for and the nature of the debtor's interest  — VON KARMEN PLAZA STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | VON KARMAN PLAZA, LLC <br> 1121 SW SALMON ST., SUITE 500 <br> PORTLAND, OR 97205 |
| **2.3565** State what the contract or lease is for and the nature of the debtor's interest  — ENGAGEMENT LETTER DATED 09/27/2023 <br> State the term remaining <br> List the contract number of any government contract | VORYS <br> 52 EAST GAY STREET <br> P.O. BOX 1008 <br> COLUMBUS, OH 43216-1008 |
| **2.3566** State what the contract or lease is for and the nature of the debtor's interest  — MASTER VENDOR AGREEMENT DATED 06/04/2024 <br> State the term remaining <br> List the contract number of any government contract | VOTUM ENTERPRISES, LLC <br> 1 CARDINAL DR <br> LITTLE FALLS, NJ 07424-1638 |
| **2.3567** State what the contract or lease is for and the nature of the debtor's interest  — YORKTOWN MALL STORE LEASE <br> State the term remaining <br> List the contract number of any government contract | VULCAN PROPERTIES, INC. <br> C/O CBRE, INC. <br> 4400 W. 78TH ST., SUITE 200 <br> BLOOMINGTON, MN 55435 |
| **2.3568** State what the contract or lease is for and the nature of the debtor's interest  — SERVICE AGREEMENT  - 106333ST - DATED 03/01/2016 <br> State the term remaining <br> List the contract number of any government contract | W W GRAINGER INC 160 <br> DEPARTMENT 160-802145763 <br> PALATINE, IL 60038-0001 |

Debtor    Jo-Ann Stores, LLC
      Name

Case number (If known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3569** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C106333 - DATED 03/01/2016 |
| | W W GRAINGER INC 160 DEPARTMENT 160-802145763 PALATINE, IL 60038-0001 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3570** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 06/01/2019 |
| | W W GRAINGER INC 160 DEPARTMENT 160-802145763 PALATINE, IL 60038-0001 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3571** State what the contract or lease is for and the nature of the debtor's interest | FREESTANDING STORE LEASE |
| | WALZ CAPITAL LLC 3621 N. WILTON AVE., #3 ATTN: COREY WALZ, PRESIDENT CHICAGO, IL 60613 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3572** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/03/2020 |
| | WARM PRODUCTS INC 5529 186TH PLACE SW LYNNWOOD, WA 98037 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3573** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/28/2023 |
| | WARNER CONSULTING SERVICES LLC 3257 HAVEL DRIVE BEACHWOOD, OH 44122 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3574** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C315799 - DATED 07/26/2017 |
| | WARNER CONSULTING SERVICES LLC 3257 HAVEL DRIVE BEACHWOOD, OH 44122 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3575** State what the contract or lease is for and the nature of the debtor's interest | SOUTHLAND PLAZA STORE LEASE |
| | WARWICK REALTY, LLC ATTN: MARK S. ROSEN 4300 W. PIERSON ROAD FLINT, MI 48504 |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor    Jo-Ann Stores, LLC                                          Case number (If known):    25-10072
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/01/2021<br><br>WASHINGTON RETAIL ASSOCIATION<br>PO BOX 2227<br>OLYMPIA, WA 98507 |
| **2.3577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMBERSHIP AGREEMENT DATED 07/01/2022<br><br>WASHINGTON RETAIL ASSOCIATION<br>PO BOX 2227<br>OLYMPIA, WA 98507 |
| **2.3578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOULEVARD CENTER STORE LEASE<br><br>WASHINGTON STATE DEPARTMENT OF NATURAL RESOURCES<br>PRODUCT SALES & LEASING DIVISION<br>OLYMPIA, WA 98504-7014 |
| **2.3579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 04/01/2024<br><br>WASTE MGMT NATIONAL SERVICES INC<br>PO BOX 930580<br>ATLANTA, GA 31193 |
| **2.3580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C316096 - DATED 08/24/2017<br><br>WASTE MGMT NATIONAL SERVICES INC<br>PO BOX 930580<br>ATLANTA, GA 31193 |
| **2.3581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C309490 - DATED 11/06/2015<br><br>WASTE RECYCLING INC<br>P.O. BOX 508<br>MONTGOMERY, AL 36101 |
| **2.3582** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WATERFORD LAKES TOWN CENTER STORE LEASE<br><br>WATERFORD LAKES TOWN CENTER, LLC<br>500 NORTH BROADWAY, SUITE 201<br>PO BOX 9010<br>JERICHO, NY 11753 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WATERFORD PARK NORTH STORE LEASE<br><br>WATERFORD PARK NORTH ASSOCIATES, LLC<br>C/O SAMCO PROPERTIES, INC.<br>ATTN: SAM SPIEGEL<br>DEERFIELD BEACH, FL 33441 |
| **2.3584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CROSSROADS COMMONS STORE LEASE<br><br>WATERLOO CROSSROADS PROPERTY, LLC<br>C/O CENTRAL PROPERTY MANAGEMENT, LLC<br>ATTN: CROSSROADS COMMONS<br>WAUKEE, IA 50263 |
| **2.3585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C328065 - DATED 11/21/2024<br><br>WAYNE HWANG<br>ADDRESS ON FILE |
| **2.3586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 08/04/2022<br><br>WCG GROUP LLC, DBA AITOH CO.<br>2720 MOUNTAIN PINE ROAD<br>HOT SPRINGS, AR 71913 |
| **2.3587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHAWNEE MALL STORE LEASE<br><br>WD JOANN LLC<br>204 N. ROBINSON, SUITE 700<br>ATTN: DAVID BURNETT, CCIM<br>OKLAHOMA CITY, OK 73102 |
| **2.3588** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERCOMPANY CREDIT AGREEMENT DATED 03/10/2023<br><br>WEAVEUP INC<br>4810 HOPE VALLEY RD #210<br>DURHAM, NC 27707 |
| **2.3589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 10/14/2024<br><br>WEB ACTIVE DIRECTORY, LLC<br>2770 MAIN ST., STE.  #185<br>FRISCO, TX 75033 |

