## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ELISE S. FREJKA, CIPP/US,
IN SUPPORT OF THE MOTION OF DEBTORS FOR ENTRY OF AN
ORDER (I) APPROVING BIDDING PROCEDURES, (II) SCHEDULING CERTAIN
DATES AND DEADLINES WITH RESPECT THERETO, (III) APPROVING THE
FORM AND MANNER OF NOTICE THEREOF, (IV) APPROVING THE STALKING
HORSE AGREEMENT, (V) ESTABLISHING NOTICE AND PROCEDURES FOR THE
ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, (VI) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF ASSUMED CONTRACTS AND LEASES,
(VII) APPROVING THE SALE OF ASSETS, AND (VIII) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Elise S. Frejka, CIPP/US, hereby declare as follows under penalty of perjury:

1.      I am a licensed attorney, member at the law firm Frejka PLLC, and special counsel to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>" or the "<u>Company</u>").  I have been practicing law since 1990, after graduating, *cum laude*, from New York Law School where I was awarded the James P. Kibbey Award for Excellence in Commercial Law.  My practice is almost exclusively in the area of bankruptcy and bankruptcy litigation.  I am admitted to practice before the courts of the State of New York, the Supreme Court of the United

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

States, the Second and Federal Circuit Courts of Appeal, and the Southern, Eastern, and Northern Districts of New York.

2.        Following my judicial clerkship for the Honorable Prudence Carter Beatty, United States Bankruptcy Judge, Southern District of New York (Retired), I spent the next two decades working in the bankruptcy and restructuring departments of major law firms including Kramer Levin Naftalis & Frankel LLP (Special Counsel, 2009–2015), Dechert LLP, as successor to Swidler Berlin Shereff Friedman LLP (Associate, 1999–2009), Togut Segal & Segal LLP (Associate, 1998–1999), and Curtis Mallet-Prevost, Colt & Mosle LLP (Associate, 1994–1998). In March 2015, I left big law and founded Frejka PLLC.

3.        I am a Certified Information Privacy Professional (CIPP/US) credentialed by the International Association of Privacy Professionals and have been appointed the consumer privacy ombudsman by the United States Trustee Program in *In re Oberweis Dairy, Inc.*, No. 24-05385 (DDC) (Bankr. N.D. Ill. Apr. 12, 2024); *In re Endo Int'l plc*, No. 22-22549 (JLG) (Bankr. S.D.N.Y. Aug. 16, 2022); *In re Fred's Inc.*, No. 19-11984 (CSS) (Bankr. D. Del. Sept. 9, 2019); *In re uBiome, Inc.*, No. 19-11938 (LSS) (Bankr. D. Del. Sept. 4, 2019); *In re Insys Therapeutics, Inc.*, No. 19-11292 (JTD) (Bankr. D. Del. June 10, 2019); *In re Ditech Holding Corp.* No. 19-10412 (JLG) (Bankr. S.D.N.Y. Feb. 11, 2019); *In re Sears Holdings Corp.*, No. 18-23538 (RDD) (Bankr. S.D.N.Y. Oct. 15, 2018); *In re Hooper Holmes, Inc.*, No. 18-23302 (RDD) (Bankr. S.D.N.Y. Aug. 27, 2018); *In re Wall Street Languages Ltd.*, No. 18-11581 (SHL) (Bankr. S.D.N.Y. May 24, 2018); *In re Avaago, Inc.*, No. 17-12926 (MKV) (Bankr. S.D.N.Y. Oct. 19, 2017); *In re Toys "R" Us, Inc.*, No. 17-34665 (KLP) (Bankr. E.D. Va. Sept. 18, 2017); *In re Bristlecone, Inc.*, No. 17-50472 (BTB) (Bankr. D. Nev. Apr. 18, 2017); *In re Marbles Holdings LLC*, No. 17-03309 (TAB) (Bankr. N.D. Ill. Feb. 3, 2017); *In re The Wet Seal, LLC*, No. 17-10229 (CSS)

(Bankr. D. Del. Feb. 2, 2017); *In re VoicePulse, Inc.*, No. 16-25075 (MBK) (Bankr. D.N.J. Aug. 5, 2016); *In re SFX Entm't, Inc.*, No. 16-10238 (MFW) (Bankr. D. Del. Feb. 1, 2016); *In re The Great Atlantic & Pacific Tea Co., Inc.*, No. 15-23007 (RDD) (Bankr. S.D.N.Y. July 19, 2015); *In re Health Diagnostic Laboratory, Inc.*, No. 15-32919 (KRH) (Bankr. E.D. Va. June 7, 2015); and *In re RadioShack Corp.*, No. 15-10197 (BLS) (Bankr. D. Del. Feb. 5, 2015). I was special counsel to the debtors and filed declarations in support of proposed sale processes in *In re Vyaire Med., Inc.*, No. 24-11217 (BLS) (Bankr. D. Del. June 9, 2024) [Docket No. 403]; *In re PGX Holdings, Inc.*, No. 23-10718 (CTG) (Bankr. D. Del. June 4, 2023) [Docket No. 68], *In re Express, Inc.*, No. 24-10831 (KBO) (Bankr. D. Del. Apr. 22, 2024) [Docket No. 128], *In re Le Tote, Inc.*, No. 20-33332 (KLP) (Bankr. E.D. Va. Feb. 17, 2020) [Docket No. 27], *In re Rite Aid Corp.*, No. 23-18993 (MBK) (Bankr. D.N.J. Oct. 16, 2023) [Docket No. 34], *In re Bed Bath & Beyond Inc.*, No. 23-13359 (VFP) (Bankr. D.N.J. Apr. 23, 2023) [Docket No. 29], *In re Pier 1 Imports, Inc.*, No. 20-30805 (KRH) (Bankr. E.D. Va. Feb. 17, 2020) [Docket No. 36], and *In re Destination Maternity Corp.*, No. 19-12256 (BLS) (Bankr. D. Del. Oct. 25, 2019) [Docket No. 107]. In addition, while at Kramer Levin Naftalis & Frankel LLP, I represented the purchaser of the ecommerce business and customer data in *In re Circuit City Stores, Inc.*, No. 08-35653 (KRH) (Bankr. E.D. Va. Nov. 11, 2008) and actively participated in the consumer privacy ombudsman process.

4.      I am a member of numerous professional associations, including the International Association of Privacy Professionals, American Bankruptcy Institute, International Women's Insolvency & Restructuring Confederation, Turnaround Management Association, and the National Association of Legal Fee Analysis. In addition, I have served as a presenter or panelist on consumer privacy issues at numerous conferences and seminars. Finally, for the past eight

years I have been a guest lecturer at New York University School of Continuing and Professional Studies for the Bankruptcy, Workout and Reorganizations class where I frequently lecture on the intersection of privacy and bankruptcy.

5.     I submit this declaration (the "Declaration") in support of the *Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect thereto, (III) Approving the Form and Manner of Notice thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief* [Docket No. 17] (the "Motion").[2] Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge and independent investigation, store visits, the review of relevant Company policies, website caches of the Debtors' ecommerce sites available on the "waybackmachine" at www.archive.org, other information prepared by me or collected for me by the Debtors' employees, and my conversations with the Debtors' counsel or other advisors.

6.     As part of the due diligence process, I personally tested the Company's data processing practices by (a) creating an account at http://www.joann.com and https//creativebug.com;[3] (b) consenting to receive electronic marketing materials from JOANN and Creativebug; (c) visiting, or having someone at my direction visit, the JOANN stores located at (i) 1385 Ulster Avenue, Kingston, New York 12401; (ii) 2600 South Road, Poughkeepsie, New York 12601; and (iii) 11945 SW Pacific Highway, Tigard, OR 97223; (d) revoking my consent to

---

[2]    Capitalized terms used but not defined herein have the meanings given to such terms in the Motion, as applicable.

[3]    I commenced a free trial with Creativebug for the sole purpose of interacting with the website but did not take advantage of any classes or learning opportunities as I am not crafty.

receive marketing materials and modifying the frequency of my electronic marketing communications from JOANN to confirm how the Company processes opt-out requests; and (e) meticulously scrutinizing and interacting with www.joann.com and www.creativebug.com, to understand how the privacy policies of the Debtors (the "JOANN Privacy Policy" and the "Creativebug Privacy Policy," each a "Privacy Policy" and, collectively, the "Privacy Policies"), attached hereto as **Exhibit A** and **Exhibit B**, are incorporated into the Company's data collection and use from the consumer perspective.

7.     If I were called to testify as a witness, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents, or opinion. I am authorized to submit this declaration on behalf of the Debtors.

## The Debtors' Privacy Policies and Data Processing

8.     As described in the First Day Declaration, the Company's core business is currently comprised of three product segments: (a) Sewing; (b) Arts and Crafts and Home Décor; and (c) Additional Non-Merchandise Services.  As is relevant herein, JOANN's products are available to consumers online at www.JOANN.com or in one of the Company's brick-and-mortar stores; and non-merchandise services are available to consumers through a subscription service online at www.creativebug.com.  Both JOANN and Creativebug have an online presence and maintain e-commerce websites at JOANN.com and Creativebug.com (collectively, the "Websites"), respectively.  The collection, use, and sharing of personal information is governed by a privacy policy.  JOANN has had a privacy policy since March 2006, and Creativebug has had a privacy policy since July 15, 2014[4].

---

[4]     I limited my review of the historical Creativebug Privacy Policies to the policies in effect on and after it became a division of the Company in 2017 even though the Privacy Policy in effect at that time was effective as of July 15, 2014.

