# CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on February 12, 2025, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system and upon the parties listed below:

**Via Electronic Mail**

Patrick J. Reilly
Stacy L. Newman
Michael E. Fitzpatrick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com
(*Counsel for the Debtors*)

Joshua Sussberg
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.susseberg@kirkland.com
aparna@yenamandra@kirkland.com
(*Counsel for the Debtors*)

Anup Sathy
Jeffrey Michalik
Lindsey Blumenthal
333 West Wolf Point Plaza
Chicago, IL 60654
anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com
(*Counsel for the Debtors*)

Malcolm M. Bates
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov
(*U.S. Trustee*)

*/s/  J. Cory Falgowski*
J. Cory Falgowski (#4546)

60034189 v1