# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FEBRUARY 14 AT 9:30 A.M. (ET)

The Official Committee of Unsecured Creditors (the "Committee") hereby submits this Witness and Exhibit List (the "Witness and Exhibit List") for the hearing scheduled for February 14, 2025 at 9:30 a.m. (Eastern Time) (the "Hearing") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") pending before Judge Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Delaware 19801.

## WITNESSES

The Committee may call any of the following witnesses at the Hearing:

1. Any witness listed, offered, or called by any other party.

2. Any witness required for rebuttal or impeachment.

## EXHIBITS

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

The Committee may offer into evidence any one or more of the following exhibits:

| Exhibit | Description | Bates No. | Deposition Exhibit |
|---|---|---|---|
| 1 | August 16, 2024 Letter from 1903P to Joann, BofA implementing $10mm reserve | JOANN_AHRFP_00004913-JOANN_AHRFP_00004915 | Dwyer Ex. 3 |
| 2 | August 20, 2024 Letter from Joann to 1903P, BofA re reserve | 1903P_00000548-1903P_00000550 | Dwyer Ex. 4 |
| 3 | August 20, 2024 Letter from Joann to 1903P | JOANN_AHRFP_00001075-JOANN_AHRFP_00001076 | Dwyer Ex. 5 |
| 4 | August 20, 2024 Email from Jeff Dwyer to Stan Rosenweig, Michael Prendergast | JOANN_AHRFP_00012876-JOANN_AHRFP_00012877 | Dwyer Ex. 7 |
| 5 | September 6, 2024 Letter from Joann to 1903P, Centerbridge, BofA re Reserve | 1903P_00001635-1903P_00001643 | Dwyer Ex. 12 |
| 6 | September 6, 2024 Letter from 1903 to Joann, BofA re Reserve | JOANN_AHRFP_00012313-JOANN_AHRFP_00012315 | Dwyer Ex. 14 |
| 7 | September 13, 2024 Letter from Gordon Bros. to Joann | 1903P_00000966-1903P_00000971 | Dwyer Ex. 22 |
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases |  |  |
|  | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |  |  |
|  | Any exhibit listed by any other party |  |  |

The Committee reserves the right to (i) ask the Court to take judicial notice of pleadings, orders, transcripts, and/or documents filed in, or in connection with, these Chapter 11 Cases, (ii) offer rebuttal exhibits, and (iii) supplement, modify, or amend this Witness and Exhibit List at any time prior to the Hearing.  Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Dated: February 12, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James E. O'Neill*
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
         joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:  jadams@kelleydrye.com
         ewilson@kelleydrye.com
         wgyves@kelleydrye.com
         mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*