```
                 IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE
_____
                              )
In re:                        ) Chapter 11
                              )
JOANN INC., et al.,           ) Case No. 25-10068 (CTG)
                              )
                              ) (Jointly Administered)
              Debtors.        )
                              ) Re:  Docket Nos. 14, 225
_____)
```

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS, (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (IV) AUTHORIZING CERTAIN FEE PAYMENTS FOR PREPETITION SERVICES PERFORMED, AND (V) GRANTING RELATED RELIEF**

Arizona Public Service Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Georgia Power Company, Salt River Project, Southern California Edison Company, Southern California Gas Company, Baltimore Gas and Electric Company, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, The Potomac Electric Power Company, Commonwealth Edison Company, Tampa Electric Company, Peoples Gas System, Inc., Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc., Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, CenterPoint Energy Resources Corp., New York State Electric & Gas Corporation, Rochester Gas and Electric Corporation and Florida Power & Light Company

(collectively, the "Utilities"), hereby withdraw their *Objection* (Docket No. 225) to the *Motion of Debtors For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments For Prepetition Services Performed, and (V) Granting Related Relief* (Docket No. 14), pursuant to a settlement between the Utilities and the Debtors.

| | |
|---|---|
| Dated: February 13, 2025 | WHITEFORD TAYLOR & PRESTON, LLC |
| | /s/ *William F. Taylor, Jr.* |
| | William F. Taylor, Jr. (#2936) |
| | 600 North King Street, Suite 300 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 353-4145 |
| | Facsimile:  (302) 357-3270 |
| | E-mail: wtaylor@whitefordlaw.com |
| | |
| | and |
| | |
| | LAW FIRM OF RUSSELL R. JOHNSON III, PLC |
| | Russell R. Johnson III (VSB No. 31468) |
| | John M. Craig (VSB No. 32977) |
| | 2258 Wheatlands Drive |
| | Manakin-Sabot, Virginia  23103 |
| | Telephone: (804) 749-8861 |
| | E-mail: russell@russelljohnsonlawfirm.com |
| | john@russelljohnsonlawfirm.com |
| | |
| | *Counsel for Arizona Public Service Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Georgia Power Company, Salt River Project, Southern California Edison* |

2

*Company, Southern California Gas Company, Baltimore Gas and Electric Company, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, The Potomac Electric Power Company, Commonwealth Edison Company, Tampa Electric Company, Peoples Gas System, Inc., Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc., Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, CenterPoint Energy Resources Corp., New York State Electric & Gas Corporation, Rochester Gas and Electric Corporation and Florida Power & Light Company*