**CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on February 13, 2025, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments For Prepetition Services Performed, and (V) Granting Related Relief* to be served by email on:

Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Email: preilley@coleschotz.com, snewman@coleschotz.com, mfitzpatrick@coleschotz.com, jdougherty@coleschotz.com
*Debtors' Counsel*

Joshua A. Sussberg, P.C.
Aparna Yenamandra, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Email: joshua.sussberg@kirkland.com, aparna.yenamandra@kirkland.com
*Debtors' Counsel*

Anup Sathy, P.C.
Jeffrey Michalik
Lindsey Blumenthal
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Email:  anup.sathy@kirkland.com, jeff.michalik@kirkland.com, lindsey.blumenthal@kirkland.com
*Debtors' Counsel*

Malcolm M. Bates
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email:  malcolm.m.bates@usdoj.gov

                                        */s/ William F. Taylor, Jr.*
                                        William F. Taylor, Jr. (#2936)