**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*, | ) Case No. 25-10068 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket Nos. 14, 225, 226 |

**NOTICE OF WITHDRAWAL OF JOINDER OF CERTAIN UTILITY COMPANIES TO THE OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS, (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (IV) AUTHORIZING CERTAIN FEE PAYMENTS FOR PREPETITION SERVICES PERFORMED, AND (V) <u>GRANTING RELATED RELIEF</u>**

Appalachian Power Company, Ohio Power Company d/b/a AEP Ohio, Indiana Michigan Power Company, Southwestern Electric Power Company, Public Service Company of Oklahoma and Kentucky Power Company (collectively, "AEP"), by counsel, hereby withdraws the *Joinder* (Docket No. 226) to the *Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments For Prepetition Services Performed, and (V) Granting Related Relief*

(Docket No. 225), pursuant to a settlement between AEP and the Debtors.

| | |
|---|---|
| Dated: February 13, 2025 | WHITEFORD TAYLOR & PRESTON, LLC |
| | /s/ *William F. Taylor, Jr.* |
| | William F. Taylor, Jr. (#2936) |
| | 600 North King Street, Suite 300 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 353-4145 |
| | Facsimile: (302) 357-3270 |
| | E-mail: wtaylor@whitefordlaw.com |
| | |
| | and |
| | |
| | LAW FIRM OF RUSSELL R. JOHNSON III, PLC |
| | Russell R. Johnson III (VSB No. 31468) |
| | John M. Craig (VSB No. 32977) |
| | 2258 Wheatlands Drive |
| | Manakin-Sabot, Virginia  23103 |
| | Telephone: (804) 749-8861 |
| | E-mail: russell@russelljohnsonlawfirm.com |
| | john@russelljohnsonlawfirm.com |
| | |
| | *Counsel for Appalachian Power Company, Ohio Power Company d/b/a AEP Ohio, Indiana Michigan Power Company, Southwestern Electric Power Company, Public Service Company of Oklahoma and Kentucky Power Company* |