**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
)
In re:                          ) Chapter 11
                                )
JOANN INC., *et al.*,           ) Case No. 25-10068 (CTG)
                                )
                                ) (Jointly Administered)
            Debtors.            )
                                ) Re:  Docket Nos. 14, 225, 227
_____)

**NOTICE OF WITHDRAWAL OF JOINDER OF CERTAIN FIRSTENERGY OPERATING COMPANIES TO THE OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS, (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (IV) AUTHORIZING CERTAIN FEE PAYMENTS FOR PREPETITION SERVICES PERFORMED, AND (V) GRANTING RELATED RELIEF**

Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Monongahela Power Company, Metropolitan Edison Company, Pennsylvania Power Company, Jersey Central Power & Light Company, Toledo Edison Company and The Cleveland Electric Illuminating Company (collectively, the "Joinder Utilities"), by counsel, hereby withdraw the *Joinder* (Docket No. 227) to the *Objection of Certain Utility Companies To the Motion of Debtors For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (IV)*

*Authorizing Certain Fee Payments For Prepetition Services Performed, and (V) Granting Related Relief* (Docket No. 225), pursuant to a settlement between the Joinder Utilities and the Debtors.

| | |
|---|---|
| Dated: February 13, 2025 | WHITEFORD TAYLOR & PRESTON, LLC |

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4145
Facsimile: (302) 357-3270
E-mail: wtaylor@whitefordlaw.com

and

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Monongahela Power Company, Metropolitan Edison Company, Pennsylvania Power Company, Jersey Central Power & Light Company, Toledo Edison Company and The Cleveland Electric Illuminating Company*