# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Brigit Crosbie of Kirkland & Ellis LLP and Kirkland & Ellis International LLP to represent the above-captioned debtors and debtors in possession in these chapter 11 cases and any related adversary proceedings.

Dated: February 13, 2025　　　　　　　　　　/s/ *Patrick J. Reilley*
Wilmington, Delaware

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:　(302) 652-3131
Facsimile:　(302) 652-3117
Email:　preilley@coleschotz.com
　　　　　snewman@coleschotz.com
　　　　　mfitzpatrick@coleschotz.com
　　　　　jdougherty@coleschotz.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: February 13, 2025                              /s/ *Brigit Crosbie*
                                                                     Brigit Crosbie
                                                                     **KIRKLAND & ELLIS LLP**
                                                                     **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                                                     333 West Wolf Point Plaza
                                                                     Chicago, Illinois 60654
                                                                     Telephone:  (312) 862-2000
                                                                     Facsimile:   (312) 862-2200
                                                                     Email:  brigit.crosie@kirkland.com

                                                                     *Proposed Co-Counsel to the Debtors*
                                                                     *and Debtors in Possession*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.