**Exhibit B**

**August 30, 2024 Email**

12531532

| | |
|---|---|
| **To:** | Matthew Dunn[mdunn@gordonbrothers.com]; Dwyer, Jeffrey[jdwyer@alvarezandmarsal.com]; Kyle Shonak[kshonak@gordonbrothers.com] |
| **Cc:** | Prendergast, Michael[mprendergast@alvarezandmarsal.com] |
| **From:** | cpincus@gordonbrothers.com |
| **Sent:** | 2024-08-30T16:45:11Z |
| **Importance:** | Normal |
| **Subject:** | RE: [EXTERNAL] RE: GB/JAS |
| **Received:** | 2024-08-30T16:45:03Z |

Joann Inventory Shrink (240812 at 1100).pdf


Cameron Pincus  |  Gordon Brothers  |  585.478.8782

---

**From:** Matthew Dunn <mdunn@gordonbrothers.com>
**Sent:** Friday, August 30, 2024 12:12 PM
**To:** Cameron Pincus <cpincus@gordonbrothers.com>; Dwyer, Jeffrey <jdwyer@alvarezandmarsal.com>; Kyle Shonak <kshonak@gordonbrothers.com>
**Cc:** Prendergast, Michael <mprendergast@alvarezandmarsal.com>
**Subject:** RE: [EXTERNAL] RE: GB/JAS

Jeff and Michael,

See the below reserve rationale for the reserve to discuss on the call.

- **Material Deterioration in Financial Performance**

    o Sales trend YoY is down 9.9% since emergence, with weekly performance outlined below. Trends are getting worse as the Company is down ~12.4% YoY over the trailing 4-weeks and are down $4.9mm (3.7%) vs. latest forecast
    o Post-emergence, the Company has never had a positive year-over-year sales comp in any week.

| Weekly Sales YoY Decline Since Emergence ($ in millions) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast vs. Actuals | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act |
| Week Number | | | | | | | | | | | | | | |
| Week ending | 5/4/24 | 5/11/24 | 5/18/24 | 5/25/24 | 6/1/24 | 6/8/24 | 6/15/24 | 6/22/24 | 6/29/24 | 7/6/24 | 7/13/24 | 7/20/24 | 7/27/24 | 8/3/24 | 8/10/ |
| Sales | 31.2 | 31.8 | 30.0 | 32.2 | 32.3 | 31.6 | 32.0 | 31.8 | 32.4 | 31.9 | 31.1 | 30.3 | 30.3 | 31.7 | 3 |
| % to Prior Year | (9.7%) | (8.6%) | (4.9%) | (9.5%) | (9.4%) | (3.7%) | (5.6%) | (7.8%) | (13.3%) | (11.6%) | (10.6%) | (13.1%) | (14.0%) | (14.0%) | (10. |
| Current Year Sales | 31.2 | 31.8 | 30.0 | 32.2 | 32.3 | 31.6 | 32.0 | 31.8 | 32.4 | 31.9 | 31.1 | 30.3 | 30.3 | 31.7 | |
| Prior Year Sales | 34.6 | 34.7 | 31.6 | 35.5 | 35.7 | 32.8 | 33.9 | 34.5 | 37.4 | 36.0 | 34.8 | 34.8 | 35.3 | 36.9 | |
| Difference | (3.4) | (3.0) | (1.5) | (3.4) | (3.4) | (1.2) | (1.9) | (2.7) | (5.0) | (4.2) | (3.7) | (4.6) | (5.0) | (5.2) | ( |
| % to Prior Year | (9.7%) | (8.6%) | (4.9%) | (9.5%) | (9.4%) | (3.7%) | (5.6%) | (7.8%) | (13.3%) | (11.6%) | (10.6%) | (13.1%) | (14.0%) | (14.0%) | (10. |

    o Comparison of actuals vs the 3/8 monthly business plan by month below.
    o Plan had forecast sales for these three months would be down 1.4% YoY – they are actually down 9.9% YoY, so the variance vs. plan is down 8.5%.
    o The deterioration in financial performance is due to a number of factors including lack of inventory which is described in the following bullet.
    o Excess availability as of the borrowing base delivered on 8/28/24 was $50.8 million which was $63.6 million below projected excess availability for the month-ended August '24 in the Business Plan dated 3/12/24 driven by revolver borrowings being materially above plan (+$55.5 million) given the decline in financial performance. Excess availability was $18 million below plan when comparing the 8/7/24 borrowing base to the weekly cash flow forecast delivered to the lenders on 5/22/24.

