IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> JOANN INC., et al.,[1] <br><br>                  Debtors. | Chapter 11 <br><br> Case No. 25-10068 (CTG) <br> (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Justin M. Tuskan, of Metz Lewis Brodman Must O'Keefe, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222, to represent Park Associates LP in this action.

                                                  */s/ Katherine L. Hemming*
                                                  Katherine L. Hemming (No. 5496)
                                                  CAMPBELL & LEVINE, LLC
                                                  222 Delaware Avenue, Suite 1620
                                                  Wilmington, DE 19801
                                                  (302) 426-1900
                                                  khemming@camlev.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: February 13, 2025                              */s/ Justin M. Tuskan*
                                                                Justin M. Tuskan, Esq. (PA No. 311235)
                                                                 METZ LEWIS BRODMAN MUST O'KEEFE
                                                                 444 Liberty Avenue, Suite 2100
                                                                 Pittsburgh, PA 15222
                                                                 (412) 918-1158
                                                                 JTuskan@metzlewis.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 14th, 2025**  
**Wilmington, Delaware**

CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE