# SIGN-IN SHEET

**JUDGE:** Goldblatt  **COURTROOM:** 7

**CASE NUMBER** 25-10068 **CASE NAME:** Joann Inc. **DATE:** 2/14/2025 (9:30 AM)

*** PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED ***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Sujin | Morgan, Lewis & Bockius LLP | Bank of America, N.A. |
| Beth Arnault | Kirkland | Debtors |
| Jeff Michalik | | |
| Aparna Yenamandra | | |
| Michael Whalen | | |
| Brigit Crosbie | | |
| Henry Caldwell | | |
| Alex Ingoglia | | |
| Lindsey Blumenthal | | |
| Kaitlin Donahue | | ↓ |
| Stacy Newman | Cole Schotz | |
| Michael Fitzpatrick | " | ↓ |
| Bob Adams | RDW | Committee |
| Megan McLoughlin | RDW | " |
| Rick Cobb | RDW | " |
| Peter Keane | RDW | " |
| James O'Neill | " | " |

# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER** 25-10068 **CASE NAME:** Joann Inc.   **DATE:** 2/14/2025 (9:30 AM)

*** PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED ***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher Carter | Morgan Lewis | Bank of America |
| Maliheh Zare | McCarter & English | Shelbyville Road Plaza |
| Curtis A. Hehn | Law Offices of Curtis Hehn | Shin Yen |
| Christopher Donnelly | Morris James | WSFS (Prepetition Term Loan Agent) |
| James Soura | Seyfarth Shaw | IGo Design Group Narco Inc. |
| Bryan Hall | Chapman Brown | " |
| John Ventola | Choate Hall | 1903 Loan Agent |
| Mark Edgarian | Choate Hall | 1903 Loan Agent |
| Brenna A Dolphin | MNAT | AHLG |
| Laura Roglen | Ballard Spahr LLP | various landlords |
| Ivan Gold | Allen Matkins | various landlords |
| Matthew Sarna | DLA Piper | 1903 Loan Agent |
| Cameron Capp | Reed Smith | Bank of America |
| Malcolm Bates | USTP | US Trustee |
| Susan Kaufman | [signature] | 1903 IP |
| Hampton Foushee | Choate Hall & Stewart | |

Joann, Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Morgan | Allred | Holland & Knight LLP | Janome America Inc. | Audio Only |
| Rachel | Amster | Gkg Law | Toll Global Forwarding (USA) Inc. | Video and Audio |
| Rick | Archer | | | Audio Only |
| Adi | Bajramovic | Weil, Gotshal & Manges LLP | | Video and Audio |
| Sarah | Baker | | | Audio Only |
| Steven | Balasiano | | Committee | Video and Audio |
| Antimo | Barbieri | TD Bank | JoAnn Inc. | Audio Only |
| Alejandro | Bascoy | Weil, Gotshal & Manges LLP | | Video and Audio |
| David | Bass | Cole Schotz P.C. | Debtors | Video and Audio |
| Rupsha | Basu | Milbank LLP | | Video and Audio |
| Noelle | Bauer | Joann Stores | Interested Party | Audio Only |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | | Video and Audio |
| Nancy | Bello | King & Spalding | | Video and Audio |
| Joshua | Belt | JOANN STORES | JOANN | Audio Only |
| Matthew | Bentley | ARENTFOX SCHIFF LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Agustina | Berro | Glenn Agre Bergman & Fuentes LLP | Interested Party | Video and Audio |
| Agustina | Berro | Glenn Agre | Interested party | Video and Audio |
| Andrew | Bettwy | Proskauer Rose LLP | Centerbridge Partners, L.P. | Video and Audio |
| Samantha | Beverly | JOANN | | Audio Only |
| Karen | Bifferato | Connolly Gallagher LLP | Polaris Towne Center SC, LLC | Video and Audio |
| Cortni | Bowser | | | Audio Only |
| Joshua | Brody | Gibson Dunn & Crutcher, LLP | Interested party | Video and Audio |
| Joshua | Brody | Gibson Dunn | Interested Party | Video and Audio |
| Luke | Brzozowski | Morris Nichols | Interested party | Video and Audio |
| Jennifer | Cann | Bank of America, N.A. | | Audio Only |
| Cameron | Capp | Reed Smith LLP | | Video and Audio |
| Jeffrey | Carbino | Pierson Ferdinand LLP | G.W. Real Estate of Georgia LLC | Video and Audio |
| Jeffery | Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | Witte Plaza Ltd | Video and Audio |
| Timothy | Chapman | | | Audio Only |
| Doria | Chen | | | Audio Only |
| Connie | Choe | | Creditors Committee | Video and Audio |
| John | Churchill | | Creditors Committee | Video and Audio |
| M. | Cleary | Potter Anderson & Corroon LLP | Gordon Brothers Retail Partners, LLC | Video and Audio |
| Hughes | Congleton | Province Firm | UCC | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Marjorie | Crider | Morgan, Lewis & Bockius LLP | | Audio Only |
| Donna | Culver | Morris, Nichols, Arsht & Tunnell | | Video and Audio |
| Donna | Culver | Morris Nichols Arsht & Tunnell | Interested Party | Video and Audio |
| Charles | Dale | Proskauer Rose LLP | Centerbridge Partners, L.P. | Video and Audio |
| Jay | Danforth | | | Audio Only |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Interested Party | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Interested Party | Video and Audio |
| Grace | Dobush | | | Audio Only |
| Brenna | Dolphin | Morris Nichols Arsht & Tunnell | Interested Party | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Interested Party | Video and Audio |
| Malak | Doss | Glenn Agre Bergman & Fuentes LLP | Interested Party | Video and Audio |
| Malak | Doss | Glenn Agre | Interested Party | Video and Audio |
| Liz | Dubuis | | | Audio Only |

