IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 264** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF IG DESIGN GROUP AMERICAS, INC. TO FILE "EXHIBIT A" TO LIMITED OBJECTION UNDER SEAL**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Motion of IG Design Group Americans, Inc. to File "Exhibit A" to Limited Objection Under Seal* (the "**Motion**"), filed on February 4, 2025. Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than February 11, 2025, at 2:00 p.m. (Eastern Time). The hearing with respect to the Motion and other matters was rescheduled for February 14, 2025 at 9:30 a.m. No objection to the relief requested in the Motion was raised at the hearing. Further, the undersigned has caused the review of the Court's docket in the lead case and no objection or other responsive pleading to the relief requested in the Motion has been filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**WHEREFORE**, the undersigned, on behalf of IG Design Group Americas, Inc. and its affiliates, respectfully requests that the Court enter the form of order attached to the Motion.

| | |
|---|---|
| Dated:  February 14, 2025<br>          Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Bryan J. Hall (No. 6285)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>            olivere@chipmanbrown.com<br>            hall@chipmanbrown.com<br><br>           and<br><br>James B. Sowka (Admitted *Pro Hac Vice*)<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Telephone:    312.460.5325<br>Email: jsowka@seyfarth.com<br><br>*Attorneys for IG Design Group Americas, Inc.* |