# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| JOANN INC., *et al.*,[1] | ) |
|  | ) Case No. 25-10068 (CTG) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |
|  | ) **Hearing Date: March 6, 2025 at 2:00 p.m. (ET)** |
|  | ) **Obj. Deadline: February 27, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION
OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND
363(b) TO (I) RETAIN ALVAREZ & MARSAL NORTH AMERICA,
LLC TO PROVIDE THE DEBTORS AN INTERIM CHIEF EXECUTIVE
OFFICER, AN INTERIM CHIEF FINANCIAL OFFICER, AND CERTAIN
ADDITIONAL PERSONNEL, (II) DESIGNATE MICHAEL PRENDERGAST
AS INTERIM CHIEF EXECUTIVE OFFICER, AND (III) DESIGNATE
JEFFREY DWYER AS INTERIM CHIEF FINANCIAL OFFICER FOR
THE DEBTORS, IN EACH CASE EFFECTIVE AS OF THE PETITION DATE**

PLEASE TAKE NOTICE that on February 13, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned proposed counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors an Interim Chief Executive Officer, an Interim Chief Financial Officer, and Certain Additional Personnel, (II) Designate Michael Prendergast as Interim Chief Executive Officer, and (III) Designate Jeffrey Dwyer as Interim Chief Financial Officer for the Debtors, in Each Case Effective as of the Petition Date* (the "Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Application will be held on **March 6, 2025 at 2:00 p.m. (ET)** before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the relief sought in the Application must be filed on or before **February 27, 2025 at 4:00 p.m. (ET) (the "Objection Deadline")** with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response or objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 13, 2025
Wilmington, Delaware

/s/ Patrick J. Reilley

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 1410 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |