**<u>Exhibit B</u>**

**Yenamandra Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF APARNA
YENAMANDRA IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND
KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JANUARY 15, 2025**

I, Aparna Yenamandra, being duly sworn, state the following under penalty of perjury:

1.     I am the president of Aparna Yenamandra, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Court for the Southern District of New York.  There are no disciplinary proceedings pending against me.

2.     I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

*Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025* (the "Application").[3]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.       The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.       Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re Am. Tire Distribs., Inc.*, No. 24-12391 (CTG) (Bankr. D. Del. Dec. 11, 2024); *In re Tupperware Brands Corp.*, No. 24-12156 (BLS) (Bankr. D. Del. Nov. 15, 2024); *In re Wheel Pros, LLC*, No. 24-11939 (JTD) (Bankr. D. Del. Nov. 6, 2024); *In re SunPower Corp.*, No. 24-11659 (CTG) (Bankr. D. Del. Sept. 11, 2024); *In re Vyaire Med., Inc.*, No. 24-11217 (BLS) (Bankr. D. Del. Aug. 5, 2024); *In re Appgate, Inc.*, No. 24-10956 (CTG) (Bankr. D. Del. June 13, 2024); *In re Express, Inc.*, No. 24-10831 (KBO) (Bankr. D. Del. June 4, 2024); *In re Sientra, Inc.*, No. 24-10245 (JTD) (Bankr. D. Del. Mar. 26, 2024).

6.       In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[3]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## Services to Be Provided

7.      Subject to further order of the Court and that certain engagement letter dated

December 20, 2024 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the

Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.      advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of their businesses and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral;

g.      advising the Debtors in connection with the potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

3

**Professional Compensation**

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.    Kirkland's current hourly rates for matters related to these chapter 11 cases range

as follows:[4]

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,295-$2,675 |
| Of Counsel | $875-$2,245 |
| Associates | $785-$1,625 |
| Paraprofessionals | $355-$705 |

11.    Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for

the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary

with the experience and seniority of the individuals assigned.  These hourly rates are subject to

periodic adjustments to reflect economic and other conditions.[6]

12.    It is Kirkland's policy to charge its clients in all areas of practice for identifiable,

non-overhead expenses incurred in connection with the client's case that would not have been

incurred except for representation of that particular client.  It is also Kirkland's policy to charge

---

[4]    For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]    Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]    For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

its clients only the amount actually incurred by Kirkland in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries. Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases. Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

15.     Per the terms of the Engagement Letter, on December 23, 2024, the Debtors paid $500,000 to Kirkland, which, as stated in the Engagement Letter, constituted a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional special purpose retainer totaling $4,500,000 in the aggregate. As stated in the Engagement Letter, any special purpose

retainer is earned by Kirkland upon receipt, any special purpose retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any special purpose retainer upon Kirkland's receipt, any special purpose retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any special purpose retainer.[7]  A chart identifying the statements setting forth the professional services provided by Kirkland to the Debtors and the expenses incurred by Kirkland in connection therewith, as well as the special purpose retainer transferred by the Debtors to Kirkland, prior to the Petition Date is set forth below.

16.    During the 90-day period before the Petition Date, the Debtors paid special purpose retainer in the following amounts to Kirkland:

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Special Purpose Retainer Requested | Amount of Special Purpose Retainer Received | Resulting Special Purpose Retainer Following |
|---|---|---|---|---|---|
| Initial Request for Special Purpose Retainer | 12/23/2024 | | $500,000.00 | | |
| Receipt of Initial Special Purpose Retainer | 12/23/2024 | | | $500,000.00 | $500,000.00 |
| Additional Special Purpose Retainer | 12/26/2024 | | $750,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 12/27/2024 | | | $750,000.00 | $1,250,000.00 |
| Additional Special Purpose Retainer | 01/02/2025 | | $750,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 01/02/2025 | | | $750,000.00 | $2,000,000.00 |
| Additional Special Purpose Retainer | 01/06/2025 | | $1,000,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 01/07/2025 | | | $1,000,000.00 | $3,000,000.00 |

---

[7]    The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition special purpose retainer during the pendency of a chapter 11 case rather than applying such special purpose retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition special purpose retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition special purpose retainer but, instead, will apply any remaining special purpose retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

| | | | | |
|---|---|---|---|---|
| Additional Special Purpose Retainer | 01/09/2025 | | $500,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 01/09/2025 | | | $500,000.00 | $3,500,000.00 |
| Additional Special Purpose Retainer | 01/12/2025 | | $1,000,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 01/13/2025 | | | $1,000,000.00 | $4,500,000.00 |
| Statement of Fees and Expenses | 01/14/2025 | $2,365,950.41 | | | $2,134,049.59 |
| Statement of Fees and Expenses | 01/14/2025 | $937,064.95 | | | $1,196,984.64 |

17.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's special purpose retainer, Kirkland's total special purpose retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

18.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

19.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases Effective As of November 1, 2013* (the "<u>Revised UST Guidelines</u>"), both

in connection with this Application and the interim and final fee applications to be filed by

Kirkland in these chapter 11 cases.

## <u>Attorney Statement Pursuant to Revised UST Guidelines</u>

20.    The following is provided in response to the request for additional information set

forth in Paragraph D.1. of the Revised UST Guidelines:

a.   **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**:  No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.   **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**:  No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.   **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,295-$2,675 |
| Of Counsel | $875-$2,245 |
| Associates | $785-$1,625 |
| Paraprofessionals | $355-$705 |

Kirkland represented the Debtors from December 20, 2024 to December 31, 2024, using the hourly rates listed below:

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,195-$2,465 |
| Of Counsel | $820-$2,245 |
| Associates | $745-$1,495 |
| Paraprofessionals | $325-$625 |

d. **Question**: Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes. Specifically, pursuant to the Interim Cash Collateral Order,[9] the Debtors must furnish to the Prepetition ABL Agent and the Prepetition FILO Agent a budget report not less than every four weeks unless otherwise agreed to by the Debtors, the Prepetition ABL Agent, and the Prepetition FILO Agent, and variance report every week, which include detail regarding the fees and expenses incurred in these chapter 11 cases by professionals proposed to be retained by the Debtors.

### Kirkland's Disinterestedness

21.    In connection with its proposed retention by the Debtors in these chapter 11 cases,

Kirkland undertook to determine whether it had any conflicts or other relationships that might

---

[8]    While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[9]    "Interim Cash Collateral Order" means the *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 106].

cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Kirkland did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  Accordingly, Kirkland will update this Declaration as

necessary and when Kirkland becomes aware of additional material information.  The following

is a list of the categories that Kirkland has searched:[10]

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Known Affiliates / Joint Venture Entities |
| 1(c) | Current and Former Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff and U.S. Trustee Office Personnel |
| 1(f) | Bankruptcy Professionals Representing Other Parties |
| 1(g) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(h) | Debtor Professionals |
| 1(i) | Governmental-Regulatory Authorities |
| 1(j) | Insurance Providers |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | M&A Parties |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Significant Customers |
| 1(p) | Surety & Letters of Credit |
| 1(q) | Top 30 Unsecured Creditors |
| 1(r) | Unions |
| 1(s) | Vendors |

23.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the

meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the

Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and

(b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except

as may be disclosed in this Declaration.

---

[10]  Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

24.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[11]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity, and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

25.     Of the entities listed on **Schedule 2**, only three represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on December 31, 2024 (collectively, the "One-Percent Clients").  Two of the One-Percent Clients, Blackstone Inc. and Thoma Bravo LP are each affiliates of certain of the Debtors' vendors.  The third One-Percent Client executed a non-disclosure agreement with the Debtors regarding a potential M&A transaction regarding the Debtors and their business.[12]  I do not believe that any current or former representation of such

---

[11]    As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[12]    As stated in paragraph 41 of this Declaration, due to the inherently competitive nature of the Debtors' sale process, it is imperative that the identity of the potential counterparties in the Debtors' sale process (each a "Potential M&A Counterparty") remain confidential.  The Debtors filed the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Application* (the "Sealing Motion*)*, contemporaneously herewith, requesting authority to redact and file under seal the names of the Potential M&A Counterparties.

13

entities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

26.    Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(s)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

27.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

28.    Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.    Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental

14

declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.    From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

31.    From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.    Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

### Specific Disclosures

33.    As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

A.    **Connections to Holders of Equity Interests in the Debtors.**

34.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Fidelity Investments (f/k/a FMR LLC) ("Fidelity"), Nuveen Alternatives Advisors, LLC ("Nuveen Alternatives"), and TFG Asset Management LP ("TFG" and, together with Fidelity

and Nuveen Alternatives, the "Equity and Term Loan Parties") on a variety of matters.  An affiliate of Nuveen Alternatives, an affiliate of TFG, and Fidelity, each own more than 5% of the equity interests in JOANN INC and are lenders under the Prepetition Term Loan Facility.  Kirkland has not represented, and will not represent, the Equity and Term Loan Parties and/or their affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. All current and prior Kirkland representations of the Equity and Term Loan Parties have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or prior representations of the Equity and Term Loan Parties preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.      Connections to Officers and Directors.**

35.      As disclosed below and on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

36.      Pamela Corrie and Jill Frizzley are independent directors of Debtor JOANN Inc., and each currently serves, has served, or may serve from time to time, in various management, director, and/or consultant capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Ms. Corrie or Ms. Frizzley serve or served in a management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

16

C.    **Connections to Other Entities.**

37.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Wells Fargo Bank N.A. and various of its subsidiaries and affiliates ("Wells Fargo") and Heartland Bank and Trust Company and various of its subsidiaries and affiliates ("Heartland"), on a variety of matters.  Wells Fargo and Heartland are two of the Debtors' banks at which the Debtors maintain a number of their bank accounts.  Kirkland's current and prior representations of Wells Fargo and Heartland have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, Wells Fargo or Heartland in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representations of Wells Fargo and Heartland preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.    As disclosed on **Schedule 2**, Kirkland in the past has represented, SVP Worldwide ("SVP") and/or certain affiliates on a variety of matters.  SVP Sewing Brands LLC, an affiliate of SVP, is a vendor of the Debtors.  Kirkland's prior representations of SVP have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, SVP in connection with any matter related to the Debtors or these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of SVP precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Gordon Brothers Brands, LLC ("Gordon Brothers Brands"), an affiliate of 1903P Loan Agent, the Debtors' Prepetition FILO Agent, and an affiliate of Gordon Brothers Retail Partners, LLC, the Debtors' Stalking Horse Bidder on a variety of matters.  1903P Loan Agent is

17

represented by Choate, Hall & Stewart LLP and Gordon Brothers Retail Partners, LLC, is represented by Katten Muchin Rosenman LLP in these chapter 11 cases. Kirkland's current and prior representations of Gordon Brothers Brands and any of its affiliates and have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, Gordon Brothers Brands or any of its affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Gordon Brothers Brands precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, 3M Company and certain of its affiliates on a variety of matters. 3M is a vendor of the Debtors. Certain potential parties in interest in these chapter 11 cases and/or their affiliates are current or former Kirkland restructuring clients, including Aearo Technologies LLC ("Aearo"), an affiliate of 3M Company (together with any other current or former Kirkland restructuring client disclosed on **Schedule 2**, the "Restructuring Clients"). Kirkland's current and prior representations of the Restructuring Clients have been in matters unrelated to the Debtors' or these chapter 11 cases. Kirkland will not represent the Debtors, their non-Debtor affiliates, or other entities associated with the Debtors in any matter related to the Restructuring Clients' restructuring matters. Similarly, Kirkland will not represent the Restructuring Clients against the Debtors in these chapter 11 cases. To the extent it is necessary for the Debtors or the Restructuring Clients to commence an action against one another, such parties will be represented in such matters by conflicts counsel. I do not believe that Kirkland's current or former representation of the Restructuring Clients precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

18

D.    **Potential M&A Transaction Counterparties.**

41.    The Debtors are in discussions with certain parties (and may be in discussions with other parties in the future) regarding potential M&A transactions regarding the Debtors and their businesses.  Due to the inherently competitive nature of this process, it is imperative that the identities of the Potential M&A Counterparties remain confidential.  The Debtors will disclose to the U.S. Trustee the identities of the Potential M&A Counterparties and Kirkland's connections to such Potential M&A Counterparties, and Kirkland believes such disclosure is sufficient and reasonable under the circumstances and at this time.  However, should the Court request disclosure of the identities of the Potential M&A Counterparties, the Debtors are prepared to file with the Court under seal a version of this Declaration that contains a schedule of the Potential M&A Counterparties and Kirkland's connections to the Potential M&A Counterparties.  Prior to the Petition Date, certain attorneys at Kirkland reviewed the Debtors' form confidentiality agreement utilized in connection with the Debtors' marketing process on behalf of a Potential M&A Counterparty.  Kirkland was not compensated for this work and Kirkland has instituted formal screening measures to screen these attorneys from all aspects of Kirkland's representation of the Debtors.  No new matter was opened in connection with the review of the confidentiality agreement.  No confidentiality agreement was executed between the Debtors and the Potential M&A Counterparty while represented by Kirkland.  In addition, Kirkland currently represents, and in the past has represented, certain Potential M&A Counterparties or their affiliates on a variety of matters unrelated to the Debtors or these chapter 11 cases.  Kirkland will not represent any Potential M&A Counterparty with respect to any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representations of the Potential M&A Counterparties or certain of their affiliates or Kirkland's review of the

confidentiality agreement precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.      Other Chapter 11 Professionals.**

42.      As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.      The Debtors' proposed restructuring advisor is Alvarez & Marsal North America, LLC ("<u>A&M Advisory</u>").  As disclosed on **<u>Schedule 2</u>**, Kirkland represents Alvarez & Marsal, Inc. ("<u>A&M Inc.</u>"), Alvarez & Marsal Capital, LLC ("<u>A&M Capital</u>"), Alvarez & Marsal Tax and UK LLP, and affiliated entities in matters unrelated to the Debtors and these chapter 11 cases.  In addition, subject to the parameters discussed in the Kirkland Attorney and Employee Investments section of this Declaration, Kirkland persons have invested in one or more funds affiliated with A&M Capital.  Further, certain former Kirkland attorneys are currently employed by A&M Advisory.  Though previously employed by Kirkland, any work provided by these former Kirkland attorneys was unrelated to the Debtors or these chapter 11 cases.

