**<u>Exhibit B</u>**

**Reilley Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF PATRICK J. REILLEY IN SUPPORT OF**
**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF COLE SCHOTZ P.C. AS DELAWARE**
**CO-COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, Patrick J. Reilley, hereby declare under penalty of perjury, as follows:

1.      I am a Member of the law firm of Cole Schotz P.C. ("Cole Schotz" or the "Firm"), which maintains offices for the practice of law at 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801.  The Firm also maintains offices in Boca Raton, Florida; Baltimore, Maryland; Hackensack, New Jersey; New York, New York; and Dallas, Texas.

2.      This declaration (the "Declaration") is submitted in accordance with sections 327(a), 329 and 1107 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date* (the "Application").[2]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]   Capitalized terms used and not otherwise defined herein have the meanings ascribed to such terms in the Application.

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent that any information disclosed herein requires supplementation, amendment or modification upon Cole Schotz's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be filed with the Court.

## COLE SCHOTZ'S QUALIFICATIONS

4.      Since its retention, Cole Schotz has familiarized itself with the Debtors and potential legal issues that may arise in the context of these Chapter 11 Cases.  As a result, Cole Schotz has the necessary background and knowledge to represent the Debtors in these Chapter 11 Cases in an effective and efficient manner.

## SCOPE OF COLE SCHOTZ'S PROPOSED SERVICES

5.      It is proposed that Cole Schotz be employed by the Debtors to render the following services:

(a)      provide legal advice with respect to the Debtors' powers and duties as debtors-in-possession;

(b)      provide legal advice with respect to the Local Rules and local practices and procedures;

(c)      take all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors' estates;

(d)      prepare and/or review and comment, on behalf of the Debtors, as debtors in possession, on all necessary motions, applications, answers, orders, reports and other papers in connection with the administration of the Debtors' estates;

(e)      advise the Debtors concerning and prepare and/or review responses to applications, motions, other pleadings, notices and other papers that may be filed by the Debtors and other parties in these Chapter 11 Cases;

(f)   prepare notices of agenda, certificates of no objections, certifications of counsel, and notices of motions, applications and hearings;

(g)   attend meetings and negotiate with representatives of creditors and other parties in interest, appear at Court hearings and advise the Debtors on the conduct of these Chapter 11 Cases;

(h)   take all necessary actions in connection with any chapter 11 plan of reorganization and related disclosure statement, as each may be amended from time to time, and all related documents and such further actions as may be required in connection with the administration of the Debtors' estates and the implementation of any such documents;

(i)   monitor the docket for filing deadlines and hearing dates, maintain a critical dates calendar and coordinate with co-counsel on pending matters;

(j)   serve as conflicts counsel on certain matters where needed and as the same may arise during the course of these Chapter 11 Cases; and

(k)   perform all other necessary legal services in connection with the prosecution of these Chapter 11 Cases.

## **PROFESSIONAL COMPENSATION**

6.      Cole Schotz intends to apply to the Court for allowance of compensation earned for professional services rendered and reimbursement of actual and necessary expenses incurred in connection with these Chapter 11 Cases in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of the Court.[3]   The Cole Schotz attorneys and paralegals primarily responsible for representing the Debtors and their current standard hourly rates are:

| **Name** | **Title** | **Hourly Rate** |
| --- | --- | --- |
| Patrick J. Reilley | Member | $900 per hour |
| Stacy L. Newman | Member | $800 per hour |
| Jack M. Dougherty | Associate | $575 per hour |
| Michael E. Fitzpatrick | Associate | $575 per hour |
| Elazar A. Kosman | Associate | $430 per hour |
| Pauline V. Ratkowiak | Paralegal | $405 per hour |

---

[3]   Cole Schotz generally increases its rates on or about September 1 of each year.

3

7.      In addition, other attorneys, paralegals and other professionals may be involved as necessary and appropriate to represent the Debtors.  The current rates of Cole Schotz members, special counsel, associates, paralegals and litigation support specialists are as follows:

| | |
|---|---|
| Members | $595 to $1,575 per hour |
| Special Counsel | $625 to $840 per hour |
| Associates | $380 to $675 per hour |
| Paralegals | $315 to $460 per hour |
| Litigation Support Specialists | $425 to $535 per hour |

8.      The hourly rates set forth above are the Firm's standard hourly rates.  These rates are set at a level designed to compensate fairly the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Cole Schotz has informed the Debtors that its hourly rates are subject to periodic adjustments to reflect economic and other conditions and to reflect the professionals' increased expertise and experience in their area of law.

9.      In addition, it is Cole Schotz's policy to charge its clients in all areas of practice for all other expenses incurred related to the representation.  The expenses charged to clients include, among other things, facsimile (outgoing only), toll and other charges, external teleconferencing, mail and express mail charges, special or hand delivery charges, photocopying, scanning and printing charges, travel expenses, expenses for "working meals," computerized research, transcription costs and non-ordinary overhead expenses such as secretarial and other overtime. Cole Schotz will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients.

## COLE SCHOTZ'S DISINTERESTEDNESS

10.      In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Cole Schotz conducted a search of its conflicts database with respect to the Debtors and a list of potential parties in interest in these Chapter 11 Cases compiled by the Debtors and their proposed professionals (collectively, the "Potential Parties in Interest").  The Potential Parties in Interest and

the results of Cole Schotz's conflicts search are set forth on <u>Schedule 1</u> and <u>Schedule 2</u>[4] attached hereto, respectively.

11.     To the extent Cole Schotz's search of its internal conflicts database indicated that Cole Schotz has, or previously had, a relationship with any of the Potential Parties in Interest during the three (3) calendar year period preceding the Petition Date, the identities of such parties and Cole Schotz's relationships with such parties are set forth in <u>Schedule 2</u> annexed hereto. Further, each of the representations identified on <u>Schedule 2</u> is wholly unrelated to the Debtors and these Chapter 11 Cases.

12.     Through its analysis, Cole Schotz determined that it has no connections with the Debtors, creditors of the Debtors, their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee during the three-calendar year period preceding the Petition Date, except as set forth herein and on <u>Schedule 2</u> attached hereto.

13.     Further, as part of its diverse practice, Cole Schotz appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers, some of whom are or represent potential parties in interest in these Chapter 11 Cases.  Cole Schotz does not, and will not, represent any such professional in these Chapter 11 Cases.

14.     Based on the results of Cole Schotz's analysis, and except as otherwise disclosed herein, Cole Schotz (i) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases and (ii) does not represent or hold an interest adverse to the interest of the Debtors or their estates.

---

[4]   <u>Schedule 2</u> lists entities that Cole Schotz either currently represents or formerly represented on matters unrelated to these Chapter 11 Cases in the last three (3) calendar years.

15.     To the best of my knowledge, information and belief, after reasonable inquiry, Cole Schotz is disinterested within the meaning of section 101(14) of the Bankruptcy Code in that neither I, Cole Schotz nor any of its members, special counsel or associates: (a) are creditors, equity security holders or insiders of the Debtors; (b) are, or within two years before the Petition Date were, a director, officer or employee of the Debtors; or (c) have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason.

16.     Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties in interest in these cases, in light of the significant number of creditors and other parties in interest in these Chapter 11 Cases, neither I nor Cole Schotz is able to conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Cole Schotz has been disclosed.  To the extent Cole Schotz discovers any facts or additional information during the period of Cole Schotz's retention that requires disclosure, Cole Schotz will file with the Court a supplement to this Declaration to disclose such information.

**COMPENSATION RECEIVED BY COLE SCHOTZ FROM THE DEBTORS**

17.     Cole Schotz was retained by the Debtors to provide restructuring advice and ultimately in connection with the preparation and filing of the Chapter 11 Cases.  Prior to the Petition Date, Cole Schotz received several retainers and payments totaling $200,000.  To date, $110,559.00 in fees and expenses has been applied to outstanding balances existing as of the Petition Date.  The remaining $89,441.00 constitutes a retainer (the "Retainer") for Cole Schotz's post-petition services.  The Debtors do not currently owe Cole Schotz any amounts for legal services rendered prior to the Petition Date.

18.     A retainer is appropriate here.  As this Court noted in *In re Insilco Techs., Inc.*, 291 B.R. 628, 634 (Bankr. D. Del. 2003), courts apply a "reasonableness" standard to determine whether the terms and conditions of a retention application, including retainers, are appropriate. Key factors include:

> (a) whether terms of an engagement agreement reflect normal business terms in marketplace;
>
> (b) relationship between debtor and professional, i.e., whether parties are sophisticated business entities with equal bargaining power who engaged in arms-length negotiation;
>
> (c) whether the retention, as proposed, is in best interests of the estate;
>
> (d) whether there is creditor opposition to retention and retainer provisions; and
>
> (e) whether, given the size, circumstances and posture of the case, the amount of the retainer is itself reasonable, including whether retainer provides appropriate level of "risk minimization," especially in light of existence of any other risk-minimizing devices such as administration order and/or carve-out.

19.     The Debtors submit that the proposed Retainer is "reasonable" under the factors articulated in *Insilco*.  First, retainer agreements reflect normal business terms in the marketplace. *See id.* (noting that "it is not disputed that the taking of evergreen retainers is a practice now common in the marketplace . . . [and] the practice in this district has been engaged in since at least the early 1990s").  Second, Cole Schotz and the Debtors are sophisticated business entities that have negotiated the Retainer at arm's length.  Third, approval of the proposed Retainer is in the best interests of the estates, as it enables the Debtors to maintain the relationship with the Firm they established pre-petition.  Fourth, the Debtors are not aware of any creditor opposition to the retention or proposed Retainer.  Fifth, the Retainer protects Cole Schotz against the risk of non-payment and is reasonable given the size and circumstances of these Chapter 11 Cases.  Therefore, approval of the proposed Retainer is warranted under the standards articulated in *Insilco*.

20.    Pursuant to Bankruptcy Rule 2016(b), Cole Schotz has neither shared nor agreed to share (a) any compensation it has received or may receive in connection with these Chapter 11 Cases with another party or person, other than with the employees of Cole Schotz or (b) any compensation another person or party has received or may receive in connection with these Chapter 11 Cases.

## ATTORNEY STATEMENT PURSUANT TO REVISED UST GUIDELINES

21.    Cole Schotz shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of the Court.  Cole Schotz also intends to make a reasonable effort (taking into account the particular facts and circumstances of these Chapter 11 Cases) to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and with the interim and final fee applications to be filed by Cole Schotz in these Chapter 11 Cases.  While Cole Schotz is agreeing to do so in these Chapter 11 Cases, this statement regarding the Revised UST Guidelines is made for these cases only and with a full and express reservation of rights with respect to any other cases and matters.

22.    The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

| **Question** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
|---|---|
| Response | No.  Cole Schotz professionals working on this matter will bill at Cole Schotz's standard hourly rates. |

| | |
|---|---|
| **Question** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response | No. |
| **Question** | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response | As set forth above, Cole Schotz will bill at its standard hourly rates, with all fees and expenses being subject to approval of the Court, subsequent to the commencement of these Chapter 11 Cases. |
| **Question** | Has your client approved your prospective budget and staffing plan, and, if so for what budget period? |
| Response | The Debtors and their professionals are currently in the process of formulating a detailed budget that is consistent with the form of budget attached as Exhibit C-1 to the Revised UST Guidelines, recognizing that in the course of a case like these Chapter 11 Cases, it is highly likely that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and their professionals. |

23.     Cole Schotz, as proposed counsel to the Debtors, will report directly to the Debtors.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 13, 2025
Wilmington, Delaware                                 Respectfully Submitted,

                                                     */s/ Patrick J. Reilley*
                                                     Patrick J. Reilley
                                                     Cole Schotz P.C.

## Schedule 1

**Potential Parties in Interest**

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Known Affiliates / Joint Venture Entities |
| 1(c) | Current and Former Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff and U.S. Trustee Office Personnel |
| 1(f) | Bankruptcy Professionals Representing Other Parties |
| 1(g) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(h) | Debtor Professionals |
| 1(i) | Governmental-Regulatory Authorities |
| 1(j) | Insurance Providers |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | M&A Parties |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Significant Customers |
| 1(p) | Surety & Letters of Credit |
| 1(q) | Top 30 Unsecured Creditors |
| 1(r) | Unions |
| 1(s) | Vendors |

# SCHEDULE 1(a)

### **Debtors**

Creative Tech Solutions LLC
Creativebug LLC
Dittopatterns LLC
Jas Aviation LLC
Joann Ditto Holdings Inc.
Joann Holdings 1 LLC
Joann Holdings 2 LLC
JOANN Inc.
Jo-Ann Stores LLC
Jo-Ann Stores Support Center Inc.
Joann.com LLC
Needle Holdings LLC
Weaveup Inc.

# SCHEDULE 1(b)

### <u>Known Affiliates / Joint Venture Entities</u>

Cupixel Inc.
Glowforge Inc.
Jo-Ann Trading (Shanghai) Co. Ltd.
Mylinego Inc.

# SCHEDULE 1(c)

## Current and Former Directors and Officers

Aber, Ann
Arnoult, Mike, Jr.
Burkholder, Richard
Campbell, Mary
Chang, Lily
Coleman, Brian
Corrie, Pamela
Davis, Ryan
Ditullio, Christopher
Douglas, Ken
Dwyer, Jeff
Edwards, Jeff
Frizzley, Jill
Grevely, Gwendolyn
Hartsig, Joe
Hawkins, Roger
Hays, Marybeth
Holody, Heather
Horn, Darrell
Israel, Michelle
Jager, Maarten
Kaminski, Robin
Kennedy, Michael
Kim, James
Mehlman, Anne
Meyer, Peter
Miller, Eileen
Moralez, Marcy
Prendergast, Michael
Rosenzweig, Stan
Saporito, Dana
Sekella, Scott
Sheldon, Dennis
Shuster, Ryan
Sokoloff, Jonathan
Stalcup, John
Thibault, Joseph
Vollmer, Richard
Wall, Bill
Webb, Darrell
Whitehead, Woodson
Will, Robert

Wittman-Smith, Lisa
Zelwin, Jeremy

# SCHEDULE 1(d)

### 5% or More Equity Holders

FMR LLC
LCM Asset Management LLC
Nuveen Asset Management LLC
Octagon Credit Investors LLC
Project Swift LLC
Spinrite Inc.
Symphony Asset Management LLC

# SCHEDULE 1(e)

## **Bankruptcy Judges and Staff and U.S. Trustee Office Personnel**

Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M., Hon.
Cudia, Joseph
Dice, Holly
Dorsey, John T., Hon.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Girello, Michael
Goldblatt, Craig T., Hon.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M., Hon.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Boyle, Una
O'Malley, James R.
Owens, Karen B., Hon.
Ranieri, Joan
Richenderfer, Linda
Schepacarter, Richard

Serrano, Edith A.
Shannon, Brendan L., Hon
Sierra-Fox, Rosa
Silverstein, Laurie Selber, Hon.
Stickles, J. Kate, Hon.
Subda, Paula
Thomas, Elizabeth
Vara, Andrew R.
Walker, Jill
Walrath, Mary F., Hon.
Washington, Nikki
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(f)

## **Bankruptcy Professionals Representing Other Parties**

Alixpartners LLP
Choate Hall & Stewart LLP
Gibson, Dunn & Crutcher LLP
Katten Muchin Rosenman LLP
Morgan Lewis & Bockius LLP

# SCHEDULE 1(g)

## Banks/Lender/UCC Lien Parties/Administrative Agents

1903 Partners LLC
1903P Loan Agent LLC
3551300 Canada Inc.
Apex Credit Partners LLC
Bank of America NA
BC Partners Advisors LP
BMO Bank NA
BNP Paribas SA
Centerbridge Credit CS LP
De Lage Landen Financial Services Inc.
DoubleLine Capital LP
Eurographics Inc.
FMR LLC
Generate Advisors LLC
Heartland Bank
Hewlett-Packard Financial Services Co.
HPS Investment Partners LLC
Huntington National Bank, The
IG Design Group Americas Inc.
Investcorp Credit Management US LLC
Jefferies Capital Services LLC
Johkim Capital Partners Management LLC
JPMorgan Chase Bank
Key Bank
LCM Asset Management LLC
McCall Pattern Co. Inc., The
Nuveen Asset Management LLC
Octagon Credit Investors LLC
Orchard Yarn & Thread Co. Inc.
People's Capital & Leasing Corp.
Philosophy Capital Management LLC
PNC Bank NA
Project Swift LLC
Regions Bank
Robinson, Diane
Seix Investment Advisors LLC
Shenkman Capital Management Inc.
Simplicity Pattern Co. Inc.
Spinrite Inc.
Symphony Asset Management LLC
TD Bank NA
TIAA Cref Investment Services

Trends International LLC
Trimaran Advisors LLC
U.S. Bank NA
Universe Group Inc.
Washington Savings Fund Society FSB
Wells Fargo Bank NA
West Broadway Distribution Services LLC
Wilmington Savings Fund Society FSB
Zais Leveraged Loan Master Manager LLC

# SCHEDULE 1(h)

## __Debtor Professionals__

Centerview Partners LLC
Cole Schotz PC
Deloitte & Touche LLP
Houlihan Lokey Inc.
Kirkland & Ellis LLP
Kroll Restructuring Administration LLC
Latham & Watkins LLP
Young Conaway Stargatt & Taylor LLP

# SCHEDULE 1(i)

## Governmental-Regulatory Authorities

CA-JAC-Sales Tax 01008
Ca-Jas-Sales Tax 01008
Ca-Jas-Sales Tax 06008
Ca-Jas-Sales Tax 07008
CO-JAS-Sales 042
CT-JAS-Sales Tax 04100
FL-JAC-Sales Tax
FL-JAS-Sales Tax 00001
GA-JAS-Sales 041
IA-JAS-Sales Tax 00300
ID-JAS-Sales Tax 04008
IL-JAS-Sales Tax 0411
IL-JAS-Sales Tax 0412
IN-JAS-Sales Tax RST
KS-JAS-Sales 04201
KY-JAS-Sales Tax 041
MA-JAS-Sales Tax 0137D
MD-JAS-Sales Tax 04100
MI-JAS-PPD Sales 04200
MN-JAS-Sales Tax 002
Mo-Jas-Sales Tax 04199
NC-JAS-Sales 04120
NE-JAS-Sales 04100
NJ-JAS-Sales Tax 04110
NM-JAS-Sales Tax 046
NV-JAS-SUT
NY-COM-Sales Tax Promptax
NY-JAS-Sales Tax
OH-JAS-Sales Tax 04200
OH-JAS-Use Tax 04500
OK-JAS-Sales 04200
PA-JAS-Sales Tax St301
Pension Benefit Guaranty Corp.
SC-JAS-Sales Tax 14701
TN-JAS-Sales 02001
Tulare, County of (CA)
TX-JAC-Sales Tax
TX-JAS-Sales 26020
UT-JAS-Sales 0400
VA-JAS-Sales Tax 00041
WA-JAS-Sales Tax 04101
WI-JAS-Sales Tax 04100

# SCHEDULE 1(j)

## **Insurance Providers**

AIG Specialty Insurance Co.
Allianz Global Risk US Insurance Co.
Allied World Assurance Co. Holdings Ltd.
American Guarantee & Liability Insurance Co.
AXA XL
Axis Insurance Co.
Berkley Insurance Co.
Chubb Ltd.
Continental Casualty Co.
Continental Insurance Co., The
Endurance Assurance Corp.
Everest Indemnity Insurance Co.
Firemans Fund Insurance Co.
HCC Specialty Insurance Co.
Liberty Insurance Corp.
Liberty Mutual Fire Insurance Co.
National Union Fire Insurance Co.
Navigators Insurance Co.
Sompo International Holdings Ltd.
Swiss Re AG
Travelers Property Casualty Co. of America
Westfield Specialty Insurance Co.
Zurich American Insurance Co.

# SCHEDULE 1(k)

## Landlords

1645 N. Spring Street LLC
1800 Crawford Rd LLC
1943 Holdings LLC
200 Lincoln Retail LLC
24 HR Vegas LLC
259 Indiana Holding LLC
380 Towne Crossing LP
380 Younger LLC
4101 Transit Realty LLC
4107 Telegraph LLC
4405 Milestrip HD Lessee LLC
4908 Associates LLC
5-Mile Investment Co.
700 Alama Investments LLC
730 Center Street Realty LLC
95 Orrpt LLC
A.I. Longview LLC
Abilene Clack Street LLC
Abrams & Mockingbird #1 Ltd.
Acacia-Tucson LLC
Acadia Merrillville Realty LP
ACS Reynolds Plaza OH LLC
AFP Rockridge 2019 LLC
Akron Center Associates LLC
Alameda Crossing Station LLC
Alamo Center LLC
Albrecht Inc.
Almaden Properties LLC
Alto Conyers Plaza LP
Alto Prince William Square LP
Alturas White Mountain LLC
Amsource Spanish Fork LLC
Angola Square LLC
Antonio B. Pomerleau LLC
APSC LLC
Arbor Square LLC
Arc Clorlfl001 LLC
Arc Nllklfl001 LLC
Arc Smwmbfl001 LLC
Arcadia Fiesta LP
Ard Macarthur LLC
ARG Jafptil001 LLC

ARG Mhmornc001 LLC
ARG Otoweky001 LLC
AR-G&Erie LLC
Argo Idaho Falls LLC
Argo Tieton LLC
Aria Investments LLC
Arizona Partners Retail Investment Group
    LLC
Arsenal Plaza Associates LLC
Ashley Real Estate LLC
ASL Investments LLC
ATC Glimcher LLC
Athens Center LLC
Avest LP
Aviana Co. Ltd.
AVR CPC Associates LLC
Azco Partners
B33 Bandera Pointe III LLC
B33 Great Northern II LLC
B33 Milford Crossing LLC
BA Two REIT LLC
Baker/Temple Greensboro LLC
Barren River Plaza Project LLC
Bayshore Village (US) Inc.
B&B South Plaza Holdings LLC
BBTFC LLC
BCS Hopper LLC
Beach Improvements Owner LLC
Beall Grapevine Center LLC
Bear Creek Station LLC
Bear Pointe Ventures LLC
Beavercreek Towne Station LLC
Belden Park Delaware LLC
Bemidji Holdings LLC
Benderson Realty Development Inc.
Berkeley Mall LLC
Big B1 Inc.
Big Y Foods Inc.
Birch Run Station LLC
Blair Holdings LLC
BLI Sunset Square LLC
Bloomingdale Court LLC

Bloomingdale Owner LLC
Blue Lakes Plaza LLC
Blue Ridge Mall LLC
Bluejay Capital LLC
BMA Joliet Commons LLC
Boulevard Centre LLC
Bradford Plaza Capital Venture LLC
Brandywine Crossing SC LLC
BRE DDR Fairfax Town Center LLC
Brentwood Village LLC
BRF II Baker Square LLC
Brighton Mall Associates LP
Brixmor Capitol SC LLC
Brixmor Exchange Property Owner IV LLC
Brixmor GA Hilltop Plaza LLC
Brixmor GA Seacoast Shopping Center LLC
Brixmor GA Southland Shoppingcenter
    LLC
Brixmor GA Westminster LLC
Brixmor Holdings 10 SPE LLC
Brixmor Residual Dickson City Crossings
    LLC
Brixmor Spe 3 LLC
Brixmor Spe 4 LP
Brixmor Spe 5 LLC
Brixmor Venice Village Shoppes LLC
Brixmor/Ia Cayuga Plaza LLC
Brixmor-Lakes Crossing LLC
Brixton AM Fork TIC LLC
Brixton HHU Fork TIC LLC
Brixton MP Fork
Broadmoor Plaza Indiana LLC
Brookfield (E&A) LLC
Butte-iful LLC
Buttrey Realty Co.
BV Waco Central Texas Marketplace LLC
BV Wolf Creek LLC
BVA Deerbrook SPE LLC
BVA SPM SPE LLC
BVCV Union Plaza LLC
BZA Indian Springs LLC
Cabrel Co.
Cafaro Northwest Partnership
Cahill Road Partners LLC
C-A-L Stores Cos. Inc.
Capital Mall JC 1 LLC

Capital Plaza Partners Ltd.
CapRealty 14-Village LC
Car Apple Valley Square LLC
Carrington Co., The
Carwood Skypark LLC
Casa De Luna Ventures LP
Casa Del Sol Ventures LLC
Cascade Square LLC
Castleton Investors LLC
CB Paso LLC
CBL Westgate Crossing Propco LLC
CCA-Renaissance Square Shopping Center
    LLC
Cedar Crest Square Associates LP
Cedar PCP-San Souci LLC
Center Associates Realty Corp.
Centerra Retail Shops LLC
Centerton Square Owners LLC
Central Mall Realty Holdings LLC
Central Shopping Centers CC LLC
Central Vermont Shopping Center LLC
Centre at Deane Hill, The
Ceres Newington Associates LLC
CGCMT 2006-C4-5422 Shaffer Rd LLC
Chalfont Realty Partners LP
Charter Warwick LLC
Chase Green Mountain LP
Chautauqua Mall Realty Holding LLC
Cheltenham-Ogontz Realty Partners LP
Chestnut Court Darien IL LLC
Chimney Rock Retail Associates LLC
CHM Development
Christiana Town Center LLC
CI Warner Robbins LLC
Clifton Country Road Associates LLC
Clovis-Herndon Center LLC
Coconut Point Town Center LLC
Cofal Partners LP
Col 1005 @ Columbia LLC
Colonia LP
Columbia (Northpointe) WMS LLC
Columbia Cascade Plaza LLC
Columbia Crossing Outparcel LLC
Columbia Mall Partnership
Comm 2007-C9 Northeast D Street LLC
Commercial Reposition Partners 17 LLC

Concord Retail Partners LP
Conejo Valley Plaza 2 LLC
Cookeville TN Investment Partners
COR Route 5 Co. LLC
Core Aurora CS LLC
Cornerstone South County LLC
Corr Commercial Real Estate Inc.
Countryside Center Corona
CPC Madison LLC
CPIF Nugget Mall LLC
CPT Arlington Highlands 1 LP
CPT Riverside Plaza LLC
Crafty AL LLC
CRI Easton Square LLC
Crimson 1031 Portfolio LLC
Cross Creek Plaza Drive LLC
Cross Station LLC
Crossroads Associates LLC
Crossroads of Roseville 2023 LLC
Crosswinds Commons LLC
CSM Corp.
CTL Property Management LLC
CTO23 Rockwall LLC
CTO24 Carolina LLC
CTS Fiduciary LLC
Cullinan Pensacola LLC
Curlew Crossing SC LLC
D&C Wong I LLC
D&H Hawley LLC
Daane's Development Co.
Dadeland Greenery LP
Dahle, Allan L.
Dahle, L. Brent
Dana Drive Investors
Dana Rapid City LLC
Danada Square West Shopping Center LLC
Daniel G. Kamin Eastbrook Enterprises
Danville Mall LLC
Dartmouth Marketplace Associates LLC
Dasada Property Management LLC
DCTN3 509 Panama City FL LLC
DDR PTC LLC
DDR Carolina Pavilion LP
DDR DB SA Ventures LP
DDR Southeast Fountains LLC
DDR Southeast Snellville LLC

DDR Winter Garden LLC
De Anza Properties 4 LLC
Dean Carson WMSPT LLP
Decatur Crossing LLC
Del Amo Fashion Center Operating Co. LLC
Delta Oaks Group LLC
Deptford Plaza Associates LLC
Deuter 65 LLC
Division Street Acquisition LLC
DJK-Casa Grande LLC
DKS Investments Inc.
Dominion Square-Culpeper LLC
Dove Capistrano Partners LLC
DSM MB IL LLC
DT Ahwatukee Foothills LLC
DT Ashley Crossing LLC
DT University Centre LP
Dudley Trading Associates Nominee Trust
Dunning Farms LLC
Dw28 Fremont LLC
E&A Northeast LP
East Bay Plaza LLC
East Chase Market Center LLC
EC Foundation Schererville LLC
EC Mesa LLC
Echo/Continental Lincoln Village LLC
Ed Schlitt LC
Edwardsville Mall LP
El Camino Promenade LLC
El Gato Grande LP
Emmes LLC
Emser International LLC
Eqyinvest Owner II Ltd. LLP
Erep Forest Hill I LLC
Esplanade at Butler Plaza LLC
Ethan Christopher Arizona LLC
Evansville Associates LP
EVP Auburn LLC
Exeter 2500 N. Plaza LLC
Facchino/Labarbera-Tennant Station LLC
Fairview Hudson LLC
Fairway-Falls LLC
Faribo West Mall LLC
Fayette Pavilion LLC
FB Festival Center LLC

Federal Realty Investment Trust
Fernwood Capital LLC
Festival at Hamilton LLC
Festival Properties Inc.
First & Main North LLC
Fisher Real Estate Partners (Lakewood) LP
Flagler SC LLC
Fletcher Hills Town & Country LP
Fletcher Square LLC
Florence (Florence Mall) FMH LLC
FOF 1073 LLC
Foothill-Pacific Towne Centre
Fort Gratiot Retail LLC
Fort Smith Marketplace LLC
Fountains SC LLC
Four Flaggs Shopping Center LLC
Four J LLC
Fox River Owner LLC
Fox Run LP
Frederick County Square Improvements LLC
Free Range Ashbridge LLC
Freeway Associates LLC
Freshwater MXL LLC
Frontier Mall Associates LP
Furn USA LLC
Furniture Enterprises of Alaska Inc.
FW CA-Point Loma Plaza LLC
FW CO-Arapahoe Village LLC
G&G Development Co.
G&I IX Primrose Marketplace LLC
G&I Z Centerpoint LLC
G.B. Mall LP
G.E. Pan American Plaza LLC
G.W. Real Estate of Georgia LLC
Gallatin Mall Group LLC
Garden State Pavilions Center LLC
Garrison Forest Associates LP
Gateway Fashion Mall LLC
Gateway Square Shopping Center
Gavora Inc.
GBR Neighborhood Road LLC
GC Ambassador Row LLC
GC Louisiana LLC
Gen3 Investments LLC
GFS Realty Inc.

Gia Khanh LLC
Giacomini Trusts
Gll Selection II Florida LP
GLP Flint LLC
Golden Isles Plaza LLC
Goodmen Big Oaks LLC
Gorge Leasing Co.
Governor's Crossing 124 Hudson Street LLC
Governor's Square Co.
GP Retail I LLC
GP-Milford Realty Trust
Grand Forks LP
Granite Village West LP
Grants Pass Venture LLC
Greenfield LP
GSD Pradsavi Colonial Commons LLC
Gulsons Retail LLC
Gumberg Associates - Springfield Square
Gumberg Associates Cranberry Mall
GVD Commercial Properties Inc.
Hamhic LLC
Hamilton Chase - Santa Maria LLC
Hamilton Village Station LLC
Hampton Plaza LLC
Harrison Street Investors LLC
Hauck Holdings Alexandria LLC
Hawkins-Smith Inc.
Hays Partners II LLC
Hazel Totem LLC
Hermitage Plaza Shopping Center Inc.
HH Golden Gate LLC
Hickman Properties II
Highyon Shopping Center Investment Funds No. 106 LP
Hillcrest Motors LLC
Hilltop Development Inc.
HJH Iowa 1 LLC
HK New Plan ERP Property Holdings LLC
Hollywood Center Inc.
Holobeam Inc.
Home Depot Plaza Associates Ltd.
Horizon Commons LLC
Houston Lakes Retail Center LLC
HPC-KCB Monterey Marketplace LLC
HPE L12 LMY LLC

HPE S12 LMY LLC
Hudson Retail LLC
Hutchinson Mall Realty Group LLC
HV Center LLC
Hyman Family Trust
Hyrosen Properties Inc.
IA Round Rock University Oaks LP
ICA BFC Venture LLC
Igi21 Katy LLC
Indian Hills Plaza LLC
Ing, Ing & Foon LLP
Integris Ventures-TC LLC
IRC 555 W. Roosevelt Road LLC
IRC Eastgate Crossing LLC
Irongate Associates LLC
Isaac Home Depot Findlay Ltd.
Isaac Northtowne East Defiance Ltd.
Isaac Property & Holdings LLC
Isram Riverwalk LLC
J&H Hollywood LLC
J2H 127 Building LLC
Jackson Gojo 2014 LP
Jackson Properties LLC
Japm Plaza LLC
JBL Savannah Centre NM-Timberstone
    LLC
Jefferson Associates LP
JGD of Tampa LLC
JJD-HOV Elk Grove LLC
Joffco Square Shopping Center LLC
Johnson City Plaza LLC
Joule Park West Owner LLC
Jumbo Property Group LLC
KB Riverdale LLC
KCT LLC
Keizer Enterprises LLC
Khalik Investments 2 LLC
KHP LP
Kimco Realty/Rpt West Oaks II LLC
Kimco Riverview LLC
Kimco Westlake LP
King Crossing LLC
Kir Cary LP
Kir Covina LP
KIR Federal Way 035 LLC
Kir Maple Grove LP

Kir Soncy LP
KIR Tampa 003 LLC
Kissimmee West Florida LP
Kite Realty Group LP
Klamath-Jefferson LLC
Knoxville Levcal LLC
Kraus-Anderson Inc.
KRCX Price Reit LLC
KRG Bel Air Square LLC
KRG Cool Springs LLC
KRG Market Street Village LP
KRG Sugar Land Colony LLC
L&L Properties of Sterling LLC
L.H.W.O.P. LLC
La Habra Westridge Partners LP
La Paz Shopping Center LP
Lafayette Plaza Inc.
Lake Charles PC LP
Lake Geneva Retail Leaseco LLC
Lake Park Investors LLC
Lake View Plaza Owner LLC
Lakeview Plaza (Orland) LLC
Lakewood Station LLC
Lakewood Village Shopping Park LLC
Lancaster Development Co. LLC
Lavale Plaza LLC
LBD Properties LLC
LCR Walpole LLC
Lebanon Pad LP
Ledo International Corp. Ltd.
Legacy CB LLC
Legacy Equity Group LLC
Legend Hills Properties LLC
LEJ Properties LLC
Leo Ma Mall LLC
Lima Center LLC
Lincoln Heights Center LLC
Linda Barrett Properties LLC
Lindale Mall Realty Holding LLC
LMC LP
Lnn Enterprises Inc.
Louisiana Revitalization Fund LLC
LRG Santiam Albany LLC
LTC Retail LLC
LVP Center LLC
Lynnwood Tower LLC

Mack13 LLC
Madison Place LLC
Madison Victory Group LLC
Makabe & Makabe LLC
Malone Plaza Realty LLC
Mancini Properties Inc.
Mann Enterprises Inc.
Manor Development Co.
Map Belton LLC
Mariner Plaza Realty Associates LLP
Market Place Shopping Center LLC
Market Point I LLC
Marketplace At Vernon Hills LLC
Marple XYZ Associates LP
Marshfield Centre LLC
Maverick Box V LLC
MC Co. LLC
MCD-RC CA-El Cerrito LLC
McGrath-Rhd Partners LP
McKay Commercial Properties LLC
MCP - Wellington LLC
McWain LP
MDM Equity-2012 LLC
MDR Dover LP
Medina Grande Shops LLC
Metro Centre
Meyerland Retail Associates LLC
MFBY Ocala LLC
MFN Equities LLC
MG Properties Group
MGP XII Sunrise Village LLC
Midlo Younger LLC
Midtown Commons Shopping Center
Midway Market Square Elyria LLC
Midway Shopping Center LP
Midwest Centers LP
Milan Real Estate Investments LLC
Millbrae Square Co.
Ming Retail Plaza LLC
Minot Town & Country Investors LLP
Mississippi Edgewater Square Investors
    LLC
ML 96000 LLC
MLO Great South Bay LLC
Mobile Festival Acquisition LLC
Mobile Festival Centre

Monroe Crossing Owner LLC
Monroe Retail Group LLC
Mont Reverse Exchange LLC
Montgomery Commons Associates
Montgomery Realty Group Inc.
Mount Vernon Plaza Associates LLC
Moyal Group Inc., The
MP Elko LLC
MP Northglenn Investors LLC
MPG Huntsville Plaza LLC
Mrof I - Nampa LLC
MSCI 2007-IQ14 Crossings Road LLC
Murray-Bart Associates
Muscatine Mall Management II LLC
Myrtle Beach Farms Co. Inc.
N&H Lapeer LP
NADG NNN JFAB (BLO-IL) LP
NADG/TRC Lakepointe LP
Naper West LLC
Naperw LLC
Nattan LLC
New Hartford Shopping Center Trust
New Port Richey Development Co. LLC
New Towne Center Owner LLC
New Towne Mall Realty Holding LLC
Niagara Square LLC
Niemann Holdings LLC
Niki Auburn Mile LP
NNN REIT Inc.
NNN Yulee FL Owner LP
Nonnenmann Family LLC
Norber Trust
North Attleboro Marketplace II LLC
North Geneva Commons LLC
North Main Phase II & III LLC
North Pointe Centre LLP
North Valley Plaza LLC
Northern Rose Hanover LP
Northgate Retail Partners
Northgate Station LP
Northpark Mall/Joplin LLC
Northway Mall Properties Sub LLC
Novus-Crestwood Sams LLC
NVR Investments LLC
NW Plaza Associates 1 LLC
NW Plaza Muncie LLC

Oak Valley Centre LLC
Ohio Valley Mall Co.
Omega Sonora LLC
One Oak Investments LLC
Ontario Gateway JH Retail XIX LLC
Orchards Market Center LLC
Orem Family Center LLC
ORF VII Felch Street LLC
ORF VIII Lakeland Plaza LLC
ORF X Waterside LLC
OSJ of Seekonk LLC
Outer Drive 39 Development Co. LLC
Overlook Village Asheville LLC
OWRF Baybrook LLC
Oxford Valley Road Associates LP
P.M.C. Associates Inc.
Pacific Realty Associates LP
Packard Plaza Partners LLC
Pal Properties
Palani Properties LLC
Palouse Mall LLC
Panos Properties LLC
PAPF Roseburg LLC
Paradise Atlantic Holdings LLC
Park Associates
Park Plaza Inc.
Park Plaza Joint Venture LLC
Park Station LLC
Parkview Plaza Associates I LLC
Parkway VF LLC
Pavilions North Shopping Center 18 LLC
PBA LL LLC
PC II Vertical LLC
Peckham Square LLC
Pedersen, Floyd
Pennmark Coventry Holdings LLC
Penny Racine LLC
Peru GKD Partners LLC
Petereit Investments Inc.
PH 706-750 N Casaloma Dr LLC
Phil Simon Enterprises Inc.
Pine Tree Partners LLC
Pitt Realty LLC
PK I Gresham Town Fair LLC
PK I Silverdale Shopping Center LLC
Platte Purchase Plaza LLC

Plaza 20 Inc.
Plaza 41 LLC
Plaza at Buckland Hills LLC
Plaza at Countryside LLC
Plaza Enterprises
Plaza Farmington IV LLC
Plover WI Holdings LLC
Plymouth Center LP
PM Co., The
PMAT Waterside LLC
PNS Stores Inc.
Polaris Towne Center SC LLC
Pompano MZL LLC
Pontiac Mall LP
Port Angeles Plaza Associates LLC
Portal Plaza LP
Poughkeepsie Plaza Mall LLC
Poway Investment Co.
Preston Forest SC LLC
Prewitt's Highway 54 Enterprises LLC
Pride Center Co. LLC
Prime Properties Investors Fund VIII LP
Progress Square Partners LP
Provo Creekview
PRTC LP
PSC Medford LLC
PTC TX Holdings LLC
Pullman Square Associates
PVSC Co.
Pyramid Mall of Hadley Newco LLC
PZ Southern LP
PZ Southland LP
QBW Investments LLC
QCM Partners LLC
Quakertown Holding Corp.
Queensbury Plaza I LLC
Quincy Cullinan LLC
R/M Vacaville Ltd. LP
RAF Investments Ltd.
Raleigh Enterprises LLC
Rancho Dowlen LLC
Rancho Lebanon LLC
Randall Benderson 1993-1 Trust
Rawson Blum & Leon
Raynham Station LLC
Rayzor Ranch Marketplace Associates LLC

RB Merchants LLC
RB-3 Associates
RCG-Bradley VII LLC
RCG-Pocatello VII LLC
RCG-Rockwell LLC
Real Sub LLC
Realty Income Corp.
Realty Income Properties 31 LLC
Red Queen LLC
Redding Mhp Estates LP
Regency Austin LLC
Regency Campbellsville LLC
Regency Centers LP
Regency Central Indiana LLC
Regency Indiana Enterprises LP
Regency Jasper LLC
Regency Vernal LLC
Renaissance Partners I LLC
Rhino Holdings Arden LLC
Rhino Holdings Nampa LLC
Rhino Holdings Rockford LLC
Rhino Holdings Turlock LLC
Richmond Road Plaza LLC
Richmond Station LLC
Richwal LLC
River Park Plaza LP
River Ridge Mall JV LLC
Riverchase CC LP
Riverdale Crossing LLC
Riverson LLC
Riverside Woodman Partners
Riverwood Ruskin LLC
RK Pembroke Pines LLC
RMAF I LLC - The City Portfolio (Dublin)
RMAF LA LLC
R-Montana Associates LP
Rochester Crossing LLC
Rockstep Meridian LLC
Rockstep Willmar LLC
ROF TA Kohler LLC
ROIC Fullerton Crossroads LLC
Rouse Cos. LLC, The
Roxville Associates
RPI Ridgmar Town Square Ltd.
RPT Newnan LLC
RPT Realty LP

RPT West Oaks II LLC
RSS Wfrbs2011-C3 -De Pmhn LLC
Rural King Realty LLC
RVA West Broad LLC
Sagamore TOV LLC
Saginaw Center LLC
Sahuarita Plaza LLC
Salt City Development Co. LLC
Sammut Brothers
Sand Capital Vl LLC
Santa Susana Grf2 LLC
Santan MP LP
Saroni Real Estate LLC
Schnitzer Properties LLC
Schottenstein Property Group Inc.
SCT Rio Hill LLC
SDD Inc.
SDM Development Co. LLC
Seco/Arroyo Shopping Center LP
Selig Enterprises Inc.
Sequoia Plaza Associates LP
Seven Corners Center LLC
SEYCO21 LLC
SGG Sterling LLC
Shelby Town Center Phase I LLC
Shelbyville Road Plaza LLC
Sherman Commons LP
SHJR LLC
Shoppes at River Crossing LLC
Shoppes LP, The
Shopping Center Associates
Shops at St. Johns LLC
Shrewsbury Village LP
Shri Swamine LLC
Siegen Lane Properties LLC
Sierra Lakes Marketplace LLC
Sierra Vista Mall Realty Holding LLC
Silas Creek Improvements LLC
Silver Lake Center LLC
Silvernail Associates LP
Sky Midland Holdings LLC
Sm Mesa Mall LLC
Smart Cienega SPE LLC
Smb Holdings LLC
Smith Land & Improvement Corp.
Soap Champaign LLC

South End Investors LLC
South Frisco Village SC LP
South Park Plaza Inc.
South Peak Capital LLC
South Town Plaza Realty LLC
Southaven Town Center II LLC
Southgate Square Virginia LLC
Southington/Route 10 Associates LP
Southwest Commons 05 A LLC
SP 35 LP
Spirit BD Reading PA LLC
Spirit Master Funding IV LLC
Spirit Properties Ltd.
Spirit Spe Loan Portfolio 2013-3 LLC
Spirit SPE Loan Portfolio 2013-63 LLC
Spring Creek Improvements LLC
Spring Creek Owner LLC
Springfield Plaza Associates LLC
Square One Partners LLC
SRK Lady Lake 21 SPE LLC
SRL Crossings at Taylor LLC
SSS Willowchase Investment LLC
Stockbridge Courtland Center LLC
Suburban Plaza LLC
Suburban Realty Joint Venture
Suemar Realty Inc.
Sugarland Plaza LP
Summit Towne Centre Inc.
Sunbeam Development Corp.
Sunmark Property LLC
Sunset-River LLC
Sure Fire Group LLC
Suso 4 Forest LP
SUSO 5 Northlake LP
Svap Fairfax LLC
SVAP III Coral Landings LLC
Svap IV Presidential LLC
SVM - 10108887 LLC
SWP Wabash Properties I LLC
T Danville Mall LLC
T Mesquite MKT WVS TX LLC
T Peoria Il LLC
T Southern Tier NY LLC
T Southern Tier PIL NY LLC
TAG DE LLC
Tam Partners LP

Tamarack Village Shopping Center LP
Tamburro Properties II LLC
Tampa Palms Shopping Plaza LLC
Taylor Square Owner LLC
TBF Group Sutters Creek LLC
Tejas Center Ltd.
Terranomics Crossroads Associates
Terrace at Florida Mall LP
TH Honey Shops LLC
THF Greengate Development LP
Tifton Plaza Owner LLC
Tigard Plaza LLC
TJ Center I LLC
TKG Colerain Towne Center LLC
TKG Powder Basin LLC
TKG Rock Bridge Center LLC
TMA-Livcom LLC
Tolson Enterprises Inc.
Tony Sammut Investments
Torrington Plaza LLC
Towers Retail LLC
Town & Country Chicago Association LLC
Town Center I Family Partnership LP
TPP 217 Taylorsville LLC
Transform Bohemia NY LLC
Tri Marsh Realty LLC
Tri-County Plaza 1989 LP
Triple Bar Prince William LLC
Triple Net Clinton LLC
Tri-W Group
Truss Greenwood In LLC
Tucanada Holdings
Twin City Estate Corp.
Twin Peaks Holdings LLC
Two Guys Partners LLC
TXC Capital LLC
Tyler Broadway/Centennial LP
U-Blaine Properties LLC
UFPTFC LLC
Ultimate Retail Realty LLC
University Hills Plaza LLC
University Park Associates LP
University Place Improvements Owner LLC
University SP LLC
US Retail Partners LLC
Vanderwall Family LP

Vault Avenida Roseville Fabrics LLC
Venture Hulen LP
Ventures Karma LLC
VEREIT
Vernco Belknap LLC
Vestal Parkway Plaza LLC
Vestar Best in the West Property LLC
Vestar DRM-Opco LLC
Vickerry Realty Co. Trust
Viking Plaza Realty Group LLC
Village Crossing Partners LLC
Vincennes Center LLC
Volante Investments LLLP
Von Karman Plaza LLC
Vulcan Properties Inc.
Walz Capital LLC
Warnack, Shaughne S.
Warwick Realty LLC
Washington Prime Management Associates
    LLC
Washington, State of, Department of Natural
    Resources
Waterford Lakes Town Center LLC
Waterford Park North Associates LLC
Waterloo Crossroads Property LLC
WD Joann LLC
Wegman's Real Estate
Weingarten Nostat Inc.
Weingarten Nostat LLC
Weirfield Coal Inc.
Wellman Family LP
Westbury Rental
Westford Valley Marketplace Inc.
Westgate Mall Realty Group LLC
Westgate Woodland LLC
Westminster Granite Main LLC
Westover Crossing LLC
WH Plaza LLC
Wheaton Plaza Regional Shopping Center
    LLC
WHLR-Village of Martinsville LLC
Widewaters Roseland Center Co. LLC
Williams Family Trust, The
Williamsburg Developers LLC
Willow Creek Center Outlet II LLC
Wilshire Plaza Investors LLC

Wilshire Plaza LP
Winkal Holdings LLC
Winter Street Partners Waterville LLC
Witte Plaza Ltd.
Wittman Wenatchee LLC
WLPX Hesperia LLC
Woodmont Co., The
Woodmont Criterion Slidell GP LLC
Woodpark SC LLC
WPI-Grand Plaza San Marcos LLC
WRD Hanover LP
WRI/Greenhouse LP
Wright Family Enterprises LLC
WRI-URS Meridian LLC
YBF Merchants LLC
Yoo Jin Lodging Inc.
York Value Center LP
Yosemite Park Shop Center 05A LLC
Yuba Raley's 2003 LLC
Zane Plaza LLC
Zaremba Metropolitan Midlothian LLC
Zeier Tov LLC
Zero West Park Realty Trust
Zolo LLC
ZRP Crosspointe Plaza LLC

# SCHEDULE 1(l)

### **Litigation Parties**

Balabbo, Precila
Blank, Allison
Cheek, Suzanne
Faux, Elizabeth
Happy Products Inc.
JJD-HOV Elk Grove LLC
Montgomery Realty Ltd.
MSCI Crossings Road
Nunez, Gabriel
PCP Group LLC
Rath, Wendy
Sampson, Mario
SD-Sahuarita Properties LLC
Sherman Independent School District (TX)
Williams-Sonoma Inc.

# SCHEDULE 1(m)

## **M&A Parties**

Gordon Brothers Retail Partners LLC
[CONFIDENTIAL]

# SCHEDULE 1(n)

## Ordinary Course Professionals

Adams & Reese LLP
Beveridge & Diamond PC
Bowman & Brooke LLP
Deloitte & Touche LLP
Dickinson Wright PLLC
DLA Piper LLP
Ernst & Young LLP
Farella Braun & Martel LLP
Hahn Loeser & Parks LLP
Harter Secrest & Emery LLP
Husch Blackwell LLP
Jackson Lewis PC
Jones Day
Kastner Westman & Wilkins LLC
Keller Rohrback LLP
Krugliak Wilkins Griffths & Doughtery Co. LPA
Lavin Cedrone Graver Boyd & Disipio
Littler Mendelson PC
Ogletree Deakins Nash Smoak & Stewart PC
Pearne & Gordon LLP
Phillips Murrah PC
Roetzel & Andress LPA
Siegel Jennings Co. LPA
Squire Patton Boggs LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Wolfsdorf Rosenthal LLP
Wright Lindsey & Jennings LLP

# SCHEDULE 1(o)

## Significant Customers

A.T. Imports Ltd.
Advanced Digital Textiles LLC
Affordable Treasures
Akron-Summit County Public Library
Alachua County Library District
Alameda County Library
Alberta Library, The
Alin Party Supply
Allegheny County Library Association
Allen County Public Library
Anne Arundel County Public Library
Anoka County Library
Anythink Libraries
Arrowhead Library System
AT Imports Ltd.
BFS Inc.
Bibliotheque et Archives Nationales
Billings Public Library
Blackhawk Network Holdings Inc.
Blick Art Materials
Bonney Lake No. 5970 Inc.
Boston Public Library
Boulder Tools LLC
Brampton Public Library
Brookdale Senior Living Inc.
Brooklyn Public Library
Calgary Public Library
Carnegie Liberty of Pittsburgh
Carolina Cooperative Library Services
Central Library Consortium
Chemeketa Cooperative Regional
Chester County Library System
Christchurch City Libraries
Christmas Mouse Inc., The
Cincinnati & Hamilton County Public
     Library
Cleveland Clinic
Cleveland Clinic Florida Hospital Inc.
Cleveland Public Library
Collier County Library
Colony Brands Inc.
Columbus Metropolitan Library

Conkright Inc.
Connected Libraries
Crafts Direct
Cuyahoga County Library
DC Public Library
Dealers Discount Crafts & Florals Inc.
Digital Content Associates Ltd.
Discount Drug Mart Inc.
Disney Consumer Products Inc.
District of Columbia Public Library
Dollar Daze Two Inc.
Douglas County Library
East Baton Rouge, Parish of (LA)
Eastern Shore Regional Library
Edmonton Public Library
Family Fare 1897
Fisher Hawaii
Fort Vancouver Regional Library
Fraser Valley Regional Library
Fred W. Albrecht Grocery Co., The
Fulton County Library System
Gabe's
Gale's Westlake Garden Center Inc.
Gale's Willoughby Garden Center
Giant Eagle
Granite Stores of Martha's Vineyard
Great River Regional Library
Greenville County Library System
Guru Kirpa Inc (Pfa)
Guru Kirpa Inc.
Hero Arts
Hip Stitch
Hour Loop Inc.
I Want Monster
ICM Distributing Co. Inc.
Incomm Payments
Indianapolis-Marion County Public Library
J&M Variety Stores Inc.
J.A. Riollano Co. Inc.
JA Riollano Co. Inc.
Jefferson County Library
Jefferson Parish Library

Jeson Enterprises Inc.
Kitsap Regional Library
Konrad Hornschuch AG
Lake County Public Library
Lakeshores Library System
Lancaster General Health
Las Cruces Public Libraries
Las Vegas-Clark County Library
Laurie Dash & Sons Inc.
Let's Make Art Holdings LLC
Lewisville Public Library
Libraries AR Holding
Library Foundation for Sarasota County
Local 881 UFCW
Lorain Public Library System
Manchester City Library
Mask Partners Inc.
Materialised Pty Ltd.
Meijer Inc.
Metronet Consortium
Metropolitan Library Commission
Metropolitan Library System
MI Shopping Deals LLC
Mid York Library System
Montgomery County Public Libraries
Nassau Library System
New Castle County Libraries
New Orleans Public Library
Nordstrom Inc.
Notions Marketing Corp.
Oakland Public Library
Ocean County Library
Ocus USA Inc.
Olentangy River Group LLC
Ottawa Public Library
Paint Nite LLC
Palm Beach County Library System
Panaz Ltd.
Pasco, County of (FL)
Phoenix of Anderson
Pioneer Library System
Plaza Artist Materials Midatlantic
Prince George's Memorial Library
Prince William Public Library
Project Repat Inc.
Public Library of Steubenville

Queens Borough Public Library
Rainbow Resource Center Inc.
Randolph County Public Library
Richland County Public Library
Saint Charles City-County Library
Saint Louis County Library
Santa Clara County Library District (CA)
Sarasota County Public Libraries
Sharjah Book Authority
Skytex México SA de CV
Sno-Isle Libraries
Solomon, Victor
Sonoma County Library
Spartanburg County Public Libraries
Splash - Solano Partner Libraries
Springs Window Fashions
St. James, Parish of (LA), Government
St. Louis Public Library
St. Tammany Parish Library
Standard 5-10-25 Cent Stores LLC
Suburban Library Cooperative
Surrey Libraries
Sutex SAS
Symplico Prints Pvt. Ltd.
Taycor Inc.
Taylor Made Scrub Hats LLC
THT S2 Productions LLC
Timberland Regional Library
Trappist Caskets Inc.
U.S. Airforce Libraries
Utah Education Network
Utah State Library
Valley Forge Fabrics Inc.
Vancouver Island Regional Library
Vancouver Public Library-Digital
Volusia County Library System
Warnke Stores Inc.
Whittier Public Library
Wilson's 5 to 1.00 Stores Inc.
Winnefox Library System
Zulily LLC
Zurcher Merchandise Co. Inc.

# SCHEDULE 1(p)

## Surety & Letters of Credit

Alabama Power Co.
Alabama, State of, Attorney General
Alexandria, City of (LA)
Alexandria, City of (VA)
American Electric Power Co. Inc.
Arch Insurance Co.
Baltimore Gas & Electric Co., The
Bank of America NA
Brooklyn Union Gas Co., The
Carolina Power & Light Corp.
CDE Lightband
Central Georgia EMC Foundation Inc.
City of Riverside Public Utilities (CA)
Cleco Power LLC
Cobb Insurance Agency
Con Edison
Consolidated Edison Co. of New York Inc.
Coweta-Fayette Electric Membership Corp.
Dixie Electric Cooperative Inc.
Dominion Customer Credit Services
Dominion East Ohio Gas Co.
Dominion Energy South Carolina Inc.
Dominion Hope
Duke Energy Carolinas LLC
Duke Energy Florida LLC
Duke Energy Indiana Inc.
Duke Energy Progress LLC
Dyersburg, City of (TN), Dyersburg Electric
    System
Dynegy Energy Services East LLC
Dynegy Energy Services LLC
East Caln, Township of (PA)
Electric Power Board of Chattanooga
Empire District Electric Co., The
Entergy Arkansas Inc.
Entergy Corp.
Entergy Mississippi Inc.
Exeter Route 40 Land LLC
Florence, City of (AL), Utilities
Florence, City of (SC), Utilities
Florida Power & Light Co.
Fpl, Attention: Deposit Administration

Georgia Power Co.
Greystone Power Corp.
Gulf Power Co.
Huntsville, City of (AL)
Imperial Irrigation District
Jackson Electric Membership Corp.
Johnson City Power Board
Kenergy Corp.
Kentucky Utilities Co.
Keyspan Gas East Corp.
Knoxville Utilities Board, The
Lafayette Utilities System LLC
Lake Apopka Natural Gas District Inc.
Liberty Mutual Insurance Co.
Long Island Lighting Co. Inc.
Long Island Lighting Company D/B/A Lipa
Long Island Port Authority
Louisville Gas & Electric Co.
Lumbermens Mutual Casualty Co.
Marshfield Utilities
Middle Tennessee Electric Membership
    Corp.
Mohave Electric Cooperative Inc.
Morganton, City of (NC)
Murfreesboro Electric Department
Nevada, State of, Department of Taxation
Niagara Mohawk Power Corp.
North Little Rock Electric Department
NYSEG
Ohio Bureau of Workers' Compensation
Ohio, State of, Workers Compensation
Oklahoma Electric Cooperative Inc.
Oklahoma Gas & Electric Co.
Opelika, City of (AL), Utilities Board
Pacific Gas & Electric Co.
Pacific Power
Peco Energy Co.
Peru, City of (IL)
Pool 2 Industrial OH LLC
Portland General Electric Co.
Progress Energy Inc.
Rhode Island, State of, Department of Labor

Rhode Island, State of, Department of Labor
    & Training
Riverside, City of (CA), Public Utilities
Rocky Mount, City of (NC)
Rocky Mountain Power Inc.
Salt River Project Agricultural Improvement
    & Power District, Arizona
Santee Cooper Credit Union
Santee Cooper State Bank
SCE&G Small Commercial Group
Shakopee Public Utilities Commission
Southern California Edison Co.
Southwestern Electric Power Co.
Still Water Power LLC
Stillwater, City of (OK)
Sulphur Springs Valley Electric Co-Op Inc.
Sumter Electric Cooperative Inc.
Tallahassee, City of (FL)
Tampa Electric Co.
Tombigbee Electric Power Association
Tucson Electric Power Co.
Tullahoma Utilities Board, Tullahoma,
    Tennessee
UniSource Energy Services
United States, Government of the,
    Department of Homeland Security,
    Bureau of Customs & Border Protection
United States, Government of the,
    Department of Homeland Security, U.S.
    Customs, Various Associated Utilities
Unitil Corp.
Unitil ME Gas Operations
Unitil NH Electric Operations
UNS Gas Inc.
Vero Beach, City of (FL)
Virginia Electric & Power Co.
Westar Energy Inc.
Withlacoochee River Electric Cooperative
    Inc.
Zurich American Insurance Co.

# SCHEDULE 1(q)

## Top 30 Unsecured Creditors

AB Exports Ltd.
Advantus Corp.
American Crafts LLC
Aroma Bay Candles Co.
Brother International Corp.
Changshu Winway Textile Co. Ltd.
China National Arts & Crafts Group Corp. Ltd.
Design Group Americas
Designs for All Seasons Ltd.
Fabric Traditions
Fairfield Processing
Federal Express Corp.
Ganga Acrowools Ltd.
Gildan USA Inc.
Gwen Studios LLC
H&H Asia Ltd.
HongKong Simple Element Global Ltd.
HTL Ltd.
Jones Lang LaSalle Americas Inc.
Low Tech Toy Club LLC
Ningbo Winlead Ornament Co. Ltd.
Oriental Craft Industries Co. Ltd.
Ormo Ithalat Ve Ihracat AS
OttLite Technologies Inc.
R.M. Palmer Co. LLC
Springs Creative Products Group LLC
Steelworkers Pension Trust
Sunyin (HK) Holding Ltd.
SVP Sewing Brands LLC
Viition (Asia) Ltd.

# SCHEDULE 1(r)

## **<u>Unions</u>**

United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, The

# SCHEDULE 1(s)

## Vendors

0728 Downeast Associates LP
0728 Downeast Associates Ltd.
245 Tamal Vista Blvd Partners LP
3M Co.
4694 Shops at St. Johns LLC
9395 CH LLC
A.W. Faber Castell USA Inc.
A+ Quality Services Inc.
AAA Cooper Transportation Inc.
AB Exports Ltd.
ABB Construction LLC
Acadia Strategic Opportunity Fund V
ACE American Insurance Co.
Adhesive Technologies Inc.
ADP Tax Credit Services Inc.
Advanced Carts Inc.
Advanced Digital Textiles LLC
Advantage Sales & Marketing Inc.
Advantus Corp.
AFC Worldwide Express Inc.
Ahead Inc.
Airtex Industries Inc.
AJ Nonwovens - Hampton LLC
Alexander Henry Fabrics Inc.
All Courtesy International Ltd.
Allied Products Corp.
Alvarez & Marsal Holdings LLC
American Crafts LLC
American Express
American Express Co.
American Fast Freight Inc.
American Lebanese Syrian Associated
    Charities Inc.
American News Co. LLC
American Oak Preserving Co. Inc.
American Realty Capital Retail Operating
    Partnership LP
American Tombow Inc.
Amsource Draper Lumber Yard LLC
Anthem Bluecross Life & Health Insurance
    Co.
Aon Risk Services Cos. Inc.

Apex Logistics International (NY) Inc.
Arbor Square LLC
Arbor Walk Mall LLC
Arlington Construction Inc.
Aroma Bay Candles Co.
Art Supply Enterprises Inc.
ArtBin
Artex Apparels
Artur Express Inc.
ATFT (Shenyang) Handicrafts Co. Ltd.
Aurient International Corp.
Authentic Brands Group LLC
Automated Logic Corp.
Avanti Inc.
B33 Milford JV LLC
B33 Real Estate Partners Investments II
    LLC
BA Two REIT LLC
Babcock & Wilcox Co., The
Bailiwick Services LLC
Belden Park JV LLC
Bella + Canvas LLC
Bendon Inc.
Berwick Offray LLC
BidEnergy Inc.
Blue Yonder Inc.
BlueVoyant LLC
Boston Warehouse
Brighton Mall Associates LP
Brink's Inc.
Brixmor Holdings 10 SPE LLC
Brixmor Operating Partnership LP
Brother International Corp.
Buckeye Retail JV LLC
Buddy Moore Trucking Inc.
Buffalo Batting
Buffalo Games LLC
Butterick Co. Inc.
C.H. Robinson, ABH Division
Cafaro Northwest Partnership
Caffco International Ltd.
Caliber 1 Construction Inc.

California State Teachers Retirement
   System
Camelot Group Inc.
Canan Iplikcilik Sanayi Ve Ticaret AS
Candle Warmers Etc.
Car Apple Valley Square LLC
Casa Collective Ltd.
CBL & Associates LP
CBTS Technology Solutions LLC
Ceaco Inc.
Centerra Marketplace Properties
Centerton Square Owners LLC
Century Distribution Systems Inc.
CFP Fire Protection Inc.
Changshu Winway Textile Co. Ltd.
Charter Warwick LLC
Children's Miracle Network
China National Arts & Crafts Group Corp.
   Ltd.
Chinatex Oriental USA Inc.
Choon's Design LLC
Christiana Town Center LLC
Church & Dwight Co. Inc.
Circle Logistics Inc.
Clover Needlecraft Inc.
Coats & Clark Inc.
Coats & Clark Inc.
Cofal Partners LP
Cofe ZM Dadeland LLC
Colart Americas
Combined Insurance Co. of America
Commercial Fire Inc.
Concord Design Classics Ltd.
Conejo Valley Plaza 2 LLC
Connors & Associates LLC
Construction One Inc.
Container Management Inc.
Cookies United LLC
COR Route 5 Co. LLC
Cordial Experience Inc.
Cosco Shipping Lines North America Inc.
Coupa Software Inc.
CPC Madison REIT LLC
CPT Arlington Highlands 1 LP
CPT Network Solutions Inc.
Craft Express

Crayola LLC
Crayon Software Experts LLC
Crescent Electric Supply Co.
CRI Columbus North Holdings LLC
Cricut Inc.
Criteo Corp.
Crown Equipment Corp.
Crypton Super Fabrics
CS International (HK) Toys Ltd.
Curlew Crossing SC LLC
CVS-Caremark
Daily Services
Ddr Corp Fka Developers Diversified
DDR Corp.
DDR Winter Garden LLC
DecoArt Inc.
Decorware Inc.
Del Amo Fashion Center Operating Co.
   LLC
Delmar International Inc.
Deloitte & Touche LLP
Deloitte FAS LLP
DEPT US Holding Inc.
Designs for All Seasons Ltd.
Deuter 65 LLC
Developers Diversified Realty Corp.
Dimensions Crafts LLC
Dividend Trust REIT Sub
Dixon Ticonderoga (Strathmore)
DMC Corp.
DML Marketing Group Ltd.
Dooley & Mack Constructors
DPG USA Inc.
Dunbar Security Products Inc.
Dyno LLC
EC Design LLC
Eclectic Products LLC
Edge Plastics Inc.
Elegant Home Ltd.
Ellison Educational Equipment Inc.
Elmer's Products Inc.
Emmes LLC
EmployBridge Holding Co.
Emser International LLC
Enchante Accessories Inc.
ENGIE Impact

Environmental Technology Inc.
Ernst & Young LLP
Escape Velocity Holdings Inc.
Esplanade at Butler Plaza LLC
Estes Express Lines Inc.
Eugene Textiles
Everbest (Qingdao) Co.
Evergrace Home Inc.
Evergreen Shipping Agency Corp.
Everything Legwear Holdings LLC
Everything Mary LLC
Exeter 2500 N. Plaza LLC
Exmart International
Fabric Editions Inc.
Fabric Traditions
Fabrique Innovations Inc.
Facebook Inc.
FacilitySource LLC
Fairfield Processing
Fairfield Processing Corp.
Far Eastern Handicraft JSC
Federal Express Corp.
Feldman Co. Inc.
FFR Merchandising Inc.
Fidcal LLC
Fiorilli Construction Inc.
First & Main North LLC
Fiskars Brand Inc.
Fletcher Hills Town & Country LP
FloraCraft Corp.
Fortna Inc.
Foss Performance Materials LLC
Frederick County Square Improvements
    LLC
FreedomPay Inc.
Fung, Sun Li
Furniture Enterprises of Alaska Inc.
G&I IX Empire JV DLC LLC
GA Export (Thailand) Co. Ltd.
Ganga Acrowools Ltd.
Gardiner Service Co.
Gazzal Iplik San VE TIC Ltd. STI
GCE International Inc.
GHI Inc.
Gildan USA Inc.
Gingher Inc.

Global Sourcing Group Inc.
Globaltranz Enterprises LLC
Glowforge Inc.
GLP Flint LLC
Goldstar IC Ve Dis Ticaret Ltd.
Google Inc.
Gorilla Glue Co., The
Gossi Inc.
GPD Associates
Grand & Benedicts Inc.
Grand Plaza Management LLC
Greenfield LP
Greentex America LLC
Groom Construction Inc.
Guangzhou XY Paper Co. Ltd.
Gul Ahmed Textile Mills Ltd.
Gulsons LLC
Gumberg Associates Cranberry Mall
Gutermann of America Inc.
Gwen Studios LLC
H&H Asia Ltd.
Hailan Guoyue Trading Co. Ltd.
Halcraft USA Inc.
Hampton Plaza LLC
Hands Craft US Inc.
Hanes Industries
Hapag-Lloyd AG
Hardicraft/Hardick BV
Hauppauge Properties LLC
HC Packaging Asia Ltd.
Healy Construction Services Inc.
Hebei Bestone Jewelry Co. Ltd.
Hero Arts
Hewlett Packard Financial Service
Hewlett Packard Financial Services Co.
Heze Maxwell Wooden Products Co. Ltd.
Hilco Merchant Resources LLC
Hoffmaster Group Inc.
Holobeam Inc.
Honey Can Do International LLC
HongKong Simple Element Global Ltd.
Horizon Freight System Inc.
Horizon Group USA Inc.
Houlihan Lokey Capital Inc.
Houseworks Ltd.
HTL Ltd.

Huaian Fullya International
Huangyan Forever Arts & Crafts Fact
Hub Group Associates Inc.
Hursan Havlu Uretim Sanayi Ve Ticaret AS
Hyrosen Properties Inc.
Hy-Tek Intralogistics
Hyundai America Shipping
IBM Corp. Inc.
ICA BFC Venture LLC
IG Design Group Americas
Illumax China Ltd.
Impact Analytics Inc.
Infosys Ltd.
Inliten LLC
Innovative Logistics Services Inc.
International Paper
International Paper Co.
International Paper Co. - AL
International Paper Co. - CA
International Paper Co. - OH
International Paper Co.- CA
International Paper Co.- OH
International Paper Co.-AL
InvenTrust Properties Corp.
IRC Retail Centers Inc.
IRC Retail Centers Management Inc.
J&J Service Solutions LLC
J.B. Hunt Transport Inc.
Jackson Associates
Jackson Associates Inc.
Janome America Inc.
JB Hunt Transport Inc.
JC Colley LLC
Jesse James & Co. Inc.
Jet Holdings HK Ltd.
Jewelry Made By Me
Jewelry Made by Me Ltd.
JOC International Ltd.
Johanson Transportation Service
John Bead Corp.
Joele Frank, Wilkinson Brimmer Katcher
Jones Lang LaSalle Americas Inc.
Joshen Paper & Packaging
June Tailor Inc.
Keter Canada Inc.
Keystone Freight Corp.

Kimco Income Operating Partnership LP
Kimco Realty Corp.
Kimco Riverview LLC
Kimco Westlake LP
KIR Federal Way 035 LLC
KIR Tampa 003 LLC
Kissimmee West Florida LP
Kite Realty Group LLC
Kite Realty Group LP
KLX LLC
KRG CREC KS Pembroke Pines LLC
Kunshan Jun Yuan Arts & Crafts Co. Ltd.
La Ribbons & Crafts Inc.
Lakeview Construction LLC
Lakeview Plaza (Orland) LLC
Landair Transport Inc.
Lang Cos. Inc., The
Lansing Retail Center LLC
Larson & Juhl
Lee, County of (FL)
Lego Systems Inc.
Li, Rong Fa
Liberty Mutual Holding Co. Inc.
Lighthouse Transportation Services LLC
Lion Brand Yarn Co.
LJ CBG Acquisition Co.
LMC Co.
Lob.com Inc.
Logicalis Inc.
Longbow Advantage USA Inc.
Low Tech Toy Club LLC
Lozier Corp.
Lucky Star Enterprise & Co. Ltd.
Lucky Textile Mills Ltd.
Lynnwood Tower LLC
M2 Fabrics
MacPherson's Inc.
Maersk A/S
Maersk e Commerce Logistics
Mainstream International Inc.
Marco Contractors Inc.
Marcorp Marketing Consultants Pty. Ltd.
Marple XYZ Associates LP
Marten Transport Services
Masterpieces Puzzle Co.
May Fung Plastic Factory (HK) Ltd.

MC Construction Management Inc.
McCall Pattern Co.
MCD-RC CA-El Cerrito LLC
MCS Far East Inc.
MCS Industries Inc.
Me & My Big Ideas
Mekotex Pvt. Ltd.
Menderes Tekstil Sanayi Ve Ticaret AS
MetLife Core Property REIT LLC
MetLife Inc.
Metro Group (Industrial) Ltd.
Metro Trailer Leasing Inc.
Meyerland Retail Associates LLC
MGP XII REIT LLC
Michigan, State of, Department of Treasury
Microsoft Corp.
Microsoft Online Inc.
Midamco Inc.
MI-JAS-PPD Sales 04200
Missouri, State of, Department of Revenue
MJM Architects LLC
MN Textiles Pvt. Ltd.
MN-JAS-Sales Tax 002
Moitozoel Camino Promenade
Montgomery Realty Group Inc.
N.J. Croce Co.
NADG/SG Riverdale Village LP
Nakoma Products LLC
Nanjing Zhaohong Textile Co. Ltd.
National 4-H Council
Nationwide Children's Foundation
Natraj Home Furnishings Pvt. Ltd.
NeedleArt World (Hong Kong) Ltd.
Neo Wonderway Inc.
NEST International Inc.
Next Level Apparel
Niki Auburn Mile LP
Ningbo General Union Co. Ltd.
Ningbo Goldentime Import & Export Co.
    Ltd.
Ningbo MH Industry Co. Ltd.
Ningbo Tofoam Stationery Co. Ltd.
Ningbo Winlead Ornament Co. Ltd.
Nipkow & Kobelt Inc.
Nishat Chunian Ltd.
NNN REIT Inc.

North Attleboro Marketplace II LLC
Northern Lights
Northway Mall Properties LLC
Notions Marketing Corp.
Novaks Construction Inc.
Novaks Warehouse Inc.
NSI International Inc.
NY-COM-Sales Tax Promptax
Oak Harbor Freight Lines Inc.
Ocean Network Express Pte. Ltd.
Off the Wall Co. LLC
Olfa USA Inc.
On Our Sleeves
Ontario Gateway SJT RET XIX LLC
OOCL USA Inc.
Oracle America Inc.
Orchard Yarn & Thread Co. Inc.
Oriental Craft Industries Co. Ltd.
Ormo Ithalat Ve Ihracat AS
OttLite Technologies Inc.
Outer Drive 39 Development Co. LLC
OWRF Baybrook LLC
Oxford Valley Road Associates LP
Pacific Island Creations Co. Ltd.
Pacific Realty Associates LP
Paisley Crafts LLC
PA-JAS-Sales Tax St301
Paladin Freight Solutions Inc.
Palani Properties LLC
Pan Asian Creations Ltd.
Panacea Products Corp.
Panache (India) International
Paper Transport LLC
Pathward NA
Pavilions North Shop Center 18 LLC
Paypool LLC
PCP Group LLC
PCT Vinyl
Pebbles Ltd.
Pellon Consumer Products
Pepperell Braiding Co. Inc.
Pepsico Beverage Sales LLC
Performance Horizon Group Ltd.
Perler
Phoenix Stationery Vietnam Co. Ltd.
Pinterest Inc.

Pitney Bowes Bank Inc.
PK Lifestyles
Plaid Enterprises
Platte Purchase Plaza LLC
PlayMonster LLC
Plaza at Countryside LLC
Plus Mark LLC
Pollock Investments Inc.
Pollock Paper Distributors
Polyform Products Co. Inc.
Primary Color Systems Corp.
Principal Life Insurance Co.
Promax Manufacturing Co. Ltd.
Provantage Corporate Solutions LLC
Provident Life & Accident Insurance Co.
PRTC LP
Prym Consumer USA Inc.
PTP Transport LLC
Public Employees Retirement Sys. Of FB
    Festival Center LLC
Public Employees Retirement System
Publicis Sapient
Pure Fishing Inc.
Qingdao Libang Kingtone Trade Co. Ltd.
Quad Graphics Inc.
Queen Crafts Ltd.
Quest Marketing Inc.
R.M. Palmer Co. LLC
Rakuten Marketing LLC
Ranger Industries
Raymond Storage Concepts Inc.
RCA Trucking LLC
Red Mountain Asset Fund I LLC
Retail Properties of America Inc.
Retail Services WIS Corp.
Ribblr Ltd.
Richloom Fabrics Group Inc.
Richloom Far East Trading Co. Ltd.
Rimini Street Inc.
River Park Plaza LP
Riverfront Village LLC
RK Pembroke Pines LLC
Robert Half International Inc.
Robert Kaufman Co. Inc.
Roland Berger Strategy Consulting
Rongfali LLC

Roth Bros Inc.
Rowenta/Groupe SEB
Roxville Associates
Royal Acme Corp.
Royal Brush Manufacturing Inc.
Royal Consumer Products LLC
RPT Realty LP
Russell Tobin & Associates LLC
Rust-Oleum Corp.
S & M Heights
S&M Heights
S2G-Ohio Inc.
Salesforce.com Inc.
Sam Pievac Co. Inc.
Sanford LP
Santee Print Works
SAP America
SAP Industries Inc.
Saul Holdings LP
Sawgrass
Scentsible LLC
Schneider National Carriers Inc.
Schott Textiles Inc.
Schottenstein Realty LLC
Schylling Inc.
Seasons (HK) Ltd.
Seasons Special Co. Ltd.
Seco/Arroyo Shopping Center LP
Securitas Technology Corp.
Sedgwick Claims Management Services Inc.
Seko Worldwide LLC
SFT Inc.
SG Equipment Finance USA Corp.
Shanghai Aimi Pet Products Co. Ltd.
Shanghai Lifetex Industry Co. Ltd.
Shaoxing Ador Import & Export Co. Ltd.
Shaoxing Enyi Textile Co. Ltd.
Shaoxing Keqiao Yuzhou Textile Co. Ltd.
Shaoxing Minying Trading Co. Ltd.
Shaoxing Robb Import & Export Co. Ltd.
Shaoxing Xinzezhou Import & Export Co.
    Ltd.
Shazhou Textile Printing & Dyeing Import
    & Export Co. Ltd.
Shelby Town Center Phase I LLC
Shelbyville Road Plaza LLC

Shenyang Large Circle Arts & Crafts
Shienq Huong Enterprise Co. Ltd.
ShopCore Properties LP
Shopping Center Associates - Perring Plaza
Signature Marketing & Manufacturing
Silhouette America Inc.
Silver Creek Leather Co. LLC
Simplicity Creative Group Inc.
Sincere Creates & Manufactures Ltd.
Single Source Security LLC
Singsong International Trade Co. Ltd.
Siser North America
SITE Centers Corp.
SJ Corp.
Smart Cienega LLC
Sneirson, Gerald M.
Snow White Woollen Mills Pvt. Ltd.
Socialdeviant LLC
Solartex Corp.
South Frisco Village SC LP
Southwest Sign Group Inc.
Spinrite Corp.
Spirit Properties Ltd.
Spirit Realty Capital Inc.
Splunk Inc.
Spradling International Inc.
Springs Creative Products Group LLC
Square One Partners LLC
Sri Ramlakshman Fabs
Steelworkers Pension Trust
STG Intermodal Solutions Inc.
STI Global Inc.
Stockdale Investment Group Inc.
Storflex
Studio Eluceo Ltd.
Sugarland Plaza LP
Sulky of America Inc.
Sullivans USA Inc.
Sulyn Industries Inc.
Summit, County of (OH), Treasurer
Sun Life Assurance Co. of Canada
Sunmark Property LLC
Sunyin (HK) Holding Ltd.
SupplyOne Cleveland Inc.
Susan G. Komen Breast Cancer Foundation
Susz, Julie L.

Suzhou Lejing Knitting Co. Ltd.
SVP Sewing Brands LLC
SVP Singer Holdings Inc.
Symbol Gift Inc.
TA Services Inc.
Taixing Tongji Foreign Trade Co. Ltd.
Taizhou Honfont Import & Export Co. Ltd.
Tamarack Village Shopping Center LP
Tata Consultancy Services Ltd.
Technology Recovery Group
TEKsystems Global Services LLC
Tempo Drapery & Fabrics
Terra Worldwide Logistics LLC
Testrite Instrument Co. Inc.
Textile Creations Inc.
Therm O Web Inc.
THF Greengate Development LP
Tik Tok Inc.
Timeless Treasures Fabric
Tinuiti Inc.
Toll Global Forwarding (USA) Inc.
Topocean Consolid Service (LA) Inc.
Total Distribution Service Inc.
Town & Country Chicago Association LLC
Transform Holdco LLC
Trends International LLC
TRX Inc.
Tsukineko
Tufko International
Turtle Rock LLC
TY Inc.
UB Midway LLC
Uchida of America
Uline
United Airlines Inc.
United Staffing Associates LLC
Universal Candle Co. Ltd.
Universal Protection Service LP
Univic Floral Co. Ltd.
Unovo LLC
Utah-WRI Holdings LLC
Valid USA Inc.
Vardhman Textiles Ltd.
VDS Holding LLC
Velcro USA Inc.
Vestar Best in the West Property LLC

Vestar DRM-Opco LLC
Vibes Media LLC
Viition (Asia) Ltd.
Vistar Corp.
Vogue
Von Karman Plaza LLC
Vulcan Properties Inc.
Walz Capital Kennesaw LLC
Warm Products Inc.
Warnack, Shaughne S.
Washington, State of, Department of Natural
    Resources
Waste Management National Services Inc.
Waterford Lakes Town Center LLC
Wealth Concept Ltd.
Wells Fargo Banks
West Broadway Distribution Services LLC
Westmoreland Builders LLC
Wheaton Plaza Regional Shopping Center
    LLC
Wilton Industries
Win Hang Enterprise Ltd.
Wire Weld Inc.
Wm/.Wright Co. Inc.
Woo Jin Corp.
Wooda Corp. Ltd.
Workday Inc.
WP Carey Inc.
Wujiang Foreign Trade Corp.
Wunderkind Corp.
Xanadu Industrial Ltd.
XCCommerce Inc.
XPO Logistics Freight Inc.
Yamaoka, George K.
Yosemite Park Shop Center 05A LLC
Yunker Industries Inc.
Yunus Textile Mill Pvt. Ltd.
Zebra Pen Corp.
Zhangjiagang Free Trade Zone
Zhangjiagang Yintian Trading Co. Ltd.
Zhejiang Tong Feng Arts & Crafts Co.
Zhuhai Ze Yuan Craft Floral
Zibo Zhaohai Light Industrial Products Co.
    Ltd.
Zolo LLC
ZonaPart LLC

## Schedule 2

**Disclosures to Cole Schotz Retention Application**

Parties who are current or former clients of Cole Schotz in matters unrelated to these Chapter 11 Cases include the following:

| Name of Interested Parties Searched | Relationship to Debtors | Name of Entity that is a Cole Schotz Client | Relationship to Cole Schotz |
|---|---|---|---|
| ADP Tax Credit Services Inc. | Vendor | ADP International Inc. | Current Client |
| Hilco Merchant Resources | Vendor | Hilco Global; Hilco Realty Partners; Hilco Redevelopment Partners; Hilco Valuation Services | Current Client |
| Home Depot Plaza Associates Ltd. | Vendor | The Home Depot Inc | Current Client |
| WP Carey Inc. | Vendor | W.P. Carey, Inc. | Current Client |
| [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] | [CONFIDENTIAL] |

As part of its diverse practice, Cole Schotz appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers, some of whom are or represent potential parties-in-interest in these Chapter 11 Cases. Cole Schotz does not, and will not, represent any such professional in these Chapter 11 Cases.

Furthermore, United States Bankruptcy Judge for the District of Delaware J. Kate Stickles was a former member at Cole Schotz.