
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 25-10068-CTG |

*2025 FEB 20 PM 1:28*

## REQUEST FOR SPECIAL NOTICE

Store 820

PLEASE TAKE NOTICE that Jefferson Associates, L.P. and its successor in interest, Warrenton Center LLC, requests that notice be sent to the electronic mail listed below, undersigned be added to the service list maintained by the Clerk's Office for electronic mail service, and all notices, orders and other filings be served upon undersigned via electronic mail in accordance with Fed. R. Bankr. Proc. 2002.

>Mitchell B. Weitzman, Esquire
>Jackson & Campbell, P.C.
>2300 N Street, N.W., Suite 300
>Washington, DC 20037
>Telephone: (202) 457-1695
>Facsimile: (202) 451-1678
>Email: mweitzman@jackscamp.com

Dated: February 17, 2025

Respectfully submitted,

*/s/ Mitchell B. Weitzman/*

Mitchell B. Weitzman (DC, MD, VA)
Jackson & Campbell, P.C.
2300 N Street, N.W., Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 451-1678
Email: mweitzman@jackscamp.com

6226874v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025 a copy of the foregoing *Request for Special Notice* was severed via electronic mail and/or first-class mail, postage pre-paid upon:

Patrick J. Reilley, Esq.
Stacy L. Newman, Esq.
Michael E. Fitzpatrick, Esq.
Jack M. Dougherty, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*Counsel for Debtors*

Joshua A. Sussberg, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
*Counsel for Debtors*

Anup Sathy, Esq.
Jeffrey Michalik, Esq.
Lindsey Blumenthal, Esq.
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Counsel for Debtors*

Malcolm M. Bates
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
*U.S. Trustee*

/s/ Mitchell B. Weitzman

Mitchell B. Weitzman, Esq.
Jackson & Campbell, P.C.
2300 N Street, N.W., Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 451-1678
Email: mweitzman@jackscamp.com

6226874v1