**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:                                                                                  Case No.: 25-10068-CTG

                                                                                        Chapter 11

JOANN Inc.

      Debtor.
_____/

**NOTICE OF APPEARANCE AND DEMAND FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

      PLEASE TAKE NOTICE that the undersigned files their Notice of Appearance as counsel for creditor and party in interest, DCTN3 509 PANAMA CITY FL, LLC ("Creditor"), in the above-styled cause, and files it Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules"), and respectfully requests that all notices and all papers served or required to be served in the above-referenced actions be given to and served upon the following counsel:

      Ricardo A. Reyes, Esq.
**Tobin | Reyes PLLC**
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, FL 33432
Email: eservice@tobinreyes.com; rar@tobinreyes.com; mhorton@tobinreyes.com

      In addition, it is respectfully requested that, pursuant to Rule 2002(g), the undersigned be added to the Court's Mailing Matrix as counsel of records for Creditor.

      Dated: February 20, 2025.

                                                Respectfully submitted

                                                s/*Ricardo A. Reyes*
                                                Ricardo A. Reyes (rar@tobinreyes.com)
                                                Florida Bar No. 864056
                                                *Attorneys for Creditor, DCTN3 509 PANAMA CITY FL, LLC*
                                                TOBIN | REYES PLLC
                                                225 N.E. Mizner Boulevard, Suite 510

Boca Raton, Florida 33432
Tel:    (561) 620-0656
Fax:    (561) 620-0657
Primary Email: eservice@tobinreyes.com
Secondary: mhorton@tobinreyes.com
Secondary:  rreid@tobinreyes.com