IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
                                                          :    Case No. 25-10068 (CTG)
JOANN INC., *et al.*,[1]                                  :
                                                          :    (Jointly Administered)
            Debtors.                                      :
                                                          :
--------------------------------------------------------- x

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**NOTICE OF 30(b)(6) DEPOSITION TO DEBTORS**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by its undersigned proposed counsel, will take the deposition upon oral examination of the Debtors, through Michael Prendergast, who has been designated to testify on the Debtors' behalf regarding the subject matters identified in **Schedule A** (the "Deposition Topics").

Michael Prendergast will appear remotely for his deposition at 10:00 a.m. (Eastern Time) on February 24, 2025, or at another date, time or location otherwise agreed to by the parties or ordered by the Court.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, will continue day to day until completed with adjournments as to time and

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

place that may be necessary and will be recorded by audio, visual, and/or stenographic means. This deposition may be taken using a secure web-based deposition platform, by video teleconferencing services, and/or telephonically, with all parties, including the court reporter, in separate locations, as permitted by Rule 30(b)(4) of the Federal Rules of Civil Procedure.

Dated: February 20, 2025

                    **PACHULSKI STANG ZIEHL & JONES LLP**

                    By: */s/ James E. O'Neill*
                        Bradford J. Sandler (DE Bar No.4142)
                        James E. O'Neill (DE Bar 4042)
                        919 North Market Street, 17th Floor
                        Wilmington, DE 19801
                        Telephone:  (302) 652-4100
                        Email:  bsandler@pszjlaw.com
                                joneill@pszjlaw.com

                              - and -

                    **KELLEY DRYE & WARREN LLP**
                    Jason R. Adams (admitted *pro hac vice*)
                    Eric R. Wilson (admitted *pro hac vice*)
                    William S. Gyves (admitted *pro hac vice*)
                    Maeghan J. McLoughlin (admitted *pro hac vice*)
                    3 World Trade Center
                    175 Greenwich Street
                    New York, NY 10007
                    Tel.: (212) 808-7800
                    Email:   jadams@kelleydrye.com
                                 ewilson@kelleydrye.com
                                 wgyves@kelleydrye.com
                                 mmcloughlin@kelleydrye.com

                    *Proposed Counsel to the Official Committee of Unsecured Creditors*