# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 case.

On February 4, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**.

- Order Scheduling Omnibus Hearing Date [Docket No. 255]

Dated: February 13, 2025

/s/ *Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 13, 2025, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

SRF 85815

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | AB EXPORTS | ATTN: HAMMAD HASSAN, GENERAL MANAGER<br>LASANI PULLI, NEAR KHAYABAN GARDENS<br>SERGODHA ROAD<br>FAISALABAD, PUNJAB 38000 PAKISTAN | HAMMAD@AB.COM.PK | First Class Mail and Email |
| COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF MCKINNEY, MCKINNEY ISD, CITY OF PLANO, CITY OF SHERMAN | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN<br>1700 REDBUD BLVD, STE. 300<br>MCKINNEY TX 75069 | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | ADVANTUS CORP | ATTN: KEVIN CARPENTER, PRESIDENT<br>12276 SAN JOSE BLVD.<br>BUILDING 618<br>JACKSONVILLE FL 32223 | KCARPENTER@ADVANTUS.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | AMERICAN CRAFTS | ATTN: WAYNE MITCHELL, CHIEF EXECUTIVE OFFICER<br>588 W 400 S<br>SUITE 300<br>LINDON UT 84042 | WAYNE@AMERICANCRAFTS.COM | First Class Mail and Email |
| COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. ("CHINA NATIONAL") | ARCHER & GREINER, P.C. | ATTN: JIANGANG OU, ESQUIRE<br>3040 POST OAK BOULEVARD, SUITE 1800-150<br>HOUSTON TX 77056 | JOU@ARCHERLAW.COM | Email |
| COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. ("CHINA NATIONAL") | ARCHER & GREINER, P.C. | ATTN: NATASHA M. SONGONUGA, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1100<br>WILMINGTON DE 19801 | NSONGONUGA@ARCHERLAW.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COM<br>BRETT.GOODMAN@AFSLAW.COM | First Class Mail and Email |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG<br>1717 K STREET NW<br>WASHINGTON DC 20006 | JONATHAN.BAGG@AFSLAW.COM | First Class Mail and Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY<br>233 SOUTH WACKER DRIVE<br>SUITE 7100<br>CHICAGO IL 60606 | MATTHEW.BENTLEY@AFSLAW.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | AROMA BAY CANDLES CO | ATTN: ELLEN MA, HEAD OF SALES<br>TIEU TRA/ RESIDENT GROUP 6<br>HUNG DAO- DUONG KINH- HAI PHONG<br>HAIPHONG 18000 VIETNAM | ELLEN@HOMEACCENT.COM.CN | First Class Mail and Email |
| COUNSEL TO TRAVIS COUNTY | ASSISTANT COUNTY ATTORNEY | ATTN: JASON A. STARKS<br>P.O. BOX 1748<br>AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | Email |
| COUNSEL TO LOW TECH TOY CLUB LLC | BALASIANO & ASSOCIATES, PLLC | ATTN: STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ.<br>6701 BAY PARKWAY<br>3RD FLOOR<br>BROOKLYN NY 11204 | STEVEN@BALASIANOLAW.COM<br>JUDAH@BALASIANOLAW.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SUNBEAM DEVELOPMENT CORP | BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN: JEFFREY I. SNYDER, ESQ.<br>1450 BRICKELL AVENUE<br>23RD FLOOR<br>MIAMI FL 33131-3456 | JSNYDER@BILZIN.COM | Email |
| BROOKFIELD PROPERTIES RETAIL INC., AS DIRECT AND INDIRECT OWNER AND/OR MANAGING AGENT AS LANDLORD FOR THE DEBTOR | BROOKFIELD PROPERTIES RETAIL INC. AS AGENT | ATTN: KRISTEN N. PATE, GENERAL COUNSEL<br>350 N. ORLEANS STREET<br>SUITE 300<br>CHICAGO IL 60654-1607 | BK@BPRETAIL.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | BROTHER INTERNATIONAL CORPORATION | ATTN: MIKE LYNCH, VICE PRESIDENT AND GENERAL COUNSEL, KELLY A. HARTMAN<br>200 CROSSING BLVD.<br>BRIDGEWATER NJ 08807-0911 | MICHAEL.LYNCH@BROTHER.COM<br>KELLY.HARTMAN@BROTHER.COM | First Class Mail and Email |
| COUNSEL TO ROTH BROS., INC., A SODEXO COMPANY | BROWN NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE<br>919 N. MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | JNIMEROFF@BROWNNIMEROFF.COM | Email |
| COUNSEL TO GILDAN ACTIVEWEAR, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH<br>ONE METROPOLITAN SQUARE<br>211 NORTH BROADWAY, SUITE 3600<br>ST. LOUIS MO 63102 | DAVID.UNSETH@BCLPLAW.COM | Email |
| COUNSEL TO GILDAN ACTIVEWEAR, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: JARRET P. HITCHINGS<br>301 S. COLLEGE STREET<br>SUITE 2150<br>CHARLOTTE NC 28202 | JARRET.HITCHINGS@BCLPLAW.COM | Email |
| COUNSEL TO CRAFTY (AL) LLC ("CRAFTY") | CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019 | ALAN.LIPKIN@CHAFFETZLINDSEY.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CHANGSHU WINWAY TEXTILE CO LTD | ATTN: DAVID WANG, GENERAL MANAGER<br>BUILDING A, GULI TOWN<br>4/F, 10# FUCHUNJIANG EAST ROAD<br>CHANGSHU CITY, 100 JIANGSHU 215533 CHINA | DAVIDWANG@WINWAYTEXTILE.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CHINA NATIONAL ARTS & CRAFTS | ATTN: KATHY CHEN, CHIEF EXECUTIVE OFFICER<br>NO 37 4F 199 LANE YONG FENG ROAD<br>199 LANE<br>NINGBO, 130 ZHEJIANG 315010 CHINA | JAY@RAYSUNARTS.COM | First Class Mail and Email |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC. | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR., ESQUIRE, MARK D. OLIVERE, ESQUIRE<br>HERCULES PLAZA<br>1313 NORTH MARKET STREET, SUITE 5400<br>WILMINGTON DE 19801 | CHIPMAN@CHIPMANBROWN.COM<br>OLIVERE@CHIPMANBROWN.COM | Email |
| COUNSEL TO THE PREPETITION FILO AGENT, 1903P LOAN AGENT, LLC, 1903 PARTNERS, LLC | CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 | JMARSHALL@CHOATE.COM<br>JVENTOLA@CHOATE.COM<br>HFOUSHEE@CHOATE.COM<br>ATHOMAS@CHOATE.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC | CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, TARA L. BUSH<br>901 MAIN STREET<br>SUITE 6000<br>DALLAS TX 75202 | AHORNISHER@CLARKHILL.COM<br>TBUSH@CLARKHILL.COM | Email |
| COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC, DAANE'S DEVELOPMENT COMPANY | CLARK HILL PLC | ATTN: KAREN M. GRIVNER<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON DE 19801 | KGRIVNER@CLARKHILL.COM | Email |
| COUNSEL TO DAANE'S DEVELOPMENT COMPANY | CLARK HILL PLC | ATTN: SANDRA S. HAMILTON<br>200 OTTAWA AVENUE NW<br>SUITE 500<br>GRAND RAPIDS MI 49503 | BANKRUPTCYFILING@CLARKHILL.COM | Email |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | PREILLEY@COLESCHOTZ.COM<br>SNEWMAN@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>JDOUGHERTY@COLESCHOTZ.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DESIGN GROUP AMERICAS | ATTN: ERIK SJOGREN, CHIEF EXECUTIVE OFFICER<br>5555 GLENRIDGE CONNECTOR<br>SUITE 300<br>ATLANTA GA 30342 | ERIK.SJOGREN@IGDESIGNGROUP-AMERICAS.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DESIGNS FOR ALL SEASONS LTD | ATTN: TIM TOMPKINS, CHIEF EXECUTIVE OFFICER<br>41 MAN YUE STREET<br>FLAT B 5F KAISER ESTATE PHASE 1<br>HUNGHOM, KOWLOON HONG KONG | DESIGNS@DESIGNSFORALLSEASONS.COM | First Class Mail and Email |
| COUNSEL TO 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC | DLA PIPER LLP (US) | ATTN: STUART M. BROWN, MATTHEW S. SARNA<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801 | STUART.BROWN@US.DLAPIPER.COM<br>MATTHEW.SARNA@US.DLAPIPER.COM | Email |
| COUNSEL TO FAIRWAY-FALLS, LLC | ENGLANDER FISCHER | ATTN: BEATRIZ S. MCCONNELL, ESQUIRE<br>721 FIRST AVENUE NORTH<br>ST. PETERSBURG FL 33701 | BMCCONNELL@EFLEGAL.COM | Email |
| COUNSEL TO RED MOUNTAIN ASSET FUND I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SMART CIENEGA SPE, A CALIFORNIA LIMITED LIABILITY COMPANY, NATTAN, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | ERVIN COHEN & JESSUP LLP | ATTN: BYRON Z. MOLDO<br>9401 WILSHIRE BOULEVARD<br>12TH FLOOR<br>BEVERLY HILLS CA 90212 | BMOLDO@ECJLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | FABRIC TRADITIONS | ATTN: ELIZABETH TOWEY, CHIEF EXECUTIVE OFFICER AND PRESIDENT<br>519 EIGHTH AVENUE, 19TH FL<br>NEW YORK NY 10018 | BTOWEY@FABRICTRADITIONS.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | FAIRFIELD PROCESSING | ATTN: JORDAN YOUNG, PRESIDENT<br>6432 PRESCOTT AVE<br>SAINT LOUIS MO 63147-2815 | JORDANY@FAIRFIELDWORLD.COM | First Class Mail and Email |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 3 of 16

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | FEDERAL EXPRESS CORPORATION | ATTN: MARK ALLEN, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS TN 38120 | MALLEN@FEDEX.COM | First Class Mail and Email |
| COUNSEL TO ALMADEN PROPERTIES, LLC | FOX ROTHSCHILD LLP | ATTN: JOSEPH J. DIPASQUALE<br>49 MARKET STREET<br>MORRISTOWN NJ 07960 | JDIPASQUALE@FOXROTHSCHILD.COM | Email |
| COUNSEL TO ALMADEN PROPERTIES, LLC | FOX ROTHSCHILD LLP | ATTN: STEPHANIE SLATER WARD, ESQUIRE<br>1201 N. MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | SWARD@FOXROTHSCHILD.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ.<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | RGOLD@FBTLAW.COM<br>ESEVERINI@FBTLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | GANGA ACROWOOLS LIMITED | ATTN: AMIT THAPAR, PRESIDENT<br>CORPORATE OFFICE 249, INDUSTRIAL AREA<br>A, LUDHIANA-3 (PB), PUNJAB 141003 INDIA | AMIT.THAPAR@GANGAACROWOOLS.COM | First Class Mail and Email |
| COUNSEL TO SUN-YIN (HK) HOLDING LTD. | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ.<br>1201 NORTH ORANGE STREET<br>SUITE 300<br>WILMINGTON DE 19801 | MBUSENKELL@GSBBLAW.COM | Email |
| COUNSEL TO THE PREPETITION LOAN LENDER AD HOC GROUP, THE AD HOC TERM LOAN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG<br>200 PARK AVENUE<br>NEW YORK NY 10166-0193 | SGREENBERG@GIBSONDUNN.COM<br>JBRODY@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>CLWILSON@GIBSONDUNN.COM<br>KLIANG@GIBSONDUNN.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | GILDAN USA INC | ATTN: COREY WACHTEL<br>1980 CLEMENTS FERRY ROAD<br>CHARLESTON SC 29492 | CUSTOMERSERVICEACTIVEWEAR@GILDAN.COM<br>INVESTORS@GILDAN.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC TERM LOAN GROUP | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG<br>1185 AVENUE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK NY 10036 | AGLENN@GLENNAGRE.COM<br>KMAYR@GLENNAGRE.COM<br>ABERRO@GLENNAGRE.COM<br>MDOSS@GLENNAGRE.COM<br>EHONG@GLENNAGRE.COM | Email |
| COUNSEL TO ALMADEN PROPERTIES, LLC | GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK<br>99 WOOD AVENUE SOUTH<br>ISELIN NJ 08830 | DBRUCK@GREENBAUMLAW.COM | Email |
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DRIVE<br>SUITE 902<br>TAMUNING GU 96913 | DBMOYLAN@OAGGUAM.ORG<br>ADMINISTRATION@OAGGUAM.ORG | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | GWEN STUDIOS | ATTN: CAREY EDWARDS, CHIEF EXECUTIVE OFFICER<br>1377 BROADCLOTH STREET, STE 202<br>FORT MILL SC 29715-4509 | WELCOME@WORKSHARESERVICE.COM<br>CAREY@GWENSTUDIOS.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | H&H ASIA LTD | ATTN: LORRAINE MABERRY, SENIOR VICE PRESIDENT<br>27F NO 4013 SHENNAN ROAD<br>SHENZHEN 518026 CHINA | HHJAS@HANDHASIA.COM | First Class Mail and Email |
| COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC | HANSON BRIDGETT LLP | ATTN: NANCY J. NEWMAN, ESQ.<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO CA 94105 | NNEWMAN@HANSONBRIDGETT.COM | Email |
| COUNSEL TO HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION | HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY<br>ATTENTION: PROPERTY TAX DIVISION<br>P.O. BOX 2848<br>HOUSTON TX 77252 | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | HONGKONG SIMPLE ELEMENT GLOBAL LIMITED | ATTN: SUMMER XIA, DIRECTOR OF SALES<br>3-4F, NO.1 BUILDING<br>NO. 1498 JIANGNAN ROAD<br>NINGBO CHINA | SUMMER@NBPARAMONT.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | HTL LIMITED | ATTN: SIMON CASTLEY, OWNER<br>12/F, D. J. BUILDING<br>173 HOI BUN ROAD<br>KWUN TONG, KOWLOON HONG KONG | SIMONC@SEWGROUP.COM | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | JONES LANG LASALLE AMERICAS INC | ATTN: DAVID HITCHENS, GENERAL COUNSEL<br>200 EAST RANDOLPH DRIVE<br>CHICAGO IL 60601 | DAVID.HITCHENS@JLL.COM | First Class Mail and Email |
| COUNSEL TO MARPLE XYZ ASSOCIATES, L.P. | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT, ESQUIRE<br>910 HARVEST DRIVE<br>POST OFFICE BOX 3037<br>BLUE BELL PA 19422 | WLEVANT@KAPLAW.COM | Email |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605 | SREISMAN@KATTEN.COM<br>CGIGLIO@KATTEN.COM<br>GRACE.THOMPSON@KATTEN.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ.<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | MMCLOUGHLIN@KELLEYDRYE.COM<br>ABARAJAS@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>JADAMS@KELLEYDRYE.COM | Email |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 5 of 16

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COMMITTEE OF UNSECURED CREDITORS | KIMCO REALTY CORPORATION | ATTN: RAYMOND EDWARDS<br>500 NORTH BROADWAY<br>SUITE 201<br>JERICHO NY 11753 | REDWARDS@KIMCOREALTY.COM | Email |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL<br>333 WEST WOLF POINT PLAZA<br>CHICAGO IL 60654 | ANUP.SATHY@KIRKLAND.COM<br>JEFF.MICHALIK@KIRKLAND.COM<br>LINDSEY.BLUMENTHAL@KIRKLAND.COM | Email |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JOSHUA.SUSSBERG@KIRKLAND.COM<br>APARNA.YENAMANDRA@KIRKLAND.COM | Email |
| COUNSEL TO OXFORD VALLEY ROAD ASSOCIATES | KURTZMAN \| STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE<br>101 N. WASHINGTON AVENUE<br>SUITE 4A<br>MARGATE NJ 08402 | KURTZMAN@KURTZMANSTEADY.COM | Email |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ., ELIZABETH A. ROGERS, ESQ.<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>EROGERS@LRCLAW.COM | Email |
| COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P., LYNNWOOD TOWER, LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E, KAUFMAN, ESQ.<br>919 N. MARKET STREET, STE. 460<br>WILMINGTON DE 19801 | SKAUFMAN@SKAUFMANLAW.COM | Email |
| COUNSEL TO LA HABRA WESTRIDGE PARTNERS, L.P. | LAW OFFICES OF RONALD K. BROWN, JR., APC | ATTN: RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH CA 92660 | RON@RKBROWNLAW.COM | Email |
| COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO. | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS<br>500 DELAWARE AVE.<br>SUITE 700<br>WILMINGTON DE 19801 | SCOTT.COUSINS@LEWISBRISBOIS.COM | Email |
| COUNSEL TO NUECES COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET<br>SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO SMITH COUNTY, ROCKWALL CAD, ELLIS COUNTY, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY, LEWISVILLE ISD, GRAYSON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>3500 MAPLE AVENUE<br>SUITE 800<br>DALLAS TX 75219 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CITY OF HOUSTON | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COMMITTEE OF UNSECURED CREDITORS | LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG<br>510 MEADOWMONT VILLAGE CIRCLE<br>SUITE 311<br>CHAPEL HILL NC 27517 | ADRIAN@THEWOOBLES.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG, MANAGER<br>411 EMISSARY DR. #108<br>CARY NC 27519 | ADRIAN@THEWOOBLES.COM | First Class Mail and Email |
| COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO. | MANDELBAUM BARRETT PC | ATTN: JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN<br>3 BECKER FARM ROAD<br>SUITE 105<br>ROSELAND NJ 07068 | JROSENTHAL@MBLAWFIRM.COM<br>ALEE@MBLAWFIRM.COM<br>VROLDAN@MBLAWFIRM.COM | Email |
| COUNSEL TO SHELBYVILLE ROAD PLAZA, LLC | MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ.<br>405 NORTH KING STREET<br>8TH FLOOR<br>WILMINGTON DE 19801 | KBUCK@MCCARTER.COM<br>MZARE@MCCARTER.COM | Email |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>700 JEFFREY WAY<br>SUITE 100<br>ROUND ROCK TX 78665 | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO SVP SEWING BRANDS LLC ("SVP SEWING") | MILBANK LLP | ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | DDUNNE@MILBANK.COM<br>SKHALIL@MILBANK.COM<br>AHARMEYER@MILBANK.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | ATTN: DAVID K. SHIM, ESQ.<br>ONE STATE STREET<br>HARTFORD CT 06103-3178 | DAVID.SHIM@MORGANLEWIS.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 | MARJORIE.CRIDER@MORGANLEWIS.COM<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM<br>BKEILSON@MORRISJAMES.COM<br>CDONNELLY@MORRISJAMES.COM | Email |
| COUNSEL TO CRAFTY (AL) LLC ("CRAFTY") | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER & AUSTIN T. PARK<br>1201 N. MARKET STREET, SUITE 1600<br>P.O. BOX 1347<br>WILMINGTON DE 19899-1347 | CMILLER@MORRISNICHOLS.COM<br>APARK@MORRISNICHOLS.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE AD HOC TERM LOAN GROUP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER<br>1201 N. MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801 | RDEHNEY@MORRISNICHOLS.COM<br>MHARVEY@MORRISNICHOLS.COM<br>BDOLPHIN@MORRISNICHOLS.COM<br>DCULVER@MORRISNICHOLS.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | NINGBO WINLEAD ORNAMENT CO LTD | ATTN: BONNIE ZENG, DIRECTOR OF SALES<br>SCIENCE AND TECHNOLOGY PLAZA<br>10/F 4TH BUILDING<br>NINGBO 315000 CHINA | BONNIE@WL-ORNAMENT.COM | First Class Mail and Email |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MALCOLM M. BATES<br>US DEPARTMENT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801 | MALCOLM.M.BATES@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO KIMCO REALTY CORPORATION | OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQUIRE<br>222 DELAWARE AVENUE<br>SUITE 1105<br>WILMINGTON DE 19801 | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ORIENTAL CRAFT IND CO LTD | ATTN: RICKY CHEUNG, CHIEF EXECUTIVE OFFICER<br>RM B2, 5F SING MEI INDUSTRIAL BUILD<br>27-29 KWAI WING ROAD<br>KWAI CHUNG, HONG KONG HONG KONG | RICKY_ORIENTALCRAFT@YAHOO.COM.HK | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY<br>MERKEZ MAHALLESI<br>BAGLAR CADDESI NO. 14/B 34406<br>KAGITHANE, ISTANBUL TURKEY | GOCALGIRAY@ORMO.COM.TR | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY, CHIEF EXECUTIVE OFFICER<br>KAGITHANE OFISPARK, MERKEZ MAHALLES<br>FAITH CAD. GOLYOLU HARMANSAZI MEVKIT<br>ORHANGAZI 16800 TURKEY | DDAGISTANI@ORMO.COM.TR | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | OTTLITE TECHNOLOGIES, INC. | ATTN: JOHN SHEPPARD, CHIEF EXECUTIVE OFFICER<br>1715 N WESTSHORE BLVD<br>SUITE 950<br>TAMPA FL 33607 | JOHN.SHEPPARD@OTTLITE.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL, ESQ.<br>919 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | BSANDLER@PSZJLAW.COM<br>JONEILL@PSZJLAW.COM | Email |
| COUNSEL TO CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | EBCALVO@PBFCM.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FRISCO ISD, PLANO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REESE<br>1919 S. SHILOH RD.<br>SUITE 640, LB40<br>GARLAND TX 75042 | lREECE@PBFCM.COM | Email |
| COUNSEL TO CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | POTTER ANDERSON & CORROON LLP | ATTN: M. BLAKE CLEARY, GREGORY J. FLASSER<br>1313 N. MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801 | BCLEARY@POTTERANDERSON.COM<br>GFLASSER@POTTERANDERSON.COM | Email |
| COUNSEL TO MANN ENTERPRISES, INC. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ.<br>525 B STREET<br>SUITE 2200<br>SAN DIEGO CA 92101 | GERALD.KENNEDY@PROCOPIO.COM | Email |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | PROSKAUER ROSE LLP | ATTN: ANDREW BETTWY, ESQ.<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | ABETTWY@PROSKAUER.COM | Email |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ.<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110 | CDALE@PROSKAUER.COM | Email |
| PUERTO RICO ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | R.M. PALMER COMPANY LLC | ATTN: RICHARD PALMER, CHIEF EXECUTIVE OFFICER<br>1800 ELMWOOD AVENUE<br>BUFFALO NY 14207 | DJH@RMPALMER.COM | First Class Mail and Email |
| COUNSEL TO BIRCH RUN STATION, LLC | RASHTI AND MITCHELL, ATTORNEYS AT LAW | ATTN: TIMOTHY T. MITCHELL, ESQUIRE<br>4422 RIDGESIDE DRIVE<br>DALLAS TX 75244 | TIM@RASHTIANDMITCHELL.COM<br>DKRM@AOL.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO<br>1201 NORTH MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 | KGWYNNE@REEDSMITH.COM<br>JANGELO@REEDSMITH.COM | First Class Mail and Email |
| COUNSEL TO ASL INVESTMENTS, LLC | REEDER LAW CORPORATION | ATTN: DAVID M. REEDER, ESQ.<br>1801 CENTURY PARK EAST<br>16TH FLOOR<br>LOS ANGELES CA 90067 | DAVID@REEDERLAW.COM | Email |
| COMMITTEE OF UNSECURED CREDITORS | REGENCY CENTERS, L.P. | ATTN: ERNST BELL<br>ONE INDEPENDENT DRIVE<br>SUITE 114<br>JACKSONVILLE FL 32202 | ERNSTBELL@REGENCYCENTERS.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SVP SEWING BRANDS LLC ("SVP SEWING") | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ALEXANDER R. STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | STEIGER@RLF.COM<br>COLLINS@RLF.COM | Email |
| COUNSEL TO STUDIO ELUCEO LTD ("STUDIO ELUCEO") | SAUL EWING LLP | ATTN: EVAN T. MILLER, ESQUIRE<br>1201 N. MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | EVAN.MILLER@SAUL.COM | Email |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, AND RICHMOND STATION LLC, FAIRWAY-FALLS, LLC | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQUIRE<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | MONIQUE.DISABATINO@SAUL.COM | Email |
| COUNSEL TO STUDIO ELUCEO LTD ("STUDIO ELUCEO") | SAUL EWING LLP | ATTN: RYAN COY, ESQUIRE<br>1888 CENTURY PARK E, SUITE 1500<br>LOS ANGELES CA 90067 | RYAN.COY@SAUL.COM | Email |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, AND RICHMOND STATION LLC | SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA PA 19102 | TURNER.FALK@SAUL.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC. | SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA, ESQUIRE<br>233 S. WACHER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606 | JSOWKA@SEYFARTH.COM | Email |
| COMMITTEE OF UNSECURED CREDITORS | SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | RTUCKER@SIMON.COM | Email |
| COUNSEL TO BRIDGE33 CAPITAL LLC, RPI RIDGMAR TOWN SQUARE, LTD. | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ.<br>16200 ADDISON ROAD<br>SUITE 140<br>ADDISON TX 75001 | MSHRIRO@SINGERLEVICK.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO G&I IX EMPIRE MCKINLEY MILESTRIP LLC, ARD MACARTHUR LLC, CONCORD RETAIL PARTNERS, L.P. | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE<br>123 SOUTH BROAD STREET<br>SUITE 2100<br>PHILADELPHIA PA 19109 | DPLON@SIRLINLAW.COM | Email |
| COUNSEL TO ALAMO CENTER, LLC | SOLOMON WARD SEIDENWURM & SMITH LL | ATTN: MICHAEL D. BRESLAUER<br>401 B STREET, SUITE 1200<br>SAN DIEGO CA 92101 | MBRESLAUER@SWSSLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SPRINGS CREATIVE PRODUCTS GROUP | ATTN: DERICK CLOSE, CHIEF EXECUTIVE OFFICER<br>300 CHATHAM AVENUE<br>SUITE 100<br>ROCK HILL SC 29730 | DERICK.CLOSE@SPRINGSCREATIVE.COM | First Class Mail and Email |
| COUNSEL TO BAYSHORE VILLAGE (U.S.), INC. | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQUIRE<br>P.O. BOX 5315<br>PRINCETON NJ 08543 | JLEMKIN@STARK-STARK.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>501 WASHINGTON AVE.<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1031 W. 4TH AVENUE<br>SUITE 200<br>ANCHORAGE AK 99501-1994 | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail and Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1300 "I" STREET<br>SACRAMENTO CA 95814-2919 | BANKRUPTCY@COAG.GOV | First Class Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | First Class Mail and Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 QUEEN ST<br>HONOLULU HI 96813 | | First Class Mail |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET, SUITE 210<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JAMES R. THOMPSON CTR.<br>100 W. RANDOLPH ST.<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | First Class Mail and Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>302 W. WASHINGTON ST.<br>5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | First Class Mail and Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>HOOVER STATE OFFICE BLDG.<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | First Class Mail and Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601-3449 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1885 NORTH THIRD STREET<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | First Class Mail and Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE HOUSE STATION 6<br>AUGUSTA  ME 04333-0000 | KAITLYN.M.HUSAR@MAINE.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | First Class Mail and Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | First Class Mail and Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUITE 102. STATE CAPITAL<br>75 DR. MARTIN LUTHER KING JR. BLVD.<br>ST. PAUL MN 55155 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>550 HIGH STREET<br>SUITE 1200<br>JACKSON MS 39201 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65101 | ATTORNEY.GENERAL@AGO.MO.GOV | First Class Mail and Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>215 N. SANDERS<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | First Class Mail and Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>P.O. BOX 98920<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | First Class Mail and Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1 GRANITE PLACE SOUTH<br>CONCORD NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail and Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | First Class Mail and Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FLOOR<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF JUSTICE<br>P.O. BOX 629<br>RALEIGH NC 27602-0629 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | First Class Mail and Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE OFFICE TOWER<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43266-0410 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | First Class Mail and Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>REMBERT C. DENNIS OFFICE BLDG.<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | First Class Mail and Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37243 | GINA.HANTEL@AG.TN.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL, ROOM 236<br>SALT LAKE CITY UT 84114-0810 | UAG@UTAH.GOV | First Class Mail and Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | First Class Mail and Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>202 NORTH NINTH STREET<br>RICHMOND VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>1900 KANAWHA BLVD., E.<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | STEELWORKERS PENSION TRUST | ATTN: WITHDRAWAL LIABILITY DEPARTMENT<br>7 NESHAMINY INTERPLEX DR.<br>BENSALEM PA 19020 | QUESTIONS@SPT-USW.ORG | First Class Mail and Email |
| COUNSEL TO GANGA ACROWOOLS LIMITED ("GANGA") | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>919 NORTH MARKET STREET, SUITE 420<br>WILMINGTON DE 19801 | WHAZELTINE@SHA-LLC.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | SUNYIN (HK) HOLDING LIMITED | ATTN: CHEN FENG, PRESIDENT, BRANDON GRETHER<br>UNIT A 25/F ONE ISLAND SOUTH<br>2 HEUNG YIP ROAD<br>WONG CHUK HANGHK, HONG KONG 999077 HONG KONG | RUBY.WANG@KERINESUNTEXTILE.COM<br>BRANDON.GRETHER@SUNYIN.COM | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SVP SEWING BRANDS LLC | ATTN: JASON FORCIER, CHIEF EXECUTIVE OFFICER<br>1714 HEIL QUAKER BLVD<br>SUITE 130<br>LA VERGNE TN 37086 | JASON.FORCIER@SVPWORLDWIDE.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO WESTMINSTER GRANITE MAIN LLC | TENENBAUM & SAAS, P.C. | ATTN: BRADSHAW ROST, ESQ.<br>4504 WALSH STREET<br>SUITE 200<br>CHEVY CHASE MD 20815 | BROST@TSPCLAW.COM | Email |
| COUNSEL TO THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION | ATTN: CHRISTOPHER S. MURPHY<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV | Email |
| COUNSEL TO CB PASO, LLC | THE EHRLICH LAW FIRM | ATTN: WILLIAM EHRLICH<br>444 EXECUTIVE CENTER BLVD<br>SUITE 240<br>EL PASO TX 79902 | WILLIAM@EHRLICHLAWFIRM.COM | Email |
| COUNSEL TO VIITION (ASIA) LIMITED | THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ.<br>824 N. MARKET ST.<br>SUITE 810<br>WILMINGTON DE 19801 | ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM | Email |
| COUNSEL TO RIVER RIDGE MALL JV, LLC | THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE, ESQ.<br>312 WALNUT STREET – SUITE 2000<br>CINCINNATI OH 45202-4029 | LOUIS.SOLIMINE@THOMPSONHINE.COM | Email |
| UNITED STATES DEPARTMENT OF JUSTICE | UNITED STATES DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT<br>955 PENNSLYVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS<br>1313 N MARKET STREET<br>P.O. BOX 2046<br>WILMINGTON DE 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | VIITION (ASIA) LIMITED | ATTN: PEIYUAN WANG, GENERAL MANAGER<br>FLAT/RM D03, BLK A, 12/F<br>19-25 SHAN MEI ST<br>SHA TIN, NT NEW TERRITORIES 999077 HONG KONG | SUPPORT@VIITION.COM<br>YUAN@DEYUCRAFT.COM | First Class Mail and Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>400 6TH ST., NW.<br>WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail and Email |
| COUNSEL TO WITTE PLAZA, LTD. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>24 GREENWAY PLAZA<br>SUITE 2050<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | Email |