IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ) | Case No. 25-10068-CTG |
| JOANN, INC., *et al.,* ) | Judge Craig T. Goldblatt |
| ) | |
| Debtor. ) | |

## REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS AND PLEADINGS

Please take notice that the Law Firm of Wiles & Wiles, LLP counsel for AmericasMart Real Estate, LLC, hereby requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for AmericasMart Real Estate, LLC:

> John J. Wiles, Esq.
> Wiles & Wiles, LLP
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, inter alia, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other document brought before this Court in any case, whether formal or informal, written or oral, or transmitted by mail

delivery, CM/ECF, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

        This   24th   day of        February        , 2025.

                                  Respectfully submitted,

                                  /s/John J. Wiles
                                John J. Wiles, Esq.
                                Georgia Bar No. 758698

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
bankruptcy@evict.net
A60.900 \ Request for notices 02-2025

## CERTIFICATE OF SERVICE

        I hereby certify that on February 24, 2025, a true and correct copy of the foregoing Request for Copies of all Notices, Documents and Pleadings was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned Chapter 11 case.

                                /s/John J. Wiles
                                John J. Wiles, Esq.
                                Georgia Bar No. 758698

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
bankruptcy@evict.net