# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtor. | (Jointly Administered) |
| | **Related Docket No. 265** |

## ORDER GRANTING MOTION OF IG DESIGN GROUP AMERICAS, INC. TO FILE "EXHIBIT A" TO THE MOTION TO COMPEL UNDER SEAL

Upon the motion (the "**Seal Motion**")[2] of IG Design Group Americas, Inc., and its affiliates, including, but not limited to, Simplicity Creative Corp., and The McCall Pattern Company, Inc. (collectively, "**DGA**"), for entry of an order pursuant to sections 105 and 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, (i) authorizing DGA to file the Consignment Agreement, which is attached to the Motion as Exhibit A, under seal, (ii) authorizing the filing of the redacted version of the Consignment Agreement, attached hereto as **Exhibit 1**, and (iii) granting such; the Court finds that: (i) it has jurisdiction over the matters raised in the Seal Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Seal Motion is in the best interest of all parties; (iv) proper and adequate notice of the Seal Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Seal Motion.

thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Seal Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, DGA is authorized to file the Consignment Agreement, attached as <u>Exhibit A</u> to the Motion, under seal.

3. Pursuant to Local Rule 9018-1(d)(i) and (iv) the proposed redacted version of the Consignment Agreement attached hereto as **<u>Exhibit 1</u>** is approved.

4. All parties in interest in these bankruptcy cases are ordered to file any materials related to the Consignment Agreement under seal, in accordance with the Local Rules.

5. The Clerk of the Court is directed to file and maintain the unredacted <u>Exhibit A</u> of the Motion, which consists of the Consignment Agreement, under seal and shall not make the Consignment Agreement publicly available. The Consignment Agreement shall not be unsealed unless and until permitted by further order of this Court.

6. DGA is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: February 25th, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

4936-9651-4838, v. 2