**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
JOANN INC., *et al.*,[1]                                     :   Case No. 25-10068 (CTG)
                                                             :
                         Debtors.                            :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), King & Spalding LLP and

Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as counsel to Project Swift

LLC ("Project Swift") in the above-captioned cases, and request, pursuant to Bankruptcy Rules

2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings

in this case be given and served upon the undersigned counsel as follows:

J. Eric Wise, Esq.
Nancy Marie Bello, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Email: ewise@kslaw.com
          nbello@kslaw.com

Sean M. Beach (Bar No 4070)
YOUNG CONAWAY STARGATT & TAYLOR,
LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
**CM/ECF Noticing**: bankfilings@ycst.com
Email: sbeach@ycst.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by Project Swift to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Project Swift or (b) a waiver of any right of Project Swift (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which Project Swift is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

32891519.1

Date:  February 25, 2025
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (Bar No 4070)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Email:  sbeach@ycst.com

-and-

J. Eric Wise, Esq.
Nancy Marie Bello, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 556-2100
Email:  ewise@kslaw.com
        nbello@kslaw.com

*Counsel to Project Swift LLC*

32891519.1

3