**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING**
**CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**

The undersigned proposed counsel to the above captioned debtors and debtors in possession hereby certifies the following:

1.      On January 15, 2025 (the "Petition Date"), JOANN Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief in the United States Bankruptcy Court for the District of Delaware (the "Court") under title 11 of the United States Code, §§ 101–1532.

2.      On January 28, 2025, the Office of the United States Trustee for the District of Delaware filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 198] appointing the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases.

3.      The Debtors, the Committee and certain beneficial holders or the investment advisors or managers for certain beneficial holders (collectively, the "Ad Hoc Term Loan Group"),

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1903P Loan Agent, LLC, and Bank of America, N.A. have entered into a *Confidentiality Agreement and Stipulated Protective Order* (the "<u>Confidentiality Agreement and Protective Order</u>") that will, subject to Court approval, govern the exchange and use of confidential information between the Debtors, the Committee, certain of the Debtors' creditors and other constituents that are signatories to the Confidentiality Agreement and Protective Order, and any other persons or entities who become bound by the Confidentiality Agreement and Protective Order.

4.      Attached hereto as **<u>Exhibit A</u>** is a proposed form of order (the "<u>Proposed Order</u>") approving the Confidentiality Agreement and Protective Order.  The Confidentiality Agreement and Protective Order is attached as <u>Annex 1</u> to the Proposed Order.

5.      The Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 25, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

<div style="display:flex">

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              snewman@coleschotz.com
              mfitzpatrick@coleschotz.com
              jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        anup.sathy@kirkland.com
              jeff.michalik@kirkland.com
              lindsey.blumenthal@kirkland.com

</div>

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*