**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>Objection Deadline: Feb. 25, 2025 at 5:00 p.m.<br>Hearing Date: Feb. 26, 2025 at 2:00 p.m.<br>Related to Docket Nos. 17, 446, 486 & 493 |

**RESERVATION OF RIGHTS OF ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; ACADIA REALTY LIMITED PARTNERSHIP; AMERICAN FORK SC, LLC; BMA JC LLC; BRIXMOR OPERATING PARTNERSHIP LP; CCA-RSSC LLC EDENS; EREP FOREST HILL I, LLC, FEDERAL REALTY OP LP; GALLATIN MALL GROUP, L.L.C.; HUTENSKY CAPITAL PARTNERS, LLC; LANCASTER DEVELOPMENT COMPANY LLC; MARKETPLACE WEST PARTNERS, LLC; NNN YULEE FL OWNER LP; REM FAMILY CENTER, LLC; PAYNTER REALTY; PBA II, LLC; PRIDE CENTER CO., LLC; RD MANAGEMENT, LLC; RENAISSANCE PARTNERS I, LLC; RIVER PARK PLAZA, L.P.; SANTA SUSANA GRF2, LLC; SHERMAN COMMONS, L.P.; SHOPS AT LINDALE, LLC; SHOPPING CENTER ASSOCIATES, LP; TPP 217 TAYLORSVILLE, LLC; THE STERLING ORGANIZATION; UFPTFC, LLC & BBTFC LLC;WESTFORD VALLEY MARKETPLACE, INC.; AND ZAREMBA METROPOLITAN MIDLOTHIAN, LLC TO ENTRY OF APPROVAL ORDER**

ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; Acadia Realty Limited Partnership; American Fork SC, LLC; BMA JC LLC; Brixmor Operating Partnership LP; CCA-RSSC LLC; EDENS; EREP Forest Hill I, LLC,; Federal Realty OP LP; Gallatin Mall Group, L.L.C.; Hutensky Capital Partners, LLC; Lancaster Development Company LLC; Marketplace

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

West Partners, LLC; NNN Yulee FL Owner LP; Orem Family Center, LLC; Paynter Realty; PBA II, LLC; Pride Center Co., LLC; RD Management, LLC; Renaissance Partners I, LLC; River Park Plaza, L.P.; Santa Susana GRF2, LLC; Sherman Commons, L.P., Shops at Lindale, LLC; Shopping Center Associates, LP; TPP 217 Taylorsville, LLC; The Sterling Organization; UFPTFC, LLC & BBTFC LLC; Westford Valley Marketplace, Inc.; and Zaremba Metropolitan Midlothian, LLC (collectively, the "Landlords"), hereby file this reservation of rights (the "Reservation"), by and through their undersigned counsel, to entry of an order approving the sale of the Debtors' assets in connection with the *Motion of Debtors for Entry of an Order (I) Approving Bidding (II) Scheduling Certain Cates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief* [D.I. 17] (the "Sale Motion")[2] and state as follows:

**I.    FACTUAL AND PROCEDURAL BACKGROUND**

1. JOANN INC. and certain of its debtor affiliates (collectively, the "Debtors"), filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on January 15, 2025 (the "Petition Date"). The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.[3]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Sale Motion.

[3] Unless otherwise specified, all statutory references to "Section" are to 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2

2. The Debtors lease retail space (the "Premises") from the Landlords pursuant to unexpired leases of nonresidential real property (individually, a "Lease," and collectively, the "Leases") at the locations (the "Centers") set forth on the attached Schedule A.

3. The Leases are leases "of real property in a shopping center" as that term is used in Section 365(b)(3). See In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-87 (3d Cir. 1990).

4. On the Petition Date, the Debtors filed the Sale Motion, seeking, *inter alia*, approval of certain procedures and dates with respect to the sale of substantially all of their assets, including assumption and assignment of leases.

5. On February 16, 2025, the Court entered an order approving certain procedures and deadlines in connection with the Sale Motion [D.I. 446] (the "Bid Procedures Order").

6. Pursuant to the Bid Procedures Order, on February 19, 2025, the Debtors filed a *Notice of Auction*, indicating that an Auction would be held on February 21, 2025 in connection with the sale of the Debtors' Assets. [D.I. 461]. An Auction was held on February 21 and 22, 2025.

7. At the conclusion of the Auction, and as set forth in the *Notice of Winning Bidder for Certain of the Debtors' Assets* filed on February 22, 2025 [D.I. 480], the Debtors selected GA Joann Retail Partnership, LLC, a subsidiary of GA Group, a provider of asset disposition, valuation, appraisal, and real estate services, together with Wilmington Savings Fund Society, FSB, in its capacity as Prepetition Term Loan Agent, as the Winning Bidder.

8. On February 24, 2025, the Debtors filed the *Notice of Filing Winning Bidder Agency Agreement* [D.I. 486], which included a copy of the Agency Agreement governing the sale of the Debtors' Assets to the Winning Bidder. Pursuant to the Agency Agreement, the Winning Bidder is purchasing, *inter alia*, the right to "designat[e] the purchasers, assignees, sublessees, or

other transferees of any or all of Merchant's unexpired leases of non-residential real property . . . in accordance with the procedures under the Approval Order (as defined below) and subject to the assumption and assignment procedures to be incorporated in the Approval Order." Agency Agmt., § 1(c). "Approval Order" is defined in the Agency Agreement as this Court's order approving the transactions contemplated by the Agency Agreement, including certain express provisions to be included therein. *See* Agency Agmt., § 2.

9. Pursuant to the Bid Procedures Order, objections to the proposed sale must be filed by February 25, 2025 at 5:00 p.m. (ET) (the "Sale Objection Deadline").

10. A draft Approval Order was previously provided to Landlords' counsel, and a revised form of Approval Order was filed today shortly before the Sale Objection Deadline [D.I. 493], which Landlords continue to review.

## II. RESERVATION OF RIGHTS

11. Landlords have no objection to the Debtors' selection of the Winning Bidder or the Court's approval of the Agency Agreement. Based on the Agency Agreement, statements at the Auction, and discussions with the Debtors and the Official Committee of Unsecured Creditors (the "Committee"), Landlords believe that the Winning Bidder does not intend to assume and assign any leases upon entry of the Approval Order and closing of the Agency Agreement, and instead proposes to address the treatment of all leases at a later date through the exercise of its post-closing designation rights.

12. The draft of the Approval Order provided to Landlords, however, contained many findings of fact and conclusions of law relating to assumption and assignment of leases that are premature at this juncture, and should instead be included in the form of assumption and assignment order following the designation rights process.

13. Further, the draft Approval Order failed to provide specificity as to the procedures for implementation of the Winning Bidder's designation rights with respect to leases, including the time and content of the notice of potential assignment (including proposed cure amounts), the provision of adequate assurance information for any proposed assignee, the proposed form of assumption and assignment order, and the timing and process for filing and adjudication of any objections to a proposed assignment.

14. Landlords do not believe there is any substantive dispute among the parties, but rather, the issue is simply the appropriate documentation of an Approval Order. The issues Landlords raise herein can be easily addressed through either (i) a streamlining of the relief sought in the Approval Order to fully reserve the designation rights process and related assumption and assignment of leases to a subsequent motion, or (ii) eliminating the premature findings of fact and conclusions of law from this Approval Order and incorporating the designation rights procedures now to set out the process for exercise of the Winning Bidder's lease designation rights.

15. Landlords will continue to work with the Debtors, the Committee, and the Winning Bidder to reach a mutually-agreeable form of Approval Order, but file this Reservation in light of the Sale Objection Deadline in order preserve their right to raise any such unresolved issues with the proposed form of Approval Order at the hearing.

### III. CONCLUSION

Accordingly, any Approval Order should be modified as set forth herein, and Landlords reserve all rights related to the form of Approval Order that is ultimately submitted to the Court.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: February 25, 2025<br>Wilmington, Delaware | */s/ Laurel D. Roglen*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>Margaret A. Vesper (DE No. 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>           roglenl@ballardspahr.com<br>           vesperm@ballardspahr.com<br><br>-and-<br><br>Dustin P. Branch, Esquire<br>Nahal Zarnighian, Esquire<br>Sara Shahbazi, Esquire<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, California 90067-2915<br>Telephone: (424) 204-4400<br>Facsimile: (424) 204-4350<br>E-mail: branchd@ballardspahr.com<br>           zarnighiann@ballardspahr.com<br>           shahbazis@ballardspahr.com<br><br>*Counsel ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; Acadia Realty Limited Partnership; American Fork SC, LLC; BMA JC LLC; Brixmor Operating Partnership LP; CCA-RSSC LLC; EDENS; EREP Forest Hill I, LLC,; Federal Realty OP LP; Gallatin Mall Group, L.L.C.; Hutensky Capital Partners, LLC; Lancaster Development Company LLC; Marketplace West Partners, LLC; NNN Yulee FL Owner LP; Orem Family Center, LLC; Paynter Realty; PBA II, LLC; Pride Center Co., LLC; RD Management, LLC; Renaissance Partners I, LLC; River Park Plaza, L.P.; Santa Susana GRF2, LLC; Sherman Commons, L.P., Shops at Lindale, LLC; Shopping Center Associates, LP; TPP 217 Taylorsville, LLC; The Sterling Organization; UFPTFC, LLC & BBTFC LLC; Westford Valley Marketplace, Inc.; and Zaremba Metropolitan Midlothian, LLC* |

## SCHEDULE A

| | | |
|---|---|---|
| **ARC CLORLFL001, LLC** | | |
| Store No. 1908 | Colonial Landing | Orlando, FL |
| **ARC NLLKLFL001, LLC** | | |
| Store No. 0312 | North Lakeland Plaza | Lakeland, FL |
| **ARC SMWMBFL001, LLC** | | |
| Store No. 2118 | Shoppes of West Melbourne | West Melbourne, FL |
| **ARG JAFPTIL001, LLC** | | |
| Store No. 2418 | West Avenue Shopping Center | Freeport, IL |
| **ARG MHMORNC001, LLC** | | |
| Store No. 2318 | Morganton Heights | Morganton, NC |
| **ARG OTOWEKY001, LLC** | | |
| Store No. 2233 | Owensboro Towne Center | Owensboro, KY |
| **ACADIA REALTY LIMITED PARTNERSHIP** | | |
| Store No. 2373 | Merrillville Plaza | Merrillville, IN |
| Store No. 0539 | New Towne Center | Canton, MI |
| **AMERICAN FORK SC, LLC** | | |
| Store No. 2331 | American Fork Center | American Fork, UT |
| **BMA JC LLC** | | |
| Store No. 2220 | Joliet Commons | Joliet, IL |
| **BRIXMOR OPERATING PARTNERSHIP LP** | | |
| Store No. 2477 | Burning Tree Plaza | Duluth, MN |
| Store No. 0904 | Capitol Shopping Center | Concord, NH |
| Store No. 2342 | Cayuga Shopping Center | Ithaca, NY |
| Store No. 2574 | Dickson City Crossings | Dickson City, PA |
| Store No. 2381 | Fox Run Shopping Center | Prince Frederick, MD |
| Store No. 2198 | High Point Centre | Lombard, IL |
| Store No. 2520 | Hilltop Plaza | Virginia Beach, VA |
| Store No. 0677 | Holyoke Shopping Center | Holyoke, MA |
| Store No. 2116 | Lakes Crossing | Norton Shores, MI |
| Store No. 2579 | Parkway Plaza | Vestal, NY |
| Store No. 0429 | Pine Tree Shopping Center | Portland, ME |
| Store No. 0138 | Rivercrest Shopping Center | Crestwood, IL |
| Store No. 0824 | Seacoast Shopping Center | Seabrook, NH |
| Store No. 1586 | Southland Shopping Center | Middleburg Heights, OH |
| Store No. 2136 | South Towne Centre | Dayton, OH |
| Store No. 1924 | The Plaza at Buckland Hills | Manchester, CT |
| Store No. 1107 | Venice Village | Venice, FL |
| Store No. 2344 | West Loop Shopping Center | Manhattan, KS |
| Store No. 2390 | Westminster City Center | Westminster, CO |
| **CCA-RSSC LLC** | | |
| Store No. 2180 | Renaissance Square | Cedar City, UT |

| | | |
|---|---|---|
| **EDENS** | | |
| Store No. 0777 | Middlesex Commons | Burlington, MA |
| Store No. 2182 | ShopRite Plaza | Brookfield, CT |
| **EDENS** | | |
| Store No. 2536 | The Shops of Forest Hill | Germantown, TN |
| **FEDERAL REALTY OP LP** | | |
| Store No. 0551 | One On Mercer | Lawrenceville, NJ |
| **GALLATIN MALL GROUP, L.L.C.** | | |
| Store No. 1695 | Gallatin Valley Mall | Bozeman, MT |
| **HUTENSKY CAPITAL PARTNERS, LLC** | | |
| Store No. 2048 | Bloomingdale Court | Bloomingdale, IL |
| Store No. 2272 | Golden Gate Shopping Center | Mayfield Heights, OH |
| Store No. 2103 | Lake View | Orland Park |
| Store No. 1858 | Northglenn Marketplace | Northglenn, CO |
| **LANCASTER DEVELOPMENT COMPANY LLC** | | |
| Store No. 2218 | Willamette Town Center | Salem, OR |
| **MARKETPLACE WEST PARTNERS, LLC** | | |
| Store No. 2315 | Marketplace West | Billings, MT |
| **NNN YULEE FL OWNER LP** | | |
| Store No. 2335 | Villages of Amelia | Yulee, FL |
| **OREM FAMILY CENTER, LLC** | | |
| Store No. 1756 | The Family Center at Orem | Orem, UT |
| **PAYNTER REALTY** | | |
| Store No. 2428 | Clovis Crossing | Clovis, CA |
| Store No. 2473 | Sequoia Plaza | Visalia, CA |
| **PBA II, LLC** | | |
| Store No. 0871 | Peninsula Boardwalk | Redwood City, CA |
| **PRIDE CENTER CO., LLC** | | |
| Store No. 2374 | Pride Center | Woodland Hills, CA |
| **RD MANAGEMENT, LLC** | | |
| Store No. 173 | Merchants Crossing | N. Ft. Myers, FL |
| Store No. 1244 | Shady Oaks Shopping Center | Ocala, FL |
| **RENAISSANCE PARTNERS I, LLC** | | |
| Store No. 2013 | Pueblo Mall | Pueblo, CO |
| **RIVER PARK PLAZA, LP** | | |
| Store No. 2084 | River Park Plaza | Fresno, CA |
| **SANTA SUSANA GRF2, LLC** | | |
| Store No. 1818 | Santa Susana Plaza | Simi Valley, CA |
| **SHERMAN COMMONS, L.P.** | | |
| Store No. 2308 | Sherman Commons | Sherman, TX |
| **SHOPS AT LINDALE, LLC** | | |
| Store No. 2306 | Shops at Lindale | Cedar Rapids, IA |

| | | |
|---|---|---|
| **SHOPPING CENTER ASSOCIATES, LP** | | |
| Store No. 2090 | Perring Plaza | Parkville, MD |
| **TPP 217 TAYLORSVILLE, LLC** | | |
| Store No. 2074 | The Crossroads of Taylorville | Taylorsville, UT |
| **THE STERLING ORGANIZATION** | | |
| Store No. 1596 | Coral Landings | Margate, FL |
| Store No. 1875 | Fairfax Towne Center | Fairfax, VA |
| Store No. 2005 | Presidential Commons | Snellville, GA |
| **UFPTFC, LLC & BBTFC LLC** | | |
| Store No. 2528 | 2330 E 3300 S | Salt Lake City, UT |
| **WESTFORD VALLEY MARKETPLACE, INC.** | | |
| Store No. 0472 | Westford Valley Marketplace | Westford, MA |
| **ZAREMBA METROPOLITAN MIDLOTHIAN, LLC** | | |
| Store No. 2141 | Westchester Commons | Midlothian, VA |