# **CERTIFICATE OF SERVICE**

I certify that, on February 25, 2025, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

/s/ Laurel D. Roglen
Laurel D. Roglen (DE 5759)
BALLARD SPAHR LLP

| *Via First-Class Mail* | *Via E-Mail and First-Class Mail* |
|---|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, Ohio 44236<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer<br><br>**Debtors** | Aparna Yenamandra, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: aparna.yenamandra@kirkland.com<br><br>**Counsel to the Debtors** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and Hand Delivery* |
| Jeffrey Michalik<br>Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>E-mail: jeff.michalik@kirkland.com<br>          lindsey.blumenthal@kirkland.com<br><br>**Counsel to the Debtors** | Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>E-mail: preilley@coleschotz.com<br>          snewman@coleschotz.com;<br>          mfitzpatrick@coleschotz.com<br>          jdougherty@coleschotz.com<br><br>**Counsel to the Debtors** |
| *Via E-Mail and Hand Delivery* | *Via E-mail and First-Class Mail* |
| Malcolm M. Bates<br>Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>E-mail: malcolm.m.bates@usdoj.gov<br><br>**United States Trustee** | Christopher Carter<br>Marjorie Crider<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>E-mail: christopher.carter@morganlewis.com<br>          marjorie.crider@morganlewis.com<br><br>**Counsel Prepetition ABL Agent** |

*Via E-Mail and First-Class Mail*

John Ventola
Jonathan Marshall
Choate Hall & Stewart LLP
2 International Place
Boston, Massachusetts 02110
E-mail: jventola@choate.com
       jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

*Via E-Mail and First-Class Mail*

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Matthew Bentley
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and Hand Delivery*

Bradford J. Sandler
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
E-mail: bsandler@pszjlaw.com
       joneill@pszjlaw.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Scott Greenberg
Kevin Liang
Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
       KLiang@gibsondunn.com
       JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender Ad Hoc Group**

*Via E-Mail and First-Class Mail*

Jonathan Bagg
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Steven Reisman
Cindi Giglio
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020
E-mail: sreisman@katten.com
       cgiglio@katten.com

**Counsel to Gordon Brothers Retail Partners, LLC**

*Via E-Mail and First-Class Mail*

Jason R. Adams
Eric R. Wilson
Maeghan McLoughlin
Andres Barajas
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
E-mail: jadams@kelleydrye.com
       ewilson@kelleydrye.com
       mmcloughlin@kelleydrye.com
       abarajas@kelleydrye.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**