**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., et al.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 11, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on Office of The United States Trustee, Attn: Malcolm M. Bates, Malcolm.M.Bates@Usdoj.Gov; Ustpregion03.Wl.Ecf@Usdoj.Gov:

- Statement of Financial Affairs for JOANN Inc. (Case No. 25-10068) [Docket No. 359]

- Statement of Financial Affairs for JOANN Holdings 1, LLC (Case No. 25-10069) [Docket No. 360]

- Statement of Financial Affairs for JOANN Holdings 2, LLC (Case No. 25-10070) [Docket No. 361]

- Statement of Financial Affairs for Needle Holdings LLC (Case No. 25-10071) [Docket No. 362]

- Statement of Financial Affairs for Jo-Ann Stores, LLC (Case No. 25-10072) [Docket No. 363]

- Statement of Financial Affairs for Creative Tech Solutions LLC (Case No. 25-10073) [Docket No. 364]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Statement of Financial Affairs for Creativebug, LLC (Case No. 25-10074) [Docket No. 365]

- Statement of Financial Affairs for WeaveUp, Inc. (Case No. 25-10075) [Docket No. 366]

- Statement of Financial Affairs for JAS Aviation, LLC (Case No. 25-10076) [Docket No. 367]

- Statement of Financial Affairs for joann.com, LLC (Case No. 25-10077) [Docket No. 368]

- Statement of Financial Affairs for JOANN Ditto Holdings Inc. (Case No. 25-10078) [Docket No. 369]

- Statement of Financial Affairs for Jo-Ann Stores Support Center, Inc. (Case No. 25-10079) [Docket No. 370]

- Statement of Financial Affairs for Dittopatterns, LLC (Case No. 25-10080) [Docket No. 371]

- Schedules of Assets and Liabilities for JOANN, Inc. (Case No. 25-10068) [Docket No. 372]

- Schedules of Assets and Liabilities for JOANN Holdings 1, LLC (Case No. 25-10069) [Docket No. 373]

- Schedules of Assets and Liabilities for JOANN Holdings 2, LLC (Case No. 25-10070) [Docket No. 374]

- Schedules of Assets and Liabilities for Needle Holdings LLC (Case No. 25-10071) [Docket No. 375]

- Schedules of Assets and Liabilities for Jo-Ann Stores, LLC (Case No. 25-10072) [Docket No. 376]

- Schedules of Assets and Liabilities for Creative Tech Solutions LLC (Case No. 25-10073) [Docket No. 377]

- Schedules of Assets and Liabilities for Creativebug, LLC (Case No. 25-10074) [Docket No. 378]

- Schedules of Assets and Liabilities for WeaveUp, Inc. (Case No. 25-10075) [Docket No. 379]

- Schedules of Assets and Liabilities for JAS Aviation, LLC (Case No. 25-10076) [Docket No. 380]

- Schedules of Assets and Liabilities for joann.com, LLC (Case No. 25-10077) [Docket No. 381]

- Schedules of Assets and Liabilities for JOANN Ditto Holdings Inc. (Case No. 25-10078) [Docket No. 382]

- Schedules of Assets and Liabilities for Jo-Ann Stores Support Center, Inc. (Case No. 25-10079) [Docket No. 383]

- Schedules of Assets and Liabilities for Dittopatterns LLC (Case No. 25-10080) [Docket No. 384]

Dated: February 21, 2025

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 21, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028