**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, I caused the following:

1. **OBJECTION AND RESERVATION OF RIGHTS OF LANDLORD MANN ENTERPRISES, INC. TO NOTICE OF WINNING BIDDER FOR CERTAIN OF THE DEBTORS' ASSETS**

to be electronically filed and served via the Court's electronic case filing (ECF) systems on all parties receiving ECF notices in these cases.

I further certify that true and correct copies were also served on February 25, 2025, via email on the following parties:

| **Proposed Investment Banker to the Debtors** | **The Prepetition Term Loan Agent and Counsel Thereto** |
|---|---|
| Centerview Partners, LLC | ArentFox Schiff LLP |
| 31 West 52nd Street, 22nd Floor | 1301 A venue of the Americas, 4 2nd Floor |
| New York, NY 10019 | New York, NY 10019 |
| Kam Chopra (kchopra@centerview.com) | Jeffrey Gleit (jeffrey.gleit@afslaw.com) |
| Ryan Kielty (rkielty@centerview.com) | Jonathan Bagg (jonathan.bagg@afslaw.com) |
| Daniel Bendetson (dbendetson@centerview.com) | Matthew Bentley (matthew.bentley@afslaw.com) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

| | |
|---|---|
| **The Prepetition ABL Agent and Counsel Thereto**<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110<br>Marjorie Crider<br>(marjorie.crider@morganlewis.com)<br>Christopher L. Carter<br>(christopher.carter@morganlewis.com) | **The Prepetition FILO Agent and Counsel Thereto**<br>Choate, Hall & Stewart LLP<br>2 International Place<br>Boston, MA 02110<br>John F. Ventola (jventola@choate.com)<br>Jonathan D. Marshall<br>(jmarshall@choate.com) |
| **The Prepetition ABL Agent and Counsel Thereto**<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Kurt F. Gwynne (kgwynne@reedsmith.com)<br>Jason D. Angelo (jangelo@reedsmith.com) | **The Prepetition FILO Agent and Counsel Thereto**<br>DLA Piper LLP (US)<br>1201 N Market St, Suite 2100<br>Wilmington, DE 19801<br>Stuart Brwon<br>(Stuart.brown@us.dlapiper.com) |
| **The Prepetition Term Loan Lender Ad Hoc Group and Counsel Thereto**<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Scott Greenberg<br>(SGreenberg@gibsondunn.com)<br>Josh Brody (JBrody@gibsondunn.com)<br>Kevin Liang (KLiang@gibsondunn.com) | **The Prepetition Term Loan Lender Ad Hoc Group and Counsel Thereto**<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, NY 10035<br>Andrew Glenn (aglenn@glennagre.com)<br>Kurt Mayr (kmayr@glennagre.com)<br>Agustina Berro (aberro@glennagre.com)<br>Malak Doss (mdoss@glennagre.com)<br>Esther Hong (ehong@glennagre.com) |
| **The Prepetition Term Loan Lender Ad Hoc Group and Counsel Thereto**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Markey Street, 16th Floor<br>Wilmington, DE 19801<br>Donna Culver (dculver@morrisnichols.com)<br>Robert Dehney<br>(rdehney@morrisnichols.com)<br>Matthew Harvey<br>(mharvey@morrisnichols.com)<br>Brenna Dolphin<br>(bdolphin@morrisnichols.com) | **Agent:**<br>Joann Retail Partnership, LLC<br>c/o GA Group<br>30870 Russell Ranch Road, Suite 250<br>Westlake Village, CA 91362<br>Attn: Scott K. Carpenter<br>(scarpenter@brileyfin.com)<br>Tim Shilling (tshilling@brileyfin.com)<br>legal@brileyfin.com |

- 3 -

| | |
|---|---|
| **Agent:**<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Attn: Andrew Behlmann<br>(abehlmann@lowenstein.com) | |

*/s/ Gerald P. Kennedy*
Gerald P. Kennedy