## **CERTIFICATE OF SERVICE**

  I certify that, on February 7, 2025, a true and correct copy of the Limited Objection of Jones Lang Lasalle Americas, Inc. to Entry of Order Approving Agency Agreement with the Winning Bidder was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

                /s/ Amy D. Brown
                Amy D. Brown
                GELLERT, SEITZ, BUSENKELL &
                BROWN, LLC

| *Via First-Class Mail* | *Via E-Mail and First-Class Mail* |
|---|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, Ohio 44236<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer<br><br>**Debtors** | Aparna Yenamandra, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: aparna.yenamandra@kirkland.com<br><br>**Counsel to the Debtors** |
| *Via E-Mail and First-Class Mail* | *Via E-Mail and Hand Delivery* |
| Jeffrey Michalik Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>E-mail: jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>**Counsel to the Debtors** | Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>E-mail: preilley@coleschotz.com<br>snewman@coleschotz.com;<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>**Counsel to the Debtors** |

*Via E-Mail and Hand Delivery*

Malcolm M. Bates
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
E-mail: malcolm.m.bates@usdoj.gov

**United States Trustee**

*Via E-Mail and First-Class Mail*

John Ventola
Jonathan Marshall
Choate Hall & Stewart LLP
2 International Place
Boston, Massachusetts 02110
E-mail: jventola@choate.com
jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

*Via E-Mail and First-Class Mail*

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-mail and First-Class Mail*

Christopher Carter
Marjorie Crider
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110
E-mail: christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

**Counsel Prepetition ABL Agent**

*Via E-Mail and First-Class Mail*

Scott Greenberg
Kevin Liang
Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender Ad Hoc Group**

*Via E-Mail and First-Class Mail*

Jonathan Bagg
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Matthew Bentley
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and Hand Delivery*

Bradford J. Sandler
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
E-mail: bsandler@pszjlaw.com
joneill@pszjlaw.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Steven Reisman
Cindi Giglio
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020 E-mail:
sreisman@katten.com
cgiglio@katten.com

**Counsel to Gordon Brothers Retail Partners, LLC**

*Via E-Mail and First-Class Mail*

Jason R. Adams
Eric R. Wilson
Maeghan McLoughlin
Andres Barajas
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
E-mail: jadams@kelleydrye.com
ewilson@kelleydrye.com
mmcloughlin@kelleydrye.com
abarajas@kelleydrye.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**