# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## DEBTORS' *AMENDED*[2] WITNESS
## AND EXHIBIT LIST FOR HEARING SCHEDULED
## FOR FEBRUARY 26, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on February 26, 2025 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. **Nicholas Haughey, Senior Director of Alvarez & Marsal North America, LLC (testifying as to the cash collateral budget);**

2. Ryan Kielty, Partner at Centerview Partners LLC (testifying as to the sale process)

3. Rebuttal witnesses as necessary; and

4. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] **Amendments appear in bold.**

**EXHIBITS**

| EXHIBIT | DESCRIPTION | DISPOSITION AFTER HEARING |
|---|---|---|
| 1 | Transcript of February 14, 2025 Evidentiary Hearing [Docket No. 450] | |
| 2 | Transcript of February 21–22, 2025 Auction Held at Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, NY 10022 | |
| 3 | Declaration of Jeffrey Dwyer, Interim Chief Financial Officer of JOANN Inc., in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 6] | |
| 4 | Any document or pleading filed in the above-captioned cases | |
| 5 | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 6 | Any exhibit identified by any other party | |

**RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 26, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 1410 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |