IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>            Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10068 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: April 3, 2025 @ 1:00 pm (ET)<br>) Objection Deadline: March 12, 2025 @ 4:00 p.m. (ET) |

### NOTICE OF MOTION OF DIANE IRVINE FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on February 26, 2025, Diane Irvine (the "Movant") filed the *Motion of Diane Irvine for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and filed with the Court, so as to be received on or before **March 12, 2025, at 4:00 p.m. (Eastern Time) ("Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **April 3, 2025 at 1:00 p.m. (Eastern Time)**, before the Honorable Craig T. Goldblatt in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027) (together the "Debtors"). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE OBJECTION DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: February 26, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br>By */s/ Bradley P. Lehman*<br>Bradley P. Lehman (#5921)<br>1201 N. Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: 302-425-5800<br>Email: blehman@gsbblaw.com<br><br>-and-<br><br>Marques C. Lipton, Esq.<br>Lipton Law Group, LLC<br>945 Concord Street<br>Framingham, MA 01701<br>(508) 202-0681<br><br>*Attorneys for Movant Diane Irvine* |