5

**CERTIFICATE OF SERVICE**

    I, Bradley P. Lehman, hereby certify that, on this 26th day of February, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: February 26, 2025<br>Wilmington, Delaware | */s/ Bradley P. Lehman*<br>Bradley P. Lehman (DE 5921)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |