# SIGN-IN SHEET

**JUDGE:** Goldblatt   **COURTROOM:** 7

**CASE NUMBER 25-10068 CASE NAME** Joann Inc.   **DATE:** 2/26/2025 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jonathan Marshall | Choate, Hall & Stewart | 1903P Loan Agent (FILO Agent) |
| John Ventola | Choate, Hall & Stewart | 1903P Loan Agent (FILO Agent) |
| Gregory Flasser | Potter Anderson | Gordon Brothers Retail Partners, LLC |
| Blake Cleary | " | " |
| Cindi Giglio | Katten Muchin | " |
| Cameron Capp | Reed Smith | Bank of America |
| MALCOLM BATES | USTP | US TRUSTEE |
| R Dehny | MNAT | Term Lenders |
| Josh Brok | GDC | " |
| Andrew Glenn | Glenn Agre | " |
| Mala Doss | " | " |
| Laurel Roglen | Ballard Spahr LLP | various landlords |
| Ivan Gold | Allen Matkins | various landlords |
| Christopher Donnelly | Morris James | WSFS |
| Marc Phillips | Montgomery McCracken | East Bay Plaza LLC |
| Peter Keane | | |

James Oneil

# SIGN-IN SHEET

**JUDGE:** Goldblatt   **COURTROOM: 7**

**CASE NUMBER 25-10068 CASE NAME** Joann Inc.  **DATE:** 2/26/2025 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Curtis A. Hehn | Law Office of Curtis A. Hehn | Shin Yen |
| Patrick Reilley | Cole Schotz | Debtors |
| Mike Fitzpatrick | " " | " |
| Apprena YenAmandra | Kirkland | " |
| Jeff Michalik | " | " |
| Lindsy Blumenthal | " | " |
| Kelly Meyer | " | " |
| Bill Arnault | " | " |
| Alex Inzoglia | " | " |
| Olivia Acuna | " | " |
| Matt Waldrey | " | " |
| James Sottka | Seyfarth Shaw | IG Design Group America |
| Mark Oliver | Chapman Brown Crew & Cohn | " |
| Christopher Carter | Morgan Lewis | Prepetition ABL Agent |
| David Shim | Morgan Lewis | Prepetition ABL Agent |
| G. Mark Edgarton | Choate | Prepetition FILO Agent (1903) |
| Maliheh Zare | McCarter English, LLP | Shelbyville Road Plaza LLC |

# SIGN-IN SHEET

**JUDGE**: Goldblatt    **COURTROOM**: 7

**CASE NUMBER  25-10068 CASE NAME** Joann Inc.   **DATE**: 2/26/2025 (2:00 PM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason adams | | |
| Eric Wilson | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Last Name | Firm | | | Rep | | Via | | |
|---|---|---|---|---|---|---|---|---|---|
| Ann | Aber | JOANN Inc. | | | Debtors/Company | | Video and Audio | | |
| Morgan | Allred | Holland & Knight LLP | | | Janome America Inc. | | Audio Only | | |
| Rachel | Amster | Gkg Law | | | Toll Global Forwarding Ltd. | | Audio Only | | |
| Andres | Barajas | | | | Unsecured Creditors Committee | | Video and Audio | | |
| Antimo | Barbieri | TD Bank | | | JoAnn&#039;s | | Audio Only | | |
| David | Bass | Cole Schotz P.C. | | | Debtors | | Video and Audio | | |
| Rupsha | Basu | Milbank LLP | | | Interested Party | | Video and Audio | | |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | | | | | Video and Audio | | |
| Nancy | Bello | King & Spalding | | | | | Video and Audio | | |
| Agustina | Berro | Glenn Agre Bergman & Fuentes LLP | | | Interested party | | Video and Audio | | |
| Andrew | Bettwy | PROSKAUER ROSE LLP | | | Centerbridge Partners, L.P. | | Video and Audio | | |
| Karen | Bifferato | Connolly Gallagher LLP | | | Polaris Towne Center SC, LLC | | Video and Audio | | |
| Natalie | Bowman | | | | | | Audio Only | | |
| Joshua | Brody | Gibson Dunn & Crutcher, LLP | | | Interested Party | | Video and Audio | | |
| Luke | Brzozowski | Morris Nichols | | | Interested Party | | Video and Audio | | |
| Jennifer | Cann | Bank of America, N.A. | | | | | Audio Only | | |
| Kevin | Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | | | Multiple Creditors | | Video and Audio | | |
| Jeffrey | Carbino | Pierson Ferdinand LLP | | | G,W, Real Estate of Georgia LLC | | Video and Audio | | |
| Jeffery | Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | | | Witte Plaza | | Video and Audio | | |
| Timothy | Chapman | | | | | | Audio Only | | |
| Doria | Chen | | | | | | Audio Only | | |
| Connie | Choe | | | | Unsecured Creditors Committee | | Video and Audio | | |
| Catherine | Corey | | | | | | Audio Only | | |
| Marjorie | Crider | Morgan, Lewis & Bockius LLP | | | | | Audio Only | | |
| Donna | Culver | Morris, Nichols, Arsht & Tunnell | | | | | Video and Audio | | |
| Charles | Dale | PROSKAUER ROSE LLP | | | Centerbridge Partners, L.P. | | Video and Audio | | |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | | | Interested Party | | Video and Audio | | |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | | | Interested Party | | Video and Audio | | |
| Christopher | Donnelly | Morris James LLP | | | Wilmington Savings Fund Society, FSB | | Video and Audio | | |
| William | Dorward | Singer & Levick, PC | | | Bridge 33 and Retail Plazas | | Video and Audio | | |
| Malak | Doss | Glenn Agre Bergman & Fuentes LLP | | | Interested Party | | Video and Audio | | |
| Nick | Ebel | Walsh Pizzi O&#039;Reilly Falanga LLP | | | JLL (Creditor) | | Video and Audio | | |
| G. | Edgarton | Choate, Hall & Stewart LLP | | | 1903P Loan Agent, LLC | | Video and Audio | | |
| Stephen | Falanga | Walsh Pizzi O&#039;Reilly Falanga LLP | | | Jones Lang  LaSalle Americas, Inc. | | Video and Audio | | |
| Derek | Farquhar | Choate, Hall & Stewart LLP | | | 1903P Loan Agent, LLC | | Video and Audio | | |
| Niclas | Ferland | Barclay Damon, LLP | | | Inland, Westfield | | Video and Audio | | |
| Julia | Foster | | | | Debtors, et al. | | Video and Audio | | |
| M. | Foushee | Choate, Hall & Stewart LLP | | | 1903P Loan Agent, LLC | | Video and Audio | | |
| Dov | Frankel | Taft, Stettinius & Hollister LLP | | | Various landlords | | Video and Audio | | |
| Matthew | Furlong | Morgan, Lewis & Bockius LLP | | | | | Audio Only | | |
| Richard | Gage | | | | Unsecured Creditors Committee | | Video and Audio | | |
| Andrew | Gallo | Morgan, Lewis & Bockius LLP | | | | | Audio Only | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jeff | Garcia | Johkim Capital Partners | | | Johkim Capital Partners | Video and Audio | | |
| Sari | Garrick | | | | | Audio Only | | |
| John | Gentile | Benesch,Friedlander, Coplan & Aronoff, L | | | Multiple Creditors | Video and Audio | | |
| Clara | Geoghegan | Law360 | | | | Audio Only | | |
| Erica | Giuliani | | | | JOANN Employee | Audio Only | | |
| Andrew | Glenn | Glenn Agre Bergman & Fuentes LLP | | | Interested party | Video and Audio | | |
| Scott | Greenberg | Gibson Dunn & Crutcher, LLP | | | Interested party | Video and Audio | | |
| Carrie | Hadley | | | | | Audio Only | | |
| Andrew | Harmeyer | Milbank LLP | | | Interested Party | Video and Audio | | |
| Taylor | Harrison | | | | | Audio Only | | |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | | | Interested Party | Video and Audio | | |
| Aaron | Herman | JOANN | | | | Audio Only | | |
| Esther | Hong | Glenn Agre Bergman & Fuentes LLP | | | Interested party | Video and Audio | | |
| Jennifer | Hoover | Benesch Friedlander Coplan & Aronoff LLP | | | Gwen Studios | Video and Audio | | |
| Audrey | Hornisher | Clark Hill PLC | | | SanTan Village, Best in the West, et al. | Video and Audio | | |
| David | Howard | | | | Joann Emplyee | Audio Only | | |
| Patrick | Huffstickler | Dykema Gossett | | | East Bay Plaza | Video and Audio | | |
| Adam | Jahnke | Vault Equity Partners | | | | Video and Audio | | |
| Paul | Kaiser | | | | | Audio Only | | |
| Jeff | Kaplan | | | | | Video and Audio | | |
| Benjamin | Keck | Keck Legal | | | Terra Worldwide Logistics LLC | Video and Audio | | |
| Brya | Keilson | Morris James LLP | | | Wilmington Savings Fund Society, FSB | Video and Audio | | |
| Gerald | Kennedy | Procopio Cory Hargreaves & Savitch LLP | | | Mann Enterprises, Inc. | Video and Audio | | |
| Sanjuro | Kietlinski | | | | Unsecured Creditors Committee | Video and Audio | | |
| Scott | Klebanoff | Bank of America, N.A. | | | | Audio Only | | |
| Dietrich | Knauth | Reuters | | | media | Audio Only | | |
| Adam | Landis | Landis Rath & Cobb LLP | | | Centerbridge Partners, L.P. | Video and Audio | | |
| Debbie | Laskin | | | | | Video and Audio | | |
| Alex | Lees | Milbank LLP | | | Interested Party | Video and Audio | | |
| Mark | Lerner | Duane Morris LLP | | | Colart Americas, Inc. | Video and Audio | | |
| Kevin | Liang | Gibson Dunn & Crutcher, LLP | | | Interested party | Video and Audio | | |
| Alan | Lipkin | Chaffetz Lindsey LLP | | | CRAFTY (AL) LLC | Video and Audio | | |
| Joseph | Lukac | | | | | Audio Only | | |
| Dorothy | Ma | | | | | Audio Only | | |
| Erica | Mangino | | | | | Audio Only | | |
| Jonathan | Marshall | Choate, Hall & Stewart LLP | | | 1903P Loan Agent, LLC | Video and Audio | | |
| Kurt | Mayr | Glenn Agre Bergman & Fuentes LLP | | | Interested party | Video and Audio | | |
| Matthew | McGuire | Landis Rath & Cobb LLP | | | Centerbridge Partners, L.P. | Video and Audio | | |
| Benjamin | McMican | Silver Creek Leather | | | | Audio Only | | |
| Alex | Miller | Milbank LLP | | | Interested Party | Video and Audio | | |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | | | CRAFTY (AL) LLC | Video and Audio | | |
| LouAnne | Molinaro | Benesch, Friedlander, Coplan & Aronoff LLP | | | Multiple Creditors | Video and Audio | | |
| Eric | Monzo | Morris James LLP | | | Wilmington Savings Fund Society, FSB | Video and Audio | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jennifer | Moore | Sewing Report | | | Sewing Report | | Audio Only | |
| Katelyn | Murray | | | | | | Audio Only | |
| Joel | Nesset | Cozen O&#039;Connor | | | | | Audio Only | |
| Jami | Nimeroff | Brown McGarry Nimeroff LLC | | | Sodexo Inc and Affiliates | | Video and Audio | |
| Adam | Nowicki | PROSKAUER ROSE LLP | | | Centerbridge Partners L.P. | | Video and Audio | |
| David | Papiez | Fox Rothschild LLP | | | Microsoft Corporation | | Video and Audio | |
| Austin | Park | Morris Nichols Arsht and Tunnell | | | CRAFTY (AL) LLC | | Video and Audio | |
| Michael | Prendergast | | | | Debtors | | Video and Audio | |
| Daniel | Radi | | | | Unsecured Creditors Committee | | Video and Audio | |
| Andrew | Radis | Bank of America, N.A. | | | | | Audio Only | |
| Jonathan | Randles | | | | Bloomberg News | | Audio Only | |
| Lance | Rapp | Huntington Bank | | | Huntington Bank | | Video and Audio | |
| Steven | Reisman | Katten Muchin Rosenman LLP | | | Gordon Brothers Retail Partners, LLC | | Video and Audio | |
| Robert | Rich | Hunton Andrews Kurth LLP | | | N/A - Observing | | Audio Only | |
| Elizabeth | Rogers | Landis Rath & Cobb LLP | | | Centerbridge Partners, L.P. | | Video and Audio | |
| Melissa | Romano | | | | | | Video and Audio | |
| Stan | Rosenzweig | | | | | | Audio Only | |
| Maura | Russell | Leichtman Law PLLC | | | West Broadway Distribution Services, LLC | | Video and Audio | |
| Rob | Saba | | | | JoAnn employee | | Audio Only | |
| Michael | Saivetz | Richloom | | | Richloom | | Video and Audio | |
| Erin | Severini | Frost Brown Todd LLC | | | WPG Legacy, LLC | | Video and Audio | |
| David | Shim | Morgan, Lewis & Bockius LLP | | | | | Audio Only | |
| Michelle | Shriro | Singer & Levick, PC | | | B33 Capital/Retail Plaza | | Video and Audio | |
| William | Starr | William J Starr CPA | | | Wayne A Belleau | | Video and Audio | |
| Vince | Sullivan | Law360 | | | | | Audio Only | |
| Ellsworth | Summers | Burr & Forman LLP | | | CTO Carolina, CTO23 Rockwall, CTO Price | | Video and Audio | |
| Emily | Taube | Burr & Forman LLP | | | Brookside Properties | | Video and Audio | |
| Alexandra | Thomas | Choate, Hall & Stewart LLP | | | 1903P Loan Agent, LLC | | Video and Audio | |
| Grace | Thompson | Katten Muchin Rosenman LLP | | | Gordon Brothers Retail Partners, LLC | | Video and Audio | |
| Mark | Triano | Colart Americas, Inc. | | | Colart Americas, Inc. | | Video and Audio | |
| Mary | Vanac | Cleveland Business Journal | | | Cleveland Business Journal/the public | | Audio Only | |
| Elizabeth | Vilk | | | | Joann employee | | Audio Only | |
| DVIR | WEINBERG | | | | 5.17E+09 | | JOANN Inc | Audio Only |
| Steven | Walsh | Benesch Friedlander Coplan & Aronoff LLP | | | Multiple Creditors | | Video and Audio | |
| James | Watson | HPS Partners | | | Interested Party | | Video and Audio | |
| Alec | Weinberg | Goodwin Procter LLP | | | Interested Party | | Video and Audio | |
| Eric | Wilson | | | | Unsecured Creditors Committee | | Video and Audio | |
| Eric | Wise | King & Spalding | | | | | Video and Audio | |
| Alex | Wittenberg | Law360 | | | | | Audio Only | |
| Blanka | Wolfe | | | | | | Audio Only | |
| Edward | Yao | Houlihan Lokey | | | Self | | Audio Only | |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | | | Libert Mutual Insurance | | Video and Audio | |
| liz | dubuis | | | | | | Audio Only | |

Joann Inc.
25-10068

| sunitha | | mylapuri | | Joann | | | | Joann | | | Audio Only | | | |
|---------|---|----------|---|-------|---|---|---|-------|---|---|------------|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |