# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Re: Docket No. 492** |

## ORDER APPROVING CONFIDENTIALITY
## AGREEMENT AND STIPULATED PROTECTIVE ORDER

Upon the certification of counsel regarding the Confidentiality Agreement and Stipulated Protective Order (the "Confidentiality Agreement and Protective Order"),[2] a copy of which is attached hereto as **Annex 1**, entered into by and among: (a) the debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "Debtors"); (b) the Official Committee of Unsecured Creditors (the "Committee"); (c) certain of the Debtors' creditors and other constituents that are signatories to the Confidentiality Agreement and Protective Order; and (d) any other persons or entities who become bound by this Order by signifying their assent through execution of Exhibit A to the Confidentiality Agreement and Protective Order; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Confidentiality Agreement and Protective Order.

pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Confidentiality Agreement and Protective Order has been given; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Confidentiality Agreement and Protective Order is APPROVED as set forth herein.

2. The Parties are authorized to enter into the Confidentiality Agreement and Protective Order, substantially in the form attached hereto as **Annex 1**.

3. The failure to specifically include or reference any particular term or provision of the Confidentiality Agreement and Protective Order shall not diminish or impair the effectiveness of such term or provision.

4. The rights of all Parties and non-Parties to the Confidentiality Agreement and Protective Order to move to amend this Order or the Confidentiality Agreement and Protective Order are fully reserved.

5. The Parties are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Confidentiality Agreement and Protective Order.

Dated: February 27th, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**