**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 13, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Leave to File Late Reply in Support of Debtors' Bidding Procedures Motion [Docket No. 410] (the "***Motion for Leave***")

- Notice of Second Amended Agenda of Matters Scheduled for Hearing on February 14, 2025 at 9:30 a.m. (ET) before the Honorable Craig T. Goldblatt [Docket No. 418] (the "***Second Amended Hearing Agenda***")

On February 13, 2025, at my direction and under my supervision, employees of Kroll caused the Motion for Leave to be served via email on (1) the Banks Service List attached hereto as **Exhibit B**, and (2) the Bidders Service List attached hereto as **Exhibit C**.

On February 13, 2025, at my direction and under my supervision, employees of Kroll caused the Second Amended Hearing Agenda to be served via email on the Respondents Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: February 21, 2025


                                                    */s/ Alain B. Francoeur*
                                                    Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 21, 2025, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

 */s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86070

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| AB EXPORTS | ATTN: HAMMAD HASSAN, GENERAL MANAGER | HAMMAD@AB.COM.PK |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | PLOPEZ@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |
| ADVANTUS CORP | ATTN: KEVIN CARPENTER, PRESIDENT | KCARPENTER@ADVANTUS.COM |
| AMERICAN CRAFTS | ATTN: WAYNE MITCHELL, CHIEF EXECUTIVE OFFICER | WAYNE@AMERICANCRAFTS.COM |
| ANSELL GRIMM & AARON, P.C. | ATTN: ANTHONY J. D'ARTIGLIO, ESQ. | ADARTIGLIO@ANSELL.LAW |
| ARCHER & GREINER, P.C. | ATTN: NATASHA M. SONGONUGA, ESQUIRE | NSONGONUGA@ARCHERLAW.COM |
| ARCHER & GREINER, P.C. | ATTN: JIANGANG OU, ESQUIRE | JOU@ARCHERLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN | JEFFREY.GLEIT@AFSLAW.COM; BRETT.GOODMAN@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG | JONATHAN.BAGG@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY | MATTHEW.BENTLEY@AFSLAW.COM |
| AROMA BAY CANDLES CO | ATTN: ELLEN MA, HEAD OF SALES | ELLEN@HOMEACCENT.COM.CN |
| ASSISTANT COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BALASIANO & ASSOCIATES, PLLC | ATTN: STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ. | STEVEN@BALASIANOLAW.COM; JUDAH@BALASIANOLAW.COM |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, ESQUIRE, NAHAL ZARNIGHIAN, ESQUIRE | BRANCHD@BALLARDSPAHR.COM; ZARNIGHIANN@BALLARDSPAHR.COM |
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN: JEFFREY I. SNYDER, ESQ. | JSNYDER@BILZIN.COM |
| BROCKSTEDT MANDALAS FEDERICO LLC | ATTN: STEPHEN W. SPENCE, ESQUIRE | SSPENCE@LAWBMF.COM |
| BROOKFIELD PROPERTIES RETAIL INC. AS AGENT | ATTN: KRISTEN N. PATE, GENERAL COUNSEL | BK@BPRETAIL.COM |
| BROTHER INTERNATIONAL CORPORATION | ATTN: MIKE LYNCH, VICE PRESIDENT AND GENERAL COUNSEL, KELLY A. HARTMAN | MICHAEL.LYNCH@BROTHER.COM; KELLY.HARTMAN@BROTHER.COM |
| BROWN NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE | JNIMEROFF@BROWNNIMEROFF.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: JARRET P. HITCHINGS | JARRET.HITCHINGS@BCLPLAW.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH | DAVID.UNSETH@BCLPLAW.COM |
| BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | JFALGOWSKI@BURR.COM |
| BURR & FORMAN LLP | ATTN: EMILY TAUBE | ETAUBE@BURR.COM |
| BURR & FORMAN LLP | ATTN: J. ELLSWORTH SUMMERS, JR., DANA L. ROBBINS-BOEHNER | ESUMMERS@BURR.COM; DROBBINS-BOEHNER@BURR.COM |
| CAMPBELL & LEVINE, LLC | ATTN: KATHERINE L. HEMMING, ESQUIRE | KHEMMING@CAMLEV.COM |
| CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| CHANGSHU WINWAY TEXTILE CO LTD | ATTN: DAVID WANG, GENERAL MANAGER | DAVIDWANG@WINWAYTEXTILE.COM |
| CHINA NATIONAL ARTS & CRAFTS | ATTN: KATHY CHEN, CHIEF EXECUTIVE OFFICER | JAY@RAYSUNARTS.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR., ESQUIRE, MARK D. OLIVERE, ESQUIRE | CHIPMAN@CHIPMANBROWN.COM; OLIVERE@CHIPMANBROWN.COM |
| CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS | JMARSHALL@CHOATE.COM; JVENTOLA@CHOATE.COM; HFOUSHEE@CHOATE.COM; ATHOMAS@CHOATE.COM |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER | KGRIVNER@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, TARA L. BUSH | AHORNISHER@CLARKHILL.COM; TBUSH@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: SANDRA S. HAMILTON | BANKRUPTCYFILING@CLARKHILL.COM |

Exhibit A

Core/2002 Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| COLE SCHOTZ P.C. | ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY | PREILLEY@COLESCHOTZ.COM; SNEWMAN@COLESCHOTZ.COM; MFITZPATRICK@COLESCHOTZ.COM; JDOUGHERTY@COLESCHOTZ.COM |
| DEPUTY COUNTY ATTORNEY | ATTN: BELKYS ESCOBAR | BELKYS.ESCOBAR@LOUDOUN.GOV |
| DESIGN GROUP AMERICAS | ATTN: ERIK SJOGREN, CHIEF EXECUTIVE OFFICER | ERIK.SJOGREN@IGDESIGNGROUP-AMERICAS.COM |
| DESIGNS FOR ALL SEASONS LTD | ATTN: TIM TOMPKINS, CHIEF EXECUTIVE OFFICER | DESIGNS@DESIGNSFORALLSEASONS.COM |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, MATTHEW S. SARNA | STUART.BROWN@US.DLAPIPER.COM; MATTHEW.SARNA@US.DLAPIPER.COM |
| ENGLANDER FISCHER | ATTN: BEATRIZ S. MCCONNELL, ESQUIRE | BMCCONNELL@EFLEGAL.COM |
| ERVIN COHEN & JESSUP LLP | ATTN: BYRON Z. MOLDO | BMOLDO@ECJLAW.COM |
| FABRIC TRADITIONS | ATTN: ELIZABETH TOWEY, CHIEF EXECUTIVE OFFICER AND PRESIDENT | BTOWEY@FABRICTRADITIONS.COM |
| FAIRFIELD PROCESSING | ATTN: JORDAN YOUNG, PRESIDENT | JORDANY@FAIRFIELDWORLD.COM |
| FEDERAL EXPRESS CORPORATION | ATTN: MARK ALLEN, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL | MALLEN@FEDEX.COM |
| FOX ROTHSCHILD LLP | ATTN: STEPHANIE SLATER WARD, ESQUIRE | SWARD@FOXROTHSCHILD.COM |
| FOX ROTHSCHILD LLP | ATTN: JOSEPH J. DIPASQUALE | JDIPASQUALE@FOXROTHSCHILD.COM |
| FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ. | RGOLD@FBTLAW.COM; ESEVERINI@FBTLAW.COM |
| GANGA ACROWOOLS LIMITED | ATTN: AMIT THAPAR, PRESIDENT | AMIT.THAPAR@GANGAACROWOOLS.COM |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG | SGREENBERG@GIBSONDUNN.COM; JBRODY@GIBSONDUNN.COM; MJWILLIAMS@GIBSONDUNN.COM; CLWILSON@GIBSONDUNN.COM; KLIANG@GIBSONDUNN.COM |
| GILBERT BIRD LAW FIRM, PC | ATTN: RYAN J. BIRD | RBIRD@GILBERTBIRDLAW.COM |
| GILDAN USA INC | ATTN: COREY WACHTEL | CUSTOMERSERVICEACTIVEWEAR@GILDAN.COM; INVESTORS@GILDAN.COM |
| GKG LAW, P.C. | ATTN: BRENDAN COLLINS, RACHEL E. AMSTER | BCOLLINS@GKGLAW.COM; RAMSTER@GKGLAW.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG | AGLENN@GLENNAGRE.COM; KMAYR@GLENNAGRE.COM; ABERRO@GLENNAGRE.COM; MDOSS@GLENNAGRE.COM; EHONG@GLENNAGRE.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK | DBRUCK@GREENBAUMLAW.COM |
| GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DBMOYLAN@OAGGUAM.ORG; ADMINISTRATION@OAGGUAM.ORG |
| GWEN STUDIOS | ATTN: CAREY EDWARDS, CHIEF EXECUTIVE OFFICER | WELCOME@WORKSHARESERVICE.COM; CAREY@GWENSTUDIOS.COM |
| H&H ASIA LTD | ATTN: LORRAINE MABERRY, SENIOR VICE PRESIDENT | HHJAS@HANDHASIA.COM |
| HANSON BRIDGETT LLP | ATTN: NANCY J. NEWMAN, ESQ. | NNEWMAN@HANSONBRIDGETT.COM |
| HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV |
| HOGAN & MCDANIEL | ATTN: GARVAN F. MCDANIEL, ESQUIRE | GFMCDANIEL@DKHOGAN.COM |
| HOLLAND & KNIGHT LLP | ATTN: ARTHUR ROSENBERG, ESQ. | ARTHUR.ROSENBERG@HKLAW.COM |
| HONGKONG SIMPLE ELEMENT GLOBAL LIMITED | ATTN: SUMMER XIA, DIRECTOR OF SALES | SUMMER@NBPARAMONT.COM |
| HTL LIMITED | ATTN: SIMON CASTLEY, OWNER | SIMONC@SEWGROUP.COM |
| JACKSON WALKER LLP | ATTN: KRISTHY M. PEGUERO | KPEGUERO@JW.COM |
| JACKSON WALKER LLP | ATTN: JENNIFER F. WERTZ | JWERTZ@JW.COM |
| JACKSON WALKER LLP | ATTN: WILLIAM FARMER | WFARMER@JW.COM |
| JONES LANG LASALLE AMERICAS INC | ATTN: DAVID HITCHENS, GENERAL COUNSEL | DAVID.HITCHENS@JLL.COM |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JOYCE, LLC | ATTN: MICHAEL J. JOYCE | MJOYCE@MJLAWOFFICES.COM |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT, ESQUIRE | WLEVANT@KAPLAW.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON | SREISMAN@KATTEN.COM; CGIGLIO@KATTEN.COM; GRACE.THOMPSON@KATTEN.COM |
| KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ. | MMCLOUGHLIN@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM |
| KIMCO REALTY CORPORATION | ATTN: RAYMOND EDWARDS | REDWARDS@KIMCOREALTY.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA | JOSHUA.SUSSBERG@KIRKLAND.COM; APARNA.YENAMANDRA@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL | ANUP.SATHY@KIRKLAND.COM; JEFF.MICHALIK@KIRKLAND.COM; LINDSEY.BLUMENTHAL@KIRKLAND.COM |
| KURTZMAN | STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ., ELIZABETH A. ROGERS, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; EROGERS@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E, KAUFMAN, ESQ. | SKAUFMAN@SKAUFMANLAW.COM |
| LAW OFFICES OF RONALD K. BROWN, JR., APC | ATTN: RONALD K. BROWN, JR. | RON@RKBROWNLAW.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS | SCOTT.COUSINS@LEWISBRISBOIS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | AUSTIN.BANKRUPTCY@LGBS.COM |
| LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG, MANAGER | ADRIAN@THEWOOBLES.COM |
| LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG | ADRIAN@THEWOOBLES.COM |
| MANDELBAUM BARRETT PC | ATTN: JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN | JROSENTHAL@MBLAWFIRM.COM; ALEE@MBLAWFIRM.COM; VROLDAN@MBLAWFIRM.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ. | KBUCK@MCCARTER.COM; MZARE@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM |
| METZ LEWIS BRODMAN MUST O'KEEFE | ATTN: JUSTIN M. TUSKAN, ESQUIRE | JTUSKAN@METZLEWIS.COM |
| MILBANK LLP | ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER | DDUNNE@MILBANK.COM; SKHALIL@MILBANK.COM; AHARMEYER@MILBANK.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | MARJORIE.CRIDER@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: DAVID K. SHIM, ESQ. | DAVID.SHIM@MORGANLEWIS.COM |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY | EMONZO@MORRISJAMES.COM; BKEILSON@MORRISJAMES.COM; CDONNELLY@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER | RDEHNEY@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM; BDOLPHIN@MORRISNICHOLS.COM; DCULVER@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER & AUSTIN T. PARK | CMILLER@MORRISNICHOLS.COM; APARK@MORRISNICHOLS.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| NINGBO WINLEAD ORNAMENT CO LTD | ATTN: BONNIE ZENG, DIRECTOR OF SALES | BONNIE@WL-ORNAMENT.COM |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MALCOLM M. BATES | MALCOLM.M.BATES@USDOJ.GOV; USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQUIRE | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES, PRO SE | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| ORIENTAL CRAFT IND CO LTD | ATTN: RICKY CHEUNG, CHIEF EXECUTIVE OFFICER | RICKY_ORIENTALCRAFT@YAHOO.COM.HK |
| ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY, CHIEF EXECUTIVE OFFICER | DDAGISTANI@ORMO.COM.TR |
| ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY | GOCALGIRAY@ORMO.COM.TR |
| OTTLITE TECHNOLOGIES, INC. | ATTN: JOHN SHEPPARD, CHIEF EXECUTIVE OFFICER | JOHN.SHEPPARD@OTTLITE.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL,  ESQ. | BSANDLER@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | MVALDEZ@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REESE | LREECE@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO | EBCALVO@PBFCM.COM |
| PIERSON FERDINAND LLP | ATTN: JEFFREY M. CARBINO, ESQUIRE | JEFFREY.CARBINO@PIERFERD.COM |
| POTTER ANDERSON & CORROON LLP | ATTN: M. BLAKE CLEARY, GREGORY J. FLASSER | BCLEARY@POTTERANDERSON.COM; GFLASSER@POTTERANDERSON.COM |
| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ. | GERALD.KENNEDY@PROCOPIO.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ. | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: ANDREW BETTWY, ESQ. | ABETTWY@PROSKAUER.COM |
| R.M. PALMER COMPANY LLC | ATTN: RICHARD PALMER, CHIEF EXECUTIVE OFFICER | DJH@RMPALMER.COM |
| RASHTI AND MITCHELL, ATTORNEYS AT LAW | ATTN: TIMOTHY T. MITCHELL, ESQUIRE | TIM@RASHTIANDMITCHELL.COM; DKRM@AOL.COM |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO | KGWYNNE@REEDSMITH.COM; JANGELO@REEDSMITH.COM |
| REEDER LAW CORPORATION | ATTN: DAVID M. REEDER, ESQ. | DAVID@REEDERLAW.COM |
| REGENCY CENTERS, L.P. | ATTN: ERNST BELL | ERNSTBELL@REGENCYCENTERS.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ALEXANDER R. STEIGER | STEIGER@RLF.COM; COLLINS@RLF.COM |
| SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQUIRE | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE | TURNER.FALK@SAUL.COM |
| SAUL EWING LLP | ATTN: EVAN T. MILLER, ESQUIRE | EVAN.MILLER@SAUL.COM |
| SAUL EWING LLP | ATTN: RYAN COY, ESQUIRE | RYAN.COY@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA, ESQUIRE | JSOWKA@SEYFARTH.COM |
| SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | ATTN: RONALD M. TUCKER, ESQ. | RTUCKER@SIMON.COM |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | DPLON@SIRLINLAW.COM |
| SOLOMON WARD SEIDENWURM & SMITH LL | ATTN: MICHAEL D. BRESLAUER | MBRESLAUER@SWSSLAW.COM |
| SPRINGS CREATIVE PRODUCTS GROUP | ATTN: DERICK CLOSE, CHIEF EXECUTIVE OFFICER | DERICK.CLOSE@SPRINGSCREATIVE.COM |
| STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQUIRE | JLEMKIN@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | BANKRUPTCY@COAG.GOV |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | KAITLYN.M.HUSAR@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGO.BANKRUPTCIES@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER@WVAGO.GOV |
| STEELWORKERS PENSION TRUST | ATTN: WITHDRAWAL LIABILITY DEPARTMENT | QUESTIONS@SPT-USW.ORG |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ., WILLIAM D. SULLIVAN, ESQ. | WHAZELTINE@SHA-LLC.COM; BSULLIVAN@SHA-LLC.COM |
| SUNYIN (HK) HOLDING LIMITED | ATTN: CHEN FENG, PRESIDENT, BRANDON GRETHER | RUBY.WANG@KERINESUNTEXTILE.COM; BRANDON.GRETHER@SUNYIN.COM |
| SVP SEWING BRANDS LLC | ATTN: JASON FORCIER, CHIEF EXECUTIVE OFFICER | JASON.FORCIER@SVPWORLDWIDE.COM |
| SWANSON, MARTIN & BELL, LLP | ATTN: CHARLES S. STAHL, JR | CSTAHL@SMBTRIALS.COM |
| TENENBAUM & SAAS, P.C. | ATTN: BRADSHAW ROST, ESQ. | BROST@TSPCLAW.COM |
| TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION | ATTN: CHRISTOPHER S. MURPHY | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV |
| THE EHRLICH LAW FIRM | ATTN: WILLIAM EHRLICH | WILLIAM@EHRLICHLAWFIRM.COM |
| THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ. | ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE, ESQ. | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VIITION (ASIA) LIMITED | ATTN: PEIYUAN WANG, GENERAL MANAGER | SUPPORT@VIITION.COM; YUAN@DEYUCRAFT.COM |
| WALSH PIZZI O'REILLY FALANGA, LLP | ATTN: STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ. | SFALANGA@WALSH.LAW; NEBEL@WALSH.LAW |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@DC.GOV |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | JCARRUTH@WKPZ.COM |

In re: JOANN Inc., *et al.*
Case No. 25-10068 (CTG)

**Exhibit B**

## Exhibit B

Banks Service List
Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 29949413 | BANK OF AMERICA | B.HALLINAN@BOFA.COM |
| 29964863 | BANK OF AMERICA | CHANTEL.EVANS@BOFA.COM |
| 29964862 | BANK OF AMERICA | CHANTELLE.MCCONELL@BOFA.COM |
| 29964858 | BANK OF AMERICA | COURTNEY.KOLB@BOFA.COM |
| 29949412 | BANK OF AMERICA | DILLON.REJMAN@BOFA.COM |
| 29949417 | BANK OF AMERICA | GRAHAM.T.ANDERSON@BOFA.COM |
| 29949419 | BANK OF AMERICA | JENNIFER.CANN@BOFA.COM |
| 29949416 | BANK OF AMERICA | JONATHAN.MISCIMARRA@BOFA.COM |
| 29964861 | BANK OF AMERICA | KATHRYN.D.FARRELL@BOFA.COM |
| 29964860 | BANK OF AMERICA | LON.DOLAN@BOFA.COM |
| 29949414 | BANK OF AMERICA | MARK.W.KENNELLEY@BOFA.COM |
| 29949415 | BANK OF AMERICA | MICHAEL.PRY@BOFA.COM |
| 29949418 | BANK OF AMERICA | POLLY.HACKETT@BOFA.COM |
| 29949411 | BANK OF AMERICA | RICHARD.LEVIN@BOFA.COM |
| 29964859 | BANK OF AMERICA | STEPHEN.SZYMANSKI@BOFA.COM |
| 29964867 | HEARTLAND BANK | MKING@HBTBANK.COM |
| 29964864 | KEY BANK | ALISA_R_RENCK@KEYBANK.COM |
| 29964866 | PNC | NANCY.CONCITIS@PNC.COM |
| 29964869 | U.S. BANK | ANDREW.STREDDE@USBANK.COM |
| 29964870 | U.S. BANK | CYNTHIA.CHU@USBANK.COM |
| 29964865 | WELLS FARGO | DAVID.A.WARD@WELLSFARGO.COM |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 1 of 1

**Exhibit C**

## **Exhibit C**

**Due to the confidential nature of the Debtors' records, the Bidders Service List has been redacted.  The Bidders Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**

**<u>Exhibit D</u>**

# Exhibit D

Respondents Service List
Served via Email

| ADRID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 30197212 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: IVAN GOLD | IGOLD@ALLENMATKINS.COM |
| 30197203 | BAILEY CAVALIERI LLC | ATTN: ROBERT BERNER | RBERNER@BAILEYCAV.COM |
| 30197206 | BALLARD SPAHR LLP | ATTN: LESLIE HEILMAN, LAUREL ROGLEN, MARGARET VESPER | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM; BRANCHD@BALLARDSPAHR.COM; ZARNIGHIANN@BALLARDSPAHR.COM; SHAHBAZIS@BALLARDSPAHR.COM |
| 30197209 | BALLARD SPAHR LLP | ATTN: LESLIE HEILMAN, LAUREL ROGLEN, MARGARET VESPER | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM; BRANNICKN@BALLARDSPAHR.COM |
| 30197199 | ESBROOK P.C. | ATTN: SCOTT LEONHARDT | SCOTT.LEONHARDT@ESBROOK.COM |
| 30197197 | LAW FIRM OF RUSSELL R. JOHNSON III, PLC | ATTN: RUSSELL JOHNSON, JOHN CRAIG | RUSSELL@RUSSELLJOHNSONLAWFIRM.COM; JOHN@RUSSELLJOHNSONLAWFIRM.COM |
| 30197194 | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: WILLIAM TAYLOR JR. | WTAYLOR@WHITEFORDLAW.COM |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 1 of 1