<u>**EXHIBIT B**</u>

**Declaration of Sanjuro Kietlinski**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. [1] | (Jointly Administered) |

**DECLARATION OF SANJURO KIETLINSKI IN SUPPORT OF
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND
APPROVING THE EMPLOYMENT OF PROVINCE, LLC AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
EFFECTIVE AS OF JANUARY 30, 2025**

I, Sanjuro Kietlinski, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and

pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule

2014-1 of the Local Rules as follows:

1.    I am a Partner with Province, LLC ("Province"), which is a financial advisory firm

with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

Province also has offices in the Greenwich, Los Angeles, Miami, and New York metro areas.  I

am authorized to submit this declaration (the "Declaration") in support of the *Application for Entry*

*of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor*

*to the Official Committee of Unsecured Creditors Effective as of January 30, 2025* (the

"Application").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2.      Province's corporate structure, including its parent entities, affiliates, and subsidiaries, is as follows: Province, LLC is a Delaware limited liability company, and Province's only subsidiary, which is wholly owned, is Province Fiduciary Services, LLC, a Nevada limited liability company.  All of Province's conflicts checks and related disclosures include any connections of Province's subsidiary.

3.      Neither I, Province, nor any employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

4.      This Declaration is submitted pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") in support of the Application for the entry of an order approving the retention of Province as financial advisor to the Committee, effective January 30, 2025.

5.      In connection with its proposed retention by the Committee in these chapter 11 cases and in preparing this Declaration, Province used a set of procedures developed to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals (the "Retention Procedures"). Pursuant to the Retention Procedures, and under my direction and supervision, Province researched its client connections database, which includes all engagements that concluded within the past twenty-four (24) months, to determine whether it has relationships with any of the entities that were identified to Province as creditors or parties-in-interest in these chapter 11 cases (the "Entity List") a copy

which is attached hereto as **Schedule 1**. To the extent such a search indicated that Province has a relationship with any of the entities on the Entity List, the identities of such entities and Province's relationship with such entities is disclosed in the attached **Schedule 2**.

6.      In searching the Entity List, and except as otherwise disclosed in Schedule 2, Enchante Accessories Inc, who is listed as a vendor of the Debtors, is a current client of Province. Province represents Enchante Accessories Inc in matters wholly unrelated to the Debtors.  OOCL USA, Inc, who is also listed as a vendor of the Debtors, is a current client of Province.  Province represents OOCL USA, Inc in matters wholly unrelated to the Debtors.  Therefore, Province does not believe either connection presents a conflict in Province's role as financial advisor to the Committee.

7.      In performing additional disinterestedness diligence, Province sent an email questionnaire to each employee inquiring as to whether each employee or any member(s) of his or her household:

    i.    owns any debt or equity securities of the Debtors or their non-debtor affiliates;

    ii.    holds a claim against or interest adverse to the Debtors or their non-debtor affiliates;

    iii.    is or was an officer, director, or employee of the Debtors or their non-debtor affiliates;

    iv.    is related to or has any connections to any Bankruptcy Judge in the United States Bankruptcy Court for the District of Delaware;

    v.    is related to or has any connections to anyone working in the Office of the United States Trustee for the District of Delaware;

    vi.    was an officer, director or employee of the Debtors within two years prior to the Petition Date; or

    vii.    has a connection with a party in interest listed on the Entity List.

8.      Province received no employee responses indicating a connection to any of the parties listed on the Entity List.

9.      Based on the result of the foregoing searches and employee questionnaire and except as may have been expressly disclosed herein, I have been able to ascertain after diligent inquiry that to the best of my knowledge, Province (i) does not represent any entity having an adverse interest in connection with these chapter 11 cases and (ii) does not represent or hold an interest adverse to the interest of the Debtors or their estates with respect to the matters on which Province is to be employed.  Moreover, Province and its subsidiaries are disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither I, Province, any Province subsidiary, nor any of their partners, employees (including those working on this engagement) or associates:

   a.   are creditors, equity security holders or insiders of the Debtors;

   b.   are or were within two years before the Petition Date, a director, officer or employee of the Debtors;

   c.   have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason; or

   d.   hold any debt or equity securities of the Debtors.

10.     As a part of Province's financial advisory practice, Province's clientele includes: debtors, creditors and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors, contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers.  The Debtors have numerous creditors and other parties-in-interest.  Province may have in the past represented, and may presently or in the future represent or be deemed adverse to, creditors or parties-in-interest in

addition to those specifically disclosed in **Schedule 2** in matters unrelated to these chapter 11 cases. Province believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Committee in these proceedings.

11.      Except as otherwise set forth herein and in **Schedule 2**, insofar as I have been able to ascertain, the partners, associates and staff members of Province do not have any connection with the Debtors, the Debtors' officers and directors, the Debtors' creditors, the Debtors' equity security holders and other known parties-in-interests or their respective professionals.

12.      To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any partner, associate or staff member of Province, insofar as I have been able to ascertain, is related to the bankruptcy judge assigned to the above-captioned chapter 11 cases.

13.      To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any partner, associate or staff member of Province, insofar as I have been able to ascertain, has a connection to the United States Trustee or any person employed in the office of the United States Trustee.

14.      Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties-in-interest in these cases, neither I nor Province is able to conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Province has been disclosed. To the extent Province discovers any facts or additional information during the period of Province's retention that requires disclosure, Province will supplement this Declaration to disclose such information.

15.    Province has neither received any retainer nor any payment from the Debtors nor the Committee, nor has it received any promise of payment, during the one-year period prior to the filing of the Debtors' petitions.  No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these chapter 11 cases.  No promises have been received by Province nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Province has no agreement with any other entity to share with such entity any compensation received by Province in connection with these chapter 11 cases, except among employees of Province.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by Province in its representation of the Committee.

16.    Province intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Province.

17.    Province's current standard hourly rates are:

| Professional Level | Per Hour (USD) |
|---|---|
| Managing Directors and Partners | $900-$1,450 |
| Vice Presidents, Directors, and Senior Directors | $700-$1,050 |
| Analysts, Associates, and Senior Associates | $350-$825 |
| Paraprofessional / Admin | $270-$450 |

18.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Province intends to provide notice to the Debtors, the Committee, and the U.S. Trustee before implementing any increases in Province's rates for professionals working on these chapter 11 cases.

19.    In addition to the fees described above, Province will bill for all out-of-pocket expenses reasonably and actually incurred by Province in connection with the matters contemplated by this Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2025

By:    */s/ Sanjuro Kietlinski*
      Sanjuro Kietlinski
      Partner

# SCHEDULE 1

### List of Schedules

### REDACTED

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Known Affiliates / Joint Venture Entities |
| 1(c) | Current and Former Directors and Officers |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges and Staff and U.S. Trustee Office Personnel |
| 1(f) | Bankruptcy Professionals Representing Other Parties |
| 1(g) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(h) | Debtor Professionals |
| 1(i) | Governmental-Regulatory Authorities |
| 1(j) | Insurance Providers |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | M&A Parties |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Significant Customers |
| 1(p) | Surety & Letters of Credit |
| 1(q) | Top 30 Unsecured Creditors |
| 1(r) | Unions |
| 1(s) | Vendors |

# SCHEDULE 1(a)

## Debtors

Creative Tech Solutions LLC
Creativebug LLC
Dittopatterns LLC
Jas Aviation LLC
Joann Ditto Holdings Inc.
Joann Holdings 1 LLC
Joann Holdings 2 LLC
JOANN Inc.
Jo-Ann Stores LLC
Jo-Ann Stores Support Center Inc.
Joann.com LLC
Needle Holdings LLC
Weaveup Inc.

# SCHEDULE 1(b)

## **Known Affiliates / Joint Venture Entities**

Cupixel Inc.
DittoPatterns LLC
Glowforge Inc.
Jo-Ann Trading (Shanghai) Co. Ltd.
Mylinego Inc.
Singer Viking Pfaff

# SCHEDULE 1(c)

## Current and Former Directors and Officers

Aber, Ann
Arnoult, Mike, Jr.
Burkholder, Richard
Campbell, Mary
Chang, Lily
Chennakrishnan, Varadheesh
Coleman, Brian
Corrie, Pamela
Davis, Ryan
Ditullio, Christopher
Douglas, Ken
Dryer, Tom
Duliga, Janet
Dwyer, Jeff
Edwards, Jeff
Frizzley, Jill
Grevely, Gwendolyn
Hartsig, Joe
Hawkins, Roger
Hays, Marybeth
Holody, Heather
Horn, Darrell
Israel, Michelle
Jager, Maarten
Kaminski, Robin
Kennedy, Michael
Kim, James
Mehlman, Anne
Meyer, Peter
Miller, Eileen
Miquelon, Wade
Moralez, Marcy
Prendergast, Michael
Rosenzweig, Stan
Sampson, Mario
Saporito, Dana
Sekella, Scott
Sheldon, Dennis
Shuster, Ryan
Sokoloff, Jonathan
Stalcup, John
Susz, Matt

Thibault, Joseph
Vollmer, Richard
Wall, Bill
Webb, Darrell
Whitehead, Woodson
Will, Robert
Wittman-Smith, Lisa
Yoon, John
Zelwin, Jeremy

## SCHEDULE 1(d)

### 5% or More Equity Holders

FMR LLC
GEI Capital CF LLC
Green Equity Investors CF LP
Green Equity Investors Side CF LP
Leonard Green & Partners LP
LGP Associates CF LLC
LGP Management Inc.
Nuveen Asset Management LLC
Peridot Coinvest Manager LLC
Project Swift LLC
Spinrite Inc.

# SCHEDULE 1(e)

## Bankruptcy Judges and Staff and U.S. Trustee Office Personnel

Attix, Lauren
Baker, Frederic J.
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M., Hon.
Cudia, Joseph
Dice, Holly
Dorsey, John T., Hon.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Girello, Michael
Goldblatt, Craig T., Hon.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M., Hon.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Boyle, Una
O'Malley, James R.
Owens, Karen B., Hon.
Ranieri, Joan
Richenderfer, Linda

Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L., Hon
Sierra-Fox, Rosa
Silverstein, Laurie Selber, Hon.
Stickles, J. Kate, Hon.
Subda, Paula
Thomas, Elizabeth
Vara, Andrew R.
Walker, Jill
Walrath, Mary F., Hon.
Washington, Nikki
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(f)

## **Bankruptcy Professionals Representing Other Parties**

Alixpartners LLP
Choate Hall & Stewart LLP
Gibson, Dunn & Crutcher LLP
Katten Muchin Rosenman LLP
Lazard Frères & Co. LLC
Morgan Lewis & Bockius LLP
Morris, Nichols, Arsht & Tunnell LLP
Richards Layton & Finger PA

# SCHEDULE 1(g)

## Banks/Lender/UCC Lien Parties/Administrative Agents

1903 Partners LLC
1903P Loan Agent LLC
3551300 Canada Inc.
903P Loan Agent LLC
AG Funds LP
American Money Management Corp.
Angelo Gordon & Co. LP
Apex Credit Partners LLC
Arrowmark Partners
Ballyrock Investment Advisors LLC
Bank of America NA
Bank of America New York
Barings LLC
BC Partners Advisors LP
BMO Bank NA
BNP Paribas SA
Canaras Capital Management LLC
Centerbridge Credit CS LP
Centerbridge Partners Europe LLP
CIFC Asset Management LLC
Davidson Kempner Capital Management LLC
De Lage Landen Financial Services Inc.
DoubleLine Capital LP
Eurographics Inc.
FMR LLC
Generate Advisors LLC
Goldman Sachs Group Inc., The
Guardian Investor Services LLC
Guardian Life Insurance Co. of America, The
Heartland Bank
Hewlett-Packard Financial Services Co.
Highbridge Capital Management LLC
Highbridge Principal Strategies LLC
Highland Capital Management LP
HPS Investment Partners LLC
Huntington National Bank, The
IG Design Group Americas Inc.
Investcorp Credit Management US LLC
Jefferies Capital Services LLC
Johkim Capital Partners Management LLC

JPMorgan Chase Bank
Key Bank
LCM Asset Management LLC
Maple Rock Capital Partners Inc.
McCall Pattern Co. Inc., The
Medalist Partners Corporate Finance LLC
MJX Asset Management LLC
Napier Park Global Capital LP
Nassau Corporate Credit LLC
Nassau Reinsurance Group
Nuveen Asset Management LLC
Octagon Credit Investors LLC
Ontario Teachers Pension Plan
Orchard Yarn & Thread Co. Inc.
Park Avenue Institutional Advisers
People's Capital & Leasing Corp.
Philosophy Capital Management LLC
PNC Bank NA
PNC Financial Services Group Inc.
PPM America Inc.
Project Swift LLC
Putnam Advisory Co. LLC
Regions Bank
Robinson, Diane
Seix Investment Advisors LLC
Shenkman Capital Management Inc.
Simplicity Pattern Co. Inc.
Sound Point Capital Management LP
Spinrite Inc.
Symphony Asset Management LLC
TD Bank NA
TIAA Cref Investment Services
Toronto-Dominion Bank
Trends International LLC
Trimaran Advisors LLC
U.S. Bank NA
Universe Group Inc.
Voya Alternative Asset Management LLC
Voya Investment Management Co.
Washington Savings Fund Society FSB
Wellington Management Company LLP
Wells Fargo & Co.

Wells Fargo Bank NA
West Broadway Distribution Services LLC
Wilmington Savings Fund Society FSB
WSFS Bank
Z Capital Credit Partners LLC
Z Capital Partners LLC
Zais Group LLC
Zais Leveraged Loan Master Manager LLC

# SCHEDULE 1(h)

## **Debtor Professionals**

Centerview Partners LLC
Cole Schotz PC
Deloitte & Touche LLP
Ernst & Young LLP
Houlihan Lokey Inc.
Jackson Lewis PC
Joele Frank, Wilkinson Brimmer Katcher
Jones Day
Kroll Restructuring Administration LLC
Latham & Watkins LLP
Young Conaway Stargatt & Taylor LLP

# SCHEDULE 1(i)

## Governmental-Regulatory Authorities

AZ-JAS-Sales 04112
CA-JAC-Sales Tax 01008
CA-JAC-Sales Tax 06008
CA-JAC-Sales Tax 07008
Ca-Jac-Sales-01008
Ca-Jas-Sales Tax 01008
Ca-Jas-Sales Tax 06008
Ca-Jas-Sales Tax 07008
CO-JAS-Sales 042
CT-JAS-Sales Tax 04100
FL-JAC-Sales Tax
FL-JAS-Sales Tax 00001
GA-JAS-Sales 041
IA-JAS-Sales Tax 00300
ID-JAS-Sales Tax 04008
IL-JAS-Sales Tax 0411
IL-JAS-Sales Tax 0412
IN-JAS-Sales Tax RST
JJD-HOV Elk Grove LLC
KS-JAS-Sales 04201
KY-JAS-Sales Tax 041
LA-JAS-Sales 04101
MA-JAS-Sales Tax 0137D
MD-JAS-Sales Tax 04100
ME-JAS-Sales Tax 04102
MI-JAS-PPD Sales 04200
MN-JAS-Sales Tax 002
Mo-Jas-Sales Tax 04199
MS-JAS-Sales 04001
NC-JAS-Sales 04120
NE-JAS-Sales 04100
NJ-JAS-Sales Tax 04110
NM-JAS-Sales Tax 046
NV-JAS-SUT
NY-COM-Sales Tax Promptax
NY-JAS-Sales Tax
Ny-Jas-Sales Tax St
OH-JAC-Sales Tax
OH-JAS-Sales Tax 04200
OH-JAS-Use Tax 04500
OK-JAS-Sales 04200
PA-JAS-Sales Tax St301

Pension Benefit Guaranty Corp.
SC-JAS-Sales Tax 14701
TN-JAS-Sales 02001
TX-JAC-Sales Tax
TX-JAS-Sales 26020
UT-JAS-Sales 0400
VA-JAS-Sales Tax 00041
WA-JAC-Excise
WA-JAS-Sales Tax 04101
WI-JAS-Sales Tax 04100

# SCHEDULE 1(j)

## **Insurance Providers**

AIG Specialty Insurance Co.
Allianz Global Risk US Insurance Co.
Allied World Assurance Co. Holdings Ltd.
American Guarantee & Liability Insurance Co.
AXA XL
Axis Insurance Co.
Berkley Insurance Co.
Chubb Ltd.
Continental Casualty Co.
Continental Insurance Co., The
Endurance Assurance Corp.
Everest Indemnity Insurance Co.
Federal Insurance Co.
Firemans Fund Insurance Co.
General Security Insurance Co.
Hartford Fire Insurance Co.
HCC Specialty Insurance Co.
Liberty Insurance Corp.
Liberty Mutual Fire Insurance Co.
Liberty Mutual Insurance Co.
National Union Fire Insurance Co.
Navigators Insurance Co.
North River Insurance Co., The
QBE Specialty Insurance Co.
Sompo International Holdings Ltd.
Steadfast Insurance Co.
Swiss Re AG
Travelers Property Casualty Co. of America
Westfield Specialty Insurance Co.
Zurich American Insurance Co.

# SCHEDULE 1(k)

## Landlords

1645 N. Spring Street LLC
1800 Crawford Rd LLC
1943 Holdings LLC
200 Lincoln Retail LLC
24 HR Vegas LLC
259 Indiana Holding LLC
380 Towne Crossing LP
380 Younger LLC
4107 Telegraph LLC
4405 Milestrip HD Lessee LLC
4908 Associates LLC
5-Mile Investment Co.
700 Alama Investments LLC
730 Center Street Realty LLC
95 Orrpt LLC
A.I. Longview LLC
Abilene Clack Street LLC
Abrams & Mockingbird #1 Ltd.
Acacia-Tucson LLC
Acadia Merrillville Realty LP
ACS Reynolds Plaza OH LLC
AFP Rockridge 2019 LLC
Akron Center Associates LLC
Alameda Crossing Station LLC
Alamo Center LLC
Albrecht Inc.
Almaden Properties LLC
Alto Conyers Plaza LP
Alto Prince William Square LP
Alturas White Mountain LLC
Amsource Spanish Fork LLC
Angola Square LLC
Antonio B. Pomerleau LLC
APSC LLC
Arc Clorlfl001 LLC
Arc Nllklfl001 LLC
Arc Smwmbfl001 LLC
Arcadia Fiesta LP
Ard Macarthur LLC
ARG Jafptil001 LLC
ARG Mhmornc001 LLC
ARG Otoweky001 LLC

AR-G&Erie LLC
Argo Idaho Falls LLC
Argo Tieton LLC
Arizona Partners Retail Investment Group
    LLC
Arsenal Plaza Associates LLC
Ashley Real Estate LLC
ASL Investments LLC
ATC Glimcher LLC
Athens Center LLC
Avest LP
Aviana Co. Ltd.
AVR CPC Associates LLC
Azco Partners
B33 Bandera Pointe III LLC
B33 Great Northern II LLC
B33 Milford Crossing LLC
BA Two REIT LLC
Baker/Temple Greensboro LLC
Barren River Plaza Project LLC
Bayshore Village (US) Inc.
BBTFC LLC
BCS Hopper LLC
Beach Improvements Owner LLC
Beall Grapevine Center LLC
Bear Creek Station LLC
Bear Pointe Ventures LLC
Beavercreek Towne Station LLC
Belden Park Delaware LLC
Bemidji Holdings LLC
Benderson Realty Development Inc.
Berkeley Mall LLC
Big B1 Inc.
Big Y Foods Inc.
Birch Run Station LLC
Blair Holdings LLC
BLI Sunset Square LLC
Bloomingdale Court LLC
Bloomingdale Owner LLC
Blue Lakes Plaza LLC
Blue Ridge Mall LLC
Bluejay Capital LLC

BMA Joliet Commons LLC
Boulevard Centre LLC
Bradford Plaza Capital Venture LLC
Brandywine Crossing SC LLC
BRE DDR Fairfax Town Center LLC
Brentwood Village LLC
BRF II Baker Square LLC
Brighton Mall Associates LP
Brixmor Capitol SC LLC
Brixmor Exchange Property Owner IV LLC
Brixmor GA Hilltop Plaza LLC
Brixmor GA Seacoast Shopping Center LLC
Brixmor GA Southland Shoppingcenter
    LLC
Brixmor GA Westminster LLC
Brixmor Holdings 10 SPE LLC
Brixmor Residual Dickson City Crossings
    LLC
Brixmor Spe 3 LLC
Brixmor Spe 4 LP
Brixmor Spe 5 LLC
Brixmor Venice Village Shoppes LLC
Brixmor/Ia Cayuga Plaza LLC
Brixmor-Lakes Crossing LLC
Brixton AM Fork TIC LLC
Brixton HHU Fork TIC LLC
Brixton MP Fork
Broadmoor Plaza Indiana LLC
Brookfield (E&A) LLC
Butte-iful LLC
Buttrey Realty Co.
BV Waco Central Texas Marketplace LLC
BV Wolf Creek LLC
BVA Deerbrook SPE LLC
BVA SPM SPE LLC
BVCV Union Plaza LLC
BZA Indian Springs LLC
Cabrel Co.
Cafaro Northwest Partnership
Cahill Road Partners LLC
C-A-L Stores Cos. Inc.
Capital Mall JC 1 LLC
Capital Plaza Partners Ltd.
CapRealty 14-Village LC
Car Apple Valley Square LLC
Carrington Co., The

Carwood Skypark LLC
Casa De Luna Ventures LP
Casa Del Sol Ventures LLC
Cascade Square LLC
Castleton Investors LLC
CB Paso LLC
CBL Westgate Crossing Propco LLC
CCA-Renaissance Square Shopping Center
    LLC
Cedar Crest Square Associates LP
Cedar PCP-San Souci LLC
Center Associates Realty Corp.
Centerra Retail Shops LLC
Centerton Square Owners LLC
Central Mall Realty Holdings LLC
Central Shopping Centers CC LLC
Central Vermont Shopping Center LLC
Centre at Deane Hill, The
Century Plaza Corp.
CGCMT 2006-C4-5422 Shaffer Rd LLC
Chalfont Realty Partners LP
Charter Warwick LLC
Chase Green Mountain LP
Chautauqua Mall Realty Holding LLC
Cheltenham-Ogontz Realty Partners LP
Chestnut Court Darien IL LLC
Chimney Rock Retail Associates LLC
CHM Development
Christiana Town Center LLC
CI Warner Robbins LLC
Clifton Country Road Associates LLC
Clinton Pines LLC
Clovis-Herndon Center LLC
Coconut Point Town Center LLC
Cofal Partners LP
Col 1005 @ Columbia LLC
Colonia LP
Colony Square Mall Owner LLC
Columbia (Northpointe) WMS LLC
Columbia Cascade Plaza LLC
Columbia Crossing Outparcel LLC
Columbia Mall Partnership
Comm 2007-C9 Northeast D Street LLC
Commercial Reposition Partners 17 LLC
Concord Retail Partners LP
Conejo Valley Plaza 2 LLC

Cookeville TN Investment Partners
COR Route 5 Co. LLC
Core Aurora CS LLC
Cornerstone South County LLC
Corr Commercial Real Estate Inc.
Countryside Center Corona
CPC Madison LLC
CPIF Nugget Mall LLC
CPT Arlington Highlands 1 LP
CPT Riverside Plaza LLC
Crafty AL LLC
CRI Easton Square LLC
Crimson 1031 Portfolio LLC
Crimson EHOF 12444 Venice Partnership LP
Cross Creek Plaza Drive LLC
Cross Station LLC
Crossroads Associates LLC
Crossroads of Roseville 2023 LLC
Crosswinds Commons LLC
CSM Corp.
CTL Property Management LLC
CTO23 Rockwall LLC
CTO24 Carolina LLC
CTS Fiduciary LLC
Cullinan Pensacola LLC
Curlew Crossing SC LLC
D&C Wong I LLC
D&H Hawley LLC
Daane's Development Co.
Dadeland Greenery LP
Dahle, Allan L.
Dahle, L. Brent
Dana Drive Investors
Dana Rapid City LLC
Danada Square West Shopping Center LLC
Daniel G. Kamin Eastbrook Enterprises
Danville Mall LLC
Dartmouth Marketplace Associates LLC
Dasada Property Management LLC
DCTN3 509 Panama City FL LLC
DDDR PTC LLC
DDR Carolina Pavilion LP
DDR DB SA Ventures LP
DDR Southeast Fountains LLC
DDR Southeast Snellville LLC

DDR Winter Garden LLC
De Anza Properties 4 LLC
Dean Carson WMSPT LLP
Decatur Crossing LLC
Del Amo Fashion Center Operating Co. LLC
Delta Oaks Group LLC
Deptford Plaza Associates LLC
Deuter 65 LLC
Division Street Acquisition LLC
DJK-Casa Grande LLC
DKS Investments Inc.
Dominion Square-Culpeper LLC
Dove Capistrano Partners LLC
DP Investments
DSM MB IL LLC
DT Ahwatukee Foothills LLC
DT Ashley Crossing LLC
DT University Centre LP
Dudley Trading Associates Nominee Trust
Dunning Farms LLC
Dw28 Fremont LLC
E&A Northeast LP
East Bay Plaza LLC
East Chase Market Center LLC
Eastwood Partners LLC
EC Mesa LLC
Echo/Continental Lincoln Village LLC
Ed Schlitt LC
Edwardsville Mall LP
El Camino Promenade LLC
El Gato Grande LP
Emmes LLC
Emser International LLC
Eqyinvest Owner II Ltd. LLP
Erep Forest Hill I LLC
Esplanade at Butler Plaza LLC
Ethan Christopher Arizona LLC
Evansville Associates LP
EVP Auburn LLC
Exeter 2500 N. Plaza LLC
Fabric Center of Tuscaloosa Inc.
Facchino/Labarbera-Tennant Station LLC
Fairview Hudson LLC
Fairway-Falls LLC
Faribo West Mall LLC

Fayette Pavilion LLC
FB Festival Center LLC
Federal Realty Investment Trust
Fernwood Capital LLC
Festival at Hamilton LLC
Festival Properties Inc.
First & Main North LLC
Fisher Real Estate Partners (Lakewood) LP
Five Rivers Property LLC
Flagler SC LLC
Fletcher Hills Town & Country LP
Fletcher Square LLC
Florence (Florence Mall) FMH LLC
FOF 1073 LLC
Foothill-Pacific Towne Centre
Fort Gratiot Retail LLC
Fort Smith Marketplace LLC
Fountains SC LLC
Four Flaggs Shopping Center LLC
Four J LLC
Fox River Owner LLC
Fox Run LP
Frederick County Square Improvements
    LLC
Free Range Ashbridge LLC
Freeway Associates LLC
Freshwater MXL LLC
Frontier Mall Associates LP
Furn USA LLC
Furniture Enterprises of Alaska Inc.
FW CA-Point Loma Plaza LLC
FW CO-Arapahoe Village LLC
G&G Development Co.
G&I IX Primrose Marketplace LLC
G&L Z Centerpoint LLC
G.B. Mall LP
G.E. Pan American Plaza LLC
G.W. Real Estate of Georgia LLC
Gallatin Mall Group LLC
Garden State Pavilions Center LLC
Garrison Forest Associates LP
Gateway Fashion Mall LLC
Gateway Square Shopping Center
Gavora Inc.
GBR Neighborhood Road LLC
GC Ambassador Row LLC

GC Louisiana LLC
Gen3 Investments LLC
GFS Realty Inc.
Gia Khanh LLC
Giacomini Trusts
Gll Selection II Florida LP
GLP Flint LLC
Golden Isles Plaza LLC
Goodmen Big Oaks LLC
Gorge Leasing Co.
Governor's Crossing 124 Hudson Street
    LLC
Governor's Square Co.
GP Retail I LLC
GP-Milford Realty Trust
Grand Forks LP
Granite Village West LP
Grants Pass Venture LLC
Greenfield LP
GSD Pradsavi Colonial Commons LLC
Gulsons Retail LLC
Gumberg Associates - Springfield Square
Gumberg Associates Cranberry Mall
GVD Commercial Properties Inc.
Hamhic LLC
Hamilton Chase - Santa Maria LLC
Hamilton Village Station LLC
Hampton Plaza LLC
Harrison Street Investors LLC
Hauck Holdings Alexandria LLC
Hawkins-Smith Inc.
Hays Partners II LLC
Hazel Totem LLC
Hermitage Plaza Shopping Center Inc.
HH Golden Gate LLC
Hickman Properties II
Highyon Shopping Center Investment Funds
    No. 106 LP
Hillcrest Motors LLC
Hilltop Development Inc.
HJH Iowa 1 LLC
HK New Plan ERP Property Holdings LLC
Hollywood Center Inc.
Holobeam Inc.
Home Depot Plaza Associates Ltd.
Horizon Commons LLC

Houston Lakes Retail Center LLC
HPC-KCB Monterey Marketplace LLC
HPE L12 LMY LLC
HPE S12 LMY LLC
Hudson Retail LLC
Hutchinson Mall Realty Group LLC
HV Center LLC
Hyman Family Trust
Hyrosen Properties Inc.
IA Round Rock University Oaks LP
ICA BFC Venture LLC
Igi21 Katy LLC
Indian Hills Plaza LLC
Ing, Ing & Foon LLP
Integris Ventures-TC LLC
IRC 555 W. Roosevelt Road LLC
IRC Eastgate Crossing LLC
Irongate Associates LLC
Isaac Home Depot Findlay Ltd.
Isaac Northtowne East Defiance Ltd.
Isaac Property & Holdings LLC
Isram Riverwalk LLC
J&H Hollywood LLC
J2H 127 Building LLC
Jackson Gojo 2014 LP
Jackson Properties LLC
Japm Plaza LLC
JBL Savannah Centre NM-Timberstone
    LLC
Jefferson Associates LP
Jefferson Mall Cmbs LLC
JGD of Tampa LLC
JJD-HOV Elk Grove LLC
Joffco Square Shopping Center LLC
Johnson City Plaza LLC
Joule Park West Owner LLC
Jumbo Property Group LLC
KB Riverdale LLC
KCT LLC
Keizer Enterprises LLC
Khalik Investments 2 LLC
KHP LP
Kimco Realty/Rpt West Oaks II LLC
Kimco Riverview LLC
Kimco Westlake LP
King Crossing LLC

Kir Cary LP
Kir Covina LP
KIR Federal Way 035 LLC
Kir Maple Grove LP
Kir Soncy LP
KIR Tampa 003 LLC
Kissimmee West Florida LP
Kite Realty Group LP
Klamath-Jefferson LLC
Knoxville Levcal LLC
Kraus-Anderson Inc.
KRCX Price Reit LLC
KRG Bel Air Square LLC
KRG Cool Springs LLC
KRG Market Street Village LP
KRG Sugar Land Colony LLC
L&L Properties of Sterling LLC
L.H.W.O.P. LLC
La Habra Westridge Partners LP
La Paz Shopping Center LP
Lafayette Plaza Inc.
Lake Charles PC LP
Lake Geneva Retail Leaseco LLC
Lake Park Investors LLC
Lake View Plaza Owner LLC
Lakeview Plaza (Orland) LLC
Lakewood Station LLC
Lakewood Village Shopping Park LLC
Lancaster Development Co. LLC
Lavale Plaza LLC
LBD Properties LLC
LCR Walpole LLC
Ledo International Corp. Ltd.
Legacy CB LLC
Legacy Equity Group LLC
Legend Hills Properties LLC
LEJ Properties LLC
Leo Ma Mall LLC
Lima Center LLC
Lincoln Heights Center LLC
Linda Barrett Properties LLC
Lindale Mall Realty Holding LLC
LMC LP
Lnn Enterprises Inc.
Louisiana Revitalization Fund LLC
LRG Santiam Albany LLC

LTC Retail LLC
LVP Center LLC
Lynnwood Tower LLC
Mack13 LLC
Madison Place LLC
Madison Victory Group LLC
Makabe & Makabe LLC
Malone Plaza Realty LLC
Mancini Properties Inc.
Mann Enterprises Inc.
Manor Development Co.
Map Belton LLC
Mariner Plaza Realty Associates LLP
Market Place Shopping Center LLC
Market Point I LLC
Marketplace At Vernon Hills LLC
Marple XYZ Associates LP
Marshfield Centre LLC
Maverick Box V LLC
MC Co. LLC
MCD-RC CA-El Cerrito LLC
McGrath-Rhd Partners LP
McKay Commercial Properties LLC
MCP - Wellington LLC
McWain LP
MDM Equity-2012 LLC
MDR Dover LP
Medina Grande Shops LLC
Metro Associates
Metro Centre
Meyerland Retail Associates LLC
MFBY Ocala LLC
MFN Equities LLC
MG Properties Group
MGP XII Sunrise Village LLC
Midlo Younger LLC
Midtown Commons Shopping Center
Midway Market Square Elyria LLC
Midway Shopping Center LP
Midwest Centers LP
Milan Real Estate Investments LLC
Millbrae Square Co.
Ming Retail Plaza LLC
Minot Town & Country Investors LLP
Mississippi Edgewater Square Investors
    LLC

ML 96000 LLC
MLO Great South Bay LLC
Mobile Festival Acquisition LLC
Mobile Festival Centre
Monroe Crossing Owner LLC
Monroe Retail Group LLC
Mont Reverse Exchange LLC
Montgomery Commons Associates
Montgomery Realty Group Inc.
Mount Vernon Plaza Associates LLC
Moyal Group Inc., The
MP Elko LLC
MP Northglenn Investors LLC
MPG Huntsville Plaza LLC
Mrof I - Nampa LLC
MSCI 2007-IQ14 Crossings Road LLC
Murray-Bart Associates
Muscatine Mall Management II LLC
Myrtle Beach Farms Co. Inc.
N&H Lapeer LP
NADG NNN JFAB (BLO-IL) LP
NADG/TRC Lakepointe LP
Naper West LLC
Nattan LLC
New Hartford Shopping Center Trust
New Port Richey Development Co. LLC
New Towne Center Owner LLC
New Towne Mall Realty Holding LLC
Niagara Square LLC
Niemann Holdings LLC
Niki Auburn Mile LP
NNN REIT Inc.
NNN Yulee FL Owner LP
Nonnenmann Family LLC
Norber Trust
North Attleboro Marketplace II LLC
North Geneva Commons LLC
North Main Phase II & III LLC
North Pointe Centre LLP
North Valley Plaza LLC
Northern Rose Hanover LP
Northgate Retail Partners
Northgate Station LP
Northpark Mall/Joplin LLC
Northway Mall Properties Sub LLC
Novus-Crestwood Sams LLC

NVR Investments LLC
NW Plaza Associates 1 LLC
NW Plaza Muncie LLC
Oak Valley Centre LLC
Ohio Valley Mall Co.
Omega Sonora LLC
One Oak Investments LLC
Ontario Gateway JH Retail XIX LLC
Orem Family Center LLC
ORF VII Felch Street LLC
ORF VIII Lakeland Plaza LLC
ORF X Waterside LLC
OSJ of Seekonk LLC
Outer Drive 39 Development Co. LLC
Overlook Village Asheville LLC
Owosso Holdings LLC
OWRF Baybrook LLC
Oxford Valley Road Associates LP
P.M.C. Associates Inc.
Pacific Realty Associates LP
Packard Plaza Partners LLC
Pal Properties
Palani Properties LLC
Palouse Mall LLC
Panos Properties LLC
PAPF Roseburg LLC
Paradise Atlantic Holdings LLC
Parameter Corp.
Park Plaza Inc.
Park Plaza Joint Venture LLC
Park Station LLC
Parkview Plaza Associates I LLC
Parkway VF LLC
Pavilions North Shopping Center 18 LLC
PBA LL LLC
PC II Vertical LLC
Peckham Square LLC
Pedersen, Floyd
Pennmark Coventry Holdings LLC
Penny Racine LLC
Peru GKD Partners LLC
Petereit Investments Inc.
PH 706-750 N Casaloma Dr LLC
Phil Simon Enterprises Inc.
Pine Tree Partners LLC
Pitt Realty LLC

PK I Chino Town Square LP
PK I Gresham Town Fair LLC
PK I Silverdale Shopping Center LLC
Platte Purchase Plaza LLC
Plaza 20 Inc.
Plaza 41 LLC
Plaza at Buckland Hills LLC
Plaza at Countryside LLC
Plaza Enterprises
Plaza Farmington IV LLC
Plover WI Holdings LLC
Plymouth Center LP
PM Co., The
PMAT Waterside LLC
PNS Stores Inc.
Polaris Towne Center SC LLC
Pompano MZL LLC
Pontiac Mall LP
Port Angeles Plaza Associates LLC
Portal Plaza LP
Poughkeepsie Plaza Mall LLC
Poway Investment Co.
Preston Forest SC LLC
Prewitt's Highway 54 Enterprises LLC
Pride Center Co. LLC
Prime Properties Investors Fund VIII LP
Progress Square Partners LP
Provo Creekview
PRTC LP
PSC Medford LLC
PTC TX Holdings LLC
Pullman Square Associates
PVSC Co.
Pyramid Mall of Hadley Newco LLC
PZ Southern LP
PZ Southland LP
QBW Investments LLC
QCM Partners LLC
Quakertown Holding Corp.
Queensbury Plaza I LLC
Quincy Cullinan LLC
R/M Vacaville Ltd. LP
RAF Investments Ltd.
Raleigh Enterprises LLC
Rancho Dowlen LLC
Rancho Lebanon LLC

Randall Benderson 1993-1 Trust
Rawson Blum & Leon
Raynham Station LLC
Rayzor Ranch Marketplace Associates LLC
RB Merchants LLC
RB-3 Associates
RCG-Bradley VII LLC
RCG-Pocatello VII LLC
RCG-Rockwell LLC
Real Sub LLC
Realty Income Corp.
Realty Income Properties 31 LLC
Red Queen LLC
Redding Mhp Estates LP
Regency Austin LLC
Regency Campbellsville LLC
Regency Centers LP
Regency Central Indiana LLC
Regency Indiana Enterprises LP
Regency Jasper LLC
Regency Vernal LLC
Renaissance Partners I LLC
Rhino Holdings Arden LLC
Rhino Holdings Nampa LLC
Rhino Holdings Rockford LLC
Rhino Holdings Turlock LLC
Richmond Road Plaza LLC
Richmond Station LLC
Richwal LLC
River Park Plaza LP
River Ridge Mall JV LLC
Riverchase CC LP
Riverdale Crossing LLC
Riverson LLC
Riverwood Ruskin LLC
RK Pembroke Pines LLC
RMAF I LLC - The City Portfolio (Dublin)
RMAF LA LLC
R-Montana Associates LP
Rochester Crossing LLC
Rockstep Meridian LLC
Rockstep Willmar LLC
ROF TA Kohler LLC
ROIC Fullerton Crossroads LLC
Rouse Cos. LLC, The
Roxville Associates

RPI Ridgmar Town Square Ltd.
RPT Newnan LLC
RPT Realty LP
RPT West Oaks II LLC
RSS Wfrbs2011-C3 -De Pmhn LLC
Rural King Realty LLC
RVA West Broad LLC
Sagamore TOV LLC
Saginaw Center LLC
Sahuarita Plaza LLC
Salt City Development Co. LLC
Sammut Brothers
Sand Capital Vl LLC
Santa Susana Grf2 LLC
Saroni Real Estate LLC
SB Investment Associates LLC
Schnitzer Properties LLC
Schottenstein Property Group Inc.
SCT Rio Hill LLC
SDD Inc.
SDM Development Co. LLC
Seco/Arroyo Shopping Center LP
Selig Enterprises Inc.
Sequoia Plaza Associates LP
Seven Corners Center LLC
SEYCO21 LLC
SGG Sterling LLC
Shelby Town Center Phase I LLC
Shelbyville Road Plaza LLC
Sherman Commons LP
SHJR LLC
Shoppes at River Crossing LLC
Shoppes LP, The
Shopping Center Associates
Shops at St. Johns LLC
Shrewsbury Village LP
Shri Swamine LLC
Siegen Lane Properties LLC
Sierra Lakes Marketplace LLC
Sierra Vista Mall Realty Holding LLC
Silas Creek Improvements LLC
Silver Lake Center LLC
Silvernail Associates LP
Sky Midland Holdings LLC
Sm Mesa Mall LLC
Smart Cienega SPE LLC

Smb Holdings LLC
Smith Land & Improvement Corp.
Soap Champaign LLC
South End Investors LLC
South Frisco Village SC LP
South Park Plaza Inc.
South Peak Capital LLC
South Town Plaza Realty LLC
Southaven Town Center II LLC
Southgate Square Virginia LLC
Southington/Route 10 Associates LP
Southwest Commons 05 A LLC
SP 35 LP
Spirit BD Reading PA LLC
Spirit Master Funding IV LLC
Spirit Properties Ltd.
Spirit Spe Loan Portfolio 2013-3 LLC
Spirit SPE Loan Portfolio 2013-63 LLC
Spring Creek Improvements LLC
Spring Creek Owner LLC
Springfield Plaza Associates LLC
Square One Partners LLC
SRK Lady Lake 21 SPE LLC
SRL Crossings at Taylor LLC
SSS Willowchase Investment LLC
Stag Visalia LP
Stockbridge Courtland Center LLC
Suburban Plaza LLC
Suburban Realty Joint Venture
Suemar Realty Inc.
Sugarland Plaza LP
Summit Towne Centre Inc.
Sunbeam Development Corp.
Sunmark Property LLC
Sunset-River LLC
Sure Fire Group LLC
Suso 4 Forest LP
SUSO 5 Northlake LP
Svap Fairfax LLC
SVAP III Coral Landings LLC
Svap IV Presidential LLC
SVM - 10108887 LLC
SWP Wabash Properties I LLC
T Danville Mall LLC
T Mesquite MKT WVS TX LLC
T Peoria Il LLC

T Southern Tier NY LLC
T Southern Tier PIL NY LLC
TAG DE LLC
Tam Partners LP
Tamarack Village Shopping Center LP
Tamburro Properties II LLC
Tampa Palms Shopping Plaza LLC
Taylor Square Owner LLC
TBF Group Sutters Creek LLC
Tejas Center Ltd.
Terrace at Florida Mall LP
TH Honey Shops LLC
THF Greengate Development LP
Tifton Plaza Owner LLC
Tigard Plaza LLC
TJ Center I LLC
TKG Colerain Towne Center LLC
TKG Powder Basin LLC
TKG Rock Bridge Center LLC
TMA-Livcom LLC
Tolson Enterprises Inc.
Tony Sammut Investments
Torrington Plaza LLC
Towers Retail LLC
Town & Country Chicago Association LLC
Town Center I Family Partnership LP
TPP 217 Taylorsville LLC
Transform Bohemia NY LLC
Transform Operating Stores LLC
Tri Marsh Realty LLC
Tri-County Plaza 1989 LP
Triple Bar Prince William LLC
Triple Net Clinton LLC
Tri-W Group
Truss Greenwood In LLC
Tucanada Holdings
Twin City Estate Corp.
Twin Peaks Holdings LLC
Two Guys Partners LLC
TXC Capital LLC
Tyler Broadway/Centennial LP
U-Blaine Properties LLC
UFPTFC LLC
Ultimate Retail Realty LLC
University Hills Plaza LLC
University Park Associates LP

University Place Improvements Owner LLC
University SP LLC
US Retail Partners LLC
Vanderwall Family LP
Vault Avenida Roseville Fabrics LLC
Venture Hulen LP
Ventures Karma LLC
VEREIT
Vernco Belknap LLC
Vestal Parkway Plaza LLC
Vestar Best in the West Property LLC
Vestar DRM-Opco LLC
Vickerry Realty Co. Trust
Viking Plaza Realty Group LLC
Village Crossing Partners LLC
Vincennes Center LLC
Volante Investments LLLP
Von Karman Plaza LLC
Vulcan Properties Inc.
Walz Capital LLC
Warnack, Shaughne S.
Warwick Realty LLC
Washington Prime Management Associates
    LLC
Washington, State of, Department of Natural
    Resources
Waterford Lakes Town Center LLC
Waterford Park North Associates LLC
Waterloo Crossroads Property LLC
WD Joann LLC
Wegman's Real Estate
Weingarten Nostat Inc.
Weirfield Coal Inc.
Wellman Family LP
Westbury Rental
Westford Valley Marketplace Inc.
Westgate Mall Realty Group LLC
Westgate Woodland LLC
Westminster Granite Main LLC
Westover Crossing LLC
WH Plaza LLC
Wheaton Plaza Regional Shopping Center
    LLC
WHLR-Village of Martinsville LLC
Widewaters Roseland Center Co. LLC
Williams Family Trust, The

Williamsburg Developers LLC
Willow Creek Center Outlet II LLC
Wilshire Plaza Investors LLC
Wilshire Plaza LP
Winkal Holdings LLC
Winter Street Partners Waterville LLC
Wiregrass Realty LLC
Wittman Wenatchee LLC
WLPX Hesperia LLC
Wooden Properties of Rochester LLC
Woodmont Co., The
Woodmont Criterion Slidell GP LLC
Woodpark SC LLC
Wooster Crossings LLC
WPI-Grand Plaza San Marcos LLC
WRD Hanover LP
WRI/Greenhouse LP
Wright Family Enterprises LLC
WRI-URS Meridian LLC
YBF Merchants LLC
Yoo Jin Lodging Inc.
York Value Center LP
Yosemite Park Shop Center 05A LLC
Yuba Raley's 2003 LLC
Zane Plaza LLC
Zaremba Metropolitan Midlothian LLC
Zeier Tov LLC
Zero West Park Realty Trust
Zolo LLC
ZRP Crosspointe Plaza LLC

# SCHEDULE 1(l)

## Litigation Parties

Abramson Labor Group
Ashworth Law Office
Ashworth, James C.
Ask, Therese
Balabbo, Precila
Banks, Shirley
Barloon, Joseph L.
Berry, Rex
Blank, Allison
Brodsky Smith
Bursor & Fisher PA
California, State of, Department of Fair
    Employment & Housing
California, State of, Department Of
    Industrial Relations Labor
    Commissioner Retaliation Compliant
    Investigation Unit
Cass Law Group
Cheek, Suzanne
Cholakian, Lauren
Davis Firm PC, The
Davis, William E., III
Dish Network LLC
DittoForm
Edell, Joseph
Edwards & Edwards Ltd.
Edwards, Nicole D.
Eisenback, Chad W.
Ernest Alexander LLC
Falk, Scott K.
Farrell, Scott
Faux, Elizabeth
Flinchum, Anne E.
Florida, State of, Commission on Human
    Relations
Foster, Teresa H.
Givens, Stephanie
Hannah, Roderick, Esq.
Hanning & Sacchetto LLP
Happy Products Inc.
Hemingway, Joanne
Herrera, Oscar

Hoffbauer, Rene
Hoffman, Rachel
JJD-HOV Elk Grove LLC
King & Siegel LLP
King, Julian Burns
Kopel, Yitzchak
McCarron, Raymond
McInerney, Kevin J.
Montgomery Realty Group Inc.
Montgomery Realty Ltd.
MSCI Crossings Road
Nunez, Gabriel
Ohio, State of, Civil Rights Commission
Omnia Studios
Pacific Trial Attorneys
Palitz, Michael
Parra, Destiny
PCP Group LLC
Plover Holdings
Pruitt, Jessica
Quattlebaum Grooms & Tull PLLC
Rath, Wendy
Rothman, Joel B.
Ruder Ware LLSC
Sampson, Mario
Sarabian, Jacob Sarkis
SB Investments LLC
SD-Sahuarita Properties LLC
Shavitz Law Group
Sherbow Law
Sherman Independent School District (TX)
Simon, Gwyn
Smith, Evan
Smith, Jeffery
Socie-Miller, Karla
Spears, Angela
Spitz Law Firm, The
SRipLaw PA
St. James Law PC
St. James, Michael
Sulaiman Law Group Ltd.
Termech, Babak

Termechi Employment Law
Thomas, Taylor
Tiare Technologies
Tull, John E., III
United States, Government of the,
    Department of Homeland Security,
    Customs & Border Protection, Office of
    Chief Counsel
United States, Government of the,
    Department of Justice, Commercial
    Litigation Branch
United States, Government of the, Equal
    Employment Opportunity Commission
Vasquez, Wendy
Ventures Karma
Vox Funding LLC
Washington, D.C., Office of the U.S. Trade
    Representative
Washington, Harry
Whitney Thompson & Jeffcoach LLP
Whitney, Marshall C.
Wido, Chris P.
Williams-Sonoma Inc.
Wood, Matthew S.
Zaragoza, Cindy

# SCHEDULE 1(m)

## **M&A Parties**

Gordon Brothers Retail Partners LLC
[CONFIDENTIAL]

# SCHEDULE 1(n)

## Ordinary Course Professionals

Adams & Reese LLP
Beveridge & Diamond PC
Bowman & Brooke LLP
Deloitte & Touche LLP
Dickinson Wright PLLC
DLA Piper LLP
Ernst & Young LLP
Farella Braun & Martel LLP
Hahn Loeser & Parks LLP
Harter Secrest & Emery LLP
Husch Blackwell LLP
Jackson Lewis PC
Jones Day
Kastner Westman & Wilkins LLC
Keller Rohrback LLP
Krugliak Wilkins Griffths & Doughtery Co. LPA
Lavin Cedrone Graver Boyd & Disipio
Littler Mendelson PC
Ogletree Deakins Nash Smoak & Stewart PC
Pearne & Gordon LLP
Phillips Murrah PC
Roetzel & Andress LPA
Siegel Jennings Co. LPA
Squire Patton Boggs LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Wolfsdorf Rosenthal LLP
Wright Lindsey & Jennings LLP

# SCHEDULE 1(o)

## Significant Customers

A.T. Imports Ltd.
Advanced Digital Textiles LLC
Affordable Treasures
Akron-Summit County Public Library
Alachua County Library District
Alameda County Library
Alberta Library, The
Alin Party Supply
Allegheny County Library Association
Allen County Public Library
Anne Arundel County Public Library
Anoka County Library
Anythink Libraries
Arrowhead Library System
AT Imports Ltd.
BFS Inc.
Bibliotheque et Archives Nationales
Billings Public Library
Blackhawk Network Holdings Inc.
Blick Art Materials
Bonney Lake No. 5970 Inc.
Boston Public Library
Boulder Tools LLC
Brampton Public Library
Brookdale Senior Living Inc.
Brooklyn Public Library
Burlington School District (VT)
Calgary Public Library
Carnegie Liberty of Pittsburgh
Carolina Cooperative Library Services
Casey Cardinia Library Corp.
Central Library Consortium
Chemeketa Cooperative Regional
Chester County Library System
Christchurch City Libraries
Christmas Mouse Inc., The
Cincinnati & Hamilton County Public
    Library
Cleveland Clinic
Cleveland Clinic Florida Hospital Inc.
Cleveland Public Library
Collier County Library

Colony Brands Inc.
Columbus Metropolitan Library
Conkright Inc.
Connected Libraries
Crafts Direct
Cuyahoga County Library
DC Public Library
Dealers Discount Crafts & Florals Inc.
Digital Content Associates Ltd.
Discount Drug Mart Inc.
Disney Consumer Products Inc.
District of Columbia Public Library
Dollar Daze Two Inc.
Douglas County Library
East Baton Rouge, Parish of (LA)
Eastern Shore Regional Library
Edmonton Public Library
Family Fare 1897
Fisher Hawaii
Fort Vancouver Regional Library
Fraser Valley Regional Library
Fred W. Albrecht Grocery Co., The
Fulton County Library System
Gabe's
Gale's Westlake Garden Center Inc.
Gale's Willoughby Garden Center
Giant Eagle
Granite Stores of Martha's Vineyard
Great River Regional Library
Greenville County Library System
Guru Kirpa Inc (Pfa)
Guru Kirpa Inc.
Hero Arts
Hip Stitch
Hour Loop Inc.
I Want Monster
ICM Distributing Co. Inc.
Incomm Payments
Indianapolis-Marion County Public Library
J&M Variety Stores Inc.
J.A. Riollano Co. Inc.
JA Riollano Co. Inc.

Jefferson County Library
Jefferson Parish Library
Jeson Enterprises Inc.
Kitsap Regional Library
Konrad Hornschuch AG
Lake County Public Library
Lakeshores Library System
Lancaster General Health
Las Cruces Public Libraries
Las Vegas-Clark County Library
Laurie Dash & Sons Inc.
Let's Make Art Holdings LLC
Lewisville Public Library
Libraries AR Holding
Library Foundation for Sarasota County
Local 881 UFCW
Lorain Public Library System
Manchester City Library
Mask Partners Inc.
Materialised Pty Ltd.
Meijer Inc.
Metronet Consortium
Metropolitan Library Commission
Metropolitan Library System
MI Shopping Deals LLC
Mid York Library System
Midpointe Library System
Montgomery County Public Libraries
Nassau Library System
New Castle County Libraries
New Orleans Public Library
Nordstrom Inc.
Notions Marketing Corp.
Oakland Public Library
Ocean County Library
Ocus USA Inc.
Olentangy River Group LLC
Ottawa Public Library
Paint Nite LLC
Palm Beach County Library System
Panaz Ltd.
Pasco, County of (FL)
Phoenix of Anderson
Pioneer Library System
Plaza Artist Materials Midatlantic
Prince George's Memorial Library

Prince William Public Library
Project Repat Inc.
Public Library of Steubenville
Queens Borough Public Library
Rainbow Resource Center Inc.
Randolph County Public Library
Richland County Public Library
Saint Charles City-County Library
Saint Louis County Library
San Mateo County Libraries ID
Santa Clara County Library District (CA)
Sarasota County Public Libraries
Sharjah Book Authority
Skytex México SA de CV
Sno-Isle Libraries
Solomon, Victor
Sonoma County Library
Spartanburg County Public Libraries
Splash - Solano Partner Libraries
Springs Window Fashions
St. James, Parish of (LA), Government
St. Louis Public Library
St. Tammany Parish Library
Standard 5-10-25 Cent Stores LLC
Suburban Library Cooperative
Surrey Libraries
Sutex SAS
Symplico Prints Pvt. Ltd.
Taycor Inc.
Taylor Made Scrub Hats LLC
THT S2 Productions LLC
Timberland Regional Library
Trappist Caskets Inc.
U.S. Airforce Libraries
Utah Education Network
Utah State Library
Valley Forge Fabrics Inc.
Vancouver Island Regional Library
Vancouver Public Library-Digital
Volusia County Library System
Warnke Stores Inc.
Waverly City Schools
Whittier Public Library
Wilson's 5 to 1.00 Stores Inc.
Winnefox Library System
Zulily LLC

Zurcher Merchandise Co. Inc.

# SCHEDULE 1(p)

## Surety & Letters of Credit

Alabama Power Co.
Alabama, State of, Attorney General
Alexandria, City of (LA)
Alexandria, City of (VA)
American Electric Power Co. Inc.
Arch Insurance Co.
Baltimore Gas & Electric Co., The
Bank of America NA
Brooklyn Union Gas Co., The
Carolina Power & Light Corp.
CDE Lightband
Central Georgia EMC Foundation Inc.
City of Riverside Public Utilities (CA)
Cleco Power LLC
Cobb Insurance Agency
Con Edison
Consolidated Edison Co. of New York Inc.
Coweta-Fayette Electric Membership Corp.
Dixie Electric Cooperative Inc.
Dominion Customer Credit Services
Dominion East Ohio Gas Co.
Dominion Energy South Carolina Inc.
Dominion Hope
Duke Energy Carolinas LLC
Duke Energy Florida LLC
Duke Energy Indiana Inc.
Duke Energy Progress LLC
Dyersburg, City of (TN), Dyersburg Electric
    System
Dynegy Energy Services East LLC
Dynegy Energy Services LLC
East Caln, Township of (PA)
Electric Power Board of Chattanooga
Empire District Electric Co., The
Entergy Arkansas Inc.
Entergy Corp.
Entergy Mississippi Inc.
Exeter Route 40 Land LLC
Florence, City of (AL), Utilities
Florence, City of (SC), Utilities
Florida Power & Light Co.
Fpl, Attention: Deposit Administration

Georgia Power Co.
Greystone Power Corp.
Gulf Power Co.
Huntsville, City of (AL)
Imperial Irrigation District
Jackson Electric Membership Corp.
Johnson City Power Board
Kenergy Corp.
Kentucky Utilities Co.
Keyspan Gas East Corp.
Knoxville Utilities Board, The
Lafayette Utilities System LLC
Lake Apopka Natural Gas District Inc.
Liberty Mutual Insurance Co.
Long Island Lighting Co. Inc.
Long Island Lighting Company D/B/A Lipa
Long Island Port Authority
Louisville Gas & Electric Co.
Lumbermens Mutual Casualty Co.
Marshfield Utilities
Middle Tennessee Electric Membership
    Corp.
Mohave Electric Cooperative Inc.
Morganton, City of (NC)
Murfreesboro Electric Department
Nevada, State of, Department of Taxation
Niagara Mohawk Power Corp.
North Little Rock Electric Department
NYSEG
Ohio Bureau of Workers' Compensation
Ohio, State of, Workers Compensation
Oklahoma Electric Cooperative Inc.
Oklahoma Gas & Electric Co.
Opelika, City of (AL), Utilities Board
Pacific Gas & Electric Co.
Pacific Power
Peco Energy Co.
Peru, City of (IL)
Pool 2 Industrial OH LLC
Portland General Electric Co.
Progress Energy Inc.
Rhode Island, State of, Department of Labor

Rhode Island, State of, Department of Labor
   & Training
Riverside, City of (CA), Public Utilities
Rocky Mount, City of (NC)
Rocky Mountain Power Inc.
Salt River Project Agricultural Improvement
   & Power District, Arizona
Santee Cooper Credit Union
Santee Cooper State Bank
SCE&G Small Commercial Group
Shakopee Public Utilities Commission
Southern California Edison Co.
Southwestern Electric Power Co.
Still Water Power LLC
Stillwater, City of (OK)
Sulphur Springs Valley Electric Co-Op Inc.
Sumter Electric Cooperative Inc.
Tallahassee, City of (FL)
Tampa Electric Co.
Tombigbee Electric Power Association
Tucson Electric Power Co.
Tullahoma Utilities Board, Tullahoma,
   Tennessee
UniSource Energy Services
United States, Government of the,
   Department of Homeland Security,
   Bureau of Customs & Border Protection
United States, Government of the,
   Department of Homeland Security, U.S.
   Customs, Various Associated Utilities
Unitil Corp.
Unitil ME Gas Operations
Unitil NH Electric Operations
UNS Gas Inc.
Vero Beach, City of (FL)
Virginia Electric & Power Co.
Westar Energy Inc.
Withlacoochee River Electric Cooperative
   Inc.
Zurich American Insurance Co.

# SCHEDULE 1(q)

## Top 30 Unsecured Creditors

AB Exports Ltd.
Advantus Corp.
American Crafts LLC
Aroma Bay Candles Co.
Brother International Corp.
Changshu Winway Textile Co. Ltd.
China National Arts & Crafts Group Corp. Ltd.
Design Group Americas
Designs for All Seasons Ltd.
Fabric Traditions
Fairfield Processing
Federal Express Corp.
Ganga Acrowools Ltd.
Gildan USA Inc.
Gwen Studios LLC
H&H Asia Ltd.
HongKong Simple Element Global Ltd.
HTL Ltd.
Jones Lang LaSalle Americas Inc.
Low Tech Toy Club LLC
Ningbo Winlead Ornament Co. Ltd.
Oriental Craft Industries Co. Ltd.
Ormo Ithalat Ve Ihracat AS
OttLite Technologies Inc.
R.M. Palmer Co. LLC
Springs Creative Products Group LLC
Steelworkers Pension Trust
Sunyin (HK) Holding Ltd.
SVP Sewing Brands LLC
Viition (Asia) Ltd.

# SCHEDULE 1(r)

## **Unions**

United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, The

# SCHEDULE 1(s)

## Vendors

0728 Downeast Associates LP
0728 Downeast Associates Ltd.
245 Tamal Vista Blvd Partners LP
3M Co.
4101 Transit Realty LLC
4694 Shops at St. Johns LLC
9395 CH LLC
A.W. Faber Castell USA Inc.
A+ Quality Services Inc.
AAA Cooper Transportation Inc.
AB Exports Ltd.
ABB Construction LLC
Acadia Strategic Opportunity Fund V
ACE American Insurance Co.
Adhesive Technologies Inc.
ADP Tax Credit Services Inc.
Advanced Carts Inc.
Advanced Digital Textiles LLC
Advantage Sales & Marketing Inc.
Advantus Corp.
AFC Worldwide Express Inc.
Ahead Inc.
Airtex Industries Inc.
AJ Nonwovens - Hampton LLC
Alexander Henry Fabrics Inc.
All Courtesy International Ltd.
Allied Products Corp.
Alvarez & Marsal Holdings LLC
American Crafts LLC
American Express
American Express Co.
American Fast Freight Inc.
American Lebanese Syrian Associated
    Charities Inc.
American News Co. LLC
American Oak Preserving Co. Inc.
American Realty Capital Retail Operating
    Partnership LP
American Tombow Inc.
Amsource Draper Lumber Yard LLC
Anthem Bluecross Life & Health Insurance
    Co.

Aon Risk Services Cos. Inc.
Apex Logistics International (NY) Inc.
Arbor Square LLC
Arbor Walk Mall LLC
Aria Investments LLC
Arlington Construction Inc.
Aroma Bay Candles Co.
Art Supply Enterprises Inc.
ArtBin
Artex Apparels
Artur Express Inc.
ATFT (Shenyang) Handicrafts Co. Ltd.
Aurient International Corp.
Authentic Brands Group LLC
Automated Logic Corp.
Avanti Inc.
B&B South Plaza Holdings LLC
B33 Milford JV LLC
B33 Real Estate Partners Investments II
    LLC
BA Two REIT LLC
Babcock & Wilcox Co., The
Bailiwick Services LLC
Belden Park JV LLC
Bella + Canvas LLC
Bendon Inc.
Berwick Offray LLC
BidEnergy Inc.
Blue Yonder Inc.
BlueVoyant LLC
Boston Warehouse
Brighton Mall Associates LP
Brink's Inc.
Brixmor Holdings 10 SPE LLC
Brixmor Operating Partnership LP
Brother International Corp.
Buckeye Retail JV LLC
Buddy Moore Trucking Inc.
Buffalo Batting
Buffalo Games LLC
Butterick Co. Inc.
C.H. Robinson, ABH Division

Cafaro Northwest Partnership
Caffco International Ltd.
Caliber 1 Construction Inc.
California State Teachers Retirement
    System
Camelot Group Inc.
Canan Iplikcilik Sanayi Ve Ticaret AS
Candle Warmers Etc.
Car Apple Valley Square LLC
Casa Collective Ltd.
CBL & Associates LP
CBTS Technology Solutions LLC
Ceaco Inc.
Centerra Marketplace Properties
Centerton Square Owners LLC
Century Distribution Systems Inc.
Ceres Newington Associates LLC
CFP Fire Protection Inc.
Changshu Winway Textile Co. Ltd.
Charter Warwick LLC
Children's Miracle Network
China National Arts & Crafts Group Corp.
    Ltd.
Chinatex Oriental USA Inc.
Choon's Design LLC
Christiana Town Center LLC
Church & Dwight Co. Inc.
Circle Logistics Inc.
Clover Needlecraft Inc.
Coats & Clark Inc.
Coats & Clark Inc.
Cofal Partners LP
Cofe ZM Dadeland LLC
Colart Americas
Combined Insurance Co. of America
Commercial Fire Inc.
Concord Design Classics Ltd.
Conejo Valley Plaza 2 LLC
Connors & Associates LLC
Construction One Inc.
Container Management Inc.
Cookies United LLC
COR Route 5 Co. LLC
Cordial Experience Inc.
Cosco Shipping Lines North America Inc.
Coupa Software Inc.

CPC Madison REIT LLC
CPT Arlington Highlands 1 LP
CPT Network Solutions Inc.
Craft Express
Crayola LLC
Crayon Software Experts LLC
Crescent Electric Supply Co.
CRI Columbus North Holdings LLC
Cricut Inc.
Criteo Corp.
Crown Equipment Corp.
Crypton Super Fabrics
CS International (HK) Toys Ltd.
Curlew Crossing SC LLC
CVS-Caremark
Daily Services
Ddr Corp Fka Developers Diversified
DDR Corp.
DDR Winter Garden LLC
DecoArt Inc.
Decorware Inc.
Del Amo Fashion Center Operating Co.
    LLC
Delmar International Inc.
Deloitte & Touche LLP
Deloitte FAS LLP
DEPT US Holding Inc.
Designs for All Seasons Ltd.
Deuter 65 LLC
Developers Diversified Realty Corp.
Dimensions Crafts LLC
DittoPatterns LLC
Dividend Trust REIT Sub
Dixon Ticonderoga (Strathmore)
DMC Corp.
DML Marketing Group Ltd.
Dooley & Mack Constructors
DPG USA Inc.
Dunbar Security Products Inc.
Dyno LLC
EC Design LLC
EC Foundation Schererville LLC
Eclectic Products LLC
Edge Plastics Inc.
Elegant Home Ltd.
Ellison Educational Equipment Inc.

Elmer's Products Inc.
Emmes LLC
EmployBridge Holding Co.
Emser International LLC
Enchante Accessories Inc.
ENGIE Impact
Environmental Technology Inc.
Ernst & Young LLP
Escape Velocity Holdings Inc.
Esplanade at Butler Plaza LLC
Estes Express Lines Inc.
Eugene Textiles
Everbest (Qingdao) Co.
Evergrace Home Inc.
Evergreen Shipping Agency Corp.
Everything Legwear Holdings LLC
Everything Mary LLC
Exeter 2500 N. Plaza LLC
Exmart International
Fabric Editions Inc.
Fabric Traditions
Fabrique Innovations Inc.
Facebook Inc.
FacilitySource LLC
Fairfield Processing
Fairfield Processing Corp.
Far Eastern Handicraft JSC
Federal Express Corp.
Feldman Co. Inc.
FFR Merchandising Inc.
Fidcal LLC
Fiorilli Construction Inc.
First & Main North LLC
Fiskars Brand Inc.
Fletcher Hills Town & Country LP
FloraCraft Corp.
Fortna Inc.
Foss Performance Materials LLC
Frederick County Square Improvements
    LLC
FreedomPay Inc.
Fung, Sun Li
Furniture Enterprises of Alaska Inc.
G&I IX Empire JV DLC LLC
GA Export (Thailand) Co. Ltd.
Ganga Acrowools Ltd.

Gardiner Service Co.
Gazzal Iplik San VE TIC Ltd. STI
GCE International Inc.
GHI Inc.
Gildan USA Inc.
Gingher Inc.
Global Sourcing Group Inc.
Globaltranz Enterprises LLC
Glowforge Inc.
GLP Flint LLC
Goldstar IC Ve Dis Ticaret Ltd.
Google Inc.
Gorilla Glue Co., The
Gossi Inc.
GPD Associates
Grand & Benedicts Inc.
Grand Plaza Management LLC
Greenfield LP
Greentex America LLC
Groom Construction Inc.
Guangzhou XY Paper Co. Ltd.
Gul Ahmed Textile Mills Ltd.
Gulsons LLC
Gumberg Associates Cranberry Mall
Gutermann of America Inc.
Gwen Studios LLC
H&H Asia Ltd.
Hailan Guoyue Trading Co. Ltd.
Halcraft USA Inc.
Hampton Plaza LLC
Hands Craft US Inc.
Hanes Industries
Hapag-Lloyd AG
Hardicraft/Hardick BV
Hauppauge Properties LLC
HC Packaging Asia Ltd.
Healy Construction Services Inc.
Hebei Bestone Jewelry Co. Ltd.
Hero Arts
Hewlett Packard Financial Service
Hewlett Packard Financial Services Co.
Heze Maxwell Wooden Products Co. Ltd.
Hilco Merchant Resources LLC
Hoffmaster Group Inc.
Holobeam Inc.
Honey Can Do International LLC

HongKong Simple Element Global Ltd.
Horizon Freight System Inc.
Horizon Group USA Inc.
Houlihan Lokey Capital Inc.
Houseworks Ltd.
HTL Ltd.
Huaian Fullya International
Huangyan Forever Arts & Crafts Fact
Hub Group Associates Inc.
Hursan Havlu Uretim Sanayi Ve Ticaret AS
Hyrosen Properties Inc.
Hy-Tek Intralogistics
Hyundai America Shipping
IBM Corp. Inc.
ICA BFC Venture LLC
IG Design Group Americas
Illumax China Ltd.
Impact Analytics Inc.
Infosys Ltd.
Inliten LLC
Innovative Logistics Services Inc.
International Paper
International Paper Co.
International Paper Co. - AL
International Paper Co. - CA
International Paper Co. - OH
International Paper Co.- CA
International Paper Co.- OH
International Paper Co.-AL
InvenTrust Properties Corp.
IRC Retail Centers Inc.
IRC Retail Centers Management Inc.
J&J Service Solutions LLC
J.B. Hunt Transport Inc.
Jackson Associates
Jackson Associates Inc.
Janome America Inc.
JB Hunt Transport Inc.
JC Colley LLC
Jesse James & Co. Inc.
Jet Holdings HK Ltd.
Jewelry Made By Me
Jewelry Made by Me Ltd.
JOC International Ltd.
Johanson Transportation Service
John Bead Corp.

Jones Day
Jones Lang LaSalle Americas Inc.
Joshen Paper & Packaging
June Tailor Inc.
Keter Canada Inc.
Keystone Freight Corp.
Kimco Income Operating Partnership LP
Kimco Realty Corp.
Kimco Riverview LLC
Kimco Westlake LP
KIR Federal Way 035 LLC
KIR Tampa 003 LLC
Kissimmee West Florida LP
Kite Realty Group LLC
Kite Realty Group LP
KLX LLC
KRG CREC KS Pembroke Pines LLC
Kunshan Jun Yuan Arts & Crafts Co. Ltd.
La Ribbons & Crafts Inc.
Lakeview Construction LLC
Lakeview Plaza (Orland) LLC
Landair Transport Inc.
Lang Cos. Inc., The
Lansing Retail Center LLC
Larson & Juhl
Lebanon Pad LP
Lee, County of (FL)
Lego Systems Inc.
Li, Rong Fa
Liberty Mutual Holding Co. Inc.
Lighthouse Transportation Services LLC
Lion Brand Yarn Co.
LJ CBG Acquisition Co.
LMC Co.
Lob.com Inc.
Logicalis Inc.
Longbow Advantage USA Inc.
Low Tech Toy Club LLC
Lozier Corp.
Lucky Star Enterprise & Co. Ltd.
Lucky Textile Mills Ltd.
Lynnwood Tower LLC
M2 Fabrics
MacPherson's Inc.
Maersk A/S
Maersk e Commerce Logistics

Mainstream International Inc.
Marco Contractors Inc.
Marcorp Marketing Consultants Pty. Ltd.
Marple XYZ Associates LP
Marten Transport Services
Masterpieces Puzzle Co.
May Fung Plastic Factory (HK) Ltd.
MC Construction Management Inc.
McCall Pattern Co.
MCD-RC CA-El Cerrito LLC
MCS Far East Inc.
MCS Industries Inc.
Me & My Big Ideas
Mekotex Pvt. Ltd.
Menderes Tekstil Sanayi Ve Ticaret AS
MetLife Core Property REIT LLC
MetLife Inc.
Metro Group (Industrial) Ltd.
Metro Trailer Leasing Inc.
Meyerland Retail Associates LLC
MGP XII REIT LLC
Michigan, State of, Department of Treasury
Microsoft Corp.
Microsoft Online Inc.
Midamco Inc.
MI-JAS-PPD Sales 04200
Missouri, State of, Department of Revenue
MJM Architects LLC
MN Textiles Pvt. Ltd.
MN-JAS-Sales Tax 002
Moitozoel Camino Promenade
Montgomery Realty Group Inc.
N.J. Croce Co.
NADG/SG Riverdale Village LP
Nakoma Products LLC
Nanjing Zhaohong Textile Co. Ltd.
Naperw LLC
National 4-H Council
Nationwide Children's Foundation
Natraj Home Furnishings Pvt. Ltd.
NeedleArt World (Hong Kong) Ltd.
Neo Wonderway Inc.
NEST International Inc.
Next Level Apparel
Niki Auburn Mile LP
Ningbo General Union Co. Ltd.

Ningbo Goldentime Import & Export Co. Ltd.
Ningbo MH Industry Co. Ltd.
Ningbo Tofoam Stationery Co. Ltd.
Ningbo Winlead Ornament Co. Ltd.
Nipkow & Kobelt Inc.
Nishat Chunian Ltd.
NNN REIT Inc.
North Attleboro Marketplace II LLC
Northern Lights
Northway Mall Properties LLC
Notions Marketing Corp.
Novaks Construction Inc.
Novaks Warehouse Inc.
NSI International Inc.
NY-COM-Sales Tax Promptax
Oak Harbor Freight Lines Inc.
Ocean Network Express Pte. Ltd.
Off the Wall Co. LLC
Olfa USA Inc.
On Our Sleeves
Ontario Gateway SJT RET XIX LLC
OOCL USA Inc.
Oracle America Inc.
Orchard Yarn & Thread Co. Inc.
Orchards Market Center LLC
Oriental Craft Industries Co. Ltd.
Ormo Ithalat Ve Ihracat AS
OttLite Technologies Inc.
Outer Drive 39 Development Co. LLC
OWRF Baybrook LLC
Oxford Valley Road Associates LP
Pacific Island Creations Co. Ltd.
Pacific Realty Associates LP
Paisley Crafts LLC
PA-JAS-Sales Tax St301
Paladin Freight Solutions Inc.
Palani Properties LLC
Pan Asian Creations Ltd.
Panacea Products Corp.
Panache (India) International
Paper Transport LLC
Park Associates
Pathward NA
Pavilions North Shop Center 18 LLC
Paypool LLC

PCP Group LLC
PCT Vinyl
Pebbles Ltd.
Pellon Consumer Products
Pepperell Braiding Co. Inc.
Pepsico Beverage Sales LLC
Performance Horizon Group Ltd.
Perler
Phoenix Stationery Vietnam Co. Ltd.
Pinterest Inc.
Pitney Bowes Bank Inc.
PK Lifestyles
Plaid Enterprises
Platte Purchase Plaza LLC
PlayMonster LLC
Plaza at Countryside LLC
Plus Mark LLC
Pollock Investments Inc.
Pollock Paper Distributors
Polyform Products Co. Inc.
Primary Color Systems Corp.
Principal Life Insurance Co.
Promax Manufacturing Co. Ltd.
Provantage Corporate Solutions LLC
Provident Life & Accident Insurance Co.
PRTC LP
Prym Consumer USA Inc.
PTP Transport LLC
Public Employees Retirement Sys. Of FB
    Festival Center LLC
Public Employees Retirement System
Publicis Sapient
Pure Fishing Inc.
Qingdao Libang Kingtone Trade Co. Ltd.
Quad Graphics Inc.
Queen Crafts Ltd.
Quest Marketing Inc.
R.M. Palmer Co. LLC
Rakuten Marketing LLC
Ranger Industries
Raymond Storage Concepts Inc.
RCA Trucking LLC
Red Mountain Asset Fund I LLC
Retail Properties of America Inc.
Retail Services WIS Corp.
Ribblr Ltd.

Richloom Fabrics Group Inc.
Richloom Far East Trading Co. Ltd.
Rimini Street Inc.
River Park Plaza LP
Riverfront Village LLC
Riverside Woodman Partners
RK Pembroke Pines LLC
Robert Half International Inc.
Robert Kaufman Co. Inc.
Roland Berger Strategy Consulting
Rongfali LLC
Roth Bros. Inc.
Rowenta/Groupe SEB
Roxville Associates
Royal Acme Corp.
Royal Brush Manufacturing Inc.
Royal Consumer Products LLC
RPT Realty LP
Russell Tobin & Associates LLC
Rust-Oleum Corp.
S & M Heights
S&M Heights
S2G-Ohio Inc.
Salesforce.com Inc.
Sam Pievac Co. Inc.
Sanford LP
Santan MP LP
Santee Print Works
SAP America
SAP Industries Inc.
Saul Holdings LP
Sawgrass
Scentsible LLC
Schneider National Carriers Inc.
Schott Textiles Inc.
Schottenstein Realty LLC
Schylling Inc.
Seasons (HK) Ltd.
Seasons Special Co. Ltd.
Seco/Arroyo Shopping Center LP
Securitas Technology Corp.
Sedgwick Claims Management Services Inc.
Seko Worldwide LLC
SFT Inc.
SG Equipment Finance USA Corp.
Shanghai Aimi Pet Products Co. Ltd.

Shanghai Lifetex Industry Co. Ltd.
Shaoxing Ador Import & Export Co. Ltd.
Shaoxing Enyi Textile Co. Ltd.
Shaoxing Keqiao Yuzhou Textile Co. Ltd.
Shaoxing Minying Trading Co. Ltd.
Shaoxing Robb Import & Export Co. Ltd.
Shaoxing Xinzezhou Import & Export Co. Ltd.
Shazhou Textile Printing & Dyeing Import & Export Co. Ltd.
Shelby Town Center Phase I LLC
Shelbyville Road Plaza LLC
Shenyang Large Circle Arts & Crafts
Shienq Huong Enterprise Co. Ltd.
ShopCore Properties LP
Shopping Center Associates - Perring Plaza
Signature Marketing & Manufacturing
Silhouette America Inc.
Silver Creek Leather Co. LLC
Simplicity Creative Group Inc.
Sincere Creates & Manufactures Ltd.
Single Source Security LLC
Singsong International Trade Co. Ltd.
Siser North America
SITE Centers Corp.
SJ Corp.
Smart Cienega LLC
Sneirson, Gerald M.
Snow White Woollen Mills Pvt. Ltd.
Socialdeviant LLC
Solartex Corp.
South Frisco Village SC LP
Southwest Sign Group Inc.
Spinrite Corp.
Spirit Properties Ltd.
Spirit Realty Capital Inc.
Splunk Inc.
Spradling International Inc.
Springs Creative Products Group LLC
Square One Partners LLC
Sri Ramlakshman Fabs
Steelworkers Pension Trust
STG Intermodal Solutions Inc.
STI Global Inc.
Stockdale Investment Group Inc.
Storflex

Studio Eluceo Ltd.
Sugarland Plaza LP
Sulky of America Inc.
Sullivans USA Inc.
Sulyn Industries Inc.
Summit, County of (OH), Treasurer
Sun Life Assurance Co. of Canada
Sunmark Property LLC
Sunyin (HK) Holding Ltd.
SupplyOne Cleveland Inc.
Susan G. Komen Breast Cancer Foundation
Susz, Julie L.
Suzhou Lejing Knitting Co. Ltd.
SVP Sewing Brands LLC
SVP Singer Holdings Inc.
Symbol Gift Inc.
TA Services Inc.
Taixing Tongji Foreign Trade Co. Ltd.
Taizhou Honfont Import & Export Co. Ltd.
Tamarack Village Shopping Center LP
Tata Consultancy Services Ltd.
Technology Recovery Group
TEKsystems Global Services LLC
Tempo Drapery & Fabrics
Terra Worldwide Logistics LLC
Terranomics Crossroads Associates
Testrite Instrument Co. Inc.
Textile Creations Inc.
Therm O Web Inc.
THF Greengate Development LP
Tik Tok Inc.
Timeless Treasures Fabric
Tinuiti Inc.
Toll Global Forwarding (USA) Inc.
Topocean Consolid Service (LA) Inc.
Total Distribution Service Inc.
Town & Country Chicago Association LLC
Transform Holdco LLC
Trends International LLC
TRX Inc.
Tsukineko
Tufko International
Tulare, County of (CA)
Turtle Rock LLC
TY Inc.
UB Midway LLC

Uchida of America
Uline
United Airlines Inc.
United Staffing Associates LLC
Universal Candle Co. Ltd.
Universal Protection Service LP
Univic Floral Co. Ltd.
Unovo LLC
Utah-WRI Holdings LLC
Valid USA Inc.
Vardhman Textiles Ltd.
VDS Holding LLC
Velcro USA Inc.
Vestar Best in the West Property LLC
Vestar DRM-Opco LLC
Vibes Media LLC
Viition (Asia) Ltd.
Vistar Corp.
Vogue
Von Karman Plaza LLC
Vulcan Properties Inc.
Walz Capital Kennesaw LLC
Warm Products Inc.
Warnack, Shaughne S.
Washington, State of, Department of Natural
    Resources
Waste Management National Services Inc.
Waterford Lakes Town Center LLC
Wealth Concept Ltd.
Wells Fargo Banks
West Broadway Distribution Services LLC
Westmoreland Builders LLC
Wheaton Plaza Regional Shopping Center
    LLC
Wilton Industries
Win Hang Enterprise Ltd.
Wire Weld Inc.
Witte Plaza Ltd.
Wm/.Wright Co. Inc.
Woo Jin Corp.
Wooda Corp. Ltd.
Workday Inc.
WP Carey Inc.
Wujiang Foreign Trade Corp.
Wunderkind Corp.
Xanadu Industrial Ltd.

XCCommerce Inc.
XPO Logistics Freight Inc.
Yamaoka, George K.
Yosemite Park Shop Center 05A LLC
Yunker Industries Inc.
Yunus Textile Mill Pvt. Ltd.
Zebra Pen Corp.
Zhangjiagang Free Trade Zone
Zhangjiagang Yintian Trading Co. Ltd.
Zhejiang Tong Feng Arts & Crafts Co.
Zhuhai Ze Yuan Craft Floral
Zibo Zhaohai Light Industrial Products Co.
    Ltd.
Zolo LLC
ZonaPart LLC

## **Schedule 2**

**Identified Connections**

| Party | Connection Role |
|---|---|
| AIRGAS INC | Former UCC Member in Unrelated Case |
| ALIXPARTNERS | Professionals |
| ALVAREZ & MARSAL, LLC | Professionals |
| AT&T | Former UCC Member in Unrelated Case |
| BLOOMINGDALE COURT, LLC | Former Debtor in Unrelated Case |
| BRIXMOR OPERATING PARTNERSHIP LP | Former UCC Member in Unrelated Case |
| CENTERVIEW PARTNERS | Professionals |
| CHAUTAUQUA MALL REALTY HOLDING LLC | Former Debtor in Unrelated Case |
| CHOATE. HALL & STEWART LLP | Professionals |
| COLE SCHOTZ | Professionals |
| COMPUTERSHARE INC | Professionals |
| COMVEST | Target Financier in Unrelated Case |
| DELOITTE | Professionals |
| DELOITTE & TOUCHE LLP | Professionals |
| DICKINSON WRIGHT PLLC | Professionals |
| DLA PIPER LLP | Professionals |
| DONNELLEY FINANCIAL LLC | Professionals |
| DORSEY & WHITNEY LLP | Professionals |
| ENCHANTE ACCESSORIES INC | Current Client and Former UCC Member in Unrelated Case |
| ERNST & YOUNG LLP | Professionals |
| FACILITYSOURCE LLC | Former UCC Member in Unrelated Case |
| GIBSON DUNN | Professionals |
| GXO LOGISTICS SUPPLY CHAIN INC | Former UCC Member in Unrelated Case |
| HILCO GLOBAL | Professionals |
| HOLIDAY INN CLUB VACATIONS | Former UCC Member in Unrelated Case |
| HOULIHAN LOKEY CAPITAL INC | Professionals |
| IDEASTREAM CONSUMER PRODUCTS LLC | Former Debtor in Unrelated Case |
| JEFFER MANGELS BUTLER & MITCHELL LL | Professionals |
| JEFFERIES CAPITAL SERVICES LLC | Professionals |
| JOELE FRANK, WILKINSON, BRIMMER, KATCHER | Professionals |
| JONES DAY | Professionals |
| JONES LANG LASALLE AMERICAS INC | Professionals |
| JP MORGAN CHASE BANK | Target Financier in Unrelated Case |
| KATTEN MUCHIN ROSENMAN LLP | Professionals |
| KELLER ROHRBACK LLP | Professionals |

3

| Party | Connection Role |
|---|---|
| KIMCO REALTY CORPORATION | Professionals |
| KIRKLAND & ELLIS | Professionals |
| KORN FERRY INC | Former UCC Member in Unrelated Case |
| KROLL RESTRUCTURING ADMINISTRATION LLC | Professionals |
| LAKE VIEW PLAZA (ORLAND), LLC | Former Debtor in Unrelated Case |
| LATHAM & WATKINS LLP | Professionals |
| LIMA CENTER, LLC | Former Debtor in Unrelated Case |
| LINDALE MALL LLC | Former Debtor in Unrelated Case |
| MORGAN, LEWIS, AND BOCKIUS | Professionals |
| NCR CORPORATION | Former UCC Member in Unrelated Case |
| NNN REIT, LP | Former UCC Member in Unrelated Case |
| OGLETREE DEAKINS NASH | Professionals |
| OOCL USA INC | Current Client |
| PACIFIC GAS & ELECTRIC COMPANY | Former Debtor in Unrelated Case |
| PATRICK WILLIAMS | Former UCC Member in Unrelated Case |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | Current/Former UCC Member in Unrelated Cases |
| PLAZA AT BUCKLAND HILLS, LLC | Former Debtor in Unrelated Case |
| PLAZA AT COUNTRYSIDE, LLC | Former Debtor in Unrelated Case |
| PRINCIPAL LIFE INSURANCE COMPANY | Former UCC Member in Unrelated Case |
| QUAD GRAPHICS INC | Former UCC Member in Unrelated Case |
| QUANTUM HEALTH INC | Former Debtor in Unrelated Case |
| REALTY INCOME CORPORATION | Former UCC Member in Unrelated Cases |
| REGENCY CENTERS, L.P. | Former UCC Member in Unrelated Cases |
| REGENCY COMMERCIAL ASSOCIATES LLC | Former UCC Member in Unrelated Case |
| SKADDEN, ARPS, SLATE, MEAGHER & FLO | Professionals |
| SM MESA MALL, LLC | Former Debtor in Unrelated Case |
| THE HILLMAN GROUP INC | Current UCC Member in Unrelated Case |
| U.S. BANK NATIONAL ASSOCIATION | Former UCC  Member in Unrelated Cases |
| ULINE | Former UCC Member in Unrelated Case |
| UNITED STEELWORKERS | Former UCC Member in Unrelated Case |
| UPS | Former UCC Member in Unrelated Cases |
| WASHINGTON PLAZA LLC | Former Debtor in Unrelated Case |
| WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC | Former Debtor in Unrelated Case |
| WASHINGTON SAVINGS FUND SOCIETY, FSB | Former UCC Member in Unrelated Cases |

| Party | Connection Role |
|---|---|
| WORKDAY INC | Former UCC Member in Unrelated Cases |
| WP CAREY INC | Former UCC Member in Unrelated Case |
| YELLOW LOGISTICS INC | Former Client |