IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Objection Deadline: March 14, 2025 at 4:00 p.m. (ET)
Hearing Date: April 3, 2025 at 1:00 p.m. (ET)

**NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO EMPLOY AND RETAIN PROVINCE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 30, 2025**

**PLEASE TAKE NOTICE** that, on February 28, 2025 The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the of the above-captioned Debtors filed the *Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Province LLC* ("Province") *as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of January 30, 2025* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application must be (a) filed with the Bankruptcy Court on or before **March 14, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

DE:4900-8960-2591.1 46699.00002

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING HAS BEEN SCHEDULED TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION ON **APRIL 3, 2025 AT 1:00 P.M. (prevailing Eastern Time)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  February 28, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>By: */s/ James E. O'Neill*<br>　　Bradford J. Sandler (DE Bar No. 4142)<br>　　James E. O'Neill (DE Bar No. 4042)<br>　　919 North Market Street, 17th Floor<br>　　P.O. Box 8705<br>　　Wilmington, DE 19801<br>　　Telephone:  (302) 652-4100<br>　　Facsimile: (302) 652-4400<br>　　Email: bsandler@pszjlaw.com<br>　　　　　joneill@pszjlaw.com<br><br>　　　　　　　　- and –<br><br>**KELLEY DRYE & WARREN LLP**<br>Jason R. Adams (admitted *pro hac vice*)<br>Eric R. Wilson (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 808-7800<br>Email:　jadams@kelleydrye.com<br>　　　　ewilson@kelleydrye.com<br>　　　　mmcloughlin@kelleydrye.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |