# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2025, I caused copies of the foregoing Motion for Relief from the Automatic Stay to be served via electronic mail upon the parties listed below and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case:

| Name | Email address | Representing |
| --- | --- | --- |
| Patrick J. Reilley | preilley@coleschotz.com | Debtors |
| Stacy L. Newman | snewman@coleschotz.com | Debtors |
| Michael E. Fitzpatrick | mfitzpatrick@coleschotz.com | Debtors |
| Jack M. Dougherty | jdougherty@coleschotz.com | Debtors |
| Joshua A. Sussberg | joshua.sussberg@kirkland.com | Debtors |
| Aparna Yenamandra | aparna.yenamandra@kirkland.com | Debtors |
| Anup Sathy | anup.sathy@kirkland.com | Debtors |
| Jeffrey Michalik | jeff.michalik@kirkland.com | Debtors |
| Lindsey Blumenthal | lindsey.blumenthal@kirkland.com | Debtors |
| Bradford Sandler | bsandler@pszjlaw.com | Committee |
| James E. O'Neill | joneill@pszjlaw.com | Committee |
| Eric R. Wilson | ewilson@kelleydrye.com | Committee |
| Jason R. Adams | jadams@kelleydrye.com | Committee |
| Maeghan McLoughlin | mmcloughlin@kelleydrye.com | Committee |

Dated:  February 28, 2025         /s/ Adam Hiller
       Wilmington, Delaware     Adam Hiller (DE No. 4105)
                                        HILLER LAW, LLC
                                        300 Delaware Avenue, Suite 210, #227
                                        Wilmington, Delaware 19801
                                        (302) 442-7677 telephone