**HOW TOIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 427** |

**CERTIFICATION OF COUNSEL
REGARDING MOTION OF DEBTORS SEEKING
ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO
RETAIN AND COMPENSATE PROFESSIONALS UTILIZED IN THE
ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to Joann, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1.      On February 13, 2025, the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 427] (the "Motion") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Motion (the "OCP Order").

2.      A hearing on the Motion was set to be held on March 6, 2025, at 2:00 p.m. (prevailing Eastern Time) and any objections or responses to entry of the OCP Order were to be filed and served on the undersigned proposed counsel by February 27, 2025 at 4:00 p.m.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

(prevailing Eastern Time) (the "<u>Objection Deadline</u>"), except for the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") whose deadline was extended to March 3, at 4:00 p.m. (prevailing Eastern Time).

3.      Prior to the Objection Deadline, the Debtors received informal comments to the proposed OCP Order from the U.S. Trustee.

4.      The Debtors revised the proposed OCP Order to address the informal comments received from the U.S. Trustee, and the parties agreed to a revised OCP Order, a copy of which is attached hereto as **<u>Exhibit 1</u>** (the "<u>Revised OCP Order</u>").

5.      A blackline comparing the Revised OCP Order against the OCP Order is attached hereto as **<u>Exhibit 2</u>**.

6.      The Debtors respectfully request that the Court enter the Revised OCP Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 4, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

| | |
|---|---|
| Patrick J. Reilley (No. 4451) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Stacy L. Newman (No. 5044) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | 601 Lexington Avenue |
| Jack M. Dougherty (No. 6784) | New York, New York 10022 |
| 500 Delaware Avenue, Suite 1410 | Telephone:    (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:    (212) 446-4900 |
| Telephone:    (302) 652-3131 | Email:    joshua.sussberg@kirkland.com |
| Facsimile:    (302) 652-3117 |        aparna.yenamandra@kirkland.com |
| Email:    preilley@coleschotz.com | |
|        snewman@coleschotz.com | - and - |
|        mfitzpatrick@coleschotz.com | |
|        jdougherty@coleschotz.com | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:    (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | Email:    anup.sathy@kirkland.com |
| |        jeff.michalik@kirkland.com |
| |        lindsey.blumenthal@kirkland.com |
| | |
| *Co-Counsel to the Debtors and* | *Co-Counsel to the Debtors and* |
| *Debtors in Possession* | *Debtors in Possession* |