**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 6, 2025 AT 2:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**ADJOURNED MATTER**

1.      Motion of IG Design Group Americas, Inc. to (A) Compel the Debtors to Assume or Reject Executory Contract, and (B) Modify the Automatic Stay (Filed February 4, 2025) [Docket No. 259]

Related Documents:

(a)      [SEALED] Exhibit A to (I) Limited Omnibus Objection to Sale Procedures Motion and Contract Procedures Motion and (II) Motion (A) to Compel the Debtors to Assume or Reject Executory Contract, and (B) to Modify the Automatic Stay (Filed February 4, 2025) [Docket No. 261]

Objection Deadline:    February 18, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:      This matter has been adjourned to the hearing scheduled on April 3, 2025 at 1:00 p.m. (ET).

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**RESOLVED MATTERS**

2.    Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date (Filed February 13, 2025) [Docket No. 422 (Sealed)] (Filed February 18, 2025) [Docket No. 455 (Redacted)]

Related Documents:

    (a)    Certificate of No Objection Regarding Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date (Filed February 28, 2025) [Docket No. 537]

    (b)    Order Authorizing the Retention and Employment of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date (Entered March 4, 2025) [Docket No. 544]

Objection Deadline:   February 27, 2025 at 4:00 p.m. (ET).

Responses Received:  Informal comments from the Office of the United States Trustee (the "U.S. Trustee").

Status:        The Court entered an Order granting the Application. This matter will not be going forward.

3.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025 (Filed February 13, 2025) [Docket No. 424 (Sealed)] (Filed February 18, 2025) [Docket No. 456 (Redacted)]

Related Documents:

    (a)    Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025 (Filed March 3, 2025) [Docket No. 538]

    (b)    Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025 (Entered March 4, 2025) [Docket No. 545]

Objection Deadline:   February 27, 2025 at 4:00 p.m. (ET).

Responses Received:  Informal comments from the U.S. Trustee.

Status:        The Court entered an Order granting the Application.  This matter will not be going forward.

4.      Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date (Filed February 13, 2025) [Docket No. 425 (Sealed)] (Filed February 18, 2025) [Docket No. 457 (Redacted)]

Related Documents:

        (a)     Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date (Filed March 3, 2025) [Docket No. 539]

        (b)     Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date (Entered March 4, 2025) [Docket No. 546]

Objection Deadline:    February 27, 2025 at 4:00 p.m. (ET).

Responses Received:  Informal comments from the U.S. Trustee.

Status:        The Court entered an Order granting the Application.  This matter will not be going forward.

5.      Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications (Filed February 18, 2025) [Docket No. 452]

Related Documents:

        (a)     Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications (Filed February 28, 2025) [Docket No. 534]

        (b)     Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications (Entered March 4, 2025) [Docket No. 543]

Objection Deadline:    February 27, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:        The Court entered the Order granting the Motion.  This matter will not be going forward.

**CERTIFICATIONS OF COUNSEL**

6.      Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors an Interim Chief Executive Officer, an Interim Chief Financial Officer, and Certain Additional Personnel, (II) Designate Michael Prendergast as Interim Chief Executive Officer, and (III) Designate Jeffrey Dwyer as Interim Chief Financial Officer for the Debtors, in Each Case Effective as of the Petition Date (Filed February 13, 2025) [Docket No. 420 (Sealed)] (Filed February 18, 2025) [Docket No. 453 (Redacted)]

Related Documents:

(a)     Certification of Counsel Regarding Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors an Interim Chief Executive Officer, an Interim Chief Financial Officer, and Certain Additional Personnel, (II) Designate Michael Prendergast as Interim Chief Executive Officer, and (III) Designate Jeffrey Dwyer as Interim Chief Financial Officer for the Debtors, in Each Case Effective as of the Petition Date (Filed March 4, 2025) [Docket No. 549]

Objection Deadline:   February 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 3, 2025 for the U.S. Trustee.

Responses Received:  Informal comments from the U.S. Trustee.

Status:     A Certification of Counsel, together with a revised proposed order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

7.      Application of Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Modifying Certain Timekeeping Requirements, and (IV) Granting Related Relief (Filed February 13, 2025) [Docket No. 421 (Sealed)] (Filed February 18, 2025) [Docket No. 454 (Redacted)]

Related Documents:

(a)     Certification of Counsel Regarding Application of Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Modifying Certain Timekeeping Requirements, and (IV) Granting Related Relief (Filed March 4, 2025) [Docket No. 550]

Objection Deadline:    February 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 3, 2025 for the U.S. Trustee.

Responses Received:  Informal comments from the U.S. Trustee.

Status:    A Certification of Counsel, together with a revised proposed order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

8.    Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief (Filed February 13, 2025) [Docket No. 426]

Related Documents:

(a)    Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief (Filed March 4, 2025) [Docket No. 547]

Objection Deadline:    February 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 3, 2025 for the U.S. Trustee.

Responses Received:  Informal comments from the U.S. Trustee.

Status:    A Certification of Counsel, together with a revised proposed order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

9.    Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief (Filed February 13, 2025) [Docket No. 427]

Related Documents:

(a)    Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief (Filed March 4, 2025) [Docket No. 548]

Objection Deadline:    February 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 3, 2025 for the U.S. Trustee.

Responses Received:  Informal comments from the U.S. Trustee.

Status:        A Certification of Counsel, together with a revised proposed order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## MATTER GOING FORWARD

10.    Motion of Debtors Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof (Filed February 20, 2025) [Docket No. 475]

Related Documents:

Objection Deadline:  February 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 4, 2025 for the U.S. Trustee.

Responses Received:  Informal comments from the U.S. Trustee.

Status:        The Debtors are working to resolve informal comments from the U.S. Trustee and expect to file a revised proposed order under certification of counsel in advance of the hearing.  This matter will be going forward.

*[Remainder of page intentionally left blank]*

Dated: March 4, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 1410 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 652-3131 | Facsimile:   (212) 446-4900 |
| Facsimile:   (302) 652-3117 | Email:       joshua.sussberg@kirkland.com |
| Email:       preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       anup.sathy@kirkland.com
             jeff.michalik@kirkland.com
             lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*                      *Co-Counsel to the Debtors*
*and Debtors in Possession*                      *and Debtors in Possession*