## Schedule 2

## Tier 2 OCP List

| Name | Address | Service |
|---|---|---|
| Adams and Reese LLP | 100 N. Tampa Street, Suite 4000 Tampa, FL 33602 | Legal Services (Regional General Litigation) |
| Beveridge & Diamond, PC | 456 Montgomery Street, Suite 1800 San Francisco, CA 94104 | Legal Services (Compliance Counsel) |
| Bowman and Brooke LLP | 970 West 190th Street, Suite 700 Torrance, CA 90502 | Legal Services (Regional General Litigation) |
| Dickinson Wright PLLC | 1626 Wazee St., Suite 200 Denver, CO 80202 | Legal Services (Regional Real Estate Litigation) |
| Hahn Loeser & Parks LLP | 00 Public Square, Suite 2800 Cleveland, OH 44114 | Legal Services (Intellectual Property) |
| Harter Secrest & Emery LLP | 50 Fountain Plaza, Suite 1000 Buffalo, NY 14202-2293 | Legal Services (Labor and Employment) |
| Husch Blackwell LLP | 511 North Broadway, Suite 1100 Milwaukee, WI 53202-5502 | Legal Services (Regional General Litigation) |
| Jackson Lewis PC | Park Center Plaza I, Suite 400 6100 Oak Tree Blvd. Cleveland, OH 44131 | Legal Services (Labor and Employment) |
| Kastner, Westman & Wilkins LLC | 3550 West Market Street, Suite 100 Akron, Ohio 44333 | Legal Services (Labor and Employment) |
| Keller Rohrbach LLP | 1201 Third Avenue, Ste. 3200 Seattle, WA, 98101 | Legal Services (Regional General Litigation) |
| Krugliak, Wilkins, Griffths & Doughtery Co., LPA | 4775 Munson St., NW Canton, OH 44718 | Legal Services (Real Estate) |
| Lavin, Cedrone, Graver, Boyd & DiSipio | 190 N Independence Mall W, Suite 500 Philadelphia, PA 19106 | Legal Services (Regional General Litigation) |
| Littler Mendelson PC | 501 W. Broadway, Suite 900 San Diego, CA 92101-3577 | Legal Services (Labor and Employment) |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 127 Public Square, Suite 4100 Cleveland, OH 44114 | Legal Services (Labor and Employment) |
| Roetzel & Andress LPA | 222 S. Main St., Suite 400 Akron, OH 44308 | Legal Services (Regional General Litigation) |
| Siegel Jennings, Co., L.P.A | 23425 Commerce Park Rd UNIT 103, Cleveland, OH 44122 | Legal Services (Real Estate) |

| Name | Address | Service |
|---|---|---|
| Wilson Elser Moskowitz Edelman & Dicker LLP | Bank of America Plaza - 901 Main Street, Suite 4800, Dallas, TX 75202 | Legal Services (Regional General Litigation) |
| Wolfsdorf Rosenthal LLP | 1416 2nd Street Santa Monica, CA 90401 | Legal Services (Immigration) |
| Wright, Lindsey & Jennings LLP | 200 West Capitol Avenue, Suite 2300 Little Rock, AR 72201 | Legal Services (Regional Real Estate Litigation) |
| Squire Patton Boggs (US) LLP | 2550 M Street, NW, Washington, DC 20037 | Legal Services (Trade and Litigation Counsel) |
| Bird & Bird LLP | 535 Mission Street, 14th Floor, San Francisco, CA 94105 | Legal Services (Labor and Employment) |
| Frejka PLLC | 205 E 42nd Street, 20th Floor, New York, NY 10017 | Legal Services (Privacy) |