## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On February 18, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the (1) Core/2002 Service List attached hereto as **Exhibit A**; (2) Banks Service List attached hereto as **Exhibit B**:

- Order (1) Approving Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Assumed Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 446] (the "***Auction for the Sale of the Debtors' Assets***")

- Notice of Hearing [Docket No. 447]

- Notice Of Auction for the Sale of the Debtors' Assets [Docket No. 448] (the "***Auction for the Sale of the Debtors' Assets***")

- Bidding Procedures  [Docket No. 449] (the "***Bidding Procedures***")

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

On February 18, 2025, at my direction and under my supervision, employees of Kroll caused the Auction for the Sale of the Debtors' Assets, Auction for the Sale of the Debtors' Assets and Bidding Procedures to be served via First Class Mail on the Bidders Service List attached hereto as **Exhibit C.**

Dated: March 4, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 4, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86149

**Exhibit A**

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | AB EXPORTS | ATTN: HAMMAD HASSAN, GENERAL MANAGER<br>LASANI PULLI, NEAR KHAYABAN GARDENS<br>SERGODHA ROAD<br>FAISALABAD, PUNJAB 38000 PAKISTAN |
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | ADVANTUS CORP | ATTN: KEVIN CARPENTER, PRESIDENT<br>12276 SAN JOSE BLVD.<br>BUILDING 618<br>JACKSONVILLE FL 32223 |
| TOP 30 LARGEST UNSECURED CREDITOR | AMERICAN CRAFTS | ATTN: WAYNE MITCHELL, CHIEF EXECUTIVE OFFICER<br>588 W 400 S<br>SUITE 300<br>LINDON UT 84042 |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG<br>1717 K STREET NW<br>WASHINGTON DC 20006 |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY<br>233 SOUTH WACKER DRIVE<br>SUITE 7100<br>CHICAGO IL 60606 |

Exhibit A

Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | AROMA BAY CANDLES CO | ATTN: ELLEN MA, HEAD OF SALES<br>TIEU TRA/ RESIDENT GROUP 6<br>HUNG DAO- DUONG KINH- HAI PHONG<br>HAIPHONG 18000 VIETNAM |
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | BROTHER INTERNATIONAL CORPORATION | ATTN: MIKE LYNCH, VICE PRESIDENT AND GENERAL COUNSEL, KELLY A. HARTMAN<br>200 CROSSING BLVD.<br>BRIDGEWATER NJ 08807-0911 |
| TOP 30 LARGEST UNSECURED CREDITOR | CHANGSHU WINWAY TEXTILE CO LTD | ATTN: DAVID WANG, GENERAL MANAGER<br>BUILDING A, GULI TOWN<br>4/F, 10# FUCHUNJIANG EAST ROAD<br>CHANGSHU CITY, 100 JIANGSHU 215533 CHINA |
| TOP 30 LARGEST UNSECURED CREDITOR | CHINA NATIONAL ARTS & CRAFTS | ATTN: KATHY CHEN, CHIEF EXECUTIVE OFFICER<br>NO 37 4F 199 LANE YONG FENG ROAD<br>199 LANE<br>NINGBO, 130 ZHEJIANG 315010 CHINA |
| COUNSEL TO THE PREPETITION FILO AGENT, 1903P LOAN AGENT, LLC, 1903 PARTNERS, LLC | CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 |
| TOP 30 LARGEST UNSECURED CREDITOR | DESIGN GROUP AMERICAS | ATTN: ERIK SJOGREN, CHIEF EXECUTIVE OFFICER<br>5555 GLENRIDGE CONNECTOR<br>SUITE 300<br>ATLANTA GA 30342 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | DESIGNS FOR ALL SEASONS LTD | ATTN: TIM TOMPKINS, CHIEF EXECUTIVE OFFICER<br>41 MAN YUE STREET<br>FLAT B 5F KAISER ESTATE PHASE 1<br>HUNGHOM, KOWLOON HONG KONG |
| TOP 30 LARGEST UNSECURED CREDITOR | FABRIC TRADITIONS | ATTN: ELIZABETH TOWEY, CHIEF EXECUTIVE OFFICER AND PRESIDENT<br>519 EIGHTH AVENUE, 19TH FL<br>NEW YORK NY 10018 |
| TOP 30 LARGEST UNSECURED CREDITOR | FAIRFIELD PROCESSING | ATTN: JORDAN YOUNG, PRESIDENT<br>6432 PRESCOTT AVE<br>SAINT LOUIS MO 63147-2815 |
| TOP 30 LARGEST UNSECURED CREDITOR | FEDERAL EXPRESS CORPORATION | ATTN: MARK ALLEN, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS TN 38120 |
| TOP 30 LARGEST UNSECURED CREDITOR | GANGA ACROWOOLS LIMITED | ATTN: AMIT THAPAR, PRESIDENT<br>CORPORATE OFFICE 249, INDUSTRIAL AREA<br>A, LUDHIANA-3 (PB), PUNJAB 141003 INDIA |
| COUNSEL TO THE PREPETITION LOAN LENDER AD HOC GROUP, THE AD HOC TERM LOAN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG<br>200 PARK AVENUE<br>NEW YORK NY 10166-0193 |
| TOP 30 LARGEST UNSECURED CREDITOR | GILDAN USA INC | ATTN: COREY WACHTEL<br>1980 CLEMENTS FERRY ROAD<br>CHARLESTON SC 29492 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DRIVE<br>SUITE 902<br>TAMUNING GU 96913 |
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | GWEN STUDIOS | ATTN: CAREY EDWARDS, CHIEF EXECUTIVE OFFICER<br>1377 BROADCLOTH STREET, STE 202<br>FORT MILL SC 29715-4509 |
| TOP 30 LARGEST UNSECURED CREDITOR | H&H ASIA LTD | ATTN: LORRAINE MABERRY, SENIOR VICE PRESIDENT<br>27F NO 4013 SHENNAN ROAD<br>SHENZHEN 518026 CHINA |
| TOP 30 LARGEST UNSECURED CREDITOR | HONGKONG SIMPLE ELEMENT GLOBAL LIMITED | ATTN: SUMMER XIA, DIRECTOR OF SALES<br>3-4F, NO.1 BUILDING<br>NO. 1498 JIANGNAN ROAD<br>NINGBO CHINA |
| TOP 30 LARGEST UNSECURED CREDITOR | HTL LIMITED | ATTN: SIMON CASTLEY, OWNER<br>12/F, D. J. BUILDING<br>173 HOI BUN ROAD<br>KWUN TONG, KOWLOON HONG KONG |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | JONES LANG LASALLE AMERICAS INC | ATTN: DAVID HITCHENS, GENERAL COUNSEL<br>200 EAST RANDOLPH DRIVE<br>CHICAGO IL 60601 |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605 |
| TOP 30 LARGEST UNSECURED CREDITOR | LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG, MANAGER<br>411 EMISSARY DR. #108<br>CARY NC 27519 |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 |
| TOP 30 LARGEST UNSECURED CREDITOR | NINGBO WINLEAD ORNAMENT CO LTD | ATTN: BONNIE ZENG, DIRECTOR OF SALES<br>SCIENCE AND TECHNOLOGY PLAZA<br>10/F 4TH BUILDING<br>NINGBO 315000 CHINA |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MALCOLM M. BATES<br>US DEPARTMENT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | ORIENTAL CRAFT IND CO LTD | ATTN: RICKY CHEUNG, CHIEF EXECUTIVE OFFICER<br>RM B2, 5F SING MEI INDUSTRIAL BUILD<br>27-29 KWAI WING ROAD<br>KWAI CHUNG, HONG KONG HONG KONG |
| TOP 30 LARGEST UNSECURED CREDITOR | ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY, CHIEF EXECUTIVE OFFICER<br>KAGITHANE OFISPARK, MERKEZ MAHALLES<br>FAITH CAD. GOLYOLU HARMANSAZI MEVKIT<br>ORHANGAZI 16800 TURKEY |
| TOP 30 LARGEST UNSECURED CREDITOR | OTTLITE TECHNOLOGIES, INC. | ATTN: JOHN SHEPPARD, CHIEF EXECUTIVE OFFICER<br>1715 N WESTSHORE BLVD<br>SUITE 950<br>TAMPA FL 33607 |
| PUERTO RICO ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 |
| TOP 30 LARGEST UNSECURED CREDITOR | R.M. PALMER COMPANY LLC | ATTN: RICHARD PALMER, CHIEF EXECUTIVE OFFICER<br>1800 ELMWOOD AVENUE<br>BUFFALO NY 14207 |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO<br>1201 NORTH MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 |
| TOP 30 LARGEST UNSECURED CREDITOR | SPRINGS CREATIVE PRODUCTS GROUP | ATTN: DERICK CLOSE, CHIEF EXECUTIVE OFFICER<br>300 CHATHAM AVENUE<br>SUITE 100<br>ROCK HILL SC 29730 |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>501 WASHINGTON AVE.<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1031 W. 4TH AVENUE<br>SUITE 200<br>ANCHORAGE AK 99501-1994 |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1300 "I" STREET<br>SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 QUEEN ST<br>HONOLULU HI 96813 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET, SUITE 210<br>P.O. BOX 83720<br>BOISE ID 83720-1000 |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JAMES R. THOMPSON CTR.<br>100 W. RANDOLPH ST.<br>CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>302 W. WASHINGTON ST.<br>5TH FLOOR<br>INDIANAPOLIS IN 46204 |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>HOOVER STATE OFFICE BLDG.<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601-3449 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1885 NORTH THIRD STREET<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE HOUSE STATION 6<br>AUGUSTA  ME 04333-0000 |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUITE 102. STATE CAPITAL<br>75 DR. MARTIN LUTHER KING JR. BLVD.<br>ST. PAUL MN 55155 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>550 HIGH STREET<br>SUITE 1200<br>JACKSON MS 39201 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65101 |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>215 N. SANDERS<br>HELENA MT 59620-1401 |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>P.O. BOX 98920<br>LINCOLN NE 68509-8920 |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1 GRANITE PLACE SOUTH<br>CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FLOOR<br>ALBANY  NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF JUSTICE<br>P.O. BOX 629<br>RALEIGH NC 27602-0629 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE OFFICE TOWER<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43266-0410 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>1162 COURT STREET NE<br>SALEM OR 97301 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>REMBERT C. DENNIS OFFICE BLDG.<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37243 |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL, ROOM 236<br>SALT LAKE CITY UT 84114-0810 |

Exhibit A
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>202 NORTH NINTH STREET<br>RICHMOND  VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>1900 KANAWHA BLVD., E.<br>CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 |
| TOP 30 LARGEST UNSECURED CREDITOR | STEELWORKERS PENSION TRUST | ATTN: WITHDRAWAL LIABILITY DEPARTMENT<br>7 NESHAMINY INTERPLEX DR.<br>BENSALEM PA 19020 |

Exhibit A

Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS | SUNYIN (HK) HOLDING LIMITED | ATTN: CHEN FENG, PRESIDENT, BRANDON GRETHER<br>UNIT A 25/F ONE ISLAND SOUTH<br>2 HEUNG YIP ROAD<br>WONG CHUK HANGHK, HONG KONG 999077 HONG KONG |
| TOP 30 LARGEST UNSECURED CREDITOR | SVP SEWING BRANDS LLC | ATTN: JASON FORCIER, CHIEF EXECUTIVE OFFICER<br>1714 HEIL QUAKER BLVD<br>SUITE 130<br>LA VERGNE TN 37086 |
| UNITED STATES DEPARTMENT OF JUSTICE | UNITED STATES DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT<br>955 PENNSLYVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS<br>1313 N MARKET STREET<br>P.O. BOX 2046<br>WILMINGTON DE 19801 |
| TOP 30 LARGEST UNSECURED CREDITOR | VIITION (ASIA) LIMITED | ATTN: PEIYUAN WANG, GENERAL MANAGER<br>FLAT/RM D03, BLK A, 12/F<br>19-25 SHAN MEI ST<br>SHA TIN, NT NEW TERRITORIES 999077 HONG KONG |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>400 6TH ST., NW.<br>WASHINGTON DC 20001 |

**<u>Exhibit B</u>**

Exhibit B

Banks Service List

Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|------|----------|----------|----------|------|-------|-----------|
| BANK OF AMERICA | ACCOUNT ANALYSIS | FILE #719880/PO BOX 61000 | | SAN FRANCISCO | CA | 94161 |
| BANK OF AMERICA | BRANCH SUPPORT CENTER #1558 | PO BOX 1540 | | RANCHO CORDOVA | CA | 95741-1540 |
| BANK OF AMERICA N A | ACCOUNT ANALYSIS | PO BOX 550588 | | TAMPA | FL | 33655 |
| BANK OF AMERICA NA | ACCOUNT ANALYSIS | PO BOX 841935 | | DALLAS | TX | 75284-1935 |
| HEARTLAND BANK | ATTN: MICHELE D. KING | 401 N HERSHEY ROAD | | BLOOMINGTON | IL | 61704 |
| HEARTLAND BANK AND TRUST COMPANY | 401 N. HERSHEY ROAD | P.O. BOX 67 | | BLOOMINGTON | IL | 61702-0067 |
| JP MORGAN | 270 PARK AVENUE | | | NEW YORK | NY | 10017 |
| KEY BANK | 127 PUBLIC SQUARE 14TH FLOOR | | | CLEVELAND | OH | 44114 |
| KEY BANK | 3857 DARROW RD | | | STOW | OH | 44224 |
| KEY BANK | ALISA RENCK | 301 EAST FOURTH STREET | SUITE 2900 | CINCINNATI | OH | 45202 |
| KEY BANK | COMMERCIAL SUPPT SVCS | 66 SOUTH PEARL ST | | ALBANY | NY | 12207 |
| KEY BANK NATIONAL ASSOCIATION | 127 PUBLIC SQUARE | | | CLEVELAND | OH | 44101 |
| KEY BANK NATIONAL ASSOCIATION | 2025 ONTARIO AVE | OH-01-00-0409 | | CLEVELAND | OH | 44115 |
| KEY BANK OF NY | NY-31-17-0206 | 17 CORP WOODS BLVD | | ALBANY | NY | 12211 |
| KEY BANK OF WASHINGTON | C/O ACCOUNT ANALYSIS | PO BOX 11500 WA-31-05-0241 | | TACOMA | WA | 98411-5500 |
| NEVADA TREASURY UNCLAIMED PROPERTY | 1 STATE OF NEVADA WAY, 4TH FLOOR | | | LAS VEGAS | NV | 89119 |
| PNC | NANCY CONCITIS | TWO TOWER CENTER BOULEVARD | J3-JTTC-17-6 | EAST BRUNSWICK | NJ | 08816 |
| REGIONS BANK | GINNY RABBITT | 211 NORTH PENNSYLVANIA ST. | SUITE 802 | INDIANAPOLIS | IN | 46204 |
| REGIONS BANK | PO BOX 387 | | | MEMPHIS | TN | 38147 |
| TREASURY DEPT, STATE OF TENNESSEE | UNCLAIMED PROPERTY DIVISION | ANDREW JACKSON STATE BLDG 15TH FL | | NASHVILLE | TN | 37243 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES | CM-9690 PO BOX 70870 | | ST PAUL | MN | 55170 |
| US BANK | 101 S CAPITOL SUITE 203 | | | BOISE | ID | 83702 |
| US BANK | 601 SECOND AVENUE SOUTH | | | MINNEAPOLIS | MN | 55402 |
| US BANK ACCOUNT ANALYSIS | TREASURY MANAGEMENT SERVICES | CM/9581 | | ST PAUL | MN | 55170 |
| WELLS FARGO | 420 MONTGOMERY STREET | | | SAN FRANCISCO | CA | 94104 |

**<u>Exhibit C</u>**

Exhibit C
Bidders Service List
Served via First Class Mail

| Name | Address1 | Address2 | City | State | Postal Code |
|------|----------|----------|------|-------|-------------|
| GORDON BROTHERS RETAIL PARTNERS LLC | 101 HUNTINGTON AVE, 11TH FL. | | BOSTON | MA | 02199 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN AND CINDI M. GIGLIO | 50 ROCKEFELLER PLAZA | NEW YORK | NY | 10020 |