**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Kroll Restructuring Administration LLC hereby withdraws the *Affidavit of Service of Nelson Crespin Regarding Order (I) Approving Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Assumed Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief, Notice of Hearing, Notice Of Auction for the Sale of the Debtors' Assets, and Bidding Procedures*, filed on February 28, 2025 [Docket No. 540] due to a clerical error related to the affiant name in the notary language. The affidavit of service with the correct affiant name was filed at Docket No. 556 on the date hereof.

Dated: March 4, 2025

*/s/ Javier Hernandez*
Javier Hernandez
Kroll Restructuring Administration LLC
1 World Trade Center
31st Floor
New York, NY 10007

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.