IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | CASE NO. 25-10068 (CTG) |
| JOANN, INC., et. al., | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

NOW COMES Korber Supply Chain US, Inc., a creditor in the above-styled bankruptcy proceeding, and enters this its appearance pursuant to the United States Bankruptcy Code.

Korber Supply Chain US, Inc. hereby requests that any and all notices required pursuant to Bankruptcy Rule 2002 or any other applicable law or order of this Court, whether written or oral, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans of reorganization, disclosure statements and any other documents brought before this Court in this case, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, that affect or seek to affect the above case, be served upon William L. Siegel, its attorney of record at the following address:

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2126
(214) 672-2326 facsimile
e-mail:  bsiegel@cowlesthompson.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570);joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopattems LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, lnc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: March 6, 2025

                Respectfully submitted,

                **COWLES & THOMPSON, P.C.**

By: */s/ William L. Siegel*
     **WILLIAM L. SIEGEL**
     Texas Bar No. 18342480

901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
bsiegel@cowlesthompson.com

ATTORNEYS FOR KORBER SUPPLY
CHAIN US, INC.

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on all parties who have requested notice per ECF on the 6th day of March 2025.

                */s/ William L. Siegel*
                William L. Siegel