**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 25-10068 (CTG) |
| JOANN, Inc., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Blue Yonder, Inc. ("Blue Yonder"), and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and the Local Rules of this Court, demand that all notices given or required to be given, and all papers served or required to be served, be directed to the following**:**

| | |
|---|---|
| Mark A. Salzberg | Jeffrey C. Wisler |
| Squire Patton Boggs (US) LLP | Connolly Gallagher LLP |
| 2550 M Street, NW | 1201 North Market Street, 20th Floor |
| Washington, DC 20037 | Wilmington, DE 19801 |
| Telephone: (202) 457-6000 | Telephone: (302) 757-7300 |
| Email: mark.salzberg@squirepb.com | Email: jwisler@connollygallagher.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estate.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Blue Yonder's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Blue Yonder is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 10, 2025

CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (No. 2795)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Email: jwisler@connollygallagher.com

-and-

Mark A. Salzberg
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Email:  mark.salzberg@squirepb.com

*Attorneys for Blue Yonder, Inc.*

#05868846