## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 10th day of March 2025, a copy of the **Notice of Appearance and Demand for Service** was served via CM/ECF.

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)

#05869391