# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et. al.*, | Case No. 25-10068 (CTG) |
| Debtor.[1] | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF WESLEY J. PAUL

      Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, undersigned counsel moves the admission *pro hac vice* of Wesley J. Paul, of DeHeng Chen LLC, to represent Chinatex, Inc., in the above-captioned chapter 11 cases and any related proceedings.

Dated: March 10, 2025  
      Wilmington, Delaware

                                              */s/ Glenn A. Brown*  
                                              Glenn A Brown, DMD, Esq.  
                                              Real World Law, PC  
                                              727 N. Market Street #4  
                                              Wilmington, DE 19801  
                                              Tel: (302) 225-8340  
                                              Email: glenn.brown@realworldlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

## CERTIFICATION OF WESLEY J. PAUL

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order effective January 1, 2025. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: March 10, 2025
      Wilmington, Delaware

_____
Wesley J. Paul, Esq.
DEHENG CHEN LLC
233 Broadway Suite 2205,
New York, NY 10279, USA
Tel: (212) 608-6500
wpaul@dcclaw.com

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that Wesley J. Paul's motion for admission *pro hac vice* is granted.

_____