IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF CI WARNER ROBBINS, LLC TO COMPEL IMMEDIATE PAYMENT OF STUB RENT AND POST-PETITION RENT AND OBLIGATIONS PURSUANT TO II U.S.C. SECTIONS 365(d)(3) AND 503(b)(1)(A)**

Upon consideration of the *Motion of CI Warner Robbins, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)(1)(A)* (the "Motion"), and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a) and 503(b)(1)(A) of the Bankruptcy Code, the Debtors are directed to immediately (in no case later than one business day following entry of this Order) pay in immediately available funds $6,296.92 to CI Warner Robbins, LLC to cover the stub rent for the time period covering January 15, 2025 through January 31, 2025.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

3. This order shall be without prejudice to CI Warner Robbins LLC's right to seek allowance of further claims against the Debtors' estates, including, but not limited to, claims for damages arising from the Debtors' rejection of the Lease.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.