# CERTIFICATE OF SERVICE

I, Michael Busenkell, hereby certify that, on this 14th day of March, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: March 14, 2025  /s/ Michael Busenkell
Wilmington, Delaware  Michael Busenkell (DE 3933)
  GELLERT SEITZ BUSENKELL & BROWN, LLC