IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST SUPPLEMENTAL DECLARATION OF
APARNA YENAMANDRA IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JANUARY 15, 2025**

I, Aparna Yenamandra, being duly sworn, state the following under penalty of perjury:

1. I am the president of Aparna Yenamandra, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2] I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application or the Original Declaration (as defined herein), as applicable.

2. On January 15, 2025 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On February 13, 2025, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 424] (the "Application") pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3. My declaration in support of the Application was attached to the Application as Exhibit B (the "Original Declaration"). On March 4, 2025, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025* [Docket No. 545] (the "Retention Order").

4. In connection with the Application and the Retention Order, I submit this supplemental declaration (this "Supplemental Declaration") to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b). Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

5. As set forth in the Original Declaration, Kirkland has searched its electronic database of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Original Declaration. Since the Original Declaration was filed, Kirkland has updated those conflicts searches and has searched additional parties as Kirkland has become aware of additional parties in interest in these chapter 11 cases. In addition to the entities searched and disclosed in the Original Declaration, Kirkland has searched its electronic database

2

for the entities listed on **Schedule 1**, attached hereto. Below is a list of categories encompassing the additional entities that Kirkland has searched:[3]

| Schedule | Category |
|---|---|
| 1(f) | Bankruptcy Professionals Representing Other Parties |
| 1(t) | Committee Parties |
| 1(u) | Notice of Appearance Parties |
| 1(v) | Sale Transaction and Related Parties |

6. I have included the results of Kirkland's conflicts searches of the above-listed entities on **Schedule 2** hereto.[4] In addition, Kirkland re-ran searches in its electronic database for the entities that were previously reviewed in the Original Declaration. Listed on **Schedule 3** to this Supplemental Declaration are new client connections for entities identified in the Original Declaration. All current and prior representations of the parties identified on **Schedules 2** and **Schedule 3** are in matters unrelated to the Debtors and these chapter 11 cases unless otherwise set forth herein or in the Original Declaration.

7. Based on the conflicts searches conducted to date, to the best of my knowledge, neither I, Kirkland, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connections with the Debtors or any party in interest in these chapter 11 cases

---

[3] Kirkland's inclusion of parties in the following schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

[4] As referenced in **Schedule 2** and **Schedule 3**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date. As referenced in **Schedule 2** and **Schedule 3**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date. As referenced in **Schedule 2** and **Schedule 3**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system. The list generated from Kirkland's conflicts search system is over-inclusive. As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

except as disclosed or otherwise described in this Supplemental Declaration and in the Original Declaration.

8. Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search. For example, if an entity already been disclosed in the Original Declaration in one capacity (*e.g.*, a significant customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations unless the circumstances are such in the latter capacity that additional disclosure is required.

**Additional Disclosures**

9. As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Twin Peaks Ultimate Holdings, LLC, Brookfield Asset Management, and Gallatin Point Capital LLC and various of their subsidiaries and affiliates (collectively, "Landlord Affiliates") on a variety of matters. The Landlord Affiliates are affiliates of certain of the Debtors' landlords. Kirkland's current and prior representations of the Landlord Affiliates have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Landlord Affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Landlord Affiliates preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

10. Kirkland currently represents, and in the past has represented, a customer of the Debtors and various of its subsidiaries and affiliates (collectively, the "Customer") on a variety of matters, including the Customer's ongoing restructuring efforts.[5] Kirkland's current and prior

---

[5] Due to the inherently sensitive nature of the restructuring process, it is imperative that the identity of the Customer remain confidential. The Debtors will disclose to the U.S. Trustee the identity of the Customer and Kirkland's

representations of the Customer are in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Customer in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases and, similarly, will not represent the Debtors in connection with any matter adverse to the Customer. I do not believe that Kirkland's current or prior representation of the Customer precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

11.    On February 26, 2025, the Court entered an order authorizing the sale of the Debtors' assets to GA Joann Retail Partnership, LLC, a subsidiary of GA Group and Wilmington Savings Fund Society, FSB, in its capacity as prepetition term loan agent [Docket No. 520] (the "Sale Order" and the "Sale," respectively). The Sale closed on February 27, 2025. I understand that B. Riley Financial, Inc. ("B. Riley") has an ownership interest in GA Group. After filing the Original Declaration, I was made aware that Kirkland represented Oaktree Capital Management, L.P. ("Oaktree"), an investment management firm, in connection with a loan to B. Riley (the "Oaktree Transaction"). The Oaktree Transaction closed on February 27, 2025, and I understand that a portion of the loan was used by B. Riley in connection with B. Riley's investment in GA Joann Retail Partnership, LLC.

12.    No attorney or staff that has billed time to the Oaktree Transaction has billed time to the Debtors or these chapter 11 cases. Additionally, prior to the filing of this Supplemental Declaration, Kirkland implemented formal screening procedures to ensure that (a) any Kirkland attorneys or staff that billed time to the Oaktree Transaction will not work on any matter related to these chapter 11 cases and will not have access to confidential information related to Kirkland's

---

connections to such party, and Kirkland believes such disclosure is sufficient and reasonable under the circumstances.

representation of the Debtors, and (b) sufficient safeguards and procedures are in place to prevent imputation of conflicts by isolating and protecting confidential information across the two matters. I do not believe that Kirkland's representation of Oaktree precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

13. As set forth in the Original Declaration and herein, Kirkland in the past may have represented, may currently represent, and may in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed in the Original Declaration and herein) to the Debtors and these chapter 11 cases. Kirkland will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file an additional supplemental declaration, as required by Bankruptcy Rule 2014(a).

## Affirmative Statement of Disinterestedness

14. Based on the information contained herein and in the Original Declaration and conflicts searches conducted to date, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Original Declaration and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 14, 2025                              Respectfully submitted,

                                                  */s/ Aparna Yenamandra*
                                                  Aparna Yenamandra
                                                  as President of Aparna Yenamandra, P.C.,
                                                  as Partner of Kirkland & Ellis LLP; and as
                                                  Partner of Kirkland & Ellis International LLP

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(f) | Bankruptcy Professionals Representing Other Parties |
| 1(t) | Committee Parties |
| 1(u) | Notice of Appearance Parties |
| 1(v) | Sale Transaction and Related Parties |

## SCHEDULE 1(f)

**Bankruptcy Professionals Representing Other Parties**

Glenn Agre Bergman & Fuentes LLP
Kelley Drye & Warren LLP
Lowenstein Sandler LLP
Morris, Nichols, Arsht & Tunnell LLP
Pachulski Stang Ziehl & Jones LLP
Province LLC

## SCHEDULE 1(t)
### Committee Parties

Simon Property Group, Inc.

Case 25-10068-CTG    Doc 589    Filed 03/14/25    Page 11 of 16

## SCHEDULE 1(u)

### Notice of Appearance Parties

- Acadia Realty LP
- American Fork SC LLC
- Ansell Grimm & Aaron PC
- Archer & Greiner PC
- Balasiano & Associates PLLC
- Ballard Spahr LLP
- Benesch Friedlander Coplan & Aronoff LLP
- Bexar, County of (TX)
- Bilzin Sumberg Baena Price & Axelrod LLP
- BMA JC LLC
- Bridge33 Capital LLC
- Brockstedt Mandalas Federico LLC
- Brookfield Properties Retail Inc.
- Brookside Properties Inc.
- Brown Nimeroff LLC
- Bryan Cave Leighton Paisner LLP
- Burlington Stores Inc.
- Burr & Forman LLP
- Campbell & Levine LLC
- Carolina Pavilion
- Centerbridge Partners LP
- Centerton Square LLC
- China National Art & Crafts Imp. & Exp. Huayong Corp.
- Chipman Brown Cicero & Cole LLP
- Clark Hill PLC
- Clear Creek Independent School District (TX)
- Columbus Park Crossing LLC
- Cowles & Thompson PC
- Crafty (AL) LLC
- Cross & Simon LLC
- Cypress-Fairbanks Independent School District (TX)
- EDENS Inc.
- Ervin Cohen & Jessup LLP
- Federal Realty OP LP
- Fort Bend, County of (TX)
- Fox Rothschild LLP
- Frost Brown Todd LLP
- G&I IX Empire McKinley Milestrip LLC
- Gellert Seitz Busenkell & Brown LLC
- Giacomini, David A.
- Giacomini, Jeanette E.
- Giacomini, Richard
- Giacomini, Ronald
- Giacomini; Robert W.
- Gildan Activewear Inc.
- GKG Law PC
- Harris County Emergency Services District #09 (TX)
- Harris County Emergency Services District #47 (TX)
- Harris, County of (TX)
- Harris, County of (TX), Attorney's Office
- Hogan♦McDaniel
- Houston Community College System (TX)
- Houston Independent School District (TX)
- Houston, City of (TX)
- Humble, City of (TX)
- Hutensky Capital Partners LLC
- Jackson Walker LLP
- Jefferson, County of (TX)
- Joyce LLC
- Katy Independent School District (TX)
- Korber Supply Chain US Inc.
- Kurtzman | Steady LLC
- La Harbra Westbridge Partners LP
- Landis Rath & Cobb LLP
- Law Office of Stephen M. Kaplan
- Law Office Of Susan E. Kaufman LLC
- Law Offices of Kenneth L. Baum LLC
- Law Offices of Ronald K. Brown, Jr. APC
- Lewis Brisbois Bisgaard & Smith LLP
- Linebarger Goggan Blair & Sampson LLP
- Lone Star College System (TX)
- Loudoun, County of (VA)
- Lynwood Tower LLC
- Marketplace Tavares LLC, The
- Marketplace West Partners LLC
- Martinoni, Lisa A.
- McCarter & English LLP
- McElroy Deutsch Mulvaney & Carpenter LLP

Montgomery, County of (TX)
Morris James LLP
Offit Kurman PA
PBA II LLC
Perdue Brandon Fielder Collins & Mott LLP
Phillips Edison & Co. Inc.
Pierson Ferdinand LLP
Potter Anderson & Corroon LLP
Procopio Cory Hargreaves & Savitch LLP
Rashti & Mitchell, Attorneys at Law
RD Management LLC
Reed Smith LLP
Reeder Law Corp.
Rithum Corp.
Rochelle McCullough LLP
Rosner Law Group LLC, The
Saul Ewing LLP
Singer & Levick PC
Sirlin Lesser & Benson PC
Solomon Ward Seidenwurm & Smith LLP
Sterling Organization, The
Stradley Ronon Stevens & Young LLP
Sullivan Hazeltine Allinson LLC
Tenenbaum & Saas PC
Texas, State of, Attorney General's Office
Texas, State of, Comptroller of Public
    Accounts, Revenue Accounting Division
Thompson Hine LLP
Tobin & Reyes PLLC
Travis, County of (TX)
Travis, County of (TX), Attorney
Tucker, Ronald M., Esq.
Walsh Pizzi O'Reilly Falanga LLP
Weycer Kaplan Pulaski & Zuber PC
WPG Legacy LLC

# SCHEDULE 1(v)

## Sale Transaction and Related Parties

B. Riley Financial, Inc.
GA Joann Retail Partnership LLC
Great American Group LLC
Oaktree Capital Management LP

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Oaktree Capital Management LP | Alexander A. Taubman | Former |
| | Altera Infrastructure L.P. | Current |
| | BCP IV RTP Holdings Ltd. | Current |
| | BPR REIT Services LLC | Closed |
| | Brookfield Asset Management Inc. | Closed |
| | Brookfield Asset Management LLC | Current |
| | Brookfield Business Partners LP | Current |
| | Brookfield Infrastructure Debt Fund II LP | Closed |
| | Brookfield Private Capital (DIFC) Ltd. | Current |
| | Brookfield Properties Development LLC | Closed |
| | Brookfield Renewable Partners LP | Closed |
| | Brookfield Special Investments LLC | Current |
| | BX CQP Target Holdco LLC | Current |
| | Cosmos Purchaser, L.P. | Current |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Jordon Kruse | Current |
| | Matthew Wilson | Current |
| | Neighborhood Property Group, LLC | Current |
| | Oaktree Acquisition Corp. | Closed |
| | Oaktree Acquisition Corp. II | Closed |
| | Oaktree ATI Investors LP | Current |
| | Oaktree Bidco Ltd. | Current |
| | Oaktree Capital Management LP | Current |
| | Oaktree Gardens OLP LLC | Current |
| | Oaktree Gardens OLP SPV LP | Current |
| | Oaktree Lending Partners (Unlevered) Corp. | Current |
| | Oaktree Lending Partners Corporation | Current |
| | Oaktree Maritime Finance Holdings XI Ltd. | Closed |
| | Oaktree Midco Ltd. | Current |
| | Oaktree Opportunities Fund XI Feeder (Cayman) LP | Current |
| | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |

|  |  |  |
|---|---|---|
|  | Oaktree Power Opportunities Fund IV LP | Current |
|  | Oaktree Special Situations Fund | Closed |
|  | Oaktree Specialty Lending Corporation | Current |
|  | Oaktree Strategic Credit Fund | Current |
|  | Oaktree Topco Ltd. | Current |
|  | Ronald N. Beck | Current |
| Rithum Corp. | Anna May L. Trala | Current |
|  | Ashwin Krishnan | Former |
|  | Brandon Nixon | Current |
|  | Christian B. McGrath | Current |
|  | Collin E. Roche | Current |
|  | Constantine S. Mihas | Current |
|  | GTCR (W-1) Investors LP | Current |
|  | GTCR (W-2) Investors LP | Current |
|  | GTCR BC Intermediate Inc. | Current |
|  | GTCR Everest Borrower LLC | Current |
|  | GTCR Everest Holdings LLC | Current |
|  | GTCR Fund XIV | Current |
|  | GTCR Investment Holdings (Blocked) LP | Current |
|  | GTCR Investment Holdings (Unblocked) LP | Current |
|  | GTCR LLC | Current |
|  | GTCR Management Holdings LP | Current |
|  | GTCR-Ultra Intermediate Holdings, Inc. | Current |
|  | James E. Bonetti | Current |
|  | Kalen J. McConnell | Current |
|  | Maravai LifeSciences Foundation, Inc. | Former |
|  | Mark M. Anderson | Current |
|  | Sean L. Cunningham | Current |

# SCHEDULE 3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Alvarez & Marsal Holdings LLC | Edward Simon Middleton | Current |
| | Wesley Arthur Edwards | Current |
| | Wing Sze Tiffany Wong | Current |
| Bayshore Village (US) Inc. | LSF12 Crown TopCo, L.P. | Current |
| | LSF12 Crown MidCo LP | Current |
| | LSF12 Crown Parent LP | Current |
| | LSF12 Crown Intermediate GP LLC | Current |
| | LSF12 Crown Intermediate LP | Current |
| | LSF12 Crown US Residential HoldCo LLC | Current |
| | LSF12 Crown US Commercial Bidco LLC | Current |
| | LSF12 Crown China HoldCo Ltd. | Current |
| | LSF12 Crown Global HoldCo Ltd. | Current |
| | LSF12 Crown Management HoldCo LLC | Current |
| Birch Run Station LLC | Gerrity Group, LLC | Current |
| Southern California Edison Co. | Edison International | Current |