**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 25-10068 (CTG) |
| JOANN, Inc., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Mark A. Salzberg, Esquire to represent Blue Yonder, Inc. in the above-captioned cases and any adversary proceedings related thereto.

Dated: March 10, 2025

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (No. 2795)
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Email: jwisler@connollygallagher.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: March 10, 2025

/s/ Mark A. Salzberg
Mark A. Salzberg
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Email: mark.salzberg@squirepb.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 17th, 2025
Wilmington, Delaware**

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**