# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 25-10068-CTG |

## REQUEST FOR SPECIAL NOTICE

Store No. 1774

PLEASE TAKE NOTICE that Peckham KF, LLC, and Peckham PH, LLC, successors in interest to Peckham Square, LLC, and landlords for Store No. 1774 located at 3750 Kietzke Lane, Reno, Nevada 89502, request that notice to be sent to the electronic mail listed below, undersigned be added to the service list maintained by the Clerk's Office for electronic mail service, and all notices, orders and other filings be served upon undersigned via electronic mail in accordance with Fed. R. Bankr. P. 2002.

> Amy N. Tirre, Esq.
> Law Offices of Amy N. Tirre, APC
> 1495 Ridgeview Drive, Suite 90
> Reno, NV  89519
> Telephone:  (775) 828-0909
> Facsimile:  (775) 828-0914
> Email:  amy@amytirrelaw.com

*[Signature Page Follows]*

Dated: March 17, 2025

                            Respectfully submitted,

                        LAW OFFICES OF AMY N. TIRRE,
                        A Professional Corporation

                        /s/ Amy N. Tirre
                        AMY N. TIRRE, ESQ., (Nevada Bar No.6523)
                        1495 Ridgeview Drive, Suite 90
                        Reno, NV  89519
                        Telephone:  (775) 828-0909
                        Facsimile:  (775) 828-0914
                        Email:  amy@amytirrelaw.com