IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] | ) ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) | Rel. Dkt. Nos. 528, 532 |

**CERTIFICATE OF NO OBJECTION REGARDING ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 30, 2025**

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), hereby certifies that:

1. On February 28, 2025, the Committee filed the *Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of January 30, 2025* [Docket Nos. 528, 531, respectively] (the "Application").

2. The Application is currently scheduled for hearing on April 3, 2025 at 1:00 p.m. (ET) before the Honorable Craig T. Goldblatt. The deadline for objections to the Application were to be filed by March 14, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4938-8859-0378.1 46699.00002

3.  The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

Accordingly, the Committee respectfully requests that the proposed order attached as **Exhibit A** to the Application be entered at the Court's earliest convenience.

Dated:  March 17, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By:  */s/ James E. O'Neill*
　　Bradford J. Sandler (DE Bar No. 4142)
　　James E. O'Neill (DE Bar No. 4042)
　　919 North Market Street, 17th Floor
　　P.O. Box 8705
　　Wilmington, DE 19801
　　Telephone:  (302) 652-4100
　　Facsimile: (302) 652-4400
　　Email: bsandler@pszjlaw.com
　　　　　joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
　　　　ewilson@kelleydrye.com
　　　　mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*