IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et. al.*, | Case No. 25-10068 (CTG) |
| Debtor.[1] | |

**NOTICE OF WITHDRAWAL OF DOCKET 583**

Kindly withdraw Docket #583, a corrected motion has been filed.

_s/ Glenn A Brown

Dated: March 19 2025
   Wilmington, Delaware

Glenn A Brown #4669

*IT IS HEREBY ORDERED* that Wesley J. Paul's motion for admission *pro hac vice* is granted.

---
[1]