**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., et al., | Case No.:  25-10068-CTG |
| Debtors. | |

## <u>REQUEST FOR SPECIAL NOTICE</u>

PLEASE TAKE NOTICE that KHP Limited Partnership (as Interested Party) requests that notices be sent to the electronic mail listed below and the undersigned be added to the service list maintained by the Clerk's Office for electronic mail service, and all notices, orders and other filings be served upon undersigned via electronic mail in accordance with Fed. R. Bankr. P. 2002.

Faye C. Rasch
Wenokur Riordan PLLC
600 Stewart Street #1300
Seattle, WA 98101
Email: <u>faye@wrlawgroup.com</u>

*[Signature Page Follows]*

Dated: March 19, 2025

Respectfully submitted,

WENOKUR RIORDAN, PLLC


*/s/ Faye C. Rasch*
Faye C. Rasch (WA Bar No. 50491)
Email: faye@wrlawgroup.com