# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JOANN INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case Nos. 25-10068 (CTG), *et seq.*<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF KATHLEEN NOWAK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
*(relates to Docket No. 535)*

Kathleen Nowak ("Movant"), by Movant's undersigned counsel, hereby withdraws her Motion for Relief from the Automatic Stay (Docket No. 535) without prejudice, all parties to bear their own costs.

Dated: March 20, 2025
　　　　Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

　/s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

John J. Cibrario, Esquire
Law Offices Of John J. Cibrario
1150 Atlantic #556
Milford, Michigan 48381
(734) 721-1210 telephone
cibrario@prodigy.net

*Attorneys for Movant, Kathleen Nowak*