# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Rel. Dkt. Nos. 527, 531 & 596** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 31, 2025**

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), hereby certifies that:

1. On February 28, 2025, the Committee filed the *Application of the Official Committee of Unsecured Creditors for Authorizing to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of January 31, 2025* (the "Application") [Docket Nos. 527 and 531, respectively] , and on March 19, 2025 filed the *Supplemental Declaration of Bradford J. Sandler in Support of Application of the Official Committee of Unsecured Creditors for Authorizing to Employ and Retain Pachulski Stang*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

4932-2523-3194.1 46699.00002

*Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of January 31, 2025* (the "Supplemental Declaration") [Docket No. 596].

2. The Application is currently scheduled for hearing on April 3, 2025 at 1:00 p.m. (ET) before the Honorable Craig T. Goldblatt. The deadline for objections to the Application were to be filed by March 14, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, Pachulski Stang Ziehl & Jones LLP ("PSZJ") received informal comments from the Office of the United States Trustee, and filed the Supplemental Declaration.

4. Attached hereto as **Exhibit A** is the revised proposed Order (the "Order") for entry by the Court.

5. Attached hereto as **Exhibit B** is a redline of the Order against the proposed order filed with the Application.

6. Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

*[Remainder of page intentionally left blank]*

Dated:  March 20, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James E. O'Neill*
    Bradford J. Sandler (DE Bar No. 4142)
    James E. O'Neill (DE Bar No. 4042)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19801
    Telephone:  (302) 652-4100
    Facsimile: (302) 652-4400
    Email: bsandler@pszjlaw.com
           joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
         ewilson@kelleydrye.com
         mmcloughlin@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*