**Exhibit A**

**TIME ENTRIES**

| Name | Date | Description | Hours |
|---|---|---|---|
| Karn Chopra | 1/15/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Karn Chopra | 1/15/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 1/15/2025 | Preparation of Analysis / Materials | 0.5 |
| Karn Chopra | 1/15/2025 | Sale Process | 1.0 |
| Karn Chopra | 1/15/2025 | Chapter 11 Court Process | 1.0 |
| Ryan Kielty | 1/15/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 1/15/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 1/15/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 1/15/2025 | Sale Process | 1.0 |
| Ryan Kielty | 1/15/2025 | Chapter 11 Court Process | 1.5 |
| Daniel Bendetson | 1/15/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 1/15/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 1/15/2025 | Preparation of Analysis / Materials | 1.5 |
| Daniel Bendetson | 1/15/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 1/15/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 1/15/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 1/15/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 1/15/2025 | Preparation of Analysis / Materials | 3.0 |
| Callan Heidkamp | 1/15/2025 | Sale Process | 3.5 |
| Matthew Current | 1/15/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 1/15/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 1/15/2025 | Preparation of Analysis / Materials | 2.0 |
| Matthew Current | 1/15/2025 | Sale Process | 1.0 |
| Matthew Current | 1/15/2025 | Chapter 11 Court Process | 1.0 |
| Karn Chopra | 1/16/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 1/16/2025 | Sale Process | 0.5 |
| Karn Chopra | 1/16/2025 | Sale Process | 1.0 |
| Karn Chopra | 1/16/2025 | Chapter 11 Court Process | 3.0 |
| Ryan Kielty | 1/16/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 1/16/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 1/16/2025 | Sale Process | 1.5 |
| Ryan Kielty | 1/16/2025 | Chapter 11 Court Process | 3.0 |
| Daniel Bendetson | 1/16/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 1/16/2025 | Preparation of Analysis / Materials | 1.5 |
| Daniel Bendetson | 1/16/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 1/16/2025 | Chapter 11 Court Process | 2.5 |
| Callan Heidkamp | 1/16/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/16/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 1/16/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 1/16/2025 | Chapter 11 Court Process | 3.0 |
| Matthew Current | 1/16/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/16/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/16/2025 | Sale Process | 2.0 |
| Matthew Current | 1/16/2025 | Chapter 11 Court Process | 3.0 |
| Karn Chopra | 1/17/2025 | Sale Process | 1.0 |
| Karn Chopra | 1/17/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Karn Chopra | 1/17/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Karn Chopra | 1/17/2025 | Chapter 11 Court Process | 1.0 |
| Ryan Kielty | 1/17/2025 | Sale Process | 1.5 |
| Ryan Kielty | 1/17/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 1/17/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 2.0 |
| Ryan Kielty | 1/17/2025 | Chapter 11 Court Process | 1.0 |
| Daniel Bendetson | 1/17/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 1/17/2025 | Preparation of Analysis / Materials | 1.0 |
| Daniel Bendetson | 1/17/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 1/17/2025 | Coordination with Debtor / Debtor Professionals | 3.0 |
| Daniel Bendetson | 1/17/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.5 |
| Daniel Bendetson | 1/17/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 1/17/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/17/2025 | Preparation of Analysis / Materials | 7.0 |
| Callan Heidkamp | 1/17/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 1/17/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Callan Heidkamp | 1/17/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 2.0 |
| Callan Heidkamp | 1/17/2025 | Chapter 11 Court Process | 1.0 |
| Matthew Current | 1/17/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/17/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/17/2025 | Sale Process | 2.0 |
| Matthew Current | 1/17/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Matthew Current | 1/17/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 2.0 |
| Matthew Current | 1/17/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 1/18/2025 | Preparation of Analysis / Materials | 6.0 |
| Daniel Bendetson | 1/19/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 1/19/2025 | Preparation of Analysis / Materials | 4.0 |
| Karn Chopra | 1/20/2025 | Sale Process | 1.0 |
| Ryan Kielty | 1/20/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 1/20/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 1/20/2025 | Preparation of Analysis / Materials | 1.0 |
| Daniel Bendetson | 1/20/2025 | Sale Process | 0.5 |
| Callan Heidkamp | 1/20/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 1/20/2025 | Sale Process | 2.5 |
| Matthew Current | 1/20/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/20/2025 | Sale Process | 1.0 |
| Karn Chopra | 1/21/2025 | Sale Process | 1.0 |
| Karn Chopra | 1/21/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 1/21/2025 | Sale Process | 3.0 |
| Ryan Kielty | 1/21/2025 | Coordination with Debtor / Debtor Professionals | 2.5 |
| Daniel Bendetson | 1/21/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 1/21/2025 | Preparation of Analysis / Materials | 0.5 |
| Daniel Bendetson | 1/21/2025 | Sale Process | 4.0 |
| Daniel Bendetson | 1/21/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Callan Heidkamp | 1/21/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/21/2025 | Preparation of Analysis / Materials | 2.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Callan Heidkamp | 1/21/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 1/21/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Matthew Current | 1/21/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/21/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/21/2025 | Sale Process | 3.0 |
| Matthew Current | 1/21/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Karn Chopra | 1/22/2025 | Sale Process | 1.0 |
| Karn Chopra | 1/22/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 1/22/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 1/22/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 1/22/2025 | Sale Process | 3.0 |
| Ryan Kielty | 1/22/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 1/22/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 1/22/2025 | Preparation of Analysis / Materials | 1.5 |
| Daniel Bendetson | 1/22/2025 | Sale Process | 3.5 |
| Daniel Bendetson | 1/22/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Callan Heidkamp | 1/22/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 1/22/2025 | Preparation of Analysis / Materials | 2.0 |
| Callan Heidkamp | 1/22/2025 | Sale Process | 4.0 |
| Callan Heidkamp | 1/22/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 1/22/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 1/22/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/22/2025 | Sale Process | 3.0 |
| Matthew Current | 1/22/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 1/23/2025 | Sale Process | 0.5 |
| Ryan Kielty | 1/23/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 1/23/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 1/23/2025 | Preparation of Analysis / Materials | 2.0 |
| Daniel Bendetson | 1/23/2025 | Sale Process | 4.0 |
| Callan Heidkamp | 1/23/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/23/2025 | Preparation of Analysis / Materials | 2.0 |
| Callan Heidkamp | 1/23/2025 | Sale Process | 3.5 |
| Matthew Current | 1/23/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/23/2025 | Preparation of Analysis / Materials | 2.0 |
| Matthew Current | 1/23/2025 | Sale Process | 4.0 |
| Karn Chopra | 1/24/2025 | CVP Internal Coordination | 1.0 |
| Karn Chopra | 1/24/2025 | Preparation of Analysis / Materials | 0.5 |
| Karn Chopra | 1/24/2025 | Sale Process | 2.0 |
| Ryan Kielty | 1/24/2025 | CVP Internal Coordination | 1.0 |
| Ryan Kielty | 1/24/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 1/24/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 1/24/2025 | Preparation of Analysis / Materials | 1.0 |
| Daniel Bendetson | 1/24/2025 | Sale Process | 4.0 |
| Callan Heidkamp | 1/24/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/24/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 1/24/2025 | Sale Process | 3.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Matthew Current | 1/24/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/24/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/24/2025 | Sale Process | 4.0 |
| Karn Chopra | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Karn Chopra | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 1/25/2025 | Sale Process | 2.5 |
| Ryan Kielty | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 1/25/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 1/25/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Callan Heidkamp | 1/25/2025 | Preparation of Analysis / Materials | 3.0 |
| Callan Heidkamp | 1/25/2025 | Sale Process | 3.5 |
| Matthew Current | 1/25/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Matthew Current | 1/25/2025 | Preparation of Analysis / Materials | 3.0 |
| Matthew Current | 1/25/2025 | Sale Process | 3.0 |
| Karn Chopra | 1/26/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 1/26/2025 | Sale Process | 1.0 |
| Ryan Kielty | 1/26/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 1/26/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 1/26/2025 | Sale Process | 1.5 |
| Ryan Kielty | 1/26/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 1/26/2025 | Preparation of Analysis / Materials | 3.0 |
| Daniel Bendetson | 1/26/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 1/26/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 1/26/2025 | Sale Process | 3.0 |
| Matthew Current | 1/26/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/26/2025 | Sale Process | 2.0 |
| Karn Chopra | 1/27/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Karn Chopra | 1/27/2025 | Sale Process | 1.5 |
| Karn Chopra | 1/27/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 1/27/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 1/27/2025 | Sale Process | 1.5 |
| Ryan Kielty | 1/27/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 1/27/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 1/27/2025 | Preparation of Analysis / Materials | 0.5 |
| Daniel Bendetson | 1/27/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Daniel Bendetson | 1/27/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 1/27/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 1/27/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 1/27/2025 | Preparation of Analysis / Materials | 0.5 |
| Callan Heidkamp | 1/27/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Callan Heidkamp | 1/27/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 1/27/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 1/27/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Callan Heidkamp | 1/27/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/27/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Matthew Current | 1/27/2025 | Sale Process | 3.0 |
| Matthew Current | 1/27/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 1/27/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 1/27/2025 | Preparation of Analysis / Materials | 1.0 |
| Karn Chopra | 1/28/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 1/28/2025 | Sale Process | 2.0 |
| Ryan Kielty | 1/28/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 1/28/2025 | Sale Process | 2.5 |
| Daniel Bendetson | 1/28/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 1/28/2025 | Preparation of Analysis / Materials | 0.5 |
| Daniel Bendetson | 1/28/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 1/28/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 1/28/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/28/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 1/28/2025 | Sale Process | 3.0 |
| Matthew Current | 1/28/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 1/28/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/28/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 1/28/2025 | Sale Process | 3.0 |
| Karn Chopra | 1/29/2025 | Sale Process | 2.0 |
| Karn Chopra | 1/29/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 1/29/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 1/29/2025 | Sale Process | 2.0 |
| Ryan Kielty | 1/29/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 1/29/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 1/29/2025 | Coordination with Debtor / Debtor Professionals | 2.5 |
| Daniel Bendetson | 1/29/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 1/29/2025 | Preparation of Analysis / Materials | 1.0 |
| Daniel Bendetson | 1/29/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 1/29/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 1/29/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 1/29/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 1/29/2025 | Sale Process | 3.0 |
| Matthew Current | 1/29/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 1/29/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 1/30/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Karn Chopra | 1/30/2025 | Sale Process | 1.5 |
| Ryan Kielty | 1/30/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 1/30/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 1/30/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 1/30/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 1/30/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 1/30/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Callan Heidkamp | 1/30/2025 | Sale Process | 2.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Matthew Current | 1/30/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Matthew Current | 1/30/2025 | Sale Process | 2.0 |
| Karn Chopra | 1/31/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 1/31/2025 | Sale Process | 2.0 |
| Ryan Kielty | 1/31/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 1/31/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 1/31/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 1/31/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 1/31/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Callan Heidkamp | 1/31/2025 | Sale Process | 2.0 |
| Matthew Current | 1/31/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Matthew Current | 1/31/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/1/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/2/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/2/2025 | Travel | 5.0 |
| Karn Chopra | 2/3/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 0.5 |
| Karn Chopra | 2/3/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/3/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 2/3/2025 | Sale Process | 2.0 |
| Ryan Kielty | 2/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/3/2025 | Travel | 5.0 |
| Daniel Bendetson | 2/3/2025 | Sale Process | 9.0 |
| Daniel Bendetson | 2/3/2025 | Travel | 5.0 |
| Daniel Bendetson | 2/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/3/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/3/2025 | Sale Process | 2.5 |
| Callan Heidkamp | 2/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/3/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 2/3/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Matthew Current | 2/3/2025 | Sale Process | 2.5 |
| Matthew Current | 2/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/3/2025 | CVP Internal Coordination | 1.0 |
| Karn Chopra | 2/4/2025 | Coordination with Debtor / Debtor Professionals | 3.5 |
| Karn Chopra | 2/4/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/4/2025 | Coordination with Debtor / Debtor Professionals | 5.0 |
| Ryan Kielty | 2/4/2025 | Sale Process | 2.0 |
| Ryan Kielty | 2/4/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 2/4/2025 | Coordination with Debtor / Debtor Professionals | 5.0 |
| Daniel Bendetson | 2/4/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/4/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/4/2025 | Coordination with Debtor / Debtor Professionals | 4.0 |
| Callan Heidkamp | 2/4/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 2/4/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 2/4/2025 | Coordination with Debtor / Debtor Professionals | 4.0 |
| Matthew Current | 2/4/2025 | Sale Process | 1.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Matthew Current | 2/4/2025 | CVP Internal Coordination | 1.0 |
| Karn Chopra | 2/5/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/5/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/5/2025 | Sale Process | 1.5 |
| Ryan Kielty | 2/5/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/5/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/5/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/5/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 2/5/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/5/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/5/2025 | Sale Process | 2.0 |
| Matthew Current | 2/5/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/5/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Karn Chopra | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/6/2025 | Sale Process | 0.5 |
| Ryan Kielty | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 2/6/2025 | Sale Process | 0.5 |
| Daniel Bendetson | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 2/6/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Callan Heidkamp | 2/6/2025 | Sale Process | 3.0 |
| Matthew Current | 2/6/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Matthew Current | 2/6/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/7/2025 | Sale Process | 2.0 |
| Karn Chopra | 2/7/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 2.0 |
| Ryan Kielty | 2/7/2025 | Sale Process | 3.0 |
| Ryan Kielty | 2/7/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 2.0 |
| Daniel Bendetson | 2/7/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/7/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/7/2025 | Sale Process | 3.5 |
| Callan Heidkamp | 2/7/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Matthew Current | 2/7/2025 | Sale Process | 1.0 |
| Matthew Current | 2/7/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Karn Chopra | 2/8/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Karn Chopra | 2/8/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/8/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 2/8/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 2/8/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/8/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/8/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 2/8/2025 | Sale Process | 1.0 |
| Matthew Current | 2/8/2025 | Sale Process | 2.0 |
| Karn Chopra | 2/9/2025 | Sale Process | 2.0 |
| Karn Chopra | 2/9/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Karn Chopra | 2/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/9/2025 | Sale Process | 2.5 |
| Ryan Kielty | 2/9/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 2/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/9/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 2/9/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 2/9/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/9/2025 | Sale Process | 3.0 |
| Matthew Current | 2/9/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/10/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Karn Chopra | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/10/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/10/2025 | Sale Process | 2.0 |
| Ryan Kielty | 2/10/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 2/10/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/10/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 2/10/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 0.5 |
| Daniel Bendetson | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/10/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/10/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/10/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/10/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/10/2025 | Sale Process | 4.5 |
| Callan Heidkamp | 2/10/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/10/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 2/10/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/10/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 0.5 |
| Matthew Current | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/10/2025 | Sale Process | 0.5 |
| Matthew Current | 2/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/10/2025 | Sale Process | 2.0 |
| Matthew Current | 2/10/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/11/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/11/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/11/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 2/11/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 2/11/2025 | Sale Process | 2.5 |
| Ryan Kielty | 2/11/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 2/11/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 2/11/2025 | Sale Process | 3.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Daniel Bendetson | 2/11/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/11/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/11/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 2/11/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 2/11/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/11/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/11/2025 | Sale Process | 3.0 |
| Matthew Current | 2/11/2025 | Preparation of Analysis / Materials | 1.0 |
| Matthew Current | 2/11/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/12/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/12/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/12/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/12/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 2/12/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/12/2025 | Sale Process | 3.0 |
| Daniel Bendetson | 2/12/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/12/2025 | Sale Process | 0.5 |
| Callan Heidkamp | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/12/2025 | Sale Process | 3.0 |
| Callan Heidkamp | 2/12/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/12/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/12/2025 | Sale Process | 0.5 |
| Matthew Current | 2/12/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/12/2025 | Sale Process | 3.0 |
| Matthew Current | 2/12/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/12/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 2/13/2025 | Sale Process | 0.5 |
| Ryan Kielty | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/13/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 2/13/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/13/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 2/13/2025 | Preparation of Analysis / Materials | 1.0 |
| Callan Heidkamp | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Callan Heidkamp | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/13/2025 | Sale Process | 1.5 |
| Callan Heidkamp | 2/13/2025 | Preparation of Analysis / Materials | 2.5 |
| Matthew Current | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/13/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/13/2025 | Sale Process | 1.5 |
| Matthew Current | 2/13/2025 | Preparation of Analysis / Materials | 0.5 |
| Karn Chopra | 2/14/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 2/14/2025 | Chapter 11 Court Process | 2.0 |
| Karn Chopra | 2/14/2025 | Sale Process | 0.5 |
| Ryan Kielty | 2/14/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/14/2025 | Travel | 6.0 |
| Ryan Kielty | 2/14/2025 | Chapter 11 Court Process | 2.0 |
| Ryan Kielty | 2/14/2025 | Sale Process | 0.5 |
| Daniel Bendetson | 2/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/14/2025 | Chapter 11 Court Process | 2.0 |
| Daniel Bendetson | 2/14/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/14/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/14/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/14/2025 | Chapter 11 Court Process | 2.0 |
| Callan Heidkamp | 2/14/2025 | Sale Process | 2.5 |
| Callan Heidkamp | 2/14/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/14/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/14/2025 | Chapter 11 Court Process | 2.0 |
| Matthew Current | 2/14/2025 | Sale Process | 1.5 |
| Matthew Current | 2/14/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 2/15/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/15/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 2/15/2025 | Sale Process | 2.5 |
| Matthew Current | 2/15/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/17/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/17/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/17/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/17/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/17/2025 | Sale Process | 2.0 |
| Matthew Current | 2/17/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 2/18/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/18/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Daniel Bendetson | 2/18/2025 | Sale Process | 2.0 |
| Daniel Bendetson | 2/18/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 2/18/2025 | Preparation of Analysis / Materials | 0.5 |
| Callan Heidkamp | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/18/2025 | Sale Process | 3.5 |
| Callan Heidkamp | 2/18/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/18/2025 | Preparation of Analysis / Materials | 0.5 |
| Matthew Current | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/18/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/18/2025 | Sale Process | 2.0 |
| Matthew Current | 2/18/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/18/2025 | Preparation of Analysis / Materials | 0.5 |
| Karn Chopra | 2/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 2/19/2025 | Chapter 11 Court Process | 1.0 |
| Karn Chopra | 2/19/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/19/2025 | Chapter 11 Court Process | 1.0 |
| Ryan Kielty | 2/19/2025 | Sale Process | 1.5 |
| Ryan Kielty | 2/19/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 2/19/2025 | Chapter 11 Court Process | 1.0 |
| Daniel Bendetson | 2/19/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 2/19/2025 | Sale Process | 2.5 |
| Callan Heidkamp | 2/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/19/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 2/19/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 2/19/2025 | Sale Process | 0.5 |
| Matthew Current | 2/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/19/2025 | Chapter 11 Court Process | 1.0 |
| Matthew Current | 2/19/2025 | Sale Process | 1.0 |
| Matthew Current | 2/19/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/20/2025 | Sale Process | 0.5 |
| Karn Chopra | 2/20/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Karn Chopra | 2/20/2025 | Sale Process | 0.5 |
| Ryan Kielty | 2/20/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/20/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 2/20/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/20/2025 | Sale Process | 0.5 |
| Daniel Bendetson | 2/20/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 2/20/2025 | CVP Internal Coordination | 1.5 |
| Daniel Bendetson | 2/20/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 2/20/2025 | Sale Process | 2.0 |
| Callan Heidkamp | 2/20/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 2/20/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 2/20/2025 | Sale Process | 0.5 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Matthew Current | 2/20/2025 | Sale Process | 0.5 |
| Matthew Current | 2/20/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 2/20/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 2/20/2025 | Sale Process | 0.5 |
| Karn Chopra | 2/21/2025 | Sale Process | 3.0 |
| Ryan Kielty | 2/21/2025 | Sale Process | 16.0 |
| Daniel Bendetson | 2/21/2025 | Sale Process | 16.0 |
| Callan Heidkamp | 2/21/2025 | Sale Process | 14.0 |
| Matthew Current | 2/21/2025 | Sale Process | 14.0 |
| Karn Chopra | 2/22/2025 | Sale Process | 2.0 |
| Ryan Kielty | 2/22/2025 | Sale Process | 8.0 |
| Daniel Bendetson | 2/22/2025 | Sale Process | 9.0 |
| Callan Heidkamp | 2/22/2025 | Sale Process | 9.0 |
| Matthew Current | 2/22/2025 | Sale Process | 2.0 |
| Karn Chopra | 2/23/2025 | Sale Process | 2.0 |
| Ryan Kielty | 2/23/2025 | Sale Process | 4.0 |
| Daniel Bendetson | 2/23/2025 | Sale Process | 5.0 |
| Callan Heidkamp | 2/23/2025 | Sale Process | 1.0 |
| Matthew Current | 2/23/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/24/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/24/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 2/24/2025 | Sale Process | 1.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Daniel Bendetson | 2/24/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 2/24/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/24/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/24/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/24/2025 | Sale Process | 1.0 |
| Callan Heidkamp | 2/24/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/24/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 2/24/2025 | Sale Process | 1.0 |
| Matthew Current | 2/24/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/25/2025 | Sale Process | 0.5 |
| Karn Chopra | 2/25/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 2/25/2025 | Sale Process | 2.0 |
| Ryan Kielty | 2/25/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 2/25/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 2/25/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 2/25/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/25/2025 | Sale Process | 1.5 |
| Matthew Current | 2/25/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 2/26/2025 | Chapter 11 Court Process | 1.0 |
| Karn Chopra | 2/26/2025 | Preparation of Analysis / Materials | 0.5 |
| Ryan Kielty | 2/26/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 2/26/2025 | Chapter 11 Court Process | 3.0 |
| Ryan Kielty | 2/26/2025 | Travel | 6.0 |
| Ryan Kielty | 2/26/2025 | Preparation of Analysis / Materials | 0.5 |
| Daniel Bendetson | 2/26/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 2/26/2025 | Chapter 11 Court Process | 3.0 |
| Daniel Bendetson | 2/26/2025 | Preparation of Analysis / Materials | 0.5 |
| Callan Heidkamp | 2/26/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 2/26/2025 | Chapter 11 Court Process | 3.0 |
| Callan Heidkamp | 2/26/2025 | Preparation of Analysis / Materials | 0.5 |
| Matthew Current | 2/26/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 2/26/2025 | Chapter 11 Court Process | 3.0 |
| Matthew Current | 2/26/2025 | Preparation of Analysis / Materials | 0.5 |
| Karn Chopra | 2/27/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/27/2025 | Sale Process | 1.5 |
| Daniel Bendetson | 2/27/2025 | Sale Process | 1.0 |
| Matthew Current | 2/27/2025 | Sale Process | 1.0 |
| Karn Chopra | 2/28/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 2/28/2025 | Sale Process | 1.0 |
| Ryan Kielty | 2/28/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 2/28/2025 | Sale Process | 1.0 |
| Daniel Bendetson | 2/28/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 2/28/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 2/28/2025 | Sale Process | 1.0 |
| Matthew Current | 2/28/2025 | CVP Internal Coordination | 0.5 |
| **Total** | | | **903.5** |

## Exhibit B

**EXPENSE ENTRIES**

| Expense Type | Date | Professional Name | Description | Amount |
|---|---|---|---|---|
| Computer Services | 1/31/2025 | Centerview Partners | Discovery email collection | $250.00 |
| **Sub-Total - Computer/Phone** | | | | **$250.00** |
| | | | | |
| Transportation - Train | 2/25/2025 | Kielty, Ryan | Amtrak ticket - NYC/Wilmington (Hearing) | $506.00 |
| Transportation - Train | 2/25/2025 | Kielty, Ryan | Amtrak ticket - NYC/Wilmington (Hearing) | 328.00 |
| Transportation - Airfare | 2/2/2025 | Bendetson, Daniel | Delta flight - NYC/Cleveland (Management meeting) | 661.48 |
| Transportation - Airfare | 2/4/2025 | Bendetson, Daniel | Delta flight - NYC/Cleveland (Management meeting) | 631.08 |
| **Sub-Total - Train/Airfare** | | | | **$2,126.56** |
| | | | | |
| Hotel | 2/5/2025 | Bendetson, Daniel | Hotel Cleveland | $569.01 |
| **Sub-Total - Hotel** | | | | **$569.01** |
| | | | | |
| OT Taxi/Car | 1/21/2025 | Kielty, Ryan | Office to home | $55.52 |
| OT Taxi/Car | 1/24/2025 | Bendetson, Daniel | Office to home | 34.04 |
| OT Taxi/Car | 1/30/2025 | Bendetson, Daniel | Office to home | 34.99 |
| OT Taxi/Car | 2/2/2025 | Bendetson, Daniel | Office to home | 64.31 |
| OT Taxi/Car | 2/3/2025 | Bendetson, Daniel | Office to home | 86.65 |
| OT Taxi/Car | 2/4/2025 | Bendetson, Daniel | Office to home | 58.24 |
| OT Taxi/Car | 2/10/2025 | Kielty, Ryan | Office to home | 56.46 |
| OT Taxi/Car | 2/12/2025 | Kielty, Ryan | Office to home | 53.15 |
| OT Taxi/Car | 2/13/2025 | Bendetson, Daniel | Office to home | 32.37 |
| OT Taxi/Car | 2/14/2025 | Bendetson, Daniel | Office to home | 44.46 |
| OT Taxi/Car | 2/19/2025 | Kielty, Ryan | Office to home | 60.16 |
| Travel Car | 2/20/2025 | Kielty, Ryan | Travel for Wilmington hearing | 1,189.11 |
| OT Taxi/Car | 2/21/2025 | Bendetson, Daniel | Office to home | 44.25 |
| OT Taxi/Car | 2/22/2025 | Bendetson, Daniel | Office to home | 45.33 |
| OT Taxi/Car | 2/23/2025 | Bendetson, Daniel | Office to home | 45.52 |
| OT Taxi/Car | 2/26/2025 | Bendetson, Daniel | Office to home | 38.12 |
| **Sub-Total - Taxi/Car** | | | | **$1,942.68** |
| | | | | |
| OT Meals | 1/15/2025 | Bendetson, Daniel | OT Meal | $59.31 |
| OT Meals | 1/24/2025 | Bendetson, Daniel | OT Meal | 57.91 |
| OT Meals | 1/30/2025 | Bendetson, Daniel | OT Meal | 59.36 |
| OT Meals | 2/2/2025 | Bendetson, Daniel | OT Meal | 59.18 |
| OT Meals | 2/5/2025 | Bendetson, Daniel | OT Meal | 29.64 |
| OT Meals | 2/10/2025 | Current, Matthew | OT Meal | 18.27 |
| OT Meals | 2/13/2025 | Current, Matthew | OT Meal | 17.96 |
| OT Meals | 2/13/2025 | Bendetson, Daniel | OT Meal | 59.36 |
| OT Meals | 2/14/2025 | Bendetson, Daniel | OT Meal | 60.39 |
| OT Meals | 2/14/2025 | Current, Matthew | OT Meal | 17.60 |
| OT Meals | 2/15/2025 | Bendetson, Daniel | OT Meal | 68.96 |
| OT Meals | 2/21/2025 | Bendetson, Daniel | OT Meal | 48.60 |
| OT Meals | 2/23/2025 | Bendetson, Daniel | OT Meal | 71.29 |
| OT Meals | 2/25/2025 | Bendetson, Daniel | OT Meal | 17.22 |
| OT Meals | 2/27/2025 | Bendetson, Daniel | OT Meal | 34.72 |
| **Sub-Total - OT Meals** | | | | **$679.77** |

*Total:*

| | |
|---|---|
| Computer/Phone | $250.00 |
| Train/Airfare | 2,126.56 |
| Hotel | 569.01 |
| Taxi/Car | 1,942.68 |
| OT Meals | 679.77 |
| **Total Expenses Accrued** | **$5,568.02** |

*Voluntary Write-offs:*

| | |
|---|---|
| Computer/Phone | – |
| Train/Airfare | ($488.00) |
| Hotel | – |
| Taxi/Car | (1,026.54) |
| OT Meals | (501.50) |
| **Total Write-offs** | **($2,016.04)** |

| | |
|---|---|
| **Total Expenses Billed** | **$3,551.98** |