# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 25-10068 (CTG) <br> ) |
| JOANN INC., *et al.*,[1] | ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

**ORDER GRANTING MOTION OF JONES LANG LASALLE AMERICAS, INC. TO (I) COMPEL THE ASSUMPTION OR REJECTION OF A CERTAIN EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. §§ 105(a) AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 6006 AND 9014; AND (II) TO ALLOW AND COMPEL PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b); AND (III) GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER**

Upon the consideration of the Motion of Jones Lang LaSalle Americas, Inc., ("JLL") to (I) Compel the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allow and Compel Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (the "Motion"); and the Court having found venue of this proceeding and the Motion in this district proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been sufficient; and after due deliberation thereon, and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027) (together the "Debtors"). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2. The Debtors are ordered to assume or reject JLL's Master Services Agreement for Facilities Management no later than _____ days from the date of entry of this Order.

3. JLL shall be allowed an administrative expense claim in the amount of $_____ pursuant to 11 U.S.C. § 503(b), and Debtor shall satisfy said claim no later than _____ days from the date of entry of this Order.

4. The Debtors are compelled to immediately pay JLL the amount of $119,061.77, reflected in the January 16, January 23, and January 30 Invoices, together with undisputed sums from future Invoices that have come due for payment through April 3, 2025, by the end of business tomorrow, April 4, 2025.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.