# CERTIFICATE OF SERVICE

     I certify that, on March 20, 2025, a true and correct copy of the Motion Of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

                                                                                                                                    */s/ Amy D. Brown*
                                                                                                                                    Amy D. Brown  (DE 4077)

*Via First-Class Mail*

JOANN Inc.
5555 Darrow Road
Hudson, Ohio 44236
Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer

**Debtors**

*Via E-Mail and First-Class Mail*

Jeffrey Michalik Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza Chicago, Illinois 60654
E-mail: jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

**Counsel to the Debtors**

*Via E-Mail and First-Class Mail*

Aparna Yenamandra, P.C. Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
E-mail: aparna.yenamandra@kirkland.com

**Counsel to the Debtors**

*Via E-Mail and Hand Delivery*

Patrick J. Reilley Stacy L. Newman Michael E. Fitzpatrick Jack M. Dougherty Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
E-mail: preilley@coleschotz.com
snewman@coleschotz.com;
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

**Counsel to the Debtors**

*Via E-Mail and Hand Delivery*

Malcolm M. Bates
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
E-mail: malcolm.m.bates@usdoj.gov

**United States Trustee**

*Via E-Mail and First-Class Mail*

John Ventola Jonathan Marshall
Choate Hall & Stewart LLP 2 International Place
Boston, Massachusetts 02110 E-mail:
jventola@choate.com
jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

*Via E-Mail and First-Class Mail*

Jeffrey Gleit ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Matthew Bentley ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-mail and First-Class Mail*

Christopher Carter Marjorie Crider
Morgan, Lewis & Bockius LLP One Federal Street
Boston, Massachusetts 02110
E-mail: christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

**Counsel Prepetition ABL Agent**

*Via E-Mail and First-Class Mail*

Scott Greenberg Kevin Liang Josh Brody
Gibson, Dunn & Crutcher LLP 200 Park Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender Ad Hoc Group**

*Via E-Mail and First-Class Mail*

Jonathan Bagg ArentFox Schiff LLP 1717 K Street NW Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

*Via E-Mail and First-Class Mail*

Steven Reisman Cindi Giglio
Katten Muchin Rosenman LLP 50 Rockefeller Plaza
New York, New York 10020 E-mail:
sreisman@katten.com
cgiglio@katten.com

**Counsel to Gordon Brothers Retail Partners, LLC**

*Via E-Mail and Hand Delivery*

Bradford J. Sandler James E. O'Neill
Pachulski Stang Ziehl & Jones LLP 919
North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
E-mail: bsandler@pszjlaw.com
joneill@pszjlaw.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Jason R. Adams Eric R. Wilson
Maeghan McLoughlin Andres Barajas
Kelley Drye & Warren LLP 3 World Trade Center
175 Greenwich Street
New York, New York 10007
E-mail: jadams@kelleydrye.com
ewilson@kelleydrye.com
mmcloughlin@kelleydrye.com
abarajas@kelleydrye.com

**Proposed Co-Counsel to the Official Committee of Unsecured Creditors**