**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                                      Chapter \_\_\_\_\_

                                             Case No. \_\_\_\_-_____ (\_\_\_\_\_)

Debtor: _____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____

to represent _____

in this action.

                                       _____

                                       Firm Name:

                                       Address:

                                       Phone:

                                       Email:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

                                       _____

                                       Firm Name:

                                       Address:

                                       Phone:

                                       Email:

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*/s/ Craig T. Goldblatt*

**Dated: March 24th, 2025**          **CRAIG T. GOLDBLATT**
**Wilmington, Delaware**          **UNITED STATES BANKRUPTCY JUDGE**