## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| | Jointly Administered |
| Debtors. | **Re: D.I. No. 222** |

**CERTIFICATION OF COUNSEL OF REVISED PROPOSED ORDER
REGARDING MOTION OF RUTH KUMP FOR RELIEF FROM THE AUTOMATIC
STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

I, Michael J. Joyce, counsel for Ruth Kump ("Movant") hereby certify as follows:

1. On January 30, 2025, Movant filed the *Motion of Ruth Kump for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [D.I. No. 222] (the "Motion").

2. Counsel for Movant and counsel for the Debtors have reached agreement on a revised proposed from of order (the "Proposed Order") resolving the Motion. A true and correct copy of the Proposed Order is attached hereto as Exhibit "A".

[*Signature Page to Follow*]

WHEREFORE, it is hereby respectfully requested that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: March 25, 2025

                                        **JOYCE, LLC**

                                        */s/ Michael J. Joyce*
                                        Michael J. Joyce (No. 4563)
                                        1225 King Street
                                        Suite 800
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 388-1944
                                        Email: mjoyce@mjlawoffices.com

                                        *Counsel to Ruth Kump*