# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION OF RUTH KUMP FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

Upon consideration of the Motion of Ruth Kump ("Movant") for Relief From the Automatic Stay Under 11 U.S.C. § 362 (the "Motion"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided pursuant to Local Bankruptcy Rule 4001-1; and it appearing that no other or further notice being required; and upon consideration of any response timely filed with respect to the Motion; and after due deliberation and sufficient cause therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as hereinafter set forth.

2. The automatic stay is hereby modified to the extent, but only to the extent necessary, to permit Movant to continue the prosecution of the State Court Action[1] against any of the Debtors (including any subsequent appeals taken by any of the parties thereto) for the sole purpose of determining the liability of the Debtors and/or damages due to Movant.

3. The sole and exclusive right and remedy of Movant regarding the enforcement of any of the claims asserted against any of the Debtors in the State Court Action (including any judgment

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

obtained against the Debtors, the Debtors' estates and/or any trustee) shall be limited to recovery or payment from any available insurance proceeds or coverage available from any insurer of the Debtors (the "Insurance Proceeds"). Movant shall be deemed to have waived any claim against the Debtors' bankruptcy estates.

4. The provisions of Section 362 of the Bankruptcy Code prohibiting execution, enforcement, or collection of any judgment which may be obtained in the State Court Action against any and all assets or property of the Debtors' estates shall remain in full force and effect, and neither Movant nor any of her respective agents, servants, attorneys, employees or other representatives shall ever attempt to cause any action whatsoever to be taken to collect any portion of any such judgment from the assets or properties of the Debtors' estates other than from any applicable insurance proceeds.

5. In the event that Movant obtains a judgment against the Debtors in connection with the State Court Action, Movant is authorized to take any necessary actions to collect such judgment from the Debtors' insurance carrier(s) only.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.