IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br>(Jointly Administered)<br><br>Re: Docket No. 588 |

**NOTICE OF WITHDRAWAL OF MOTION OF CI WARNER ROBBINS, LLC TO COMPEL IMMEDIATE PAYMENT OF STUB RENT AND POST-PETITION RENT AND OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A)**

**PLEASE TAKE** NOTICE that CI Warner Robbins, LLC (the "Movant"), by and through undersigned counsel, hereby withdraws the *Motion of CI Warner Robbins, LLC to Compel Immediate Payment of Sub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* filed with the United States Bankruptcy Court for the District of Delaware on March 14, 2025 [DI 588].

Dated: March 25, 2025
       Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

*Counsel to CI Warner Robbins, LLC*