IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**JOANN Inc.,**

                                    **Chapter 11**
                                    **Case No. 25-10068-CTG**

Debtor(s)

_____

## NOTICE OF GOVERNMENT ATTORNEY APPEARANCE
## AND GOVERNMENT ATTORNEY CERTIFICATION

NOTICE IS GIVEN that the undersigned counsel, Scott Andron, pursuant to Local Rule 9010-1(e)(i) and the below certification, Local Form 105a, hereby enters an appearance on behalf of Creditor, Broward County Tax Collector, Attn: Bankruptcy Section, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

Respectfully submitted this 25th day of March 2025,

                                      Andrew J. Meyers
                                      Broward County Attorney
                                      Governmental Center, Suite 423
                                      115 South Andrews Avenue
                                      Fort Lauderdale, Florida 33301
                                      Telephone:    (954) 357-7600
                                      Telecopier:    (954) 357-7641

                                      By    <u>/s/ Scott Andron</u>
                                              Scott Andron
                                              Assistant County Attorney
                                              Florida Bar No.112355
                                              sandron@broward.org