## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 7, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail and email on (1) the Office of the United States Trustee, Attn: Malcolm M. Bates, US Department of Justice, Federal Building, Lockbox 35, 844 N King Street, Suite 2207, Wilmington, DE, 19801, Malcom.M.Bates@USDOJ.GOV, and (2) the Office of the United States Trustee, Attn: Michael. V. Girello, JR., US Department of Justice, 844 N King Street, Suite 2207, Wilmington, DE, 19801, Mike.Girello@USDOJ.GOV:

- Chapter 11 Monthly Operating Report for Case Number 25-10068 for the Month Ending: 1/31/2025 (JOANN Inc.) [Docket No. 566]

- Chapter 11 Monthly Operating Report for Case Number 25-10069 for the Month Ending: 1/31/2025 (JOANN Holdings 1, LLC) [Docket No. 567]

- Chapter 11 Monthly Operating Report for Case Number 25-10070 for the Month Ending: 1/31/2025 (JOANN Holdings 2, LLC) [Docket No. 568]

- Chapter 11 Monthly Operating Report for Case Number 25-10071 for the Month Ending: 1/31/2025 (Needle Holdings LLC) [Docket No. 569]

- Chapter 11 Monthly Operating Report for Case Number 25-10072 for the Month Ending: 1/31/2025 (Jo-Ann Stores, LLC) [Docket No. 570]

- Chapter 11 Monthly Operating Report for Case Number 25-10073 for the Month Ending: 1/31/2025 (Creative Tech Solutions LLC) [Docket No. 571]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Chapter 11 Monthly Operating Report for Case Number 25-10074 for the Month Ending: 1/31/2025 (Creativebug, LLC) [Docket No. 572]

- Chapter 11 Monthly Operating Report for Case Number 25-10075 for the Month Ending: 1/31/2025 (WeaveUp, Inc) [Docket No. 573]

- Chapter 11 Monthly Operating Report for Case Number 25-10076 for the Month Ending: 1/31/2025 (JAS Aviation, LLC) [Docket No. 574]

- Chapter 11 Monthly Operating Report for Case Number 25-10077 for the Month Ending: 1/31/2025 (joann.com, LLC) [Docket No. 575]

- Chapter 11 Monthly Operating Report for Case Number 25-10080 for the Month Ending: 1/31/2025 (Dittopatterns LLC) [Docket No. 576]

- Chapter 11 Monthly Operating Report for Case Number 25-10078 for the Month Ending: 1/31/2025 (JOANN Ditto Holdings Inc) [Docket No. 577]

- Chapter 11 Monthly Operating Report for Case Number 25-10079 for the Month Ending: 1/31/2025 (Jo-Ann Stores Support Center, Inc) [Docket No. 578]

Dated: March 19, 2025

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 19, 2025, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86693