U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

JOANN INC.                                              Case No. 25-10068-CTG
                                                        Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE

Nancy C. Millan, Hillsborough County Tax Collector, pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, hereby gives notice of the appearance of the undersigned attorney as counsel for Nancy C. Millan, Hillsborough County Tax Collector, in this proceeding, and further requests that the undersigned attorney be placed on the mailing matrix and thereafter receive copies of all notices, orders and all other pleadings or documents which are served on all creditors.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5231
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

JOANN INC.

Case No. 25-10068-CTG
Chapter 11

    Debtor.
_____/

**CERTIFICATION OF GOVERNMENT ATTORNEY AS COUNSEL FOR CREDITOR, NANCY C. MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR**

I, the undersigned counsel, Brian T. FitzGerald, pursuant to Del. Bankr. LR 9010-1(e)(i), state that I am a Senior Assistant County Attorney for Hillsborough County, Florida; that I am counsel for Creditor, Nancy C. Millan, Hillsborough County Tax Collector, who is an elected constitutional officer of a political subdivision of the State of Florida; and that I am a government attorney in accordance with the above-stated Local Rule. I further state that:

1. In addition to being a member of the State Bar of Florida, I am admitted to practice before the United States District Court for the Middle District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court;

2. I am in good standing in all jurisdictions in which I have been admitted;

3. I am familiar with and will be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Dated this 28th day of March, 2025

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF to: **Olivia F. Acuna, Esq., Joshua A. Sussberg, Esq., Aparna Yenamandra, Esq.,** Kirkland & Ellis LLPS, 601 Lexington Avenue, New York, NY 10022; **William E. Arnault, Esq., Lindsey Blumenthal, Esq. Brigit Crosbie, Esq., Jeffrey T. Michalik, Esq., Anup Sathy, Esq., Michael C. Whalen, Esq.**, Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654; **Jack M. Dougherty, Esq., Michael E. Fitzpatric, Esq., Stacy L. Newman, Esq., Patrick J. Reilley, Esq.,** Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, 19801, Wilmington, DE 19801; **Alex Ingoglia, Esq.,** Kirkland & Ellis LLP, 4550 Travis Street, Dallas, TX 75205; **Malcolm M. Bates, Esq.,** Office of the US Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; and to all other parties receiving Notice, on this <u>28th</u> day of March, 2025.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald
Senior Assistant County Attorney