**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 25-10068 (CTG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Related Dkt. Nos. 526, 527, 528, 529, 530, 531, 532** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL THE NAMES OF CERTAIN CONFIDENTIAL PARTIES IN INTEREST RELATED TO THE COMMITTEE'S PROFESSIONAL RETENTION APPLICATIONS**

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), hereby certifies that:

1. On February 28, 2025, the Committee filed the *Motion for an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Committee's Professional Retention Applications* [Docket No. 529] (the "Motion").

2. Pursuant to the Notice filed with the Motion, objections to entry of an order granting the Motion were due on or before March 14, 2025 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4924-0957-9567.1 46699.00002

3. The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Motion appears thereon. Additionally, no objections to the Motion have been received by the undersigned counsel.

Accordingly, the Committee respectfully requests that the proposed order attached as **Exhibit A** to the Motion be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: March 28, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | By: */s/ James E. O'Neill* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | joneill@pszjlaw.com |

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:  jadams@kelleydrye.com
ewilson@kelleydrye.com
wgyves@kelleydrye.com
mmcloughlin@kelleydrye.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

4924-0957-9567.1 46699.00002

2