**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 3, 2025 AT 1:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

**ADJOURNED MATTERS**

1. Motion of IG Design Group Americas, Inc. to (A) Compel the Debtors to Assume or Reject Executory Contract, and (B) Modify the Automatic Stay (Filed February 4, 2025) [Docket No. 259]

   Related Documents:

   (a) [SEALED] Exhibit A to (I) Limited Omnibus Objection to Sale Procedures Motion and Contract Procedures Motion and (II) Motion (A) to Compel the Debtors to Assume or Reject Executory Contract, and (B) to Modify the Automatic Stay (Filed February 4, 2025) [Docket No. 261]

   (b) IG Design Group Americas, Inc.'s Witness and Exhibit List for Hearing Scheduled for February 11, 2025, at 2:00 p.m. (Eastern Time) (Filed February 7, 2025) [Docket No. 304]

   Objection Deadline: February 18, 2025 at 4:00 p.m. (ET).

   Responses Received: None.

   Status: This matter is adjourned to the May 6, 2025 omnibus hearing. This matter will not be going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2.  Motion of Diane Irvine for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (Filed February 28, 2025) [Docket No. 508]

    Related Documents:

    Objection Deadline:   March 14, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 27, 2025 for the Debtors.

    Responses Received:  None at this time.

    Status:   This matter is adjourned until a date to be determined.  This matter will not be going forward.

3.  Motion of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (Filed March 20, 2025) [Docket No. 612]

    Related Documents:

    Objection Deadline:   March 27, 2025 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:   This matter is adjourned to a hearing scheduled for April 16, 2025 at 11:30 a.m.  This matter will not be going forward.

**RESOLVED MATTERS**

4.  Kathleen Nowak's Motion for Relief from the Automatic Stay (Filed February 28, 2025) [Docket No. 535]

    Related Documents:

    (a)   Notice of Withdrawal of Kathleen Nowak's Motion for Relief from the Automatic Stay (Filed March 20, 2025) [Docket No. 603]

    Objection Deadline:   March 17, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline was extended to March 27, 2025 for the Debtors.

    Responses Received:  None.

    Status:   The Motion was withdrawn; therefore, this matter is moot.

5.     Motion of CI Warner Robbins, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (Filed March 14, 2025) [Docket No. 588]

    Related Documents:

    (a)     Notice of Withdrawal of Motion to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (Filed March 25, 2025) [Docket No. 641]

    Objection Deadline:     March 28, 2025 at 4:00 p.m. (ET).

    Responses Received: None.

    Status:     The Motion was withdrawn; therefore, this matter is moot.

**CERTIFICATE OF NO OBJECTION/CERTIFICATION OF COUNSEL**

6.     Motion for an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Committee's Professional Retention Applications (Filed February 28, 2025) [Docket No. 529]

    Related Documents:

    (a)     Certificate of No Objection Regarding Motion for an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Committee's Professional Retention Applications (Filed March 28, 2025) [Docket No. 655]

    Objection Deadline:     March 14, 2025 at 4:00 p.m. (ET).

    Responses Received: None.

    Status:     A Certificate of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: March 31, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Patrick J. Reilley* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 1410 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |