# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| JOANN, INC., et al., ) | Case No.: 25-10068 (CTG) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## NOTICE OF GOVERNMENT ATTORNEY APPEARANCE
## AND GOVERNMENT ATTORNEY CERTIFICATION

Please take notice that the undersigned counsel, J. Jeffery Rich, pursuant to Local Rule 9010-1(e)(i) and the attached Government Attorney Certification, Local Form 105A, hereby enters an appearance on behalf of creditor, Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801, in the above-referenced matter.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

> J. Jeffery Rich, County Attorney
> Madison County, Alabama
> 100 Northside Square, Suite 700
> Huntsville, Alabama 35801
> Telephone: 256.519.2061
> Email: jrich@madisoncountyal.gov

Respectfully submitted this 3rd day of April, 2025.

> /s/ J. Jeffery Rich
> J. Jeffery Rich
> County Attorney
> Madison County, Alabama
> 100 Northside Square, Suite 700
> Huntsville, Alabama 35801
> Telephone: 256.519.2061
> Email: jrich@madisoncountyal.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                          Chapter _____

                                          Case No. ____-_____ (_____)

**GOVERNMENT ATTORNEY CERTIFICATION**

    Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent_____

in this action: I am admitted to practice law in __(court(s))

_____ for 11th Circuit

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

                                                                                              _____

                                                                                              Agency/Organization

                                                                                              Name:

                                                                                              Address:

                                                                                              Phone:

                                                                                              Email:

Local Form 105A

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 3, 2025, a copy of the foregoing document was served via the Court's CM/ECF System on all parties registered to receive such notice for this case.

    /s/ J. Jeffery Rich