## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | **Objection Deadline:  April 29, 2025 at 4:00 p.m.** |
| | ) | **Hearing Date: May 6, 2025 at 1:00 p.m.** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed the Motion of OOCL USA Inc., *et al.* for Relief from the Automatic Stay of 11 U.S.C. § 362 or to compel abandonment and to deem certain goods abandoned pursuant to 11 U.S.C. § 554 (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before April 29, 2025 at 4:00 p.m. prevailing Eastern time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **May 6, 2025, at 1:00 p.m. prevailing Eastern time** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent order may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security agreement.

[SIGNATURE ON NEXT PAGE]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: April 8, 2025
      Wilmington, Delaware

**HOGAN MCDANIEL**

By:     */s/ Daniel C. Kerrick*
         Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
         1311 Delaware Avenue
         Wilmington, DE 19806
         Tel:    (302) 656-7540
         Fax:   (302) 656-7599