# EXHIBIT B

| Booking Number | Booking Office | BL Number | Container Number | Customs Status |
|---|---|---|---|---|
| 2748544610 | Hai Phong | 2748544610 | OOCU0484781 | Cleared |
| 2751616790 | Xiamen | 2751616790 | OOCU8532253 | Cleared |
| 2153921490 | Shanghai | 2153921490 | OOLU9146544 | Cleared |
| 2154640510 | Ningbo | 2154640510 | OOLU4387805 | Cleared |
| 2154640510 | Ningbo | 2154640510 | FFAU6148960 | Cleared |
| 2154640510 | Ningbo | 2154640510 | FFAU6146607 | Cleared |
| 2751711350 | Beijing | 2751711350 | CSLU6090051 | Cleared |
| 2752126383 | Shenzhen | 2752126380 | CSNU7138943 | Cleared |
| 2752126385 | Shenzhen | 2752126380 | DFSU7799459 | Cleared |
| 2752126384 | Shenzhen | 2752126380 | OOLU9076283 | Cleared |
| 2752126380 | Shenzhen | 2752126380 | OOCU8702241 | Cleared |
| 2752126382 | Shenzhen | 2752126380 | CSLU6312837 | Cleared |
| 2752126381 | Shenzhen | 2752126380 | OOCU8965778 | Cleared |
| 2751582540 | Shenzhen | 2751582540 | OOCU4774140 | Cleared |
| 2154435250 | Ningbo | 2154435250 | TGBU9818668 | Cleared |
| 2750843300 | Xiamen | 2750843300 | OOCU8965090 | Cleared |
| 2750344140 | Xiamen | 2750344140 | SEKU4356755 | Cleared |
| 2750357600 | Xiamen | 2750357600 | FSCU5009709 | Cleared |
| 2751241990 | Shenzhen | 2751241990 | OOLU7976943 | Cleared |
| 2750805800 | Xiamen | 2750805800 | OOLU9174593 | Cleared |
| 2751123240 | Xiamen | 2751123240 | CSNU7627857 | Cleared |
| 2750196570 | Xiamen | 2750196570 | OOCU7958183 | Cleared |
| 2154673460 | Shanghai | 2154673460 | BMOU5181198 | Cleared |
| 2750365332 | Shenzhen | 2750365330 | OOCU7832493 | Held |
| 2750365330 | Shenzhen | 2750365330 | FSCU8868950 | Held |
| 2154748830 | Ningbo | 2154748830 | OOCU8388887 | Held |
| 2155025530 | Shanghai | 2155025530 | FFAU2775181 | Held |
| 2154748610 | Ningbo | 2154748610 | OOLU8751345 | Held |
| 2155501300 | Ningbo | 2155501300 | SEGU4908211 | Held |
| 2752728560 | Qingdao | 2752728560 | OOCU8267000 | Held |
| 2751324880 | Shenzhen | 2751324880 | FSCU5037824 | Cleared |
| 2752647760 | Xiamen | 2752647760 | CXDU2219452 | Held |
| 2752647760 | Xiamen | 2752647760 | TCLU1891259 | Held |
| 2752647760 | Xiamen | 2752647760 | FFAU1611429 | Held |
| 2305500550 | Semarang | 2305500550 | TLLU3203482 | Held |
| 2154899020 | Ningbo | 2154899020 | OOCU9467851 | Held |
| 2750365331 | Shenzhen | 2750365330 | OOCU7727245 | Held |
| 2753263690 | Ho Chi Minh City | 2753263690 | OOLU7954543 | Held |
| 2752289670 | Xiamen | 2752289670 | DFSU7808946 | Held |
| 2752289670 | Xiamen | 2752289670 | TRHU5353890 | Held |
| 2753037920 | Shenzhen | 2753037920 | OOCU8169929 | Held |
| 2753037921 | Shenzhen | 2753037920 | TIIU4987670 | Held |
| 2753090121 | Shenzhen | 2753090121 | OOLU9075097 | Held |
| 2751122630 | Xiamen | 2751122630 | OOLU7921299 | Cleared |
| 2155129670 | Ningbo | 2155129670 | CSNU8985285 | Held |
| 2750370860 | Xiamen | 2750370860 | UETU9006594 | Cleared |
| 2750365333 | Shenzhen | 2750365330 | OOLU6845450 | Held |
| 2752121481 | Shenzhen | 2752121480 | OOLU7984867 | Held |
| 2751334820 | Xiamen | 2751334820 | OOLU4420821 | Held |
| 2154577560 | Ningbo | 2154577560 | BEAU6024753 | Held |
| 2752121482 | Shenzhen | 2752121480 | TGBU4094889 | Held |
| 2305397690 | New Delhi | 2305397690 | CAAU7298616 | Held |
| 2154281240 | Ningbo | 2154281240 | OOCU0221804 | Cleared |
| 2748304801 | Shenzhen | 2748304801 | OOCU4889812 | Cleared |

| | | | | |
|---|---|---|---|---|
| 2305397690 | New Delhi | 2305397690 | CCLU7480135 | Held |
| 2305397690 | New Delhi | 2305397690 | TGBU4772733 | Held |
| 2752482674 | Shenzhen | 2752482670 | OOLU4372810 | Held |
| 2752482670 | Shenzhen | 2752482670 | CSNU4072781 | Held |
| 2752482672 | Shenzhen | 2752482670 | FSCU4983508 | Held |
| 2752482671 | Shenzhen | 2752482670 | FFAU3448970 | Held |
| 2752482673 | Shenzhen | 2752482670 | GCXU5467120 | Held |
| 2752482675 | Shenzhen | 2752482670 | BMOU4448654 | Held |
| 2751862333 | Shenzhen | 2751862330 | TGBU8873594 | Cleared |
| 2749977680 | Kolkata | 2749977680 | OOCU4938244 | Cleared |
| 2749977670 | Kolkata | 2749977670 | CSNU8682186 | Cleared |
| 2753498010 | New Delhi | 2753498010 | TCLU4379992 | Held |
| 2753998680 | Chennai | 2753998689 | OOCU8467646 | Cleared |
| 2752645591 | Shenzhen | 2752645591 | CCLU5212452 | Held |
| 2751862339 | Shenzhen | 2751862330 | CSLU6342087 | Cleared |
| 2751862330 | Shenzhen | 2751862330 | CSNU4039119 | Cleared |
| 2751862335 | Shenzhen | 2751862330 | CSLU6308502 | Cleared |
| 2751862332 | Shenzhen | 2751862330 | OOLU4310260 | Cleared |
| 2753998680 | Chennai | 2753998680 | CCLU7432409 | Cleared |
| 2752121483 | Shenzhen | 2752121480 | OOLU9357275 | Held |
| 2751862338 | Shenzhen | 2751862330 | FFAU3446072 | Cleared |
| 2752645590 | Shenzhen | 2752482230 | OOLU4414916 | Held |
| 2752482231 | Shenzhen | 2752482230 | CSNU4076576 | Held |
| 2752274030 | Xiamen | 2752274030 | OOLU9068816 | Held |
| 2752482230 | Shenzhen | 2752482230 | OOCU4973651 | Held |
| 2753875040 | Xiamen | 2753875040 | DFSU7799886 | Held |
| 2155129490 | Ningbo | 2155129490 | OOLU4304117 | Held |
| 2752121480 | Shenzhen | 2752121480 | OOCU4994227 | Held |
| 2752641470 | Xiamen | 2752641470 | UETU6538762 | Held |
| 2155436710 | Ningbo | 2155436710 | CSNU8973113 | Held |
| 2752481640 | Shenzhen | 2752481640 | OOCU4797402 | Held |
| 2751862331 | Shenzhen | 2751862330 | OOCU4788524 | Cleared |
| 2751862336 | Shenzhen | 2751862330 | TGHU6844449 | Cleared |
| 2305429140 | New Delhi | 2305429140 | OOCU7715054 | Cleared |
| 2305429140 | New Delhi | 2305429140 | CSLU2413639 | Cleared |
| 2751862334 | Shenzhen | 2751862330 | FFAU3407332 | Cleared |
| 2751713650 | Xiamen | 2751713650 | FFAU3235280 | Held |
| 2752145560 | Shenzhen | 2752145560 | OOLU5394901 | Held |
| 2751862337 | Shenzhen | 2751862330 | CCLU7482755 | Cleared |
| 4054395560 | Shenzhen | 2751862330 | CSNU7385624 | Cleared |
| 2751774870 | Xiamen | 2751774870 | DFSU7799000 | Cleared |
| 2754103540 | Kolkata | 2754103540 | OOCU8275880 | Held |
| 2754103410 | Kolkata | 2754103410 | OOCU8435799 | Held |
| 2753037230 | Shenzhen | 2753037230 | OOLU4489350 | Held |
| 2754013000 | Kolkata | 2754013000 | TIIU5380870 | Cleared |

| IB Cargo Arrival Date | Container Type |
| --- | --- |
| 12/29/2024 | 20GP |
| 1/9/2025 | 40HQ |
| 1/11/2025 | 40HQ |
| 1/11/2025 | 40GP |
| 1/12/2025 | 40HQ |
| 1/13/2025 | 40HQ |
| 1/13/2025 | 40HQ |
| 1/14/2025 | 40HQ |
| 1/14/2025 | 45HQ |
| 1/14/2025 | 45HQ |
| 1/15/2025 | 40HQ |
| 1/15/2025 | 40HQ |
| 1/15/2025 | 40HQ |
| 1/16/2025 | 40GP |
| 1/16/2025 | 40HQ |
| 1/17/2025 | 40HQ |
| 1/17/2025 | 40HQ |
| 1/17/2025 | 40GP |
| 1/18/2025 | 40GP |
| 1/20/2025 | 40HQ |
| 1/20/2025 | 40HQ |
| 1/20/2025 | 40HQ |
| 1/21/2025 | 40HQ |
| 1/24/2025 | 40HQ |
| 1/24/2025 | 40HQ |
| 1/25/2025 | 40HQ |
| 1/25/2025 | 40HQ |
| 1/26/2025 | 40HQ |
| 1/26/2025 | 40HQ |
| 1/26/2025 | 40HQ |
| 1/26/2025 | 40GP |
| 1/26/2025 | 45HQ |
| 1/27/2025 | 40HQ |
| 1/27/2025 | 40HQ |
| 1/27/2025 | 20GP |
| 1/27/2025 | 40HQ |
| 1/28/2025 | 40HQ |
| 1/28/2025 | 40GP |
| 1/29/2025 | 45HQ |
| 1/29/2025 | 40HQ |
| 1/30/2025 | 40HQ |
| 1/30/2025 | 40HQ |
| 1/30/2025 | 45HQ |
| 1/31/2025 | 40GP |
| 2/2/2025 | 40HQ |
| 2/2/2025 | 45HQ |
| 2/4/2025 | 40HQ |
| 2/5/2025 | 40GP |
| 2/6/2025 | 40GP |
| 2/7/2025 | 40HQ |
| 2/9/2025 | 40HQ |
| 2/9/2025 | 40HQ |
| 2/10/2025 | 45HQ |
| 2/10/2025 | 40GP |

| | |
|---|---|
| 2/11/2025 | 40HQ |
| 2/11/2025 | 40HQ |
| 2/13/2025 | 40GP |
| 2/13/2025 | 40GP |
| 2/14/2025 | 40GP |
| 2/14/2025 | 40HQ |
| 2/14/2025 | 40HQ |
| 2/14/2025 | 40HQ |
| 2/14/2025 | 40HQ |
| 2/15/2025 | 40GP |
| 2/15/2025 | 40GP |
| 2/16/2025 | 40GP |
| 2/17/2025 | 40HQ |
| 2/17/2025 | 40GP |
| 2/17/2025 | 40HQ |
| 2/17/2025 | 40GP |
| 2/17/2025 | 40HQ |
| 2/17/2025 | 40GP |
| 2/18/2025 | 40HQ |
| 2/18/2025 | 40HQ |
| 2/19/2025 | 40HQ |
| 2/20/2025 | 40GP |
| 2/20/2025 | 40GP |
| 2/20/2025 | 45HQ |
| 2/20/2025 | 40GP |
| 2/20/2025 | 45HQ |
| 2/21/2025 | 40GP |
| 2/21/2025 | 40GP |
| 2/23/2025 | 40HQ |
| 2/23/2025 | 40HQ |
| 2/24/2025 | 40GP |
| 2/24/2025 | 40GP |
| 2/24/2025 | 40HQ |
| 2/24/2025 | 40HQ |
| 2/25/2025 | 20GP |
| 2/25/2025 | 40HQ |
| 2/25/2025 | 40HQ |
| 2/25/2025 | 45HQ |
| 2/25/2025 | 40HQ |
| 2/25/2025 | 40HQ |
| 2/26/2025 | 45HQ |
| 3/7/2025 | 40HQ |
| 3/7/2025 | 40HQ |
| 3/10/2025 | 40GP |
| 3/10/2025 | 40HQ |

**1st Loading Terminal**

HPH14-Hai An Transport and Stevedoring Joint Stock Company, Hai Phong, Vietnam
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
SHA14-Shanghai Shengdong Intl Cntr Tmnl - (Yangshan), Shanghai, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
ZIN05-Tianjin Port Container Terminal Co., Ltd, Xingang, Tianjin, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
SHA14-Shanghai Shengdong Intl Cntr Tmnl - (Yangshan), Shanghai, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
SHA22-Shangdong Container Terminal (Yangshan Phase 4), Shanghai, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
QIN01-Qingdao Qianwan United Container Terminal Co., Ltd., Qingdao, Qingdao, Shandong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
SRG08-Tanjunk Emas Semarang, Semarang, Jawa Tengah, Indonesia
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
VGT05-Tan Cang - Cai Mep Thi Vai Terminal, Vung Tau, Ba Ria Vung Tau, Vietnam
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
PIP03-Mundra Port & Special Economic Zone Ltd, Mundra, Gujarat, India
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China

PIP03-Mundra Port & Special Economic Zone Ltd, Mundra, Gujarat, India
PIP03-Mundra Port & Special Economic Zone Ltd, Mundra, Gujarat, India
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
CCX01-Kolkata Port, Kolkata, West Bengal, India
CCX01-Kolkata Port, Kolkata, West Bengal, India
PIP03-Mundra Port & Special Economic Zone Ltd, Mundra, Gujarat, India
MDS02-Chennai International Terminals Pvt Ltd, Chennai, Tamil Nadu, India
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
MDS02-Chennai International Terminals Pvt Ltd, Chennai, Tamil Nadu, India
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
NIN12-Ningbo Meishan-Island International Container Terminal Co. Ltd, Ningbo, Ningbo, Zhejiang, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
PIP03-Mundra Port & Special Economic Zone Ltd, Mundra, Gujarat, India
PIP03-Mundra Port & Special Economic Zone Ltd, Mundra, Gujarat, India
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
ZIA13-Xiamen Ocean Gate Container Terminal Co., Ltd. (Haicang), Xiamen, Xiamen, Fujian, China
CCX01-Kolkata Port, Kolkata, West Bengal, India
CCX01-Kolkata Port, Kolkata, West Bengal, India
YAT01-Yantian Port, Yantian, Shenzhen, Guangdong, China
CCX01-Kolkata Port, Kolkata, West Bengal, India

| 1st Loading Voyage | Last Discharging Voyage | Last Discharge Port |
|---|---|---|
| HPH2-HLF-028 E | PVCS-SCP-040 E | Long Beach |
| VCS-ECS-072 E | VCS-ECS-072 E | Long Beach |
| ECX1-SOH-079 E | ECX1-SOH-079 W | Savannah |
| PCC1-TLY-071 E | PCC1-OMS-061 E | Long Beach |
| PCC1-TLY-071 E | PCC1-OMS-061 E | Long Beach |
| PCC1-TLY-071 E | PCC1-OMS-061 E | Long Beach |
| PCN1-KUR-028 E | PCN1-KUR-028 E | Long Beach |
| PSX-CIC-099 E | PSX-CIC-099 E | Long Beach |
| PSX-CIC-099 E | PSX-CIC-099 E | Long Beach |
| PSX-CIC-099 E | PSX-CIC-099 E | Long Beach |
| PSX-CIC-099 E | PSX-CIC-099 E | Long Beach |
| PSX-CIC-099 E | PSX-CIC-099 E | Long Beach |
| PSX-CIC-099 E | PSX-CIC-099 E | Long Beach |
| ECC1-LDR-071 E | ECC1-LDR-071 E | Savannah |
| PCC1-OBI-001 E | PCC1-OBI-001 E | Long Beach |
| ECX1-TAJ-075 E | ECX1-TAJ-075 W | Savannah |
| ECX1-TAJ-075 E | ECX1-TAJ-075 W | Savannah |
| ECX1-TAJ-075 E | ECX1-TAJ-075 W | Savannah |
| PCS1-SAI-422 E | PCS1-SAI-422 E | Los Angeles |
| ECX1-TAJ-075 E | ECX1-TAJ-075 E | New York |
| ECX1-OKR-049 E | ECX1-OKR-049 E | New York |
| ECX1-TAJ-075 E | ECX1-TAJ-075 E | New York |
| ECX2-TAH-081 E | ECX2-TAH-081 E | New York |
| SEAP-ROV-130 S | SEAP-ROV-130 N | New York |
| SEAP-ROV-130 S | SEAP-ROV-130 N | New York |
| SC1-CJA-041 E | SC1-CJA-041 E | Long Beach |
| PCC1-OEP-065 E | SC1-CJA-041 E | Long Beach |
| SC1-CJA-041 E | SC1-CJA-041 E | Long Beach |
| SC1-CJA-041 E | SC1-CJA-041 E | Long Beach |
| PCN1-CKH-107 E | PCN1-CKH-107 E | Long Beach |
| PCS1-GTN-002 E | PCS1-GTN-002 E | Los Angeles |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| SRG-BWN-019 W | SEAP-GPN-016 E | Los Angeles |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| SEAP-ROV-130 S | SEAP-ROV-130 N | New York |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| VCS-CSO-104 E | VCS-CSO-104 E | Long Beach |
| PSX-CTH-105 E | PSX-CTH-105 E | Long Beach |
| PSX-CTH-105 E | PSX-CTH-105 E | Long Beach |
| PSX-CTH-105 E | PSX-CTH-105 E | Long Beach |
| ECC1-LDR-071 E | ECC1-LDR-071 W | New York |
| PCC1-SOP-072 E | PCC1-SOP-072 E | Long Beach |
| ECC1-LDR-071 E | ECC1-LDR-071 W | New York |
| SEAP-ROV-130 S | SEAP-ROV-130 N | New York |
| ECC1-TIT-037 E | ECC1-TIT-037 W | New York |
| ECC1-TIT-037 E | ECC1-TIT-037 W | New York |
| PCC1-OMS-061 E | PCC1-OEP-065 E | Long Beach |
| ECC1-TIT-037 E | ECC1-TIT-037 W | New York |
| PMX-CNK-137 E | SEAP-EXI-014 E | Los Angeles |
| ECX2-VJH-029 E | ECX2-VJH-029 E | New York |
| SEAP-ROV-130 S | SEAP-ROV-130 N | New York |

| | | |
|---|---|---|
| PMX-CNK-137 E | SEAP-EXI-014 E | Los Angeles |
| PMX-CNK-137 E | SEAP-EXI-014 E | Los Angeles |
| ECC3-CCF-478 E | ATE1-CCF-479 E | Savannah |
| ECC3-CCF-478 E | ATE1-CCF-479 E | Savannah |
| ECC3-CCF-478 E | ATE1-CCF-479 E | Savannah |
| ECC3-CCF-478 E | ATE1-CCF-479 E | Savannah |
| ECC3-CCF-478 E | ATE1-CCF-479 E | Savannah |
| ECC3-CCF-478 E | ATE1-CCF-479 E | Savannah |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| PSGP-3CE-401 W | SEAP-MYI-014 N | Savannah |
| PSGP-3CE-401 W | SEAP-MYI-014 N | Savannah |
| PMX-WHU-019 E | SEAP-CME-442 E | Los Angeles |
| FCS2-OSV-455 E | SEAP-CME-442 E | Los Angeles |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| FCS2-OSV-455 E | SEAP-CME-442 E | Los Angeles |
| ECC1-TIT-037 E | ECC1-TIT-037 W | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| ECX1-OBN-052 E | ECX1-OBN-052 E | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| ECX1-OIT-001 E | ECX1-OIT-001 E | New York |
| PCC1-OEP-065 E | SC1-CJA-041 E | Long Beach |
| ECC1-TIT-037 E | ECC1-TIT-037 W | New York |
| ECC1-TUS-036 E | ECC1-TUS-036 E | Savannah |
| PCC1-SOP-072 E | PCC1-SOP-072 E | Long Beach |
| ECC1-TYO-035 E | ECC1-TYO-035 W | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| PMX-XFZ-087 E | PCC1-TLY-072 E | Long Beach |
| PMX-XFZ-087 E | PCC1-TLY-072 E | Long Beach |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| ECC1-TYO-035 E | ECC1-TYO-035 W | New York |
| ECC1-TIT-037 E | ECC1-TIT-037 W | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| SEAP-GWS-414 S | SEAP-GWS-414 N | New York |
| ECC1-TYO-035 E | ECC1-TYO-035 W | New York |
| CSX4-EFO-337 E | SEAP-ILH-016 E | Los Angeles |
| CSX4-EFO-337 E | SEAP-ILH-016 E | Los Angeles |
| SEAP-ESP-042 S | SEAP-ESP-042 N | New York |
| CSX3-FKG-245 E | SEAP-APS-420 N | New York |

**Last Discharging Terminal**

LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LGB23-Pacific Container Terminal (PCT), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States

LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
SAV03-Garden City Terminal, Savannah, Chatham, Georgia, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
LGB10-Long Beach Container Terminal (Pier E), Long Beach, Los Angeles, California, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC14-Maher Terminals LLC, New York, New York, New York, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
LAS02-Fenix Marine Services Los Angeles, Los Angeles, Los Angeles, California, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States
NYC07-APM Terminals Elizabeth, LLC, New York, New York, New York, United States

| Final Destination | Last IB Hub |
|---|---|
| Chino, California | LGB28 |
| Visalia, California | LGB28 |
| Opelika, Alabama | SAV03 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Visalia, California | LGB28 |
| Opelika, Alabama | SAV11 |
| Hudson, Ohio | CLE02 |
| Opelika, Alabama | SAV11 |
| Opelika, Alabama | SAV11 |
| Opelika, Alabama | SAV11 |
| Hudson, Ohio | CLE02 |
| Hudson, Ohio | CLE02 |
| Hudson, Ohio | CLE02 |
| West Jefferson, Ohio | CMH01 |
| Hudson, Ohio | CLE02 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Chino, California | LGB10 |
| Chino, California | LGB10 |
| Visalia, California | LGB10 |
| Chino, California | LGB10 |
| Chino, California | LGB23 |
| Hudson, Ohio | CLE02 |
| Visalia, California | LGB23 |
| Visalia, California | LGB23 |
| Visalia, California | LGB23 |
| Chino, California | LAS02 |
| Visalia, California | LGB23 |
| Hudson, Ohio | CLE27 |
| Chino, California | LGB23 |
| Visalia, California | LGB23 |
| Visalia, California | LGB23 |
| Visalia, California | LGB10 |
| Visalia, California | LGB10 |
| Chino, California | LGB10 |
| Hudson, Ohio | CLE02 |
| Chino, California | LGB10 |
| West Jefferson, Ohio | CMH01 |
| Hudson, Ohio | CLE27 |
| West Jefferson, Ohio | CMH25 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| West Jefferson, Ohio | CMH25 |
| Visalia, California | LAS02 |
| Hudson, Ohio | CLE02 |
| Hudson, Ohio | CLE02 |

| | |
|---|---|
| Visalia, California | LAS02 |
| Visalia, California | LAS02 |
| Opelika, Alabama | SAV03 |
| Opelika, Alabama | SAV03 |
| Opelika, Alabama | SAV03 |
| Opelika, Alabama | SAV03 |
| Opelika, Alabama | SAV03 |
| Opelika, Alabama | SAV03 |
| Hudson, Ohio | CLE27 |
| Opelika, Alabama | SAV11 |
| Opelika, Alabama | SAV03 |
| Visalia, California | LAS02 |
| Chino, California | LAS02 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Chino, California | LAS02 |
| West Jefferson, Ohio | CMH25 |
| Hudson, Ohio | CLE27 |
| West Jefferson, Ohio | CMH25 |
| West Jefferson, Ohio | CMH25 |
| West Jefferson, Ohio | CMH25 |
| West Jefferson, Ohio | CMH25 |
| West Jefferson, Ohio | CMH25 |
| Hudson, Ohio | CLE27 |
| West Jefferson, Ohio | CMH25 |
| Opelika, Alabama | SAV03 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Visalia, California | LGB10 |
| Visalia, California | LGB10 |
| Hudson, Ohio | CLE27 |
| West Jefferson, Ohio | CMH25 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |
| West Jefferson, Ohio | CMH25 |
| Chino, California | LAS02 |
| Visalia, California | LAS02 |
| Hudson, Ohio | CLE27 |
| Hudson, Ohio | CLE27 |