# EXHIBIT C

## Resource Center

Home  /  Resource Center  /  B/L Terms  /  LIEN

## B/L Terms

### LIEN

The Carrier shall have a lien on the Goods and any document relating thereto, which shall survive delivery, for all sums earned or due or payable to the Carrier under this and/or any other contract with the Merchant, or on account of the Goods or carriage, storage or handling of the Goods, including but not limited to, general average contributions, freight, delivery, destination, demurrage, detention, port and/or handling charges, to whomever due and/or for the cost of recovering the same and/or any fines or penalties levied against the Carrier by reason of any acts or omissions for which the Merchant is responsible. Carrier may at its sole discretion exercise its lien at any time and at any place, whether the contractual transportation is completed or not. For the purpose of such lien the Carrier shall have the right to sell the Goods by public auction or private treaty without notice to the Merchant at any time and at any place at the sole discretion of the Carrier. The Carrier shall be entitled to claim the difference in the event that the sale proceeds fail to cover the full amount due to the Carrier.

Feedback

## Resource Center

VGM

Customs Advance Manifest

Packing Of Cargo Transport Units (CTU Code)

e-Brochures

Vessel Certificate

Shipping Glossary

Vendor Portals

B/L Terms

Personal Data Protection

Surcharges

Terminals, Restrictions, Free Time, Local Surcharges, Office Calendar

eClaims

Rate Document Terms & Conditions

Surcharge Code Description

Feedback

Copyright © 1998-2025. Orient Overseas Container Line Limited. All rights reserved.

| Site Map | Help | Terms of Use | Privacy & Security | Online Security | Customer Communications Policy | Cookie Policy |

| Cookie Setting |

OOIL GROUP

Feedback