# EXHIBIT D

# JOANN

**JOANN Inc.**
5555 Darrow Road
Hudson, OH 44236

March 26, 2025

OOCL USA Inc
10913 S River Front PKWY, Suite 200, South Jordan, UT 84095
Attention: Shelly Moreno
E-mail address: shelly.moreno@oocl.com
Re:     Goods in Carrier's Possession

To Whom It May Concern:

On January 15, 2025 (the "Petition Date"), JOANN Inc. and certain of its affiliates (collectively, the "Debtors" or "JOANN") filed for chapter 11 bankruptcy protection in the Bankruptcy Court for the District of Delaware.  The cases are pending under *In re JOANN Inc.*, *et al.*, Case No. 25-10068 (CTG).

OOCL USA Inc ("Carrier") provided JOANN with services related to the transportation of certain goods ordered by JOANN (collectively, the "Goods"), and Carrier may be in possession of such Goods.  As of the date hereof, the Debtors have not received or taken possession of the Goods, and the Debtors do not believe that the Goods are property of the Debtors' bankruptcy estate.  The Debtors do not oppose the Carrier disposing of or otherwise using the Goods in its discretion.

Sincerely,

*Jeffrey Dwyer*

Name: Jeffrey Dwyer
Title:  Interim Chief Financial Officer