**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC, *et al*.,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) OR TO COMPEL ABANDONMENT PURSUANT TO 11 U.S.C. § 554(b)

Upon the Motion of OOCL USA Inc. ("OOCL"), by and through its undersigned attorneys (the "Motion"), pursuant to section 362(d) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), for an order granting relief from the automatic bankruptcy stay, to allow OOCL to execute its maritime lien on certain cargo in its physical or constructive possession (the "Cargo"), as defined in the Motion, that may be property of the estate of the debtors, Joann Inc., *et al*. (the "Debtors"); or, to return the Cargo to the shippers (the "Shippers") or allow the Shippers to divert the Cargo; or, alternatively, to compel the Debtors to abandon the Cargo pursuant to section 554(b) of the Bankruptcy Code and for a determination that the Debtors have abandoned the CArgo; and for good cause having been shown; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that, to the extent that it applies, if any, the automatic stay provided under Section 362(a) of the Bankruptcy Code is hereby lifted to allow OOCL to sell the cargo that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

is the subject of the Motion (the "Cargo") at auction or private sale, or otherwise dispose of the Cargo pursuant to United States maritime law and immediately apply the proceeds of such sale to pay its freight, detention and/or demurrage charges (the "Freight Claim"); or, to return the Cargo to the shippers of the Cargo as defined in the Motion (the "Shippers") or to allow the Shippers to divert the Cargo; and it is further

ORDERED that the sale of the Cargo shall be free and clear of any liens or interests that the Debtors or any other party in interest may have with respect to the Cargo; and it is further

ORDERED that if the proceeds of sale of the Cargo are less than the total accrued amount of the Freight Claim, OOCL is authorized to file a claim or request for payment of an administrative expense against the Debtors' estates for the deficiency, which proof of claim or request for payment of an administrative expense shall be deemed timely filed, despite any applicable proof of claim bar date or other deadline to do so having passed; and it is further

ORDERED that the amount of the demurrage and/or detention component of the Freight Claim will continue to accrue through and including the date of the auction or other disposition of the Cargo.  OOCL will schedule the auction or sale or otherwise dispose of the Cargo within a reasonable period of time after the date that this Order is entered; or, OOCL will return the Cargo to the Shippers or allow the Shippers to divert the Cargo to other consignees within a reasonable period of time after the date that this Order is entered; and it is further

ORDERED that, in lieu of sale of the Cargo, OOCL is authorized to dispose of the Cargo in a commercially and otherwise reasonable manner; and it is further

ORDERED that the final Freight Claim shall consist of all accrued freight, detention

and/or demurrage charges through the date of the sale or disposal, plus the cost of sale or disposal of the Cargo, if any; and it is further

ORDERED that this Order is effective immediately and the fourteen (14) day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4) with respect to the lifting of the automatic stay is waived; and it is further

ORDERED that any requirement pursuant to the Local Bankruptcy Rules for District of Delaware that OOCL file a memorandum of law in support of the Motion is hereby waived.

Dated: Wilmington, Delaware
April \_\_\_\_, 2025

_____
Hon. Craig T. Goldblatt, U.S.B.J.