## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2025, I caused copies of the foregoing Motion of OOCL USA Inc. for and Order for Relief from the Automatic Stay to be served via electronic mail upon the parties listed below and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case:

| Name | Email address | Representing |
| --- | --- | --- |
| Patrick J. Reilley | preilley@coleschotz.com | Debtors |
| Stacy L. Newman | snewman@coleschotz.com | Debtors |
| Michael E. Fitzpatrick | mfitzpatrick@coleschotz.com | Debtors |
| Jack M. Dougherty | jdougherty@coleschotz.com | Debtors |
| Joshua A. Sussberg | joshua.sussberg@kirkland.com | Debtors |
| Aparna Yenamandra | aparna.yenamandra@kirkland.com | Debtors |
| Anup Sathy | anup.sathy@kirkland.com | Debtors |
| Jeffrey Michalik | jeff.michalik@kirkland.com | Debtors |
| Lindsey Blumenthal | lindsey.blumenthal@kirkland.com | Debtors |
| Bradford Sandler | bsandler@pszjlaw.com | Committee |
| James E. O'Neill | joneill@pszjlaw.com | Committee |
| Eric R. Wilson | ewilson@kelleydrye.com | Committee |
| Jason R. Adams | jadams@kelleydrye.com | Committee |
| Maeghan McLoughlin | mmcloughlin@kelleydrye.com | Committee |

Dated:  April 8, 2025          **HOGAN MCDANIEL**

By:    */s/ Daniel C. Kerrick*
    Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
    1311 Delaware Avenue
    Wilmington, DE 19806
    Tel:    (302) 656-7540
    Fax:    (302) 656-7599
    dckerrick@dkhogan.com