## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | American Food & Vending | Jo-Ann Stores, LLC | Service Agreement dated 05/21/2018 | 03/26/2025 |
| 2 | American Food & Vending | Jo-Ann Stores, LLC | Master Service Agreement dated 05/22/2023 | 03/26/2025 |
| 3 | Association of Washington Business | Jo-Ann Stores, LLC | Service Agreement dated 01/01/2024 | 03/26/2025 |
| 4 | Audiboard Inc | Jo-Ann Stores, LLC | Service Agreement dated 12/27/2021 | 03/26/2025 |
| 5 | Audiboard Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 12/31/2021 | 03/26/2025 |
| 6 | Broadspire Services Inc. | Jo-Ann Stores, LLC | Service Agreement dated 01/31/2015 | 03/26/2025 |
| 7 | CMS Payments Intelligence Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 04/22/2020 | 03/26/2025 |
| 8 | CMS Payments Intelligence Inc | Jo-Ann Stores, LLC | Service Agreement dated 05/25/2020 | 03/26/2025 |
| 9 | CMS Payments Intelligence Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 07/22/2021 | 03/26/2025 |
| 10 | Cranston IT Inc | Jo-Ann Stores, LLC | IT Consulting Agreement dated 12/01/2024 | 03/26/2025 |
| 11 | De Lage Landen Financial Serv Inc | Jo-Ann Stores, LLC | Service Agreement dated 02/13/2015 | 03/26/2025 |
| 12 | Devries Public Relations Ltd | Jo-Ann Stores, LLC | Non-Disclosure Agreement dated 11/01/2020 | 03/26/2025 |
| 13 | Devries Public Relations Ltd | Jo-Ann Stores, LLC | Master Service Agreement dated 11/01/2020 | 03/26/2025 |
| 14 | Devries Public Relations Ltd | Jo-Ann Stores, LLC | Service Agreement dated 02/01/2022 | 03/26/2025 |
| 15 | Devries Public Relations Ltd | Jo-Ann Stores, LLC | Service Agreement dated 02/01/2023 | 03/26/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 16 | Devries Public Relations Ltd | Jo-Ann Stores, LLC | Service Agreement dated 02/01/2024 | 03/26/2025 |
| 17 | Devries Public Relations Ltd | Jo-Ann Stores, LLC | Service Agreement dated 10/16/2024 | 03/26/2025 |
| 18 | Digital Media Innovations LLC | Jo-Ann Stores, LLC | Service Agreement dated 02/16/2021 | 03/26/2025 |
| 19 | Digital Media Innovations LLC | Jo-Ann Stores, LLC | Statement of Work dated 10/07/2022 | 03/26/2025 |
| 20 | Digital Media Innovations LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 10/10/2023 | 03/26/2025 |
| 21 | Digital Media Innovations LLC | Jo-Ann Stores, LLC | Order Form dated 03/12/2024 | 03/26/2025 |
| 22 | Direct Digital Graphics Inc | Jo-Ann Stores, LLC | Service Agreement dated 11/30/2015 | 03/26/2025 |
| 23 | Direct Digital Graphics Inc | Jo-Ann Stores, LLC | Service Agreement dated 12/01/2021 | 03/26/2025 |
| 24 | Direct Digital Graphics Inc | Jo-Ann Stores, LLC | Service Agreement dated 12/18/2023 | 03/26/2025 |
| 25 | Donnelley Financial LLC | Jo-Ann Stores, LLC | Service Agreement dated 11/12/2020 | 03/26/2025 |
| 26 | Donnelley Financial LLC | Jo-Ann Stores, LLC | Service Agreement dated 07/23/2021 | 03/26/2025 |
| 27 | Dun & Bradstreet | Jo-Ann Stores, LLC | Service Agreement dated 11/22/2013 | 03/26/2025 |
| 28 | Dun & Bradstreet | Jo-Ann Stores, LLC | Software License Agreement dated 11/30/2019 | 03/26/2025 |
| 29 | Dun & Bradstreet | Jo-Ann Stores, LLC | Order Form dated 11/30/2023 | 03/26/2025 |
| 30 | Empire Valuation Consultants LLC | Jo-Ann Stores, LLC | Service Agreement dated 08/06/2019 | 03/26/2025 |
| 31 | Empire Valuation Consultants LLC | JOANN Inc. | Master Service Agreement dated 11/01/2022 | 03/26/2025 |
| 32 | Empire Valuation Consultants LLC | JOANN Inc. | Master Service Agreement dated 10/31/2023 | 03/26/2025 |

2

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 33 | Ernst & Young LLP | Jo-Ann Stores, LLC | Statement of Work dated 03/25/2019 | 03/26/2025 |
| 34 | Ernst & Young LLP | Jo-Ann Stores, LLC | Service Agreement dated 08/26/2024 | 03/26/2025 |
| 35 | Ernst & Young LLP | Jo-Ann Stores, LLC | Service Agreement dated 06/08/2021 | 03/26/2025 |
| 36 | Ernst & Young LLP | Jo-Ann Stores, LLC | Master Service Agreement dated 06/23/2021 | 03/26/2025 |
| 37 | Ernst & Young LLP | JOANN Inc. | Statement of Work dated 09/02/2021 | 03/26/2025 |
| 38 | Ernst & Young LLP | Jo-Ann Stores, LLC | Statement of Work dated 08/25/2020 | 03/26/2025 |
| 39 | Ernst & Young LLP | Jo-Ann Stores, LLC | Engagement Letter dated 09/29/2021 | 03/26/2025 |
| 40 | Golkow Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 07/02/2021 | 03/26/2025 |
| 41 | Govdocs Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 04/01/2021 | 03/26/2025 |
| 42 | Govdocs Inc | Jo-Ann Stores, LLC | Subscription Agreement dated 06/01/2023 | 03/26/2025 |
| 43 | Highland Consulting Assoc Inc | Jo-Ann Stores, LLC | Service Agreement dated 02/21/2006 | 03/26/2025 |
| 44 | Highland Consulting Assoc Inc | Jo-Ann Stores, LLC | HR Consulting Agreement dated 02/22/2021 | 03/26/2025 |
| 45 | Highland Consulting Assoc Inc | Jo-Ann Stores, LLC | HR Consulting Agreement dated 07/01/2024 | 03/26/2025 |
| 46 | Highland Consulting Assoc Inc | Jo-Ann Stores, LLC | Service Agreement dated 09/05/2024 | 03/26/2025 |
| 47 | ICR Opco LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 03/12/2021 | 03/26/2025 |
| 48 | ICR Opco LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 01/01/2023 | 03/26/2025 |
| 49 | ICR Opco LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 01/17/2024 | 03/26/2025 |

3

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 50 | Kirk Palmer & Associates Inc | Jo-Ann Stores, LLC | Service Agreement dated 08/26/2024 | 03/26/2025 |
| 51 | Kognitiv Inc | Jo-Ann Stores, LLC | Master Agreement dated 03/01/2024 | 03/26/2025 |
| 52 | Kognitiv Inc | Jo-Ann Stores, LLC | Service Agreement dated 04/15/2024 | 03/26/2025 |
| 53 | Kognitiv Inc | Jo-Ann Stores, LLC | Statement of Work dated 05/01/2024 | 03/26/2025 |
| 54 | Korn Ferry Inc | Jo-Ann Stores, LLC | HR Service Agreement dated 08/01/2021 | 03/26/2025 |
| 55 | Korn Ferry Inc | Jo-Ann Stores, LLC | HR Service Agreement dated 08/01/2024 | 03/26/2025 |
| 56 | Marcum LLP | JOANN Inc. | Master Service Agreement dated 10/22/2021 | 03/26/2025 |
| 57 | Marcum LLP | Jo-Ann Stores, LLC | Service Agreement dated 03/01/2024 | 03/26/2025 |
| 58 | Mercy Olaniyan | Jo-Ann Stores, LLC | Service Agreement dated 06/19/2024 | 03/26/2025 |
| 59 | Mercy Olaniyan | Dittopatterns LLC | License Agreement dated 12/18/2024 | 03/26/2025 |
| 60 | MiLLCraft Paper Co | Jo-Ann Stores, LLC | Service Agreement dated 02/02/2014 | 03/26/2025 |
| 61 | MiLLCraft Paper Co | Jo-Ann Stores, LLC | Statement of Work dated 07/02/2020 | 03/26/2025 |
| 62 | MiLLCraft Paper Co | Jo-Ann Stores, LLC | Service Agreement dated 05/17/2021 | 03/26/2025 |
| 63 | MiLLCraft Paper Co | Jo-Ann Stores, LLC | Service Agreement dated 01/01/2024 | 03/26/2025 |
| 64 | Mobile Mentor Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 07/30/2024 | 03/26/2025 |
| 65 | Mobile Mentor Inc | Jo-Ann Stores, LLC | Statement Of Work dated 08/01/2024 | 03/26/2025 |
| 66 | Modular Systems Technicians | Jo-Ann Stores, LLC | Service Agreement dated 01/01/2015 | 03/26/2025 |

4

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 67 | Modular Systems Technicians | Jo-Ann Stores, LLC | Service Agreement dated 01/01/2023 | 03/26/2025 |
| 68 | National Business Furniture LLC | Jo-Ann Stores, LLC | Service Agreement dated 02/19/2015 | 03/26/2025 |
| 69 | National Business Furniture LLC | Jo-Ann Stores, LLC | Service Agreement dated 03/01/2022 | 03/26/2025 |
| 70 | Pay Governance LLC | Jo-Ann Stores, LLC | Statement of Work dated 09/18/2024 | 03/26/2025 |
| 71 | Rainbow Seating LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 11/05/2021 | 03/26/2025 |
| 72 | Rainbow Seating LLC | Jo-Ann Stores, LLC | Service Agreement dated 11/05/2022 | 03/26/2025 |
| 73 | Rainbow Seating LLC | Jo-Ann Stores, LLC | Statement of Work dated 08/20/2023 | 03/26/2025 |
| 74 | Ryan LLC | Jo-Ann Stores, LLC | Service Agreement dated 12/01/2018 | 03/26/2025 |
| 75 | Ryan LLC | Jo-Ann Stores, LLC | Software License Agreement dated 05/01/2019 | 03/26/2025 |
| 76 | Ryan LLC | Jo-Ann Stores, LLC | Statement of Work dated 12/01/2021 | 03/26/2025 |
| 77 | Ryan LLC | Jo-Ann Stores, LLC | Order Form dated 09/23/2023 | 03/26/2025 |
| 78 | S&P Global Market Intelligence LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 07/15/2020 | 03/26/2025 |
| 79 | S&P Global Market Intelligence LLC | Jo-Ann Stores, LLC | Subscription Agreement dated 07/15/2021 | 03/26/2025 |
| 80 | S&P Global Market Intelligence LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 12/05/2022 | 03/26/2025 |
| 81 | Semrush Inc | Jo-Ann Stores, LLC | Service Agreement dated 08/21/2022 | 03/26/2025 |
| 82 | Semrush Inc | Jo-Ann Stores, LLC | Software Service Agreement dated 06/28/2024 | 03/26/2025 |
| 83 | Semrush Inc | Jo-Ann Stores, LLC | Subscription Service Agreement dated 12/12/2023 | 03/26/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 84 | Simpler Postage Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 08/28/2024 | 03/26/2025 |
| 85 | Simpler Postage Inc | Jo-Ann Stores, LLC | Service Agreement - dated 10/04/2024 | 03/26/2025 |
| 86 | Tax Advisors Group LLC | Jo-Ann Stores, LLC | Master Service Agreement dated 03/23/2020 | 03/26/2025 |
| 87 | Theresa D Culpepper | Jo-Ann Stores, LLC | Master Service Agreement dated 11/01/2023 | 03/26/2025 |
| 88 | Thomson Reuters (Tax & Account) Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 02/01/2020 | 03/26/2025 |
| 89 | Thomson Reuters (Tax & Account) Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 08/23/2021 | 03/26/2025 |
| 90 | Thomson Reuters (Tax & Account) Inc | Jo-Ann Stores, LLC | Service Agreement dated 05/01/2022 | 03/26/2025 |
| 91 | Thomson Reuters (Tax & Account) Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 07/14/2022 | 03/26/2025 |
| 92 | Thomson Reuters (Tax & Account) Inc | Jo-Ann Stores, LLC | Software License Agreement dated 12/01/2022 | 03/26/2025 |
| 93 | Thomson Reuters (Tax & Account) Inc | Jo-Ann Stores, LLC | Order Form dated 09/20/2024 | 03/26/2025 |
| 94 | Transunion Risk & Alternative Data | Jo-Ann Stores, LLC | Service Agreement dated 09/18/2018 | 03/26/2025 |
| 95 | Transunion Risk & Alternative Data | Jo-Ann Stores, LLC | Master Service Agreement dated 09/01/2022 | 03/26/2025 |
| 96 | Western Reserve Academy | Jo-Ann Stores, LLC | Master Service Agreement dated 12/09/2019 | 03/26/2025 |
| 97 | Western Reserve Academy | Jo-Ann Stores, LLC | Master Service Agreement dated 05/29/2020 | 03/26/2025 |
| 98 | Western Reserve Academy | Jo-Ann Stores, LLC | Master Service Agreement dated 06/01/2022 | 03/26/2025 |
| 99 | Western Reserve Academy | Jo-Ann Stores, LLC | Master Service Agreement dated 05/22/2023 | 03/26/2025 |
| 100 | Western Reserve Academy | Jo-Ann Stores, LLC | Master Service Agreement dated 05/19/2024 | 03/26/2025 |