## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | WGSN Inc | Jo-Ann Stores, LLC | Service Agreement dated 09/01/2017 | 03/26/2025 |
| 2 | WGSN Inc | Jo-Ann Stores, LLC | Service Agreement dated 09/03/2019 | 03/26/2025 |
| 3 | WGSN Inc | Jo-Ann Stores, LLC | Service Agreement dated 06/22/2020 | 03/26/2025 |
| 4 | WGSN Inc | Jo-Ann Stores, LLC | Statement of Work dated 03/22/2021 | 03/26/2025 |
| 5 | WGSN Inc | Jo-Ann Stores, LLC | Subscription Agreement dated 09/01/2021 | 03/26/2025 |
| 6 | WGSN Inc | Jo-Ann Stores, LLC | Subscription Agreement dated 09/01/2022 | 03/26/2025 |
| 7 | WGSN Inc | Jo-Ann Stores, LLC | Subscription Agreement dated 09/01/2023 | 03/26/2025 |
| 8 | WGSN Inc | Jo-Ann Stores, LLC | Order Form dated 09/01/2024 | 03/26/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.