# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Obj. Deadline: May 7, 2025 at 4:00 p.m. (ET)** |

## SUMMARY OF FIRST MONTHLY FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JANUARY 15, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025

| | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 4, 2025 effective as of January 15, 2025 |
| Period for which compensation and reimbursement is sought: | January 15, 2025 through and including February 28, 2025 |
| Amount of Compensation sought as actual, reasonable and necessary: | $6,419,067.60 (80 percent of $8,023,834.50)[2] |
| Amount of Expense reimbursement sought as Actual, reasonable, and necessary: | $81,287.92 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] K&E voluntarily reduced its fees and expenses by $1,604,766.90 in the Fee Period (as defined herein). Consequently, K&E does not seek payment of these fees and expenses in this Monthly Fee Statement (as defined herein).

This is a(n)  X  monthly  ___ interim  ___ final application

## Summary of Hours by Professional Billed From
## January 15, 2025 through February 28, 2025

| Professional Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Olivia Acuna | Associate | Restructuring | 2021 | 1,465.00 | 301.40 | $441,551.00 |
| Nick Anderson | Associate | Restructuring | 2023 | 1,065.00 | 156.20 | $166,353.00 |
| Marcela Barba | Associate | Corporate - Capital Markets | 2020 | 1,525.00 | 9.60 | $14,640.00 |
| Ian M. Betts | Associate | Litigation - General | 2017 | 1,345.00 | 156.50 | $210,492.50 |
| Lindsey Blumenthal | Associate | Restructuring | 2018 | 1,525.00 | 265.00 | $404,125.00 |
| Henry Caldwell | Associate | Litigation - General | 2018 | 1,445.00 | 334.30 | $483,063.50 |
| Devon N. Chenelle | Associate | Restructuring | 2023 | 880.00 | 168.20 | $148,016.00 |
| Brigit Crosbie | Associate | Litigation - General | 2021 | 1,345.00 | 184.80 | $248,556.00 |
| Chad B. Crowell | Associate | International Trade | 2020 | 1,465.00 | 1.00 | $1,465.00 |
| Kaitlan Donahue | Associate | Restructuring | 2024 | 880.00 | 198.50 | $174,680.00 |
| Carlos Estrada | Associate | Litigation - General | 2023 | 1,025.00 | 140.50 | $144,012.50 |
| Fredrica George | Associate | Restructuring | 2024 | 1,065.00 | 94.00 | $100,110.00 |
| Alex Ingoglia | Associate | Litigation - General | 2021 | 1,345.00 | 209.20 | $281,374.00 |
| Liz Ji | Associate | Taxation | 2021 | 1,395.00 | 8.80 | $12,276.00 |
| Maggie Kate King | Associate | Technology & IP Transactions | 2021 | 1,375.00 | 1.90 | $2,612.50 |
| Alec Klimowicz | Associate | Restructuring | 2024 | 880.00 | 215.40 | $189,552.00 |

| Professional Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Ben Kovach | Associate | Technology & IP Transactions | 2022 | 1,195.00 | 4.70 | $5,616.50 |
| Joshua J. Lustig | Associate | IP Litigation | 2023 | 1,025.00 | 148.40 | $152,110.00 |
| Colleen E. Mayer | Associate | ECEB - General | 2024 | 880.00 | 13.30 | $11,704.00 |
| Kelly Meyer | Associate | Restructuring | 2023 | 1,065.00 | 287.70 | $306,400.50 |
| Tyler Nappo | Associate | Antitrust/Competition | 2025 | 880.00 | 2.60 | $2,288.00 |
| Dan O'Connor | Associate | Corporate - M&A/Private Equity | 2021 | 1,465.00 | 18.10 | $26,516.50 |
| Armando L. Prather | Associate | Litigation - General | 2022 | 1,185.00 | 67.80 | $80,343.00 |
| Joshua Raphael | Associate | Restructuring | 2023 | 1,195.00 | 201.20 | $240,434.00 |
| Maayan Sachs | Associate | ECEB - Labor/Employment | 2022 | 1,195.00 | 3.10 | $3,704.50 |
| Nick Stratman | Associate | Restructuring | 2023 | 1,065.00 | 177.30 | $188,824.50 |
| Matt Truedson | Associate | Corporate - Debt Finance | 2023 | 1,195.00 | 19.90 | $23,780.50 |
| Kruthi Venkatesh | Associate | Corporate - M&A/Private Equity | 2024 | 1,195.00 | 18.50 | $22,107.50 |
| Matt Waldrep | Associate | Restructuring | 2021 | 1,195.00 | 234.40 | $280,108.00 |
| Joe Walter | Associate | Litigation - General | 2023 | 1,025.00 | 171.30 | $175,582.50 |
| Daniel Z. Weiss | Associate | Corporate - General | 2024 | 880.00 | 6.70 | $5,896.00 |
| Dan Zagoren | Associate | Litigation - General | 2014 | 1,185.00 | 35.80 | $42,423.00 |
| Andrew Zhang | Associate | Taxation | 2024 | 925.00 | 6.00 | $5,550.00 |
| Matthew J. Zhu | Associate | Litigation - General | 2021 | 1,345.00 | 81.20 | $109,214.00 |

| Professional Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| James Ziemba | Associate | Restructuring | 2025 | 880.00 | 161.40 | $142,032.00 |
| Jack N. Bernstein | Of Counsel | ECEB - Employee Benefits | 1995 | 1,895.00 | 28.50 | $54,007.50 |
| Christie M. Alcala | Partner | ECEB - Labor/Employment | 2010 | 2,045.00 | 4.70 | $9,611.50 |
| Bill Arnault, P.C. | Partner | Litigation - General | 2009 | 2,015.00 | 157.40 | $317,161.00 |
| Aulden Burcher-DuPont | Partner | Litigation - General | 2014 | 1,395.00 | 34.70 | $48,406.50 |
| Jacob R. Clark | Partner | Real Estate | 2017 | 1,725.00 | 1.60 | $2,760.00 |
| Bernadette Coppola | Partner | Technology & IP Transactions | 2013 | 1,725.00 | 0.40 | $690.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | 1,795.00 | 4.10 | $7,359.50 |
| John Thomas Goldman | Partner | Real Estate | 2002 | 2,295.00 | 0.50 | $1,147.50 |
| Martha K. Harrison | Partner | Litigation - General | 1999 | 1,735.00 | 0.30 | $520.50 |
| Kathleen Vera Kinsella | Partner | Litigation - General | 2016 | 1,525.00 | 123.40 | $188,185.00 |
| Mike Kraft | Partner | Litigation - General | 2018 | 1,525.00 | 203.50 | $310,337.50 |
| Daniel Lewis, P.C. | Partner | Technology & IP Transactions | 2008 | 2,175.00 | 0.60 | $1,305.00 |
| Jeff Michalik | Partner | Restructuring | 2017 | 1,735.00 | 236.00 | $409,460.00 |
| Samantha R. Morelli | Partner | Antitrust/Competition | 2016 | 1,815.00 | 3.30 | $5,989.50 |
| Peter Ott | Partner | Corporate - Debt Finance | 2019 | 1,725.00 | 10.30 | $17,767.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | 1,895.00 | 1.00 | $1,895.00 |
| Anup Sathy, P.C. | Partner | Restructuring | 1995 | 2,595.00 | 125.90 | $326,710.50 |

| Professional Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | 2,075.00 | 9.20 | $19,090.00 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | 2,595.00 | 8.40 | $21,798.00 |
| Steve Toth | Partner | Corporate - M&A/Private Equity | 2005 | 2,045.00 | 14.10 | $28,834.50 |
| Andy Veit, P.C. | Partner | Corporate - Debt Finance | 2010 | 2,175.00 | 23.70 | $51,547.50 |
| Nicholas Warther | Partner | Taxation | 2017 | 1,825.00 | 20.60 | $37,595.00 |
| Michael C. Whalen | Partner | Litigation - General | 2015 | 1,525.00 | 260.00 | $396,500.00 |
| Aparna Yenamandra, P.C. | Partner | Restructuring | 2013 | 1,995.00 | 178.70 | $356,506.50 |
| Katherine Chen | Junior Paralegal | Litigation - General | N/A | 395.00 | 52.80 | $20,856.00 |
| Christian Mancino | Junior Paralegal | Restructuring | N/A | 395.00 | 23.10 | $9,124.50 |
| Julia F. Burnson | Paralegal | Restructuring | N/A | 685.00 | 30.70 | $21,029.50 |
| Robert D. Mason | Paralegal | Corporate - Debt Finance | N/A | 685.00 | 0.50 | $342.50 |
| Rob Soneson | Paralegal | Technology & IP Transactions | N/A | 685.00 | 15.50 | $10,617.50 |
| Donna Casas-Silva | Support Staff | Litigation & Practice Tech | N/A | 760.00 | 68.20 | $51,832.00 |
| Peter Cheung | Support Staff | Litigation & Practice Tech | N/A | 760.00 | 22.40 | $17,024.00 |
| Matthew Cooper | Support Staff | Conflicts Analysis | N/A | 370.00 | 17.40 | $6,438.00 |
| Marta Dudyan | Support Staff | Conflicts Analysis | N/A | 370.00 | 37.60 | $13,912.00 |
| Keith Huang | Support Staff | Litigation & Practice Tech | N/A | 560.00 | 15.70 | $8,792.00 |
| Bradley Kellogg | Support Staff | Litigation & Practice Tech | N/A | 760.00 | 98.40 | $74,784.00 |

| Professional Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Ken Lee | Support Staff | Litigation & Practice Tech | N/A | 560.00 | 157.40 | $88,144.00 |
| Daniel McNamara | Support Staff | Litigation & Practice Tech | N/A | 690.00 | 82.10 | $56,649.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | N/A | 370.00 | 42.00 | $15,540.00 |
| Thanh Phan | Support Staff | Litigation & Practice Tech | N/A | 560.00 | 63.40 | $35,504.00 |
| Catherine Rogers | Support Staff | Litigation & Practice Tech | N/A | 690.00 | 89.50 | $61,755.00 |
| Joe Seaman | Support Staff | Litigation & Practice Tech | N/A | 760.00 | 88.90 | $67,564.00 |
| Kurt J. Wunderlich | Support Staff | Antitrust/Competition | N/A | 2,045.00 | 0.60 | $1,227.00 |
| **Totals** | | | | | **6,461.80** | **$8,023,834.50** |

**Compensation By Project Category**
**From January 15, 2025 through February 28, 2025**

| Matter Number | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Chapter 11 Filing and First-Day Pleading | 165.80 | $195,960.00 |
| 3 | Adversary Proceeding & Contested Matters | 91.50 | $141,564.50 |
| 4 | Corporate & Governance Matters | 29.10 | $50,778.00 |
| 5 | Disclosure Statement / Plan / Confirmation | 254.00 | $300,899.50 |
| 6 | Cash Collateral | 357.40 | $465,875.00 |
| 7 | Cash Management | 9.70 | $10,434.50 |
| 8 | Automatic Stay Issues | 15.60 | $19,261.50 |
| 9 | Asset Sales / Section 363 / Use, Sale, & Disposition of Property | 1,092.10 | $1,595,486.50 |
| 10 | Executory Contracts & Unexpired Leases | 280.40 | $305,224.00 |
| 11 | Business Operations | 2.50 | $3,692.50 |
| 12 | Claims Administration | 35.40 | $36,700.50 |
| 13 | Schedules and Statements (SOFAs) | 32.50 | $34,761.50 |
| 14 | Creditor and Stakeholder Communications | 15.60 | $26,575.00 |
| 15 | U.S. Trustee Matters and Communications | 26.50 | $40,792.50 |
| 16 | Hearings | 98.30 | $161,840.50 |
| 17 | Insurance and Surety Matters | 39.00 | $39,354.00 |
| 18 | Utilities | 26.90 | $35,388.00 |
| 19 | Tax Matters | 43.20 | $72,044.00 |
| 20 | Case Administration | 106.00 | $117,375.50 |
| 21 | Retention – K&E | 284.60 | $250,060.00 |
| 22 | Retention – Non K&E | 184.70 | $195,159.00 |
| 23 | Vendor Matters | 210.60 | $246,170.00 |
| 24 | Litigation | 2,858.10 | $3,396,168.00 |
| 25 | Non-Working Travel | 80.30 | $122,337.50 |
| 26 | Creditors' Committee Matters | 41.40 | $45,704.50 |
| 27 | Employee and Labor Matters | 77.90 | $114,228.00 |
| | **Total** | **6,461.80** | **$8,023,834.50** |

**Expense Summary**

| Expense | Unit Cost (if applicable) | Amount |
|---|---|---|
| Third Party Telephone Charges | | $104.00 |
| Standard Copies or Prints | $0.10 | $2,725.80 |
| Color Copies or Prints | | $3,431.45 |
| Closing/Mini Books | | $12.00 |
| Local Transportation | | $178.98 |
| Travel Expense | | $10,949.77 |
| Airfare | | $11,323.53 |
| Transportation to/from airport | | $3,230.37 |
| Travel Meals | | $1,103.93 |
| Other Travel Expenses | | $160.00 |
| Court Reporter Fee/Deposition | | $7,162.95 |
| Other Court Costs and Fees | | $23,022.35 |
| Working Meals/K&E Only | | $76.17 |
| Working Meals/K&E and Others | | $1,212.91 |
| Catering Expenses | | $240.00 |
| Outside Retrieval Service | | $539.20 |
| Computer Database Research | | $442.71 |
| Westlaw Research | | $4,128.76 |
| LexisNexis Research | | $375.00 |
| Overtime Transportation | | $688.53 |
| Overtime Meals - Non-Attorney | | $78.98 |
| Overtime Meals - Attorney | | $1,015.10 |
| Rental Expenses | | $9,012.82 |
| Overnight Delivery - Hard | | $48.21 |
| Computer Database Research - Soft | | $24.40 |
| **Total** | | **$81,287.92** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered)<br>**Obj. Deadline:  May 7, 2025 at 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION OF
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
PERIOD FROM JANUARY 15, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025**

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025*, dated March 4, 2025 [Docket No. 545] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated March 4, 2025 [Docket No. 552] (the "Interim Compensation Order"), and the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Rules"), the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $6,419,067.60 (80% of $8,023,834.50) for the reasonable and necessary legal services K&E rendered to the Debtors from January 15, 2025 through February 28, 2025 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that K&E incurred, in the amount of $81,287.92 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by K&E partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories K&E established in accordance with its internal billing procedures. As reflected in **Exhibit A**, K&E incurred $8,023,834.50 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, K&E seeks reimbursement for 80% of such fees ($6,419,067.60 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the K&E attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of K&E have expended a total of 6,461.80 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which K&E is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for K&E's out-of-pocket expenses.

- **Exhibit D** consists of K&E's records of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[2]

**Representations**

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due

---

[2] K&E has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

2

3

to delays caused by accounting and processing during the Fee Period. K&E reserves the right to make further application to the United States Bankruptcy Court for the District of Delaware for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, K&E requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $6,500,355.52 consisting of (a) $6,419,067.60, which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by K&E; and (b) $81,287.92 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: April 16, 2025
Wilmington, Delaware

/s/ Patrick J. Reilley

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 652-3131 | Facsimile:    (212) 446-4900 |
| Facsimile:    (302) 652-3117 | Email:         joshua.sussberg@kirkland.com |
| Email:         preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
|                    snewman@coleschotz.com | |
|                    mfitzpatrick@coleschotz.com | - and - |
|                    jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | Email:         anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |