## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Americasmart Real Estate, LLC | Jo-Ann Stores | 4550 | 240 Peachtree Street NW, Atlanta, 30303, GA | Lease | FF&E, Inventory | 03/31/2025 |
| 2 | Crafty (AL) LLC | Jo-Ann Stores | 7039 | 3101 Anderson Road, Opelika, 36801, AL | Lease | FF&E, Inventory | 03/31/2025 |
| 3 | Exeter 2500 N. Plaza, LLC | Jo-Ann Stores | 7043 | 2500 North Plaza Drive, Visalia, 93291, CA | Lease | FF&E, Inventory | 03/31/2025 |
| 4 | BA Two REIT LLC | Jo-Ann Stores | 7130 | 1020 Enterprise Parkway, West Jefferson, 43162, OH | Lease | FF&E, Inventory | 03/31/2025 |
| 5 | Avanti Inc | Jo-Ann Stores | 7125 | 7530 W Sunnyview Ave, Visala, 92931, CA | Lease | FF&E, Inventory | 03/31/2025 |
| 6 | Floyd Pedersen | Jo-Ann Stores | 168 | 1830 E Parks Hwy Ste A122, Wasilla, 99654, AK | Lease | FF&E, Inventory | 03/31/2025 |

---

1   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.