## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | Bates Metal Products Inc | Jo-Ann Stores, LLC | Fixtures & Displays Service Agreement dated 10/17/2022 | 03/31/2025 |
| 2 | Bates Metal Products Inc | Jo-Ann Stores, LLC | Master Vendor Agreement dated 05/07/2015 | 03/31/2025 |
| 3 | Bates Metal Products Inc | Jo-Ann Stores, LLC | Service Agreement - dated 08/01/2020 | 03/31/2025 |
| 4 | Bates Metal Products Inc | Jo-Ann Stores, LLC | Statement Of Work dated 04/24/2024 | 03/31/2025 |
| 5 | Novaks Warehouse Inc | Jo-Ann Stores, LLC | Service Agreement - C322795 - dated 09/01/2021 | 03/31/2025 |
| 6 | Novaks Warehouse Inc | Jo-Ann Stores, LLC | Warehousing Service Agreement dated 09/01/2022 | 03/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.