## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | Wells Fargo Equipment Finance | Jo-Ann Stores, LLC | Yard Truck Leasing Agreement dated 07/2/2021 | 03/31/2025 |
| 2 | Wells Fargo Equipment Finance | Jo-Ann Stores, LLC | Yard Truck Leasing Agreement dated 06/30/2021 | 03/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.