**Exhibit A**

**TIME ENTRIES**

| Name | Date | Description | Hours |
|------|------|-------------|-------|
| Karn Chopra | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Daniel Bendetson | 3/3/2025 | Chapter 11 Court Process | 1.0 |
| Daniel Bendetson | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 3/3/2025 | Chapter 11 Court Process | 0.5 |
| Callan Heidkamp | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Matthew Current | 3/3/2025 | Chapter 11 Court Process | 1.0 |
| Matthew Current | 3/3/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 3/4/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Ryan Kielty | 3/5/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/5/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/5/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 3/5/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/5/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 3/5/2025 | Chapter 11 Court Process | 1.0 |
| Karn Chopra | 3/6/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/6/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 3/6/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Callan Heidkamp | 3/6/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/7/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 3/7/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/7/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 3/7/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/7/2025 | CVP Internal Coordination | 1.0 |
| Karn Chopra | 3/10/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/10/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 3/10/2025 | CVP Internal Coordination | 1.5 |
| Daniel Bendetson | 3/10/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/10/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/10/2025 | Chapter 11 Court Process | 1.0 |
| Ryan Kielty | 3/11/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/12/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/12/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 3/12/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/12/2025 | Chapter 11 Court Process | 1.0 |
| Daniel Bendetson | 3/12/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/12/2025 | Chapter 11 Court Process | 0.5 |
| Matthew Current | 3/12/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/13/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Ryan Kielty | 3/13/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |

| Name | Date | Description | Hours |
|------|------|-------------|-------|
| Karn Chopra | 3/14/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 3/14/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 3/14/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 3/14/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/14/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/16/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/16/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Matthew Current | 3/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 3/16/2025 | Chapter 11 Court Process | 2.0 |
| Karn Chopra | 3/17/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 3/17/2025 | CVP Internal Coordination | 1.0 |
| Ryan Kielty | 3/17/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 3/17/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 3/17/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/18/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.0 |
| Karn Chopra | 3/18/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/18/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/18/2025 | CVP Internal Coordination | 1.0 |
| Ryan Kielty | 3/18/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Daniel Bendetson | 3/18/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 3/18/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 3/19/2025 | Chapter 11 Court Process | 1.0 |
| Ryan Kielty | 3/19/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 3/19/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/19/2025 | Chapter 11 Court Process | 1.5 |
| Daniel Bendetson | 3/19/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/19/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 3/19/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/19/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Matthew Current | 3/19/2025 | CVP Internal Coordination | 1.5 |
| Ryan Kielty | 3/20/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/20/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 3/20/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/20/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/21/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/21/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 3/21/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/21/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 3/21/2025 | CVP Internal Coordination | 1.0 |

| Name | Date | Description | Hours |
|------|------|-------------|-------|
| Callan Heidkamp | 3/21/2025 | Chapter 11 Court Process | 0.5 |
| Callan Heidkamp | 3/21/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 3/21/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/21/2025 | Chapter 11 Court Process | 1.0 |
| Matthew Current | 3/21/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 3/21/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/24/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/24/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/24/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/24/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Callan Heidkamp | 3/24/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 3/24/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 3/24/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/25/2025 | CVP Internal Coordination | 0.5 |
| Daniel Bendetson | 3/25/2025 | CVP Internal Coordination | 0.5 |
| Callan Heidkamp | 3/25/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/25/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/26/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/26/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 0.5 |
| Ryan Kielty | 3/26/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/26/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 3/26/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 3/26/2025 | Chapter 11 Court Process | 0.5 |
| Matthew Current | 3/26/2025 | Chapter 11 Court Process | 0.5 |
| Karn Chopra | 3/27/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 3/27/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/27/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/27/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 3/27/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Matthew Current | 3/27/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Matthew Current | 3/27/2025 | CVP Internal Coordination | 1.5 |
| Ryan Kielty | 3/28/2025 | Coordination with Debtor / Debtor Professionals | 2.0 |
| Ryan Kielty | 3/28/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/28/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Daniel Bendetson | 3/28/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 3/28/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Callan Heidkamp | 3/28/2025 | CVP Internal Coordination | 0.5 |
| Matthew Current | 3/28/2025 | Coordination with Debtor / Debtor Professionals | 1.5 |
| Matthew Current | 3/28/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/31/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Karn Chopra | 3/31/2025 | CVP Internal Coordination | 0.5 |
| Karn Chopra | 3/31/2025 | Coordination with Debtor / Debtor Professionals | 0.5 |
| Ryan Kielty | 3/31/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/31/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 3/31/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 3/31/2025 | CVP Internal Coordination | 1.0 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Callan Heidkamp | 3/31/2025 | Chapter 11 Court Process | 1.0 |
| Matthew Current | 3/31/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 3/31/2025 | Chapter 11 Court Process | 2.5 |
| **Total** | | | **135.0** |

**<u>Exhibit B</u>**

**EXPENSE ENTRIES**

| Expense Type | Date | Professional Name | Description | Amount |
|---|---|---|---|---|
| Legal | 3/5/2025 | Centerview Partners | Legal expenses incurred by Centerview from 1/31/25 - 2/22/2025 related to production of documents and preparation for dispositions. Legal services provided by Wilks Law LLC. | $17,275.00 |
| **Total Expenses** | | | | **$17,275.00** |