## Exhibit A

**January 31, 2025 through February 28, 2025 Invoice**


PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

JoAnn O.C.C.
-

February 28, 2025
Invoice    146128
Client      46699.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2025

| | |
|---|---|
| FEES | $311,352.50 |
| EXPENSES | $3,157.76 |
| **TOTAL CURRENT CHARGES** | **$314,510.26** |
| **TOTAL BALANCE DUE** | **$314,510.26** |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    2
Invoice 146128
February 28, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 29.50 | $55,902.50 |
| JAM | Morris, John A. | Partner | 1,875.00 | 6.10 | $11,437.50 |
| JEO | O'Neill, James E. | Partner | 1,475.00 | 92.40 | $136,290.00 |
| JEO | O'Neill, James E. | Partner | 1,395.00 | 1.60 | $2,232.00 |
| MBL | Litvak, Maxim B. | Partner | 1,725.00 | 10.60 | $18,285.00 |
| RJF | Feinstein, Robert J. | Partner | 1,950.00 | 0.40 | $780.00 |
| BEL | Levine, Beth E. | Counsel | 1,350.00 | 2.70 | $3,645.00 |
| CRR | Robinson, Colin R. | Counsel | 1,325.00 | 8.40 | $11,130.00 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 23.60 | $30,562.00 |
| ECO | Corma, Edward A. | Associate | 875.00 | 3.30 | $2,887.50 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 32.30 | $20,995.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 575.00 | 1.30 | $747.50 |
| KKY | Yee, Karina K. | Paralegal | 625.00 | 0.20 | $125.00 |
| MNF | Flores, Melissa N. | Paralegal | 625.00 | 0.50 | $312.50 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 5.20 | $3,250.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 4.80 | $2,376.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 495.00 | 16.50 | $8,167.50 |
| GLA | Arnold, Gary L. | Case Management Assistant | 495.00 | 4.50 | $2,227.50 |
| | | | | 243.90 | $311,352.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    3
Invoice 146128
February 28, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition | 40.40 | $59,130.00 |
| BL | Bankruptcy Litigation | 31.90 | $45,374.50 |
| CA | Case Administration | 19.40 | $20,880.50 |
| CO | Claims Administration and Objections | 0.40 | $758.00 |
| CPO | Other Professional Compensation | 0.80 | $1,180.00 |
| FF | Financial Filings | 1.00 | $1,475.00 |
| FN | Financing/Cash Collateral/Cash Management | 28.60 | $47,972.00 |
| GC | General Creditors' Committee | 6.10 | $10,065.50 |
| HE | Hearings | 59.60 | $53,059.00 |
| MC | Meetings of and Communications with Creditors | 7.20 | $8,640.00 |
| OP | Operations | 1.90 | $3,126.50 |
| PD | Plan and Disclosure Statement | 2.90 | $5,117.50 |
| RFS | Relief from Stay | 0.20 | $379.00 |
| RP | PSZJ Retention | 11.70 | $10,741.50 |
| RPO | Other Professional Retention | 31.80 | $43,453.50 |
| | | 243.90 | $311,352.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    4
Invoice 146128
February 28, 2025

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Working Meals | $430.87 |
| Delivery/Courier Service | $120.00 |
| Court Fees | $350.00 |
| Lexis/Nexis- Legal Research | $55.99 |
| Litigation Support Vendors | $30.00 |
| Pacer - Court Research | $265.40 |
| Postage | $108.78 |
| Reproduction Expense | $899.60 |
| Transcript | $897.12 |
| | $3,157.76 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:     5

Invoice 146128

February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 02/04/2025 | BJS | AD | Review Crafty's objection | 0.10 | 1,895.00 | $189.50 |
| 02/04/2025 | BJS | AD | Telephone conference with A Glenn regarding sale process | 0.30 | 1,895.00 | $568.50 |
| 02/04/2025 | BJS | AD | Review IG Design objection | 0.10 | 1,895.00 | $189.50 |
| 02/05/2025 | ATB | AD | Draft motion to seal and proposed order re: UCC omnibus objection (.4). | 0.40 | 650.00 | $260.00 |
| 02/05/2025 | BJS | AD | Review IG Motion to file under seal | 0.10 | 1,895.00 | $189.50 |
| 02/06/2025 | ATB | AD | Emails with J. O'Neill re: exhibits to UCC objection (.6); organize and format exhibits (1.7) in preparation of filing. | 2.30 | 650.00 | $1,495.00 |
| 02/06/2025 | BJS | AD | Review UST Objection | 0.20 | 1,895.00 | $379.00 |
| 02/06/2025 | CRR | AD | Review, comment on draft objection re bid procedures and cash collateral. | 0.70 | 1,325.00 | $927.50 |
| 02/06/2025 | JEO | AD | Review and provide comments on draft committee objection to cash collateral and bid procedures motion | 2.00 | 1,475.00 | $2,950.00 |
| 02/07/2025 | BJS | AD | Review Inland objection | 0.10 | 1,895.00 | $189.50 |
| 02/08/2025 | BJS | AD | Review term loan lender objection to bid pro and DIP | 0.40 | 1,895.00 | $758.00 |
| 02/09/2025 | JEO | AD | Email correspondence with co-counsel re status of hearing on cash collateral and bid procedures | 0.40 | 1,475.00 | $590.00 |
| 02/10/2025 | ATB | AD | Serve unsealed committee objection. | 0.30 | 650.00 | $195.00 |
| 02/10/2025 | MBL | AD | Review committee sale and cash collateral objection. | 0.10 | 1,725.00 | $172.50 |
| 02/12/2025 | BJS | AD | Review GOB motion regarding term loan impact | 0.30 | 1,895.00 | $568.50 |
| 02/13/2025 | BJS | AD | Attention to GOB hearing/exhibits | 0.50 | 1,895.00 | $947.50 |
| 02/13/2025 | JEO | AD | Meet with co-counsel to prepare for hearing on Bid Procedures Motion and Store Closing Motion | 3.00 | 1,475.00 | $4,425.00 |
| 02/14/2025 | BJS | AD | Telephone conference with J. O'Neill regarding Omnibus hearing and lien review | 0.40 | 1,895.00 | $758.00 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    6

Invoice 146128

February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/14/2025 | JEO | AD | Hearing prepare for bid procedures hearing | 1.50 | 1,475.00 | $2,212.50 |
| 02/14/2025 | JEO | AD | Email follow up with PSZJ team post hearing | 0.70 | 1,475.00 | $1,032.50 |
| 02/14/2025 | JEO | AD | Follow up call with Brad Sandler re hearing outcome | 0.30 | 1,475.00 | $442.50 |
| 02/14/2025 | MBL | AD | Review bid pro hearing and sale status updates. | 0.20 | 1,725.00 | $345.00 |
| 02/17/2025 | JEO | AD | Review auction outcom | 1.90 | 1,475.00 | $2,802.50 |
| 02/18/2025 | BJS | AD | Review GA/Term Loan Credit Bid and various emails with PSZJ regarding same | 0.40 | 1,895.00 | $758.00 |
| 02/18/2025 | JEO | AD | Review auction outcome and follow up for transcript | 1.80 | 1,475.00 | $2,655.00 |
| 02/18/2025 | MBL | AD | Review and comment on term lender credit bid; emails with team re same. | 0.50 | 1,725.00 | $862.50 |
| 02/18/2025 | PJK | AD | Emails with J. O'Neill re bid pro hearing coverage | 0.20 | 1,295.00 | $259.00 |
| 02/19/2025 | JEO | AD | Email correspondence with co-counsel re planning for 2/21 hearing, 2/26 hearing an auction | 2.30 | 1,475.00 | $3,392.50 |
| 02/19/2025 | JEO | AD | Review issues related to sale/auction | 2.60 | 1,475.00 | $3,835.00 |
| 02/19/2025 | PJK | AD | Emails with J. O'Neill re sale hearing (.2), review key dates/deadlines (.4), | 0.60 | 1,295.00 | $777.00 |
| 02/20/2025 | BJS | AD | Various emails with Committee regarding sale issues | 0.40 | 1,895.00 | $758.00 |
| 02/20/2025 | JEO | AD | Review bids and status of auction | 0.60 | 1,475.00 | $885.00 |
| 02/21/2025 | BJS | AD | Attention to sale issues | 0.50 | 1,895.00 | $947.50 |
| 02/21/2025 | JEO | AD | Monitor auction | 3.50 | 1,475.00 | $5,162.50 |
| 02/22/2025 | BJS | AD | Various emails with KDW regarding auction | 0.30 | 1,895.00 | $568.50 |
| 02/23/2025 | BJS | AD | Various emails with PSZJ/KDW regarding sale/auction | 0.20 | 1,895.00 | $379.00 |
| 02/23/2025 | PJK | AD | Emails with PSZJ team re auction results, review sale information | 0.40 | 1,295.00 | $518.00 |
| 02/24/2025 | BJS | AD | Attention to sale issues/hearing | 0.30 | 1,895.00 | $568.50 |
| 02/24/2025 | JEO | AD | Review outcome of auction and auction transcript | 1.20 | 1,475.00 | $1,770.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

JoAnn O.C.C.

Invoice 146128

Client 46699.00002

February 28, 2025

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2025 | PJK | AD | Review auction transcript | 0.50 | 1,295.00 | $647.50 |
| 02/25/2025 | BJS | AD | Various emails with Committee regarding settlement | 0.20 | 1,895.00 | $379.00 |
| 02/25/2025 | JEO | AD | Review sale objections | 1.60 | 1,475.00 | $2,360.00 |
| 02/25/2025 | JEO | AD | Continued preparation for sale hearing; review status of settlement | 1.50 | 1,475.00 | $2,212.50 |
| 02/25/2025 | JEO | AD | Call with UST and co-counsel re status of sale | 0.20 | 1,475.00 | $295.00 |
| 02/25/2025 | JEO | AD | Emails with co-counsel re status of sales | 0.80 | 1,475.00 | $1,180.00 |
| 02/25/2025 | JEO | AD | Prepare for sale hearing | 1.00 | 1,475.00 | $1,475.00 |
| 02/26/2025 | BJS | AD | Attention to global settlement and term loan | 0.50 | 1,895.00 | $947.50 |
| 02/26/2025 | JEO | AD | Attend sale hearing and final cash collateral hearing | 2.00 | 1,475.00 | $2,950.00 |
|  |  |  |  | **40.40** |  | **$59,130.00** |

**Bankruptcy Litigation**

| 12/13/2024 | JEO | BL | Emails with Committee members to prepare for hearing | 0.70 | 1,395.00 | $976.50 |
|---|---|---|---|---|---|---|
| 12/15/2024 | JEO | BL | Emails with co-counsel to prepare for hearing | 0.90 | 1,395.00 | $1,255.50 |
| 02/04/2025 | ATB | BL | Draft and revise notices of service re: A&M and Centerview subpoenas (.4); draft 30(b)(6) deposition subpoenas for Debtors, Centerview, 1903P, and Bank of America (1.9) create service list for same (.7); correspond with team re: same (.6); file and serve same (1.4). | 5.00 | 650.00 | $3,250.00 |
| 02/04/2025 | BEL | BL | Review, finalize, and arrange to file. | 0.70 | 1,350.00 | $945.00 |
| 02/04/2025 | BEL | BL | Finalize discovery requests. | 0.80 | 1,350.00 | $1,080.00 |
| 02/04/2025 | BJS | BL | Various emails with KDW regarding discovery; various emails with PSZJ regarding same and review discovery | 0.40 | 1,895.00 | $758.00 |
| 02/04/2025 | CRR | BL | Review draft discovery requests from co-counsel. | 0.90 | 1,325.00 | $1,192.50 |
| 02/04/2025 | CRR | BL | Internal emails re proposed discovery and service. | 0.20 | 1,325.00 | $265.00 |
| 02/04/2025 | CRR | BL | Review Debtors; discovery requests. | 0.30 | 1,325.00 | $397.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    8
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2025 | JEO | BL | Work on committee discovery requests | 3.90 | 1,475.00 | $5,752.50 |
| 02/04/2025 | JEO | BL | Review status of matters | 0.50 | 1,475.00 | $737.50 |
| 02/05/2025 | ATB | BL | Download term loan documents and organize on VFR folder for team use. | 0.30 | 650.00 | $195.00 |
| 02/05/2025 | BJS | BL | Various emails with Choate regarding discovery | 0.10 | 1,895.00 | $189.50 |
| 02/06/2025 | BJS | BL | Attention to discovery responses | 0.30 | 1,895.00 | $568.50 |
| 02/06/2025 | JEO | BL | Emails with co-counsel re deposition schedule and planning | 0.80 | 1,475.00 | $1,180.00 |
| 02/07/2025 | BJS | BL | Various emails with Debtors regarding discovery | 0.40 | 1,895.00 | $758.00 |
| 02/07/2025 | JEO | BL | Review and finalize witness list | 0.60 | 1,475.00 | $885.00 |
| 02/08/2025 | BJS | BL | Various emails with Debtors regarding discovery | 0.10 | 1,895.00 | $189.50 |
| 02/10/2025 | BJS | BL | Various emails with Debtors regarding discovery/confidentiality | 0.30 | 1,895.00 | $568.50 |
| 02/10/2025 | JAM | BL | Review background materials concerning litigation issues (1.4). | 1.40 | 1,875.00 | $2,625.00 |
| 02/10/2025 | JEO | BL | Coordinate service of objection | 0.20 | 1,475.00 | $295.00 |
| 02/10/2025 | JEO | BL | Handle request regarding sealed document | 0.80 | 1,475.00 | $1,180.00 |
| 02/10/2025 | JEO | BL | Respond to co-counsel inquiry regarding deposition desgination | 0.50 | 1,475.00 | $737.50 |
| 02/10/2025 | JEO | BL | Review status of matters rescheduled for 2/14 | 0.50 | 1,475.00 | $737.50 |
| 02/11/2025 | CRR | BL | Review supplemental requests to Debtors. | 0.20 | 1,325.00 | $265.00 |
| 02/12/2025 | JAM | BL | Review documents and background materials. | 1.50 | 1,875.00 | $2,812.50 |
| 02/12/2025 | JEO | BL | Review pending matters and deadlines | 0.90 | 1,475.00 | $1,327.50 |
| 02/14/2025 | BJS | BL | Attention to discovery | 0.50 | 1,895.00 | $947.50 |
| 02/14/2025 | JAM | BL | Review First Day Declaration. | 0.70 | 1,875.00 | $1,312.50 |
| 02/15/2025 | JEO | BL | Follow up with co-counsel on open issues | 0.60 | 1,475.00 | $885.00 |
| 02/16/2025 | JEO | BL | Emails with co-counsel team regarding upcpming tasks | 0.60 | 1,475.00 | $885.00 |
| 02/17/2025 | JAM | BL | Review draft lien challenge complaint (1.2). | 1.20 | 1,875.00 | $2,250.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    9

JoAnn O.C.C.

Invoice 146128

Client 46699.00002

February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/17/2025 | JEO | BL | Follow up on transcript request | 0.60 | 1,475.00 | $885.00 |
| 02/17/2025 | PJK | BL | Emails with J. O'Neill re 2/21 hearing coverage | 0.20 | 1,295.00 | $259.00 |
| 02/18/2025 | JAM | BL | Zoom call w/ Kelly Drye, B Sandler, M. Litvak, J. O'Neill, C. Robinson re: lien and other potential challenges and status update (0.4). | 0.40 | 1,875.00 | $750.00 |
| 02/19/2025 | JAM | BL | Review lien analysis prepared by KD (0.7); review e-mails w/ J. O'Neill, KD re: bids (0.2). | 0.90 | 1,875.00 | $1,687.50 |
| 02/20/2025 | JEO | BL | Review pending matters and deadlines | 0.80 | 1,475.00 | $1,180.00 |
| 02/20/2025 | JEO | BL | Prepare revised deposition notice for Michael Prendergast | 0.50 | 1,475.00 | $737.50 |
| 02/24/2025 | JEO | BL | Emails with co-counsel re deposition | 0.90 | 1,475.00 | $1,327.50 |
| 02/24/2025 | JEO | BL | Review and sign off on witness and exhibit list for 2.26 hearing | 0.60 | 1,475.00 | $885.00 |
| 02/25/2025 | PJK | BL | Emails from J. O'Neill and debtors counsel re hearing dates | 0.20 | 1,295.00 | $259.00 |
| | | | | **31.90** | | **$45,374.50** |

## Case Administration

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/31/2025 | ATB | CA | Draft notice of appearance; draft pro hac vices for Kelley Drye; draft critical dates memo. | 2.30 | 650.00 | $1,495.00 |
| 01/31/2025 | BJS | CA | Telephone conference with E Wilson regarding case issues | 0.20 | 1,895.00 | $379.00 |
| 01/31/2025 | JEO | CA | Review issues regarding new case; work on initial case appearance documents | 2.00 | 1,475.00 | $2,950.00 |
| 02/03/2025 | ATB | CA | Review docket; update critical dates memo; coordinate pleadings retention. | 0.50 | 650.00 | $325.00 |
| 02/03/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 02/04/2025 | CRR | CA | Review first day affidavit, pending second day orders re case background and status. | 1.70 | 1,325.00 | $2,252.50 |
| 02/05/2025 | ATB | CA | Coordinate with IT re: case list serv. | 0.20 | 650.00 | $130.00 |
| 02/05/2025 | ATB | CA | Update and circulate WIP. | 0.70 | 650.00 | $455.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    10
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/2025 | ATB | CA | Emails with court re: KDW receiving court notifications; emails with KDW team re: same. | 0.30 | 650.00 | $195.00 |
| 02/05/2025 | BJS | CA | Telephone conference with KDW/Province regarding case issues | 0.40 | 1,895.00 | $758.00 |
| 02/05/2025 | BJS | CA | Telephone conference with J. O'Neill regarding case issues | 0.10 | 1,895.00 | $189.50 |
| 02/05/2025 | BJS | CA | Review Province Report | 0.30 | 1,895.00 | $568.50 |
| 02/06/2025 | ATB | CA | Draft and file preliminary witness and exhibit list; emails with team re: same; update critical dates memo. | 0.80 | 650.00 | $520.00 |
| 02/07/2025 | ATB | CA | Update critical dates memo. | 0.50 | 650.00 | $325.00 |
| 02/07/2025 | BJS | CA | Review Agenda and discuss with J. O'Neill | 0.10 | 1,895.00 | $189.50 |
| 02/08/2025 | PJK | CA | Review docket and initial filings, first day motions | 0.80 | 1,295.00 | $1,036.00 |
| 02/10/2025 | ATB | CA | Updated critical dates memo. | 0.60 | 650.00 | $390.00 |
| 02/10/2025 | ATB | CA | Draft witness and exhibit list for adjourned cash collateral. | 0.20 | 650.00 | $130.00 |
| 02/10/2025 | CRR | CA | Review background materials re company and reasons for filing. | 1.00 | 1,325.00 | $1,325.00 |
| 02/10/2025 | PJK | CA | Review background materials for initial case tasks | 1.20 | 1,295.00 | $1,554.00 |
| 02/10/2025 | PJK | CA | Review docket re recent filings (.4), review 2/11 agenda (.2) | 0.60 | 1,295.00 | $777.00 |
| 02/11/2025 | PJK | CA | Review docket and recent filings | 0.40 | 1,295.00 | $518.00 |
| 02/12/2025 | PJK | CA | Review docket re recent filings | 0.30 | 1,295.00 | $388.50 |
| 02/13/2025 | ATB | CA | Organize subfolder on VFR with UCC corporate searches for the Debtors. | 0.30 | 650.00 | $195.00 |
| 02/14/2025 | ATB | CA | Update critical dates memo. | 0.60 | 650.00 | $390.00 |
| 02/14/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 02/14/2025 | PJK | CA | Review docket and recent filings | 0.40 | 1,295.00 | $518.00 |
| 02/18/2025 | ATB | CA | Review docket (.3); update critical dates memo (.4). | 0.70 | 650.00 | $455.00 |
| 02/18/2025 | CRR | CA | Zoom meeting with co-counsel re WIP, | 0.50 | 1,325.00 | $662.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    11
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/19/2025 | PJK | CA | Review docket re recent filings (.4). | 0.40 | 1,295.00 | $518.00 |
| 02/24/2025 | CRR | CA | Review critical dates and updates to calendar re pending matters. | 0.30 | 1,325.00 | $397.50 |
| 02/26/2025 | ATB | CA | Update critical dates memo (.4). | 0.40 | 650.00 | $260.00 |
| 02/26/2025 | PEC | CA | Review critical dates memo | 0.20 | 625.00 | $125.00 |
| 02/27/2025 | ATB | CA | File CNO regarding UCC objection and submit proposed order. | 0.20 | 650.00 | $130.00 |
| | | | | **19.40** | | **$20,880.50** |

### Claims Administration and Objections

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2025 | BJS | CO | Various emails with S McNickle regarding Cargill/Joann | 0.10 | 1,895.00 | $189.50 |
| 02/25/2025 | BJS | CO | Attention to claims; various emails with Jarret Hitchings regarding same and various emails with J. O'Neill regarding same | 0.20 | 1,895.00 | $379.00 |
| 02/28/2025 | BJS | CO | Various emails with E Schnitzer regarding claims | 0.10 | 1,895.00 | $189.50 |
| | | | | **0.40** | | **$758.00** |

### Other Professional Compensation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2025 | JEO | CPO | Emails with co-counsel re budgeting and fee issues | 0.80 | 1,475.00 | $1,180.00 |
| | | | | **0.80** | | **$1,180.00** |

### Financial Filings

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/19/2025 | JEO | FF | Review schedules and statement of financial affairs | 1.00 | 1,475.00 | $1,475.00 |
| | | | | **1.00** | | **$1,475.00** |

### Financing/Cash Collateral/Cash Management

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2025 | BJS | FN | Review draft DIP Objection; various emails with KDW regarding same and various emails with PSZJ regarding same | 1.00 | 1,895.00 | $1,895.00 |
| 02/06/2025 | JEO | FN | Finalize and file Committee Objection to Cash Collateral Motion and Bid Procedures Motion | 3.80 | 1,475.00 | $5,605.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    12
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2025 | BJS | FN | Telephone conference with E Wilson regarding DIP, term loan and sale process | 0.50 | 1,895.00 | $947.50 |
| 02/08/2025 | BJS | FN | Various emails with PSZJ regarding term loan | 0.10 | 1,895.00 | $189.50 |
| 02/08/2025 | BJS | FN | Various emails with KDW regarding objection | 0.10 | 1,895.00 | $189.50 |
| 02/08/2025 | BJS | FN | Various emails with KDW regarding term loan and lien analysis | 0.20 | 1,895.00 | $379.00 |
| 02/08/2025 | JEO | FN | Review  unredacted version of objection to financing and bid procedures and coordinate filing | 1.00 | 1,475.00 | $1,475.00 |
| 02/08/2025 | MBL | FN | Emails with team and co-counsel re lien review and standing tasks. | 0.10 | 1,725.00 | $172.50 |
| 02/09/2025 | BJS | FN | Attention to ABL/FILO/Term Loan; various emails with KDW regarding same; begin reviewing term loan documents and various emails with PSZJ regarding same | 2.50 | 1,895.00 | $4,737.50 |
| 02/09/2025 | BJS | FN | Various emails with M McLoughlin regarding challenge period and GOB sale | 0.10 | 1,895.00 | $189.50 |
| 02/09/2025 | MBL | FN | Review lien review info from co-counsel. | 0.10 | 1,725.00 | $172.50 |
| 02/09/2025 | MBL | FN | Begin review of relevant first day pleadings and background for lien review/standing motion. | 0.30 | 1,725.00 | $517.50 |
| 02/10/2025 | BJS | FN | Attention to term loan issues; various emails with PSZJ regarding same and telephone conference with R. Feinstein regarding same | 1.50 | 1,895.00 | $2,842.50 |
| 02/10/2025 | CRR | FN | Review internal update re DIP loan issues | 0.20 | 1,325.00 | $265.00 |
| 02/10/2025 | MBL | FN | Emails with team re loan documents. | 0.10 | 1,725.00 | $172.50 |
| 02/10/2025 | RJF | FN | Review cash collateral and sale objection. | 0.30 | 1,950.00 | $585.00 |
| 02/10/2025 | RJF | FN | Telephone conference with B. Sandler regarding cash collateral and sale objection. | 0.10 | 1,950.00 | $195.00 |
| 02/11/2025 | BJS | FN | Review term loan documents regarding liens and various emails with KDW regarding discovery | 0.50 | 1,895.00 | $947.50 |
| 02/11/2025 | MBL | FN | Emails with team re challenge deadline. | 0.10 | 1,725.00 | $172.50 |
| 02/12/2025 | ATB | FN | Revise motion to seal UCC omnibus objection (.3). | 0.30 | 650.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    13

Invoice 146128

February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2025 | BJS | FN | Attention to term loan claims | 0.40 | 1,895.00 | $758.00 |
| 02/12/2025 | MBL | FN | Review background and financing pleadings; initial review of loan documents. | 0.80 | 1,725.00 | $1,380.00 |
| 02/13/2025 | ATB | FN | Prepare redacted version of omni response for noticing agent website (.3). | 0.30 | 650.00 | $195.00 |
| 02/13/2025 | BJS | FN | Attention to Committee searches, lien reviews and attention to leases/mortgages | 0.50 | 1,895.00 | $947.50 |
| 02/13/2025 | BJS | FN | Review BofA response | 0.20 | 1,895.00 | $379.00 |
| 02/13/2025 | BJS | FN | Review Omnibus Reply regarding DIP | 0.40 | 1,895.00 | $758.00 |
| 02/13/2025 | MBL | FN | Review loan documents and sale/financing related pleadings. | 2.50 | 1,725.00 | $4,312.50 |
| 02/13/2025 | MBL | FN | Emails with co-counsel and team re challenge deadline and status. | 0.30 | 1,725.00 | $517.50 |
| 02/14/2025 | BJS | FN | Various emails with KDW and PSZJ regarding lien review | 0.50 | 1,895.00 | $947.50 |
| 02/14/2025 | MBL | FN | Draft standing motion and challenge complaint. | 3.30 | 1,725.00 | $5,692.50 |
| 02/14/2025 | MBL | FN | Review UCC search results. | 0.50 | 1,725.00 | $862.50 |
| 02/14/2025 | MBL | FN | Emails with co-counsel and team re challenge deadline and status. | 0.20 | 1,725.00 | $345.00 |
| 02/14/2025 | MBL | FN | Review interim cash collateral order. | 0.80 | 1,725.00 | $1,380.00 |
| 02/15/2025 | BJS | FN | Various emails with PSZJ regarding term loan and attention to standing motion regarding same | 0.50 | 1,895.00 | $947.50 |
| 02/16/2025 | BJS | FN | Various emails with KDW/PSZJ regarding term loan and various emails with PSZJ regarding same | 0.40 | 1,895.00 | $758.00 |
| 02/17/2025 | BJS | FN | Attention to standing complaint issues | 0.30 | 1,895.00 | $568.50 |
| 02/18/2025 | ATB | FN | Draft motion to seal committee's omni response (.4); correspond with J. O'Neill re: same (.2). | 0.60 | 650.00 | $390.00 |
| 02/18/2025 | BJS | FN | Attention to term loan standing issues/liens | 0.40 | 1,895.00 | $758.00 |
| 02/18/2025 | BJS | FN | Attention to settlement | 0.10 | 1,895.00 | $189.50 |
| 02/18/2025 | BJS | FN | Telephone conference with KDW regarding challenge issues | 0.40 | 1,895.00 | $758.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2025 | BJS | FN | Review KDW report regarding lien presentation to Committee | 0.10 | 1,895.00 | $189.50 |
| 02/18/2025 | JEO | FN | Call with co-counsel and PSZJ team to review issues with term loan | 0.50 | 1,475.00 | $737.50 |
| 02/18/2025 | MBL | FN | Call with co-counsel and team re standing motion and challenge complaint; case status issues. | 0.40 | 1,725.00 | $690.00 |
| 02/18/2025 | MBL | FN | Review lien review presentation from Kelley Drye. | 0.10 | 1,725.00 | $172.50 |
| 02/19/2025 | BJS | FN | Attention to term loan/sale issues | 0.40 | 1,895.00 | $758.00 |
| 02/19/2025 | MBL | FN | Emails with team and co-counsel re sale status and challenge deadline. | 0.10 | 1,725.00 | $172.50 |
| 02/25/2025 | ATB | FN | Draft CNO re: motion to seal UCC omnibus obj to cash collateral and bid procedures (.4); format proposed order (.1); correspond with J. O'Neill re: same (.1). | 0.60 | 650.00 | $390.00 |
| 02/26/2025 | MBL | FN | Emails with team re challenge deadline and settlement status. | 0.10 | 1,725.00 | $172.50 |
| | | | | 28.60 | | $47,972.00 |

**General Creditors' Committee**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/03/2025 | BJS | GC | Various emails with KDW regarding Committee update | 0.10 | 1,895.00 | $189.50 |
| 02/05/2025 | BEL | GC | Meeting with professionals and committee. | 1.20 | 1,350.00 | $1,620.00 |
| 02/05/2025 | BJS | GC | Committee call | 1.20 | 1,895.00 | $2,274.00 |
| 02/05/2025 | JEO | GC | Participate in committee pre-call | 1.00 | 1,475.00 | $1,475.00 |
| 02/05/2025 | JEO | GC | Participate in call with the committee | 1.00 | 1,475.00 | $1,475.00 |
| 02/18/2025 | BJS | GC | Review Committee Presentation | 0.20 | 1,895.00 | $379.00 |
| 02/18/2025 | BJS | GC | Committee Call | 1.40 | 1,895.00 | $2,653.00 |
| | | | | 6.10 | | $10,065.50 |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/07/2025 | CJB | HE | Prepare hearing binders for hearing on 2/11/25. | 1.40 | 495.00 | $693.00 |
| 02/07/2025 | CRR | HE | Review agenda. | 0.20 | 1,325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    15
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2025 | MNF | HE | Coordinate binder preparation for 2/11 hearing | 0.10 | 625.00 | $62.50 |
| 02/08/2025 | JEO | HE | Emails with Brad Sandler to plan for 2/14 hearing | 0.40 | 1,475.00 | $590.00 |
| 02/10/2025 | BJS | HE | Various emails with PSZJ regarding Omnibus hearing | 0.20 | 1,895.00 | $379.00 |
| 02/10/2025 | CAK | HE | Assist in preparation of 2/11/25 hearing | 0.20 | 575.00 | $115.00 |
| 02/10/2025 | CJB | HE | Prepare hearing binders for hearing on 2/14/25. | 1.20 | 495.00 | $594.00 |
| 02/10/2025 | CRR | HE | Review update re continuation of cash collateral hearing. | 0.10 | 1,325.00 | $132.50 |
| 02/10/2025 | KKY | HE | Correspond with team re 2/11/25 hearing | 0.20 | 625.00 | $125.00 |
| 02/10/2025 | MNF | HE | Hearing preparation for 2/11 hearing | 0.40 | 625.00 | $250.00 |
| 02/11/2025 | JEO | HE | Emails with PSZJ team to prepare for 2/14 Hearing | 1.00 | 1,475.00 | $1,475.00 |
| 02/11/2025 | PJK | HE | Emails with J. O'Neill re 2/14 hearing coverage | 0.20 | 1,295.00 | $259.00 |
| 02/12/2025 | ATB | HE | Assist with hearing preparation, including registration for court Zoom lines. | 0.60 | 650.00 | $390.00 |
| 02/12/2025 | ATB | HE | Prepare exhibits for exhibit and witness list for filing (.8). | 0.80 | 650.00 | $520.00 |
| 02/12/2025 | CAK | HE | Assist in preparation of 2/13/25 hearing | 0.40 | 575.00 | $230.00 |
| 02/12/2025 | CJB | HE | Prepare hearing binders for hearing on 2/14/25. | 6.30 | 495.00 | $3,118.50 |
| 02/12/2025 | JEO | HE | Review agenda of matters scheduled for hearing on 2/14. | 0.40 | 1,475.00 | $590.00 |
| 02/12/2025 | PEC | HE | Review Agenda for 2/14/25 Hearing and circulate (.1); Coordinate binder preparation (.1) | 0.20 | 625.00 | $125.00 |
| 02/12/2025 | PJK | HE | Emails from J. O'Neill re co-counsel updates and logistics for 2/14 hearing | 0.20 | 1,295.00 | $259.00 |
| 02/12/2025 | PJK | HE | Review amended 2/14 agenda, email from A Bates re same | 0.20 | 1,295.00 | $259.00 |
| 02/13/2025 | CAK | HE | Assist in preparation of 2/14/25 hearing | 0.20 | 575.00 | $115.00 |
| 02/13/2025 | GLA | HE | Created binders for the 2/14/25 9:30 am hearing. | 2.00 | 495.00 | $990.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:   16
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/13/2025 | JEO | HE | Emails with PSZJ team to prepare for hearing | 1.40 | 1,475.00 | $2,065.00 |
| 02/13/2025 | PEC | HE | Review 2 sets of Binders for 2/14/25 Hearing | 0.80 | 625.00 | $500.00 |
| 02/13/2025 | PEC | HE | Review 2/14/25 virtual binder | 0.20 | 625.00 | $125.00 |
| 02/13/2025 | PEC | HE | Review 8 sets of Exhibit Binders for 2/14/25 Hearing | 1.10 | 625.00 | $687.50 |
| 02/13/2025 | PEC | HE | Review virtual exhibit binder for 2/14/25 Hearing | 0.30 | 625.00 | $187.50 |
| 02/13/2025 | PJK | HE | Review 2/14 agenda and documents re matters set for hearing (1.2) | 1.20 | 1,295.00 | $1,554.00 |
| 02/13/2025 | PJK | HE | Emails with J. O'Neill re 2/14 hearing logistics (.2), attention to issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/13/2025 | PJK | HE | Prepare for 2/14 hearing | 0.60 | 1,295.00 | $777.00 |
| 02/14/2025 | JEO | HE | Attend bid procedures hearing | 2.50 | 1,475.00 | $3,687.50 |
| 02/14/2025 | PEC | HE | Prepare for 2/14/25 Hearing | 0.30 | 625.00 | $187.50 |
| 02/14/2025 | PEC | HE | Review and circulate Second Amended Agenda for 2/14/25 hearing | 0.10 | 625.00 | $62.50 |
| 02/14/2025 | PJK | HE | Prepare for hearing | 1.00 | 1,295.00 | $1,295.00 |
| 02/14/2025 | PJK | HE | Attend hearing | 3.00 | 1,295.00 | $3,885.00 |
| 02/18/2025 | JEO | HE | Hearing preparations for 2/21 sale hearing | 1.90 | 1,475.00 | $2,802.50 |
| 02/18/2025 | PJK | HE | Additional emails with PSZJ team re 341 meeting and 2/21 hearing | 0.20 | 1,295.00 | $259.00 |
| 02/19/2025 | CJB | HE | Prepare hearing binders for hearing on 2/26/25. | 0.50 | 495.00 | $247.50 |
| 02/19/2025 | CRR | HE | Internal emails re hearing adjournment and open matters, hearing coverage. | 0.20 | 1,325.00 | $265.00 |
| 02/20/2025 | PEC | HE | Review Hearing Binders for 2/21/25 Hearing | 0.60 | 625.00 | $375.00 |
| 02/21/2025 | CJB | HE | Prepare hearing binders for hearing on 2/26/25. | 2.00 | 495.00 | $990.00 |
| 02/24/2025 | ATB | HE | Assist with hearing preparation for 2/26 hearing. | 0.80 | 650.00 | $520.00 |
| 02/24/2025 | CAK | HE | Assist in preparation of 2/26/25 hearing | 0.50 | 575.00 | $287.50 |
| 02/24/2025 | CJB | HE | Prepare hearing binders for hearing on 2/26/25. | 4.50 | 495.00 | $2,227.50 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    17

Invoice 146128

February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2025 | JEO | HE | Prepare for 2.26 hearing | 1.40 | 1,475.00 | $2,065.00 |
| 02/24/2025 | PEC | HE | Review Agenda for 2/26/25 Hearing and circulate | 0.20 | 625.00 | $125.00 |
| 02/24/2025 | PEC | HE | Coordinate binder preparation for 2/26/25 Hearing | 0.10 | 625.00 | $62.50 |
| 02/24/2025 | PJK | HE | Emails with J. O'Neill re 2/26 hearing coverage (.2), review agenda and docket (.3) | 0.50 | 1,295.00 | $647.50 |
| 02/25/2025 | CJB | HE | Prepare hearing binders for hearing on 2/26/25. | 0.60 | 495.00 | $297.00 |
| 02/25/2025 | JEO | HE | Email to Debtor's counsel re hearing dates | 0.20 | 1,475.00 | $295.00 |
| 02/25/2025 | PEC | HE | Review 2 sets of Hearing Binders for 2/26/25 Hearing | 0.40 | 625.00 | $250.00 |
| 02/26/2025 | ARP | HE | Prepare hearing and virtual notebook for hearing on 02-26-25.{Updates} | 4.80 | 495.00 | $2,376.00 |
| 02/26/2025 | GLA | HE | Prepared binders for 2/26/25 hearing at 3 pm. | 2.50 | 495.00 | $1,237.50 |
| 02/26/2025 | JEO | HE | Prepare for sale and cash collateral hearing | 5.00 | 1,475.00 | $7,375.00 |
| 02/26/2025 | PEC | HE | Prepare for 2/26/25 Hearing | 0.60 | 625.00 | $375.00 |
| 02/26/2025 | PEC | HE | Review and circulate Notice of Hearing Time Change for 2/26/25 Haring | 0.10 | 625.00 | $62.50 |
| 02/26/2025 | PJK | HE | Prepare for hearing, review agenda and docket re recent filings | 0.80 | 1,295.00 | $1,036.00 |
| 02/26/2025 | PJK | HE | Attend hearing | 1.40 | 1,295.00 | $1,813.00 |
| | | | | **59.60** | | **$53,059.00** |

**Meetings of and Communications with Creditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/18/2025 | JEO | MC | Prepare for 341 meeting | 0.90 | 1,475.00 | $1,327.50 |
| 02/19/2025 | ECO | MC | Attend meeting of creditors. | 3.00 | 875.00 | $2,625.00 |
| 02/19/2025 | ECO | MC | Prepare e-mail to James O'Neill re issues discussed at meeting of creditors. | 0.30 | 875.00 | $262.50 |
| 02/19/2025 | JEO | MC | Attend 341 meeting | 2.00 | 1,475.00 | $2,950.00 |
| 02/20/2025 | JEO | MC | Prepare summary or 341 meeting | 1.00 | 1,475.00 | $1,475.00 |
| | | | | **7.20** | | **$8,640.00** |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    18
Invoice 146128
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Operations** | | | | | | |
| 02/06/2025 | BJS | OP | Review Trade Claimant Matrix and various emails with J Raphael regarding same | 0.10 | 1,895.00 | $189.50 |
| 02/08/2025 | BJS | OP | Various emails with Committee regarding debtors' operational representations | 0.10 | 1,895.00 | $189.50 |
| 02/10/2025 | BJS | OP | Various emails with Committee regarding operational issues | 0.10 | 1,895.00 | $189.50 |
| 02/12/2025 | BJS | OP | Review schedules/statements | 0.40 | 1,895.00 | $758.00 |
| 02/12/2025 | BJS | OP | Review OCP motion and various emails with PSZJ regarding same | 0.10 | 1,895.00 | $189.50 |
| 02/12/2025 | PJK | OP | Review OCP motion and inter comp motion (.4), emails with J. O'Neill re comments on same (.2), | 0.60 | 1,295.00 | $777.00 |
| 02/14/2025 | BJS | OP | Review Interim Comp Motion and various emails with PSZJ regarding same | 0.10 | 1,895.00 | $189.50 |
| 02/14/2025 | BJS | OP | Review OCP motion and various emails with PSZJ regarding same | 0.10 | 1,895.00 | $189.50 |
| 02/23/2025 | BJS | OP | Various emails with J. O'Neill regarding OCP motion | 0.10 | 1,895.00 | $189.50 |
| 02/23/2025 | CRR | OP | Review comments to OCP and Interim Comp. orders. | 0.20 | 1,325.00 | $265.00 |
| | | | | **1.90** | | **$3,126.50** |
| **Plan and Disclosure Statement** | | | | | | |
| 01/04/2025 | BJS | PD | Review amened Plan and Disclosure Statement | 1.50 | 1,895.00 | $2,842.50 |
| 02/14/2025 | BJS | PD | Various emails with E Wilson regarding conversion and solvency | 0.10 | 1,895.00 | $189.50 |
| 02/26/2025 | BJS | PD | Review plan | 0.40 | 1,895.00 | $758.00 |
| 02/26/2025 | JEO | PD | Review chapter 11 plan | 0.90 | 1,475.00 | $1,327.50 |
| | | | | **2.90** | | **$5,117.50** |
| **Relief from Stay** | | | | | | |
| 02/26/2025 | BJS | RFS | Review Irvine Stay Relief motion | 0.10 | 1,895.00 | $189.50 |
| 02/28/2025 | BJS | RFS | Review Motion for Relief | 0.10 | 1,895.00 | $189.50 |

Pachulski Stang Ziehl & Jones LLP                                                    Page:    19
JoAnn O.C.C.                                                                         Invoice 146128
Client 46699.00002                                                                   February 28, 2025

|  |  |  |  | 0.20 |  | $379.00 |
|---|---|---|---|---|---|---|

**PSZJ Retention**

| 01/31/2025 | BJS | RP | Various emails with J. O'Neill regarding conflict check and retention app | 0.30 | 1,895.00 | $568.50 |
|---|---|---|---|---|---|---|
| 02/08/2025 | PJK | RP | Emails with J. O'Neill and B. Sandler re retention app review | 0.20 | 1,295.00 | $259.00 |
| 02/12/2025 | ATB | RP | Continue to draft PSZJ retention application. | 1.50 | 650.00 | $975.00 |
| 02/12/2025 | BJS | RP | Various emails with J. O'Neill regarding retention and fee reporting | 0.20 | 1,895.00 | $379.00 |
| 02/14/2025 | PJK | RP | Emails with debtors' counsel re sealed retention apps (.2), begin review of same (.4) | 0.60 | 1,295.00 | $777.00 |
| 02/18/2025 | BJS | RP | Review Motion to file under seal regarding retention apps | 0.10 | 1,895.00 | $189.50 |
| 02/23/2025 | BJS | RP | Various emails with KDW regarding retention apps | 0.10 | 1,895.00 | $189.50 |
| 02/24/2025 | ATB | RP | Draft motion to seal UCC professionals retention applications (.6); draft notices re: same (.4); correspond with J. O'Neill re: same (.4). | 1.40 | 650.00 | $910.00 |
| 02/24/2025 | CRR | RP | Review, revise PSZJ retention application. | 1.30 | 1,325.00 | $1,722.50 |
| 02/25/2025 | ATB | RP | Revise PSZJ retention application (.7), notice (.3) and related motion to seal (.4). | 1.40 | 650.00 | $910.00 |
| 02/25/2025 | BJS | RP | Attention to retention applications | 0.30 | 1,895.00 | $568.50 |
| 02/27/2025 | ATB | RP | Revisions to retention application (.5); motion to seal (.3). | 0.80 | 650.00 | $520.00 |
| 02/27/2025 | BJS | RP | Review and revise PSZJ retention app | 0.30 | 1,895.00 | $568.50 |
| 02/28/2025 | ATB | RP | Revise notice of hearing re: retention app (.4); finalize motion to seal retention apps (.7); finalize and format retention application; schedules, declarations and proposed order for sealed and unsealed application (1.2); file and serve same (.8). | 3.10 | 650.00 | $2,015.00 |
| 02/28/2025 | BJS | RP | Review final version of PSZJ retention app | 0.10 | 1,895.00 | $189.50 |
|  |  |  |  | **11.70** |  | **$10,741.50** |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    20
Invoice 146128
February 28, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Retention** | | | | | | |
| 02/07/2025 | JEO | RPO | Review update interested parties list | 0.80 | 1,475.00 | $1,180.00 |
| 02/08/2025 | BJS | RPO | Various emails with PSZJ regarding debtors' retention issues | 0.10 | 1,895.00 | $189.50 |
| 02/13/2025 | BJS | RPO | Attention to A&M retention app and Centerview app and various emails with PSZJ regarding same | 0.10 | 1,895.00 | $189.50 |
| 02/14/2025 | BJS | RPO | Various emails with PSZJ regarding Debtors' retention apps | 0.10 | 1,895.00 | $189.50 |
| 02/14/2025 | CRR | RPO | Review sealed retention applications from Debtors. | 0.40 | 1,325.00 | $530.00 |
| 02/14/2025 | PJK | RPO | Emails with debtor counsel re sealed retention apps (.2), initial review of applications (.6) | 0.80 | 1,295.00 | $1,036.00 |
| 02/15/2025 | BJS | RPO | Various emails with PSZJ regarding Debtors' retention apps | 0.50 | 1,895.00 | $947.50 |
| 02/15/2025 | PJK | RPO | Review sealed versions of debtors' retention applications | 1.20 | 1,295.00 | $1,554.00 |
| 02/15/2025 | PJK | RPO | Emails from J. O'Neill and M Fitz re 2/14 transcript | 0.20 | 1,295.00 | $259.00 |
| 02/17/2025 | JEO | RPO | Initial review of Debtors' retention applications | 0.90 | 1,475.00 | $1,327.50 |
| 02/17/2025 | PJK | RPO | Review debtors' retention applications (2.2), prepare comments to same (.5), emails with J. O'Neill re same (.2), emails with B. Sandler re same (.2) | 3.10 | 1,295.00 | $4,014.50 |
| 02/17/2025 | PJK | RPO | Emails from J. O'Neill and Province re debtor retention apps | 0.20 | 1,295.00 | $259.00 |
| 02/18/2025 | JEO | RPO | Review Debtors' retention applications 2.6 | 2.60 | 1,475.00 | $3,835.00 |
| 02/20/2025 | BJS | RPO | Various emails with Committee Profs regarding Debtors' retention apps | 0.20 | 1,895.00 | $379.00 |
| 02/20/2025 | JEO | RPO | Review and comment on Debtors' retention applications | 2.00 | 1,475.00 | $2,950.00 |
| 02/20/2025 | PJK | RPO | Emails from J. O'Neill re comments on debtor retention applications | 0.20 | 1,295.00 | $259.00 |
| 02/22/2025 | BJS | RPO | Attention to Debtors' retention apps | 0.40 | 1,895.00 | $758.00 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    21

Invoice 146128

February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/23/2025 | JEO | RPO | Emails with co-counsel regarding retention issues | 0.60 | 1,475.00 | $885.00 |
| 02/23/2025 | JEO | RPO | Email with Debtors' counsel re retention issues | 0.60 | 1,475.00 | $885.00 |
| 02/24/2025 | JEO | RPO | Attention to retention issues for committee professionals | 1.90 | 1,475.00 | $2,802.50 |
| 02/24/2025 | JEO | RPO | Initial review of PSZJ retention application | 0.80 | 1,475.00 | $1,180.00 |
| 02/24/2025 | PJK | RPO | Review Deloitte Tax retention app (.5), email to J. O'Neill re same (.1) | 0.60 | 1,295.00 | $777.00 |
| 02/25/2025 | ATB | RPO | Review KDW retention application (.3); revise notice re: Province retention application (.3). | 0.60 | 650.00 | $390.00 |
| 02/25/2025 | JEO | RPO | Review retention issues and related seal motion | 3.00 | 1,475.00 | $4,425.00 |
| 02/28/2025 | ATB | RPO | Format and finalize Province and KDW retention applications, related schedules, declarations and proposed orders for filing of sealed and unsealed applications (2.3); file and serve same (.6). | 2.90 | 650.00 | $1,885.00 |
| 02/28/2025 | BJS | RPO | Review Province retention app | 0.10 | 1,895.00 | $189.50 |
| 02/28/2025 | JEO | RPO | Review and finalize Application/Motion to Employ/Retain Kelley Drye & Warren LLP as Lead Counsel to the Official Committee of Unsecured Creditors (Redacted and under seal versions) | 2.00 | 1,475.00 | $2,950.00 |
| 02/28/2025 | JEO | RPO | Review and finalize Application/Motion to Employ/Retain Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors (Redacted and under seal versions) | 2.00 | 1,475.00 | $2,950.00 |
| 02/28/2025 | JEO | RPO | Review and finalize Application/Motion to Employ/Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors (Redacted and under seal versions) | 2.00 | 1,475.00 | $2,950.00 |
| 02/28/2025 | JEO | RPO | Review and finalize seal motion related to employment applications | 0.90 | 1,475.00 | $1,327.50 |
| | | | | **31.80** | | **$43,453.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                      **$311,352.50**

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/01/2025 | FF | Courts USDC DE, filing fee, JEO | 250.00 |
| 02/01/2025 | FF | Courts USDC DE, filing fee, JEO | 100.00 |
| 02/11/2025 | TR | Reliable Services, Inv. WL121831 | 35.72 |
| 02/12/2025 | PO | Postage | 65.28 |
| 02/12/2025 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 02/12/2025 | RE | ( 810 @0.20 per PG) | 162.00 |
| 02/12/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/12/2025 | RE | SCAN/COPY ( 434 @0.10 PER PG) | 43.40 |
| 02/12/2025 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 02/12/2025 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 02/12/2025 | RE | SCAN/COPY ( 93 @0.10 PER PG) | 9.30 |
| 02/12/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 02/13/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/13/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/14/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/14/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/14/2025 | RE | SCAN/COPY ( 208 @0.10 PER PG) | 20.80 |
| 02/14/2025 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 02/14/2025 | DC | 46699.00002 Advita Charges for 02-14-25 | 7.50 |
| 02/14/2025 | DC | 46699.00002 Advita Charges for 02-14-25 | 15.00 |
| 02/14/2025 | DC | 46699.00002 Advita Charges for 02-14-25 | 7.50 |
| 02/14/2025 | DC | 46699.00002 Advita Charges for 02-14-25 | 7.50 |
| 02/14/2025 | DC | 46699.00002 Advita Charges for 02-14-25 | 15.00 |
| 02/14/2025 | DC | 46699.00002 Advita Charges for 02-14-25 | 7.50 |
| 02/15/2025 | BM | Panera Bread, working meal, LDJ | 86.78 |
| 02/15/2025 | BM | Cavanaughs Restaurant, working meal, LDJ | 109.12 |
| 02/18/2025 | TR | J&J Court Transcribers, Inv. 2025-00242, ATB | 861.40 |
| 02/20/2025 | PO | Postage | 43.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    23
Invoice 146128
February 28, 2025

| | | | |
|---|---|---|---|
| 02/20/2025 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 02/20/2025 | RE | ( 5 @0.20 PER PG) | 1.00 |
| 02/20/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/20/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 02/20/2025 | RE | SCAN/COPY ( 180 @0.10 PER PG) | 18.00 |
| 02/20/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/21/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/21/2025 | RE | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 02/21/2025 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 02/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/21/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 02/21/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2025 | RE | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 02/21/2025 | RE | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

| | | | |
|---|---|---|---|
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | RE | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 02/21/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/21/2025 | LN | 46699.00002 Lexis Charges for 02-21-25 | 33.46 |
| 02/21/2025 | LN | 46699.00002 Lexis Charges for 02-21-25 | 22.53 |
| 02/24/2025 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 02/24/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 02/24/2025 | RE | ( 26 @0.20 PER PG) | 5.20 |
| 02/24/2025 | RE | ( 22 @0.20 PER PG) | 4.40 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 02/24/2025 | RE | ( 62 @0.20 PER PG) | 12.40 |
| 02/24/2025 | RE | ( 30 @0.20 PER PG) | 6.00 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 30 @0.20 PER PG) | 6.00 |
| 02/24/2025 | RE | ( 34 @0.20 PER PG) | 6.80 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 02/24/2025 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 02/24/2025 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 02/24/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 02/24/2025 | RE | ( 24 @0.20 PER PG) | 4.80 |
| 02/24/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 02/24/2025 | RE | ( 82 @0.20 PER PG) | 16.40 |
| 02/24/2025 | RE | ( 34 @0.20 PER PG) | 6.80 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

| | | | |
|---|---|---|---|
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 56 @0.20 PER PG) | 11.20 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 28 @0.20 PER PG) | 5.60 |
| 02/24/2025 | RE | ( 58 @0.20 PER PG) | 11.60 |
| 02/24/2025 | RE | ( 14 @0.20 PER PG) | 2.80 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | ( 80 @0.20 PER PG) | 16.00 |
| 02/24/2025 | RE | ( 22 @0.20 PER PG) | 4.40 |
| 02/24/2025 | RE | ( 60 @0.20 PER PG) | 12.00 |
| 02/24/2025 | RE | ( 16 @0.20 PER PG) | 3.20 |
| 02/24/2025 | RE | ( 30 @0.20 PER PG) | 6.00 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 44 @0.20 PER PG) | 8.80 |
| 02/24/2025 | RE | ( 80 @0.20 PER PG) | 16.00 |
| 02/24/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/24/2025 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 02/24/2025 | RE | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 02/24/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |

Pachulski Stang Ziehl & Jones LLP

Page:   26

JoAnn O.C.C.

Invoice 146128

Client 46699.00002

February 28, 2025

| | | | |
|---|---|---|---|
| 02/24/2025 | RE | SCAN/COPY ( 245 @0.10 PER PG) | 24.50 |
| 02/24/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/24/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/24/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/24/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/24/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/24/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/24/2025 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 02/24/2025 | RE | SCAN/COPY ( 209 @0.10 PER PG) | 20.90 |
| 02/24/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/24/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/24/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/24/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/24/2025 | RE | SCAN/COPY ( 216 @0.10 PER PG) | 21.60 |
| 02/25/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/25/2025 | RE | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 02/25/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/25/2025 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 02/25/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 02/25/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/25/2025 | RE | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 02/25/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/26/2025 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 02/26/2025 | RE | SCAN/COPY ( 195 @0.10 PER PG) | 19.50 |
| 02/26/2025 | RE | SCAN/COPY ( 336 @0.10 PER PG) | 33.60 |
| 02/26/2025 | RE | SCAN/COPY ( 418 @0.10 PER PG) | 41.80 |
| 02/26/2025 | RE | SCAN/COPY ( 186 @0.10 PER PG) | 18.60 |
| 02/26/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    27

Invoice 146128

February 28, 2025

| | | | |
|---|---|---|---:|
| 02/26/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/26/2025 | RE | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 02/26/2025 | RE | SCAN/COPY ( 112 @0.10 PER PG) | 11.20 |
| 02/26/2025 | RE | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 02/26/2025 | RE | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 02/26/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/26/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 02/26/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/26/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 02/26/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/26/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/26/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/26/2025 | RE | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 02/26/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2025 | RE | SCAN/COPY ( 192 @0.10 PER PG) | 19.20 |
| 02/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/26/2025 | RE | SCAN/COPY ( 195 @0.10 PER PG) | 19.50 |
| 02/26/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/26/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/26/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/26/2025 | RE | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 02/26/2025 | RE | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 02/26/2025 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 02/26/2025 | RE | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 02/26/2025 | RE | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 02/26/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 02/26/2025 | RE | SCAN/COPY ( 208 @0.10 PER PG) | 20.80 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    28
Invoice 146128
February 28, 2025

| 02/26/2025 | RE  | SCAN/COPY ( 29 @0.10 PER PG)                      | 2.90   |
|------------|-----|--------------------------------------------------|--------|
| 02/26/2025 | DC  | 46699.00002 Advita Charges for 02-26-25          | 15.00  |
| 02/26/2025 | DC  | 46699.00002 Advita Charges for 02-26-25          | 7.50   |
| 02/26/2025 | DC  | 46699.00002 Advita Charges for 02-26-25          | 7.50   |
| 02/26/2025 | OS  | Advita overtime, Terrance Jones (1)              | 30.00  |
| 02/26/2025 | DC  | 46699.00002 Advita Charges for 02-26-25          | 15.00  |
| 02/26/2025 | DC  | 46699.00002 Advita Charges for 02-26-25          | 7.50   |
| 02/26/2025 | DC  | 46699.00002 Advita Charges for 02-26-25          | 7.50   |
| 02/27/2025 | BM  | Cavanaughs Restaurant, working meal, LDJ         | 101.97 |
| 02/27/2025 | BM  | TSG Hospitality LLC, working meal, LDJ           | 133.00 |
| 02/28/2025 | PAC | Pacer - Court Research                           | 265.40 |

**Total Expenses for this Matter**                              **$3,157.76**