# Exhibit A

## March Invoice



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

JoAnn O.C.C.
-

March 31, 2025
Invoice   146419
Client     46699.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2025

| | |
|---|---:|
| FEES | $23,768.50 |
| EXPENSES | $168.70 |
| **TOTAL CURRENT CHARGES** | **$23,937.20** |
| **BALANCE FORWARD** | **$314,510.26** |
| **TOTAL BALANCE DUE** | **$338,447.46** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
JoAnn O.C.C.  Invoice 146419
Client 46699.00002  March 31, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 4.40 | $8,338.00 |
| JEO | O'Neill, James E. | Partner | 1,475.00 | 7.80 | $11,505.00 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 0.40 | $518.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 4.80 | $3,120.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 575.00 | 0.50 | $287.50 |
| | | | | 17.90 | $23,768.50 |

Pachulski Stang Ziehl & Jones LLP  
JoAnn O.C.C.  
Client 46699.00002

Page: 3  
Invoice 146419  
March 31, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition | 0.50 | $947.50 |
| BL | Bankruptcy Litigation | 1.30 | $1,917.50 |
| CA | Case Administration | 1.80 | $1,801.50 |
| CO | Claims Administration and Objections | 0.60 | $1,137.00 |
| CP | PSZJ Compensation | 0.60 | $390.00 |
| CPO | Other Professional Compensation | 0.90 | $1,705.50 |
| EC | Contract and Lease Matters | 0.20 | $295.00 |
| FE | Fee/Employment Application | 0.30 | $568.50 |
| FF | Financial Filings | 0.20 | $295.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.80 | $1,306.00 |
| GC | General Creditors' Committee | 0.80 | $1,516.00 |
| HE | Hearings | 0.90 | $547.50 |
| OP | Operations | 0.70 | $1,326.50 |
| RP | PSZJ Retention | 4.00 | $4,167.50 |
| RPO | Other Professional Retention | 4.30 | $5,847.50 |
| | | 17.90 | $23,768.50 |

Pachulski Stang Ziehl & Jones LLP        Page:    4
JoAnn O.C.C.                              Invoice 146419
Client 46699.00002                        March 31, 2025

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Litigation Support Vendors | $30.00 |
| Pacer - Court Research | $46.40 |
| Reproduction Expense | $18.60 |
| Transcript | $73.70 |
| | $168.70 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
JoAnn O.C.C.  Invoice 146419
Client 46699.00002  March 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 03/06/2025 | BJS | AD | Telephone conference with J Meclure regarding inventory sales | 0.30 | 1,895.00 | $568.50 |
| 03/26/2025 | BJS | AD | Attention to lease rejections | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.50** | | **$947.50** |
| **Bankruptcy Litigation** | | | | | | |
| 03/04/2025 | JEO | BL | Review status of matters scheduled for hearing on 3/6 and email with co-counsel re same. | 0.80 | 1,475.00 | $1,180.00 |
| 03/31/2025 | JEO | BL | Review status of seal motion and file CNO for motion | 0.50 | 1,475.00 | $737.50 |
| | | | | **1.30** | | **$1,917.50** |
| **Case Administration** | | | | | | |
| 03/04/2025 | ATB | CA | Update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 03/04/2025 | PJK | CA | Review docket and recent filings | 0.40 | 1,295.00 | $518.00 |
| 03/07/2025 | ATB | CA | Review docket (.3); update critical dates memo (.4). | 0.70 | 650.00 | $455.00 |
| 03/07/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 03/27/2025 | BJS | CA | Various emails with M McLoughlin regarding update | 0.10 | 1,895.00 | $189.50 |
| 03/31/2025 | BJS | CA | Review agenda and discuss with C. Robinson | 0.10 | 1,895.00 | $189.50 |
| | | | | **1.80** | | **$1,801.50** |
| **Claims Administration and Objections** | | | | | | |
| 03/03/2025 | BJS | CO | Various emails with B Bazian regarding Waste Management | 0.10 | 1,895.00 | $189.50 |
| 03/07/2025 | BJS | CO | Various emails with M McLoughlin regarding bar date | 0.10 | 1,895.00 | $189.50 |
| 03/14/2025 | BJS | CO | Review Motion to Compel | 0.20 | 1,895.00 | $379.00 |
| 03/20/2025 | BJS | CO | Review Motion to Compel regarding JLL | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.60** | | **$1,137.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page:    6 |
| JoAnn O.C.C. | | | | | | Invoice 146419 |
| Client 46699.00002 | | | | | | March 31, 2025 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/25/2025 | ATB | CP | Review exhibit to first monthly fee statement. | 0.60 | 650.00 | $390.00 |
| | | | | **0.60** | | **$390.00** |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/03/2025 | BJS | CPO | Various emails with J. O'Neill regarding OCP/Interim comp | 0.20 | 1,895.00 | $379.00 |
| 03/04/2025 | BJS | CPO | Review COC regarding Centerview | 0.10 | 1,895.00 | $189.50 |
| 03/04/2025 | BJS | CPO | Review COC regarding A&M | 0.10 | 1,895.00 | $189.50 |
| 03/12/2025 | BJS | CPO | Review MJ and AF fee statements | 0.10 | 1,895.00 | $189.50 |
| 03/14/2025 | BJS | CPO | Review Aparna supplemental declaration | 0.10 | 1,895.00 | $189.50 |
| 03/14/2025 | BJS | CPO | Various emails with UST regarding Province retention app | 0.10 | 1,895.00 | $189.50 |
| 03/17/2025 | BJS | CPO | Various emails with Province regarding UST's comments | 0.10 | 1,895.00 | $189.50 |
| 03/20/2025 | BJS | CPO | Review Centerview fee statement | 0.10 | 1,895.00 | $189.50 |
| | | | | **0.90** | | **$1,705.50** |

**Contract and Lease Matters**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/31/2025 | JEO | EC | Review Rejection Notice | 0.20 | 1,475.00 | $295.00 |
| | | | | **0.20** | | **$295.00** |

**Fee/Employment Application**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/14/2025 | BJS | FE | Various emails with UST regarding PSZJ retention app | 0.10 | 1,895.00 | $189.50 |
| 03/19/2025 | BJS | FE | Review BJS supplemental declaration and various emails with J. O'Neill regarding same | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.30** | | **$568.50** |

**Financial Filings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/31/2025 | JEO | FF | Review monthly operating report | 0.20 | 1,475.00 | $295.00 |
| | | | | **0.20** | | **$295.00** |

Pachulski Stang Ziehl & Jones LLP  
JoAnn O.C.C.  
Client 46699.00002

Page:   7  
Invoice 146419  
March 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Financing/Cash Collateral/Cash Management** | | | | | | |
| 03/05/2025 | BJS | FN | Review Committee Report | 0.30 | 1,895.00 | $568.50 |
| 03/05/2025 | JEO | FN | Review Joann lien presentation | 0.50 | 1,475.00 | $737.50 |
| | | | | **0.80** | | **$1,306.00** |
| **General Creditors' Committee** | | | | | | |
| 03/05/2025 | BJS | GC | Various emails with Committee regarding update | 0.10 | 1,895.00 | $189.50 |
| 03/06/2025 | BJS | GC | Committee Call | 0.70 | 1,895.00 | $1,326.50 |
| | | | | **0.80** | | **$1,516.00** |
| **Hearings** | | | | | | |
| 03/04/2025 | ATB | HE | Prepare for hearing scheduled for 3/6. | 0.40 | 650.00 | $260.00 |
| 03/04/2025 | CAK | HE | Assist in preparation of 3/6/25 hearing | 0.50 | 575.00 | $287.50 |
| | | | | **0.90** | | **$547.50** |
| **Operations** | | | | | | |
| 03/05/2025 | BJS | OP | Review Debtor's Trade Claimant Matrix. | 0.10 | 1,895.00 | $189.50 |
| 03/05/2025 | BJS | OP | Various emails with J McLemore regarding abandoned assets | 0.10 | 1,895.00 | $189.50 |
| 03/06/2025 | BJS | OP | Review Province report | 0.20 | 1,895.00 | $379.00 |
| 03/07/2025 | BJS | OP | Review MORs | 0.10 | 1,895.00 | $189.50 |
| 03/07/2025 | BJS | OP | Various emails with J Raphael regarding CV matrix | 0.10 | 1,895.00 | $189.50 |
| 03/21/2025 | BJS | OP | Review MORs | 0.10 | 1,895.00 | $189.50 |
| | | | | **0.70** | | **$1,326.50** |
| **PSZJ Retention** | | | | | | |
| 03/17/2025 | ATB | RP | Draft certification of counsel regarding Province and PSZJ retention application (.4); file and serve same (.3). | 0.70 | 650.00 | $455.00 |
| 03/18/2025 | ATB | RP | Draft supplemental declaration in support of PSZJ retention. | 0.30 | 650.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP                                           Page:     8
JoAnn O.C.C.                                                                Invoice 146419
Client 46699.00002                                                          March 31, 2025

|            |     |     |                                                                                                                            | Hours | Rate     | Amount     |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 03/18/2025 | ATB | RP  | Revise certification of counsel to certification of no objection; file same and submit proposed order.                     | 0.30  | 650.00   | $195.00    |
| 03/19/2025 | ATB | RP  | Revise supplemental declaration and CNO re: PSZJ retention application.                                                    | 0.30  | 650.00   | $195.00    |
| 03/19/2025 | JEO | RP  | Review and finalize Supplemental declaration of Brad Sandler in support of PSZJ retention                                  | 0.70  | 1,475.00 | $1,032.50  |
| 03/24/2025 | JEO | RP  | Review entered order approving PSZJ retention                                                                              | 0.20  | 1,475.00 | $295.00    |
| 03/25/2025 | JEO | RP  | Finalize terms of PSZJ retention with UST                                                                                  | 1.00  | 1,475.00 | $1,475.00  |
| 03/28/2025 | ATB | RP  | Draft certification of no objection regarding motion sealing Committee retention applications (.3) ; file same (.1) and upload proposed order to court. (.1). | 0.50  | 650.00   | $325.00    |
|            |     |     |                                                                                                                            | **4.00** |          | **$4,167.50** |

**Other Professional Retention**

|            |     |     |                                                                                                 | Hours | Rate     | Amount     |
|------------|-----|-----|-------------------------------------------------------------------------------------------------|-------|----------|------------|
| 03/14/2025 | JEO | RPO | Emails with Malcolm Bates UST regarding retention issues                                        | 0.80  | 1,475.00 | $1,180.00  |
| 03/17/2025 | ATB | RPO | Draft certification of counsel regarding Kelley Drye retention (.3); file and serve same (.3).  | 0.60  | 650.00   | $390.00    |
| 03/17/2025 | JEO | RPO | Review status of Province's fee application and approve certificate of no objection for filing  | 0.30  | 1,475.00 | $442.50    |
| 03/17/2025 | JEO | RPO | Review status of KDW's fee application and approve CNO for filing                               | 0.30  | 1,475.00 | $442.50    |
| 03/17/2025 | JEO | RPO | Review retention issues                                                                         | 1.50  | 1,475.00 | $2,212.50  |
| 03/18/2025 | JEO | RPO | Review entered order approving Province's retention                                             | 0.20  | 1,475.00 | $295.00    |
| 03/18/2025 | JEO | RPO | Review entered order approving KDW's retention                                                  | 0.20  | 1,475.00 | $295.00    |
| 03/28/2025 | JEO | RPO | Review status of seal motion regarding retention applications                                   | 0.40  | 1,475.00 | $590.00    |
|            |     |     |                                                                                                 | **4.30** |          | **$5,847.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                                             $23,768.50

| Pachulski Stang Ziehl & Jones LLP | Page: 9 |
| JoAnn O.C.C. | Invoice 146419 |
| Client 46699.00002 | March 31, 2025 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/04/2025 | RE | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 03/04/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/04/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 03/04/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 03/06/2025 | OS | Advita March OT (1hr) Stacy Hinson | 30.00 |
| 03/12/2025 | TR | Reliable transcripts, Inv. WL122460 | 73.70 |
| 03/31/2025 | PAC | Pacer - Court Research | 46.40 |
| **Total Expenses for this Matter** | | | **$168.70** |

Pachulski Stang Ziehl & Jones LLP  Page: 10
JoAnn O.C.C.  Invoice 146419
Client 46699.00002  March 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 03/31/2025**  **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 146128 | 02/28/2025 | $311,352.50 | $3,157.76 | $314,510.26 |

**Total Amount Due on Current and Prior Invoices:**  **$338,447.46**