## Exhibit A

## Schedule 1 to the Amended OCP List

## **Schedule 1**

## **Tier 1 OCP List**

| Name | Address | Service |
|---|---|---|
| Deloitte & Touche LLP | 127 Public Square Suite 3300 Cleveland, OH 4413 | Technical Account/Internal Control Consulting |
| Deloitte Transactions and Business Analytics LLP | 127 Public Square Suite 3300 Cleveland, OH 4413 | Ordinary Course Valuation Services |
| Ernst & Young LLP | 950 Main Avenue, Suite 1800 Cleveland, OH 44113 | External Auditor |
| Jones Day | 901 Lakeside Avenue Cleveland, Ohio 44114 | Legal Services (General Corporate, M&A) |