UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN Inc., *et al.*,<br>                      Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE,** that on February 7, 2025, a Proof of Claim, designated as Claim #524, was filed by MCS Industries Inc. ("Claimant"), against JOANN Inc., Case. No. 25-10068 (CTG), in the amount of $1,436,695.00 ("Claim #524").

I hereby withdraw Claim #524 and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

The undersigned certifies that the Claim #524 has not been the subject of an objection, nor has the creditor been the defendant in an adversary proceeding in this case, nor has the creditor significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

**MCS Industries, Inc.**

By: _/s/ Gregory Yocco_
Name: GREGORY YOCCO
Title: CFO

Dated: April 24, 2025