EXHIBIT A

Please confirm Matt.

On Sun, Mar 16, 2025 at 8:41 PM Matt Gins <mgins@brileyfin.com> wrote:

Hi Heshy,

Working the containers.  Lots of data to work thru and make sure I can get the containers.  I have you listed as participating.

Thanks,
Matt

**From:** Heshy Feldman <heshy@feldmanco.com>
**Sent:** Sunday, March 16, 2025 3:21 PM
**To:** Matt Gins <mgins@brileyfin.com>; Disa, Christopher <cdisa@alvarezandmarsal.com>; Eli Jeidel <ej@feldmanco.com>
**Subject:** Fwd: Feldman RTV Instruction

**[EXTERNAL]**
Matt,

I am Heshy Feldman, The President of the Feldman Company and parthers with all the below sub vendors.

I'm checking in to see if you need any additional information to help facilitate the purchase of the below fabrics at the 60 % discount as listed below.  As you can imagine the vendors are most anxious to move forward.

Please let me know if there is anything that you need from our side.

**Heshy Feldman**
President
The Feldman Co. Inc
(201) 320-6456 cell
(212) 966-2577 fax
heshy@feldmanco.com

---------- Forwarded message ---------
From: **Jennifer Haller** <Jennifer.Haller@joann.com>
Date: Thu, Mar 6, 2025 at 9:51 AM
Subject: Re: Feldman RTV Instruction
To: Heshy Feldman <heshy@feldmanco.com>

Cc: [mgins@brileyfin.com](mgins@brileyfin.com) <[mgins@brileyfin.com](mgins@brileyfin.com)>, Disa, Christopher
<[cdisa@alvarezandmarsal.com](cdisa@alvarezandmarsal.com)>

Matt,
I will mark the file for the following factories accepting 60% discount:
  173357 PALITEX
  174055 THE FELDMAN COMPANY INC
        World Dynasty International Trading
  174162 Company, Inc.
  174907 BUMIRANG CORPORATION
  179095 SFT Inc

**Jennifer Haller**

Director, Product Development & Sourcing | **JOANN**

330.463.6767



---

**From:** Heshy Feldman <[heshy@feldmanco.com](heshy@feldmanco.com)>
**Sent:** Thursday, March 6, 2025 9:44 AM
**To:** Jennifer Haller <[Jennifer.Haller@joann.com](Jennifer.Haller@joann.com)>
**Cc:** [mgins@brileyfin.com](mgins@brileyfin.com) <[mgins@brileyfin.com](mgins@brileyfin.com)>
**Subject:** Re: Feldman RTV Instruction

We accept the offer. Please advise next steps?

On Thu, Mar 6, 2025 at 9:25 AM Jennifer Haller <[Jennifer.Haller@joann.com](Jennifer.Haller@joann.com)> wrote:

> Dear Heshy,
> Since all of your factories offered 50% discount near the beginning of this conversation, please
> see below offer from GA:
>
> Following the JOANN Bankruptcy Auction, the winning bidder for the assets, GA Group is
> interested in acquiring your goods that are in the US or on the way to the US.
>
> The goods will be purchased by the GA group using the existing paperwork to clear goods
> faster. GA will provide a PO for your invoicing. In purchasing the goods, they have asked for a

60% discount off the cost to absorb the D&D. The terms will be 50% paid upon release by wire.  The other 50% 30days.

Please let us know in the next 24 hours if possible so we can get the goods moving.
If you have questions Matt Gins, SVP GA Group is on copy.

**Jennifer Haller**
Director, Product Development & Sourcing | **JOANN**
330.463.6767



---

**From:** Jennifer Haller <Jennifer.Haller@joann.com>
**Sent:** Tuesday, February 18, 2025 8:53 AM
**To:** Heshy Feldman <heshy@feldmanco.com>
**Cc:** Ryan Shuster <Ryan.Shuster@joann.com>; Becky Decaro <rebecca.decaro@joann.com>
**Subject:** Re: Feldman RTV Instruction

Heshy,
Please advise your decision regarding RTV.
Thanks
Jen

**Jennifer Haller**
Director, Product Development & Sourcing | **JOANN**
330.463.6767



---

**From:** Jennifer Haller <Jennifer.Haller@joann.com>
**Sent:** Thursday, February 13, 2025 8:53 AM
**To:** Heshy Feldman <heshy@feldmanco.com>
**Cc:** Ryan Shuster <Ryan.Shuster@joann.com>; Becky Decaro <rebecca.decaro@joann.com>
**Subject:** Re: Feldman RTV Instruction

Yes.

Get Outlook for iOS

---

**From:** Heshy Feldman <heshy@feldmanco.com>
**Sent:** Thursday, February 13, 2025 8:49:09 AM

**To:** Jennifer Haller <Jennifer.Haller@joann.com>

**Cc:** Ryan Shuster <Ryan.Shuster@joann.com>; Becky Decaro <rebecca.decaro@joann.com>

**Subject:** Re: Feldman RTV Instruction

So your saying that on top of vendors taking goods back unpaid they have to pay the inbound freight to Century as well ?

**Heshy Feldman**

President

The Feldman Co. Inc

(201) 320-6456 cell

(212) 966-2577 fax

heshy@feldmanco.com

On Thu, Feb 13, 2025 at 8:29 AM Jennifer Haller <Jennifer.Haller@joann.com> wrote:

No freight has been paid.

Jennifer Haller

Director, Product Development & Sourcing |  **JOANN**

330.463.6767



---

**From:** Heshy Feldman <heshy@feldmanco.com>

**Sent:** Thursday, February 13, 2025 8:25 AM

**To:** Jennifer Haller <Jennifer.Haller@joann.com>

**Cc:** Ryan Shuster <Ryan.Shuster@joann.com>; Becky Decaro <rebecca.decaro@joann.com>

**Subject:** Re: Feldman RTV Instruction

To be clear the freight has already been paid?

**Heshy Feldman**

President

The Feldman Co. Inc

(201) 320-6456 cell

(212) 966-2577 fax

heshy@feldmanco.com

On Thu, Feb 13, 2025 at 8:21 AM Jennifer Haller <<u>Jennifer.Haller@joann.com</u>> wrote:

- If the vendor's goods are going back to origin, then no duty or tariff will be owed. (because the goods are not "entering" US commerce).

- If the vendor's goods are <u>staying</u> in the US, i.e., if the vendor wants to send the goods to a stateside warehouse, then duty and tariff will be owed (because the goods will be circulated in the US).

**Jennifer Haller**

Director, Product Development & Sourcing | **JOANN**

330.463.6767



---

**From:** Heshy Feldman <<u>heshy@feldmanco.com</u>>
**Sent:** Thursday, February 13, 2025 8:14 AM
**To:** Jennifer Haller <<u>Jennifer.Haller@joann.com</u>>
**Cc:** Ryan Shuster <<u>Ryan.Shuster@joann.com</u>>; Becky Decaro <<u>rebecca.decaro@joann.com</u>>
**Subject:** Re: Feldman RTV Instruction

Has the freight , duty and tariffs been paid ( if Chinese ) on these goods ?

**Heshy Feldman**
**President**
The Feldman Co. Inc
(201) 320-6456 cell
(212) 966-2577 fax
<u>heshy@feldmanco.com</u>

On Thu, Feb 13, 2025 at 7:34 AM Jennifer Haller <<u>Jennifer.Haller@joann.com</u>> wrote:

Hi Heshy,
I can let the team know, but we are meeting daily to rev iew RTV status and other vendors have offered deep discounts as well to take the goods.  Absolutely 100% have been rejected as we do not have an open to buy to bring them in; the stakeholders are managing all purchases, and we have no money left to spend.  I am sorry.

I will also tell you that timeline is very important.  We received this advise from legal last night to share:

The signed RTV letter must be sent back immediately. Please be advised that if Vendor does not agree to the RTV process as outlined in the previous email (letter) that you received, then JOANN will consider the goods (merchandise) to be abandoned.

This is the last chance for them to get the goods back and try to sell off......please advise your final decision today.
Thanks
Jen


Jennifer Haller

Director, Product Development & Sourcing | **JOANN**

330.463.6767



---

**From:** Heshy Feldman <heshy@feldmanco.com>
**Sent:** Wednesday, February 12, 2025 5:35 PM
**To:** Jennifer Haller <jennifer.haller@joann.com>; Ryan Shuster <Ryan.Shuster@joann.com>; Becky Decaro <rebecca.decaro@joann.com>
**Subject:** Fwd: Feldman RTV Instruction

Jen and Team- on behalf of all the vendors on this email they would like to offer a 50 percent discount to keep the goods.  We feel that this merchandise will only benefit the estate in the upcoming store blowout sale.

Please bring this to the powers that be.  Our mills are devastated financially. This will mitigate it somewhat.

Many thanks.


**Heshy Feldman**
**President**
The Feldman Co. Inc
(201) 320-6456 cell
(212) 966-2577 fax
heshy@feldmanco.com