## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I caused a true and correct copy of the foregoing Motion For Allowance and Payment of Administrative Claim Pursuant to Section 503(B) of the Bankruptcy Code or, Alternatively, to Compel Performance Under Postpetition Contract to be electronically filed with the Clerk of Court and served on the parties identified below via CM/ECF and first-class mail.

Dated: April 25, 2025

*Michael J. Joyce*

JOANN Inc.
5555 Darrow Road
Hudson, Ohio 44236
Attn: Ann Aber, EVP, Chief Legal and
Human Resources Officer

**Debtors**

Aparna Yenamandra, P.C. Kirkland & Ellis
LLP
601 Lexington Avenue
New York, New York 10022
E-mail: aparna.yenamandra@kirkland.com

**Counsel to the Debtors**

Jeffrey Michalik Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza Chicago, Illinois
60654
E-mail: jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

**Counsel to the Debtors**

Patrick J. Reilley Stacy L. Newman Michael
E. Fitzpatrick Jack M. Dougherty Cole
Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
E-mail: preilley@coleschotz.com
snewman@coleschotz.com;
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

**Counsel to the Debtors**

Malcolm M. Bates
Office of the United States Trustee for the
District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
E-mail: malcolm.m.bates@usdoj.gov

**United States Trustee**

Christopher Carter Marjorie Crider
Morgan, Lewis & Bockius LLP One Federal
Street
Boston, Massachusetts 02110
E-mail: christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

**Counsel Prepetition ABL Agent**

John Ventola Jonathan Marshall
Choate Hall & Stewart LLP 2 International
Place
Boston, Massachusetts 02110 E-mail:
jventola@choate.com
jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

Scott Greenberg Kevin Liang Josh Brody
Gibson, Dunn & Crutcher LLP 200 Park
Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender
Ad Hoc Group**

Jeffrey Gleit ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

Jonathan Bagg ArentFox Schiff LLP 1717 K
Street NW Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

Matthew Bentley ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

Steven Reisman Cindi Giglio
Katten Muchin Rosenman LLP 50
Rockefeller Plaza
New York, New York 10020 E-mail:
sreisman@katten.com
cgiglio@katten.com

**Counsel to Gordon Brothers Retail
Partners, LLC**