# United States Bankruptcy Court

### District of Delaware

**In re:** JOANN Inc.                                           **Case No.:** **25-10068**

Court ID (Court use only)_____

## NOTICE OF PARTIAL TRANSFER OF ADMIN CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Hain Capital Investors Master Fund, LTD** | Vardhman Textiles Limited |
|---|---|
| | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Hain Capital Investors Master Fund, LTD**<br>**301 Route 17 North, Suite 816A**<br>**Rutherford, NJ  07070** | Vardhman Textiles Limited<br>Chandigarh Road, Ludhiana<br>Punjab, 141010 India |
| Phone: **(201) 896 – 6100** | Phone:  **+91 81466 26466** |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | |

| Schedule/Claim No. | Creditor Name | ADMIN Amount | Case No. | Debtor | Date Filed |
|---|---|---|---|---|---|
| 10041 | Vardhman Textiles Limited | $275,385.22 | 25-10068 | JOANN Inc. | 04/04/2025 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/    Keenan Austin_____          Date:  __4/29/25_____
           Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                         CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Vardhman Textiles Limited ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) associated with proof of claim numbers 562 and 10041, 13479 against Joann, Inc., (the "Debtor"), Chapter 11 Case No. 25-10068 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 day of APRIL 2025.

| | |
|---|---|
| **VARDHMAN TEXTILES LIMITED** | **HAIN CAPITAL INVESTORS MASTER FUND, LTD** |
| | By Koltai & Company Advisors, LLC |
| By: _____ | By: _____ |
| Name: | Name: Robert Koltai |
| Title: NISHI KANT | Title: Manager |
| S.V.P. | |