# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 259** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Motion of IG Design Group Americas, Inc. to (A) Compel the Debtors to Assume or Reject Executory Contract, and (B) Modify the Automatic Stay* filed at Docket No. 259.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

| | |
|---|---|
| Dated:  April 29, 2025<br>          Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br> /s/ *William E. Chipman, Jr.*  <br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>             olivere@chipmanbrown.com<br><br>          and<br><br>James B. Sowka (Admitted *Pro Hac Vice*)<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Telephone:     312.460.5325<br>Email: jsowka@seyfarth.com<br><br>*Attorneys for IG Design Group Americas, Inc.* |