**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | **Objection Deadline: May 14, 2025 at 4:00 p.m.** |
| ) | **Hearing Date: May 21, 2025 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed the Motion of Ocean Network Express (North America) Inc., *et al.* for Relief from the Automatic Stay of 11 U.S.C. § 362 or to compel abandonment and to deem certain goods abandoned pursuant to 11 U.S.C. § 554 (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before May 14, 2025 at 4:00 p.m. prevailing Eastern time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **May 21, 2025 at 10:00 a.m. prevailing Eastern time** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent order may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security agreement.

Dated: April 30, 2025
       Wilmington, Delaware

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**HOGAN MCDANIEL**

By:   */s/ Daniel C. Kerrick*
      Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
      1311 Delaware Avenue
      Wilmington, DE 19806
      Tel:   (302) 656-7540
      Fax:  (302) 656-7599

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

By:   */s/ Rick A. Steinberg*
      Rick A. Steinberg
      50 Tice Boulevard, Suite 280
      Woodcliff Lake, New Jersey 07677
      Tel:  (201) 391-3737
      Fax:  (201) 343-9360

**ATTORNEYS FOR OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.**