## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | : |
| In re: | : Chapter 11 |
| | : |
| JOANN INC., | : Case No. 25-10068-CTG |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## CERTIFICATION IN SUPPORT OF MOTION OF OCEAN NETWORK EXPRESS (NORTH AMERICA) INC. FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) OR TO COMPEL ABANDONMENT PURSUANT TO 11 U.S.C. § 554(b)

Rick A. Steinberg, being of full age, hereby certifies as follows:

1.       I am a member of the bar of the State of New Jersey and the United States District Court for the District of New Jersey and Of Counsel to the law firm, Price Meese Shulman & D'Arminio, P.C., attorneys for Ocean Network Express (North America) Inc. ("ONE") in the above-captioned matter.

2.       I make this Certification in support of ONE's Motion for an Order for Relief from the Automatic Stay, pursuant to 11 U.S.C. § 362(d) or to compel abandonment of cargo and to deem the cargo abandoned pursuant to 11 U.S.C. § 554(b) (the "Motion").

3.       A copy of the Bills of Lading for the Cargo in ONE's physical or constructive possession that may be property of the Debtors' estate is annexed hereto as Exhibit "A."

4.       A list of containers holding the Cargo in ONE's physical or constructive possession that may be property of the Debtors' estate corresponding to the Bills of Lading is annexed hereto as Exhibit "B."

5.       A copy ONE's terms and conditions of its bill of lading including the Lien Clause in Section 7 taken from the ONE website is annexed hereto as Exhibit "C."

6.      A copy of the Letter dated March 26, 2025 from the Debtors' Interim Chief

Financial Officer to ONE purporting to abandon the Cargo is annexed hereto as Exhibit "D."

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing
is true and correct.

/s/ Rick A. Steinberg
RICK A. STEINBERG

Dated: April 25, 2025

# EXHIBIT A

**OCEAN NETWORK EXPRESS**

COPY NON NEGOTIABLE

PAGE:  1 OF  2

**SEA WAYBILL**

| | |
|---|---|
| **SHIPPER/EXPORTER** <br> CENTURY DISTRIBUTION SYSTEM <br> 17, BRABOURNE ROAD,MUKHERJEE HOUSE, <br> 4THFLOOR,KOLKATA-700001, INDIA <br> ON BEHALF OF   SH> | **BOOKING NO.** CCUE17406300   **SEA WAYBILL NO.** ONEYCCUE17406300 <br> **EXPORT REFERENCES**(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).) |

| | |
|---|---|
| **CONSIGNEE** <br> JO-ANN STORES, LLC <br> 5555 DARROW ROAD <br> HUDSON, OH 44236 | **FORWARDING AGENT-REFERENCES** <br> **FMC NO.** <br> UNITED LINER SHIPPING SERVICES <br> LLP 4TH, 17,, MOOKHERJEE HOUSE, <br> BRABOUR NE ROAD, TEA BOARD, FW> |
| **NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) <br> DELMAR INTERNATIONAL <br> 1 LINCOLN BOULEVARD SUITE 201,ROUSE <br> S POINT NY 12979 TEL: 518-536-3213 <br> EMAIL:US_AIR_SEA@DELMARUSA.COM | RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (1) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void. |

| | | |
|---|---|---|
| **PRE-CARRIAGE BY** <br> MTT SAMALAJU 24020E | **PLACE OF RECEIPT** <br> KOLKATA, INDIA | |
| **OCEAN VESSEL VOYAGE NO. FLAG** <br> YM MODESTY 072E | **PORT OF LOADING** <br> KOLKATA, INDIA | **FINAL DESTINATION**(for the Merchant's reference only) |
| **PORT OF DISCHARGE** <br> LOS ANGELES, CA, USA | **PLACE OF DELIVERY** <br> CHINO, CA, USA | **TYPE OF MOVEMENT**(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) <br> CY / DOOR   FCL / FCL |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TRHU8378531     / IN1576333 | | | /     53 CARTONS     /FCL / FCL/40HQ/11524.320KGS/51.940M3 | | |
| 1-53 CARTONS | 53 CARTONS | | 108.00 BOLTS = 2160.00 YARDS = 3 CARTONS JF002OYSDR  475335 HESSIAN CLOTH  11X9  DYED OYSTER 47 H.S. CODE NO. 5310.90.92 108.00 BOLTS = 2160.00 YARDS = 3 CARTONS JF003BRWDR  575837 HESSIAN CLOTH  11X9  DYED BROWN  47 H.S. CODE NO. 5310.90.92 108.00 BOLTS = 2160.00 YARDS = 3 CARTONS JF002OYS DR  475335  HE | 11524.320KGS | 51.940CBM |

** TO BE CONTINUED ON ATTACHED LIST **

**Declared Cargo Value US $** _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| **FREIGHT & CHARGES PAYABLE AT / BY:** <br> KOLKATA <br> RICHMOND, VA | **SERVICE CONTRACT NO.** <br> CHI0212B24 | **DOC FORM NO.** | **COMMODITY CODE** | **EXCHANGE RATE** | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| **CODE** | **TARIFF ITEM** | **FREIGHTED AS** | **RATE** | **PREPAID** | **COLLECT** | |

| | |
|---|---|
| | DATE CARGO RECEIVED |
| | DATE LADEN ON BOARD <br> 16 DEC 2024 |
| | PLACE OF BILL(S) ISSUE <br> KOLKATA |
| The printed terms and conditions on this Bill are available at its website at www.one-line.com | DATED <br> 16 DEC 2024 |
| | **SIGNED BY:** OCEAN NETWORK EXPRESS (INDIA) PVT. LTD. <br> , as agent for and on behalf of <br> Ocean Network Express Pte. Ltd. (ONE), AS CARRIER |

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM MODESTY 072E                    B/L NO.: ONEYCCUE17406300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SSIAN CLOTH  11X9  DYED OYSTER  4 7 H.S. CODE NO. 5310.90.92 180.0 0 BOLTS = 3600.00 YARDS = 5 CARTO NS JF003BRW DR  575837 HESSIAN CLOTH  11X9  DYED BROWN 47 H.S. CODE NO. 5310.90.92 108. 00 BOLTS = 2160.00 YARDS = 3 CART ONS JF004BLK DR  592444  HESSIAN CLOTH  11X9  DYED BLACK  47 H.S. CODE NO. 5310.90.92 36.00 BOLTS = 720.00 YARDS = 1 CARTON JF007ID PDR  710129  HESSIAN CLOTH  11X9 DYED IDAHO  47 H.S. CODE NO. 531 0.90.92 108.00 BOLTS = 2160.00 YA RDS = 3 CARTONS JF006SGE DR  3523 750 - HESSIAN CLOTH  11X9  DYED S AGE  47 H.S. CODE NO. 5310.90.92 1152.00 BOLTS = 23040.00 YARDS = 32 CARTONS JF001NAT DR  696237 H ESSIAN CLOTH  11X9 NATURAL  47 C ALENDERED H.S. CODE NO. 5310.10.1 3 NETT WEIGHT: 10,761.12 KGS. SHIPPING BILL NO. 6241568 DT. , 6241569 DT. 06.12.2024 SH> M/S GLOSTER LIMITED UNIT ANANYA FW> KOLKATA, WEST B ENGAL, 700001 | | |

----------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS:
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC (ACONSOLIDATOR) O/B OF TUFKO INTERNATIONAL KOLLAMKULAM BUILDING# 1/51A,ANAKKAL P.O,KANJIRAPALLY KOTTAYAM , SH> | COKE09603500 | ONEYCOKE09603500 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)
821N000242CC0

**CONSIGNEE**
JO-ANN STORES, LLC.
5555 DARROW ROAD,
HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.
UNITED LINER SHIPPING SERVICES
LLP 1ST FLOOR, DOOR NO.61/1624,
PAKIDATHITTAYIL (H), FW>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BLVD, STE 20 ROUSES
POINT , NY 12979 PH:518-536-3213
MAIL: US_AIR_SEA@DELMARUSA.COM

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| | COCHIN, INDIA | |
| OCEAN VESSEL VOYAGE NO. FLAG SSL VISAKHAPATNAM 203 | PORT OF LOADING COCHIN, INDIA | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE NEW YORK, NY,USA | PLACE OF DELIVERY PITMAN, NJ, USA | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL        CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TEMU8849263    / INA169488 | | | / 688 PACKAGES    /FCL / FCL/40HQ | 17382.400KGS/42.070M3 | |
| TRHU4110670    / INA169484 | | | / 733 PACKAGES    /FCL / FCL/40HQ | 18378.750KGS/34.340M3 | |
| PACKAGES 01-1421 | 1421 PACKAGES | | 1421 COIR DOOR MATS. INV. NO. :E2425/386, E2425/385, E2425/384, E2425/383 DT: 02.12.2024 SB NO:6164188, 6164421 DT: 04.12.2024 PO NO: 0173201937, 0173201936, 0173201938 HS CODE : 57039020 NET WT : 34,979.6 KGS | 35761.150KGS | 76.410CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: COCHIN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 DEC 2024

PLACE OF BILL(S) ISSUE
KOCHI

DATED
14 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:   2 OF   2

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: SSL VISAKHAPATNAM 203                    B/L NO.: ONEYCOKE09603500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SERVICE CONTRACT : CHI0212B24 CY/DOOR (DOOR DELIVERY SERVICE) ''THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.' FREIGHT COLLECT SH> KOTTAYAM ,KERALA INDIA FW> KURISUPALLY ROAD,COCHIN-682015, INDIA | | |

----------------------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS:
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER



COPY NON NEGOTIABLE

SEA WAYBILL

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC (ACONSOLIDATOR) O/B OF TUFKO INTERNATIONAL KOLLAMKULAM BUILDING# 1/51A,ANAKKAL P.O,KANJIRAPALLY KOTTAYAM   SH> | | COKE09605700 | ONEYCOKE09605700 |

**EXPORT REFERENCES**(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

821N000238CC0

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | UNITED LINER SHIPPING SERVICES LLP 1ST FLOOR, DOOR NO.61/1624, PAKIDATHITTAYIL (H), FW> |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT , NY 12979 PH:518-536-3213 MAIL: US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | COCHIN, INDIA |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| SM MANALI 048W | COCHIN, INDIA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| NEW YORK, NY, USA | WEST JEFFERSON, OH, USA | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TRHU7299253   / INA169483 | | | /   761 PACKAGES   /FCL / FCL/40HQ/19256.550KGS/45.990M3 | | |
| PACKAGES 01-761 | 761 PACKAGES | | 761 PACKAGES OF COIR DOOR MATS. INV. NO. : E2425/387 DT:03.12.2024 SB NO: 6167926 DT: 04.12.2024 PO NO: 0173201939 HS CODE : 57039020 NET WT : 18838.000 KGS SERVICE CONTRACT : CHI0212B24 CY/DOOR (DOOR DELIVERY SERVICE) ''THIS SHIPMENT CONTAINS NO | 19256.550KGS | 45.990CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: COCHIN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 16 DEC 2024 |
| | | | | | | PLACE OF BILL(S) ISSUE KOCHI |
| | | | | | | DATED 16 DEC 2024 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: SM MANALI 048W                    B/L NO.: ONEYCOKE09605700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SOLID WOOD PACKING MATERIAL.' FREIGHT COLLECT | | |

```
SH>
KERALA
INDIA

FW>
KURISUPALLY
ROAD,COCHIN-682015, INDIA
```

----------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

                                    , as agent for and on behalf of


              Ocean Network Express Pte. Ltd.
              (ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC (ACONSOLIDATOR) O/B OF TUFKO INTERNATIONAL KOLLAMKU LAM BUILDING# 1/51A,ANAKKALP.O, KANJIRAPALLY KOTTAYAM,KERALA INDIA | COKE09667800 | ONEYCOKE09667800 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)
821N000241CC0

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC 5555 DARROW ROAD, HUDSON, OH 44236 | UNITED LINER SHIPPING SERVICES LLP 1ST FLOOR, DOOR NO.61/1624, PAKIDATHITTAYIL (H), FW> |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT , NY 12979 PH:518-536-3213 MAIL: US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| SM MAHI 077E | COCHIN, INDIA | |
| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
| ONE AQUILA 027E | COCHIN, INDIA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
| SAVANNAH, GA, USA | OPELIKA, AL, USA | FCL / FCL     CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| BMOU6595398   / INA221431 | | | /   750 PACKAGES   /FCL / FCL/40HQ/19462.900KGS/34.730M3 | | |
| NYKU4361382   / INA221289 | | | /   764 PACKAGES   /FCL / FCL/40HQ/19317.800KGS/49.370M3 | | |
| TCNU4894006   / INA221288 | | | /   779 PACKAGES   /FCL / FCL/40HQ/19454.450KGS/53.750M3 | | |
| PACKAGES 01-2293 | 2293 PACKAGES | | 2293 COIR DOOR MATS. INV. NO. : E2425/388 DT : 03.12.2024 SB NO: 6169315 DT: 04.12.2024 PO NO: 0173201938 HS CODE : 57039020 NET WT : 56974.000 KGS SERVICE CONTRACT : CHI0212B24 CY/DOOR | 58235.150KGS | 137.850CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: COCHIN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 DEC 2024

PLACE OF BILL(S) ISSUE
KOCHI

DATED
14 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**PAGE:   2 OF   2**

## COPY NON NEGOTIABLE

VESSEL VOYAGE: ONE AQUILA 027E                    B/L NO.: ONEYCOKE09667800

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | (DOOR DELIVERY SERVICE) ''THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.' FREIGHT COLLECT | | |
| | | | FW> KURISUPALLY ROAD,COCHIN-682015, INDIA | | |

-----------------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC (ACONSOLIDATOR) O/B OF TUFKO INTERNATIONAL KOLLAMKULAM BUILDING# 1/51A,ANAKKAL P.O,KANJIRAPALLY KOTTAYAM , SH> | | COKE10616800 | ONEYCOKE10616800 |
| | | EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).) 821N000245CC0 | |

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | UNITED LINER SHIPPING SERVICES LLP 1ST FLOOR, DOOR NO.61/1624, PAKIDATHITTAYIL (H), FW> |

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT , NY 12979 PH:518-536-3213 MAIL: US_AIR_SEA@DELMARUSA.COM |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | COCHIN, INDIA |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| MOGRAL 088E | COCHIN, INDIA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA,USA | OPELIKA, AL,USA | FCL / FCL      CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)    **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TRHU7278944      / INA169275 | | / | 651 PACKAGES      /FCL / FCL/40HQ/16253.250KGS/34.340M3 | | |
| PACKAGES 01-651 | 651 PACKAGES | | 651 PACKAGES OF COIR DOOR MATS. INV. NO. :E2425/418 DT:03.01.2025 SB NO:6999796 DT:03.01.2025 PO NO: 0175710060 HS CODE : 57039020 NET WT : 15895.2 KGS SERVICE CONTRACT : CHI0212B24 CY/DOOR (DOOR DELIVERY SERVICE) ''THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.' | 16253.250KGS | 34.340CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: COCHIN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
07 JAN 2025

PLACE OF BILL(S) ISSUE
KOCHI

DATED
07 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: MOGRAL 088E                                B/L NO.: ONEYCOKE10616800

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | FREIGHT COLLECT | | |
| | | | SH> | | |
| | | | ,KERALA INDIA | | |
| | | | FW> | | |
| | | | KURISUPALLY | | |
| | | | ROAD,COCHIN-682015, INDIA | | |

----------------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:    OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



PAGE:   1 OF   2

**COPY NON NEGOTIABLE**

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC (A CONSOLIDATOR)ON BEHALF OF PARAMOUNT HOME COLLECTIONS PVT LTD GATE 2A-2B, AKHTAR COMPLEX, PARAMOUNT ENCL DELHI RD, 16 KM. SH> | DELE65551400 | ONEYDELE65551400 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC 5555 DARROW ROAD HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT, NY 12979,518-536-3213 EMAIL-US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| SINAR BAJO 054E | MUNDRA, INDIA |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| YM MODESTY 072E | MUNDRA, INDIA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| LOS ANGELES, CA, UNITED STATES | VISALIA, CA, UNITED STATES | FCL / FCL        CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)  **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU0346237        / IN1720958 BOLT51357148 | | / | 1066 CARTONS        /FCL / FCL/40HQ | 4183.646KGS | 62.088M3 |
| TLLU5455436        / IN1720959 BOLT51357147 | | / | 1295 CARTONS        /FCL / FCL/40HQ | 3318.150KGS | 71.912M3 |
| 01 TO 2361 2361 CARTONS | 2361 CARTONS | | 2X40 HC CONTAINER  2361 CARTONS CONTAINING HANDICRAFTS OF IRON  P.O: 0173254306 DT.05/07/2024 INVOICE: 4560 DT: 27/09/2024 | 7501.796KGS | 134.000CBM |

**  TO BE CONTINUED ON ATTACHED LIST  **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: DELHI RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 DEC 2024

PLACE OF BILL(S) ISSUE
DELHI

DATED
14 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:   2 OF    2

## COPY NON NEGOTIABLE

VESSEL VOYAGE: YM MODESTY 072E                    B/L NO.: ONEYDELE65551400

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SB NO: 6059418 DT.30/11/2024 HS CODE: 73269099, 94055000 IEC CODE: 2907002279 NET WT.4743.794 KGS FREIGHT:COLLECT SH> ST UP 244222 | | |

------------------------------------------------------------------------------------
```
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)
```

SIGNED BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE:   1 OF   2

**BILL OF LADING**

| SHIPPER/EXPORTER | | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS, INC. (A CONSOLIDATOR) ON BEHALF OF SHIV SHAKTI HOME KH NO.23//8,9,13, 18,23,46//3/2/2,95 VILLAGE PASSINA KALAN,SUB TEHSIL   SH> | | DELE65740400 | ONEYDELE65740400 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC 5555 DARROW ROAD HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System.  If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT, NY 12979,518-536-3213 EMAIL-US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| ESL DACHAN BAY 24006E | MUNDRA, INDIA | |
| OCEAN VESSEL VOYAGE NO.  FLAG YM MODESTY 072E | PORT OF LOADING MUNDRA, INDIA | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE LOS ANGELES, CA, UNITED STATES | PLACE OF DELIVERY VISALIA, CA, UNITED STATES | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL                    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| GAOU6619328       / IN1762184 | | | /    511 CARTONS       /FCL / FCL/40HQ/5664.600KGS/57.810M3 | | |
| 1 TO 511 511 CARTON | 511 CARTONS | | 511 CARTONS (FIVE HUNDRED ELEVEN CARTONS ONLY) 100% POLYESTER HANDLOOM DURRIES (FLOOR COVERING) PILLOW: COVER: 'SHELL: 100% POLYESTER HANDLOOM FILLING: 100% POLYESTER FIBER INV.NO. SSH24250400 DT.20.11.2024 | 5664.600KGS | 57.810CBM |

** TO BE CONTINUED ON ATTACHED LIST **

| Declared Cargo Value US $ _____ | . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged. | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT & CHARGES PAYABLE AT / BY: DELHI RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | | [3] ORIGINAL BILLS(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHERS(S) TO BE VOID. |
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 13 DEC 2024 |
| | | | | | | PLACE OF BILL(S) ISSUE DELHI |
| | | | | | | DATED 13 DEC 2024 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:   2 OF   2

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM MODESTY 072E                    B/L NO.: ONEYDELE65740400

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | PO # 0173201902 DC04<br>TOTAL PCS: 5054<br>TOAL CARTON: 511<br>SB NO : 6206701 DT.05-DEC-24<br>HS CODE: 57050029, 94049000,<br>IEC NO. AEKFS6217F<br><br>NT.WT. 4884.800 KGS<br><br>INSTRUMENT NUMBER:<br>OAHKP03107934/6055IM453059/24<br>DATE 22.10.2024<br><br>FREIGHT COLLECT<br><br>SH><br>BAPOLI PANIPAT-132103 HARYANA | | |

----------------------------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

COPY NON NEGOTIABLE

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC (A CONSOLIDATOR)ON BEHALF OF NEO CASTA INTERNATIONAL PLOT-C-3,C-4,C-5,INDUSTRIAL AREA PATNI ROAD,PILKHANI, U.P | DELE70373900 | ONEYDELE70373900 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC 5555 DARROW ROAD HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT, NY 12979,518-536-3213 EMAIL-US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | MUNDRA, INDIA |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING |
|---|---|
| SAN FRANCISCO BRIDGE 075E | MUNDRA, INDIA |

FINAL DESTINATION(for the Merchant's reference only)

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| NEW YORK, NY, UNITED STATES | PITMAN, NJ, UNITED STATES | FCL / FCL            CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| GCXU5190143        / IN1762886 BOLT51396016 | | / | 1044 CARTONS        /FCL / FCL/40HQ/7061.110KGS/60.220M3 | | |
| 1 TO  1044           1044 CARTONS | | | 1044 CARTONS SAID TO CONTAIN: CHRISTMAS FESTIVITIES  ITEMS MADE OF MANGO WOOD, & ALU. INVOICE NO.: 3632 DT. 21.12.2024 SB NO.: 6681835 DT. 23.12.2024 | 7061.110KGS | 60.220CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: DELHI RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |  |
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 02 JAN 2025 |
| | | | | | | PLACE OF BILL(S) ISSUE DELHI |
| | | | | | | DATED 02 JAN 2025 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: SAN FRANCISCO BRIDGE 075E          B/L NO.: ONEYDELE70373900

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | PO NO. 0172945484, 0172945485, 0172945486,, 0172952015, 0172952012 | | |
| | | | PCS : 15332 | | |
| | | | HS CODE:   95051000 | | |
| | | | TOTAL PCS: 15332 PCS | | |
| | | | FREIGHT COLLECT | | |

-------------------------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

**COPY  NON  NEGOTIABLE**

PAGE:   1 OF   2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS, INC.<br>ON BEHALF OF LINKNOR TRADE PTE LTD<br>10 ANSON ROAD INTERNATIONAL PLAZA<br>NO. 13-15 INTERNATIONAL PLAZA<br>SINGAPORE (079903) | | HANED4188600 | ONEYHANED4188600 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES<br>FMC NO. |
|---|---|
| JO-ANN STORES, LLC<br>5555 DARROW ROAD<br>HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) | |
|---|---|
| DELMAR<br>1 LINCOLN BLVD,<br>STE 20 ROUSES POINT, NY 12979<br>PHONE NUMBER:518-536-3213 NP> | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| YM TRIUMPH 022E | HAI PHONG |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| YM UPSURGENCE 069E | HAI PHONG | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| LOS ANGELES, CA | LOS ANGELES, CA | FCL / FCL | CY / CY |

| (CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) | PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER | | | | |
|---|---|---|---|---|---|
| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H<br>M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
| TCNU6195570   / VN50950AI | | | /  963 CARTONS   /FCL / FCL/40HQ/ | 6437.920KGS/66.450M3 | |
| FROM :<br>TO : JO-ANN<br>STORES<br>DISTRIBUTION<br>CENTER<br>COUNTRY OF<br>ORIGIN:<br>LOCATION NUMBER<br>:<br>PO NO.<br>ARTICLE NUMBER : | 963<br>CARTONS | | MINI CANVAS VALUE PACK PANEL 6PK<br>4X4<br>ARTIST CANVAS 24X24<br>ARTIST CANVAS 24X36<br><br>P/O NO.<br>0174928547 DC01 HUDSON<br>0174928548 DC04 VISALIA<br>0174928549 DC06 OPELIKA<br><br>HTS CODE: 5901.90.4000 | 6437.920KGS | 66.450CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY:<br>HANOI<br>SECAUCUS, NJ | SERVICE CONTRACT NO.<br>CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE<br>BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE    TARIFF ITEM    FREIGHTED AS    RATE    PREPAID    COLLECT | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
05 DEC 2024

PLACE OF BILL(S) ISSUE
HANOI

DATED
05 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPSURGENCE 069E                    B/L NO.: ONEYHANED4188600

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|

DESCRIPTION:

CASE QUANTITY :

PACK QUANTITY :

CARTON COUNT :

SERVICE CONTRACT: NYCB00376A

SH> PLAZA SINGAPOR E (079903)

NP> EMAIL TO ASSOCIATE:

US_AIR_SEA@DELMARUSA.COM

---------------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT

SHIPPER DECLARES THIS SHIPMENT

DOES NOT CONTAIN ANY WOOD PACKING

MATERIAL

DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE

PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S

RIGHTS AGAINST THE MERCHANT (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)

SHIPPER'S LOAD AND COUNT

SIGNED
BY:   OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 4

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN)LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,LUOHU   SH> | | HKGEL9382900 | ONEYHKGEL9382900 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

**FORWARDING AGENT-REFERENCES**
**FMC NO.**

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
EMAIL:US_AIR_SEA@DELMARUSA.COM NP>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| AIN SNAN EXPRESS 034E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| DRYU6057238   / CNCX41820 | 979 CARTONS | / | /FCL / FCL/40HQ/ | 3049.150KGS/62.190M3 |
| KKFU7913519   / CNCW71059 | 500 CARTONS | / | /FCL / FCL/40HQ/ | 2510.000KGS/61.980M3 |
| KKFU7990259   / CNCW71166 | 609 CARTONS | / | /FCL / FCL/40HQ/ | 3241.550KGS/63.570M3 |
| ONEU0236862   / CNCX47458 | 644 CARTONS | / | /FCL / FCL/40HQ/ | 2958.270KGS/63.440M3 |
| TCNU4004627   / CNCX47425 | 970 CARTONS | / | /FCL / FCL/40HQ/ | 3921.590KGS/63.290M3 |
| TRHU4229170   / CNCW71008 | 707 CARTONS | / | /FCL / FCL/40HQ/ | 3280.940KGS/65.090M3 |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # | 4409 CARTONS | | 4409 CARTONS IN TOTAL 6X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT SPR GERANIUM BUSH FUCHSIA HS CODE: 6702.90.3500 | 18961.500KGS | 379.560CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
21 NOV 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
21 NOV 2024

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

The printed terms and conditions on this Bill are available at its website at www.one-line.com

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: AIN SNAN EXPRESS 034E | | | B/L NO.: ONEYHKGEL9382900 | |
|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| JO-ANN ARTICLE:<br>DESCRIPTION:<br>QUANTITY:<br>GROSS WEIGHT:<br>CUBE:<br>COUNTRY OF<br>ORIGIN:<br>CARTON NO. | | | SPR KUMQUAT STEM ORANGE<br>HS CODE: 6702.10.4000<br>SPR PEONY BUSH PEACH<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM HOT PINK<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM LT BLUE<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM LT PINK<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM LT PURPLE<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM LT YELLOW<br>HS CODE: 6702.90.3500<br>SPR TULIP TEARDROP PEACH RED<br>HS CODE: 6702.90.3500<br>SPR TULIP WREATH PEACH RED<br>HS CODE: 6702.90.3500<br>SPR TULIP WREATH PEACH RED<br>HS CODE: 6702.90.3500<br>SPR BLUE GRDN VALERIAN BUSH<br>HS CODE: 6702.10.4000<br>SPR DAISY TULIP PICK<br>HS CODE: 6702.90.3500<br>SPR GARDEN VALERIAN BUSH PINK<br>HS CODE: 6702.10.4000<br>SPR GARDEN VALERIAN STEM WHITE<br>HS CODE: 6702.10.4000<br>SPR HYDRE DAHLIA RANU LEMON WREATH<br>HS CODE: 6702.90.3500<br>SPR PEONY POPPY DAISY WREATH YLW<br>HS CODE: 6702.90.3500<br>SPR ROSE HYDRANGEA WREATH PNK YLW<br>HS CODE: 6702.90.3500<br>SPR TULIP GARLAND PEACH RED<br>HS CODE: 6702.90.3500<br>SPR CABBAGE ROSE STEM BEIGE<br>HS CODE: 6702.90.3500<br>SPR CABBAGE ROSE STEM CREAM<br>HS CODE: 6702.90.3500<br>SPR DAISY BUSH PINK<br>HS CODE: 6702.90.3500<br>SPR GARDEN VALERIAN BUSH YLW<br>HS CODE: 6702.10.4000<br>SPR GARDEN VALERIAN STEM BLUE<br>HS CODE: 6702.10.4000<br>SPR NARCISSUS PICK YLW CRM<br>HS CODE: 6702.90.3500<br>SPR POPPY COSMOS TULIP GRLD<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM IVORY<br>HS CODE: 6702.90.3500<br>SPR ZINNIA POPPY COSMOS WRTH CRL<br>PRL PN | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: AIN SNAN EXPRESS 034E                    B/L NO.: ONEYHKGEL9382900

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | HS CODE: 6702.90.3500<br>SPR BLOSSOM BUSH CREAM<br>HS CODE: 6702.90.3500<br>SPR BLOSSOM BUSH PINK<br>HS CODE: 6702.90.3500<br>SPR CABBAGE ROSE STEM WHITE<br>HS CODE: 6702.90.3500<br>SPR DAISY BUSH YELLOW<br>HS CODE: 6702.90.3500<br>SPR DK PNK CBBGE ROSE STM<br>HS CODE: 6702.90.3500<br>SPR GARDEN VALERIAN STEM DK VIOLET<br>HS CODE: 6702.10.4000<br>SPR GRN BAMBOO HANGING STM<br>HS CODE: 6702.90.3500<br>SPR LEAF STEM CREAM<br>HS CODE: 6702.10.4000<br>SPR LEAF STEM GREEN<br>HS CODE: 6702.10.4000<br>SPR LEAF STEM LT GREEN<br>HS CODE: 6702.10.4000<br>PEONY HYDRANGE BERRY MIXED BUSH<br>HS CODE: 6702.90.3500<br>PEONY MUM HYDRA MIXED BSH<br>HS CODE: 6702.90.3500<br>PEONY ROSE HYDRA MIXED BSH<br>HS CODE: 6702.90.3500<br>ROSE HYDRA ZINNIA MIXED BSH<br>HS CODE: 6702.90.3500<br>RUSCUS LEAF GARLAND<br>HS CODE: 6702.90.3500<br>SPR CABBAGE ROSE STEM DK RED<br>HS CODE: 6702.90.3500<br>SPR GRN MAG GRLND<br>HS CODE: 6702.90.3500<br>SPR HEATHER BUSH FUCHSIA<br>HS CODE: 6702.10.4000<br>SPR HEATHER BUSH WHITE<br>HS CODE: 6702.10.4000<br>SPR PEONY RANUNCULU HYDR WRTH<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS BUSH CORAL<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS BUSH HOT PINK<br>HS CODE: 6702.90.3500<br>SPR RANUNCULUS STEM CORAL PINK<br>HS CODE: 6702.90.3500<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>SH><br>DISTRICT SHENZHEN O/B OF DESIGNS<br>FOR ALL SEASONS LTD THIS SHIPMENT | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: AIN SNAN EXPRESS 034E | B/L NO.: ONEYHKGEL9382900 |

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | CONTAINS NO WOOD PACKAGING MATERIAL NP> TEL:518 5363213 | | |

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,      SH> | HKGEP3501700 | ONEYHKGEP3501700 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of original Bill of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY 12979 EMAIL:US_AIR_ SEA@DELMARUSA.COM TEL:518 536 3213 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| UNAYZAH EXPRESS 034E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCKU4363453      / CNCW29341 | | / | 356 CARTONS      /FCL / FCL/40GP/1720.700KGS/56.040M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 356 CARTONS | | 356 CARTONS IN TOTAL 1X40ST CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT SPR GRN EUCA GRLND BOXWD HS CODE: 6702.90.3500 SPR GRN EUCA WRTH BOXWD HS CODE: 6702.90.3500 SPR PNK PEONY GRLND BRY GRN LVS HS CODE: 6702.90.3500 ************************************** | 1720.700KGS | 56.040CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____      . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 12 DEC 2024 |
| | | | | | | PLACE OF BILL(S) ISSUE SHENZHEN |
| | | | | | | DATED 12 DEC 2024 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: UNAYZAH EXPRESS 034E                    B/L NO.: ONEYHKGEP3501700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | ** THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL ********************************** ** SH> LUOHU DISTRICT SHENZHEN O/B OF ORIENTAL CRAFT IND CO LTD | | |

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE:  1 OF  3

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,    SH> | HKGEP3518800 | ONEYHKGEP3518800 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY 12979 EMAIL:US_AIR_SEA@DELMARUSA.COM  NP> |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| UNAYZAH EXPRESS 034E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCKU4622976    / CNCW29281 | | | /    315 CARTONS    /FCL / FCL/40GP/2289.390KGS/55.460M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 315 CARTONS | | 315 CARTONS IN TOTAL 1X40ST CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT AMARANTHUS SPRAY IN CREAM HS CODE: 6702.10.2000 ANENOME BUSH WHITE HS CODE: 6702.90.3500 BUSH ROSE DALIA BERRY MIXED HS CODE: 6702.90.3500 CREAM ANENOME STEM | 2289.390KGS | 55.460CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| SHENZHEN, GUANGDONG RICHMOND, VA | CHI0212B24 | | | | |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
12 DEC 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
12 DEC 2024

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

The printed terms and conditions on this Bill are available at its website at www.one-line.com

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: UNAYZAH EXPRESS 034E | | | B/L NO.: ONEYHKGEP3518800 | |
|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | HS CODE: 6702.90.3500 DUSTY PURPLE HYDRA STM HS CODE: 6702.90.3500 EUCALYPTUS STEM HS CODE: 6702.90.3500 FERN TIPS  SPRAY HS CODE: 6702.90.3500 FORSYTHIA SPRAY IN YELLOW HS CODE: 6702.90.3500 GERANIUM LEAF BUSH HS CODE: 6702.90.3500 GREEN LEAF PICK HS CODE: 6702.90.3500 SHIPPERS' DESIRE TO STATE THAT GREENERY IVY SPRAY HS CODE: 6702.90.3500 GRN BEGONIA MACULTA BUSH HS CODE: 6702.90.3500 HYD STEM IN BLUE HS CODE: 6702.90.3500 HYD STEM IN ORG HS CODE: 6702.90.3500 HYD STEM IN PUP HS CODE: 6702.90.3500 HYD STEM IN TOAST HS CODE: 6702.90.3500 HYD STEM IN WHT HS CODE: 6702.90.3500 ITALIAN RUSCUS PICK HS CODE: 6702.90.3500 LAMBS EAR PICK HS CODE: 6702.90.3500 LARGE POM POM SPRAY IN ORG HS CODE: 6702.90.3500 PEONY SPRAY IN DENIM BLUE HS CODE: 6702.90.3500 PEONY SPRAY IN PNK HS CODE: 6702.90.3500 PEONY STEM IN WHT HS CODE: 6702.90.3500 PICK MINI DAISY WHITE HS CODE: 6702.90.3500 PICK MINI DAISY YELLOW HS CODE: 6702.90.3500 PICK MINI POMPOM MUM RED HS CODE: 6702.90.3500 POMPOM MUM SPRAY IN  ORG HS CODE: 6702.90.3500 RANN SPRAY IN BLUE HS CODE: 6702.90.3500 RANN SPRAY IN PEACH HS CODE: 6702.90.3500 RANN SPRAY IN PUP HS CODE: 6702.90.3500 ROSE STEM IN BLUE | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: UNAYZAH EXPRESS 034E                    B/L NO.: ONEYHKGEP3518800

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | HS CODE: 6702.90.3500<br>ROSE STEM IN RED<br>HS CODE: 6702.90.3500<br>SILVR DLR EUCA PICK<br>HS CODE: 6702.90.3500<br>STRING OF HEARTS BUSH<br>HS CODE: 6702.90.3500<br>VELVET HYD IN BLACK<br>HS CODE: 6702.90.3500<br>WHITE GREEN MAGNOLIA STEM<br>HS CODE: 6702.90.3500<br>WHT MAGNOLIA PICK<br>HS CODE: 6702.90.3500<br>WHT POM POM MUM PICK<br>HS CODE: 6702.90.3500<br>WHT RANUNCULUS PICK<br>HS CODE: 6702.90.3500<br>WRISTERAI SPRAY IN PURPLE<br>HS CODE: 6702.90.3500<br>WRISTERIA SPRAY IN WHITE<br>HS CODE: 6702.90.3500<br>*******************************<br>**<br>THIS SHIPMENT<br>CONTAINS NO WOOD PACKAGING<br>MATERIAL<br>*******************************<br>**<br>SH><br>LUOHU DISTRICT SHENZHEN O/B OF<br>RONG FALI (SUN LI FUNG)<br>NP><br>TEL:518 53 63213 | | |

```
------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
```

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMM UNITY, NANHU STREET, LUOHU SH> | HKGEQ1540900 | ONEYHKGEQ1540900 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY 12979 EMAIL:US_AIR_SEA@DELMARUSA.COM NP> |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| BASLE EXPRESS 052E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| DRYU6043867      / CNDC89282 | | / | 819 CARTONS      /FCL / FCL/40HQ/3393.600KGS/65.407M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 819 CARTONS | | 819 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT ITALIAN RUSCUS BRANCH STEM HS CODE: 6702.10.2000 KPS26 YELLOW TONAL DAISY KNIT JACQUARD HS CODE: 6006.22.9080 PRAYER PLANT BUSH HS CODE: 6702.90.3500 | 3393.600KGS | 65.407CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | |
|---|---|---|---|---|---|
| SHENZHEN, GUANGDONG RICHMOND, VA | CHI0212B24 | | | | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
30 DEC 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
30 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:    2 OF    2

## COPY NON NEGOTIABLE

| VESSEL VOYAGE: BASLE EXPRESS 052E | | | | B/L NO.: ONEYHKGEQ1540900 | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| COUNTRY OF ORIGIN: CARTON NO. | | | SNOW WHITE ZEBRA PLANT BUSH HS CODE: 6702.90.3500 SUM AZALEA STEM BEAUTY HS CODE: 6702.90.3500 SUM BLUE BEAUTY ORANGE MIXED FLORAL B HS CODE: 6702.90.3500 SUM COSMOS STEM BEAUTY HS CODE: 6702.90.3500 SUM COSMOS STEM PEACH HS CODE: 6702.90.3500 SUM HIBISCUS STEM BEAUTY HS CODE: 6702.90.3500 SUM HIBISCUS STEM PINK HS CODE: 6702.90.3500 SUM ORANGE PINK MINI RANUNCULUS HANGI HS CODE: 6702.90.3500 SUM RANUNCULUS STEM YLW HS CODE: 6702.90.3500 ****************************** ** THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL ****************************** ** SH> DISTRICT SHENZHEN O/B OF VARIOUS VENDORS NP> TEL:518 5363213 | | |

---

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE:   1 OF   2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN)LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002JIABINROAD, JIABEI COMMUNITY, NANHU STREET,        SH> | HKGEQ1586500 | ONEYHKGEQ1586500 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

**FORWARDING AGENT-REFERENCES**
**FMC NO.**

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of original Bill of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
EMAIL:US_AIR_SEA@DELMARUSA.COM NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| | YANTIAN, CN | |
| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
| NEW YORK EXPRESS 054E | YANTIAN, CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
| NORFOLK VA, VA | HUDSON, OH | FCL / FCL                      CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)  **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU0349982    / CNDC54477 | | / | 823 CARTONS        /FCL / FCL/40HQ/4164.050KGS/61.130M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 823 CARTONS | | 823 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT PEONY HYDRANGE BERRY MIXED BUSH HS CODE: 6702.90.3500 SPR BERRY STEM YLW HS CODE: 6702.10.4000 SPR BLUE GRDN VALERIAN BUSH HS CODE: 6702.10.4000 SPR CABBAGE ROSE STEM BEIGE | 4164.050KGS | 61.130CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____      . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
21 DEC 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
21 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:   2 OF   2

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: NEW YORK EXPRESS 054E                    B/L NO.: ONEYHKGEQ1586500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | HS CODE: 6702.90.3500 SPR GARDEN VALERIAN STEM BLUE HS CODE: 6702.10.4000 SPR GARDEN VALERIAN STEM WHITE HS CODE: 6702.10.4000 SPR GERANIUM BUSH FUCHSIA HS CODE: 6702.90.3500 SPR GRN BAMBOO HANGING STM HS CODE: 6702.90.3500 SPR HEATHER BUSH FUCHSIA HS CODE: 6702.10.4000 SPR HEATHER BUSH WHITE HS CODE: 6702.10.4000 SPR LEAF STEM CREAM HS CODE: 6702.10.4000 SPR LEAF STEM GREEN HS CODE: 6702.10.4000 SPR LEAF STEM LT GREEN HS CODE: 6702.10.4000 SPR PEONY RANU DAISY BUSH CRL PNK HS CODE: 6702.90.3500 ******************************** ** ******************************** ** SH> LUOHU DISTRICT SHENZHEN O/B OF DESIGNS FOR ALL SEASONS LTD THIS SHIPMENTCONTAINS NO WOOD PACKAGING MATERIAL NP> TEL:518 5363213 | | |

-------------------------------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN)LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,        SH> | HKGER4762500 | ONEYHKGER4762500 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONA 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY 12979 EMAIL:US_AIR_SEA@DELMARUSA.COM NP> |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| NEW YORK EXPRESS 054E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCKU4521374    / CNDC38956 | | | /    1211 CARTONS    /FCL / FCL/40GP/7392.200KGS/56.172M3 | | |
| TCNU4897474    / CNDC30085 | | | /     875 CARTONS    /FCL / FCL/40HQ/8050.000KGS/66.500M3 | | |
| UETU4163461    / CNDC54474 | | | /    1803 CARTONS    /FCL / FCL/40GP/8293.800KGS/57.700M3 | | |
| ------------------------------------ | | | --------------------------------------------------------------------- | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: | 3889 CARTONS | | 3889 CARTONS IN TOTAL 2X40ST,1X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT 2 SETS OF 3 FLIPTOP KIDS SAFARI HS CODE: 4823.90.6700 1 SET OF 6 FLIPTOP DARK FLORAL HS CODE: 4823.90.6700 1 SET OF 6 FLIPTOP DARK FLORAL | 23736.000KGS | 180.372CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____  . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
21 DEC 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
21 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: NEW YORK EXPRESS 054E                    B/L NO.: ONEYHKGER4762500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| GROSS WEIGHT: CUBE: COUNTRY OF ORIGIN: CARTON NO. | | | HS CODE: 4823.90.6700 2 SETS OF 3 FLIPTOP KIDS SAFARI HS CODE: 4823.90.6700 ********************************* ** ********************************* ** SH> LUOHU DISTRICT SHENZHEN O/B OF ENCHANTE ACCESSORIES INC THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL NP> TEL:518 5363213 | | |

------------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,    SH> | | HKGER4782700 | ONEYHKGER4782700 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) | |
|---|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY12979 EMAIL: US_AIR_SEA@DELMARUSA.COM    NP> | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING |
|---|---|
| HMM GARNET 004E | YANTIAN, CN |

FINAL DESTINATION(for the Merchant's reference only)

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)  **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| FDCU0575854    / CNDC34333 | | / | 663 CARTONS    /FCL / FCL/40HQ/ | 2349.810KGS/66. | 060M3 |
| TCLU1542513    / CNDC33200 | | / | 519 CARTONS    /FCL / FCL/40HQ/ | 1913.220KGS/66. | 130M3 |
| TCLU1678942    / CNDC32270 | | / | 453 CARTONS    /FCL / FCL/40HQ/ | 3026.980KGS/66. | 430M3 |
| ONEU0463510    / CNDC34354 | | / | 606 CARTONS    /FCL / FCL/40HQ/ | 1822.020KGS/66. | 080M3 |
| SEGU5052876    / CNDH67643 | | / | 513 CARTONS    /FCL / FCL/40HQ/ | 2082.780KGS/66. | 410M3 |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: | 2754 CARTONS | | 2754 CARTONS IN TOTAL 5X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT AMER BERRIES LEAVES BUSH BLUE HS CODE: 6702.10.2000 AMER BERRIES LEAVES BUSH RED | 11194.810KGS | 331.110CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE    TARIFF ITEM    FREIGHTED AS    RATE    PREPAID    COLLECT | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
24 DEC 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
24 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:   2 OF   2

## COPY NON NEGOTIABLE

VESSEL VOYAGE: HMM GARNET 004E                    B/L NO.: ONEYHKGER4782700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| DESCRIPTION:<br>QUANTITY:<br>GROSS WEIGHT:<br>CUBE:<br>COUNTRY OF<br>ORIGIN:<br>CARTON NO. | | | HS CODE: 6702.10.2000<br>AMER BERRIES LEAVES BUSH WHITE<br>HS CODE: 6702.10.2000<br>SUM PNK BOUGANVILLEA HANGING<br>BASKET<br>HS CODE: 6702.90.3500<br>SUM SUNFLOWER GARLAND<br>HS CODE: 6702.90.3500<br>SUM SUNFLOWER DAISY LVS STEM<br>HS CODE: 6702.90.3500<br>SUM SUNFLOWER POPPY DAISY WREATH<br>HS CODE: 6702.90.3500<br>SUM DAHLIA BERRIES LVS PICK RED<br>HS CODE: 6702.90.3500<br>SUM RANUNCULUS POPPY PANSY BASKET<br>HS CODE: 6702.90.3500<br>SUM SUNFLOWER COSMOS GARLAND<br>HS CODE: 6702.90.3500<br>SUM SUNFLOWER DAISY LVS STEM<br>HS CODE: 6702.90.3500<br>SUM DAHLIA PALM FORTHSIA PANSY<br>WREATH<br>HS CODE: 6702.90.3500<br>SUM LEMON BEERY HANGING BASKET<br>HS CODE: 6702.10.4000<br>SUM PALM EUCA FERN WREATH<br>HS CODE: 6702.90.3500<br>SUM PLASTIC LVS STEM GREENERY<br>HS CODE: 6702.10.2000<br>********************************<br>**<br>*CRAFT IND CO LTD THIS SHIPMENT<br>CONTAINS NO WOOD PACKAGING<br>MATERIAL<br>********************************<br>**<br>SH><br>LUOHU DISTRICT SHENZHEN<br>O/B OF ORIENTAL<br>NP><br>TEL:518 5363213 | | |

-------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER


**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE:  1 OF  3

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN)LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,      SH> | HKGER4829900 | ONEYHKGER4829900 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON,
OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of original Bill of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979 EMAIL:US_AIR_
SEA@DELMARUSA.COM           NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| NEW YORK EXPRESS 054E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| NORFOLK VA, VA | HUDSON, OH | FCL / FCL                    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU5808908   / CNDC30986 | | / | 1232 CARTONS      /FCL / FCL/40HQ/9280.000KGS/66.840M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 1232 CARTONS | | 1232 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT 6 PIECE TOOL SET IN GRAY INCLUSIVE OF P HS CODE: 8213.00.9000 BRIGHT TEAL IRON ON VINYL ROLL 12X36 HS CODE: 3921.90.4090 | 9280.000KGS | 66.840CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
21 DEC 2024

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
21 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: NEW YORK EXPRESS 054E                    B/L NO.: ONEYHKGER4829900

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | CHEETAH PRINT IRON ON VINYL ROLL 12X24 HS CODE: 3921.90.4090 GLITTER PERM VINYL  GREEN 12X24 HS CODE: 3921.90.4090 GLITTER PERM VINYL  PINK  12X24 HS CODE: 3921.90.4090 GLITTER PERM VINYL ORANGE 12X24 HS CODE: 3921.90.4090 GLITTER PERM VINYL PURPLE 12X24 HS CODE: 3921.90.4090 HOLO SPARKLE PERM VINYLBULE12X24 HS CODE: 3921.90.4090 HOLO SPARKLE PERM VINYLPINK12X24 HS CODE: 3921.90.4090 HOLO SPARKLE PERM VINYLRED12X24 HS CODE: 3921.90.4090 HOLOGRAHPIC  IRON ON PINK VINYL 12X24 HS CODE: 3921.90.4090 HOLOGRAHPIC  IRON ON SILVER VINYL 12X24 HS CODE: 3921.90.4090 IRON ON VINYL MATTE NEON GREEN 12X36 HS CODE: 3921.90.4090 IRON ON VINYL SNOW LEOPARD PRINT12X24 HS CODE: 3921.90.4090 METALLIC IRON ON BLUE VINYL 12X24 HS CODE: 3921.90.4090 METALLIC IRON ON GOLD VINYL 12X24 HS CODE: 3921.90.4090 METALLIC IRON ON ORANGE VINYL 12X24 HS CODE: 3921.90.4090 METALLIC IRON ON PURPLE VINYL 12X24 HS CODE: 3921.90.4090 ORANGE IRON ON VINYL ROLL 12X36 HS CODE: 3921.90.4090 ORANGE PERMANENT VINYL 12X36 HS CODE: 3921.90.4090 PATTERN ORANGE/BLACK IRON ON VINY 12X24 HS CODE: 3921.90.4090 PERM VINYL MATT   LIGHT BULE 12X36 HS CODE: 3921.90.4090 PERM VINYL SOLIDS  PURPLE 12X36 HS CODE: 3921.90.4090 PERM VINYL SOLIDS  YELLOW 12X36 HS CODE: 3921.90.4090 PERM VINYL ZEBRA SPECIALTY 12X24 HS CODE: 3921.90.4090 | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

## COPY NON NEGOTIABLE

| VESSEL VOYAGE: NEW YORK EXPRESS 054E | | | B/L NO.: ONEYHKGER4829900 | |
|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

```
                                   PERMANENT VINYLSOLIDS  MAGENTA
                                   12X36
                                   HS CODE: 3921.90.4090
                                   PUFFY IRON ON VINYL ORANGE 12X24
                                   HS CODE: 3921.90.4090
                                   PUFFY IRON ON VINYL PINK 12X24
                                   HS CODE: 3921.90.4090
                                   PUFFY IRON ON VINYL YELLOW  12X24
                                   HS CODE: 3921.90.4090
                                   RAINBOW HOLOGRAPHIC IRONON
                                   VINYLROLL12X
                                   HS CODE: 3921.90.4090
                                   SLAP BRACELET PRIMARY8 COUNT
                                   HS CODE: 7117.19.9000
                                   SLAP BRACELET SHERBET8 COUNT
                                   HS CODE: 7117.19.9000
                                   STENCIL VINYL 12X36
                                   HS CODE: 3920.20.0055
                                   SUCTIONED VINYL WEEDING SCRAP
                                   COLLECTOR
                                   HS CODE: 3926.90.9989
                                   TRIMMER
                                   HS CODE: 8441.10.0000
                                   VINYL APPLICATOR
                                   HS CODE: 8207.90.7585
                                   WHITE IRON ON VINYL ROLL 12X36
                                   HS CODE: 3921.90.4090
                                   ********************************
                                   **
                                   THIS SHIPMENT CONTAINS NO WOOD
                                   PACKAGING MATERIAL
                                   ********************************
                                   **
                                   SH>
                                   RIZEE CULTURAL CREATIVITY
```

```
OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
```

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 3

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET, LUOHU SH> | HKGER9034900 | ONEYHKGER9034900 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979 EMAIL:
US_AIR_SEA@DELMARUSA.COM      NP>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| ESSEN EXPRESS 050E | YANTIAN, GUANGDONG |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| HMM HOPE 056E | YANTIAN, GUANGDONG | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)  **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TLLU6105200  / CNDK21448 | | / | 399 CARTONS    /FCL / FCL/40GP/ | 2285.900KGS/55. | 600M3 |
| UETU4102912  / CNDK20693 | | / | 220 CARTONS    /FCL / FCL/40GP/ | 2107.000KGS/48. | 100M3 |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: | 619 CARTONS | | 619 CARTONS IN TOTAL 2X40ST CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT HYDRANGEA GREEN HS CODE: 6702.90.3500 HYDRANGEA WHITE HS CODE: 6702.90.3500 SPR GRN EUCA GRLND HS CODE: 6702.10.4000 | 4392.900KGS | 103.700CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____          . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 JAN 2025

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
14 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY:  OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: HMM HOPE 056E | | | B/L NO.: ONEYHKGER9034900 | | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| CUBE: COUNTRY OF ORIGIN: CARTON NO. | | | SPR PEACH ROSE GRLND PNK WHTE BLSSM | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | SPR WHTE ROSE GRLND BRY | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | WISTERIA BUSH BLACK | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | WISTERIA BUSH PINK | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | WISTERIA BUSH PUR | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | WISTERIA STEM BLACK | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | BOXWOOD MAT GREEN | | |
| | | | HS CODE: 6702.10.4000 | | |
| | | | DAISY BUSH CRM | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | DAISY BUSH YLW LT | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | GREEN EUCALYPTUS PICK | | |
| | | | HS CODE: 6702.10.4000 | | |
| | | | HELEBORUS BUSH BURG | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | HYDRANGEA HONEY GOLD | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | MINI LEAVES BUSH | | |
| | | | HS CODE: 6702.10.4000 | | |
| | | | OLIVE LEAF PICK | | |
| | | | HS CODE: 6702.10.4000 | | |
| | | | PURPLE LAVENDER BUSH | | |
| | | | HS CODE: 6702.10.4000 | | |
| | | | RANUNCULUS BUSH PINK | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | RANUNCULUS BUSH RED | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | RANUNCULUS BUSH WHT | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | WISTERIA BUSH BLUE | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | WISTERIA BUSH WHITE | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | XSS PINK ROSE CHAIN GARLAND | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | XSS RED ROSE CHAIN GARLAND | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | XSS WHITE HEATHER STEM | | |
| | | | HS CODE: 6702.90.3500 | | |
| | | | ********************************** | | |
| | | | ********************************** | | |
| | | | SH> | | |
| | | | DISTRICT SHENZHEN O/B OF ELEGANT HOME LTD THIS SHIPMENT CONTAINS NO | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: HMM HOPE 056E                    B/L NO.: ONEYHKGER9034900

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | WOOD PACKAGING MATERIAL NP> TEL:518 536 3213 | | |

------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 3

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET, LUOHU SH> | | HKGER9035300 | ONEYHKGER9035300 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

CONSIGNEE
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
EMAIL:US_AIR_SEA@DELMARUSA.COM NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| ESSEN EXPRESS 050E | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| HMM HOPE 056E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| NORFOLK, VA | HUDSON, OH | FCL / FCL    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| FFAU6493186 / CNCW73104 | | | /   612 CARTONS   /FCL / FCL/40HQ | 2723.300KGS/65.890M3 | |
| UETU4026685 / CNDK26852 | | | /   245 CARTONS   /FCL / FCL/40GP | 2445.400KGS/54.720M3 | |
| ------------------------------------------ | | | ------------------------------------------ | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: | 857 CARTONS | | 857 CARTONS IN TOTAL 1X40ST, 1X40HC CONTAINER SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT SPR GRN EUCA GRLND HS CODE: 6702.10.4000 SPR PEACH ROSE GRLND PNK WHTE BLSSM HS CODE: 6702.90.3500 SPR WHTE ROSE GRLND BRY | 5168.700KGS | 120.610CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 JAN 2025

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
14 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:    2 OF    3

## COPY NON NEGOTIABLE

VESSEL VOYAGE: HMM HOPE 056E                     B/L NO.: ONEYHKGER9035300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| CUBE: COUNTRY OF ORIGIN: CARTON NO. | | | HS CODE: 6702.90.3500 XSS RED ROSE CHAIN GARLAND HS CODE: 6702.90.3500 BOXWOOD MAT GREEN HS CODE: 6702.10.4000 DAISY BUSH CRM HS CODE: 6702.90.3500 DAISY BUSH YLW LT HS CODE: 6702.90.3500 GREEN EUCALYPTUS PICK HS CODE: 6702.10.4000 HELEBORUS BUSH BURG HS CODE: 6702.90.3500 HYDRANGEA GREEN HS CODE: 6702.90.3500 HYDRANGEA HONEY GOLD HS CODE: 6702.90.3500 HYDRANGEA WHITE HS CODE: 6702.90.3500 MINI LEAVES BUSH HS CODE: 6702.10.4000 OLIVE LEAF PICK HS CODE: 6702.10.4000 PURPLE LAVENDER BUSH HS CODE: 6702.10.4000 RANUNCULUS BUSH PINK HS CODE: 6702.90.3500 RANUNCULUS BUSH RED HS CODE: 6702.90.3500 RANUNCULUS BUSH WHT HS CODE: 6702.90.3500 WISTERIA BUSH BLACK HS CODE: 6702.90.3500 WISTERIA BUSH PINK HS CODE: 6702.90.3500 WISTERIA BUSH PUR HS CODE: 6702.90.3500 WISTERIA STEM BLACK HS CODE: 6702.90.3500 XSS PINK ROSE CHAIN GARLAND HS CODE: 6702.90.3500 ********************************** THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL ********************************** SH> DISTRICT SHENZHEN O/B OF ELEGANT HOME LTD NP> TEL:518 536 3213 | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: HMM HOPE 056E                    B/L NO.: ONEYHKGER9035300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|

---------------------------------------------------------------------------------------------

```
OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
```

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET, SH> | HKGER9039700 | ONEYHKGER9039700 |
| | EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).) | |

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY12979 EMAIL: US_AIR_SEA@DELMARUSA.COM         NP> |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable ('To Order/of') Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING |
|---|---|
| ESSEN EXPRESS 050E | YANTIAN, CN |

FINAL DESTINATION(for the Merchant's reference only)

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| NORFOLK, VA | HUDSON, OH | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCKU4881180    / CNDK26378 | | | /    853 CARTONS    /FCL / FCL/40GP/3524.370KGS/55.430M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 853 CARTONS | | 853 CARTONS IN TOTAL 1X40ST CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT SUM DAHLIA DAISY HEATHER PICK PNK YLW HS CODE: 6702.90.3500 SUM FERN RUBBER LVS BUSH HS CODE: 6702.90.3500 SUM FERN RUBBER LVS STEM GREEN HS CODE: 6702.90.3500 | 3524.370KGS | 55.430CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| | CHI0212B24 | | | | |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 JAN 2025

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
14 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: ESSEN EXPRESS 050E                    B/L NO.: ONEYHKGER9039700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | SUM PNK PEONY BUSH HS CODE: 6702.90.3500 SUM SPLIT PHILO ZEBRA ACUBA LVS BUSH HS CODE: 6702.90.3500 SUM YLLW HIBIS BUSH HS CODE: 6702.90.3500 ********************************** THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL ********************************** SH> LUOHU DISTRICT SHENZHEN O/B OF DESIGNS FOR ALL SEASONS LTD NP> TEL:518 5363213 | | |

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN) LTD.(A CONSOLIDATOR) 38/F,PANGLIN PLAZA (OFFICE TOWER), NO.2002 JIABINROAD, JIABEI COMMUNITY, NANHU STREET,      SH> | HKGER9050700 | ONEYHKGER9050700 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNE**
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of original Bill of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
EMAIL:US_AIR_SEA@DELMARUSA.COM  NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
|  | YANTIAN, CN |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| ESSEN EXPRESS 050E | YANTIAN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL                    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TLLU6107219    / CNDH70916 | | | /      633 CARTONS        /FCL / FCL/40GP/2113.950KGS/50.090M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 633 CARTONS | | 633 CARTONS IN TOTAL 1X40ST CONTAINER SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT AMER DAISY HEATHER BERRY BUSH WHT RD BL HS CODE: 6702.90.3500 AMER HYDRANGEA BUSH RED WHITE BLUE HS CODE: 6702.90.3500 SUM DAISY HYDRANGEA COSMOS BUSH HS CODE: 6702.90.3500 | 2113.950KGS | 50.090CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN, GUANGDONG RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 JAN 2025

PLACE OF BILL(S) ISSUE
SHENZHEN

DATED
14 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
SHENZHEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: ESSEN EXPRESS 050E                B/L NO.: ONEYHKGER9050700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | SUM SUNFLW PNY BLACK EYED SUSAN BUSH HS CODE: 6702.90.3500 ********************************** ** THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL ********************************** ** SH> LUOHU DISTRICT SHENZHEN O/B OF DESIGNS FOR ALL SEASONS LTD NP> TEL:518 5363213 | | |

------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. SHENZHEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE:  1 OF  2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO.<br>JHBE33565700 | SEA WAYBILL NO.<br>ONEYJHBE33565700 |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS,INC.<br>ON BEHALF OF FEIHONG MALAYSIA SDN<br>BHD FEIHONG MALAYSIA SDN BHD C/O<br>GWEN STUDIOS, LLC            SH> | | EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).) | |

CONSIGNEE
JO-ANN STORES, LLC
5555 DARROW ROAD
HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR
1 LINCOLN BLVD, STE 20 ROUSES
POINT,NY 12979 518-536-3213
US_AIR_SEA@DELMARUSA.COM

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY<br>MAERSK MONTE LASCAR 446S | PLACE OF RECEIPT<br>TANJUNG PELEPAS | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG<br>ONE SWAN 029E | PORT OF LOADING<br>TANJUNG PELEPAS | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY<br>NEW YORK, NY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)<br>FCL / FCL            CY / CY |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H<br>M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCNU4477255    / MY848182 | | | /    3002 CARTONS    /FCL / FCL/40HQ/8911.460KGS/61.280M3 | | |
| NO MARKS | 3002<br>CARTONS | | 1X40' HQ CONTAINER :-<br>PO#0172951969<br>KITCHEN ITES<br><br>FINAL DESTINATION: HUDSON<br><br>SH><br>NO.3A & NO.3B JALAN SUNGAI<br>CHANDONG,26/KS11 TAMAN<br>PERINDUSTRIAN, FASA 3,42920<br>PULAU INDAH, SELANGOR, | 8911.460KGS | 61.280CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY:<br>JOHORE BAHRU<br>RICHMOND, VA | SERVICE CONTRACT NO.<br>CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE<br>BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
17 NOV 2024

PLACE OF BILL(S) ISSUE
JOHOR BAHRU

DATED
17 NOV 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED
BY: OCEAN NETWORK EXPRESS (M)
SDN.BHD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: ONE SWAN 029E                    B/L NO.: ONEYJHBE33565700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | MALAYSIA | | |

```
------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S
RIGHTS AGAINST THE MERCHANT (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
"SHIPPER'S LOAD & COUNT"
```

SIGNED BY:   OCEAN NETWORK EXPRESS (M) SDN.BHD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS, INC. ON BEHALF OF FEIHONG MALAYSIA SDN BHD FEIHONG MALAYSIA SDN BHD C/O GWEN STUDIOS, LLC NO.3A & NO.3B SH> | JHBE33566800 | ONEYJHBE33566800 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
JO-ANN STORES, LLC
5555 DARROW ROAD
HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR
1 LINCOLN BLVD,
STE 20 ROUSES POINT, NY 12979
518-536-3213                     NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| MAERSK MONTE LASCAR 446S | TANJUNG PELEPAS |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| ONE SWAN 029E | TANJUNG PELEPAS | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA | SAVANNAH, GA | FCL / FCL    CY / CY |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| DRYU4281676     / MY848183 | | | /    2437 CARTONS    /FCL / FCL/40GP/7072.840KGS/53.380M3 | | |
| NO MARKS | 2437 CARTONS | | 1X40' GP CONTAINER :- PO#0172951971 KITCHEN ITEMS FINAL DESTINATION: OPELIKA, AL SH> JALAN SUN GAI CHANDONG,26/KS11 TAMAN PERINDUSTRIAN FASA 3,42920 PULAU INDAH, SELANGOR,MALAYSIA | 7072.840KGS | 53.380CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____      . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: JOHORE BAHRU RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE    TARIFF ITEM    FREIGHTED AS    RATE | | PREPAID | | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
17 NOV 2024

PLACE OF BILL(S) ISSUE
JOHOR BAHRU

DATED
17 NOV 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (M) SDN.BHD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

| VESSEL VOYAGE: ONE SWAN 029E | | | | B/L NO.: ONEYJHBE33566800 | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

```
                              NP>
                              US_AIR_SEA@DELMARUSA.COM
-------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S
RIGHTS AGAINST THE MERCHANT (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
"SHIPPER'S LOAD & COUNT"
```

SIGNED BY:   OCEAN NETWORK EXPRESS (M) SDN.BHD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

COPY NON NEGOTIABLE

PAGE: 1 OF 3

**SEA WAYBILL**

| | |
|---|---|
| SHIPPER/EXPORTER<br>CENTURY DISTRIBUTION SYSTEMS INC(A CONSOLIDATOR) ON BEHALF OF SRI RAMLAKSHMAN FABS NO.1/65-12, THENDRAL NAGAR KOTTAIMEDU,KOMARAPALAYAM,NAMAKKAL | BOOKING NO. MAAE45250600    SEA WAYBILL NO. ONEYMAAE45250600 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| | |
|---|---|
| CONSIGNEE<br>JO-ANN STORES, LLC<br>5555 DARROW ROAD HUDSON,<br>OH 44236 | FORWARDING AGENT-REFERENCES<br>FMC NO.<br>UNITED LINER SHIPPING SERVICES<br>LLPE SSAR HOUSE /CHENNAI HOUSE<br>NO. 6 , 3RD FLOOR,ESPLANADE FW> |

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BLVD, STE 20
12979,518-536-3213US_AIR_SEA@DELMAR
ROUSESPOINT,NY USA.COM

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT CHENNAI, INDIA | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG SEASPAN OSAKA 021E | PORT OF LOADING CHENNAI, INDIA | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE LOS ANGELES, CA, USA | PLACE OF DELIVERY CHINO, CA, USA | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)    PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU0709306 / INA211494 | | | /   487 CARTONS   /FCL / FCL/40HQ/11347.940KGS/63.210M3 | | |
| 01 TO 154,<br>01 TO 67,<br>01 TO 03,<br>01 TO 47,<br>01 TO 05,<br>01 TO 09,<br>01 TO 202, | 487<br>CARTONS | | 90% COTTON 10% LINEN<br>(WIDTH-43 INCH) YAR N DYED<br>WOVEN FABRIC<br><br>100PCT POLYESTER RIBBON<br><br>100% COTTON POWERLOOM WOVEN YARN<br>DYED WOVEN FABRICS [ COLOURED ]<br><br>INV NO :<br>RRB/2425/EXP/989/05.12.24, | 11347.940KGS | 63.210CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY:<br>CHENNAI<br>RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE   TARIFF ITEM   FREIGHTED AS   RATE | | PREPAID | | COLLECT | |
| | | | | | DATE CARGO RECEIVED |
| | | | | | DATE LADEN ON BOARD 10 JAN 2025 |
| | | | | | PLACE OF BILL(S) ISSUE CHENNAI |
| | | | | | DATED 10 JAN 2025 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: SEASPAN OSAKA 021E                    B/L NO.: ONEYMAAE45250600

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | TW-2629/12.12.24,<br>TW-2633/14.12.24,<br>EXP-561/12.12.24,<br>EXP-555/12.12.24,<br>EXP-558/12.12.24,<br>RRB/2425/EXP/1001/10.12.24,<br><br>PO NO:<br>0175098602-DC-04-VISALIA,CA<br>0174930103-DC-04-VISALIA,CA<br>0173705817-DC-04-VISALIA,CA<br>0175295406-DC-06-OPELIKA,AL<br>0173705829-DC-04-VISALIA,CA<br>0174275007-DC-04-VISALIA,CA<br>0174201616-DC-04-VISALIA,CA<br>0174470043-DC-20-WEST JEFFESON,OH<br><br>SB NO:<br>6202033/05.12.24,<br>6400528/12.12.24,<br>6460162/14.12.24,<br>6502856/16.12.24,<br>6502848/16.12.24,<br>6502860/16.12.24,<br>6330310/10.12.24,<br><br>ITEM NO:<br>20344982,20344990,20345005,<br>20345013,20345021,20345039,<br>20345047,20345054,20339735,<br>20345120,20345138,20348140,<br>20348157,20348165,20348405,<br>20348413,20348421,20348439,<br>20348447,20348454,20348462,<br>20348470,20348488,20348496,<br>6900765,6901003,6902761,<br>6902852,20354387,20354395,<br>20371555,20371563,20371571,<br>20371589,20371597,20371605,<br>20371613,20375853,20377412,<br>20377420,20377453,20377461,<br>20377479,20377487,20378220,<br>20378238,20378246,20378253,<br>20378279,20378287,20378295,<br>20378303,20378733,20378741,<br>20378766,20378782,20378790,<br>20378808,20378816,20378832,<br>20378840,20378857,20378881,<br>20378899,20378907,20378915,<br>20378923,20378931,20378949,<br>20378956,16840183,18444802,<br>18444810,18444885,18444893,<br>20375002,20375010,20375028,<br>20375036,20375044,20375051,<br>20375069,20375077,20375085, | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: SEASPAN OSAKA 021E                    B/L NO.: ONEYMAAE45250600

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 20375093,18444794, | | |
| | | | TEXTURES AND WEAVES INDIA PRIVATE LIMITED | | |
| | | | 6/1 SILAMBU STREET  PADMANABA NAG AR | | |
| | | | CHOOLAIMEDU,CHENNAI | | |
| | | | RIBBEST RIBBONS AND BOWS (INDIA) PRIVATE LIMITED | | |
| | | | STAGING UNIT -4,PLOT NO 8C,BIACPL SEZ,PUDIMADAKA ROAD, | | |
| | | | ATCHUTHAPURAM,VISAKHAPATNAM | | |
| | | | FREIGHT COLLECT | | |
| | | | FW> | | |
| | | | CHENNAI - 60010 8 | | |

-------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS:
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

COPY NON NEGOTIABLE

PAGE: 1 OF 3

**SEA WAYBILL**

| SHIPPER/EXPORTER | | |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC(A CONSOLIDATOR) ON BEHALF OF RIBBEST RIBBONS AND BOWS (INDIA) PRIVATE LIMITED STAGING UNIT -4, PLOT NO 8C,BIACPL SEZ,      SH> | BOOKING NO. MAAE45303500 | SEA WAYBILL NO. ONEYMAAE45303500 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC 5555 DARROW ROAD HUDSON, OH 44236 | UNITED LINER SHIPPING SERVICES LLPE SSAR HOUSE /CHENNAI HOUSE NO. 6 , 3RD FLOOR,ESPLANADE FW> |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BLVD, STE 20 12979,518-536-3213US_AIR_SEA@DELMAR ROUSESPOINT,NY USA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT CHENNAI, INDIA | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO.  FLAG SEASPAN OSAKA 021E | PORT OF LOADING CHENNAI, INDIA | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE LOS ANGELES, CA, USA | PLACE OF DELIVERY CHINO, CA, USA | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL              CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU0176681      / IN1745823 | | | /     1543 CARTONS      /FCL / FCL/40HQ/8163.880KGS/67.010M3 | | |
| 01 TO 1452 01 TO 28 01 TO 13 01 TO 12 01 TO 11 01 TO 11 01 TO 10 01 TO 06 | 1543 CARTONS | | 100PCT POLYESTER RIBBON, 100% COTTON POWERLOOM PRINTED FAB RICS [ COLOURED ] MADE UP ARTICLES OF COTTON - 100% COTTON POWERLOOM FABRIC SWATCHES 18" X 21" | 8163.880KGS | 67.010CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: CHENNAI RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
10 JAN 2025

PLACE OF BILL(S) ISSUE
CHENNAI

DATED
10 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: SEASPAN OSAKA 021E                    B/L NO.: ONEYMAAE45303500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 90% COTTON 10% LINEN (WIDTH-43 INCH) YARN DYED WOVEN FABRIC | | |

90% COTTON 10% LINEN (WIDTH-43 IN
CH) YAR N
DYED WOVEN FABRIC

INV NO:
SEA/EX/094/24-25/10.12.24,
EXP-554/12.12.24,
TW-2631/14.12.24,
RRB/2425/EXP/999/10.12.24,
SEA/EX/095/24-25/10.12.24,
TW-2632/14.12.24,
SEA/EX/096/24-25/10.12.24,
EXP-559/12.12.24,

PO NO:
0175295401-DC-01-HUDSON,OH
0174275006-DC-01-HUDSON,OH
0175295404-DC-01-HUDSON,OH
0174470041-DC-04-VISALIA,CA
0175295402-DC-04-VISALIA,CA
0175295405-DC-04-VISALIA,CA
0175295403-DC-06-OPELIKA,AL
0174201617-DC-06-OPELIKA,AL

SB NO:
6486838/16.12.24,
6502849/16.12.24,
6460161/14.12.24,
6328504/10.12.24,
6487334/16.12.24,
6460159/14.12.24,
6487921/16.12.24,
6502853/16.12.24,

ITEM NO:
18244426,6900765,6901003,
6902761,6902852,20371555,
20371563,20371571,20371589,
20371597,20371605,20371613,
20375853,20377404,20377412,
20377420,20377453,20377461,
20377479,20377487,20378212,
20378220,20378238,20378246,
20378253,20378279,20378287,
20378295,20378303,20378717,
20378725,20378733,20378741,
20378766,20378782,20378790,
20378808,20378816,20378832,
20378840,20378857,20378873,
20378881,20378899,20378907,
20378915,20378923,20378931,
20378949,20378956,10687333,
11481082,11481108,13943279,
2253227,10687325,10687333,
11481082,11481108,13943279,

SIGNED
BY:    OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: SEASPAN OSAKA 021E                    B/L NO.: ONEYMAAE45303500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 2253227,7300387,10687325, 11481082,13943279,13943295, 7300387,18444794,18444844, 18444794,18444844,20354387, 20354395, | | |
| | | | SRI RAMLAKSHMAN FABS NO.1/65-12, THENDRAL NAGAR KOTTAIMEDU,KOMARAPALAYAM | | |
| | | | SEASONS TEX NO 135 VENUS NAGAR KOLATHUR | | |
| | | | TEXTURES AND WEAVES INDIA PRIVATE  LIMITED 6/1 SILAMBU STREET  PADMANABA NAG AR CHOOLAIMEDU,CHENNAI | | |
| | | | FREIGHT COLLECT | | |
| | | | SH> PUDIMADAKA ROAD, ATCHUTHAPURAM,VISAKHAPATNAM | | |
| | | | FW> CHENNAI - 60010 8 | | |

-------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS:
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC. (A CONSOLIDATOR)ON BEHALF OF EXMART INTERNATIONAL PVT LTD PLOT NO. M-91,MIDC WALUJ SH> | | MUMEE5278800 | ONEYMUMEE5278800 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)
SERVICE CONTRACT NO : CHI0212B24

CONSIGNEE
JO-ANN STORES, LLC
5555 DARROW ROAD HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR
1 LINCOLN BLVD, STE 20 ROUSES
POINT, NY 12979,518-536-3213
EMAIL-US_AIR_SEA@DELMARUSA.COM

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | NHAVA SHEVA, INDIA |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| ONE COMMITMENT 067E | NHAVA SHEVA, INDIA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| LOS ANGELES, CA, UNITED STATES | VISALIA, CA, UNITED STATES | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU0803890    / IN1671761 | | / | 271 CARTONS      /FCL / FCL/40HQ/4823.800KGS/62.635M3 | | |
| TCLU8913088    / IN1671747 | | / | 283 CARTONS      /FCL / FCL/40HQ/5277.200KGS/67.053M3 | | |
| TCNU4563332    / NMX59270 | | / | 277 CARTONS      /FCL / FCL/40HQ/5235.300KGS/66.117M3 | | |
| JAS DISTRIBUTION CENTRE OHIO USA  1 TO 831 CARTONS | 831 CARTONS | | 3X40 HQ CONTAINERS CONTAINING 831 CARTONS OF POLYPROPYLENE MATS  PO# 0173201916, VISALIA / DC 04,  INV NO.EXA00301 DT 04/11/2024 SB NO : 5966574 DT 27/11/2024 | 15336.300KGS | 195.805CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: MUMBAI RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE |
|---|---|---|---|---|

[1] ORIGINAL BILLS(S) HAVE BEEN SIGNED.

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
04 DEC 2024

PLACE OF BILL(S) ISSUE
MUMBAI

DATED
04 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY:  OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: ONE COMMITMENT 067E                    B/L NO.: ONEYMUMEE5278800

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SB HS CODE : 46019900<br>PO HS CODE : 5703.31.0030<br><br>ARTICLE # 20226346,20226353,<br>20226361,20226379, 20226387,<br>20226395,20226403,20259685<br><br>TOTAL NET WT : 13126.20 KGS.<br><br>FREIGHT COLLECT<br><br>SH><br>INDUSTRIAL AREA,AURANGABAD<br>GST # 27AABCE7074Q1Z0 | | |

------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)
SAID TO CONTAIN
SHIPPERS PACK, LOAD, COUNT AND SEAL
AGENT ADDRESS:
RICHMOND, VA
OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
8730 STONY POINT PARKWAY, SUITE 400, RICHMOND, VA 23235
PHONE NUMBER: +1 844-413-6029
PHONE NUMBER: +1 804-410-1255 (LOCAL)

SIGNED
BY:   OCEAN NETWORK EXPRESS (INDIA) PVT. LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS(SHENZHEN)LTD. NINGBO BRANCH ON BEHALF OF NINGBO WINLEAD ORNAMENTS CO., LTD 4A BUILDING,NO.98 CHUANGYUAN SH> | NB4IAR013700 | ONEYNB4IAR013700 |

**CONSIGNEE**
JO-ANN STORES, LLC
5555 DARROW ROAD
HUDSON, OH 44236
PHONE:330-656-2600 CN>

**EXPORT REFERENCES**(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**FORWARDING AGENT-REFERENCES**
**FMC NO.**

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
518-536-3213   NP>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | NINGBO,CHINA |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING |
|---|---|
| UMM SALAL 040E | NINGBO,CHINA |

**FINAL DESTINATION**(for the Merchant's reference only)

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH,GA | OPELIKA,AL | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| FCIU9222924    / CNDF10616 | | / | 2341 CARTONS | /FCL / FCL/40HQ/17902.000KGS/63.780M3 | |
| FSCU8613796    / CNDF10685 | | / | 1167 CARTONS | /FCL / FCL/40HQ/7504.500KGS/64.140M3 | |
| ONEU1184948    / CNDF10682 | | / | 1181 CARTONS | /FCL / FCL/40HQ/11311.000KGS/64.200M3 | |
| TCLU7804190    / CNDF10647 | | / | 1191 CARTONS | /FCL / FCL/40HQ/16949.400KGS/51.680M3 | |
| ------------------------------------- | | | | | |
| JO-ANN DISTRIBUTION CENTER USA PO# VENDOR# DESCRIPTION QUANTITY: EVENT: | 5880 CARTONS | | 5880 CARTONS IN TOTAL 4X40HC CONTAINER(S) SAID TO CONTAIN: BUBBLE BLASTERS BUBBLE REFILL EASTER ERASERS SH> | 53666.900KGS | 243.800CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

| Declared Cargo Value US $ _____ | . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged. | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT & CHARGES PAYABLE AT / BY: NINGBO, ZHEJIANG SECAUCUS, NJ | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
01 DEC 2024

PLACE OF BILL(S) ISSUE
NINGBO

DATED
01 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. NINGBO BRANCH

, as agent for and on behalf of



Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: UMM SALAL 040E                    B/L NO.: ONEYNB4IAR013700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| GROSS WEIGHT:<br>CUBE:<br>COUNTRY OF<br>ORIGINAL CHINA | | | ROAD,HI-AND-NEW TECH<br>ZONE,NINGBO,ZHEJIANG,CHINA<br>TEL: 0086-574-87915807-609<br>FAX: 0086-574-87522189<br>E-MAIL: SHIPPING@WL-ORNAMENT.COM<br>CN><br>FAX: 330-463-6679<br>NP><br>US_AIR_SEA@DELMARUSA.COM | | |

----------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. NINGBO
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 3

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS(SHENZHEN)LTD. NINGBO BRANCH ON BEHALF OF TAIZHOU HONFONT IMPORT & EXPORT CO.,LTD. NO.12 GONGXIN AVENUE,WEST SH> | NB4IAW912400 | ONEYNB4IAW912400 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

CONSIGNEE
JO-ANN STORES, LLC
5555 DARROW ROAD
HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
TEL: 518-536-3213          NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
|  | NINGBO |
| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING |
| ONE MODERN 074E | NINGBO |

FINAL DESTINATION(for the Merchant's reference only)

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| LOS ANGELES,CA | CHINO,CA | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCNU4982410      / CNDE61293 | | | /      8936 CARTONS      /FCL / FCL/40HQ/16797.570KGS/60.167M3 | | |
| JO-ANN DISTRIBUTION CENTER USA PO# VENDOR# DESCRIPTION QUANTITY: EVENT: GROSS WEIGHT: CUBE: COUNTRY OF | 8936 CARTONS | | 8936 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: PLIER KIT 1IN HORSEHAIR BRAID WHT 50YD ELASTIC BELT FASTENER EASY ATTCH KIT LOOP FROG CLOSURE POLYPRO BELT,POLYPRO BELTING HOOK AND D RING,SWIVEL HOOK 2CT 1 12IN METAL D RING SLVR,BOW | 16797.570KGS | 60.167CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: NINGBO, ZHEJIANG SECAUCUS, NJ | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE      TARIFF ITEM      FREIGHTED AS      RATE      PREPAID      COLLECT | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
15 JAN 2025

PLACE OF BILL(S) ISSUE
NINGBO

DATED
15 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. NINGBO BRANCH

, as agent for and on behalf of

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: ONE MODERN 074E | | | | B/L NO.: ONEYNB4IAW912400 | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| ORIGINAL CHINA | | | TIE SET,D RING,METAL BUCKLE, OVERALL BUCKLE W NOSEW BTN,PARACHUTE BUCKLE HOOK AND D RING DBL CAP RIVETS OVERALL BUCKLE W NOSEW BTN CORD STOPS,PARACHUTE,PLASTIC BUCKLE HOOK AND EYE HVY DTY SNAP,SNAP FASTENER HVY DTY SNAP DUNGAREE BUTTONS,JEANS BUTTON EYELET KIT EYELET KIT,GROMMET KIT PLASTIC SNAPS PLASTIC RING BRA-BACK EXTENDER BIAS TAPE MARKER BINDING CLIPS EYELET KIT,GROMMET KIT,GROMMETS BELT STRAP POLYESTER THREAD SEW ON SNAPS RAYON SPANDEX KNIT CARD BINDER CLIPS STICKER PUFFY EMBELLISHMENTS CUTLERY PAPER PAD STAMP BOOKMARK PU PHOTO CORNERS BOOKMARK STICKERS NOTE BOOK HIGHLIGHTERS STICKER WOODEN DECORATION STAINLESS STEEL TUMBLER<br><br>SH><br>INDUSTRIAL PARK, HUANGYAN ECONOMIC DEVELOPMENT AREA, TAIZHOU CITY, ZHEJIANG PROVINCE, CHINA TEL:0576-84033552 FAX:0576-84051186 EMAIL:HYDOCU@HYHONGYE.COM NP> EMAIL: US_AIR_SEA@DELMARUSA.COM | | |

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. NINGBO BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: ONE MODERN 074E                    B/L NO.: ONEYNB4IAW912400

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|

---------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. NINGBO
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS INC OB:KIPHAY(CAMBODIA)INDUSTRY CO.,LTD FACTORY#8-9,NATIONAL ROAD 3,LVEA VILLAGE,ANGKPOPEL COMMUNE,KONG PISEI DISTRICT,* | PNHE38325700 | ONEYPNHE38325700 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE |
|---|
| JOANN STORES, LLC. 5555 DARROW ROAD HUDSON, OH 44236 |

FORWARDING AGENT-REFERENCES
FMC NO.
CENTURY DISTRIBUTION SYSTEMS (CAMBODIA) CO., LTD.PHNOM PENH BUILDING#3 15 CANADIA TOW                   <

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT, NY 12979 TEL: 518-536-3213 EMAIL: US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| NEWPORT CYPRESS 39 353E | PHNOM PENH |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| ONE SWAN 029E | PHNOM PENH | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL        CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)    **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCLU4226519      / KHAC19818 | | | /    358 CARTONS      /FCL / FCL/40GP/5598.400KGS/45.174M3 | | |
| DC# FROM: TO: PURCHASE ORDER NUMBER ARTICLE NUMBER: COUNTRY OF ORIGIN: | 358 CARTONS | | 358 CARTONS IN TOTAL 1X40ST CONTAINER SAID TO CONTAIN: LIGHTING STRING LIGHTS 30CT WHITE WIRE LIGHTING STRING LIGHTS 30CT ROUND LIGHTING STRING LIGHTS 30CT BLK WIRE  P.O NO: 0172951848 ITEM NO: | 5598.400KGS | 45.174CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: PHNOM PENH RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 12 NOV 2024 |
| | | | | | | PLACE OF BILL(S) ISSUE PHNOM PENH |
| | | | | | | DATED 12 NOV 2024 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: O.N.E. OCEAN NETWORK EXPRESS (CAMBODIA) CO., LTD.

. as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: ONE SWAN 029E                    B/L NO.: ONEYPNHE38325700

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 20232385;20232393;20232401 | | |
| | | | HS CODE: 9405.41.8410 | | |
| | | | THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS | | |
| | | | *KAMPONG SPEU PROVINCE KINGDOM OF CAMBODIA | | |

--------------------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS
AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
SHIPPER'S LOAD AND COUNT
<
ER, 18/F, MONIVONG BLVD, SANGKAT WA
T PHNUM, KHAN DOUN PENH, PHNOM PENH

SIGNED BY: O.N.E. OCEAN NETWORK EXPRESS (CAMBODIA) CO.,
LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| | |
|---|---|
| SHIPPER/EXPORTER<br>CENTURY DISTRIBUTION SYSTEMS,INC<br>ON BEHALF OF PHOENIX STATIONERY<br>VIETNAM CO., LTD.<br>LOT 92-93, LINH TRUNG EXPORT<br>PROCESSING ZONE AND INDUSTRIAL SH> | BOOKING NO.<br>SGNEBM674700    SEA WAYBILL NO.<br>ONEYSGNEBM674700 |
| | EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).) |
| CONSIGNEE<br>JO-ANN STORES, LLC<br>5555 DARROW ROAD, HUDSON, OH 44236 | FORWARDING AGENT-REFERENCES<br>FMC NO. |
| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)<br>DELMAR<br>1 LINCOLN BLVD, STE 20 ROUSES POINT<br>NY 12979 PHONE: 518-536-3213<br>EMAIL: US_AIR_SEA@DELMARUSA.COM | RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void. |
| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>DI AN, BINH DUONG | |
| OCEAN VESSEL VOYAGE NO. FLAG<br>ONE MANHATTAN 040E | PORT OF LOADING<br>CAI MEP | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE<br>LONG BEACH, CA | PLACE OF DELIVERY<br>VISALIA, CA | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)<br>FCL / FCL    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)    **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H<br>M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCKU4520608   / VN24432AJ | | | /   815 CARTONS   /FCL / FCL/40GP/4338.310KGS/49.933M3 | | |
| NO MARKS | 815<br>CARTONS | | STRETCHED CANVAS, CANVAS PANEL.<br><br>PO NO.0175278696<br>HTS CODE:5901.90.4000<br><br>THIS SHIPMENT CONTAINS NO WOOD<br>PACKING MATERIALS<br><br>SH> PARK III, AN TINH WARD,<br>TRANG BANG TOWN, TAY | 4338.310KGS | 49.933CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY:<br>HO CHI MINH<br>SECAUCUS, NJ | SERVICE CONTRACT NO.<br>CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE<br>BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
22 DEC 2024

PLACE OF BILL(S) ISSUE
HO CHI MINH

DATED
22 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of



Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

## COPY NON NEGOTIABLE

| VESSEL VOYAGE: ONE MANHATTAN 040E | | | B/L NO.: ONEYSGNEBM674700 | |
|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

NINH PROVINCE, VIETNAM.

-------------------------------------------------------------------------------

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S
RIGHTS AGAINST THE MERCHANT (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
SHIPPER'S LOAD AND COUNT

SIGNED
BY:   OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS,INC ON BEHALF OF 1/UNIWIN VIET NAM COMPANY ROAD N1, NHON TRACH 6 INDUSTRY PARK, LONG THO COMMUNE, NHON TRACH  SH> | | SGNECP898500 | ONEYSGNECP898500 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE |
|---|
| JO-ANN STORES, LLC 5555 DARROW ROAD, HUDSON,OH 44236 |

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR 1 LINCOLN BLVD, STE 20 ROUSES POINT NY 12979 PHONE: 518-536-3213 EMAIL: US_AIR_SEA@DELMARUSA.COM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | DI AN, BINH DUONG |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| YM WHOLESOME 043E | CAI MEP | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| LONG BEACH, CA | CHINO, CA | FCL / FCL                    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)    PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| KKFU8004464 / VN81879AI | | / | 480 CARTONS        /FCL / FCL/40HQ/ | 7095.000KGS/59.780M3 | |
| NO MARKS | 480 CARTONS | | SKETCH BOOK 5.5 X 8IN,SPIRAL SKETCH BOOK 5.5 X 8IN,100% POLYESTER ARTIFICIAL FUR (NARROW  FABRIC). PO NO.0175258602,0175258603, 0175258604,0175278694 HTS CODE:5606.00.0090, 5607.50.4000,4820.10.2020.  SH> DISTRICT,DONG NAI PROVINCE, VIET NAM 76000 | 7095.000KGS | 59.780CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: HO CHI MINH SECAUCUS, NJ | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
08 JAN 2025

PLACE OF BILL(S) ISSUE
HO CHI MINH

DATED
08 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM WHOLESOME 043E                    B/L NO.: ONEYSGNECP898500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 2/ART SUPPLY ENTERPRISES, INC 1375 OCEAN AVENUE,EMERYVILLE, CA 94608 USA. | | |

```
----------------------------------------------------------------------
OCEAN FREIGHT COLLECT
SHIPPER STATES THAT
THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIALS
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S
RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
SHIPPER'S LOAD AND COUNT
```

SIGNED
BY:    OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

OCEAN NETWORK EXPRESS Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD-SHANGHAI BRANCH O/B OF ZHANGJIAGANG FREE TRADE ZONE MAYWOOD TEXTILE TRADING CO., LTD  SH> | SH3FH2273600 | ONEYSH3FH2273600 |

CONSIGNEE
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

FORWARDING AGENT-REFERENCES
FMC NO.

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR BROKERAGE
1 LINCOLN BOULEVARD SUITE 201, ROUS
ES POINT ,NY
12979 EMAIL:   NP>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT SHANGHAI, CN | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG JEBEL ALI 030E | PORT OF LOADING SHANGHAI, CN | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE SAVANNAH, GA | PLACE OF DELIVERY OPELIKA, AL | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)  **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| CAIU5823410   / CN31380AP | | / | 76 CARTONS   /FCL / FCL/45HQ/10848.360KGS/70.013M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 76 CARTONS | | 76 CARTONS IN TOTAL 1X45HC CONTAINER(S) SAID TO CONTAIN: 100% COTTON WOVEN FABRIC HTS #: 5208.22.4040 100% COTTON WOVEN FABRIC HTS #: 5208.52.3045 SH> ZHANGJIAGANG FREE TRADE ZONE, SUZHOU, JIANGSU | 10848.360KGS | 70.013CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: SHANGHAI, SHANGHAI RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
23 DEC 2024

PLACE OF BILL(S) ISSUE
SHANGHAI

DATED
23 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY:   OCEAN NETWORK EXPRESS(CHINA) LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: JEBEL ALI 030E                              B/L NO.: ONEYSH3FH2273600

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | PROVINCE CHINA NP> US_AIR_SEA@DELMARUSA.COM TEL#518-536-3213 | | |

OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
LADEN ON BOARD
THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL

SIGNED
BY:   OCEAN NETWORK EXPRESS(CHINA) LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

COPY NON NEGOTIABLE

PAGE: 1 OF 3

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD-SHANGHAI BRANCH O/B:SHAOXING ENYI TEXTILE CO.,LTD. ROOM.21218# 21/F BUILDING A, WONDER PLAZA,KEQIAO   SH> | | SH3FH2278400 | ONEYSH3FH2278400 |

CONSIGNEE
JO-ANN STORES, LLC.
5555 DARROW ROAD, HUDSON, OH 44236

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DELMAR BROKERAGE
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT ,NY 12979 EMAIL:
US_AIR_SEA@DELMARUSA.COM    NP>

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT SHANGHAI, CN | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG BASLE EXPRESS 052E | PORT OF LOADING SHANGHAI, CN | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE SAVANNAH, GA | PLACE OF DELIVERY OPELIKA, AL | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL                    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| MOEU1410201     / CN318871AP | | | /     78 CARTONS     /FCL / FCL/45HQ/8396.000KGS/71.500M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 78 CARTONS | | 78 CARTONS IN TOTAL 1X45HC CONTAINER(S) SAID TO CONTAIN: DOT MESH FLORAL EMBROIDERY HTS #: 5810.92.9080 HTS #: 6005.36.0010 EMB SEQUIN BOUQUET GOLD HTS #: 5810.92.9080 HTS #: 6005.37.0010 EMBROIDERED DAISIES ON MESH HTS #: 5810.92.9050 | 8396.000KGS | 71.500CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT / BY:
SHANGHAI, SHANGHAI
RICHMOND, VA

| SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE |
|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

[1] ORIGINAL BILLS(S) HAVE BEEN SIGNED.

DATE CARGO RECEIVED

DATE LADEN ON BOARD
07 JAN 2025

PLACE OF BILL(S) ISSUE
SHANGHAI

DATED
07 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY:  OCEAN NETWORK EXPRESS(CHINA) LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: BASLE EXPRESS 052E                    B/L NO.: ONEYSH3FH2278400

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | HTS #: 6005.37.0010 FCS24 EG 3D CORDED RED HTS #: 5810.92.9080 HTS #: 6005.37.0010 GREEN COSTUME FUR HTS #: 6001.10.2000 HTS #: 9903.88.6900 KP2 BLK WHT DOT SUMMER PONTE HTS #: 6004.10.0085 KS STRETCH CREPE BLACK HTS #: 6006.32.0040 KS2 BLACK SOLID SUMMER PONTE HTS #: 6004.10.0085 KS2 NAVY SOLID SUMMER PONTE HTS #: 6004.10.0085 KS2 RED SOLID SUMMER PONTE HTS #: 6004.10.0085 KS2 WHITE SOLID SUMMER PONTE HTS #: 6004.10.0085 KSS201 WHITE SOLID STRETCH KNIT CREPE HTS #: 6006.31.0040 MINT GREEN COSTUME FUR HTS #: 6001.10.2000 HTS #: 9903.88.6900 PURPLE COSTUME FUR HTS #: 6001.10.2000 HTS #: 9903.88.6900 RB WHITE DITSY FLOWER HTS #: 5208.21.6090 HTS #: 5810.91.0020 REFINED PONTE SOLID BLACK HTS #: 6006.42.0025 REFINED PONTE SOLID NAVY HTS #: 6006.42.0025 ROYAL BLUE COSTUME FUR HTS #: 6001.10.2000 HTS #: 9903.88.6900 SCS22 GN EYELET DAISY STRIPE COTTON HTS #: 5407.61.9925 TAPESTRY DESIGN SEQUIN EMBROIDERY HTS #: 5810.92.9080 HTS #: 6005.37.0010 ******************************** ** IT IS STATED BY THE SHIPPER THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL ******************************** ** SH> SHAOXING ZHEJIANG CHINA 312000 NP> | | |

SIGNED BY:  OCEAN NETWORK EXPRESS(CHINA) LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: BASLE EXPRESS 052E                    B/L NO.: ONEYSH3FH2278400

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | TEL#518-536-3213 | | |

```
--------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
```

SIGNED BY:   OCEAN NETWORK EXPRESS(CHINA) LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN)LTD QINGDAO BRANCH C/O VARIOUS VENDOR ROOM 2410 TOWER 2, EXCELLENCE CENTURY CENTER,     SH> | TA4ZBF888300 | ONEYTA4ZBF888300 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
JO-ANN STORES, LLC.
5555 DARROW ROAD,
HUDSON, OH 44236

FORWARDING AGENT-REFERENCES
FMC NO.

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

**NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)**
DELMAR INTERNATIONAL
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT NY 12979
TEL: 518-536-3213        NP>

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | QINGDAO |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| SEASPAN THAMES 040E | QINGDAO | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| LOS ANGELES | CHINO | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU5003288   / CN07271AH | | | /       854 CARTONS       /FCL / FCL/40HQ/7987.860KGS/56.510M3 | | |
| JAS DISTRIBUTION CENTER USA | 854 CARTONS | | 854 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: WOODEN DECORATIONS/WOODEN BOXES/WOODEN PRODUCTS/ WOODEN BOX/WOODEN PRODUCTS/WOODEN DECORATION/WOODEN CHALKBOARD/ ARTIFICIAL FLOWER/ SCRAPBOOK PAPER/ SHIPPER STATES THAT THIS SHIPMENT DOES NOT CONTAINS ANY WOOD | 7987.860KGS | 56.510CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: QINGDAO, SHANDONG SECAUCUS, NJ | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 27 DEC 2024 |
| | | | | | | PLACE OF BILL(S) ISSUE QINGDAO |
| | | | | | | DATED 27 DEC 2024 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. QINGDAO BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: SEASPAN THAMES 040E                    B/L NO.: ONEYTA4ZBF888300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | PACKING MATERIAL S/C NO.: CHI0212B24 OCEAN FREIGHT COLLECT | | |

```
                                    SH>
                                    NO.31 LONGCHENG ROAD,
                                    SHIBEI DISTRICT,QINGDAO,CHINA
                                    NP>
                                    EMAIL: US_AIR_SEA@DELMARUSA.COM
```
------------------------------------------------------------------------------------
```
OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
```

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. QINGDAO BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN)LTD QINGDAO BRANCH C/O HARMONY PAPER COMPANY LLC ROOM 2410 TOWER 2, EXCELLENCE CENTURY CENTER, SH> | | TA4ZBF889400 | ONEYTA4ZBF889400 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OHIO 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a non-negotiable (straight) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT NY 12979 TEL: 518-536-3213 NP> |

| PRE-CARRIAGE BY | PLACE OF RECEIPT QINGDAO | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG YM TUTORIAL 016E | PORT OF LOADING QINGDAO | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY HUDSON,OH | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL      CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| CXDU1591260    /CN68864AN | | / | 1020 CARTONS    /FCL / FCL/20GP | 14534.100KGS/23.401M3 | |
| TRHU1727797    /CN68957AN | | / | 734 CARTONS    /FCL / FCL/20GP | 14910.300KGS/23.630M3 | |
| JAS DISTRIBUTION CENTER USA | 1754 CARTONS | | 1754 CARTONS IN TOTAL 2X20ST CONTAINER(S) SAID TO CONTAIN: SCRAPBOOK PAPER SHIPPER STATES THAT THIS SHIPMENT DOES NOT CONTAINS ANY WOOD PACKING MATERIAL S/C NO.: CHI0212B24 OCEAN FREIGHT COLLECT | 29444.400KGS | 47.031CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: QINGDAO, SHANDONG SECAUCUS, NJ | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE    TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

| | |
|---|---|
| | DATE CARGO RECEIVED |
| | DATE LADEN ON BOARD 14 DEC 2024 |
| | PLACE OF BILL(S) ISSUE QINGDAO |
| | DATED 14 DEC 2024 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. QINGDAO BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: YM TUTORIAL 016E | | | | B/L NO.: ONEYTA4ZBF889400 | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

```
                        SH>
                        NO.31 LONGCHENG ROAD,
                        SHIBEI DISTRICT,QINGDAO,CHINA
                        NP>
                        EMAIL: US_AIR_SEA@DELMARUSA.COM
--------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
```

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. QINGDAO BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS(SHENZHEN)LTD QINGDAO BRANCH C/O VARIOUS VENDOR ROOM 2410 TOWER 2, EXCELLENCE CENTURY CENTER,   SH> | TA4ZBK502300 | ONEYTA4ZBK502300 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OH 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) | |
|---|---|
| DELMAR INTERNATIONAL 1 LINCOLN BOULEVARD SUITE 201,ROUSES POINT NY 12979 TEL:518-536-3213          NP> | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | QINGDAO,CHINA |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| NEW YORK EXPRESS 054E | QINGDAO,CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| NORFOLK,VA | HUDSON,OH | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU7015800      / CN07276AH | | | /      1610 CARTONS        /FCL / FCL/45HQ/5900.000KGS/68.060M3 | | |
| JAS DISTRIBUTION CENTER USA | 1610 CARTONS | | 1610 CARTONS IN TOTAL 1X45HC CONTAINER(S) SAID TO CONTAIN: WOODEN DECORATIONS/ WOODEN BOXES/WOODEN PRODUCTS/ WOODEN BOX/WOODEN PRODUCTS/ WOODEN DECORATION/ WOODEN CHALKBOARD SHIPPER STATES THAT THIS SHIPMENT DOES NOT CONTAINS ANY WOOD PACKING MATERIAL | 5900.000KGS | 68.060CBM |

**  TO BE CONTINUED ON ATTACHED LIST  **

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: QINGDAO, SHANDONG SECAUCUS, NJ | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
17 DEC 2024

PLACE OF BILL(S) ISSUE
QINGDAO

DATED
17 DEC 2024

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
QINGDAO BRANCH

The printed terms and conditions on this Bill are available at its website at www.one-line.com

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: NEW YORK EXPRESS 054E                    B/L NO.: ONEYTA4ZBK502300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | S/C NO.:CHI0212B24<br>OCEAN FREIGHT COLLECT<br><br>SH><br>NO.31 LONGCHENG ROAD,<br>SHIBEI DISTRICT,QINGDAO,CHINA<br>NP><br>EMAIL:US_AIR_SEA@DELMARUSA.COM | | |

---

OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"

SIGNED
BY: OCEAN NETWORK EXPRESS(CHINA) LTD. QINGDAO
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER


**ONE** OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 15

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (TAIWAN) LTD. A CONSOLIDATOR O/B OF SHIENQ HUONG ENTERPROSE CO., LTD. NO. 446 SHIHGUAN RD. SH> | TPEEB7469300 | ONEYTPEEB7469300 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)
SON017

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OHIO 44236 | CENTURY DISTRIBUTION SYSTEMS TAIWAN LTD. 5F, NO.66, SUNG CHIANG RD,                    < |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR INTERNATIONAL 1 LINCOLN BLVD, STE 20, ROUSES POINT NY 12979 NP> |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
|  | TAICHUNG, TAIWAN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| YM UPWARD 091E | KEELUNG, TAIWAN |  |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
|---|---|---|
| LOS ANGELES, CA | VISALIA, CA (DOOR) | FCL / FCL          CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| UETU4138068    / TW76730AE |  |  | /      816 CARTONS      /FCL / FCL/40GP/6088.310KGS/57.800M3 |  |  |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 816 CARTONS |  | 816 CARTONS IN TOTAL 1X40ST CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT 1 AND HALF IN X 15FT GLTR BURLAP HTS #: 5806.39.2000 1 AND HALF IN X 30FT  GRAY GROSGRAIN HTS #: 5806.32.1030 1 AND HALF IN X 30FT  GRAY SHEER HTS #: 5806.32.1060 | 6088.310KGS | 57.800CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| TAIPEI RICHMOND, VA | CHI0212B24 |  |  |  |  |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 JAN 2025

PLACE OF BILL(S) ISSUE
TAIPEI

DATED
14 JAN 2025

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

PAGE:   2 OF   15

## COPY NON NEGOTIABLE

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | " THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKING MATERIALS" SERVICE CONTRACT NUMBER: CHI0212B24<br><br>1 AND HALF IN X 30FT  IVORY GROSGRAIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT  IVORY SATIN<br>HTS #: 5806.32.1040<br>1 AND HALF IN X 30FT  NAVY SATIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT  WHITE SATIN<br>HTS #: 5806.32.1040<br>1 AND HALF IN X 30FT BLACK GROSGRAIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT BLACK SATIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT BLACK SHEER<br>HTS #: 5806.32.1070<br>1 AND HALF IN X 30FT BLUE SATIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT BLUE SHEER<br>HTS #: 5806.32.1060<br>1 AND HALF IN X 30FT BLUSH GROSGRAIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT BLUSH SATIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT BLUSH SHEER<br>HTS #: 5806.32.1060<br>1 AND HALF IN X 30FT GROSGRAIN PEACH<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT NAVY GROSGRAIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT NAVY SHEER<br>HTS #: 5806.32.1070<br>1 AND HALF IN X 30FT NUDE SATIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT NUDE SHEER<br>HTS #: 5806.32.1060<br>1 AND HALF IN X 30FT PINK SATIN<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT SATIN PEACH<br>HTS #: 5806.32.1030<br>1 AND HALF IN X 30FT SHEER PEACH<br>HTS #: 5806.32.1060<br>1 AND HALF IN X 30FT WHITE SHEER<br>HTS #: 5806.32.1060<br>1 AND HALF IN X15FT GOLD METALLIC<br>HTS #: 5806.39.3020 | | |

SIGNED
BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 1 AND HALF IN X30FT   GRAY SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 1 AND HALF IN X30FT   IVORY SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 1 AND HALF IN X30FT   WHITE GROSGRAIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 1 AND HALF IN X30FT CHAMPAGNE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 1 AND HALF X30FT PINK SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 1 HALF IN  X 12FT NAVY STRIPE ON IVORY | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 1 HALF IN X 12 FT LINEN SOLID BLACK | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 12 FT NAT BURLAP W GLD META | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 12 FT NAT BURLAP W SLR META | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 12FT BLACK STRIPE ON IVORY | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 1 HALF IN X 12FT GREEN STRIPE ON IVORY | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 1 HALF IN X 15 FT LACE RBN BLK | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15 FT LACE RBN GRAY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15 FT LACE RBN GREEN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15 FT LACE RBN IVY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15 FT LACE RBN NAVY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15 FT LACE RBN TEAL | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15 FT LACE RBN WHT | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15FT BLK AND WHT STRIPE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 1 HALF IN X 15FT FAUX LINEN RBN WHITE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 15FT NAVY AND WHT STRIPE | | |
| | | | HTS #: 5806.32.1030 | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER

# COPY NON NEGOTIABLE

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 1 HALF IN X 9FT TEXTURED RBN NATURE WHI | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 9FT TEXTURED RBN RED WHITE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 1 HALF IN X 9FT TEXTURED RBN TEAL WHITE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 10IN X 10YD BLACK SUPER METAL DECO MESH | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD GOLD SUPER METAL DECO MESH | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD LIGHT PINK SUPER METAL DECO | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD LIME GREEN SUPER METAL DECO | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD NATURAL JUTE SUPER METAL DE | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | 10IN X 10YD NAVY BLUE SUPER METAL DECO | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD RED SUPER METAL DECO MESH | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD SILVER SUPER METAL DECO MES | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD WHITE AND SILVER SUPER META | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD WHITE SUPER METAL DECO MESH | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 10YD YELLOW SUPER METAL DECO MES | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 10IN X 20FT NATURAL DECO MESH | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 2 AND HALF IN X 15FT  IRIDESCENT SWIRL | | |
| | | | HTS #: 5806.32.1070 | | |

SIGNED BY:    OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                      B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 2 AND HALF IN X 15FT  PEARL EDGE IVORY | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 AND HALF IN X 15FT GLTR STRIPE WHT | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 2 AND HALF IN X 30FT  GRAY SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 2 AND HALF IN X 30FT  GRAY SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF IN X 30FT  IVORY SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 AND HALF IN X 30FT  NAVY SHEER | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 AND HALF IN X 30FT  WHITE SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 AND HALF IN X 30FT  WHITE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF IN X 30FT BLACK SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 2 AND HALF IN X 30FT BLACK SHEER | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 AND HALF IN X 30FT BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF IN X 30FT BLUSH SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF IN X 30FT CHAMPAGNE SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 AND HALF IN X 30FT NUDE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 2 AND HALF IN X 30FT SHEER PEACH | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF IN X15FT GLTR EDGE BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 AND HALF IN X15FT IVY WIRED SHEER | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 AND HALF IN X15FT LACE BURLAP | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 AND HALF IN X15FT SILVER SWIRL | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 AND HALF IN X30FT CHAMPAGNE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF IN X30FT NAVY SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 AND HALF IN X30FT NUDE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 AND HALF X30FT PINK SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 2 HALF IN X 12 FT BLK LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                                B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 2 HALF IN X 12 FT GRAY LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT GRN LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT LINEN NAVY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT LINEN SOLID BLACK | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT NAVY LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT RED LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT TEAL LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 12 FT WHT LACE ON BURLAP | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 2 HALF IN X 12FT FAUX LINEN RBN WHITE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN BLK | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN GRAY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN GREEN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN IVY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN NAVY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN RED | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN TEAL | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 15 FT LACE RBN WHT | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 9FT TEXTURED RBN GREEN WHIT | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 9FT TEXTURED RBN NAVY WHITE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 2 HALF IN X 9FT TEXTURED RBN TEAL WHITE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 3 4TH IN X 15 FT BURLAP ON BLK LACE | | |
| | | | HTS #: 5806.32.1030 | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 3 4TH IN X 15 FT BURLAP ON GRN LACE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 4TH IN X 15 FT BURLAP ON WHT LACE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 4TH IN X 15FT BURLAP ON NAVY LACE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 4TH IN X 15FT BURLAP ON TEAL LACE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 15FT  WRAPPED PEARL IVORY | | |
| | | | HTS #: 3926.90.3500 | | |
| | | | 3 8TH IN X 30FT  NAVY SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 3 8TH IN X 30FT BLACK SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT BLUSH SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT CHAMPAGNE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT LOOPED WHITE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT NUDE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT PINK SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT SATIN PEACH | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 3 8TH IN X 30FT WHITE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | 3 8TH IN X15FT WRAPPED PEARL WHITE | | |
| | | | HTS #: 3926.90.3500 | | |
| | | | 5 5IN X 10YD GOLD SUPER METAL DECO MESH | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 5 5IN X 10YD LIGHT PINK SUPER METAL DEC | | |
| | | | HTS #: 5806.32.1095 | | |
| | | | 5 5IN X 10YD NATURAL JUTE SUPER METAL D | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | 5 5IN X 10YD NAVY BLUE SUPER METAL DECO | | |
| | | | HTS #: 5806.32.2000 | | |
| | | | 5 5IN X 10YD RED SUPER METAL DECO MESH | | |
| | | | HTS #: 5806.32.1095 | | |
| | | | 5 5IN X 10YD WHITE AND SILVER | | |

SIGNED
BY:    OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SUPER METT<br>HTS #: 5806.32.1095<br>5 5IN X 10YD WHITE SUPER METAL DECO<br>MES<br>HTS #: 5806.32.2000<br>5 5IN X 10YD YELLOW SUPER METAL DECO ME<br>HTS #: 5806.32.2000<br>5 5IN X 20FT NATURAL DECO MESH<br>HTS #: 5806.32.2000<br>5 8TH IN X 12 FT BURLAP NARROW NAVY<br>HTS #: 5806.39.2000<br>5 8TH IN X 15FT GOLD METALLIC<br>HTS #: 5806.39.3020<br>5 8TH IN X 30FT   IVORY SHEER<br>HTS #: 5806.32.1060<br>5 8TH IN X 30FT   NUDE SHEER<br>HTS #: 5806.32.1060<br>5 8TH IN X 30FT   SHEER EDGE WHITE<br>SATI<br>HTS #: 5806.32.1030<br>5 8TH IN X 30FT   NAVY SHEER<br>HTS #: 5806.32.1060<br>5 8TH IN X 30FT BLACK SHEER<br>HTS #: 5806.32.1060<br>5 8TH IN X 30FT BLUSH SHEER<br>HTS #: 5806.32.1060<br>5 8TH IN X 30FT GRAY SHEER<br>HTS #: 5806.32.1060<br>5 8TH IN X 30FT SHEER PEACH<br>HTS #: 5806.32.1060<br>5 8TH IN X30FT CHAMPAGNE SHEER<br>HTS #: 5806.32.1060<br>6MM X 12 FT CORD NARROW BLACK<br>HTS #: 5607.90.1500<br>6MM X 12 FT CORD NARROW GRAY<br>HTS #: 5607.90.1500<br>6MM X 12 FT CORD NARROW IVORY<br>HTS #: 5607.90.1500<br>6MM X 12 FT CORD NARROW IVY AND BLK<br>MIX<br>HTS #: 5607.90.1500<br>6MM X 12 FT CORD NARROW NAVY<br>HTS #: 5607.90.1500<br>7 8TH IN X 12 FT NAT BURLAP W GLD METAL<br>HTS #: 5806.32.1040<br>7 8TH IN X 12 FT NAT BURLAP W SLR META<br>HTS #: 5806.32.1040 | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: YM UPWARD 091E | | | B/L NO.: ONEYTPEEB7469300 | | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| | | | 7 8TH IN X 15FT  GLTR STRIPE WHT | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | 7 8TH IN X 15FT IRIDESCENT SWIRL | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | 7 8TH IN X 30FT   IVORY SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 7 8TH IN X 30FT  WHITE SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | 7 8TH IN X 30FT  WHITE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | BRUSH BL IVORY FIVE AND HALF INCH | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | BRUSH BL NATURAL FIVE AND HALF | | |
| | | | INCH | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | BURLAP NARROW MOSS | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | BURLAP NARROW NATURAL | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | BURLAP SOLID GREEN TWO AND HALF | | |
| | | | INCH | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | BURLAP SOLID IVORY TWO AND HALF | | |
| | | | INCH | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | BURLAP SOLID RED TWO AND HALF | | |
| | | | INCH | | |
| | | | HTS #: 5806.39.2000 | | |
| | | | CORD NARROW MOSS 6MM | | |
| | | | HTS #: 5607.90.1500 | | |
| | | | CORD NARROW NATURAL 6MM | | |
| | | | HTS #: 5607.90.1500 | | |
| | | | CORD NARROW RED 6MM | | |
| | | | HTS #: 5607.90.1500 | | |
| | | | LINEN SOLID NAVY ONE AND HALF | | |
| | | | INCH | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | LINEN SOLID RED ONE AND HALF INCH | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | LINEN SOLID RED TWO AND HALF INCH | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | NATURAL BURLAP WITH GOLD METALLIC | | |
| | | | OVERL | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | NATURAL BURLAP WITH SILVER | | |
| | | | METALLIC | | |
| | | | OVE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1 16TH X 30FT GOLD MINI CORD | | |
| | | | HTS #: 5604.10.0000 | | |
| | | | SAVE 1 16TH X 30FT IRRIDESCENT | | |
| | | | MINI | | |
| | | | COR | | |
| | | | HTS #: 5604.10.0000 | | |
| | | | SAVE 1 16TH X 30FT SILVER MINI | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | CORD | | |
| | | | HTS #: 5604.10.0000 | | |
| | | | SAVE 1HALF X 15FT BLACK LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 1HALF X 15FT BLUSH FERN ON CRANBER | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT BLUSH LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 1HALF X 15FT BLUSH WHITE STRIPE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT CHAMPAGNE METALLIC | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 15FT GOLD FERN ON MAUVE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT IVORY GOLD STRIPE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT IVORY LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 1HALF X 15FT ROSE GOLD METALLIC | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 1HALF X 15FT SILVER GLITTER SWIRL | | |
| | | | HTS #: 5806.32.1070 | | |
| | | | SAVE 1HALF X 15FT SILVER METALLIC | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 1HALF X 15FT TEXTURED IRRIDESCENT | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT WHITE FERN ON BLACK | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT WHITE FERN ON BLUSH | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 1HALF X 15FT WHITE LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 1HALF X 30FT CRAMBERRU SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT CRANBERRY GROSGRAIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT EUCALYPTUS GROSGRAIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT EUCALYPTUS SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT EUCALYPTUS SHEER | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 1HALF X 30FT GREEN SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT GREEN SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 1HALF X 30FT GREY BLUE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT GREY BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 1HALF X 30FT MAUVE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 1HALF X 30FT OMPHALODES BLUE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT OMPHALODES BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 1HALF X 30FT PURPLE GROSGRAIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT PURPLE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT PURPLE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 1HALF X 30FT TEAL GROSGRAIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 1HALF X 30FT TEAL SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 2HALF X 15FT BLACK LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 2HALF X 15FT BLACK WHITE STRIPE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT BLUSH LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 2HALF X 15FT EUCALYPTUS WHITE STRI | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT GOLD AND WHITE MARBLE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT GOLD FERN ON IVORY | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT GOLD FERN ON MAUVE | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT GOLD FERN ON TEAL | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT GOLD GEOMETRIC ON BLA | | |
| | | | HTS #: 5806.32.1040 | | |

SIGNED
BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

## COPY NON NEGOTIABLE

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SAVE 2HALF X 15FT GOLD METALLIC | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 2HALF X 15FT IVORY FERN ON EUCALYP | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT IVORY FERN ON PEACH | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT IVORY LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 2HALF X 15FT WHITE FERN ON BLUSH | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT WHITE FERN ON LIGHT G | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 2HALF X 15FT WHITE LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 2HALF X 15FT WHITE WITH GOLD CENTE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT BLUSH SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT CRANBERRY SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT EUCALYPTUS SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT GREEN SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 2HALF X 30FT GREY BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 2HALF X 30FT LIGHT BLUE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT OMPHALODES BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 2HALF X 30FT PINK SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT PURPLE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 2HALF X 30FT TEAL SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 15FT BLUSH WHITE STRIPE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 15FT BLUSH WRAPPED PEARL | | |
| | | | HTS #: 5808.90.0010 | | |
| | | | SAVE 3 8TH X 15FT GOLD METALLIC | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 15FT IVORY GOLD STRIPE | | |
| | | | HTS #: 5806.32.1030 | | |

SIGNED
BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.

(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SAVE 3 8TH X 15FT LIGHT GREY WRAPPED PE | | |
| | | | HTS #: 5808.90.0010 | | |
| | | | SAVE 3 8TH X 15FT SILVER METALLIC | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 3 8TH X 30FT CRANBERRY SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 30FT EUCALYPTUS SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 30FT GREEN SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 30FT GREY BLUE SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 30FT IVORY SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3 8TH X 30FT TEAL SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 3MM X 15FT GOLD WHITE TWIST CORD | | |
| | | | HTS #: 5605.00.9000 | | |
| | | | SAVE 3MM X 15FT SILVER WHITE TWIST CORD | | |
| | | | HTS #: 5605.00.9000 | | |
| | | | SAVE 45FT BLACK CARDED RIBBON | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 45FT IVORY CARDED RIBBON | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 45FT SILVER CARDED RIBBON | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 45FT WHITE CARDED RIBBON | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 4IN X 15FT BLACK SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 4IN X 15FT BLUSH SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 4IN X 15FT IVORY SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 4IN X 15FT WHITE SATIN | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 4MM X 15FT GOLD METALLIC CORD | | |
| | | | HTS #: 5605.00.9000 | | |

SIGNED BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                    B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SAVE 4MM X 15FT IVORY CORD | | |
| | | | HTS #: 5606.00.0090 | | |
| | | | SAVE 4MM X 15FT SILVER METALLIC CORD | | |
| | | | HTS #: 5605.00.9000 | | |
| | | | SAVE 4MM X 15FT WHITE CORD | | |
| | | | HTS #: 5606.00.0090 | | |
| | | | SAVE 5 8TH X 15FT BLUSH FERN ON CRANBER | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 5 8TH X 15FT CHAMPAGNE METALLIC | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 5 8TH X 15FT GOLD FERN ON GREEN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 5 8TH X 15FT GOLD FERN ON IVORY | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 5 8TH X 15FT GOLD FERN ON MAUVE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 5 8TH X 15FT ROSE GOLD METALLIC | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 5 8TH X 15FT SILVER METALLIC | | |
| | | | HTS #: 5806.39.3020 | | |
| | | | SAVE 5 8TH X 15FT TEXTURED GOLD GLITTER | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 5 8TH X 15FT TEXTURED IRRIDESCENT | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 5 8TH X 15FT TEXTURED SILVER GLITT | | |
| | | | HTS #: 5806.32.1040 | | |
| | | | SAVE 5 8TH X 15FT WHITE FERN ON NAVY | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 5 8TH X 30FT CRANBERRY SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 5 8TH X 30FT EUCALYPTUS SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 5 8TH X 30FT GREEN SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 5 8TH X 30FT GREY BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 5 8TH X 30FT MAUVE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 5 8TH X 30FT OMPHALODES BLUE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 5 8TH X 30FT PURPLE SHEER | | |
| | | | HTS #: 5806.32.1060 | | |

SIGNED
BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: YM UPWARD 091E                              B/L NO.: ONEYTPEEB7469300

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | SAVE 5 8TH X 30FT TEAL SHEER | | |
| | | | HTS #: 5806.32.1060 | | |
| | | | SAVE 7 8TH X 15FT BLUSH LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 7 8TH X 15FT IVORY LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 7 8TH X 15FT LIGHT GREY LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 7 8TH X 15FT WHITE LACE | | |
| | | | HTS #: 5804.21.0000 | | |
| | | | SAVE 7 8TH X 15FT WHITE WITH GOLD CENTE | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | SAVE 7 8TH X 30FT BLUSH SATIN | | |
| | | | HTS #: 5806.32.1030 | | |
| | | | ****************************** ** | | |
| | | | PO DC: VISALIA, CA. / DC04 | | |
| | | | SH>CAOTUN TOWNSHIP, NANTOU COUNTY 54254 , TAIWAN | | |
| | | | NP>EMAIL: US_AIR_SEA@DELMARUSA.COM | | |
| | | | TEL: +1 518 536 3213 | | |
| | | | ****************************** ** | | |

-------------------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PAR
TY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AG
AINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF
<
JHONGSHAN TAIPEI 104, TAIWAN

SIGNED
BY:   OCEAN NETWORK EXPRESS (TAIWAN) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER


**ONE**
OCEAN NETWORK EXPRESS

**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZ HEN) LTD-XIAMEN BRANCH 14F,SEASIDE BUILDING,NO.52, LUJIANGDAO,XIAMEN,FUJIAN,CHINA O/B:CHINA NATIONAL ARTS AND SH> | XMNEG5490500 | ONEYXMNEG5490500 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OHIO 44236 | |

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

DELMAR BROKERAGE
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT ,NY 12979 EMAIL:
US_AIR_SEA@DELMARUSA.COM NP>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | XIAMEN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| WAN HAI A05 E007 | XIAMEN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| LOS ANGELES, CA | HUDSON, OH | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| ONEU1315539   / CNCY32540 | | | /   959 CARTONS   /FCL / FCL/40HQ/5488.620KGS/65.281M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 959 CARTONS | | 959 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT FF EAS CREAM CERAMIC BUNNY LAYING HS CODE: 6913.90.5000 FF EAS CREAM CERAMIC BUNNY SITTING HS CODE: 6913.90.5000 FOS EAS CHICK HOLDING TULIP HS CODE: 6810.99.0080 | 5488.620KGS | 65.281CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: XIAMEN, FUJIAN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
14 DEC 2024

PLACE OF BILL(S) ISSUE
XIAMEN

DATED
14 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
XIAMEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: WAN HAI A05 E007                    B/L NO.: ONEYXMNEG5490500

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | FOS EAS CHICK STANDING ON EGG HS CODE: 6810.99.0080 FOS EAS GOLD EGG HOLDER HS CODE: 6810.99.0080 FOS EAS LAYING BUNNY FLOWERS HS CODE: 6810.99.0080 FOS MULTI EGGS 6K HS CODE: 6810.99.0080 ******************************** ** SHIPPER STATES THAT THIS SHIPMENT DOES NOT CONTAIN ANY WOOD PACKAGING MATERIAL. AMS FEE COLLECT AT DESTINATION. S/C#CHI0212B24 ******************************** ** SH> CRAFTS IMP. AND EXP.HUAYONG CORP NP> TEL#518-536-3213 | | |

OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. XIAMEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**ONE**
OCEAN NETWORK EXPRESS

COPY NON NEGOTIABLE

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN) LTD-XIAMEN BRANCH 14F,SEASIDE BUILDING,NO.52, LUJIANGDAO,XIAMEN,FUJIAN,CHINA  SH> | | XMNEG9494600 | ONEYXMNEG9494600 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OHIO 44236 | |

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

DELMAR BROKERAGE
1 LINCOLN BOULEVARD SUITE 201,
ROUSES POINT ,NY 12979 EMAIL:
US_AIR_SEA@DELMARUSA.COM  NP>

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT XIAMEN, CN | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG HMM GARNET 004E | PORT OF LOADING XIAMEN, CN | FINAL DESTINATION(for the Merchant's reference only) |
| PORT OF DISCHARGE SAVANNAH, GA | PLACE OF DELIVERY OPELIKA, AL | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)  FCL / FCL                    CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| DRYU4291632        / | | | /      829 CARTONS       /FCL / FCL/40GP/4859.780KGS/53.645M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 829 CARTONS | | 829 CARTONS IN TOTAL 1X40ST CONTAINER(S) SAID TO CONTAIN: SHIPPERS' DESIRE TO STATE THAT DJ RING DISH SUMMER LEMON HS CODE: 6912.00.4810 DJ RING DISH SUMMER MAGNOLIA HS CODE: 6912.00.4810 FF MELAMINE CHIP AND DIP BOWL HS CODE: 3924.10.2000 FF MELAMINE MULTI TILE TRAY | 4859.780KGS | 53.645CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____   . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: XIAMEN, FUJIAN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|
| CODE   TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
21 DEC 2024

PLACE OF BILL(S) ISSUE
XIAMEN

DATED
21 DEC 2024

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD.
XIAMEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: HMM GARNET 004E                    B/L NO.: ONEYXMNEG9494600

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | HS CODE: 3924.10.3000<br>FF STAINED GLASS LEAF<br>HS CODE: 7013.99.5090<br>FF STAINED GLASS OCEAN<br>HS CODE: 7013.99.8090<br>FF STAINED GLASS ROUND LEMON TT<br>HS CODE: 7013.99.8090<br>FF STAINED GLASS ROUND OLIVE TT<br>HS CODE: 7013.99.8090<br>FF STAINED GLASS SUN TT<br>HS CODE: 7013.99.5090<br>*********************************<br>**<br>SHIPPER STATES THAT THIS SHIPMENT<br>DOES NOT CONTAIN ANY WOOD<br>PACKAGING MATERIAL. AMS FEE<br>COLLECT<br>AT DESTINATION. S/C#CHI0212B24<br>*********************************<br>**<br><br>SH>O/B:H&H ASIA LTD /<br>PACIFIC ISLAND CREATIONS CO LTD.<br>NP>TEL#518-536-3213 | | |

------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. XIAMEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER



**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| CENTURY DISTRIBUTION SYSTEMS (SHENZHEN)LTD-XIAMEN BRANCH 14F,SEASIDE BUILDING,NO.52, LUJIANGDAO,XIAMEN,FUJIAN,CHINA O/B:CHINA NATIONAL ARTS AND SH> | XMNEJ1305400 | ONEYXMNEJ1305400 |

EXPORT REFERENCES(for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

| CONSIGNEE | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| JO-ANN STORES, LLC. 5555 DARROW ROAD, HUDSON, OHIO 44236 | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a non-negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identity as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) |
|---|
| DELMAR BROKERAGE 1 LINCOLN BOULEVARD SUITE 201, ROUSES POINT ,NY 12979 EMAIL: US_AIR_SEA@DELMARUSA.COM NP> |

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | XIAMEN, CN |

| OCEAN VESSEL VOYAGE NO. FLAG | PORT OF LOADING | FINAL DESTINATION(for the Merchant's reference only) |
|---|---|---|
| HMM DRIVE 053E | XIAMEN, CN | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT(IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| SAVANNAH, GA | OPELIKA, AL | FCL / FCL | CY / DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| NYKU4424789   / CNDD58988 | | / | 1010 CARTONS   /FCL / FCL/40HQ/3104.000KGS/65.407M3 | | |
| JAS DISTRIBUTION CENTER USA IN DIA P.O. # VENDOR. # JO-ANN ARTICLE: DESCRIPTION: QUANTITY: GROSS WEIGHT: CUBE: | 1010 CARTONS | | 1010 CARTONS IN TOTAL 1X40HC CONTAINER(S) SAID TO CONTAIN: FOS PLANTER SM RATTAN URN SHIPPERS' DESIRE TO STATE THAT HS CODE: 3924.90.5650 LIGHTING RATTAN LANTERN W BULB HS CODE: 4602.12.1600 ***************************** ** SHIPPER STATES THAT THIS SHIPMENT | 3104.000KGS | 65.407CBM |

**\*\* TO BE CONTINUED ON ATTACHED LIST \*\***

Declared Cargo Value US $ _____    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: XIAMEN, FUJIAN RICHMOND, VA | SERVICE CONTRACT NO. CHI0212B24 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE | [1] ORIGINAL BILLS(S) HAVE BEEN SIGNED. |
|---|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| | | | | | | DATE CARGO RECEIVED |
| | | | | | | DATE LADEN ON BOARD 07 JAN 2025 |
| | | | | | | PLACE OF BILL(S) ISSUE XIAMEN |
| | | | | | | DATED 07 JAN 2025 |

The printed terms and conditions on this Bill are available at its website at www.one-line.com

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. XIAMEN BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd. (ONE), AS CARRIER

**COPY NON NEGOTIABLE**

VESSEL VOYAGE: HMM DRIVE 053E                    B/L NO.: ONEYXMNEJ1305400

| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| COUNTRY OF ORIGIN: CARTON NO. | | | DOES NOT CONTAIN ANY WOOD PACKAGING MATERIAL. AMS FEE COLLECT AT DESTINATION. S/C#CHI0212B24 ******************************** ** SH> CRAFTS IMP. AND EXP.HUAYONG CORP NP> TEL#518-536-3213 | | |

-------------------------------------------------------------------------------
OCEAN FREIGHT COLLECT
"DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT  (SEE BACK CLAUSE 1) AS SET OUT AT BACK
CLAUSE 13(1)"
SHIPPER'S LOAD & COUNT
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE  TARIFF

SIGNED BY: OCEAN NETWORK EXPRESS(CHINA) LTD. XIAMEN
BRANCH

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

# EXHIBIT B

| BL | Container |
|---|---|
| CCUE17406300 | TRHU8378531 |
| COKE09603500 | TEMU8849263 |
| COKE09603500 | TRHU4110670 |
| COKE09605700 | TRHU7299253 |
| COKE09667800 | BMOU6595398 |
| COKE09667800 | NYKU4361382 |
| COKE09667800 | TCNU4894006 |
| COKE10616800 | TRHU7278944 |
| DELE65551400 | ONEU0346237 |
| DELE65551400 | TLLU5455436 |
| DELE65740400 | GAOU6619328 |
| DELE70373900 | GCXU5190143 |
| HANED4188600 | TCNU6195570 |
| HKGEL9382900 | KKFU7913519 |
| HKGEP3501700 | TCKU4363453 |
| HKGEP3518800 | TCKU4622976 |
| HKGEQ1540900 | DRYU6043867 |
| HKGEQ1586500 | ONEU0349982 |
| HKGER4762500 | TCKU4521374 |
| HKGER4762500 | TCNU4897474 |
| HKGER4762500 | UETU4163461 |
| HKGER4782700 | ONEU0463510 |
| HKGER4782700 | SEGU5052876 |
| HKGER4782700 | TCLU1542513 |
| HKGER4782700 | FDCU0575854 |
| HKGER4782700 | TCLU1678942 |
| HKGER4829900 | ONEU5808908 |
| HKGER9034900 | TLLU6105200 |
| HKGER9034900 | UETU4102912 |
| HKGER9035300 | FFAU6493186 |
| HKGER9035300 | UETU4026685 |
| HKGER9039700 | TCKU4881180 |
| HKGER9050700 | TLLU6107219 |
| JHBE33565700 | TCNU4477255 |
| JHBE33566800 | DRYU4281676 |
| MAAE45250600 | ONEU0709306 |
| MAAE45303500 | ONEU0176681 |
| MUMEE5278800 | ONEU0803890 |

| | |
|---|---|
| MUMEE5278800 | TCLU8913088 |
| MUMEE5278800 | TCNU4563332 |
| NB4IAR013700 | FCIU9222924 |
| NB4IAR013700 | FSCU8613796 |
| NB4IAR013700 | ONEU1184948 |
| NB4IAR013700 | TCLU7804190 |
| NB4IAW912400 | TCNU4982410 |
| PNHE38325700 | TCLU4226519 |
| SGNEBM674700 | TCKU4520608 |
| SGNECP898500 | KKFU8004464 |
| SH3FH2273600 | CAIU5823410 |
| SH3FH2278400 | MOEU1410201 |
| TA4ZBF888300 | ONEU5003288 |
| TA4ZBF889400 | CXDU1591260 |
| TA4ZBK502300 | ONEU7015800 |
| TPEEB7469300 | UETU4138068 |
| XMNEG5490500 | ONEU1315539 |
| XMNEG9494600 | DRYU4291632 |
| XMNEJ1305400 | NYKU4424789 |

EXHIBIT C

**OCEAN NETWORK EXPRESS**

This website saves cookies to your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

Global     Remove Me     MENU

**Home** » B/L Terms

# B/L TERMS

### OCEAN NETWORK EXPRESS

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable.  Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading.  If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System.  If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable.  IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and

UNITED STATES ENGLISH

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.    CLOSE

OCEAN NETWORK EXPRESS    Global    Remove Me    MENU

# 1.    Definitions and Tariff

## 1.1    Definitions

"**Bill**" means this document, whether issued as a Bill of Lading or a Sea Waybill, and whether issued in paper or electronic form;

"**Carriage**" means the whole or any part of the operations and services whatsoever undertaken by the Carrier in respect of the Goods covered under this Bill;

"**Carrier**" means Ocean Network Express Pte Ltd on whose behalf this Bill has been signed;

"**Container**" includes any container (including an open top container), trailer, transportable tank, flat rack or pallet or any similar article used to consolidate Goods and any ancillary equipment;

"**Freight**" includes all charges payable to the Carrier in accordance with the applicable Tariff(s) and this Bill, including storage, demurrage and detention;

"**Goods**" means the whole or any part of the cargo and any packaging received from the Shipper and includes any equipment or Container not supplied by or on behalf of the Carrier;

"**Hague Rules**" means the provisions of the International Convention for the Unification of Certain Rules relating to Bills of Lading signed at Brussels on 25th August, 1924 and includes the amendments by the Protocols signed at Brussels in 1968, and 1979, but only if such amendments (hereinafter collectively called "the Visby Amendments") are compulsorily applicable to this Bill and nothing in this Bill shall be construed as contractually applying the Visby Amendments;

"**Holder**" means any person for the time being in possession of or entitled to this Bill by reason of the consignment of Goods or the endorsement of this Bill or otherwise;

"**Merchant**" includes the Shipper, Consignee, owner, Person owning or entitled to possession of the Goods or of this  UNITED STATES  ENGLISH  nd anyone acting on behalf of any such person, including but not limited to agents, servants, independent contractors, non-vessel operating common carriers ("NVOCCs"), ar    CLOSE    orwarders;

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and Privacy Policy.    CLOSE

OCEAN NETWORK EXPRESS                    Global    Remove Me    MENU

"**Place of Delivery**" means a place so named overleaf or any other place where the Carrier has contracted to deliver the Goods when such place is other than the Port of Discharge;

"**Place of Receipt**" means a place so named overleaf or any other place where the Carrier has contracted to receive the Goods, when such place is other than the Port of Loading;

"**Port of Loading**" means a port or place so named overleaf or any other port or place where the Goods are loaded onto the Vessel for Carriage;

"**Port of Discharge**" means a port or place so named overleaf or any other port or place where the Goods are discharged from the Vessel;

"**Sub-Contractor**" includes owners, charterers and operators of the Vessel or any other vessel (other than the Carrier), sea, water, rail, road, air or other transport operators or carriers, stevedores, terminal operators, warehousemen, and any independent contractors or agents employed by the Carrier in performance of the Carriage and any subcontractor thereof;

"**US COGSA**" means the United States Carriage of Goods by Sea Act, 1936;

"**Vessel**" includes the vessel named on the face hereof, and any vessel, lighter, barge, ship, watercraft or any other means of water transport used in whole or in part for Carriage of Goods under this Bill;

"**Verified Gross Mass**" means the combined mass of a Container's tare mass and the masses of all packages and cargo items including but not limited to pallets, dunnage, other packing material and securing materials packed in the Container and verified by one of the methods of weighing specified in SOLAS Chapter VI Regulation 2.

"**Waterborne Carriage**" means carriage by sea or water, and includes the period during which the Goods are under the custody of the Carrier for the Carriage at the sea/water terminal of the Port of Loading or the Port of Discharge, whether or not on board the Vessel.

1.2          Carrier's Tariff

The terms of the Carrier's applicable ~~UNITED STATES ENGLISH~~ ncorporated herein. The Merchant's attention is drawn to clause 6 hereof. Copies of the relevant provisions of the

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and Privacy Policy.

CLOSE

OCEAN NETWORK EXPRESS

Global    Remove Me    MENU

## 2.        Terms and Conditions

2.1        The terms and conditions provided for in this Bill shall apply in any action by or against the Carrier for any loss or damage whatsoever and howsoever occurring (and without restricting the generality of the foregoing, including delay, late delivery and/or delivery without surrender of this Bill), whether the action be founded in contract, bailment or in tort.

2.2        The terms and conditions of this Bill are separable, and if any term or condition is held to be invalid, null and void, or unenforceable, that shall not affect in any way the validity or enforceability of any other term or condition of this Bill.

2.3        The terms and conditions of this Bill shall govern the relations between the Carrier and the Merchant in respect of the Carriage, whether a Bill of Lading is issued or not.

2.4        If this Bill is accepted by a NVOCC, who has in turn made other contracts of carriage with third parties, the said NVOCC hereby:

(a)        undertakes that no claim or allegation in respect of the Goods shall be made against the Carrier by any Person, other than in accordance with the terms and conditions hereof, which imposes or attempts to impose upon the Carrier or any vessel, owned or operated by the Carrier or employed in the Carriage, any liability whatsoever in connection with the Goods, whether or not arising out of negligence on the part of the Carrier, and if any such claim or allegation should nevertheless be made, to indemnify the Carrier against all consequences thereof (including legal fees, expert fees and disbursements), and

(b)        warrants that all bills of lading or other documents recording the contracts of carriage issued by him in respect of the Goods shall effectively incorporate and bind his counterparties to the terms of this Bill including the law and jurisdiction clause, and agrees to defend, hold harmless and indemnify the Carrier, his servants, agents and Subcontractors against all consequences of his failing to do so.

2.5        In no event shall the C    UNITED STATES  ENGLISH    lirect or indirect loss of  profit or any consequential loss whatsoever.

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

Merchant to have resulted from the cause for which the Carrier is liable. The Merchant shall indemnify the Carrier (including legal and expert fees and disbursements) when the Carrier pays damages in excess of its share of fault.

2.7        The Carrier does not undertake that the Goods shall arrive at the Port of Discharge or Place of Delivery on/at any particular date or time or to meet any particular market or use, and the Carrier shall in no circumstances be liable for delay or for any indirect or special or consequential loss or damage whatsoever incurred by the Merchant.


**3.        Carrier's Responsibility**

3.1        The Carrier shall not be responsible for loss or damage to the Goods occurring before the receipt of the Goods by the Carrier or after the delivery of the Goods to the Merchant or its designee. The Carrier shall be liable for loss or damage to the Goods occurring between the time when he receives the Goods and the time of delivery only to the extent set out below.

3.2        Except for the shipment of Goods to, from or through the United States, including its districts, territories and possessions, which shall be governed by Clause 26 below, if the stage of the Carriage during which the loss or damage occurred can be proved, the liability of the Carrier shall be determined:

(a)        if the loss or damage is proved to have occurred during the Waterborne Carriage, by the Hague Rules, Articles 1-8 inclusive, but excluding Article 1(e),

(b)        where the loss or damage is proved not to have occurred during the Waterborne Carriage, by the provisions contained in any international convention or national law which provisions,

(i)        cannot be departed from by private contract to the detriment of the Merchant; and

(ii)        would have applied if the Merchant had made a separate and direct contract with the Carrier in respect of the stage of the Carriage during which the loss or damage occurred and had received as evidence _____ ment which must be issued in order to make such international convention or national law applicable; and

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global     Remove Me     MENU

3.3        Except for the shipment of Goods to, from or through the United States, including its districts, territories and possessions, which shall be governed by Clause 26 below, if neither Clause 3.2(a) or 3.2(b) above applies, or if the stage of the Carriage during which the loss or damage occurred cannot be determined, the Carrier shall be relieved of liability for any loss or damage if such loss or damage was caused by:

(i)           act of God,

(ii)          act of War,

(iii)         act of public enemies,

(iv)         arrest or restraint of princes, rulers or people or seizure under legal process,

(v)          quarantine restrictions,

(vi)         an act or omission of the Merchant, his agent, representative or sub-contractor,

(vii)        compliance with instructions of any Person entitled to give them,

(viii)       insufficiency of or defective condition of packing or marking,

(ix)         handling, loading, stowage or unloading of the Goods by or on behalf of the Merchant,

(x)          inherent vice of the Goods,

(xi)         latent defects not discoverable by due diligence,

(xii)        fire, unless caused by the actual fault or privity of the Carrier,

(xiii)       strike, lock-out, stoppage or restraint of labour, from whatever cause, whether partial or general,

(xiv)       riots and civil commotions,

(xv)        any cause or event which the Carrier could not avoid and the consequences whereof he could not prevent by t UNITED STATES ENGLISH ıle diligence.

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

the Carrier establishes that the loss or damage could be attributed to one or more of the causes or events specified in Clause 3.3 other than (vi), (vii), (viii), (ix), (x) or (xv), it shall be presumed that it was so caused. The Merchant shall, however, be entitled to prove that the loss or damage was not, in fact, caused either wholly or partly by one or more of these causes or events.

3.5        If the Carrier is requested by the Merchant to procure carriage by an inland carrier beyond the Place of Delivery (or the Port of Discharge if no Place of Delivery is named) such carriage shall be procured by the Carrier as agent only to the Merchant and the Carrier shall have no liability whatsoever for such carriage or the acts or omissions of such inland carrier.

3.6        Where this Bill is issued as a Sea Waybill, this Bill shall have effect subject to the CMI Uniform Rules for Sea Waybills which are deemed to be incorporated herein; provided, however that if any provisions of such Rules are inconsistent with those of this Bill, the latter shall prevail.

**4.        Limitation of Liability**

4.1        Nothing in this Bill shall operate to limit or deprive the Carrier of any statutory protection or exemption or limitation of liability authorized by any applicable laws, statutes or regulations of any country.

4.2        It is agreed by the Merchant that the Carrier qualifies and shall be regarded as a person entitled to limit liability under any applicable convention for the Limitation of Liability for Maritime Claims notwithstanding that the Carrier may have secured space on board the relevant vessel by means of a slot charter, bill of lading, waybill or other contract of carriage.  Subject to any law compulsorily applicable to the Carriage to the contrary, and save to that extent, the fund to which the Carrier may limit its liability in respect of all claims arising out of an incident shall be that part or proportion of the limitation fund applicable to the actual carrier that is available for the Carrier's claims against the actual carrier.

4.3        If the Hague Rules are applicable by national law, the liability of the Carrier shall in no event exceed the limit provided in the applicable national law. If the Hague Rules are applicable otherwise than by national law, the liability of the Carrier shall in no event exceed 100 pounds sterling per package or unit.

UNITED STATES  ENGLISH

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global    Remove Me    MENU

Goods lost or damaged (SDR means Special Drawing Right as defined by the International Monetary Fund).

4.5        The Merchant agrees and acknowledges that the Carrier has no knowledge of the value of the Goods and higher compensation than that provided for in this Bill may be claimed only when, with the consent of the Carrier, (i) for multimodal shipments to or from the U.S. where U.S. inland carriage is undertaken, the Merchant elects to avoid any liability limitation provided herein by prepaying extra freight and opting for full liability by complying with the terms in the Carrier's Tariff(s); and (ii) in all other cases, the Shipper declares the value of the Goods and requests that the Carrier insert the declared value of the Goods in the box marked "Declared Value" on the reverse of this Bill, and for which extra freight has been paid by the Merchant.  In that case, the amount of the declared value shall be substituted for the limits laid down in this Bill.  Any partial loss or damage shall be adjusted pro rata based on such declared value.


**5.          Sub-Contracting**

5.1        The Carrier shall be entitled to subcontract the whole or any part of the Carriage on any terms whatsoever, including liberty to further sub-contract.

5.2        The Merchant undertakes that no claim or allegation shall be made against any Person who performs or undertakes the Carriage (including all Sub Contractors) other than the Carrier, which imposes or attempts to impose upon such Person, or any vessel owned by such Person, any liability whatsoever in connection with the Goods or the Carriage, whether or not arising out of negligence on the part of such Person and, if any such claim or allegation should nevertheless be made, to indemnify the Carrier against all consequences thereof.

5.3        Without prejudice to Clause 5.2 such Person (including any Subcontractor) shall have the benefit of every right, exemption from liability, defence and immunity of whatsoever nature applicable to the Carrier or to which the Carrier is entitled herein including but not limited to the right to enforce  Clause 25 hereof, as if such provisions were expressly for his benefit. In entering into this contract, the Carrier, to the extent of these provisions, does so not only on his ~~UNITED STATES ENGLISH~~ agent and trustee for such Person.

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global    Remove Me    MENU

against other Persons chartering space on the Vessel.

5.5        The Merchant further undertakes that no claim or allegation in respect of the Goods shall be made against the Carrier by any Person, other than in accordance with the terms and conditions of this Bill, which imposes or attempts to impose upon the Carrier any liability whatsoever in connection with the Goods or the Carriage, whether or not arising out of negligence on the part of the Carrier and, should any such claim or allegation nevertheless be made, to indemnify the Carrier against all consequences thereof.

## 6.        Freight

6.1        Freight shall be deemed fully earned on receipt of the Goods by the Carrier, whether the Goods are lost or not, and shall be paid and non-returnable in any event.

6.2        The Merchant acknowledges and accepts the stipulations concerning currency in which the Freight is to be paid, rate of exchange, devaluation and other contingencies relative to Freight in the applicable Tariff(s).

6.3        Freight has been calculated based on particulars furnished by or on behalf of the Merchant. If such particulars are incorrect, it is agreed that a sum equal to double the correct Freight less the Freight charged shall be payable as liquidated damages to the Carrier, provided that the Carrier's Tariff(s) does not stipulate otherwise. The Merchant shall indemnify the Carrier for all penalties and legal fees resulting from such incorrect particulars being furnished.

6.4        All Freight shall be paid to the Carrier by the Merchant in cash without any set-off, counter-claim, deduction or pardon either at or prior to the time agreed for payment or at the latest before delivery of the Goods.

6.5        The Merchant shall be liable to the Carrier for the payment of all Freight and/or expenses including but not limited to court costs, legal fees and expenses incurred in collecting monies due to the Carrier. Payment of the Freight to a freight forwarder, broker or anyone other than the Carrier or its authorized agent shall not be deemed payment to the Carrier and shall be made at the Merchant's sole risk.

UNITED STATES ENGLISH

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global     Remove Me     MENU

7. The Carrier shall have a lien on the Goods and any documents relating thereto, which shall survive delivery, for all sums payable to the Carrier under this contract and for general average contributions, to whomsoever due. The Carrier shall also have a lien against the Merchant on the Goods and any documents relating thereto for all sums due from the Merchant to the Carrier under any other contract. For recovering any sums due, the Carrier shall have the right to sell the Goods by public auction or private sale, without notice to the Merchant and the Carrier's lien shall extend to cover the cost of recovering any sums due.

## 8.      Description of Goods

8.1      This Bill shall be prima facie evidence of the receipt by the Carrier in apparent external good order and condition, (except as otherwise noted), of the total number of Containers or other packages or units enumerated in the box entitled "Carrier's Receipt".

8.2      No representation is made by the Carrier as to the weight, contents, measure, quantity, quality, description, condition, marks, numbers or value of the Goods and the Carrier shall be under no responsibility whatsoever in respect of such description or particulars.

8.3      The Merchant warrants to the Carrier that the particulars relating to the Goods as set out overleaf have been checked by the Merchant on receipt of this Bill and that such particulars and any other particulars furnished by or on behalf of the Shipper including but not limited to the Container's Verified Gross Mass ("VGM") are accurate and correct. The Merchant also warrants that the Goods are lawful goods and contain no contraband, drugs or other illegal substances or stowaways, and that the Goods are adequately packed and prepared for shipment, and will not cause loss, damage, or expenses to the Carrier, the Vessel, or to any other cargo during the Carriage.

8.4      If any particulars of any Letter of Credit and/or Import Licence and/or Sale Contract and/or Invoice or Order Number and/or details of any contract to which the Carrier is not a party are shown on the face of this Bill, and/or if any particulars are inserted in the "Export Reference" and "Final Destination" boxes, such particulars are included solely at the request of the Merchant for his convenience and reference only. The Merchant acknowledges that except when the *[...]* 4.5(ii) apply, the value of the Goods is unknown to the Carrier, and that the incl *[...]* uch particulars shall not be

UNITED STATES ENGLISH

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global     Remove Me     MENU

whatsoever of including such particulars in this Bill.

**9.        Container Packed by Merchant**

9.1        If the Goods received by the Carrier are in Container(s) packed by or on behalf of the Merchant:

(a)        this Bill is prima facie evidence of the receipt only of the number of Container(s) as shown herein; and

(b)        the Merchant warrants that the stowage of the Goods in Container(s) and their closing and sealing are safe and proper and  that the Goods and the Container(s) are suitable for Carriage in accordance with the terms hereof including Clause 14 and the Carrier's Tariff(s). For Containers being transported by inland rail in the U.S., the Merchant shall properly load, block and brace the Goods in accordance with the Association of American Railroad ("AAR") Intermodal Loading Guide for Products in Closed Trailers and Containers and notify and require all parties involved in the loading of the Goods in the Container(s) to comply with these requirements. The AAR Intermodal Loading Guide can be obtained from the Carrier or the AAR (**https://www.aar.org**). In the event of the Merchant's breach of said warranties, the Carrier shall not be responsible for any loss of or damage to or in connection with the Goods or the Carriage resulting from said breach and the Merchant shall be liable for loss of or damage to any other property, or for personal injury or death or the consequences of any other accidents or events whatsoever and shall indemnify the Carrier in respect thereof; and

(c)        the Merchant shall inspect the Container(s) when furnished by or on behalf of the Carrier, and they shall be deemed to have been accepted by the Merchant as being in sound and suitable condition for the Carriage, unless he gives notice to the contrary in writing to the Carrier; and

(d)        if the Container(s) are delivered by the Carrier with seals intact, such delivery shall be deemed as full and complete performance of the Carrier's obligation and the Carrier shall not be liable for any loss of or damage to the contents of the Container(s).

UNITED STATES ENGLISH

**10.        Inspection of Goods**                    CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global     Remove Me     MENU

the Goods without notice to the Merchant.

10.2     If pursuant to any of the Carrier's rights under this Bill or if by order of the authorities at any place, a Container or package has to be opened and/or seal of a Container broken, the Carrier will not be liable for any loss or damage incurred as a result of any opening, unpacking, inspection, re-weighing, re-measurement, revaluation, or repacking. The Merchant shall indemnify the Carrier for the cost of all measures taken as above.

## 11.    Specialized Carriage

11.1     The Merchant undertakes not to tender for Carriage any Goods which require refrigeration, ventilation or any other special attention without giving prior written notice of their nature and temperature range to be maintained and/or special attention required. In the case of refrigerated, ventilated or any other specialized Container packed by or on behalf of the Merchant, the Merchant further undertakes that the Goods have been properly packed in the Container and that he has checked that its thermostatic, ventilating or any other special controls have been properly and exactly set, before receipt of the Goods by the Carrier. The Carrier shall not be liable for any loss or damage to the Goods arising out of or resulting from the Merchant's failure in such obligation and further does not guarantee the maintenance of any intended temperature inside the Container.

11.2     The Carrier shall not be liable for any loss or damage to the Goods arising from latent defects, derangement, breakdown, defrosting, stoppage of refrigeration, ventilating or any other specialized machinery, plant, insulation and/or any apparatus of the Container, vessel, conveyance and any other facilities, provided that the Carrier shall before and at the beginning of the Carriage exercise due diligence to maintain the Container supplied to the Carrier in an efficient state.

11.3     If the Goods have been packed into a refrigerated Container by the Carrier and the temperature range requested by the Merchant is inserted in this Bill, the Carrier will set the thermostatic controls within the requested temperature range, but does not guarantee the maintenance of such temperature inside the Container.

## 12.    Carrier's Container

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global      Remove Me      MENU

occurs while in the possession or control of the Merchant, his agents, servants or independent contractors engaged by or on behalf of the Merchant.

12.2      The Carrier shall in no event be liable for and the Merchant shall indemnify and hold the Carrier harmless from and against, any loss of or damage to property of other Persons or injuries or death to other Persons caused by the Carrier's Container(s) or the contents thereof during handling by, or while in the possession or control of the Merchant, his agents, servants or independent contractors engaged by or on behalf of the Merchant.

12.3      If Container(s) supplied by or on behalf of the Carrier are unpacked at the Merchant's premises, the Merchant is responsible for returning the empty Container(s), with interiors brushed and clean, to the point or place designated by the Carrier, its agents or servants, within the time prescribed in the Carrier's applicable Tariff(s).  Should Container(s) not be returned as aforesaid within the time prescribed, the Merchant shall be liable for any detention, losses and/or expenses which the Carrier may incur including but not limited to the cost of cleaning the interior of the Container(s).

## 13.      Merchant's Responsibility

13.1      All of the Persons coming within the definition of Merchant in Clause 1.1 shall be jointly and severally liable to the Carrier for the due fulfillment of all obligations of the Merchant in this Bill.

13.2      The Merchant shall comply with all statutes, ordinances, regulations or requirements of customs, port, and any other authorities relative to the Goods, documentation and any other matters affecting or in any way relating thereto, and shall bear and pay all duties, taxes, fines, imposts, expenses or losses incurred or suffered due to any failure to so comply, or due to any illegal, incorrect or insufficient marking, numbering or addressing of the Goods, and shall indemnify the Carrier in respect thereof.

13.3      The Merchant shall indemnify, defend and hold the Carrier harmless from all consequences of any:

(a)      failure by the Merchant to comply with any provision of this Bill, the Carrier's applicable Tariff(s), and/or any app    UNITED STATES  ENGLISH    acts, laws or regulations, and/or

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

13.4      The Merchant's obligation to so indemnify, defend and hold harmless shall include reimbursement of all expenses or amounts spent or incurred, including legal fees and expenses, penalties or liabilities imposed, or loss of profit, directly or indirectly arising from or in connection with such failure or breach and shall not be defeated or reduced by any negligence on the part of or attributable to the Carrier.

## 14.      Optional Stowage and Deck Cargo

14.1      Where the Goods are not already packed into Container(s) at the time of receipt, the Carrier shall be at liberty to pack and carry them in any type of Container(s).

14.2      The Goods packed in Containers (other than flats or pallets) by the Carrier or the Merchant, may be carried on or under deck without notice to the Merchant. All such Goods whether carried on deck or under deck shall participate in general average and such Goods (other than live animals) shall be deemed to be within the definition of the Goods for the purposes of the Hague Rules.

14.3      Notwithstanding Clause 14.2, Goods which are stated herein to be carried on deck are carried without any responsibility whatsoever on the part of the Carrier for loss or damage of whatsoever nature arising during the Carriage whether caused by the Vessel's unseaworthiness or the Carrier's negligence or any other cause whatsoever.

## 15.      Live Animals and Plants

15.1      The Carrier shall not be responsible for any accident, disease, mortality, loss of or damage to live animals, birds, reptiles, fish or plants arising or resulting from any cause whatsoever including the Carrier's negligence or the Vessel's unseaworthiness, and shall have the benefit of all the provisions of this Bill, except those inconsistent with the provisions of this Clause.

## 16.      Carriage Affected by Co      UNITED STATES ENGLISH

further, either at all or without incurring additional expense or taking measure(s) in relation to the Container or the Goods, the Carrier may without notice to the Merchant (but as his agent only) take any measure(s) and/or incur any additional expense to carry or to continue the Carriage thereof, and/or store them ashore or afloat, under cover or in the open at any place, whichever the Carrier, in his absolute discretion, considers most appropriate. Furthermore, the Carrier shall be entitled with or without notice to the Merchant to abandon the Goods whether in store or not, or to effect a sale or disposal of the Goods as may be necessary or appropriate. The Carrier's liability shall cease upon such abandonment, storage, sale or disposal. The Merchant shall indemnify the Carrier against any additional legal fees and expenses so incurred.

## 17.        Modes, Route of Transport

17.1        The Carrier may at any time and without notice to the Merchant: use any means of transport or storage whatsoever; transfer the Goods from one conveyance to another including trans-shipping or carrying the same on another Vessel or means of transport other than the Vessel named herein; proceed by any route in his discretion (whether or not the nearest or most direct or customary or advertised route) and proceed to or stay at any place or port whatsoever once or more often, and in any order; and/or load and unload the Goods at any place or port (whether or not any such port is named herein as the port of loading or port of discharge) and store the Goods at any such place or port.

17.2         The Vessel shall always have liberty to dry dock, go to repair yards, shift berths, shift or re-stow the Goods, and take in fuel or stores.  These liberties may be invoked by the Carrier for any purpose whatsoever and anything done in accordance with this Clause or any delay arising therefrom shall not be deemed to be a breach by the Carrier of the contract evidenced by this Bill or a deviation. Should the Carrier be held liable in respect of any such action, the Carrier shall be entitled to the full benefit of the Carrier's defences.

## 18.        Matters Affecting Performance (Liberty)

18.1        If at any time the Carriage is or is likely to be affected by any hindrance, risk, delay, difficulty or disadvantage of ... nd howsoever arising (even if the circumstances giving rise to such hindrance, risk, ... culty or disadvantage existed at

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

Merchant and at its sole discretion either:

(a)        Carry the Goods to the named Place of Delivery by an alternative route to that indicated in this Bill or that which is usual for the Goods consigned to that Place of Delivery (if the Carrier elects to invoke the terms of this Clause 18.1(a), then notwithstanding the provisions of Clause 17 hereof, he shall be entitled to charge such additional Freight as the Carrier may determine); or

(b)        Suspend the Carriage of the Goods and store them ashore or afloat upon the terms of this Bill and endeavour to forward them as soon as possible, but the Carrier makes no representations as to the maximum period of suspension (if the Carrier elects to invoke the terms of this Clause 18.1(b) then he shall be entitled to such additional Freight and/or storage charges and/or legal fees and expenses as the Carrier may determine); or

(c)        Abandon the Carriage of the Goods and place the Goods at the Merchant's disposal at any place or port which the Carrier may at his sole discretion deem safe and convenient, whereupon the Carrier's responsibility in respect of such Goods shall cease. The Carrier shall nevertheless be entitled to full Freight on the Goods received for the Carriage, and the Merchant shall pay any additional costs of the Carriage to, and delivery and storage at such place or port. If the Carrier elects to use an alternative route under Clause 18.1(a) or to suspend the Carriage under Clause 18.1(b), this shall not prejudice his right subsequently to abandon the Carriage.

## 19.        Dangerous Goods, Contraband

19.1        The Carrier undertakes to carry Goods of an explosive, inflammable, radioactive, corrosive, damaging, noxious, hazardous, poisonous, injurious or any other dangerous nature only upon the Carrier's acceptance of a prior written application by the Merchant for Carriage of such Goods, which acceptance the Carrier shall not be obliged to give.  Such application must accurately state the precise nature, name, label and classification of Goods as well as the method of rendering them innocuous, with the full names, addresses and telephone numbers of the Merchant.

19.2        The Merchant shall undertake that the nature of Goods referred to in 19.1 above is distinctly and permanently marked                              outside of the package(s) and

UNITED STATES  ENGLISH

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and *Privacy Policy*.

CLOSE

OCEAN NETWORK EXPRESS

Global    Remove Me    MENU

19.3     The Merchant warrants that such Goods are packed in a manner to withstand the risks of Carriage having regard to their nature and in compliance with all laws, regulations or requirements, which may be applicable to the Carriage.

19.4     Whenever Goods are perceived or are discovered to pose a threat to the Vessel, any other means of transport, cargoes, properties or persons, or not to comply with 19.1 or 19.2 above, or Goods are perceived or found to be contraband or prohibited by any laws or regulations of the port of loading, discharge or call, or any place or waters during Carriage, the Carrier shall be entitled to have such Goods rendered innocuous, thrown overboard or discharged and left to the Merchant at any stage and place the Carrier may choose, or otherwise disposed of at the Carrier's discretion without compensation, and the Merchant shall be liable for and indemnify the Carrier against all  loss, damage or liability including loss of freight, and any claims, liability, loss, damage, delay, costs, fines and/or expenses directly or indirectly arising out of or resulting from such Goods and all resulting actions taken by the Carrier, and shall post any necessary bonds or financial guarantees as may be required.

## 20.     Nuclear Incident and Valuable Goods

20.1     The Carrier shall not be responsible for any loss or damage to or in connection with the Goods arising or resulting from nuclear incident occurring at any time, unless caused by the actual fault or privity of the Carrier.

20.2     The Carrier shall not be liable to any extent for any loss of or damage to or in connection with platinum, gold, silver, jewellery, precious stones, precious metals, radioisotopes, precious chemicals, bullion, specie, currency, negotiable instruments, securities, writings, documents, pictures, works of art, curios, heirlooms, collections of every nature or any other valuable goods whatsoever including Goods having particular value only for the Merchant, unless the true nature and value of the Goods have been declared in writing by the Merchant before receipt of the Goods by the Carrier, and the same is inserted in this Bill and ad valorem freight has been fully prepaid.

UNITED STATES ENGLISH

## 21.     Notification and Delivery

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global    Remove Me    MENU

Carrier in any liability nor relieve the Merchant of any obligation hereunder.

21.2      The Merchant shall take delivery of the Goods within the free storage time provided for in the Carrier's applicable Tariff(s) or otherwise. If the Merchant fails to do so, without prejudice to any other rights of the Carrier hereunder, the Carrier may without notice unload the Goods or part thereof from the Vessel or the Container and/or store the Goods or part thereof ashore, afloat, in the open or under cover at the sole risk of the Merchant. Such storage shall constitute due delivery hereunder, and thereupon all liability whatsoever of the Carrier in respect of the Goods or part thereof shall cease, and the costs of such unloading or storage (if paid or payable by the Carrier or any agent or Sub-Contractor of the Carrier) shall immediately on demand be paid by the Merchant to the Carrier.

21.3      The Merchant's attention is drawn to the stipulations regarding detention and demurrage in the Tariff(s).  If the Goods are unclaimed during a reasonable period not to exceed 45 days or whenever in the Carrier's opinion the Goods will become deteriorated, decayed or worthless, the Carrier may, without prejudice to any other rights against the Merchant, at his sole discretion and subject to his lien and without any responsibility attaching to him, sell, abandon or otherwise dispose of such Goods solely at the risk and expense of the Merchant, and apply the proceeds of any such sale or disposal in reduction of the sums due to the Carrier from the Merchant.

21.4      Delivery of the Goods under this Bill shall be effected by the Carrier providing to the Merchant the Goods or a Delivery Order or the pin codes for any Electronic Release System as applicable, and if the Carrier is obliged to discharge the Goods into the hands of any customs, port or other authority, such discharge shall constitute due delivery of the Goods to the Merchant under this bill of lading.

## 22.      Notice of Claim and Time for Suit

22.1      Unless notice of loss or damage and the general nature of such loss or damage is given in writing to the Carrier at the Place of Delivery (or Port of Discharge if no Place of Delivery is named on the reverse hereof) before or at the time of delivery of the Goods or, if the loss or damage be not appare͟n͟t͟ ͟ UNITED STATES ENGLISH ͟ ͟elivery, the Goods shall be deemed to have been delivered a͟s͟ ͟d͟e͟s͟c͟r͟i͟b͟e͟d͟ ͟i͟n͟ ͟t͟h͟i͟s͟ ͟B͟i͟l͟l.

CLOSE

respect of the Goods unless the Merchant gives the Carrier notice of loss and notice of claim in time for the Carrier to comply with the requirements of the Sub-Contractors. It is the Merchant's obligation to inquire as to those requirements. The Carrier is not obligated to volunteer that information.

22.3        In any event, except as provided in Clause 22.2, the Carrier shall be discharged from all liability whatsoever in respect of the Goods unless suit is brought within one year after delivery of the Goods or the date when the Goods should have been delivered.

## 23.        General Average

23.1        General average shall be adjusted, stated and settled at any port or place at the Carrier's option according to the York-Antwerp Rules 1994, and as to matters not provided for by these Rules, according to the laws and usages of the port or place of adjustment, and in the currency selected by the Carrier. The general average statement shall be prepared by adjusters appointed by the Carrier. An average agreement or bond and such cash deposit as the Carrier may deem sufficient to cover the estimated contribution of the Goods and any salvage and special charges thereon and any other additional securities as the Carrier may require shall be furnished by the Merchant to the Carrier before delivery of the Goods.

## 24.        Both to Blame Collision Clause and New Jason Clause

24.1        The Both-To-Blame Collision Clause and New Jason Clause published by the Baltic and International Maritime Council (BIMCO), copies of which are available upon request, are hereby incorporated into this Bill.

## 25.        Governing Law and Jurisdiction

25.1        Subject to Clause 25.2 below, the contract evidenced by or contained in this Bill shall be governed by Singapore la                              erwise provided for herein. Unless otherwise agreed by the C                              t the Carrier hereunder must be brought exclusively before the Singapore High C                      ction by the Carrier to enforce

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global     Remove Me     MENU

25.2        For shipments to or from the United States of America (including its districts territories and possessions), the contract evidenced by or contained in this Bill shall be governed by U.S law.

25.3        Where the Goods are subject to adverse or competing claims, the Carrier may place the Goods in the custody of a court of competent jurisdiction for a determination of ownership and/or right to possession at the sole expense of the Merchant, including Carrier's legal fees and disbursements. The Carrier shall have no liability to the Merchant arising out of such placement and the Merchant consents to the exclusive jurisdiction of such Court.

## 26.        US Clause Paramount

26.1        If the Carriage covered by this Bill includes Carriage to or from a port or place in the United States of America, including its districts, territories and possessions, this Bill shall be subject to US COGSA, the terms of which are incorporated herein and US COGSA shall govern throughout the entire Carriage set forth in this Bill (and not just Waterborne Carriage) from the time of receipt of the Goods to the time of delivery of the goods. If US COGSA so applies, then with respect to Goods carried on deck and stated on the face hereof to be so carried, with respect to live animals, birds, reptiles, fish, shellfish and plants, all risk or loss or damage by perils inherent in or incidental to such Carriage shall be borne by the Merchant, and in all other respects, the Carrier shall have benefit of the provisions of US COGSA, notwithstanding Section 1(c) thereof.  Neither Clause 3.2(a), (b), the Hamburg Rules nor the Visby Amendments shall apply to the Carriage to or from the United States. The Carrier shall be entitled to the benefits of the defences and limitations in US COGSA, whether or not the loss or damage to the Goods occurs at sea.

26.2        For limitation purposes under US COGSA, it is agreed that the meaning of the word "package" shall be any palletised and/or unitised assemblage of cartons which has been palletised and/or unitised for the convenience of the Merchant, regardless of whether said pallet or unit is disclosed on the front hereof. If US COGSA so applies, neither the Carrier nor the Vessel shall, in any event, be or become liable for any loss or damage to or in connection with the Goods in ar                    00.00 lawful money of the United States per package, or in the case of Goods not shipped in packages, per customary freight

UNITED STATES  ENGLISH

CLOSE

This website saves cookies in your computer. For more information, access the **Cookies Notice page** and **Privacy Policy**.

CLOSE

OCEAN NETWORK EXPRESS

Global    Remove Me    MENU

## 27.        Hamburg Rules

27.1        Notwithstanding the terms of Clause 25 herein if proceedings are brought before the courts of a Contracting State to the United Nations Convention on the Carriage of Goods by Sea 1978 (the Hamburg Rules) or the courts of any State whose national legislation makes the Hamburg Rules effective and if such courts adjudge the Hamburg Rules or such national legislation to be compulsorily applicable to this Bill, then in those circumstances only shall this Bill take effect subject to the Hamburg Rules or such national legislation and any term of this Bill derogating therefrom to the detriment of the Merchant shall be void to that extent but no further.

27.2        In any event the Carrier shall be entitled to contest enforcement of any judgment made in a Contracting State to the Hamburg Rules in any proceedings before courts in a Non-Contracting State.

Follow ONE on social media

    

© Ocean Network Express Pte. Ltd. All rights reserved. - Privacy Policy - Term of Use - Copyright - Disclaimer - Site Map

UNITED STATES  ENGLISH

CLOSE

# EXHIBIT D

# JOANN

**JOANN Inc.**
5555 Darrow Road
Hudson, OH 44236

March 26, 2025

Ocean Network Express PTE LTD
8730 Stoney Point Parkway, Suite 400, Richmond. VA 23235
Attention: Brian Erdely
E-mail address: brian.erdely@one-line.com

       Re:    Goods in Carrier's Possession

To Whom It May Concern:

On January 15, 2025 (the "Petition Date"), JOANN Inc. and certain of its affiliates (collectively, the "Debtors" or "JOANN") filed for chapter 11 bankruptcy protection in the Bankruptcy Court for the District of Delaware. The cases are pending under *In re JOANN Inc.*, *et al.*, Case No. 25-10068 (CTG).

Ocean Network Express PTE LTD ("Carrier") provided JOANN with services related to the transportation of certain goods ordered by JOANN (collectively, the "Goods"), and Carrier may be in possession of such Goods. As of the date hereof, the Debtors have not received or taken possession of the Goods, and the Debtors do not believe that the Goods are property of the Debtors' bankruptcy estate. The Debtors do not oppose the Carrier disposing of or otherwise using the Goods in its discretion.

Sincerely,

*Jeffrey Dwyer*

Name: Jeffrey Dwyer
Title: Interim Chief Financial Officer