# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2025, I caused copies of the foregoing *MOTION OF OCEAN NETWORK EXPRESS (NORTH AMERICA) INC. FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) OR TO COMPEL ABANDONMENT PURSUANT TO 11 U.S.C. § 554(b)* to be served via electronic mail upon the parties listed below and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case:

| Name | Email address | Representing |
| --- | --- | --- |
| Patrick J. Reilley | preilley@coleschotz.com | Debtors |
| Stacy L. Newman | snewman@coleschotz.com | Debtors |
| Michael E. Fitzpatrick | mfitzpatrick@coleschotz.com | Debtors |
| Jack M. Dougherty | jdougherty@coleschotz.com | Debtors |
| Joshua A. Sussberg | joshua.sussberg@kirkland.com | Debtors |
| Aparna Yenamandra | aparna.yenamandra@kirkland.com | Debtors |
| Anup Sathy | anup.sathy@kirkland.com | Debtors |
| Jeffrey Michalik | jeff.michalik@kirkland.com | Debtors |
| Lindsey Blumenthal | lindsey.blumenthal@kirkland.com | Debtors |
| Bradford Sandler | bsandler@pszjlaw.com | Committee |
| James E. O'Neill | joneill@pszjlaw.com | Committee |
| Eric R. Wilson | ewilson@kelleydrye.com | Committee |
| Jason R. Adams | jadams@kelleydrye.com | Committee |
| Maeghan McLoughlin | mmcloughlin@kelleydrye.com | Committee |

Dated: April 30, 2025         **HOGAN MCDANIEL**

                    By:    */s/ Daniel C. Kerrick*
                        Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
                        1311 Delaware Avenue
                        Wilmington, DE 19806
                        Tel:   (302) 656-7540
                        Fax:   (302) 656-7599
                        dckerrick@dkhogan.com