## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | Valid Usa Inc | Jo-Ann Stores, LLC | Master Service Agreement dated 06/01/2020 | 4/14/2025 |
| 2 | Metro Trailer Leasing | Jo-Ann Stores, LLC | Lease Agreement dated 05/17/2021 | 4/14/2025 |
| 3 | Metro Trailer Leasing | Jo-Ann Stores, LLC | Statement Of Work (SOW) dated 04/15/2021 | 4/14/2025 |
| 4 | Metro Trailer Leasing Inc | Jo-Ann Stores, LLC | Trailer Leasing Agreement dated 04/07/2021 | 4/14/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.