# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
JOANN Inc.

Case No.: 25−10068−CTG

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 738

Dear Brad Brager:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 168.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 4/25/2025, you filed a document in the above−captioned case that requires a filing fee of $ 168.00 be paid to the Court.

Notes: Six Transfer/Assignment of Claims filed without required filing fee.

**Please remit funds to the Court at the following address by no later than 5/8/2025.**

United States Bankruptcy Court  
District of Delaware  
824 Market Street, 3rd Floor  
Wilmington, DE 19801

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 4/29/25                                    By: Alyce Doody, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:     Case No. 25-10068-CTG
JOANN Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 17
Date Rcvd: Apr 29, 2025     Form ID: van441     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bradford Capital Management, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Interested Party Kathleen Nowak ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Creditor Centerbridge Partners L.P. landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Alexander Lees | on behalf of Interested Party SVP Sewing Brands LLC alees@milbank.com autodocketecf@milbank.com,alexander-lees-2212@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Interested Party SVP Sewing Brands LLC steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| Alexandra Thomas | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC athomas@choate.com |
| Amy Tirre | on behalf of Creditor Peckham PH LLC admin@amytirrelaw.com |
| Amy Tirre | on behalf of Creditor Peckham KF LLC admin@amytirrelaw.com |

| | |
|---|---|
| Amy D. Brown | on behalf of Creditor Jones Lang LaSalle Americas Inc. abrown@gsbblaw.com, mfriedman@gsbblaw.com |
| Andrew K Glenn | on behalf of Other Prof. Ad Hoc Term Loan Group aglenn@glennagre.com mco@glennagre.com |
| Ann S Lee | on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. alee@mblawfirm.com |
| Anthony J. D'Artiglio | on behalf of Creditor Square One Partners LLC ADARTIGLIO@ANSELL.LAW courtfilings@ansellgrimm.com |
| Austin Park | on behalf of Interested Party Crafty (AL) LLC apark@morrisnichols.com austin-park-7609@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Belkys Escobar | on behalf of Creditor County of Loudoun Virginia belkys.escobar@loudoun.gov |
| Benjamin Joseph Steele | on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com abates@pszjlaw.com |
| Bradley P. Lehman | on behalf of Creditor Diane Irvine BLehman@gsbblaw.com clano@whitefordlaw.com |
| Brendan Collins | on behalf of Creditor Toll Global Forwarding (USA) Inc. bcollins@gkglaw.com |
| Brenna Anne Dolphin | on behalf of Other Prof. Ad Hoc Term Loan Group bdolphin@morrisnichols.com brenna-dolphin-9491@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Brett D. Goodman | on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent brett.goodman@afslaw.com, alyssa.fiorentino@afslaw.com;lisa.indelicato@afslaw.com;edocket@afslaw.com |
| Brian J. McLaughlin | on behalf of Creditor Kimco Realty Corporation brian.mclaughlin@offitkurman.com Emily.Rodriguez@offitkurman.com |
| Brian J. McLaughlin | on behalf of Creditor Rouse Companies LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Brya Michele Keilson | on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent bkeilson@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com |
| Byron Z Moldo | on behalf of Creditor Smart Cienega SPE LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com |
| Byron Z Moldo | on behalf of Creditor Nattan LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com |
| Byron Z Moldo | on behalf of Creditor Red Mountain Asset Fund I LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com |
| Charles S. Stahl, Jr. | on behalf of Creditor Depth Commerce LLC cstahl@smbtrials.com |
| Christopher L. Carter | on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent christopher.carter@morganlewis.com |
| Christopher M. Donnelly | on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com |
| Christopher S. Murphy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Curtis S. Miller | on behalf of Interested Party Crafty (AL) LLC csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Dana S. Plon | on behalf of Creditor ARD MacArthur LLC dplon@sirlinlaw.com |

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 4 of 18

| District/off: 0311-1 | User: admin | Page 3 of 17 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

Dana S. Plon
    on behalf of Creditor Concord Retail Partners  L.P. dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Centerton Square  LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor G&I IX Empire McKinley Milestrip LLC dplon@sirlinlaw.com

Daniel C. Kerrick
    on behalf of Creditor OOCL USA Inc. dckerrick@dkhogan.com bankruptcy@gmlaw.com

Daniel Michael Pereira
    on behalf of Creditor Rithum Corporation dpereira@stradley.com

David Shim
    on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent david.shim@morganlewis.com

David M. Reeder
    on behalf of Creditor ASL Investments  LLC david@reederlaw.com, secretary@reederlaw.com

David M. Unseth
    on behalf of Creditor Gildan Activewear  Inc. david.unseth@bclplaw.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Don Stecker
    on behalf of Creditor Bexar County don.stecker@lgbs.com

Donna L. Culver
    on behalf of Other Prof. Ad Hoc Term Loan Group dculver@mnat.com

Dustin Parker Branch
    on behalf of Creditor ARC NLLKLFL001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Renaissance Partners I  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Lancaster Development Company LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARG JAFPTIL001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Sherman Commons  L.P. branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Marketplace West Partners  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Gallatin Mall Group  L.L.C. branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor PBA II  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARG MHMORNC001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARG OTOWEKY001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 5 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor ARC CLORLFL001 LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor ARC SMWMBFL001 LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Pride Center Co. LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor American Fork SC LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Santa Susana GRF2 LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor EDENS branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Elizabeth Banda Calvo | |
| | on behalf of Interested Party City of Grapevine Grapevine-Colleyville ISD, Crowley ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com |
| Elizabeth A. Rogers | |
| | on behalf of Creditor Centerbridge Partners L.P. erogers@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com |
| Emily Margaret Hahn | |
| | on behalf of Creditor TAX Collin County Tax Assessor/Collector and City of Sherman ehahn@abernathy-law.com |
| Eric J. Monzo | |
| | on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com |
| Eric R. Wilson | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Erin Powers Severini | |
| | on behalf of Creditor WPG Legacy LLC eseverini@fbtlaw.com |
| Evan T. Miller | |
| | on behalf of Creditor Studio Eluceo Ltd evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Faye C Rasch | |
| | on behalf of Interested Party KHP Limited Partnership faye@wrlawgroup.com |
| Frederick B. Rosner | |
| | on behalf of Interested Party Viition (Asia) Limited rosner@teamrosner.com |
| Garvan F. McDaniel | |
| | on behalf of Creditor The Marketplace Tavares LLC fka Tamburro Properties II, LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| Gary D. Bressler | |
| | on behalf of Cred. Comm. Chair Brother International Corp. gbressler@mdmc-law.com hryan@mdmc-law.com |
| Gerald P. Kennedy | |
| | on behalf of Creditor Mann Enterprises Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| Glenn A. Brown | |
| | on behalf of Creditor Chinatex Inc glenn.brown@realworldlaw.com, tiana.royal@realworldlaw.com |
| Glenn A. Brown | |
| | on behalf of Creditor DeHeng Chen. glenn.brown@realworldlaw.com tiana.royal@realworldlaw.com |
| Gregory Joseph Flasser | |
| | on behalf of Interested Party Gordon Brothers Retail Partners LLC gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| J. Mark Chevallier | |
| | on behalf of Interested Party Venture Hulen LP mchevallier@romclaw.com, dsalinas@romclaw.com |
| Jack M. Dougherty | |
| | on behalf of Debtor JOANN Inc. jdougherty@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;Bankruptcy@coleschotz.com |
| James B. Sowka | |
| | on behalf of Interested Party IG Design Groups Americas Inc. jsowka@seyfarth.com |

| | |
|---|---|
| James E O'Neill | on behalf of Creditor Committee Committee of Unsecured Creditors joneill@pszjlaw.com efile1@pszjlaw.com |
| James E O'Neill | on behalf of Creditor Committee Official Committee of Unsecured Creditors joneill@pszjlaw.com efile1@pszjlaw.com |
| James Philip Wilkins | on behalf of Attorney Kastner Westman & Wilkins LLC jwilkins@kwwlaborlaw.com |
| Jami B. Nimeroff | on behalf of Creditor Roth Bros. Inc., a Sodexo Company jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com |
| Jarret P. Hitchings | on behalf of Creditor Gildan Activewear Inc. jarret.hitchings@bclplaw.com, deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com |
| Jason A. Starks | on behalf of Creditor Travis County BKECF@traviscountytx.gov |
| Jason Daniel Angelo | on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent JAngelo@reedsmith.com, glauer@reedsmith.com |
| Jeffery D. Carruth | on behalf of Creditor Witte Plaza Ltd. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com |
| Jeffrey Kurtzman | on behalf of Creditor Oxford Valley Road Associates kurtzman@kurtzmansteady.com |
| Jeffrey C. Wisler | on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com |
| Jeffrey Ira Snyder | on behalf of Creditor Sunbeam Development Corp. jsnyder@bilzin.com eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com |
| Jeffrey M. Carbino | on behalf of Creditor G.W. REAL ESTATE OF GEORGIA LLC jeffrey.carbino@pierferd.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. jrosenthal@mblawfirm.com |
| Jeffrey R Gleit | on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com |
| Jiangang Ou | on behalf of Creditor China National Art & Crafts Imp. & Exp. Huayong Corp. jou@archerlaw.com |
| John Ventola | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC jventola@choate.com |
| John C Gentile | on behalf of Creditor Tufko International jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Infosys Limited jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Promax Manufacturing Co. Ltd. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Seasons Special Co. Ltd. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Elegant Homes Limited jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Polytek Development Corporation jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John J Wiles, Sr | on behalf of Creditor AmericasMart Real Estate LLC bankruptcy@evict.net |
| John Jeffery Rich | on behalf of Creditor Madison County Alabama jrich@madisoncountyal.gov |
| John Kendrick Turner | on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 7 of 18

| District/off: 0311-1 | User: admin | Page 6 of 17 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

John Kendrick Turner
    on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

Jonathan D. Marshall
    on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC jmarshall@choate.com

Joseph H Lemkin
    on behalf of Creditor Bayshore Village (U.S.) Inc jlemkin@stark-stark.com

Joseph J. DiPasquale
    on behalf of Creditor Almaden Properties LLC Jdipasquale@foxrothschild.com cbrown@foxrothschild.com

Joshua A Sussberg
    on behalf of Debtor JOANN Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Juan E Martinez
    on behalf of Creditor Polytek Development Corporation jmartinez@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Judah S. Balasiano
    on behalf of Cred. Comm. Chair Low Tech Toy Club LLC judah@balasianolaw.com

Julie Anne Parsons
    on behalf of Creditor The County of Williamson Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Brazos Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Comal Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor City of Waco and/or Waco ISD jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
    on behalf of Creditor CTO23 Rockwall LLC as successor in interest to Excel Rockwall LLC jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor CTO Carolina Pavilion as successor in interest for DDR Carolina Pavilion jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor Brookside Properties Inc. jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor IGI21 Katy LLC jfalgowski@burr.com

Justin M Tuskan
    on behalf of Creditor Park Associates LP jtuskan@metzlewis.com

Karen M. Grivner
    on behalf of Creditor Daane's Development Company kgrivner@clarkhill.com kwebster@clarkhill.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

Karen M. Grivner
    on behalf of Creditor Vestar DRM-Opco LLC kgrivner@clarkhill.com kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor QCM Partners LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Vestar Best in the West Property LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Santan MP LP kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor CPT Riverside Plaza LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Square One Partners LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck
    on behalf of Interested Party Shelbyville Road Plaza LLC kbuck@mccarter.com

Katherine Hemming
    on behalf of Creditor Park Associates LP khemming@camlev.com

Kenneth L. Baum
    on behalf of Creditor Columbus Park Crossing LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kevin M. Capuzzi
    on behalf of Creditor Seasons Special Co. Ltd. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Polytek Development Corporation kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Elegant Homes Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Promax Manufacturing Co. Ltd. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
    on behalf of Creditor Jeanette E. Giacomini kmann@crosslaw.com smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor Richard Giacomini kmann@crosslaw.com smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor Lisa A. Martinoni kmann@crosslaw.com smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor Ronald Giacomini kmann@crosslaw.com smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor Robert W. Giacomini kmann@crosslaw.com smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor David A. Giacomini kmann@crosslaw.com smacdonald@crosslaw.com

Kristen N. Pate
    on behalf of Creditor Brookfield Properties Retail Inc. bk@bpretail.com

Kristhy M. Peguero
    on behalf of Interested Party Burlington Stores Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com

Kroll Restructuring Administration LLC
    info@ra.kroll.com

Kurt F. Gwynne
    on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Laura L. McCloud
    on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen
    on behalf of Creditor CRI Easton Square LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 9 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 8 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor American Fork SC LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Westford Valley Marketplace Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Sherman Commons L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Wheeler Real Estate Investment Trust Inc. roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor River Park Plaza L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor PBA II LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Gibraltar Management Co. Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Shops at Lindale LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Paynter Realty roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Arbor Square II LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor BMA JC LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor RD Management LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Realty Limited Partnership roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG MHMORNC001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Inland Commercial Real Estate Services LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG OTOWEKY001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Lancaster Development Company LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor First National Realty Partners roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG JAFPTIL001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Santa Susana GRF2 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor NNN Yulee FL Owner LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARC CLORLFL001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Pride Center Co. LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Gallatin Mall Group L.L.C. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Sterling Organization roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor EDENS roglenl@ballardspahr.com carbonej@ballardspahr.com |

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 10 of 18

| District/off: 0311-1 | User: admin | Page 9 of 17 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor DLC Management Corporation roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor MP Elko  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UFPTFC  LLC & BBTFC LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor PTC TX Holdings  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Orem Family Center  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Renaissance Partners I LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARC SMWMBFL001  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Zaremba Metropolitan Midlothian  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Hutensky Capital Partners  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CCA-RSSC LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Rivercrest Realty Associates  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Westfield  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor EREP Forest Hill I  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor TPP 217 Taylorsville  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor La Costa Capital Partners roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor MGP XII Sunrise Village  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Shopping Center Associates  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARC NLLKLFL001  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Marketplace West Partners  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor GC Ambassador Courtyard LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Renaissance Partners I  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor EDENS heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Realty Limited Partnership heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Shopping Center Associates  LP heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Pride Center Co.  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RD Management  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Santa Susana GRF2  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 11 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 10 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

Leslie C. Heilman
    on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ARC CLORLFL001 LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor BMA JC LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Sherman Commons L.P. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Gallatin Mall Group L.L.C. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ARG JAFPTIL001 LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Lancaster Development Company LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ARG MHMORNC001 LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor American Fork SC LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ARC SMWMBFL001 LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Hutensky Capital Partners LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Marketplace West Partners LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ARG OTOWEKY001 LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor TPP 217 Taylorsville LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ARC NLLKLFL001 LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor PBA II LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor The Sterling Organization heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Westford Valley Marketplace Inc. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Louis F. Solimine
    on behalf of Interested Party River Ridge Mall JV LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

M. Blake Cleary
    on behalf of Interested Party Gordon Brothers Retail Partners LLC bcleary@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Hampton Foushee
    on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC hfoushee@choate.com

Malcolm M Bates
    on behalf of U.S. Trustee U.S. Trustee malcolm.m.bates@usdoj.gov

Maliheh Zare
    on behalf of Interested Party Shelbyville Road Plaza LLC mzare@mccarter.com

Margaret A. Vesper
    on behalf of Creditor Westford Valley Marketplace Inc. vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Hutensky Capital Partners LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ARC SMWMBFL001 LLC vesperm@ballardspahr.com

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 12 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 11 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| Margaret A. Vesper | on behalf of Creditor Lancaster Development Company LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor PBA II  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Marketplace West Partners  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Sterling Organization vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Acadia Realty Limited Partnership vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor American Fork SC  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor BMA JC LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Gallatin Mall Group  L.L.C. vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor ARG MHMORNC001  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Santa Susana GRF2  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor ARG JAFPTIL001  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor ARG OTOWEKY001  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor TPP 217 Taylorsville  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Shopping Center Associates  LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor ARC NLLKLFL001  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor EDENS vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Renaissance Partners I  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor ARC CLORLFL001  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Pride Center Co.  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor RD Management  LLC vesperm@ballardspahr.com |
| Mark A Salzberg | on behalf of Creditor Blue Yonder  Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party SVP Sewing Brands LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| Mark D. Olivere | on behalf of Interested Party IG Design Groups Americas  Inc. olivere@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Matthew Williams | on behalf of Other Prof. Ad Hoc Term Loan Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| Matthew B. Harvey | on behalf of Other Prof. Ad Hoc Term Loan Group mharvey@mnat.com matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. McGuire | on behalf of Creditor Centerbridge Partners L.P. mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Matthew Steven Sarna | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC matthew.sarna@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Melissa E. Valdez | on behalf of Creditor Clear Creek Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Michael Breslauer | on behalf of Creditor Alamo Center LLC mbreslauer@swsslaw.com, sdurazo@swsslaw.com |
| Michael Pipkin | on behalf of Interested Party Venture Hulen LP mpipkin@romclaw.com, emoon@romclaw.com,dsalinas@romclaw.com |
| Michael C. Whalen | on behalf of Debtor JOANN Inc. michael.whalen@kirkland.com |
| Michael E. Fitzpatrick | on behalf of Debtor JOANN Inc. mfitzpatrick@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Michael G. Busenkell | on behalf of Creditor CI Warner Robbins LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com |
| Michael G. Busenkell | on behalf of Creditor Sun-Yin (HK) Holding Ltd. mbusenkell@gsbblaw.com mfriedman@gsbblaw.com |
| Michael Joseph Joyce | on behalf of Creditor Ruth Kump mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | on behalf of Creditor Feldman Companies Inc. mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | on behalf of Creditor JJD-HOV Elk Grove LLC mjoyce@mjlawoffices.com |
| Michelle E. Shriro | on behalf of Creditor Bridge33 Capital LLC mshriro@singerlevick.com scotton@singerlevick.com |
| Michelle E. Shriro | on behalf of Creditor RPI Ridgmar Town Square Ltd. mshriro@singerlevick.com, scotton@singerlevick.com |
| Monique Bair DiSabatino | on behalf of Creditor Beavercreek Towne Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Lakewood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Alameda Crossing Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Fairway-Falls LLC monique.disabatino@saul.com, robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Richmond Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hamilton Village Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Bear Creek Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Raynham Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Phillips Edison & Company Inc. monique.disabatino@saul.com robyn.warren@saul.com |
| Nancy J. Newman | on behalf of Interested Party Granite Village West L.P. nnewman@hansonbridgett.com |
| Nancy J. Newman | on behalf of Interested Party Lynnwood Tower LLC nnewman@hansonbridgett.com |

| | |
|---|---|
| Natasha M. Songonuga | on behalf of Creditor China National Art & Crafts Imp. & Exp. Huayong Corp. NSongonuga@archerlaw.com ahuber@archerlaw.com |
| Patrick J. Reilley | on behalf of Debtor JOANN Holdings 1 LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor JAS Aviation LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor Creative Tech Solutions LLC preilley@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor Needle Holdings LLC preilley@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor joann.com LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor Dittopatterns LLC preilley@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor Jo-Ann Stores LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor JOANN Inc. preilley@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor JOANN Ditto Holdings Inc. preilley@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor WeaveUp Inc. preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor Jo-Ann Stores Support Center Inc. preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor JOANN Holdings 2 LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Patrick J. Reilley | on behalf of Debtor Creativebug LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Rachel Amster | on behalf of Creditor Toll Global Forwarding (USA) Inc. ramster@gkglaw.com |
| Ricardo A. Reyes | on behalf of Creditor DCTN3 509 PANAMA CITY FL LLC rar@tobinreyes.com, rreid@tobinreyes.com |
| Rick Aaron Steinberg | on behalf of Creditor OOCL (USA) Inc. RSteinberg@pricemeese.com |
| Robert J. Dehney | on behalf of Other Prof. Ad Hoc Term Loan Group rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Ronald Brown, Jr | |

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 15 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 14 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Interested Party La Harbra Westbridge Partners L.P. ron@rkbrownlaw.com |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw |
| Ronald Mark Tucker | |
| | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Ronald S. Beacher | |
| | on behalf of Creditor MCS Industries Inc. rbeacher@pryorcashman.com bankruptcydocketing@pryorcashman.com |
| Ryan J Bird | |
| | on behalf of Creditor Blum Boulders Associates I LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com |
| Sandra S Hamilton | |
| | on behalf of Creditor Daane's Development Company bankruptcyfiling@clarkhill.com |
| Scott Andron | |
| | on behalf of Creditor Broward County Tax Collector sandron@broward.org swulfekuhle@broward.org |
| Scott D. Cousins | |
| | on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. scott.cousins@lewisbrisbois.com aran.heining@lewisbrisbois.com |
| Scott J Greenberg | |
| | on behalf of Other Prof. Ad Hoc Term Loan Group sgreenberg@gibsondunn.com jbrody@gibsondunn.com |
| Scott J. Leonhardt | |
| | on behalf of Interested Party B&B South Plaza Holdings LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com |
| Sean Matthew Beach | |
| | on behalf of Interested Party Project Swift LLC bankfilings@ycst.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stacy L. Newman | |
| | on behalf of Debtor JOANN Inc. snewman@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Stephanie Slater Ward | |
| | on behalf of Creditor Almaden Properties LLC sslater@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com |
| Stephen M Kaplan | |
| | on behalf of Creditor FOF 1073 LLC kaplanlawworks@aol.com |
| Stephen V Falanga | |
| | on behalf of Creditor Jones Lang LaSalle Americas Inc. sfalanga@walsh.law, chemrick@walsh.law |
| Stephen W. Spence | |
| | on behalf of Creditor GVD Commercial Properties Inc. sws@bmbde.com, sumspence@gmail.com |
| Steven Balasiano | |
| | on behalf of Cred. Comm. Chair Low Tech Toy Club LLC Steven@BalasianoLaw.com |
| Steven Walsh | |
| | on behalf of Creditor Elegant Homes Limited SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Steven Walsh | |
| | on behalf of Creditor Infosys Limited SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Steven Walsh | |
| | on behalf of Creditor Seasons Special Co. Ltd. SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Steven Walsh | |
| | on behalf of Creditor Promax Manufacturing Co. Ltd. SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Steven J. Reisman | |
| | on behalf of Interested Party Gordon Brothers Retail Partners LLC sreisman@katten.com, nyc.bknotices@katten.com |
| Stuart M. Brown | |
| | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Granite Village West L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Lynnwood Tower LLC skaufman@skaufmanlaw.com |

Case 25-10068-CTG    Doc 802    Filed 05/01/25    Page 16 of 18

| District/off: 0311-1 | User: admin | Page 15 of 17 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| Susan E. Kaufman | on behalf of Interested Party United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union skaufman@skaufmanlaw.com |
| Susan R Fuertes | on behalf of Creditor Harris County ATTN: Property Tax Division susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #47 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Comm Coll System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Timothy T Mitchell | on behalf of Creditor Birch Run Station LLC dkrm@aol.com, donna@rashtiandmitchell.com |
| Turner Falk | on behalf of Creditor Alameda Crossing Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Phillips Edison & Company Inc. turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hamilton Village Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Bear Creek Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Raynham Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Richmond Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Lakewood Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Beavercreek Towne Station LLC turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Valerie Bantner Peo | on behalf of Creditor Millbrae Square Company vbantnerpeo@buchalter.com |
| William Ehrlich | on behalf of Attorney CB PASO LLC william@ehrlichlawfirm.com |
| William A. Hazeltine | on behalf of Interested Party Ganga Acrowools Limited whazeltine@sha-llc.com |
| William D. Sullivan | |

District/off: 0311-1  User: admin  Page 16 of 17
Date Rcvd: Apr 29, 2025  Form ID: van441  Total Noticed: 0

| | |
|---|---|
| | on behalf of Creditor Janome America Inc. wdsecfnotices@sha-llc.com |
| William E. Chipman, Jr. | on behalf of Interested Party IG Design Group Americas Inc. chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| William E. Chipman, Jr. | on behalf of Interested Party IG Design Groups Americas Inc. chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Power Company d/b/a AEP wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Indiana Michigan Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Arkansas LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Peoples Gas System Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Appalachian Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Mississippi LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Texas Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Arizona Public Service Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Power Company d/b/a AEP Ohio wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of Oklahoma wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Dominion Energy South Carolina Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 17 of 17 |
| Date Rcvd: Apr 29, 2025 | Form ID: van441 | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Constellation NewEnergy Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Constellation NewEnergy - Gas Division LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Entergy Louisiana LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Southern California Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Pennsylvania Power wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Kentucky Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Rochester Gas and Electric Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Southwestern Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor New York State Electric & Gas Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William J. Levant | |
| | on behalf of Creditor Marple XYZ Associates L.P. wlevant@kaplaw.com |
| William L. Siegel | |
| | on behalf of Creditor Korber Supply Chain US Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com |
| Zhao Liu | |
| | on behalf of Interested Party Viition (Asia) Limited liu@teamrosner.com wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com |

TOTAL: 411