## **EXHIBIT C**

**January Expenses**

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: March 5, 2025 11:30:34    DATE THRU: January 31, 2025    Page: 4
**Billing Timekeeper: 05395 - Wilson, Eric**    **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1932064    FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 07036 | Adams , J.R. | 01/31/25 | VENDOR: J&J Court Transcribers, Inc - 268 Evergr INVOICE#: 2025-00160 DATE: 1/31/2025 transcription services rendered in Joann Inc. [Case No. 25-10068] in January 2025./ **Transcriptions** | 101.20 | H  T  W | 8951802 |
|  |  |  | **Totals:** | **$101.20** |  |  |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: March 5, 2025 11:30:34    DATE THRU: January 31, 2025    Page: 6
**Billing Timekeeper: 05395 - Wilson, Eric**    **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1932064    FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

| | Other Charges Summary | Amount | Disp |
|---|---|---|---|
| 000218 | Transcriptions | 101.20 | H  T  W |
| | **Total** | **101.20** | |