**<u>EXHIBIT D</u>**

**February Expenses**

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50     DATE THRU: February 28, 2025     Page: 3
**Billing Timekeeper: 05395 - Wilson, Eric**     **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884     FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | | | Disb Id |
|---------|----------|------|-------------|-------------|-------|---|---|---------|
| | | 02/24/25 | Duplication | 18.60 | H | T | W | 8953131 |
| 05395 | Wilson , E.R. | 02/26/25 | VENDOR: Wilson, Eric R. INVOICE#: 7273180703060347 DATE: 3/6/2025 Joann Sale, Cash Collateral Hearing-DETransaction Date: 02/26/25; Roundtrip Amtrak in connection with attending hearing in Wilmington, DE/ **Local Travel** | 426.00 | H | T | W | 8956312 |
| 07383 | McLoughlin , M.J. | 02/13/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7240073802190347 DATE: 2/19/2025 Travel to Delaware for Hearing - JoAnnTransaction Date: 02/13/25; R/T Train to Wilmington - JoAnn Bid Procedures hearing; 02/13/2025 - 02/14/2025; NY/Delaware/ **Long Distance Travel** | 542.00 | H | T | W | 8952214 |
| 07036 | Adams , J.R. | 02/13/25 | VENDOR: Adams, Jason R. INVOICE#: 7239333002190347 DATE: 2/19/2025 Travel to Delaware for Hearing - JoAnnTransaction Date: 02/13/25; Train to Wilmington; 02/13/2025 - 02/13/2025; NJ/Wilmington/ **Long Distance Travel** | 173.00 | H | T | W | 8952219 |
| 07036 | Adams , J.R. | 02/24/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20110428 DATE: 2/24/2025 JoAnn Inc. - Electronic Exhibits (Cancellation Fee)/ **Transcriptions** | 550.00 | H | T | W | 8958181 |
| 07036 | Adams , J.R. | 02/25/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20110646 DATE: 2/25/2025 JoAnn Inc. - Electronic Exhibits (Cancellation Fee)/ **Transcriptions** | 550.00 | H | T | W | 8958321 |
| 06892 | Gyves , W.S. | 02/03/25 | VENDOR: Gyves, William INVOICE#: 7212341002050347 DATE: 2/5/2025 | 106.97 | H | T | W | 8950718 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50                    DATE THRU: February 28, 2025                              Page: 4
**Billing Timekeeper: 05395 - Wilson, Eric**                                                          **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884                                                                                                                          FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|-------------|-------|---------|
| 06892 | Gyves , W.S. | 02/04/25 | Uber to home /from NY office re: Joann on Feb. 3.Transaction Date: 02/03/25; Uber to home /from NY office re: Joann on Feb. 3.; to home, from NY office/ **Cab Service** VENDOR: Gyves, William INVOICE#: 7210756002041530 DATE: 2/4/2025 Uber to NY office re Joann on 2/4.Transaction Date: 02/04/25; Uber to NY office re Joann on 2/4.; to office, from home/ **Cab Service** | 54.92 | H  T  W | 8950585 |
| 07383 | McLoughlin , M.J. | 02/04/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7210731202050347 DATE: 2/5/2025 Working late on pending objections - Joann CommitteeTransaction Date: 02/04/25; Lyft ride from office to home - worked late on pending objections - Joann; Office to home/ **Cab Service** | 37.26 | H  T  W | 8950707 |
| 07383 | McLoughlin , M.J. | 02/05/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7213999102060347 DATE: 2/6/2025 Worked late on pending objections -Joann CommitteeTransaction Date: 02/05/25; Lyft ride from office to home - worked late on pending objections -Joann Committee; Office to home/ **Cab Service** | 39.11 | H  T  W | 8950914 |
| 07036 | Adams , J.R. | 02/14/25 | VENDOR: Adams, Jason R. INVOICE#: 7239333002190347 DATE: 2/19/2025 Travel to Delaware for Hearing - JoAnnTransaction Date: 02/14/25; Uber from WIlmington to NJ - (Note: trains cancelled because of incident); Wilmington/NJ/ **Cab Service** | 249.24 | H  T  W | 8952220 |
| 07036 | Adams , J.R. | 02/20/25 | VENDOR: Adams, Jason R. INVOICE#: 7253301602260347 DATE: 2/26/2025 Travel Expenses - JoAnnTransaction Date: 02/20/25; Car from office to train parking lot - working late; 030608-0001/ | 83.82 | H  T  W | 8953273 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50          DATE THRU: February 28, 2025                                        Page: 5
**Billing Timekeeper: 05395 - Wilson, Eric**                                        **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884                                                                                          FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | | | Disb Id |
|---------|----------|------|-------------|-------------|---|---|---|---------|
| 05395 | Wilson , E.R. | 02/20/25 | **Cab Service** VENDOR: Wilson, Eric R. INVOICE#: 7272972603060347 DATE: 3/6/2025 Joann Auction-NYCTransaction Date: 02/20/25; Uber to hotel in connection with attending auction; Office/Hotel/ **Cab Service** | 79.87 | H | T | W | 8956386 |
| 05395 | Wilson , E.R. | 02/21/25 | VENDOR: Wilson, Eric R. INVOICE#: 7272972603060347 DATE: 3/6/2025 Joann Auction-NYCTransaction Date: 02/21/25; Uber home after attending auction; Auction/Home/ **Cab Service** | 114.79 | H | T | W | 8956387 |
| 07036 | Adams , J.R. | 02/21/25 | VENDOR: Adams, Jason R. INVOICE#: 7253301602260347 DATE: 2/26/2025 Travel Expenses - JoAnnTransaction Date: 02/21/25; Car from Kirkland to train parking lot after auction day 1; train/meeting/ **Cab Service** | 103.54 | H | T | W | 8953274 |
| 08382 | Barajas , A. | 02/21/25 | VENDOR: Barajas, Andres INVOICE#: 7252100602260347 DATE: 2/26/2025 Taxi's - Attending JoAnn auctionTransaction Date: 02/21/25; Taxi to Auction - JoAnn Committee; NYC/Brooklyn/ **Cab Service** | 41.71 | H | T | W | 8953282 |
| 08382 | Barajas , A. | 02/22/25 | VENDOR: Barajas, Andres INVOICE#: 7252100602260347 DATE: 2/26/2025 Taxi's - Attending JoAnn auctionTransaction Date: 02/22/25; Taxi to Auction - JoAnn Committee; NYC/Brooklyn/ **Cab Service** | 61.62 | H | T | W | 8953283 |
| 08382 | Barajas , A. | 02/22/25 | VENDOR: Barajas, Andres INVOICE#: 7252100602260347 DATE: 2/26/2025 Taxi's - Attending JoAnn auctionTransaction Date: 02/22/25; Taxi from Auction - JoAnn Committee; Brooklyn/NYC/ **Cab** | 53.86 | H | T | W | 8953284 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50          DATE THRU: February 28, 2025                                    Page: 6
**Billing Timekeeper: 05395 - Wilson, Eric**                                    **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884                                                                    FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 07036 | Adams , J.R. | 02/22/25 | **Service** VENDOR: Adams, Jason R. INVOICE#: 7253301602260347 DATE: 2/26/2025 Travel Expenses - JoAnnTransaction Date: 02/22/25; Car from home to Kirkland for auction day 2; home/meeting/ **Cab Service** | 78.93 | H  T  W | 8953275 |
| 07036 | Adams , J.R. | 02/22/25 | VENDOR: Adams, Jason R. INVOICE#: 7253301602260347 DATE: 2/26/2025 Travel Expenses - JoAnnTransaction Date: 02/22/25; Car from Kirkland/home for auction day 2; meeting/home/ **Cab Service** | 164.28 | H  T  W | 8953276 |
| 07383 | McLoughlin , M.J. | 02/04/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7210731202050347 DATE: 2/5/2025 Working late on pending objections - Joann CommitteeTransaction Date: 02/04/25; Dinner - worked late on pending objections - Joann Committee; Maeghan J McLoughlin/ **Meals** | 24.13 | H  T  W | 8950708 |
| 07383 | McLoughlin , M.J. | 02/05/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7213999102060347 DATE: 2/6/2025 Worked late on pending objections -Joann CommitteeTransaction Date: 02/05/25; Dinner - worked late on pending objections -Joann Committee; Maeghan J McLoughlin/ **Meals** | 21.59 | H  T  W | 8950915 |
| 07036 | Adams , J.R. | 02/13/25 | VENDOR: Adams, Jason R. INVOICE#: 7239333002190347 DATE: 2/19/2025 Travel to Delaware for Hearing - JoAnnTransaction Date: 02/13/25; 1/2 Dinner with R. Gage and M. McLouglin; Jason R Adams, Maeghan J McLoughlin, Richard Gage/ **Meals** | 139.50 | H  T  W | 8952221 |
| 07036 | Adams , J.R. | 02/20/25 | VENDOR: Adams, Jason R. INVOICE#: 7253301602260347 | 100.00 | H  T  W | 8953277 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| RUN DATE: April 10, 2025 09:38:50 | | | DATE THRU: February 28, 2025 | | | Page: 7 |

**Billing Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884
**Responsible Timekeeper: 05395 - Wilson, Eric**
FORMAT 021

**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| | | | DATE: 2/26/2025 Travel Expenses - JoAnnTransaction Date: 02/20/25; Dinner with E. Wilson (working late) partial; Jason R Adams, Eric R Wilson/ **Meals** | | | |
| 08382 | Barajas , A. | 02/20/25 | 3-1' binder   75 tabs/ **Binding** | 19.25 | H  T  W | 8952790 |
| 07036 | Adams , J.R. | 02/07/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20108501 DATE: 2/7/2025 JoAnn Inc. - Electronic Exhibits/ **Professional Fees** | 2,864.15 | H  T  W | 8951948 |
| 07036 | Adams , J.R. | 02/12/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20108495 DATE: 2/12/2025 JoAnn Inc. - Electronic exhibits/ **Professional Fees** | 2,045.80 | H  T  W | 8951964 |
| 07036 | Adams , J.R. | 02/12/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20108507 DATE: 2/12/2025 JoAnn Inc. - Electronic exhibits (Jeffrey Dwyer)/ **Professional Fees** | 3,015.60 | H  T  W | 8951965 |
| 07036 | Adams , J.R. | 02/12/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20108562 DATE: 2/12/2025 JoAnn Inc. - Electronic exhibits (Jennifer Cann)/ **Professional Fees** | 2,026.86 | H  T  W | 8951967 |
| 07383 | McLoughlin , M.J. | 02/13/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7240073802190347 DATE: 2/19/2025 Travel to Delaware for Hearing - JoAnnTransaction Date: 02/13/25; Hotel in Wilmington - JoAnn Bid Procedures hearing/ **Lodging** | 361.90 | H  T  W | 8952213 |
| 07036 | Adams , J.R. | 02/13/25 | VENDOR: Adams, Jason R. INVOICE#: 7239333002190347 DATE: 2/19/2025 Travel to Delaware for Hearing - JoAnnTransaction Date: 02/13/25; Hotel in Wilmington - 2/14 bid procedures hearing/ | 361.90 | H  T  W | 8952218 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50                DATE THRU: February 28, 2025                                    Page: 8
**Billing Timekeeper: 05395 - Wilson, Eric**                                              **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884                                                                                                                    FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---------|----------|------|-------------|------------:|-------|---------|
| 07036 | Adams , J.R. | 02/17/25 | **Lodging** VENDOR: Adams, Jason R. INVOICE#: 7253301602260347 DATE: 2/26/2025 Travel Expenses - JoAnnTransaction Date: 02/17/25; Non-refundable hotel for 2/20 in connection with adjourned sale hearing for 2/21/ **Lodging** | 471.90 | H  T  W | 8953272 |
| 05395 | Wilson , E.R. | 02/20/25 | VENDOR: Wilson, Eric R. INVOICE#: 7272972603060347 DATE: 3/6/2025 Joann Auction-NYCTransaction Date: 02/20/25; Hotel in connection with attending auction/ **Lodging** | 409.72 | H  T  W | 8956384 |
| 07383 | McLoughlin , M.J. | 02/26/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7270896203050347 DATE: 3/5/2025 Trip to DE for sale hearing - JoannTransaction Date: 02/26/25; Hotel cancellation - attend sale hearing in Delaware- Joann/ **Lodging** | 471.90 | H  T  W | 8954841 |
| 08063 | Clarke , W. | 02/09/25 | VENDOR: Continental Corporate Services, Inc. INVOICE#: 020225959NJ DATE: 2/9/2025 Expedited UCC lien searches for:   JOANN Inc., et al./ **Search** | 2,337.00 | H  T  W | 8954697 |
| 08334 | Churchill , J. | 02/04/25 | Westlaw Research | 91.58 | H  T  W | 8953977 |
| 08334 | Churchill , J. | 02/08/25 | Westlaw Research | 228.96 | H  T  W | 8953978 |
| 08334 | Churchill , J. | 02/11/25 | Westlaw Research | 91.58 | H  T  W | 8953979 |
| 08347 | Gage , R. | 02/13/25 | Westlaw Research | 654.03 | H  T  W | 8953980 |
| 07750 | Choe , C. | 02/20/25 | Westlaw Research | 288.45 | H  T  W | 8953976 |
| 08382 | Barajas , A. | 02/04/25 | Lexis Research | 9.82 | H  T  W | 8954334 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50     DATE THRU: February 28, 2025     Page: 9
**Billing Timekeeper: 05395 - Wilson, Eric**     **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884     FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | | | Disb Id |
|---------|----------|------|-------------|------------:|-------|---|---|---------|
| 05395 | Wilson , E.R. | 02/21/25 | VENDOR: Wilson, Eric R. INVOICE#: 7272972603060347 DATE: 3/6/2025 Joann Auction-NYCTransaction Date: 02/21/25; Parking (Feb. 20 and 21) in connection with attending auction/ **Parking** | 14.90 | H | T | W | 8956385 |
| 05395 | Wilson , E.R. | 02/26/25 | VENDOR: Wilson, Eric R. INVOICE#: 7273180703060347 DATE: 3/6/2025 Joann Sale, Cash Collateral Hearing-DETransaction Date: 02/26/25; Parking in connection with attending hearing in Wilmington, DE/ **Parking** | 8.00 | H | T | W | 8956311 |
| | | | Totals: | $19,588.04 | | | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***


**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50      DATE THRU: February 28, 2025      Page: 10
**Billing Timekeeper: 05395 - Wilson, Eric**      **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884      FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Attorney Time Summary

| Rank | Attorney | | Bill Hours | Bill Amount | Bill Rate | Realization % | Disp. |
|------|----------|---|-----------|-------------|-----------|---------------|-------|
| Partner | Adams, J.R. | | 1.00 | 1,150.00 | $1,150.00 | 100.00% | H  T  W |
| | Wilson, E.R. | | 2.00 | 2,560.00 | $1,280.00 | 100.00% | H  T  W |
| Associate | Choe, C. | | 2.30 | 1,805.50 | $785.00 | 95.83% | H  T  W |
| | Churchill, J. | | 1.30 | 955.50 | $735.00 | 100.00% | H  T  W |
| Special Counsel | McLoughlin, M.J. | | 2.00 | 2,090.00 | $1,045.00 | 100.00% | H  T  W |
| | | **Totals:** | **8.60** | **$8,561.00** | **$995.47** | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 10, 2025 09:38:50      DATE THRU: February 28, 2025      Page: 11
**Billing Timekeeper: 05395 - Wilson, Eric**      **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1935884      FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

| | **Other Charges Summary** | **Amount** | **Disp** |
|---|---|---:|---|
| 000203 | Duplication | 18.60 | H  T  W |
| 000211 | Local Travel | 426.00 | H  T  W |
| 000212 | Long Distance Travel | 715.00 | H  T  W |
| 000218 | Transcriptions | 1,100.00 | H  T  W |
| 000225 | Cab Service | 1,269.92 | H  T  W |
| 000226 | Meals | 285.22 | H  T  W |
| 000227 | Binding | 19.25 | H  T  W |
| 000237 | Professional Fees | 9,952.41 | H  T  W |
| 000247 | Lodging | 2,077.32 | H  T  W |
| 000248 | Search | 2,337.00 | H  T  W |
| 000254 | Westlaw Research | 1,354.60 | H  T  W |
| 000256 | Lexis Research | 9.82 | H  T  W |
| 000284 | Parking | 22.90 | H  T  W |
| | **Total** | **19,588.04** | |