April 30, 2025

US Bankrupcy Ct.
District of Delaware
824 Market St. North
3rd Floor
Wilmington, DE 19801

RECEIVED
2025 MAY -6  A 9:05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern:
Re: Case # 25-10068
(Joann Fabric & Crafts Gift Cards)

I have exhausted all ways to be reimbursed for my unused gift cards. I am sending you a copy of the cards in hope that you can take care of this matter.

Thank you for your time
Sincerely,
Karen Schladweiler
3985 Hessel Rd.
Sebastopol, CA
95472

CC: Office of US Trustee
844 King St. Suite 2207
Wilmington DE 19801







Terms and Conditions of Use: This card issued in U.S. dollars. This card can be used only for purchase of merchandise, services or classes at any Jo-Ann store or online at Joann.com®. Not for use in sewing or other leased departments in a Jo-Ann store. This card is not redeemable for cash and no change will be given, unless required by law. Treat this card like cash. Lost, stolen or damaged cards are replaced only with valid proof of purchase to extent of remaining balance. Issued by Jo-Ann Stores, LLC, Hudson, OH. For balance inquiry, call toll-free 1-888-345-7674 any time. 226-7497

   $3.66

CARD # 6114 9460 7877 6599    PIN #



FD-48535    0615    0-76750-12243

---

FD22419

Terms and Conditions of Use: Once activated, this card can only be used for purchase of merchandise, services or classes at any Jo-Ann store or online at Joann.com®. Not for use in leased departments within Jo-Ann stores. This Card is not redeemable for cash and no change will be given, unless required by law. (Cash redemption not required in N.J.) Treat this card like cash because lost, stolen or damaged cards are replaced only with valid proof of purchase to extent of remaining card balance. Issued by Jo-Ann Stores, Inc.

For balance inquiry, call toll-free 1-888-345-7674 any time.

Account Number    6068 8125 0706 6808

4 00093 45083 4

---

Terms and Conditions of Use: This card issued in U.S. dollars. This card can be used only for purchase of merchandise, services or classes at any Jo-Ann store or online at Joann.com®. Not for use in sewing or other leased departments in a Jo-Ann store. This card is not redeemable for cash and no change will be given, unless required by law. Treat this card like cash. Lost, stolen or damaged cards are replaced only with valid proof of purchase to extent of remaining balance. Issued by Jo-Ann Stores, LLC, Hudson, OH. For balance inquiry, call toll-free 1-888-345-7674 any time. 226-7497

CARD # 6114 9450 9767 2315    PIN #




FD-48535    0615    0-76750-12243

---

VL2248    6023 9158 1942 6172

Terms and Conditions: Once activated, this card can only be used for purchases of merchandise, services or classes at any Jo-Ann store or online at Joann.com. Not for use in leased departments within Jo-Ann stores. Except in CA or where otherwise required by law, this card cannot be redeemed for cash and no change will be given. Lost, stolen, or damaged cards replaced only with valid proof of purchase to extent of remaining card balance. This card will not incur service fees for non-use and will not expire.



0767500156800060239158194266172

For Balance Inquiry, call toll-free 1-888-345-7674 24 hours a day, 7 days a week

---

Terms and Conditions of Use: This card issued in U.S. dollars. This card can be used only for purchase of merchandise, services or classes at any Jo-Ann store or online at Joann.com®. Not for use in sewing or other leased departments in a Jo-Ann store. This card is not redeemable for cash and no change will be given, unless required by law. Treat this card like cash. Lost, stolen or damaged cards are replaced only with valid proof of purchase to extent of remaining balance. Issued by Jo-Ann Stores, LLC Hudson, OH. For balance inquiry, call toll-free 1-888-345-7674 any time. 483-897

CARD#: 6102 8218 0133 2072    PIN:



0514    71172    0-76750-01568

