# Exhibit 1

## Lease Unpaid Charges

Tenant: Jo-Ann Stores, LLC(t0008084)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---:|---:|---:|---:|
| 1/1/2025 | Common Area Maintenance (01/2025) | C-444696 | 3,063.09 | 0.00 | 3,063.09 | 3,063.09 |
| 1/1/2025 | Base Rent (01/2025) | C-444699 | 22,548.25 | 0.00 | 22,548.25 | 25,611.34 |
| 1/1/2025 | Real Estate Tax (01/2025) | C-446720 | 4,392.34 | 0.00 | 4,392.34 | 30,003.68 |
| 1/1/2025 | Insurance (01/2025) | C-446722 | 1,586.09 | 0.00 | 1,586.09 | 31,589.77 |
| 2/1/2025 | Common Area Maintenance (02/2025) | C-448546 | 3,063.09 | 2,590.65 | 472.44 | 32,062.21 |
| 2/1/2025 | Insurance (02/2025) | C-448547 | 1,586.09 | 250.04 | 1,336.05 | 33,398.26 |
| 2/1/2025 | Real Estate Tax (02/2025) | C-448548 | 4,392.34 | 0.00 | 4,392.34 | 37,790.60 |
| 3/1/2025 | Common Area Maintenance (03/2025) | C-453204 | 3,063.09 | 2,590.65 | 472.44 | 38,263.04 |
| 3/1/2025 | Insurance (03/2025) | C-453205 | 1,586.09 | 250.04 | 1,336.05 | 39,599.09 |
| 3/1/2025 | Real Estate Tax (03/2025) | C-453206 | 4,392.34 | 0.00 | 4,392.34 | 43,991.43 |
| 3/1/2025 | Common Area Maintenance (01/2024) | C-456754 | 1,913.31 | 0.00 | 1,913.31 | 45,904.74 |
| 3/1/2025 | Insurance (01/2024) | C-456755 | 289.67 | 0.00 | 289.67 | 46,194.41 |
| 3/1/2025 | Real Estate Tax (01/2024) | C-456756 | 4,024.94 | 0.00 | 4,024.94 | 50,219.35 |
| 3/1/2025 | Common Area Maintenance (02/2024) | C-456757 | 1,913.31 | 0.00 | 1,913.31 | 52,132.66 |
| 3/1/2025 | Insurance (02/2024) | C-456758 | 289.67 | 0.00 | 289.67 | 52,422.33 |
| 3/1/2025 | Real Estate Tax (02/2024) | C-456759 | 4,024.94 | 0.00 | 4,024.94 | 56,447.27 |
| 3/1/2025 | Common Area Maintenance (03/2024) | C-456760 | 1,913.31 | 0.00 | 1,913.31 | 58,360.58 |
| 3/1/2025 | Insurance (03/2024) | C-456761 | 289.67 | 0.00 | 289.67 | 58,650.25 |
| 3/1/2025 | Real Estate Tax (03/2024) | C-456762 | 4,024.94 | 0.00 | 4,024.94 | 62,675.19 |
| 3/1/2025 | Common Area Maintenance (04/2024) | C-456763 | 1,913.31 | 0.00 | 1,913.31 | 64,588.50 |
| 3/1/2025 | Insurance (04/2024) | C-456764 | 289.67 | 0.00 | 289.67 | 64,878.17 |
| 3/1/2025 | Real Estate Tax (04/2024) | C-456765 | 4,024.94 | 0.00 | 4,024.94 | 68,903.11 |
| 3/1/2025 | Common Area Maintenance (05/2024) | C-456766 | 1,913.31 | 0.00 | 1,913.31 | 70,816.42 |
| 3/1/2025 | Insurance (05/2024) | C-456767 | 289.67 | 0.00 | 289.67 | 71,106.09 |
| 3/1/2025 | Real Estate Tax (05/2024) | C-456768 | 4,024.94 | 0.00 | 4,024.94 | 75,131.03 |
| 3/1/2025 | 03/21/24 Late Payment Fee | C-456774 | 500.00 | 0.00 | 500.00 | 75,631.03 |
| 3/1/2025 | 05/07/24 Late Payment Fee | C-456775 | 500.00 | 0.00 | 500.00 | 76,131.03 |
| 3/1/2025 | 06/10/24 Late Payment Fee | C-456776 | 500.00 | 0.00 | 500.00 | 76,631.03 |
| 3/1/2025 | 07/08/24 Late Payment Fee | C-456777 | 500.00 | 0.00 | 500.00 | 77,131.03 |
| 3/1/2025 | 08/12/24 Late Payment Fee | C-456778 | 500.00 | 0.00 | 500.00 | 77,631.03 |
| 3/1/2025 | 09/09/24 Late Payment Fee | C-456779 | 500.00 | 0.00 | 500.00 | 78,131.03 |
| 3/1/2025 | 10/07/24 Late Payment Fee | C-456780 | 500.00 | 0.00 | 500.00 | 78,631.03 |
| 3/1/2025 | 11/12/24 Late Payment Fee | C-456781 | 500.00 | 0.00 | 500.00 | 79,131.03 |
| 3/1/2025 | 12/09/24 Late Payment Fee | C-456782 | 500.00 | 0.00 | 500.00 | 79,631.03 |
| 3/1/2025 | 03/10/25 Late Payment Fee | C-456783 | 500.00 | 0.00 | 500.00 | 80,131.03 |
| 3/1/2025 | 2024 CAM Reconciliation | C-459987 | 70,385.11 | 0.00 | 70,385.11 | 150,516.14 |
| 3/1/2025 | Common Area Maintenance (06/2024) | C-460151 | 1,913.31 | 0.00 | 1,913.31 | 152,429.45 |
| 3/1/2025 | Insurance (06/2024) | C-460152 | 289.67 | 0.00 | 289.67 | 152,719.12 |
| 3/1/2025 | Real Estate Tax (06/2024) | C-460153 | 4,024.94 | 0.00 | 4,024.94 | 156,744.06 |
| 3/1/2025 | Common Area Maintenance (07/2024) | C-460154 | 1,913.31 | 0.00 | 1,913.31 | 158,657.37 |
| 3/1/2025 | Insurance (07/2024) | C-460155 | 289.67 | 0.00 | 289.67 | 158,947.04 |
| 3/1/2025 | Real Estate Tax (07/2024) | C-460156 | 4,024.94 | 0.00 | 4,024.94 | 162,971.98 |
| 3/1/2025 | Common Area Maintenance (08/2024) | C-460157 | 1,913.31 | 0.00 | 1,913.31 | 164,885.29 |
| 3/1/2025 | Insurance (08/2024) | C-460158 | 289.67 | 0.00 | 289.67 | 165,174.96 |

## Lease Unpaid Charges
Tenant: Jo-Ann Stores, LLC(t0008084)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---:|---:|---:|---:|
| 3/1/2025 | Real Estate Tax (08/2024) | C-460159 | 4,024.94 | 0.00 | 4,024.94 | 169,199.90 |
| 3/1/2025 | Common Area Maintenance (09/2024) | C-460160 | 1,913.31 | 0.00 | 1,913.31 | 171,113.21 |
| 3/1/2025 | Insurance (09/2024) | C-460161 | 289.67 | 0.00 | 289.67 | 171,402.88 |
| 3/1/2025 | Real Estate Tax (09/2024) | C-460162 | 4,024.94 | 0.00 | 4,024.94 | 175,427.82 |
| 3/1/2025 | Common Area Maintenance (10/2024) | C-460163 | 1,913.31 | 0.00 | 1,913.31 | 177,341.13 |
| 3/1/2025 | Insurance (10/2024) | C-460164 | 289.67 | 0.00 | 289.67 | 177,630.80 |
| 3/1/2025 | Real Estate Tax (10/2024) | C-460165 | 4,024.94 | 0.00 | 4,024.94 | 181,655.74 |
| 3/1/2025 | Common Area Maintenance (11/2024) | C-460166 | 1,913.31 | 0.00 | 1,913.31 | 183,569.05 |
| 3/1/2025 | Insurance (11/2024) | C-460167 | 289.67 | 0.00 | 289.67 | 183,858.72 |
| 3/1/2025 | Real Estate Tax (11/2024) | C-460168 | 4,024.94 | 0.00 | 4,024.94 | 187,883.66 |
| 3/1/2025 | Common Area Maintenance (12/2024) | C-460169 | 1,913.31 | 0.00 | 1,913.31 | 189,796.97 |
| 3/1/2025 | Insurance (12/2024) | C-460170 | 289.67 | 0.00 | 289.67 | 190,086.64 |
| 3/1/2025 | Real Estate Tax (12/2024) | C-460171 | 4,024.94 | 0.00 | 4,024.94 | 194,111.58 |
| 3/1/2025 | 2023 CAM Reconciliation | C-460172 | 54,857.64 | 0.00 | 54,857.64 | 248,969.22 |
| 4/1/2025 | Common Area Maintenance (04/2025) | C-456517 | 3,063.09 | 1,420.68 | 1,642.41 | 250,611.63 |
| 4/1/2025 | Insurance (04/2025) | C-456518 | 1,586.09 | 137.12 | 1,448.97 | 252,060.60 |
| 4/1/2025 | Real Estate Tax (04/2025) | C-456519 | 4,392.34 | 0.00 | 4,392.34 | 256,452.94 |
| 4/1/2025 | Base Rent (04/2025) | C-456520 | 22,548.25 | 12,365.17 | 10,183.08 | 266,636.02 |
| 5/1/2025 | Common Area Maintenance (05/2025) | C-463813 | 3,063.09 | 0.00 | 3,063.09 | 269,699.11 |
| 5/1/2025 | Insurance (05/2025) | C-463814 | 1,586.09 | 0.00 | 1,586.09 | 271,285.20 |
| 5/1/2025 | Real Estate Tax (05/2025) | C-463815 | 4,392.34 | 0.00 | 4,392.34 | 275,677.54 |
| 5/1/2025 | Base Rent (05/2025) | C-463816 | 22,548.25 | 0.00 | 22,548.25 | **298,225.79** |