**CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that on May 6, 2025, a true and correct copy of the foregoing *U-Blaine Properties LLC's Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* was served upon all interested parties via CM/ECF and upon following persons as indicated:

**BY FIRST CLASS MAIL**
JOANN Inc.
Attn.: Ann Aber
EVP, Chief Legal and Human Resources Officer
5555 Darrow Road
Hudson, Ohio 44236

**BY ELECTRONIC MAIL**
Aparna Yenamandra, P.C., Esq. (aparna.yenamandra@kirkland.com)

**BY ELECTRONIC MAIL**
Jeffrey Michalik, Esq. (jeff.michalik@kirkland.com)

**BY ELECTRONIC MAIL**
Lindsey Blumenthal, Esq. (lindsey.blumenthal@kirkland.com)

**BY ELECTRONIC MAIL**
Patrick J. Reilley, Esq. (preilley@coleschotz.com)

**BY ELECTRONIC MAIL**
Stacy L. Newman, Esq. (snewman@coleschotz.com)

**BY ELECTRONIC MAIL**
Michael E. Fitzpatrick, Esq. (mfitzpatrick@coleschotz.com)

**BY ELECTRONIC MAIL**
Jack M. Dougherty, Esq. (jdougherty@coleschotz.com)

**BY ELECTRONIC MAIL**
Malcolm M. Bates, Esq. (malcolm.m.bates@usdoj.gov)

**BY ELECTRONIC MAIL**
Scott Greenberg, Esq. (SGreenberg@gibsondunn.com)

**BY ELECTRONIC MAIL**
Kevin Liang, Esq. (KLiang@gibsondunn.com)

**BY ELECTRONIC MAIL**
Josh Brody, Esq. (JBrody@gibsondunn.com)

**BY ELECTRONIC MAIL**
Jeffrey Gleit, Esq. (jeffrey.gleit@afslaw.com)

**BY ELECTRONIC MAIL**
Jonathan Bagg, Esq. (jonathan.bagg@afslaw.com)

**BY ELECTRONIC MAIL**
Matthew Bentley, Esq. (matthew.bentley@afslaw.com)

**BY ELECTRONIC MAIL**
Andrew Behlmann, Esq. (abehlmann@lowenstein.com)

**BY ELECTRONIC MAIL**
Jason Adams, Esq. (jadams@kelleydrye.com)

**BY ELECTRONIC MAIL**
Maeghan McLoughlin, Esq. (mmcloughlin@kelleydrye.com)

**BY ELECTRONIC MAIL**
Connie Choe, Esq. (cchoe@kelleydrye.com)

**BY ELECTRONIC MAIL**
Bradford Sandler, Esq. (bsandler@pszjlaw.com)

**BY ELECTRONIC MAIL**
James O'Neill, Esq. (joneill@pszlaw.com)

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)