# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Joann Inc., *et al.* | ) | Case No 25-10068 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Daniel E. Hitchcock to represent Rouse Companies, LLC in this action.

/s/ Brian J. McLaughlin
Brian J. McLaughlin (DE#2462)
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
(302) 351.0916
brian.mclaughlin@offitkurman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Kentucky and Florida, and currently in good standing in the United States District Court(s) for the Eastern and Western Districts of Kentucky submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Daniel E. Hitchcock
Daniel E. Hitchcock
WYATT, TARRANT & COMBS, LLP
250 West Main Street
Lexington, KY 40507
859.288.7435
dhitchcock@wyattfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

**Dated: May 6th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

4933-7973-8165, v. 1