**<u>EXHIBIT B</u>**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE
PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD
<u>FROM MARCH 1, 2025 THROUGH MARCH 31, 2025</u>**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Sanjuro Kietlinski, Partner | $1,250 | 37.1 | $46,375.00 |
| Derrick Laton, Managing Director | $980 | 23.5 | $23,030.00 |
| Hughes Congleton, Vice President | $730 | 10.7 | $7,811.00 |
| Daniel Radi, Associate | $510 | 64.8 | $33,048.00 |
| **Grand Total** |  | **136.1** | **$110,264.00** |

## <u>COMPENSATION BY CATEGORY</u>

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 71.5 | $57,192.00 |
| Claims Analysis and Objections | 18.1 | $12,041.00 |
| Committee Activities | 36.5 | $31,037.00 |
| Court Filings | 6.3 | $6,017.00 |
| Fee / Employment Applications | 1.3 | $1,625.00 |
| Sale Process | 2.4 | $2,352.00 |
| **Grand Total** | **136.1** | **$110,264.00** |

## <u>EXPENSE SUMMARY</u>

| Expense Category | Description | Total Expenses |
|---|---|---|
| Meals | Working meal | $20.00 |
| **Total Expenses** |  | **$20.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/1/2025 | Daniel Radi | Revised latest UCC materials and incorporated variance analysis. | Business Analysis / Operations | 1.10 | 510.00 | $561.00 |
| 3/1/2025 | Daniel Radi | Reviewed latest variance analysis and plugged actuals into internal model. | Business Analysis / Operations | 1.00 | 510.00 | $510.00 |
| 3/3/2025 | Derrick Laton | Analyzed wind down cost estimates against recent cash burn rate. | Business Analysis / Operations | 2.30 | 980.00 | $2,254.00 |
| 3/3/2025 | Sanjuro Kietlinski | Drafted memo to team re: supplements to pending UCC presentation. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 3/3/2025 | Sanjuro Kietlinski | Corresponded with KDW re: UCC presentation. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 3/3/2025 | Sanjuro Kietlinski | Corresponded with team re: UCC presentation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Sanjuro Kietlinski | Reviewed A&M responses re: various outstanding financial matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/3/2025 | Sanjuro Kietlinski | Reviewed case strategy/workstreams updates. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 3/3/2025 | Sanjuro Kietlinski | Corresponded with D. Laton re: UCC presentation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Sanjuro Kietlinski | Reviewed Province/A&M correspondence re: outstanding items. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Sanjuro Kietlinski | Drafted list of follow up/UCC items for H. Congleton. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Daniel Radi | Prepared committee presentation materials. | Committee Activities | 2.20 | 510.00 | $1,122.00 |
| 3/3/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: various outstanding financial items. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Sanjuro Kietlinski | Reviewed draft UCC presentation materials. | Business Analysis / Operations | 1.30 | 1,250.00 | $1,625.00 |
| 3/3/2025 | Hughes Congleton | Call with PSZJ re: solvency analysis. | Business Analysis / Operations | 0.60 | 730.00 | $438.00 |
| 3/3/2025 | Daniel Radi | Refined total outstanding claims estimate analysis. | Claims Analysis and Objections | 1.90 | 510.00 | $969.00 |
| 3/3/2025 | Sanjuro Kietlinski | Followed up with H. Congleton re: UCC presentation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Derrick Laton | Reviewed team's sale update materials and provided feedback. | Sale Process | 2.40 | 980.00 | $2,352.00 |
| 3/3/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/3/2025 | Sanjuro Kietlinski | Reviewed KDW UCC memo. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/4/2025 | Hughes Congleton | Created slides for UCC call. | Committee Activities | 2.70 | 730.00 | $1,971.00 |
| 3/4/2025 | Daniel Radi | Downloaded and renamed latest dockets into internal folder. | Court Filings | 0.40 | 510.00 | $204.00 |

4897-0617-6063.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/4/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: outstanding questions for UCC deck. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/4/2025 | Derrick Laton | Edited committee update materials. | Committee Activities | 2.40 | 980.00 | $2,352.00 |
| 3/4/2025 | Hughes Congleton | Summarized updates for team. | Business Analysis / Operations | 0.30 | 730.00 | $219.00 |
| 3/4/2025 | Daniel Radi | Reviewed latest data room files uploaded. | Business Analysis / Operations | 1.70 | 510.00 | $867.00 |
| 3/4/2025 | Derrick Laton | Revised GUC pool estimate analysis. | Claims Analysis and Objections | 2.20 | 980.00 | $2,156.00 |
| 3/4/2025 | Sanjuro Kietlinski | Reviewed underlying calculations in updated claims estimates. | Claims Analysis and Objections | 1.10 | 1,250.00 | $1,375.00 |
| 3/4/2025 | Sanjuro Kietlinski | Corresponded with KDW re: stub rent. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/4/2025 | Sanjuro Kietlinski | Corresponded with E. Wilson re: settlement matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/4/2025 | Daniel Radi | Reviewed and analyzed the latest actuals and variance analysis shared. | Business Analysis / Operations | 1.20 | 510.00 | $612.00 |
| 3/4/2025 | Derrick Laton | Reviewed team's lease rejection analysis. | Business Analysis / Operations | 2.50 | 980.00 | $2,450.00 |
| 3/4/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: deck updates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/4/2025 | Hughes Congleton | Call with A&M re: payment updates. | Business Analysis / Operations | 0.10 | 730.00 | $73.00 |
| 3/4/2025 | Daniel Radi | Further revised preliminary waterfall analysis per winning bid. | Business Analysis / Operations | 1.90 | 510.00 | $969.00 |
| 3/4/2025 | Sanjuro Kietlinski | Corresponded with team re: UCC deck. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/4/2025 | Sanjuro Kietlinski | Reviewed updated UCC presentation slides. | Committee Activities | 1.30 | 1,250.00 | $1,625.00 |
| 3/4/2025 | Daniel Radi | Shared summarized VIP dockets with team. | Court Filings | 0.30 | 510.00 | $153.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: UCC call. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Reviewed key settlement details for UCC update purposes. | Committee Activities | 0.50 | 1,250.00 | $625.00 |
| 3/5/2025 | Daniel Radi | Further worked on presentation materials for weekly committee meeting. | Committee Activities | 2.10 | 510.00 | $1,071.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: draft UCC presentation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Reviewed additional KDW redlines to UCC deck. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded internally (0.1) and with A&M (0.1) re: budget estimates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: settlement terms. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/5/2025 | Sanjuro Kietlinski | Finalized UCC presentation (0.8); corresponded with KDW re: same (0.1). | Committee Activities | 0.90 | 1,250.00 | $1,125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Made final edits to UCC deck for distribution. | Committee Activities | 0.60 | 1,250.00 | $750.00 |
| 3/5/2025 | Hughes Congleton | Revised UCC slides. | Committee Activities | 0.80 | 730.00 | $584.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: admin matters. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with M. McLoughlin re: details of settlement. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 3/5/2025 | Daniel Radi | Revised committee presentation materials per seniors' comments. | Committee Activities | 1.70 | 510.00 | $867.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: additional settlement details. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Reviewed KDW comments to UCC presentation. | Committee Activities | 0.50 | 1,250.00 | $625.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with team re: variance analysis. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: budget estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: Bar Date. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/5/2025 | Sanjuro Kietlinski | Modified UCC presentation slides. | Committee Activities | 1.20 | 1,250.00 | $1,500.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: UCC deck. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Hughes Congleton | Analyzed variance report. | Business Analysis / Operations | 1.40 | 730.00 | $1,022.00 |
| 3/5/2025 | Sanjuro Kietlinski | Reviewed variance report correspondence. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/5/2025 | Sanjuro Kietlinski | Reviewed H. Congleton response re: lease rejection damages. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/5/2025 | Sanjuro Kietlinski | Reviewed updated UCC presentation. | Committee Activities | 1.10 | 1,250.00 | $1,375.00 |
| 3/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: lease rejection damage estimates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/5/2025 | Hughes Congleton | Reviewed MORs. | Business Analysis / Operations | 0.70 | 730.00 | $511.00 |
| 3/5/2025 | Hughes Congleton | Analyzed potential lease rejection damages. | Business Analysis / Operations | 1.60 | 730.00 | $1,168.00 |
| 3/5/2025 | Daniel Radi | Continued reviewing data room files uploaded for potential lease information. | Business Analysis / Operations | 1.40 | 510.00 | $714.00 |
| 3/5/2025 | Daniel Radi | Reviewed the bar dates final order. | Court Filings | 0.10 | 510.00 | $51.00 |

4897-0617-6063.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/5/2025 | Derrick Laton | Reviewed H. Congleton updates re: administrative payments. | Business Analysis / Operations | 1.20 | 980.00 | $1,176.00 |
| 3/5/2025 | Sanjuro Kietlinski | Analyzed variance report. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 3/6/2025 | Hughes Congleton | Attended UCC call. | Committee Activities | 1.00 | 730.00 | $730.00 |
| 3/6/2025 | Derrick Laton | Attended UCC call. | Committee Activities | 1.00 | 980.00 | $980.00 |
| 3/6/2025 | Sanjuro Kietlinski | Prepped for UCC call. | Committee Activities | 1.00 | 1,250.00 | $1,250.00 |
| 3/6/2025 | Sanjuro Kietlinski | Attended UCC call. | Committee Activities | 1.00 | 1,250.00 | $1,250.00 |
| 3/6/2025 | Daniel Radi | Attended UCC call. | Committee Activities | 1.00 | 510.00 | $510.00 |
| 3/6/2025 | Sanjuro Kietlinski | Corresponded with team re: rent matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/6/2025 | Sanjuro Kietlinski | Reviewed revised lease rejection damage estimate figures. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 3/6/2025 | Sanjuro Kietlinski | Reviewed KDW clarifications re: lease matter. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/6/2025 | Sanjuro Kietlinski | Reviewed lease payment info from landlord. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 3/6/2025 | Derrick Laton | Reviewed KDW's lien investigation presentation. | Committee Activities | 1.40 | 980.00 | $1,372.00 |
| 3/6/2025 | Sanjuro Kietlinski | Corresponded with KDW re: landlord matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 3/6/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: rent matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 3/6/2025 | Daniel Radi | Revised the lease rejection damages analysis. | Business Analysis / Operations | 1.80 | 510.00 | $918.00 |
| 3/7/2025 | Sanjuro Kietlinski | Corresponded internally re: filed Monthly Operating Reports. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/7/2025 | Daniel Radi | Further reviewed the MOR's per Debtor entity. | Business Analysis / Operations | 1.30 | 510.00 | $663.00 |
| 3/7/2025 | Sanjuro Kietlinski | Reviewed Settlement Motion. | Court Filings | 1.70 | 1,250.00 | $2,125.00 |
| 3/7/2025 | Derrick Laton | Reviewed Debtors 9010 proposal with Discover. | Business Analysis / Operations | 1.70 | 980.00 | $1,666.00 |
| 3/7/2025 | Daniel Radi | Began analyzing the monthly operating reports filed. | Business Analysis / Operations | 1.10 | 510.00 | $561.00 |
| 3/10/2025 | Daniel Radi | Consolidated monthly operating reports filed. | Business Analysis / Operations | 1.80 | 510.00 | $918.00 |
| 3/10/2025 | Sanjuro Kietlinski | Reviewed case strategy/open workstreams. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |

4897-0617-6063.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/10/2025 | Daniel Radi | Reviewed data room files uploaded on data room. | Business Analysis / Operations | 2.10 | 510.00 | $1,071.00 |
| 3/10/2025 | Daniel Radi | Prepared materials for weekly unsecured creditors committee. | Committee Activities | 1.90 | 510.00 | $969.00 |
| 3/10/2025 | Sanjuro Kietlinski | Reviewed the Periodic Report of Value. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 3/10/2025 | Derrick Laton | Analyzed Debtors' post-petition rent payments. | Business Analysis / Operations | 2.60 | 980.00 | $2,548.00 |
| 3/10/2025 | Sanjuro Kietlinski | Reviewed D. Radi draft UCC update materials. | Committee Activities | 1.00 | 1,250.00 | $1,250.00 |
| 3/10/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/11/2025 | Sanjuro Kietlinski | Reviewed updates to UCC materials. | Committee Activities | 0.60 | 1,250.00 | $750.00 |
| 3/11/2025 | Sanjuro Kietlinski | Corresponded with KDW re: stub rent matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 3/11/2025 | Daniel Radi | Worked on creditor committee presentation materials. | Committee Activities | 1.70 | 510.00 | $867.00 |
| 3/11/2025 | Sanjuro Kietlinski | Corresponded with KDW re: reduced lease landlord matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/11/2025 | Derrick Laton | Reviewed cash flow variance report for week ending 2/28. | Business Analysis / Operations | 1.50 | 980.00 | $1,470.00 |
| 3/11/2025 | Daniel Radi | Analyzed latest actuals report and began preparing variance model. | Business Analysis / Operations | 1.40 | 510.00 | $714.00 |
| 3/11/2025 | Daniel Radi | Continued compiling MORs per each Debtor entity. | Business Analysis / Operations | 1.60 | 510.00 | $816.00 |
| 3/11/2025 | Sanjuro Kietlinski | Reviewed D. Radi MOR analyses. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 3/12/2025 | Daniel Radi | Revised UCC materials per comments and included executive summary. | Committee Activities | 1.50 | 510.00 | $765.00 |
| 3/12/2025 | Sanjuro Kietlinski | Corresponded with A&M re: rent matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/12/2025 | Daniel Radi | Began preparation of preliminary 503b9 calculation and claims outstanding. | Claims Analysis and Objections | 1.70 | 510.00 | $867.00 |
| 3/12/2025 | Sanjuro Kietlinski | Corresponded with team re: open workstreams. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/12/2025 | Daniel Radi | Further revised latest waterfall and recovery analysis. | Business Analysis / Operations | 1.80 | 510.00 | $918.00 |
| 3/12/2025 | Sanjuro Kietlinski | Reviewed updates to update presentation materials. | Committee Activities | 0.70 | 1,250.00 | $875.00 |
| 3/12/2025 | Daniel Radi | Gathered materials for upcoming UCC weekly meeting. | Business Analysis / Operations | 1.20 | 510.00 | $612.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/12/2025 | Sanjuro Kietlinski | Reviewed preliminary claims analysis. | Claims Analysis and Objections | 1.20 | 1,250.00 | $1,500.00 |
| 3/12/2025 | Sanjuro Kietlinski | Corresponded with A&M re: budget estimates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/12/2025 | Derrick Laton | Analyzed inventory drawdown rates vs. forecast. | Business Analysis / Operations | 2.30 | 980.00 | $2,254.00 |
| 3/13/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: outstanding matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/13/2025 | Sanjuro Kietlinski | Followed up with A&M re: rent matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 3/13/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: stub rent. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/13/2025 | Daniel Radi | Further put together operating reports per filings and Debtor entity. | Business Analysis / Operations | 1.10 | 510.00 | $561.00 |
| 3/13/2025 | Daniel Radi | Created and revised variance model slide for committee meeting. | Business Analysis / Operations | 1.20 | 510.00 | $612.00 |
| 3/13/2025 | Sanjuro Kietlinski | Analyzed lease agreement subject to reduction. | Business Analysis / Operations | 1.30 | 1,250.00 | $1,625.00 |
| 3/13/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: claims and bar date. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 3/13/2025 | Daniel Radi | Continued working on potential 503b9 claims pool. | Claims Analysis and Objections | 1.50 | 510.00 | $765.00 |
| 3/14/2025 | Daniel Radi | Reviewed the internal daily docket update and summaries. | Court Filings | 0.30 | 510.00 | $153.00 |
| 3/14/2025 | Sanjuro Kietlinski | Reviewed revised weekly update materials. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 3/14/2025 | Daniel Radi | Revised waterfall analysis with preliminary 503b9 potential claims outstanding. | Claims Analysis and Objections | 1.70 | 510.00 | $867.00 |
| 3/14/2025 | Daniel Radi | Revised UCC materials and shared presentation internally. | Business Analysis / Operations | 1.00 | 510.00 | $510.00 |
| 3/14/2025 | Daniel Radi | Final revision of variance and UCC slides per comments. | Committee Activities | 0.90 | 510.00 | $459.00 |
| 3/14/2025 | Sanjuro Kietlinski | Reviewed case updates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/14/2025 | Hughes Congleton | Reviewed motion to compel payment of stub rent. | Court Filings | 0.30 | 730.00 | $219.00 |
| 3/14/2025 | Sanjuro Kietlinski | Corresponded with KDW re: retention matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/17/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: retention matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/17/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: retention matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |

4897-0617-6063.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/17/2025 | Daniel Radi | Initial preparation of insider investigation and mismanagement. | Business Analysis / Operations | 1.20 | 510.00 | $612.00 |
| 3/17/2025 | Sanjuro Kietlinski | Reviewed retention related questions. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/17/2025 | Daniel Radi | Reviewed the daily docket updates and attached docs. | Court Filings | 0.50 | 510.00 | $255.00 |
| 3/18/2025 | Daniel Radi | Revised waterfall analysis for latest claims filed. | Claims Analysis and Objections | 1.50 | 510.00 | $765.00 |
| 3/18/2025 | Daniel Radi | Reviewed data room for any colorable claims against insiders. | Claims Analysis and Objections | 1.60 | 510.00 | $816.00 |
| 3/18/2025 | Daniel Radi | Analyzed drafted UCC professionals' retention orders and prepared redline. | Committee Activities | 0.70 | 510.00 | $357.00 |
| 3/19/2025 | Daniel Radi | Reviewed retention motions and UST objection to Deloitte. | Court Filings | 0.40 | 510.00 | $204.00 |
| 3/19/2025 | Daniel Radi | Worked on committee presentation materials. | Committee Activities | 1.10 | 510.00 | $561.00 |
| 3/19/2025 | Sanjuro Kietlinski | Corresponded with KDW re: retention apps. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/19/2025 | Sanjuro Kietlinski | Corresponded with A&M re: budget matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/19/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/19/2025 | Sanjuro Kietlinski | Corresponded internally re: budget matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/20/2025 | Sanjuro Kietlinski | Corresponded with KDW re: stub rent matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/20/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: stub rent matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 3/20/2025 | Sanjuro Kietlinski | Reviewed the UST Objection to Deloitte. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 3/20/2025 | Daniel Radi | Preliminary review of data room files for insiders' wrongdoings. | Business Analysis / Operations | 1.60 | 510.00 | $816.00 |
| 3/21/2025 | Sanjuro Kietlinski | Attended phone call with J. Sciametta. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/21/2025 | Daniel Radi | Investigated into colorable claims and fraud from insiders. | Claims Analysis and Objections | 1.00 | 510.00 | $510.00 |
| 3/21/2025 | Sanjuro Kietlinski | Analyzed the Monthly Operating Reports. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 3/21/2025 | Daniel Radi | Began reviewing monthly operating reports for February. | Business Analysis / Operations | 1.30 | 510.00 | $663.00 |
| 3/21/2025 | Daniel Radi | Further consolidated and analyzed MORs per Debtor entity. | Business Analysis / Operations | 0.90 | 510.00 | $459.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/22/2025 | Daniel Radi | Continued reviewing data room files and board minutes for claims against D&Os. | Business Analysis / Operations | 1.20 | 510.00 | $612.00 |
| 3/22/2025 | Daniel Radi | Analyzed and revised variance model per latest actuals. | Business Analysis / Operations | 1.00 | 510.00 | $510.00 |
| 3/24/2025 | Daniel Radi | Further reconciled filed claims ahead of bar date. | Claims Analysis and Objections | 1.40 | 510.00 | $714.00 |
| 3/24/2025 | Sanjuro Kietlinski | Reviewed KDW UCC updates. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 3/24/2025 | Daniel Radi | Analyzed latest dockets and attached filings. | Court Filings | 0.30 | 510.00 | $153.00 |
| 3/25/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: retention. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/25/2025 | Daniel Radi | Worked on materials for weekly meeting with creditors. | Business Analysis / Operations | 1.30 | 510.00 | $663.00 |
| 3/25/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: retention matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/26/2025 | Daniel Radi | Continued reconciling filed claims and prepared presentation materials. | Claims Analysis and Objections | 1.20 | 510.00 | $612.00 |
| 3/26/2025 | Sanjuro Kietlinski | Corresponded with A&M re: budget. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/26/2025 | Sanjuro Kietlinski | Corresponded with D. Radi re: outstanding matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 3/26/2025 | Sanjuro Kietlinski | Corresponded internally re: fee application. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 3/27/2025 | Sanjuro Kietlinski | Reviewed the First Notice of Rejection (dckt #648). | Court Filings | 1.30 | 1,250.00 | $1,625.00 |
| 3/27/2025 | Sanjuro Kietlinski | Reviewed the Second Notice of Rejection (dckt #649). | Court Filings | 0.70 | 1,250.00 | $875.00 |
| 3/28/2025 | Sanjuro Kietlinski | Reviewed KDW memo re: direct claims litigation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 3/31/2025 | Sanjuro Kietlinski | Reviewed A&M financial update presentation. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 3/31/2025 | Hughes Congleton | Analyzed latest variance report. | Business Analysis / Operations | 1.20 | 730.00 | $876.00 |
| 3/31/2025 | Sanjuro Kietlinski | Reviewed correspondences with A&M re: financial updates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 3/6/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| | **Total Expenses** | | **$20.00** |

4897-0617-6063.1 46699.00002