**CERTIFICATE OF SERVICE**

    I, Garvan F. McDaniel, hereby certify that on May 7, 2025, a true and correct copy of the foregoing *Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* was served upon all interested parties via CM/ECF and upon the following via electronic mail:

    Aparna Yenamandra, P.C., Esq. (aparna.yenamandra@kirkland.com)
    Jeffrey Michalik, Esq. (jeff.michalik@kirkland.com)
    Lindsey Blumenthal, Esq. (lindsey.blumenthal@kirkland.com)
    Patrick J. Reilley, Esq. (preilley@coleschotz.com)
    Stacy L. Newman, Esq. (snewman@coleschotz.com)
    Michael E. Fitzpatrick, Esq. (mfitzpatrick@coleschotz.com)
    Jack M. Dougherty, Esq. (jdougherty@coleschotz.com)
    Malcolm M. Bates, Esq. (malcolm.m.bates@usdoj.gov)
    Scott Greenberg, Esq. (SGreenberg@gibsondunn.com)
    Kevin Liang, Esq. (KLiang@gibsondunn.com)
    Josh Brody, Esq. (JBrody@gibsondunn.com)
    Jeffrey Gleit, Esq. (jeffrey.gleit@afslaw.com)
    Jonathan Bagg, Esq. (jonathan.bagg@afslaw.com)
    Matthew Bentley, Esq. (matthew.bentley@afslaw.com)
    Andrew Behlmann, Esq. (abehlmann@lowenstein.com)
    Jason Adams, Esq. (jadams@kelleydrye.com)
    Maeghan McLoughlin, Esq. (mmcloughlin@kelleydrye.com)
    Connie Choe, Esq. (cchoe@kelleydrye.com)
    Bradford Sandler, Esq. (bsandler@pszjlaw.com)
    James O'Neill, Esq. (joneill@pszjlaw.com)

                                        */s/ Garvan F. McDaniel*
                                        Garvan F. McDaniel (#4167)