**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 25, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be delivered via First Class Mail and Email on the United States Trustees Service List attached hereto as **<u>Exhibit A</u>**:

- Chapter 11 Monthly Operating Report for Case No. 25-10068 for the Month Ending: 03/31/2025 [Docket No. 743]

- Chapter 11 Monthly Operating Report for Case No. 25-10069 for the Month Ending: 03/31/2025 [Docket No. 744]

- Chapter 11 Monthly Operating Report for Case No. 25-10070 for the Month Ending: 03/31/2025 [Docket No. 745]

- Chapter 11 Monthly Operating Report for Case No. 25-10071 for the Month Ending: 03/31/2025 [Docket No. 746]

- Chapter 11 Monthly Operating Report for Case No. 25-10072 for the Month Ending: 03/31/2025 [Docket No. 747]

- Chapter 11 Monthly Operating Report for Case No. 25-10073 for the Month Ending: 03/31/2025 [Docket No. 748]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Chapter 11 Monthly Operating Report for Case No. 25-10074 for the Month Ending: 03/31/2025 [Docket No. 749]

- Chapter 11 Monthly Operating Report for Case No. 25-10075 for the Month Ending: 03/31/2025 [Docket No. 750]

- Chapter 11 Monthly Operating Report for Case No. 25-10076 for the Month Ending: 03/31/2025 [Docket No. 751]

- Chapter 11 Monthly Operating Report for Case No. 25-10077 for the Month Ending: 03/31/2025 [Docket No. 752]

- Chapter 11 Monthly Operating Report for Case No. 25-10078 for the Month Ending: 03/31/2025 [Docket No. 753]

- Chapter 11 Monthly Operating Report for Case No. 25-10079 for the Month Ending: 03/31/2025 [Docket No. 754]

- Chapter 11 Monthly Operating Report for Case No. 25-10080 for the Month Ending: 03/31/2025 [Docket No. 755]

Dated: May 5, 2025

*/s/ Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 5, 2025, by Ishrat Khan, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
United States Trustees Service List
Served via First Class Mail and Email

| Name | Notice Name | Address1 | Address2 | City | State | Postal Code | Emails |
|---|---|---|---|---|---|---|---|
| Office of the U.S. Trustee | Attn: Malcolm M. Bates, Esquire | Federal Building, Lockbox 35 | 844 King Street, Suite 2207 | Wilmington | DE | 19899-0035 | malcolm.m.bates@usdoj.gov |
| Office of the United States Trustee | Attn: Michael V. Girello, Jr., Paralegal Specialist | 844 N. King St., Ste. 2207 | | Wilmington | DE | 19801 | Mike.Girello@usdoj.gov |