| Narrative | Date | Amount | Subtotals | Running Balance |
|---|---|---|---|---|
| *10/27/2023-10/31/2023-Basic rent | 10/01/23 | $7,239.24 | | |
| *10/27/2023-10/31/2023-Common Area Maintenance | 10/01/23 | $1,186.55 | | |
| *10/27/2023-10/31/2023-Common Area Maint-Electric | 10/01/23 | $50.74 | | |
| 0663CONVCR | 11/01/23 | -$8,476.53 | $0.00 | $0.00 |
| | | | | |
| *11/01/2023-11/30/2023-Basic rent | 11/01/23 | $44,883.30 | | |
| *11/01/2023-11/30/2023-Common Area Maintenance | 11/01/23 | $7,356.63 | | |
| *11/01/2023-11/30/2023-Common Area Maint-Electric | 11/01/23 | $314.60 | | |
| November 2023 Rent | 12/27/23 | -$52,576.54 | -$22.01 | -$22.01 |
| | | | | |
| *12/01/2023-12/31/2023-Basic rent | 12/01/23 | $44,463.83 | | |
| *12/01/2023-12/31/2023-Common Area Maintenance | 12/01/23 | $7,287.88 | | |
| *12/01/2023-12/31/2023-Common Area Maint-Electric | 12/01/23 | $314.60 | | |
| December 2023 Rent | 12/27/23 | -$52,576.54 | -$510.23 | -$532.24 |
| | | | | |
| *01/01/2024-01/31/2024-Basic rent | 01/01/24 | $44,463.83 | | |
| *01/01/2024-01/31/2024-Common Area Maintenance | 01/01/24 | $3,660.21 | | |
| *01/01/2024-01/31/2024-Insurance | 01/01/24 | $3,890.59 | | |
| *01/01/2024-01/31/2024-Common Area Maint-Electric | 01/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 01/12/24 | -$53,482.24 | -$1,250.27 | -$1,782.51 |
| | | | | |
| *02/01/2024-02/29/2024-Basic rent | 02/01/24 | $44,463.83 | | |
| *02/01/2024-02/29/2024-Common Area Maintenance | 02/01/24 | $3,660.21 | | |
| *02/01/2024-02/29/2024-Insurance | 02/01/24 | $3,890.59 | | |
| *02/01/2024-02/29/2024-Common Area Maint-Electric | 02/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 02/12/24 | -$53,973.61 | -$1,741.64 | -$3,524.15 |
| | | | | |
| *03/01/2024-03/31/2024-Basic rent | 03/01/24 | $44,463.83 | | |
| *03/01/2024-03/31/2024-Common Area Maintenance | 03/01/24 | $3,660.21 | | |
| *03/01/2024-03/31/2024-Insurance | 03/01/24 | $3,890.59 | | |
| *03/01/2024-03/31/2024-Common Area Maint-Electric | 03/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 03/25/24 | -$54,449.36 | -$2,217.39 | -$5,741.54 |
| | | | | |
| *04/01/2024-04/30/2024-Basic rent | 04/01/24 | $44,463.83 | | |
| *04/01/2024-04/30/2024-Common Area Maintenance | 04/01/24 | $3,660.21 | | |
| *04/01/2024-04/30/2024-Insurance | 04/01/24 | $3,890.59 | | |
| *04/01/2024-04/30/2024-Common Area Maint-Electric | 04/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 04/08/24 | -$53,973.61 | -$1,741.64 | -$7,483.18 |
| | | | | |
| *05/01/2024-05/31/2024-Basic rent | 05/01/24 | $44,463.83 | | |
| *05/01/2024-05/31/2024-Common Area Maintenance | 05/01/24 | $3,660.21 | | |
| *05/01/2024-05/31/2024-Insurance | 05/01/24 | $3,890.59 | | |
| *05/01/2024-05/31/2024-Common Area Maint-Electric | 05/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 05/13/24 | -$53,973.61 | -$1,741.64 | -$9,224.82 |
| | | | | |
| *06/01/2024-06/30/2024-Basic rent | 06/01/24 | $43,415.15 | | |
| *06/01/2024-06/30/2024-Common Area Maintenance | 06/01/24 | $3,573.88 | | |
| *06/01/2024-06/30/2024-Insurance | 06/01/24 | $3,798.83 | | |
| *06/01/2024-06/30/2024-Common Area Maint-Electric | 06/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 06/10/24 | -$52,700.66 | -$1,695.46 | -$10,920.28 |
| | | | | |
| *07/01/2024-07/31/2024-Basic rent | 07/01/24 | $43,415.15 | | |
| *07/01/2024-07/31/2024-Common Area Maintenance | 07/01/24 | $3,573.88 | | |
| *07/01/2024-07/31/2024-Insurance | 07/01/24 | $3,798.83 | | |

**EXHIBIT A**

| Description | Date | Amount | | |
|---|---|---|---|---|
| *07/01/2024-07/31/2024-Common Area Maint-Electric | 07/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 07/05/24 | -$52,700.66 | -$1,695.46 | -$12,615.74 |
| *08/01/2024-08/31/2024-Basic rent | 08/01/24 | $43,415.15 | | |
| *08/01/2024-08/31/2024-Common Area Maintenance | 08/01/24 | $3,573.88 | | |
| *08/01/2024-08/31/2024-Insurance | 08/01/24 | $3,798.83 | | |
| *08/01/2024-08/31/2024-Common Area Maint-Electric | 08/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 08/06/24 | -$52,700.66 | -$1,695.46 | -$14,311.20 |
| *09/01/2024-09/30/2024-Basic rent | 09/01/24 | $43,415.15 | | |
| *09/01/2024-09/30/2024-Common Area Maintenance | 09/01/24 | $3,573.88 | | |
| *09/01/2024-09/30/2024-Insurance | 09/01/24 | $3,798.83 | | |
| *09/01/2024-09/30/2024-Common Area Maint-Electric | 09/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 09/09/24 | -$52,700.66 | -$1,695.46 | -$16,006.66 |
| *10/01/2024-10/31/2024-Basic rent | 10/01/24 | $43,415.15 | | |
| *10/01/2024-10/31/2024-Common Area Maintenance | 10/01/24 | $3,573.88 | | |
| *10/01/2024-10/31/2024-Insurance | 10/01/24 | $3,798.83 | | |
| *10/01/2024-10/31/2024-Common Area Maint-Electric | 10/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 10/07/24 | -$52,496.62 | -$1,491.42 | -$17,498.08 |
| *11/01/2024-11/30/2024-Basic rent | 11/01/24 | $43,415.15 | | |
| *11/01/2024-11/30/2024-Common Area Maintenance | 11/01/24 | $3,573.88 | | |
| *11/01/2024-11/30/2024-Insurance | 11/01/24 | $3,798.83 | | |
| *11/01/2024-11/30/2024-Common Area Maint-Electric | 11/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 11/13/24 | -$52,700.66 | -$1,695.46 | -$19,193.54 |
| *12/01/2024-12/31/2024-Basic rent | 12/01/24 | $43,415.15 | | |
| *12/01/2024-12/31/2024-Common Area Maintenance | 12/01/24 | $3,573.88 | | |
| *12/01/2024-12/31/2024-Insurance | 12/01/24 | $3,798.82 | | |
| *12/01/2024-12/31/2024-Common Area Maint-Electric | 12/01/24 | $217.34 | | |
| Spcfy in p.adv: Document Number *0 | 12/09/24 | -$52,700.66 | -$1,695.47 | -$20,889.01 |
| *01/01/2023 - 12/31/2023: True Up: Property Tax | 12/16/24 | $94,323.61 | $94,323.61 | $73,434.60 |
| *01/01/2024 - 12/31/2024: True Up: Property Tax | 12/19/24 | $132,724.84 | $132,724.84 | $206,159.44 |
| *01/01/2025-01/31/2025-Basic rent | 01/01/25 | $42,995.68 | | |
| *01/01/2025-01/31/2025-Common Area Maintenance | 01/01/25 | $3,748.79 | | |
| *01/01/2025-01/31/2025-Insurance | 01/01/25 | $5,201.10 | | |
| *01/01/2025-01/31/2025-Common Area Maint-Electric | 01/01/25 | $187.78 | | |
| Spcfy in p.adv: Document Number *0 | 03/24/25 | -$28,621.13 | $23,512.22 | $229,671.66 |
| *02/01/2025-02/28/2025-Basic rent | 02/01/25 | $42,995.68 | | |
| *02/01/2025-02/28/2025-Common Area Maintenance | 02/01/25 | $3,748.79 | | |
| *02/01/2025-02/28/2025-Insurance | 02/01/25 | $5,201.10 | | |
| *02/01/2025-02/28/2025-Common Area Maint-Electric | 02/01/25 | $187.78 | | |
| Spcfy in p.adv: Document Number *0 | 02/10/25 | -$52,191.47 | -$58.12 | $229,613.54 |
| *01/01/2023-12/31/2023 True Up CAM | 02/14/25 | $12,393.08 | $12,393.08 | $242,006.62 |
| *03/01/2025-03/31/2025-Basic rent | 03/01/25 | $42,995.68 | | |
| *03/01/2025-03/31/2025-Common Area Maintenance | 03/01/25 | $3,748.79 | | |
| *03/01/2025-03/31/2025-Insurance | 03/01/25 | $5,201.10 | | |
| *03/01/2025-03/31/2025-Common Area Maint-Electric | 03/01/25 | $187.78 | | |
| Spcfy in p.adv: Document Number *0 | 03/10/25 | -$52,191.47 | -$58.12 | $241,948.50 |

| | | | | |
|---|---|---|---|---|
| *04/01/2025-04/30/2025-Basic rent | 04/01/25 | $42,995.68 | | |
| *04/01/2025-04/30/2025-Common Area Maintenance | 04/01/25 | $3,748.79 | | |
| *04/01/2025-04/30/2025-Insurance | 04/01/25 | $5,201.10 | | |
| *04/01/2025-04/30/2025-Common Area Maint-Electric | 04/01/25 | $187.78 | | |
| Spcfy in p.adv: Document Number *0 | 04/10/25 | -$52,191.47 | -$58.12 | $241,890.38 |
| *05/01/2025-05/31/2025-Basic rent | 05/01/25 | $42,995.68 | | |
| *05/01/2025-05/31/2025-Common Area Maintenance | 05/01/25 | $3,748.79 | | |
| *05/01/2025-05/31/2025-Insurance | 05/01/25 | $5,201.10 | | |
| *05/01/2025-05/31/2025-Common Area Maint-Electric | 05/01/25 | $187.78 | $52,133.35 | **$294,023.73** |

**Totals:** $294,023.73  $294,023.73