## KELLEY DRYE & WARREN LLP
## ** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY **

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 14, 2025 15:59:06  
**Billing Timekeeper: 05395 - Wilson, Eric**  
Prebill #: 1940520  
**030608 - JOANN Committee**  
**0001 - Case Administration**

DATE THRU: March 31, 2025

Page: 3  
**Responsible Timekeeper: 05395 - Wilson, Eric**  
FORMAT 021

### Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 07383 | McLoughlin , M.J. | 03/04/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7270896203050347 DATE: 3/5/2025 Trip to DE for sale hearing - JoannTransaction Date: 03/04/25; Train -roundtrip from NY to Delaware to attend sale hearing - Joann; 02/26/2025 - 02/26/2025; NY to DE/ **Long Distance Travel** | 611.00 | H  T  W | 8954839 |
| 07036 | Adams , J.R. | 03/04/25 | VENDOR: Adams, Jason R. INVOICE#: 7270551403050347 DATE: 3/5/2025 Attend hearing in DETransaction Date: 03/04/25; Train - roundtrip to DE to attend hearing - Joann; 02/26/2025 - 02/26/2025; NJ to DE/ **Long Distance Travel** | 294.00 | H  T  W | 8954855 |
| 07036 | Adams , J.R. | 03/18/25 | VENDOR: Digital Evidence Group - P.O. Box 6180 INVOICE#: 20114381 DATE: 3/18/2025 JoAnn Inc. - Electronic Exhibits (Cancellation Fee)/ **Transcriptions** | 550.00 | H  T  W | 8958326 |
| 07036 | Adams , J.R. | 03/04/25 | VENDOR: Adams, Jason R. INVOICE#: 7270551403050347 DATE: 3/5/2025 Attend hearing in DETransaction Date: 03/04/25; Uber from home to Metropark train station (NJ) -   attend hearing in DE - Joann; home to train station/ **Cab Service** | 58.85 | H  T  W | 8954856 |
| 07036 | Adams , J.R. | 03/04/25 | VENDOR: Adams, Jason R. INVOICE#: 7270551403050347 DATE: 3/5/2025 Attend hearing in DETransaction Date: 03/04/25; Uber from Metropark train station (NJ) to home -   attend hearing in DE - Joann; train station to home/ **Cab Service** | 54.92 | H  T  W | 8954857 |
| 07383 | McLoughlin , M.J. | 03/04/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7270896203050347 DATE: 3/5/2025 Trip to DE for sale hearing - JoannTransaction Date: | 38.52 | H  T  W | 8954840 |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***

**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: April 14, 2025 15:59:06  
**Billing Timekeeper: 05395 - Wilson, Eric**  
Prebill #: 1940520  
**030608 - JOANN Committee**  
**0001 - Case Administration**

DATE THRU: March 31, 2025

Page: 4  
**Responsible Timekeeper: 05395 - Wilson, Eric**  
FORMAT 021

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 07383 | McLoughlin, M.J. | 03/04/25 | 03/04/25; Lyft ride from home to Penn station - attend sale hearing in Delaware- Joann; home to train station/ **Cab Service** VENDOR: McLoughlin, Maeghan INVOICE#: 7270872903050347 DATE: 3/5/2025 | 36.97 | H  T  W | 8954832 |
| 05395 | Wilson, E.R. | 02/14/25 | Lyft-work late on sale &cash collateral JoannTransaction Date: 03/04/25; Lyft ride from office to home - worked late on sale and cash collateral - Joann; Office to home/ **Cab Service** VENDOR: Wilson, Eric R. INVOICE#: 7329268104010347 DATE: 4/1/2025 Joann Hotel for Cancelled HearingTransaction Date: 02/14/25; Hotel for hearing that was cancelled/ **Lodging** | 416.90 | H  T  W | 8960955 |
| 07750 | Choe, C. | 03/17/25 | Westlaw Research | 43.60 | H  T  W | 8960535 |
| 08334 | Churchill, J. | 03/18/25 | Westlaw Research | 523.15 | H  T  W | 8960536 |
| 08334 | Churchill, J. | 03/20/25 | Westlaw Research | 348.77 | H  T  W | 8960537 |
| | | | **Totals:** | **$2,976.68** | | |

**KELLEY DRYE & WARREN LLP**
**** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY ****

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: April 14, 2025 15:59:06     DATE THRU: March 31, 2025     Page: 6
**Billing Timekeeper: 05395 - Wilson, Eric**     **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1940520     FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

| | Other Charges Summary | Amount | Disp |
|---|---|---|---|
| 000212 | Long Distance Travel | 905.00 | H  T  W |
| 000218 | Transcriptions | 550.00 | H  T  W |
| 000225 | Cab Service | 189.26 | H  T  W |
| 000247 | Lodging | 416.90 | H  T  W |
| 000254 | Westlaw Research | 915.52 | H  T  W |
| | **Total** | **2,976.68** | |