| Newnan Pavilion (BLDG: 125380) | Building Status: Active |
|---|---|
| Aging By Billing Date | Occupancy Status: A, Current, Inactive |

# Aged Delinquencies Report

Report Date: 4/29/2025

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---:|---:|---:|---:|---:|---:|
| **125380-050112** | ***Joann*** | | *Suite Id:* | ***00021*** | | *Day Due:* 1 | *Delq Day:* 10 | | |
| *Contact:* | *Tonia Grammatikos* | | *Status:* | ***Inactive*** | | *Last Payment:* | 12/11/2024 | 18,239.71 | |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(330) 463-8433* | | *2364* | | *Master Occupant Id:  00026285-1* | | | |
| 12/3/2024 | CPR | CAM PY Rec RTL | CH | 1,327.66 | 0.00 | 0.00 | 0.00 | 0.00 | 1,327.66 |
| 12/5/2024 | RGR | RE PY Tax Rec Gen RTL | CH | 1,367.37 | 0.00 | 0.00 | 0.00 | 0.00 | 1,367.37 |
| 3/31/2025 | CPR | CAM PY Rec RTL | CH | 1,258.22 | 1,258.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Joann Total:** | | | **3,953.25** | **1,258.22** | **0.00** | **0.00** | **0.00** | **2,695.03** |
| **125380-050130** | ***Joann*** | | *Suite Id:* | ***00021*** | | *Day Due:* 1 | *Delq Day:* 10 | | |
| *Contact:* | *Daniel* | | *Status:* | ***Current*** | | *Last Payment:* | 4/17/2025 | 18,239.71 | |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(330) 463-8433* | | *2364* | | *Master Occupant Id:  00026285-2* | | | |
| 12/5/2024 | RGR | RE PY Tax Rec Gen RTL | CH | 14,776.47 | 0.00 | 0.00 | 0.00 | 0.00 | 14,776.47 |
| 12/13/2024 | VWR | TT Water Sub Income RTL | CH | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 1/1/2025 | BRN | Base Rent RTL | CH | 7,550.55 | 0.00 | 0.00 | 0.00 | 7,550.55 | 0.00 |
| 1/1/2025 | CMR | CAM Escrow RTL | CH | 508.57 | 0.00 | 0.00 | 0.00 | 508.57 | 0.00 |
| 1/1/2025 | IER | Insurance Escrow RTL | CH | 178.16 | 0.00 | 0.00 | 0.00 | 178.16 | 0.00 |
| 3/31/2025 | CPR | CAM PY Rec RTL | CH | 13,302.54 | 13,302.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Joann Total:** | | | **36,316.30** | **13,302.54** | **0.00** | **0.00** | **8,237.28** | **14,776.48** |
| | **BLDG 125380 Total:** | | | **40,269.55** | **14,560.76** | **0.00** | **0.00** | **8,237.28** | **17,471.51** |

Newnan Pavilion (BLDG: 125380)　　　　　　　　　　　　　　　　　　　　Building Status: Active
Aging By Billing Date　　　　　　　　　　　　　　　　　　　　　　　　Occupancy Status: A, Current, Inactive

# Aged Delinquencies Report

Report Date: 4/29/2025

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---:|---:|---:|---:|---:|---:|
| | **Grand Total:** | | **40,269.55** | **14,560.76** | **0.00** | **0.00** | **8,237.28** | **17,471.51** |