# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| JOANN, INC., *et al*., | ) | Case No 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Brian J. McLaughlin, do hereby certify that on May 12, 2025, I served Objection and Reservation of Rights of RPT Newman LLC to the First Notice of Assumption and Assignment of Certain Executory Contract and/or Expired Leases on the following parties by the United States Bankruptcy Court's Electronic Filing and Notification System.

OFFIT KURMAN, P.A.

s/ Brian J. McLaughlin

Brian J. McLaughlin, DE Bar No. 2462
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302-351-0916
brian.mclaughlin@offitkurman.com
*Attorney for RPT Newman LLC*

Olivia F. Acuna
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Olivia.acuna@kirkland.com

William E. Arnault
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
warnault@kirkland.com

Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Lindsey.blumenthal@kirkland.com

Brigit Crosbie
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Brigit.crosie@kirkland.com

Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE 19801
jdougherty@coleschotz.com

Michael E. Fitzpatrick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Mfitzpatrick@coleschotz.com

Alex Ingoglia
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Alex.ingoglia@kirkland.com

Jeffrey T. Michalik
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Jeff.michalik@kirkland.com

Stacy L. Newman
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
snewman@coleschotz.com

Patrick J. Reilley
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com

Anup Sathy
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Anup.sathy@kirkland.com

Joshua A. Sussberg
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com

Michael C. Whalen
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Michael.whalen@kirkland.com

Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Aparna.yenamandra@kirkland.com

Malcom M Bates
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Malcom.m.bates@usdoj.gov

James E O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
joeneill@pszjlaw.com

Jason R. Adams
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
jadams@kelleydrye.com

Andres Barjas
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
abarajas@kelleydrye.com

Connie Y. Choe
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
cchoe@kelleydrye.com

William M. Gyves
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
wgyves@kelleydrye.com

Maeghan J. McLoughlin
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
mmcloughlin@kelleydrye.com

Randall L. Morrison
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
rmorrison@kelleydrye.com

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Eric R. Wilson
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ewilson@kelleydrye.com

Scott Greenburg
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
SGreenberg@gibsondunn.com

Kevin Liang
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
KLiang@gibsondunn.com

Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
New York, NY 10166
JBrody@gibsondunn.com

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
Jeffrey.gleit@afslaw.com

Jonathan Bagg
ArentFox Schitt LLP
1717 K Street NW
Washington, D.C. 20006
Jonathan.bagg@afslaw.com

Matthew Bently
Arent Fox Schitt LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Matthew.bently@afslaw.com

Andrew Behlmann
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
abehlmann@lowenstein.com

4913-3608-0960, v. 1