# EXHIBIT A

## Tenant Ledger

**Tenants:** Jo Ann Stores LLC
**Phone:** (330) 650-1618
**Phone:** (330) 650-1618
**Unit:** 5
**Property:** 0201 - 2945 Watson Blvd Warner Robins, GA 31903
**Status:** Current
**Move in date:** 08/08/2016
**Move out date:** --
**Lease Expiration:** 01/31/2026
**Rent:** 12,123.54
**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | | | | 0.00 Starting Balance |
| 01/01/2024 | | CAM Monthly - January 2024 | 562.70 | | 562.70 |
| 01/01/2024 | | Insurance Monthly - January 2024 | 327.39 | | 890.09 |
| 01/01/2024 | | Rent - January 2024 | 12,123.54 | | 13,013.63 |
| 01/10/2024 | Jo Ann Stores LLC | Payment (Reference #400548440) | | 13,013.63 | 0.00 |
| 02/01/2024 | | CAM Monthly - February 2024 | 562.70 | | 562.70 |
| 02/01/2024 | | Insurance Monthly - February 2024 | 327.39 | | 890.09 |
| 02/01/2024 | | Rent - February 2024 | 12,123.54 | | 13,013.63 |
| 02/13/2024 | Jo Ann Stores LLC | Payment (Reference #400549782) | | 13,013.63 | 0.00 |
| 03/01/2024 | | CAM Monthly - March 2024 | 562.70 | | 562.70 |
| 03/01/2024 | | Insurance Monthly - March 2024 | 327.39 | | 890.09 |
| 03/01/2024 | | Rent - March 2024 | 12,123.54 | | 13,013.63 |
| 03/27/2024 | Jo Ann Stores LLC | Payment (Reference #400551249) | | 13,013.63 | 0.00 |
| 04/01/2024 | | CAM Monthly - April 2024 | 562.70 | | 562.70 |
| 04/01/2024 | | Insurance Monthly - April 2024 | 327.39 | | 890.09 |
| 04/01/2024 | | Rent - April 2024 | 12,123.54 | | 13,013.63 |
| 04/09/2024 | Jo Ann Stores LLC | Payment (Reference #400552326) | | 13,013.63 | 0.00 |
| 05/01/2024 | | CAM Monthly - May 2024 | 562.70 | | 562.70 |
| 05/01/2024 | | Insurance Monthly - May 2024 | 327.39 | | 890.09 |
| 05/01/2024 | | Rent - May 2024 | 12,123.54 | | 13,013.63 |
| 05/15/2024 | Jo Ann Stores LLC | Payment (Reference #400553935) | | 13,013.63 | 0.00 |
| 06/01/2024 | | CAM Monthly - June 2024 | 562.70 | | 562.70 |
| 06/01/2024 | | Insurance Monthly - June 2024 | 327.39 | | 890.09 |
| 06/01/2024 | | Rent - June 2024 | 12,123.54 | | 13,013.63 |
| 06/11/2024 | Jo Ann Stores LLC | Payment (Reference #400555224) | | 13,013.63 | 0.00 |
| 07/01/2024 | | CAM Monthly - July 2024 | 562.70 | | 562.70 |
| 07/01/2024 | | Insurance Monthly - July 2024 | 327.39 | | 890.09 |
| 07/01/2024 | | Rent - July 2024 | 12,123.54 | | 13,013.63 |
| 07/08/2024 | Jo Ann Stores LLC | Payment (Reference #400556421) | | 13,013.63 | 0.00 |
| 08/01/2024 | | CAM Monthly - August 2024 | 562.70 | | 562.70 |
| 08/01/2024 | | Insurance Monthly - August 2024 | 327.39 | | 890.09 |
| 08/01/2024 | | Rent - August 2024 | 12,123.54 | | 13,013.63 |
| 08/13/2024 | Jo Ann Stores LLC | Payment (Reference #400557707) | | 13,013.63 | 0.00 |
| 09/01/2024 | | CAM Monthly - September 2024 | 562.70 | | 562.70 |
| 09/01/2024 | | Insurance Monthly - September 2024 | 327.39 | | 890.09 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/01/2024 | | Rent - September 2024 | 12,123.54 | | 13,013.63 |
| 09/18/2024 | Jo Ann Stores LLC | Payment (Reference #400559220) | | 13,013.63 | 0.00 |
| 10/01/2024 | | CAM Monthly - October 2024 | 562.70 | | 562.70 |
| 10/01/2024 | | Insurance Monthly - October 2024 | 327.39 | | 890.09 |
| 10/01/2024 | | Rent - October 2024 | 12,123.54 | | 13,013.63 |
| 10/09/2024 | Jo Ann Stores LLC | Payment (Reference #400559862) | | 13,013.63 | 0.00 |
| 11/01/2024 | | CAM Monthly - November 2024 | 562.70 | | 562.70 |
| 11/01/2024 | | Insurance Monthly - November 2024 | 327.39 | | 890.09 |
| 11/01/2024 | | Rent - November 2024 | 12,123.54 | | 13,013.63 |
| 11/12/2024 | Jo Ann Stores LLC | Payment (Reference #400560882) | | 13,013.63 | 0.00 |
| 12/01/2024 | | CAM Monthly - December 2024 | 562.70 | | 562.70 |
| 12/01/2024 | | Insurance Monthly - December 2024 | 327.39 | | 890.09 |
| 12/01/2024 | | Rent - December 2024 | 12,123.54 | | 13,013.63 |
| 12/10/2024 | Jo Ann Stores LLC | Payment (Reference #400561857) | | 13,013.63 | 0.00 |
| 01/01/2025 | | CAM Monthly - January 2025 | 562.70 | | 562.70 |
| 01/01/2025 | | Insurance Monthly - January 2025 | 327.39 | | 890.09 |
| 01/01/2025 | | Rent - January 2025 | 12,123.54 | | 13,013.63 |
| 02/01/2025 | | CAM Monthly - February 2025 | 562.70 | | 13,576.33 |
| 02/01/2025 | | Insurance Monthly - February 2025 | 327.39 | | 13,903.72 |
| 02/01/2025 | | Rent - February 2025 | 12,123.54 | | 26,027.26 |
| 02/05/2025 | | Late Fees - Late Fee for Jan 2025 | 484.95 | | 26,512.21 |
| 02/10/2025 | Jo Ann Stores LLC | Payment (Reference #400564005) | | 13,013.63 | 13,498.58 |
| 03/01/2025 | | CAM Monthly - March 2025 | 562.70 | | 14,061.28 |
| 03/01/2025 | | Insurance Monthly - March 2025 | 327.39 | | 14,388.67 |
| 03/01/2025 | | Rent - March 2025 | 12,123.54 | | 26,512.21 |
| 03/10/2025 | Jo Ann Stores LLC | Payment (Reference #400564990) | | 13,013.63 | 13,498.58 |
| 03/25/2025 | Jo Ann Stores LLC | Payment (Reference #400565319) | | 7,136.51 | 6,362.07 |
| 04/01/2025 | | CAM Monthly - April 2025 | 562.70 | | 6,924.77 |
| 04/01/2025 | | Insurance Monthly - April 2025 | 327.39 | | 7,252.16 |
| 04/01/2025 | | Rent - April 2025 | 12,123.54 | | 19,375.70 |
| 04/08/2025 | Jo Ann Stores LLC | Payment (Reference #400565659) | | 13,013.63 | 6,362.07 |
| 05/01/2025 | | CAM Monthly - May 2025 | 562.70 | | 6,924.77 |
| 05/01/2025 | | Insurance Monthly - May 2025 | 327.39 | | 7,252.16 |
| 05/01/2025 | | Rent - May 2025 | 12,123.54 | | 19,375.70 |

**Total** 19,375.70



# 2024 Property Tax Statement

CITY OF WARNER ROBINS TAX OFFICE
700 WATSON BLVD (Physical Address)
PO BOX 8629 (Mailing)
WARNER ROBINS, GA 31095

| Bill No. | Due Date | TOTAL DUE |
|---|---|---|
| 2024-104992 | 12/20/2024 | 8,093.51 |

Map: W78D 270
Location: 2951 WATSON BLVD

Payment Good Through: 12/20/2024
Printed: 10/02/2024

**FORWARDING SERVICE REQUESTED**

YOU CAN PAY YOUR TAX BILL ONLINE AT www.wrga.gov

TO PAY BY PHONE CALL CUSTOMER SERVICE
1-470-866-1746

**IF YOUR TAX BILL IS PAID BY A MORTGAGE COMPANY SEND THE TOP PORTION OF THIS TAX STATEMENT TO THEM FOR PAYMENT**

**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
CITY OF WARNER ROBINS TAX OFFICE

*MG02*
**********AUTO**MIXED AADC 373  87  119  28263  1 MB 0.622
CI WARNER-ROBBINS LLC
1001 6TH AVE
HUNTINGTON WV 25701-2307

**CITY OF WARNER ROBINS**
**PO Box 8629**
**Warner Robins GA 31095-8629**

---

**RETURN THIS PORTION WITH PAYMENT**
(Interest will be added monthly if not paid by due date)

CITY OF WARNER ROBINS TAX OFFICE
700 WATSON BLVD (Physical Address)
PO BOX 8629 (Mailing)
WARNER ROBINS, GA 31095

Phone: (478) 929-1133   Fax: (478) 929-1124



**Tax Payer:** CI WARNER-ROBBINS LLC
**Map Code:** W78D 270    REAL
**Description:** TRACT B-2 WILLOW LAKE CROSSING   2.929 ACRES
**Location:** 2951 WATSON BLVD
**Bill No:** 2024-104992
**District:** 001 HOUSTON COUNTY

| Building Value | Land Value | Acres | Fair Market Value | Due Date | | | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|---|
| 1,066,700 | 1,193,300 | 2.9300 | 2,260,000 | 12/20/2024 | | | 12/20/2024 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| WARNER ROBINS CITY TAX | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | 8.9530 | 8,093.51 | 0.00 | 8,093.51 |
| TOTALS | | | | | 8.9530 | 8,093.51 | 0.00 | 8,093.51 |



Interest at the rate prescribed by law per month begins after the due date. After each 120 days a penalty of 5% will be added up to a total of 20%. We encourage you to pay your bill by mail or on our website at www.wrga.gov. All mortgage companies with escrow accounts are provided tax amounts upon their request.

**NOTE:** FiFa liens for delinquent accounts will be recorded in March 2025.

IF YOUR TAX BILL IS PAID BY A MORTGAGE COMPANY, SEND THE TOP PORTION OF THIS TAX STATEMENT TO THEM FOR PAYMENT.



| Bill No: 2024-104992 | |
|---|---|
| Current Due | 8,093.51 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payment | 0.00 |
| Back Taxes | 0.00 |
| **TOTAL DUE** | **8,093.51** |

# 2024 Property Tax Statement

Mark Kushinka - taxquestions@houstoncountyga.org
Houston County Tax Commissioner
202 Carl Vinson Parkway
Warner Robins, GA 31088

| Bill No. | Due Date | TOTAL DUE |
|---|---|---|
| 2024-211204 | 12/20/2024 | 18,278.88 |

Map: 0W78D 0 270 000
Location: 2951 WATSON BLVD

Payment Good Through: 12/20/2024
Printed: 08/23/2024

Certain persons are eligible for certain homestead exemptions from ad valorem taxation. In addition to the regular homestead exemption authorized for all homeowners, certain elderly persons are entitled to additional exemptions. The full law relating to each exemption must be referred to in order to determine eligibility. If you are eligible for one of these exemptions and are not now receiving the benefit, you must apply for the exemption no later than April 1, 2025 in order to receive the exemption in future years.

For more information on exemptions or Tax Returns contact the Tax Assessors' Office at 478-218-4750.

*FORWARDING SERVICE REQUESTED*

**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
Houston County Tax Commissioner

**********AUTO**MIXED AADC 373    151    121    50802  1 MB 0.622
CI WARNER-ROBBINS LLC
1001 6TH AVE
HUNTINGTON WV 25701-2307

**Mark Kushinka**
**Houston County Tax Commissioner**
202 Carl Vinson Parkway
Warner Robins, GA 31088-5889


BILL NUMBER BARCODE

**RETURN THIS PORTION WITH PAYMENT**
(Interest will be added monthly if not paid by due date)

---

Mark Kushinka
Houston County Tax Commissioner
202 Carl Vinson Parkway
Warner Robins, GA 31088
taxquestions@houstoncountyga.org

Phone: (478) 542-2110     Fax: (478) 542-2041



**Tax Payer:** CI WARNER-ROBBINS LLC
**Map Code:** 0W78D 0 270 000    REAL
**Description:** TRACT B-2 WILLOW LAKE CROSSING  2.929 ACRES
**Location:** 2951 WATSON BLVD
**Bill No:** 2024-211204
**District:** 004 WARNER ROBINS

| Building Value | Land Value | Acres | Fair Market Value | Due Date | Billing Date | | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|---|
| 1,066,700 | 1,193,300 | 2.9300 | 2,260,000 | 12/20/2024 | | | 12/20/2024 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| STATE TAX | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | 0.0000 | 0.00 | 0.00 | 0.00 |
| COUNTY M&O | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | 7.5860 | 6,857.74 | 0.00 | 6,857.74 |
| SCHOOL M&O | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | 10.8640 | 9,821.06 | 0.00 | 4,501.92 |
| SALES TAX ROLLBACK SCHOOL | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | -5.884 | 0.00 | -5,319.14 | 0.00 |
| COUNTY MANDATE | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | 0.9150 | 827.16 | 0.00 | 827.16 |
| SCHOOL MANDATE | 2,260,000.00 | 904,000.00 | 0.00 | 904,000.00 | 6.7390 | 6,092.06 | 0.00 | 6,092.06 |
| TOTALS | | | | | 20.2200 | 23,598.02 | -5,319.14 | 18,278.88 |


BILL NUMBER BARCODE



**\*\*USE OUR WEBSITE\*\*** www.houstoncountytax.com TO VIEW AND PAY YOUR BILL or scan the unique QR code on this form with your smart device. **(A convenience fee does apply)**

Interest at the rate prescribe by law per month begins after the due date. After each 120 days a penalty of 5% will be added up to a total of 20%. We encourage you to pay your bill by mail or on our website at www.houstoncountytax.com. If a receipt is desired, please include a self addressed stamped envelope. **All mortgage companies with escrow accounts are provided tax amounts.**

NOTE: FIFAs on delinquent accounts will be filed in March 2025.

| Bill No: 2024-211204 | |
|---|---|
| Current Due | 18,278.88 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payment | 0.00 |
| Back Taxes | 0.00 |
| **TOTAL DUE** | **18,278.88** |