# **<u>EXHIBIT 2</u>**

| Landlord | Shopping Center | Location | Store No. | Debtors Proposed Cure Amount | Landlords Cure Amount | As of |
|---|---|---|---|---|---|---|
| **Inland Commercial Real Estate Services LLC** | | | | | | |
| Lake Geneva Retail LeaseCo, L.L.C. | Geneva Commons | Lake Geneva, WI | 2322 | $17,392.15 | $12,412.94 | 5/7/2025 |

# Lease Ledger
Date: 05/07/2025
Property: 51573
Tenant: t0627549 Jo-Ann Fabrics #2322
From Date: 11/08/2013 To Date: 01/31/2029
Move In Date: 12/16/2013
Unit(S): 002

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 3/1/2020 | RET 1st Inst    1/19 to 12/19 - Jo-Ann Stores Inc #2322 | | 7,010.02 | 0.00 | 7,010.02 | C-12347980 | No |
| 4/30/2020 | Apr Deferral - Jo-Ann Stores Inc #2322 | | -4,150.10 | 0.00 | 2,859.92 | C-12346762 | No |
| 5/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 2,882.56 | C-12345936 | No |
| 5/1/2020 | CAM True-Up 1/19 - 12/19 - Jo-Ann Stores Inc #2322 | | -0.01 | 0.00 | 2,882.55 | C-12347981 | No |
| 6/1/2020 | Fixed CAM Bill Code - Jo-Ann Stores Inc #2322 | | 2,093.90 | 0.00 | 4,976.45 | C-12347321 | No |
| 6/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 593.75 | 0.00 | 5,570.20 | C-12347322 | No |
| 6/1/2020 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 209.46 | 0.00 | 5,779.66 | C-12347982 | No |
| 6/16/2020 | Jun Deferral - Jo-Ann Stores Inc #2322 | | 4,166.69 | 0.00 | 9,946.35 | C-12347983 | No |
| 7/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 9,968.99 | C-12346761 | No |
| 7/16/2020 | Jul Deferral - Jo-Ann Stores Inc #2322 | | -6,250.00 | 0.00 | 3,718.99 | C-12346961 | No |
| 7/16/2020 | Jul Deferral - Jo-Ann Stores Inc #2322 | | 6,250.00 | 0.00 | 9,968.99 | C-12347323 | No |
| 8/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 9,991.63 | C-12345335 | No |
| 9/1/2020 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,014.27 | C-12347324 | No |
| 10/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,036.91 | C-12347325 | No |
| 11/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,059.55 | C-12346962 | No |
| 12/1/2020 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,082.19 | C-12345937 | No |
| 1/1/2021 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,104.83 | C-12347326 | No |
| 2/1/2021 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,127.47 | C-12345938 | No |
| 3/1/2021 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,150.11 | C-12345336 | No |
| 4/1/2021 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 22.64 | 0.00 | 10,172.75 | C-12346963 | No |
| 5/1/2021 | CAM True-Up 1/20 - 12/20 - Jo-Ann Stores Inc #2322 | | -0.01 | 0.00 | 10,172.74 | C-12345939 | No |
| 5/1/2021 | #1/21-4/21 Catch Up Ins - Jo-Ann Stores Inc #2322 | | 0.92 | 0.00 | 10,173.66 | C-12346964 | No |
| 5/1/2021 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 33.84 | 0.00 | 10,207.50 | C-12347327 | No |
| 5/1/2021 | Ins True-Up 1/20 - 12/20 - Jo-Ann Stores Inc #2322 | | 134.40 | 0.00 | 10,341.90 | C-12347984 | No |
| 8/1/2021 | RET 2nd Inst    1/20 to 12/20 - Jo-Ann Stores Inc #2322 | | 15,258.53 | 0.00 | 25,600.43 | C-12345337 | No |
| 8/1/2021 | Base Rent - Retail - Jo-Ann Stores Inc #2322 | | 12,500.00 | 0.00 | 38,100.43 | C-12345338 | No |
| 8/1/2021 | Fixed CAM Bill Code - Jo-Ann Stores Inc #2322 | | 2,198.59 | 0.00 | 40,299.02 | C-12345339 | No |
| 8/1/2021 | CAM Estimated Escrow - Jo-Ann Stores Inc #2322 | | 593.75 | 0.00 | 40,892.77 | C-12346965 | No |
| 8/1/2021 | Insurance Estimated Escrow - Jo-Ann Stores Inc #2322 | | 220.66 | 0.00 | 41,113.43 | C-12347985 | No |
| 8/5/2021 | Chk# 400498531 | | 0.00 | 17,562.49 | 23,550.94 | R-6702703 | |
| 8/30/2021 | Aug 21 Deferral - Jo-Ann Stores Inc #2322 | | 2,083.33 | 0.00 | 25,634.27 | C-12345940 | No |
| 8/30/2021 | Aug 21 Deferral - Jo-Ann Stores Inc #2322 | | -2,083.33 | 0.00 | 23,550.94 | C-12347328 | No |
| 8/31/2021 | Chk# 400500059 | | 0.00 | 17,562.49 | 5,988.45 | R-6737412 | |
| 9/1/2021 | Base Rent - Commercial (09/2021) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 18,488.45 | C-12366817 | No |
| 9/1/2021 | CAM Estimated Escrow (09/2021) - CAM Estimated Escrow | 002 | 593.75 | 0.00 | 19,082.20 | C-12366818 | No |
| 9/1/2021 | Fixed CAM Bill Code (09/2021) - Fixed CAM Bill Code | 002 | 2,198.59 | 0.00 | 21,280.79 | C-12366819 | No |
| 9/1/2021 | Insurance Estimated Escrow (09/2021) - Insurance Estimated Escrow | 002 | 220.66 | 0.00 | 21,501.45 | C-12366820 | No |
| 9/28/2021 | Chk# 400501070 | | 0.00 | 15,258.53 | 6,242.92 | R-6779425 | |
| 10/1/2021 | Base Rent - Commercial (10/2021) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 18,742.92 | C-12563780 | No |
| 10/1/2021 | CAM Estimated Escrow (10/2021) - CAM Estimated Escrow | 002 | 593.75 | 0.00 | 19,336.67 | C-12563781 | No |
| 10/1/2021 | Fixed CAM Bill Code (10/2021) - Fixed CAM Bill Code | 002 | 2,198.59 | 0.00 | 21,535.26 | C-12563782 | No |
| 10/1/2021 | Insurance Estimated Escrow (10/2021) - Insurance Estimated Escrow | 002 | 220.66 | 0.00 | 21,755.92 | C-12563783 | No |
| 10/5/2021 | Chk# 400501841 | | 0.00 | 17,562.49 | 4,193.43 | R-6823910 | |
| 11/1/2021 | Base Rent - Commercial (11/2021) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 16,693.43 | C-12733050 | No |
| 11/1/2021 | CAM Estimated Escrow (11/2021) - CAM Estimated Escrow | 002 | 593.75 | 0.00 | 17,287.18 | C-12733051 | No |
| 11/1/2021 | Fixed CAM Bill Code (11/2021) - Fixed CAM Bill Code | 002 | 2,198.59 | 0.00 | 19,485.77 | C-12733052 | No |
| 11/1/2021 | Insurance Estimated Escrow (11/2021) - Insurance Estimated Escrow | 002 | 220.66 | 0.00 | 19,706.43 | C-12733053 | No |
| 11/1/2021 | ACA ctrl#402 Chk#400502804 : Automated Cash Application Payment | | 0.00 | 338.40 | 19,368.03 | R-6875034 | |
| 11/2/2021 | ACA ctrl#488 Chk#400503402 : Automated Cash Application Payment | | 0.00 | 17,596.33 | 1,771.70 | R-6879834 | |
| 12/1/2021 | Base Rent - Commercial (12/2021) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 14,271.70 | C-12900835 | No |
| 12/1/2021 | CAM Estimated Escrow (12/2021) - CAM Estimated Escrow | 002 | 593.75 | 0.00 | 14,865.45 | C-12900836 | No |
| 12/1/2021 | Fixed CAM Bill Code (12/2021) - Fixed CAM Bill Code | 002 | 2,198.59 | 0.00 | 17,064.04 | C-12900837 | No |
| 12/1/2021 | Insurance Estimated Escrow (12/2021) - Insurance Estimated Escrow | 002 | 220.66 | 0.00 | 17,284.70 | C-12900838 | No |
| 12/6/2021 | ACA ctrl#1227 Chk#400505303 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 17,596.33 | -311.63 | R-6943998 | |
| 1/1/2022 | Base Rent - Commercial (01/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-13066420 | No |
| 1/1/2022 | CAM Estimated Escrow (01/2022) - CAM Estimated Escrow :Revised by ctrl# 13557887 | 002 | 593.75 | 0.00 | 12,782.12 | C-13066421 | No |
| 1/1/2022 | Fixed CAM Bill Code (01/2022) - Fixed CAM Bill Code | 002 | 2,198.59 | 0.00 | 14,980.71 | C-13066422 | No |
| 1/1/2022 | Insurance Estimated Escrow (01/2022) - Insurance Estimated Escrow | 002 | 220.66 | 0.00 | 15,201.37 | C-13066423 | No |
| 1/1/2022 | Insurance Estimated Escrow - Reverse 01/2022 | | -220.66 | 0.00 | 14,980.71 | C-13582047 | No |
| 1/1/2022 | Insurance Estimated Escrow - (01/2022) | | 290.49 | 0.00 | 15,271.20 | C-13582048 | No |
| 1/4/2022 | ACA ctrl#1798 Chk#400507052 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,513.00 | -241.80 | R-6998927 | |
| 2/1/2022 | Base Rent - Commercial (02/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,258.20 | C-13226419 | No |
| 2/1/2022 | CAM Estimated Escrow (02/2022) - CAM Estimated Escrow :Revised by ctrl# 13557889 | 002 | 593.75 | 0.00 | 12,851.95 | C-13226420 | No |
| 2/1/2022 | Fixed CAM Bill Code (02/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,160.47 | C-13226421 | No |
| 2/1/2022 | Insurance Estimated Escrow (02/2022) - Insurance Estimated Escrow | 002 | 220.66 | 0.00 | 15,381.13 | C-13226422 | No |
| 2/1/2022 | Insurance Estimated Escrow - Reverse 02/2022 | | -220.66 | 0.00 | 15,160.47 | C-13582049 | No |
| 2/1/2022 | Insurance Estimated Escrow - (02/2022) | | 290.49 | 0.00 | 15,450.96 | C-13582050 | No |
| 2/7/2022 | Real Estate Tax True-Up 1st INST (01/2021 - 12/2021) | | 13,989.61 | 0.00 | 29,440.57 | C-13387111 | No |
| 2/7/2022 | ACA ctrl#2739 Chk#400509275 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,622.93 | 13,817.64 | R-7073528 | |
| 3/1/2022 | Base Rent - Commercial (03/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 26,317.64 | C-13404610 | No |
| 3/1/2022 | CAM Estimated Escrow (03/2022) - CAM Estimated Escrow :Revised by ctrl# 13557969 | 002 | 593.75 | 0.00 | 26,911.39 | C-13404611 | No |
| 3/1/2022 | Fixed CAM Bill Code (03/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 29,219.91 | C-13404612 | No |

Page 1 of 5

# Lease Ledger
Date: 05/07/2025
Property: 51573
Tenant: t0627549 Jo-Ann Fabrics #2322
From Date: 11/08/2013  To Date: 01/31/2029
Move In Date: 12/16/2013
Unit(S): 002

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 3/1/2022 | Insurance Estimated Escrow (03/2022) - Insurance Estimated Escrow :Revised by ctrl# 13557983 | 002 | 220.66 | 0.00 | 29,440.57 | C-13404613 | No |
| 3/1/2022 | CAM Estimated Escrow (01/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 30,081.90 | C-13557886 | No |
| 3/1/2022 | Reversed CAM Estimated Escrow (01/2022) - CAM Estimated Escrow :Revises charge ctrl# 13066421 | 002 | -593.75 | 0.00 | 29,488.15 | C-13557887 | No |
| 3/1/2022 | CAM Estimated Escrow (02/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 30,129.48 | C-13557888 | No |
| 3/1/2022 | Reversed CAM Estimated Escrow (02/2022) - CAM Estimated Escrow :Revises charge ctrl# 13226420 | 002 | -593.75 | 0.00 | 29,535.73 | C-13557889 | No |
| 3/1/2022 | CAM Estimated Escrow (03/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 30,177.06 | C-13557968 | No |
| 3/1/2022 | Reversed CAM Estimated Escrow (03/2022) - CAM Estimated Escrow :Revises charge ctrl# 13404611 | 002 | -593.75 | 0.00 | 29,583.31 | C-13557969 | No |
| 3/1/2022 | Insurance Estimated Escrow (03/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 29,873.80 | C-13557982 | No |
| 3/1/2022 | Reversed Insurance Estimated Escrow (03/2022) - Insurance Estimated Escrow :Revises charge ctrl# 13404613 | 002 | -220.66 | 0.00 | 29,653.14 | C-13557983 | No |
| 3/11/2022 | CAM True-Up (01/2021 - 12/2021) | | 571.00 | 0.00 | 30,224.14 | C-13557836 | No |
| 3/11/2022 | Insurance True-Up (01/2021 - 12/2021) | | 837.99 | 0.00 | 31,062.13 | C-13557837 | No |
| 3/28/2022 | ACA ctrl#3708 Chk#400510981 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,622.93 | 15,439.20 | R-7149610 | |
| 4/1/2022 | Base Rent - Commercial (04/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 27,939.20 | C-13573061 | No |
| 4/1/2022 | CAM Estimated Escrow (04/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 28,580.53 | C-13573062 | No |
| 4/1/2022 | Fixed CAM Bill Code (04/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 30,889.05 | C-13573063 | No |
| 4/1/2022 | Insurance Estimated Escrow (04/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 31,179.54 | C-13573064 | No |
| 4/5/2022 | ACA ctrl#4139 Chk#400512831 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,622.93 | 15,556.61 | R-7192179 | |
| 4/19/2022 | ACA ctrl#4329 Chk#400513707 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,868.24 | -311.63 | R-7202170 | |
| 5/1/2022 | Base Rent - Commercial (05/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-13744426 | No |
| 5/1/2022 | CAM Estimated Escrow (05/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 12,829.70 | C-13744427 | No |
| 5/1/2022 | Fixed CAM Bill Code (05/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-13744428 | No |
| 5/1/2022 | Insurance Estimated Escrow (05/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 15,428.71 | C-13744429 | No |
| 5/9/2022 | ACA ctrl#4893 Chk#400514927 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | -311.63 | R-7259719 | |
| 6/1/2022 | Base Rent - Commercial (06/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-13912749 | No |
| 6/1/2022 | CAM Estimated Escrow (06/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 12,829.70 | C-13912750 | No |
| 6/1/2022 | Fixed CAM Bill Code (06/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-13912751 | No |
| 6/1/2022 | Insurance Estimated Escrow (06/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 15,428.71 | C-13912752 | No |
| 6/6/2022 | ACA ctrl#5562 Chk#400516829 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | -311.63 | R-7317991 | |
| 7/1/2022 | Base Rent - Commercial (07/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-14084005 | No |
| 7/1/2022 | CAM Estimated Escrow (07/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 12,829.70 | C-14084006 | No |
| 7/1/2022 | Fixed CAM Bill Code (07/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-14084007 | No |
| 7/1/2022 | Insurance Estimated Escrow (07/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 15,428.71 | C-14084008 | No |
| 7/5/2022 | ACA ctrl#6011 Chk#400518457 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | -311.63 | R-7379997 | |
| 7/15/2022 | Real Estate Tax True-Up 2nd Installment (01/2021 - 12/2021) | | 12,974.67 | 0.00 | 12,663.04 | C-14253708 | No |
| 8/1/2022 | Base Rent - Commercial (08/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 25,163.04 | C-14263687 | No |
| 8/1/2022 | CAM Estimated Escrow (08/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 25,804.37 | C-14263688 | No |
| 8/1/2022 | Fixed CAM Bill Code (08/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 28,112.89 | C-14263689 | No |
| 8/1/2022 | Insurance Estimated Escrow (08/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 28,403.38 | C-14263690 | No |
| 8/18/2022 | ACA ctrl#7013 Chk#400520546 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | 12,663.04 | R-7454436 | |
| 9/1/2022 | Base Rent - Commercial (09/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 25,163.04 | C-14442495 | No |
| 9/1/2022 | CAM Estimated Escrow (09/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 25,804.37 | C-14442496 | No |
| 9/1/2022 | Fixed CAM Bill Code (09/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 28,112.89 | C-14442497 | No |
| 9/1/2022 | Insurance Estimated Escrow (09/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 28,403.38 | C-14442498 | No |
| 9/6/2022 | ACA ctrl#7519 Chk#400522346 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | 12,663.04 | R-7506558 | |
| 9/19/2022 | ACA ctrl#7635 Chk#400522750 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 12,974.67 | -311.63 | R-7515896 | |
| 10/1/2022 | Base Rent - Commercial (10/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-14625369 | No |
| 10/1/2022 | CAM Estimated Escrow (10/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 12,829.70 | C-14625370 | No |
| 10/1/2022 | Fixed CAM Bill Code (10/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-14625371 | No |
| 10/1/2022 | Insurance Estimated Escrow (10/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 15,428.71 | C-14625372 | No |
| 10/11/2022 | ACA ctrl#8183 Chk#400523848 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | -311.63 | R-7575072 | |
| 11/1/2022 | Base Rent - Commercial (11/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-14803585 | No |
| 11/1/2022 | CAM Estimated Escrow (11/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 12,829.70 | C-14803586 | No |
| 11/1/2022 | Fixed CAM Bill Code (11/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-14803587 | No |
| 11/1/2022 | Insurance Estimated Escrow (11/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 15,428.71 | C-14803588 | No |
| 11/7/2022 | ACA ctrl#8844 Chk#400525233 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | -311.63 | R-7633720 | |
| 12/1/2022 | Base Rent - Commercial (12/2022) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-14984993 | No |
| 12/1/2022 | CAM Estimated Escrow (12/2022) - CAM Estimated Escrow | 002 | 641.33 | 0.00 | 12,829.70 | C-14984994 | No |
| 12/1/2022 | Fixed CAM Bill Code (12/2022) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-14984995 | No |
| 12/1/2022 | Insurance Estimated Escrow (12/2022) - Insurance Estimated Escrow | 002 | 290.49 | 0.00 | 15,428.71 | C-14984996 | No |
| 12/6/2022 | ACA ctrl#9399 Chk#400527044 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | -311.63 | R-7697763 | |
| 1/1/2023 | Base Rent - Commercial (01/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-15164117 | No |
| 1/1/2023 | CAM Estimated Escrow (01/2023) - CAM Estimated Escrow :Revised by ctrl# 15911681 | 002 | 641.33 | 0.00 | 12,829.70 | C-15164118 | No |
| 1/1/2023 | Fixed CAM Bill Code (01/2023) - Fixed CAM Bill Code | 002 | 2,308.52 | 0.00 | 15,138.22 | C-15164119 | No |
| 1/1/2023 | Insurance Estimated Escrow (01/2023) - Insurance Estimated Escrow :Revised by ctrl# 15911673 | 002 | 290.49 | 0.00 | 15,428.71 | C-15164120 | No |
| 1/3/2023 | 2021 RET Special Assessment | | 2,562.50 | 0.00 | 17,991.21 | C-15174594 | No |
| 1/10/2023 | ACA ctrl#10199 Chk#400529045 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,740.34 | 2,250.87 | R-7763233 | |
| 2/1/2023 | Base Rent - Commercial (02/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 14,750.87 | C-15359919 | No |
| 2/1/2023 | CAM Estimated Escrow (02/2023) - CAM Estimated Escrow :Revised by ctrl# 15911683 | 002 | 641.33 | 0.00 | 15,392.20 | C-15359920 | No |
| 2/1/2023 | Fixed CAM Bill Code (02/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 17,816.15 | C-15359921 | No |

5/12/2025 10:16 AM

## Lease Ledger
Date: 05/07/2025  
Property: 51573  
Tenant: t0627549 Jo-Ann Fabrics #2322  
From Date: 11/08/2013 To Date: 01/31/2029  
Move In Date: 12/16/2013  
Unit(S): 002

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 2/1/2023 | Insurance Estimated Escrow (02/2023) - Insurance Estimated Escrow :Revised by ctrl# 15911675 | 002 | 290.49 | 0.00 | 18,106.64 | C-15359922 | No |
| 2/6/2023 | ACA ctrl#10710 Chk#400530588 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,855.77 | 2,250.87 | R-7821068 | |
| 3/1/2023 | Base Rent - Commercial (03/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 14,750.87 | C-15538456 | No |
| 3/1/2023 | CAM Estimated Escrow (03/2023) - CAM Estimated Escrow :Revised by ctrl# 15911685 | 002 | 641.33 | 0.00 | 15,392.20 | C-15538457 | No |
| 3/1/2023 | Fixed CAM Bill Code (03/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 17,816.15 | C-15538458 | No |
| 3/1/2023 | Insurance Estimated Escrow (03/2023) - Insurance Estimated Escrow :Revised by ctrl# 15911677 | 002 | 290.49 | 0.00 | 18,106.64 | C-15538459 | No |
| 3/6/2023 | ACA ctrl#11406 Chk#400532271 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 18,418.27 | -311.63 | R-7885949 | |
| 4/1/2023 | Base Rent - Commercial (04/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,188.37 | C-15741830 | No |
| 4/1/2023 | CAM Estimated Escrow (04/2023) - CAM Estimated Escrow :Revised by ctrl# 15911687 | 002 | 641.33 | 0.00 | 12,829.70 | C-15741831 | No |
| 4/1/2023 | Fixed CAM Bill Code (04/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 15,253.65 | C-15741832 | No |
| 4/1/2023 | Insurance Estimated Escrow (04/2023) - Insurance Estimated Escrow :Revised by ctrl# 15911679 | 002 | 290.49 | 0.00 | 15,544.14 | C-15741833 | No |
| 4/1/2023 | Insurance Estimated Escrow (01/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,861.14 | C-15911672 | No |
| 4/1/2023 | Reversed Insurance Estimated Escrow (01/2023) - Insurance Estimated Escrow :Revises charge ctrl# 15164120 | 002 | -290.49 | 0.00 | 15,570.65 | C-15911673 | No |
| 4/1/2023 | Insurance Estimated Escrow (02/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,887.65 | C-15911674 | No |
| 4/1/2023 | Reversed Insurance Estimated Escrow (02/2023) - Insurance Estimated Escrow :Revises charge ctrl# 15359922 | 002 | -290.49 | 0.00 | 15,597.16 | C-15911675 | No |
| 4/1/2023 | Insurance Estimated Escrow (03/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,914.16 | C-15911676 | No |
| 4/1/2023 | Reversed Insurance Estimated Escrow (03/2023) - Insurance Estimated Escrow :Revises charge ctrl# 15538459 | 002 | -290.49 | 0.00 | 15,623.67 | C-15911677 | No |
| 4/1/2023 | Insurance Estimated Escrow (04/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,940.67 | C-15911678 | No |
| 4/1/2023 | Reversed Insurance Estimated Escrow (04/2023) - Insurance Estimated Escrow :Revises charge ctrl# 15741833 | 002 | -290.49 | 0.00 | 15,650.18 | C-15911679 | No |
| 4/1/2023 | CAM Estimated Escrow (01/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 16,393.18 | C-15911680 | No |
| 4/1/2023 | Reversed CAM Estimated Escrow (01/2023) - CAM Estimated Escrow :Revises charge ctrl# 15164118 | 002 | -641.33 | 0.00 | 15,751.85 | C-15911681 | No |
| 4/1/2023 | CAM Estimated Escrow (02/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 16,494.85 | C-15911682 | No |
| 4/1/2023 | Reversed CAM Estimated Escrow (02/2023) - CAM Estimated Escrow :Revises charge ctrl# 15359920 | 002 | -641.33 | 0.00 | 15,853.52 | C-15911683 | No |
| 4/1/2023 | CAM Estimated Escrow (03/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 16,596.52 | C-15911684 | No |
| 4/1/2023 | Reversed CAM Estimated Escrow (03/2023) - CAM Estimated Escrow :Revises charge ctrl# 15538457 | 002 | -641.33 | 0.00 | 15,955.19 | C-15911685 | No |
| 4/1/2023 | CAM Estimated Escrow (04/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 16,698.19 | C-15911686 | No |
| 4/1/2023 | Reversed CAM Estimated Escrow (04/2023) - CAM Estimated Escrow :Revises charge ctrl# 15741831 | 002 | -641.33 | 0.00 | 16,056.86 | C-15911687 | No |
| 4/4/2023 | Real Estate Tax True-Up 1st Installment (01/2022 - 12/2022) | | 13,104.94 | 0.00 | 29,161.80 | C-15900821 | No |
| 4/10/2023 | ACA ctrl#12180 Chk#400534361 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,855.77 | 13,306.03 | R-7955345 | |
| 4/19/2023 | CAM True-Up (01/2022 - 12/2022) | | 1,230.54 | 0.00 | 14,536.57 | C-15911606 | No |
| 4/19/2023 | Insurance True-Up (01/2022 - 12/2022) | | 328.16 | 0.00 | 14,864.73 | C-15911607 | No |
| 5/1/2023 | Base Rent - Commercial (05/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 27,364.73 | C-15922912 | No |
| 5/1/2023 | CAM Estimated Escrow (05/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 28,107.73 | C-15922913 | No |
| 5/1/2023 | Fixed CAM Bill Code (05/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 30,531.68 | C-15922914 | No |
| 5/1/2023 | Insurance Estimated Escrow (05/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 30,848.68 | C-15922915 | No |
| 5/8/2023 | ACA ctrl#12785 Chk#400536019 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,855.77 | 14,992.91 | R-8019228 | |
| 5/16/2023 | ACA ctrl#12904 Chk#400536501 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 13,104.94 | 1,887.97 | R-8023998 | |
| 6/1/2023 | Base Rent - Commercial (06/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 14,387.97 | C-16108908 | No |
| 6/1/2023 | CAM Estimated Escrow (06/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 15,130.97 | C-16108909 | No |
| 6/1/2023 | Fixed CAM Bill Code (06/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 17,554.92 | C-16108910 | No |
| 6/1/2023 | Insurance Estimated Escrow (06/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 17,871.92 | C-16108911 | No |
| 6/5/2023 | ACA ctrl#13295 Chk#400537706 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,855.77 | 2,016.15 | R-8079441 | |
| 7/1/2023 | Base Rent - Commercial (07/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 14,516.15 | C-16293268 | No |
| 7/1/2023 | CAM Estimated Escrow (07/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 15,259.15 | C-16293269 | No |
| 7/1/2023 | Fixed CAM Bill Code (07/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 17,683.10 | C-16293270 | No |
| 7/1/2023 | Insurance Estimated Escrow (07/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 18,000.10 | C-16293271 | No |
| 7/10/2023 | ACA ctrl#14023 Chk#400539359 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,855.77 | 2,144.33 | R-8155291 | |
| 8/1/2023 | Base Rent - Commercial (08/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 14,644.33 | C-16483319 | No |
| 8/1/2023 | CAM Estimated Escrow (08/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 15,387.33 | C-16483320 | No |
| 8/1/2023 | Fixed CAM Bill Code (08/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 17,811.28 | C-16483321 | No |
| 8/1/2023 | Insurance Estimated Escrow (08/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 18,128.28 | C-16483322 | No |
| 8/3/2023 | Real Estate Tax True-Up 2nd Installment (01/2022 - 12/2022) | | 13,104.93 | 0.00 | 31,233.21 | C-16646206 | No |
| 8/7/2023 | ACA ctrl#14659 Chk#400540931 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,983.95 | 15,249.26 | R-8218804 | |
| 8/21/2023 | ACA ctrl#14763 Chk#400541579 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,249.26 | 0.00 | R-8231239 | |
| 9/1/2023 | Base Rent - Commercial (09/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,500.00 | C-16672321 | No |
| 9/1/2023 | CAM Estimated Escrow (09/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 13,243.00 | C-16672322 | No |
| 9/1/2023 | Fixed CAM Bill Code (09/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 15,666.95 | C-16672323 | No |
| 9/1/2023 | Insurance Estimated Escrow (09/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,983.95 | C-16672324 | No |
| 9/11/2023 | ACA ctrl#15253 Chk#400542587 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,983.95 | 0.00 | R-8296624 | |
| 10/1/2023 | Base Rent - Commercial (10/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,500.00 | C-16862602 | No |
| 10/1/2023 | CAM Estimated Escrow (10/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 13,243.00 | C-16862603 | No |
| 10/1/2023 | Fixed CAM Bill Code (10/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 15,666.95 | C-16862604 | No |
| 10/1/2023 | Insurance Estimated Escrow (10/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,983.95 | C-16862605 | No |
| 10/3/2023 | ACA ctrl#15718 Chk#400543986 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,983.95 | 0.00 | R-8352700 | |
| 11/1/2023 | Base Rent - Commercial (11/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,500.00 | C-17050129 | No |
| 11/1/2023 | CAM Estimated Escrow (11/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 13,243.00 | C-17050130 | No |
| 11/1/2023 | Fixed CAM Bill Code (11/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 15,666.95 | C-17050131 | No |

5/12/2025 10:16 AM

## Lease Ledger
Date: 05/07/2025
Property: 51573
Tenant: t0627549 Jo-Ann Fabrics #2322
From Date: 11/08/2013  To Date: 01/31/2029
Move In Date: 12/16/2013
Unit(S): 002

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/1/2023 | Insurance Estimated Escrow (11/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,983.95 | C-17050132 | No |
| 11/6/2023 | ACA ctrl#16308 Chk#400545392 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,983.95 | 0.00 | R-8422970 | |
| 12/1/2023 | Base Rent - Commercial (12/2023) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,500.00 | C-17236758 | No |
| 12/1/2023 | CAM Estimated Escrow (12/2023) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 13,243.00 | C-17236759 | No |
| 12/1/2023 | Fixed CAM Bill Code (12/2023) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 15,666.95 | C-17236760 | No |
| 12/1/2023 | Insurance Estimated Escrow (12/2023) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,983.95 | C-17236761 | No |
| 12/4/2023 | ACA ctrl#16869 Chk#400546888 : Automated Cash Application Payment - Auto Match: Apply remainder to charge code | | 0.00 | 15,983.95 | 0.00 | R-8482412 | |
| 1/1/2024 | Base Rent - Commercial (01/2024) - Base Rent - Retail | 002 | 12,500.00 | 0.00 | 12,500.00 | C-17418721 | No |
| 1/1/2024 | CAM Estimated Escrow (01/2024) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 13,243.00 | C-17418722 | No |
| 1/1/2024 | Fixed CAM Bill Code (01/2024) - Fixed CAM Bill Code | 002 | 2,423.95 | 0.00 | 15,666.95 | C-17418723 | No |
| 1/1/2024 | Insurance Estimated Escrow (01/2024) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 15,983.95 | C-17418724 | No |
| 1/8/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#17544 Chk#400548483 | | 0.00 | 15,983.95 | 0.00 | R-8555741 | |
| 1/30/2024 | Real Estate Tax True-Up 1st Installment (01/2023 - 12/2023) | | 11,060.86 | 0.00 | 11,060.86 | C-17616047 | No |
| 2/1/2024 | Base Rent - Commercial (02/2024) | 002 | 13,750.00 | 0.00 | 24,810.86 | C-17602894 | No |
| 2/1/2024 | CAM Estimated Escrow (02/2024) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 25,553.86 | C-17602895 | No |
| 2/1/2024 | Fixed CAM Bill Code (02/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 28,099.00 | C-17602896 | No |
| 2/1/2024 | Insurance Estimated Escrow (02/2024) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 28,416.00 | C-17602897 | No |
| 2/12/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#18165 Chk#400549826 | | 0.00 | 17,355.15 | 11,060.85 | R-8628694 | |
| 3/1/2024 | Base Rent - Commercial (03/2024) | 002 | 13,750.00 | 0.00 | 24,810.85 | C-17790769 | No |
| 3/1/2024 | CAM Estimated Escrow (03/2024) - CAM Estimated Escrow | 002 | 743.00 | 0.00 | 25,553.85 | C-17790770 | No |
| 3/1/2024 | Fixed CAM Bill Code (03/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 28,098.99 | C-17790771 | No |
| 3/1/2024 | Insurance Estimated Escrow (03/2024) - Insurance Estimated Escrow | 002 | 317.00 | 0.00 | 28,415.99 | C-17790772 | No |
| 3/1/2024 | CAM Estimated Escrow (01/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 29,181.99 | C-17975206 | No |
| 3/1/2024 | CAM Estimated Escrow (02/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 29,947.99 | C-17975207 | No |
| 3/1/2024 | CAM Estimated Escrow (03/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 30,713.99 | C-17975208 | No |
| 3/1/2024 | Insurance Estimated Escrow (01/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 31,044.99 | C-17975209 | No |
| 3/1/2024 | Insurance Estimated Escrow (02/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 31,375.99 | C-17975210 | No |
| 3/1/2024 | Insurance Estimated Escrow (03/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 31,706.99 | C-17975211 | No |
| 3/1/2024 | CAM Estimated Escrow - 1/24-3/24 CAME Rvrsl | | -2,229.00 | 0.00 | 29,477.99 | C-17975363 | No |
| 3/1/2024 | Insurance Estimated Escrow - 1/24-3/24 INSE Rvrsl | | -951.00 | 0.00 | 28,526.99 | C-17975364 | No |
| 3/18/2024 | CAM True-Up (01/2023 - 12/2023) | | 278.50 | 0.00 | 28,805.49 | C-17975081 | No |
| 3/18/2024 | Insurance True-Up (01/2023 - 12/2023) | | 176.97 | 0.00 | 28,982.46 | C-17975082 | No |
| 3/28/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#18931 Chk#400551295 | | 0.00 | 17,355.15 | 11,627.31 | R-8705005 | |
| 4/1/2024 | Base Rent - Commercial (04/2024) | 002 | 13,750.00 | 0.00 | 25,377.31 | C-17983342 | No |
| 4/1/2024 | CAM Estimated Escrow (04/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 26,143.31 | C-17983343 | No |
| 4/1/2024 | Fixed CAM Bill Code (04/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 28,688.45 | C-17983344 | No |
| 4/1/2024 | Insurance Estimated Escrow (04/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 29,019.45 | C-17983345 | No |
| 4/1/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#18985 Chk#400551840 | | 0.00 | 11,060.86 | 17,958.59 | R-8734533 | |
| 4/8/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#19251 Chk#400552372 | | 0.00 | 17,355.15 | 603.44 | R-8755328 | |
| 4/29/2024 | Chk# ACH | | 0.00 | 0.01 | 603.43 | R-8770172 | |
| 5/1/2024 | Base Rent - Commercial (05/2024) | 002 | 13,750.00 | 0.00 | 14,353.43 | C-18172519 | No |
| 5/1/2024 | CAM Estimated Escrow (05/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 15,119.43 | C-18172520 | No |
| 5/1/2024 | Fixed CAM Bill Code (05/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,664.57 | C-18172521 | No |
| 5/1/2024 | Insurance Estimated Escrow (05/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,995.57 | C-18172522 | No |
| 5/13/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#19917 Chk#400553984 | | 0.00 | 17,392.15 | 603.42 | R-8826495 | |
| 5/28/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#20017 Chk#400554491 | | 0.00 | 603.47 | -0.05 | R-8835215 | |
| 5/30/2024 | Chk# ACH 5/30/2024 | | 0.00 | 0.01 | -0.06 | R-8842290 | |
| 6/1/2024 | Base Rent - Commercial (06/2024) | 002 | 13,750.00 | 0.00 | 13,749.94 | C-18361853 | No |
| 6/1/2024 | CAM Estimated Escrow (06/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 14,515.94 | C-18361854 | No |
| 6/1/2024 | Fixed CAM Bill Code (06/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.08 | C-18361855 | No |
| 6/1/2024 | Insurance Estimated Escrow (06/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,392.08 | C-18361856 | No |
| 6/10/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#20426 Chk#400555271 | | 0.00 | 17,392.15 | -0.07 | R-8891087 | |
| 7/1/2024 | Base Rent - Commercial (07/2024) | 002 | 13,750.00 | 0.00 | 13,749.93 | C-18559408 | No |
| 7/1/2024 | CAM Estimated Escrow (07/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 14,515.93 | C-18559409 | No |
| 7/1/2024 | Fixed CAM Bill Code (07/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.07 | C-18559410 | No |
| 7/1/2024 | Insurance Estimated Escrow (07/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,392.07 | C-18559411 | No |
| 7/2/2024 | Chk# ACH 7/2/2024 | | 0.00 | 17,392.15 | -0.08 | R-8950147 | |
| 7/17/2024 | Real Estate Tax True-Up 2nd Installment (01/2023 - 12/2023) | | 10,067.35 | 0.00 | 10,067.27 | C-18744832 | No |
| 8/1/2024 | Base Rent - Commercial (08/2024) | 002 | 13,750.00 | 0.00 | 23,817.27 | C-18760145 | No |
| 8/1/2024 | CAM Estimated Escrow (08/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 24,583.27 | C-18760146 | No |
| 8/1/2024 | Fixed CAM Bill Code (08/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 27,128.41 | C-18760147 | No |
| 8/1/2024 | Insurance Estimated Escrow (08/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 27,459.41 | C-18760148 | No |
| 8/6/2024 | Chk# ACH 8/6/2024 | | 0.00 | 17,392.15 | 10,067.26 | R-9036635 | |
| 8/7/2024 | Damages - BK - Legal Fees | | 2,625.25 | | 12,692.51 | C-18935757 | No |
| 8/7/2024 | Chk# ACH 8/7/2024 | | 0.00 | 2,625.25 | 10,067.26 | R-9038210 | |
| 8/15/2024 | Chk# ACH 8/15/2024 | | 0.00 | 10,067.35 | -0.09 | R-9049242 | |
| 9/1/2024 | Base Rent - Commercial (09/2024) | 002 | 13,750.00 | 0.00 | 13,749.91 | C-18951686 | No |
| 9/1/2024 | CAM Estimated Escrow (09/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 14,515.91 | C-18951687 | No |
| 9/1/2024 | Fixed CAM Bill Code (09/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.05 | C-18951688 | No |
| 9/1/2024 | Insurance Estimated Escrow (09/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,392.05 | C-18951689 | No |
| 9/4/2024 | Chk# ACH 9/4/2024 | | 0.00 | 17,392.15 | -0.10 | R-9114782 | |
| 10/1/2024 | Base Rent - Commercial (10/2024) | 002 | 13,750.00 | 0.00 | 13,749.90 | C-19151104 | No |
| 10/1/2024 | CAM Estimated Escrow (10/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 14,515.90 | C-19151105 | No |
| 10/1/2024 | Fixed CAM Bill Code (10/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.04 | C-19151106 | No |
| 10/1/2024 | Insurance Estimated Escrow (10/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,392.04 | C-19151107 | No |

5/12/2025 10:16 AM

## Lease Ledger
Date: 05/07/2025
Property: 51573
Tenant: t0627549 Jo-Ann Fabrics #2322
From Date: 11/08/2013  To Date: 01/31/2029
Move In Date: 12/16/2013
Unit(S): 002

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 10/7/2024 | Chk# ACH 10/7/2024 | | 0.00 | 17,392.15 | -0.11 | R-9194986 | |
| 11/1/2024 | Base Rent - Commercial (11/2024) | 002 | 13,750.00 | 0.00 | 13,749.89 | C-19347496 | No |
| 11/1/2024 | CAM Estimated Escrow (11/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 14,515.89 | C-19347497 | No |
| 11/1/2024 | Fixed CAM Bill Code (11/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.03 | C-19347498 | No |
| 11/1/2024 | Insurance Estimated Escrow (11/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,392.03 | C-19347499 | No |
| 11/5/2024 | Chk# ACH 11/5/2024 | | 0.00 | 17,392.15 | -0.12 | R-9265306 | |
| 12/1/2024 | Base Rent - Commercial (12/2024) | 002 | 13,750.00 | 0.00 | 13,749.88 | C-19541935 | No |
| 12/1/2024 | CAM Estimated Escrow (12/2024) - CAM Estimated Escrow | 002 | 766.00 | 0.00 | 14,515.88 | C-19541936 | No |
| 12/1/2024 | Fixed CAM Bill Code (12/2024) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.02 | C-19541937 | No |
| 12/1/2024 | Insurance Estimated Escrow (12/2024) - Insurance Estimated Escrow | 002 | 331.00 | 0.00 | 17,392.02 | C-19541938 | No |
| 12/3/2024 | Chk# ACH 12/4/2024 | | 0.00 | 17,392.15 | -0.13 | R-9332942 | |
| 1/1/2025 | Base Rent - Commercial (01/2025) | 002 | 13,750.00 | 0.00 | 13,749.87 | C-19735977 | No |
| 1/1/2025 | CAM Estimated Escrow (01/2025) - CAM Estimated Escrow :Revised by ctrl# 20498382 | 002 | 766.00 | 0.00 | 14,515.87 | C-19735978 | No |
| 1/1/2025 | Fixed CAM Bill Code (01/2025) - Fixed CAM Bill Code | 002 | 2,545.14 | 0.00 | 17,061.01 | C-19735979 | No |
| 1/1/2025 | Insurance Estimated Escrow (01/2025) - Insurance Estimated Escrow :Revised by ctrl# 20498374 | 002 | 331.00 | 0.00 | 17,392.01 | C-19735980 | No |
| 2/1/2025 | Base Rent - Commercial (02/2025) | 002 | 13,750.00 | 0.00 | 31,142.01 | C-19923392 | No |
| 2/1/2025 | CAM Estimated Escrow (02/2025) - CAM Estimated Escrow :Revised by ctrl# 20498384 | 002 | 766.00 | 0.00 | 31,908.01 | C-19923393 | No |
| 2/1/2025 | Fixed CAM Bill Code (02/2025) - Fixed CAM Bill Code | 002 | 2,672.40 | 0.00 | 34,580.41 | C-19923394 | No |
| 2/1/2025 | Insurance Estimated Escrow (02/2025) - Insurance Estimated Escrow :Revised by ctrl# 20498376 | 002 | 331.00 | 0.00 | 34,911.41 | C-19923395 | No |
| 2/4/2025 | Chk# ACH 2/4/2025 | | 0.00 | 17,519.40 | 17,392.01 | R-9486962 | |
| 2/17/2025 | Real Estate Tax True-Up 1st Installment (01/2024 - 12/2024) | | 10,346.27 | 0.00 | 27,738.28 | C-20106676 | No |
| 3/1/2025 | Base Rent - Commercial (03/2025) | 002 | 13,750.00 | 0.00 | 41,488.28 | C-20113934 | No |
| 3/1/2025 | CAM Estimated Escrow (03/2025) - CAM Estimated Escrow :Revised by ctrl# 20498386 | 002 | 766.00 | 0.00 | 42,254.28 | C-20113935 | No |
| 3/1/2025 | Fixed CAM Bill Code (03/2025) - Fixed CAM Bill Code | 002 | 2,672.40 | 0.00 | 44,926.68 | C-20113936 | No |
| 3/1/2025 | Insurance Estimated Escrow (03/2025) - Insurance Estimated Escrow :Revised by ctrl# 20498378 | 002 | 331.00 | 0.00 | 45,257.68 | C-20113937 | No |
| 3/4/2025 | Chk# ACH 3/4/2025 | | 0.00 | 17,519.40 | 27,738.28 | R-9561988 | |
| 3/18/2025 | Chk# ACH 3/18/2025 | | 0.00 | 9,537.63 | 18,200.65 | R-9575964 | |
| 4/1/2025 | Base Rent - Commercial (04/2025) | 002 | 13,750.00 | 0.00 | 31,950.65 | C-20304160 | No |
| 4/1/2025 | CAM Estimated Escrow (04/2025) - CAM Estimated Escrow :Revised by ctrl# 20498388 | 002 | 766.00 | 0.00 | 32,716.65 | C-20304161 | No |
| 4/1/2025 | Fixed CAM Bill Code (04/2025) - Fixed CAM Bill Code | 002 | 2,672.40 | 0.00 | 35,389.05 | C-20304162 | No |
| 4/1/2025 | Insurance Estimated Escrow (04/2025) - Insurance Estimated Escrow :Revised by ctrl# 20498380 | 002 | 331.00 | 0.00 | 35,720.05 | C-20304163 | No |
| 4/1/2025 | Insurance Estimated Escrow (01/2025) - Insurance Estimated Escrow | 002 | 576.00 | 0.00 | 36,296.05 | C-20498373 | No |
| 4/1/2025 | Reversed Insurance Estimated Escrow (01/2025) - Insurance Estimated Escrow :Revises charge ctrl# 19735980 | 002 | -331.00 | 0.00 | 35,965.05 | C-20498374 | No |
| 4/1/2025 | Insurance Estimated Escrow (02/2025) - Insurance Estimated Escrow | 002 | 576.00 | 0.00 | 36,541.05 | C-20498375 | No |
| 4/1/2025 | Reversed Insurance Estimated Escrow (02/2025) - Insurance Estimated Escrow :Revises charge ctrl# 19923395 | 002 | -331.00 | 0.00 | 36,210.05 | C-20498376 | No |
| 4/1/2025 | Insurance Estimated Escrow (03/2025) - Insurance Estimated Escrow | 002 | 576.00 | 0.00 | 36,786.05 | C-20498377 | No |
| 4/1/2025 | Reversed Insurance Estimated Escrow (03/2025) - Insurance Estimated Escrow :Revises charge ctrl# 20113937 | 002 | -331.00 | 0.00 | 36,455.05 | C-20498378 | No |
| 4/1/2025 | Insurance Estimated Escrow (04/2025) - Insurance Estimated Escrow | 002 | 576.00 | 0.00 | 37,031.05 | C-20498379 | No |
| 4/1/2025 | Reversed Insurance Estimated Escrow (04/2025) - Insurance Estimated Escrow :Revises charge ctrl# 20304163 | 002 | -331.00 | 0.00 | 36,700.05 | C-20498380 | No |
| 4/1/2025 | CAM Estimated Escrow (01/2025) - CAM Estimated Escrow | 002 | 789.00 | 0.00 | 37,489.05 | C-20498381 | No |
| 4/1/2025 | Reversed CAM Estimated Escrow (01/2025) - CAM Estimated Escrow :Revises charge ctrl# 19735978 | 002 | -766.00 | 0.00 | 36,723.05 | C-20498382 | No |
| 4/1/2025 | CAM Estimated Escrow (02/2025) - CAM Estimated Escrow | 002 | 789.00 | 0.00 | 37,512.05 | C-20498383 | No |
| 4/1/2025 | Reversed CAM Estimated Escrow (02/2025) - CAM Estimated Escrow :Revises charge ctrl# 19923393 | 002 | -766.00 | 0.00 | 36,746.05 | C-20498384 | No |
| 4/1/2025 | CAM Estimated Escrow (03/2025) - CAM Estimated Escrow | 002 | 789.00 | 0.00 | 37,535.05 | C-20498385 | No |
| 4/1/2025 | Reversed CAM Estimated Escrow (03/2025) - CAM Estimated Escrow :Revises charge ctrl# 20113935 | 002 | -766.00 | 0.00 | 36,769.05 | C-20498386 | No |
| 4/1/2025 | CAM Estimated Escrow (04/2025) - CAM Estimated Escrow | 002 | 789.00 | 0.00 | 37,558.05 | C-20498387 | No |
| 4/1/2025 | Reversed CAM Estimated Escrow (04/2025) - CAM Estimated Escrow :Revises charge ctrl# 20304161 | 002 | -766.00 | 0.00 | 36,792.05 | C-20498388 | No |
| 4/2/2025 | Chk# ACH 4/2/2025 | | 0.00 | 17,519.40 | 19,272.65 | R-9632620 | |
| 4/24/2025 | CAM True-Up (01/2024 - 12/2024) | | 278.00 | 0.00 | 19,550.65 | C-20498351 | No |
| 4/24/2025 | Insurance True-Up (01/2024 - 12/2024) | | 2,940.56 | 0.00 | 22,491.21 | C-20498352 | No |
| 5/1/2025 | Base Rent - Commercial (05/2025) | 002 | 13,750.00 | 0.00 | 36,241.21 | C-20500590 | No |
| 5/1/2025 | CAM Estimated Escrow (05/2025) - CAM Estimated Escrow | 002 | 789.00 | 0.00 | 37,030.21 | C-20500591 | No |
| 5/1/2025 | Fixed CAM Bill Code (05/2025) - Fixed CAM Bill Code | 002 | 2,672.40 | 0.00 | 39,702.61 | C-20500592 | No |
| 5/1/2025 | Insurance Estimated Escrow (05/2025) - Insurance Estimated Escrow | 002 | 576.00 | 0.00 | 40,278.61 | C-20500593 | No |
| 5/2/2025 | Chk# ACH 5/2/2025 | | 0.00 | 27,865.67 | 12,412.94 | R-9701852 | |