## <u>CERTIFICATE OF SERVICE</u>

I, Laurel D. Roglen, hereby certify that, on this 12th day of May, 2025, I caused a true and correct copy of the foregoing ***Objection of Inland Commercial Real Estate Services LLC to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases*** to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated:  May 12, 2025
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Laurel D. Roglen
BALLARD SPAHR LLP