# CERTIFICATE OF SERVICE

I, John C. Gentile, hereby certify that on May 12, 2025, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system and upon the parties listed below:

Patrick J. Reilly
Stacy L. Newman
Michael E. Fitzpatrick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

*Counsel for the Debtors*

Anup Sathy
Jeffrey Michalik
Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

*Counsel for the Debtors*

Scott Greenberg
Kevin Liang
Josh Brody
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
sgreenberg@gibsondunn.com
kliang@gibsondunn.com
jbrody@gibsondunn.com

*Counsel to Prepetition Term Loan Lender
Ad Hoc Group*

Joshua Sussberg
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.susseberg@kirkland.com
aparna@yenamandra@kirkland.com

*Counsel for the Debtors*

Malcolm M. Bates
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov

*U.S. Trustee*

Jeffrey Gleit
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
jeffrey.gleti@afslaw.com

*Counsel to Prepetition Term Loan Lender
Ad Hoc Group*

| | |
|---|---|
| Jonathan Bagg<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>jonathan.bagg@afslaw.com<br><br>*Counsel to Prepetition Term Loan Lender Ad Hoc Group* | Matthew Bentley<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>matthew.bentley@afslaw.com<br><br>*Counsel to Prepetition Term Loan Lender Ad Hoc Group* |
| Andrew Behlmann<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>abehlmann@lowenstein.com<br><br>*Counsel to GA Joann Retail Partnership, LLC* | Jason Adams<br>Maeghan McLoughlin<br>Connie Choe<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, NY 10077<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Bradford Sandler<br>James O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com<br>joneill@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | **Via First Class Mail**<br>JOANN Inc.<br>c/o Ann Aber, EVP<br>5555 Darrow Road<br>Hudson, OH 44236 |

                                                                             */s/ John C. Gentile*
                                                                             John C. Gentile (DE No. 6159)