## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that, on this 12th day of May, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: May 12, 2025　　　　　　　　　　　　　　*/s/ Michael G. Busenkell*
Wilmington, Delaware　　　　　　　　　　　　　Michael G. Busenkell (No. 3933)
　　　　　　　　　　　　　　　　　　　　　　　GELLERT SEITZ BUSENKELL & BROWN, LLC