# EXHIBIT A

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:**  4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:**  104

**Date:**  04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 09/01/2016 | Estimated - CAM (09/2016) | 2,500.00 | 0.00 | 2,500.00 |
| 09/01/2016 | Estimated - Insurance (09/2016) | 416.67 | 0.00 | 2,916.67 |
| 09/01/2016 | Base Rent - Retail (09/2016) | 23,437.50 | 0.00 | 26,354.17 |
| 09/18/2016 | Chk# 300454393 | 0.00 | 26,354.17 | 0.00 |
| 10/01/2016 | Estimated - CAM (10/2016) | 2,500.00 | 0.00 | 2,500.00 |
| 10/01/2016 | Estimated - Insurance (10/2016) | 416.67 | 0.00 | 2,916.67 |
| 10/01/2016 | Base Rent - Retail (10/2016) | 23,437.50 | 0.00 | 26,354.17 |
| 10/05/2016 | Chk# 400341089 | 0.00 | 26,354.17 | 0.00 |
| 10/31/2016 | Chk# 400344585 | 0.00 | 26,354.17 | -26,354.17 |
| 11/01/2016 | Estimated - CAM (11/2016) | 2,500.00 | 0.00 | -23,854.17 |
| 11/01/2016 | Estimated - Insurance (11/2016) | 416.67 | 0.00 | -23,437.50 |
| 11/01/2016 | Base Rent - Retail (11/2016) | 23,437.50 | 0.00 | 0.00 |
| 12/01/2016 | Estimated - CAM (12/2016) | 2,500.00 | 0.00 | 2,500.00 |
| 12/01/2016 | Estimated - Insurance (12/2016) | 416.67 | 0.00 | 2,916.67 |
| 12/01/2016 | Base Rent - Retail (12/2016) | 23,437.50 | 0.00 | 26,354.17 |
| 12/05/2016 | Chk# 400348068 | 0.00 | 26,354.17 | 0.00 |
| 12/31/2016 | 2016 Annual Tax Reconciliation | 90,000.00 | 0.00 | 90,000.00 |
| 01/01/2017 | Estimated - CAM (01/2017) | 857.00 | 0.00 | 90,857.00 |
| 01/01/2017 | Estimated - Insurance (01/2017) | 502.00 | 0.00 | 91,359.00 |
| 01/01/2017 | Base Rent - Retail (01/2017) | 23,437.50 | 0.00 | 114,796.50 |
| 01/03/2017 | Chk# 400351576 | 0.00 | 26,354.17 | 88,442.33 |
| 02/01/2017 | Estimated - CAM (02/2017) | 857.00 | 0.00 | 89,299.33 |
| 02/01/2017 | Estimated - Insurance (02/2017) | 502.00 | 0.00 | 89,801.33 |
| 02/01/2017 | Base Rent - Retail (02/2017) | 23,437.50 | 0.00 | 113,238.83 |
| 02/06/2017 | Chk# 400355418 | 0.00 | 26,354.17 | 86,884.66 |
| 02/27/2017 | Chk# 400357584 | 0.00 | 94,920.38 | -8,035.72 |
| 02/28/2017 | Chk# 400358470 | 0.00 | 26,354.17 | -34,389.89 |
| 03/01/2017 | Estimated - CAM (03/2017) | 857.00 | 0.00 | -33,532.89 |
| 03/01/2017 | Estimated - Insurance (03/2017) | 502.00 | 0.00 | -33,030.89 |
| 03/01/2017 | Base Rent - Retail (03/2017) | 23,437.50 | 0.00 | -9,593.39 |
| 04/01/2017 | Estimated - CAM (04/2017) | 857.00 | 0.00 | -8,736.39 |
| 04/01/2017 | Estimated - Insurance (04/2017) | 502.00 | 0.00 | -8,234.39 |
| 04/01/2017 | Base Rent - Retail (04/2017) | 23,437.50 | 0.00 | 15,203.11 |
| 04/04/2017 | Chk# 400362394 | 0.00 | 26,354.17 | -11,151.06 |
| 05/01/2017 | Estimated - CAM (05/2017) | 857.00 | 0.00 | -10,294.06 |
| 05/01/2017 | Estimated - Insurance (05/2017) | 502.00 | 0.00 | -9,792.06 |
| 05/01/2017 | Base Rent - Retail (05/2017) | 23,437.50 | 0.00 | 13,645.44 |
| 05/04/2017 | Chk# 400366049 | 0.00 | 26,354.17 | -12,708.73 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

# STATEMENT

**Location:**    4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:**    104

**Date:**    04/29/2025

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 05/30/2017 | Chk# 400369167 | 0.00 | 26,354.17 | -39,062.90 |
| 06/01/2017 | Estimated - CAM (06/2017) | 857.00 | 0.00 | -38,205.90 |
| 06/01/2017 | Estimated - Insurance (06/2017) | 502.00 | 0.00 | -37,703.90 |
| 06/01/2017 | Base Rent - Retail (06/2017) | 23,437.50 | 0.00 | -14,266.40 |
| 07/01/2017 | Estimated - CAM (07/2017) | 857.00 | 0.00 | -13,409.40 |
| 07/01/2017 | Estimated - Insurance (07/2017) | 502.00 | 0.00 | -12,907.40 |
| 07/01/2017 | Base Rent - Retail (07/2017) | 23,437.50 | 0.00 | 10,530.10 |
| 07/06/2017 | Chk# 400372508 | 0.00 | 26,354.17 | -15,824.07 |
| 08/01/2017 | Estimated - CAM (08/2017) | 857.00 | 0.00 | -14,967.07 |
| 08/01/2017 | Estimated - Insurance (08/2017) | 502.00 | 0.00 | -14,465.07 |
| 08/01/2017 | Base Rent - Retail (08/2017) | 23,437.50 | 0.00 | 8,972.43 |
| 08/03/2017 | Chk# 400375543 | 0.00 | 26,354.17 | -17,381.74 |
| 09/01/2017 | Estimated - CAM (09/2017) | 857.00 | 0.00 | -16,524.74 |
| 09/01/2017 | Estimated - Insurance (09/2017) | 502.00 | 0.00 | -16,022.74 |
| 09/01/2017 | Base Rent - Retail (09/2017) | 23,437.50 | 0.00 | 7,414.76 |
| 09/05/2017 | Chk# 400378039 | 0.00 | 26,354.17 | -18,939.41 |
| 10/01/2017 | Estimated - CAM (10/2017) | 857.00 | 0.00 | -18,082.41 |
| 10/01/2017 | Estimated - Insurance (10/2017) | 502.00 | 0.00 | -17,580.41 |
| 10/01/2017 | Base Rent - Retail (10/2017) | 23,437.50 | 0.00 | 5,857.09 |
| 10/01/2017 | Annual Recon - CAM (01/2016 - 12/2016) | -24,764.10 | 0.00 | -18,907.01 |
| 10/01/2017 | Annual Recon - Insurance (01/2016 - 12/2016) | -0.04 | 0.00 | -18,907.05 |
| 10/09/2017 | Chk# 400381969 | 0.00 | 26,354.17 | -45,261.22 |
| 11/01/2017 | Estimated - CAM (11/2017) | 857.00 | 0.00 | -44,404.22 |
| 11/01/2017 | Estimated - Insurance (11/2017) | 502.00 | 0.00 | -43,902.22 |
| 11/01/2017 | Base Rent - Retail (11/2017) | 23,437.50 | 0.00 | -20,464.72 |
| 11/02/2017 | Chk# 400385205 | 0.00 | 26,354.17 | -46,818.89 |
| 12/01/2017 | Estimated - CAM (12/2017) | 857.00 | 0.00 | -45,961.89 |
| 12/01/2017 | Estimated - Insurance (12/2017) | 502.00 | 0.00 | -45,459.89 |
| 12/01/2017 | Base Rent - Retail (12/2017) | 23,437.50 | 0.00 | -22,022.39 |
| 12/04/2017 | Chk# 400388893 | 0.00 | 26,354.17 | -48,376.56 |
| 12/31/2017 | 2017 Annual Real Estate Tax | 114,190.37 | 0.00 | 65,813.81 |
| 01/01/2018 | Estimated - CAM (01/2018) | 745.00 | 0.00 | 66,558.81 |
| 01/01/2018 | Estimated - Insurance (01/2018) | 462.00 | 0.00 | 67,020.81 |
| 01/01/2018 | Base Rent - Retail (01/2018) | 23,437.50 | 0.00 | 90,458.31 |
| 01/31/2018 | 2017 Annual Tax Over-Billed, CM per DB | -6,579.03 | 0.00 | 83,879.28 |
| 02/01/2018 | Estimated - CAM (02/2018) | 745.00 | 0.00 | 84,624.28 |
| 02/01/2018 | Estimated - Insurance (02/2018) | 462.00 | 0.00 | 85,086.28 |
| 02/01/2018 | Base Rent - Retail (02/2018) | 23,437.50 | 0.00 | 108,523.78 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:** 4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:** 104

**Date:** 04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 02/01/2018 | Annual Recon - CAM (01/2017 - 12/2017) | -5,550.36 | 0.00 | 102,973.42 |
| 02/01/2018 | Annual Recon - Insurance (01/2017 - 12/2017) | -662.56 | 0.00 | 102,310.86 |
| 02/08/2018 | | 0.00 | 24,524.85 | 77,786.01 |
| 03/01/2018 | Estimated - CAM (03/2018) | 745.00 | 0.00 | 78,531.01 |
| 03/01/2018 | Estimated - Insurance (03/2018) | 462.00 | 0.00 | 78,993.01 |
| 03/01/2018 | Base Rent - Retail (03/2018) | 23,437.50 | 0.00 | 102,430.51 |
| 03/05/2018 | Chk# 400398915 | 0.00 | 132,255.84 | -29,825.33 |
| 04/01/2018 | Estimated - CAM (04/2018) | 745.00 | 0.00 | -29,080.33 |
| 04/01/2018 | Estimated - Insurance (04/2018) | 462.00 | 0.00 | -28,618.33 |
| 04/01/2018 | Base Rent - Retail (04/2018) | 23,437.50 | 0.00 | -5,180.83 |
| 04/02/2018 | Chk# 400402262 | 0.00 | 24,644.50 | -29,825.33 |
| 05/01/2018 | Estimated - CAM (05/2018) | 745.00 | 0.00 | -29,080.33 |
| 05/01/2018 | Estimated - Insurance (05/2018) | 462.00 | 0.00 | -28,618.33 |
| 05/01/2018 | Base Rent - Retail (05/2018) | 23,437.50 | 0.00 | -5,180.83 |
| 05/09/2018 | Chk# 400405734 | 0.00 | 24,644.50 | -29,825.33 |
| 06/01/2018 | Estimated - CAM (06/2018) | 745.00 | 0.00 | -29,080.33 |
| 06/01/2018 | Estimated - Insurance (06/2018) | 462.00 | 0.00 | -28,618.33 |
| 06/01/2018 | Base Rent - Retail (06/2018) | 23,437.50 | 0.00 | -5,180.83 |
| 07/01/2018 | Estimated - CAM (07/2018) | 745.00 | 0.00 | -4,435.83 |
| 07/01/2018 | Estimated - Insurance (07/2018) | 462.00 | 0.00 | -3,973.83 |
| 07/01/2018 | Base Rent - Retail (07/2018) | 23,437.50 | 0.00 | 19,463.67 |
| 07/09/2018 | Chk# 400412063 | 0.00 | 24,389.73 | -4,926.06 |
| 08/01/2018 | Estimated - CAM (08/2018) | 745.00 | 0.00 | -4,181.06 |
| 08/01/2018 | Estimated - Insurance (08/2018) | 462.00 | 0.00 | -3,719.06 |
| 08/01/2018 | Base Rent - Retail (08/2018) | 23,437.50 | 0.00 | 19,718.44 |
| 08/08/2018 | Chk# 400415039 | 0.00 | 24,644.50 | -4,926.06 |
| 09/01/2018 | Estimated - CAM (09/2018) | 745.00 | 0.00 | -4,181.06 |
| 09/01/2018 | Estimated - Insurance (09/2018) | 462.00 | 0.00 | -3,719.06 |
| 09/01/2018 | Base Rent - Retail (09/2018) | 23,437.50 | 0.00 | 19,718.44 |
| 09/05/2018 | Chk# 400418046 | 0.00 | 24,644.50 | -4,926.06 |
| 10/01/2018 | Estimated - CAM (10/2018) | 745.00 | 0.00 | -4,181.06 |
| 10/01/2018 | Estimated - Insurance (10/2018) | 462.00 | 0.00 | -3,719.06 |
| 10/01/2018 | Base Rent - Retail (10/2018) | 23,437.50 | 0.00 | 19,718.44 |
| 10/02/2018 | Chk# 400420823 | 0.00 | 24,644.50 | -4,926.06 |
| 11/01/2018 | Estimated - CAM (11/2018) | 745.00 | 0.00 | -4,181.06 |
| 11/01/2018 | Estimated - Insurance (11/2018) | 462.00 | 0.00 | -3,719.06 |
| 11/01/2018 | Base Rent - Retail (11/2018) | 23,437.50 | 0.00 | 19,718.44 |
| 11/05/2018 | Chk# 400424041 | 0.00 | 24,644.50 | -4,926.06 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:**   4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:**   104

**Date:**   04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 12/01/2018 | Estimated - CAM (12/2018) | 745.00 | 0.00 | -4,181.06 |
| 12/01/2018 | Estimated - Insurance (12/2018) | 462.00 | 0.00 | -3,719.06 |
| 12/01/2018 | Base Rent - Retail (12/2018) | 23,437.50 | 0.00 | 19,718.44 |
| 12/10/2018 | Chk# 400427015 | 0.00 | 24,644.50 | -4,926.06 |
| 12/31/2018 | 2018 Annual Real Estate Tax | 114,904.99 | 0.00 | 109,978.93 |
| 01/01/2019 | Estimated - CAM (01/2019) | 745.00 | 0.00 | 110,723.93 |
| 01/01/2019 | Estimated - Insurance (01/2019) | 462.00 | 0.00 | 111,185.93 |
| 01/01/2019 | Base Rent - Retail (01/2019) | 23,437.50 | 0.00 | 134,623.43 |
| 01/07/2019 | Chk# 400429987 | 0.00 | 24,644.50 | 109,978.93 |
| 02/01/2019 | Estimated - CAM (02/2019) | 745.00 | 0.00 | 110,723.93 |
| 02/01/2019 | Estimated - Insurance (02/2019) | 462.00 | 0.00 | 111,185.93 |
| 02/01/2019 | Base Rent - Retail (02/2019) | 23,437.50 | 0.00 | 134,623.43 |
| 02/07/2019 | Chk# 400432996 | 0.00 | 24,644.50 | 109,978.93 |
| 02/26/2019 | Chk# 400434511 | 0.00 | 114,904.99 | -4,926.06 |
| 03/01/2019 | Estimated - CAM (03/2019) | 745.00 | 0.00 | -4,181.06 |
| 03/01/2019 | Estimated - Insurance (03/2019) | 462.00 | 0.00 | -3,719.06 |
| 03/01/2019 | Base Rent - Retail (03/2019) | 23,437.50 | 0.00 | 19,718.44 |
| 03/07/2019 | Chk# 400435822 | 0.00 | 24,644.50 | -4,926.06 |
| 04/01/2019 | Estimated - CAM (04/2019) | 745.00 | 0.00 | -4,181.06 |
| 04/01/2019 | Estimated - Insurance (04/2019) | 462.00 | 0.00 | -3,719.06 |
| 04/01/2019 | Base Rent - Retail (04/2019) | 23,437.50 | 0.00 | 19,718.44 |
| 04/01/2019 | Annual Recon - CAM (01/2018 - 12/2018) | -4,156.31 | 0.00 | 15,562.13 |
| 04/01/2019 | Annual Recon - Insurance (01/2018 - 12/2018) | -21.72 | 0.00 | 15,540.41 |
| 04/02/2019 | Chk# 400438562 | 0.00 | 24,644.50 | -9,104.09 |
| 05/01/2019 | Estimated - CAM (05/2019) | 745.00 | 0.00 | -8,359.09 |
| 05/01/2019 | Estimated - Insurance (05/2019) | 462.00 | 0.00 | -7,897.09 |
| 05/01/2019 | Base Rent - Retail (05/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 05/07/2019 | Chk# 400441845 | 0.00 | 24,644.50 | -9,104.09 |
| 06/01/2019 | Estimated - CAM (06/2019) | 745.00 | 0.00 | -8,359.09 |
| 06/01/2019 | Estimated - Insurance (06/2019) | 462.00 | 0.00 | -7,897.09 |
| 06/01/2019 | Base Rent - Retail (06/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 06/13/2019 | Chk# 400444612 | 0.00 | 24,644.50 | -9,104.09 |
| 07/01/2019 | Estimated - CAM (07/2019) | 745.00 | 0.00 | -8,359.09 |
| 07/01/2019 | Estimated - Insurance (07/2019) | 462.00 | 0.00 | -7,897.09 |
| 07/01/2019 | Base Rent - Retail (07/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 07/09/2019 | Chk# 400447266 | 0.00 | 24,644.50 | -9,104.09 |
| 08/01/2019 | Estimated - CAM (08/2019) | 745.00 | 0.00 | -8,359.09 |
| 08/01/2019 | Estimated - Insurance (08/2019) | 462.00 | 0.00 | -7,897.09 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|-----------|------------|------------|---------------|------------|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:**  4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:**  104

**Date:**  04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 08/01/2019 | Base Rent - Retail (08/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 08/07/2019 | Chk# 400450017 | 0.00 | 24,644.50 | -9,104.09 |
| 09/01/2019 | Estimated - CAM (09/2019) | 745.00 | 0.00 | -8,359.09 |
| 09/01/2019 | Estimated - Insurance (09/2019) | 462.00 | 0.00 | -7,897.09 |
| 09/01/2019 | Base Rent - Retail (09/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 09/04/2019 | Chk# 400452801 | 0.00 | 24,644.50 | -9,104.09 |
| 10/01/2019 | Estimated - CAM (10/2019) | 745.00 | 0.00 | -8,359.09 |
| 10/01/2019 | Estimated - Insurance (10/2019) | 462.00 | 0.00 | -7,897.09 |
| 10/01/2019 | Base Rent - Retail (10/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 10/08/2019 | Chk# 400455723 | 0.00 | 24,644.50 | -9,104.09 |
| 11/01/2019 | Estimated - CAM (11/2019) | 745.00 | 0.00 | -8,359.09 |
| 11/01/2019 | Estimated - Insurance (11/2019) | 462.00 | 0.00 | -7,897.09 |
| 11/01/2019 | Base Rent - Retail (11/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 11/13/2019 | Chk# 400458718 | 0.00 | 24,644.50 | -9,104.09 |
| 12/01/2019 | Estimated - CAM (12/2019) | 745.00 | 0.00 | -8,359.09 |
| 12/01/2019 | Estimated - Insurance (12/2019) | 462.00 | 0.00 | -7,897.09 |
| 12/01/2019 | Base Rent - Retail (12/2019) | 23,437.50 | 0.00 | 15,540.41 |
| 12/04/2019 | Chk# 400461470 | 0.00 | 24,644.50 | -9,104.09 |
| 12/31/2019 | 2019 Annual RE Tax Actual (01/01/19-12/31/19) | 111,388.39 | 0.00 | 102,284.30 |
| 01/01/2020 | Estimated - CAM (01/2020) | 745.00 | 0.00 | 103,029.30 |
| 01/01/2020 | Estimated - Insurance (01/2020) | 462.00 | 0.00 | 103,491.30 |
| 01/01/2020 | Base Rent - Retail (01/2020) | 23,437.50 | 0.00 | 126,928.80 |
| 01/03/2020 | Chk# 400464323 | 0.00 | 24,644.50 | 102,284.30 |
| 02/01/2020 | Estimated - CAM (02/2020) | 745.00 | 0.00 | 103,029.30 |
| 02/01/2020 | Estimated - Insurance (02/2020) | 462.00 | 0.00 | 103,491.30 |
| 02/01/2020 | Base Rent - Retail (02/2020) | 23,437.50 | 0.00 | 126,928.80 |
| 02/05/2020 | Chk# 400467287 | 0.00 | 24,644.50 | 102,284.30 |
| 03/01/2020 | Estimated - CAM (03/2020) | 745.00 | 0.00 | 103,029.30 |
| 03/01/2020 | Estimated - Insurance (03/2020) | 462.00 | 0.00 | 103,491.30 |
| 03/01/2020 | Base Rent - Retail (03/2020) | 23,437.50 | 0.00 | 126,928.80 |
| 03/03/2020 | Chk# 400469980 | 0.00 | 24,644.50 | 102,284.30 |
| 03/25/2020 | Chk# 400470773 | 0.00 | 111,388.39 | -9,104.09 |
| 04/01/2020 | Estimated - CAM (04/2020) | 745.00 | 0.00 | -8,359.09 |
| 04/01/2020 | Estimated - Insurance (04/2020) | 462.00 | 0.00 | -7,897.09 |
| 04/01/2020 | Base Rent - Retail (04/2020) | 23,437.50 | 0.00 | 15,540.41 |
| 04/01/2020 | Annual Recon - CAM (01/2019 - 12/2019) | -3,872.36 | 0.00 | 11,668.05 |
| 04/01/2020 | Annual Recon - Insurance (01/2019 - 12/2019) | -46.49 | 0.00 | 11,621.56 |
| 04/01/2020 | COVID-19 Deferral - Retail (04/2020) | -23,437.50 | 0.00 | -11,815.94 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

# STATEMENT

| | |
|---|---|
| **Location:** | 4633 South Jack Kultgen Expressway<br>Waco<br>TX |

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

| | |
|---|---|
| **Unit:** | 104 |
| **Date:** | 04/29/2025 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 04/15/2020 | Chk# 400472308 | 0.00 | 1,207.00 | -13,022.94 |
| 05/01/2020 | Estimated - CAM (05/2020) | 745.00 | 0.00 | -12,277.94 |
| 05/01/2020 | Estimated - Insurance (05/2020) | 462.00 | 0.00 | -11,815.94 |
| 05/01/2020 | Base Rent - Retail (05/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 05/01/2020 | COVID-19 Deferral - Retail (05/2020) | -23,437.50 | 0.00 | -11,815.94 |
| 05/06/2020 | Chk# 400473863 | 0.00 | 1,207.00 | -13,022.94 |
| 06/01/2020 | Estimated - CAM (06/2020) | 745.00 | 0.00 | -12,277.94 |
| 06/01/2020 | Estimated - Insurance (06/2020) | 462.00 | 0.00 | -11,815.94 |
| 06/01/2020 | Base Rent - Retail (06/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 06/01/2020 | COVID-19 Deferral - Retail (06/2020) | -23,437.50 | 0.00 | -11,815.94 |
| 06/04/2020 | Chk# 400475532 | 0.00 | 1,207.00 | -13,022.94 |
| 07/01/2020 | Estimated - CAM (07/2020) | 745.00 | 0.00 | -12,277.94 |
| 07/01/2020 | Estimated - Insurance (07/2020) | 462.00 | 0.00 | -11,815.94 |
| 07/01/2020 | Base Rent - Retail (07/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 07/01/2020 | Annual Recon 2018 - CAM (Repost Balance Cleared in AR | -4,926.06 | 0.00 | 6,695.50 |
| 07/01/2020 | Annual Recon 2019 - CAM (Repost Balance Cleared in AR | -4,156.31 | 0.00 | 2,539.19 |
| 07/01/2020 | Annual Recon 2019 - Insurance (Repost Balance Cleared | -21.72 | 0.00 | 2,517.47 |
| 07/01/2020 | Annual Recon 2020 - CAM (Repost Balance Cleared in AR | -3,872.36 | 0.00 | -1,354.89 |
| 07/01/2020 | Annual Recon 2020 - Insurance (Repost Balance Cleared | -46.49 | 0.00 | -1,401.38 |
| 07/01/2020 | Offset to Annual Recon 2018-20 - CAM & Ins. (Repost | 13,022.94 | 0.00 | 11,621.56 |
| 07/07/2020 | Chk# 400476956 | 0.00 | 24,644.50 | -13,022.94 |
| 08/01/2020 | Estimated - CAM (08/2020) | 745.00 | 0.00 | -12,277.94 |
| 08/01/2020 | Estimated - Insurance (08/2020) | 462.00 | 0.00 | -11,815.94 |
| 08/01/2020 | Base Rent - Retail (08/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 08/04/2020 | Chk# 400478848 | 0.00 | 24,644.50 | -13,022.94 |
| 09/01/2020 | Estimated - CAM (09/2020) | 745.00 | 0.00 | -12,277.94 |
| 09/01/2020 | Estimated - Insurance (09/2020) | 462.00 | 0.00 | -11,815.94 |
| 09/01/2020 | Base Rent - Retail (09/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 09/17/2020 | Chk# 400480440 | 0.00 | 24,644.50 | -13,022.94 |
| 10/01/2020 | Estimated - CAM (10/2020) | 745.00 | 0.00 | -12,277.94 |
| 10/01/2020 | Estimated - Insurance (10/2020) | 462.00 | 0.00 | -11,815.94 |
| 10/01/2020 | Base Rent - Retail (10/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 10/07/2020 | Chk# 400482439 | 0.00 | 24,644.50 | -13,022.94 |
| 11/01/2020 | Estimated - CAM (11/2020) | 745.00 | 0.00 | -12,277.94 |
| 11/01/2020 | Estimated - Insurance (11/2020) | 462.00 | 0.00 | -11,815.94 |
| 11/01/2020 | Base Rent - Retail (11/2020) | 23,437.50 | 0.00 | 11,621.56 |
| 11/03/2020 | Chk# 400483908 | 0.00 | 24,644.50 | -13,022.94 |
| 12/01/2020 | Chk# 400485611 | 0.00 | 24,644.50 | -37,667.44 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

| | |
|---|---|
| **Location:** | 4633 South Jack Kultgen Expressway<br>Waco<br>TX |

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

| | |
|---|---|
| **Unit:** | 104 |
| **Date:** | 04/29/2025 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 12/01/2020 | Estimated - CAM (12/2020) | 745.00 | 0.00 | -36,922.44 |
| 12/01/2020 | Estimated - Insurance (12/2020) | 462.00 | 0.00 | -36,460.44 |
| 12/01/2020 | Base Rent - Retail (12/2020) | 23,437.50 | 0.00 | -13,022.94 |
| 12/31/2020 | Annual Property Tax Recovery 2020 | 112,123.05 | 0.00 | 99,100.11 |
| 01/01/2021 | Estimated - CAM (01/2021) | 820.00 | 0.00 | 99,920.11 |
| 01/01/2021 | Estimated - Insurance (01/2021) | 567.00 | 0.00 | 100,487.11 |
| 01/01/2021 | Base Rent - Retail (01/2021) | 23,437.50 | 0.00 | 123,924.61 |
| 01/14/2021 | Chk# 400487553 | 0.00 | 24,644.50 | 99,280.11 |
| 02/01/2021 | COVID-19 Def Repay - Retail (02/2021) | 5,859.38 | 0.00 | 105,139.49 |
| 02/01/2021 | Estimated - CAM (02/2021) | 820.00 | 0.00 | 105,959.49 |
| 02/01/2021 | Estimated - Insurance (02/2021) | 567.00 | 0.00 | 106,526.49 |
| 02/01/2021 | Base Rent - Retail (02/2021) | 25,520.83 | 0.00 | 132,047.32 |
| 02/09/2021 | Chk# 400489453 | 0.00 | 32,837.21 | 99,210.11 |
| 03/01/2021 | COVID-19 Def Repay - Retail (03/2021) | 5,859.38 | 0.00 | 105,069.49 |
| 03/01/2021 | Estimated - CAM (03/2021) | 820.00 | 0.00 | 105,889.49 |
| 03/01/2021 | Estimated - Insurance (03/2021) | 567.00 | 0.00 | 106,456.49 |
| 03/01/2021 | Base Rent - Retail (03/2021) | 25,520.83 | 0.00 | 131,977.32 |
| 03/11/2021 | Chk# 400490948 | 0.00 | 32,837.21 | 99,140.11 |
| 03/18/2021 | Chk# 400491384 | 0.00 | 112,123.05 | -12,982.94 |
| 04/01/2021 | COVID-19 Def Repay - Retail (04/2021) | 5,859.38 | 0.00 | -7,123.56 |
| 04/01/2021 | Estimated - CAM (04/2021) | 820.00 | 0.00 | -6,303.56 |
| 04/01/2021 | Estimated - Insurance (04/2021) | 567.00 | 0.00 | -5,736.56 |
| 04/01/2021 | Base Rent - Retail (04/2021) | 25,520.83 | 0.00 | 19,784.27 |
| 04/01/2021 | Annual Recon - CAM (01/2020 - 12/2020) | -3,614.12 | 0.00 | 16,170.15 |
| 04/01/2021 | Annual Recon - Insurance (01/2020 - 12/2020) | 817.73 | 0.00 | 16,987.88 |
| 04/15/2021 | Chk# 400492696 | 0.00 | 32,837.21 | -15,849.33 |
| 05/01/2021 | COVID-19 Def Repay - Retail (05/2021) | 5,859.38 | 0.00 | -9,989.95 |
| 05/01/2021 | Estimated - CAM (05/2021) | 820.00 | 0.00 | -9,169.95 |
| 05/01/2021 | Estimated - Insurance (05/2021) | 567.00 | 0.00 | -8,602.95 |
| 05/01/2021 | Base Rent - Retail (05/2021) | 25,520.83 | 0.00 | 16,917.88 |
| 05/20/2021 | Chk# 400494116 | 0.00 | 32,837.21 | -15,919.33 |
| 06/01/2021 | COVID-19 Def Repay - Retail (06/2021) | 5,859.38 | 0.00 | -10,059.95 |
| 06/01/2021 | Estimated - CAM (06/2021) | 820.00 | 0.00 | -9,239.95 |
| 06/01/2021 | Estimated - Insurance (06/2021) | 567.00 | 0.00 | -8,672.95 |
| 06/01/2021 | Base Rent - Retail (06/2021) | 25,520.83 | 0.00 | 16,847.88 |
| 06/15/2021 | Chk# 400495494 | 0.00 | 32,837.21 | -15,989.33 |
| 07/01/2021 | COVID-19 Def Repay - Retail (07/2021) | 5,859.38 | 0.00 | -10,129.95 |
| 07/01/2021 | Estimated - CAM (07/2021) | 820.00 | 0.00 | -9,309.95 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

# STATEMENT

| | |
|---|---|
| **Location:** | 4633 South Jack Kultgen Expressway<br>Waco<br>TX |

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

| | |
|---|---|
| **Unit:** | 104 |
| **Date:** | 04/29/2025 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 07/01/2021 | Estimated - Insurance (07/2021) | 567.00 | 0.00 | -8,742.95 |
| 07/01/2021 | Base Rent - Retail (07/2021) | 25,520.83 | 0.00 | 16,777.88 |
| 07/13/2021 | Chk# 400496915 | 0.00 | 32,837.21 | -16,059.33 |
| 08/01/2021 | COVID-19 Def Repay - Retail (08/2021) | 5,859.38 | 0.00 | -10,199.95 |
| 08/01/2021 | Estimated - CAM (08/2021) | 820.00 | 0.00 | -9,379.95 |
| 08/01/2021 | Estimated - Insurance (08/2021) | 567.00 | 0.00 | -8,812.95 |
| 08/01/2021 | Base Rent - Retail (08/2021) | 25,520.83 | 0.00 | 16,707.88 |
| 08/17/2021 | Chk# 400498486 | 0.00 | 32,837.21 | -16,129.33 |
| 09/01/2021 | COVID-19 Def Repay - Retail (09/2021) | 5,859.38 | 0.00 | -10,269.95 |
| 09/01/2021 | Estimated - CAM (09/2021) | 820.00 | 0.00 | -9,449.95 |
| 09/01/2021 | Estimated - Insurance (09/2021) | 567.00 | 0.00 | -8,882.95 |
| 09/01/2021 | Base Rent - Retail (09/2021) | 25,520.83 | 0.00 | 16,637.88 |
| 09/09/2021 | Chk# 400500009 | 0.00 | 32,837.21 | -16,199.33 |
| 10/01/2021 | COVID-19 Def Repay - Retail (10/2021) | 5,859.38 | 0.00 | -10,339.95 |
| 10/01/2021 | Estimated - CAM (10/2021) | 820.00 | 0.00 | -9,519.95 |
| 10/01/2021 | Estimated - Insurance (10/2021) | 567.00 | 0.00 | -8,952.95 |
| 10/01/2021 | Base Rent - Retail (10/2021) | 25,520.83 | 0.00 | 16,567.88 |
| 10/12/2021 | Chk# 400501788 | 0.00 | 32,837.21 | -16,269.33 |
| 11/01/2021 | COVID-19 Def Repay - Retail (11/2021) | 5,859.38 | 0.00 | -10,409.95 |
| 11/01/2021 | Estimated - CAM (11/2021) | 820.00 | 0.00 | -9,589.95 |
| 11/01/2021 | Estimated - Insurance (11/2021) | 567.00 | 0.00 | -9,022.95 |
| 11/01/2021 | Base Rent - Retail (11/2021) | 25,520.83 | 0.00 | 16,497.88 |
| 11/09/2021 | Chk# 400503345 | 0.00 | 31,837.19 | -15,339.31 |
| 12/01/2021 | COVID-19 Def Repay - Retail (12/2021) | 5,859.38 | 0.00 | -9,479.93 |
| 12/01/2021 | Estimated - CAM (12/2021) | 820.00 | 0.00 | -8,659.93 |
| 12/01/2021 | Estimated - Insurance (12/2021) | 567.00 | 0.00 | -8,092.93 |
| 12/01/2021 | Base Rent - Retail (12/2021) | 25,520.83 | 0.00 | 17,427.90 |
| 12/07/2021 | Chk# 400505260 | 0.00 | 31,837.19 | -14,409.29 |
| 12/31/2021 | Annual Property Tax Recovery 2021 | 115,442.84 | 0.00 | 101,033.55 |
| 01/01/2022 | COVID-19 Def Repay - Retail (01/2022) | 5,859.38 | 0.00 | 106,892.93 |
| 01/01/2022 | Estimated - CAM (01/2022) | 820.00 | 0.00 | 107,712.93 |
| 01/01/2022 | Estimated - Insurance (01/2022) | 567.00 | 0.00 | 108,279.93 |
| 01/01/2022 | Base Rent - Retail (01/2022) | 25,520.83 | 0.00 | 133,800.76 |
| 01/01/2022 | To reapply payments made by tenant - Unpaid CAM | 750.00 | 0.00 | 134,550.76 |
| 01/01/2022 | To reapply payments made by tenant | -750.00 | 0.00 | 133,800.76 |
| 01/01/2022 | To reapply payments made by tenant - Unpaid Ins | 1,050.00 | 0.00 | 134,850.76 |
| 01/01/2022 | To reapply payments made by tenant | -1,050.00 | 0.00 | 133,800.76 |
| 02/01/2022 | Estimated - CAM (02/2022) | 820.00 | 0.00 | 134,620.76 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:** 4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:** 104

**Date:** 04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 02/01/2022 | Estimated - Insurance (02/2022) | 567.00 | 0.00 | 135,187.76 |
| 02/01/2022 | Base Rent - Retail (02/2022) | 25,520.83 | 0.00 | 160,708.59 |
| 02/08/2022 | Chk# 400507058 | 0.00 | 31,837.19 | 128,871.40 |
| 02/10/2022 | Chk# 400509201 | 0.00 | 26,727.83 | 102,143.57 |
| 03/01/2022 | Estimated - CAM (03/2022) | 820.00 | 0.00 | 102,963.57 |
| 03/01/2022 | Estimated - Insurance (03/2022) | 567.00 | 0.00 | 103,530.57 |
| 03/01/2022 | Base Rent - Retail (03/2022) | 25,520.83 | 0.00 | 129,051.40 |
| 03/09/2022 | Chk# 400510734 | 0.00 | 26,727.83 | 102,323.57 |
| 04/01/2022 | Estimated - CAM (04/2022) | 820.00 | 0.00 | 103,143.57 |
| 04/01/2022 | Estimated - Insurance (04/2022) | 567.00 | 0.00 | 103,710.57 |
| 04/01/2022 | Base Rent - Retail (04/2022) | 25,520.83 | 0.00 | 129,231.40 |
| 04/01/2022 | Annual Recon - CAM (01/2021 - 12/2021) | -4,197.70 | 0.00 | 125,033.70 |
| 04/01/2022 | Annual Recon - Insurance (01/2021 - 12/2021) | 137.75 | 0.00 | 125,171.45 |
| 04/06/2022 | Chk# 400512748 | 0.00 | 26,727.83 | 98,443.62 |
| 04/07/2022 | ACH 20220407 | 0.00 | 0.01 | 98,443.61 |
| 04/13/2022 | Chk# 400512969 | 0.00 | 115,442.84 | -16,999.23 |
| 05/01/2022 | Estimated - CAM (05/2022) | 820.00 | 0.00 | -16,179.23 |
| 05/01/2022 | Estimated - Insurance (05/2022) | 567.00 | 0.00 | -15,612.23 |
| 05/01/2022 | Base Rent - Retail (05/2022) | 25,520.83 | 0.00 | 9,908.60 |
| 05/03/2022 | ACH 20220503 | 0.00 | 26,727.83 | -16,819.23 |
| 06/01/2022 | ACH 20220601 | 0.00 | 26,727.83 | -43,547.06 |
| 06/01/2022 | Estimated - CAM (06/2022) | 820.00 | 0.00 | -42,727.06 |
| 06/01/2022 | Estimated - Insurance (06/2022) | 567.00 | 0.00 | -42,160.06 |
| 06/01/2022 | Base Rent - Retail (06/2022) | 25,520.83 | 0.00 | -16,639.23 |
| 07/01/2022 | ACH 20220701 | 0.00 | 26,727.83 | -43,367.06 |
| 07/01/2022 | Estimated - CAM (07/2022) | 820.00 | 0.00 | -42,547.06 |
| 07/01/2022 | Estimated - Insurance (07/2022) | 567.00 | 0.00 | -41,980.06 |
| 07/01/2022 | Base Rent - Retail (07/2022) | 25,520.83 | 0.00 | -16,459.23 |
| 08/01/2022 | Estimated - CAM (08/2022) | 820.00 | 0.00 | -15,639.23 |
| 08/01/2022 | Estimated - Insurance (08/2022) | 567.00 | 0.00 | -15,072.23 |
| 08/01/2022 | Base Rent - Retail (08/2022) | 25,520.83 | 0.00 | 10,448.60 |
| 08/05/2022 | ACH 20220805 | 0.00 | 26,727.83 | -16,279.23 |
| 09/01/2022 | ACH 20220901 | 0.00 | 26,727.83 | -43,007.06 |
| 09/01/2022 | Estimated - CAM (09/2022) | 820.00 | 0.00 | -42,187.06 |
| 09/01/2022 | Estimated - Insurance (09/2022) | 567.00 | 0.00 | -41,620.06 |
| 09/01/2022 | Base Rent - Retail (09/2022) | 25,520.83 | 0.00 | -16,099.23 |
| 10/01/2022 | Estimated - CAM (10/2022) | 820.00 | 0.00 | -15,279.23 |
| 10/01/2022 | Estimated - Insurance (10/2022) | 567.00 | 0.00 | -14,712.23 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:** 4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:** 104

**Date:** 04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 10/01/2022 | Base Rent - Retail (10/2022) | 25,520.83 | 0.00 | 10,808.60 |
| 10/07/2022 | ACH 20221007 | 0.00 | 26,727.83 | -15,919.23 |
| 11/01/2022 | Estimated - CAM (11/2022) | 820.00 | 0.00 | -15,099.23 |
| 11/01/2022 | Estimated - Insurance (11/2022) | 567.00 | 0.00 | -14,532.23 |
| 11/01/2022 | Base Rent - Retail (11/2022) | 25,520.83 | 0.00 | 10,988.60 |
| 11/03/2022 | ACH 20221103 | 0.00 | 26,727.83 | -15,739.23 |
| 12/01/2022 | Estimated - CAM (12/2022) | 820.00 | 0.00 | -14,919.23 |
| 12/01/2022 | Estimated - Insurance (12/2022) | 567.00 | 0.00 | -14,352.23 |
| 12/01/2022 | Base Rent - Retail (12/2022) | 25,520.83 | 0.00 | 11,168.60 |
| 12/02/2022 | ACH 20221202 | 0.00 | 26,727.83 | -15,559.23 |
| 12/09/2022 | Annual Property Tax Recovery 2022 | 125,082.65 | 0.00 | 109,523.42 |
| 12/31/2022 | Rounding from COVID-19 repayments. | -0.06 | 0.00 | 109,523.36 |
| 01/01/2023 | Estimated - CAM (01/2023) | 931.00 | 0.00 | 110,454.36 |
| 01/01/2023 | Estimated - Insurance (01/2023) | 857.00 | 0.00 | 111,311.36 |
| 01/01/2023 | Base Rent - Retail (01/2023) | 25,520.83 | 0.00 | 136,832.19 |
| 01/05/2023 | ACH 20230105 | 0.00 | 26,727.83 | 110,104.36 |
| 02/01/2023 | ACH 20230201 | 0.00 | 26,727.83 | 83,376.53 |
| 02/01/2023 | Estimated - CAM (02/2023) | 931.00 | 0.00 | 84,307.53 |
| 02/01/2023 | Estimated - Insurance (02/2023) | 857.00 | 0.00 | 85,164.53 |
| 02/01/2023 | Base Rent - Retail (02/2023) | 25,520.83 | 0.00 | 110,685.36 |
| 02/21/2023 | ACH 20230221 | 0.00 | 125,082.65 | -14,397.29 |
| 03/01/2023 | ACH 20230301 | 0.00 | 26,727.83 | -41,125.12 |
| 03/01/2023 | Estimated - CAM (03/2023) | 931.00 | 0.00 | -40,194.12 |
| 03/01/2023 | Estimated - Insurance (03/2023) | 857.00 | 0.00 | -39,337.12 |
| 03/01/2023 | Base Rent - Retail (03/2023) | 25,520.83 | 0.00 | -13,816.29 |
| 03/01/2023 | Annual Recon - CAM (01/2022 - 12/2022) | -3,446.92 | 0.00 | -17,263.21 |
| 03/01/2023 | Annual Recon - Insurance (01/2022 - 12/2022) | 3,485.32 | 0.00 | -13,777.89 |
| 04/01/2023 | Estimated - CAM (04/2023) | 931.00 | 0.00 | -12,846.89 |
| 04/01/2023 | Estimated - Insurance (04/2023) | 857.00 | 0.00 | -11,989.89 |
| 04/01/2023 | Base Rent - Retail (04/2023) | 25,520.83 | 0.00 | 13,530.94 |
| 04/03/2023 | ACH 20230403 | 0.00 | 26,727.83 | -13,196.89 |
| 05/01/2023 | ACH 20230501 | 0.00 | 26,727.83 | -39,924.72 |
| 05/01/2023 | Estimated - CAM (05/2023) | 931.00 | 0.00 | -38,993.72 |
| 05/01/2023 | Estimated - Insurance (05/2023) | 857.00 | 0.00 | -38,136.72 |
| 05/01/2023 | Base Rent - Retail (05/2023) | 25,520.83 | 0.00 | -12,615.89 |
| 06/01/2023 | ACH 20230601 | 0.00 | 26,727.83 | -39,343.72 |
| 06/01/2023 | Estimated - CAM (06/2023) | 931.00 | 0.00 | -38,412.72 |
| 06/01/2023 | Estimated - Insurance (06/2023) | 857.00 | 0.00 | -37,555.72 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

# STATEMENT

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

**Location:** 4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:** 104

**Date:** 04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 06/01/2023 | Base Rent - Retail (06/2023) | 25,520.83 | 0.00 | -12,034.89 |
| 07/01/2023 | Estimated - CAM (07/2023) | 931.00 | 0.00 | -11,103.89 |
| 07/01/2023 | Estimated - Insurance (07/2023) | 857.00 | 0.00 | -10,246.89 |
| 07/01/2023 | Base Rent - Retail (07/2023) | 25,520.83 | 0.00 | 15,273.94 |
| 07/07/2023 | ACH 20230707 | 0.00 | 26,727.83 | -11,453.89 |
| 08/01/2023 | Estimated - CAM (08/2023) | 931.00 | 0.00 | -10,522.89 |
| 08/01/2023 | Estimated - Insurance (08/2023) | 857.00 | 0.00 | -9,665.89 |
| 08/01/2023 | Base Rent - Retail (08/2023) | 25,520.83 | 0.00 | 15,854.94 |
| 08/07/2023 | ACH 20230807 | 0.00 | 26,727.83 | -10,872.89 |
| 09/01/2023 | Estimated - CAM (09/2023) | 931.00 | 0.00 | -9,941.89 |
| 09/01/2023 | Estimated - Insurance (09/2023) | 857.00 | 0.00 | -9,084.89 |
| 09/01/2023 | Base Rent - Retail (09/2023) | 25,520.83 | 0.00 | 16,435.94 |
| 09/06/2023 | ACH 20230906 | 0.00 | 26,727.83 | -10,291.89 |
| 10/01/2023 | Estimated - CAM (10/2023) | 931.00 | 0.00 | -9,360.89 |
| 10/01/2023 | Estimated - Insurance (10/2023) | 857.00 | 0.00 | -8,503.89 |
| 10/01/2023 | Base Rent - Retail (10/2023) | 25,520.83 | 0.00 | 17,016.94 |
| 10/02/2023 | ACH 20231002 | 0.00 | 26,727.83 | -9,710.89 |
| 11/01/2023 | ACH 20231101 | 0.00 | 26,727.83 | -36,438.72 |
| 11/01/2023 | Estimated - CAM (11/2023) | 931.00 | 0.00 | -35,507.72 |
| 11/01/2023 | Estimated - Insurance (11/2023) | 857.00 | 0.00 | -34,650.72 |
| 11/01/2023 | Base Rent - Retail (11/2023) | 25,520.83 | 0.00 | -9,129.89 |
| 12/01/2023 | ACH 20231201 | 0.00 | 26,727.83 | -35,857.72 |
| 12/01/2023 | Estimated - CAM (12/2023) | 931.00 | 0.00 | -34,926.72 |
| 12/01/2023 | Estimated - Insurance (12/2023) | 857.00 | 0.00 | -34,069.72 |
| 12/01/2023 | Base Rent - Retail (12/2023) | 25,520.83 | 0.00 | -8,548.89 |
| 12/08/2023 | Annual Tax Recovery 2023 | 109,995.15 | 0.00 | 101,446.26 |
| 01/01/2024 | Estimated - CAM (01/2024) | 1,300.00 | 0.00 | 102,746.26 |
| 01/01/2024 | Estimated - Insurance (01/2024) | 1,605.00 | 0.00 | 104,351.26 |
| 01/01/2024 | Base Rent - Retail (01/2024) | 25,520.83 | 0.00 | 129,872.09 |
| 01/05/2024 | ACH 20240105 | 0.00 | 26,727.83 | 103,144.26 |
| 02/01/2024 | Estimated - CAM (02/2024) | 1,300.00 | 0.00 | 104,444.26 |
| 02/01/2024 | Estimated - Insurance (02/2024) | 1,605.00 | 0.00 | 106,049.26 |
| 02/01/2024 | Base Rent - Retail (02/2024) | 25,520.83 | 0.00 | 131,570.09 |
| 03/01/2024 | Estimated - CAM (03/2024) | 1,300.00 | 0.00 | 132,870.09 |
| 03/01/2024 | Estimated - Insurance (03/2024) | 1,605.00 | 0.00 | 134,475.09 |
| 03/01/2024 | Base Rent - Retail (03/2024) | 25,520.83 | 0.00 | 159,995.92 |
| 03/01/2024 | Annual Recon - CAM (01/2023 - 12/2023) | -805.95 | 0.00 | 159,189.97 |
| 03/01/2024 | Annual Recon - Insurance (01/2023 - 12/2023) | 8,981.10 | 0.00 | 168,171.07 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

# STATEMENT

**Location:**    4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:**    104

**Date:**    04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 04/01/2024 | Estimated - CAM (04/2024) | 1,300.00 | 0.00 | 169,471.07 |
| 04/01/2024 | Estimated - Insurance (04/2024) | 1,605.00 | 0.00 | 171,076.07 |
| 04/01/2024 | Base Rent - Retail (04/2024) | 25,520.83 | 0.00 | 196,596.90 |
| 04/19/2024 | Chk# 400552607 | 0.00 | 26,727.83 | 169,869.07 |
| 05/01/2024 | Estimated - CAM (05/2024) | 1,300.00 | 0.00 | 171,169.07 |
| 05/01/2024 | Estimated - Insurance (05/2024) | 1,605.00 | 0.00 | 172,774.07 |
| 05/01/2024 | Base Rent - Retail (05/2024) | 25,520.83 | 0.00 | 198,294.90 |
| 05/14/2024 | Chk# 400553907 | 0.00 | 26,727.83 | 171,567.07 |
| 05/21/2024 | Chk# 400554374 | 0.00 | 109,995.15 | 61,571.92 |
| 06/01/2024 | Estimated - CAM (06/2024) | 1,300.00 | 0.00 | 62,871.92 |
| 06/01/2024 | Estimated - Insurance (06/2024) | 1,605.00 | 0.00 | 64,476.92 |
| 06/01/2024 | Base Rent - Retail (06/2024) | 25,520.83 | 0.00 | 89,997.75 |
| 06/12/2024 | Chk# 400555196 | 0.00 | 26,727.83 | 63,269.92 |
| 07/01/2024 | Estimated - CAM (07/2024) | 1,300.00 | 0.00 | 64,569.92 |
| 07/01/2024 | Estimated - Insurance (07/2024) | 1,605.00 | 0.00 | 66,174.92 |
| 07/01/2024 | Base Rent - Retail (07/2024) | 25,520.83 | 0.00 | 91,695.75 |
| 07/09/2024 | Chk# 400556393 | 0.00 | 26,727.83 | 64,967.92 |
| 08/01/2024 | Estimated - CAM (08/2024) | 1,300.00 | 0.00 | 66,267.92 |
| 08/01/2024 | Estimated - Insurance (08/2024) | 1,605.00 | 0.00 | 67,872.92 |
| 08/01/2024 | Base Rent - Retail (08/2024) | 25,520.83 | 0.00 | 93,393.75 |
| 08/14/2024 | Chk# 400557681 | 0.00 | 26,727.83 | 66,665.92 |
| 09/01/2024 | Estimated - CAM (09/2024) | 1,300.00 | 0.00 | 67,965.92 |
| 09/01/2024 | Estimated - Insurance (09/2024) | 1,605.00 | 0.00 | 69,570.92 |
| 09/01/2024 | Base Rent - Retail (09/2024) | 25,520.83 | 0.00 | 95,091.75 |
| 09/11/2024 | Chk# 400558756 | 0.00 | 26,727.83 | 68,363.92 |
| 10/01/2024 | Estimated - CAM (10/2024) | 1,300.00 | 0.00 | 69,663.92 |
| 10/01/2024 | Estimated - Insurance (10/2024) | 1,605.00 | 0.00 | 71,268.92 |
| 10/01/2024 | Base Rent - Retail (10/2024) | 25,520.83 | 0.00 | 96,789.75 |
| 10/14/2024 | Chk# 400559839 | 0.00 | 26,727.83 | 70,061.92 |
| 11/01/2024 | Estimated - CAM (11/2024) | 1,300.00 | 0.00 | 71,361.92 |
| 11/01/2024 | Estimated - Insurance (11/2024) | 1,605.00 | 0.00 | 72,966.92 |
| 11/01/2024 | Base Rent - Retail (11/2024) | 25,520.83 | 0.00 | 98,487.75 |
| 11/18/2024 | Chk# 400560854 | 0.00 | 26,727.83 | 71,759.92 |
| 12/01/2024 | Estimated - CAM (12/2024) | 1,300.00 | 0.00 | 73,059.92 |
| 12/01/2024 | Estimated - Insurance (12/2024) | 1,605.00 | 0.00 | 74,664.92 |
| 12/01/2024 | Base Rent - Retail (12/2024) | 25,520.83 | 0.00 | 100,185.75 |
| 12/10/2024 | Chk# 400561475 | 0.00 | 4,552.33 | 95,633.42 |
| 12/12/2024 | Chk# 400561828 | 0.00 | 26,727.83 | 68,905.59 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**

**BV Waco Central Texas Marketplace, LLC**
2194 Snake River Parkway, Suite 300
PO Box 51298
Idaho Falls, ID 83405-1298
(208) 523-3794

# STATEMENT

**Location:**       4633 South Jack Kultgen Expressway
Waco
TX

**Jo-Ann Stores, LLC #2445**
Jo-Ann Stores, LLC #2445
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 44236

**Unit:**       104

**Date:**       04/29/2025

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | **Balance Forward** | | | 0.00 |
| 12/31/2024 | Annual Property Tax Recovery 2024 | 94,600.86 | 0.00 | 163,506.45 |
| 01/01/2025 | Estimated - CAM (01/2025) | 1,300.00 | 0.00 | 164,806.45 |
| 01/01/2025 | Estimated - Insurance (01/2025) | 2,762.00 | 0.00 | 167,568.45 |
| 01/01/2025 | Base Rent - Retail (01/2025) | 25,520.83 | 0.00 | 193,089.28 |
| 01/14/2025 | Chk# 400562702 -  NSFed by ctrl# 52811 Frozen/Blocked | 0.00 | 26,727.83 | 166,361.45 |
| 01/17/2025 | Chk# 400562702 - NSF receipt Ctrl# 52618 | 0.00 | -26,727.83 | 193,089.28 |
| 02/01/2025 | Estimated - CAM (02/2025) | 1,300.00 | 0.00 | 194,389.28 |
| 02/01/2025 | Estimated - Insurance (02/2025) | 2,762.00 | 0.00 | 197,151.28 |
| 02/01/2025 | Base Rent - Retail (02/2025) | 25,520.83 | 0.00 | 222,672.11 |
| 02/12/2025 | Chk# 400563980 | 0.00 | 29,582.83 | 193,089.28 |
| 03/01/2025 | Estimated - CAM (03/2025) | 1,300.00 | 0.00 | 194,389.28 |
| 03/01/2025 | Estimated - Insurance (03/2025) | 2,762.00 | 0.00 | 197,151.28 |
| 03/01/2025 | Base Rent - Retail (03/2025) | 25,520.83 | 0.00 | 222,672.11 |
| 03/01/2025 | Annual Recon - CAM (01/2024 - 12/2024) | -4,917.67 | 0.00 | 217,754.44 |
| 03/01/2025 | Annual Recon - Insurance (01/2024 - 12/2024) | 10,798.26 | 0.00 | 228,552.70 |
| 03/12/2025 | Chk# 400564966 | 0.00 | 29,582.83 | 198,969.87 |
| 03/26/2025 | Chk# 400565298 | 0.00 | 14,657.19 | 184,312.68 |
| 04/01/2025 | Estimated - CAM (04/2025) | 1,300.00 | 0.00 | 185,612.68 |
| 04/01/2025 | Estimated - Insurance (04/2025) | 2,762.00 | 0.00 | 188,374.68 |
| 04/01/2025 | Base Rent - Retail (04/2025) | 25,520.83 | 0.00 | 213,895.51 |
| 04/11/2025 | Chk# 400565634 | 0.00 | 29,582.83 | 184,312.68 |
| 05/01/2025 | Estimated - CAM (05/2025) | 1,300.00 | 0.00 | 185,612.68 |
| 05/01/2025 | Estimated - Insurance (05/2025) | 2,762.00 | 0.00 | 188,374.68 |
| 05/01/2025 | Base Rent - Retail (05/2025) | 25,520.83 | 0.00 | 213,895.51 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|----------:|-----------:|-----------:|--------------:|-----------:|
| 29,582.83 | 5,880.59 | 0.00 | 178,432.09 | 213,895.51 |

**Make checks payable to:  BV Waco Central Texas Marketplace, LLC**