# EXHIBIT A

| **Lease Value Calculations:** | Lease Termination due to Prohibited Use Violation |
|---|---|
| **Property:** | Overlook |
| **Tenant:** | Ross |
| **Space:** | 130 |
| **SF:** | 28,223 |
| **Term Expiration Date:** | 1/31/2030 |

| **Term Remaining** | **Base Rent/period** | **Base Rent/month** | | **NNN/period** | **NNN/month** |
|---|---|---|---|---|---|
| LY 1 June 2025 - Jan 2026 (Prorated) | $ 258,710.80 | $ 32,338.85 | Calendar Year 2025, 7 months | $ 17,297.42 | $ 2,471.06 |
| LY 2 Feb 2026 - Jan 2027 | $ 388,066.20 | $ 32,338.85 | Calendar Year 2026, 12 months | $ 30,542.30 | $ 2,545.19 |
| LY 3 Feb 2027 - Jan 2028 | $ 388,066.20 | $ 32,338.85 | Calendar Year 2027, 12 months | $ 31,458.57 | $ 2,621.55 |
| LY 4 Feb 2028 - Jan 2029 | $ 388,066.20 | $ 32,338.85 | Calendar Year 2028, 12 months | $ 32,402.33 | $ 2,700.19 |
| LY 5 Feb 2029 - Jan 2030 | $ 388,066.20 | $ 32,338.85 | Calendar Year 2029, 12 months | $ 33,374.40 | $ 2,781.20 |
| | $ 1,810,975.60 | | Calendar Year 2030, 1 month | $ 2,864.64 | $ 2,864.64 |
| | | | | $ 147,939.65 | |

| | | |
|---|---|---|
| Total Base + NNN | $ | 1,958,915.25 |
| TOTAL OWED through 1/31/30 | $ | 1,958,915.25 |

**Notes:**
2025 NNN charges = $2,471.06/month.
Assume NNN annual escalation is +3% YOY.