# EXHIBIT B

| | | |
|---|---|---|
| Term from Assumption Date to LXD: | 6/1/25 - 1/31/30 | (56 Months Remaining) |

| | | |
|---|---|---|
| Annual base rent | $ | 388,066.20 |
| Monthly base rent | $ | 32,338.85 |
| *flat for entire term | | |
| **Total base rent thru LXD** | $ | **1,810,975.60** |

*Protection Violation Calculation*
Substitute Rent: 2% of Gross Sales

| | | |
|---|---|---|
| Assuming $5M in Annual Gross Sales, 2% = | $ | 100,000.00 |
| **Reimbursements (NNN) thru LXD** | $ | **147,939.65** |
| **Total substitute rent thru LXD** | $ | **614,606.32** |
| Variance | $ | (1,196,369.28) |

**Notes:**
2025 NNN charges = $2,471.06/month.
Assume NNN annual escalation is +3% YOY.
Assume $5M in Annual Gross Sales