# CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner listed below.

*/s/ Karen C. Bifferato*
Karen C. Bifferato (DE 3279)

**VIA ELECTRONIC MAIL**

Aparna Yenamandra, P.C.
Jeffrey Michalik, Esq.
Lindsey Blumenthal, Esq.
KIRKLAND & ELLIS LLP
aparna.yenamandra@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

Scott Greenberg, Esq.
Kevin Liang, Esq.
Josh Brody, Esq.
GIBSON, DUNN & CRUTCHER LLP
SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

Jeffrey Gleit, Esq.
Jonathan Bagg, Esq.
Matthew Bentley, Esq.
ARENTFOX SCHIFF LLP
jeffrey.gleit@afslaw.com
jonathan.bagg@afslaw.com
matthew.bentley@afslaw.com

Bradford J. Sandler, Esq.
James O'Neill, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
bsandler@pszjlaw.com
joneill@pszlaw.com

Patrick J. Reilley, Esq.
Stacy L. Newman, Esq.
Michael E. Fitzpatrick, Esq.
Jack M. Dougherty, Esq.
COLE SCHOTZ P.C.
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

Malcolm M. Bates, Esq.
OFFICE OF U.S. TRUSTEE
malcolm.m.bates@usdoj.gov

Andrew Behlmann, Esq.
LOWENSTEIN SANDLER LLP
abehlmann@lowenstein.com

Jason Adams, Esq.
Maeghan McLoughlin, Esq.
Connie Choe, Esq.
KELLEY DRYE & WARREN LLP
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com
cchoe@kelleydrye.com

**VIA FEDERAL EXPRESS**

Ann Aber
EVP, Chief Legal & Human Resources
JOANN Inc.
5555 Darrow Road,
Hudson, Ohio 44236