# **<u>EXHIBIT 2</u>**

| Landlord | Shopping Center | Location | Store No. | Debtors' Proposed Cure Amount | Landlord's Cure Amount | As of |
|---|---|---|---|---|---|---|
| **DLC Management Corporation** | | | | | | |
| Spring Creek Improvements, LLC | Spring Creek Centre | Fayetteville, AR | 1894 | $8,503.52 | $47,476.16 | 5/9/2025 |

| Database: | DLCMANAGE | | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DLC Management Corp | | | | Date: | 5/9/2025 |
| BLDG: | 442 | | | Spring Creek Owner | | | | Time: | 09:08 AM |
| | | | | Date: 5/9/2025 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 442-006114 | | **JOANN STORES INC #1894 (G2 2.1.21)** | | Master Occupant Id: 442JOANN-2044 Current | | | Day Due: 1 Last Payment: | Delq Day: 10 4/10/2025 | 18,829.23 |
| 5/1/2024 | 275 | RE TAX PRIOR YEAR | CH | 10,565.17 | 0.00 | 0.00 | 0.00 | 0.00 | 10,565.17 |
| 6/1/2024 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 0.00 | 228.99 |
| 6/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 7/1/2024 | 200 | CAM | CH | 128.99 | 0.00 | 0.00 | 0.00 | 0.00 | 128.99 |
| 7/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 8/1/2024 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 0.00 | 228.99 |
| 8/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 9/1/2024 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 0.00 | 228.99 |
| 9/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 10/1/2024 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 0.00 | 228.99 |
| 10/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 11/1/2024 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 0.00 | 228.99 |
| 11/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 12/1/2024 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 0.00 | 228.99 |
| 12/1/2024 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 12/9/2024 | 875 | MISCELLANEOUS | CH | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 1/1/2025 | 100 | BASE RENT | CH | 7,620.29 | 0.00 | 0.00 | 0.00 | 0.00 | 7,620.29 |
| 1/1/2025 | 200 | CAM | CH | 1,112.22 | 0.00 | 0.00 | 0.00 | 0.00 | 1,112.22 |
| 1/1/2025 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 | 561.00 |
| 2/1/2025 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 0.00 | 228.99 | 0.00 |
| 2/1/2025 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 0.00 | 561.00 | 0.00 |
| 2/7/2025 | 850 | WATER AND SEWER | CH | 98.36 | 0.00 | 0.00 | 0.00 | 98.36 | 0.00 |
| 3/1/2025 | 200 | CAM | CH | 228.99 | 0.00 | 0.00 | 228.99 | 0.00 | 0.00 |
| 3/1/2025 | 400 | INSURANCE | CH | 561.00 | 0.00 | 0.00 | 561.00 | 0.00 | 0.00 |
| 4/1/2025 | 200 | CAM | CH | 372.21 | 0.00 | 372.21 | 0.00 | 0.00 | 0.00 |
| 4/1/2025 | 400 | INSURANCE | CH | 417.78 | 0.00 | 417.78 | 0.00 | 0.00 | 0.00 |
| 5/1/2025 | 100 | BASE RENT | CH | 16,873.50 | 16,873.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5/1/2025 | 200 | CAM | CH | 2,184.72 | 2,184.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5/1/2025 | 400 | INSURANCE | CH | 561.00 | 561.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **JOANN STORES INC #1894 (G2 2.1.21) Total** | | 47,476.16 | 19,619.22 | 789.99 | 789.99 | 888.35 | 25,388.61 |
| | | **BLDG 442 Total:** | | 47,476.16 | 19,619.22 | 789.99 | 789.99 | 888.35 | 25,388.61 |
| | | **Grand Total:** | | 47,476.16 | 19,619.22 | 789.99 | 789.99 | 888.35 | 25,388.61 |