## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that, on this 12th day of May, 2025, I caused a true and correct copy of the foregoing *Objection of DLC Management Corporation to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: May 12, 2025  
Wilmington, Delaware

*/s/ Laurel D. Roglen*  
Laurel D. Roglen  
BALLARD SPAHR LLP