# EXHIBIT D

## P R O P O S A L

**Five Guys Roofing**
1275 W Houston Ave.
Gilbert, Az 85233
Office: 480-892-5311
ROC#: 301076 - 301077

**Estimator**
Dave Nicholas
dave@fiveguysroofing.com



*Vestar*
*Manca, Angela*
*2415 E. Camelback Road Suite 100*
*Phoenix, AZ 85016*

| Estimate # | 68543 |
|---|---|
| Date | 4/29/2025 |

*JOBSITE: 21238 S Ellsworth Loop Rd (Joanns) Queen Creek AZ 85142*

This represents our proposal to complete the work required at the address referenced above. This system will be installed as per the plans and manufacturer's recommendations.
Due to market volatility, increases in raw materials, and supply chain delays, we reserve the right to notify you of materials price increases.
An increase from the original proposal will cover the additional cost only. Any increases help us ensure our commitment to providing the very best products and services to you.
**Estimate valid for 15 days.**

## Specifications:

| Description | Price |
|---|---|
| COATED ROOF MAINTENANCE<br><br>20,590 Sq Ft including 1' up the parapet walls<br><br>-Clean the roofs and haul away debris<br><br>-Apply three course application at vertical seams using tytec, putty and coating<br><br>-Apply three course application as needed around cracks at roof penetrations, drains and scuppers<br><br>-in areas of ponding - add sealant and fabric repairs to reinforce<br><br>-Clean work related areas and haul away debris<br><br>-Issue a 1 year limited maintenance warranty on the repaired areas only<br><br>Quote: $2,995 Total ($0.15/sq ft)<br><br>BREAKDOWN:<br><br>MECHANICAL DAMAGE REPAIRS - $1,200<br>MAINTENANCE - $1,795 | $2,995.00 |

| | |
|---|---|
| Sub Total | $2,995.00 |
| Total | $2,995.00 |

Recommendation*
Five Guys Roofing would recommend yearly inspections. Ask about our roof maintenance program and ForeverCare.
Addendums
Any additional work that is not outlined in this proposal must be contractually agreed upon before work is completed. A change order will be created.
Exclusions
This proposal excludes liability for materials & equipment not installed by us.

## M O V I N G   F O R W A R D . . .

Proposal are valid for 15 days.

Five Guys Roofing will not be held accountable for any damage as a result of water lines, electrical lines or gas lines not properly installed or from unprotected thermostat wires.

Finalizing the details – When proposal is approved, your estimator will reach out and make sure all details are finalized. If roofing materials and colors have not been selected you will be able to select them from the available options.

Scheduling – When details are finalized estimators will pass the project over to our scheduling/service manager who will review the specifications and schedule the appropriate crews to perform the work. They will send an email to you with the date and time the work is scheduled. If the project needs to be rescheduled, our Scheduling/Service manager will notify you via email.

Change Orders – In the event of a change, our project manager will notify the estimator. The estimator/project manager will reach out with necessary changes needed, and we will get approval from you before any additional work is done.

Final Job Walks – Upon completion of the project, our project/service manager, or Foreman, will perform a final job walk.


Invoice Payment – Invoices must be paid using cash, physical check or E-check to qualify for invoice pricing.

 Payments can be made by:
   - Mailing a check to our office
   - ACH
   - Dropping off payment at our Gilbert office
   - Arranging for a Five Guys Roofing staff member to pick up the payment
Credit Card Payments:
To pay by credit card, call the office (480.892.5311). Credit card payments are subject to a 3.5% processing fee.


Warranty – All warranties become valid upon receipt of final payment.

Please review the warranty document upon delivery to ensure you understand what Five Guys Roofing covers, as there are limitations.


Accepted By: ————————————————— Date: ————————

_____

## Testimonials

"I have used hundreds of contractors and subcontractors in my life. Every single one of them has been late to appointments,

and always over promise and under perform. This was the first time in 30 years I have seen a company show up exactly when they said they would be there, and do the work exactly as they said they would. I do not take that lightly. I would definitely recommend them to anyone." - CJ

"They came and did a wonderful job. When he first showed up he knocked on the door to tell me that he was here and was going to start. He was kind and a pleasure to talk to. After their quick work he knocked on the door to tell me that the work was completed and that an email of the invoice and pictures were sent via email. All in all great work!" - Vincent C


***Accreditation's***
- A+ Rating at the Better Business Bureau
- Tile Roofing Institute - Certified Installer -
- CARE: Center For The Advancement of Roofing Excellence
- HAAG Certified
- Member of: ARCA: Arizona Roofing Contractors Association