UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al,*[1] | Case No. 25-10068 (CTG) |
| Debtor. | **Objection Deadline: May 12, 2025** |
| | Re: Dkt No. 760 |

## DECLARATION OF KEN CARON IN SUPPORT OF WLPX HESPERIA, LLC'S OBJECTION TO THE DEBTORS' FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACT AND/OR UNEXPIRED LEASES

I, Ken Caron, hereby declare as follows:

1. I am Senior Vice President – Commercial Development of Lewis Management Corp., a Delaware corporation ("LMC"), manager of WLPX Hesperia, LLC ("Landlord"), which operates the High Desert Gateway Shopping Center (the "Shopping Center"), located at 12799 Main Street, Hesperia, CA 92345.

2. I am over the age of 18 and have personal knowledge of the facts contained in this declaration, and, if sworn as a witness, could and would testify competently to the truth thereof. As to the following facts, I know them to be true both from my personal knowledge and my review of documents received in the ordinary course of business. I am an Authorized Agent of LMC and custodian of records of Landlord's documents referenced in this declaration which were obtained from Landlord's files, records, and computers. Such records are made at or near the time by, or from information transmitted by, a person with knowledge, pursuant to regular business practices, kept in the course of regularly conducted business activity, and maintained in the ordinary course of business.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

3. I have been authorized by Landlord to submit this Declaration in support of *WLPX Hesperia, LLC's Objection to the Debtors First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* (the "Objection").

4. Prior to the commencement of the above-captioned bankruptcy case, Landlord and Debtors' predecessor in interest, Jo-Ann Stores, Inc., entered into a written Lease dated May 20, 2011 (as amended, modified or renewed from time to time, the "Lease") for the premises, consisting of approximately 20,004 square feet, within the Shopping Center (the "Premises").

5. Debtors are in default under the terms of the Lease as a result of the nonpayment of rent and other amounts owed under the Lease. As of May 5, 2025, the current amount owed by the Debtors to Landlord pursuant to the terms of the Lease is not less than $81,515.52, plus such additional amounts, including unpaid rent, damages, interest, fees, costs or charges that Landlord may determine are owed pursuant to the terms of the Lease or applicable law. A detailed statement of the outstanding obligations is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 12th day of May 2025 in Upland, California.

DocuSigned by:
*ken Caron*
5952C7CB740A4D1...

Ken Caron

EXHIBIT 1

| Database: | LOC | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| | | | Production | | | Date: | 5/5/2025 |
| BLDG: | 70300 | | 70300-High Desert Gateway | | | Time: | 02:34 PM |
| | | | Date:  5/5/2025 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

| 70300-001563 | | **Jo-Ann Stores #2270** | | Master Occupant Id:  00001142-1 | | Day Due: 1 | Delq Day: | 10 | |
| | | Real Estate Accounting | | 12779  Current | | Last Payment: | 5/5/2025 | 29,624.01 | |
| | | | | | | Vacate Date if Applicable: | | | |
| 3/15/2023 | ACM | OP EXP/CAM ACTUALIZATI | NC | -1,008.96 | 0.00 | 0.00 | 0.00 | 0.00 | -1,008.96 |
| 3/15/2023 | AIN | INSURANCE ACTUALIZATIC | CH | 208.12 | 0.00 | 0.00 | 0.00 | 0.00 | 208.12 |
| 2/23/2024 | ACM | OP EXP/CAM ACTUALIZATI | CH | 5,823.92 | 0.00 | 0.00 | 0.00 | 0.00 | 5,823.92 |
| 2/23/2024 | AIN | INSURANCE ACTUALIZATIC | CH | 1,087.09 | 0.00 | 0.00 | 0.00 | 0.00 | 1,087.09 |
| 3/18/2024 | LAT | LATE PAYMENT CHARGE | CH | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 12/18/2024 | ATX | PROP. TAX ACTUALIZATIOI | CH | 21,866.29 | 0.00 | 0.00 | 0.00 | 0.00 | 21,866.29 |
| 1/1/2025 | CAM | CAM MONTHLY CHARGE | CH | 3,309.38 | 0.00 | 0.00 | 0.00 | 0.00 | 3,309.38 |
| 1/1/2025 | INS | INSUR MONTHLY CHARGE | CH | 172.80 | 0.00 | 0.00 | 0.00 | 0.00 | 172.80 |
| 1/1/2025 | RNT | BASE RENT | CH | 11,157.07 | 0.00 | 0.00 | 0.00 | 0.00 | 11,157.07 |
| 2/1/2025 | CAM | CAM MONTHLY CHARGE | CH | 1,260.67 | 0.00 | 0.00 | 0.00 | 1,260.67 | 0.00 |
| 2/28/2025 | ACM | OP EXP/CAM ACTUALIZATI | CH | 13,442.15 | 0.00 | 0.00 | 13,442.15 | 0.00 | 0.00 |
| 2/28/2025 | AIN | INSURANCE ACTUALIZATIC | NC | -1,701.30 | 0.00 | 0.00 | -1,701.30 | 0.00 | 0.00 |
| 3/1/2025 | CAM | CAM MONTHLY CHARGE | CH | 1,260.67 | 0.00 | 0.00 | 1,260.67 | 0.00 | 0.00 |
| 3/31/2025 | ATX | PROP. TAX ACTUALIZATIOI | CH | 21,866.28 | 0.00 | 21,866.28 | 0.00 | 0.00 | 0.00 |
| 4/1/2025 | CAM | CAM MONTHLY CHARGE | CH | 1,260.67 | 0.00 | 1,260.67 | 0.00 | 0.00 | 0.00 |
| 5/1/2025 | CAM | CAM MONTHLY CHARGE | CH | 1,260.67 | 1,260.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ACM | OP EXP/CAM ACTUALIZATION | | 18,257.11 | 0.00 | 0.00 | 13,442.15 | 0.00 | 4,814.96 |
| | AIN | INSURANCE ACTUALIZATION | | -406.09 | 0.00 | 0.00 | -1,701.30 | 0.00 | 1,295.21 |
| | ATX | PROP. TAX ACTUALIZATION | | 43,732.57 | 0.00 | 21,866.28 | 0.00 | 0.00 | 21,866.29 |
| | CAM | CAM MONTHLY CHARGE | | 8,352.06 | 1,260.67 | 1,260.67 | 1,260.67 | 1,260.67 | 3,309.38 |
| | INS | INSUR MONTHLY CHARGE | | 172.80 | 0.00 | 0.00 | 0.00 | 0.00 | 172.80 |
| | LAT | LATE PAYMENT CHARGE | | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | RNT | BASE RENT | | 11,157.07 | 0.00 | 0.00 | 0.00 | 0.00 | 11,157.07 |
| **Jo-Ann Stores #2270 Total:** | | | | 81,515.52 | 1,260.67 | 23,126.95 | 13,001.52 | 1,260.67 | 42,865.71 |
| | ACM | OP EXP/CAM ACTUALIZATION | | 18,257.11 | 0.00 | 0.00 | 13,442.15 | 0.00 | 4,814.96 |
| | AIN | INSURANCE ACTUALIZATION | | -406.09 | 0.00 | 0.00 | -1,701.30 | 0.00 | 1,295.21 |
| | ATX | PROP. TAX ACTUALIZATION | | 43,732.57 | 0.00 | 21,866.28 | 0.00 | 0.00 | 21,866.29 |
| | CAM | CAM MONTHLY CHARGE | | 8,352.06 | 1,260.67 | 1,260.67 | 1,260.67 | 1,260.67 | 3,309.38 |
| | INS | INSUR MONTHLY CHARGE | | 172.80 | 0.00 | 0.00 | 0.00 | 0.00 | 172.80 |
| | LAT | LATE PAYMENT CHARGE | | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | RNT | BASE RENT | | 11,157.07 | 0.00 | 0.00 | 0.00 | 0.00 | 11,157.07 |
| **BLDG 70300 Total:** | | | | 81,515.52 | 1,260.67 | 23,126.95 | 13,001.52 | 1,260.67 | 42,865.71 |
| | ACM | OP EXP/CAM ACTUALIZATION | | 18,257.11 | 0.00 | 0.00 | 13,442.15 | 0.00 | 4,814.96 |
| | AIN | INSURANCE ACTUALIZATION | | -406.09 | 0.00 | 0.00 | -1,701.30 | 0.00 | 1,295.21 |
| | ATX | PROP. TAX ACTUALIZATION | | 43,732.57 | 0.00 | 21,866.28 | 0.00 | 0.00 | 21,866.29 |
| | CAM | CAM MONTHLY CHARGE | | 8,352.06 | 1,260.67 | 1,260.67 | 1,260.67 | 1,260.67 | 3,309.38 |
| | INS | INSUR MONTHLY CHARGE | | 172.80 | 0.00 | 0.00 | 0.00 | 0.00 | 172.80 |
| | LAT | LATE PAYMENT CHARGE | | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | RNT | BASE RENT | | 11,157.07 | 0.00 | 0.00 | 0.00 | 0.00 | 11,157.07 |
| | | **Grand Total:** | | 81,515.52 | 1,260.67 | 23,126.95 | 13,001.52 | 1,260.67 | 42,865.71 |