## **CERTIFICATE OF SERVICE**

I, Deirdre M. Richards, Esquire hereby certify that on this 13th day of May, 2025, I caused to be served a true and correct copy of ***WLPX HESPERIA, LLC'S OBJECTION TO THE DEBTORS' FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACT AND/OR EXPIRED LEASES*** upon all interested parties via CM/ECF and upon the following via electronic mail:

Aparna Yenamandra, P.C. Esq. (Aparna.yenamandra@kirkland.com)
Jeffrey Michalik, Esq. (jeff.michalik@kirkland.com)
Lindsey Blumenthal, Esq. (lindsey.blumenthal@kirkland.com)
Patrick J. Reilley, Ese. (preilley@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)
Michael E. Fitzpatrick, Esq. (mfitzpatrick@coleschotz.com)
Jack M. Dougherty, Esq. (jdougherty@coleschotz.com)
Malcom M. Bates, Esq.  Malcom.m.bates@usdoj.gov
Scott Greenberg, Esq. (sgreenberg@gibsondunn.com)
Kevin Liang, Esq. (kliang@gibsondunn.com)
Josh Brody, Esq. (Jbrody@gibsondunn.com)
Jeffrey Gleit, Esq. (Jeffrey.gleit@afslaw.com)
Jonathan Bagg, Esq. (Jonathan.bagg@afslaw.com)
Matthew Bentley, Esq. (matthew.bentley@afslaw.com)
Andrew Behlmann, Esq. (abehlmann@lowenstein.com)
Jason Adams, Esq. (jadams@kelleydrye.com)
Maeghan McLoughlin, Esq. (mmcloughlin@kelleydrye.com)
Connie Choe, Esq. (cchoe@kelleydrye.com)
Bradford Sandler, Esq. (bsandler@ PSZJlaw.com)
James O'Neill (joneill@pszjlaw.com)

Dated: May 13, 2025

*/s/ Deirdre M. Richards*
Deirdre M. Richards, Esquire (#4191)

39274v1