# **EXHIBIT 4**

| Database: | RDMANAGEMENT | | Aged Delinquencies | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | RD Management LLC | | | | | Date: | 5/12/2025 |
| BLDG: | 605-30 | | SHADY OAKS SHOPPING CENTER | | | | | Time: | 3:21 PM |
| | | | Date: 5/12/2025 | | | | | | |

| Invoice Date | | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|

| 605-30/304A | | **Jo-Ann Stores, LLC** | | Master Occupant Id: 304A-1 | | Last Payment: 5/6/2025 | 22,805.23 | Payment Plan: N | Bankrupt: N |
|---|---|---|---|---|---|---|---|---|---|
| | Suite: 4 | Status: Current | Rent Start: 12/27/2001 Expiration: 2/28/2027 | | Security Deposit: | | Rent Amount: 22,141.00 | | |

| Invoice Date | Cat | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/2017 | RNT | BASE RENT | | NC | -168.69 | 0.00 | 0.00 | 0.00 | 0.00 | -168.69 |
| 2/15/2017 | 1C | Y/E CAM | | NC | -226.92 | 0.00 | 0.00 | 0.00 | 0.00 | -226.92 |
| 1/1/2024 | Z1 | SALES TAX | - CURR for RNT | CH | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 12/3/2024 | RA | RET ANNUAL | - 2024 RET Non-escrow | CH | 41,140.79 | 0.00 | 0.00 | 0.00 | 0.00 | 41,140.79 |
| 12/3/2024 | Z1 | SALES TAX | - CURR for RA | CH | 1,659.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.70 |
| 1/1/2025 | Z1 | SALES TAX | - CURR for RNT | CH | 110.71 | 0.00 | 0.00 | 0.00 | 0.00 | 110.71 |
| 2/1/2025 | RNT | BASE RENT | - AUTOCHRG @T2/28/2025 | CH | 9,634.91 | 0.00 | 0.00 | 0.00 | 9,634.91 | 0.00 |
| 2/1/2025 | Z1 | SALES TAX | - CURR for RNT | CH | 774.94 | 0.00 | 0.00 | 0.00 | 774.94 | 0.00 |
| 3/1/2025 | Z1 | SALES TAX | - CURR for RNT | CH | 110.71 | 0.00 | 0.00 | 110.71 | 0.00 | 0.00 |
| 4/1/2025 | Z1 | SALES TAX | - CURR for RNT | CH | 110.71 | 0.00 | 110.71 | 0.00 | 0.00 | 0.00 |
| 5/1/2025 | Z1 | SALES TAX | - CURR for RNT | CH | 110.71 | 110.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Jo-Ann Stores, LLC Total:** | | | 53,257.58 | 110.71 | 110.71 | 110.71 | 10,409.85 | 42,515.60 |
| | | **BLDG 605-30 Total:** | | | 53,257.58 | 110.71 | 110.71 | 110.71 | 10,409.85 | 42,515.60 |
| | | | | **Grand Total:** | 53,257.58 | 110.71 | 110.71 | 110.71 | 10,409.85 | 42,515.60 |