# **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that, on this 12th day of May, 2025, I caused a true and correct copy of the foregoing *Objection of MFBY Ocala LLC to First Notice of Assumption and Assignment of Certain Executory Contract[s] and/or Unexpired Leases [Massa Furniture, Inc.]* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: May 12, 2025  
Wilmington, Delaware

*/s/ Leslie C. Heilman*  
Leslie C. Heilman  
BALLARD SPAHR LLP