# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| | (Jointly Administered) |
| Debtors. | |
| | **Related D.I. 863** |

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on May 12, 2025, I caused one copy of the of the *Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* to be served upon (i) all parties of record via CM/ECF and (ii) the parties listed below via email.

| | |
|---|---|
| Aparna Yenamandra, P.C.<br>Jeffrey Michalik, Esq.<br>Lindsey Blumenthal, Esq.<br>KIRKLAND & ELLIS LLP<br>aparna.yenamandra@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com | Patrick J. Reilley, Esq.<br>Stacy L. Newman, Esq.<br>Michael E. Fitzpatrick, Esq.<br>Jack M. Dougherty, Esq.<br>COLE SCHOTZ P.C.<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com |
| Scott Greenberg, Esq.<br>Kevin Liang, Esq.<br>Josh Brody, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>SGreenberg@gibsondunn.com<br>KLiang@gibsondunn.com<br>JBrody@gibsondunn.com | Malcolm M. Bates, Esq.<br>OFFICE OF U.S. TRUSTEE<br>malcolm.m.bates@usdoj.gov |
| Andrew Behlmann, Esq.<br>LOWENSTEIN SANDLER LLP<br>abehlmann@lowenstein.com | Jeffrey Gleit, Esq.<br>Jonathan Bagg, Esq.<br>Matthew Bentley, Esq.<br>ARENTFOX SCHIFF LLP |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

{02121645;v1 }

|  | jeffrey.gleit@afslaw.com <br> jonathan.bagg@afslaw.com <br> matthew.bentley@afslaw.com |
|---|---|
| Jason Adams, Esq. <br> Maeghan McLoughlin, Esq. <br> Connie Choe, Esq. <br> KELLEY DRYE & WARREN LLP <br> jadams@kelleydrye.com <br> mmcloughlin@kelleydrye.com <br> cchoe@kelleydrye.com | Bradford J. Sandler, Esq. <br> James O'Neill, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> bsandler@pszjlaw.com <br> joneill@pszlaw.com |

Dated: May 13, 2025                                             **ASHBY & GEDDES, P.A**

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: RPalacio@ashbygeddes.com