# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al,*<br><br>      Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Brian T. Harvey, Esquire of BUCHALTER, A Professional Corporation, to represent WLPX Hesperia, LLC in the above-referenced bankruptcy cases.

     */s/ Deirdre M. Richards*
     Deirdre M. Richards (No.4191)
     ELLIOTT GREENLEAF, P.C.
     1105 N. Market Street, 17th Floor
     Wilmington, DE 19801
     Telephone: (302) 382-9402
     dmr@elliottgreenleaf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: May 13, 2025
     */s/ Brian T. Harvey*
     Brian T. Harvey, Esquire
     BUCHALTER
     A Professional Corporation
     1000 Wilshire Boulevard, Suite 1500
     Los Angeles, CA 90017
     Telephone : (213) 891-0700
     bharvey@buchalter.com

## ORDER GRANTING MOTION

     IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

39010v1