## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esq., hereby certify that on May 14, 2025, I caused a true and correct copy of the foregoing *Objection of Myrtle Beach Farms Company, Inc. to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* to be electronically filed and served through the Court's CM/ECF system.

Dated: May 14, 2025                             /s/ Michael Busenkell
                                                                Michael Busenkell (DE 3933)