# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: )
)  Chapter <u>11</u>
In re Joann Inc., et al., )
)  Case No. <u>25-10068 (CTG)(Jointly Administered)</u>
Debtors. )
)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Evolution Credit Opportunity Master Fund II-B, LP | MCS Far East, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

**Name and Address where notices to transferee should be sent:**

Evolution Credit Opportunity Master Fund II-B, LP
Attn: Rene Canezin
28 State Street, 23rd Floor
Boston, MA 02109

Phone: 617-410-4800
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**

Phone:
Last Four Digits of Acct. #:

Last known address: c/o MCS Industries, Inc.
Attn: Gregory Yocco
2280 Newlins Mill Road
Easton, PA 18045

Court Claim # (if known):   #10986
Amount of Claim:   $1,436,695.00
Date Claim Filed:   4/4/25
Amount of Claim Transferred:   $1,000,000.00

Phone:  610-253-6268 x 6957
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Rene Canezin*
    Rene Canezin (May 14, 2025 14:27 EDT)
Transferee/Transferee's Agent

Date: 05/14/2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138



### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO: Jo-Ann Stores, LLC (the "Debtor")

Case No. 25-10072 (CTG) (the "Bankruptcy Case")

re: Claim #10986

MCS Far East, Inc. (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Evolution Credit Opportunity Master Fund II-B, LP
Attn: Rene Canezin
28 State Street, 23rd Floor
Boston, MA 02109
Email: reporting@evolutioncreditpartners.com

all of the Seller's right, title and interest in and to $1,000,000 principal amount of that certain Proof of Claim designated as Claim #10986 (such $1,000,000 principal amount of the Proof of Claim, the "Claim"), against the Debtor in the Bankruptcy Case.

The Seller hereby waives any objection to the transfer of the Claim to the Buyer on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. The Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 4/29, 2025.

MCS Far East, Inc.

By: /s/ 
Name: GREG YOCCO
Title: CFO

Evolution Credit Opportunity Master Fund II-B, LP

By: Rene Canezin
Name: Rene Canezin
Title: Managing Partner

28 State Street · 23rd Floor · Boston, MA 02109 · 617-410-4800 · www.evolutioncreditpartners.com