## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN Inc., et al, | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 876** |

## DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1.      I am over the age of 18 years and not a party to the within action.

2.      I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3.      On May 14, 2025, I caused one copy of *Rayzor Ranch Marketplace Associates, LLC's Objection to Assumption and Assignment of Unexpired Lease for Premises Located at Rayzor Ranch Marketplace in Denton, Texas* [DI 876] to be electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

|  |  |
|---|---|
| *U. S. Trustee:* | *Counsel to the Prepetition Term Loan Lender Ad Hoc Group:* |
| Office of the U.S. Trustee | Gibson, Dunn & Crutcher LLP |
| 844 King Street, Suite 2207, Lockbox 35 | 200 Park Avenue |
| Wilmington, Delaware 19801 | New York, New York 10166 |
| Attn.: Malcolm M. Bates | Attn.: Scott Greenberg |
| malcolm.m.bates@usdoj.gov | SGreenberg@gibsondunn.com |
| | Kevin Liang |
| | KLiang@gibsondunn.com |
| | Josh Brody |
| | JBrody@gibsondunn.com |

*Counsel to the Debtors:*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Aparna Yenamandra, P.C.
aparna.yenamandra@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago Illinois 60654
Attn.: Jeffrey Michalik
jeff.michalik@kirkland.com
Lindsey Blumenthal
lindsey.blumenthal@kirkland.com

Cole Schotz P.C.,
500Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attn.: Patrick J. Reilley
preilley@coleschotz.com
Stacy L. Newman
snewman@coleschotz.com
Michael E. Fitzpatrick
mfitzpatrick@coleschotz.com
Jack M. Dougherty
jdougherty@coleschotz.com

*Counsel to GA Joann Retail Partnership, LLC:*

Lowenstein Sandler LLP
One Lowenstein Drive,
Roseland, New Jersey 07068
Attn.: Andrew Behlmann
abehlmann@lowenstein.com

*Counsel to the Prepetition Term Loan Agent:*

ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Attn.: Jeffrey Gleit
jeffrey.gleit@afslaw.com

ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
Attn.: Jonathan Bagg
jonathan.bagg@afslaw.com

ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Attn.: Matthew Bentley
matthew.bentley@afslaw.com

*Counsel to the Official Committee of Unsecured Creditors:*

Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10007
Attn: Jason Adams
jadams@kelleydrye.com
Maeghan McLoughlin
mmcloughlin@kelleydrye.com
Connie Choe
cchoe@kelleydrye.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Attn: Bradford Sandler
bsandler@pszjlaw.com
James O'Neill
joneill@pszlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Date:  May 14, 2025                    By:    */s/ William A. Hazeltine*
      Wilmington, Delaware                        William A. Hazeltine