**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 781** |
| | ) | **Objection Deadline: May 14, 2025 at 4:00 p.m.** |
| | ) | **Hearing Date: May 21, 2025 at 10:00 a.m.** |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 781**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Ocean Network Express (North America) Inc. for an Order for Relief from the Automatic Stay Pursuant to 11 U.S.C. Sec. 362(d) or to Compel Abandonment Pursuant to 11 U.S.C. Sec. 554(b)* ("Motion") filed on April 30, 2025.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than May 14, 2025 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion, and attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: May 15, 2025
Wilmington, Delaware

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**HOGAN MCDANIEL**

By: *_/s/ Daniel C. Kerrick_*

Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Tel: (302) 656-7540
Fax: (302) 656-7599
**Attorneys For Ocean Network Express (North America) Inc.**