# **<u>Exhibit 1</u>**

## Exhibit 1. Cure Amounts for JOANN Inc. Lease
## for Space in Willamette Town Center Held by Lancaster Development Company LLC

**Location**   Willamette Town Center

| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **nt and Charges:** | | | | |
| 10/15/2024 | $18,312.53 | Tax Reconciliation (07/01/24 - 06/30/25) | $0.00 | $18,312.53 |
| 1/1/2025 | $5,905.86 | CAM | $12.69 | $5,918.55 |
| 1/1/2025 | $26,566.76 | Rent | $106.80 | $26,673.56 |
| 2/26/2025 | ($17,807.57) | Payment | $0.00 | ($17,807.57) |
| | **$32,977.58** | | **$119.49** | **$33,097.07** |
| **Total Due:** | | **$33,097.07** | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 05/31/25.