# CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 15th day of May, 2025, I caused a true and correct copy of the foregoing *Objection of Lancaster Development Company LLC to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Burlington Coat Factory Warehouse Corporation]* to be served in the matter indicated on the below parties:

| Via First Class Mail<br><br>Ann Aber, EVP, Chief Legal and Human Resources Officer<br>**JOANN Inc.**<br>5555 Darrow Road<br>Hudson, Ohio 44236 | Via Electronic Mail and First Class Mail<br><br>Aparna Yenamandra<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>aparna.yenamandra@kirkland.com |
|---|---|
| Via Electronic Mail and First Class Mail<br><br>Jeffrey Michalik<br>Lindsey Blumenthal<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago Illinois 60654<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com | Via Electronic Mail and First Class Mail<br><br>Scott Greenberg<br>Kevin Liang<br>Josh Brody<br>**Gibson, Dunn & Crutcher LLP**<br>200 Park Avenue<br>New York, New York 10166<br>SGreenberg@gibsondunn.com<br>KLiang@gibsondunn.com<br>JBrody@gibsondunn.com |
| Via Electronic Mail and First Class Mail<br><br>Jeffrey Gleit<br>**ArentFox Schiff LLP**<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>jeffrey.gleit@afslaw.com | Via Electronic Mail and First Class Mail<br><br>Jonathan Bagg<br>**ArentFox Schiff LLP**<br>1717 K Street NW,<br>Washington, D.C. 20006<br>jonathan.bagg@afslaw.com |

| | |
|---|---|
| Via Electronic Mail and First Class Mail<br><br>Matthew Bentley<br>**ArentFox Schiff LLP**<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>matthew.bentley@afslaw.com | Via Electronic Mail and First Class Mail<br><br>Andrew Behlmann<br>**Lowenstein Sandler LLP**<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>abehlmann@lowenstein.com |
| Via Electronic Mail and First Class Mail<br><br>Jason Adams<br>Maeghan McLoughlin<br>Connie Choe<br>**Kelley Drye & Warren LLP**<br>3 World Trade Center<br>New York, New York 10007<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com | Via Electronic Mail and Hand Delivery<br><br>Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>**Cole Schotz P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com |
| Via Electronic Mail and Hand Delivery<br>Malcolm M. Bates<br>**The United States Trustee**<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>malcolm.m.bates@usdoj.gov | |

Dated: May 15, 2025  　　　　　　　　*/s/ Leslie C. Heilman*
Wilmington, Delaware 　　　　　　　　Leslie C. Heilman
　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP