**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 21, 2025 AT 10:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

**ADJOURNED MATTER**

1. Motion of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (Filed March 20, 2025) [Docket No. 612]

    Related Documents:

    Objection Deadline:   March 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended for the Debtors.

    Responses Received:  None at this time.

    Status:   This matter is adjourned to the May 28, 2025 hearing at 1:00 p.m.  This matter will not be going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**RESOLVED MATTERS**

2.  Debtors' Motion for Entry of an Order (I) Approving Closing Agreement with United Steelworkers and (II) Granting Related Relief (Filed April 28, 2025) [Docket No. 763]

    Related Documents:

    (a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving Closing Agreement with United Steelworkers and (II) Granting Related Relief (Filed May 13, 2025) (Docket No. 870)

    (b) Order (I) Approving Closing Agreement with United Steelworkers and (II) Granting Related Relief (Entered May 14, 2025) (Docket No. 875)

    Objection Deadline:  May 12, 2025 at 4:00 p.m. (ET).

    Responses Received:  None

    Status:  The Court entered an Order approving the Motion. This matter will not be going forward

3.  Motion of Ocean Network Express (North America) Inc. for an Order for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) or to Compel Abandonment Pursuant to 11 U.S.C. § 554(b) (Filed April 30, 2025) [Docket No. 781]

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 781 (Filed May 15, 2025) [Docket No. 888]

    (b) Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) Solely to the Extent it Applies (Entered May 15, 2025) [Docket No. 890]

    Objection Deadline:  May 14, 2025 at 4:00 p.m. (ET).

    Responses Received:  None

    Status:  The Court entered an Order granting the Motion. This matter will not be going forward.

Dated: May 15, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Patrick J. Reilley* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |