# United States Bankruptcy Court

District of Delaware
JOANN Inc., et al.
Case No, 25-10068 (JTD) - jointly administered

## TRANSFER OF <u>ADMIN PRIORITY</u> CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferor** | **Name of Transferee** |
|---|---|
| PlayMonster Group, LLC<br>Matt Gilbertson | Grand Teton Systems Inc<br>Michael Bottjer |
| matt.gilbertson@playmonster.com | claims@gts.finance |
| Address:<br>1400 E. INMAN PKWY<br>BELOIT, WI 53511 | Address:<br>1509 Bent Ave.,<br>Cheyenne, WY 82001 |

| Claim No. | Creditor Name | Amount | Debtor |
|---|---|---|---|
| 199 | PlayMonster Group LLC | $55,524.60<br>503(b)(9) administrative-priority portion | JOANN Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer* (Signed by: 55173012A4E3437...)
Transferee / Transferee's Agent

Date: 5/16/2025

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

*TO: Clerk, United States Bankruptcy Court District of Delaware for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor PlayMonster Group, LLC hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Grand Teton Systems Inc its successors and assigns, all right, title and interest in and to the claim(s) identified below, against JOANN Inc. et al:*

**Claim No.**: 199

**Claim Amount**: $55,524.60 503(b)(9) administrative-priority portion only

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 5/15/2025

BUYER: Grand Teton Systems Inc

*Signed by: Michael Bottjer*
55173012A4E3437...

Name: Michael Bottjer
Title: President
Email: claims@gts.finance

SELLER: PlayMonster Group, LLC

*DocuSigned by: Matt Gilbertson*
F2F2FC401E304E6...

Name: Matt Gilbertson
Title: VP of Finance
Email: matt.gilbertson@playmonster.com