# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Furniture Enterprises of Alaska, Inc. | Jo-Ann Stores LLC | 2545 | 3801 Old Seward Highway, Anchorage, 99503, AK | Lease | FF&E | 4/30/2025 |
| 2 | Central Shopping Centers CC, LLC | Jo-Ann Stores LLC | 2010 | 354 Cox Creek Pkwy, Florence, 35630, AL | Lease | FF&E | 4/30/2025 |
| 3 | East Chase Market Center, LLC | Jo-Ann Stores LLC | 2177 | 7951 Eastchase Pkwy, Montgomery, 36117, NY | Lease | FF&E | 4/30/2025 |
| 4 | Fort Smith Marketplace, LLC | Jo-Ann Stores LLC | 2498 | 7609 Rogers Avenue, Fort Smith, 72903, AR | Lease | FF&E | 4/30/2025 |
| 5 | Hilltop Development, Inc. | Jo-Ann Stores LLC | 2483 | 2813 E Nettleton Avenue, Jonesboro, 72401, AR | Lease | FF&E | 4/30/2025 |
| 6 | Lakewood Village Shopping Park LLC | Jo-Ann Stores LLC | 2297 | 2637 Lakewood Village Drive, No Little Rock, 72116, AR | Lease | FF&E | 4/30/2025 |
| 7 | Ventures Karma, LLC | Jo-Ann Stores LLC | 2349 | 2616 S Shackleford Rd, Ste A, Little Rock, 72205, TX | Lease | FF&E | 4/30/2025 |
| 8 | DJK-CASA GRANDE, LLC | Jo-Ann Stores LLC | 2210 | 1325 E. Florence Blvd, Casa Grande, 85122, IA | Lease | FF&E | 4/30/2025 |
| 9 | Arcadia Fiesta LP | Jo-Ann Stores LLC | 2522 | 3049 East Indian School Road, Phoenix, 85016, AZ | Lease | FF&E | 4/30/2025 |
| 10 | Gia Khanh LLC | Jo-Ann Stores LLC | 1152 | 3588 Palo Verde Ave, Long Beach, 90808, CA | Lease | FF&E | 4/30/2025 |
| 11 | ASL Investments, LLC | Jo-Ann Stores LLC | 1288 | 2086 Foothill Blvd Ste A, La Verne, 91750, CA | Lease | FF&E | 4/30/2025 |
| 12 | Wright Family Enterprises LLC | Jo-Ann Stores LLC | 812 | 510 Harris St, Eureka, 95503, CA | Lease | FF&E | 4/30/2025 |
| 13 | Omega Sonora LLC | Jo-Ann Stores LLC | 2202 | 1151 Sanguinetti Road, Sonora, 95370, CA | Lease | FF&E | 4/30/2025 |
| 14 | Jackson GOJO | Jo-Ann Stores LLC | 2441 | 11 N State Highway 49-88, Jackson, 95642, CA | Lease | FF&E | 4/30/2025 |
| 15 | CPT Riverside Plaza, LLC | Jo-Ann Stores LLC | 2422 | 3635 Riverside Plaza Dr. Ste.240, Riverside, 92506, CA | Lease | FF&E | 4/30/2025 |
| 16 | Westgate Woodland, LLC | Jo-Ann Stores LLC | 1771 | 375 W Main St Ste E, Woodland, 95695, CA | Lease | FF&E | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | TAM Partners, LP | Jo-Ann Stores LLC | 112 | 245 Tamal Vista Blvd, Corte Madera, 94925, CA | Lease | FF&E | 4/30/2025 |
| 18 | El Camino Promenade, LLC | Jo-Ann Stores LLC | 730 | 1948 S El Camino Real, San Mateo, 94403, CA | Lease | FF&E | 4/30/2025 |
| 19 | PBA II LLC | Jo-Ann Stores LLC | 871 | 308 Walnut St, Redwood City, 94063, CA | Lease | FF&E | 4/30/2025 |
| 20 | Facchino/Labarbera-Tennant Station LLC | Jo-Ann Stores LLC | 1787 | 225 Tennant Sta, Morgan Hill, 95037, CA | Lease | FF&E | 4/30/2025 |
| 21 | Yuba Raley's 2003 LLC | Jo-Ann Stores LLC | 2462 | 704 West Onstott Rd, Yuba City, 95991, CA | Lease | FF&E | 4/30/2025 |
| 22 | Renaissance Partners I, LLC | Jo-Ann Stores LLC | 2013 | 3449 Dillon Dr, Pueblo, 81008, TX | Lease | FF&E | 4/30/2025 |
| 23 | Brookfield (E & A), LLC | Jo-Ann Stores LLC | 2182 | 143 Federal Rd, Brookfield, 06804, SC | Lease | FF&E | 4/30/2025 |
| 24 | Triple Net Clinton, LLC | Jo-Ann Stores LLC | 701 | 274 E Main St, Clinton, 06413, NY | Lease | FF&E | 4/30/2025 |
| 25 | M C Co., LLC | Jo-Ann Stores LLC | 976 | 2300 Dixwell Ave, Hamden, 06514, NY | Lease | FF&E | 4/30/2025 |
| 26 | Coconut Point Town Center, LLC | Jo-Ann Stores LLC | 2537 | 8072 Mediterranean Drive, Estero, 33928, IN | Lease | FF&E | 4/30/2025 |
| 27 | Mariner Plaza Realty Associates, LP | Jo-Ann Stores LLC | 816 | 224B Eglin Pkwy Ne, Fort Walton Beach, 32547, FL | Lease | FF&E | 4/30/2025 |
| 28 | Flagler S.C., LLC | Jo-Ann Stores LLC | 135 | 8257 W Flagler St, Miami, 33144, NY | Lease | FF&E | 4/30/2025 |
| 29 | Realty Income Corporation | Jo-Ann Stores LLC | 583 | 10875 Caribbean Blvd, Miami, 33189, CA | Lease | FF&E | 4/30/2025 |
| 30 | Dadeland Greenery LP | Jo-Ann Stores LLC | 968 | 7706 N Kendall Dr, Miami, 33156, FL | Lease | FF&E | 4/30/2025 |
| 31 | Isram Riverwalk, LLC | Jo-Ann Stores LLC | 1452 | 1632 S Federal Hwy, Boynton Beach, 33435, FL | Lease | FF&E | 4/30/2025 |
| 32 | MCP - Wellington, LLC | Jo-Ann Stores LLC | 1862 | 940 S State Road 7, Wellington, 33414, FL | Lease | FF&E | 4/30/2025 |
| 33 | RK Pembroke Pines, LLC | Jo-Ann Stores LLC | 2144 | 11251 Pines Blvd, Pembroke Pines, 33026, FL | Lease | FF&E | 4/30/2025 |
| 34 | Fountains SC, LLC | Jo-Ann Stores LLC | 2167 | 801 South University Dr Suite 75, Plantation, 33324, IL | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 35 | Brixmor Venice Village Shoppes LLC | Jo-Ann Stores LLC | 1107 | 4143 Tamiami Trl S Bay 20, Venice, 34293, PA | Lease | FF&E | 4/30/2025 |
| 36 | Highyon Shopping Center Investment Funds No. 106 L.P. | Jo-Ann Stores LLC | 2131 | 120 N Entrance Road, Sanford, 32771, FL | Lease | FF&E | 4/30/2025 |
| 37 | Ed Schlitt LC, dba Coldwell Banker | Jo-Ann Stores LLC | 2279 | 5921 20Th St. Unit B, Vero Beach, 32966, FL | Lease | FF&E | 4/30/2025 |
| 38 | Lakewood Station LLC | Jo-Ann Stores LLC | 333 | 4387 Commercial Way, Spring Hill, 34606, OH | Lease | FF&E | 4/30/2025 |
| 39 | Home Depot Plaza Associates Ltd. | Jo-Ann Stores LLC | 1333 | 10057 Us Highway 19, Port Richey, 34668, FL | Lease | FF&E | 4/30/2025 |
| 40 | Tampa Palms Shopping Plaza, LLC | Jo-Ann Stores LLC | 1861 | 6234 Commerce Palms Blvd, Tampa, 33647, NJ | Lease | FF&E | 4/30/2025 |
| 41 | Selig Enterprises, Inc. | Jo-Ann Stores LLC | 1549 | 9439 Highway 5, Douglasville, 30135, GA | Lease | FF&E | 4/30/2025 |
| 42 | G.W. Real Estate of Georgia, LLC | Jo-Ann Stores LLC | 1921 | 2255 Pleasant Hill Rd Ste 200, Duluth, 30096, NY | Lease | FF&E | 4/30/2025 |
| 43 | Fayette Pavilion LLC | Jo-Ann Stores LLC | 2016 | 250 Pavilion Pkwy, Fayetteville, 30214, TX | Lease | FF&E | 4/30/2025 |
| 44 | ALTO Conyers Plaza, LP | Jo-Ann Stores LLC | 2359 | 1380 Dogwood Drive, Conyers, 30013, DE | Lease | FF&E | 4/30/2025 |
| 45 | ORF VIII Lakeland Plaza, LLC | Jo-Ann Stores LLC | 2414 | 540 A Lakeland Plaza, Cumming, 30040, GA | Lease | FF&E | 4/30/2025 |
| 46 | Golden Isles Plaza, LLC | Jo-Ann Stores LLC | 2247 | 137 Golden Isles Plaza Parkway, Brunswick, 31520, GA | Lease | FF&E | 4/30/2025 |
| 47 | Muscatine Mall Management II, L.L.C. | Jo-Ann Stores LLC | 2333 | 1903 Park Avenue, Muscatine, 52761, IA | Lease | FF&E | 4/30/2025 |
| 48 | Willow Creek Center Outlot II, LLC | Jo-Ann Stores LLC | 2399 | 500 Indianhead Drive, Mason City, 50401, IA | Lease | FF&E | 4/30/2025 |
| 49 | SOAP CHAMPAIGN LLC | Jo-Ann Stores LLC | 2290 | 722 West Town Center Blvd., Champaign, 61822, IL | Lease | FF&E | 4/30/2025 |
| 50 | Brixmor SPE 3 LLC | Jo-Ann Stores LLC | 138 | 4917 Cal Sag Rd, Crestwood, 60445, IL | Lease | FF&E | 4/30/2025 |
| 51 | Danada Square West Shopping Center, LLC | Jo-Ann Stores LLC | 140 | 36 Danada Sq W, Wheaton, 60189, TX | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 52 | Four Flaggs Shopping Center, LLC | Jo-Ann Stores LLC | 957 | 8245 W Golf Rd, Niles, 60714, NY | Lease | FF&E | 4/30/2025 |
| 53 | HAMHIC LLC | Jo-Ann Stores LLC | 1579 | 4514 N Harlem Ave, Norridge, 60706, IL | Lease | FF&E | 4/30/2025 |
| 54 | BMA Joliet Commons LLC | Jo-Ann Stores LLC | 2220 | 2741 Plainfield Road, Joliet, 60435, WI | Lease | FF&E | 4/30/2025 |
| 55 | Fox River Owner, LLC | Jo-Ann Stores LLC | 2259 | 3310 Shoppers Drive, Mchenry, 60050, NY | Lease | FF&E | 4/30/2025 |
| 56 | Joffco Square Shopping Center, LLC | Jo-Ann Stores LLC | 2386 | 555 W. Roosevelt Road, Chicago, 60607, NY | Lease | FF&E | 4/30/2025 |
| 57 | DANVILLE MALL, LLC | Jo-Ann Stores LLC | 2455 | 2917 North Vermillion Suite C17, Danville, 61832, IL | Lease | FF&E | 4/30/2025 |
| 58 | Quincy Cullinan, LLC | Jo-Ann Stores LLC | 503 | 425 N 32Nd St, Quincy, 62301, IL | Lease | FF&E | 4/30/2025 |
| 59 | University Place Improvements Owner, LLC | Jo-Ann Stores LLC | 521 | 1332 E Main St, Carbondale, 62901, NY | Lease | FF&E | 4/30/2025 |
| 60 | CTL Property Management, LLC | Jo-Ann Stores LLC | 527 | 1920 N Henderson St, Galesburg, 61401, IL | Lease | FF&E | 4/30/2025 |
| 61 | L & L Properteis of Sterling, LLC | Jo-Ann Stores LLC | 2250 | 3201 East Lincolnway, Sterling, 61081, IL | Lease | FF&E | 4/30/2025 |
| 62 | Peru GKD Partners, LLC | Jo-Ann Stores LLC | 2324 | 3940 Route 251 Suite A1, Peru, 61354, IL | Lease | FF&E | 4/30/2025 |
| 63 | ARG JAFPTIL001, LLC | Jo-Ann Stores LLC | 2418 | 1611 South West Avenue, Freeport, 61032, RI | Lease | FF&E | 4/30/2025 |
| 64 | Rural King Realty, LLC | Jo-Ann Stores LLC | 2438 | 700 Broadway East, Mattoon, 61938, IL | Lease | FF&E | 4/30/2025 |
| 65 | Daniel G. Kamin Eastbrook Enterprises | Jo-Ann Stores LLC | 2503 | 2610 25Th Street, Columbus, 47201, PA | Lease | FF&E | 4/30/2025 |
| 66 | United Indy Investments LLC | Jo-Ann Stores LLC | 2229 | 10030 East Washington Street, Indianapolis, 46229, IN | Lease | FF&E | 4/30/2025 |
| 67 | Lake Park Investors, LLC | Jo-Ann Stores LLC | 566 | 4333 Franklin St, Michigan City, 46360, FL | Lease | FF&E | 4/30/2025 |
| 68 | 259 Indiana Holding, LLC | Jo-Ann Stores LLC | 328 | 1129 N Baldwin Ave Ste 32, Marion, 46952, NY | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 69 | PLYMOUTH CENTER LIMITED PARTNERSHIP | Jo-Ann Stores LLC | 889 | 1406 Pilgrim Lane, Plymouth, 46563, OH | Lease | FF&E | 4/30/2025 |
| 70 | Vincennes Center, LLC | Jo-Ann Stores LLC | 899 | 630 Niblack Blvd # 6, Vincennes, 47591, NY | Lease | FF&E | 4/30/2025 |
| 71 | Angola Square, LLC | Jo-Ann Stores LLC | 995 | 2010 N Wayne St Ste G, Angola, 46703, FL | Lease | FF&E | 4/30/2025 |
| 72 | Regency Central Indiana, LLC | Jo-Ann Stores LLC | 2439 | 1224 James Ave, Bedford, 47421, IN | Lease | FF&E | 4/30/2025 |
| 73 | Regency Jasper LLC | Jo-Ann Stores LLC | 2515 | 3703 N. Newton St, Jasper, 47546, IN | Lease | FF&E | 4/30/2025 |
| 74 | Broadmoor Plaza Indiana, LLC | Jo-Ann Stores LLC | 2424 | 1131 E. Ireland Road, South Bend, 46614, VA | Lease | FF&E | 4/30/2025 |
| 75 | Park Plaza Joint Venture, LLC | Jo-Ann Stores LLC | 2481 | 2108 W 27Th Street, Lawrence, 66047, MO | Lease | FF&E | 4/30/2025 |
| 76 | Central Mall Realty Holdings, LLC | Jo-Ann Stores LLC | 1046 | 2259 S 9Th St Ste 38, Salina, 67401, KS | Lease | FF&E | 4/30/2025 |
| 77 | The Rouse Companies, LLC | Jo-Ann Stores LLC | 2489 | 219 Towne Drive, Elizabethtown, 42701, KY | Lease | FF&E | 4/30/2025 |
| 78 | ATC Glimcher, LLC | Jo-Ann Stores LLC | 2392 | 500 Winchester Ave, Suite 700, Ashland, 41101, OH | Lease | FF&E | 4/30/2025 |
| 79 | New Port Richey Development Company LLC | Jo-Ann Stores LLC | 2343 | 14569 N Us Highway 25 E, Unit 26, Corbin, 40701, OH | Lease | FF&E | 4/30/2025 |
| 80 | BARREN RIVER PLAZA PROJECT, LLC | Jo-Ann Stores LLC | 2419 | 376 North L Rogers Wells Blvd, Glasgow, 42141, KY | Lease | FF&E | 4/30/2025 |
| 81 | ARG OTOWEKY001, LLC | Jo-Ann Stores LLC | 2233 | 5241 Frederica St. Space #3, Owensboro, 42301, IL | Lease | FF&E | 4/30/2025 |
| 82 | Monroe Retail Group LLC | Jo-Ann Stores LLC | 2486 | 1804 Macarthur Blvd, Alexandria, 71301, TX | Lease | FF&E | 4/30/2025 |
| 83 | Woodmont Criterion Slidell GP LLC | Jo-Ann Stores LLC | 2363 | 105 Northshore Blvd Suite 135, Slidell, 70460, TX | Lease | FF&E | 4/30/2025 |
| 84 | Lake Charles PC, L.P. | Jo-Ann Stores LLC | 2508 | 91 Westbank Expressway Ste 490, Gretna, 70053, TX | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 85 | Louisiana Revitalization Fund, LLC | Jo-Ann Stores LLC | 2504 | 6634 Youree Drive, Shreveport, 71105, LA | Lease | FF&E | 4/30/2025 |
| 86 | CTS Fiduciary, LLC, Trustee, | Jo-Ann Stores LLC | 814 | 665 Iyannough Rd, Hyannis, 02601, MA | Lease | FF&E | 4/30/2025 |
| 87 | Shri Swamine LLC | Jo-Ann Stores LLC | 1610 | 436 Broadway, Methuen, 01844, MA | Lease | FF&E | 4/30/2025 |
| 88 | Dartmouth Marketplace Associates, L.L.C. | Jo-Ann Stores LLC | 177 | 454 State Rd, North Dartmouth, 02747, GA | Lease | FF&E | 4/30/2025 |
| 89 | RSS WFRBS2011-C3 - DE PMHN, LLC (Hampshire Mall) | Jo-Ann Stores LLC | 1609 | 367 Russell St Ste A06, Hadley, 01035, NY | Lease | FF&E | 4/30/2025 |
| 90 | Leo MA Mall, LLC | Jo-Ann Stores LLC | 1879 | 100 Commercial Rd Space H, Leominster, 01453, GA | Lease | FF&E | 4/30/2025 |
| 91 | LaVale Plaza LLC | Jo-Ann Stores LLC | 640 | 1313 National Hwy, Lavale, 21502, MD | Lease | FF&E | 4/30/2025 |
| 92 | G.B. Mall Limited Partnership | Jo-Ann Stores LLC | 123 | 6200 Greenbelt Rd, Greenbelt, 20770, MD | Lease | FF&E | 4/30/2025 |
| 93 | Brandywine Crossing SC LLC | Jo-Ann Stores LLC | 2148 | 15920 Crain Highway Se, Brandywine, 20613, NJ | Lease | FF&E | 4/30/2025 |
| 94 | Fox Run Limited Partnership | Jo-Ann Stores LLC | 2381 | 521 N. Solomon'S Island Rd, Ste 34, Prince Frederick, 20678, PA | Lease | FF&E | 4/30/2025 |
| 95 | EVP Auburn, LLC and 730 Center Street Realty, LLC | Jo-Ann Stores LLC | 875 | 732 Center St, Auburn, 04210, MA | Lease | FF&E | 4/30/2025 |
| 96 | Oak Valley Centre, LLC | Jo-Ann Stores LLC | 176 | 2897 Oak Valley Dr, Ann Arbor, 48103, MI | Lease | FF&E | 4/30/2025 |
| 97 | Sand Capital VI LLC | Jo-Ann Stores LLC | 492 | 2950 Center Ave, Essexville, 48732, IN | Lease | FF&E | 4/30/2025 |
| 98 | Fort Gratiot Retail, LLC | Jo-Ann Stores LLC | 351 | 4405 24Th Ave, Fort Gratiot, 48059, MI | Lease | FF&E | 4/30/2025 |
| 99 | 4107 Telegraph, LLC | Jo-Ann Stores LLC | 733 | 4107 Telegraph Rd, Bloomfield Hills, 48302, MI | Lease | FF&E | 4/30/2025 |
| 100 | N & H Lapeer Limited Partnership. | Jo-Ann Stores LLC | 753 | 1865 W Genesee St, Lapeer, 48446, MI | Lease | FF&E | 4/30/2025 |