## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Port Angeles Plaza Associates, LLC | Jo-Ann Stores LLC | 802 | 150 Port Angeles Plz, Port Angeles, 98362, WA | Lease | FF&E | 4/30/2025 |
| 2 | ML 96000 LLC | Jo-Ann Stores LLC | 2443 | 1020 Stratford Road, Moses Lake, 98837, WA | Lease | FF&E | 4/30/2025 |
| 3 | KHP Limited Partnership | Jo-Ann Stores LLC | 354 | 25810 104Th Ave Se, Kent, 98030, WA | Lease | FF&E | 4/30/2025 |
| 4 | D & C Wong I, LLC | Jo-Ann Stores LLC | 793 | 2823 Ne Sunset Blvd, Renton, 98056, WA | Lease | FF&E | 4/30/2025 |
| 5 | D & H Hawley LLC | Jo-Ann Stores LLC | 1711 | 2217 Nw 57Th St, Seattle, 98107, WA | Lease | FF&E | 4/30/2025 |
| 6 | Wittman Wenatchee LLC | Jo-Ann Stores LLC | 1700 | 300 Valley Mall Pkwy, East Wenatchee, 98802, WA | Lease | FF&E | 4/30/2025 |
| 7 | SUSO 4 Forest LP | Jo-Ann Stores LLC | 2187 | 806 West Johnson Street, Fond Du Lac, 54935, ON | Lease | FF&E | 4/30/2025 |
| 8 | Silvernail Associates Limited Partnership | Jo-Ann Stores LLC | 324 | 2020 Silvernail Rd, Pewaukee, 53072, WI | Lease | FF&E | 4/30/2025 |
| 9 | Packard Plaza Partners, LLC | Jo-Ann Stores LLC | 862 | 5656 S Packard Ave, Cudahy, 53110, MA | Lease | FF&E | 4/30/2025 |
| 10 | Niemann Holdings, LLC | Jo-Ann Stores LLC | 728 | 401 Bernard St, Watertown, 53094, IL | Lease | FF&E | 4/30/2025 |
| 11 | Plover WI Holdings, LLC | Jo-Ann Stores LLC | 2215 | 1150 Meridian Drive, Plover, 54467, NJ | Lease | FF&E | 4/30/2025 |
| 12 | 1645 N. Spring Street, LLC | Jo-Ann Stores LLC | 2327 | 1645 North Spring St., Beaver Dam, 53916, WI | Lease | FF&E | 4/30/2025 |
| 13 | Marshfield Centre, LLC | Jo-Ann Stores LLC | 2487 | 1919 N Central Avenue, Marshfield, 54449, WI | Lease | FF&E | 4/30/2025 |
| 14 | Pine Tree Partners, LLC | Jo-Ann Stores LLC | 2517 | 2402 Roosevelt Road, Marinette, 54143, WI | Lease | FF&E | 4/30/2025 |
| 15 | Raleigh Enterprises, LLC | Jo-Ann Stores LLC | 2450 | 4293 Robert C. Byrd Drive, Beckley, 25801, PA | Lease | FF&E | 4/30/2025 |
| 16 | The PM Company | Jo-Ann Stores LLC | 363 | 2311 Ohio Ave Unit C, Parkersburg, 26101, WV | Lease | FF&E | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| 17 | Alturas White Mountain, LLC | Jo-Ann Stores LLC | 2366 | 2441 Foothill Blvd, Suite 5, Rock Springs, 82901, ID | Lease | FF&E | 4/30/2025 |
|---|---|---|---|---|---|---|---|
| 18 | Acacia-Tucson, LLC | Jo-Ann Stores LLC | 2302 | 4380 N. Oracle Rd. Ste 150, Tucson, 85705, AZ | Lease | FF&E | 4/30/2025 |
| 19 | PNS Stores, Inc. | Jo-Ann Stores LLC | 1886 | 1410 E Plaza Blvd Ste A, National City, 91950, OH | Lease | FF&E | 4/30/2025 |
| 20 | HV Center LLC | Jo-Ann Stores LLC | 132 | 1328 Hooksett Rd, Hooksett, 03106, NJ | Lease | FF&E | 4/30/2025 |
| 21 | G & G Development Company | Jo-Ann Stores LLC | 557 | 35535 Kenai Spur Hwy, Soldotna, 99669, AK | Lease | FF&E | 4/30/2025 |
| 22 | Park Plaza, Inc. | Jo-Ann Stores LLC | 866 | 789 Hebron Rd, Heath, 43056, SC | Lease | FF&E | 4/30/2025 |
| 23 | Southaven Town Center II, LLC | Jo-Ann Stores LLC | 1874 | 6535 Towne Center Crossing, Southaven, 38671, TN | Lease | FF&E | 4/30/2025 |
| 24 | Brixmor SPE 5, LLC | Jo-Ann Stores LLC | 2198 | 441 E Roosevelt Rd Space #410, Lombard, 60148, PA | Lease | FF&E | 4/30/2025 |
| 25 | Paradise Atlantic Holdings, LLC | Jo-Ann Stores LLC | 2580 | 4437 Commons Dr., Destin, 32541, AZ | Lease | FF&E | 4/30/2025 |
| 26 | Shoppes at River Crossing, LLC | Jo-Ann Stores LLC | 1891 | 5080 Riverside Dr Ste 1300, Macon, 31210, IL | Lease | FF&E | 4/30/2025 |
| 27 | APSC, LLC | Jo-Ann Stores LLC | 245 | 150 Jennifer Rd Ste C, Annapolis, 21401, GA | Lease | FF&E | 4/30/2025 |
| 28 | Gateway Fashion Mall, LLC | Jo-Ann Stores LLC | 2243 | 2700 State Street, Suite C, Bismarck, 58503, CA | Lease | FF&E | 4/30/2025 |
| 29 | PZ Southland Limited Partnership | Jo-Ann Stores LLC | 970 | 513 Clairton Blvd, Pittsburgh, 15236, NY | Lease | FF&E | 4/30/2025 |

2