# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | STEPHANIE BREWER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321034 - DATED 11/26/2019 | 4/30/2025 |
| 2 | SANDY STUDIOS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327729 - DATED 07/19/2024 | 4/30/2025 |
| 3 | JANE FOODS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320151 - DATED 08/06/2019 | 4/30/2025 |
| 4 | JEAN SALATA | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/08/2022 | 4/30/2025 |
| 5 | JEAN SALATA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C227774 - DATED 05/01/2019 | 4/30/2025 |
| 6 | CANTEEN OF FRESNO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C287666 - DATED 08/28/2013 | 4/30/2025 |
| 7 | ANN MARIE ELABAN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/15/2023 | 4/30/2025 |
| 8 | ANN MARIE ELABAN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321934 - DATED 06/15/2020 | 4/30/2025 |
| 9 | BULLSEYE ACTIVEWEAR INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 03/16/2024 | 4/30/2025 |
| 10 | KATHLEEN MYERS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/28/2024 | 4/30/2025 |
| 11 | ALLISON KATHLEEN FERDINAND | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321664 - DATED 04/08/2020 | 4/30/2025 |
| 12 | ALLISON KATHLEEN FERDINAND | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/08/2023 | 4/30/2025 |
| 13 | 86 LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327022 - DATED 12/10/2023 | 4/30/2025 |
| 14 | LAKE ERIE GRAPHICS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/15/2023 | 4/30/2025 |
| 15 | INTRALINKS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C298791 - DATED 09/06/2018 | 4/30/2025 |
| 16 | THE DOER & THE DREAMER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326098 - DATED 05/01/2024 | 4/30/2025 |
| 17 | JULIA BARTELS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327726 - DATED 07/18/2024 | 4/30/2025 |
| 18 | SUAVE GLOBAL LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327455 - DATED 04/24/2024 | 4/30/2025 |
| 19 | ALISSAH ASHTON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325395 - DATED 08/01/2022 | 4/30/2025 |
| 20 | KARLY JASPER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324096 - DATED 02/01/2022 | 4/30/2025 |
| 21 | PACKAGING CONSULTANTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325235 - DATED 09/09/2022 | 4/30/2025 |
| 22 | CAROLE A BIXLER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C306038 - DATED 07/21/2017 | 4/30/2025 |
| 23 | CAROLE A BIXLER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 07/20/2023 | 4/30/2025 |
| 24 | BETH E RICHENBACHER-LUTZ | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316568 - DATED 11/29/2017 | 4/30/2025 |
| 25 | BETH E RICHENBACHER-LUTZ | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/28/2023 | 4/30/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 26 | SUSAN E CUDWORTH | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321667 - DATED 04/09/2020 | 4/30/2025 |
| 27 | SUSAN E CUDWORTH | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/09/2020 | 4/30/2025 |
| 28 | AMY NGUYEN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327287 - DATED 02/20/2024 | 4/30/2025 |
| 29 | REMYGIRL REWORKS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322915 - DATED 03/26/2021 | 4/30/2025 |
| 30 | ANTWAN STEELE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326914 - DATED 09/19/2023 | 4/30/2025 |
| 31 | KORTO MOMOLU BRIGGS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323723 - DATED 08/31/2021 | 4/30/2025 |
| 32 | MOLLYKATE CLINE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326935 - DATED 09/19/2023 | 4/30/2025 |
| 33 | SAMANTHA BOWER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325497 - DATED 11/28/2022 | 4/30/2025 |
| 34 | PREMIER BIOTECH LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2023 | 4/30/2025 |
| 35 | PREMIER BIOTECH LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 4/30/2025 |
| 36 | ARC DOCUMENT SOLUTIONS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2023 | 4/30/2025 |
| 37 | ARC DOCUMENT SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325691 - DATED 01/09/2023 | 4/30/2025 |
| 38 | AMERICAN MINORITY BUSINESS FORMS IN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/22/2024 | 4/30/2025 |
| 39 | SARAH JAMES | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322814 - DATED 04/04/2021 | 4/30/2025 |
| 40 | SARAH JAMES | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/04/2024 | 4/30/2025 |
| 41 | MARGARET MOORE | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 08/12/2022 | 4/30/2025 |
| 42 | MARGARET MOORE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325138 - DATED 08/12/2022 | 4/30/2025 |
| 43 | ELLA CLAUSEN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327727 - DATED 07/16/2024 | 4/30/2025 |
| 44 | MIRANDA OLSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327525 - DATED 01/20/2024 | 4/30/2025 |
| 45 | LOUIS BORIA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324038 - DATED 02/01/2022 | 4/30/2025 |
| 46 | MAMMA BEAR SAYS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327465 - DATED 04/19/2024 | 4/30/2025 |
| 47 | NANCY VALOCIK | Jo-Ann Stores, LLC | Master Service Agreement Dated 05/26/2022 | 4/30/2025 |
| 48 | Nancy Valocik | Jo-Ann Stores, LLC | Master Service Agreement Dated 05/26/2022 | 4/30/2025 |
| 49 | NICE COSAS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327596 - DATED 06/05/2024 | 4/30/2025 |
| 50 | RENEE FROERER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/15/2023 | 4/30/2025 |
| 51 | RENEE FROERER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321933 - DATED 06/15/2020 | 4/30/2025 |
| 52 | KENJAH BATTLE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326923 - DATED 09/19/2023 | 4/30/2025 |
| 53 | SARA CANDLE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C295046 - DATED 06/05/2019 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 54 | SARA CANDLE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327682 - DATED 06/21/2022 | 4/30/2025 |
| 55 | MARGARET DONIS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327682 - DATED 07/01/2024 | 4/30/2025 |
| 56 | SAMANTHA MURRAY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327518 - DATED 05/22/2024 | 4/30/2025 |
| 57 | MARTHA PLANK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322703 - DATED 02/05/2021 | 4/30/2025 |
| 58 | MARTHA PLANK | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/05/2024 | 4/30/2025 |
| 59 | JEREMY PYTEL | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/02/2023 | 4/30/2025 |
| 60 | OCS TECHNOLOGIES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C103039 - DATED 09/21/2018 | 4/30/2025 |
| 61 | BENJAMIN P MILLETT | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327364 - DATED 04/01/2024 | 4/30/2025 |
| 62 | MARCIA SPENCER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327725 - DATED 07/16/2024 | 4/30/2025 |
| 63 | MONICA TETTEH | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323170 - DATED 07/01/2021 | 4/30/2025 |
| 64 | THE OHIO DESK COMPANY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C301323 - DATED 06/07/2021 | 4/30/2025 |
| 65 | THE OHIO DESK COMPANY | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 06/07/2023 | 4/30/2025 |
| 66 | ALEXA KEMP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327501 - DATED 04/15/2024 | 4/30/2025 |
| 67 | NICOLE SCHNEIDER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/18/2024 | 4/30/2025 |
| 68 | NICOLE SCHNEIDER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322754 - DATED 02/18/2021 | 4/30/2025 |
| 69 | JENNIFER LAHMERS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/16/2022 | 4/30/2025 |
| 70 | JENNIFER LAHMERS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319656 - DATED 04/15/2019 | 4/30/2025 |
| 71 | TINA CARTER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/23/2022 | 4/30/2025 |
| 72 | THE PICKERELITE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321743 - DATED 09/01/2019 | 4/30/2025 |
| 73 | CALLIE N. MARSCH | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/07/2023 | 4/30/2025 |
| 74 | ETRADE FINANCIAL CORP SERV | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/01/2021 | 4/30/2025 |
| 75 | IRENE DENTON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327910 - DATED 07/30/2024 | 4/30/2025 |
| 76 | MEGAN MILVET | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313668 - DATED 08/03/2019 | 4/30/2025 |
| 77 | MEGAN MILVET | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/05/2021 | 4/30/2025 |
| 78 | CIW LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323513 - DATED 10/05/2021 | 4/30/2025 |
| 79 | ASHLYN HERRON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C328074 - DATED 11/22/2024 | 4/30/2025 |
| 80 | CHELSEA REAGAN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C328047 - DATED 11/13/2024 | 4/30/2025 |
| 81 | JOANNE YUSUF | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327989 - DATED 11/13/2024 | 4/30/2025 |
| 82 | KELLY OESTER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327945 - DATED 09/27/2024 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 83 | PERSONNEL RESEARCH & DEVEL. CORP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/15/2024 | 4/30/2025 |
| 84 | PERSONNEL RESEARCH & DEVEL. CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304210 - DATED 04/18/2024 | 4/30/2025 |
| 85 | RED CHAIR ON A GREEN HILL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327286 - DATED 03/01/2024 | 4/30/2025 |
| 86 | SARAH FORMAN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327947 - DATED 10/04/2024 | 4/30/2025 |
| 87 | WAYNE HWANG | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C328065 - DATED 11/21/2024 | 4/30/2025 |
| 88 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/01/2024 | 4/30/2025 |
| 89 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/08/2024 | 4/30/2025 |
| 90 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/30/2024 | 4/30/2025 |
| 91 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2024 | 4/30/2025 |
| 92 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/11/2024 | 4/30/2025 |
| 93 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/13/2024 | 4/30/2025 |
| 94 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/01/2024 | 4/30/2025 |
| 95 | PERFORMANCE HORIZON GROUP LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326762 - DATED 10/01/2023 | 4/30/2025 |
| 96 | BUCKEYE POWER SALES CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/18/2022 | 4/30/2025 |
| 97 | DOOLEY & MACK CONSTRUCTORS OF GEORGIA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C151578 - DATED 07/07/2014 | 4/30/2025 |
| 98 | EMERGETECH LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/03/2020 | 4/30/2025 |
| 99 | ESTES EXPRESS LINES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/10/2020 | 4/30/2025 |
| 100 | Estes Express Lines | Jo-Ann Stores, LLC | Master Service Agreement Dated 08/10/2020 | 4/30/2025 |

4