# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | GLOBAL EQUIPMENT COMPANY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C227040 - DATED 10/07/2015 | 4/30/2025 |
| 2 | MANSFIELD OIL CO OF GAINESVILLE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/14/2021 | 4/30/2025 |
| 3 | RAY GLASS BATTERIES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/01/2022 | 4/30/2025 |
| 4 | PRO MACH INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/06/2022 | 4/30/2025 |
| 5 | PRECISION FORKLIFT | Jo-Ann Stores, LLC | Master Service Agreement Dated 01/30/2023 | 4/30/2025 |
| 6 | WOOD INVESTMENT PROPERTY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/09/2023 | 4/30/2025 |
| 7 | SACKETT SYSTEMS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/17/2023 | 4/30/2025 |
| 8 | HAJOCA CORPORATION | Jo-Ann Stores, LLC | HVAC & PLUMBING SUPPLIES SERVICE AGREEMENT DATED 07/05/2023 | 4/30/2025 |
| 9 | HAJOCA CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315898 - DATED 07/31/2017 | 4/30/2025 |
| 10 | H & E STEEL | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/07/2023 | 4/30/2025 |
| 11 | ALPINE POWER SYSTEMS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/25/2023 | 4/30/2025 |
| 12 | POLLOCK INVESTMENTS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/18/2024 | 4/30/2025 |
| 13 | POLLOCK INVESTMENTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2023 | 4/30/2025 |
| 14 | POLLOCK INVESTMENTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C293607 - DATED 06/18/2013 | 4/30/2025 |
| 15 | CENTRAL ALABAMAWORKS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/27/2023 | 4/30/2025 |
| 16 | KINGS PETROLEUM LLC | Jo-Ann Stores, LLC | FUEL SERVICE AGREEMENT DATED 10/10/2022 | 4/30/2025 |
| 17 | 2MARKET VISUALS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/07/2023 | 4/30/2025 |
| 18 | URGENCARE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/21/2023 | 4/30/2025 |
| 19 | MCPC INC | Jo-Ann Stores, LLC | IT MANAGED SERVICES AGREEMENT DATED 05/21/2023 | 4/30/2025 |
| 20 | VERTIV CORPORATION | Jo-Ann Stores, LLC | IT SERVICE AGREEMENT DATED 07/12/2024 | 4/30/2025 |
| 21 | VERTIV CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/09/2024 | 4/30/2025 |
| 22 | VERTIV CORPOPRATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C109661 - DATED 06/05/2019 | 4/30/2025 |
| 23 | PRATT CORRUGATED HOLDINGS | Jo-Ann Stores, LLC | Master Service Agreement Dated 03/05/2021 | 4/30/2025 |
| 24 | Pratt Corrugated Holdings | Jo-Ann Stores, LLC | Extension Dated 03/05/2022 | 4/30/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 25 | PRATT CORRUGATED HOLDINGS | Jo-Ann Stores, LLC | Master Agreement Dated 03/05/2021 | 4/30/2025 |
| 26 | FOCAL POINT PROCUREMENT SOLUTIONS I | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/01/2024 | 4/30/2025 |
| 27 | ACCORDION PARTNERS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/14/2024 | 4/30/2025 |
| 28 | ACCORDION PARTNERS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/28/2024 | 4/30/2025 |
| 29 | LEASE ADMINIST SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313467 - DATED 06/01/2016 | 4/30/2025 |
| 30 | LEASE ADMINIST SOLUTIONS LLC | Jo-Ann Stores, LLC | THIRD-PARTY LEASE AUDIT SERVICES AGREEMENT DATED 06/01/2020 | 4/30/2025 |
| 31 | SYMPHONY GROUP LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C215808 - DATED 06/01/2016 | 4/30/2025 |
| 32 | SYMPHONY GROUP LLC | Jo-Ann Stores, LLC | THIRD-PARTY LEASE AUDIT SERVICES AGREEMENT DATED 06/01/2020 | 4/30/2025 |
| 33 | ERNST & YOUNG LLP | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/25/2020 | 4/30/2025 |
| 34 | ERNST & YOUNG LLP | Jo-Ann Stores, LLC | TAX ADVISORY SERVICES AGREEMENT DATED 09/29/2021 | 4/30/2025 |
| 35 | ERNST & YOUNG LLP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C229728FNC - DATED 06/08/2021 | 4/30/2025 |
| 36 | ERNST & YOUNG LLP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 08/26/2024 | 4/30/2025 |
| 37 | AMAZON CAPITAL SERVICES | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316603 - DATED 01/01/2018 | 4/30/2025 |
| 38 | TAX COMPLIANCE INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 39 | TAX COMPLIANCE INC | Jo-Ann Stores, LLC | TAX SERVICES AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 40 | TAX COMPLIANCE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C242432 - DATED 02/27/2012 | 4/30/2025 |
| 41 | EMAILAGE CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318934 - DATED 12/18/2018 | 4/30/2025 |
| 42 | ACCESS FLOOR SPECIALISTS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C213366 - DATED 04/08/2022 | 4/30/2025 |
| 43 | ACCESS FLOOR SPECIALISTS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 08/31/2023 | 4/30/2025 |
| 44 | AIR RITE SERVICE SUPPLY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C214477 - DATED 05/10/2018 | 4/30/2025 |
| 45 | AIR RITE SERVICE SUPPLY | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/19/2023 | 4/30/2025 |
| 46 | A-MEZZ INDUST STRUCTURES LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/25/2024 | 4/30/2025 |
| 47 | A-MEZZ INDUST STRUCTURES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C312684 - DATED 07/08/2022 | 4/30/2025 |
| 48 | AMIGO MOBILITY CENTER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284576 - DATED 06/18/2016 | 4/30/2025 |

2

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 49 | CINTAS CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319541 - DATED 04/14/2015 | 4/30/2025 |
| 50 | CINTAS CORP NO 2 OFC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/16/2023 | 4/30/2025 |
| 51 | CINTAS CORP NO 2 OFC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323295 - DATED 07/26/2021 | 4/30/2025 |
| 52 | CONSTRUCTION ONE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C292777 - DATED 02/01/2016 | 4/30/2025 |
| 53 | DOOLEY & MACK CONSTRUCTORS OF GEORGIA INC | Jo-Ann Stores, LLC | NEW STORE CONSTRUCTION SERVICE AGREEMENT DATED 03/01/2023 | 4/30/2025 |
| 54 | NATIONAL CART CO LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/12/2022 | 4/30/2025 |
| 55 | PREFERRED TANK & TOWER MAINT | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319082 - DATED 04/01/2020 | 4/30/2025 |
| 56 | ROSS ENVIRONMENTAL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315140 - DATED 05/30/2017 | 4/30/2025 |
| 57 | ROSS ENVIRONMENTAL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/30/2020 | 4/30/2025 |
| 58 | THE LEMON GROUP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323113 - DATED 06/03/2021 | 4/30/2025 |
| 59 | THE LEMON GROUP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 06/03/2022 | 4/30/2025 |
| 60 | WESTMORELAND BUILDERS LLC | Jo-Ann Stores, LLC | CONSTRUCTION SERVICES AGREEMENT DATED 10/17/2023 | 4/30/2025 |
| 61 | WESTMORELAND BUILDERS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307312 - DATED 01/01/2016 | 4/30/2025 |
| 62 | GRAND & BENEDICTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C146566 - DATED 05/10/2015 | 4/30/2025 |
| 63 | GRAND & BENEDICTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/01/2022 | 4/30/2025 |
| 64 | A-C ELECTRIC COMPANY | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/15/2024 | 4/30/2025 |
| 65 | A-C ELECTRIC COMPANY | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/10/2024 | 4/30/2025 |
| 66 | AG ENGINEERING & CONTRACT LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 67 | ALBERT HERMAN DRAPERIES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/14/2023 | 4/30/2025 |
| 68 | AMIGO MOBILITY CENTER | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/01/2023 | 4/30/2025 |
| 69 | AMIGO MOBILITY CENTER | Jo-Ann Stores, LLC | STORE DEVELOPMENT SERVICE AGREEMENT DATED 03/20/2024 | 4/30/2025 |
| 70 | CALIBER 1 CONSTRUCTION INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |

3

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 71 | CAP & ASSOCIATES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/19/2023 | 4/30/2025 |
| 72 | CENTIMARK CORPORATION | Jo-Ann Stores, LLC | ROOFING SERVICE AGREEMENT DATED 04/21/2024 | 4/30/2025 |
| 73 | CENTRAL FLOORING & ACOUSTICS INC | Jo-Ann Stores, LLC | FLOORING SERVICE AGREEMENT DATED 03/01/2021 | 4/30/2025 |
| 74 | CENTRAL FLOORING & ACOUSTICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C280760 - DATED 05/01/2014 | 4/30/2025 |
| 75 | CISCO AIR SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 11/09/2024 | 4/30/2025 |
| 76 | CISCO AIR SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 04/01/2023 | 4/30/2025 |
| 77 | CISCO AIR SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C217598 - DATED 12/22/2017 | 4/30/2025 |
| 78 | COMPLIANCESIGNS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/16/2022 | 4/30/2025 |
| 79 | CONSTRUCTION ONE INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 02/01/2022 | 4/30/2025 |
| 80 | CREATIVE SAFETY SUPPLY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/08/2022 | 4/30/2025 |
| 81 | DOOLEY & MACK CONSTRUCTORS | Jo-Ann Stores, LLC | Service Agreement Dated 07/07/2014 | 4/30/2025 |
| 82 | EMERALD ENVIRONMENTAL INC | Jo-Ann Stores, LLC | ENVIRONMENTAL SERVICE AGREEMENT DATED 03/18/2024 | 4/30/2025 |
| 83 | FACILITY CONCEPTS INC | Jo-Ann Stores, LLC | FURNITURE SUPPLY AGREEMENT DATED 01/01/2023 | 4/30/2025 |
| 84 | FAIR TRADE USA | Jo-Ann Stores, LLC | LICENSE AGREEMENT DATED 06/16/2023 | 4/30/2025 |
| 85 | FIORILLI CONSTRUCTION INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 86 | FIORILLI CONSTRUCTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315742 - DATED 05/01/2017 | 4/30/2025 |
| 87 | FRAZIER INDUSTRIAL COMPANY | Jo-Ann Stores, LLC | SUPPLIES SERVICE AGREEMENT DATED 02/04/2023 | 4/30/2025 |
| 88 | HARMON ENGINEERING & CONT CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/18/2024 | 4/30/2025 |
| 89 | HARMON ENGINEERING & CONT CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 04/08/2024 | 4/30/2025 |
| 90 | HARMON ENGINEERING & CONT CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C317938 - DATED 06/19/2018 | 4/30/2025 |
| 91 | HARMON ENGINEERING & CONT CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/10/2024 | 4/30/2025 |
| 92 | IEC GROUP INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2023 | 4/30/2025 |

4

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 93 | INTERNATIONAL BALER CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/01/2023 | 4/30/2025 |
| 94 | JIMS TOWING SERVICE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/10/2023 | 4/30/2025 |
| 95 | KENMORE CONSTRUCTION CO INC | Jo-Ann Stores, LLC | CONSTRUCTION SERVICES AGREEMENT DATED 11/01/2022 | 4/30/2025 |
| 96 | MARKET DOJO LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 07/12/2024 | 4/30/2025 |
| 97 | MC CONSTRUCTION MGT INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 98 | METTLER TOLEDO LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/22/2024 | 4/30/2025 |
| 99 | MICROMARKETING INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/11/2021 | 4/30/2025 |
| 100 | MIDWEST BIOCLEAN INC. | Jo-Ann Stores, LLC | BIOHAZARD SERVICE AGREEMENT DATED 04/01/2024 | 4/30/2025 |