# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | AKROSTEAM CBAM INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321851 - DATED 05/18/2020 | 4/30/2025 |
| 2 | AKROSTEAM CBAM INC | Jo-Ann Stores, LLC | CARPET AND WINDOW SERVICE AGREEMENT DATED 05/18/2023 | 4/30/2025 |
| 3 | GLAZING SYSTEMS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/25/2023 | 4/30/2025 |
| 4 | PERRIN ASPHALT COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C295354 - DATED 01/07/2015 | 4/30/2025 |
| 5 | PERRIN ASPHALT COMPANY INC | Jo-Ann Stores, LLC | ASPHALT & CONCRETE SERVICES AGREEMENT DATED 01/02/2023 | 4/30/2025 |
| 6 | PERRIN ASPHALT COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 01/02/2023 | 4/30/2025 |
| 7 | PACKAGING CONSULTANTS INC | Jo-Ann Stores, LLC | STORE DEVELOPMENT SERVICE AGREEMENT DATED 07/10/2024 | 4/30/2025 |
| 8 | AKRON AIR PRODUCTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C141970 - DATED 05/01/2014 | 4/30/2025 |
| 9 | SAFETY-KLEEN SYSTEMS INC | Jo-Ann Stores, LLC | Service Agreement Dated 10/28/2015 | 4/30/2025 |
| 10 | MARJET ENTERPRISES INC | Jo-Ann Stores, LLC | SSC PAGING SYSTEM SERVICE AGREEMENT DATED 11/02/2022 | 4/30/2025 |
| 11 | AA BLUEPRINT COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C143749 - DATED 01/03/2014 | 4/30/2025 |
| 12 | NORTH AMERICAN PLASTICS & CHEMICALS | Jo-Ann Stores, LLC | Master Service Agreement Dated 12/17/2021 | 4/30/2025 |
| 13 | NORTH AMERICAN PLASTICS & CHEMICALS | Jo-Ann Stores, LLC | Master Service Agreement Dated 12/17/2021 | 4/30/2025 |
| 14 | CIW LLC | Jo-Ann Stores, LLC | PROMOTIONAL SERVICES AGREEMENT DATED 10/05/2022 | 4/30/2025 |
| 15 | EXCELSIOR CONSTRUCTION & REM, LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/24/2024 | 4/30/2025 |
| 16 | SLACK TECHNOLOGIES INC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 03/01/2021 | 4/30/2025 |
| 17 | MATTHEWS AUTOMATION SOLUTIONS | Jo-Ann Stores, LLC | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 10/04/2024 | 4/30/2025 |
| 18 | MCPC INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307901 - DATED 05/21/2014 | 4/30/2025 |
| 19 | TEKSYSTEMS GLOBAL SERV LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/01/2021 | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 20 | TEKSYSTEMS GLOBAL SERV LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/03/2020 | 4/30/2025 |
| 21 | TEKSYSTEMS GLOBAL SERV LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/03/2020 | 4/30/2025 |
| 22 | /N SOFTWARE INC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 03/15/2021 | 4/30/2025 |
| 23 | ALITHYA RANZAL LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/18/2021 | 4/30/2025 |
| 24 | CONTENT SQUARE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/30/2023 | 4/30/2025 |
| 25 | DATA.AI INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 09/01/2024 | 4/30/2025 |
| 26 | RXO CAPACITY SOLUTIONS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/16/2024 | 4/30/2025 |
| 27 | SIMILARWEB INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 03/08/2024 | 4/30/2025 |
| 28 | TEK Systems | Jo-Ann Stores, LLC | Master Service Agreement Dated 05/01/2019 | 4/30/2025 |
| 29 | TEK Systems | Jo-Ann Stores, LLC | Master Service Agreement Dated 07/01/2021 | 4/30/2025 |
| 30 | TEK Systems | Jo-Ann Stores, LLC | Master Service Agreement Dated 08/03/2020 | 4/30/2025 |
| 31 | TEK Systems | Jo-Ann Stores, LLC | Master Service Agreement Dated 09/03/2020 | 4/30/2025 |
| 32 | YOTTAA INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/31/2019 | 4/30/2025 |
| 33 | YOTTAA INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 01/30/2024 | 4/30/2025 |
| 34 | FACILITYSOURCE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324721 - DATED 06/10/2022 | 4/30/2025 |
| 35 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 07/22/2024 | 4/30/2025 |
| 36 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 11/28/2023 | 4/30/2025 |
| 37 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/04/2024 | 4/30/2025 |
| 38 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/19/2024 | 4/30/2025 |
| 39 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 09/23/2024 | 4/30/2025 |
| 40 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 10/28/2024 | 4/30/2025 |
| 41 | DEPT US HOLDING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/12/2024 | 4/30/2025 |
| 42 | CRITEO CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315899 - DATED 05/01/2017 | 4/30/2025 |
| 43 | IBM CORP INC-QP3 | Jo-Ann Stores, LLC | CLOUD SERVICE AGREEMENT DATED 06/01/2023 | 4/30/2025 |
| 44 | IBM CORP INC-QP3 | Jo-Ann Stores, LLC | CLOUD SERVICE AGREEMENT DATED 06/01/2024 | 4/30/2025 |
| 45 | CRAYON SOFTWARE EXPERTS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2022 | 4/30/2025 |

2

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 46 | CRAYON SOFTWARE EXPERTS LLC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 02/01/2023 | 4/30/2025 |
| 47 | CRAYON SOFTWARE EXPERTS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321194 - DATED 06/28/2019 | 4/30/2025 |
| 48 | IMPACT ANALYTICS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/10/2023 | 4/30/2025 |
| 49 | IMPACT ANALYTICS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/20/2022 | 4/30/2025 |
| 50 | IMPACT ANALYTICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318746 - DATED 01/09/2019 | 4/30/2025 |
| 51 | IMPACT ANALYTICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318746 PROMO OPT - DATED 10/31/2018 | 4/30/2025 |
| 52 | PUBLICIS SAPIENT | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/29/2024 | 4/30/2025 |
| 53 | LIVERAMP INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 54 | LIVERAMP INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/01/2024 | 4/30/2025 |
| 55 | LIVERAMP INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 11/07/2022 | 4/30/2025 |
| 56 | KLARNA INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/01/2024 | 4/30/2025 |
| 57 | KLARNA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 12/19/2024 | 4/30/2025 |
| 58 | KLARNA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323269 - DATED 08/01/2021 | 4/30/2025 |
| 59 | LONGBOW ADVANTAGE USA INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 07/01/2024 | 4/30/2025 |
| 60 | LONGBOW ADVANTAGE USA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320900 - DATED 11/11/2019 | 4/30/2025 |
| 61 | NARVAR INC | Jo-Ann Stores, LLC | SALES & MARKETING SOFTWARE SERVICE AGREEMENT DATED 04/30/2024 | 4/30/2025 |
| 62 | NARVAR INC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 63 | NARVAR INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313769 - DATED 09/30/2016 | 4/30/2025 |
| 64 | CONNORS AND ASSOCIATES LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/03/2023 | 4/30/2025 |
| 65 | KOUNT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313635 - DATED 09/07/2016 | 4/30/2025 |
| 66 | KOUNT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/01/2023 | 4/30/2025 |
| 67 | RITHUM HOLDINGS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/03/2025 | 4/30/2025 |
| 68 | RITHUM HOLDINGS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323208 - DATED 07/27/2021 | 4/30/2025 |
| 69 | RADIUS NETWORKS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322045 - DATED 08/01/2020 | 4/30/2025 |
| 70 | UKG KRONOS SYSTEMS LLC | Jo-Ann Stores, LLC | HR SOFTWARE SERVICE AGREEMENT DATED 05/23/2024 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 71 | UKG KRONOS SYSTEMS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284280 - DATED 02/22/2013 | 4/30/2025 |
| 72 | ADVANCED COMMUNICATIONS CABLING INC | Jo-Ann Stores, LLC | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/01/2024 | 4/30/2025 |
| 73 | ADVANCED COMMUNICATIONS CABLING INC | Jo-Ann Stores, LLC | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 08/06/2024 | 4/30/2025 |
| 74 | ADVANCED COMMUNICATIONS CABLING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/07/2024 | 4/30/2025 |
| 75 | ADVANCED COMMUNICATIONS CABLING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/03/2022 | 4/30/2025 |
| 76 | ADVANCED COMMUNICATIONS CABLING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323486 - DATED 09/09/2021 | 4/30/2025 |
| 77 | FORTNA INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/14/2023 | 4/30/2025 |
| 78 | FORTNA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320674 - DATED 10/22/2019 | 4/30/2025 |
| 79 | SOCIALSIGN.IN INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/28/2019 | 4/30/2025 |
| 80 | SOCIALSIGN.IN INC | Jo-Ann Stores, LLC | SALES & MARKETING SOFTWARE SERVICE AGREEMENT DATED 04/01/2024 | 4/30/2025 |
| 81 | SEARCE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/18/2023 | 4/30/2025 |
| 82 | KYNDRYL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/23/2021 | 4/30/2025 |
| 83 | KYNDRYL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/01/2024 | 4/30/2025 |
| 84 | BRANCH METRICS INC | Jo-Ann Stores, LLC | BI & DATA ANALYTICS SERVICE AGREEMENT DATED 05/31/2023 | 4/30/2025 |
| 85 | BRANCH METRICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320067 - DATED 06/01/2020 | 4/30/2025 |
| 86 | AGILENCE, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT AMENDMENT DATED 11/20/2024 | 4/30/2025 |
| 87 | AGILENCE, INC. | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 08/01/2023 | 4/30/2025 |
| 88 | AGILENCE, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C310582 - DATED 04/01/2015 | 4/30/2025 |
| 89 | RADAR LABS INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 03/01/2024 | 4/30/2025 |
| 90 | RADAR LABS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318259 - DATED 03/01/2018 | 4/30/2025 |
| 91 | TATA CONSULTANCY SERVICES LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/01/2024 | 4/30/2025 |
| 92 | TATA CONSULTANCY SERVICES LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319820 - DATED 06/20/2019 | 4/30/2025 |
| 93 | TATA CONSULTANCY SERVICES LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319820-21 - DATED 10/14/2020 | 4/30/2025 |

4

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 94 | EMTRAIN INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 12/01/2023 | 4/30/2025 |
| 95 | EMTRAIN INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C282300 - DATED 02/01/2015 | 4/30/2025 |
| 96 | GROVE TECHNOLOGIES LLC | Jo-Ann Stores, LLC | SOFTWARE SUBSCRIPTION AGREEMENT DATED 03/01/2024 | 4/30/2025 |
| 97 | GROVE TECHNOLOGIES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C308132 - DATED 04/15/2014 | 4/30/2025 |
| 98 | MRK TECHNOLOGIES LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 01/05/2025 | 4/30/2025 |