# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: June 6, 2025 at 4:00 p.m. (ET)** |
| | **Hearing Date: June 23, 2025 at 3:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM JANUARY 15, 2025 THROUGH MARCH 31, 2025

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 4, 2025, effective as of January 15, 2025 |
| Period for which compensation and reimbursement is sought: | January 15, 2025 through March 31, 2025[2] |

| Monthly Fee Application Filing Date; ECF No. | Period Covered | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date; ECF No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 3/21/25 ECF No. 620 | 1/15/25-2/28/25 | $4,719.19 | $0.00 | 4/17/25; ECF No. 716 | $3,775.35 | $0.00 | $943.83 |
| **Total:** | | **$4,719.19** | **$0.00** | | **$3,775.35** | **$0.00** | **$943.83** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Kroll incurred de minimis fees and expenses in its capacity as administrative advisor during the month of March 2025, and thus has not yet filed a monthly fee application for that period. Kroll reserves the right to seek approval of such fees and expenses in future monthly, interim, and final fee applications.