# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: June 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 23, 2025 at 3:00 p.m. (ET)** |

## NOTICE OF FIRST INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM JANUARY 15, 2025 THROUGH MARCH 31, 2025

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; AND (III) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 552] (the "**Interim Compensation Order**"), Kroll Restructuring Administration LLC filed the attached *First Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from January 15, 2025 through March 31, 2025* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the reimbursable expenses requested without further order from the Court upon the expiration of a 21-day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **June 6, 2025 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, New York 10007, Attn: Gabriel Brunswick.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that a hearing ("**Hearing**") to consider approval of the Application will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on **June 23, 2025 at 3:00 p.m. (ET)**.  Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED TO THE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THE APPLICATION WITHOUT A HEARING.**

Dated: May 16, 2025
       New York, New York

                                KROLL RESTRUCTURING ADMINISTRATION LLC

                        By:     */s/ Gabriel Brunswick*
                                Gabriel Brunswick
                                Associate General Counsel
                                Kroll Restructuring Administration LLC
                                1 World Trade Center, 31st Floor
                                New York, NY 10007
                                Phone: (212) 257-5450
                                gabriel.brunswick@kroll.com

                                *Administrative Advisor to the Debtors*