# **Exhibit A**

**Ledger of Amounts Due**

**Tenant Ledger**

**Tenants:** Joann's
**Phone:** (614) 851-0431
**Unit:** 4600
**Property:** NEW Lincoln Village Value Center - 4600-4782 W Broad St Columbus, OH 43228
**Status:** Current
**Move in date:** 02/01/2015
**Move out date:** --
**Lease Expiration:** 08/31/2030
**Rent:** 0.00
**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | | | | 0.00 Starting Balance |
| 07/01/2019 | | CAM Payments General Income - Year End CAM Adjustments (12/31/2018) | 161.00 | | 161.00 |
| 07/01/2019 | | CAM Payments Insurance Income - Year End Insurance Adjustments (12/31/2018) | 363.64 | | 524.64 |
| 07/01/2019 | | CAM Payments Real Estate Taxes Income - 2nd half 2019 real estate taxes (06/18/2019) | 17,489.60 | | 18,014.24 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (09/01/2018) | 0.03 | | 18,014.27 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (10/01/2018) | 0.03 | | 18,014.30 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (11/01/2018) | 0.03 | | 18,014.33 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (12/01/2018) | 0.03 | | 18,014.36 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (01/01/2019) | 0.03 | | 18,014.39 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (02/01/2019) | 0.03 | | 18,014.42 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (03/01/2019) | 0.03 | | 18,014.45 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (04/01/2019) | 0.03 | | 18,014.48 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (05/01/2019) | 0.03 | | 18,014.51 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (06/01/2019) | 0.03 | | 18,014.54 |
| 07/01/2019 | | Commercial Rent Income - Rent Charge (07/01/219) | 0.03 | | 18,014.57 |
| 08/01/2019 | | Miscellaneous Income - 3% of gross sales for 2017 | 2,258.12 | | 20,272.69 |
| 08/01/2019 | | Miscellaneous Income - 3% of gross sales for 2018 | 3,386.16 | | 23,658.85 |
| 08/01/2019 | | Commercial Rent Income - August 2019 - Monthly Rent Charge | 19,214.42 | | 42,873.27 |
| 08/01/2019 | | CAM Payments General Income - August 2019 - CAM General Income | 125.81 | | 42,999.08 |
| 08/01/2019 | | CAM Payments Insurance Income - August 2019 - CAM Insurance Income | 1,827.34 | | 44,826.42 |
| 08/08/2019 | Joann's | Payment (Reference #400449943) | | 21,167.53 | 23,658.89 |
| 09/01/2019 | | Commercial Rent Income - September 2019 - Monthly Rent Charge | 19,214.42 | | 42,873.31 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/01/2019 | | CAM Payments General Income - September 2019 - CAM General Income | 125.81 | | 42,999.12 |
| 09/01/2019 | | CAM Payments Insurance Income - September 2019 - CAM Insurance Income | 1,827.34 | | 44,826.46 |
| 09/05/2019 | Joann's | Payment (Reference #400452730) | | 21,167.53 | 23,658.93 |
| 10/01/2019 | | Commercial Rent Income - October 2019 - Monthly Rent Charge | 19,214.42 | | 42,873.35 |
| 10/01/2019 | | CAM Payments General Income - October 2019 - CAM General Income | 125.81 | | 42,999.16 |
| 10/01/2019 | | CAM Payments Insurance Income - October 2019 - CAM Insurance Income | 1,827.34 | | 44,826.50 |
| 10/09/2019 | Joann's | Payment (Reference #400455657) | | 21,167.53 | 23,658.97 |
| 10/21/2019 | Joann's | Payment (Reference #2982) | | 17,489.64 | 6,169.33 |
| 11/01/2019 | | Rent Income - November 2019 - Monthly Rent Charge | 19,214.42 | | 25,383.75 |
| 11/01/2019 | | CAM Payments Insurance Income - November 2019 - CAM Insurance Income | 1,827.34 | | 27,211.09 |
| 11/01/2019 | | CAM Payments General Income - November 2019 - CAM General Income | 125.81 | | 27,336.90 |
| 11/15/2019 | Joann's | Payment rent | | 21,167.53 | 6,169.37 |
| 12/01/2019 | | Rent Income - December 2019 - Monthly Rent Charge | 19,214.42 | | 25,383.79 |
| 12/01/2019 | | CAM Payments Insurance Income - December 2019 - CAM Insurance Income | 1,827.34 | | 27,211.13 |
| 12/01/2019 | | CAM Payments General Income - December 2019 - CAM General Income | 125.81 | | 27,336.94 |
| 12/02/2019 | Joann's | Payment (Reference #400461395) rent | | 21,167.53 | 6,169.41 |
| 12/31/2019 | Joann's | Payment (Reference #400464257) rent | | 21,167.53 | -14,998.12 |
| 01/01/2020 | | Rent Income - January 2020 - Monthly Rent Charge | 19,214.42 | | 4,216.30 |
| 01/01/2020 | | CAM Payments Insurance Income - January 2020 - CAM Insurance Income | 1,827.34 | | 6,043.64 |
| 01/01/2020 | | CAM Payments General Income - January 2020 - CAM General Income | 1,827.34 | | 7,870.98 |
| 01/01/2020 | | CAM Payments Insurance Income - January 2020 CAM Payments Insurance Income was originally charged for the wrong amount ($1,827.34) on 1/1/20. A credit of $1,827.34 was given to offset the incorrect charge of $1,827.34 and this is the correct charge | 125.81 | | 7,996.79 |
| 01/01/2020 | | CAM Payments Insurance Income - January 2020 'CAM Payments Insurance Income' charge should be $125.81 but tenants were charged incorrect amount. A credit for the entire amount of the January 2020 CAM Insurance charge is being issued and a new charge for $ | -1,827.34 | | 6,169.45 |
| 02/01/2020 | | Rent Income - February 2020 - Monthly Rent Charge | 19,214.42 | | 25,383.87 |
| 02/01/2020 | | CAM Payments Insurance Income - February 2020 - CAM Insurance Income | 125.81 | | 25,509.68 |
| 02/01/2020 | | CAM Payments General Income - February 2020 - CAM General Income | 1,827.34 | | 27,337.02 |
| 02/07/2020 | Joann's | Payment (Reference #400467222) | | 21,167.53 | 6,169.49 |
| 03/01/2020 | | Rent Income - March 2020 - Monthly Rent Charge | 19,214.42 | | 25,383.91 |
| 03/01/2020 | | CAM Payments Insurance Income - March 2020 - CAM Insurance Income | 125.81 | | 25,509.72 |
| 03/01/2020 | | CAM Payments General Income - March 2020 - CAM General Income | 1,827.34 | | 27,337.06 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---:|---:|---:|
| 03/03/2020 | Joann's | Payment (Reference #400469907) | | 21,167.53 | 6,169.53 |
| 03/04/2020 | | CAM Payments Real Estate Taxes Income - 1st half 2019 real estate tax | 17,423.63 | | 23,593.16 |
| 03/06/2020 | | Miscellaneous Income - 3% gross sales for 2019 | 0.01 | | 23,593.17 |
| 04/01/2020 | | CAM Payments Insurance Income - April 2020 - CAM Insurance Income | 125.81 | | 23,718.98 |
| 04/01/2020 | | CAM Payments General Income - April 2020 - CAM General Income | 1,827.34 | | 25,546.32 |
| 04/01/2020 | | Commercial Rent Income - April 2020 - Monthly Rent Charge | 19,214.42 | | 44,760.74 |
| 04/07/2020 | Joann's | Payment (Reference #400472229) | | 1,953.15 | 42,807.59 |
| 04/22/2020 | Joann's | Payment (Reference #400472925) | | 17,423.63 | 25,383.96 |
| 04/24/2020 | | CAM Payments General Income - 2019 CAM Reconciliation | 6,114.89 | | 31,498.85 |
| 05/01/2020 | | Commercial Rent Income - May 2020 - Monthly Rent Charge | 19,214.42 | | 50,713.27 |
| 05/01/2020 | | CAM Payments Insurance Income - May 2020 - CAM General Income | 215.20 | | 50,928.47 |
| 05/01/2020 | | CAM Payments General Income - May 2020 - CAM General Income | 2,371.45 | | 53,299.92 |
| 05/04/2020 | Joann's | Payment (Reference #400473807) | | 1,953.15 | 51,346.77 |
| 05/13/2020 | | Maintenance Billback Income - Install Joann parking signs and painting post | 285.00 | | 51,631.77 |
| 06/01/2020 | | Commercial Rent Income - June 2020 - Monthly Rent Charge | 19,214.42 | | 70,846.19 |
| 06/01/2020 | | CAM Payments Insurance Income - June 2020 - CAM General Income | 215.20 | | 71,061.39 |
| 06/01/2020 | | CAM Payments General Income - June 2020 - CAM General Income | 2,371.45 | | 73,432.84 |
| 06/02/2020 | Joann's | Payment (Reference #400475432) | | 2,238.15 | 71,194.69 |
| 06/29/2020 | Joann's | Payment (Reference #400477127) | | 78,810.67 | -7,615.98 |
| 07/01/2020 | | Commercial Rent Income - July 2020 - Monthly Rent Charge | 19,214.42 | | 11,598.44 |
| 07/01/2020 | | CAM Payments Insurance Income - July 2020 - CAM General Income | 215.20 | | 11,813.64 |
| 07/01/2020 | | CAM Payments General Income - July 2020 - CAM General Income | 2,371.45 | | 14,185.09 |
| 08/01/2020 | | Commercial Rent Income - August 2020 - Monthly Rent Charge | 19,214.42 | | 33,399.51 |
| 08/01/2020 | | CAM Payments Insurance Income - August 2020 - CAM General Income | 215.20 | | 33,614.71 |
| 08/01/2020 | | CAM Payments General Income - August 2020 - CAM General Income | 2,371.45 | | 35,986.16 |
| 08/06/2020 | Joann's | Payment (Reference #400478790) | | 21,167.53 | 14,818.63 |
| 08/25/2020 | | CAM Payments Real Estate Taxes Income - 2019 2nd Half RE Tax | 17,423.63 | | 32,242.26 |
| 09/01/2020 | | Commercial Rent Income - September 2020 - Monthly Rent Charge | 20,495.33 | | 52,737.59 |
| 09/01/2020 | | CAM Payments Insurance Income - September 2020 - CAM General Income | 215.20 | | 52,952.79 |
| 09/01/2020 | | CAM Payments General Income - September 2020 - CAM General Income | 2,371.45 | | 55,324.24 |
| 09/02/2020 | Joann's | Payment (Reference #Check #400480373) | | 22,448.48 | 32,875.76 |
| 09/18/2020 | | CAM Payments General Income - 2018 & 2018 CAM Credits due to CAPS | -1,204.06 | | 31,671.70 |
| 09/21/2020 | Joann's | Payment (Reference #Check #400481271) | | 3,431.42 | 28,240.28 |
| 09/23/2020 | Joann's | Payment (Reference #Check #400481462) | | 22,598.64 | 5,641.64 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/23/2020 | Joann's | Payment (Reference #Check #400481462) | | 215.20 | 5,426.44 |
| 10/01/2020 | | Commercial Rent Income - October 2020 - Monthly Rent Charge | 20,495.33 | | 25,921.77 |
| 10/01/2020 | | CAM Payments Insurance Income - October 2020 - CAM General Income | 215.20 | | 26,136.97 |
| 10/01/2020 | | CAM Payments General Income - October 2020 - CAM General Income | 2,371.45 | | 28,508.42 |
| 10/07/2020 | Joann's | Payment (Reference #Check #400482372) October 2020 Rent/CAM | | 22,448.48 | 6,059.94 |
| 10/22/2020 | | Commercial Rent Income - Credit per Account review 2017 Gross Sales paid previously. | -2,258.94 | | 3,801.00 |
| 10/28/2020 | Joann's | Payment (Reference #Check #400483399) July 2020 Rent | | 3,801.00 | 0.00 |
| 11/01/2020 | | Commercial Rent Income - November 2020 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 11/01/2020 | | CAM Payments Insurance Income - November 2020 - CAM General Income | 215.20 | | 20,710.53 |
| 11/01/2020 | | CAM Payments General Income - November 2020 - CAM General Income | 2,371.45 | | 23,081.98 |
| 11/03/2020 | Joann's | Payment (Reference #Check #400483837) November 2020 Rent | | 23,081.98 | 0.00 |
| 12/01/2020 | | Commercial Rent Income - December 2020 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 12/01/2020 | | CAM Payments Insurance Income - December 2020 - CAM General Income | 215.20 | | 20,710.53 |
| 12/01/2020 | | CAM Payments General Income - December 2020 - CAM General Income | 2,371.45 | | 23,081.98 |
| 12/02/2020 | Joann's | Payment (Reference #Check #400485546) December 2020 | | 23,081.98 | 0.00 |
| 01/01/2021 | | Commercial Rent Income - January 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 01/01/2021 | | CAM Payments Insurance Income - January 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 01/01/2021 | | CAM Payments General Income - January 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 01/14/2021 | Joann's | Payment (Reference #Check #400487502) January 2021 Rent | | 23,081.98 | 0.00 |
| 02/01/2021 | | Commercial Rent Income - February 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 02/01/2021 | | CAM Payments Insurance Income - February 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 02/01/2021 | | CAM Payments General Income - February 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 02/02/2021 | Joann's | Payment (Reference #Check #400489313) February 2021 Rent | | 23,081.98 | 0.00 |
| 03/01/2021 | | Commercial Rent Income - March 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 03/01/2021 | | CAM Payments Insurance Income - March 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 03/01/2021 | | CAM Payments General Income - March 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 03/01/2021 | Joann's | Payment (Reference #Check #400490807) March 2021 Rent | | 23,081.98 | 0.00 |
| 03/18/2021 | | CAM Payments Real Estate Taxes Income - 2020 1st Half Real Estate tax | 18,102.69 | | 18,102.69 |
| 04/01/2021 | | Commercial Rent Income - April 2021 - Monthly Rent Charge | 20,495.33 | | 38,598.02 |
| 04/01/2021 | | CAM Payments Insurance Income - April 2021 - CAM General Income | 215.20 | | 38,813.22 |
| 04/01/2021 | | CAM Payments General Income - April 2021 - CAM General Income | 2,371.45 | | 41,184.67 |
| 04/07/2021 | Joann's | Payment (Reference #Check #400492550) April 2021 Rent | | 23,081.98 | 18,102.69 |
| 04/08/2021 | | Miscellaneous Income - 3% of gross sales for 2020 | 7,336.12 | | 25,438.81 |
| 04/19/2021 | Joann's | Payment (Reference #Check #400492902) Gross Sales Percentage | | 7,336.12 | 18,102.69 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 04/23/2021 | Joann's | Payment (Reference #Check #400493043) R/E Taxes - 1st Half 2020 | | 18,102.69 | 0.00 |
| 05/01/2021 | | Commercial Rent Income - May 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 05/01/2021 | | CAM Payments Insurance Income - May 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 05/01/2021 | | CAM Payments General Income - May 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 05/06/2021 | Joann's | Payment (Reference #Check #400493976) May 2021 Rent | | 23,081.98 | 0.00 |
| 05/20/2021 | | CAM Payments General Income - 2020 CAM Reconciliation | 1,879.03 | | 1,879.03 |
| 06/01/2021 | | Commercial Rent Income - June 2021 - Monthly Rent Charge | 20,495.33 | | 22,374.36 |
| 06/01/2021 | | CAM Payments Insurance Income - June 2021 - CAM General Income | 215.20 | | 22,589.56 |
| 06/01/2021 | | CAM Payments General Income - June 2021 - CAM General Income | 2,371.45 | | 24,961.01 |
| 06/04/2021 | Joann's | Payment (Reference #Check #400495349) June 2021 Rent | | 23,081.98 | 1,879.03 |
| 06/25/2021 | | CAM Payments Real Estate Taxes Income - 2nd Half 2020 Taxes pd 2021 | 18,102.69 | | 19,981.72 |
| 07/01/2021 | | Commercial Rent Income - July 2021 - Monthly Rent Charge | 20,495.33 | | 40,477.05 |
| 07/01/2021 | | CAM Payments Insurance Income - July 2021 - CAM General Income | 215.20 | | 40,692.25 |
| 07/01/2021 | | CAM Payments General Income - July 2021 - CAM General Income | 2,371.45 | | 43,063.70 |
| 07/06/2021 | Joann's | Payment (Reference #Check #400496775) July 2021 Rent/CAM | | 23,081.98 | 19,981.72 |
| 07/13/2021 | | CAM Payments General Income - Reverse 2020 CAM Reconciliation Charge (5-20-2021) | -1,879.03 | | 18,102.69 |
| 07/13/2021 | | CAM Payments General Income - 2020 Corrected CAM Reconciliation | -1,674.00 | | 16,428.69 |
| 07/23/2021 | Joann's | Payment (Reference #Check #400497562) 2020 2nd Half R/E Taxes | | 18,102.69 | -1,674.00 |
| 08/01/2021 | | Commercial Rent Income - August 2021 - Monthly Rent Charge | 20,495.33 | | 18,821.33 |
| 08/01/2021 | | CAM Payments Insurance Income - August 2021 - CAM General Income | 215.20 | | 19,036.53 |
| 08/01/2021 | | CAM Payments General Income - August 2021 - CAM General Income | 2,371.45 | | 21,407.98 |
| 08/05/2021 | Joann's | Payment (Reference #Check #400498520) August 2021 Rent/CAM | | 21,407.98 | 0.00 |
| 09/01/2021 | | Commercial Rent Income - September 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 09/01/2021 | | CAM Payments Insurance Income - September 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 09/01/2021 | | CAM Payments General Income - September 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 09/01/2021 | Joann's | Payment (Reference #Check #400499878) September 2021 Rent/CAM | | 23,081.98 | 0.00 |
| 10/01/2021 | | Commercial Rent Income - October 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 10/01/2021 | | CAM Payments Insurance Income - October 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 10/01/2021 | | CAM Payments General Income - October 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 10/06/2021 | Joann's | Payment (Reference #Check #400501636) October 2021 Rent/CAM | | 23,081.98 | 0.00 |
| 11/01/2021 | | Commercial Rent Income - November 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 11/01/2021 | | CAM Payments Insurance Income - November 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 11/01/2021 | | CAM Payments General Income - November 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 11/03/2021 | Joann's | Payment (Reference #Check #400503199) November 2021 Rent/CAM | | 23,081.98 | 0.00 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 12/01/2021 | | Commercial Rent Income - December 2021 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 12/01/2021 | | CAM Payments Insurance Income - December 2021 - CAM General Income | 215.20 | | 20,710.53 |
| 12/01/2021 | | CAM Payments General Income - December 2021 - CAM General Income | 2,371.45 | | 23,081.98 |
| 12/07/2021 | Joann's | Payment (Reference #Check #400505124) December 2021 Rent/CAM | | 23,081.98 | 0.00 |
| 01/01/2022 | | Commercial Rent Income - January 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 01/01/2022 | | CAM Payments Insurance Income - January 2022 - CAM General Income | 215.20 | | 20,710.53 |
| 01/01/2022 | | CAM Payments General Income - January 2022 - CAM General Income | 2,371.45 | | 23,081.98 |
| 01/03/2022 | Joann's | Payment (Reference #Check #400506926) January 2022 Rent/CAM | | 23,081.98 | 0.00 |
| 02/01/2022 | | Commercial Rent Income - February 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 02/01/2022 | | CAM Payments Insurance Income - February 2022 - CAM General Income | 215.20 | | 20,710.53 |
| 02/01/2022 | | CAM Payments General Income - February 2022 - CAM General Income | 2,371.45 | | 23,081.98 |
| 02/08/2022 | Joann's | Payment (Reference #400509151) February Rent | | 23,081.98 | 0.00 |
| 02/22/2022 | | Gross Sales Percentage Income - Joann's Gross sales rental income- Did not exceed $3.2 million threshold | 0.01 | | 0.01 |
| 02/22/2022 | | Gross Sales Percentage Income - Joann's Gross sales rental income- Did not exceed $3.2 million threshold- ledger reimbursement | -0.01 | | 0.00 |
| 03/01/2022 | | Commercial Rent Income - March 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 03/01/2022 | | CAM Payments Insurance Income - March 2022 - CAM General Income | 215.20 | | 20,710.53 |
| 03/01/2022 | | CAM Payments General Income - March 2022 - CAM General Income | 2,371.45 | | 23,081.98 |
| 03/08/2022 | Joann's | Payment (Reference #400510856) Rent | | 23,081.98 | 0.00 |
| 03/17/2022 | | CAM Payments Real Estate Taxes Income - CAM Real Estate Tax 2021 Payable 2022 | 18,243.15 | | 18,243.15 |
| 03/31/2022 | | CAM Payments Insurance Income - 2021 CAM Reconciliation INSURANCE | 1,314.05 | | 19,557.20 |
| 03/31/2022 | | CAM Payments General Income - 2021 CAM Reconciliation CAM | -8,932.38 | | 10,624.82 |
| 04/01/2022 | | Commercial Rent Income - April 2022 - Monthly Rent Charge | 20,495.33 | | 31,120.15 |
| 04/01/2022 | | CAM Payments General Income - April 2022 - CAM General Income | 1,708.44 | | 32,828.59 |
| 04/01/2022 | | CAM Payments Insurance Income - April 2022 - CAM General Insurance | 344.24 | | 33,172.83 |
| 04/04/2022 | Joann's | Payment (Reference #400512699) | | 23,081.98 | 10,090.85 |
| 04/22/2022 | | CAM Payments Insurance Income - January - March 2022 CAM Insurance Adjustment (CAM increased from $215.20 to $344.24) | 387.12 | | 10,477.97 |
| 04/22/2022 | | CAM Payments General Income - January - March CAM Adjustment (CAM decreased from $2,371.45 to $1,708.44) | -1,989.03 | | 8,488.94 |
| 04/25/2022 | Joann's | Payment (Reference #400513977) | | 18,243.15 | -9,754.21 |
| 05/01/2022 | | Commercial Rent Income - May 2022 - Monthly Rent Charge | 20,495.33 | | 10,741.12 |
| 05/01/2022 | | CAM Payments General Income - May 2022 - CAM General Income | 1,708.44 | | 12,449.56 |
| 05/01/2022 | | CAM Payments Insurance Income - May 2022 - CAM General Insurance | 344.24 | | 12,793.80 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 05/06/2022 | Joann's | Payment (Reference #400514966) | | 12,793.80 | 0.00 |
| 06/01/2022 | | Commercial Rent Income - June 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 06/01/2022 | | CAM Payments General Income - June 2022 - CAM General Income | 1,708.44 | | 22,203.77 |
| 06/01/2022 | | CAM Payments Insurance Income - June 2022 - CAM General Insurance | 344.24 | | 22,548.01 |
| 06/06/2022 | Joann's | Payment (Reference #400516710) | | 22,548.01 | 0.00 |
| 07/01/2022 | | Commercial Rent Income - July 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 07/01/2022 | | CAM Payments General Income - July 2022 - CAM General Income | 1,708.44 | | 22,203.77 |
| 07/01/2022 | | CAM Payments Insurance Income - July 2022 - CAM General Insurance | 344.24 | | 22,548.01 |
| 07/05/2022 | Joann's | Payment (Reference #400518342) | | 22,548.01 | 0.00 |
| 08/01/2022 | | Commercial Rent Income - August 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 08/01/2022 | | CAM Payments General Income - August 2022 - CAM General Income | 1,708.44 | | 22,203.77 |
| 08/01/2022 | | CAM Payments Insurance Income - August 2022 - CAM General Insurance | 344.24 | | 22,548.01 |
| 08/09/2022 | Joann's | Payment (Reference #4005204223) | | 22,548.01 | 0.00 |
| 09/01/2022 | | Commercial Rent Income - September 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 09/01/2022 | | CAM Payments General Income - September 2022 - CAM General Income | 1,708.44 | | 22,203.77 |
| 09/01/2022 | | CAM Payments Insurance Income - September 2022 - CAM General Insurance | 344.24 | | 22,548.01 |
| 09/09/2022 | Joann's | Payment (Reference #400522220) | | 22,548.01 | 0.00 |
| 10/01/2022 | | Commercial Rent Income - October 2022 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 10/01/2022 | | CAM Payments General Income - October 2022 - CAM General Income | 1,708.44 | | 22,203.77 |
| 10/01/2022 | | CAM Payments Insurance Income - October 2022 - CAM General Insurance | 344.24 | | 22,548.01 |
| 10/14/2022 | Joann's | Payment | | 22,548.01 | 0.00 |
| 10/20/2022 | | CAM Payments Real Estate Taxes Income - 2nd Half 2021 Real Estate Taxes Payable 2022 | 18,243.15 | | 18,243.15 |
| 11/01/2022 | | Commercial Rent Income - November 2022 - Monthly Rent Charge | 20,495.33 | | 38,738.48 |
| 11/01/2022 | | CAM Payments General Income - November 2022 - CAM General Income | 1,708.44 | | 40,446.92 |
| 11/01/2022 | | CAM Payments Insurance Income - November 2022 - CAM General Insurance | 344.24 | | 40,791.16 |
| 11/11/2022 | Joann's | Payment (Reference #400525121) | | 22,548.01 | 18,243.15 |
| 12/01/2022 | | Commercial Rent Income - December 2022 - Monthly Rent Charge | 20,495.33 | | 38,738.48 |
| 12/01/2022 | | CAM Payments General Income - December 2022 - CAM General Income | 1,708.44 | | 40,446.92 |
| 12/01/2022 | | CAM Payments Insurance Income - December 2022 - CAM General Insurance | 344.24 | | 40,791.16 |
| 12/30/2022 | Joann's | Payment (Reference #400527794) | | 18,243.15 | 22,548.01 |
| 12/30/2022 | Joann's | Payment (Reference #400526935) | | 22,548.01 | 0.00 |
| 01/01/2023 | | Commercial Rent Income - January 2023 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 01/01/2023 | | CAM Payments General Income - January 2023 - CAM General Income | 1,708.44 | | 22,203.77 |
| 01/01/2023 | | CAM Payments Insurance Income - January 2023 - CAM General Insurance | 344.24 | | 22,548.01 |
| 01/19/2023 | Joann's | Payment (Reference #400528923) | | 22,548.01 | 0.00 |
| 02/01/2023 | | Commercial Rent Income - February 2023 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 02/01/2023 | | CAM Payments General Income - February 2023 - CAM General Income | 1,708.44 | | 22,203.77 |
| 02/01/2023 | | CAM Payments Insurance Income - February 2023 - CAM General Insurance | 344.24 | | 22,548.01 |
| 02/13/2023 | Joann's | Payment (Reference #400530469) | | 22,548.01 | 0.00 |
| 03/01/2023 | | Commercial Rent Income - March 2023 - Monthly Rent Charge | 20,495.33 | | 20,495.33 |
| 03/01/2023 | | CAM Payments General Income - March 2023 - CAM General Income | 1,708.44 | | 22,203.77 |
| 03/01/2023 | | CAM Payments Insurance Income - March 2023 - CAM General Insurance | 344.24 | | 22,548.01 |
| 03/09/2023 | Joann's | Payment (Reference #400532139) | | 22,548.01 | 0.00 |
| 03/31/2023 | | CAM Payments General Income - CAM Adjustment 2022 reconciliation | -1,950.82 | | -1,950.82 |
| 04/01/2023 | | Commercial Rent Income - April 2023 - Monthly Rent Charge | 20,495.33 | | 18,544.51 |
| 04/01/2023 | | CAM Payments General Income - April 2023 - CAM General Income | 1,890.11 | | 20,434.62 |
| 04/01/2023 | | CAM Payments Insurance Income - April 2023 - CAM General Insurance | 396.61 | | 20,831.23 |
| 04/13/2023 | Joann's | Payment (Reference #400534246) | | 22,548.01 | -1,716.78 |
| 05/01/2023 | | Commercial Rent Income - May 2023 - Monthly Rent Charge | 20,495.33 | | 18,778.55 |
| 05/01/2023 | | CAM Payments General Income - May 2023 - CAM General Income | 1,890.11 | | 20,668.66 |
| 05/01/2023 | | CAM Payments Insurance Income - May 2023 - CAM General Insurance | 396.61 | | 21,065.27 |
| 05/23/2023 | Joann's | Payment (Reference #400535915) | | 22,548.01 | -1,482.74 |
| 06/01/2023 | | Commercial Rent Income - June 2023 - Monthly Rent Charge | 20,495.33 | | 19,012.59 |
| 06/01/2023 | | CAM Payments General Income - June 2023 - CAM General Income | 1,890.11 | | 20,902.70 |
| 06/01/2023 | | CAM Payments Insurance Income - June 2023 - CAM General Insurance | 396.61 | | 21,299.31 |
| 06/08/2023 | Joann's | Payment (Reference #400537596) | | 22,548.01 | -1,248.70 |
| 07/01/2023 | | Commercial Rent Income - July 2023 - Monthly Rent Charge | 20,495.33 | | 19,246.63 |
| 07/01/2023 | | CAM Payments General Income - July 2023 - CAM General Income | 1,890.11 | | 21,136.74 |
| 07/01/2023 | | CAM Payments Insurance Income - July 2023 - CAM General Insurance | 396.61 | | 21,533.35 |
| 07/11/2023 | Joann's | Payment (Reference #400539251) | | 22,548.01 | -1,014.66 |
| 07/28/2023 | | CAM Payments General Income - CAM Adjustment 2022 reconciliation | 1,950.82 | | 936.16 |
| 07/28/2023 | | CAM Payments Insurance Income - CAM Insurance adj 2022 reconciliation | 628.45 | | 1,564.61 |
| 08/01/2023 | | Commercial Rent Income - August 2023 - Monthly Rent Charge | 20,495.33 | | 22,059.94 |
| 08/01/2023 | | CAM Payments General Income - August 2023 - CAM General Income | 1,890.11 | | 23,950.05 |
| 08/01/2023 | | CAM Payments Insurance Income - August 2023 - CAM General Insurance | 396.61 | | 24,346.66 |
| 09/01/2023 | | Commercial Rent Income - September 2023 - Monthly Rent Charge | 20,495.33 | | 44,841.99 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/01/2023 | | CAM Payments General Income - September 2023 - CAM General Income | 1,890.11 | | 46,732.10 |
| 09/01/2023 | | CAM Payments Insurance Income - September 2023 - CAM General Insurance | 396.61 | | 47,128.71 |
| 09/06/2023 | | CAM Payments Real Estate Taxes Income - Real estate tax 2022- 1st half | 17,707.00 | | 64,835.71 |
| 09/06/2023 | | CAM Payments Real Estate Taxes Income - Real estate tax 2022- 2nd half | 17,707.00 | | 82,542.71 |
| 09/07/2023 | Joann's | Payment (Reference #400540825) | | 22,548.01 | 59,994.70 |
| 10/01/2023 | | Commercial Rent Income - October 2023 - Monthly Rent Charge | 20,495.33 | | 80,490.03 |
| 10/01/2023 | | CAM Payments General Income - October 2023 - CAM General Income | 1,890.11 | | 82,380.14 |
| 10/01/2023 | | CAM Payments Insurance Income - October 2023 - CAM General Insurance | 396.61 | | 82,776.75 |
| 10/05/2023 | Joann's | Payment (Reference #400542479) | | 22,548.01 | 60,228.74 |
| 10/25/2023 | Joann's | Payment (Reference #400543875) | | 22,548.01 | 37,680.73 |
| 11/01/2023 | | Commercial Rent Income - November 2023 - Monthly Rent Charge | 20,495.33 | | 58,176.06 |
| 11/01/2023 | | CAM Payments General Income - November 2023 - CAM General Income | 1,890.11 | | 60,066.17 |
| 11/01/2023 | | CAM Payments Insurance Income - November 2023 - CAM General Insurance | 396.61 | | 60,462.78 |
| 11/07/2023 | Joann's | Payment (Reference #400545035) Tax payment | | 35,414.00 | 25,048.78 |
| 11/15/2023 | Joann's | Payment (Reference #400545283) Nov Rent | | 22,548.01 | 2,500.77 |
| 12/01/2023 | | Commercial Rent Income - December 2023 - Monthly Rent Charge | 20,495.33 | | 22,996.10 |
| 12/01/2023 | | CAM Payments General Income - December 2023 - CAM General Income | 1,890.11 | | 24,886.21 |
| 12/01/2023 | | CAM Payments Insurance Income - December 2023 - CAM General Insurance | 396.61 | | 25,282.82 |
| 12/05/2023 | Joann's | Payment (Reference #400546783) | | 22,548.01 | 2,734.81 |
| 01/01/2024 | | Commercial Rent Income - January 2024 - Monthly Rent Charge | 20,495.33 | | 23,230.14 |
| 01/01/2024 | | CAM Payments General Income - January 2024 - CAM General Income | 1,890.11 | | 25,120.25 |
| 01/01/2024 | | CAM Payments Insurance Income - January 2024 - CAM General Insurance | 396.61 | | 25,516.86 |
| 02/01/2024 | Joann's | Payment (Reference #400548380) Jan 24 rent | | 22,548.01 | 2,968.85 |
| 02/01/2024 | | Commercial Rent Income - February 2024 - Monthly Rent Charge | 20,495.33 | | 23,464.18 |
| 02/01/2024 | | CAM Payments General Income - February 2024 - CAM General Income | 1,890.11 | | 25,354.29 |
| 02/01/2024 | | CAM Payments Insurance Income - February 2024 - CAM General Insurance | 396.61 | | 25,750.90 |
| 02/13/2024 | Joann's | Payment (Reference #400549718) Feb Rent | | 22,548.01 | 3,202.89 |
| 03/01/2024 | | Commercial Rent Income - March 2024 - Monthly Rent Charge | 20,495.33 | | 23,698.22 |
| 03/01/2024 | | CAM Payments General Income - March 2024 - CAM General Income | 1,890.11 | | 25,588.33 |
| 03/01/2024 | | CAM Payments Insurance Income - March 2024 - CAM General Insurance | 396.61 | | 25,984.94 |
| 04/01/2024 | | Commercial Rent Income - April 2024 - Monthly Rent Charge | 20,495.33 | | 46,480.27 |
| 04/01/2024 | | CAM Payments General Income - April 2024 - CAM General Income | 1,793.86 | | 48,274.13 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 04/01/2024 | | CAM Payments Insurance Income - April 2024 - CAM General Insurance | 413.04 | | 48,687.17 |
| 04/01/2024 | Joann's | Payment (Reference #400551194) APRIL 2024 RENT/CAM/INSURANCE | | 22,548.01 | 26,139.16 |
| 04/11/2024 | Joann's | Payment (Reference #400552262) APRIL 2024 RENT, CAM, INSURANCE | | 22,548.01 | 3,591.15 |
| 04/19/2024 | | CAM Payments General Income - CAM Payment General Income- 2023 Reconciliation | -957.83 | | 2,633.32 |
| 05/01/2024 | | Commercial Rent Income - May 2024 - Monthly Rent Charge | 20,495.33 | | 23,128.65 |
| 05/01/2024 | | CAM Payments General Income - May 2024 - CAM General Income | 1,793.86 | | 24,922.51 |
| 05/01/2024 | | CAM Payments Insurance Income - May 2024 - CAM General Insurance | 413.04 | | 25,335.55 |
| 05/10/2024 | | CAM Payments Real Estate Taxes Income - Real estate tax 2023- 1st half | 16,728.48 | | 42,064.03 |
| 05/16/2024 | Joann's | Payment (Reference #400553884) | | 22,548.01 | 19,516.02 |
| 06/01/2024 | | Commercial Rent Income - June 2024 - Monthly Rent Charge | 20,495.33 | | 40,011.35 |
| 06/01/2024 | | CAM Payments General Income - June 2024 - CAM General Income | 1,793.86 | | 41,805.21 |
| 06/01/2024 | | CAM Payments Insurance Income - June 2024 - CAM General Insurance | 413.04 | | 42,218.25 |
| 06/13/2024 | Joann's | Payment (Reference #400555169) june 2024 rent, cam, insurance | | 22,548.01 | 19,670.24 |
| 07/01/2024 | | Commercial Rent Income - July 2024 - Monthly Rent Charge | 20,495.33 | | 40,165.57 |
| 07/01/2024 | | CAM Payments General Income - July 2024 - CAM General Income | 1,793.86 | | 41,959.43 |
| 07/01/2024 | | CAM Payments Insurance Income - July 2024 - CAM General Insurance | 413.04 | | 42,372.47 |
| 07/08/2024 | Joann's | Payment (Reference #400556368) July 2024 rent | | 22,548.01 | 19,824.46 |
| 08/01/2024 | | Commercial Rent Income - August 2024 - Monthly Rent Charge | 20,495.33 | | 40,319.79 |
| 08/01/2024 | | CAM Payments General Income - August 2024 - CAM General Income | 1,793.86 | | 42,113.65 |
| 08/01/2024 | | CAM Payments Insurance Income - August 2024 - CAM General Insurance | 413.04 | | 42,526.69 |
| 08/12/2024 | Joann's | Payment (Reference #400557662) AUGUST 2024 RENT | | 22,548.01 | 19,978.68 |
| 08/30/2024 | | CAM Payments Real Estate Taxes Income - Real Estate tax 2nd half 2023 | 16,728.48 | | 36,707.16 |
| 09/01/2024 | | Commercial Rent Income - September 2024 - Monthly Rent Charge | 20,495.33 | | 57,202.49 |
| 09/01/2024 | | CAM Payments General Income - September 2024 - CAM General Income | 1,793.86 | | 58,996.35 |
| 09/01/2024 | | CAM Payments Insurance Income - September 2024 - CAM General Insurance | 413.04 | | 59,409.39 |
| 09/11/2024 | Joann's | Payment (Reference #400558734) SEPTEMBER 2024 RENT | | 22,548.01 | 36,861.38 |
| 10/01/2024 | | Commercial Rent Income - October 2024 - Monthly Rent Charge | 20,495.33 | | 57,356.71 |
| 10/01/2024 | | CAM Payments General Income - October 2024 - CAM General Income | 1,793.86 | | 59,150.57 |
| 10/01/2024 | | CAM Payments Insurance Income - October 2024 - CAM General Insurance | 413.04 | | 59,563.61 |
| 10/15/2024 | Joann's | Payment (Reference #400559821) OCTOBER 2024 | | 22,548.01 | 37,015.60 |
| 10/25/2024 | Joann's | Payment (Reference #400560309) 2nd half RE Taxes | | 16,728.48 | 20,287.12 |
| 11/01/2024 | | Commercial Rent Income - November 2024 - Monthly Rent Charge | 20,495.33 | | 40,782.45 |
| 11/01/2024 | | CAM Payments General Income - November 2024 - CAM General Income | 1,793.86 | | 42,576.31 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 11/01/2024 | | CAM Payments Insurance Income - November 2024 - CAM General Insurance | 413.04 | | 42,989.35 |
| 11/12/2024 | Joann's | Payment (Reference #400560834) November 2024 rent | | 22,548.01 | 20,441.34 |
| 12/01/2024 | | Commercial Rent Income - December 2024 - Monthly Rent Charge | 20,495.33 | | 40,936.67 |
| 12/01/2024 | | CAM Payments General Income - December 2024 - CAM General Income | 1,793.86 | | 42,730.53 |
| 12/01/2024 | | CAM Payments Insurance Income - December 2024 - CAM General Insurance | 413.04 | | 43,143.57 |
| 01/01/2025 | | Commercial Rent Income - January 2025 - Monthly Rent Charge | 20,495.33 | | 63,638.90 |
| 01/01/2025 | | CAM Payments General Income - January 2025 - CAM General Income | 1,793.86 | | 65,432.76 |
| 01/01/2025 | | CAM Payments Insurance Income - January 2025 - CAM General Insurance | 413.04 | | 65,845.80 |
| 01/03/2025 | Joann's | Payment (Reference #400561806) Jan 25 rent | | 22,548.01 | 43,297.79 |
| 01/15/2025 | Joann's | Payment (Reference #400562692) Jan 25 rent - Reversed by NSF | | 22,548.01 | 20,749.78 |
| 01/17/2025 | Joann's | NSF reversal receipt for Reference #400562692 | | -22,548.01 | 43,297.79 |
| 01/21/2025 | | NSF Fees Collected Income | 35.00 | | 43,332.79 |
| 01/27/2025 | | Roof R&M Expense - Tenant reported roof leak, Roofing company found HVAC roof top unit door off, attached invoice with photos. | 904.00 | | 44,236.79 |
| 01/27/2025 | | Roof R&M Expense - Roof leak, due to JoAnn's HVAC roof top unit door is completely off, water ran into neighboring unit, bingo hall due to water running through HVAC unit. Invoice and photos attached. | 136.00 | | 44,372.79 |
| 02/01/2025 | | Commercial Rent Income - February 2025 - Monthly Rent Charge | 20,495.33 | | 64,868.12 |
| 02/01/2025 | | CAM Payments General Income - February 2025 - CAM General Income | 1,793.86 | | 66,661.98 |
| 02/01/2025 | | CAM Payments Insurance Income - February 2025 - CAM General Insurance | 413.04 | | 67,075.02 |
| 02/11/2025 | | CAM Payments Real Estate Taxes Income - Real Estate tax 1st half 2024 | 17,207.67 | | 84,282.69 |
| 02/13/2025 | Joann's | Payment (Reference #400563958) | | 22,548.01 | 61,734.68 |
| 03/01/2025 | | Commercial Rent Income - March 2025 - Monthly Rent Charge | 20,495.33 | | 82,230.01 |
| 03/01/2025 | | CAM Payments General Income - March 2025 - CAM General Income | 1,793.86 | | 84,023.87 |
| 03/01/2025 | | CAM Payments Insurance Income - March 2025 - CAM General Insurance | 413.04 | | 84,436.91 |
| 03/18/2025 | Joann's | Payment (Reference #400564944) Rent | | 22,548.01 | 61,888.90 |
| 04/01/2025 | | Commercial Rent Income - April 2025 - Monthly Rent Charge | 20,495.33 | | 82,384.23 |
| 04/01/2025 | | CAM Payments General Income - April 2025 - CAM General Income | 1,793.86 | | 84,178.09 |
| 04/01/2025 | | CAM Payments Insurance Income - April 2025 - CAM General Insurance | 413.04 | | 84,591.13 |
| 04/11/2025 | Joann's | Payment (Reference #400565612) | | 22,548.01 | 62,043.12 |
| 04/30/2025 | | CAM Payments General Income - CAM reconciliation 2024 | 1,541.26 | | 63,584.38 |
| 05/01/2025 | | Commercial Rent Income - May 2025 - Monthly Rent Charge | 20,495.33 | | 84,079.71 |
| 05/01/2025 | | CAM Payments General Income - May 2025 - CAM General Income | 1,793.86 | | 85,873.57 |
| 05/01/2025 | | CAM Payments Insurance Income - May 2025 - CAM General Insurance | 413.04 | | 86,286.61 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 05/08/2025 | Joann's | Payment (Reference #400566176) Rent | | 22,548.01 | 63,738.60 |
| **Total** | | | | | **63,738.60** |