# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on May 16, 2025, I caused a copy of *Echo/Continental Lincoln Village LLC's Objection and Reservation of Rights to Debtors' First Notice of Assumption and Assignment of Executory Contracts and/or Unexpired Leases* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: May 16, 2025

55592014.2

**SERVICE LIST**

Aparna Yenamandra, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
aparna.yenamandra@kirkland.com

Jeffrey Michalik, Esquire
Lindsey Blumenthal, Esquire
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

Patrick J. Reilley, Esquire
Stacy L. Newman, Esquire
Michael E. Fitzpatrick, Esquire
Jack M. Dougherty, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

Malcom M. Bates, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov

Scott Greenberg, Esquire
Kevin Liang, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
sgreenberg@gibsondunn.com
kliang@gibsondunn.com

Jeffrey Gleit, Esquire
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
jeffrey.gleit@afslaw.com

Jonathan P. Bagg, Esquire
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
jonathan.bagg@afslaw.com

Matthew Bentley, Esquire
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
matthew.bentley@afslaw.com

Jason Adams, Esquire
Maeghan McLoughlin, Esquire
Connie Choe, Esquire
Kelley Drye & Warren LLP
3 World Trade Center
New York, NY 10007
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com
cchoe@kelleydrye.com

Bradford Sandler, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor,
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
joneill@pszjlaw.com

Andrew Behlmann, Esquire
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Abehlmann@lowenstein.com

55592014.2