**Exhibit A**

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429 and 790** |

**ELEVENTH ORDER AUTHORIZING THE DEBTORS TO REJECT
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Eleventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 790] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2.      Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property

of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | RTB HOUSE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/04/2024 | 4/30/2025 |
| 2 | SHANGHAI SUNION COMPUTER TEC DEV CO | Jo-Ann Stores, LLC | Service Agreement Dated 04/01/2018 | 4/30/2025 |
| 3 | AVERY DENNISON RETAIL INFO SERVICES | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C139490 - DATED 04/09/2020 | 4/30/2025 |
| 4 | BUREAU VERITAS COMSUMER PRODUCTS SR | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/02/2021 | 4/30/2025 |
| 5 | CLAIMCO LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/27/2021 | 4/30/2025 |
| 6 | MEYERS ROMAN FRIEDBERG & LEWIS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/27/2019 | 4/30/2025 |
| 7 | MILLIMAN USA | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/11/2023 | 4/30/2025 |
| 8 | Q4 INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/30/2020 | 4/30/2025 |
| 9 | SGS NORTH AMERICA INC | Jo-Ann Stores, LLC | PRODUCT TESTING AND REBATE AGREEMENT DATED 02/02/2023 | 4/30/2025 |
| 10 | SUCCESSFACTORS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/28/2022 | 4/30/2025 |
| 11 | SUN LIFE ASSURANCE CO OF CANADA | Jo-Ann Stores, LLC | LIFE & DISABILITY INSURANCE SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 12 | SUN LIFE ASSURANCE CO OF CANADA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324200 - DATED 02/01/2022 | 4/30/2025 |
| 13 | *[Left Intentionally Blank]* | | | |
| 14 | AARON MITCHAEL | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/24/2022 | 4/30/2025 |
| 15 | AARON MITCHAEL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325160 - DATED 08/20/2022 | 4/30/2025 |
| 16 | AARON MITCHAEL M | Jo-Ann Stores, LLC | Service Agreement Dated 08/24/2022 | 4/30/2025 |
| 17 | ACTION BOYD LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/22/2022 | 4/30/2025 |
| 18 | ALLY EDGAR | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326526 - DATED 07/06/2023 | 4/30/2025 |
| 19 | ALLYSON DURK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327923 - DATED 10/10/2024 | 4/30/2025 |
| 20 | *[Left Intentionally Blank]* | | | |
| 21 | *[Left Intentionally Blank]* | | | |
| 22 | *[Left Intentionally Blank]* | | | |
| 23 | ANGELA M. BUCHANAN, PHILLIPS MURRAH P. C. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 08/13/2021 | 4/30/2025 |
| 24 | ARENTFOX SCHIFF LLP | JOANN Inc. | ENGAGEMENT LETTER DATED 11/20/2024 | 4/30/2025 |
| 25 | ARENTFOX SCHIFF LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 11/20/2024 | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 26 | ARTWORK PORTFOLIO LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C323621 - DATED 09/24/2021 | 4/30/2025 |
| 27 | BAKER & HOSTETLER LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/12/2020 | 4/30/2025 |
| 28 | BAKER & HOSTETLER LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/25/2019 | 4/30/2025 |
| 29 | BAYMARD INSTITUTE | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C323675 - DATED 10/01/2021 | 4/30/2025 |
| 30 | BDS SOLUTIONS GROUP LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C319999 - DATED 07/31/2019 | 4/30/2025 |
| 31 | | | *[Left Intentionally Blank]* | |
| 32 | BIANCA SPRINGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C323489 - DATED 09/30/2021 | 4/30/2025 |
| 33 | BIANCA SPRINGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/25/2022 | 4/30/2025 |
| 34 | BLACK LAMB STUDIO | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324127 - DATED 01/17/2022 | 4/30/2025 |
| 35 | BLACKSTONE IMC HOLDINGS Q LLC J | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/20/2019 | 4/30/2025 |
| 36 | BOHANON & CO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C325136 - DATED 08/15/2022 | 4/30/2025 |
| 37 | BREAKTHROUGHFUEL LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/30/2024 | 4/30/2025 |
| 38 | BRIANNA SIPP | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326897 - DATED 11/02/2023 | 4/30/2025 |
| 39 | BROOKSIDE CUSTOM CARPENTRY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/10/2024 | 4/30/2025 |
| 40 | CAMPAIGN WORKHUB LLC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 05/02/2024 | 4/30/2025 |
| 41 | CAMPAIGN WORKHUB LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326658 - DATED 05/02/2023 | 4/30/2025 |
| 42 | CANVAS PRINT STUDIO LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C320736 - DATED 01/04/2023 | 4/30/2025 |
| 43 | CAREERMINDS GROUP INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 44 | CAREERMINDS GROUP INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C327242 - DATED 02/05/2024 | 4/30/2025 |
| 45 | CAROLINA ABARCA LARA | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324504 - DATED 01/31/2022 | 4/30/2025 |
| 46 | CAROLYN YAKO | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324221 - DATED 02/25/2022 | 4/30/2025 |
| 47 | CASSANDRA KELLER I | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324480 - DATED 02/22/2024 | 4/30/2025 |
| 48 | CHELSEA BALLENGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C321051 - DATED 10/01/2019 | 4/30/2025 |
| 49 | CHELSEA BALLENGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/01/2022 | 4/30/2025 |
| 50 | CHESLEY CARELE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326924 - DATED 09/19/2023 | 4/30/2025 |
| 51 | CHRISTINA L MANUEL | Jo-Ann Stores, LLC | Service Agreement Dated 01/04/2022 | 4/30/2025 |
| 52 | CINNAMON JOE STUDIO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C289904 - DATED 07/08/2022 | 4/30/2025 |
| 53 | CLEVELAND CLINIC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 4/30/2025 |
| 54 | CMC MARKETING AND DESIGN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/27/2021 | 4/30/2025 |
| 55 | COLUMBUS REGIONAL AIRPORT AUTHORITY | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C325762 - DATED 08/29/2022 | 4/30/2025 |
| 56 | COMPLIANCESIGNS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C309043 - DATED 09/16/2014 | 4/30/2025 |
| 57 | DAVIS & HAMRICK, L.L.P. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 03/27/2024 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 58 | DRU CHRISTINE FABRICS & DESIGN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325137 - DATED 08/15/2022 | 4/30/2025 |
| 59 | DYNAMIC RESOURCES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/13/2024 | 4/30/2025 |
| 60 | ELECTRIC MOTOR SHOP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C214653 - DATED 10/28/2019 | 4/30/2025 |
| 61 | ELECTRIC MOTOR SHOP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/29/2022 | 4/30/2025 |
| 62 | ELICIA BELL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325246 - DATED 09/26/2022 | 4/30/2025 |
| 63 | ELVIA AYALA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326940 - DATED 09/19/2023 | 4/30/2025 |
| 64 | EMC TALENT LIMITED | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326985 - DATED 09/07/2023 | 4/30/2025 |
| 65 | EMILY GOOLSBY | Jo-Ann Stores, LLC | Service Agreement Dated 01/03/2022 | 4/30/2025 |
| 66 | ENERGY MISSION CONTROL INC | Jo-Ann Stores, LLC | Service Agreement Dated 11/1/2020 | 4/30/2025 |
| 67 | ERHAN MAHMUZLU | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325370 - DATED 09/30/2022 | 4/30/2025 |
| 68 | FACILITY CONCEPTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318503 - DATED 01/01/2021 | 4/30/2025 |
| 69 | FHC NEWCO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318522 - DATED 11/01/2020 | 4/30/2025 |
| 70 | FHC NEWCO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/01/2023 | 4/30/2025 |
| 71 | FIDELITY VOICE & DATA | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 03/19/2019 | 4/30/2025 |
| 72 | JADA TAYLOR | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/04/2022 | 4/30/2025 |
| 73 | JADA TAYLOR | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319565 - DATED 04/04/2019 | 4/30/2025 |
| 74 | JANET L GROTTENTHALER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/31/2022 | 4/30/2025 |
| 75 | JENNIFER TALIS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323473C - DATED 05/05/2023 | 4/30/2025 |
| 76 | JILL A STEVENSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325172 - DATED 09/05/2022 | 4/30/2025 |
| 77 | JOHN K KINZEL | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/26/2022 | 4/30/2025 |
| 78 | JOHN K KINZEL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313382 - DATED 05/25/2019 | 4/30/2025 |
| 79 | JONATHAN RAFFESBERGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324180 - DATED 02/15/2022 | 4/30/2025 |
| 80 | JORDAN POWER & EQUIPMENT CO. | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/12/2024 | 4/30/2025 |
| 81 | KAREN A KAISER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325139 - DATED 08/17/2022 | 4/30/2025 |
| 82 | KAREN B EDENFIELD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/02/2023 | 4/30/2025 |
| 83 | KAREN B EDENFIELD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C224222 - DATED 05/28/2019 | 4/30/2025 |
| 84 | KATHERINE MARIE SHELTON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321693 - DATED 03/19/2020 | 4/30/2025 |
| 85 | KATHERINE MARIE SHELTON | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 03/19/2023 | 4/30/2025 |
| 86 | KATRIN KRSCHAK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326369 - DATED 06/01/2023 | 4/30/2025 |
| 87 | KAWEAH CONTAINER INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/13/2022 | 4/30/2025 |
| 88 | KECHENA RICHARDSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325347 - DATED 08/22/2022 | 4/30/2025 |
| 89 | KENMORE CONSTRUCTION CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320728 - DATED 11/01/2019 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 90 | KORRIE DISANTO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/01/2024 | 4/30/2025 |
| 91 | KORRIE DISANTO | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 4/30/2025 |
| 92 | KORRIE DISANTO | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C318141 - DATED 05/20/2021 | 4/30/2025 |
| 93 | KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 10/03/2023 | 4/30/2025 |
| 94 | LAGHETTO STUDIO | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C321798 - DATED 09/07/2022 | 4/30/2025 |
| 95 | LANCE R MILLER, WRIGHT, LINDSEY & JENNINGS LLP | Jo-Ann Stores, LLC | LEGAL SERVICES AGREEMENT DATED 08/24/2023 | 4/30/2025 |
| 96 | LAURA BEER | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326250 - DATED 04/24/2023 | 4/30/2025 |
| 97 | Lauren Byrne | Jo-Ann Stores, LLC | Master Agreement Dated 09/01/2019 | 4/30/2025 |
| 98 | LAUREN M BYRNE | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2022 | 4/30/2025 |
| 99 | LEE ENTERPRISES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/02/2024 | 4/30/2025 |
| 100 | LIESL & CO. | Needle Holdings LLC | LICENSE AGREEMENT DATED 11/14/2022 | 4/30/2025 |