**Exhibit A**

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 429 and 819** |

**TWELFTH ORDER AUTHORIZING THE DEBTORS TO REJECT
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Twelfth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 819] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2. Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property

of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Exhibit 1**

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | LILAC MGMT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326941 - DATED 07/25/2023 | 4/30/2025 |
| 2 | LINK LOGISTICS, LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/24/2024 | 4/30/2025 |
| 3 | LOOSE ENDS PROJECT CHARITY | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 01/01/2025 | 4/30/2025 |
| 4 | LYLOVE STUDIO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C289483 - DATED 06/28/2022 | 4/30/2025 |
| 5 | MAEGAN BELLASSAI | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326463 - DATED 07/06/2023 | 4/30/2025 |
| 6 | MALLORY MUDDIMAN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/20/2023 | 4/30/2025 |
| 7 | MALLORY MUDDIMAN | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C322451 - DATED 11/20/2020 | 4/30/2025 |
| 8 | | | *[Left Intentionally Blank]* | |
| 9 | MARGARET KAISER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/16/2022 | 4/30/2025 |
| 10 | MARKET DOJO LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C327647 - DATED 07/12/2024 | 4/30/2025 |
| 11 | MARWEDEL, MINICHELLO & REEB, P.C. | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 01/09/2025 | 4/30/2025 |
| 12 | MARYORITH MORENO | Jo-Ann Stores, LLC | Service Agreement Dated 01/06/2022 | 4/30/2025 |
| 13 | MC CONSTRUCTION MGT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C280767NEW - DATED 05/02/2016 | 4/30/2025 |
| 14 | | | *[Left Intentionally Blank]* | |
| 15 | MIDWEST BIOCLEAN INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C310550 - DATED 03/31/2015 | 4/30/2025 |
| 16 | MIDWEST RETAIL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C293859 - DATED 01/14/2022 | 4/30/2025 |
| 17 | MIDWEST RETAIL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/14/2023 | 4/30/2025 |
| 18 | | | *[Left Intentionally Blank]* | |
| 19 | MONICA MOTA | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324208 - DATED 02/20/2020 | 4/30/2025 |
| 20 | MONTGOMERY AREA CHAMBER OF COMMERCE | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C325763 - DATED 08/01/2022 | 4/30/2025 |
| 21 | MR GRIEVES ORIGINALS | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C325793 - DATED 02/07/2023 | 4/30/2025 |
| 22 | NABEELA WALID NAJJAR | Jo-Ann Stores, LLC | Service Agreement Dated 01/05/2022 | 4/30/2025 |
| 23 | NABIHAH AHMAD | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326478 - DATED 07/06/2023 | 4/30/2025 |
| 24 | NASDAQ CORPORATE SOLUTIONS LLC | JOANN Inc. | MASTER SERVICE AGREEMENT DATED 02/23/2021 | 4/30/2025 |
| 25 | NESCO RESOURCE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/14/2022 | 4/30/2025 |
| 26 | NORTH AMERICAN PLASTICS & CHEMICALS CO INC | Jo-Ann Stores, LLC | STORE SUPPLIES SERVICE AGREEMENT DATED 12/17/2023 | 4/30/2025 |
| 27 | NUTMEG INDUSTRIES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C293866 - DATED 07/01/2013 | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 28 | OLIVIA RESING | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/22/2022 | 4/30/2025 |
| 29 | OMEGA BENEFITS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/01/2023 | 4/30/2025 |
| 30 | OMEGA BENEFITS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323681 - DATED 11/01/2021 | 4/30/2025 |
| 31 | PANAGOS KENNEDY PLLC | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 05/15/2023 | 4/30/2025 |
| 32 | PAULA K GARDEN DANCIE | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/17/2022 | 4/30/2025 |
| 33 | PERISCOPEART INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324347 - DATED 03/17/2022 | 4/30/2025 |
| 34 | PRINT STORIES | Jo-Ann Stores, LLC | Service Agreement Dated 01/05/2022 | 4/30/2025 |
| 35 | PTA ENGINEERING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322450 - DATED 10/19/2020 | 4/30/2025 |
| 36 | PTA ENGINEERING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/26/2024 | 4/30/2025 |
| 37 | QUALTRICS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/02/2023 | 4/30/2025 |
| 38 | QUALTRICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307960 - DATED 05/27/2014 | 4/30/2025 |
| 39 | R & R GRAPHICS INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C216050 - DATED 02/03/2019 | 4/30/2025 |
| 40 | R & R GRAPHICS INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/04/2022 | 4/30/2025 |
| 41 | RAFTERONE ACQUISITION LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/00/1900 | 4/30/2025 |
| 42 | RESTORATION SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326440 - DATED 06/02/2023 | 4/30/2025 |
| 43 | RESULTICKS SOLUTION INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/09/2023 | 4/30/2025 |
| 44 | RIBV HOLDINGS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/05/2021 | 4/30/2025 |
| 45 | RICHARD B. SCHULTZ | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324723 - DATED 05/01/2022 | 4/30/2025 |
| 46 | | | *[Left Intentionally Blank]* | |
| 47 | ROSANNE J MYERS | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/26/2022 | 4/30/2025 |
| 48 | SACHARA CONSTRUCTION LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322172 - DATED 09/08/2020 | 4/30/2025 |
| 49 | SAFETY-KLEEN SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C288195 - DATED 10/28/2015 | 4/30/2025 |
| 50 | SARAH NISBETT | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324035 - DATED 01/15/2022 | 4/30/2025 |
| 51 | SCHOOLHOUSE OUTFITTERS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C301851 - DATED 07/01/2013 | 4/30/2025 |
| 52 | SCHOOLHOUSE OUTFITTERS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/01/2022 | 4/30/2025 |
| 53 | SEI INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C294851 - DATED 08/01/2015 | 4/30/2025 |
| 54 | SGS NORTH AMERICA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307880 - DATED 01/09/2020 | 4/30/2025 |
| 55 | SIAN-AMY BALDOCK | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/21/2023 | 4/30/2025 |
| 56 | SOPHIA CUDWORTH | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/07/2023 | 4/30/2025 |
| 57 | Space 150 | Jo-Ann Stores, LLC | Statement of Work Dated 03/21/2022 | 4/30/2025 |
| 58 | SPACE 150 INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 59 | SPACE 150 INC | Jo-Ann Stores, LLC | MASTER SERVICES AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 60 | SPIEGEL DESIGN GROUP INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325025 - DATED 07/25/2022 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 61 | SQUIRE, SANDERS & DEMPSEY L.L.P. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 05/25/2006 | 4/30/2025 |
| 62 | SQUIRE, SANDERS & DEMPSEY L.L.P. | Jo-Ann Stores, LLC | ENGAGMENT LETTER DATED 05/25/2006 | 4/30/2025 |
| 63 | STEFFI LYNN LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C328010 - DATED 10/25/2024 | 4/30/2025 |
| 64 | STUDIO SETTE SRL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319897 - DATED 06/01/2023 | 4/30/2025 |
| 65 | SUZANNE MCGURK | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/17/2022 | 4/30/2025 |
| 66 | SUZANNE MCGURK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C305306 - DATED 02/17/2016 | 4/30/2025 |
| 67 | SWEET BUTTER COCO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324222 - DATED 02/28/2022 | 4/30/2025 |
| 68 | | | *[Left Intentionally Blank]* | |
| 69 | TARA CUSTER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/08/2019 | 4/30/2025 |
| 70 | TARA CUSTER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/10/2022 | 4/30/2025 |
| 71 | TARA REED | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324400 - DATED 04/04/2022 | 4/30/2025 |
| 72 | | | *[Left Intentionally Blank]* | |
| 73 | TESSA DE GUYTENAER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325587 - DATED 12/08/2022 | 4/30/2025 |
| 74 | THE COLORFIELD DESIGN STUDIO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321056 - DATED 04/28/2023 | 4/30/2025 |
| 75 | THE GROOMSMEN LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/27/2019 | 4/30/2025 |
| 76 | THE SIEGFRIED GROUP LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/22/2020 | 4/30/2025 |
| 77 | TIFFANY SOEBROTO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326610 - DATED 07/06/2023 | 4/30/2025 |
| 78 | TRNA NEWCO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313096 - DATED 01/30/2018 | 4/30/2025 |
| 79 | UNITED STATES PLASTIC CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C306432 - DATED 10/27/2015 | 4/30/2025 |
| 80 | VERYABLE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 06/01/2023 | 4/30/2025 |
| 81 | VERYABLE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321957 - DATED 06/01/2020 | 4/30/2025 |
| 82 | VICTORIA AILSA PHILLIPS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325342 - DATED 10/17/2022 | 4/30/2025 |
| 83 | WILLIAM B CHATLOSH | Jo-Ann Stores, LLC | Service Agreement Dated 01/03/2022 | 4/30/2025 |
| 84 | WORKFRONT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318410 - DATED 09/28/2019 | 4/30/2025 |
| 85 | WORLDWIDE RETAIL SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/16/2022 | 4/30/2025 |
| 86 | YORK DESIGN HOUSE PTY LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324443 - DATED 04/12/2022 | 4/30/2025 |
| 87 | FRANTZ WARD LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 06/01/2022 | 4/30/2025 |
| 88 | EMPLOYBRIDGE HOLDING CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C317245 - DATED 06/01/2022 | 4/30/2025 |
| 89 | TINUITI INC | Jo-Ann Stores, LLC | AMENDMENT NO. 1 TO SCHEDULE A STATEMENT OF WORK #1 DATED 01/22/2023 | 4/30/2025 |
| 90 | TINUITI INC | Jo-Ann Stores, LLC | AMENDMENT NO. 1 TO SCHEDULE A STATEMENT OF WORK #2 DATED 10/10/2024 | 4/30/2025 |
| 91 | TINUITI INC | Jo-Ann Stores, LLC | MASTER SERVICES AGREEMENT DATED 11/15/2022 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 92 | TINUITI INC | Jo-Ann Stores, LLC | SCHEDULE A - STATEMENT OF WORK #2 DATED 11/15/2022 | 4/30/2025 |
| 93 | TINUITI INC | Jo-Ann Stores, LLC | SCHEDULE B - STATEMENT OF WORK #1 DATED 05/10/2024 | 4/30/2025 |
| 94 | TINUITI INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/01/2024 | 4/30/2025 |
| 95 | TINUITI INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C325519 - DATED 11/11/2022 | 4/30/2025 |
| 96 | UNITED STAFFING ASSOCIATES LLC | Jo-Ann Stores, LLC | RECRUITING SERVICE AGREEMENT DATED 09/15/2022 | 4/30/2025 |
| 97 | UNITED STAFFING ASSOCIATES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C295152 - DATED 07/05/2018 | 4/30/2025 |
| 98 | SUN LIFE ASSURANCE CO OF CANADA | Jo-Ann Stores, LLC | Master Service Agreement Dated 02/01/2022 | 4/30/2025 |
| 99 | Sun Life Assurance Company of Canada | Jo-Ann Stores, LLC | Master Service Agreement Dated 02/01/2022 | 4/30/2025 |
| 100 | AMERICAN LEBANESE SYRIAN ASSOC INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C301991 - DATED 10/15/2017 | 4/30/2025 |