# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
JOANN Inc.

Case No.: 25−10068−CTG

Chapter: 11

Notice of Filing Fee(s) Due  
Re: Docket # 886

Dear Bradford Capital Managment:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 28 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 5/15/2025, you filed a document in the above−captioned case that requires a filing fee of $ 28 be paid to the Court.

Notes: Additional $28.00 due, as more than one claim listed on Transfer of Claim

**Please remit funds to the Court at the following address by no later than 5/27/2025.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 5/15/25                           By: Alyce Doody, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 25-10068-CTG |
| JOANN Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Bradford Capital Management, LLC, Attn: Brian Brager, PO Box 4353, Clifton, NJ 07012-8353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 17, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Interested Party Kathleen Nowak ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Real Sub LLC ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Creditor Centerbridge Partners L.P. landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Alexander Lees | on behalf of Interested Party SVP Sewing Brands LLC alees@milbank.com autodocketecf@milbank.com,alexander-lees-2212@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Interested Party SVP Sewing Brands LLC steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |

Case 25-10068-CTG    Doc 931    Filed 05/17/25    Page 3 of 20

| District/off: 0311-1 | User: admin | Page 2 of 19 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Alexandra Thomas | on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC athomas@choate.com |
| Amy Tirre | on behalf of Creditor Peckham PH  LLC admin@amytirrelaw.com |
| Amy Tirre | on behalf of Creditor Peckham KF  LLC admin@amytirrelaw.com |
| Amy D. Brown | on behalf of Creditor Jones Lang LaSalle Americas  Inc. abrown@gsbblaw.com, mfriedman@gsbblaw.com |
| Andrew K Glenn | on behalf of Other Prof. Ad Hoc Term Loan Group aglenn@glennagre.com mco@glennagre.com |
| Ann S Lee | on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. alee@mblawfirm.com |
| Anthony J. D'Artiglio | on behalf of Creditor Square One Partners LLC ADARTIGLIO@ANSELL.LAW   courtfilings@ansellgrimm.com |
| Austin Park | on behalf of Interested Party Crafty (AL) LLC apark@morrisnichols.com austin-park-7609@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Belkys Escobar | on behalf of Creditor County of Loudoun  Virginia belkys.escobar@loudoun.gov |
| Benjamin Joseph Steele | on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com   abates@pszjlaw.com |
| Bradley P. Lehman | on behalf of Creditor Diane Irvine blehman@whitefordlaw.com   clano@whitefordlaw.com |
| Brendan Collins | on behalf of Creditor Toll Global Forwarding (USA) Inc. bcollins@gkglaw.com |
| Brenna Anne Dolphin | on behalf of Other Prof. Ad Hoc Term Loan Group bdolphin@morrisnichols.com brenna-dolphin-9491@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Brett D. Goodman | on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent brett.goodman@afslaw.com, alyssa.fiorentino@afslaw.com;lisa.indelicato@afslaw.com;edocket@afslaw.com |
| Brian J. McLaughlin | on behalf of Creditor Kimco Realty Corporation brian.mclaughlin@offitkurman.com   Emily.Rodriguez@offitkurman.com |
| Brian J. McLaughlin | on behalf of Creditor RPT Newman LLC brian.mclaughlin@offitkurman.com   Emily.Rodriguez@offitkurman.com |
| Brian J. McLaughlin | on behalf of Creditor Rouse Companies  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Brya Michele Keilson | on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent bkeilson@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com |
| Byron Z Moldo | on behalf of Creditor Smart Cienega SPE  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com |
| Byron Z Moldo | on behalf of Creditor Nattan  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com |
| Byron Z Moldo | on behalf of Creditor Red Mountain Asset Fund I  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com |
| Charles S. Stahl, Jr. | on behalf of Creditor Depth Commerce  LLC cstahl@smbtrials.com |
| Christopher L. Carter | on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent christopher.carter@morganlewis.com |
| Christopher M. Donnelly | |

| | |
|---|---|
| | on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com |
| Christopher S. Murphy | |
| | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Curtis S. Miller | |
| | on behalf of Interested Party Crafty (AL) LLC csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Dana S. Plon | |
| | on behalf of Creditor ARD MacArthur LLC dplon@sirlinlaw.com |
| Dana S. Plon | |
| | on behalf of Creditor Concord Retail Partners L.P. dplon@sirlinlaw.com |
| Dana S. Plon | |
| | on behalf of Creditor Centerton Square LLC dplon@sirlinlaw.com |
| Dana S. Plon | |
| | on behalf of Creditor G&I IX Empire McKinley Milestrip LLC dplon@sirlinlaw.com |
| Daniel C. Kerrick | |
| | on behalf of Creditor Ocean Network Express (North America) Inc. dckerrick@dkhogan.com kerry@dkhogan.com |
| Daniel C. Kerrick | |
| | on behalf of Creditor OOCL USA Inc. dckerrick@dkhogan.com kerry@dkhogan.com |
| Daniel Michael Pereira | |
| | on behalf of Creditor Rithum Corporation dpereira@stradley.com |
| David Shim | |
| | on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent david.shim@morganlewis.com |
| David M. Reeder | |
| | on behalf of Creditor ASL Investments LLC david@reederlaw.com, secretary@reederlaw.com |
| David M. Unseth | |
| | on behalf of Creditor Gildan Activewear Inc. david.unseth@bclplaw.com |
| Deirdre M Richards | |
| | on behalf of Creditor WLPX Hesperia LLC dmr@elliottgreenleaf.com, crw@elliottgreenleaf.com |
| Diane W. Sanders | |
| | on behalf of Creditor Nueces County austin.bankruptcy@publicans.com |
| Diane W. Sanders | |
| | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane W. Sanders | |
| | on behalf of Creditor McLennan County austin.bankruptcy@publicans.com |
| Don Stecker | |
| | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Donna L. Culver | |
| | on behalf of Other Prof. Ad Hoc Term Loan Group dculver@mnat.com |
| Dustin Parker Branch | |
| | on behalf of Creditor ARC NLLKLFL001 LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Renaissance Partners I LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Lancaster Development Company LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor ARG JAFPTIL001 LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Sherman Commons L.P. branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |

| District/off: 0311-1 | User: admin | Page 4 of 19 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

Dustin Parker Branch
    on behalf of Creditor Marketplace West Partners  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Gallatin Mall Group  L.L.C. branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor PBA II  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARG MHMORNC001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARG OTOWEKY001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARC CLORLFL001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor ARC SMWMBFL001  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Pride Center Co.  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor American Fork SC  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor EDENS branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Santa Susana GRF2  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Elizabeth Banda Calvo
    on behalf of Interested Party City of Grapevine  Grapevine-Colleyville ISD, Crowley ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth A. Rogers
    on behalf of Creditor Centerbridge Partners  L.P. erogers@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Emily Margaret Hahn
    on behalf of Creditor TAX Collin County Tax Assessor/Collector and City of Sherman ehahn@abernathy-law.com

Eric J. Monzo
    on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com

Eric R. Wilson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Erin Powers Severini
    on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Evan T. Miller
    on behalf of Creditor Studio Eluceo Ltd evan.miller@saul.com  robyn.warren@saul.com;sean.kenny@saul.com

Faye C Rasch
    on behalf of Interested Party KHP Limited Partnership faye@wrlawgroup.com

Frederick B. Rosner
    on behalf of Interested Party Viition (Asia) Limited rosner@teamrosner.com

Garvan F. McDaniel
    on behalf of Creditor The Marketplace Tavares  LLC fka Tamburro Properties II, LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
    on behalf of Creditor Cotton Mill II  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler
    on behalf of Cred. Comm. Chair Brother International Corp. gbressler@mdmc-law.com  hryan@mdmc-law.com

| District/off: 0311-1 | User: admin | Page 5 of 19 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

Gerald P. Kennedy
    on behalf of Creditor Mann Enterprises Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Glenn A. Brown
    on behalf of Creditor Chinatex Inc glenn.brown@realworldlaw.com, tiana.royal@realworldlaw.com

Glenn A. Brown
    on behalf of Creditor DeHeng Chen. glenn.brown@realworldlaw.com tiana.royal@realworldlaw.com

Gregory Joseph Flasser
    on behalf of Interested Party Gordon Brothers Retail Partners LLC gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

J. Mark Chevallier
    on behalf of Interested Party Venture Hulen LP mchevallier@romclaw.com, dsalinas@romclaw.com

Jack M. Dougherty
    on behalf of Debtor JOANN Inc. jdougherty@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;Bankruptcy@coleschotz.com

James B. Sowka
    on behalf of Interested Party IG Design Groups Americas Inc. jsowka@seyfarth.com

James E O'Neill
    on behalf of Creditor Committee Committee of Unsecured Creditors joneill@pszjlaw.com efile1@pszjlaw.com

James E O'Neill
    on behalf of Creditor Committee Official Committee of Unsecured Creditors joneill@pszjlaw.com efile1@pszjlaw.com

James Philip Wilkins
    on behalf of Attorney Kastner Westman & Wilkins LLC jwilkins@kwwlaborlaw.com

Jami B. Nimeroff
    on behalf of Creditor Roth Bros. Inc., a Sodexo Company jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jarret P. Hitchings
    on behalf of Creditor Gildan Activewear Inc. jarret.hitchings@bclplaw.com, deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com

Jason A. Starks
    on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jason Daniel Angelo
    on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent JAngelo@reedsmith.com, glauer@reedsmith.com

Jeffery D. Carruth
    on behalf of Creditor Witte Plaza Ltd. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com

Jeffrey Kurtzman
    on behalf of Creditor Oxford Valley Road Associates kurtzman@kurtzmansteady.com

Jeffrey C. Wisler
    on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com

Jeffrey Ira Snyder
    on behalf of Creditor Sunbeam Development Corp. jsnyder@bilzin.com eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey M. Carbino
    on behalf of Creditor G.W. REAL ESTATE OF GEORGIA LLC jeffrey.carbino@pierferd.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey Mark Rosenthal
    on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. jrosenthal@mblawfirm.com

Jeffrey R Gleit
    on behalf of Interested Party Wilmington Savings Fund Society FSB, as Prepetition Term Loan Agent jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jennifer R. Hoover
    on behalf of Creditor DKS Investments Inc. jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jiangang Ou
    on behalf of Creditor China National Art & Crafts Imp. & Exp. Huayong Corp. jou@archerlaw.com

John Ventola
    on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC jventola@choate.com

John C Gentile
    on behalf of Creditor Tufko International jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

District/off: 0311-1 User: admin Page 6 of 19
Date Rcvd: May 15, 2025 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| John C Gentile | on behalf of Creditor Infosys Limited jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Promax Manufacturing Co. Ltd. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Seasons Special Co. Ltd. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Elegant Homes Limited jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor DKS Investments Inc. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John C Gentile | on behalf of Creditor Polytek Development Corporation jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| John J Wiles, Sr | on behalf of Creditor AmericasMart Real Estate LLC bankruptcy@evict.net |
| John Jeffery Rich | on behalf of Creditor Madison County Alabama jrich@madisoncountyal.gov |
| John Kendrick Turner | on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Jonathan D. Marshall | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC jmarshall@choate.com |
| Joseph H Lemkin | on behalf of Creditor Bayshore Village (U.S.) Inc jlemkin@stark-stark.com |
| Joseph J. DiPasquale | on behalf of Creditor Almaden Properties LLC Jdipasquale@foxrothschild.com cbrown@foxrothschild.com |
| Joshua A Sussberg | on behalf of Debtor JOANN Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Juan E Martinez | on behalf of Creditor DKS Investments Inc. jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Juan E Martinez | on behalf of Creditor Polytek Development Corporation jmartinez@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Judah S. Balasiano | on behalf of Cred. Comm. Chair Low Tech Toy Club LLC judah@balasianolaw.com |
| Julie Anne Parsons | on behalf of Creditor City of Waco and/or Waco ISD jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Williamson Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

Julie Anne Parsons
    on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Brazos Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Comal Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
    on behalf of Creditor CTO23 Rockwall LLC as successor in interest to Excel Rockwall LLC jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor CTO Carolina Pavilion as successor in interest for DDR Carolina Pavilion jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor Brookside Properties Inc. jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor Marple XYZ Associates L.P. jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor IGI21 Katy LLC jfalgowski@burr.com

Justin M Tuskan
    on behalf of Creditor Park Associates LP jtuskan@metzlewis.com

Karen C. Bifferato
    on behalf of Creditor Overlook Village Asheville LLC kbifferato@connollygallagher.com

Karen M. Grivner
    on behalf of Creditor Daane's Development Company kgrivner@clarkhill.com kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Vestar DRM-Opco LLC kgrivner@clarkhill.com kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor QCM Partners LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Vestar Best in the West Property LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Santan MP LP kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor CPT Riverside Plaza LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Square One Partners LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor T Mesquite MKT WVS TX LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck
    on behalf of Interested Party Shelbyville Road Plaza LLC kbuck@mccarter.com

Katherine Hemming
    on behalf of Creditor Park Associates LP khemming@camlev.com

Kenneth L. Baum
    on behalf of Creditor Columbus Park Crossing LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kevin M. Capuzzi
    on behalf of Creditor Seasons Special Co. Ltd. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Polytek Development Corporation kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Elegant Homes Limited kcapuzzi@beneschlaw.com

Case 25-10068-CTG    Doc 931    Filed 05/17/25    Page 9 of 20

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 8 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Promax Manufacturing Co. Ltd. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Scott Mann | on behalf of Creditor Jeanette E. Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor Richard Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor Lisa A. Martinoni kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor U-Blaine Properties LLC kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor Ronald Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor Robert W. Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor David A. Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kristen N. Pate | on behalf of Creditor Brookfield Properties Retail Inc. bk@bpretail.com |
| Kristhy M. Peguero | on behalf of Interested Party Burlington Stores  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com |
| Kroll Restructuring Administration LLC | info@ra.kroll.com |
| Kurt F. Gwynne | on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | on behalf of Creditor The Widewaters Group Inc., as managing agent for Widewaters Roseland Center Company, LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Westford Valley Marketplace Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CRI Easton Square LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor American Fork SC  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Sherman Commons L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Wheeler Real Estate Investment Trust Inc. roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor River Park Plaza L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor PBA II LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Gibraltar Management Co. Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Shops at Lindale LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Paynter Realty roglenl@ballardspahr.com  carbonej@ballardspahr.com |

District/off: 0311-1 User: admin Page 9 of 19
Date Rcvd: May 15, 2025 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor Arbor Square II LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor BMA JC LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor RD Management LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Realty Limited Partnership roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG MHMORNC001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Inland Commercial Real Estate Services LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG OTOWEKY001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Lancaster Development Company LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor First National Realty Partners roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Santa Susana GRF2 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG JAFPTIL001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor NNN Yulee FL Owner LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARC CLORLFL001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Pride Center Co. LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Gallatin Mall Group L.L.C. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Sterling Organization roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor EDENS roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor DLC Management Corporation roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UFPTFC LLC & BBTFC LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor MP Elko LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Renaissance Partners I LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor PTC TX Holdings LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Orem Family Center LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARC SMWMBFL001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Hutensky Capital Partners LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Zaremba Metropolitan Midlothian LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CCA-RSSC LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Rivercrest Realty Associates LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |

District/off: 0311-1 User: admin Page 10 of 19
Date Rcvd: May 15, 2025 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor Westfield LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor EREP Forest Hill I LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor TPP 217 Taylorsville LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor La Costa Capital Partners roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor MGP XII Sunrise Village LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Shopping Center Associates LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARC NLLKLFL001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Marketplace West Partners LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor GC Ambassador Courtyard LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Renaissance Partners I LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor EDENS HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Realty Limited Partnership HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Shopping Center Associates LP HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Pride Center Co. LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RD Management LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Santa Susana GRF2 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARC CLORLFL001 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor BMA JC LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Sherman Commons L.P. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MFBY Ocala LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Gallatin Mall Group L.L.C. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARG JAFPTIL001 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |

District/off: 0311-1                              User: admin                                    Page 11 of 19
Date Rcvd: May 15, 2025                           Form ID: van441                                Total Noticed: 1

| | |
|---|---|
| Leslie C. Heilman | on behalf of Creditor Lancaster Development Company LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARG MHMORNC001 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor American Fork SC LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARC SMWMBFL001 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Hutensky Capital Partners LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Marketplace West Partners LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARG OTOWEKY001 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor TPP 217 Taylorsville LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARC NLLKLFL001 LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor PBA II LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Sterling Organization HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Westford Valley Marketplace Inc. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Louis F. Solimine | on behalf of Interested Party River Ridge Mall JV LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| M. Blake Cleary | on behalf of Interested Party Gordon Brothers Retail Partners LLC bcleary@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| M. Hampton Foushee | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC hfoushee@choate.com |
| Malcolm M Bates | on behalf of U.S. Trustee U.S. Trustee malcolm.m.bates@usdoj.gov |
| Maliheh Zare | on behalf of Interested Party Shelbyville Road Plaza LLC mzare@mccarter.com |
| Margaret A. Vesper | on behalf of Creditor Westford Valley Marketplace Inc. vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Hutensky Capital Partners LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor ARC SMWMBFL001 LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Lancaster Development Company LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor PBA II LLC vesperm@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

Margaret A. Vesper
    on behalf of Creditor Marketplace West Partners  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor The Sterling Organization vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Acadia Realty Limited Partnership vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor American Fork SC  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor BMA JC LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Santa Susana GRF2  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Gallatin Mall Group  L.L.C. vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ARG MHMORNC001  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ARG JAFPTIL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ARG OTOWEKY001  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor TPP 217 Taylorsville  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Shopping Center Associates  LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ARC NLLKLFL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor EDENS vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Renaissance Partners I  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ARC CLORLFL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Pride Center Co.  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor RD Management  LLC vesperm@ballardspahr.com

Mark A Salzberg
    on behalf of Creditor Blue Yonder  Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark D. Collins
    on behalf of Interested Party SVP Sewing Brands LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Olivere
    on behalf of Interested Party IG Design Groups Americas  Inc. olivere@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Matthew Williams
    on behalf of Other Prof. Ad Hoc Term Loan Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com

Matthew B. Harvey
    on behalf of Other Prof. Ad Hoc Term Loan Group mharvey@mnat.com matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. McGuire

Case 25-10068-CTG    Doc 931    Filed 05/17/25    Page 14 of 20

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 13 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Centerbridge Partners L.P. mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Matthew Steven Sarna | |
| | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC matthew.sarna@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Melissa E. Valdez | |
| | on behalf of Creditor Clear Creek Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Michael Breslauer | |
| | on behalf of Creditor Alamo Center LLC mbreslauer@swsslaw.com, sdurazo@swsslaw.com |
| Michael Pipkin | |
| | on behalf of Interested Party Venture Hulen LP mpipkin@romclaw.com, emoon@romclaw.com,dsalinas@romclaw.com |
| Michael C. Whalen | |
| | on behalf of Debtor JOANN Inc. michael.whalen@kirkland.com |
| Michael E. Fitzpatrick | |
| | on behalf of Debtor JOANN Inc. mfitzpatrick@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Myrtle Beach Farms Company Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor CI Warner Robbins LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Sun-Yin (HK) Holding Ltd. mbusenkell@gsbblaw.com mfriedman@gsbblaw.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Ruth Kump mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Feldman Companies Inc. mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor JJD-HOV Elk Grove LLC mjoyce@mjlawoffices.com |
| Michelle E. Shriro | |
| | on behalf of Creditor Bridge33 Capital LLC mshriro@singerlevick.com scotton@singerlevick.com |
| Michelle E. Shriro | |
| | on behalf of Creditor RPI Ridgmar Town Square Ltd. mshriro@singerlevick.com, scotton@singerlevick.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Phillips Edison & Company Inc. monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Beavercreek Towne Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Lakewood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Alameda Crossing Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Fairway-Falls LLC monique.disabatino@saul.com, robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Richmond Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Hamilton Village Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Bear Creek Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Raynham Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Nancy J. Newman | |
| | on behalf of Interested Party Granite Village West L.P. nnewman@hansonbridgett.com |
| Nancy J. Newman | |
| | on behalf of Interested Party Lynnwood Tower LLC nnewman@hansonbridgett.com |
| Natasha M. Songonuga | |
| | on behalf of Creditor China National Art & Crafts Imp. & Exp. Huayong Corp. NSongonuga@archerlaw.com |

Case 25-10068-CTG    Doc 931    Filed 05/17/25    Page 15 of 20

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 14 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

ahuber@archerlaw.com

Patrick J. Reilley
on behalf of Debtor JOANN Holdings 1  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor JAS Aviation  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor Creative Tech Solutions LLC preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor Needle Holdings LLC preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor joann.com  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor Dittopatterns LLC preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor Jo-Ann Stores  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor JOANN Inc. preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor JOANN Ditto Holdings Inc. preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor WeaveUp  Inc. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor Jo-Ann Stores Support Center  Inc. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor JOANN Holdings 2  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley
on behalf of Debtor Creativebug  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Rachel Amster
on behalf of Creditor Toll Global Forwarding (USA) Inc. ramster@gkglaw.com

Ricardo Palacio, Esq
on behalf of Creditor Cavender Stores  L.P. rpalacio@ashbygeddes.com,
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Ricardo A. Reyes
on behalf of Creditor DCTN3 509 PANAMA CITY FL  LLC rar@tobinreyes.com, rreid@tobinreyes.com

Rick Aaron Steinberg
on behalf of Creditor OOCL (USA) Inc. RSteinberg@pricemeese.com

Robert J. Dehney
on behalf of Other Prof. Ad Hoc Term Loan Group rdehney@morrisnichols.com
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 15 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

hols.com;radha--chevli--2257@ecf.pacerpro.com

Ronald Brown, Jr
    on behalf of Interested Party La Harbra Westbridge Partners L.P. ron@rkbrownlaw.com

Ronald E Gold
    on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Ronald Mark Tucker
    on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com

Ronald S. Beacher
    on behalf of Creditor MCS Industries Inc. rbeacher@pryorcashman.com bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
    on behalf of Creditor Evolution Credit Opportunity Master Fund II-B  LP rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ryan J Bird
    on behalf of Creditor Blum Boulders Associates I  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Sandra S Hamilton
    on behalf of Creditor Daane's Development Company bankruptcyfiling@clarkhill.com

Scott Andron
    on behalf of Creditor Broward County Tax Collector sandron@broward.org  swulfekuhle@broward.org

Scott D. Cousins
    on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. scott.cousins@lewisbrisbois.com aran.heining@lewisbrisbois.com

Scott J Greenberg
    on behalf of Other Prof. Ad Hoc Term Loan Group sgreenberg@gibsondunn.com  jbrody@gibsondunn.com

Scott J. Leonhardt
    on behalf of Interested Party B&B South Plaza Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
    on behalf of Creditor BV Wolf Creek  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
    on behalf of Creditor BV Waco Central Texas Marketplace  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Sean Matthew Beach
    on behalf of Interested Party Project Swift LLC bankfilings@ycst.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stacy L. Newman
    on behalf of Debtor JOANN Inc. snewman@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Stephanie Slater Ward
    on behalf of Creditor Almaden Properties LLC sslater@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com

Stephen M Kaplan
    on behalf of Creditor FOF 1073 LLC kaplanlawworks@aol.com

Stephen V Falanga
    on behalf of Creditor Jones Lang LaSalle Americas  Inc. sfalanga@walsh.law, chemrick@walsh.law

Stephen W. Spence
    on behalf of Creditor GVD Commercial Properties  Inc. sws@bmbde.com, sumspence@gmail.com

Steven Balasiano
    on behalf of Cred. Comm. Chair Low Tech Toy Club LLC Steven@BalasianoLaw.com

Steven Walsh
    on behalf of Creditor Elegant Homes Limited SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
    on behalf of Creditor Infosys Limited SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
    on behalf of Creditor Seasons Special Co.  Ltd. SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
    on behalf of Creditor Promax Manufacturing Co.  Ltd. SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 16 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Steven J. Reisman | on behalf of Interested Party Gordon Brothers Retail Partners LLC sreisman@katten.com, nyc.bknotices@katten.com |
| Stuart M. Brown | on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan E. Kaufman | on behalf of Interested Party Granite Village West L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Lynnwood Tower LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union skaufman@skaufmanlaw.com |
| Susan R Fuertes | on behalf of Creditor Harris County ATTN: Property Tax Division susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #47 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Comm Coll System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Timothy T Mitchell | on behalf of Creditor Birch Run Station LLC dkrm@aol.com, donna@rashtiandmitchell.com |
| Turner Falk | on behalf of Creditor Alameda Crossing Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Phillips Edison & Company Inc. turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hamilton Village Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Bear Creek Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Raynham Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Richmond Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Lakewood Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Beavercreek Towne Station LLC turner.falk@saul.com tnfalk@recap.email |

| District/off: 0311-1 | User: admin | Page 17 of 19 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Valerie Bantner Peo | on behalf of Creditor Millbrae Square Company vbantnerpeo@buchalter.com |
| William Ehrlich | on behalf of Attorney CB PASO  LLC william@ehrlichlawfirm.com |
| William A. Hazeltine | on behalf of Interested Party Ganga Acrowools Limited whazeltine@sha-llc.com |
| William A. Hazeltine | on behalf of Creditor Rayzor Ranch Marketplace Associates  LLC whazeltine@sha-llc.com |
| William D. Sullivan | on behalf of Creditor Janome America Inc. wdsecfnotices@sha-llc.com |
| William D. Sullivan | on behalf of Creditor Younger Partners Investements LLC wdsecfnotices@sha-llc.com |
| William E. Chipman, Jr. | on behalf of Interested Party IG Design Group Americas  Inc. chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| William E. Chipman, Jr. | on behalf of Interested Party IG Design Groups Americas  Inc. chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Power Company d/b/a AEP wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Indiana Michigan Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Arkansas  LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Peoples Gas System  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Appalachian Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Mississippi  LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Texas  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Arizona Public Service Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 18 of 19 |
| Date Rcvd: May 15, 2025 | Form ID: van441 | Total Noticed: 1 |

William F. Taylor, Jr
    on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Ohio Power Company d/b/a AEP Ohio wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Public Service Company of Oklahoma wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Constellation NewEnergy - Gas Division  LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Entergy Louisiana  LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Southern California Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Pennsylvania Power wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Kentucky Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Rochester Gas and Electric Corporation wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Southwestern Electric Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor New York State Electric & Gas Corporation wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William J. Levant
    on behalf of Creditor Marple XYZ Associates  L.P. wlevant@kaplaw.com

William L. Siegel
    on behalf of Creditor Korber Supply Chain US  Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com

Zhao Liu

District/off: 0311-1                                      User: admin                                      Page 19 of 19
Date Rcvd: May 15, 2025                             Form ID: van441                                  Total Noticed: 1

on behalf of Interested Party Viition (Asia) Limited liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 432