## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | RTB HOUSE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/04/2024 | 4/30/2025 |
| 2 | SHANGHAI SUNION COMPUTER TEC DEV CO | Jo-Ann Stores, LLC | Service Agreement Dated 04/01/2018 | 4/30/2025 |
| 3 | AVERY DENNISON RETAIL INFO SERVICES | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C139490 - DATED 04/09/2020 | 4/30/2025 |
| 4 | BUREAU VERITAS COMSUMER PRODUCTS SR | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/02/2021 | 4/30/2025 |
| 5 | CLAIMCO LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/27/2021 | 4/30/2025 |
| 6 | MEYERS ROMAN FRIEDBERG & LEWIS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/27/2019 | 4/30/2025 |
| 7 | MILLIMAN USA | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/11/2023 | 4/30/2025 |
| 8 | Q4 INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/30/2020 | 4/30/2025 |
| 9 | SGS NORTH AMERICA INC | Jo-Ann Stores, LLC | PRODUCT TESTING AND REBATE AGREEMENT DATED 02/02/2023 | 4/30/2025 |
| 10 | SUCCESSFACTORS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/28/2022 | 4/30/2025 |
| 11 | SUN LIFE ASSURANCE CO OF CANADA | Jo-Ann Stores, LLC | LIFE & DISABILITY INSURANCE SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 12 | SUN LIFE ASSURANCE CO OF CANADA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324200 - DATED 02/01/2022 | 4/30/2025 |
| 13 | | | [Left Intentionally Blank] | |
| 14 | AARON MITCHAEL | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/24/2022 | 4/30/2025 |
| 15 | AARON MITCHAEL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325160 - DATED 08/20/2022 | 4/30/2025 |
| 16 | AARON MITCHAEL M | Jo-Ann Stores, LLC | Service Agreement Dated 08/24/2022 | 4/30/2025 |
| 17 | ACTION BOYD LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/22/2022 | 4/30/2025 |
| 18 | ALLY EDGAR | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326526 - DATED 07/06/2023 | 4/30/2025 |
| 19 | ALLYSON DURK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327923 - DATED 10/10/2024 | 4/30/2025 |
| 20 | | | [Left Intentionally Blank] | |
| 21 | | | [Left Intentionally Blank] | |
| 22 | | | [Left Intentionally Blank] | |
| 23 | ANGELA M. BUCHANAN, PHILLIPS MURRAH P.C. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 08/13/2021 | |
| 24 | ARENTFOX SCHIFF LLP | JOANN Inc. | ENGAGEMENT LETTER DATED 11/20/2024 | 4/30/2025 |
| 25 | ARENTFOX SCHIFF LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 11/20/2024 | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 26 | ARTWORK PORTFOLIO LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323621 - DATED 09/24/2021 | 4/30/2025 |
| 27 | BAKER & HOSTETLER LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/12/2020 | 4/30/2025 |
| 28 | BAKER & HOSTETLER LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/25/2019 | 4/30/2025 |
| 29 | BAYMARD INSTITUTE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323675 - DATED 10/01/2021 | 4/30/2025 |
| 30 | BDS SOLUTIONS GROUP LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319999 - DATED 07/31/2019 | 4/30/2025 |
| 31 | | | [Left Intentionally Blank] | |
| 32 | BIANCA SPRINGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323489 - DATED 09/30/2021 | 4/30/2025 |
| 33 | BIANCA SPRINGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/25/2022 | 4/30/2025 |
| 34 | BLACK LAMB STUDIO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324127 - DATED 01/17/2022 | 4/30/2025 |
| 35 | BLACKSTONE IMC HOLDINGS Q LLC J | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/20/2019 | 4/30/2025 |
| 36 | BOHANON & CO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325136 - DATED 08/15/2022 | 4/30/2025 |
| 37 | BREAKTHROUGHFUEL LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/30/2024 | 4/30/2025 |
| 38 | BRIANNA SIPP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326897 - DATED 11/02/2023 | 4/30/2025 |
| 39 | BROOKSIDE CUSTOM CARPENTRY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/10/2024 | 4/30/2025 |
| 40 | CAMPAIGN WORKHUB LLC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 05/02/2024 | 4/30/2025 |
| 41 | CAMPAIGN WORKHUB LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326658 - DATED 05/02/2023 | 4/30/2025 |
| 42 | CANVAS PRINT STUDIO LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320736 - DATED 01/04/2023 | 4/30/2025 |
| 43 | CAREERMINDS GROUP INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 44 | CAREERMINDS GROUP INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327242 - DATED 02/05/2024 | 4/30/2025 |
| 45 | CAROLINA ABARCA LARA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324504 - DATED 01/31/2022 | 4/30/2025 |
| 46 | CAROLYN YAKO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324221 - DATED 02/25/2022 | 4/30/2025 |
| 47 | CASSANDRA KELLER I | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324480 - DATED 02/22/2024 | 4/30/2025 |
| 48 | CHELSEA BALLENGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321051 - DATED 10/01/2019 | 4/30/2025 |
| 49 | CHELSEA BALLENGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/01/2022 | 4/30/2025 |
| 50 | CHESLEY CARELE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326924 - DATED 09/19/2023 | 4/30/2025 |
| 51 | CHRISTINA L MANUEL | Jo-Ann Stores, LLC | Service Agreement Dated 01/04/2022 | 4/30/2025 |
| 52 | CINNAMON JOE STUDIO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C289904 - DATED 07/08/2022 | 4/30/2025 |
| 53 | CLEVELAND CLINIC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 4/30/2025 |
| 54 | CMC MARKETING AND DESIGN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/27/2021 | 4/30/2025 |
| 55 | COLUMBUS REGIONAL AIRPORT AUTHORITY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325762 - DATED 08/29/2022 | 4/30/2025 |
| 56 | COMPLIANCESIGNS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C309043 - DATED 09/16/2014 | 4/30/2025 |
| 57 | DAVIS & HAMRICK, L.L.P. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 03/27/2024 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 58 | DRU CHRISTINE FABRICS & DESIGN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325137 - DATED 08/15/2022 | 4/30/2025 |
| 59 | DYNAMIC RESOURCES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/13/2024 | 4/30/2025 |
| 60 | ELECTRIC MOTOR SHOP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C214653 - DATED 10/28/2019 | 4/30/2025 |
| 61 | ELECTRIC MOTOR SHOP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/29/2022 | 4/30/2025 |
| 62 | ELICIA BELL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325246 - DATED 09/26/2022 | 4/30/2025 |
| 63 | ELVIA AYALA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326940 - DATED 09/19/2023 | 4/30/2025 |
| 64 | EMC TALENT LIMITED | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326985 - DATED 09/07/2023 | 4/30/2025 |
| 65 | EMILY GOOLSBY | Jo-Ann Stores, LLC | Service Agreement Dated 01/03/2022 | 4/30/2025 |
| 66 | ENERGY MISSION CONTROL INC | Jo-Ann Stores, LLC | Service Agreement Dated 11/1/2020 | 4/30/2025 |
| 67 | ERHAN MAHMUZLU | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325370 - DATED 09/30/2022 | 4/30/2025 |
| 68 | FACILITY CONCEPTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318503 - DATED 01/01/2021 | 4/30/2025 |
| 69 | FHC NEWCO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318522 - DATED 11/01/2020 | 4/30/2025 |
| 70 | FHC NEWCO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/01/2023 | 4/30/2025 |
| 71 | FIDELITY VOICE & DATA | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 03/19/2019 | 4/30/2025 |
| 72 | JADA TAYLOR | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/04/2022 | 4/30/2025 |
| 73 | JADA TAYLOR | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319565 - DATED 04/04/2019 | 4/30/2025 |
| 74 | JANET L GROTTENTHALER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/31/2022 | 4/30/2025 |
| 75 | JENNIFER TALIS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323473C - DATED 05/05/2023 | 4/30/2025 |
| 76 | JILL A STEVENSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325172 - DATED 09/05/2022 | 4/30/2025 |
| 77 | JOHN K KINZEL | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/26/2022 | 4/30/2025 |
| 78 | JOHN K KINZEL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313382 - DATED 05/25/2019 | 4/30/2025 |
| 79 | JONATHAN RAFFESBERGER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324180 - DATED 02/15/2022 | 4/30/2025 |
| 80 | JORDAN POWER & EQUIPMENT CO. | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/12/2024 | 4/30/2025 |
| 81 | KAREN A KAISER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325139 - DATED 08/17/2022 | 4/30/2025 |
| 82 | KAREN B EDENFIELD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/02/2023 | 4/30/2025 |
| 83 | KAREN B EDENFIELD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C224222 - DATED 05/28/2019 | 4/30/2025 |
| 84 | KATHERINE MARIE SHELTON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321693 - DATED 03/19/2020 | 4/30/2025 |
| 85 | KATHERINE MARIE SHELTON | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 03/19/2023 | 4/30/2025 |
| 86 | KATRIN KRSCHAK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326369 - DATED 06/01/2023 | 4/30/2025 |
| 87 | KAWEAH CONTAINER INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/13/2022 | 4/30/2025 |
| 88 | KECHENA RICHARDSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325347 - DATED 08/22/2022 | 4/30/2025 |
| 89 | KENMORE CONSTRUCTION CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320728 - DATED 11/01/2019 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 90 | KORRIE DISANTO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/01/2024 | 4/30/2025 |
| 91 | KORRIE DISANTO | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 4/30/2025 |
| 92 | KORRIE DISANTO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318141 - DATED 05/20/2021 | 4/30/2025 |
| 93 | KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 10/03/2023 | 4/30/2025 |
| 94 | LAGHETTO STUDIO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321798 - DATED 09/07/2022 | 4/30/2025 |
| 95 | LANCE R MILLER, WRIGHT, LINDSEY & JENNINGS LLP | Jo-Ann Stores, LLC | LEGAL SERVICES AGREEMENT DATED 08/24/2023 | 4/30/2025 |
| 96 | LAURA BEER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326250 - DATED 04/24/2023 | 4/30/2025 |
| 97 | Lauren Byrne | Jo-Ann Stores, LLC | Master Agreement Dated 09/01/2019 | 4/30/2025 |
| 98 | LAUREN M BYRNE | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2022 | 4/30/2025 |
| 99 | LEE ENTERPRISES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/02/2024 | 4/30/2025 |
| 100 | LIESL & CO. | Needle Holdings LLC | LICENSE AGREEMENT DATED 11/14/2022 | 4/30/2025 |