# Exhibit 1

# Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | LILAC MGMT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326941 - DATED 07/25/2023 | 4/30/2025 |
| 2 | LINK LOGISTICS, LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/24/2024 | 4/30/2025 |
| 3 | LOOSE ENDS PROJECT CHARITY | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 01/01/2025 | 4/30/2025 |
| 4 | LYLOVE STUDIO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C289483 - DATED 06/28/2022 | 4/30/2025 |
| 5 | MAEGAN BELLASSAI | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326463 - DATED 07/06/2023 | 4/30/2025 |
| 6 | MALLORY MUDDIMAN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/20/2023 | 4/30/2025 |
| 7 | MALLORY MUDDIMAN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322451 - DATED 11/20/2020 | 4/30/2025 |
| 8 | | | [Left Intentionally Blank] | |
| 9 | MARGARET KAISER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/16/2022 | 4/30/2025 |
| 10 | MARKET DOJO LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327647 - DATED 07/12/2024 | 4/30/2025 |
| 11 | MARWEDEL, MINICHELLO & REEB, P.C. | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 01/09/2025 | 4/30/2025 |
| 12 | MARYORITH MORENO | Jo-Ann Stores, LLC | Service Agreement Dated 01/06/2022 | 4/30/2025 |
| 13 | MC CONSTRUCTION MGT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C280767NEW - DATED 05/02/2016 | 4/30/2025 |
| 14 | | | [Left Intentionally Blank] | |
| 15 | MIDWEST BIOCLEAN INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C310550 - DATED 03/31/2015 | 4/30/2025 |
| 16 | MIDWEST RETAIL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C293859 - DATED 01/14/2022 | 4/30/2025 |
| 17 | MIDWEST RETAIL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/14/2023 | 4/30/2025 |
| 18 | | | [Left Intentionally Blank] | |
| 19 | MONICA MOTA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324208 - DATED 02/20/2020 | 4/30/2025 |
| 20 | MONTGOMERY AREA CHAMBER OF COMMERCE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325763 - DATED 08/01/2022 | 4/30/2025 |
| 21 | MR GRIEVES ORIGINALS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325793 - DATED 02/07/2023 | 4/30/2025 |
| 22 | NABEELA WALID NAJAR | Jo-Ann Stores, LLC | Service Agreement Dated 01/05/2022 | 4/30/2025 |
| 23 | NABIHAH AHMAD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326478 - DATED 07/06/2023 | 4/30/2025 |
| 24 | NASDAQ CORPORATE SOLUTIONS LLC | JOANN Inc. | MASTER SERVICE AGREEMENT DATED 02/23/2021 | 4/30/2025 |
| 25 | NESCO RESOURCE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/14/2022 | 4/30/2025 |
| 26 | NORTH AMERICAN PLASTICS & CHEMICALS CO INC | Jo-Ann Stores, LLC | STORE SUPPLIES SERVICE AGREEMENT DATED 12/17/2023 | 4/30/2025 |
| 27 | NUTMEG INDUSTRIES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C293866 - DATED 07/01/2013 | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 28 | OLIVIA RESING | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/22/2022 | 4/30/2025 |
| 29 | OMEGA BENEFITS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/01/2023 | 4/30/2025 |
| 30 | OMEGA BENEFITS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323681 - DATED 11/01/2021 | 4/30/2025 |
| 31 | PANAGOS KENNEDY PLLC | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 05/15/2023 | 4/30/2025 |
| 32 | PAULA K GARDEN DANCIE | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/17/2022 | 4/30/2025 |
| 33 | PERISCOPEART INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324347 - DATED 03/17/2022 | 4/30/2025 |
| 34 | PRINT STORIES | Jo-Ann Stores, LLC | Service Agreement Dated 01/05/2022 | 4/30/2025 |
| 35 | PTA ENGINEERING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322450 - DATED 10/19/2020 | 4/30/2025 |
| 36 | PTA ENGINEERING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/26/2024 | 4/30/2025 |
| 37 | QUALTRICS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/02/2023 | 4/30/2025 |
| 38 | QUALTRICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307960 - DATED 05/27/2014 | 4/30/2025 |
| 39 | R & R GRAPHICS INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C216050 - DATED 02/03/2019 | 4/30/2025 |
| 40 | R & R GRAPHICS INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/04/2022 | 4/30/2025 |
| 41 | RAFTERONE ACQUISITION LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/00/1900 | 4/30/2025 |
| 42 | RESTORATION SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326440 - DATED 06/02/2023 | 4/30/2025 |
| 43 | RESULTICKS SOLUTION INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT - C288195 - DATED 01/09/2023 | 4/30/2025 |
| 44 | RIBV HOLDINGS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/05/2021 | 4/30/2025 |
| 45 | RICHARD B. SCHULTZ | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324723 - DATED 05/01/2022 | 4/30/2025 |
| 46 | | | [Left Intentionally Blank] | |
| 47 | ROSANNE J MYERS | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/26/2022 | 4/30/2025 |
| 48 | SACHARA CONSTRUCTION LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322172 - DATED 09/08/2020 | 4/30/2025 |
| 49 | SAFETY-KLEEN SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C288195 - DATED 10/28/2015 | 4/30/2025 |
| 50 | SARAH NISBETT | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324035 - DATED 01/15/2022 | 4/30/2025 |
| 51 | SCHOOLHOUSE OUTFITTERS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C301851 - DATED 07/01/2013 | 4/30/2025 |
| 52 | SCHOOLHOUSE OUTFITTERS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/01/2022 | 4/30/2025 |
| 53 | SEI INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C294851 - DATED 08/01/2015 | 4/30/2025 |
| 54 | SGS NORTH AMERICA INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307880 - DATED 01/09/2020 | 4/30/2025 |
| 55 | SIAN-AMY BALDOCK | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/21/2023 | 4/30/2025 |
| 56 | SOPHIA CUDWORTH | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/07/2023 | 4/30/2025 |
| 57 | Space 150 | Jo-Ann Stores, LLC | Statement of Work Dated 03/21/2022 | 4/30/2025 |
| 58 | SPACE 150 INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 59 | SPACE 150 INC | Jo-Ann Stores, LLC | MASTER SERVICES AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 60 | SPIEGEL DESIGN GROUP INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325025 - DATED 07/25/2022 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 61 | SQUIRE, SANDERS & DEMPSEY L.L.P. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 05/25/2006 | 4/30/2025 |
| 62 | SQUIRE, SANDERS & DEMPSEY L.L.P. | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 05/25/2006 | 4/30/2025 |
| 63 | STEFFI LYNN LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C328010 - DATED 10/25/2024 | 4/30/2025 |
| 64 | STUDIO SETTE SRL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319897 - DATED 06/01/2023 | 4/30/2025 |
| 65 | SUZANNE MCGURK | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/17/2022 | 4/30/2025 |
| 66 | SUZANNE MCGURK | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C305306 - DATED 02/17/2016 | 4/30/2025 |
| 67 | SWEET BUTTER COCO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324222 - DATED 02/28/2022 | 4/30/2025 |
| 68 | | | [Left Intentionally Blank] | |
| 69 | TARA CUSTER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/08/2019 | 4/30/2025 |
| 70 | TARA CUSTER | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/10/2022 | 4/30/2025 |
| 71 | TARA REED | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324400 - DATED 04/04/2022 | 4/30/2025 |
| 72 | | | [Left Intentionally Blank] | |
| 73 | TESSA DE GUYTENAER | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325587 - DATED 12/08/2022 | 4/30/2025 |
| 74 | THE COLORFIELD DESIGN STUDIO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321056 - DATED 04/28/2023 | 4/30/2025 |
| 75 | THE GROOMSMEN LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/27/2019 | 4/30/2025 |
| 76 | THE SIEGFRIED GROUP LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/22/2020 | 4/30/2025 |
| 77 | TIFFANY SOEBROTO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326610 - DATED 07/06/2023 | 4/30/2025 |
| 78 | TRNA NEWCO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313096 - DATED 01/30/2018 | 4/30/2025 |
| 79 | UNITED STATES PLASTIC CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C306432 - DATED 10/27/2015 | 4/30/2025 |
| 80 | VERYABLE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 06/01/2023 | 4/30/2025 |
| 81 | VERYABLE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321957 - DATED 06/01/2020 | 4/30/2025 |
| 82 | VICTORIA AILSA PHILLIPS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325342 - DATED 10/17/2022 | 4/30/2025 |
| 83 | WILLIAM B CHATLOSH | Jo-Ann Stores, LLC | Service Agreement Dated 01/03/2022 | 4/30/2025 |
| 84 | WORKFRONT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318410 - DATED 09/28/2019 | 4/30/2025 |
| 85 | WORLDWIDE RETAIL SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/16/2022 | 4/30/2025 |
| 86 | YORK DESIGN HOUSE PTY LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324443 - DATED 04/12/2022 | 4/30/2025 |
| 87 | FRANTZ WARD LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 06/01/2022 | 4/30/2025 |
| 88 | EMPLOYBRIDGE HOLDING CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C317245 - DATED 06/01/2022 | 4/30/2025 |
| 89 | TINUITI INC | Jo-Ann Stores, LLC | AMENDMENT NO. 1 TO SCHEDULE A STATEMENT OF WORK #1 DATED 01/22/2023 | 4/30/2025 |
| 90 | TINUITI INC | Jo-Ann Stores, LLC | AMENDMENT NO. 1 TO SCHEDULE A STATEMENT OF WORK #2 DATED 10/10/2024 | 4/30/2025 |
| 91 | TINUITI INC | Jo-Ann Stores, LLC | MASTER SERVICES AGREEMENT DATED 11/15/2022 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 92 | TINUITI INC | Jo-Ann Stores, LLC | SCHEDULE A - STATEMENT OF WORK #2 DATED 11/15/2022 | 4/30/2025 |
| 93 | TINUITI INC | Jo-Ann Stores, LLC | SCHEDULE B - STATEMENT OF WORK #1 DATED 05/10/2024 | 4/30/2025 |
| 94 | TINUITI INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/01/2024 | 4/30/2025 |
| 95 | TINUITI INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325519 - DATED 11/11/2022 | 4/30/2025 |
| 96 | UNITED STAFFING ASSOCIATES LLC | Jo-Ann Stores, LLC | RECRUITING SERVICE AGREEMENT DATED 09/15/2022 | 4/30/2025 |
| 97 | UNITED STAFFING ASSOCIATES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C295152 - DATED 07/05/2018 | 4/30/2025 |
| 98 | SUN LIFE ASSURANCE CO OF CANADA | Jo-Ann Stores, LLC | Master Service Agreement Dated 02/01/2022 | 4/30/2025 |
| 99 | Sun Life Assurance Company of Canada | Jo-Ann Stores, LLC | Master Service Agreement Dated 02/01/2022 | 4/30/2025 |
| 100 | AMERICAN LEBANESE SYRIAN ASSOC INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C301991 - DATED 10/15/2017 | 4/30/2025 |