## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | MJB ELECTRIC SERVICE CORP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/10/2022 | 4/30/2025 |
| 2 | NEW LEAF SERVICE CONTRACTS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/23/2019 | 4/30/2025 |
| 3 | OPTIMUM BUYING LTD. | Jo-Ann Stores, LLC | SECOND AMENDMENT OF BUYING AGENCY AGREEMENT DATED 11/01/2023 | 4/30/2025 |
| 4 | OPTIMUM BUYING LTD. | Jo-Ann Stores, LLC | VENDOR SUPPLY AGREEMENT DATED 11/30/2018 | 4/30/2025 |
| 5 | PAC-VAN INC | Jo-Ann Stores, LLC | STORAGE CONTAINER LEASE DATED 06/29/2021 | 4/30/2025 |
| 6 | PITNEY BOWES INC | Jo-Ann Stores, LLC | INTERNATIONAL LOGISTICS SERVICE AGREEMENT DATED 11/11/2024 | 4/30/2025 |
| 7 | RESTORATION SERVICES INC | Jo-Ann Stores, LLC | FACILITIES SERVICE AGREEMENT DATED 06/02/2024 | 4/30/2025 |
| 8 | RESTORATION SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 03/21/2024 | 4/30/2025 |
| 9 | ROLLINS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/17/2023 | 4/30/2025 |
| 10 | SACHARA CONSTRUCTION LLC | Jo-Ann Stores, LLC | CONSTRUCTION AND FACILITIES SERVICE AGREEMENT DATED 09/08/2023 | 4/30/2025 |
| 11 | SAFETY-KLEEN SYSTEMS INC | Jo-Ann Stores, LLC | HAZARDOUS WASTE MANAGEMENT SERVICE AGREEMENT DATED 10/04/2023 | 4/30/2025 |
| 12 | SIMON ROOFING AND SHEET METAL CORP | Jo-Ann Stores, LLC | ROOFING SERVICE AGREEMENT DATED 09/30/2022 | 4/30/2025 |
| 13 | SIMON ROOFING AND SHEET METAL CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C305762 - DATED 11/01/2019 | 4/30/2025 |
| 14 | SPENCE FENCE CO ENTERPRISES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/18/2023 | 4/30/2025 |
| 15 | SUPPLYONE TAMPA BAY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/20/2023 | 4/30/2025 |
| 16 | TRIBURG IMTIARA CONSULTANTS LLP | Jo-Ann Stores, LLC | BUYING AGENCY AGREEMENT DATED 04/01/2021 | 4/30/2025 |
| 17 | TRIBURG IMTIARA CONSULTANTS LLP | Jo-Ann Stores, LLC | LICENSE AGREEMENT DATED 04/01/2022 | 4/30/2025 |
| 18 | UDEMY INC | Jo-Ann Stores, LLC | LICENSE SERVICE AGREEMENT DATED 11/11/2023 | 4/30/2025 |
| 19 | UNIFIED CONSTRUCTION SYSTEMS | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 04/20/2020 | 4/30/2025 |
| 20 | UNIFIED CONSTRUCTION SYSTEMS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C291940 - DATED 04/20/2023 | 4/30/2025 |
| 21 | UNITED STATES PLASTIC CORP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/25/2022 | 4/30/2025 |

---

1   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 22 | VALLEY PACIFIC PETROL SERVICES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/10/2023 | 4/30/2025 |
| 23 | XENETA AS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/22/2024 | 4/30/2025 |
| 24 | ABB CONSTRUCTION LLC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 02/15/2024 | 4/30/2025 |
| 25 | ABB CONSTRUCTION LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322848 - DATED 02/15/2021 | 4/30/2025 |
| 26 | LAKEVIEW CONSTRUCTION LLC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 09/20/2023 | 4/30/2025 |
| 27 | LAKEVIEW CONSTRUCTION LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C299955 - DATED 09/20/2021 | 4/30/2025 |
| 28 | HEALY CONSTRUCTION SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315648 - DATED 05/01/2017 | 4/30/2025 |
| 29 | HEALY CONSTRUCTION SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 30 | PSG ENERGY SOLUTIONS LLC | Jo-Ann Stores, LLC | LIGHTING SERVICES AGREEMENT DATED 08/10/2023 | 4/30/2025 |
| 31 | PSG ENERGY SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322096 - DATED 08/10/2020 | 4/30/2025 |
| 32 | ANCHOR SIGN INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/08/2022 | 4/30/2025 |
| 33 | UNIVERSAL PROTECTION SERV LP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C314185 - DATED 12/01/2015 | 4/30/2025 |
| 34 | MARCO CONTRACTORS INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 09/05/2023 | 4/30/2025 |
| 35 | MARCO CONTRACTORS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284261 - DATED 08/31/2021 | 4/30/2025 |
| 36 | TRI-CITY INDUSTRIAL POWER LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/01/2022 | 4/30/2025 |
| 37 | TRI-CITY INDUSTRIAL POWER LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C217684 - DATED 05/01/2014 | 4/30/2025 |
| 38 | GORDON BROTHERS REALTY SERVICES, LLC | Jo-Ann Stores, LLC | AMENDMENT TO REAL ESTATE CONSULTING AND ADVISORY SERVICES AGREEMENT DATED 12/11/2023 | 4/30/2025 |
| 39 | GORDON BROTHERS REALTY SERVICES, LLC | Jo-Ann Stores, LLC | REAL ESTATE CONSULTING AND ADVISORY SERVICES AGREEMENT DATED 10/02/2023 | 4/30/2025 |
| 40 | GORDON BROTHERS RETAIL PARTNERS LLC | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 04/30/2024 | 4/30/2025 |
| 41 | GORDON BROTHERS RETAIL PARTNERS LLC | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 10/02/2023 | 4/30/2025 |
| 42 | TOP NOTCH CLEANING INC | Jo-Ann Stores, LLC | JANITORIAL SERVICES AGREEMENT DATED 03/06/2023 | 4/30/2025 |
| 43 | TOP NOTCH CLEANING INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/05/2024 | 4/30/2025 |
| 44 | TOP NOTCH CLEANING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284478 - DATED 02/01/2016 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 45 | TOP NOTCH CLEANING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/31/2022 | 4/30/2025 |
| 46 | OFF DUTY SECURITY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C311469 - DATED 09/01/2015 | 4/30/2025 |
| 47 | AMERICAN FOOD & VENDING | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/22/2023 | 4/30/2025 |
| 48 | AMERICAN FOOD & VENDING | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C289343 - DATED 05/21/2018 | 4/30/2025 |
| 49 | JAY ROOF | Jo-Ann Stores, LLC | FIXTURES SERVICE AGREEMENT DATED 06/07/2023 | 4/30/2025 |
| 50 | JAY ROOF | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324720 - DATED 05/02/2022 | 4/30/2025 |
| 51 | ENVIRONMENT CONTROL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C214498 - DATED 09/30/2015 | 4/30/2025 |
| 52 | ENVIRONMENT CONTROL | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/01/2023 | 4/30/2025 |
| 53 | ARLINGTON CONSTRUCTION INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 04/01/2023 | 4/30/2025 |
| 54 | ARLINGTON CONSTRUCTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C109672 - DATED 04/01/2017 | 4/30/2025 |
| 55 | ABM INDUSTRIES GROUPS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/01/2024 | 4/30/2025 |
| 56 | ABM INDUSTRIES GROUPS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/01/2022 | 4/30/2025 |
| 57 | ABM INDUSTRIES GROUPS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C299945 - DATED 02/01/2015 | 4/30/2025 |
| 58 | D H PACE COMPANY INC | Jo-Ann Stores, LLC | DOCK DOORS & EQUIPMENT SERVICE AGREEMENT DATED 11/07/2022 | 4/30/2025 |
| 59 | D H PACE COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C296276 - DATED 11/05/2018 | 4/30/2025 |
| 60 | GPD ASSOCIATES | Jo-Ann Stores, LLC | ARCHITECTURE & INTERIOR DESIGN SERVICE AGREEMENT DATED 02/01/2023 | 4/30/2025 |
| 61 | GPD ASSOCIATES | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C101779 - DATED 02/01/2014 | 4/30/2025 |
| 62 | WOJCIK BUILDERS INC | Jo-Ann Stores, LLC | BUILDING CONSTRUCTION SERVICE AGREEMENT DATED 01/03/2023 | 4/30/2025 |
| 63 | WOJCIK BUILDERS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C295560 - DATED 01/01/2018 | 4/30/2025 |
| 64 | CROSBY ELECTRIC CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/14/2022 | 4/30/2025 |
| 65 | INTERFINISH LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321420 - DATED 11/25/2019 | 4/30/2025 |
| 66 | INTERFINISH LLC | Jo-Ann Stores, LLC | FACILITIES SERVICE AGREEMENT DATED 09/03/2024 | 4/30/2025 |
| 67 | INTERFINISH LLC | Jo-Ann Stores, LLC | FLOORING SERVICE AGREEMENT DATED 11/25/2022 | 4/30/2025 |
| 68 | INTERFINISH LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 4/30/2025 |
| 69 | TROPICAL LAWN SERVICE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 4/30/2025 |
| 70 | COMFORT SYSTEMS USA MID SOUTH | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C287450 - DATED 12/01/2015 | 4/30/2025 |
| 71 | COMFORT SYSTEMS USA MID SOUTH | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 12/01/2022 | 4/30/2025 |
| 72 | HARD FIRE SUPPRESSION SYSTEMS, INC. | Jo-Ann Stores, LLC | FACILITIES SERVICE AGREEMENT DATED 10/10/2024 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 73 | HARD FIRE SUPPRESSION SYSTEMS, INC. | Jo-Ann Stores, LLC | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 05/01/2023 | 4/30/2025 |
| 74 | HARD FIRE SUPPRESSION SYSTEMS, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C306601 - DATED 05/01/2016 | 4/30/2025 |
| 75 | MJM ARCHITECTS LLC | Jo-Ann Stores, LLC | ARCHITECTURE & INTERIOR DESIGN SERVICE AGREEMENT DATED 02/01/2023 | 4/30/2025 |
| 76 | MJM ARCHITECTS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C301075 - DATED 02/01/2014 | 4/30/2025 |
| 77 | CENTIMARK CORPORATION | Jo-Ann Stores, LLC | Master Service Agreement Dated 06/17/2019 | 4/30/2025 |
| 78 | MOUNTVILLE MILLS | Jo-Ann Stores, LLC | FLOORING SERVICE AGREEMENT DATED 12/08/2022 | 4/30/2025 |
| 79 | MOUNTVILLE MILLS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323903 - DATED 12/08/2021 | 4/30/2025 |
| 80 | DONWIL COMPANY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/01/2022 | 4/30/2025 |
| 81 | DONWIL COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325401 - DATED 10/25/2022 | 4/30/2025 |
| 82 | AODK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325455 - DATED 08/29/2022 | 4/30/2025 |
| 83 | AODK INC | Jo-Ann Stores, LLC | ARCHITECTURE SERVICES AGREEMENT DATED 10/09/2023 | 4/30/2025 |
| 84 | RELIABLE FIRE & SECURITY SOLUTIONS | Jo-Ann Stores, LLC | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 05/11/2023 | 4/30/2025 |
| 85 | RELIABLE FIRE & SECURITY SOLUTIONS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315574 - DATED 05/11/2020 | 4/30/2025 |
| 86 | THE LOOK COMPANY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/20/2023 | 4/30/2025 |
| 87 | | | [Left Intentionally Blank] | |
| 88 | | | [Left Intentionally Blank] | |
| 89 | HYDROFIRE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT AMENDMENT DATED 05/21/2024 | 4/30/2025 |
| 90 | HYDROFIRE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 04/21/2024 | 4/30/2025 |
| 91 | HYDROFIRE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C287005 - DATED 07/30/2015 | 4/30/2025 |
| 92 | HYDROFIRE LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 07/30/2024 | 4/30/2025 |
| 93 | EMPIRE SUPPLY CO INC | Jo-Ann Stores, LLC | HVAC/R SERVICE AGREEMENT DATED 11/02/2023 | 4/30/2025 |
| 94 | EMPIRE SUPPLY CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C216260 - DATED 11/02/2015 | 4/30/2025 |
| 95 | VISION SOUTHEAST CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C289296 - DATED 01/16/2018 | 4/30/2025 |
| 96 | VISION SOUTHEAST CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/17/2024 | 4/30/2025 |
| 97 | ALVARADO MFG CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/10/2023 | 4/30/2025 |
| 98 | ALVARADO MFG CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C109602 - DATED 10/09/2017 | 4/30/2025 |
| 99 | COLUMBUS FIRE & SAFETY EQUIP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/20/2022 | 4/30/2025 |
| 100 | COLUMBUS FIRE & SAFETY EQUIP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C296275 - DATED 02/01/2016 | 4/30/2025 |