## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | ANDERSON OXFORD INC | Jo-Ann Stores, LLC | HR SOFTWARE SERVICE AGREEEMENT DATED 09/04/2023 | 4/30/2025 |
| 2 | ANDERSON OXFORD INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/24/2023 | 4/30/2025 |
| 3 | ANDERSON OXFORD INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C311538 - DATED 09/05/2020 | 4/30/2025 |
| 4 | CPT NETWORK SOLUTIONS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/18/2022 | 4/30/2025 |
| 5 | CPT NETWORK SOLUTIONS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C290888 - DATED 01/30/2015 | 4/30/2025 |
| 6 | AUDITBOARD INC | Jo-Ann Stores, LLC | Master Service Agreement Dated 12/31/2021 | 4/30/2025 |
| 7 | AuditBoard | Jo-Ann Stores, LLC | Master Service Agreement Dated 12/31/2021 | 4/30/2025 |
| 8 | INSPECTORIO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/22/2021 | 4/30/2025 |
| 9 | INSPECTORIO INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 06/22/2024 | 4/30/2025 |
| 10 | MCPC, INC. | Jo-Ann Stores, LLC | Service Agreement Dated 05/21/2014 | 4/30/2025 |
| 11 | | | [Left Intentionally Blank] | |
| 12 | SEMRUSH INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 06/28/2024 | 4/30/2025 |
| 13 | SEMRUSH INC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 12/12/2023 | 4/30/2025 |
| 14 | SEMRUSH INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325346 - DATED 08/21/2022 | 4/30/2025 |
| 15 | WARNER CONSULTING SERVICES LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/28/2023 | 4/30/2025 |
| 16 | WARNER CONSULTING SERVICES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315799 - DATED 07/26/2017 | 4/30/2025 |
| 17 | LIFESAVER SOFTWARE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2020 | 4/30/2025 |
| 18 | LIFESAVER SOFTWARE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C282901 - DATED 09/21/2010 | 4/30/2025 |
| 19 | COMPUTERSHARE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/26/2023 | 4/30/2025 |
| 20 | B&H FOTO & ELECTRONICS CORP | Jo-Ann Stores, LLC | HARDWARE SERVICES AGREEMENT DATED 02/20/2023 | 4/30/2025 |
| 21 | B&H FOTO & ELECTRONICS CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C294025 - DATED 02/20/2018 | 4/30/2025 |
| 22 | TELLERMATE INC | Jo-Ann Stores, LLC | POINT OF SALE EQUIPMENT SERVICE AGREEMENT DATED 08/06/2022 | 4/30/2025 |

1   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 23 | TELLERMATE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C216560 - DATED 08/09/2016 | 4/30/2025 |
| 24 | COLORID LLC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 12/15/2023 | 4/30/2025 |
| 25 | COLORID LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C290041 - DATED 10/15/2014 | 4/30/2025 |
| 26 | MICRO STRATEGIES INC | Jo-Ann Stores, LLC | IT SECURITY & NETWORKING SERVICE AGREEMENT DATED 09/03/2024 | 4/30/2025 |
| 27 | PERFAWARE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/06/2024 | 4/30/2025 |
| 28 | ADVANCED CARTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/22/2024 | 4/30/2025 |
| 29 | ADVANCED CARTS INC | Jo-Ann Stores, LLC | SUPPLIES SERVICE AGREEMENT DATED 11/01/2023 | 4/30/2025 |
| 30 | BDS SOLUTIONS GROUP LLC | Jo-Ann Stores, LLC | STORE FIXTURE & DISPLAY INSTALLATION SERVICE AGREEMENT DATED 07/31/2022 | 4/30/2025 |
| 31 | BLACKHAWKNETWORK | Jo-Ann Stores, LLC | GIFT CARD SERVICES AGREEMENT DATED 09/30/2023 | 4/30/2025 |
| 32 | BLACKHAWKNETWORK | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/15/2023 | 4/30/2025 |
| 33 | BLACKHAWKNETWORK | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/30/2023 | 4/30/2025 |
| 34 | CONSOLIDATED GRAPHICS GROUP INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/12/2024 | 4/30/2025 |
| 35 | ES | Jo-Ann Stores, LLC | Master Service Agreement Dated 01/13/2023 | 4/30/2025 |
| 36 | ES MANUFACTURING INC | Jo-Ann Stores, LLC | Master Service Agreement Dated 01/13/2023 | 4/30/2025 |
| 37 | FIBRE GLAST DEVELOPMENTS CORP LLC | Jo-Ann Stores, LLC | Master Service Agreement Dated 01/11/2022 | 4/30/2025 |
| 38 | FibreGlast | Jo-Ann Stores, LLC | Master Service Agreement Dated 01/11/2022 | 4/30/2025 |
| 39 | KDM | Jo-Ann Stores, LLC | Master Service Agreement Dated 01/13/2020 | 4/30/2025 |
| 40 | LICENSED SPECIALTY PRODUCTS INC | Jo-Ann Stores, LLC | STORE SERVICES AGREEMENT DATED 01/03/2024 | 4/30/2025 |
| 41 | LICENSED SPECIALTY PRODUCTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C293800 - DATED 06/29/2017 | 4/30/2025 |
| 42 | LOZIER CORP | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 10/01/2022 | 4/30/2025 |
| 43 | SUMMERFORD PALLET CO INC | Jo-Ann Stores, LLC | PALLETS & CRATES SERVICE AGREEMENT DATED 09/01/2022 | 4/30/2025 |
| 44 | SUMMERFORD PALLET CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 10/10/2022 | 4/30/2025 |
| 45 | THE BABCOCK & WILCOX CO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/22/2023 | 4/30/2025 |
| 46 | THE BABCOCK & WILCOX CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 11/09/2023 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 47 | RETAIL SERVICES WIS CORP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/29/2023 | 4/30/2025 |
| 48 | RETAIL SERVICES WIS CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 02/01/2025 | 4/30/2025 |
| 49 | RETAIL SERVICES WIS CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C282060 - DATED 07/01/2013 | 4/30/2025 |
| 50 | QUAD GRAPHICS INCORP | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/01/2022 | 4/30/2025 |
| 51 | QUAD GRAPHICS INCORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322987 - DATED 03/01/2021 | 4/30/2025 |
| 52 | QUAD GRAPHICS INCORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/01/2024 | 4/30/2025 |
| 53 | INTERNATIONAL PAPER CO- CA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C228729 - DATED 10/10/2016 | 4/30/2025 |
| 54 | PRIMARY COLOR SYSTEMS CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321968 - DATED 07/01/2020 | 4/30/2025 |
| 55 | INTERNATIONAL PAPER CO-AL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C212918 - DATED 10/10/2016 | 4/30/2025 |
| 56 | QUAD GRAPHICS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2024 | 4/30/2025 |
| 57 | QUAD GRAPHICS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/30/2024 | 4/30/2025 |
| 58 | QUAD GRAPHICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C303669 - DATED 10/18/2017 | 4/30/2025 |
| 59 | HILCO MERCHANT RESOURCES LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/08/2016 | 4/30/2025 |
| 60 | HILCO MERCHANT RESOURCES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 61 | GRAND & BENEDICTS INC | Jo-Ann Stores, LLC | Service Agreement Dated 05/10/2015 | 4/30/2025 |
| 62 | WIRE WELD INC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 10/01/2022 | 4/30/2025 |
| 63 | WIRE WELD INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C307148 - DATED 09/30/2014 | 4/30/2025 |
| 64 | OFF THE WALL CO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 08/07/2024 | 4/30/2025 |
| 65 | OFF THE WALL CO LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323499 - DATED 08/23/2021 | 4/30/2025 |
| 66 | BATES METAL PRODUCTS INC | Jo-Ann Stores, LLC | Service Agreement Dated 08/01/2020 | 4/30/2025 |
| 67 | BATES METAL PRODUCTS INC - Warehouse for Store Fixtures - Updated Payment Terms | Jo-Ann Stores, LLC | BATES METAL PRODUCTS INC - Warehouse for Store Fixtures - Updated Payment Terms | 4/30/2025 |
| 68 | BATES METAL PRODUCTS INC | Jo-Ann Stores, LLC | Master Vendor Agreement Dated 05/07/2015 | 4/30/2025 |
| 69 | STOROPACK INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/10/2024 | 4/30/2025 |
| 70 | STOROPACK INC | Jo-Ann Stores, LLC | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 03/22/2024 | 4/30/2025 |
| 71 | STOROPACK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 08/20/2024 | 4/30/2025 |

3

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 72 | SPARTAN GRAPHICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 06/07/2024 | 4/30/2025 |
| 73 | ODP BUSINESS SOLUTIONS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/19/2022 | 4/30/2025 |
| 74 | ODP BUSINESS SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C127640 - DATED 12/26/2018 | 4/30/2025 |
| 75 | SAM PIEVAC COMPANY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/31/2023 | 4/30/2025 |
| 76 | SAM PIEVAC COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C143036 - DATED 02/01/2015 | 4/30/2025 |
| 77 | VIRA INSIGHT, LLC | Jo-Ann Stores, LLC | Service Agreement Dated 01/30/2011 | 4/30/2025 |
| 78 | FFR MERCHANDISING, INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/19/2022 | 4/30/2025 |
| 79 | FFR MERCHANDISING, INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C113490 - DATED 09/21/2015 | 4/30/2025 |
| 80 | SUNBELT PAPER & PACKAGING INC | Jo-Ann Stores, LLC | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 08/31/2022 | 4/30/2025 |
| 81 | SUNBELT PAPER & PACKAGING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C303841 - DATED 08/13/2015 | 4/30/2025 |
| 82 | YUNKER INDUSTRIES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304638 - DATED 06/20/2018 | 4/30/2025 |
| 83 | YUNKER INDUSTRIES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/24/2023 | 4/30/2025 |
| 84 | YUNKER INDUSTRIES INC INSTALL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C142877 - DATED 06/20/2018 | 4/30/2025 |
| 85 | THE MEYERS PRINTING CO., INC | Jo-Ann Stores, LLC | ORDER FORM DATED 11/30/2023 | 4/30/2025 |
| 86 | SOUTHWEST SIGN GROUP INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/10/2024 | 4/30/2025 |
| 87 | SUPPLYONE CLEVELAND INC | Jo-Ann Stores, LLC | STORE SUPPLIES SERVICE AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 88 | PIVOTAL RETAIL GROUP LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324849 - DATED 03/01/2022 | 4/30/2025 |
| 89 | ULINE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C215396 - DATED 12/01/2015 | 4/30/2025 |
| 90 | NEXAMP INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321929 - DATED 06/16/2020 | 4/30/2025 |
| 91 | JOSHEN PAPER AND PACKAGING | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/01/2024 | 4/30/2025 |
| 92 | JOSHEN PAPER AND PACKAGING | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C281882 - DATED 01/09/2015 | 4/30/2025 |
| 93 | PROVANTAGE CORPORATE SOLUTIONS LLC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 09/13/2023 | 4/30/2025 |
| 94 | PROVANTAGE CORPORATE SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C296745 - DATED 09/13/2017 | 4/30/2025 |
| 95 | MODERN STORE FIXTURES LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 96 | MODERN STORE FIXTURES CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/05/2024 | 4/30/2025 |

4

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 97 | MODERN STORE FIXTURES CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C115860 - DATED 06/18/2016 | 4/30/2025 |
| 98 | TESTRITE INSTRUMENT CO, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C311047 - DATED 06/18/2015 | 4/30/2025 |
| 99 | TESTRITE INSTRUMENT CO, INC. | Jo-Ann Stores, LLC | STORE FIXTURE & DISPLAY INSTALLATION SERVICE AGREEMENT DATED 01/03/2024 | 4/30/2025 |
| 100 | CREATIVE COLOR | Jo-Ann Stores, LLC | PAINTING SERVICES AGREEMENT DATED 09/25/2023 | 4/30/2025 |