## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | CREATIVE COLOR | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315891 - DATED 09/25/2017 | 4/30/2025 |
| 2 | SYNDIGO LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/05/2020 | 4/30/2025 |
| 3 | AMIGO MOBILITY CENTER | Jo-Ann Stores, LLC | Master Service Agreement Dated 02/25/2019 | 4/30/2025 |
| 4 | [Left Intentionally Blank] | | | |
| 5 | [Left Intentionally Blank] | | | |
| 6 | [Left Intentionally Blank] | | | |
| 7 | [Left Intentionally Blank] | | | |
| 8 | DADE PAPER COMPANY | Jo-Ann Stores, LLC | STORE SUPPLIES SERVICE AGREEMENT DATED 03/06/2022 | 4/30/2025 |
| 9 | DADE PAPER COMPANY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C294023 DPB - DATED 08/12/2015 | 4/30/2025 |
| 10 | IDENTITY SYSTEMS, INC. | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/19/2023 | 4/30/2025 |
| 11 | MICROFRAME CORPORATION | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/15/2024 | 4/30/2025 |
| 12 | MICROFRAME CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C217980 - DATED 09/03/2013 | 4/30/2025 |
| 13 | ARDRON-MACKIE LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/19/2022 | 4/30/2025 |
| 14 | ARDRON-MACKIE LTD | Jo-Ann Stores, LLC | STORE DEVELOPMENT SERVICE AGREEMENT DATED 07/19/2024 | 4/30/2025 |
| 15 | MCCUE CORPORATION | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 04/01/2023 | 4/30/2025 |
| 16 | MCCUE CORPORATION | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 05/20/2024 | 4/30/2025 |
| 17 | MCCUE CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C106953 - DATED 04/01/2019 | 4/30/2025 |
| 18 | GREEN BLUE INSTITUTE | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/12/2022 | 4/30/2025 |
| 19 | TM SHEA PRODUCTS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/20/2023 | 4/30/2025 |
| 20 | TM SHEA PRODUCTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C218428 - DATED 06/18/2016 | 4/30/2025 |
| 21 | GRAND HAVEN CUSTOM MOLDING LLC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 04/10/2024 | 4/30/2025 |
| 22 | GRAND HAVEN CUSTOM MOLDING LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C317038 - DATED 04/19/2018 | 4/30/2025 |

---

1 The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 23 | THE PEGGS COMPANY INC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 04/01/2023 | 4/30/2025 |
| 24 | THE PEGGS COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C293709 - DATED 04/01/2019 | 4/30/2025 |
| 25 | ALLIED PACKAGING CORP | Jo-Ann Stores, LLC | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 12/22/2022 | 4/30/2025 |
| 26 | ALLIED PACKAGING CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C216855 - DATED 12/21/2015 | 4/30/2025 |
| 27 | STORFLEX | Jo-Ann Stores, LLC | STORE DEVELOPMENT SERVICE AGREEMENT DATED 05/31/2024 | 4/30/2025 |
| 28 | STORFLEX | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323235 - DATED 07/19/2021 | 4/30/2025 |
| 29 | AA BLUEPRINT COMPANY INC | Jo-Ann Stores, LLC | PRINTING SERVICES AGREEMENT DATED 01/03/2024 | 4/30/2025 |
| 30 | AZAR INTERNATIONAL INC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 08/08/2023 | 4/30/2025 |
| 31 | AZAR INTERNATIONAL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C317283 - DATED 09/01/2020 | 4/30/2025 |
| 32 | 48FORTY SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324654 - DATED 02/02/2018 | 4/30/2025 |
| 33 | AKRON AIR PRODUCTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C141970 - DATED 05/01/2014 | 4/30/2025 |
| 34 | AKRON AIR PRODUCTS INC | Jo-Ann Stores, LLC | MAINTENANCE SERVICE AGREEMENT DATED 03/01/2021 | 4/30/2025 |
| 35 | GAHVEJIAN ENTERPRISES, INC. | Jo-Ann Stores, LLC | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 12/06/2023 | 4/30/2025 |
| 36 | GAHVEJIAN ENTERPRISES, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C308064 - DATED 10/23/2015 | 4/30/2025 |
| 37 | INTERNATIONAL PAPER CO-CA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C228729 - DATED 10/10/2016 | 4/30/2025 |
| 38 | INTERNATIONAL PAPER CO-OH | Jo-Ann Stores, LLC | CORRUGATED SERVICE AGREEMENT DATED 09/01/2022 | 4/30/2025 |
| 39 | INTERNATIONAL PAPER CO-OH | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C291808 - DATED 10/10/2016 | 4/30/2025 |
| 40 | INTERNATIONAL PAPER CO-AL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C212918 - DATED 10/10/2016 | 4/30/2025 |
| 41 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | PACKAGING SUPPLIES SERVICE AGREEMENT DATED 10/26/2023 | 4/30/2025 |
| 42 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/28/2024 | 4/30/2025 |
| 43 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | Master Service Agreement Dated 08/17/2020 | 4/30/2025 |
| 44 | OMNI SYSTEMS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/03/2024 | 4/30/2025 |
| 45 | OMNI SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304849 - DATED 06/02/2018 | 4/30/2025 |
| 46 | PIVOTAL RETAIL GROUP LLC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/07/2023 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 47 | PIVOTAL RETAIL GROUP LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324849 - DATED 03/01/2022 | 4/30/2025 |
| 48 | CROWN EQUIPMENT CORPORATION | Jo-Ann Stores, LLC | LIFT TRUCKS SERVICE AGREEMENT DATED 04/02/2023 | 4/30/2025 |
| 49 | CROWN EQUIPMENT CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C213263 - DATED 09/03/2015 | 4/30/2025 |
| 50 | SIGMA COMPUTING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327966 - DATED 09/30/2024 | 4/30/2025 |
| 51 | SIGMA COMPUTING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/08/2024 | 4/30/2025 |

3