**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., el at.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER**
**OF CLAIM OTHER THAN FOR SECURITY**

**PLEASE TAKE NOTICE**, Grand Teton Systems Inc hereby withdraws the *Partial Transfer of Claim Other Than For Security [Docket No. 906]*, filed on 05/16/2025, in the above-captioned Chapter 11 case.

Dated: May 19, 2025

Grand Teton Systems Inc

By: *Michael Bottjer*

Name: Michael Bottjer
Title: President

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.