# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 792 & 877** |

## CERTIFICATION OF
## COUNSEL REGARDING THIRTEENTH NOTICE OF REJECTION OF
## CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

The undersigned counsel to JOANN Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1. On April 30, 2025, the Debtors filed the *Thirteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 792] (the "Rejection Notice"), noticing the rejection of certain contracts. Attached as Schedule 3 to the Rejection Notice was a proposed contract rejection order (the "Proposed Order").

2. As set forth in the Rejection Notice, the deadline to object to the proposed rejection of any of the contracts listed in the Proposed Order was May 14, 2025 (the "Objection Deadline").

3. Prior to the Objection Deadline, Bayfield Company LLC ("Bayfield") filed an objection to the Rejection Notice. *See* Docket No. 877. Bayfield has since confirmed to counsel for the Debtors that Bayfield has withdrawn its objection to the Rejection Notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

4. The undersigned further certifies that the Objection Deadline has passed, and the Court's docket has been reviewed in these cases, and no other answer, objection, or other responsive pleading to the Rejection Notice appears thereon.

5. It is hereby respectfully requested that the Court enter the Proposed Order attached to the Rejection Notice at the earliest convenience of the Court.

Dated: May 19, 2025
Wilmington, Delaware

*/s/ Jack M. Dougherty*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |