## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | AMERICAN LEBANESE SYRIAN ASSOC INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 10/31/2024 | 4/30/2025 |
| 2 | AUTHENTIC BRANDS GROUP LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324835 - DATED 03/01/2022 | 4/30/2025 |
| 3 | NATIONAL 4-H COUNCIL | Jo-Ann Stores, LLC | Master Service Agreement Dated 06/08/2020 | 4/30/2025 |
| 4 | DRAPER JAMES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327203 - DATED 02/01/2024 | 4/30/2025 |
| 5 | DRAPER JAMES, LLC | Jo-Ann Stores, LLC | LICENSE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 6 | XCCOMMERCE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/13/2023 | 4/30/2025 |
| 7 | UNITED AIRLINES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304509 - DATED 10/01/2019 | 4/30/2025 |
| 8 | RUSSELL TOBIN & ASSOCIATES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316077 - DATED 06/01/2018 | 4/30/2025 |
| 9 | BMC SOFTWARE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C297509 RENEWAL - DATED 03/28/2024 | 4/30/2025 |
| 10 | LOOSE ENDS PROJECT | Jo-Ann Stores, LLC | Master Service Agreement Dated 12/31/2023 | 4/30/2025 |
| 11 | ATWORK FRANCHISE INC | Jo-Ann Stores, LLC | Master Service Agreement Dated 09/20/2019 | 4/30/2025 |
| 12 | SURGE STAFFING LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/02/2023 | 4/30/2025 |
| 13 | SURGE STAFFING LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326604 - DATED 05/05/2021 | 4/30/2025 |
| 14 | ROBERT HALF INTERNATIONAL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2022 | 4/30/2025 |
| 15 | ROBERT HALF INTERNATIONAL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C216643 - DATED 01/28/2019 | 4/30/2025 |
| 16 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | ADVERTISING AGENCIES SERVICE AGREEMENT DATED 03/16/2020 | 4/30/2025 |
| 17 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 04/29/2024 | 4/30/2025 |
| 18 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 07/14/2024 | 4/30/2025 |
| 19 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 09/05/2024 | 4/30/2025 |
| 20 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 12/23/2024 | 4/30/2025 |
| 21 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/01/2023 | 4/30/2025 |
| 22 | WUNDERKIND CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320648 - DATED 10/02/2019 | 4/30/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 23 | ACTION BASED RESEARCH LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/30/2024 | 4/30/2025 |
| 24 | ACTION BASED RESEARCH LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/05/2024 | 4/30/2025 |
| 25 | ACTION BASED RESEARCH LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C295962 - DATED 04/30/2015 | 4/30/2025 |
| 26 | INSIGHT STAFFING SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/30/2023 | 4/30/2025 |
| 27 | INSIGHT STAFFING SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/07/2024 | 4/30/2025 |
| 28 | INSIGHT STAFFING SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/13/2024 | 4/30/2025 |
| 29 | INSIGHT STAFFING SOLUTIONS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326211 - DATED 06/07/2023 | 4/30/2025 |
| 30 | RIBBLR LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/26/2024 | 4/30/2025 |
| 31 | RIBBLR LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326603 - DATED 07/30/2023 | 4/30/2025 |
| 32 | INVISORS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/29/2024 | 4/30/2025 |
| 33 | INVISORS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319191 - DATED 02/20/2019 | 4/30/2025 |
| 34 | BEELINE GROUP LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/02/2023 | 4/30/2025 |
| 35 | AWARDCO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/22/2025 | 4/30/2025 |
| 36 | AWARDCO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2022 | 4/30/2025 |
| 37 | AWARDCO INC | Jo-Ann Stores, LLC | ORDER FORM DATED 03/03/2024 | 4/30/2025 |
| 38 | AWARDCO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325562 - DATED 11/22/2022 | 4/30/2025 |
| 39 | HAHN LOESER & PARKS LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 01/29/2020 | 4/30/2025 |
| 40 | HAHN LOESER & PARKS LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 04/25/2023 | 4/30/2025 |
| 41 | HAHN LOESER & PARKS LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 04/25/2023 | 4/30/2025 |
| 42 | HAHN LOESER & PARKS LLP | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 06/15/2021 | 4/30/2025 |
| 43 | HAHN LOESER & PARKS LLP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2020 | 4/30/2025 |
| 44 | CAVALIERS OPERATING COMPANY, LLC. | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 1/12/2022 | 4/30/2025 |
| 45 | BADGLEY MISCHKA LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324624 - DATED 01/01/2023 | 4/30/2025 |
| 46 | VIRTUAL MARKETING LLC | Jo-Ann Stores, LLC | DIGITAL SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 47 | VIRTUAL MARKETING LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2020 | 4/30/2025 |
| 48 | VIRTUAL MARKETING LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C217954FUS - DATED 04/09/2020 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 49 | PLACER LABS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326999 - DATED 11/29/2023 | 4/30/2025 |
| 50 | PLACER LABS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/30/2024 | 4/30/2025 |
| 51 | LINKEDIN CORPORATION | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/01/2024 | 4/30/2025 |
| 52 | LINKEDIN CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C299838 - DATED 03/01/2021 | 4/30/2025 |
| 53 | RED DOOR INTERACTIVE INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/01/2024 | 4/30/2025 |
| 54 | RED DOOR INTERACTIVE INC | Jo-Ann Stores, LLC | TECHNICAL SUPPORT SERVICE AGREEMENT DATED 02/01/2024 | 4/30/2025 |
| 55 | RED DOOR INTERACTIVE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325286 - DATED 09/30/2022 | 4/30/2025 |
| 56 | MCG-HJT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C144601 - DATED 02/14/2022 | 4/30/2025 |
| 57 | DICKINSON WRIGHT PLLC | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 11/27/2023 | 4/30/2025 |
| 58 | DICKINSON WRIGHT PLLC | Jo-Ann Stores, LLC | ENGAGEMENT LETTER DATED 11/27/2023 | 4/30/2025 |
| 59 | RETAILSTAT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326288 - DATED 05/16/2023 | 4/30/2025 |
| 60 | BUMBYJO, LLC | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 04/01/2023 | 4/30/2025 |
| 61 | BUMBYJO, LLC | Jo-Ann Stores, LLC | SERVICES AGREEMENT DATED 06/03/2024 | 4/30/2025 |
| 62 | MOBILE MINI INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/01/2022 | 4/30/2025 |
| 63 | PAYSCALE INC | Jo-Ann Stores, LLC | COMPENSATION SERVICE AGREEMENT DATED 07/15/2024 | 4/30/2025 |
| 64 | PAYSCALE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C351663 - DATED 11/07/2019 | 4/30/2025 |
| 65 | MONOTYPE IMAGING INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/08/2021 | 4/30/2025 |
| 66 | MONOTYPE IMAGING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315924 - DATED 09/12/2020 | 4/30/2025 |
| 67 | UNTOUCHABLE MARKETING LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/18/2024 | 4/30/2025 |
| 68 | UNTOUCHABLE MARKETING LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325730 - DATED 01/16/2023 | 4/30/2025 |
| 69 | BAYFIELD COMPANY LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C328039 - DATED 11/08/2024 | 4/30/2025 |
| 70 | SHUFFLE PRESENTS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/05/2024 | 4/30/2025 |
| 71 | SHUFFLE PRESENTS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327539 - DATED 05/22/2024 | 4/30/2025 |
| 72 | KATZ MEDIA GROUP INC | Jo-Ann Stores, LLC | MEDIA PRODUCTION SERVICE AGREEMENT DATED 03/15/2024 | 4/30/2025 |
| 73 | SHUTTERSTOCK INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/09/2023 | 4/30/2025 |
| 74 | SHUTTERSTOCK INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/26/2023 | 4/30/2025 |
| 75 | SHUTTERSTOCK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 02/04/2023 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 76 | SHUTTERSTOCK INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/18/2024 | 4/30/2025 |
| 77 | SHUTTERSTOCK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C282312 - DATED 03/24/2016 | 4/30/2025 |
| 78 | SHUTTERSTOCK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C282312 PD - DATED 07/24/2020 | 4/30/2025 |
| 79 | EMPLOYEE SERVICES LLC | Jo-Ann Stores, LLC | LIFESTYLE EAP AGREEMENT DATED 02/01/2022 | 4/30/2025 |
| 80 | EMPLOYEE SERVICES LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C217108 - DATED 02/01/2014 | 4/30/2025 |
| 81 | THE TREVOR PROJECT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326284 - DATED 05/22/2023 | 4/30/2025 |
| 82 | THE TREVOR PROJECT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/01/2024 | 4/30/2025 |
| 83 | SANDLER TRAVIS & ROSENBERG PA | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/01/2021 | 4/30/2025 |
| 84 | ENTERPRISE RENT A CAR | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2021 | 4/30/2025 |
| 85 | ENTERPRISE RENT A CAR | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/01/2020 | 4/30/2025 |
| 86 | ENTERPRISE RENT A CAR | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C117711 - DATED 02/09/2015 | 4/30/2025 |
| 87 | PRO-MODEL & TALENT MGMT INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/01/2024 | 4/30/2025 |
| 88 | PRO-MODEL & TALENT MGMT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C214081 - DATED 02/03/2021 | 4/30/2025 |
| 89 | THE BROOKLYN NEST LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C312848 - DATED 06/15/2022 | 4/30/2025 |
| 90 | STORAGE SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/01/2022 | 4/30/2025 |
| 91 | SIMPLER POSTAGE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327981 - DATED 10/04/2024 | 4/30/2025 |
| 92 | J'S COMMUNICATIONS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320491 - DATED 07/07/2022 | 4/30/2025 |
| 93 | FASHION SNOOPS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/05/2024 | 4/30/2025 |
| 94 | FASHION SNOOPS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315855 - DATED 06/05/2020 | 4/30/2025 |
| 95 | RAKUTEN MARKETING LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/01/2022 | 4/30/2025 |
| 96 | OOS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321310 - DATED 01/28/2020 | 4/30/2025 |
| 97 | AMY PENNELL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C285083 - DATED 09/12/2019 | 4/30/2025 |
| 98 | AMY PENNELL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/12/2022 | 4/30/2025 |
| 99 | UNION SQUARE ART COLLECTIVE STUDIO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C215299 - DATED 01/05/2023 | 4/30/2025 |
| 100 | STEPHANIE BREWER | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/26/2022 | 4/30/2025 |