**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN Inc., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 823** |

## NOTICE OF CORRECTION

PLEASE TAKE NOTICE that on May 7, 2025 the Landlord/Cotton Mill II filed its *Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* (the "Objection") [Dkt. No. 823].

PLESE TAKE FURTHER NOTICE, the defined term Landlord in the Objection is amended to the following: Progress Square Partners Limited Partnership, an Oregon limited partnership, and DC Cotton Mill, LLC, a California limited liability company, as tenants in common.

Date:  May 21, 2025

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (#4167)
**HOGAN MCDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
Telephone (302) 656-7540
Facsimile (302) 656-7599
gfmcdaniel@dkhogan.com

-and-

Michael St. James, Esq.
**ST. JAMES LAW, P.C.**
22 Battery Street, Suite 810
San Francisco, California  94111
(415) 391-7566; (415) 391-7568

*Attorneys for Landlord*