**CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on May 21, 2025, a true and correct copy of the foregoing *Notice of Correction* was served upon all interested parties via CM/ECF and upon the following via electronic mail:

Aparna Yenamandra, P.C., Esq. (aparna.yenamandra@kirkland.com)
Jeffrey Michalik, Esq. (jeff.michalik@kirkland.com)
Lindsey Blumenthal, Esq. (lindsey.blumenthal@kirkland.com)
Patrick J. Reilley, Esq. (preilley@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)
Michael E. Fitzpatrick, Esq. (mfitzpatrick@coleschotz.com)
Jack M. Dougherty, Esq. (jdougherty@coleschotz.com)
Malcolm M. Bates, Esq. (malcolm.m.bates@usdoj.gov)
Scott Greenberg, Esq. (SGreenberg@gibsondunn.com)
Kevin Liang, Esq. (KLiang@gibsondunn.com)
Josh Brody, Esq. (JBrody@gibsondunn.com)
Jeffrey Gleit, Esq. (jeffrey.gleit@afslaw.com)
Jonathan Bagg, Esq. (jonathan.bagg@afslaw.com)
Matthew Bentley, Esq. (matthew.bentley@afslaw.com)
Andrew Behlmann, Esq. (abehlmann@lowenstein.com)
Jason Adams, Esq. (jadams@kelleydrye.com)
Maeghan McLoughlin, Esq. (mmcloughlin@kelleydrye.com)
Connie Choe, Esq. (cchoe@kelleydrye.com)
Bradford Sandler, Esq. (bsandler@pszjlaw.com)
James O'Neill, Esq. (joneill@pszlaw.com)

        */s/ Garvan F. McDaniel*
        Garvan F. McDaniel (#4167)