## CERTIFICATE OF SERVICE

I, Scott J. Leonhardt, hereby certify that on May 21, 2025, I caused a true and correct copy of the foregoing *Amended Objection to Proposed Assumption and Assignment of BV Wolf Creek, LLC Lease to Burlington Coat Factory Warehouse Corporation* to be served upon all parties set to receive notices via the Court's CM/ECF system and to the below service list via regular mail.

**JOANN Inc.**
Attn: Ann Aber
5555 Darrow Road
Hudson, OH 44236

**Cole Schotz P.C.**
Attn: Patrick J. Reilley, Stacy L. Newman,
Michael E. Fitzpatrick, & Jack M. Dougherty
500 Delaware Ave., Ste 1410
Wilmington, DE 19801
Email: preilley@coleschotz.com
           snewman@coleschotz.com
           mfitzpatrick@coleschotz.com
           jdougherty@coleschotz.com

**United States Trustee**
Attn: Malcolm M. Bates
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: Malcolm.m.bates@usdoj.gov

**ArentFox Schiff LLP**
Attn: Jeffrey Gleit
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Email: Jeffrey.gleit@afslaw.com

-and-

**ArentFox Schiff LLP**
Attn: Jonathan Bagg
1717 K Street NW
Washington, D.C. 20006
Email: Jonathan.bagg@afslaw.com

**Kirkland & Ellis LLP**
Attn: Aparna Yenamandra, P.C.
601 Lexington Ave.
New York, NY 10022
Email: aparna.yenamandra@kirkland.com

-and-

**Kirkland & Ellis LLP**
Attn: Jeffrey Michalik & Lindsey Blumenthal
333 West Wolf Point Plaza
Chicago, IL 60654
Email: jeff.michalik@kirkland.com
           lindsey.blumenthal@kirkland.com

**Gibson, Dunn & Crutcher LLP**
Attn: Scott Greenberg, Kevin Liang & Josh
Brody
200 Park Avenue
New York, NY 10166
Email: SGreenberg@gibsondunn.com
           KLiang@gibsondunn.com
           JBrody@gibsondunn.com

**GA Joann Retail Partnership, LLC
Lowenstein Sandler LLP**
Attn: Andrew Behlmann
One Lowenstein Drive
Roseland, NJ 07068
Email: abehlmann@lowenstein.com

**Kelley Drye & Warren LLP**
Attn: Jason Adams, Maeghan McLoughlin &
Connie Choe
3 World Trade Center

-and-

**ArentFox Schiff LLP**
Attn: Matthew Bentley
233 South Wacker Drive, Ste. 7100
Chicago, IL 60606
Email: matthew.bentley@afslaw.com

New York, NY 10007
Email: jadams@kelleydrye.com
     mmcloughin@kelleydrye.com
     cchoe@kelleydrye.com

**Pachulski Stang Ziehl & Jones LLP**
Attn: Bradford Sandler, James O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Email: bsandler@pszjlaw.com
     joneill@pszjlaw.com

Dated: May 21, 2025
     Wilmington, Delaware

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)