**Exhibit A**

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Re: Docket Nos. 429 and 788** |

### NINTH ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 788] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2. Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property

3

of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Exhibit 1**

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Outer Drive 39 Development Co., LLC | Jo-Ann Stores LLC | 2104 | 23125 Outer Drive, Allen Park, 48101, MI | Lease | FF&E | 4/30/2025 |
| 2 | ORF X Waterside, LLC | Jo-Ann Stores LLC | 2407 | 50809 Waterside Drive, Chesterfield, 48051, GA | Lease | FF&E | 4/30/2025 |
| 3 | Stockbridge Courtland Center, LLC | Jo-Ann Stores LLC | 1590 | 4190 E Court St Ste 101, Burton, 48509, MI | Lease | FF&E | 4/30/2025 |
| 4 | ORF VII Felch Street, LLC | Jo-Ann Stores LLC | 305 | 12635 Felch St Ste 60, Holland, 49424, GA | Lease | FF&E | 4/30/2025 |
| 5 | Warwick Realty, LLC | Jo-Ann Stores LLC | 279 | 2576 S Main St, Adrian, 49221, MI | Lease | FF&E | 4/30/2025 |
| 6 | Bear Pointe Ventures, LLC | Jo-Ann Stores LLC | 348 | 2686 Us Highway 23 S, Alpena, 49707, MI | Lease | FF&E | 4/30/2025 |
| 7 | Bear Creek Station, LLC | Jo-Ann Stores LLC | 1594 | 1608 Anderson Rd, Petoskey, 49770, OH | Lease | FF&E | 4/30/2025 |
| 8 | Gen3 Investments, LLC | Jo-Ann Stores LLC | 2521 | 1250 W. Perry Avenue, Big Rapids, 49307, MI | Lease | FF&E | 4/30/2025 |
| 9 | Irongate Associates, LLC | Jo-Ann Stores LLC | 697 | 990 W 41St St Ste 2, Hibbing, 55746, NY | Lease | FF&E | 4/30/2025 |
| 10 | VEREIT | Jo-Ann Stores LLC | 2283 | 4120 Dean Lakes Boulevard, Shakopee, 55379, CA | Lease | FF&E | 4/30/2025 |
| 11 | HUTCHINSON MALL REALTY GROUP, LLC | Jo-Ann Stores LLC | 863 | 1060 Highway 15, Hutchinson, 55350, NY | Lease | FF&E | 4/30/2025 |
| 12 | Bemidji Holdings, LLC | Jo-Ann Stores LLC | 1666 | 1401 Paul Bunyan Dr Nw Ste 60, Bemidji, 56601, NY | Lease | FF&E | 4/30/2025 |
| 13 | Rockstep Willmar, LLC | Jo-Ann Stores LLC | 1864 | 1605 1St St S, Willmar, 56201, TX | Lease | FF&E | 4/30/2025 |
| 14 | FARIBO WEST MALL, LLC | Jo-Ann Stores LLC | 2404 | 200 Western Ave Nw, Suite C10, Faribault, 55021, MN | Lease | FF&E | 4/30/2025 |
| 15 | Capital Mall JC 1, LLC | Jo-Ann Stores LLC | 1577 | 3600 Country Club Dr Spc 408, Jefferson City, 65109, MO | Lease | FF&E | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 16 | Hillcrest MO LLC | Jo-Ann Stores LLC | 1495 | 603 N Belt Hwy, Saint Joseph, 64506, MO | Lease | FF&E | 4/30/2025 |
| 17 | Twin City Estate Corporation | Jo-Ann Stores LLC | 2294 | 101 Twin City Mall, Crystal City, 63019, MO | Lease | FF&E | 4/30/2025 |
| 18 | PC II Vertical, LLC | Jo-Ann Stores LLC | 2361 | 1976 Phoenix Center Drive, Washington, 63090, MO | Lease | FF&E | 4/30/2025 |
| 19 | Cookeville TN Investment Partners | Jo-Ann Stores LLC | 2268 | 6361 I-55 North, Jackson, 39213, IN | Lease | FF&E | 4/30/2025 |
| 20 | Butte-iful, LLC | Jo-Ann Stores LLC | 856 | 3100 Harrison Ave, Butte, 59701, OR | Lease | FF&E | 4/30/2025 |
| 21 | Volante Investments LLLP | Jo-Ann Stores LLC | 1696 | 3131 N Montana Ave, Helena, 59602, ID | Lease | FF&E | 4/30/2025 |
| 22 | Blue Ridge Mall LLC | Jo-Ann Stores LLC | 2352 | 1800 Four Seasons Blvd, Space D1, Hendersonville, 28792, GA | Lease | FF&E | 4/30/2025 |
| 23 | Berkeley Mall, LLC | Jo-Ann Stores LLC | 2252 | 625 N Berkeley Blvd #H, Goldsboro, 27534, NC | Lease | FF&E | 4/30/2025 |
| 24 | Weirfield Coal, Inc. | Jo-Ann Stores LLC | 2205 | 221 Norman Station Blvd. Suite 2211, Mooresville, 28117, NY | Lease | FF&E | 4/30/2025 |
| 25 | TBF Group Sutters Creek, LLC | Jo-Ann Stores LLC | 2253 | 572 Sutter'S Creek Blvd, Rocky Mount, 27804, NY | Lease | FF&E | 4/30/2025 |
| 26 | Brixmor GA Seacoast Shopping Center LLC | Jo-Ann Stores LLC | 824 | 270 Lafayette Rd Unit 8, Seabrook, 03874, PA | Lease | FF&E | 4/30/2025 |
| 27 | Vernco Belknap, LLC | Jo-Ann Stores LLC | 830 | 12 Old State Rd, Belmont, 03220, MA | Lease | FF&E | 4/30/2025 |
| 28 | Rancho Lebanon, LLC | Jo-Ann Stores LLC | 1614 | 200 S Main St Rt 12A, West Lebanon, 03784, MA | Lease | FF&E | 4/30/2025 |
| 29 | G. E. Pan American Plaza, LLC | Jo-Ann Stores LLC | 1309 | 1711 E University Ave, Las Cruces, 88001, NM | Lease | FF&E | 4/30/2025 |
| 30 | Two Guys Partners, LLC | Jo-Ann Stores LLC | 1668 | 3140 Cerrillos Rd Ste B, Santa Fe, 87507, NM | Lease | FF&E | 4/30/2025 |
| 31 | Clifton Country Road Associates, LLC | Jo-Ann Stores LLC | 1602 | 19 Clifton Country Rd, Clifton Park, 12065, NY | Lease | FF&E | 4/30/2025 |
| 32 | Niagara Square, LLC | Jo-Ann Stores LLC | 455 | 2429 Military Rd, Niagara Falls, 14304, NY | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 33 | GBR Neighborhood Road Limited Liability Company | Jo-Ann Stores LLC | 645 | 1385 Ulster Ave, Kingston, 12401, NY | Lease | FF&E | 4/30/2025 |
| 34 | MLO Great South Bay LLC | Jo-Ann Stores LLC | 257 | 735 W Montauk Hwy, West Babylon, 11704, NY | Lease | FF&E | 4/30/2025 |
| 35 | Chautauqua Mall Realty Holding LLC | Jo-Ann Stores LLC | 301 | 318 E Fairmount Ave Rm 106, Lakewood, 14750, NY | Lease | FF&E | 4/30/2025 |
| 36 | Salt City Development Co., LLC | Jo-Ann Stores LLC | 358 | 162 Clinton St # 2, Cortland, 13045, NY | Lease | FF&E | 4/30/2025 |
| 37 | Malone Plaza Realty, LLC | Jo-Ann Stores LLC | 822 | 228 W Main St Ste 12, Malone, 12953, TN | Lease | FF&E | 4/30/2025 |
| 38 | Randall Benderson 1993-1 Trust | Jo-Ann Stores LLC | 1089 | 2503B W State Street, Olean, 14760, FL | Lease | FF&E | 4/30/2025 |
| 39 | Arsenal Plaza Associates, LLC | Jo-Ann Stores LLC | 2195 | 1283 Arsenal Street, Watertown, 13601, NY | Lease | FF&E | 4/30/2025 |
| 40 | Dunning Farms LLC | Jo-Ann Stores LLC | 898 | 88 Dunning Rd Ste 23, Middletown, 10940, CT | Lease | FF&E | 4/30/2025 |
| 41 | POUGHKEEPSIE PLAZA MALL, LLC | Jo-Ann Stores LLC | 1603 | 2600 South Rd, Poughkeepsie, 12601, NY | Lease | FF&E | 4/30/2025 |
| 42 | JAPM PLAZA LLC | Jo-Ann Stores LLC | 1949 | 3042 Ridge Rd W, Rochester, 14626, NJ | Lease | FF&E | 4/30/2025 |
| 43 | Akron Center Associates, LLC | Jo-Ann Stores LLC | 417 | 1500 Canton Rd, Akron, 44312, OH | Lease | FF&E | 4/30/2025 |
| 44 | Village Crossing Partners, LLC | Jo-Ann Stores LLC | 1621 | 10400 Reading Rd, Evendale, 45241, MD | Lease | FF&E | 4/30/2025 |
| 45 | BZA Indian Springs, LLC | Jo-Ann Stores LLC | 2513 | 3177 Princeton Road, Hamilton, 45011, FL | Lease | FF&E | 4/30/2025 |
| 46 | Linda Barrett Properties, LLC | Jo-Ann Stores LLC | 608 | 5001 Salem Ave, Dayton, 45426, TX | Lease | FF&E | 4/30/2025 |
| 47 | Center Associates Realty Corp. | Jo-Ann Stores LLC | 284 | 15765 State Route 170 Ste 1, East Liverpool, 43920, PA | Lease | FF&E | 4/30/2025 |
| 48 | DW28 Fremont, LLC | Jo-Ann Stores LLC | 309 | 1212 Oak Harbor Rd, Fremont, 43420, OH | Lease | FF&E | 4/30/2025 |
| 49 | Zane Plaza LLC | Jo-Ann Stores LLC | 384 | 1080 N Bridge St, Chillicothe, 45601, OH | Lease | FF&E | 4/30/2025 |
| 50 | New Towne Mall Realty Holding LLC | Jo-Ann Stores LLC | 2227 | 400 Mill Ave Se Suite 15, New Philadelphia, 44663, NY | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Isaac Northtowne East Defiance, Ltd. | Jo-Ann Stores LLC | 2242 | 1001 N. Clinton St. Ste 01, Defiance, 43512, OH | Lease | FF&E | 4/30/2025 |
| 52 | Isaac Home Depot Findlay, Ltd. | Jo-Ann Stores LLC | 2448 | 1991 Tiffin Avenue, Findlay, 45840, OH | Lease | FF&E | 4/30/2025 |
| 53 | Lafayette Plaza, Inc. | Jo-Ann Stores LLC | 506 | 448 Pike St, Marietta, 45750, NY | Lease | FF&E | 4/30/2025 |
| 54 | Sandusky Plaza LLC | Jo-Ann Stores LLC | 2451 | 756 Crossings Road, Sandusky, 44870, GA | Lease | FF&E | 4/30/2025 |
| 55 | Springfield Plaza Associates, LLC | Jo-Ann Stores LLC | 308 | 1608J Upper Valley Pike Ste C9, Springfield, 45504, MD | Lease | FF&E | 4/30/2025 |
| 56 | Hollywood Center, Inc. | Jo-Ann Stores LLC | 378 | 282 S Hollywood Blvd, Steubenville, 43952, OH | Lease | FF&E | 4/30/2025 |
| 57 | Ohio Valley Mall Company | Jo-Ann Stores LLC | 2459 | 67800 Mall Ring Rd Unit 305, St. Clairsville, 43950, OH | Lease | FF&E | 4/30/2025 |
| 58 | Boulevard Centre LLC | Jo-Ann Stores LLC | 2502 | 5555 Youngstown Warren Road #14, Niles, 44446, OH | Lease | FF&E | 4/30/2025 |
| 59 | Bradford Plaza Capital Venture, LLC | Jo-Ann Stores LLC | 2291 | 519 N Main St., Stillwater, 74075, TX | Lease | FF&E | 4/30/2025 |
| 60 | WD JOANN LLC | Jo-Ann Stores LLC | 2358 | 4901 N. Kickapoo Street, Shawnee, 74804, OK | Lease | FF&E | 4/30/2025 |
| 61 | Cascade Square, LLC | Jo-Ann Stores LLC | 915 | 1324 W 6Th St, The Dalles, 97058, OR | Lease | FF&E | 4/30/2025 |
| 62 | Yoo Jin Lodging, Inc. | Jo-Ann Stores LLC | 1731 | 1611 Virginia Ave, North Bend, 97459, OR | Lease | FF&E | 4/30/2025 |
| 63 | Sunset-River, LLC | Jo-Ann Stores LLC | 2232 | 180 Se Neptune Drive, Suite A, Warrenton, 97146, OR | Lease | FF&E | 4/30/2025 |
| 64 | Klamath-Jefferson, LLC | Jo-Ann Stores LLC | 2321 | 2880 South 6Th Street, Klamath Falls, 97603, OR | Lease | FF&E | 4/30/2025 |
| 65 | McWain Limited Partnership | Jo-Ann Stores LLC | 633 | 1401 N Highway 99W, Mcminnville, 97128, OR | Lease | FF&E | 4/30/2025 |
| 66 | Schnitzer Properties, LLC | Jo-Ann Stores LLC | 2396 | 4005 Sw 117Th Street, Beaverton, 97005, OR | Lease | FF&E | 4/30/2025 |
| 67 | PVSC Company | Jo-Ann Stores LLC | 1073 | 3415 Pleasant Valley Blvd, Ste 78, Altoona, 16602, PA | Lease | FF&E | 4/30/2025 |
| 68 | University Park Associates Ltd. Partnership | Jo-Ann Stores LLC | 2338 | 1425 Scalp Ave, Space 110, Johnstown, 15904, PA | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 69 | South Park Plaza, Inc. | Jo-Ann Stores LLC | 372 | 18921 Park Avenue Plz, Meadville, 16335, PA | Lease | FF&E | 4/30/2025 |
| 70 | CGCMT 2006-C4-5422 SHAFFER RD LLC | Jo-Ann Stores LLC | 387 | 5456 Shaffer Rd, Du Bois, 15801, NY | Lease | FF&E | 4/30/2025 |
| 71 | REGENCY INDIANA ENTERPRISES, LP | Jo-Ann Stores LLC | 692 | 1570 Oakland Ave, Indiana, 15701, PA | Lease | FF&E | 4/30/2025 |
| 72 | SVM - 10108887, LLC | Jo-Ann Stores LLC | 2345 | 1 Susquehanna Valley Mall Dr, D6, Selinsgrove, 17870, TX | Lease | FF&E | 4/30/2025 |
| 73 | AZCO Partners | Jo-Ann Stores LLC | 1185 | 153 E Swedesford Rd, Wayne, 19087, FL | Lease | FF&E | 4/30/2025 |
| 74 | | | | *[Left Intentionally Blank]* | | | |
| 75 | Concord Retail Partners, L.P. | Jo-Ann Stores LLC | 2303 | 600 Town Centre Drive Suite D-108, Glen Mills, 19342, PA | Lease | FF&E | 4/30/2025 |
| 76 | Pennmark Coventry Holdings, LLC | Jo-Ann Stores LLC | 2512 | 351 West Schuylkill Rd, Pottstown, 19465, PA | Lease | FF&E | 4/30/2025 |
| 77 | PZ Southern Limited Partnership | Jo-Ann Stores LLC | 221 | 1155 Washington Pike, Bridgeville, 15017, NY | Lease | FF&E | 4/30/2025 |
| 78 | Pullman Square Associates | Jo-Ann Stores LLC | 224 | 160 Pullman Sq, Butler, 16001, PA | Lease | FF&E | 4/30/2025 |
| 79 | Tri-County Plaza 1989 Limited Partnership | Jo-Ann Stores LLC | 683 | 360 Tri County Ln, Belle Vernon, 15012, PA | Lease | FF&E | 4/30/2025 |
| 80 | Suburban Realty Joint Venture | Jo-Ann Stores LLC | 236 | 505 Benner Pike, State College, 16801, PA | Lease | FF&E | 4/30/2025 |
| 81 | Market Place Shopping Center LLC | Jo-Ann Stores LLC | 2492 | 123 Marketplace Drive, Anderson, 29621, FL | Lease | FF&E | 4/30/2025 |
| 82 | Columbia (Northpointe) WMS, LLC | Jo-Ann Stores LLC | 2172 | 10050 Two Notch Rd Ste 13, Columbia, 29223, NC | Lease | FF&E | 4/30/2025 |
| 83 | FLORENCE (FLORENCE MALL) FMH, LLC | Jo-Ann Stores LLC | 2201 | 1945 West Palmetto Street #270, Florence, 29501, NC | Lease | FF&E | 4/30/2025 |
| 84 | Legacy Equity Group, LLC | Jo-Ann Stores LLC | 2511 | 930 22Nd Avenue S., Brookings, 57006, SD | Lease | FF&E | 4/30/2025 |
| 85 | Johnson City Plaza, LLC | Jo-Ann Stores LLC | 2494 | 108 Johnson City Plaza Dr, Johnson City, 37601, GA | Lease | FF&E | 4/30/2025 |
| 86 | Knoxville LevCal LLC | Jo-Ann Stores LLC | 2313 | 4627 Greenway Drive, Knoxville, 37918, TX | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 87 | Governor's Crossing 124 Hudson Street LLC | Jo-Ann Stores LLC | 2170 | 208 Collier Dr, Sevierville, 37862, NY | Lease | FF&E | 4/30/2025 |
| 88 | Northgate Retail Partners | Jo-Ann Stores LLC | 2402 | 1600 Jackson St. Northgate Mall, Tullahoma, 37388, TN | Lease | FF&E | 4/30/2025 |
| 89 | Abilene Clack Street, LLC | Jo-Ann Stores LLC | 2482 | 3206 South Clack Drive , Abilene, 79606, TX | Lease | FF&E | 4/30/2025 |
| 90 | CTO23 Rockwall LLC | Jo-Ann Stores LLC | 2197 | 1049 E. I.H. 30, Rockwall, 75087, FL | Lease | FF&E | 4/30/2025 |
| 91 | EQYInvest Owner II, Ltd., LLP | Jo-Ann Stores LLC | 1402 | 15520 Fm 529 Rd, Houston, 77095, TX | Lease | FF&E | 4/30/2025 |
| 92 | Chimney Rock Retail Associates, LLC | Jo-Ann Stores LLC | 2325 | 6351 E. Hwy 191, Odessa, 79762, TX | Lease | FF&E | 4/30/2025 |
| 93 | NVR Investments, LLC | Jo-Ann Stores LLC | 2505 | 145 Shoppers Way, Christiansburg, 24073, VA | Lease | FF&E | 4/30/2025 |
| 94 | River Ridge Mall JV, LLC | Jo-Ann Stores LLC | 2309 | 3405 Candlers Mountain Rd, Lynchburg, 24502, VA | Lease | FF&E | 4/30/2025 |
| 95 | WHLR-Village of Martinsville, LLC | Jo-Ann Stores LLC | 2454 | 240 Commonwealth Blvd W, Martinsville, 24112, VA | Lease | FF&E | 4/30/2025 |
| 96 | KB Riverdale, LLC | Jo-Ann Stores LLC | 1270 | 1076 W Mercury Blvd, Hampton, 23666, GA | Lease | FF&E | 4/30/2025 |
| 97 | Jefferson Associates, LP | Jo-Ann Stores LLC | 820 | 251 W Lee Hwy Ste 659, Warrenton, 20186, GA | Lease | FF&E | 4/30/2025 |
| 98 | Chase Green Mountain Ltd. Partnership | Jo-Ann Stores LLC | 289 | 308 Us Route 7 S, Rutland Town, 05701, CT | Lease | FF&E | 4/30/2025 |
| 99 | Central Vermont Shopping Center, LLC | Jo-Ann Stores LLC | 2340 | 1400 Us Route 302, Suite 10, Barre, 05641, VT | Lease | FF&E | 4/30/2025 |
| 100 | Gateway Square Shopping Center | Jo-Ann Stores LLC | 810 | 470 Bridge St, Clarkston, 99403, WA | Lease | FF&E | 4/30/2025 |