**<u>Exhibit B</u>**

**Redline**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429 and ~~[●]~~794** |

### FIFTEENTH ORDER AUTHORIZINGTHE DEBTORS TO REJECT
### CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Fifteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. ~~[●]~~794] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2.      Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on

property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5.　　All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.　　Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.　　Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.　　Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9.　　The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10.　　This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## <u>Exhibit 1</u>

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | EXPEDITORS INTERNATIONAL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/17/2022 | 4/30/2025 |
| 2 | GALLOP USA LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/18/2020 | 4/30/2025 |
| 3 | GUARDIAN SAFETY AND SUPPLY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/07/2023 | 4/30/2025 |
| 4 | JB HUNT TRANSPORT INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/12/2024 | 4/30/2025 |
| 5 | JB HUNT TRANSPORT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C210322 - DATED 02/03/2014 | 4/30/2025 |
| 6 | LI & FUNG (TRADING) LIMITED | Jo-Ann Stores, LLC | BUYING AGENCY AGREEMENT DATED 08/01/2023 | 4/30/2025 |
| 7 | MCKINNEY VEHICLE SERVICES INC | Jo-Ann Stores, LLC | TRAILER LEASING AGREEMENT DATED 05/27/2021 | 4/30/2025 |
| 8 | MERCED COUNTY FTZ 226 | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C325789 - DATED 10/17/2022 | 4/30/2025 |
| 9 | NATIONAL 4-H COUNCIL | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/30/2023 | 4/30/2025 |
| 10 | NATIONAL 4-H COUNCIL | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C316030 - DATED 06/08/2020 | 4/30/2025 |
| 11 | NEW LEAF SERVICE CONTRACTS, LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/23/2019 | 4/30/2025 |
| 12 | NORTH AMERICAN PLASTICS & CHEMICALS CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C323907 - DATED 12/17/2021 | 4/30/2025 |
| 13 | ~~PLAID ENTERPRISES INC~~ ~~Jo-Ann Stores, LLC~~ ~~MASTER SERVICE AGREEMENT DATED 06/01/2021~~ ~~4/30/2025~~ *[Left Intentionally Blank]* | | | |
| 14 | PRATT INC | Jo-Ann Stores, LLC | SUPPLIES SERVICE AGREEMENT DATED 03/05/2022 | 4/30/2025 |
| 15 | PRATT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C321561 - DATED 04/05/2020 | 4/30/2025 |
| 16 | PRIORITY-1 INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/26/2022 | 4/30/2025 |
| 17 | RCA TRUCKING LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/15/2020 | 4/30/2025 |
| 18 | RCA TRUCKING LLC - updated Transportation Service Agreement - | Jo-Ann Stores, LLC | RCA TRUCKING LLC - updated Transportation Service Agreement - RNWL | 4/30/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| | RNWL | | | |
| 19 | SULLIVAN CONSOLIDATION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C210338 - DATED 02/07/2018 | 4/30/2025 |
| 20 | TOTAL TRANSPORTATION OF MS. | Jo-Ann Stores, LLC | FREIGHT SERVICES AGREEMENT DATED 06/13/2020 | 4/30/2025 |
| 21 | VIRA INSIGHT LLC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 05/01/2023 | 4/30/2025 |
| 22 | VIRA INSIGHT LLC | Jo-Ann Stores, LLC | STORE DEVELOPMENT SERVICE AGREEMENT DATED 03/21/2024 | 4/30/2025 |
| 23 | VIRA INSIGHT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C296334 - DATED 01/30/2011 | 4/30/2025 |
| 24 | WRIGHT GRAPHIC DESIGN LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2022 | 4/30/2025 |
| 25 | YRC INC | Jo-Ann Stores, LLC | FREIGHT SERVICES AGREEMENT DATED 01/31/2019 | 4/30/2025 |
| 26 | GLOBALTRANZ ENTERPRISES LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/10/2023 | 4/30/2025 |
| 27 | GLOBALTRANZ ENTERPRISES LLC | Jo-Ann Stores, LLC | TRUCKING SERVICE AGREEMENT DATED 07/26/2022 | 4/30/2025 |
| 28 | AAA Cooper | Jo-Ann Stores, LLC | Master Service Agreement Dated 06/23/2022 | 4/30/2025 |
| 29 | XPO LOGISTICS FREIGHT INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 07/15/2024 | 4/30/2025 |
| 30 | XPO LOGISTICS FREIGHT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C293655 - DATED 07/08/2019 | 4/30/2025 |
| 31 | GLOBAL MAIL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/07/2024 | 4/30/2025 |
| 32 | GLOBAL MAIL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C327543 - DATED 02/05/2024 | 4/30/2025 |
| 33 | MARTEN TRANSPORT SERVICES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/29/2020 | 4/30/2025 |
| 34 | MARTEN TRANSPORT SERVICES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/11/2020 | 4/30/2025 |
| 35 | MARTEN TRANSPORT SERVICES | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 07/29/2020 | 4/30/2025 |
| 36 | TOTAL DISTRIBUTION SERVICE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 4/30/2025 |
| 37 | TOTAL DISTRIBUTION SERVICE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/13/2023 | 4/30/2025 |
| 38 | OAK HARBOR FREIGHT LINES INC | Jo-Ann Stores, LLC | Service Agreement Dated 03/15/2018 | 4/30/2025 |
| 39 | Oak Harbor | Jo-Ann Stores, LLC | Service Agreement Dated 03/15/2018 | 4/30/2025 |
| 40 | Oak Harbor | Jo-Ann Stores, LLC | Statement of Work Dated 03/01/2024 | 4/30/2025 |
| 41 | KLX LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/13/2020 | 4/30/2025 |
| 42 | KLX LLC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/08/2024 | 4/30/2025 |
| 43 | KLX LLC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 07/24/2021 | 4/30/2025 |
| 44 | KLX LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C318986 - DATED 07/25/2019 | 4/30/2025 |
| 45 | MAERSK E COMMERCE LOGISTICS | Jo-Ann Stores, LLC | SOFTWARE LEASING AGREEMENT DATED 05/01/2022 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 46 | MAERSK E COMMERCE LOGISTICS | Jo-Ann Stores, LLC | THIRD PARTY LOGISTICS (3PL) SERVICE AGREEMENT DATED 08/17/2022 | 4/30/2025 |
| 47 | TRX INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 03/20/2024 | 4/30/2025 |
| 48 | DECOART INC | Jo-Ann Stores, LLC | VENDOR SUPPLY AGREEMENT DATED 06/10/2020 | 4/30/2025 |
| 49 | AMERICAN FAST FREIGHT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 12/01/2021 | 4/30/2025 |
| 50 | EDGE LOGISTICS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/31/2023 | 4/30/2025 |
| 51 | EDGE LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326925 - DATED 11/06/2023 | 4/30/2025 |
| 52 | JB HUNT TRANSPORT INC | Jo-Ann Stores, LLC | Service Agreement Dated 02/03/2014 | 4/30/2025 |
| 53 | NOVAKS CONSTRUCTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C212823 - DATED 09/01/2016 | 4/30/2025 |
| 54 | NOVAKS CONSTRUCTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/01/2023 | 4/30/2025 |
| 55 | MAERSK A/S | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 05/14/2024 | 4/30/2025 |
| 56 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 12/20/2023 | 4/30/2025 |
| 57 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/17/2021 | 4/30/2025 |
| 58 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 09/13/2021 | 4/30/2025 |
| 59 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C322812 - DATED 03/08/2021 | 4/30/2025 |
| 60 | HY-TEK INTRALOGISTICS | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C215079 - DATED 05/23/2013 | 4/30/2025 |
| 61 | HY-TEK INTRALOGISTICS | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/01/2022 | 4/30/2025 |
| 62 | AG CONTAINER TRANSPORT LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2023 | 4/30/2025 |
| 63 | AG CONTAINER TRANSPORT LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/05/2024 | 4/30/2025 |
| 64 | CAROLINA HANDLING | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C284265 - DATED 09/22/2015 | 4/30/2025 |
| 65 | EAST GROUP LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT AMENDMENT DATED 05/01/2024 | 4/30/2025 |
| 66 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C315895 - DATED 08/18/2017 | 4/30/2025 |
| 67 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C315895ST - DATED 08/17/2017 | 4/30/2025 |
| 68 | PAPER TRANSPORT LLC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/02/2023 | 4/30/2025 |
| 69 | FMH CONVEYORS LLC | Jo-Ann Stores, LLC | CONVEYORS & SORTATION SERVICE AGREEMENT DATED 03/02/2022 | 4/30/2025 |
| 70 | FMH CONVEYORS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C305847 - DATED 03/25/2019 | 4/30/2025 |
| 71 | TOYOTA MATERIAL HANDLING MIDWEST IN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/21/2023 | 4/30/2025 |
| 72 | TOYOTA MATERIAL HANDLING MIDWEST IN | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326052 - DATED 02/01/2023 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 73 | INDUSTRIAL SERVICE & SUPPLY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C303008 - DATED 01/29/2020 | 4/30/2025 |
| 74 | INDUSTRIAL SERVICE & SUPPLY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/09/2023 | 4/30/2025 |
| 75 | INDUSTRIAL SERVICE & SUPPLY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/10/2023 | 4/30/2025 |
| 76 | BENCHMARK INDUSTRIAL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/03/2022 | 4/30/2025 |
| 77 | THE BINSKY CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C323111 - DATED 06/11/2021 | 4/30/2025 |
| 78 | ZAVTEK INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/19/2022 | 4/30/2025 |
| 79 | ZAVTEK INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 09/04/2024 | 4/30/2025 |
| 80 | ZAVTEK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C280451 - DATED 01/20/2015 | 4/30/2025 |
| 81 | ORBIS CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/17/2022 | 4/30/2025 |
| 82 | ORBIS CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/29/2024 | 4/30/2025 |
| 83 | SEKO WORLDWIDE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2020 | 4/30/2025 |
| 84 | CINTAS CORPORATION #621 | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C297289 - DATED 04/25/2016 | 4/30/2025 |
| 85 | CINTAS CORPORATION #621 | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/25/2022 | 4/30/2025 |
| 86 | CINTAS CORP | Jo-Ann Stores, LLC | Service Agreement Dated 04/14/2015 | 4/30/2025 |
| 87 | MCMASTER-CARR SUPPLY COMPANY | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C137881 - DATED 10/21/2016 | 4/30/2025 |
| 88 | CINTAS CORPORATION | Jo-Ann Stores, LLC | Master Service Agreement Dated 07/26/2021 | 4/30/2025 |
| 89 | J'S COMMUNICATIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/07/2022 | 4/30/2025 |
| 90 | THE WATERWORKS LLC | Jo-Ann Stores, LLC | Service Agreement Dated 09/01/2024 | 4/30/2025 |
| 91 | SID TOOL CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/03/2022 | 4/30/2025 |
| 92 | SID TOOL CO., INC. | Jo-Ann Stores, LLC | Master Service Agreement Dated 10/06/2021 | 4/30/2025 |
| 93 | DATALOGIC USA INC | Jo-Ann Stores, LLC | PHONE SUPPORT AND PM MAINTENANCE AGREEMENT DATED 06/07/2024 | 4/30/2025 |
| 94 | JANE FOODS INC | Jo-Ann Stores, LLC | VENDING SERVICES AGREEMENT DATED 08/05/2023 | 4/30/2025 |
| 95 | JAVETTE TRUCK & TRACTOR INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C214676 - DATED 11/03/2015 | 4/30/2025 |
| 96 | CANTEEN OF FRESNO INC | Jo-Ann Stores, LLC | VENDING SERVICES AGREEMENT DATED 08/31/2023 | 4/30/2025 |
| 97 | THOMPSON TRACTOR CO INC | Jo-Ann Stores, LLC | Master Service Agreement Dated 08/01/2022 | 4/30/2025 |
| 98 | TENNANT SALES AND SERVICE CO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/07/2024 | 4/30/2025 |
| 99 | TENNANT SALES AND SERVICE CO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/01/2022 | 4/30/2025 |
| 100 | GLOBAL EQUIPMENT COMPANY | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/09/2023 | 4/30/2025 |