# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Outer Drive 39 Development Co., LLC | Jo-Ann Stores LLC | 2104 | 23125 Outer Drive, Allen Park, 48101, MI | Lease | FF&E | 4/30/2025 |
| 2 | ORF X Waterside, LLC | Jo-Ann Stores LLC | 2407 | 50809 Waterside Drive, Chesterfield, 48051, GA | Lease | FF&E | 4/30/2025 |
| 3 | Stockbridge Courtland Center, LLC | Jo-Ann Stores LLC | 1590 | 4190 E Court St Ste 101, Burton, 48509, MI | Lease | FF&E | 4/30/2025 |
| 4 | ORF VII Felch Street, LLC | Jo-Ann Stores LLC | 305 | 12635 Felch St Ste 60, Holland, 49424, GA | Lease | FF&E | 4/30/2025 |
| 5 | Warwick Realty, LLC | Jo-Ann Stores LLC | 279 | 2576 S Main St, Adrian, 49221, MI | Lease | FF&E | 4/30/2025 |
| 6 | Bear Pointe Ventures, LLC | Jo-Ann Stores LLC | 348 | 2686 Us Highway 23 S, Alpena, 49707, MI | Lease | FF&E | 4/30/2025 |
| 7 | Bear Creek Station, LLC | Jo-Ann Stores LLC | 1594 | 1608 Anderson Rd, Petoskey, 49770, OH | Lease | FF&E | 4/30/2025 |
| 8 | Gen3 Investments, LLC | Jo-Ann Stores LLC | 2521 | 1250 W. Perry Avenue, Big Rapids, 49307, MI | Lease | FF&E | 4/30/2025 |
| 9 | Irongate Associates, LLC | Jo-Ann Stores LLC | 697 | 990 W 41St St Ste 2, Hibbing, 55746, NY | Lease | FF&E | 4/30/2025 |
| 10 | VEREIT | Jo-Ann Stores LLC | 2283 | 4120 Dean Lakes Boulevard, Shakopee, 55379, CA | Lease | FF&E | 4/30/2025 |
| 11 | HUTCHINSON MALL REALTY GROUP, LLC | Jo-Ann Stores LLC | 863 | 1060 Highway 15, Hutchinson, 55350, NY | Lease | FF&E | 4/30/2025 |
| 12 | Bemidji Holdings, LLC | Jo-Ann Stores LLC | 1666 | 1401 Paul Bunyan Dr Nw Ste 60, Bemidji, 56601, NY | Lease | FF&E | 4/30/2025 |
| 13 | Rockstep Willmar, LLC | Jo-Ann Stores LLC | 1864 | 1605 1St St S, Willmar, 56201, TX | Lease | FF&E | 4/30/2025 |
| 14 | FARIBO WEST MALL, LLC | Jo-Ann Stores LLC | 2404 | 200 Western Ave Nw, Suite C10, Faribault, 55021, MN | Lease | FF&E | 4/30/2025 |
| 15 | Capital Mall JC 1, LLC | Jo-Ann Stores LLC | 1577 | 3600 Country Club Dr Spc 408, Jefferson City, 65109, MO | Lease | FF&E | 4/30/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 16 | Hillcrest MO LLC | Jo-Ann Stores LLC | 1495 | 603 N Belt Hwy, Saint Joseph, 64506, MO | Lease | FF&E | 4/30/2025 |
| 17 | Twin City Estate Corporation | Jo-Ann Stores LLC | 2294 | 101 Twin City Mall, Crystal City, 63019, MO | Lease | FF&E | 4/30/2025 |
| 18 | PC II Vertical, LLC | Jo-Ann Stores LLC | 2361 | 1976 Phoenix Center Drive, Washington, 63090, MO | Lease | FF&E | 4/30/2025 |
| 19 | Cookeville TN Investment Partners | Jo-Ann Stores LLC | 2268 | 6361 I-55 North, Jackson, 39213, IN | Lease | FF&E | 4/30/2025 |
| 20 | Butte-iful, LLC | Jo-Ann Stores LLC | 856 | 3100 Harrison Ave, Butte, 59701, OR | Lease | FF&E | 4/30/2025 |
| 21 | Volante Investments LLLP | Jo-Ann Stores LLC | 1696 | 3131 N Montana Ave, Helena, 59602, ID | Lease | FF&E | 4/30/2025 |
| 22 | Blue Ridge Mall LLC | Jo-Ann Stores LLC | 2352 | 1800 Four Seasons Blvd, Space D1, Hendersonville, 28792, GA | Lease | FF&E | 4/30/2025 |
| 23 | Berkeley Mall, LLC | Jo-Ann Stores LLC | 2252 | 625 N Berkeley Blvd #H, Goldsboro, 27534, NC | Lease | FF&E | 4/30/2025 |
| 24 | Weirfield Coal, Inc. | Jo-Ann Stores LLC | 2205 | 221 Norman Station Blvd. Suite 2211, Mooresville, 28117, NY | Lease | FF&E | 4/30/2025 |
| 25 | TBF Group Sutters Creek, LLC | Jo-Ann Stores LLC | 2253 | 572 Sutter'S Creek Blvd, Rocky Mount, 27804, NY | Lease | FF&E | 4/30/2025 |
| 26 | Brixmor GA Seacoast Shopping Center LLC | Jo-Ann Stores LLC | 824 | 270 Lafayette Rd Unit 8, Seabrook, 03874, PA | Lease | FF&E | 4/30/2025 |
| 27 | Vernco Belknap, LLC | Jo-Ann Stores LLC | 830 | 12 Old State Rd, Belmont, 03220, MA | Lease | FF&E | 4/30/2025 |
| 28 | Rancho Lebanon, LLC | Jo-Ann Stores LLC | 1614 | 200 S Main St Rt 12A, West Lebanon, 03784, MA | Lease | FF&E | 4/30/2025 |
| 29 | G. E. Pan American Plaza, LLC | Jo-Ann Stores LLC | 1309 | 1711 E University Ave, Las Cruces, 88001, NM | Lease | FF&E | 4/30/2025 |
| 30 | Two Guys Partners, LLC | Jo-Ann Stores LLC | 1668 | 3140 Cerrillos Rd Ste B, Santa Fe, 87507, NM | Lease | FF&E | 4/30/2025 |
| 31 | Clifton Country Road Associates, LLC | Jo-Ann Stores LLC | 1602 | 19 Clifton Country Rd, Clifton Park, 12065, NY | Lease | FF&E | 4/30/2025 |
| 32 | Niagara Square, LLC | Jo-Ann Stores LLC | 455 | 2429 Military Rd, Niagara Falls, 14304, NY | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 33 | GBR Neighborhood Road Limited Liability Company | Jo-Ann Stores LLC | 645 | 1385 Ulster Ave, Kingston, 12401, NY | Lease | FF&E | 4/30/2025 |
| 34 | MLO Great South Bay LLC | Jo-Ann Stores LLC | 257 | 735 W Montauk Hwy, West Babylon, 11704, NY | Lease | FF&E | 4/30/2025 |
| 35 | Chautauqua Mall Realty Holding LLC | Jo-Ann Stores LLC | 301 | 318 E Fairmount Ave Rm 106, Lakewood, 14750, NY | Lease | FF&E | 4/30/2025 |
| 36 | Salt City Development Co., LLC | Jo-Ann Stores LLC | 358 | 162 Clinton St # 2, Cortland, 13045, NY | Lease | FF&E | 4/30/2025 |
| 37 | Malone Plaza Realty, LLC | Jo-Ann Stores LLC | 822 | 228 W Main St Ste 12, Malone, 12953, NY | Lease | FF&E | 4/30/2025 |
| 38 | Randall Benderson 1993-1 Trust | Jo-Ann Stores LLC | 1089 | 2503B W State Street, Olean, 14760, FL | Lease | FF&E | 4/30/2025 |
| 39 | Arsenal Plaza Associates, LLC | Jo-Ann Stores LLC | 2195 | 1283 Arsenal Street, Watertown, 13601, NY | Lease | FF&E | 4/30/2025 |
| 40 | Dunning Farms LLC | Jo-Ann Stores LLC | 898 | 88 Dunning Rd Ste 23, Middletown, 10940, CT | Lease | FF&E | 4/30/2025 |
| 41 | POUGHKEEPSIE PLAZA MALL, LLC | Jo-Ann Stores LLC | 1603 | 2600 South Rd, Poughkeepsie, 12601, NY | Lease | FF&E | 4/30/2025 |
| 42 | JAPM PLAZA LLC | Jo-Ann Stores LLC | 1949 | 3042 Ridge Rd W, Rochester, 14626, NJ | Lease | FF&E | 4/30/2025 |
| 43 | Akron Center Associates, LLC | Jo-Ann Stores LLC | 417 | 1500 Canton Rd, Akron, 44312, OH | Lease | FF&E | 4/30/2025 |
| 44 | Village Crossing Partners, LLC | Jo-Ann Stores LLC | 1621 | 10400 Reading Rd, Evendale, 45241, MD | Lease | FF&E | 4/30/2025 |
| 45 | BZA Indian Springs, LLC | Jo-Ann Stores LLC | 2513 | 3177 Princeton Road, Hamilton, 45011, FL | Lease | FF&E | 4/30/2025 |
| 46 | Linda Barrett Properties, LLC | Jo-Ann Stores LLC | 608 | 5001 Salem Ave, Dayton, 45426, TX | Lease | FF&E | 4/30/2025 |
| 47 | Center Associates Realty Corp. | Jo-Ann Stores LLC | 284 | 15765 State Route 170 Ste 1, East Liverpool, 43920, PA | Lease | FF&E | 4/30/2025 |
| 48 | DW28 Fremont, LLC | Jo-Ann Stores LLC | 309 | 1212 Oak Harbor Rd, Fremont, 43420, OH | Lease | FF&E | 4/30/2025 |
| 49 | Zane Plaza LLC | Jo-Ann Stores LLC | 384 | 1080 N Bridge St, Chillicothe, 45601, OH | Lease | FF&E | 4/30/2025 |
| 50 | New Towne Mall Realty Holding LLC | Jo-Ann Stores LLC | 2227 | 400 Mill Ave Se Suite 15, New Philadelphia, 44663, NY | Lease | FF&E | 4/30/2025 |

3

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Isaac Northtowne East Defiance, Ltd. | Jo-Ann Stores LLC | 2242 | 1001 N. Clinton St. Ste 01, Defiance, 43512, OH | Lease | FF&E | 4/30/2025 |
| 52 | Isaac Home Depot Findlay, Ltd. | Jo-Ann Stores LLC | 2448 | 1991 Tiffin Avenue, Findlay, 45840, OH | Lease | FF&E | 4/30/2025 |
| 53 | Lafayette Plaza, Inc. | Jo-Ann Stores LLC | 506 | 448 Pike St, Marietta, 45750, NY | Lease | FF&E | 4/30/2025 |
| 54 | Sandusky Plaza LLC | Jo-Ann Stores LLC | 2451 | 756 Crossings Road, Sandusky, 44870, GA | Lease | FF&E | 4/30/2025 |
| 55 | Springfield Plaza Associates, LLC | Jo-Ann Stores LLC | 308 | 1608J Upper Valley Pike Ste C9, Springfield, 45504, MD | Lease | FF&E | 4/30/2025 |
| 56 | Hollywood Center, Inc. | Jo-Ann Stores LLC | 378 | 282 S Hollywood Blvd, Steubenville, 43952, OH | Lease | FF&E | 4/30/2025 |
| 57 | Ohio Valley Mall Company | Jo-Ann Stores LLC | 2459 | 67800 Mall Ring Rd Unit 305, St. Clairsville, 43950, OH | Lease | FF&E | 4/30/2025 |
| 58 | Boulevard Centre LLC | Jo-Ann Stores LLC | 2502 | 5555 Youngstown Warren Road #14, Niles, 44446, OH | Lease | FF&E | 4/30/2025 |
| 59 | Bradford Plaza Capital Venture, LLC | Jo-Ann Stores LLC | 2291 | 519 N Main St., Stillwater, 74075, TX | Lease | FF&E | 4/30/2025 |
| 60 | WD JOANN LLC | Jo-Ann Stores LLC | 2358 | 4901 N. Kickapoo Street, Shawnee, 74804, OK | Lease | FF&E | 4/30/2025 |
| 61 | Cascade Square, LLC | Jo-Ann Stores LLC | 915 | 1324 W 6Th St, The Dalles, 97058, OR | Lease | FF&E | 4/30/2025 |
| 62 | Yoo Jin Lodging, Inc. | Jo-Ann Stores LLC | 1731 | 1611 Virginia Ave, North Bend, 97459, OR | Lease | FF&E | 4/30/2025 |
| 63 | Sunset-River, LLC | Jo-Ann Stores LLC | 2232 | 180 Se Neptune Drive, Suite A, Warrenton, 97146, OR | Lease | FF&E | 4/30/2025 |
| 64 | Klamath-Jefferson, LLC | Jo-Ann Stores LLC | 2321 | 2880 South 6Th Street, Klamath Falls, 97603, OR | Lease | FF&E | 4/30/2025 |
| 65 | McWain Limited Partnership | Jo-Ann Stores LLC | 633 | 1401 N Highway 99W, Meminnville, 97128, OR | Lease | FF&E | 4/30/2025 |
| 66 | Schnitzer Properties, LLC | Jo-Ann Stores LLC | 2396 | 4005 Sw 117Th Street, Beaverton, 97005, OR | Lease | FF&E | 4/30/2025 |
| 67 | PVSC Company | Jo-Ann Stores LLC | 1073 | 3415 Pleasant Valley Blvd, Ste 78, Altoona, 16602, PA | Lease | FF&E | 4/30/2025 |
| 68 | University Park Associates Ltd. Partnership | Jo-Ann Stores LLC | 2338 | 1425 Scalp Ave, Space 110, Johnstown, 15904, PA | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 69 | South Park Plaza, Inc. | Jo-Ann Stores LLC | 372 | 18921 Park Avenue Plz, Meadville, 16335, PA | Lease | FF&E | 4/30/2025 |
| 70 | CGCMT 2006-C4-5422 SHAFFER RD LLC | Jo-Ann Stores LLC | 387 | 5456 Shaffer Rd, Du Bois, 15801, NY | Lease | FF&E | 4/30/2025 |
| 71 | REGENCY INDIANA ENTERPRISES, LP | Jo-Ann Stores LLC | 692 | 1570 Oakland Ave, Indiana, 15701, PA | Lease | FF&E | 4/30/2025 |
| 72 | SVM - 10108887, LLC | Jo-Ann Stores LLC | 2345 | 1 Susquehanna Valley Mall Dr, D6, Selinsgrove, 17870, TX | Lease | FF&E | 4/30/2025 |
| 73 | AZCO Partners | Jo-Ann Stores LLC | 1185 | 153 E Swedesford Rd, Wayne, 19087, FL | Lease | FF&E | 4/30/2025 |
| 74 | [Left Intentionally Blank] | | | | | | |
| 75 | Concord Retail Partners, L.P. | Jo-Ann Stores LLC | 2303 | 600 Town Centre Drive Suite D-108, Glen Mills, 19342, PA | Lease | FF&E | 4/30/2025 |
| 76 | Pennmark Coventry Holdings, LLC | Jo-Ann Stores LLC | 2512 | 351 West Schuylkill Rd, Pottstown, 19465, PA | Lease | FF&E | 4/30/2025 |
| 77 | PZ Southern Limited Partnership | Jo-Ann Stores LLC | 221 | 1155 Washington Pike, Bridgeville, 15017, NY | Lease | FF&E | 4/30/2025 |
| 78 | Pullman Square Associates | Jo-Ann Stores LLC | 224 | 160 Pullman Sq, Butler, 16001, PA | Lease | FF&E | 4/30/2025 |
| 79 | Tri-County Plaza 1989 Limited Partnership | Jo-Ann Stores LLC | 683 | 360 Tri County Ln, Belle Vernon, 15012, PA | Lease | FF&E | 4/30/2025 |
| 80 | Suburban Realty Joint Venture | Jo-Ann Stores LLC | 236 | 505 Benner Pike, State College, 16801, PA | Lease | FF&E | 4/30/2025 |
| 81 | Market Place Shopping Center LLC | Jo-Ann Stores LLC | 2492 | 123 Marketplace Drive, Anderson, 29621, FL | Lease | FF&E | 4/30/2025 |
| 82 | Columbia (Northpointe) WMS, LLC | Jo-Ann Stores LLC | 2172 | 10050 Two Notch Rd Ste 13, Columbia, 29223, NC | Lease | FF&E | 4/30/2025 |
| 83 | FLORENCE (FLORENCE MALL) FMH, LLC | Jo-Ann Stores LLC | 2201 | 1945 West Palmetto Street #270, Florence, 29501, NC | Lease | FF&E | 4/30/2025 |
| 84 | Legacy Equity Group, LLC | Jo-Ann Stores LLC | 2511 | 930 22Nd Avenue S., Brookings, 57006, SD | Lease | FF&E | 4/30/2025 |
| 85 | Johnson City Plaza, LLC | Jo-Ann Stores LLC | 2494 | 108 Johnson City Plaza Dr, Johnson City, 37601, GA | Lease | FF&E | 4/30/2025 |
| 86 | Knoxville LevCal LLC | Jo-Ann Stores LLC | 2313 | 4627 Greenway Drive, Knoxville, 37918, TX | Lease | FF&E | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 87 | Governor's Crossing 124 Hudson Street LLC | Jo-Ann Stores LLC | 2170 | 208 Collier Dr, Sevierville, 37862, NY | Lease | FF&E | 4/30/2025 |
| 88 | Northgate Retail Partners | Jo-Ann Stores LLC | 2402 | 1600 Jackson St. Northgate Mall, Tullahoma, 37388, TN | Lease | FF&E | 4/30/2025 |
| 89 | Abilene Clack Street, LLC | Jo-Ann Stores LLC | 2482 | 3206 South Clack Drive , Abilene, 79606, TX | Lease | FF&E | 4/30/2025 |
| 90 | CTO23 Rockwall LLC | Jo-Ann Stores LLC | 2197 | 1049 E. I.H. 30, Rockwall, 75087, FL | Lease | FF&E | 4/30/2025 |
| 91 | EQYInvest Owner II, Ltd., LLP | Jo-Ann Stores LLC | 1402 | 15520 Fm 529 Rd, Houston, 77095, TX | Lease | FF&E | 4/30/2025 |
| 92 | Chimney Rock Retail Associates, LLC | Jo-Ann Stores LLC | 2325 | 6351 E. Hwy 191, Odessa, 79762, TX | Lease | FF&E | 4/30/2025 |
| 93 | NVR Investments, LLC | Jo-Ann Stores LLC | 2505 | 145 Shoppers Way, Christiansburg, 24073, VA | Lease | FF&E | 4/30/2025 |
| 94 | River Ridge Mall JV, LLC | Jo-Ann Stores LLC | 2309 | 3405 Candlers Mountain Rd, Lynchburg, 24502, VA | Lease | FF&E | 4/30/2025 |
| 95 | WHLR-Village of Martinsville, LLC | Jo-Ann Stores LLC | 2454 | 240 Commonwealth Blvd W, Martinsville, 24112, VA | Lease | FF&E | 4/30/2025 |
| 96 | KB Riverdale, LLC | Jo-Ann Stores LLC | 1270 | 1076 W Mercury Blvd, Hampton, 23666, GA | Lease | FF&E | 4/30/2025 |
| 97 | Jefferson Associates, LP | Jo-Ann Stores LLC | 820 | 251 W Lee Hwy Ste 659, Warrenton, 20186, GA | Lease | FF&E | 4/30/2025 |
| 98 | Chase Green Mountain Ltd. Partnership | Jo-Ann Stores LLC | 289 | 308 Us Route 7 S, Rutland Town, 05701, CT | Lease | FF&E | 4/30/2025 |
| 99 | Central Vermont Shopping Center, LLC | Jo-Ann Stores LLC | 2340 | 1400 Us Route 302, Suite 10, Barre, 05641, VT | Lease | FF&E | 4/30/2025 |
| 100 | Gateway Square Shopping Center | Jo-Ann Stores LLC | 810 | 470 Bridge St, Clarkston, 99403, WA | Lease | FF&E | 4/30/2025 |