## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | EXPEDITORS INTERNATIONAL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/17/2022 | 4/30/2025 |
| 2 | GALLOP USA LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/18/2020 | 4/30/2025 |
| 3 | GUARDIAN SAFETY AND SUPPLY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/07/2023 | 4/30/2025 |
| 4 | JB HUNT TRANSPORT INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/12/2024 | 4/30/2025 |
| 5 | JB HUNT TRANSPORT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210322 - DATED 02/03/2014 | 4/30/2025 |
| 6 | LI & FUNG (TRADING) LIMITED | Jo-Ann Stores, LLC | BUYING AGENCY AGREEMENT DATED 08/01/2023 | 4/30/2025 |
| 7 | MCKINNEY VEHICLE SERVICES INC | Jo-Ann Stores, LLC | TRAILER LEASING AGREEMENT DATED 05/27/2021 | 4/30/2025 |
| 8 | MERCED COUNTY FTZ 226 | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325789 - DATED 10/17/2022 | 4/30/2025 |
| 9 | NATIONAL 4-H COUNCIL | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 11/30/2023 | 4/30/2025 |
| 10 | NATIONAL 4-H COUNCIL | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316030 - DATED 06/08/2020 | 4/30/2025 |
| 11 | NEW LEAF SERVICE CONTRACTS, LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/23/2019 | 4/30/2025 |
| 12 | NORTH AMERICAN PLASTICS & CHEMICALS CO INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323907 - DATED 12/17/2021 | 4/30/2025 |
| 13 | | | *[Left Intentionally Blank]* | |
| 14 | PRATT INC | Jo-Ann Stores, LLC | SUPPLIES SERVICE AGREEMENT DATED 03/05/2022 | 4/30/2025 |
| 15 | PRATT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321561 - DATED 04/05/2020 | 4/30/2025 |
| 16 | PRIORITY-1 INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/26/2022 | 4/30/2025 |
| 17 | RCA TRUCKING LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/15/2020 | 4/30/2025 |
| 18 | RCA TRUCKING LLC - updated Transportation Service Agreement - RNWL | Jo-Ann Stores, LLC | RCA TRUCKING LLC - updated Transportation Service Agreement - RNWL | 4/30/2025 |
| 19 | SULLIVAN CONSOLIDATION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210338 - DATED 02/07/2018 | 4/30/2025 |
| 20 | TOTAL TRANSPORTATION OF MS. | Jo-Ann Stores, LLC | FREIGHT SERVICES AGREEMENT DATED 06/13/2020 | 4/30/2025 |
| 21 | VIRA INSIGHT LLC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 05/01/2023 | 4/30/2025 |
| 22 | VIRA INSIGHT LLC | Jo-Ann Stores, LLC | STORE DEVELOPMENT SERVICE AGREEMENT DATED 03/21/2024 | 4/30/2025 |
| 23 | VIRA INSIGHT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C296334 - DATED 01/30/2011 | 4/30/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 24 | WRIGHT GRAPHIC DESIGN LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2022 | 4/30/2025 |
| 25 | YRC INC | Jo-Ann Stores, LLC | FREIGHT SERVICES AGREEMENT DATED 01/31/2019 | 4/30/2025 |
| 26 | GLOBALTRANZ ENTERPRISES LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/10/2023 | 4/30/2025 |
| 27 | GLOBALTRANZ ENTERPRISES LLC | Jo-Ann Stores, LLC | TRUCKING SERVICE AGREEMENT DATED 07/26/2022 | 4/30/2025 |
| 28 | AAA Cooper | Jo-Ann Stores, LLC | Master Service Agreement Dated 06/23/2022 | 4/30/2025 |
| 29 | XPO LOGISTICS FREIGHT INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 07/15/2024 | 4/30/2025 |
| 30 | XPO LOGISTICS FREIGHT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C2936655 - DATED 07/08/2019 | 4/30/2025 |
| 31 | GLOBAL MAIL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/07/2024 | 4/30/2025 |
| 32 | GLOBAL MAIL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C327543 - DATED 02/05/2024 | 4/30/2025 |
| 33 | MARTEN TRANSPORT SERVICES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/29/2020 | 4/30/2025 |
| 34 | MARTEN TRANSPORT SERVICES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/11/2020 | 4/30/2025 |
| 35 | MARTEN TRANSPORT SERVICES | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 07/29/2020 | 4/30/2025 |
| 36 | TOTAL DISTRIBUTION SERVICE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 4/30/2025 |
| 37 | TOTAL DISTRIBUTION SERVICE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/13/2023 | 4/30/2025 |
| 38 | OAK HARBOR FREIGHT LINES INC | Jo-Ann Stores, LLC | Service Agreement Dated 03/15/2018 | 4/30/2025 |
| 39 | Oak Harbor | Jo-Ann Stores, LLC | Service Agreement Dated 03/15/2018 | 4/30/2025 |
| 40 | Oak Harbor | Jo-Ann Stores, LLC | Statement of Work Dated 03/01/2024 | 4/30/2025 |
| 41 | KLX LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/13/2020 | 4/30/2025 |
| 42 | KLX LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/08/2024 | 4/30/2025 |
| 43 | KLX LLC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 07/24/2021 | 4/30/2025 |
| 44 | KLX LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318986 - DATED 07/25/2019 | 4/30/2025 |
| 45 | MAERSK E COMMERCE LOGISTICS | Jo-Ann Stores, LLC | SOFTWARE LEASING AGREEMENT DATED 05/01/2022 | 4/30/2025 |
| 46 | MAERSK E COMMERCE LOGISTICS | Jo-Ann Stores, LLC | THIRD PARTY LOGISTICS (3PL) SERVICE AGREEMENT DATED 08/17/2022 | 4/30/2025 |
| 47 | TRX INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 03/20/2024 | 4/30/2025 |
| 48 | DECOART INC | Jo-Ann Stores, LLC | VENDOR SUPPLY AGREEMENT DATED 06/10/2020 | 4/30/2025 |
| 49 | AMERICAN FAST FREIGHT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 12/01/2021 | 4/30/2025 |
| 50 | EDGE LOGISTICS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/31/2023 | 4/30/2025 |
| 51 | EDGE LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326925 - DATED 11/06/2023 | 4/30/2025 |
| 52 | JB HUNT TRANSPORT INC | Jo-Ann Stores, LLC | Service Agreement Dated 02/03/2014 | 4/30/2025 |
| 53 | NOVAKS CONSTRUCTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C212823 - DATED 09/01/2016 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 54 | NOVAKS CONSTRUCTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/01/2023 | 4/30/2025 |
| 55 | MAERSK A/S | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 05/14/2024 | 4/30/2025 |
| 56 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 12/20/2023 | 4/30/2025 |
| 57 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/17/2021 | 4/30/2025 |
| 58 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 09/13/2021 | 4/30/2025 |
| 59 | RAYMOND STORAGE CONCEPTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322812 - DATED 03/08/2021 | 4/30/2025 |
| 60 | HY-TEK INTRALOGISTICS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C215079 - DATED 05/23/2013 | 4/30/2025 |
| 61 | HY-TEK INTRALOGISTICS | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/01/2022 | 4/30/2025 |
| 62 | AG CONTAINER TRANSPORT LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2023 | 4/30/2025 |
| 63 | AG CONTAINER TRANSPORT LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/05/2024 | 4/30/2025 |
| 64 | CAROLINA HANDLING | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284265 - DATED 09/22/2015 | 4/30/2025 |
| 65 | EAST GROUP LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT AMENDMENT DATED 05/01/2024 | 4/30/2025 |
| 66 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315895 - DATED 08/18/2017 | 4/30/2025 |
| 67 | NPC GLOBAL CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315895ST - DATED 08/17/2017 | 4/30/2025 |
| 68 | PAPER TRANSPORT LLC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/02/2023 | 4/30/2025 |
| 69 | FMH CONVEYORS LLC | Jo-Ann Stores, LLC | CONVEYORS & SORTATION SERVICE AGREEMENT DATED 03/02/2022 | 4/30/2025 |
| 70 | FMH CONVEYORS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C305847 - DATED 03/25/2019 | 4/30/2025 |
| 71 | TOYOTA MATERIAL HANDLING MIDWEST IN | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/21/2023 | 4/30/2025 |
| 72 | TOYOTA MATERIAL HANDLING MIDWEST IN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326052 - DATED 02/01/2023 | 4/30/2025 |
| 73 | INDUSTRIAL SERVICE & SUPPLY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C303008 - DATED 01/29/2020 | 4/30/2025 |
| 74 | INDUSTRIAL SERVICE & SUPPLY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/09/2023 | 4/30/2025 |
| 75 | INDUSTRIAL SERVICE & SUPPLY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/10/2023 | 4/30/2025 |
| 76 | BENCHMARK INDUSTRIAL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/03/2022 | 4/30/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 77 | THE BINSKY CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C323111 - DATED 06/11/2021 | 4/30/2025 |
| 78 | ZAVTEK INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/19/2022 | 4/30/2025 |
| 79 | ZAVTEK INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 09/04/2024 | 4/30/2025 |
| 80 | ZAVTEK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C280451 - DATED 01/20/2015 | 4/30/2025 |
| 81 | ORBIS CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/17/2022 | 4/30/2025 |
| 82 | ORBIS CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/29/2024 | 4/30/2025 |
| 83 | SEKO WORLDWIDE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2020 | 4/30/2025 |
| 84 | CINTAS CORPORATION #621 | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C297289 - DATED 04/25/2016 | 4/30/2025 |
| 85 | CINTAS CORPORATION #621 | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/25/2022 | 4/30/2025 |
| 86 | CINTAS CORP | Jo-Ann Stores, LLC | Service Agreement Dated 04/14/2015 | 4/30/2025 |
| 87 | MCMASTER-CARR SUPPLY COMPANY | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C137881 - DATED 10/21/2016 | 4/30/2025 |
| 88 | CINTAS CORPORATION | Jo-Ann Stores, LLC | Master Service Agreement Dated 07/26/2021 | 4/30/2025 |
| 89 | J'S COMMUNICATIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/07/2022 | 4/30/2025 |
| 90 | THE WATERWORKS LLC | Jo-Ann Stores, LLC | Service Agreement Dated 09/01/2024 | 4/30/2025 |
| 91 | SID TOOL CO INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/03/2022 | 4/30/2025 |
| 92 | SID TOOL CO., INC. | Jo-Ann Stores, LLC | Master Service Agreement Dated 10/06/2021 | 4/30/2025 |
| 93 | DATALOGIC USA INC | Jo-Ann Stores, LLC | PHONE SUPPORT AND PM MAINTENANCE AGREEMENT DATED 06/07/2024 | 4/30/2025 |
| 94 | JANE FOODS INC | Jo-Ann Stores, LLC | VENDING SERVICES AGREEMENT DATED 08/05/2023 | 4/30/2025 |
| 95 | JAVETTE TRUCK & TRACTOR INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C214676 - DATED 11/03/2015 | 4/30/2025 |
| 96 | CANTEEN OF FRESNO INC | Jo-Ann Stores, LLC | VENDING SERVICES AGREEMENT DATED 08/31/2023 | 4/30/2025 |
| 97 | THOMPSON TRACTOR CO INC | Jo-Ann Stores, LLC | Master Service Agreement Dated 08/01/2022 | 4/30/2025 |
| 98 | TENNANT SALES AND SERVICE CO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/07/2024 | 4/30/2025 |
| 99 | TENNANT SALES AND SERVICE CO | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/01/2022 | 4/30/2025 |
| 100 | GLOBAL EQUIPMENT COMPANY | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/09/2023 | 4/30/2025 |