**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 28, 2025 AT 1:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**ADJOURNED MATTER**

1. Motion of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (Filed March 20, 2025) [Docket No. 612]

    Related Documents:

    Objection Deadline:   March 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended for the Debtors.

    Responses Received:  None at this time.

    Status:   This matter is adjourned to the June 23, 2025 hearing at 3:00 p.m.  This matter will not be going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**MATTER GOING FORWARD**

2. Motion of Debtors for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Scheduling a Plan Confirmation and Final Disclosure Statement Approval Hearing and Setting Dates and Deadlines, (III) Approving the Solicitation Package and Notice Procedures, (IV) Approving the Form of Ballot and Notices in Connection Therewith, and (V) Granting Related Relief (Filed May 5, 2025) [Docket No. 811]

    Related Documents:

    (a) Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed February 26, 2025) [Docket No. 513]

    (b) Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 5, 2025) [Docket No. 809]

    (c) Disclosure Statement for the Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 5, 2025) [Docket No. 810]

    (d) Notice of Filing Redline Version of Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 5, 2025) [Docket No. 812]

    Objection Deadline:   May 21, 2025 at 4:00 p.m. (ET).

    Responses Received:  Informal comment by the Office of the United States Trustee.

    Status:   The Debtors expect to file a revised proposed form of order under certification of counsel. This matter will be going forward.

Dated: May 23, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Jack M. Dougherty* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |