## Exhibit 1

**Disclosure Statement**

[*To Be Filed Separately*]