# **EXHIBIT B**

Tax Payment

## Beverly LaDuke

| | |
|---|---|
| **From:** | Beverly LaDuke |
| **Sent:** | Wednesday, May 7, 2025 1:05 PM |
| **To:** | RealEstate Accounting |
| **Subject:** | FW: JoAnn #2573 1st Half 2025 Property Tax Invoice |
| **Attachments:** | Roch. Marketplace 2025 Property Tax Statement (-097).pdf; 1st Half 2025 Tax Payment - Tax ID # RP 74.21.12.060097.pdf; JoAnn Property Tax Invoice - 1st Half 2025.pdf |

I sent the email below on April 1, 2025. I have not yet received notice that you are submitting the tax amount due for payment into our account. Can you please check on when payment will be made?

*Bev LaDuke*
Lunieski & Associates
7645 Lyndale Ave. So., Suite 250
Richfield, MN 55423
(952) 832-5151

**From:** Beverly LaDuke
**Sent:** Tuesday, April 1, 2025 11:00 AM
**To:** realestateaccounting@joann.com
**Subject:** JoAnn #2573 1st Half 2025 Property Tax Invoice

Good morning – The first half of property taxes for 2025 have been paid. Attached is an invoice for the percentage amount due for JoAnn Store #2573 in Rochester, MN. I have also attached a copy of the property tax statement and the payment we made.

*Bev LaDuke*
Lunieski & Associates
7645 Lyndale Ave. So., Suite 250
Richfield, MN 55423
(952) 832-5151

1

# Beverly LaDuke

**From:** Beverly LaDuke
**Sent:** Tuesday, April 1, 2025 11:00 AM
**To:** realestateaccounting@joann.com
**Subject:** JoAnn #2573 1st Half 2025 Property Tax Invoice
**Attachments:** Roch. Marketplace 2025 Property Tax Statement (-097).pdf; 1st Half 2025 Tax Payment - Tax ID # RP 74.21.12.060097.pdf; JoAnn Property Tax Invoice - 1st Half 2025.pdf

Good morning – The first half of property taxes for 2025 have been paid. Attached is an invoice for the percentage amount due for JoAnn Store #2573 in Rochester, MN. I have also attached a copy of the property tax statement and the payment we made.

*Bev LaDuke*
Lunieski & Associates
7645 Lyndale Ave. So., Suite 250
Richfield, MN 55423
(952) 832-5151

1

# INVOICE

**Lunieski & Associates**

DATE: APRIL 1, 2025

7645 Lyndale Ave. So., Suite 250
Richfield, MN  55423
(952) 832.5151
rlunieski@lunieskiassociates.com

TO  JoAnn Stores, LLC #2573
5555 Darrow Road
Hudson, Ohio  44236
Email to: tonia.grammatikos@joann.com;
Cc: realestateaccounting@joann.com

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | 1st Half 2025 Property Taxes @ 46.621%<br>JoAnn Fabrics Store #2573<br>Rochester Marketplace<br>Rochester, MN 55904<br>Tax ID # RP 74.21.12.060097 |  | $48,095.62 |
|  |  | **SUBTOTAL** | $48,095.62 |
|  |  | **SALES TAX** | NA |
|  |  | **TOTAL** | $48,095.62 |

**Make check payable to Lunieski & Associates**



← DETACH HERE AND RETURN THIS
STUB WITH YOUR FIRST HALF PAYMENT.

| | |
|---|---:|
| Total Property Tax: $ | 206,326.00 |
| First-half Due: $ | 103,163.00 |
| First-half Penalty Due: $ | 0.00 |
| First-half Payment Made: $ | .00 |
| First-half Due with Penalty: $ | 103,163.00 |

PLEASE READ THE BACK OF THIS STATEMENT FOR IMPORTANT INFORMATION.

*If your address has changed please check this box ☐ and show the change on the back of this stub.*

MAKE CHECKS PAYABLE TO:
Olmsted County PRL
P.O. Box 6681
Rochester, MN 55903-6681

No Receipt sent. Your cancelled check is proof of payment. Do not send postdated checks or cash. $30 fee for returned payments.

Date Printed: 03/29/2025

55819  2/3

CAHILL ROAD PARTNERS LLC
LUNIESKI & ASSOCIATES
7645 LYNDALE AVE S STE 250
RICHFIELD MN 55423



**OLMSTED COUNTY**
Property Records & Licensing
151 4th St. SE
PO Box 6681
Rochester, MN 55903-6681
(507) 328-7636
www.olmstedcounty.gov

Date Printed: 03/29/2025

55819*217**G50**1.3055**3/6*********AUTO**ALL FOR AADC 553
CAHILL ROAD PARTNERS LLC
LUNIESKI & ASSOCIATES
7645 LYNDALE AVE S STE 250
RICHFIELD MN 55423-6008

**Property ID:** RP74.21.12.060097

**Property Description:**
SECT-21 TWP-107 RANGE-014
ROCHESTER MARKETPLACE
LOT-005 BLOCK-001 3.92 AC

## Property Tax Statement
### 2024 Values for Taxes Payable in 2025

**VALUES AND CLASSIFICATION**

| Taxable Payable Year | 2024 | 2025 |
|---|---|---|
| Estimated Market Value: | 6,236,400 | 6,681,900 |
| Improvements Excluded: | | |
| Homestead Exclusion: | 0 | 0 |
| Taxable Market Value: | 6,236,400 | 6,681,900 |
| New Improvements/Expired Exclusions: | | 300,000 |
| Property Classifications: | COMMERCIAL | COMMERCIAL |

**Step 1**

**PROPOSED TAX NOTICE**

**Step 2** — Proposed Tax: 200,258.00
Sent in November 2024

**PROPERTY TAX STATEMENT**

**Step 3**
| | |
|---|---|
| First Half Taxes: | 103,163.00 |
| Second Half Taxes: | 103,163.00 |
| Total Taxes Due in 2025: | 206,326.00 |

**$$$ REFUNDS?** You may be eligible for one or even two refunds to reduce your property tax. Read the back of this statement to find out how to apply.

eNoticesOnline.com Authorization code: OLM-NVBP6CQF

**Tax Detail for Your Property:**

| Taxes Payable Year: | 2024 | 2025 |
|---|---|---|
| 1. Use this amount on Form M1PR to see if you are eligible for a homestead credit refund. File by August 15. | | .00 |
| ☐ If this box is checked, you owe delinquent taxes and are not eligible. | | |
| 2. Use these amounts on Form M1PR to see if you are eligible for a special refund. | | .00 |
| **Property Tax and Credits** | | |
| 3. Property taxes before credits | 180,832.00 | 206,326.00 |
| 4. Credits that reduce your property taxes: | | |
|   A. Agricultural market value credit | .00 | .00 |
|   B. Taconite tax relief | | |
|   C. Other Credits | .00 | .00 |
| 5. Property taxes after credits | 180,832.00 | 206,326.00 |
| **Property Tax by Jurisdiction** | | |
| 6. Olmsted County | 51,350.88 | 56,653.28 |
| 7. City or Township ROCHESTER CITY | 59,313.62 | 68,079.18 |
| 8. State General Tax | 35,659.00 | 37,698.22 |
| 9. School District 0535 | | |
|   A. Voter Approved Levies | 12,036.72 | 18,388.50 |
|   B. Other Local Levies | 19,693.62 | 22,494.14 |

| Taxes Payable Year: | 2024 | 2025 |
|---|---|---|
| 10. Special Taxing Districts | | |
|   A. Other special taxing districts | 2,078.44 | 2,288.04 |
|   B. Tax increment financing | .00 | .00 |
| 11. Non-school voter-approved referenda levies | 699.72 | 724.64 |
| 12. Total property tax before special assessments | 180,832.00 | 206,326.00 |
| **Special Assessments** | | |
| 13. Special assessments | | |
| **14. TOTAL PROPERTY TAX AND SPECIAL ASSESSMENTS** | 180,832.00 | 206,326.00 |

---
Please fold on perforation BEFORE tearing
---

### PAYABLE 2025 2nd HALF PAYMENT STUB

TO AVOID PENALTY PAY ON OR BEFORE    **10/15/2025**

**Property ID:** RP 74.21.12.060097

PLEASE READ THE BACK OF THIS STATEMENT FOR IMPORTANT INFORMATION.

☐ If your address has changed please check this box and show the change on the back of this stub.

| | |
|---|---|
| Total Property Tax: $ | 206,326.00 |
| Second-half Due: $ | 103,163.00 |
| Second-half Penalty Due: $ | 0.00 |
| Second-half Payment Made: $ | .00 |
| Second-half Due with Penalty: $ | 103,163.00 |

DETACH HERE AND RETURN THIS STUB WITH YOUR SECOND HALF PAYMENT.

CAHILL ROAD PARTNERS LLC
LUNIESKI & ASSOCIATES
7645 LYNDALE AVE S STE 250
RICHFIELD MN 55423

MAKE CHECKS PAYABLE TO:
Olmsted County PRL
P.O. Box 6681
Rochester, MN 55903-6681

Date Printed: 03/29/2025

No Receipt sent. Your cancelled check is proof of payment. Do not send postdated checks or cash. $30 fee for returned payments.

2-25-25_v1

---
Please fold on perforation BEFORE tearing
---

### PAYABLE 2025 1st HALF PAYMENT STUB

TO AVOID PENALTY PAY ON OR BEFORE    **05/15/2025**

**Property ID:** RP 74.21.12.060097

PLEASE READ THE BACK OF THIS STATEMENT FOR IMPORTANT INFORMATION.

☐ If your address has changed please check this box and show the change on the back of this stub.

| | |
|---|---|
| Total Property Tax: $ | 206,326.00 |
| First-half Due: $ | 103,163.00 |
| First-half Penalty Due: $ | 0.00 |
| First-half Payment Made: $ | .00 |
| First-half Due with Penalty: $ | 103,163.00 |

DETACH HERE AND RETURN THIS STUB WITH YOUR FIRST HALF PAYMENT.

CAHILL ROAD PARTNERS LLC
LUNIESKI & ASSOCIATES
7645 LYNDALE AVE S STE 250
RICHFIELD MN 55423

MAKE CHECKS PAYABLE TO:
Olmsted County PRL
P.O. Box 6681
Rochester, MN 55903-6681

Date Printed: 03/29/2025

No Receipt sent. Your cancelled check is proof of payment. Do not send postdated checks or cash. $30 fee for returned payments.


