# **EXHIBIT C**

January Deposit Statement

| Vendor #: 325701 | | Vendor Name: LUNIESKI MANAGEMENT LLC | | | | | Payment No: 300770875 | | | Date: 03/17/2025 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INVOICE | COMMENT | DATE | GROSS AMT | DISCOUNT | NET AMT | | | | | | |
| 2573POST0125CAM | | 01/22/25 | 4813.88 | 0.00 | 4813.88 | | | | | | |
| 2573POST0125INS | | 01/22/25 | 303.58 | 0.00 | 303.58 | | | | | | |
| 2573POST0125RNT | | 01/22/25 | 13010.48 | 0.00 | 13010.48 | | | | | | |

Jo-Ann Stores, LLC                                  Total Check Amount:              $  18,127.94
5555 Darrow Road -- Hudson, Ohio 44236                                                  Page 1 of 1

# VOID VOID VOID VOID

Jo-Ann Stores, LLC                                                      NO. 300770875

5555 Darrow Road -- Hudson, Ohio 44236          DATE 03/17/2025

DEPOSIT AMOUNT
****$18,127.94

DEPOSIT   *** VOID *** This Statement Of Deposit Is Not A Check And Is Not Negotiable *** VOID ***

TO THE ORDER OF   LUNIESKI MANAGEMENT LLC
7645 LYNDALE AVE. S., #250
RICHFIELD MN  55423

NON-NEGOTIABLE

*17 days (Jan)*
*15ᵗʰ → 31ˢᵗ*
*(for after filing)*

DEPOSIT STATEMENT

# VOID VOID VOID VOID

*January Balance $14,928.⁸⁹*