**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2025, a true and correct copy of the foregoing *Objection and Reservation of Rights of Cahill Road Partners, LLC, J2H Marketplace, LLC, 2075 Ford Parkway LLC, and EBH Marketplace, LLC to Third Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases and Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* was sent to the following as indicated:

**VIA U.S. MAIL**

JOANN Inc.
5555 Darrow Road
Hudson, Ohio 44236
Attn.: Ann Aber, EVP, Chief Legal and Human Resources Officer

**VIA E-MAIL ONLY**

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Aparna Yenamandra, P.C.
aparna.yenamandra@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago Illinois 60654
Attn.: Jeffrey Michalik and Lindsey Blumenthal
jeff.michalik@kirkland.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).

lindsey.blumenthal@kirkland.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801,
Attn.: Patrick J. Reilley, Stacy L. Newman, Michael E. Fitzpatrick, and Jack M. Dougherty
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: Malcolm M. Bates
malcolm.m.bates@usdoj.gov

Prepetition Term Loan Lender Ad Hoc Group
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Attn.: Scott Greenberg, Kevin Liang, and Josh Brody
SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

Prepetition Term Loan Agent
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Attn.: Jeffrey Gleit
jeffrey.gleit@afslaw.com

Prepetition Term Loan Agent
ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
Attn.: Jonathan Bagg
jonathan.bagg@afslaw.com

Prepetition Term Loan Agent
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Attn.: Matthew Bentley

matthew.bentley@afslaw.com

GA Joann Retail Partnership, LLC
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068,
Attn.: Andrew Behlmann
abehlmann@lowenstein.com

Official Committee of Unsecured Creditors
Kelley Drye & Warren LLP
3 World Trade Center, New
York, New York 10007
Attn: Jason Adams, Maeghan McLoughlin, and Connie Choe
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com
cchoe@kelleydrye.com

Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Attn: Bradford Sandler and James O'Neill
bsandler@pszjlaw.com
joneill@pszlaw.com

Burlington Stores, Inc.
Kristhy M. Peguero
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
kpeguero@jw.com

Dated: May 27, 2025

**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

*Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com