**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Boot Barn, Inc. ("Boot Barn") hereby enters its appearance by and through its counsel, Quinn Emanuel Urquhart & Sullivan, LLP and Young Conaway Stargatt & Taylor, LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that Boot Barn hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and that the Clerk and all other parties in interest in the Chapter 11 Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 11 Cases, to all of the persons listed directly below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

33220694.1

| | |
|---|---|
| Susheel Kirpalani | Robert S. Brady |
| Eric Kay | Kenneth J. Enos |
| Rachel Harrington | Young Conaway Stargatt & Taylor, LLP |
| Quinn Emanuel Urquhart & Sullivan, LLP | Rodney Square |
| 295 Fifth Avenue, 9th Floor | 1000 North King Street |
| New York, New York 10016 | Wilmington, Delaware 19801 |
| Telephone: (212) 849-7000 | Telephone: (302) 571-6600 |
| Email: susheelkirpalani@quinnemanuel.com | CM/ECF Noticing: bankfilings@ycst.com |
| erickay@quinnemanuel.com | Email: rbrady@ycst.com |
| rachelharrington@quinnemanuel.com | kenos@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Boot Barn's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Boot Barn is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: May 27, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Robert S. Brady* |
| | Robert S. Brady (No. 2847) |
| | Kenneth J. Enos (No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Email: rbrady@ycst.com |
| |       kenos@ycst.com |
| | |
| | -and- |
| | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Susheel Kirpalani |
| | Eric Kay |
| | Rachel Harrington |
| | 295 5th Avenue, 9th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 849-7000 |
| | Email: susheelkirpalani@quinnemanuel.com |
| |       erickay@quinnemanuel.com |
| |       rachelharrington@quinnemanuel.com |
| | |
| | *Counsel to Boot Barn, Inc.* |