# EXHIBIT D

| Database: | SELIGPROD | | Rent Roll | Page: | 1 |
|---|---|---|---|---|---|
| | | | North Decatur Rd 2557-2655 | Date: | 5/12/2025 |
| | | | 5/12/2025 | Time: | 12:01 |

| Suite Id | | Tenant Name | GLA Square Footage |
|---|---|---|---|
| 32555 | -1458B | DeKalb Women's Specialists PC | 3,374 |
| 32555 | -1458C | A Smile 4 U Decatur LLC | 5,395 |
| 32555 | -1458D | Elite Radiology of Georgia LLC | 5,431 |
| 32555 | -1458E | Dog Biscuit Bowling LLC | 29,503 |
| 32555 | -1458F | Elite Fit Golf LLC | 1,497 |
| 32555 | -1458G | Learn to Succeed Inc | 1,411 |
| 32555 | -1496 | Fitness International LLC | 38,000 |
| 32555 | -1496A | A Uniform World Inc | 3,038 |
| 32555 | -1496D | Decatur Smoothies LLC | 1,013 |
| 32555 | -1496G | RMG of Decatur LLC | 3,053 |
| 32555 | -1524A | Sterling Restaurants LLC | 2,455 |
| 32555 | -1524B | The Georgia Hemp Company LLC | 2,184 |
| 32555 | -1524C | Vacant | 1,750 |
| 32555 | -1524E | Prime Comms Retail LLC | 2,047 |
| 32555 | -2523 | Wal-Mart Stores East #3118 | 149,876 |
| 32555 | -2595 | Ross Dress for Less 1741 | 25,328 |
| 32555 | -2601 | Starbucks Corporation | 1,850 |
| 32555 | -2615 | Half Price Books | 6,913 |
| 32555 | -2617 | HomeGoods LLC | 23,576 |
| 32555 | -2641A | Food Core Inc. | 1,880 |
| 32555 | -2641C | Quang Duc Ta | 1,920 |
| 32555 | -2655 | Jo-Ann Stores LLC 2412 | 20,035 |

|  | | | |
|---|---|---|---|
| Occupied Sqft: | 99.47% | 329,779 | |
| Vacant Sqft: | 0.53% | 1,750 | ( 1 Units) |
| Total Sqft: | | 331,529 | ( 22 Units) |