Debtor   Jo-Ann Stores, LLC
         Name

Case number (If known):   25-10072

⬛   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.3590** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C311608 - DATED 10/06/2015<br><br>WEB ACTIVE DIRECTORY, LLC<br>2770 MAIN ST., STE. #185<br>FRISCO, TX 75033 |
| **2.3591** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WEGMANS PLAZA STORE LEASE<br><br>WEGMANS REAL ESTATE<br>ATTN: TOM BETTERIDGE<br>PO BOX 30844<br>ROCHESTER, NY 14603-0844 |
| **2.3592** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ARGYLE S/C STORE LEASE<br><br>WEINGARTEN NOSTAT, LLC.<br>500 NORTH BROADWAY, SUITE 201<br>JERICHO, NY 11753 |
| **2.3593** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOORESVILLE CONSUMER SQUARE STORE LEASE<br><br>WEIRFIELD COAL, INC.<br>C/O PROVIDENCE GROUP MANAGEMENT SERVICES<br>300 WEST SUMMIT AVENUE, SUITE 250<br>BROOKLYN, NY 11237 |
| **2.3594** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORCESTER ROAD STORE LEASE<br><br>WELLMAN FAMILY LIMITED PARTNERSHIP<br>ATTN: IVY S. LESSIN, GENERAL PARTNER<br>40 WYMAN DRIVE<br>SUDBURY, MA 01776 |
| **2.3595** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 05/21/2020<br><br>WELLS FARGO BANK NA<br>WELLS FARGO EQUIPMENT FINANCE<br>PO BOX 858178<br>MINNEAPOLIS, MN 55485-8178 |
| **2.3596** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/03/2020<br><br>WELLS FARGO BANK NA<br>WELLS FARGO EQUIPMENT FINANCE<br>PO BOX 858178<br>MINNEAPOLIS, MN 55485-8178 |

Debtor    Jo-Ann Stores, LLC _____    Case number (If known): 25-10072 _____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**2.3597**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

NON-DISCLOSURE AGREEMENT DATED 04/03/2019

WELLS FARGO BANK NA
WELLS FARGO EQUIPMENT FINANCE
PO BOX 858178
MINNEAPOLIS, MN 55485-8178

**2.3598**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

SERVICE AGREEMENT - C141394 - DATED 06/14/2018

WELLS FARGO BANK NA SF
EQUIPMENT & VENDOR FINANCE
PO BOX 77101
MINNEAPOLIS, MN 55480-7101

**2.3599**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

YARD TRUCK LEASING AGREEMENT DATED 06/15/2021

WELLS FARGO BANK NA SF
EQUIPMENT & VENDOR FINANCE
PO BOX 77101
MINNEAPOLIS, MN 55480-7101

**2.3600**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

MASTER LEASE AGREEMENT DATED 06/01/2022

WELLS FARGO BANKS
ACCOUNT ANALYSIS
NW 7091
POBOX 1450
MINNEAPOLIS, MN 55485

**2.3601**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

FLOOR SCRUBBER LEASING AGREEMENT DATED 07/13/2020

WELLS FARGO VEND FINAN SERV LLC
PO BOX 105743
ATLANTA, GA 30348-5743

**2.3602**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

MASTER SERVICE AGREEMENT DATED 07/01/2019

WELLS FARGO VEND FINAN SERV LLC
PO BOX 105743
ATLANTA, GA 30348-5743

**2.3603**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

SERVICE AGREEMENT - C155209 - DATED 08/08/2018

WELLS FARGO VEND FINAN SERV LLC
PO BOX 105743
ATLANTA, GA 30348-5743



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOOK DISTRIBUTION AGREEMENT DATED 02/01/2009 | WEST BROADWAY DISTRIBUTION SERVICES, LLC<br>5520 PGA BLVD.<br>SUITE 212<br>PALM BEACH GARDENS, FL 33418 |
| **2.3605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO BOOK DISTRIBUTION AGREEMENT DATED 12/31/2019 | WEST BROADWAY DISTRIBUTION SERVICES, LLC<br>5520 PGA BLVD.<br>SUITE 212<br>PALM BEACH GARDENS, FL 33418 |
| **2.3606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C326865 - DATED 10/10/2023 | WEST MICHIGAN TRANSPORT LLC<br>PO BOX 18<br>ZEELAND, MI 49464 |
| **2.3607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAILER AND EQUIPMENT LEASE DATED 05/23/2024 | WEST MICHIGAN TRANSPORT LLC<br>PO BOX 18<br>ZEELAND, MI 49464 |
| **2.3608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #674021839 DATED 10/09/2024 | WESTAR ENERGY, INC.<br>818 SOUTH KANSAS AVENUE<br>TOPEKA, KS 66612 |
| **2.3609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALISBURY PLAZA STORE LEASE | WESTBURY RENTAL<br>C/O STALLER ASSOCIATES REALTY, INC.<br>1455 VETERANS HWY., SUITE 201<br>ISLANDIA, NY 11749 |
| **2.3610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTFORD VALLEY MKT STORE LEASE | WESTFORD VALLEY MARKETPLACE, INC.<br>C/O UBS REALTY INVESTORS, LLC<br>10 STATE HOUSE SQUARE, 15TH FLOOR<br>HARTFORD, CT 06103 |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3611** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTGATE MALL STORE LEASE | WESTGATE MALL REALTY GROUP, LLC<br>C/O LEXINGTON REALTY INTERNATIONAL<br>2361 NOSTRAND AVENUE<br>BROOKLYN, NY 11210 |
| **2.3612** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTGATE SHOPPING CENTER STORE LEASE | WESTGATE WOODLAND, LLC<br>C/O ETHAN CONRAD PROPERTIES, INC.<br>ATTN: MICHELLE GREGG, PROPERTY MGR.<br>SACRAMENTO, CA 95834 |
| **2.3613** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTMINSTER S/C STORE LEASE | WESTMINSTER GRANITE MAIN, LLC<br>C/O TSCG (FKA ROSENTHAL PROPERTIES, LLC)<br>1945 OLD GALLOWS ROAD, SUITE 300<br>VIENNA, VA 22182 |
| **2.3614** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSTRUCTION SERVICES AGREEMENT DATED 10/17/2023 | WESTMORELAND BUILDERS LLC<br>1597 HART  STREET<br>SOUTHLAKE, TX 76092 |
| **2.3615** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C307312 - DATED 01/01/2016 | WESTMORELAND BUILDERS LLC<br>1597 HART  STREET<br>SOUTHLAKE, TX 76092 |
| **2.3616** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BENEFITS ADMINISTRATION SERVICE AGREEMENT DATED 02/01/2022 | WEX HEALTH INC.<br>DBA WEX<br>PO BOX 9528<br>FARGO, ND 58106-9528 |
| **2.3617** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  - C318974 COBRA - DATED 01/01/2019 | WEX HEALTH INC.<br>DBA WEX<br>PO BOX 9528<br>FARGO, ND 58106-9528 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3618** State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 09/01/2024 | WGSN INC 229 W 43RD ST., 7TH FL NEW YORK, NY 10036 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3619** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C218125 - DATED 09/01/2017 | WGSN INC 229 W 43RD ST., 7TH FL NEW YORK, NY 10036 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3620** State what the contract or lease is for and the nature of the debtor's interest | WHITEHALL PLAZA STORE LEASE | WH PLAZA LLC 151 BODMAN PLACE, SUITE 201 ATTN: ANDREW DENARDO RED BANK, NJ 07701 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3621** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/12/2023 | WHAT DO YOU MEME, LLC 233 SPRING STREET, 5TH FLOOR NEW YORK, NY 10013 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3622** State what the contract or lease is for and the nature of the debtor's interest | WESTFIELD WHEATON PLAZA STORE LEASE | WHEATON PLAZA REGIONAL SHOPPING CENTER L.L.C. ATTN: LEGAL DEPARTMENT 2049 CENTURY PARK EAST, 42ND FLOOR LOS ANGELES, CA 90067 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3623** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/14/2019 | WHITMAN PUBLISHING LLC 1974 CHANDALAR DRIVE, SUITE D PELHAM, AL 35124 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3624** State what the contract or lease is for and the nature of the debtor's interest | VILLAGE OF MARTINSVILLE STORE LEASE | WHLR-VILLAGE OF MARTINSVILLE, LLC C/O WHEELER REAL ESTATE COMPANY 2529 VIRGINIA BEACH BLVD., SUITE 200 VIRGINIA BEACH, VA 23452 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3625** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROSELAND CENTER STORE LEASE<br><br>WIDEWATERS ROSELAND CENTER COMPANY, LLC<br>C/O THE WIDEWATERS GROUP, INC.<br>5845 WIDEWATERS PARKWAY, SUITE 100<br>EAST SYRACUSE, NY 13057 |
| **2.3626** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 12/05/2024<br><br>WILLIAM HANSEN<br>ADDRESS ON FILE |
| **2.3627** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NEWTOWN SHOPS ON MAIN STORE LEASE<br><br>WILLIAMSBURG DEVELOPERS, LLC<br>C/O DEVELOPERS REALTY CORP.<br>1224 MILL STREET, BUILDING D, SUITE 103<br>EAST BERLIN, CT 06023 |
| **2.3628** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WILLOW CREEK CROSSING STORE LEASE<br><br>WILLOW CREEK CENTER OUTLOT II, LLC<br>5619 NW 86TH STREET, SUITE 100<br>ATTN: PETER FAZIO<br>JOHNSTON, IA 50131 |
| **2.3629** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 02/28/2019<br><br>WILLOW GROUP LTD<br>34 CLINTON ST<br>BATAVIA, NY 14020 |
| **2.3630** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WILSHIRE PLAZA STORE LEASE<br><br>WILSHIRE PLAZA INVESTORS, LLC<br>C/O VICTORY REAL ESTATE INVESTMENTS, LLC<br>240 BROOKSTONE CENTRE PARKWAY<br>COLUMBUS, GA 31904 |
| **2.3631** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WILSHIRE PLAZA STORE LEASE<br><br>WILSHIRE PLAZA LIMITED PARTNERSHIP<br>C/O CHASE PROPERTIES LTD.<br>3333 RICHMOND ROAD, STE 320<br>BEACHWOOD, OH 44122 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
| --- | --- | --- |
| 2.3632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 04/02/2024<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| 2.3633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 09/01/2024<br><br>WIN HANG ENTERPRISE LIMITED<br>288 DES VOEUX ROAD CENTRAL<br>UNIT A, 8/F ETON BUILDING<br>HONG KONG, 999077<br>HONG KONG |
| 2.3634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED 02/01/2022<br><br>WIN MAKERS (NINGBO) INTERNATIONAL TRADE CO LTD<br>5 FLOOR-A NO 0314 BUILDING<br>HAISHU DISTRICT<br>NINGBO, 315012<br>CHINA |
| 2.3635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOOTHILL BLVD. STORE LEASE<br><br>WINKAL HOLDINGS, LLC<br>C/O WIN PROPERTIES, INC.<br>ATTN: ROBERT BUSBY, SR. VP, FINANCE & ADMINISTRATION<br>RYE BROOK, NY 10573 |
| 2.3636 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JFK MALL STORE LEASE<br><br>WINTER STREET PARTNERS WATERVILLE LLC<br>OH WATERVILLE LLC<br>C/O METROPOLIS PROPERTY MANAGEMENT GROUP, INC.<br>MANCHESTER, NH 03101 |
| 2.3637 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 10/01/2022<br><br>WIRE WELD INC<br>F3 METALWORX INC<br>P.O. BOX 70,12069 EAST MAIN RD<br>NORTH EAST, PA 16428 |
| 2.3638 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT  - C307148 - DATED 09/30/2014<br><br>WIRE WELD INC<br>F3 METALWORX INC<br>P.O. BOX 70,12069 EAST MAIN RD<br>NORTH EAST, PA 16428 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C325361 - DATED 10/15/2022<br><br>WISE CRAFT LLC<br>68 CAMINO SAN CRISTOBAL<br>LAMY, NM 87540 |
| **2.3640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/10/2023<br><br>WISHBONE INC.<br>572 SOUTH 5TH STREET, SUITE# 2<br>PEMBINA, ND 58271 |
| **2.3641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SURETY BOND #14042206 DATED 02/19/2025<br><br>WITHLACOOCHEE RIVER ELECTRIC COOPERATIVE<br>PO BOX 278<br>DADE CITY, FL 33526-0278 |
| **2.3642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WITTE PLAZA STORE LEASE<br><br>WITTE PLAZA LTD<br>ATTN: LANCE H. DAVIS, PRESIDENT<br>1500 MCGOWEN STREET, SUITE #200<br>HOUSTON, TX 77004 |
| **2.3643** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VALLEY MALL PARKWAY STORE LEASE<br><br>WITTMAN WENATCHEE LLC<br>13502 SW 248TH ST.<br>ATTN: KRISTINE WITTMAN, MEMBER<br>VASHON ISLAND, WA 98070 |
| **2.3644** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HIGH DESERT GATEWAY STORE LEASE<br><br>WLPX HESPERIA, LLC<br>C/O LEWIS OPERATING CORP.<br>1152 NORTH MOUNTAIN AVENUE<br>UPLAND, CA 91785 |
| **2.3645** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 01/03/2023<br><br>WOJCIK BUILDERS INC<br>7579 FIRST PLACE<br>BEDFORD, OH 44146 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3646 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C295560 - DATED 01/01/2018 | WOJCIK BUILDERS INC 7579 FIRST PLACE BEDFORD, OH 44146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3647 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/09/2023 | WOOD INVESTMENT PROPERTY LLC DYNAMERICAN 1011 LAKE ROAD MEDINA, OH 44256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3648 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 01/01/2023 | WOODA CORP LTD 74 SEJONG-DAERO 17FL SAMJUNG BUILDING SEOUL, 4526 KOREA, REPUBLIC OF |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3649 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 11/01/2019 | WOODLAND PO BOX 98,  101 EAST VALLEY DRIVE LINN CREEK, MO 65052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3650 | State what the contract or lease is for and the nature of the debtor's interest | VILLAGE AT NORTHSHORE STORE LEASE | WOODMONT CRITERION SLIDELL GP LLC THE WOODMONT COMPANY 2100 W. 7TH STREET FORT WORTH, TX 76107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3651 | State what the contract or lease is for and the nature of the debtor's interest | WOODPARK SHOPPING CENTER STORE LEASE | WOODPARK SC, LLC C/O UNILEV MANAGEMENT CORP 2211 N. FRY ROAD, SUITE I KATY, TX 77449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3652 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/31/2024 | WORKDAY INC PO BOX 886106 LOS ANGELES, CA 90088-6106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Jo-Ann Stores, LLC

Name

Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3653** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C319009 - DATED 01/31/2019 <br><br> WORKDAY INC <br> PO BOX 886106 <br> LOS ANGELES, CA 90088-6106 |
| **2.3654** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 08/06/2019 <br><br> WORKDAY INC <br> PO BOX 886106 <br> LOS ANGELES, CA 90088-6106 |
| **2.3655** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C318410 - DATED 09/28/2019 <br><br> WORKFRONT INC <br> 345 PARK AVENUE <br> SAN JOSE, CA 95110 |
| **2.3656** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT DATED 06/20/2024 <br><br> WORLD PAY, LLC <br> 8500 GOVERNORS HILL DRIVE <br> MAILDROP 1GH1Y1 <br> SYMMES TOWNSHIP, OH 45249-1384 |
| **2.3657** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT - C318495 - DATED 10/05/2018 <br><br> WORLD TRAVEL INC <br> 1124 WEST SCHUYLKILL RD <br> DOUGLASSVILLE, PA 19518 |
| **2.3658** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 10/03/2024 <br><br> WORLD TRAVEL INC <br> 1124 WEST SCHUYLKILL RD <br> DOUGLASSVILLE, PA 19518 |
| **2.3659** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 10/04/2024 <br><br> WORLD TRAVEL INC <br> 1124 WEST SCHUYLKILL RD <br> DOUGLASSVILLE, PA 19518 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3660 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/16/2022 | WORLDWIDE RETAIL SOLUTIONS INC 100 MARCUS BLVD., STE. 6 HAUPPAUGE, NY 11788 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3661 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 04/24/2023 | WOWWEE GROUP LTD 301 A-C ENERGY PLAZA 3F 92 GRANVILLE ROAD T.S.T. EAST, HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3662 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 06/07/2021 | WPC HOLDCO LLC C/O W. P. CAREY INC. ONE MANHATTAN WEST 395 9TH AVENUE 58TH FLOOR NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3663 | State what the contract or lease is for and the nature of the debtor's interest | GRAND PLAZA STORE LEASE | WPI-GRAND PLAZA SAN MARCOS, LLC 18300 VON KARMAN AVENUE, SUITE 880 ATTN: PROPERTY MANAGEMENT IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3664 | State what the contract or lease is for and the nature of the debtor's interest | NORTH POINT PLAZA STORE LEASE | WRD HANOVER, LP C/O POMEGRANATE REAL ESTATE 33 ROCK HILL RD., SUITE 350 BALA CYNWYD, PA 19004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3665 | State what the contract or lease is for and the nature of the debtor's interest | GREENHOUSE MARKETPLACE STORE LEASE | WRI/GREENHOUSE, L.P. C/O KIMCO REALTY CORPORATION 500 NORTH BROADWAY, SUITE 201 JERICHO, NY 11753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3666 | State what the contract or lease is for and the nature of the debtor's interest | HARRIS STREET STORE LEASE | WRIGHT FAMILY ENTERPRISES LLC 1545 BENTON STREET, UNIT A ATTN: JIM KEENER ALAMEDA, CA 94501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Jo-Ann Stores, LLC
        Name
                                                    Case number (If known): 25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3667** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK DATED 06/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | WRIGHT GRAPHIC DESIGN LLC<br>6290 SEEDS ROAD<br>GROVE CITY, OH 43123 |
| **2.3668** State what the contract or lease is for and the nature of the debtor's interest — MERIDIAN TOWN CENTER STORE LEASE<br><br>State the term remaining<br><br>List the contract number of any government contract | WRI-URS MERIDIAN, LLC<br>500 NORTH BROADWAY, SUITE 201<br>P.O. BOX 9010<br>JERICHO, NY 11753 |
| **2.3669** State what the contract or lease is for and the nature of the debtor's interest — ADVERTISING AGENCIES SERVICE AGREEMENT DATED 03/16/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | WUNDERKIND CORPORATION<br>BOUNCE EXCHANGE INC<br>1 WORLD TRADE CENTER, 74TH FL<br>NEW YORK, NY 10007 |
| **2.3670** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT  - C320648 - DATED 10/02/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | WUNDERKIND CORPORATION<br>BOUNCE EXCHANGE INC<br>1 WORLD TRADE CENTER, 74TH FL<br>NEW YORK, NY 10007 |
| **2.3671** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT EXTENSION DATED 04/29/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | WUNDERKIND CORPORATION<br>BOUNCE EXCHANGE INC<br>1 WORLD TRADE CENTER, 74TH FL<br>NEW YORK, NY 10007 |
| **2.3672** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT RENEWAL DATED 07/14/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | WUNDERKIND CORPORATION<br>BOUNCE EXCHANGE INC<br>1 WORLD TRADE CENTER, 74TH FL<br>NEW YORK, NY 10007 |
| **2.3673** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT RENEWAL DATED 09/05/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | WUNDERKIND CORPORATION<br>BOUNCE EXCHANGE INC<br>1 WORLD TRADE CENTER, 74TH FL<br>NEW YORK, NY 10007 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3674** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT RENEWAL DATED 12/23/2024 <br><br> WUNDERKIND CORPORATION BOUNCE EXCHANGE INC 1 WORLD TRADE CENTER, 74TH FL NEW YORK, NY 10007 |
| **2.3675** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK DATED 11/01/2023 <br><br> WUNDERKIND CORPORATION BOUNCE EXCHANGE INC 1 WORLD TRADE CENTER, 74TH FL NEW YORK, NY 10007 |
| **2.3676** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 06/13/2023 <br><br> XCCOMMERCE INC 1155 RENE-LEVESQUE W., #2700 MONTREAL, QC H3B 2K8 CANADA |
| **2.3677** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED 02/24/2022 <br><br> XCCOMMERCE INS. 1155 RENE LEVESQUE WEST SUITE 2700 MONTREAL, QC H3B 2K8 CANADA |
| **2.3678** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/22/2024 <br><br> XENETA AS C/O FINANCE DEPT POSTBOKS 9344  GR0NLAND OSLO, 0135 NORWAY |
| **2.3679** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C327536 - DATED 05/12/2024 <br><br> XENETA AS C/O FINANCE DEPT POSTBOKS 9344  GR0NLAND OSLO, 0135 NORWAY |
| **2.3680** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/04/2019 <br><br> XIAMEN BOSDA ENTERPRISES TWO ROAD QIANPU AREA 2 FLOOR NO.837 BUILDING MIDDLE 150 XIAMEN, 361008 CHINA |

Debtor    Jo-Ann Stores, LLC
Name

Case number (If known):  25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3681** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 03/20/2024<br><br>XIAMEN TEXEM TRADE CO., LTD JIMEI NORTH ROAD, PHASE III UNIT F12-1601, NO. 1116 FUJIAN XIAMEN, 361022 CHINA |
| **2.3682** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C304570 - DATED 03/29/2013<br><br>XMATTERS INC ATTN: ACCOUNTS REC DEPT. 155 N. LAKE AVE., SUITE 900 PASADENA, CA 91101 |
| **2.3683** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICE AGREEMENT DATED 06/29/2024<br><br>XMATTERS INC ATTN: ACCOUNTS REC DEPT. 155 N. LAKE AVE., SUITE 900 PASADENA, CA 91101 |
| **2.3684** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C293655 - DATED 07/08/2019<br><br>XPO LOGISTICS FREIGHT INC 29559 NETWORK PLACE CHICAGO, IL 60673 |
| **2.3685** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/15/2024<br><br>XPO LOGISTICS FREIGHT INC 29559 NETWORK PLACE CHICAGO, IL 60673 |
| **2.3686** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 09/23/2020<br><br>XPO LOGISTICS LLC BROKERAGE 27724 NETWORK PLACE CHICAGO, IL 60673-1277 |
| **2.3687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASING AGREEMENT DATED 04/07/2021<br><br>XTRA COMPANIES INC DBA XTRA LEASE LLC PO BOX 219562 KANSAS CITY, MO 64121-9562 |

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.3688** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAILER LEASING AGREEMENT DATED 04/07/2021 | XTRA COMPANIES INC DBA XTRA LEASE LLC PO BOX 219562 KANSAS CITY, MO 64121-9562 |
| **2.3689** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT DATED 08/23/2021 | AON 1211 HIGHLAND ROAD MACEDONIA, OH 44056-2307 |
| **2.3690** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT DATED 09/01/2021 | AON 1211 HIGHLAND ROAD MACEDONIA, OH 44056-2307 |
| **2.3691** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT DATED 09/22/2021 | AON 1625 FRANK ROAD COLUMBUS, OH 43223-3726 |
| **2.3692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 05/06/2021 | XTRA LEASE LLC 7911 FORSYTH BLVD SUITE 600 ST. LOUIS, MO 63105-3860 |
| **2.3693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 07/01/2021 | XXVI HOLDINGS INC GOOGLE LLC, C/O WELLS FARGO BANK NA 420 MONTGOMERY ST. SAN FRANCISCO, CA 94104 |
| **2.3694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 03/14/2022 | YELLOW LOGISTICS INC (F/K/A HNRY LOGISTICS INC) PO BOX 775556 CHICAGO, IL 60677-5556 |

Debtor    Jo-Ann Stores, LLC
_____
Name

Case number (If known):    25-10072

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3695** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 05/22/2023 <br><br> YINGJIA (CAMBODIA) ART SUPPLY MFG <br> PHUM ORCHAMNA, KHUM OROKNHA HENG, PREAH SIHANOUK PROVINCE <br> SIHANOUKVILLE, 180101 <br> KAMPUCHEA (CAMBODIA) |
| **2.3696** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 <br><br> YIYING FU <br> ADDRESS ON FILE |
| **2.3697** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PONY VILLAGE MALL STORE LEASE <br><br> YOO JIN LODGING, INC. <br> 1611 VIRGINIA AVENUE, SUITE 201 <br> PO BOX 503 <br> NORTH BEND, OR 97459 |
| **2.3698** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICE AGREEMENT  - C324443 - DATED 04/12/2022 <br><br> YORK DESIGN HOUSE PTY LTD <br> 26 ROGER  STREET <br> NSW <br> BROOKVALE, 2100 <br> AUSTRALIA |
| **2.3699** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOUTH YORK CROSSING STORE LEASE <br><br> YORK VALUE CENTER LIMITED PARTNERSHIP <br> C/O MACKENZIE MANAGEMENT <br> 2328 WEST JOPPA RD., SUITE 200 <br> LUTHERVILLE, MD 21093 |
| **2.3700** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2019 <br><br> YORK WALLCOVERINGS <br> 750 LINDEN AVENUE <br> YORK, PA 17404 |
| **2.3701** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | YOSEMITE PARK MALL STORE LEASE <br><br> YOSEMITE PARK SHOPPING CENTER 05 A, L.L.C. <br> C/O ACF PROPERTY MANAGEMENT <br> 12411 VENTURA BLVD. <br> STUDIO CITY, CA 91604 |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.3702 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/31/2019 <br><br> YOTTAA INC <br> PO BOX 392780 <br> PITTSBURGH, PA 15251 |
| 2.3703 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE SERVICE AGREEMENT DATED 01/30/2024 <br><br> YOTTAA INC <br> PO BOX 392780 <br> PITTSBURGH, PA 15251 |
| 2.3704 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FREIGHT SERVICES AGREEMENT DATED 01/31/2019 <br><br> YRC INC <br> DBA YRC FREIGHT <br> PO BOX 93151 <br> CHICAGO, IL 60673 |
| 2.3705 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RALEY&APOS;S CENTER STORE LEASE <br><br> YUBA RALEY'S 2003 LLC <br> C/O RAY STONE INC. <br> ATTN: J. TODD STONE <br> SACRAMENTO, CA 95825 |
| 2.3706 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C304638 - DATED 06/20/2018 <br><br> YUNKER INDUSTRIES INC <br> ATTN: ACCOUNTS RECEIVABLE <br> 310 O'CONNOR DR., PO BX 917 <br> ELKHORN, WI 53121 |
| 2.3707 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 02/24/2023 <br><br> YUNKER INDUSTRIES INC <br> ATTN: ACCOUNTS RECEIVABLE <br> 310 O'CONNOR DR., PO BX 917 <br> ELKHORN, WI 53121 |
| 2.3708 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT  - C142877 - DATED 06/20/2018 <br><br> YUNKER INDUSTRIES INC INSTALL <br> ATTN: ACCOUNTS RECEIVABLE <br> 310 O'CONNOR DR., PO BOX 917 <br> ELKHORN, WI 53121 |

Debtor    Jo-Ann Stores, LLC _____    Case number (If known): 25-10072 _____
        Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 09/01/2024 | YUNUS TEXTILE MILL PVT LTD<br>H-23/1 LANDHI INDUSTRIAL AREA<br>KARACHI<br>SINDH, 75120<br>PAKISTAN |
| **2.3710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | YVONNE BARTLETT<br>ADDRESS ON FILE |
| **2.3711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETENTION BONUS AGREEMENT DATED 07/31/2024 | ZACH MAZUR<br>ADDRESS ON FILE |
| **2.3712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVERANCE AGREEMENTS DATED 09/13/2023 | ZACHARY AGOSTINE<br>ADDRESS ON FILE |
| **2.3713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ZANE PLAZA STORE LEASE | ZANE PLAZA LLC<br>C/O CREST COMMERCIAL REALTY INC.<br>6601 CENTERVILLE BUSINESS PKWY., SUITE 150<br>DAYTON, OH 45459 |
| **2.3714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTCHESTER COMMONS STORE LEASE | ZAREMBA METROPOLITAN MIDLOTHIAN, LLC<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>801 GRAND AVENUE<br>DES MOINES, IA 50392-1370 |
| **2.3715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/19/2022 | ZAVTEK INC<br>9471 SUTTON PLACE<br>WEST CHESTER, OH 45011 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3716 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT - C280451 - DATED 01/20/2015 | ZAVTEK INC<br>9471 SUTTON PLACE<br>WEST CHESTER, OH 45011 |
| 2.3717 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 09/04/2024 | ZAVTEK INC<br>9471 SUTTON PLACE<br>WEST CHESTER, OH 45011 |
| 2.3718 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/31/2022 | ZEBRA TECHNOLOGIES INTL LLC<br>3 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069 |
| 2.3719 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 12/31/2024 | ZEBRA TECHNOLOGIES INTL LLC<br>3 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069 |
| 2.3720 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/01/2025 | ZEBRA TECHNOLOGIES INTL LLC<br>3 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069 |
| 2.3721 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 12/23/2024 | ZEBRA TECHNOLOGIES INTL LLC<br>3 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069 |
| 2.3722 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EAST TOWN PLAZA STORE LEASE | ZEIER TOV LLC<br>P.O. BOX 190435<br>ATTN: JEFF KAISER<br>BROOKLYN, NY 11219 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3723** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/27/2023<br><br>ZENATTA CONSULTING INC<br>11 ROSY FINCH LANE<br>ALISO VIEJO, CA 92656 |
| **2.3724** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 12/11/2023<br><br>ZENG HSING INDUSTRIAL CO., LTD.<br>NO. 78 YONG CHEN RD<br>TAICHUNG, 411025<br>TAIWAN |
| **2.3725** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NEWINGTON PARK STORE LEASE<br><br>ZERO WEST PARK REALTY TRUST<br>C/O TORRINGTON PROPERTIES, INC.<br>60 K STREET, SUITE 302<br>SOUTH BOSTON, MA 02127 |
| **2.3726** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/08/2024<br><br>ZEST GARDEN LIMITED<br>NO. 506 SHIDA RD<br>190<br>DONGGUAN CITY, 523822<br>CHINA |
| **2.3727** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 07/01/2023<br><br>ZHANGJIAGANG FREE TRADE ZONE<br>MAYWOOD TEXTILE CO LTD<br>FLAT 908, BLDNG 3, DONGFANG XIN TIAN DI 2, BAIZIGANG RD<br>ZHANGJIAGANG, 214199<br>CHINA |
| **2.3728** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2024<br><br>ZHUHAI ZE YUAN CRAFT FLORAL<br>DOUMEN TOWN, DOUMEN DISTRICT<br>#9 DOUMEN PARKWAY<br>ZHUHAI,<br>CHINA |
| **2.3729** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER VENDOR AGREEMENT DATED 04/01/2024<br><br>ZIBO ZHAOHAI LIGHT INDUSTRIAL PRODUCTS CO LTD<br>112, WANJIE ROAD, ZIBO DEVP. ZONE<br>SHANDONG<br>ZIBO, 255086<br>CHINA |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3730** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/01/2025 | ZIM INTEGRATED SHIPPING SERV LTD 5405 GARDEN GROVE BLVD #100 WESTMINSTER, CA 92683 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3731** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/01/2024 | ZIM INTEGRATED SHIPPING SERV LTD 5405 GARDEN GROVE BLVD #100 WESTMINSTER, CA 92683 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3732** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C315092 - DATED 05/01/2018 | ZIM INTEGRATED SHIPPING SERV LTD 5405 GARDEN GROVE BLVD #100 WESTMINSTER, CA 92683 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3733** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C327175 - DATED 12/01/2023 | ZOE PERSICO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3734** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT  - C304239 - DATED 06/13/2017 | ZOHO CORPORATION PO BOX  894926 LOS ANGELES, CA 90189-4926 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3735** | State what the contract or lease is for and the nature of the debtor's interest | SOUTHCENTER PARKWAY STORE LEASE | ZOLO, LLC 2617 2ND AVENUE, STE B SEATTLE, WA 98121-1211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3736** | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT PURCHASE AGREEMENT DATED 02/16/2023 | ZONES PO BOX  34740 SEATTLE, WA 98124-1740 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3737** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - C225615 - DATED 11/01/2013 |
| State the term remaining | ZONES PO BOX 34740 SEATTLE, WA 98124-1740 |
| List the contract number of any government contract | |
| **2.3738** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICE AGREEMENT DATED 02/20/2024 |
| State the term remaining | ZONES PO BOX 34740 SEATTLE, WA 98124-1740 |
| List the contract number of any government contract | |
| **2.3739** State what the contract or lease is for and the nature of the debtor's interest | CROSS POINTE PLAZA STORE LEASE |
| State the term remaining | ZRP CROSSPOINTE PLAZA LLC C/O ZIFF PROPERTIES, INC. 210 WINGO WAY, SUITE 400 MOUNT PLEASANT, SC 29464 |
| List the contract number of any government contract | |
| **2.3740** State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT DATED 02/03/2020 |
| State the term remaining | ZUCKER FEATHER PRODUCTS 28419 HWY 87 CALIFORNIA, MO 65018 |
| List the contract number of any government contract | |
| **2.3741** State what the contract or lease is for and the nature of the debtor's interest | LETTER OF CREDIT #64027601 |
| State the term remaining | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL 60196 |
| List the contract number of any government contract | |
| State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | Jo-Ann Stores, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-10072 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Creative Tech Solutions LLC | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Creative Tech Solutions LLC | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Creative Tech Solutions LLC | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Creativebug, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Creativebug, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Creativebug, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Jo-Ann Stores, LLC | Case number (If known): | 25-10072 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|--|--------------------|--|-------------------|--|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Dittopatterns LLC | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.8 | Dittopatterns LLC | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.9 | Dittopatterns LLC | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.10 | JAS Aviation, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | JAS Aviation, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.12 | JAS Aviation, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.13 | JOANN Ditto Holdings Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | JOANN Ditto Holdings Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |

| Debtor | Jo-Ann Stores, LLC | | Case number (If known): | 25-10072 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | JOANN Ditto Holdings Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.16 | JOANN Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | JOANN Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.18 | JOANN Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.19 | Jo-Ann Stores Support Center, Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | Jo-Ann Stores Support Center, Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.21 | Jo-Ann Stores Support Center, Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.22 | joann.com, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Jo-Ann Stores, LLC | | Case number (If known): | 25-10072 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | joann.com, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.24 | joann.com, LLC | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.25 | Needle Holdings LLC | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | Needle Holdings LLC | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.27 | Needle Holdings LLC | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.28 | WeaveUp, Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | 1903P LOAN AGENT, LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | WeaveUp, Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.30 | WeaveUp, Inc. | 5555 DARROW ROAD HUDSON, OH 44236 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |

Debtor  Jo-Ann Stores, LLC
Name

Case number (If known):  25-10072

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | | | | ☐ D ☐ E/F ☐ G |
| 2.32 | | | | ☐ D ☐ E/F ☐ G |
| 2.33 | | | | ☐ D ☐ E/F ☐ G |
| 2.34 | | | | ☐ D ☐ E/F ☐ G |
| 2.35 | | | | ☐ D ☐ E/F ☐ G |
| 2.36 | | | | ☐ D ☐ E/F ☐ G |
| 2.37 | | | | ☐ D ☐ E/F ☐ G |
| 2.38 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Jo-Ann Stores, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-10072

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/11/2025
MM / DD / YYYY

**X** /s/ Jeff Dwyer
Signature of individual signing on behalf of debtor

Jeff Dwyer
Printed name

Interim Chief Financial Officer
Position or relationship to debtor