9.      Since its first iteration in March 2006, when the Company adopted the now common practice of permitting the transfer of personally identifiable information[5] ("Personally Identifiable Information") to an unaffiliated third-party as part of a larger business transaction, any consumer who voluntarily provided the Company with Personally Identifiable Information has affirmatively consented, or opted-in,[6] to the collection and use of Personally Identifiable Information, the transfer of such Personally Identifiable Information as part of a business transaction, and to look to the Company's Website(s) to determine whether there has been a change to the Privacy Policy or the Company's use and disclosure of Personally Identifiable Information. As such, if a consumer originally provided the Company with Personally Identifiable Information in 2006, for example, and continued to access the Websites and engage in transactions with the Company in 2025, such consumer has been deemed to consent to the current Privacy Policies which permits the sale of Personally Identifiable Information as part of a corporate transaction.

10.     Historically, the Company maintained separate, but similar, privacy policies for JOANN and Creativebug.  Over the years, the Privacy Policies have evolved to comply with changes in the law and data processing best practices, but every iteration since March 2006 permits Personally Identifiable Information to be shared with unaffiliated third parties as part of a business transaction.  Notwithstanding this broad grant of authority, any purchaser of Personally Identifiable Information of the Company must assume the rights and obligations regarding the use and disclosure of Personally Identifiable Information as described in the relevant Privacy Policy.[7]

---

[5]     Section 101(41A) of the Bankruptcy Code defines "personally identifiable information" as an individual's name, residence address, email address, telephone number, social security number, or credit card number, as well as an individual's birth date or other information that, if associated with the information described previously, would permit the identification or contacting of the individual.  11 U.S.C. § 101(41A).

[6]     "Opt-in" consent requires affirmative steps by a consumer to allow the collection and/or use of information; "Opt-out" consent requires affirmative steps to prevent the collection and/or use of information.

[7]     This should not be construed as a limitation to the Sale of Personally Identifiable Information as both the JOANN

11.    All iterations of the JOANN Privacy Policy since March 2006 have contemplated that Personally Identifiable Information would be shared with third parties as part of a corporate transaction with an unaffiliated third-party:

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| March 2006[8] | If our company or our assets are acquired by another company, that company will possess the Personal Information collected by us and it will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to occasional revision, and if we make any substantial changes to it, we will post an alert on this page. If you object to any such changes, you must cease using our Website. Continued use of our Website following notice of any such changes shall indicate your acknowledgement of such changes and agreement to be bound by the terms and conditions of such changes. |
| April 2008[9] | If our company or our assets are sold to an unrelated company, that unrelated company will possess the Personal Information collected by us, and it will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to occasional revision, and if we make any substantial changes to it, we will post an alert on this page. If you object to any such changes, you must cease using our Web site. Continued use of our Web site following notice of any such changes shall indicate your acknowledgement of such changes and agreement to be bound by the terms and conditions of such changes. |

---

Privacy Policy and the Creativebug Privacy Policy contain standard language for the use and disclosure of Personally Identifiable Information and have been modified primarily to capture advancements in technology, the introduction of state data protection laws, consumer preferences.  In addition, it is now common to have a single privacy policy applicable to all avenues of consumer interaction and the JOANN Privacy Policy shows that evolution as first it was only applicable to the Website, then it applied to the Website and mobile applications, and now it applies to every interaction with JOANN.

[8]    A copy of the March 2006 Privacy Policy is attached hereto as Exhibit C.  Because this policy was not available on the "Waybackmachine," it was obtained from the Company.

[9]    JOANN, http://web.archive.org/web/20120125102030/http://www.joann.com/privacypolicy/ (last visited Feb. 5, 2025).

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| April 2012[10] | If our company or our assets are sold to an unrelated company, that unrelated company will possess the Personal Information collected by us, and it will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must cease using our web site. Continued use of our web site following any changes will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy as revised. |
| June 2012[11] | We may also use and disclose Personal Information in connection with a contemplated reorganization or reorganization of our business, in connection with financing or a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to assess whether to proceed with a transaction. If the sale proceeds, the purchaser will be entitled to use and disclose the Personal Information collected by us, and it will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must cease using our web site. **Continued use of our web site** following any changes will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy as revised. |

---

[10]    JOANN, http://web.archive.org/web/20120501075037/http://www.joann.com/privacypolicy/ (last visited Feb. 5, 2025).

[11]    JOANN, http://web.archive.org/web/20120720090821/http://www.joann.com:80/privacypolicy/ (last visited Feb. 5, 2025).

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| December 2013[12] | We may also use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our retail stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |
| February 2014[13] | We may also use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our retail stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |

---

[12]    JOANN, https://web.archive.org/web/20140122064851/http://www.joann.com/privacy-policy.html (last visited Feb. 5, 2025).

[13]    JOANN, https://web.archive.org/web/20140222015930/http://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| July 2014[14] | We may also use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. **Your continued use of our web site, or your continued business with us at our retail stores**, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |
| September 2015[15] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. **Your continued use of our web site, or your continued business with us at our retail stores**, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |

---

[14]    JOANN,    http://web.archive.org/web/20140728084518/http://www.joann.com:80/privacy-policy.html    (last visited Feb. 5, 2025).

[15]    JOANN, https://web.archive.org/web/20151014205220/http://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| October 2016[16] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised |
| January 2018[17] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |

---

[16]    JOANN, https://web.archive.org/web/20161222073541/http://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

[17]    JOANN, https://web.archive.org/web/20180228144514/http://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| August 2019[18] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |
| May 2021[19] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |

---

[18]    JOANN, https://web.archive.org/web/20190905001338/http://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

[19]    JOANN, https://web.archive.org/web/20210913211404/http://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Policy |
|---|---|---|
| February 2023[20] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. | This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised. |

12.    All iterations of the Creativebug Privacy Policy since the Company acquired[21] Creativebug in 2017 have contemplated that Personally Identifiable Information would be shared with third parties as part of a corporate transaction with an unaffiliated third-party:

| Effective Date | Sharing of Personal Information | Changes to Privacy Policy |
|---|---|---|
| July 15, 2014[22] | We may transfer part of all of your information in the case of a merger, acquisition, bankruptcy, or other sale of all or a portion of our assets or stock. | This Privacy Policy is updated as of July 15, 2014. We reserve the right to modify the terms of this Privacy Policy at any time and in our sole discretion, as described above. YOUR CONTINUED USE OF THE SITE AFTER WE CHANGE OUR PRIVACY POLICY WILL CONSTITUTE BINDING ACCEPTANCE OF THOSE CHANGES AS SET FORTH ABOVE. |

---

[20]    JOANN, https://www.joann.com/privacy-policy.html (last visited Feb. 6, 2025).

[21]    The acquisition of Creativebug by the Company, an unaffiliated third party, was expressly permitted by the July 15, 2014 privacy policy.

[22]    Creativebug,      http://web.archive.org/web/20170420140745/https://www.creativebug.com/site/privacy-policy (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Privacy Policy |
|---|---|---|
| August 2017[23] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. We may transfer part or all of your Personal Information in the case of a merger, acquisition, bankruptcy, or other sale of all or a portion of our assets or stock. | This Privacy Policy is subject to revision and changes at any time in our sole discretion. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, will indicate your acknowledgment of the changes and agreement to be bound by the provisions of this Privacy Policy, as revised. |

---

[23] Creativebug, http://web.archive.org/web/20181023131040/https://www.creativebug.com/site/privacy-policy (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Privacy Policy |
|---|---|---|
| October 2024[24] | We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. We may transfer part or all of your Personal Information in the case of a merger, acquisition, bankruptcy, or other sale of all or a portion of our assets or stock. | This Privacy Policy is subject to revision and changes at any time in our sole discretion. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site will indicate your acknowledgment of the changes and agreement to be bound by the provisions of this Privacy Policy, as revised. |

---

[24] Creativebug, https://web.archive.org/web/20240306193350/https://www.creativebug.com/site/privacy-policy (last visited Feb. 6, 2025).

| Effective Date | Sharing of Personal Information | Changes to Privacy Policy |
|---|---|---|
| December 2024[25] | We may use and disclose Personal Information in connection with a contemplated or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. We may transfer part or all of your Personal Information in the case of a merger, acquisition, bankruptcy, or other sale of all or a portion of our assets or membership interests. | This Privacy Policy is subject to revision and changes at any time in our sole discretion. If you object to any changes, you must stop doing business with us, including business on our website. Your continued use of our website will indicate your acknowledgment of the changes and agreement to be bound by the provisions of this Privacy Policy, as revised. |

**Transfer of Personally Identifiable Information is Permissible**

13.    Section 332 of the Bankruptcy Code requires the appointment of a consumer privacy ombudsman (an "Ombudsman") only when a debtor seeks to sell or transfer Personally Identifiable Information in contravention of the debtor's privacy policy with respect to the transfer of such Personally Identifiable Information.  *See* 11 U.S.C. § 363 (b)(1)(A).

14.    Based upon my investigation of the facts and circumstances surrounding the Company's collection and processing of Personally Identifiable Information, consumers[26]

---

[25]    Creativebug, https://www.creativebug.com/site/privacy-policy (last visited Feb. 5, 2025).

[26]    The Company will need to focus on any limitations imposed on the sale or transfer of Personally Identifiable Information by the European Union (EU) General Data Protection Regulation (2016/679), the UK Data Protection Act of 2018, the California Consumer Privacy Act of 2018 ("CCPA") (Cal. Civ. Code §§ 1798.100-1798.199) and other state data protection laws once a buyer is identified but this is not a basis to appoint a consumer privacy ombudsman.  While the Company does not intentionally collect Personally Identifiable Information from

affirmatively consent to the transfer of their Personally Identifiable Information as part of a sale when they (a) register and set up an account on either of the Websites; (b) order or purchase products both online and in store; (c) agree to receive marketing and other emails or SMS texts; (d) enroll in one of the preferred customer programs; (d) engage with the Company on social media; or (e) otherwise continue to interface with the Company.[27]   As such, I do not believe the appointment of a consumer privacy ombudsman is necessary or required to effectuate a transfer of the Company's customer data to an unaffiliated third-party provided that the Company complies with state data protection laws regarding any such transfer and any purchaser agrees to be bound by the Company's Privacy Policies.

---

residents of the United Kingdom or the European Union, consumers visiting from those countries may have signed up while in the United States.  All international orders and shipments are handled by the Company's global e-commerce partner, eSW, and that privacy policy governs those transactions.

[27]   The landing page for www.JOANN.com has a popup that reminds consumers that continuing to browse and interact with the Website is an acknowledgment that the user has reviewed and agreed to the JOANN Privacy Policy.  Further, each email and SMS Text that I received contained an unsubscribe link and further instructions for limiting or opting out of marketing.  Other methods of having Personally Identifiable Information removed are clearly outlined in the Privacy Policies.  Because Creativebug is a subscription-based service, there is limited ability to interact without an account and payment plan and therefore it is presumed that by continuing your subscription your interactions with the Company are intentional.

* * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Executed this 12th day of February, 2025

*/s/ Elise S. Frejka*
Elise S. Frejka

**<u>Exhibit A</u>**

**Privacy Policy – JOANN**



# PRIVACY POLICY

At JOANN, your trust and satisfaction is a priority. We know that your privacy is important, and that is why we take care to safeguard the confidentiality of your information. This Privacy Policy is intended to inform you of our policies and practices regarding our use and disclosure of the information that you submit to us, and the information that we collect from you on our web site, our mobile applications, and in our retail stores.

Whenever we use the words "we" or "us" or "JOANN," we are referring to Jo-Ann Stores LLC, (doing business as JOANN), and to the affiliates and parent companies of Jo-Ann Stores, LLC, including Joann.com, LLC, which is a wholly owned subsidiary of Jo-Ann Stores, LLC. Whenever we use the words "our web site," we are referring to https://www.joann.com and to our mobile application(s) ("app").

International orders and shipments outside of the United States are managed by our global e-commerce partner, eSW. For all international orders, please refer to eSW's Privacy Policy for additional information.

This Privacy Policy is divided into the following sections:

definitions

Consent and Requests to Know, Correct, Opt Out and Delete

How We Collect Personal Information

How We Use Personal Information

Our Disclosure of Your Personal Information

Advertising

Social Network Widgets; External Ad Blocking

Mobile Applications

How You Can Stop Receiving Communications

Information from children under 13

Links to Other Web Sites

Security

California Privacy Rights

Questions about this Privacy Policy

Right to Appeal for Virginia Residents

Revisions to the Privacy Policy

## 1.Definitions

"De-identified Information" means information that is no longer associated with you, or linked to your Personal Information (as defined below). De-identified Information does not refer to the identities of individual persons.

"Cookies" are small pieces of information that a web site, including our web site, sends to your computer or to your mobile device while you are viewing a web site. We use both session cookies (which expire after you close your web browser) and persistent cookies (which stay on your computer until you delete them) to provide you with a more personalized and interactive experience on our web site. Persistent Cookies can be removed by following your Internet browser help file directions. If you choose to disable cookies, some areas of our web site may not work properly.

An "Internet protocol address" or "IP Address" is a number that is automatically assigned to your computer, tablet or other device when you use the Internet / world wide web. In some cases, your IP Address stays the same from browser session to browser session, but if you use a consumer internet service provider, your IP Address probably varies from session to session. We track IP Addresses in conjunction with session Cookies to analyze our web page traffic flow and also to identify location of the computer.

Personal Information is information about you that is linked to you as an individual, such as your name, postal address, email address, social media identifier (eg, @janedoe; crafty_janedoe), phone number, full credit card number and expiration date. , account username and log-in password to our web site. Personal Information does not include technical information such as unique device identifiers, randomly assigned unique identifiers in cookies, mobile device name or identifier, or IP addresses, unless that technical information is linked to you personally as an identifiable individual by associating the technical information with other Personal Information.

As detailed below, we and our business partners obtain and keep Personal Information when you send us an email, order or purchase product in our stores or on our web site, sign up for one of our preferred customer programs, VIP program, text messaging ( SMS) program or other various programs, supply information to our Career Center, or communicate with us.

<u>Back to top</u>

## 2. Consent and Requests to Know, Correct, Opt Out and Delete

Our web site is maintained in the state of Ohio in the United States, and by submitting your Personal Information to us, either on our web site, in our stores, or by other means, you agree to the collection and storage of your Personal Information in the United States.

When you submit Personal Information and De-identified Information to us, either through our web site, in our stores, or by other avenues, it means that you have agreed to this Privacy Policy, and that you expressly consent to the use of your Personal Information in the United States, according to this Privacy Policy.

Please note that your Personal Information may be used by JOANN in the country where it was collected, as well as in the United States, where laws regarding the use of Personal Information may be less strict than the laws in your country.

JOANN has established a privacy portal that allows you to request that JOANN take one or more of the following actions: (a) that JOANN disclose to you the Personal Information about you that we collect; (b) that JOANN corrects inaccuracies in your Personal Information; (c) that JOANN opt you out of the processing of your Personal Information for targeted advertising and sale; and (d) that JOANN delete your Personal Information. To make a request, please provide the information requested on JOANN's submission form, which you can find by <u>clicking here.</u>

Back to top

### 3. How We Collect Personal Information

The Personal Information that we gather from you helps us learn about our customers and our potential customers. We use this Personal Information to better tailor the features, performance and support of our products, services, stores and web site, and to offer you additional information, if you have consented to receive it.

We (and our business partners, on our behalf) collect and keep Personal Information that you submit to us voluntarily to our web site, through our mobile apps, through any other means, such as social media (eg Facebook, Instagram) or other social or sharing platforms or technology, now known or hereafter developed, and to our customer service center; in our stores, through so-called "beacon" and other technology, or when you are purchasing product or enrolling in classes; and through third party websites or emails, in the following ways:

### Category: Account information; credit card information; shipping and billing address; telephone number; email address

• When you register and set up an account on our web site, we collect your name, password, email address and telephone number.

This information is collected from You and is used by JOANN to maintain your account on our website. This information is disclosed to: Your name, telephone number and email address is disclosed to our service provider that maintains our customer database.

• When you order or purchase product on our web site, we collect your name, email address, postal address (shipping address and billing address), telephone number(s), and credit card information (number, type of card [Visa, MasterCard] ] , etc.] and expiration date).

This information is collected from You and is used by JOANN to process your order and to send you the merchandise that you have purchased.

This information is disclosed to: Credit card information is disclosed to the issuer of the credit card and the credit card payment processor, and the postal address is disclosed to the service provider or merchant that will ship the merchandise to you.

• When you order or purchase product in our stores, we may collect some or all of the following information, depending on what you buy, and how you pay for the merchandise: name, email address, postal address (shipping address and billing address) , telephone number(s), and credit card information (number, type of card [Visa, MasterCard, etc.] and expiration date).

 This information is collected from You and is used by JOANN to process your order and send you the merchandise that you have purchased. Your email address is used to send marketing emails to you.

This information is disclosed to: Credit card information is disclosed to the issuer of the credit card and the credit card payment processor, and the postal address is disclosed to the service provider or merchant that will ship the merchandise to you. Your email address is disclosed to: our service provider that maintains our customer database and other service providers that conduct marketing on our behalf.

•When you sign up to receive emails, or when you sign up for one of our preferred customer or reward (smiles) programs (in our stores, on our web site or on our app, on other web sites, or in response to email advertisements), we collect your email address, your postal address, your phone number, and your purchase history. We also collect and ask for information, such as birth month, hobbies and interests. We use this information to provide you with relevant offers and discounts.

This information is collected from You. Your email address is used to send marketing emails to you. Your postal address is used to send marketing brochures to You.

This information is disclosed to: Your email address is disclosed to our service provider that maintains our customer database and other service providers that conduct marketing on our behalf. Your postal address is disclosed to our service provider that sends out marketing brochures.

• When you order or purchase merchandise on our web site for delivery to other people (gift recipients), we collect your name, the recipient's name, your email address, the recipient's email address, your personalized email message to the recipient, your billing address, the recipient's postal (shipping) address, your telephone number(s), the recipient's telephone number(s), and your credit card information (number, type of card [Visa, MasterCard, etc.] and expiration date).

This information is collected from You and is used by JOANN to process the order and to send the merchandise to the recipient. Your email address is used to send marketing emails to you. o This information is disclosed to: Credit card information is disclosed to the issuer of the credit card and the credit card payment processor, and the postal address is disclosed to the service provider or merchant that will ship the merchandise to you or to the gift recipient. Your email address is disclosed to: our service provider that maintains our customer database and other service providers that conduct marketing on our behalf. o When you contact us by email, we collect your name, email address, and any other information contained in the email that you send us.

This information is collected from You. Your email address is used to send marketing emails to you.

This information is disclosed to: sharing depends on the issue for which you contacted us. For example, if you contacted us about an incomplete order, we will share your shipping address with our service provider or merchant that will ship the merchandise to you. o When you enter a sweepstakes, we collect your name, postal address, country, email address and any other information required to enter the sweepstakes.

This information is collected from You. Your email address is used to send marketing emails to you if you have requested them. The other information is used in the conduct of the sweepstakes

This information is disclosed to: Your information may be disclosed to the organization that provided the prize(s) for the sweepstakes.

•When you use our Career Center and create a profile to search for a job, we collect the following information: (a) your name, telephone number, postal address, and any licensing, certification or other credentials you may have; (b) information about your education and qualifications; (c) your salary expectations; (d) your availability; and (e) other information relevant to your possible employment, as well as any other information you choose to submit.

This information is collected from You and is used by JOANN for the recruitment process. o This information is disclosed to: those who assist JOANN in the recruitment process, such as those performing background check services or credit check services for JOANN.

•When you sign up to receive text messages, we collect your mobile telephone number. For more information about text messages from JOANN, go to this link: www.joann.com/SMS. o This information is collected from You and is used to send you text messages.

This information is disclosed to our service provider that maintains our customer database and with our service provider that sends out the text messages.

•When you submit product reviews on our web site, JOANN and our business partner that operates the review platform will collect Personal Information from you such as email address, location information, and age and gender. For more information, go to this link: http://www.bazaarvoice.com/privacy-policy/.

This information is collected from You and is used to post your review.

This information is disclosed to our business partner that operates the review platform. This information also may be disclosed to the product manufacturer, and with government agency(ies) that investigate consumer product safety issues.

•When you call, email or chat with our customer service, we may collect all or some of the following: name, email address, postal address (shipping address and billing address), telephone number(s), credit card information (number, type of card [Visa, MasterCard, etc.] and expiration date, order number, merchandise to be purchased, other information that you provide during the interaction.

This information is collected from You and is used by JOANN to process your customer service call.

This information is disclosed to: sharing depends on the issue for which you contacted us. For example, if you contacted us about an incomplete order, we share your shipping address with our service provider or merchant that will ship the merchandise to you.

•When you use a mobile telephone in or near our stores, or near a cellular communications tower or other facility or apparatus, we collect the unique identifier of that mobile telephone, the geographic location of the mobile telephone, and any other information associated with that mobile telephone (or mobile telephone number).

This information is collected from your mobile device and may be used to send marketing materials to the device.

This information is disclosed to service providers who conduct marketing on our behalf.

## Category: Geolocation data

• We collect information you provide through the mobile app when you log in, such as your email address. We also collect information regarding the type of mobile device, operating system version, IP address, geolocation, device name, and unique device identifiers.

This information is collected from your mobile device and may be used to send marketing materials to the device.

This information is disclosed to service providers who conduct marketing on our behalf..

**Category: Technical Information (IP address, browser type, domain names, access times, operating system, and other device identification information).**

• On our web site, we (and our service providers, on our behalf) collect Technical Information from you automatically, through the use of technology, without you taking steps to submit that information, whenever you use our website for any purpose. We also use Cookies (described in Section 1), pixels, and navigational data like uniform resource locators (URL) to collect information regarding the date and time of your visit, the products for which you searched and viewed, and the other resources on our web site that you used or visited. In addition, our web site and emails from JOANN may contain code or pixels that cause cookies to be placed in, or read or modified from, a user's or email recipient's browser cache.

This information is collected from Your device (including a mobile telephone) and is used to send you personalized advertisements that identify products we think you may be interested in. See Section 6 for more information.

This information is disclosed to service providers that conduct marketing on our behalf. It is also disclosed to an external advertisement blocking service that attempts to block advertisements and other "pop-ups" that are not authorized by us when visitors come to our web site.

• When you access our web site from mobile devices (such as smart phones or tablets), we collect information including access times, the operating system, the device identification, the products for which you searched and viewed, and the other resources on our web site that you used or visited.

This information is collected from You and is used to send you personalized advertisements that identify products we think you may be interested in. See Section 6 for more information.

This information is disclosed to service providers that conduct marketing on our behalf.

• We may use and associate historical data with a computer or device as part of our efforts to prevent fraud, credit card fraud, or other illegal activity.

This information is collected from You and is used to prevent credit card fraud and other crimes.

This information is disclosed to credit card issuers, credit card payment processors, law enforcement and other agencies as necessary to detect and prevent criminal acts and behavior.

• When you enter our store with a mobile device (phone), or when you log-in to JOANN's in-store wireless (Wi-Fi) network through a mobile device, we collect the following information: the presence of the mobile device, its Media Access Control (MAC) address if you have logged into the store Wi-Fi, the mobile device's manufacturer (Samsung, LG, Apple, etc.), the mobile device's signal strength (RSS), and if the device is currently connected to a Wi-Fi network, the name of the network.

This information is collected from You and is used to: identify the information with other information we have about you.

This information is disclosed to our service provider that maintains our customer database, the provider of the Wi-Fi service, and service providers that conduct marketing on our behalf.

Category: Social Network Widgets

• Our website may include social network or other plug-ins and widgets that may provide information to their associated social networks or parties about your interactions with our web pages that you visit, even if you do not click on or otherwise interact with the plug-in or widget.

This information is collected and transmitted from your browser and may include an identifier assigned by the social network or other party, information about your browser type, operating system, device type, IP address, and the URL of the web page where the plug-in or widget appears. This information is used to: provide quick access to the social network.

This information is disclosed to the social network tool or social network site.

Back to top

## 4. How We Use Personal Information

We use your Personal Information to respond to requests that you make, to help us serve you better, to provide advertisements and marketing to you, and to provide you with a personalized web site experience. If you have signed up to receive email from us or for text messages, we also use your Personal Information to provide you with promotional emails and text messages for our products, and for other marketing and advertising purposes.

For example, based on your shopping habits when you visit our web site (what items you browse, what items you place in your shopping cart, and what items you purchase), or based on your shopping habits when you purchase items in our store, we and our marketing partner(s), on our behalf, may send you personalized advertisements that identify products we think you may be interested in. See Section 6 for more information. We may also use your shopping habits to send you personalized email or text message product alerts.

Personal Information that we collect from a particular browser or device, including a mobile device, may be used with another computer or device that we have linked to the original browser or device, including a mobile device, on which such Personal Information was collected.

We limit our employees' access to Personal Information to those employees with a business reason for knowing such information, and those employees will use the information only for business reasons.

We may create De-identified Information from Personal Information by excluding information (such as your name) that makes the information personally identifiable to you. We may use this De-identified Information to analyze request patterns and usage patterns so that we may enhance our products and services. We also may use De-identified Information to enhance our marketing efforts to potential customers. As this De-identified Information does not identify you, we use and disclose De-identified Information to other parties at our discretion.

If you provide feedback on any of our products and services, we may use your feedback for any purpose. We will collect any information contained in your communication and will treat the Personal Information in the communication in accordance with this Privacy Policy.

Personal Information and other information and user-generated content that is submitted to our website, to JOANN through our mobile apps, or to JOANN through any other means, such as social media (e.g. Facebook, Instagram) or other social or sharing platforms or technology, now known or hereafter developed, may be used by JOANN in advertising or other marketing or promotional activities, without compensation to you.

Back to top

## 5. Our Disclosure of Your Personal Information

Except as stated in this Privacy Policy, we do not sell, rent, or share your Personal Information. When you purchase a product or a service from our web site, or when you special order a product or service from our stores, we will share Personal Information with fulfillment companies in the United States, in order to deliver the product or service to you. We also share your Personal Information with service providers in the United States that provide advertising and marketing services for us, including distribution of postal mail, electronic alerts, email, electronic (digital) advertisements, and mobile text messages to our customers and potential customers. These service providers are required not to use your Personal Information, except to provide the services requested by us, and they are bound by confidentiality agreements for their use of your Personal Information. By using our web site or services, you expressly consent to the sharing of your Personal Information with our service providers in the United States.

We reserve the right to share some or all of your Personal Information with our subsidiaries, joint ventures, and other companies in the United States under the common control of JOANN (collectively, "Affiliates"), for the purposes described in this policy. We will require our Affiliates to honor this Privacy Policy.

Regardless of any choices you make regarding your Personal Information, we may disclose your Personal Information if we believe in good faith that disclosure is necessary to (a) comply with laws or to respond to subpoenas or other judicial orders served on us, or (b) to protect and defend the rights or property of JOANN or other parties.

To provide offers that are of interest to you, we may allow other companies to place advertisements and other technology on our web site. As a result of your visit to our web site, advertisement server companies may collect information such as your domain type, your IP address, and clickstream information. See Section 6 for more information.

We may also use and disclose Personal Information for fraud detection and prevention. Personal Information and device identification information may be combined with information from other sources and used by us, or by a service provider retained by us, to help detect and prevent fraud, credit card fraud, or other illegal or illegitimate activity. All or part of your Personal Information or device identification information may be kept by us or kept by the service providers involved in fraud detection, and used in future fraud prevention efforts. Information that is believed to be fraudulent may be disclosed to other retailers, banks, and law enforcement to help prevent illegal activity.

We may use and disclose Personal Information in connection with a contemplated reorganization or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy.

Back to top

## 6. Advertising

We use "interest-based" advertisements, also known as "online behavioral advertising." Online behavioral advertising is advertising that is directed to you based, at least in part, on your Internet browsing behavior. We share Personal Information with the data processors that conduct advertising campaigns for us. Data processors

and their affiliates collect certain information as a result of their "tags" and other automated technology being on our website. The information that they collect includes the name (URL) of the web pages you view while on our site, your IP address, time of visit, information about your browser software, information about your device, and randomly-assigned identifiers stored in Cookies, which they use to target and serve advertising to you. We will use all this information to serve advertising to you.

In connection with online behavioral advertising, some service providers involved in advertising may maintain their own proprietary consumer databases that allow them to personally identify or track website visitors. Other parties have proprietary technologies to determine what additional devices you may use, and they may then display advertisements on those additional devices.

Do-Not-Track is a public-private initiative that has developed a "flag" or signal that an internet user may activate in the user's browser software to notify websites that the user does not wish to be "tracked. For more information, visit https://www.w3.org/.


You can make decisions about your privacy and the ads you receive. To some extent you can control whether companies serve you on-line behavioral advertising by visiting the Digital Advertising Alliance website and using its opt-out: https://www.aboutads.info/choices/ . The DAA opt-out requires that cookies not be blocked in your browser. You may also visit the web site of the Network Advertising Initiative and use its opt-out: https://www.networkadvertising.org/. Different companies may belong to one or more advertising organizations, and opting out from one or more groups may not stop all interest-based advertisements. As explained in Section 11, we do not represent or warrant that the actions taken on other web sites will be effective or that all advertisements will be blocked.

For mobile devices and applications, you can visit the following website to opt-out of behavioral advertising: https://www.aboutads.info/appchoices . As explained in Section 11, we do not represent or warrant that the actions taken on other web sites will be effective or that all advertisements will be blocked. See also Section 8 for more information on mobile applications, geo-location tracking, and opt-outs.

Opt-outs are unique to each mobile device or web browser. An opt-out completed on a specific web browser will not transfer to other browsers or to your mobile device. An opt-out completed on your mobile device will not transfer to a different mobile device or to web browsers.

As an alternative to the DAA opt-out, you can also elect to block all cookies from our website and cookies from others (such as advertisers) by using the cookie blocking options built into your browser software. If you block cookies, some parts of our website may not function correctly. We do not represent or warrant that these actions will be effective to accomplish their purpose.

To opt out of advertising from one of JOANN's service providers, please visit https://www.criteo.com/privacy/.

We use a service provider to manage our product review system. When you submit product reviews on our website, our service provider may place cookies on your browser and offer advertising to you. For more information on how this provider uses your information, please visit this link: https://go.bazaarvoice.com/848PGD1740001EG001ipQ00

Back to top

## 7. Social Network Widgets; External Ad Blocking

Our website may include social network or other plug-ins and widgets that may provide information to their associated social networks or other parties about your interactions with our web pages that you visit, even if you do not click on or otherwise interact. with the plug-in or widget. Information is transmitted from your browser and may include an identifier assigned by the social network or other party, information about your browser type, operating system, device type, IP address, and the URL of the web page where the plug-in or widget appears. . .If you use social networking tools or visit social networking sites, you should read their privacy disclosures, to learn what information they collect, use, and share. Pixels that are placed by JOANN, as described in Section 3, may also provide feedback to social networks.

Our website includes an external advertisement blocking service that attempts to block advertisements and other "pop-ups" that are not authorized by us when visitors come to our web site. We apologize for any inconvenience this may cause you while visiting our web site. We make no representation or warranty that the Service will stop any or all unauthorized advertisements or pop-ups while visiting our web site.

Back to top

## 8. Mobile applications

In order to improve your shopping experience and to make shopping with coupons and locating our stores easier, we make mobile applications available. In addition to collecting and sharing information as described in this Privacy Policy, we also collect information you provide through the mobile app when you log in, such as your email address. We also collect information regarding the type of mobile device, operating system version, IP address, geo-location, device name, and unique device identifiers. See also Section 3 for additional information that we collect. If you do not want your geo-location information to be collected, you can go to "settings" or similar function of your mobile device and disable the location feature. In addition, you can visit the following website and opt-out of some geo-location tracking by the participating companies:https://optout.smart-places.org/ .

Back to top

## 9. How You Can Stop Receiving Communications

When you receive advertisements, direct mail, and other promotional communications from us, including email, you will have the opportunity to remove yourself from the communications by following the "unsubscribe" instructions in the email, or by contacting us directly. If you have submitted your email address to "unsubscribe," please note that you may continue to receive emails for a time while our system updates your request.You also may use the "Contact Us" page on our website to inform the Customer Service Department of your selection, or follow the instructions below.

To stop receiving text messages, text "STOP" on your mobile device after you receive a text message. For more information, go to this link:  www.joann.com/sms-terms.html

On our web site, you may change any of the Personal Information in your account by editing your My Account information.

If you need help please contact us.

JOANN
Attn: Manager of Customer Service
5555 Darrow Road

Hudson, OH 44236

Phone: 1-330-735-6576

customer.service@joann.com

Back to top

## 10. Information from children under 13

On our web site, we do not intentionally gather Personal Information about visitors to our web site who are under the age of 13, except as follows: When an adult uses our web site to register a child for an educational class occurring in our store, Then we will ask for information about the child. If you learn that your child under the age of 13 has provided our web site with his/her Personal Information, please contact us and we will disable that information.

In our stores, we collect information about children under the age of 13 when an adult registers that child for an educational class.

Back to top

## 11. Links to Other Web Sites

Our web site may provide link(s) to another web site or Internet location. We provide these links merely for your convenience, and we do not endorse the other web site or location, its contents, or any goods or services available on that web site. We have no control over, do not review, and are not responsible for these other web sites, their content, or any goods or services available on the web sites. Our Privacy Policy does not apply to these other web sites. The privacy policies of the operators of the web sites will be applicable when you access their web sites through the links provided on our web site.

International orders and shipments outside of the United States are managed by our global e-commerce partner, eSW. For all international orders, please refer to eSW's Privacy Policy for additional information.

Back to top

## 12. Security

Our web site has implemented electronic means of protecting your Personal Information. Even though we have taken steps to prevent Personal Information from disclosure to unauthorized persons, we cannot fully eliminate security risks associated with Personal Information.

Back to top

## 13. Your California Privacy Rights

Residents of California, please visit our California privacy policy here

Back to top

## 14. Questions about this Privacy Policy

If you have questions regarding this Privacy Policy, please contact us at:

JOANN

Attn: Legal Department - Privacy

5555 Darrow Road

Hudson, OH 44236
Email to:  legal@joann.com

Back to top

## 15. Right to Appeal for Virginia Residents

Residents of Virginia have the right to appeal if JOANN has failed to take action on a consumer request that is made through JOANN's privacy portal as described in Section 2. To make an appeal, please send an email to legal@joann.com with the subject line "Appeal under Virginia Law" or similar words. The email must include: (a) the action that you requested in the privacy portal, which JOANN did not take; (b) information about your request, including the date of the request, the date of any replies from JOANN, and any other information that would help JOANN identify the request which you are appealing.

Back to top

## 16. Revisions to the Privacy Policy

This Privacy Policy is subject to revision and changes. If you object to any changes, you must stop doing business with us, including business on our web site. Your continued use of our web site, or your continued business with us at our stores, will indicate your acknowledgment of the changes and agreement to be bound by the terms and conditions of the Privacy Policy, as revised.

This policy was last updated in February 2023.

# join our mailing list & save!

your@email.c●●●   **>**

**Customer Service**   ⌄

**Our Company**   ⌄

**Special Services**   ⌄

**Savings & Discounts**   ⌄

**f**        **𝕏**        **P**        **O**        **▶**

Join us on Mobile!

Download the app to stay updated and
get in touch right from your phone

DOWNLOAD THE APP

# JOANN

Help Center | Terms & Conditions | Privacy Policy | California Privacy Policy | California Notice of Collection | Do Not Sell My Info | California
Supply Chain Disclosure | Your Privacy Choices

© 2007-2025 JO-ANN STORES, LLC. 5555 DARROW RD. HUDSON, OH 44236 UNITED STATES. All rights
reserved.

JOANN.COM® is a registered trademarks of Jo-Ann Stores, LLC.

<u>**Exhibit B**</u>

**Privacy Policy – Creativebug**

Creativebug, LLC
Privacy Policy

## Introduction

Welcome to the www.creativebug.com network of websites and applications. This Privacy Policy is intended to inform you of our policies and practices regarding our use and disclosure of the information that you submit to us, and the information that we collect from you through our website and our applications ("apps"), including mobile apps.

Whenever we use the words "we" or "us" or "Creativebug," we are referring to Creativebug, LLC (doing business as Creativebug®), and to our Affiliates, including Jo-Ann Stores, LLC. Whenever we use the words "our website," we are referring to our apps, to https://www.creativebug.com, and to any other website that we may operate.

This Privacy Policy is divided into the following sections:

1. Definitions
2. Consent
3. How We Collect Personal Information
4. How We Use Personal Information
5. Our Disclosure of Your Personal Information
6. Advertising
7. Social Network Widgets
8. Testimonials and Affiliate Program
9. How You Can Stop Receiving Communications
10. Information From Children Under 13
11. Links to Other Websites
12. Security
13. Account Password
14. Questions about this Privacy Policy
15. How to Access or Correct Personal Information or Opt Out of Marketing and Advertising
16. Revisions to the Privacy Policy

1. **Definitions**

"Affiliates" means our subsidiaries, joint ventures, parent company(ies) and other companies in the United States under the common control of Jo-Ann Stores, LLC.

"De-identified Information" means information that is no longer associated with you, or linked to your Personal Information (as defined below). De-identified Information does not reference the identities of individual persons.

"Cookies" are small pieces of information that a website, including our website, sends to your computer or to your mobile device while you are viewing a website. Cookies are alphanumeric identifiers that are placed onto your computer's hard drive. Cookies identify your computer or your device so that we can recognize you the next time you visit us. Cookies help us remember your preferences and collect technical information about your use of the Services. We use both session Cookies (which expire after you close your web browser) and persistent Cookies (which stay on your computer until you delete them) to provide you with a more personalized and interactive experience on our website. Persistent Cookies can be removed by following your Internet browser help file directions. If you choose to disable Cookies, some areas of our website may not work properly.

An "Internet protocol address" or "IP Address" is a number that is automatically assigned to your computer, tablet or other device when you use the Internet. In some cases, your IP Address stays the same from browser session to browser session, but if you use a consumer internet service provider, your IP Address may vary from session to session. We track IP Addresses in conjunction with session Cookies to analyze our web page traffic flow and to identify the location of the computer / device.

"Offerings" means our Products and Services.

"Personal Information" is information about you that is linked to you as an individual, such as your name, postal address, email address, phone number, credit card number and expiration date, account username, and log-in password to our website. Personal Information excludes technical information such as unique device identifiers, randomly assigned unique identifiers in cookies, mobile device name, and IP addresses.

As detailed below, we and our business service vendors obtain and keep Personal Information when you send us an email, order or purchase Offerings on our website, enroll in a class, sign up for a program, or communicate with us.

"Products" means any tangible products available on our website.

"Services" means the various services available on our website, including the streaming and playing of classes, downloading of videos, and other audio-visual services.

2. **Consent**

Our website is maintained and hosted in the United States. By submitting your Personal Information to us, either through our website, or through our apps, or by other means, you agree to the collection, use, and storage in the United States of your Personal Information.

When you submit Personal Information and De-identified Information to us, either through our website, or through our apps, or by other avenues, it means that you have agreed to this Privacy Policy, and that you expressly consent to the use of your Personal Information according to this Privacy Policy.

3. **How We Collect Personal Information**

The Personal Information that we gather from you helps us learn about our customers and our potential customers. We use this Personal Information to better tailor the features, performance and support of our Offerings and website, and to offer you additional information, if you have consented to receive it.

We (and our business service vendors, on our behalf) collect and keep Personal Information that you submit to us voluntarily to our website, through our apps, by purchasing Offerings or when enrolling in classes, or through third party websites or emails, in the following ways:

- When you register and set up an account on our website, we collect your name, postal address (shipping address and billing address), telephone number(s), your account username, password, and email address. Our payment processor will collect your credit card information (number, type of card [Visa, MasterCard, etc.] security code, and expiration date).

- When you create an account on our website, without registering, we collect your name and email address.

- If you sign up for SMS / text, our business service vendor will collect your mobile telephone number, or we will collect it and transfer it to our business service vendor.

- When you order or purchase an Offering, we collect your name, email address, postal address (shipping address and billing address), telephone number(s), and credit card information (number, type of card [Visa, MasterCard, etc.] security code, and expiration date), which will be shared with a third-party payment processor (or it will be collected directly by the payment processor).

- We collect additional information such as your location, demographics, preferences and interests.

- We keep a record of your purchases and the classes you have watched.

- If you post materials on our website with your Personal Information, we may post that Personal Information, and we may link your postings with other Personal Information (e.g., your account with us) for the purposes described in this Privacy

Policy.

- When you sign up to receive emails, we collect your email address and your postal address. We also ask for information, such as hobbies and interests, to provide you with relevant offers.

- When you order or purchase Offerings on our website for delivery to other people, we collect your name, the recipient's name, your email address, the recipient's email address, your personalized email message to the recipient, your billing address, the recipient's postal (shipping) address, your telephone number(s), the recipient's telephone number(s), and your credit card information (number, type of card [Visa, MasterCard, etc.] security code, and expiration date), which will be shared with a third-party payment processor (or collected directly by the payment processor).

- When you contact us by email, we collect your name, email address, and any other information contained in the email(s) that you send us.

- When you enter a sweepstakes, we collect your name, postal address, country, email address and any other information required to enter the sweepstakes.

- When we receive Personal Information about you from other sources, we will add this information to the information that we have already collected from you.

- When you call, email or chat with our customer service, we will collect all or some of the following: name, email address, postal address (shipping address and billing address), telephone number(s), credit card information (number, type of card [Visa, MasterCard, etc.] security code, and expiration date, order number, Products or Services to be purchased, and other information that you provide during the interaction with customer service.

On our website, we (and our business service vendors, on our behalf) also collect other information from you automatically, by way of technology, without you taking steps to submit that information, whenever you visit or use our website for any purpose (shopping, submitting a request to customer service, researching projects and Offerings, etc.):

- As you navigate our website, we collect information including the IP address, browser type, domain names, access times, operating system, other device identification information, and navigational and clickstream data that shows what pages are visited and how long various features are used.

- We also use Cookies (described in Section 1), pixels, and navigational data like uniform resource locators (URL) to collect information such as the date and time of the visit, the Offerings that are searched and viewed, the pages of the website that are visited, and the other resources on our website that were used or visited. In addition, our website and emails from Creativebug may contain code or pixels that cause Cookies to be placed in, or read or modified from, a user's or email recipient's browser cache. If you are logged in, we may associate this information with your account.

- We also engage third parties to monitor the usage of the Offerings and our website.

- When you access our website from mobile devices (such as smart phones or tablets), we collect information including access times, the operating system, the products that were searched and viewed, and the other resources on our website that were used or visited.

- We may use and associate historical data with a computer or device as part of our efforts to prevent fraud, credit card fraud, or other illegal activity.

- We work with Microsoft Clarity and Microsoft Advertising to capture how visitors use and interact with our website through behavioral metrics, heatmaps, and session replay, in order to improve and market our website and Offerings. Website usage data is captured using first-party cookies and third-party cookies and other tracking technologies to determine the popularity of our Offerings and online activity. We use this information for website optimization, fraud and security purposes, and advertising. For more information about how Microsoft collects and uses your data, visit the Microsoft Privacy Statement.

## 4. **How We Use Personal Information**

We may use any of the information described in this Privacy Policy for any or all of the following purposes, without limitation:

- to establish user accounts;

- to provide the Offerings, including supporting and completing the transactions or other requested activity;

- to communicate with you regarding your subscription or account;

- to provide you with information you have requested, news and updates, and information about Offerings;

- to customize and personalize content to you;

- to administer and run our website;

- to help identify you if you lose your password, and to help you find information on our website;

- to facilitate your payment to us and refunds that may be issued by us to you;

- to send commercial email and marketing text messages to you; and

- to comply with legal requirements.

Personal Information that we collect from a particular browser or device, including a mobile device, may be used with another computer or device that we have linked to the original browser or device, including a mobile device, on which such Personal Information was collected.

We may create De-identified Information from Personal Information by excluding information (such as your name) that makes the information personally identifiable to you. We may use this De-identified Information to analyze request patterns and usage patterns so that we may improve our Offerings. As this De-identified Information does not identify you, we use and disclose De-identified Information to third parties at our discretion.

If you provide feedback on any of our Offerings, we may use your feedback for any purpose. We will collect any information contained in your communication and will treat the Personal Information in the communication in accordance with this Privacy Policy.

5. **Our Disclosure of Your Personal Information**

We share your personal information with our Affiliates, business service vendors, and third-party independent contractors for purposes that include: (1) hosting our website; (2) approving and enabling your use of our website and the use and purchase of our Offerings, and performing other functions on our behalf; (3) providing you with Offerings, including the streaming, playing, and downloading of Services (including classes); (4) retaining your viewing history, including where a viewing session started and stopped, and classes which you enrolled in, and videos that you viewed; and (5) tracking information generated through and on the website, including the web pages and Offerings that are visited, browsed, purchased, downloaded and viewed. You expressly consent to the sharing of your Personal Information in the United States with our third-party independent contractors.

Our business service vendors and third-party independent contractors are bound under contract not to use or share your Personal Information for unauthorized purposes.

We generally restrict access to Personal Information to our employees and agents with a need to know in order to perform their respective duties. Our "agents" include third-party independent contractors.

We reserve the right to share some or all of your Personal Information with our Affiliates, for the purposes described in this policy. We will require our Affiliates to honor this Privacy Policy.

Regardless of any choices you make regarding your Personal Information, we may disclose your Personal Information if we believe in good faith that disclosure is necessary to (a) comply with laws or to respond to subpoenas or other judicial orders served on us, (b) to protect and defend the rights or property of Creativebug, our Affiliates, or third parties; (c) to enforce the

2/12/25, 8:17 AM

Case 25-10068-CTG Doc 388 Filed 02/12/25 Page 38 of 48

Creativebug.com Classified Work | 2/4/22 - what will you make today?

Terms and Conditions of Use of our website or this Privacy Policy; (d) to prevent imminent harm; or (e) if we find that your actions on our website violate any laws, or any of our usage guidelines.

We may also use and disclose Personal Information for fraud detection and prevention. Personal Information and device identification information may be combined with information from other sources and used by us, or by a third party retained by us, to help detect and prevent fraud, credit card fraud, or other illegal or illegitimate activity. All or part of your Personal Information or device identification information may be kept by us or kept by the third parties involved in fraud detection and used in future fraud prevention efforts. Information that is believed to be fraudulent may be shared with other retailers, banks, and law enforcement to help prevent illegal activity.

We may use and disclose Personal Information in connection with a contemplated or an actual reorganization of our business, in connection with financing, a sale or other transaction involving the disposal of all or part of our business or assets, including for the purpose of permitting the due diligence required to decide whether to proceed with a transaction. If the sale occurs, the purchaser will be entitled to use and disclose the Personal Information collected by us, and the purchaser will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy. We may transfer part or all of your Personal Information in the case of a merger, acquisition, bankruptcy, or other sale of all or a portion of our assets or membership interests.

### 6. Advertising

We use "interest-based" advertisements, also known as "online behavioral advertising." Online behavioral advertising is advertising that is directed to you based, at least in part, on your internet browsing behavior. We may share Personal Information with the third parties that conduct advertising campaigns for us. Third parties and their affiliates collect certain information as a result of their "tags" being on our website. The information that they collect includes the name (URL) of the web pages you view while on our site, the IP address, time of visit, information about your browser software, information about your device, and randomly assigned identifiers stored in Cookies, which they use to target and serve advertising to you. We will use all this information to serve advertising to you.

In connection with online behavioral advertising, some third parties involved in advertising operations may maintain their own proprietary consumer databases that allow them to personally identify or track website visitors. Other third parties have proprietary technologies to determine what additional devices you may use, and they may then display advertisements on those additional devices.

To provide offers that are of interest to you, we may allow other companies to place advertisements and other technology on our website. As a result of your visit to our website, advertisement server companies may collect information such as your domain type, the IP address, and clickstream information.

Do-Not-Track is a public-private initiative that has developed a "flag" or signal that an internet user may activate in the user's browser software to notify websites that the user does not wish to be "tracked" by third parties as defined by the initiative. For more information, visit http://www.w3.org/. As explained below, some websites will ignore a "do-not-track" signal.

As described in Section 3, "How We Collect Personal Information," we use Cookies and other tools to collect information about you when you visit our website to better tailor the features, performance and support of our Offerings and website. After you leave our website, we do not track your online activity on other websites, but third parties (and their affiliates) may track your online activity to offer you advertisements.

You can make decisions about your privacy and the ads you receive. You can control whether companies serve you on-line behavioral advertising by visiting the Digital Advertising Alliance website and using its opt-

2/12/25, 8:17 AM                Creativebug Class Privacy Policy - What will you make today?

Case 25-10068-CTG    Doc 388    Filed 02/12/25    Page 39 of 48

out: http://www.aboutads.info/choices/.

The DAA opt-out requires that cookies not be blocked in your browser. As explained in section 11, we do not represent or warrant that the actions taken on other websites will be effective.

For mobile devices and apps, you can visit the following website to opt-out of behavioral advertising: http://www.aboutads.info/appchoices. As explained in section 11, we do not represent or warrant that the actions taken on other websites will be effective.

As an alternative to the DAA opt-out, you can also elect to block all Cookies from first parties (such as those from our website) and Cookies from third parties (such as advertisers) by using the cookie blocking options built into your browser software. If you block Cookies, some parts of our website may not function correctly. We do not represent or warrant that these actions will be effective to accomplish their purpose.

## 7. **Social Network Widgets**

Our website includes social network and other third-party plug-ins and widgets that may provide information to their associated social networks or third parties about your interactions with our web pages that you visit, even if you do not click on or otherwise interact with the plug-in or widget. Information is transmitted from your browser and may include an identifier assigned by the social network or third party, information about your browser type, operating system, device type, IP address, and the URL of the web page where the plug-in or widget appears. If you use social network tools or visit social networking sites, you should read their privacy disclosures to learn what information they collect, use, and share. Information you decide to share with a third-party platform is subject to that third party's privacy policy and information practices. Any information we receive from such third-party platforms from which you choose to connect, link or access the Services is subject to this Privacy Policy.

## 8. **Testimonials and Affiliate Program**

We may post your testimonial on our website along with your name. If you want your testimonial removed, please contact us at support@creativebug.com.

## **Affiliate Program**

If you participate in our Affiliate Program, we will collect your name, website name, website URL, email address and affiliate program payment preferences (including bank account number and routing number, bank account name, PayPal account email address, billing address and other financial information). We use this information to enable your participation in the Affiliate Program and to make payments related to it.

## 9. **How You Can Stop Receiving Communications**

When you receive advertisements and other promotional communications from us, including email, you will have the opportunity to opt-out by following the " unsubscribe " instructions in the email you receive, or by contacting us directly. If you have submitted your email address to "unsubscribe," please note that you may continue to receive emails for a time while our system updates your request. You also may use the "Contact Us" page on our website.

## 10. **Information from Children Under 13**

We do not intentionally gather Personal Information about visitors to our website who are under the age of 13. If you learn that your child under age 13 has provided our website with Personal Information, please contact us, and we will try to disable that information.

### 11. **Links to Other Websites**

Our website may provide link(s) to another website or internet location. Some features of the Services may allow you to connect, link or access the Services via a third-party platform (e.g., a social network such as Facebook or X (formerly Twitter). We provide these links for your convenience, and we do not endorse the other website or location, its contents, or any goods or services available through that website. We have no control over, do not review, and are not responsible for these other websites, their content, or any goods or services available through the websites. Our Privacy Policy does not apply to these other websites. The privacy policies of the operators of the websites will be applicable when you access their websites through the links provided on our website. Please visit each third-party platform's privacy policy to better understand the applicable data collection practices and the permission controls available.

### 12. **Security**

We cannot eliminate the security risks associated with Personal Information.

### 13. **Account Password**

You are responsible for maintaining the confidentiality of your password. Do not share it with others. Creativebug will not ask you for your password. If you need a new username or password, we may require you to follow certain security procedures (such as providing us with certain Personal Information or correctly answering security questions). If satisfied with your answers, we will generate a new username and password automatically and send it to your email. You cannot use another person's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account. You agree to notify Creativebug immediately of any suspected or known breach of security or unauthorized use of your account. Although Creativebug will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of Creativebug or others due to such unauthorized use.

### 14. **Questions About this Privacy Policy**

If you have questions regarding this Privacy Policy, please contact us at:

Creativebug, LLC

c/o Jo-Ann Stores, LLC
Attn: Senior Legal Counsel
5555 Darrow Road
Hudson, OH 44236

Email to: legal@joann.com

### 15. **How to Access or Correct Personal Information, or Opt Out from Marketing and Advertising**

If you would like to modify your personal information on our database, please log onto your account by clicking the "Login" link on the website. Registered users may modify their privacy settings and may correct, modify and update their Personal Information by logging into their account and making their desired changes. Registered users may also "un-register" or ask that your information be deleted, in which case we will remove you from our list of registered users, but we reserve the right to retain Personal Information for legal obligations, and until we determine there is no potential need for it. We also retain Personal Information to resolve disputes, troubleshoot problems and enforce our Terms and Conditions of Use. In addition, it may not be technologically possible or feasible to remove each record of the information you have provided to us. A copy of your Personal

Information may exist in a non-erasable format that will be difficult or impossible for us to locate. All information, including Personal Information, may also persist in backups.

Where you use the social networking and online features of our website to share information (such as submitting comments or questions, posting photos or other materials, or submitting an entry to a contest or poll), it may not be possible or practical for us to remove the communications and materials and any associated Personal Information, and those communications, materials, and information may persist, including on third-party computers and other media.

A request for access, correction or opt-out may be made in writing to the address provided in Section 14.

16. **Privacy Policy Updates**

This Privacy Policy is subject to revision and changes at any time in our sole discretion. If you object to any changes, you must stop doing business with us, including business on our website. Your continued use of our website will indicate your acknowledgment of the changes and agreement to be bound by the provisions of this Privacy Policy, as revised.

This policy was revised in December 2024.

**<u>Exhibit C</u>**

**March 2006 Privacy Policy**

# Privacy Policy

- Privacy Notice
- Safe Shopping Guarantee

# Privacy Notice

Through this website you can interact with two separate, and separately maintained, internet destinations -- Joann.com ('joann.com"), the leading internet retailer of fabrics and crafts, and Jo-Ann Stores, Inc. ("Jo-Ann Stores), the operator of Jo-Ann Fabric and Crafts traditional stores and Jo-Ann superstores. When you are dealing with joann.com, which is the majority portion of the website, the privacy and security policy described in Section A below is applicable to and governs those interactions. If and when you access the portions of this site through which you may interact with Jo-Ann Stores, whether through the various "Jo-Ann Stores" links, through an e-mail or otherwise, the privacy and security policy described in Part B below governs those interactions. Through the Jo-Ann Stores pages, you may sign up for Jo-Ann Stores direct mail or e-mail promotional material, request Jo-Ann Stores investor alerts, provide information to the Jo-Ann Stores Career Center or correspond with Jo-Ann Stores Guest Services. Upon exiting the Jo-Ann Stores pages, you may return to jo-ann.com pages, where Part A of the Privacy Policy will apply, or you may navigate to third party websites, and the privacy policy of that website will be applicable. Amongst those third party sites are Joanndesigns.com and Joannart.com; upon visiting those sites the privacy policy specific to those websites will be applicable.

## Part A

Joann.com ("**Joann.com**", "**us**" or "**we**") respects the privacy of the visitors to its Website, the home page of which is located at http://www.joann.com ("**Website**"). This Privacy Policy is intended to inform you of our policies and practices regarding the collection, use and disclosure of any Personal Information and Anonymous Information you submit to us through our Website.
"**Personal Information**" is information about you that is personally identifiable to you, like your name, address, e-mail address, or phone number, as well as other non-public information that is associated with the foregoing.
"**Anonymous Information**" means information that is not associated with or linked to your Personal Information; Anonymous Information does not permit the identification of individual persons. We collect and use Personal Information and Anonymous Information as described in this Privacy Policy.

### User Consent
By submitting Personal Information through our Website, you agree to the terms of this Privacy Policy and you expressly consent to the processing of your Personal Information according to this Privacy Policy.
**Your Personal Information may be processed by Joann.com in the country where it was collected as well as other countries (including the United States) where laws regarding processing of Personal Information may be less stringent than the laws in your country.**

### Collection of Personal Information
The Personal Information we gather from you helps us learn about visitors to the Website, our customers and potential customers. We use this information to better tailor the features, performance and support of our products and services, and to offer you additional information and opportunities.

### Personal Information You Provide to Us
We collect Personal Information that you submit to us voluntarily through our Website.

When you register on the Website to set up an account, we will collect your full name, full postal address and telephone number (both for billing and for shipping purposes), your account username, password and e-mail address, and complete credit card information.
When you sign up to get information about special savings per e-mail or to receive store sales flyers, we will collect your e-mail address and (on an optional bases) you interests and your postal address.
When you purchase a gift card, we will collect the full name of the recipient and, depending on if you want to send an electronic gift card or a physical gift card, either the e-mail address and your

personalized e-mail message to the recipient, or the full postal address of the recipient.

When you sign up for our Community, we will collect your username, password, e-mail address and your date of birth.

When you sign up to become a member of the Joann.com affiliate program, we collect information about your website, your promotional methods, your full name, title, telephone number, e-mail address, name and full contact information of your company and information regarding payments.

When you sign up to become an advertiser, we will collect your name, company name, e-mail address and comments you have.

When you create your profile in our Career Center to search for a job, we will collect your full name, telephone number, full postal address, and (on an optional basis) information about your current employment, any licenses and certifications you may have, information about your education and qualification, your salary expectations, your availability and other information with respect to a possible employment, as well as any resume information you decide to submit.

When you contact us by sending us an e-mail, we will collect your name, e-mail address and any information contained in the e-mail you send us.

**Personal Information Collected Via Technology**

As you navigate our Website, certain information may also be collected passively, including your Internet protocol address, browser type, domain names, access times, and operating system. We also use Cookies and navigational data like Uniform Resource Locators (URL) to gather information regarding the date and time of your visit and the solutions and information for which you searched and which you viewed. This type of information is collected to make our services and solutions more useful to you.

An "Internet protocol address" or "IP Address" is a number that is automatically assigned to your computer when you use the Internet. In some cases your IP Address stays the same from browser session to browser session; but if you use a consumer internet access provider, your IP Address probably varies from session to session. We track IP Addresses solely in conjunction with session cookies to analyze our web page flow.

"Cookies" are small pieces of information that a web site sends to your computer's hard drive while you are viewing a web site. We may use both session Cookies (which expire once you close your web browser) and persistent Cookies (which stay on your computer until you delete them) to provide you with a more personal and interactive experience on the Website. Persistent Cookies can be removed by following Internet browser help file directions. If you choose to disable Cookies, some areas of the Website may not work properly.

**Personal Information We Receive From Other Sources**

We may receive Personal Information about you from other sources like postal mail, telephone or fax. We may add this information to the information we have already collected from you via our Website in order to improve the products and services we provide.

**Use of Information**

In general, Personal Information you submit to us is used either to respond to requests that you make, or to aid us in serving you better. We may also use your Personal Information to provide you with the Joann.com newsletters, surveys, or promotional e-mails regarding changes and upgrades to our products and services and for other marketing purposes of Joann.com, unless you request not to receive such communications from us.

We may create Anonymous Information records from Personal Information by excluding information (such as your name) that make the information personally identifiable to you. We may use this Anonymous Information to analyze request patterns and usage patterns so that we may enhance our products and services. Joann.com reserves the right to use and disclose Anonymous Information to third parties in its discretion.

**Feedback**

If you provide feedback on any of our products and services to us, we may use such feedback for any purpose, provided we will not associate such feedback with your Personal Information. Joann.com will collect any information contained in such communication and will treat the Personal Information in such communication in

accordance with this Privacy Policy.

**Disclosure of Personal Information**
Except as otherwise stated in this Privacy Policy, we do not generally trade, rent, or share your Personal Information with third parties and we will not disclose billing information unless you ask us to do so.

However, we may share your Personal Information with third parties to provide you with the products and services that we offer you through the Website. These third parties are required not to use your Personal Information other than to provide the services requested by Joann.com and are bound by confidentiality agreements with regard to their use of such information. You expressly consent to the sharing of your Personal Information with our contractors and third party service providers for the sole purpose of providing services to you.

We reserve the right to share some or all of your Personal Information with our parent company, any subsidiaries, joint ventures, or other companies under a common control (collectively, "Affiliates"), in which case we will require our Affiliates to honor this Privacy Policy.

If our company or our assets are acquired by another company, that company will possess the Personal Information collected by us and it will assume the rights and obligations regarding your Personal Information as described in this Privacy Policy.

Regardless of any choices you make regarding your Personal Information (as described below), we may disclose your Personal Information if we believe in good faith that such disclosure is necessary to (a) comply with relevant laws or to respond to subpoenas or warrants served on Joann.com; or (b) to protect and defend the rights or property of Joann.com or third parties.

From time to time, we may make the contact information of our customers and visitors of the Website available to other organizations (including Jo-Ann Stores, which is a separate company) whose products or services we think you might find interesting. You may receive mailings from those other companies, and if you supply us with your telephone number, you may receive telephone contact from them. If you would like to know (1) the categories of Personal Information that we disclosed in the prior calendar year to third parties about you for the purposes of the third parties' marketing and/or (2) the names and addresses of such third parties, please contact us via email at: customercare@joann.com.

To try and bring you offers that are of interest to you, we have relationships with other companies that we allow to place ads on our Website. As a result of your visit to our Website, ad server companies may collect information such as your domain type, your IP address and clickstream information.

**Your Choices Regarding Your Personal Information**
We offer you choices regarding the collection, use and sharing of your Personal Information. When you receive newsletters or promotional communications from us, you may indicate a preference to stop receiving further communications from us and you will have the opportunity to "opt-out" by following the unsubscribe instructions provided in the e-mail you receive or by contacting us directly (please see contact information below). Despite your indicated e-mail preferences, we may send you notices of any updates to our Terms of Use or Privacy Policy.

You may change any of the Personal Information in your account by editing your account information.

**Regarding Children**
We do not intentionally gather Personal Information about visitors who are under the age of 13.

**Other Sites**
Our provision of a link to any other website or location is for your convenience and does not signify our

endorsement of such other website or location or its contents. We have no control over, do not review, and cannot be responsible for these outside websites or their content. Please be aware that the terms of our Privacy Policy do not apply to these outside websites.

**Security**
Joann.com has implemented industry-standard electronic means of protecting your Personal Information. We store Personal Information behind a computer firewall, a barrier designed to prevent outsiders from accessing our servers, and we have implemented technology to detect intrusions. We also require you to enter a password to access your account information. In addition, Joann.com protects your Personal Information from unauthorized physical access by storing your Personal Information in a controlled facility. Except as provided elsewhere in this Privacy Policy, Joann.com limits access to Personal Information in electronic databases to those persons (including employees and contractors) in Joann.com's organization who have a business need for such access.

Even though Joann.com has taken significant steps to ensure that your Personal Information is not intercepted, accessed, used, or disclosed by unauthorized persons, you should know that Joann.com cannot fully eliminate security risks associated with Personal Information.

**Contact Us**
Should you have any questions or concerns regarding this Privacy Policy, please contact us:

Joann.com
840 Apollo Street
Suite 241
El Segundo, CA 90245

**Privacy Policy Updates**
This Privacy Policy is subject to occasional revision, and if we make any substantial changes to it, we will post an alert on this page. If you object to any such changes, you must cease using our Website. Continued use of our Website following notice of any such changes shall indicate your acknowledgement of such changes and agreement to be bound by the terms and conditions of such changes.

**Part B**

At Jo-Ann Stores your trust and satisfaction is our first priority. We know your privacy is very important and that is why we take special care to safeguard the confidentiality and security of your information.

Described below is the privacy policy governing the disclosure and use of personal information you may supply in connection with your interactions with the Jo-Ann Stores portion of this site. Personal information includes any information you provide to Jo-Ann Stores (sometimes referred to below as "we" or "us") that is linked, or that can be linked, to you as an individual. We, and at times our business partners, currently obtain and often retain, such information when you send us an e-mail, request to be added to our direct mail or e-mail lists, sign up for investor alerts, supply information to our Career Center or communicate with our Guest Services department or on-line Community. It is possible that we will add additional functionality to our website in the future which will result in us obtaining personal information through other means. While we do not at present use "cookies" (see above Part A for a description of what "cookies" are), we might decide to start using cookies in the future. We are not responsible for the content and privacy practices of other web sites to which our site or e-mails may link; the privacy policies of the operators of those sites will be applicable when you access their sites via links provided by us. By providing us with your personal information, you have accepted the terms of our privacy policy.

**Consumer Privacy Policy**
This section describes the steps we take to safeguard your privacy when you communicate or do business with

us on-line.

1.  **Recognition of Your Expectation of Privacy**
    We recognize and respect your reasonable privacy expectations and will take reasonable steps to protect the privacy of personal information you share with us and our business partners and affiliates.
2.  **Use, Collection and Retention of Information**
    We and our business partners collect, retain and use personal information to the extent we reasonably believe it would be useful (and allowed by law) in our business and to provide products, services, information regarding other on-line opportunities and other information to our customers.
3.  **Maintenance of Accurate Information**
    We have established procedures designed to provide reasonable assurance that the personal information we obtain and retain is accurate, current and complete. We will respond to requests to correct inaccurate information in a timely manner.
4.  **Use of Career Center**
    When you use our Career Center (which is operated by a third party service provider) and choose to create a profile to search for a job, we collect and retain your full name, telephone number, postal address and any licensing, certification or other credentials you may have, information about your education and qualifications, your salary expectations, your availability and other information relevant to your possible employment, as well as any other resume information you choose to submit. This information is only made available to our employees involved in the recruitment process and only used for recruitment purposes. Employees of our third party service provider have access to the personal information, but they are subject to the same privacy protection requirements as our employees and they only may use the information for the purpose of providing us with technical support.
5.  **Limiting Employee Access to Information**
    We take measures designed to limit our employees' access to personal information to those employees with a business reason for knowing such information, and those employees will only use the information for appropriate business reasons.
6.  **Protection of Information via Established Security Procedures**
    We and our business partners maintain commercially reasonable security standards and procedures regarding unauthorized access to personal information.
7.  **Restrictions on the Disclosure of Personal Information**
    We do not reveal personal information except: a) if you sign up for our e-mail promotions we will share your contact information with jo.ann.com (and Part A of this privacy policy will be applicable to your dealings with joann.com), b) to our third party service providers who assist us in operating certain aspects of our business and who are obligated to comply with the policies set forth in this Part B, and c) as required by law or court or administrative order. We also periodically provide name and street address information to other companies who provide products or services which we believe may be of interest to our customers, unless otherwise indicated at the time of registration.
8.  **Business Successors**
    If our company or its business, stock or assets are acquired by a third party, that party will then possess any personal information you have supplied to us.

**Maintaining Privacy in Business Relationships with Third Parties**
When we provide personal information to a third party, we take reasonable measures to ensure that the third party is aware of privacy guidelines provided above.

**Opting Out of Further Communications**
We offer you choices regarding the collection, use and sharing of your Personal Information. When you receive advertising or promotional communications from us, you may indicate a preference to stop receiving further communications from us and you will have the opportunity to "opt-out" by following the unsubscribe instructions provided in the e-mail your receive or by contacting us directly

**Changes in Our Privacy Policy**
We suggest that you review our privacy policy periodically, as we may update it from time to time. By continuing

to provide us with personal information following a change to our policy, you are accepting the new policy terms.

This policy was last updated in March 2006.

Back to top

## Safe Shopping Guarantee

Joann.com is committed to providing the most secure on-line shopping experience possible.
**Your credit card and purchase are safe and secure**. We use secure servers and the Secure Sockets Layer (SSL) technology to encrypt all of your personal information, including your credit card data. Once encrypted, your data cannot be read as it travels over the Internet. For additional information on how Joann.com maintains your privacy and security, please refer to our Privacy Policy.
We will securely store your personal billing information only if you have registered with us and have indicated that you wish us to store your credit card information. The secure storage of this information will facilitate a quick and convenient check out for you. If you are not a Joann.com member your personal information will not be stored or saved.

Back to top