| Actual Sales vs. Business Plan Sales ($ in millions) | | | | |
|---|---|---|---|---|
| Fiscal Month | May | June | July | Total |
| Month Ending Date | 6/1/24 | 7/6/24 | 8/3/24 | |
| Actual Sales | 126.2 | 159.7 | 123.4 | 409.4 |
| Business Plan Sales | 135.5 | 171.7 | 140.0 | 447.3 |
| Difference | (9.3) | (12.0) | (16.6) | (37.9) |
| Percent Difference | (6.9%) | (7.0%) | (11.8%) | (8.5%) |

- **Inventory Challenges**

  ○ The Company relayed to the lenders that only 40% of the on-hand goods were full in-stocked meaning there were holes in 60% of the inventory. This has had a negative impact on the business as despite store traffic being up, per management, the sales are below plan and YoY per the above.
  ○ Using the projections delivered to the lenders on 5/22/24, in-transit inventory levels were $35.7 million (38.5%) below plan ($57.1 million actual vs. $92.8 million projected) as of the 8/7/24 borrowing base.
  ○ Given the significant holes in the inventory the gross recovery in the appraisal is likely overstated.

- **Actual Shrink in Excess of Company Methodology**

  ○ Gordon Brothers recently observed inventory counts for five Joann stores. The results highlight a significant difference between actual shrink (percentage variance between book inventory and actual inventory) and shrink calculated using a historical percentage of sales method. Gordon Brothers' actual shrink averaged 2.7% across the five stores vs. Joann's ~1.4%. The percentage of sales method is commonly utilized by retailers to make quick and 'normalized' shrink estimates but may significantly deviate from actual shrink levels because the method does not require an actual inventory examination.
  ○ Full analysis and calculations included in the attached.

- **Borrowing Base Likely Overstated**

  ○ Based on the above the borrowing base is likely overstated by ~$25.4 million comprised of the following factors:
  ○ $16.9 million driven by the NOLV being too high given recent underperformance outlined above.

    ▪ Given the sales decline the multiplier in the appraisal is likely overstated and the sale term would need be elongated to reflect reduced sales velocity which would in turn reduce the NOLV.
    ▪ The longer sale term would lead to increased liquidation expenses including higher payroll, store occupancy costs, etc. directly reducing the NOLV.
    ▪ The impact to the borrowing base would be a ~$17 million decline if the NOLV were to reflect actual trends (see below table).
    ▪ Note that despite the gross recovery likely being overstated due to the unfavorable inventory mix (60% not fully stocked) described above, the below analysis kept the gross

recovery the same.

- $8.5 million driven by shrink being under-reserved as per the attached. If the shrink reserve were to reflect actual observed shrink the borrowing base would decline by $8.5 million (see below table).

**Jo-Ann Stores**
($ in 000s)

| | Hilco 12 month Model (Issued July 2024) | | | | |
|---|---|---|---|---|---|
| Month | Sept | | | | |
| # of Weeks | 10.8 | | | | |
| Inventory - Cost | 625,125 | | | | |
| Inventory - Retail (SP) | 1,371,279 | | | | |
| CF% | 45.6% | | | | |
| Total Gross Recovery | 794,511 | | | | |
| GR% - Cost | 127.1% | | | | |
| GR% - Retail (SP) | 57.9% | | | | |
| GM% | 21.3% | | | | |
| Liquidation Costs | $ | Ret Pts | Cost Pts | Per Str wk | % Sales |
| Subtotal - payroll | 65,216 | 4.76 | 10.43 | 7.54 | 8.2% |
| Store occupancy costs | 72,641 | 5.30 | 11.62 | 8.40 | 9.1% |
| Advertising and promotional costs | 19,198 | 1.40 | 3.07 | 2.22 | 2.4% |
| Subtotal - Other Store Operating Costs | 32,919 | 2.40 | 5.27 | 3.81 | 4.1% |
| Total Store Expenses | 189,974 | 13.85 | 30.39 | 21.96 | 23.9% |
| Subtotal - Admin & DC payroll | 10,283 | 0.75 | 1.64 | 1.19 | 1.3% |
| Subtotal - Other Operating Costs | 7,822 | 0.57 | 1.25 | 0.90 | 1.0% |
| Total Administrative & Distribution Expenses | 18,199 | 1.33 | 2.91 | 2.10 | 2.3% |
| On site Management | 11,398 | 0.83 | 1.82 | 1.32 | 1.4% |
| Total Liquidation costs before fee | 219,571 | 16.01 | 35.12 | 25.38 | 27.6% |
| Agent's Fee | 30,854 | 2.25 | 4.94 | 3.57 | 3.9% |
| Total Liquidation costs & Agent's Fees | 250,425 | 18.26 | 40.06 | 28.95 | 31.5% |
| Net Recovery | 544,086 | 39.68 | 87.04 | 62.90 | 68.5% |
| NR% Sales | 68.5% | | | | |
| NR% - Cost | 87.0% | | | | |
| NR% - Retail | 39.7% | | | | |

|  | 8/28/24 BBC |
|---|---|
| Shrink Reserve per Borrowing Base (a) | 8,029,705 |
| On-Hand Inventory at Cost (b) | 634,227,006 |
| Implied Shrink Reserve as % of Inventory Cost (a) / (b) | 1.27% |
| Shrink Observed in Actual Counts (c) | 2.71% |
| Shrink Reserve based on Actual Counts (d) ((b) * (c)) | 17,168,525 |
| Increase to Shrink Reserve Needed (d) - (a) | 9,138,820 |
| September NOLV | 87.0% |
| Gross Inventory Advance Rate | 107.5% |
| Impact to Availability | (8,547,081) |

Best,
Matt
-----------------------------------------------------------------
Matthew Dunn  |  Gordon Brothers  |  617-943-1198

-----Original Appointment-----
**From:** Cameron Pincus <cpincus@gordonbrothers.com>
**Sent:** Friday, August 30, 2024 9:05 AM
**To:** Cameron Pincus; Dwyer, Jeffrey; Matthew Dunn; Kyle Shonak
**Cc:** Prendergast, Michael
**Subject:** [EXTERNAL] RE: GB/JAS
**When:** Friday, August 30, 2024 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

_____

# Microsoft Teams Need help?

## Join the meeting now
Meeting ID: 263 284 732 08
Passcode: nSc7WN

_____

## Dial in by phone
+1 857-410-1651,,231090488# United States, Charlestown
Find a local number
Phone conference ID: 231 090 488#

## Join on a video conferencing device
Tenant key: gordonbrothers@m.webex.com
Video ID: 118 596 416 6
More info

For organizers: Meeting options | Reset dial-in PIN
_____

_____
**From:** Dwyer, Jeffrey <jdwyer@alvarezandmarsal.com>
**Sent:** Thursday, August 29, 2024 5:58 PM
**To:** Matthew Dunn <mdunn@gordonbrothers.com>
**Cc:** Kyle Shonak <kshonak@gordonbrothers.com>; Prendergast, Michael <mprendergast@alvarezandmarsal.com>; Cameron Pincus <cpincus@gordonbrothers.com>
**Subject:** Re: [EXTERNAL] RE: GB/JAS

Hi Matthew,

Yes, we are free at 1 pm ET if that works for you?

Thank you,
Jeff

On Aug 29, 2024, at 5:46 PM, Matthew Dunn <mdunn@gordonbrothers.com> wrote:

> ⚠️ **[EXTERNAL EMAIL]: Use Caution**

Hi Jeff – Are you available to discuss tomorrow morning from 11am ET on?

Thanks,
Matt
-----------------------------------------------------------------
Matthew Dunn  |  Gordon Brothers  |  617-943-1198

**From:** Dwyer, Jeffrey <jdwyer@alvarezandmarsal.com>
**Sent:** Monday, August 26, 2024 12:34 AM
**To:** Kyle Shonak <kshonak@gordonbrothers.com>; Prendergast, Michael <mprendergast@alvarezandmarsal.com>
**Cc:** Frank Morton <fmorton@gordonbrothers.com>; Cameron Pincus <cpincus@gordonbrothers.com>; Matthew Dunn <mdunn@gordonbrothers.com>
**Subject:** [EXTERNAL] RE: GB/JAS

Hi Kyle,

Thank you for your note.  I would love the opportunity to discuss Gordon Brothers concerns and the proposed reserve on Joann.

I am free tomorrow anytime after 2 pm ET.

Best,
Jeff

**From:** Kyle Shonak <kshonak@gordonbrothers.com>

CONFIDENTIAL    1903P_00000719

**Sent:** Thursday, August 22, 2024 8:11 PM
**To:** Prendergast, Michael <mprendergast@alvarezandmarsal.com>; Dwyer, Jeffrey <jdwyer@alvarezandmarsal.com>
**Cc:** Frank Morton <fmorton@gordonbrothers.com>; Cameron Pincus <cpincus@gordonbrothers.com>; Matthew Dunn <mdunn@gordonbrothers.com>
**Subject:** GB/JAS

> ⚠ **[EXTERNAL EMAIL]: Use Caution**

Mike and Jeff,

We received your letters dated August 20. We will provide a more detailed response to the issues raised in the letters, but I wanted to send you this quick email to reiterate that it remains our objective to continue engaging in a productive dialogue with the Company.

To be clear, however, I did not "effectively concede" that the requested $10M Availability Reserve is "entirely arbitrary." That is not an accurate or fair characterization of our discussions to date. In fact, shortly before we sent our Notice of Availability Reserve on August 16, I raised with you several conditions and events with the Company's performance and operations that substantiate the appropriateness of our request. These conditions and events (and other issues) will be set forth in our more detailed response to your letters.

The suggestion that we did not consult with the Administrative Agent is also not accurate. We consulted, and discussed our Notice of Availability Reserve with, the Administrative Agent before sending it to the Company.

We have been, and will continue to be, available to speak with you about the specific issues raised in our Notice of Availability Reserve and your business operations and performance more generally. Along these lines, I would like to accept the invitation to meet with you and your team at corporate HQ to discuss our concerns about the Company's recent performance. If you can please propose some dates that are convenient for you in the first few weeks of September, we will work quickly to reserve time on our calendars. In the meantime, our request for the establishment of an Availability Reserve against the FILO Borrowing Base in the amount of $10M stands.

I look forward to meeting with you in September and remain available to discuss these issues with you before we meet.

kcs

Kyle C. Shonak
Head of Lending | North America
Senior Managing Director | Transaction Team
Gordon Brothers
508.282.7491 / 617.275.9950

Privileged and Confidential; Preliminary & Subject to Material Change

# Inventory Shrink Comparison

### Gordon Brothers Inventory Count Results

| Store | Book Cost | Counted Cost | Cost Variance | Actual Shrink | Joann's % | Shrink Variance |
|---|---|---|---|---|---|---|
| 551 | 461,131 | 450,076 | (11,055) | -2.4% | -1.2% | -1.2% |
| 2281 | 529,970 | 517,850 | (12,120) | -2.3% | -1.2% | -1.1% |
| 2139 | 909,223 | 895,151 | (14,071) | -1.6% | -1.7% | 0.2% |
| 1966 | 662,877 | 630,189 | (32,688) | -4.9% | -1.2% | -3.7% |
| 2409 | 590,433 | 574,987 | (15,445) | -2.6% | -1.2% | -1.5% |
| | 3,153,633 | 3,068,254 | (85,379) | -2.7% | -1.4% | -1.3% |

Gordon Brothers recently prepared inventory counts for five Joann stores. The results highlight a significant difference between actual shrink (percentage variance between book inventory and actual inventory) and shrink calculated using a historical percentage of sales method. Gordon Brothers' actual shrink averaged 2.7% across the five stores vs. Joann's ~1.4%. The percentage of sales method is commonly utilized by retailers to make quick and 'normalized' shrink estimates but may significantly deviate from actual shrink levels because the method does not require an actual inventory examination.

### Illustrative Comparison - Actual Shrink vs. Percentage of Sales Methods ($ in millions)

| Line Item | Actual Shrink (5-store GB) | % of Sales (Joann 8/7 BBC) | Variance |
|---|---|---|---|
| Available Inventory | $ 635.0 | $ 635.0 | $ - |
| Shrink % | -2.7% | -1.4% | -1.3% |
| Shrink Reserve | $ (17.2) | $ (9.1) | $ (8.2) |
| Eligible Inventory | $ 585.5 | $ 593.7 | $ (8.2) |
| NOLV % | 85.3% | 85.3% | - |
| Advance Rate % | 90.0% | 90.0% | - |
| Inventory Availability | $ 449.5 | $ 455.8 | $ (6.3) |

The effects of this methodological difference are shown above. If the 5-store actual shrink percentage were applied to the 8/7 borrowing base the resulting shrink reserve would increase to $17.2mm, nearly double the $9.1mm that the 8/7 certificate currently reflects. This would result in an incremental $6.3mm reduction in inventory availability. The gap would also increase as Joann receives more inventory.

CONFIDENTIAL    AlixPartners    11    19903P_00000721