Joann, Inc.
25-10068

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Nick | Ebel | Walsh Pizzi O&#039;Reilly Falanga LLP | JLL (Creditor) | Video and Audio |
| Jamie | Edmonson | Robinson & Cole LLP | Interested Party | Video and Audio |
| Andrew | Ehrmann | Potter Anderson & Corroon | Gordon Brothers Retail | Audio Only |
| Debbie | Eldridge | | | Audio Only |
| Garrett | Fail | Weil, Gotshal & Manges LLP | | Video and Audio |
| Stephen | Falanga | Walsh Pizzi O&#039;Reilly Falanga LLP | Jones Lang LaSalle Americas, Inc. | Video and Audio |
| Will | Farmer | Jackson Walker LLP | Burlington | Video and Audio |
| Daniel | Fermin | | Wells Fargo | Audio Only |
| Gregory | Flasser | Potter Anderson & Corroon LLP | Gordon Brothers Retail Partners, LLC | Video and Audio |
| Julia | Foster | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Dov | Frankel | Taft, Stettinius & Hollister LLP | Various landlords | Audio Only |
| Kathleen | Franson | Vernco Belknap, LLC c/o Vernet Properties | Vernco Belknap, LLC | Video and Audio |
| Cierra | Frye | Joann Fabric | | Audio Only |
| Matthew | Furlong | Morgan, Lewis & Bockius LLP | | Audio Only |
| Jeff | Garcia | Johkim Capital Partners | Johkim Capital Partners | Audio Only |
| John | Gentile | Benesch, Friedlander, Coplan & Aronoff, L | Tufko International | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Nicholas | Gerbus | | | Audio Only |
| Cindi | Giglio | Katten Muchin Rosenman LLP | Gordon Brothers Retail Partners, LLC | Video and Audio |
| Erica | Giuliani | | JOANN Employee | Audio Only |
| Andrew | Glenn | Glenn Agre Bergman & Fuentes LLP | Interested Party | Video and Audio |
| Andrew | Glenn | Glenn Agre | Interested Party | Video and Audio |
| Brett | Goodman | ARENTFOX SCHIFF LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Scott | Greenberg | Gibson Dunn | Interested Party | Video and Audio |
| Scott | Greenberg | Gibson Dunn & Crutcher, LLP | Interested Party | Video and Audio |
| Joseph | Gutkoski | JOANN | | Audio Only |
| Carrie | Hadley | | | Audio Only |
| Claire | Hammer | | | Audio Only |
| Elizabeth | Hansen | JOANN Fabrics | | Video and Audio |
| Andrew | Harmeyer | Milbank LLP | SVP Sewing Brands LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Interested Party | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell | Interested Party | Video and Audio |
| Katherine | Hemming | Campbell & Levine | Park Associates | Video and Audio |
| Jennifer | Henseler | | | Audio Only |
| Matthew | Henseler | | | Audio Only |
| Jennifer | Hepner | Katten | | Audio Only |
| Aaron | Herman | JOANN | | Audio Only |
| Patrick | Holohan | | | Audio Only |
| Esther | Hong | Glenn Agre Bergman & Fuentes LLP | Interested Party | Video and Audio |
| Esther | Hong | Glenn Agre | Interested party | Audio Only |
| Patrick | Huffstickler | Dykema Gossett PLLC | East Bay Plaza | Video and Audio |
| Adam | Jahnke | Vault Equity Partners | | Video and Audio |
| Michael | Jaworski | | | Audio Only |
| Paul | Kaiser | Joann | | Audio Only |
| Carly | Karnis | | | Audio Only |
| Christine | Katsaras | | | Audio Only |
| Benjamin | Katz | | Creditor PCP | Video and Audio |
| Benjamin | Keck | Keck Legal, LLC | Terra Worldwide Logistics LLC | Video and Audio |
| Brya | Keilson | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |

Joann, Inc.
25-10068

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Gerald | Kennedy | Procopio Cory Hargreaves & Savitch LLP | Mann Enterprises, Inc. | Audio Only |
| Tiffany | Kiess | | | Audio Only |
| Sanjuro | Kietlinski | Province Firm | UCC | Video and Audio |
| Caroline | Kinder | | | Audio Only |
| Ann | Kinsella | | | Audio Only |
| Scott | Klebanoff | Bank of America, N.A. | | Audio Only |
| Jon | Koch | | | Audio Only |
| Daniel | Kubitz | Schwabe | Gorge Leasing | Audio Only |
| Sabrina | Kukla | | | Audio Only |
| Adam | Landis | Landis Rath & Cobb LLP | Centerbridge Partners, L.P. | Video and Audio |
| Jacob | Lang | | | Video and Audio |
| Jennifer | Lappe | | | Audio Only |
| Derrick | Laton | Province Firm | UCC | Video and Audio |
| Jeffrey | Leary | RK Centers | RK Centers | Video and Audio |
| Jeffrey | Leary | RK Centers | RK Centers | Video and Audio |
| Ann | Lee | Mandelbaum Barrett PC | Orchard Yarn and Thread Company Inc. d/b/a Lion Br | Video and Audio |
| Alex | Lees | Milbank LLP | Interested Party | Video and Audio |
| Mark | Lerner | Duane Morris | Colart Americas Inc. | Video and Audio |
| Kevin | Liang | Gibson Dunn & Crutcher, LLP | Interested Party | Video and Audio |
| Kevin | Liang | Gibson Dunn | Interested Party | Video and Audio |
| Alan | Lipkin | Chaffetz Lindsey LLP | CRAFTY (AL) LLC | Video and Audio |
| Maxim | Litvak | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | Video and Audio |
| Christopher | Lucas | Regency Properties | Regency Properties | Video and Audio |
| Caroline | Maimbourg | | JOANN | Audio Only |
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| Kurt | Mayr | Glenn Agre | Interested Party | Video and Audio |
| Kurt | Mayr | Glenn Agre Bergman & Fuentes LLP | Interested party | Video and Audio |
| Matthew | McGuire | Landis Rath & Cobb LLP | Centerbridge Partners, L.P. | Video and Audio |
| Brian | McLaughlin | Offit Kurman, PA | Kimco Realty Corporation | Video and Audio |
| Steven | McNeill | | | Audio Only |
| John | Mckenna | JoAnn | | Audio Only |
| Alan | Meda | Burch & Cracchiolo PA | Pivotal 650 California Street LLC | Audio Only |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | CRAFTY (AL) LLC | Video and Audio |
| Dave | Miller | | | Audio Only |
| Stephanie | Mitchell | | | Audio Only |
| Vanessa | Moody | Goulston & Storrs PC | Centercorp Retail Properties et al | Video and Audio |
| Jennifer L | Moore | Mintgreenskies Media LLC / Sewing Report | | Audio Only |
| Marcy | Moralez | | | Audio Only |
| Katelyn | Murray | Wells Fargo | | Audio Only |
| Harrison | Naylor | | | Audio Only |
| Harrison | Naylor | | | Audio Only |
| Joel | Nesset | Cozen O&#039;Connor | | Audio Only |
| Jami | Nimeroff | Brown McGarry Nimeroff LLC | Sodexo and Affiliates | Video and Audio |
| Adam | Nowicki | Proskauer Rose LLP | Centerbridge Partners, L.P. | Video and Audio |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | Video and Audio |
| Uduma | Ogidi | | | Audio Only |
| Austin | Park | Morris Nichols Arsht and Tunnell | CRAFTY (AL) LLC | Video and Audio |
| Karen | Park | Zukerman Gore Brandeis & Crossman, LLP | | Audio Only |
| Kim | Patrizi | | | Audio Only |

Joann, Inc.
25-10068

| First Name | Last Name | Firm | Party | Attendance |
|---|---|---|---|---|
| Kristhy | Peguero | Jackson Walker LLP | Burlington | Video and Audio |
| Kimberly | Pytel | | | Audio Only |
| Daniel | Radi | Province Firm | UCC | Video and Audio |
| Andrew | Radis | Bank of America, N.A. | | Audio Only |
| Patricia | Redmond | Stearns Weaver Miller Weissler Alhadef | | Audio Only |
| Michele | Riccobono | | | Audio Only |
| Robert | Rich | Hunton Andrews Kurth LLP | N/A - Observing | Audio Only |
| Lauren | Riter | JOANN | JOANN | Audio Only |
| Elizabeth | Rogers | Landis Rath & Cobb LLP | Centerbridge Partners, L.P. | Video and Audio |
| Melissa | Romano | | | Video and Audio |
| Michaela | Rose | | | Audio Only |
| Kennedy | Rose | | Debtwire | Audio Only |
| Stan | Rosenzweig | | | Video and Audio |
| Ross | Rubin | Hunton Andrews Kurth LLP | 4101 Transit LLC | Audio Only |
| Maura | Russell | Leichtman Law PLLC | West Broadway Distribution Services, LLC | Video and Audio |
| Jeff | Saferstein | Weil, Gotshal & Manges LLP | | Video and Audio |
| Michael | Saivetz | Richloom | Richloom | Video and Audio |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | Video and Audio |
| Dana | Saporito | Jo-Ann Stores, LLC | | Audio Only |
| Anup | Sathy | Kirkland & Ellis | The Debtors | Video and Audio |
| Richard | Schaefer | | | Video and Audio |
| Serena | Schmook | | | Audio Only |
| David | Shim | Morgan, Lewis & Bockius LLP | | Audio Only |
| Michelle | Shriro | Singer & Levick, PC | B33 Capital/Retail Plaza | Video and Audio |
| Ryan | Shuster | Joann | Myself | Audio Only |
| Nicholas | Smargiassi | Saul Ewing LLP | | Video and Audio |
| Jason | Smith | Joann | | Audio Only |
| Jay | Sok | | | Audio Only |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |
| Emily | Steele | | | Audio Only |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | SVP Sewing Brands LLC | Video and Audio |
| Graham | Streich | Baker McKenzie | | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO Carolina, CTO23 Rockwall, IGI21 Katy | Video and Audio |
| Ellsworth | Summers | Burr & Forman LLP | CTO Carolina Pavilion, CTO23 Rockwall and CTO Pric | Video and Audio |
| Joshua | Sussberg | Kirkland & Ellis | The Debtors | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| Grace | Thompson | Katten Muchin Rosenman LLP | Gordon Brothers Retail Partners, LLC | Video and Audio |
| Steve | Torres | Joann | Joann | Audio Only |
| Robert | Trnavsky | | | Audio Only |
| Michael | Tucker | Ulmer & Berne LLP | MLO Great South Bay | Video and Audio |
| Justin | Tuskan | Metz Lewis Brodman Must O&#039;Keefe | Park Associates LP | Video and Audio |
| Izabella | Ulvoczky | | | Audio Only |
| Vicki | Vardon | | | Audio Only |
| DVIR | WEINBERG | | 5.17E+09 | JOANN Inc Audio Only |
| James | Weikamp | | | Audio Only |
| David | Weiss | Paul, Weiss, Rifkind, Wharton & | Interested Party | Video and Audio |
| Al | Williams | Gordon Brothers | Gordon Brothers | Video and Audio |
| Eric | Wilson | | Committee Counsel | Video and Audio |


Joann, Inc.
25-10068

| | | | | |
|---|---|---|---|---|
| Maria | Winkelman | Joann | myself | Video and Audio |
| Eric | Wise | King & Spalding | | Video and Audio |
| Alex | Wittenberg | Law360 | | Audio Only |
| Blanka | Wolfe | | | Audio Only |
| Edward | Yao | Houlihan Lokey | Self | Audio Only |
| Jeremy | Zelwin | JOANN Inc. | | Audio Only |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Libert Mutual Insurance | Video and Audio |
| justin | davis | Joann | | Audio Only |
| justin | davis | Joann | | Video and Audio |