44.      The Debtors proposed investment banker is Centerview Partners LLP ("<u>Centerview</u>").  As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Centerview on a variety of matters.  Kirkland's current and prior representations of

Centerview have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, Centerview in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Centerview precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

45.     The Debtors' proposed tax services provider is Deloitte Tax LLP (together with certain of its affiliates, "Deloitte"). As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Deloitte on a variety of matters. Kirkland's current and prior representations of Deloitte have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, Deloitte in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Deloitte precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

46.     On January 17, 2025, the Court approved Kroll Restructuring Administration LLC ("Kroll"), formerly known as Prime Clerk LLC, as the Debtors' notice and claims agent.[13] Certain former Kirkland attorneys are currently employed by Kroll. Though previously employed by Kirkland, any work provided by these former Kirkland attorneys was unrelated to the Debtors or these chapter 11 cases. As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Kroll, and certain of its upstream entities and affiliates, in matters unrelated to the Debtors and these chapter 11 cases. I do not believe that Kirkland's current and

---

[13]    *See Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Notice and Claims Agent for the Debtors [Docket No. 108].*

prior representation of Kroll precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

47.     The Prepetition ABL Lenders and Prepetition FILO Lenders have retained AlixPartners LLP as their financial advisor.  As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, AlixPartners UK LLP, an affiliate of AlixPartners LLP, on a variety of  matters.   Kirkland's current and prior representations of AlixPartners UK LLP have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, AlixPartners UK LLP in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current and prior representation of AlixPartners UK LLP precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

48.     Rachael Bentley, a Kirkland partner, is married to Matthew Bentley, an associate at ArentFox Schiff LLP, counsel to the Prepetition Term Loan Agent.  Ms. Bentley does not work, and will not work, on cases where Mr. Bentley is involved.  Likewise, I understand that Mr. Bentley does not work, and will not work, on cases where Ms. Bentley is involved.  I do not believe this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

49.     As noted above, I am one of the lead attorneys from Kirkland advising the Debtors. I am in a relationship with Carlos Sardiña, an associate at Weil, Gotshal & Manges LLP, counsel to a Potential M&A Counterparty (as defined herein). Mr. Sardiña has not, and will not, work on behalf of the Potential M&A Counterparty in connection with these chapter 11 cases, and has been screened from the matter. I do not believe this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

F.      **Kirkland Attorney and Employee Investments.**

50.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge. Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

51.     From time to time Kirkland and/or one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds or directly or indirectly in the debt or equity securities of one or more companies. Such Passive-Intermediary Entity is composed only of Kirkland and/or persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel). Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate. The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund,

23

and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is generally operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

52.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**G.     Other Disclosures.**

53.     Finally, certain interrelationships exist among the Debtors. Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors. Insofar as I have

been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

54.     Kirkland currently represents, and in the past has represented, Bank of America, N.A. ("Bank of America") and certain of its affiliates, on a variety of matters.  Bank of America is a lender in these chapter 11 cases.  Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on December 31, 2024.  All of Kirkland's current and prior representations of Bank of America have been unrelated to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's representation of Bank of America precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.     Kirkland previously represented TCW Crescent Mezzanine Management V, LLC ("TCW") in connection with their financing of the take-private transaction of JOANN by Leonard Green & Partners, L.P in 2011.  Kirkland will not represent TCW in connection with any matter related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  Further, Kirkland has implemented formal screening procedures to ensure that (a) any Kirkland attorneys or staff that billed time to the TCW representation would not work on any matter related to these chapter 11 cases and (b) there is no disclosure of confidential information across the two matters.  I do not believe that Kirkland's current or prior representation of TCW precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

56.     Kirkland previously represented SIWF Holdings, Inc. ("SIWF") in its investment in Debtor WeaveUp, Inc. in 2017.  At the time of this transaction, WeaveUp, Inc. was not an affiliate of the Debtors.  Kirkland will not represent SIWF in connection with any matter related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  I do not

believe that Kirkland's current or prior representation of SIWF precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

57.    Kirkland currently represents, and in the past has represented a party (the "Potential Investor") and certain of its affiliates on a variety of matters.  In 2016, Kirkland represented the Potential Investor in a potential investment in the Debtors.  The Potential Investor is a Potential M&A Counterparty in these chapter 11 cases.  Kirkland's current and prior representations of the Potential Investor are in matters unrelated to these chapter 11 cases.  Kirkland has not represented, and will not represent, the Potential Investor in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Potential Investor precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

58.    Kirkland formerly represented a party (the "Potential Acquirer") in May 2020 in connection with a potential acquisition of the Debtors.  The matter is closed, and the last time billed to this matter was in July 2020.  The Potential Acquirer is a Potential M&A Counterparty in these chapter 11 cases.  Kirkland has not represented, and will not represent, the Potential Acquirer in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's prior representation of the Potential Acquirer precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

59.    Kirkland currently represents, and in the past has represented TowerBrook Capital Partners LP and certain of its affiliates ("TowerBrook") on a variety of matters.  Kirkland represented TowerBrook in January 2006 on a potential investment in the Debtors.  The matter was closed in February 2007.  Kirkland's current and prior representation of TowerBrook is unrelated to the Debtors' chapter 11 cases.  Kirkland has not represented, and will not represent,

26

TowerBrook in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of TowerBrook precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code

60.      The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co.  The Debtors maintain one bank account with JPMorgan Chase Bank, N.A.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

61.      James H.M. Sprayregen, a former Kirkland partner, is the Vice Chairman of Hilco Global ("Hilco Global").  Hilco Global is the ultimate parent of Hilco Consumer – Retail ("Hilco").  Among other things, Hilco provided inventory appraisal services to the Debtors prior to the commencement of these chapter 11 cases.  Mr. Sprayregen was a partner at Kirkland from July 1990 until June 1996 and again from December 2008 until August 2024 and did not work on the Debtors' cases while at Kirkland.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.  In addition, the son of Kirkland partner Patrick J. Nash, Jr. is employed by Hilco Redevelopment Partners LLC, an affiliate of Hilco. Furthermore, the Debtors have not filed an application to retain Hilco in these chapter 11 cases.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

62.      Reginald Brown, a Kirkland partner, is a member of the board of directors Blackstone Inc.  Certain affiliates of Blackstone Inc. are vendors of the Debtors.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Brown from all aspects of Kirkland's representation of the Debtors.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

63.    Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

64.    Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

65.    Prior to joining Kirkland, Sean Hickey, a Kirkland associate, represented Gordon Brothers LLC and certain of its affiliates, including 1903P Loan Agent, LLC, the Prepetition FILO Agent under the Debtors' Prepetition FILO Facility in connection with the Debtors' ABL/FILO

Credit Agreement.  Kirkland has instituted formal screening measures to screen Mr. Hickey from all aspects of Kirkland's representation of the Debtors.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## **Affirmative Statement of Disinterestedness**

66.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 13, 2025                    Respectfully submitted,

                                            /s/ Aparna Yenamandra
                                            Aparna Yenamandra
                                            as President of Aparna Yenamandra, P.C.,
                                            as Partner of Kirkland & Ellis LLP; and as
                                            Partner of Kirkland & Ellis International LLP

## **Schedule 1**

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Aparna Yenamandra in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025* (the "Yenamandra Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Yenamandra Declaration, matching the incomplete or ambiguous name.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Yenamandra Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Known Affiliates / Joint Venture Entities |
| 1(c) | Current and Former Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff and U.S. Trustee Office Personnel |
| 1(f) | Bankruptcy Professionals Representing Other Parties |
| 1(g) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(h) | Debtor Professionals |
| 1(i) | Governmental-Regulatory Authorities |
| 1(j) | Insurance Providers |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | M&A Parties |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Significant Customers |
| 1(p) | Surety & Letters of Credit |
| 1(q) | Top 30 Unsecured Creditors |
| 1(r) | Unions |
| 1(s) | Vendors |

# SCHEDULE 1(a)

## **Debtors**

Creative Tech Solutions LLC
Creativebug LLC
Dittopatterns LLC
Jas Aviation LLC
Joann Ditto Holdings Inc.
Joann Holdings 1 LLC
Joann Holdings 2 LLC
JOANN Inc.
Jo-Ann Stores LLC
Jo-Ann Stores Support Center Inc.
Joann.com LLC
Needle Holdings LLC
Weaveup Inc.

# SCHEDULE 1(b)

## **Known Affiliates / Joint Venture Entities**

Cupixel Inc.
Glowforge Inc.
Jo-Ann Trading (Shanghai) Co. Ltd.
Mylinego Inc.

# SCHEDULE 1(c)

## Current and Former Directors and Officers

Aber, Ann
Arnoult, Mike, Jr.
Burkholder, Richard
Campbell, Mary
Chang, Lily
Coleman, Brian
Corrie, Pamela
Davis, Ryan
Ditullio, Christopher
Douglas, Ken
Dwyer, Jeff
Edwards, Jeff
Frizzley, Jill
Grevely, Gwendolyn
Hartsig, Joe
Hawkins, Roger
Hays, Marybeth
Holody, Heather
Horn, Darrell
Israel, Michelle
Jager, Maarten
Kaminski, Robin
Kennedy, Michael
Kim, James
Mehlman, Anne
Meyer, Peter
Miller, Eileen
Moralez, Marcy
Prendergast, Michael
Rosenzweig, Stan
Saporito, Dana
Sekella, Scott
Sheldon, Dennis
Shuster, Ryan
Sokoloff, Jonathan
Stalcup, John
Thibault, Joseph
Vollmer, Richard
Wall, Bill
Webb, Darrell
Whitehead, Woodson
Will, Robert

Wittman-Smith, Lisa
Zelwin, Jeremy

## SCHEDULE 1(d)

### 5% or More Equity Holders

FMR LLC
LCM Asset Management LLC
Nuveen Asset Management LLC
Octagon Credit Investors LLC
Project Swift LLC
Spinrite Inc.
Symphony Asset Management LLC

# SCHEDULE 1(e)

## Bankruptcy Judges and Staff and U.S. Trustee Office Personnel

Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M., Hon.
Cudia, Joseph
Dice, Holly
Dorsey, John T., Hon.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Girello, Michael
Goldblatt, Craig T., Hon.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M., Hon.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Boyle, Una
O'Malley, James R.
Owens, Karen B., Hon.
Ranieri, Joan
Richenderfer, Linda
Schepacarter, Richard

Serrano, Edith A.
Shannon, Brendan L., Hon
Sierra-Fox, Rosa
Silverstein, Laurie Selber, Hon.
Stickles, J. Kate, Hon.
Subda, Paula
Thomas, Elizabeth
Vara, Andrew R.
Walker, Jill
Walrath, Mary F., Hon.
Washington, Nikki
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(f)

## **Bankruptcy Professionals Representing Other Parties**

Alixpartners LLP
Choate Hall & Stewart LLP
Gibson, Dunn & Crutcher LLP
Katten Muchin Rosenman LLP
Morgan Lewis & Bockius LLP

# SCHEDULE 1(g)

## Banks/Lender/UCC Lien Parties/Administrative Agents

1903 Partners LLC
1903P Loan Agent LLC
3551300 Canada Inc.
Apex Credit Partners LLC
Bank of America NA
BC Partners Advisors LP
BMO Bank NA
BNP Paribas SA
Centerbridge Credit CS LP
De Lage Landen Financial Services Inc.
DoubleLine Capital LP
Eurographics Inc.
FMR LLC
Generate Advisors LLC
Heartland Bank
Hewlett-Packard Financial Services Co.
HPS Investment Partners LLC
Huntington National Bank, The
IG Design Group Americas Inc.
Investcorp Credit Management US LLC
Jefferies Capital Services LLC
Johkim Capital Partners Management LLC
JPMorgan Chase Bank
Key Bank
LCM Asset Management LLC
McCall Pattern Co. Inc., The
Nuveen Asset Management LLC
Octagon Credit Investors LLC
Orchard Yarn & Thread Co. Inc.
People's Capital & Leasing Corp.
Philosophy Capital Management LLC
PNC Bank NA
Project Swift LLC
Regions Bank
Robinson, Diane
Seix Investment Advisors LLC
Shenkman Capital Management Inc.
Simplicity Pattern Co. Inc.
Spinrite Inc.
Symphony Asset Management LLC
TD Bank NA
TIAA Cref Investment Services

Trends International LLC
Trimaran Advisors LLC
U.S. Bank NA
Universe Group Inc.
Washington Savings Fund Society FSB
Wells Fargo Bank NA
West Broadway Distribution Services LLC
Wilmington Savings Fund Society FSB
Zais Leveraged Loan Master Manager LLC

# SCHEDULE 1(h)

## **Debtor Professionals**

Centerview Partners LLC
Cole Schotz PC
Deloitte & Touche LLP
Houlihan Lokey Inc.
Kirkland & Ellis LLP
Kroll Restructuring Administration LLC
Latham & Watkins LLP
Young Conaway Stargatt & Taylor LLP

# SCHEDULE 1(i)

## Governmental-Regulatory Authorities

CA-JAC-Sales Tax 01008
Ca-Jas-Sales Tax 01008
Ca-Jas-Sales Tax 06008
Ca-Jas-Sales Tax 07008
CO-JAS-Sales 042
CT-JAS-Sales Tax 04100
FL-JAC-Sales Tax
FL-JAS-Sales Tax 00001
GA-JAS-Sales 041
IA-JAS-Sales Tax 00300
ID-JAS-Sales Tax 04008
IL-JAS-Sales Tax 0411
IL-JAS-Sales Tax 0412
IN-JAS-Sales Tax RST
KS-JAS-Sales 04201
KY-JAS-Sales Tax 041
MA-JAS-Sales Tax 0137D
MD-JAS-Sales Tax 04100
MI-JAS-PPD Sales 04200
MN-JAS-Sales Tax 002
Mo-Jas-Sales Tax 04199
NC-JAS-Sales 04120
NE-JAS-Sales 04100
NJ-JAS-Sales Tax 04110
NM-JAS-Sales Tax 046
NV-JAS-SUT
NY-COM-Sales Tax Promptax
NY-JAS-Sales Tax
OH-JAS-Sales Tax 04200
OH-JAS-Use Tax 04500
OK-JAS-Sales 04200
PA-JAS-Sales Tax St301
Pension Benefit Guaranty Corp.
SC-JAS-Sales Tax 14701
TN-JAS-Sales 02001
Tulare, County of (CA)
TX-JAC-Sales Tax
TX-JAS-Sales 26020
UT-JAS-Sales 0400
VA-JAS-Sales Tax 00041
WA-JAS-Sales Tax 04101
WI-JAS-Sales Tax 04100

# SCHEDULE 1(j)

## Insurance Providers

AIG Specialty Insurance Co.
Allianz Global Risk US Insurance Co.
Allied World Assurance Co. Holdings Ltd.
American Guarantee & Liability Insurance Co.
AXA XL
Axis Insurance Co.
Berkley Insurance Co.
Chubb Ltd.
Continental Casualty Co.
Continental Insurance Co., The
Endurance Assurance Corp.
Everest Indemnity Insurance Co.
Firemans Fund Insurance Co.
HCC Specialty Insurance Co.
Liberty Insurance Corp.
Liberty Mutual Fire Insurance Co.
National Union Fire Insurance Co.
Navigators Insurance Co.
Sompo International Holdings Ltd.
Swiss Re AG
Travelers Property Casualty Co. of America
Westfield Specialty Insurance Co.
Zurich American Insurance Co.

# SCHEDULE 1(k)

## Landlords

1645 N. Spring Street LLC
1800 Crawford Rd LLC
1943 Holdings LLC
200 Lincoln Retail LLC
24 HR Vegas LLC
259 Indiana Holding LLC
380 Towne Crossing LP
380 Younger LLC
4101 Transit Realty LLC
4107 Telegraph LLC
4405 Milestrip HD Lessee LLC
4908 Associates LLC
5-Mile Investment Co.
700 Alama Investments LLC
730 Center Street Realty LLC
95 Orrpt LLC
A.I. Longview LLC
Abilene Clack Street LLC
Abrams & Mockingbird #1 Ltd.
Acacia-Tucson LLC
Acadia Merrillville Realty LP
ACS Reynolds Plaza OH LLC
AFP Rockridge 2019 LLC
Akron Center Associates LLC
Alameda Crossing Station LLC
Alamo Center LLC
Albrecht Inc.
Almaden Properties LLC
Alto Conyers Plaza LP
Alto Prince William Square LP
Alturas White Mountain LLC
Amsource Spanish Fork LLC
Angola Square LLC
Antonio B. Pomerleau LLC
APSC LLC
Arbor Square LLC
Arc Clorlfl001 LLC
Arc Nllklfl001 LLC
Arc Smwmbfl001 LLC
Arcadia Fiesta LP
Ard Macarthur LLC
ARG Jafptil001 LLC

ARG Mhmornc001 LLC
ARG Otoweky001 LLC
AR-G&Erie LLC
Argo Idaho Falls LLC
Argo Tieton LLC
Aria Investments LLC
Arizona Partners Retail Investment Group
    LLC
Arsenal Plaza Associates LLC
Ashley Real Estate LLC
ASL Investments LLC
ATC Glimcher LLC
Athens Center LLC
Avest LP
Aviana Co. Ltd.
AVR CPC Associates LLC
Azco Partners
B33 Bandera Pointe III LLC
B33 Great Northern II LLC
B33 Milford Crossing LLC
BA Two REIT LLC
Baker/Temple Greensboro LLC
Barren River Plaza Project LLC
Bayshore Village (US) Inc.
B&B South Plaza Holdings LLC
BBTFC LLC
BCS Hopper LLC
Beach Improvements Owner LLC
Beall Grapevine Center LLC
Bear Creek Station LLC
Bear Pointe Ventures LLC
Beavercreek Towne Station LLC
Belden Park Delaware LLC
Bemidji Holdings LLC
Benderson Realty Development Inc.
Berkeley Mall LLC
Big B1 Inc.
Big Y Foods Inc.
Birch Run Station LLC
Blair Holdings LLC
BLI Sunset Square LLC
Bloomingdale Court LLC

Bloomingdale Owner LLC
Blue Lakes Plaza LLC
Blue Ridge Mall LLC
Bluejay Capital LLC
BMA Joliet Commons LLC
Boulevard Centre LLC
Bradford Plaza Capital Venture LLC
Brandywine Crossing SC LLC
BRE DDR Fairfax Town Center LLC
Brentwood Village LLC
BRF II Baker Square LLC
Brighton Mall Associates LP
Brixmor Capitol SC LLC
Brixmor Exchange Property Owner IV LLC
Brixmor GA Hilltop Plaza LLC
Brixmor GA Seacoast Shopping Center LLC
Brixmor GA Southland Shoppingcenter
    LLC
Brixmor GA Westminster LLC
Brixmor Holdings 10 SPE LLC
Brixmor Residual Dickson City Crossings
    LLC
Brixmor Spe 3 LLC
Brixmor Spe 4 LP
Brixmor Spe 5 LLC
Brixmor Venice Village Shoppes LLC
Brixmor/Ia Cayuga Plaza LLC
Brixmor-Lakes Crossing LLC
Brixton AM Fork TIC LLC
Brixton HHU Fork TIC LLC
Brixton MP Fork
Broadmoor Plaza Indiana LLC
Brookfield (E&A) LLC
Butte-iful LLC
Buttrey Realty Co.
BV Waco Central Texas Marketplace LLC
BV Wolf Creek LLC
BVA Deerbrook SPE LLC
BVA SPM SPE LLC
BVCV Union Plaza LLC
BZA Indian Springs LLC
Cabrel Co.
Cafaro Northwest Partnership
Cahill Road Partners LLC
C-A-L Stores Cos. Inc.
Capital Mall JC 1 LLC

Capital Plaza Partners Ltd.
CapRealty 14-Village LC
Car Apple Valley Square LLC
Carrington Co., The
Carwood Skypark LLC
Casa De Luna Ventures LP
Casa Del Sol Ventures LLC
Cascade Square LLC
Castleton Investors LLC
CB Paso LLC
CBL Westgate Crossing Propco LLC
CCA-Renaissance Square Shopping Center
    LLC
Cedar Crest Square Associates LP
Cedar PCP-San Souci LLC
Center Associates Realty Corp.
Centerra Retail Shops LLC
Centerton Square Owners LLC
Central Mall Realty Holdings LLC
Central Shopping Centers CC LLC
Central Vermont Shopping Center LLC
Centre at Deane Hill, The
Ceres Newington Associates LLC
CGCMT 2006-C4-5422 Shaffer Rd LLC
Chalfont Realty Partners LP
Charter Warwick LLC
Chase Green Mountain LP
Chautauqua Mall Realty Holding LLC
Cheltenham-Ogontz Realty Partners LP
Chestnut Court Darien IL LLC
Chimney Rock Retail Associates LLC
CHM Development
Christiana Town Center LLC
CI Warner Robbins LLC
Clifton Country Road Associates LLC
Clovis-Herndon Center LLC
Coconut Point Town Center LLC
Cofal Partners LP
Col 1005 @ Columbia LLC
Colonia LP
Columbia (Northpointe) WMS LLC
Columbia Cascade Plaza LLC
Columbia Crossing Outparcel LLC
Columbia Mall Partnership
Comm 2007-C9 Northeast D Street LLC
Commercial Reposition Partners 17 LLC

Concord Retail Partners LP
Conejo Valley Plaza 2 LLC
Cookeville TN Investment Partners
COR Route 5 Co. LLC
Core Aurora CS LLC
Cornerstone South County LLC
Corr Commercial Real Estate Inc.
Countryside Center Corona
CPC Madison LLC
CPIF Nugget Mall LLC
CPT Arlington Highlands 1 LP
CPT Riverside Plaza LLC
Crafty AL LLC
CRI Easton Square LLC
Crimson 1031 Portfolio LLC
Cross Creek Plaza Drive LLC
Cross Station LLC
Crossroads Associates LLC
Crossroads of Roseville 2023 LLC
Crosswinds Commons LLC
CSM Corp.
CTL Property Management LLC
CTO23 Rockwall LLC
CTO24 Carolina LLC
CTS Fiduciary LLC
Cullinan Pensacola LLC
Curlew Crossing SC LLC
D&C Wong I LLC
D&H Hawley LLC
Daane's Development Co.
Dadeland Greenery LP
Dahle, Allan L.
Dahle, L. Brent
Dana Drive Investors
Dana Rapid City LLC
Danada Square West Shopping Center LLC
Daniel G. Kamin Eastbrook Enterprises
Danville Mall LLC
Dartmouth Marketplace Associates LLC
Dasada Property Management LLC
DCTN3 509 Panama City FL LLC
DDR PTC LLC
DDR Carolina Pavilion LP
DDR DB SA Ventures LP
DDR Southeast Fountains LLC
DDR Southeast Snellville LLC
DDR Winter Garden LLC
De Anza Properties 4 LLC
Dean Carson WMSPT LLP
Decatur Crossing LLC
Del Amo Fashion Center Operating Co. LLC
Delta Oaks Group LLC
Deptford Plaza Associates LLC
Deuter 65 LLC
Division Street Acquisition LLC
DJK-Casa Grande LLC
DKS Investments Inc.
Dominion Square-Culpeper LLC
Dove Capistrano Partners LLC
DSM MB IL LLC
DT Ahwatukee Foothills LLC
DT Ashley Crossing LLC
DT University Centre LP
Dudley Trading Associates Nominee Trust
Dunning Farms LLC
Dw28 Fremont LLC
E&A Northeast LP
East Bay Plaza LLC
East Chase Market Center LLC
EC Foundation Schererville LLC
EC Mesa LLC
Echo/Continental Lincoln Village LLC
Ed Schlitt LC
Edwardsville Mall LP
El Camino Promenade LLC
El Gato Grande LP
Emmes LLC
Emser International LLC
Eqyinvest Owner II Ltd. LLP
Erep Forest Hill I LLC
Esplanade at Butler Plaza LLC
Ethan Christopher Arizona LLC
Evansville Associates LP
EVP Auburn LLC
Exeter 2500 N. Plaza LLC
Facchino/Labarbera-Tennant Station LLC
Fairview Hudson LLC
Fairway-Falls LLC
Faribo West Mall LLC
Fayette Pavilion LLC
FB Festival Center LLC

Federal Realty Investment Trust
Fernwood Capital LLC
Festival at Hamilton LLC
Festival Properties Inc.
First & Main North LLC
Fisher Real Estate Partners (Lakewood) LP
Flagler SC LLC
Fletcher Hills Town & Country LP
Fletcher Square LLC
Florence (Florence Mall) FMH LLC
FOF 1073 LLC
Foothill-Pacific Towne Centre
Fort Gratiot Retail LLC
Fort Smith Marketplace LLC
Fountains SC LLC
Four Flaggs Shopping Center LLC
Four J LLC
Fox River Owner LLC
Fox Run LP
Frederick County Square Improvements LLC
Free Range Ashbridge LLC
Freeway Associates LLC
Freshwater MXL LLC
Frontier Mall Associates LP
Furn USA LLC
Furniture Enterprises of Alaska Inc.
FW CA-Point Loma Plaza LLC
FW CO-Arapahoe Village LLC
G&G Development Co.
G&I IX Primrose Marketplace LLC
G&I Z Centerpoint LLC
G.B. Mall LP
G.E. Pan American Plaza LLC
G.W. Real Estate of Georgia LLC
Gallatin Mall Group LLC
Garden State Pavilions Center LLC
Garrison Forest Associates LP
Gateway Fashion Mall LLC
Gateway Square Shopping Center
Gavora Inc.
GBR Neighborhood Road LLC
GC Ambassador Row LLC
GC Louisiana LLC
Gen3 Investments LLC
GFS Realty Inc.

Gia Khanh LLC
Giacomini Trusts
Gll Selection II Florida LP
GLP Flint LLC
Golden Isles Plaza LLC
Goodmen Big Oaks LLC
Gorge Leasing Co.
Governor's Crossing 124 Hudson Street LLC
Governor's Square Co.
GP Retail I LLC
GP-Milford Realty Trust
Grand Forks LP
Granite Village West LP
Grants Pass Venture LLC
Greenfield LP
GSD Pradsavi Colonial Commons LLC
Gulsons Retail LLC
Gumberg Associates - Springfield Square
Gumberg Associates Cranberry Mall
GVD Commercial Properties Inc.
Hamhic LLC
Hamilton Chase - Santa Maria LLC
Hamilton Village Station LLC
Hampton Plaza LLC
Harrison Street Investors LLC
Hauck Holdings Alexandria LLC
Hawkins-Smith Inc.
Hays Partners II LLC
Hazel Totem LLC
Hermitage Plaza Shopping Center Inc.
HH Golden Gate LLC
Hickman Properties II
Highyon Shopping Center Investment Funds No. 106 LP
Hillcrest Motors LLC
Hilltop Development Inc.
HJH Iowa 1 LLC
HK New Plan ERP Property Holdings LLC
Hollywood Center Inc.
Holobeam Inc.
Home Depot Plaza Associates Ltd.
Horizon Commons LLC
Houston Lakes Retail Center LLC
HPC-KCB Monterey Marketplace LLC
HPE L12 LMY LLC

HPE S12 LMY LLC
Hudson Retail LLC
Hutchinson Mall Realty Group LLC
HV Center LLC
Hyman Family Trust
Hyrosen Properties Inc.
IA Round Rock University Oaks LP
ICA BFC Venture LLC
Igi21 Katy LLC
Indian Hills Plaza LLC
Ing, Ing & Foon LLP
Integris Ventures-TC LLC
IRC 555 W. Roosevelt Road LLC
IRC Eastgate Crossing LLC
Irongate Associates LLC
Isaac Home Depot Findlay Ltd.
Isaac Northtowne East Defiance Ltd.
Isaac Property & Holdings LLC
Isram Riverwalk LLC
J&H Hollywood LLC
J2H 127 Building LLC
Jackson Gojo 2014 LP
Jackson Properties LLC
Japm Plaza LLC
JBL Savannah Centre NM-Timberstone
    LLC
Jefferson Associates LP
JGD of Tampa LLC
JJD-HOV Elk Grove LLC
Joffco Square Shopping Center LLC
Johnson City Plaza LLC
Joule Park West Owner LLC
Jumbo Property Group LLC
KB Riverdale LLC
KCT LLC
Keizer Enterprises LLC
Khalik Investments 2 LLC
KHP LP
Kimco Realty/Rpt West Oaks II LLC
Kimco Riverview LLC
Kimco Westlake LP
King Crossing LLC
Kir Cary LP
Kir Covina LP
KIR Federal Way 035 LLC
Kir Maple Grove LP

Kir Soncy LP
KIR Tampa 003 LLC
Kissimmee West Florida LP
Kite Realty Group LP
Klamath-Jefferson LLC
Knoxville Levcal LLC
Kraus-Anderson Inc.
KRCX Price Reit LLC
KRG Bel Air Square LLC
KRG Cool Springs LLC
KRG Market Street Village LP
KRG Sugar Land Colony LLC
L&L Properties of Sterling LLC
L.H.W.O.P. LLC
La Habra Westridge Partners LP
La Paz Shopping Center LP
Lafayette Plaza Inc.
Lake Charles PC LP
Lake Geneva Retail Leaseco LLC
Lake Park Investors LLC
Lake View Plaza Owner LLC
Lakeview Plaza (Orland) LLC
Lakewood Station LLC
Lakewood Village Shopping Park LLC
Lancaster Development Co. LLC
Lavale Plaza LLC
LBD Properties LLC
LCR Walpole LLC
Lebanon Pad LP
Ledo International Corp. Ltd.
Legacy CB LLC
Legacy Equity Group LLC
Legend Hills Properties LLC
LEJ Properties LLC
Leo Ma Mall LLC
Lima Center LLC
Lincoln Heights Center LLC
Linda Barrett Properties LLC
Lindale Mall Realty Holding LLC
LMC LP
Lnn Enterprises Inc.
Louisiana Revitalization Fund LLC
LRG Santiam Albany LLC
LTC Retail LLC
LVP Center LLC
Lynnwood Tower LLC

Mack13 LLC
Madison Place LLC
Madison Victory Group LLC
Makabe & Makabe LLC
Malone Plaza Realty LLC
Mancini Properties Inc.
Mann Enterprises Inc.
Manor Development Co.
Map Belton LLC
Mariner Plaza Realty Associates LLP
Market Place Shopping Center LLC
Market Point I LLC
Marketplace At Vernon Hills LLC
Marple XYZ Associates LP
Marshfield Centre LLC
Maverick Box V LLC
MC Co. LLC
MCD-RC CA-El Cerrito LLC
McGrath-Rhd Partners LP
McKay Commercial Properties LLC
MCP - Wellington LLC
McWain LP
MDM Equity-2012 LLC
MDR Dover LP
Medina Grande Shops LLC
Metro Centre
Meyerland Retail Associates LLC
MFBY Ocala LLC
MFN Equities LLC
MG Properties Group
MGP XII Sunrise Village LLC
Midlo Younger LLC
Midtown Commons Shopping Center
Midway Market Square Elyria LLC
Midway Shopping Center LP
Midwest Centers LP
Milan Real Estate Investments LLC
Millbrae Square Co.
Ming Retail Plaza LLC
Minot Town & Country Investors LLP
Mississippi Edgewater Square Investors
    LLC
ML 96000 LLC
MLO Great South Bay LLC
Mobile Festival Acquisition LLC
Mobile Festival Centre

Monroe Crossing Owner LLC
Monroe Retail Group LLC
Mont Reverse Exchange LLC
Montgomery Commons Associates
Montgomery Realty Group Inc.
Mount Vernon Plaza Associates LLC
Moyal Group Inc., The
MP Elko LLC
MP Northglenn Investors LLC
MPG Huntsville Plaza LLC
Mrof I - Nampa LLC
MSCI 2007-IQ14 Crossings Road LLC
Murray-Bart Associates
Muscatine Mall Management II LLC
Myrtle Beach Farms Co. Inc.
N&H Lapeer LP
NADG NNN JFAB (BLO-IL) LP
NADG/TRC Lakepointe LP
Naper West LLC
Naperw LLC
Nattan LLC
New Hartford Shopping Center Trust
New Port Richey Development Co. LLC
New Towne Center Owner LLC
New Towne Mall Realty Holding LLC
Niagara Square LLC
Niemann Holdings LLC
Niki Auburn Mile LP
NNN REIT Inc.
NNN Yulee FL Owner LP
Nonnenmann Family LLC
Norber Trust
North Attleboro Marketplace II LLC
North Geneva Commons LLC
North Main Phase II & III LLC
North Pointe Centre LLP
North Valley Plaza LLC
Northern Rose Hanover LP
Northgate Retail Partners
Northgate Station LP
Northpark Mall/Joplin LLC
Northway Mall Properties Sub LLC
Novus-Crestwood Sams LLC
NVR Investments LLC
NW Plaza Associates 1 LLC
NW Plaza Muncie LLC

Oak Valley Centre LLC
Ohio Valley Mall Co.
Omega Sonora LLC
One Oak Investments LLC
Ontario Gateway JH Retail XIX LLC
Orchards Market Center LLC
Orem Family Center LLC
ORF VII Felch Street LLC
ORF VIII Lakeland Plaza LLC
ORF X Waterside LLC
OSJ of Seekonk LLC
Outer Drive 39 Development Co. LLC
Overlook Village Asheville LLC
OWRF Baybrook LLC
Oxford Valley Road Associates LP
P.M.C. Associates Inc.
Pacific Realty Associates LP
Packard Plaza Partners LLC
Pal Properties
Palani Properties LLC
Palouse Mall LLC
Panos Properties LLC
PAPF Roseburg LLC
Paradise Atlantic Holdings LLC
Park Associates
Park Plaza Inc.
Park Plaza Joint Venture LLC
Park Station LLC
Parkview Plaza Associates I LLC
Parkway VF LLC
Pavilions North Shopping Center 18 LLC
PBA LL LLC
PC II Vertical LLC
Peckham Square LLC
Pedersen, Floyd
Pennmark Coventry Holdings LLC
Penny Racine LLC
Peru GKD Partners LLC
Petereit Investments Inc.
PH 706-750 N Casaloma Dr LLC
Phil Simon Enterprises Inc.
Pine Tree Partners LLC
Pitt Realty LLC
PK I Gresham Town Fair LLC
PK I Silverdale Shopping Center LLC
Platte Purchase Plaza LLC

Plaza 20 Inc.
Plaza 41 LLC
Plaza at Buckland Hills LLC
Plaza at Countryside LLC
Plaza Enterprises
Plaza Farmington IV LLC
Plover WI Holdings LLC
Plymouth Center LP
PM Co., The
PMAT Waterside LLC
PNS Stores Inc.
Polaris Towne Center SC LLC
Pompano MZL LLC
Pontiac Mall LP
Port Angeles Plaza Associates LLC
Portal Plaza LP
Poughkeepsie Plaza Mall LLC
Poway Investment Co.
Preston Forest SC LLC
Prewitt's Highway 54 Enterprises LLC
Pride Center Co. LLC
Prime Properties Investors Fund VIII LP
Progress Square Partners LP
Provo Creekview
PRTC LP
PSC Medford LLC
PTC TX Holdings LLC
Pullman Square Associates
PVSC Co.
Pyramid Mall of Hadley Newco LLC
PZ Southern LP
PZ Southland LP
QBW Investments LLC
QCM Partners LLC
Quakertown Holding Corp.
Queensbury Plaza I LLC
Quincy Cullinan LLC
R/M Vacaville Ltd. LP
RAF Investments Ltd.
Raleigh Enterprises LLC
Rancho Dowlen LLC
Rancho Lebanon LLC
Randall Benderson 1993-1 Trust
Rawson Blum & Leon
Raynham Station LLC
Rayzor Ranch Marketplace Associates LLC

RB Merchants LLC
RB-3 Associates
RCG-Bradley VII LLC
RCG-Pocatello VII LLC
RCG-Rockwell LLC
Real Sub LLC
Realty Income Corp.
Realty Income Properties 31 LLC
Red Queen LLC
Redding Mhp Estates LP
Regency Austin LLC
Regency Campbellsville LLC
Regency Centers LP
Regency Central Indiana LLC
Regency Indiana Enterprises LP
Regency Jasper LLC
Regency Vernal LLC
Renaissance Partners I LLC
Rhino Holdings Arden LLC
Rhino Holdings Nampa LLC
Rhino Holdings Rockford LLC
Rhino Holdings Turlock LLC
Richmond Road Plaza LLC
Richmond Station LLC
Richwal LLC
River Park Plaza LP
River Ridge Mall JV LLC
Riverchase CC LP
Riverdale Crossing LLC
Riverson LLC
Riverside Woodman Partners
Riverwood Ruskin LLC
RK Pembroke Pines LLC
RMAF I LLC - The City Portfolio (Dublin)
RMAF LA LLC
R-Montana Associates LP
Rochester Crossing LLC
Rockstep Meridian LLC
Rockstep Willmar LLC
ROF TA Kohler LLC
ROIC Fullerton Crossroads LLC
Rouse Cos. LLC, The
Roxville Associates
RPI Ridgmar Town Square Ltd.
RPT Newnan LLC
RPT Realty LP

RPT West Oaks II LLC
RSS Wfrbs2011-C3 -De Pmhn LLC
Rural King Realty LLC
RVA West Broad LLC
Sagamore TOV LLC
Saginaw Center LLC
Sahuarita Plaza LLC
Salt City Development Co. LLC
Sammut Brothers
Sand Capital Vl LLC
Santa Susana Grf2 LLC
Santan MP LP
Saroni Real Estate LLC
Schnitzer Properties LLC
Schottenstein Property Group Inc.
SCT Rio Hill LLC
SDD Inc.
SDM Development Co. LLC
Seco/Arroyo Shopping Center LP
Selig Enterprises Inc.
Sequoia Plaza Associates LP
Seven Corners Center LLC
SEYCO21 LLC
SGG Sterling LLC
Shelby Town Center Phase I LLC
Shelbyville Road Plaza LLC
Sherman Commons LP
SHJR LLC
Shoppes at River Crossing LLC
Shoppes LP, The
Shopping Center Associates
Shops at St. Johns LLC
Shrewsbury Village LP
Shri Swamine LLC
Siegen Lane Properties LLC
Sierra Lakes Marketplace LLC
Sierra Vista Mall Realty Holding LLC
Silas Creek Improvements LLC
Silver Lake Center LLC
Silvernail Associates LP
Sky Midland Holdings LLC
Sm Mesa Mall LLC
Smart Cienega SPE LLC
Smb Holdings LLC
Smith Land & Improvement Corp.
Soap Champaign LLC

South End Investors LLC
South Frisco Village SC LP
South Park Plaza Inc.
South Peak Capital LLC
South Town Plaza Realty LLC
Southaven Town Center II LLC
Southgate Square Virginia LLC
Southington/Route 10 Associates LP
Southwest Commons 05 A LLC
SP 35 LP
Spirit BD Reading PA LLC
Spirit Master Funding IV LLC
Spirit Properties Ltd.
Spirit Spe Loan Portfolio 2013-3 LLC
Spirit SPE Loan Portfolio 2013-63 LLC
Spring Creek Improvements LLC
Spring Creek Owner LLC
Springfield Plaza Associates LLC
Square One Partners LLC
SRK Lady Lake 21 SPE LLC
SRL Crossings at Taylor LLC
SSS Willowchase Investment LLC
Stockbridge Courtland Center LLC
Suburban Plaza LLC
Suburban Realty Joint Venture
Suemar Realty Inc.
Sugarland Plaza LP
Summit Towne Centre Inc.
Sunbeam Development Corp.
Sunmark Property LLC
Sunset-River LLC
Sure Fire Group LLC
Suso 4 Forest LP
SUSO 5 Northlake LP
Svap Fairfax LLC
SVAP III Coral Landings LLC
Svap IV Presidential LLC
SVM - 10108887 LLC
SWP Wabash Properties I LLC
T Danville Mall LLC
T Mesquite MKT WVS TX LLC
T Peoria Il LLC
T Southern Tier NY LLC
T Southern Tier PIL NY LLC
TAG DE LLC
Tam Partners LP

Tamarack Village Shopping Center LP
Tamburro Properties II LLC
Tampa Palms Shopping Plaza LLC
Taylor Square Owner LLC
TBF Group Sutters Creek LLC
Tejas Center Ltd.
Terranomics Crossroads Associates
Terrace at Florida Mall LP
TH Honey Shops LLC
THF Greengate Development LP
Tifton Plaza Owner LLC
Tigard Plaza LLC
TJ Center I LLC
TKG Colerain Towne Center LLC
TKG Powder Basin LLC
TKG Rock Bridge Center LLC
TMA-Livcom LLC
Tolson Enterprises Inc.
Tony Sammut Investments
Torrington Plaza LLC
Towers Retail LLC
Town & Country Chicago Association LLC
Town Center I Family Partnership LP
TPP 217 Taylorsville LLC
Transform Bohemia NY LLC
Tri Marsh Realty LLC
Tri-County Plaza 1989 LP
Triple Bar Prince William LLC
Triple Net Clinton LLC
Tri-W Group
Truss Greenwood In LLC
Tucanada Holdings
Twin City Estate Corp.
Twin Peaks Holdings LLC
Two Guys Partners LLC
TXC Capital LLC
Tyler Broadway/Centennial LP
U-Blaine Properties LLC
UFPTFC LLC
Ultimate Retail Realty LLC
University Hills Plaza LLC
University Park Associates LP
University Place Improvements Owner LLC
University SP LLC
US Retail Partners LLC
Vanderwall Family LP

Vault Avenida Roseville Fabrics LLC
Venture Hulen LP
Ventures Karma LLC
VEREIT
Vernco Belknap LLC
Vestal Parkway Plaza LLC
Vestar Best in the West Property LLC
Vestar DRM-Opco LLC
Vickerry Realty Co. Trust
Viking Plaza Realty Group LLC
Village Crossing Partners LLC
Vincennes Center LLC
Volante Investments LLLP
Von Karman Plaza LLC
Vulcan Properties Inc.
Walz Capital LLC
Warnack, Shaughne S.
Warwick Realty LLC
Washington Prime Management Associates
    LLC
Washington, State of, Department of Natural
    Resources
Waterford Lakes Town Center LLC
Waterford Park North Associates LLC
Waterloo Crossroads Property LLC
WD Joann LLC
Wegman's Real Estate
Weingarten Nostat Inc.
Weingarten Nostat LLC
Weirfield Coal Inc.
Wellman Family LP
Westbury Rental
Westford Valley Marketplace Inc.
Westgate Mall Realty Group LLC
Westgate Woodland LLC
Westminster Granite Main LLC
Westover Crossing LLC
WH Plaza LLC
Wheaton Plaza Regional Shopping Center
    LLC
WHLR-Village of Martinsville LLC
Widewaters Roseland Center Co. LLC
Williams Family Trust, The
Williamsburg Developers LLC
Willow Creek Center Outlet II LLC
Wilshire Plaza Investors LLC

Wilshire Plaza LP
Winkal Holdings LLC
Winter Street Partners Waterville LLC
Witte Plaza Ltd.
Wittman Wenatchee LLC
WLPX Hesperia LLC
Woodmont Co., The
Woodmont Criterion Slidell GP LLC
Woodpark SC LLC
WPI-Grand Plaza San Marcos LLC
WRD Hanover LP
WRI/Greenhouse LP
Wright Family Enterprises LLC
WRI-URS Meridian LLC
YBF Merchants LLC
Yoo Jin Lodging Inc.
York Value Center LP
Yosemite Park Shop Center 05A LLC
Yuba Raley's 2003 LLC
Zane Plaza LLC
Zaremba Metropolitan Midlothian LLC
Zeier Tov LLC
Zero West Park Realty Trust
Zolo LLC
ZRP Crosspointe Plaza LLC

# SCHEDULE 1(l)

## Litigation Parties

Balabbo, Precila
Blank, Allison
Cheek, Suzanne
Faux, Elizabeth
Happy Products Inc.
JJD-HOV Elk Grove LLC
Montgomery Realty Ltd.
MSCI Crossings Road
Nunez, Gabriel
PCP Group LLC
Rath, Wendy
Sampson, Mario
SD-Sahuarita Properties LLC
Sherman Independent School District (TX)
Williams-Sonoma Inc.

# SCHEDULE 1(m)

## **M&A Parties**

Gordon Brothers Retail Partners LLC
[CONFIDENTIAL]

# SCHEDULE 1(n)

## Ordinary Course Professionals

Adams & Reese LLP
Beveridge & Diamond PC
Bowman & Brooke LLP
Deloitte & Touche LLP
Dickinson Wright PLLC
DLA Piper LLP
Ernst & Young LLP
Farella Braun & Martel LLP
Hahn Loeser & Parks LLP
Harter Secrest & Emery LLP
Husch Blackwell LLP
Jackson Lewis PC
Jones Day
Kastner Westman & Wilkins LLC
Keller Rohrback LLP
Krugliak Wilkins Griffths & Doughtery Co. LPA
Lavin Cedrone Graver Boyd & Disipio
Littler Mendelson PC
Ogletree Deakins Nash Smoak & Stewart PC
Pearne & Gordon LLP
Phillips Murrah PC
Roetzel & Andress LPA
Siegel Jennings Co. LPA
Squire Patton Boggs LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Wolfsdorf Rosenthal LLP
Wright Lindsey & Jennings LLP

# SCHEDULE 1(o)

## Significant Customers

A.T. Imports Ltd.
Advanced Digital Textiles LLC
Affordable Treasures
Akron-Summit County Public Library
Alachua County Library District
Alameda County Library
Alberta Library, The
Alin Party Supply
Allegheny County Library Association
Allen County Public Library
Anne Arundel County Public Library
Anoka County Library
Anythink Libraries
Arrowhead Library System
AT Imports Ltd.
BFS Inc.
Bibliotheque et Archives Nationales
Billings Public Library
Blackhawk Network Holdings Inc.
Blick Art Materials
Bonney Lake No. 5970 Inc.
Boston Public Library
Boulder Tools LLC
Brampton Public Library
Brookdale Senior Living Inc.
Brooklyn Public Library
Calgary Public Library
Carnegie Liberty of Pittsburgh
Carolina Cooperative Library Services
Central Library Consortium
Chemeketa Cooperative Regional
Chester County Library System
Christchurch City Libraries
Christmas Mouse Inc., The
Cincinnati & Hamilton County Public
    Library
Cleveland Clinic
Cleveland Clinic Florida Hospital Inc.
Cleveland Public Library
Collier County Library
Colony Brands Inc.
Columbus Metropolitan Library

Conkright Inc.
Connected Libraries
Crafts Direct
Cuyahoga County Library
DC Public Library
Dealers Discount Crafts & Florals Inc.
Digital Content Associates Ltd.
Discount Drug Mart Inc.
Disney Consumer Products Inc.
District of Columbia Public Library
Dollar Daze Two Inc.
Douglas County Library
East Baton Rouge, Parish of (LA)
Eastern Shore Regional Library
Edmonton Public Library
Family Fare 1897
Fisher Hawaii
Fort Vancouver Regional Library
Fraser Valley Regional Library
Fred W. Albrecht Grocery Co., The
Fulton County Library System
Gabe's
Gale's Westlake Garden Center Inc.
Gale's Willoughby Garden Center
Giant Eagle
Granite Stores of Martha's Vineyard
Great River Regional Library
Greenville County Library System
Guru Kirpa Inc (Pfa)
Guru Kirpa Inc.
Hero Arts
Hip Stitch
Hour Loop Inc.
I Want Monster
ICM Distributing Co. Inc.
Incomm Payments
Indianapolis-Marion County Public Library
J&M Variety Stores Inc.
J.A. Riollano Co. Inc.
JA Riollano Co. Inc.
Jefferson County Library
Jefferson Parish Library

Jeson Enterprises Inc.
Kitsap Regional Library
Konrad Hornschuch AG
Lake County Public Library
Lakeshores Library System
Lancaster General Health
Las Cruces Public Libraries
Las Vegas-Clark County Library
Laurie Dash & Sons Inc.
Let's Make Art Holdings LLC
Lewisville Public Library
Libraries AR Holding
Library Foundation for Sarasota County
Local 881 UFCW
Lorain Public Library System
Manchester City Library
Mask Partners Inc.
Materialised Pty Ltd.
Meijer Inc.
Metronet Consortium
Metropolitan Library Commission
Metropolitan Library System
MI Shopping Deals LLC
Mid York Library System
Montgomery County Public Libraries
Nassau Library System
New Castle County Libraries
New Orleans Public Library
Nordstrom Inc.
Notions Marketing Corp.
Oakland Public Library
Ocean County Library
Ocus USA Inc.
Olentangy River Group LLC
Ottawa Public Library
Paint Nite LLC
Palm Beach County Library System
Panaz Ltd.
Pasco, County of (FL)
Phoenix of Anderson
Pioneer Library System
Plaza Artist Materials Midatlantic
Prince George's Memorial Library
Prince William Public Library
Project Repat Inc.
Public Library of Steubenville

Queens Borough Public Library
Rainbow Resource Center Inc.
Randolph County Public Library
Richland County Public Library
Saint Charles City-County Library
Saint Louis County Library
Santa Clara County Library District (CA)
Sarasota County Public Libraries
Sharjah Book Authority
Skytex México SA de CV
Sno-Isle Libraries
Solomon, Victor
Sonoma County Library
Spartanburg County Public Libraries
Splash - Solano Partner Libraries
Springs Window Fashions
St. James, Parish of (LA), Government
St. Louis Public Library
St. Tammany Parish Library
Standard 5-10-25 Cent Stores LLC
Suburban Library Cooperative
Surrey Libraries
Sutex SAS
Symplico Prints Pvt. Ltd.
Taycor Inc.
Taylor Made Scrub Hats LLC
THT S2 Productions LLC
Timberland Regional Library
Trappist Caskets Inc.
U.S. Airforce Libraries
Utah Education Network
Utah State Library
Valley Forge Fabrics Inc.
Vancouver Island Regional Library
Vancouver Public Library-Digital
Volusia County Library System
Warnke Stores Inc.
Whittier Public Library
Wilson's 5 to 1.00 Stores Inc.
Winnefox Library System
Zulily LLC
Zurcher Merchandise Co. Inc.

# SCHEDULE 1(p)

## Surety & Letters of Credit

Alabama Power Co.
Alabama, State of, Attorney General
Alexandria, City of (LA)
Alexandria, City of (VA)
American Electric Power Co. Inc.
Arch Insurance Co.
Baltimore Gas & Electric Co., The
Bank of America NA
Brooklyn Union Gas Co., The
Carolina Power & Light Corp.
CDE Lightband
Central Georgia EMC Foundation Inc.
City of Riverside Public Utilities (CA)
Cleco Power LLC
Cobb Insurance Agency
Con Edison
Consolidated Edison Co. of New York Inc.
Coweta-Fayette Electric Membership Corp.
Dixie Electric Cooperative Inc.
Dominion Customer Credit Services
Dominion East Ohio Gas Co.
Dominion Energy South Carolina Inc.
Dominion Hope
Duke Energy Carolinas LLC
Duke Energy Florida LLC
Duke Energy Indiana Inc.
Duke Energy Progress LLC
Dyersburg, City of (TN), Dyersburg Electric
    System
Dynegy Energy Services East LLC
Dynegy Energy Services LLC
East Caln, Township of (PA)
Electric Power Board of Chattanooga
Empire District Electric Co., The
Entergy Arkansas Inc.
Entergy Corp.
Entergy Mississippi Inc.
Exeter Route 40 Land LLC
Florence, City of (AL), Utilities
Florence, City of (SC), Utilities
Florida Power & Light Co.
Fpl, Attention: Deposit Administration

Georgia Power Co.
Greystone Power Corp.
Gulf Power Co.
Huntsville, City of (AL)
Imperial Irrigation District
Jackson Electric Membership Corp.
Johnson City Power Board
Kenergy Corp.
Kentucky Utilities Co.
Keyspan Gas East Corp.
Knoxville Utilities Board, The
Lafayette Utilities System LLC
Lake Apopka Natural Gas District Inc.
Liberty Mutual Insurance Co.
Long Island Lighting Co. Inc.
Long Island Lighting Company D/B/A Lipa
Long Island Port Authority
Louisville Gas & Electric Co.
Lumbermens Mutual Casualty Co.
Marshfield Utilities
Middle Tennessee Electric Membership
    Corp.
Mohave Electric Cooperative Inc.
Morganton, City of (NC)
Murfreesboro Electric Department
Nevada, State of, Department of Taxation
Niagara Mohawk Power Corp.
North Little Rock Electric Department
NYSEG
Ohio Bureau of Workers' Compensation
Ohio, State of, Workers Compensation
Oklahoma Electric Cooperative Inc.
Oklahoma Gas & Electric Co.
Opelika, City of (AL), Utilities Board
Pacific Gas & Electric Co.
Pacific Power
Peco Energy Co.
Peru, City of (IL)
Pool 2 Industrial OH LLC
Portland General Electric Co.
Progress Energy Inc.
Rhode Island, State of, Department of Labor

Rhode Island, State of, Department of Labor
    & Training
Riverside, City of (CA), Public Utilities
Rocky Mount, City of (NC)
Rocky Mountain Power Inc.
Salt River Project Agricultural Improvement
    & Power District, Arizona
Santee Cooper Credit Union
Santee Cooper State Bank
SCE&G Small Commercial Group
Shakopee Public Utilities Commission
Southern California Edison Co.
Southwestern Electric Power Co.
Still Water Power LLC
Stillwater, City of (OK)
Sulphur Springs Valley Electric Co-Op Inc.
Sumter Electric Cooperative Inc.
Tallahassee, City of (FL)
Tampa Electric Co.
Tombigbee Electric Power Association
Tucson Electric Power Co.
Tullahoma Utilities Board, Tullahoma,
    Tennessee
UniSource Energy Services
United States, Government of the,
    Department of Homeland Security,
    Bureau of Customs & Border Protection
United States, Government of the,
    Department of Homeland Security, U.S.
    Customs, Various Associated Utilities
Unitil Corp.
Unitil ME Gas Operations
Unitil NH Electric Operations
UNS Gas Inc.
Vero Beach, City of (FL)
Virginia Electric & Power Co.
Westar Energy Inc.
Withlacoochee River Electric Cooperative
    Inc.
Zurich American Insurance Co.

# SCHEDULE 1(q)

## Top 30 Unsecured Creditors

AB Exports Ltd.
Advantus Corp.
American Crafts LLC
Aroma Bay Candles Co.
Brother International Corp.
Changshu Winway Textile Co. Ltd.
China National Arts & Crafts Group Corp. Ltd.
Design Group Americas
Designs for All Seasons Ltd.
Fabric Traditions
Fairfield Processing
Federal Express Corp.
Ganga Acrowools Ltd.
Gildan USA Inc.
Gwen Studios LLC
H&H Asia Ltd.
HongKong Simple Element Global Ltd.
HTL Ltd.
Jones Lang LaSalle Americas Inc.
Low Tech Toy Club LLC
Ningbo Winlead Ornament Co. Ltd.
Oriental Craft Industries Co. Ltd.
Ormo Ithalat Ve Ihracat AS
OttLite Technologies Inc.
R.M. Palmer Co. LLC
Springs Creative Products Group LLC
Steelworkers Pension Trust
Sunyin (HK) Holding Ltd.
SVP Sewing Brands LLC
Viition (Asia) Ltd.

## SCHEDULE 1(r)

### Unions

United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service
Workers International Union, The

# SCHEDULE 1(s)

## Vendors

0728 Downeast Associates LP
0728 Downeast Associates Ltd.
245 Tamal Vista Blvd Partners LP
3M Co.
4694 Shops at St. Johns LLC
9395 CH LLC
A.W. Faber Castell USA Inc.
A+ Quality Services Inc.
AAA Cooper Transportation Inc.
AB Exports Ltd.
ABB Construction LLC
Acadia Strategic Opportunity Fund V
ACE American Insurance Co.
Adhesive Technologies Inc.
ADP Tax Credit Services Inc.
Advanced Carts Inc.
Advanced Digital Textiles LLC
Advantage Sales & Marketing Inc.
Advantus Corp.
AFC Worldwide Express Inc.
Ahead Inc.
Airtex Industries Inc.
AJ Nonwovens - Hampton LLC
Alexander Henry Fabrics Inc.
All Courtesy International Ltd.
Allied Products Corp.
Alvarez & Marsal Holdings LLC
American Crafts LLC
American Express
American Express Co.
American Fast Freight Inc.
American Lebanese Syrian Associated
    Charities Inc.
American News Co. LLC
American Oak Preserving Co. Inc.
American Realty Capital Retail Operating
    Partnership LP
American Tombow Inc.
Amsource Draper Lumber Yard LLC
Anthem Bluecross Life & Health Insurance
    Co.
Aon Risk Services Cos. Inc.

Apex Logistics International (NY) Inc.
Arbor Square LLC
Arbor Walk Mall LLC
Arlington Construction Inc.
Aroma Bay Candles Co.
Art Supply Enterprises Inc.
ArtBin
Artex Apparels
Artur Express Inc.
ATFT (Shenyang) Handicrafts Co. Ltd.
Aurient International Corp.
Authentic Brands Group LLC
Automated Logic Corp.
Avanti Inc.
B33 Milford JV LLC
B33 Real Estate Partners Investments II
    LLC
BA Two REIT LLC
Babcock & Wilcox Co., The
Bailiwick Services LLC
Belden Park JV LLC
Bella + Canvas LLC
Bendon Inc.
Berwick Offray LLC
BidEnergy Inc.
Blue Yonder Inc.
BlueVoyant LLC
Boston Warehouse
Brighton Mall Associates LP
Brink's Inc.
Brixmor Holdings 10 SPE LLC
Brixmor Operating Partnership LP
Brother International Corp.
Buckeye Retail JV LLC
Buddy Moore Trucking Inc.
Buffalo Batting
Buffalo Games LLC
Butterick Co. Inc.
C.H. Robinson, ABH Division
Cafaro Northwest Partnership
Caffco International Ltd.
Caliber 1 Construction Inc.

California State Teachers Retirement
    System
Camelot Group Inc.
Canan Iplikcilik Sanayi Ve Ticaret AS
Candle Warmers Etc.
Car Apple Valley Square LLC
Casa Collective Ltd.
CBL & Associates LP
CBTS Technology Solutions LLC
Ceaco Inc.
Centerra Marketplace Properties
Centerton Square Owners LLC
Century Distribution Systems Inc.
CFP Fire Protection Inc.
Changshu Winway Textile Co. Ltd.
Charter Warwick LLC
Children's Miracle Network
China National Arts & Crafts Group Corp.
    Ltd.
Chinatex Oriental USA Inc.
Choon's Design LLC
Christiana Town Center LLC
Church & Dwight Co. Inc.
Circle Logistics Inc.
Clover Needlecraft Inc.
Coats & Clark Inc.
Coats & Clark Inc.
Cofal Partners LP
Cofe ZM Dadeland LLC
Colart Americas
Combined Insurance Co. of America
Commercial Fire Inc.
Concord Design Classics Ltd.
Conejo Valley Plaza 2 LLC
Connors & Associates LLC
Construction One Inc.
Container Management Inc.
Cookies United LLC
COR Route 5 Co. LLC
Cordial Experience Inc.
Cosco Shipping Lines North America Inc.
Coupa Software Inc.
CPC Madison REIT LLC
CPT Arlington Highlands 1 LP
CPT Network Solutions Inc.
Craft Express

Crayola LLC
Crayon Software Experts LLC
Crescent Electric Supply Co.
CRI Columbus North Holdings LLC
Cricut Inc.
Criteo Corp.
Crown Equipment Corp.
Crypton Super Fabrics
CS International (HK) Toys Ltd.
Curlew Crossing SC LLC
CVS-Caremark
Daily Services
Ddr Corp Fka Developers Diversified
    DDR Corp.
DDR Winter Garden LLC
DecoArt Inc.
Decorware Inc.
Del Amo Fashion Center Operating Co.
    LLC
Delmar International Inc.
Deloitte & Touche LLP
Deloitte FAS LLP
DEPT US Holding Inc.
Designs for All Seasons Ltd.
Deuter 65 LLC
Developers Diversified Realty Corp.
Dimensions Crafts LLC
Dividend Trust REIT Sub
Dixon Ticonderoga (Strathmore)
DMC Corp.
DML Marketing Group Ltd.
Dooley & Mack Constructors
DPG USA Inc.
Dunbar Security Products Inc.
Dyno LLC
EC Design LLC
Eclectic Products LLC
Edge Plastics Inc.
Elegant Home Ltd.
Ellison Educational Equipment Inc.
Elmer's Products Inc.
Emmes LLC
EmployBridge Holding Co.
Emser International LLC
Enchante Accessories Inc.
ENGIE Impact

Environmental Technology Inc.
Ernst & Young LLP
Escape Velocity Holdings Inc.
Esplanade at Butler Plaza LLC
Estes Express Lines Inc.
Eugene Textiles
Everbest (Qingdao) Co.
Evergrace Home Inc.
Evergreen Shipping Agency Corp.
Everything Legwear Holdings LLC
Everything Mary LLC
Exeter 2500 N. Plaza LLC
Exmart International
Fabric Editions Inc.
Fabric Traditions
Fabrique Innovations Inc.
Facebook Inc.
FacilitySource LLC
Fairfield Processing
Fairfield Processing Corp.
Far Eastern Handicraft JSC
Federal Express Corp.
Feldman Co. Inc.
FFR Merchandising Inc.
Fidcal LLC
Fiorilli Construction Inc.
First & Main North LLC
Fiskars Brand Inc.
Fletcher Hills Town & Country LP
FloraCraft Corp.
Fortna Inc.
Foss Performance Materials LLC
Frederick County Square Improvements
    LLC
FreedomPay Inc.
Fung, Sun Li
Furniture Enterprises of Alaska Inc.
G&I IX Empire JV DLC LLC
GA Export (Thailand) Co. Ltd.
Ganga Acrowools Ltd.
Gardiner Service Co.
Gazzal Iplik San VE TIC Ltd. STI
GCE International Inc.
GHI Inc.
Gildan USA Inc.
Gingher Inc.

Global Sourcing Group Inc.
Globaltranz Enterprises LLC
Glowforge Inc.
GLP Flint LLC
Goldstar IC Ve Dis Ticaret Ltd.
Google Inc.
Gorilla Glue Co., The
Gossi Inc.
GPD Associates
Grand & Benedicts Inc.
Grand Plaza Management LLC
Greenfield LP
Greentex America LLC
Groom Construction Inc.
Guangzhou XY Paper Co. Ltd.
Gul Ahmed Textile Mills Ltd.
Gulsons LLC
Gumberg Associates Cranberry Mall
Gutermann of America Inc.
Gwen Studios LLC
H&H Asia Ltd.
Hailan Guoyue Trading Co. Ltd.
Halcraft USA Inc.
Hampton Plaza LLC
Hands Craft US Inc.
Hanes Industries
Hapag-Lloyd AG
Hardicraft/Hardick BV
Hauppauge Properties LLC
HC Packaging Asia Ltd.
Healy Construction Services Inc.
Hebei Bestone Jewelry Co. Ltd.
Hero Arts
Hewlett Packard Financial Service
Hewlett Packard Financial Services Co.
Heze Maxwell Wooden Products Co. Ltd.
Hilco Merchant Resources LLC
Hoffmaster Group Inc.
Holobeam Inc.
Honey Can Do International LLC
HongKong Simple Element Global Ltd.
Horizon Freight System Inc.
Horizon Group USA Inc.
Houlihan Lokey Capital Inc.
Houseworks Ltd.
HTL Ltd.

Huaian Fullya International
Huangyan Forever Arts & Crafts Fact
Hub Group Associates Inc.
Hursan Havlu Uretim Sanayi Ve Ticaret AS
Hyrosen Properties Inc.
Hy-Tek Intralogistics
Hyundai America Shipping
IBM Corp. Inc.
ICA BFC Venture LLC
IG Design Group Americas
Illumax China Ltd.
Impact Analytics Inc.
Infosys Ltd.
Inliten LLC
Innovative Logistics Services Inc.
International Paper
International Paper Co.
International Paper Co. - AL
International Paper Co. - CA
International Paper Co. - OH
International Paper Co.- CA
International Paper Co.- OH
International Paper Co.-AL
InvenTrust Properties Corp.
IRC Retail Centers Inc.
IRC Retail Centers Management Inc.
J&J Service Solutions LLC
J.B. Hunt Transport Inc.
Jackson Associates
Jackson Associates Inc.
Janome America Inc.
JB Hunt Transport Inc.
JC Colley LLC
Jesse James & Co. Inc.
Jet Holdings HK Ltd.
Jewelry Made By Me
Jewelry Made by Me Ltd.
JOC International Ltd.
Johanson Transportation Service
John Bead Corp.
Joele Frank, Wilkinson Brimmer Katcher
Jones Lang LaSalle Americas Inc.
Joshen Paper & Packaging
June Tailor Inc.
Keter Canada Inc.
Keystone Freight Corp.

Kimco Income Operating Partnership LP
Kimco Realty Corp.
Kimco Riverview LLC
Kimco Westlake LP
KIR Federal Way 035 LLC
KIR Tampa 003 LLC
Kissimmee West Florida LP
Kite Realty Group LLC
Kite Realty Group LP
KLX LLC
KRG CREC KS Pembroke Pines LLC
Kunshan Jun Yuan Arts & Crafts Co. Ltd.
La Ribbons & Crafts Inc.
Lakeview Construction LLC
Lakeview Plaza (Orland) LLC
Landair Transport Inc.
Lang Cos. Inc., The
Lansing Retail Center LLC
Larson & Juhl
Lee, County of (FL)
Lego Systems Inc.
Li, Rong Fa
Liberty Mutual Holding Co. Inc.
Lighthouse Transportation Services LLC
Lion Brand Yarn Co.
LJ CBG Acquisition Co.
LMC Co.
Lob.com Inc.
Logicalis Inc.
Longbow Advantage USA Inc.
Low Tech Toy Club LLC
Lozier Corp.
Lucky Star Enterprise & Co. Ltd.
Lucky Textile Mills Ltd.
Lynnwood Tower LLC
M2 Fabrics
MacPherson's Inc.
Maersk A/S
Maersk e Commerce Logistics
Mainstream International Inc.
Marco Contractors Inc.
Marcorp Marketing Consultants Pty. Ltd.
Marple XYZ Associates LP
Marten Transport Services
Masterpieces Puzzle Co.
May Fung Plastic Factory (HK) Ltd.

MC Construction Management Inc.
McCall Pattern Co.
MCD-RC CA-El Cerrito LLC
MCS Far East Inc.
MCS Industries Inc.
Me & My Big Ideas
Mekotex Pvt. Ltd.
Menderes Tekstil Sanayi Ve Ticaret AS
MetLife Core Property REIT LLC
MetLife Inc.
Metro Group (Industrial) Ltd.
Metro Trailer Leasing Inc.
Meyerland Retail Associates LLC
MGP XII REIT LLC
Michigan, State of, Department of Treasury
Microsoft Corp.
Microsoft Online Inc.
Midamco Inc.
MI-JAS-PPD Sales 04200
Missouri, State of, Department of Revenue
MJM Architects LLC
MN Textiles Pvt. Ltd.
MN-JAS-Sales Tax 002
Moitozoel Camino Promenade
Montgomery Realty Group Inc.
N.J. Croce Co.
NADG/SG Riverdale Village LP
Nakoma Products LLC
Nanjing Zhaohong Textile Co. Ltd.
National 4-H Council
Nationwide Children's Foundation
Natraj Home Furnishings Pvt. Ltd.
NeedleArt World (Hong Kong) Ltd.
Neo Wonderway Inc.
NEST International Inc.
Next Level Apparel
Niki Auburn Mile LP
Ningbo General Union Co. Ltd.
Ningbo Goldentime Import & Export Co.
    Ltd.
Ningbo MH Industry Co. Ltd.
Ningbo Tofoam Stationery Co. Ltd.
Ningbo Winlead Ornament Co. Ltd.
Nipkow & Kobelt Inc.
Nishat Chunian Ltd.
NNN REIT Inc.

North Attleboro Marketplace II LLC
Northern Lights
Northway Mall Properties LLC
Notions Marketing Corp.
Novaks Construction Inc.
Novaks Warehouse Inc.
NSI International Inc.
NY-COM-Sales Tax Promptax
Oak Harbor Freight Lines Inc.
Ocean Network Express Pte. Ltd.
Off the Wall Co. LLC
Olfa USA Inc.
On Our Sleeves
Ontario Gateway SJT RET XIX LLC
OOCL USA Inc.
Oracle America Inc.
Orchard Yarn & Thread Co. Inc.
Oriental Craft Industries Co. Ltd.
Ormo Ithalat Ve Ihracat AS
OttLite Technologies Inc.
Outer Drive 39 Development Co. LLC
OWRF Baybrook LLC
Oxford Valley Road Associates LP
Pacific Island Creations Co. Ltd.
Pacific Realty Associates LP
Paisley Crafts LLC
PA-JAS-Sales Tax St301
Paladin Freight Solutions Inc.
Palani Properties LLC
Pan Asian Creations Ltd.
Panacea Products Corp.
Panache (India) International
Paper Transport LLC
Pathward NA
Pavilions North Shop Center 18 LLC
Paypool LLC
PCP Group LLC
PCT Vinyl
Pebbles Ltd.
Pellon Consumer Products
Pepperell Braiding Co. Inc.
Pepsico Beverage Sales LLC
Performance Horizon Group Ltd.
Perler
Phoenix Stationery Vietnam Co. Ltd.
Pinterest Inc.

Pitney Bowes Bank Inc.
PK Lifestyles
Plaid Enterprises
Platte Purchase Plaza LLC
PlayMonster LLC
Plaza at Countryside LLC
Plus Mark LLC
Pollock Investments Inc.
Pollock Paper Distributors
Polyform Products Co. Inc.
Primary Color Systems Corp.
Principal Life Insurance Co.
Promax Manufacturing Co. Ltd.
Provantage Corporate Solutions LLC
Provident Life & Accident Insurance Co.
PRTC LP
Prym Consumer USA Inc.
PTP Transport LLC
Public Employees Retirement Sys. Of FB
    Festival Center LLC
Public Employees Retirement System
Publicis Sapient
Pure Fishing Inc.
Qingdao Libang Kingtone Trade Co. Ltd.
Quad Graphics Inc.
Queen Crafts Ltd.
Quest Marketing Inc.
R.M. Palmer Co. LLC
Rakuten Marketing LLC
Ranger Industries
Raymond Storage Concepts Inc.
RCA Trucking LLC
Red Mountain Asset Fund I LLC
Retail Properties of America Inc.
Retail Services WIS Corp.
Ribblr Ltd.
Richloom Fabrics Group Inc.
Richloom Far East Trading Co. Ltd.
Rimini Street Inc.
River Park Plaza LP
Riverfront Village LLC
RK Pembroke Pines LLC
Robert Half International Inc.
Robert Kaufman Co. Inc.
Roland Berger Strategy Consulting
Rongfali LLC

Roth Bros Inc.
Rowenta/Groupe SEB
Roxville Associates
Royal Acme Corp.
Royal Brush Manufacturing Inc.
Royal Consumer Products LLC
RPT Realty LP
Russell Tobin & Associates LLC
Rust-Oleum Corp.
S & M Heights
S&M Heights
S2G-Ohio Inc.
Salesforce.com Inc.
Sam Pievac Co. Inc.
Sanford LP
Santee Print Works
SAP America
SAP Industries Inc.
Saul Holdings LP
Sawgrass
Scentsible LLC
Schneider National Carriers Inc.
Schott Textiles Inc.
Schottenstein Realty LLC
Schylling Inc.
Seasons (HK) Ltd.
Seasons Special Co. Ltd.
Seco/Arroyo Shopping Center LP
Securitas Technology Corp.
Sedgwick Claims Management Services Inc.
Seko Worldwide LLC
SFT Inc.
SG Equipment Finance USA Corp.
Shanghai Aimi Pet Products Co. Ltd.
Shanghai Lifetex Industry Co. Ltd.
Shaoxing Ador Import & Export Co. Ltd.
Shaoxing Enyi Textile Co. Ltd.
Shaoxing Keqiao Yuzhou Textile Co. Ltd.
Shaoxing Minying Trading Co. Ltd.
Shaoxing Robb Import & Export Co. Ltd.
Shaoxing Xinzezhou Import & Export Co.
    Ltd.
Shazhou Textile Printing & Dyeing Import
    & Export Co. Ltd.
Shelby Town Center Phase I LLC
Shelbyville Road Plaza LLC

Shenyang Large Circle Arts & Crafts
Shienq Huong Enterprise Co. Ltd.
ShopCore Properties LP
Shopping Center Associates - Perring Plaza
Signature Marketing & Manufacturing
Silhouette America Inc.
Silver Creek Leather Co. LLC
Simplicity Creative Group Inc.
Sincere Creates & Manufactures Ltd.
Single Source Security LLC
Singsong International Trade Co. Ltd.
Siser North America
SITE Centers Corp.
SJ Corp.
Smart Cienega LLC
Sneirson, Gerald M.
Snow White Woollen Mills Pvt. Ltd.
Socialdeviant LLC
Solartex Corp.
South Frisco Village SC LP
Southwest Sign Group Inc.
Spinrite Corp.
Spirit Properties Ltd.
Spirit Realty Capital Inc.
Splunk Inc.
Spradling International Inc.
Springs Creative Products Group LLC
Square One Partners LLC
Sri Ramlakshman Fabs
Steelworkers Pension Trust
STG Intermodal Solutions Inc.
STI Global Inc.
Stockdale Investment Group Inc.
Storflex
Studio Eluceo Ltd.
Sugarland Plaza LP
Sulky of America Inc.
Sullivans USA Inc.
Sulyn Industries Inc.
Summit, County of (OH), Treasurer
Sun Life Assurance Co. of Canada
Sunmark Property LLC
Sunyin (HK) Holding Ltd.
SupplyOne Cleveland Inc.
Susan G. Komen Breast Cancer Foundation
Susz, Julie L.

Suzhou Lejing Knitting Co. Ltd.
SVP Sewing Brands LLC
SVP Singer Holdings Inc.
Symbol Gift Inc.
TA Services Inc.
Taixing Tongji Foreign Trade Co. Ltd.
Taizhou Honfont Import & Export Co. Ltd.
Tamarack Village Shopping Center LP
Tata Consultancy Services Ltd.
Technology Recovery Group
TEKsystems Global Services LLC
Tempo Drapery & Fabrics
Terra Worldwide Logistics LLC
Testrite Instrument Co. Inc.
Textile Creations Inc.
Therm O Web Inc.
THF Greengate Development LP
Tik Tok Inc.
Timeless Treasures Fabric
Tinuiti Inc.
Toll Global Forwarding (USA) Inc.
Topocean Consolid Service (LA) Inc.
Total Distribution Service Inc.
Town & Country Chicago Association LLC
Transform Holdco LLC
Trends International LLC
TRX Inc.
Tsukineko
Tufko International
Turtle Rock LLC
TY Inc.
UB Midway LLC
Uchida of America
Uline
United Airlines Inc.
United Staffing Associates LLC
Universal Candle Co. Ltd.
Universal Protection Service LP
Univic Floral Co. Ltd.
Unovo LLC
Utah-WRI Holdings LLC
Valid USA Inc.
Vardhman Textiles Ltd.
VDS Holding LLC
Velcro USA Inc.
Vestar Best in the West Property LLC

Vestar DRM-Opco LLC
Vibes Media LLC
Viition (Asia) Ltd.
Vistar Corp.
Vogue
Von Karman Plaza LLC
Vulcan Properties Inc.
Walz Capital Kennesaw LLC
Warm Products Inc.
Warnack, Shaughne S.
Washington, State of, Department of Natural
    Resources
Waste Management National Services Inc.
Waterford Lakes Town Center LLC
Wealth Concept Ltd.
Wells Fargo Banks
West Broadway Distribution Services LLC
Westmoreland Builders LLC
Wheaton Plaza Regional Shopping Center
    LLC
Wilton Industries
Win Hang Enterprise Ltd.
Wire Weld Inc.
Wm/.Wright Co. Inc.
Woo Jin Corp.
Wooda Corp. Ltd.
Workday Inc.
WP Carey Inc.
Wujiang Foreign Trade Corp.
Wunderkind Corp.
Xanadu Industrial Ltd.
XCCommerce Inc.
XPO Logistics Freight Inc.
Yamaoka, George K.
Yosemite Park Shop Center 05A LLC
Yunker Industries Inc.
Yunus Textile Mill Pvt. Ltd.
Zebra Pen Corp.
Zhangjiagang Free Trade Zone
Zhangjiagang Yintian Trading Co. Ltd.
Zhejiang Tong Feng Arts & Crafts Co.
Zhuhai Ze Yuan Craft Floral
Zibo Zhaohai Light Industrial Products Co.
    Ltd.
Zolo LLC
ZonaPart LLC

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 3M Co. | 3M Company | Current |
| | 3M Occupational Safety LLC | Current |
| | Aearo Technologies LLC | Current |
| ACE American Insurance Co. Chubb Ltd. Combined Insurance Co. of America | Chubb Bermuda Insurance Ltd. | Closed |
| Ahead Inc. | AHEAD Inc. | Closed |
| | AHEAD Parent Holdings, LP | Closed |
| AIG Specialty Insurance Co. National Union Fire Insurance Co. | AIG DECO Fund I LP | Closed |
| | AIG DECO Fund II LP | Closed |
| | National Union Fire and Marine Insurance Co. of Pittsburgh | Closed |
| Alixpartners LLP | Caisse de dépôt et placement du Québec | Current |
| | Ivanhoé Cambridge Inc. | Closed |
| Alixpartners LLP | AlixPartners UK LLP | Current |
| Alixpartners LLP | Big Box REIT A Inc. | Current |
| | CPPIB Asia Inc. | Current |
| | Public Sector Pension Investment Board | Former |
| Allianz Global Risk US Insurance Co. | Allianz SE | Current |
| Firemans Fund Insurance Co. | Pacific Investment Management Company, LLC | Current |
| Alvarez & Marsal Holdings LLC | A&M Capital Advisors Europe LLP | Closed |
| | A&M Capital Advisors GP, LLC | Closed |
| | A&M Capital Advisors LLC | Closed |
| | A&M Capital Advisors LP | Current |
| | A&M Capital Europe-GP Associates, LP | Closed |
| | A&M Capital Opportunities Fund, LP | Closed |
| | A&M Capital Partners LLC | Current |
| | A&M Capital-GP Associates, LP | Closed |
| | A&M Capital-GP Holdings, LP | Closed |
| | A&M Opportunities Fund | Closed |

| | | |
|---|---|---|
| | Alvarez & Marsal AMCO Partners Fund, LP | Closed |
| | Alvarez & Marsal Capital LLC | Closed |
| | Alvarez & Marsal Capital, LP | Closed |
| | Alvarez & Marsal Europe LLP | Closed |
| | Alvarez & Marsal Holdings LLC | Closed |
| | Alvarez & Marsal Inc. | Current |
| | Alvarez & Marsal Partners Buyout Fund, LP | Closed |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Closed |
| | Alvarez & Marsal Partners Europe Fund, LP | Closed |
| | Alvarez & Marsal Partners Fund, LP | Closed |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Closed |
| | Alvarez & Marsal Tax and UK LLP | Closed |
| | Barbara Gould | Closed |
| American Fast Freight Inc. | Odyssey Logistics & Technology Corporation | Current |
| Anthem Bluecross Life & Health Insurance Co. | Stephanie L. Thierer | Current |
| Aon Risk Services Cos. Inc. | Aon Corporation and various of its affiliates | Current |
| Apex Credit Partners LLC | Barings LLC | Current |
| | Counterpointe Sustainable Advisors LLC | Current |
| Arbor Walk Mall LLC<br>ATC Glimcher LLC<br>Bloomingdale Court LLC<br>Bloomingdale Owner LLC<br>Chautauqua Mall Realty Holding LLC<br>Lakeview Plaza (Orland) LLC<br>Lima Center LLC<br>Plaza at Buckland Hills LLC<br>Plaza at Countryside LLC<br>SM Mesa Mall LLC<br>Washington Prime Management Associates LLC | Washington Prime Group Inc. | Current |

| | | |
|---|---|---|
| Waterford Lakes Town Center LLC | | |
| Authentic Brands Group LLC | CVC Credit Capital Solutions Co-Invest SCSp | Closed |
| | CVC Credit Capital Solutions Co-Invest Feeder SCSp | Closed |
| | CVC Credit Capital Solutions Co-Invest (SPV) Sarl | Closed |
| | CVC Credit Capital Solutions Co-Invest SCSp | Current |
| | CVC Credit Capital Solutions Co-Invest Feeder SCSp | Current |
| | CVC Credit Capital Solutions Co-Invest (SPV) Sarl | Current |
| | CVC Advisers Company (Luxembourg) S.à r.l. | Closed |
| | Black Rifle Coffee Company LLC | Current |
| | Authentic Brands LLC | Former |
| | Authentic Brands Group, LLC | Current |
| Automated Logic Corp. | Carrier Global Corporation | Current |
| AXA XL | AXA European Infrastructure Fund SA | Closed |
| | AXA IM Prime | Current |
| | AXA Real Estate Investment Managers UK Ltd. | Current |
| | AXA REIM SGP | Current |
| | AXA REIM SGP on behalf of AXA Avenir Infrastructure | Closed |
| | AXA SA | Current |
| FMR LLC | Fidelity Investments | Current |
| Baltimore Gas & Electric Co., The Peco Energy Co. | Colorado Bend I Power LLC | Current |
| | Colorado Bend II Power LLC | Closed |
| | Constellation Energy Corporation | Current |
| | Exelon Corporation | Closed |
| | Mountain Creek Power LLC | Current |
| | William A. Von Hoene, Jr. | Closed |
| | Wolf Hollow I Power LLC | Current |
| | Wolf Hollow II Power LLC | Closed |
| Bank of America NA Bank Of America, N.A. | Banc of America Securities LLC | Closed |
| | Bank of America Corporation. | Current |
| | Bank of America NA | Closed |
| | Benjamin Klein | Current |
| | BofA Securities Inc. | Closed |

| | Graham Mandl | Former |
|---|---|---|
| | Merrill Lynch (Asia Pacific) Limited | Closed |
| | Merrill Lynch Interfunding, Inc. | Current |
| Bayshore Village (US) Inc. | Lone Star Funds | Current |
| | LSF XI Investments LLC | Current |
| | LSF XII Investments LLC | Current |
| | LSF11 Skyscraper Holdco S.a r.l. | Closed |
| | LSF11 Trinity Parent, LLC | Current |
| | LSF12 Donnelly Bidco | Current |
| | LSF9 Balta Investments SARL | Current |
| | LSF9 Balta Issuer SARL | Current |
| | LSF9 Balta Luxembourg SARL | Current |
| | LSF9 Belysse Investments SARL | Current |
| | LSF9 Belysse Luxembourg SARL | Current |
| | LSF9 Canto MidCo DAC | Former |
| | LSF9 Renaissance Acquisitions LLC | Current |
| | LSF9 Renaissance Holdings LLC | Current |
| | Southeastern Grocers LLC | Closed |
| BC Partners Advisors LP | BC Investments IV Limited | Former |
| | BC Investments X Limited | Closed |
| | BC Partners Advisors LP | Current |
| | BC Partners Holdings Ltd. | Current |
| | BC Partners LLP | Current |
| | BCP IV RTP Debt AIV LP | Current |
| Bendon Inc. | Bendon, Inc. | Current |
| | Irving Place Capital Management, L.P. | Current |
| Blackhawk Network Holdings Inc. | Egon Durban | Current |
| | Greg Mondre | Current |
| | Mary Hannaford Conrad | Current |
| | Silver Lake Partners L.P. | Current |
| BLI Sunset Square LLC | Tourmaline Capital | Current |
| Blue Yonder Inc. | Blue Yonder, Inc. | Current |
| BMO Bank NA | BMO Capital Markets | Current |
| BNP Paribas SA | BNP Paribas S.A. | Closed |
| Brookfield (E&A) LLC Rouse Cos. LLC, The Shoppes at River Crossing LLC | Alexander A. Taubman | Former |
| | BCP IV RTP Holdings Ltd. | Current |
| | BPR REIT Services LLC | Closed |
| | Brookfield Asset Management Inc. | Closed |

|  | | |
|---|---|---|
|  | Brookfield Asset Management LLC | Current |
|  | Brookfield Business Partners LP | Current |
|  | Brookfield Infrastructure Debt Fund II LP | Closed |
|  | Brookfield Private Capital (DIFC) Ltd. | Current |
|  | Brookfield Properties Development LLC | Closed |
|  | Brookfield Renewable Partners LP | Closed |
|  | Brookfield Special Investments LLC | Current |
|  | GFI Energy Group of Oaktree Capital Management | Current |
|  | Jordon Kruse | Current |
|  | Matthew Wilson | Current |
|  | Oaktree Acquisition Corp. | Closed |
|  | Oaktree Acquisition Corp. II | Closed |
|  | Oaktree ATI Investors LP | Current |
|  | Oaktree Bidco Ltd. | Current |
|  | Oaktree Capital Management LP | Current |
|  | Oaktree Gardens OLP LLC | Current |
|  | Oaktree Gardens OLP SPV LP | Current |
|  | Oaktree Lending Partners (Unlevered) Corp. | Current |
|  | Oaktree Lending Partners Corporation | Current |
|  | Oaktree Maritime Finance Holdings XI Ltd. | Closed |
|  | Oaktree Midco Ltd. | Current |
|  | Oaktree Opportunities Fund XI Feeder (Cayman) LP | Current |
|  | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |
|  | Oaktree Power Opportunities Fund IV LP | Current |
|  | Oaktree Special Situations Fund | Closed |
|  | Oaktree Specialty Lending Corporation | Current |
|  | Oaktree Strategic Credit Fund | Current |
|  | Oaktree Topco Ltd. | Current |
|  | Ronald N. Beck | Current |
| Buddy Moore Trucking Inc. | Gamut Capital Management, L.P. | Current |

| | | |
|---|---|---|
| Buddy Moore Trucking Inc. | British Columbia Investment Management Corp. | Closed |
| | QuadReal Property Group Limited Partnership | Current |
| BV Waco Central Texas Marketplace LLC<br><br>BV Wolf Creek LLC<br>BVCV Union Plaza LLC | Ball Ventures LLC | Current |
| Camelot Group Inc. | Allwyn AG | Current |
| | Allwyn UK Holding C Ltd. | Current |
| CBTS Technology Solutions LLC<br><br>Gll Selection II Florida LP | Camin Cargo Control, Inc. | Current |
| | Cincinnati Bell Extended Territories LLC | Current |
| | Hawaii Gas | Current |
| | Logistics Property Company, LLC | Current |
| | LOGOS Property Group Limited | Current |
| | Macquarie Agricultural Funds Management Limited | Closed |
| | Macquarie Aircraft Leasing Services (Ireland) Ltd. | Closed |
| | Macquarie Asset Management Inc. | Closed |
| | Macquarie Asset Management Mexico SA de CV | Closed |
| | Macquarie Asset Management Strategic Solutions LLC | Current |
| | Macquarie Capital (USA) Inc. | Closed |
| | Macquarie Capital Group Ltd., U.K. Branch | Closed |
| | Macquarie Capital USA Inc. | Current |
| | Macquarie Crop Partners Feeder, L.P. | Closed |
| | Macquarie Crop Partners LP | Closed |
| | Macquarie Energy Partners Inc. | Former |
| | Macquarie Fund Advisers Pty Ltd | Closed |
| | Macquarie Global Infrastructure Fund SCSp | Current |
| | Macquarie Green Energy & Climate Opportunities Fund SCSP | Current |
| | Macquarie Group Services Australia Pty Ltd. | Current |

| | | |
|---|---|---|
| | Macquarie Infrastructure & Real Assets (Europe) Limited | Closed |
| | Macquarie Infrastructure and Real Assets, Inc. | Current |
| | Macquarie Infrastructure Partners II | Closed |
| | Macquarie Infrastructure Partners III, L.P. | Closed |
| | Macquarie Infrastructure Partners Inc. | Closed |
| | Macquarie Infrastructure Partners IV, LP (MIP IV) | Current |
| | Macquarie Infrastructure Partners V, LP (MIP V) | Current |
| | Macquarie Infrastructure Partners VI, LP (MIP VI) | Current |
| | Macquarie Investment Management Business Trust | Current |
| | Macquarie Investment Management Europe Ltd. | Closed |
| | Macquarie PF Inc. | Current |
| | Macquarie Principal Finance Pty Limited, UK Branch | Current |
| | Macquarie Real Estate Investments Holdings (North America), Inc. | Current |
| | Macquarie Rotorcraft Holdings Ltd. | Current |
| | MAM Alliance Partners, LLC | Current |
| | MIP VI Holdings, LP | Closed |
| | MIRA Americas Inc. | Current |
| | MIRA Infrastructure Global Solution II, LP (MIGS II) | Closed |
| | MIRA Infrastructure Global Solution LP (MIGS) | Closed |
| | Targa Liquids Marketing and Trade LLC | Closed |
| Centerbridge Credit CS LP | Centerbridge Partners L.P. | Current |
| | Jeff Aronson | Closed |
| Centerview Partners LLC | Centerview Capital Holdings LLC | Current |
| | Centerview Capital Management LLC | Current |
| | Centerview Partners | Current |
| Century Distribution Systems Inc. | C. Deryl Couch | Former |

|  |  |  |
|---|---|---|
|  | Century Distribution Holding LLC | Current |
|  | Century Distribution Intermediate Holding LLC | Current |
|  | Century Distribution Systems (Canada) Inc. | Current |
|  | Century Distribution Systems (Europe) BV | Current |
|  | Century Distribution Systems (Hong Kong) Ltd. | Current |
|  | Century Distribution Systems (International) Ltd. | Current |
|  | Century Distribution Systems (Shenzhen) Ltd. | Current |
|  | Century Distribution Systems Inc. | Current |
|  | Sun Capital Advisors Inc. | Current |
|  | Sun Capital Advisors IV LP | Closed |
|  | Sun Capital Partners | Current |
|  | Sun Capital Partners Inc. | Current |
|  | Sun Capital Partners IV LP | Closed |
|  | Sun Capital Partners Management VI LLC | Closed |
|  | Sun Capital Partners VIII | Current |
| CFP Fire Protection Inc. | ICG Europe Fund VIII Master SCA SICAV-RAIF | Closed |
|  | Intermediate Capital Group Inc. | Current |
|  | Intermediate Capital Group plc | Current |
| CGCMT 2006-C4-5422 Shaffer Rd LLC | Citigroup Global Markets Asia Limited | Current |
|  | Citigroup Global Markets Europe AG | Closed |
|  | Citigroup Global Markets Inc. | Current |
|  | Citigroup Global Markets Ltd. | Current |
|  | Citigroup Inc. | Current |
| Cleco Power LLC | Cleco Corporate Holdings LLC | Current |
| Cleveland Clinic<br>Cleveland Clinic Florida Hospital Inc. | William C. Mulligan | Current |
| Continental Casualty Co.<br>Continental Insurance Co., The | Continental Casualty Company | Current |
| Coupa Software Inc. | Andrew M. Almeida | Former |
|  | Burton A. Alper | Current |

| | |
|---|---|
| Coupa Colombia SAS | Current |
| Coupa Deutschland GmbH | Current |
| Coupa Federal Inc. | Current |
| Coupa Holdings LLC | Current |
| Coupa Intermediate Holdings II LLC | Current |
| Coupa Intermediate Holdings III LLC | Current |
| Coupa Intermediate Holdings Inc. | Current |
| Coupa Italy SRL | Current |
| Coupa KK | Current |
| Coupa Operations Inc. | Current |
| Coupa Operations S de RL de CV | Current |
| Coupa Parent GP LLC | Current |
| Coupa Parent, LP | Current |
| Coupa Software Australia Pty. Ltd. | Current |
| Coupa Software Brazil Ltda. | Current |
| Coupa Software Canada Inc. | Current |
| Coupa Software DMCC | Current |
| Coupa Software France | Current |
| Coupa Software GK | Current |
| Coupa Software Inc. | Current |
| Coupa Software India Pvt. Ltd. | Current |
| Coupa Software Pty. Ltd. | Current |
| Coupa Software Spain SL | Current |
| Coupa Software Sweden AB | Current |
| Coupa Software Switzerland AG | Current |
| Coupa Software UK Ltd. | Current |
| Kenneth J. Virnig II | Current |
| Orlando Bravo | Current |
| Paul Holden Spaht, Jr. | Current |
| Robert Sayle | Current |
| Scott Crabill | Current |
| Seth J. Boro | Current |
| TBCF I LLC | Current |
| Thoma Bravo Advantage | Closed |
| Thoma Bravo Discover Fund III, L.P. | Closed |
| Thoma Bravo Europe Fund, LP | Current |
| Thoma Bravo Fund XII LP | Closed |
| Thoma Bravo Fund XIII LP | Current |
| Thoma Bravo Fund XIV LP | Current |

| | Thoma Bravo Fund XV LP | Closed |
|---|---|---|
| | Thoma Bravo Growth Fund LP | Closed |
| | Thoma Bravo LLC | Closed |
| | Thoma Bravo LP | Current |
| | Thoma Bravo Oasis Fund LP | Closed |
| | Thoma Bravo Topco LLC | Closed |
| | WCAS XIII L.P. | Current |
| CVS-Caremark | Oak Street Health, LLC | Closed |
| Delmar International Inc. | Delmar International Inc. | Closed |
| Deloitte & Touche LLP | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |
| Disney Consumer Products Inc. | Walt Disney Company, The | Closed |
| Dominion Customer Credit Services Dominion East Ohio Gas Co. Dominion Energy South Carolina Inc. SCE&G Small Commercial Group Virginia Electric & Power Co. | Dominion Energy Inc. | |
| Dynegy Energy Services East LLC Dynegy Energy Services LLC | Vistra Energy Corp. | Current |
| EmployBridge Holding Co. | Apollo Capital Management, L.P. | Current |
| | Apollo Global Management, Inc. | Current |
| | Apollo Global Real Estate Management LP | Current |
| | Apterra Infrastructure Capital | Closed |
| | Floating Infrastructure Holdings Finance LLC | Closed |
| | Marc Rowan | Closed |
| Ernst & Young LLP | Ernst & Young | Current |
| Facebook Inc. Pebbles Ltd. | Facebook Operations LLC | Current |
| | Facebook Technologies LLC | Current |
| | Meta Platforms, Inc. | Current |
| FacilitySource LLC | CBRE Investment Management Infrastructure Inc. | Current |
| Fletcher Hills Town & Country LP Lake Geneva Retail Leaseco LLC | CBRE SpA | Closed |
| | CBRE SpA Italy | Closed |
| | CBRE, Inc. | Closed |
| FFR Merchandising Inc. | siffron Inc. | Former |

| | | |
|---|---|---|
| Florida Power & Light Co.<br><br>FPL, Attention: Deposit Administration<br>Gulf Power Co. | NextEra Energy Capital Holdings Inc. | Current |
| | NextEra Energy Constructors LLC | Closed |
| | NextEra Energy Inc. | Closed |
| | NextEra Energy Marketing LLC | Closed |
| | NextEra Energy Operating Services LLC | Closed |
| | NextEra Energy Project Management LLC | Closed |
| | NextEra Energy Resources, LLC | Current |
| | NextEra Energy Transmission Asset Acquisition Holdings LLC | Closed |
| | NextEra Energy Transmission LLC | Closed |
| | NextEra Energy Transmission Southwest LLC | Closed |
| | NextEra Energy, Inc. | Closed |
| | NextEra Grid Holdings LLC | Closed |
| Fortna Inc. | Fortna Inc. | Closed |
| | Fortna Parent Holdings Inc. | Closed |
| | FORTNA Systems Inc. | Current |
| | Material Handling Systems | Closed |
| Gabe's | David J. Sreter | Current |
| | Jeffrey Perlman | Current |
| | Logos Holdco Pte. Ltd. | Closed |
| | Sheridan Investment Partners II, L.P. | Closed |
| | Vishal Mahadevia | Former |
| | Warburg Pincus Asia LLC | Current |
| | Warburg Pincus Asia Real Estate, L.P. | Current |
| | Warburg Pincus Capital Corp. I-A | Closed |
| | Warburg Pincus Capital Corp. I-B | Closed |
| | Warburg Pincus Equity Fund IX LP | Current |
| | Warburg Pincus Global Growth LP | Current |
| | Warburg Pincus Global Growth XIV | Current |
| | Warburg Pincus LLC | Current |
| | Warburg Realty Partnership Ltd. | Current |
| | WP & Co., L.P. | Current |
| | WP GG Holdings IV BV | Current |
| GA-JAS-Sales 041 | State of Georgia | Current |

| | | |
|---|---|---|
| Gallatin Mall Group LLC | Gallatin Data Center LLC | Current |
| | Gallatin Point Capital LLC | Current |
| Generate Advisors LLC | Kennedy Lewis Management LP | Closed |
| GFS Realty Inc. | Koninklijke Ahold Delhaize N.V. | Current |
| Globaltranz Enterprises LLC | Providence Equity Partners L.L.C. | Current |
| | Providence Equity Partners VIII LP | Former |
| Google Inc. | Waymo LLC | Current |
| Gordon Brothers Retail Partners LLC | Gordon Brothers Brands, LLC | Closed |
| | Gordon Brothers Group LLC | Current |
| Hanes Industries | Hanesbrands Inc. | Current |
| Harrison Street Investors LLC | Christopher Merrill | Current |
| | Harrison Street Advisors, LLC | Current |
| | Jennifer Kay Sheehan | Current |
| Navigators Insurance Co. | Hartford Funds, Independent Trustees | Current |
| | The Hartford Financial Services Group | Current |
| HCC Specialty Insurance Co. | HCC Insurance Holdings, Inc. | Former |
| Heartland Bank | HBT Financial, Inc. | Closed |
| | Heartland Bank and Trust Co. | Closed |
| Hewlett Packard Financial Service | Hewlett Packard Enterprise Co. | Closed |
| Hewlett Packard Financial Services Co. | HP, Inc. | Closed |
| JPMorgan Chase Bank | Andrew Cohen | Closed |
| | J.P. Morgan Asset Management | Former |
| | J.P. Morgan Investment Management Inc. | Current |
| | J.P. Morgan Securities Asia Pacific Limited | Closed |
| | J.P. Morgan Securities LLC | Current |
| | J.P. Morgan Securities plc | Current |
| | JPMorgan Asset Management (Europe) SARL | Current |
| | JPMorgan Asset Management (UK) Ltd. | Current |
| | JPMorgan Chase Bank, N.A. | Current |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |

| | | |
|---|---|---|
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Infrastructure Investments Fund | Current |
| HPS Investment Partners LLC | Scott B. Kapnick | Former |
| Authentic Brands Group LLC | HPS Investment Partners (UK) LLP | Current |
| | HPS Investment Partners LLC | Current |
| | HPS Investment Partners (UK) LLP | Closed |
| | Mark H. Rubenstein | Current |
| | Vikas Manohar Keswani | Current |
| | Black Rifle Coffee Company LLC | Current |
| | Authentic Brands LLC | Former |
| | Authentic Brands Group, LLC | Current |
| Hilco Merchant Resources LLC | Hilco Global | Current |
| | Hilco Monarch Investments VI LLC | Current |
| | Hilco Redevelopment Holdings LLC | Current |
| | Hilco Redevelopment, LLC | Current |
| | Hilco Trading LLC | Current |
| Hoffmaster Group Inc. | Wellspring Capital Management LLC | Closed |
| Houlihan Lokey Capital Inc. | Houlihan Lokey EMEA, LLP | Current |
| Houlihan Lokey Inc. | Houlihan Lokey Inc. | Current |
| Hy-Tek Intralogistics | Dunes Point Capital | Current |
| | Dunes Point Capital Fund II, L.P. | Current |
| | Dunes Point Capital Partners Fund II-A, L.P. | Current |
| | Timothy J. White | Current |
| IBM Corp. Inc. | Apptio, Inc. | Closed |
| | IBM Corporation | Current |
| | Red Hat, Inc. | Current |
| Igi21 Katy LLC | Indigo Group Holdings, Inc. | Closed |
| IL-JAS-Sales Tax 0411 | Illinois Executive Ethics Commission | Closed |
| Il-Jas-Sales Tax 0411 | Illinois Torture Inquiry and Relief Commission | Current |
| IL-JAS-Sales Tax 0412 | Office of the Governor, State of Illinois | Former |
| Il-Jas-Sales Tax 0412 | | |
| Incomm Payments | InComm Payments | Closed |
| Infosys Ltd. | Infosys Limited | Current |

| | | |
|---|---|---|
| Jefferies Capital Services LLC | Andrew Whittaker | Former |
| | Chris M. Kanoff | Current |
| | Jefferies Finance LLC | Current |
| | Jefferies Financial Group Inc. | Current |
| Joele Frank, Wilkinson Brimmer Katcher | Meaghan A. Repko | Current |
| Jones Lang LaSalle Americas Inc. | JLL Partners, LLC | Current |
| | Jones Lang LaSalle Americas Inc. | Closed |
| | Jones Lang LaSalle Group | Current |
| | Jones Lang LaSalle, Inc. | Closed |
| | LAO VI CN Company V Pte. Ltd. | Closed |
| | LaSalle Investment Management | Current |
| Kentucky Utilities Co. Louisville Gas & Electric Co. | LG&E and KU Energy LLC | Closed |
| | PPL Corp. | Closed |
| Kroll Restructuring Administration LLC | Brian Ruder | Current |
| | Duff & Phelps LLC | Closed |
| | Kroll Advisory Ltd. | Closed |
| | Kroll Associates, Inc. | Closed |
| | Kroll International (UK) Ltd | Current |
| | Kroll LLC | Current |
| | Kroll Restructuring Administration LLC | Current |
| | Permira Advisers (London) Ltd. | Current |
| | Permira Advisers LLC | Current |
| | Permira Advisers Ltd. | Closed |
| | Ryan G. Lanpher | Former |
| | Stone Point Capital LLC | Current |
| | Further Global Capital Management, L.P. | Current |
| Larson & Juhl Pacific Power Rocky Mountain Power Inc. | Berkshire Hathaway Inc. | Current |
| | BHE Renewables LLC | Current |
| | BHER Power Resources Inc. | Current |
| | BNSF Railway | Former |
| | Brilliant National Services, Inc. | Current |
| | FlightSafety International Inc. | Closed |
| | HomeServices of America, Inc. | Current |
| | PPW Holdings LLC | Current |
| Latham & Watkins LLP | Robert J. Frances | Former |
| | Robert T. Buday | Former |
| LCM Asset Management LLC | Equitix Ltd. | Closed |

| | TFG Asset Management LP | Current |
|---|---|---|
| Lego Systems Inc. | Kavita Vora | Closed |
| | LEGO A/S | Current |
| | LEGO Juris A/S | Current |
| | LEGO Systems Inc. | Current |
| LJ CBG Acquisition Co. | Platinum Equity Capital Partners International Vi (Cayman) L.P. | Current |
| SVP Sewing Brands LLC | Platinum Equity, LLC | Current |
| SVP Singer Holdings Inc. | SVP Worldwide | Closed |
| MN-JAS-Sales Tax 002 | Minnesota Department of Human Rights | Closed |
| Next Level Apparel | Blue Point Capital Partners | Closed |
| | Blue Point Capital Partners II Executive Fund, L.P. | Current |
| | Blue Point Capital Partners II LP | Current |
| | Blue Point Capital Partners III (A), L.P. | Current |
| | Blue Point Capital Partners III (B), L.P. | Current |
| | Blue Point Capital Partners III Executive Fund, L.P. | Current |
| | Blue Point Capital Partners III, L.P. | Current |
| | Blue Point Capital Partners IV (A), L.P. | Current |
| | Blue Point Capital Partners IV Executive Fund L.P. | Current |
| | Blue Point Capital Partners IV, L.P. | Current |
| | Blue Point Capital Partners, L.P. | Current |
| Nuveen Asset Management LLC | Nuveen Alternatives Advisors, LLC | Closed |
| Symphony Asset Management LLC | | |
| TIAA Cref Investment Services | | |
| NYSEG | Avangrid, Inc. | Closed |
| Oracle America Inc. | Oracle Corporation | Current |
| Pacific Gas & Electric Co. | Pacific Gas and Electric Company | Closed |
| PA-JAS-Sales Tax St301 | Office of the General Counsel of Pennsylvania | Closed |
| Pa-Jas-Sales Tax St301 | Office of the Governor of Pennsylvania | Closed |
| | Pennsylvania Higher Education Assistance Agency | Closed |

| | | |
|---|---|---|
| | Pennsylvania, Commonwealth of, Office of the Secretary of State | Closed |
| Pepsico Beverage Sales LLC | PepsiCo, Inc. | Current |
| Pitney Bowes Bank Inc. | Pitney Bowes Inc. | Closed |
| Plus Mark LLC | Andrew Campelli | Current |
| Pollock Paper Distributors | Brad Flaishans | Former |
| | CD&R Friends & Family Fund VIII LP | Current |
| | CD&R LLP | Closed |
| | CD&R Pisces Holdings LP | Current |
| | Clayton, Dubilier & Rice Fund VIII LP | Current |
| | Clayton, Dubilier & Rice LLC | Current |
| | Daniel Glaser | Former |
| | David A. Novak | Current |
| | David Winokur | Former |
| | Gregory Pasqua | Current |
| | Harsh Agarwal | Former |
| | Jillian Clark Griffiths | Former |
| | John Krenicki | Current |
| | Nathan Sleeper | Current |
| | Orla Beggs | Former |
| | Ravi Sachdev | Current |
| | Richard Schnall | Closed |
| | Robert Cosmo Volpe | Former |
| | Roberto Quarta | Former |
| | Russell Fradin | Former |
| PNC Bank NA | PNC Bank NA | Closed |
| | PNC Bank NA, as Trustee of the Amy Sebastian 1981Trust | Current |
| | PNC Bank NA, as Trustee of the Brian Simmons 1981 Trust | Current |
| | SP Capital Partners LLC | Closed |
| | The PNC Financial Services Group, Inc. | Closed |
| Principal Life Insurance Co. | Principal Real Estate Investors LLC | Current |
| Pure Fishing Inc. | Pure Fishing (Guangzhou) Trading Co., Ltd. (China) | Current |
| | Pure Fishing (Hong Kong) Co. Limited (Hong Kong) | Current |

| | |
|---|---|
| Pure Fishing (NZ) Limited (New Zealand) | Current |
| Pure Fishing (UK) Ltd. (UK) | Current |
| Pure Fishing Deutschland GmbH (Germany) | Current |
| Pure Fishing Europe S.A.S. (France) | Current |
| Pure Fishing Europe S.A.S. (Italy Branch) | Current |
| Pure Fishing Finland Oy (Finland) | Current |
| Pure Fishing Japan Co., Ltd. (Japan) | Current |
| Pure Fishing Korea Co., Ltd. (Korea) | Current |
| Pure Fishing Malaysia Sdn. Bhd. (Malaysia) | Current |
| Pure Fishing Netherlands B.V. (Netherlands) | Current |
| Pure Fishing Norway AS (Norway) | Current |
| Pure Fishing Poland sp. z o.o. (Poland) | Current |
| Pure Fishing Spirit B.V. (Netherlands) | Current |
| Pure Fishing Spirit HK Limited (Hong Kong) | Current |
| Pure Fishing Spirit UK Ltd. (UK) | Current |
| Pure Fishing, Inc. (US) | Current |
| SP Pure Fishing UK Buyer Ltd. (UK) | Current |
| SP Pure Fishing UK Ltd (UK) | Current |
| Stefan Kaluzny | Current |
| Sycamore Partners A LP | Current |
| Sycamore Partners Associates Co-Invest LP | Current |
| Sycamore Partners Associates Investments LP | Current |
| Sycamore Partners Associates LP | Current |
| Sycamore Partners Associates-C LP | Current |
| Sycamore Partners Co-Invest LLC | Current |
| Sycamore Partners II LP | Current |
| Sycamore Partners III LP | Current |

| | Sycamore Partners LP | Current |
|---|---|---|
| | Sycamore Partners Management LP | Current |
| | Sycamore Partners Torrid LLC | Current |
| Rakuten Marketing LLC | Rakuten Group, Inc. | Closed |
| | Rakuten Mobile Inc. | Closed |
| | Rakuten Mobile USA LLC | Closed |
| | Rakuten Symphony Inc. | Closed |
| | Rakuten Symphony Singapore Pte. Ltd. | Closed |
| Realty Income Corp.<br>Spirit Spe Loan Portfolio 2013-3 LLC | Realty Income Corporation | Current |
| Roth Bros Inc. | Sodexo S.A. | Current |
| SAP America<br>SAP Industries Inc. | SAP National Security Services Inc. | Former |
| Sedgwick Claims Management Services Inc. | Carlyle Asia Investment Advisors Limited | Current |
| | Carlyle Aviation Partners Ltd. | Current |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Sedgwick Claims Management Services, Inc. | Current |
| | The Carlyle Group | Current |
| Seko Worldwide LLC | Ridgemont Equity Partners | Current |
| SG Equipment Finance USA Corp. | Societe Generale Americas | Closed |
| ShopCore Properties LP | BCP VII SBS Holdings LLC | Current |
| | Blackstone Advisors India Pvt. Ltd. | Current |
| | Blackstone Alliance LLC | Former |
| | Blackstone Alternative Credit Advisors LP | Current |
| | Blackstone Asia | Current |
| | Blackstone Capital Partners VII LP | Current |
| | Blackstone Capital Partners VII NQ LP | Current |
| | Blackstone Credit & Insurance | Current |
| | Blackstone Energy Family Investment Partnership II ESC NQ LP | Current |
| | Blackstone Energy Family Investment Partnership II SMD LP | Current |

| | |
|---|---|
| Blackstone Energy Partners II F NQ LP | Current |
| Blackstone Energy Partners II LP | Current |
| Blackstone Energy Partners II NQ LP | Current |
| Blackstone Europe LLP | Current |
| Blackstone Family Investment Partnership VII ESC NQ LP | Current |
| Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Closed |
| Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Closed |
| Blackstone Group Inc., The | Closed |
| Blackstone Growth LP | Closed |
| Blackstone Inc. | Current |
| Blackstone Infrastructure Partners | Current |
| Blackstone Life Sciences Advisors LLC | Closed |
| Blackstone Management Partners LLC | Former |
| Blackstone Mortgage Trust Inc. | Current |
| Blackstone Private Equity | Current |
| Blackstone Property Partners Europe Holdings SARL | Closed |
| Blackstone Property Partners LP | Closed |
| Blackstone Real Estate Advisors LP | Closed |
| Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Closed |
| Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Closed |
| Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Closed |
| Blackstone Real Estate Income Trust Inc. | Closed |
| Blackstone Real Estate Investment Trust | Former |
| Blackstone Real Estate Partners | Current |
| Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Closed |

| | | |
|---|---|---|
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Closed |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Closed |
| | Blackstone Real Estate Partners Europe VII | Closed |
| | Blackstone Securities Partners LP | Current |
| | Blackstone Singapore Pte. Ltd. | Former |
| | Blackstone Strategic Capital Holdings LP | Closed |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | Blackstone Tactical Opportunities Fund LP | Closed |
| | BRE Atlas Property Owner LLC | Closed |
| | BX CQP Target Holdco LLC | Current |
| | David I. Foley | Current |
| | Khan, Bilal | Former |
| | Prakash A. Melwani | Current |
| | Strategic Partners Fund Solutions | Current |
| | Tricon American Homes LLC | Current |
| | Vikram Suresh | Former |
| Shrewsbury Village LP | Alexander C. Berghorst | Former |
| | BB&T Insurance Holdings, Inc. | Current |
| | Truist Bank | Current |
| | Truist Financial Corporation | Closed |
| Spinrite Corp. | Comvest Advisors LLC | Current |
| Spinrite Inc. | Comvest Group Holdings LP | Current |
| Splunk Inc. | Cisco Systems, Inc. | Current |
| Springs Window Fashions | Springs Window Fashions (Shenzhen) Co. Ltd. | Current |
| | Springs Window Fashions de Mexico S. de RL de CV | Current |
| | Springs Window Fashions de Tijuana S. de RL de CV | Current |
| | Springs Window Fashions de Victoria S. de RL de CV | Current |

| | | |
|---|---|---|
| | Springs Window Fashions LLC | Current |
| | Springs Window Fashions Manufacturing Co. USA Inc. | Current |
| | Sunset Acquisition, LLC | Current |
| Sun Life Assurance Co. of Canada | Bentall GreenOak Strategic Capital Partners LLC | Closed |
| | Sun Life Financial Inc. | Current |
| Susan G. Komen Breast Cancer Foundation | Susan G. Komen | Current |
| Tata Consultancy Services Ltd. | Tata Consultancy Services Ltd. | Current |
| TD Bank NA | TD Bank USA, NA | Current |
| | TD Securities Inc. | Current |
| Tik Tok Inc. | Dr. Hongxia Yang | Closed |
| Travelers Property Casualty Co. of America | The Travelers Companies, Inc. | Closed |
| Twin Peaks Holdings LLC | Twin Peaks Buyer LLC | Closed |
| | Twin Peaks Holdings LLC | Current |
| | Twin Peaks Management Holdings, LLC | Closed |
| | Twin Peaks Ultimate Holdings, LLC | Closed |
| Uline | Brian Uihlein | Closed |
| | Richard E. Uihlein | Current |
| | Stephen Ellis Uihlein | Current |
| United Airlines Inc. | Christina Koenig | Current |
| | United Airlines Holdings Inc. | Current |
| | United Airlines, Inc. | Current |
| United States, Government of the, Bureau of Customs & Border Protection<br><br>United States, Government of the, Department of Homeland Security, Bureau of Customs & Border Protection | United States Department of Homeland Security | Current |
| Universal Protection Service LP | Allied Universal | Current |
| UT-JAS-Sales 0400 | Utah Solicitor General | Closed |
| Wells Fargo Bank NA<br>Wells Fargo Banks | Jon Kossow | Current |
| | Norwest Equity Partners | Current |
| | Norwest Equity Partners XI-A LP | Current |
| | Norwest Mezzanine Partners III LP | Current |

| | | |
|---|---|---|
| | Norwest Mezzanine Partners IV - Debt LP | Current |
| | Norwest Mezzanine Partners IV - Equity LP | Current |
| | Norwest Mezzanine Partners V LP | Current |
| | Norwest Mezzanine Partners V-A LP | Current |
| | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Current |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |