# EXHIBIT A

## Joann's 27 Bankruptcy Containers

| CONTAINER NUMBER | Carrier | BL Number | Feeder Load Port | FORWARDER | FACTORY NAME | PURCHASE ORDER | QUANTITY | INVOICE NUMBER | DOLLAR AMOUNT OF CONTAINER | PORT OF DESTINATION | DEMURRAGE CHARGES | OCEAN FREIGHT | DUTY | DRAYAGE | ADDITIONAL CHARGES | in/out | storage /month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APHU7057663 | TGFH | TXMN6923595 | Xiamen | | Yuanshun | 172623313 | 1,650 | YU200/75635 | $26,380.00 | Savannah | $9,115.00 | $5,000.00 | $10,741.52 | $400.00 | | | |
| CAAU7149130 | ZIMU | ZIMUSHH31584731 | Yantian | | Mansang | 172623308 | 911 | MA100/75646 | $13,930.06 | norfolk | $6,020.00 | $5,000.00 | $5,871.29 | $1,500.00 | | | |
| CMAU6759616 | TGFH | TXMN6923595 | Xiamen | | Yuanshun | 172623313 | 1,686 | YU200/75635 | $27,096.02 | Savannah | $9,115.00 | $5,000.00 | $10,279.82 | $400.00 | | | |
| FANU1816000 | HLCU | HLCUDA1241223780 | Chittagong | | Yuanshun | 173200944 | 1,735 | YU200/77427A1 | $26,636.00 | Savannah | $6,505.00 | $5,000.00 | $- | $400.00 | | | |
| FCIU9181152 | TGFH | TXMN6923595 | Xiamen | | Yuanshun | 172623313 | 1,929 | YU200/75635 | $30,930.54 | Savannah | $9,115.00 | $5,000.00 | $11,593.62 | $400.00 | | | |
| JXLU6471121 | ZIMU | ZIMUSHH31584731 | Yantian | | Mansang | 172623308 | 905 | MA100/75646 | $13,918.90 | norfolk | $6,020.00 | $5,000.00 | $5,876.95 | $1,500.00 | | | |
| MSDU4687657 | APXL | APSO24120263 | Chittagong | | Yuanshun | 174310672 | 1,098 | YU200/83160A1, | $16,895.28 | LA | | $3,000.00 | $- | $800.00 | | | |
| MSNU8007790 | APXL | APSO25010013 | Chittagong | | Yuanshun | 173200943 | 1,861 | YU200/77426 | $27,615.30 | LA | | $3,000.00 | $- | $800.00 | | | |
| SEGU4773435 | TGFH | TXMN6923595 | Xiamen | | Yuanshun | 172623313 | 1,470 | YU200/75635 | $28,814.00 | Savannah | $9,115.00 | $5,000.00 | $9,141.32 | $400.00 | | | |
| TCLU4186674 | ZIMU | ZIMUSHH31584731 | Yantian | | Mansang | 172623308 | 1,842 | MA100/75646 | $22,104.00 | norfolk | $6,020.00 | $5,000.00 | $8,536.93 | $1,500.00 | | | |
| TRHU3272001 | HLCU | HLCUDA1241223780 | Chittagong | | Yuanshun | 173200944 | 579 | YU200/77427A1 | $7,786.50 | Savannah | $6,005.00 | $5,000.00 | $- | $400.00 | | | |
| TRHU8209193 | TGFH | TXMN6923595 | Xiamen | | Yuanshun | 172623313 | 1,650 | YU200/75635 | $28,380.00 | Savannah | $8,505.00 | $5,000.00 | $10,741.52 | $400.00 | | | |
| ZCSU2576654 | ZIMU | ZIMUSHH31584731 | Yantian | | Mansang | 172623308 | 1,842 | MA100/75646 | $22,104.00 | norfolk | $6,020.00 | $5,000.00 | $8,536.93 | $1,500.00 | | | |
| | | | | | | | | | | | | | | | | | |
| FANU3472305 | HLCU | HLCUDA1241205632 | Chittagong | | Yuanshun | 174310674 | 1,228 | YU200/83161 | $18,923.08 | Savannah | $5,505.00 | $5,000.00 | $- | $400.00 | | | |
| HAMU2029266 | HLCU | HLCUDA1241205592 | Chittagong | | Yuanshun | 174299171 | 1,580 | YU200/83159 | $24,306.80 | New York | $8,005.00 | $4,000.00 | $- | $400.00 | | | |
| HLBU2774464 | HLCU | HLCUDA1241223779 | Chittagong | | Yuanshun | 173200942 | 1,676 | YU200/77425A1 | $23,069.80 | New York | $7,505.00 | $4,000.00 | $- | $400.00 | | | |
| HLBU3115693 | HLCU | HLCUDA1241223779 | Chittagong | | Yuanshun | 173200942 | 1,165 | YU200/77425A1 | $19,037.46 | New York | $7,005.00 | $4,000.00 | $- | $400.00 | | | |
| TCKU4521374 | ONEY | ONEYHKGER4762500 | Yantian | | Mansang | 172623312 | 1,211 | MA100/75643 | $15,870.48 | Savannah | $3,750.00 | $5,000.00 | $6,348.77 | $700.00 | | | |
| TCNU4897474 | ONEY | ONEYHKGER4762500 | Yantian | | Mansang | 172623312 | 875 | MA100/75643 | $13,457.50 | Savannah | $4,050.00 | $5,000.00 | $5,682.14 | $1,500.00 | | | |
| UETU4163461 | ONEY | ONEYHKGER4762500 | Yantian | | Mansang | 172623312 | 1,803 | MA100/75643 | $21,636.00 | Savannah | $4,050.00 | $5,000.00 | $8,356.18 | $1,500.00 | | | |
| JXLU6169071 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,630 | YU200/75633 | $28,036.00 | norfolk | $7,560.00 | $5,000.00 | $10,611.30 | $400.00 | | | |
| JXLU6316418 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,630 | YU200/75633 | $28,036.00 | norfolk | $7,560.00 | $5,000.00 | $10,611.30 | $400.00 | | | |
| TCKU7151231 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,917 | YU200/75633 | $31,553.82 | norfolk | $7,560.00 | $5,000.00 | $11,792.62 | $400.00 | | | |
| TEMU8031810 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,653 | YU200/75633 | $26,778.60 | norfolk | $7,560.00 | $5,000.00 | $10,279.31 | $1,500.00 | | | |
| ZCSU7037763 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,630 | YU200/75633 | $28,036.00 | norfolk | $7,560.00 | $5,000.00 | $10,611.30 | $1,500.00 | | | |
| ZCSU7174344 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,517 | YU200/75633 | $25,216.40 | norfolk | $7,560.00 | $5,000.00 | $9,620.38 | $1,500.00 | | | |
| ZCSU7253187 | ZIMU | ZIMUXIA8446123 | Xiamen | | Yuanshun | 172623309 | 1,872 | YU200/75633 | $28,211.84 | norfolk | $7,560.00 | $5,000.00 | $10,663.41 | $1,500.00 | | | |
| | | | | | | | | | $332,169.78 | | | | | | | | |
| | | | | | | | | | $624,760.38 | | | | | | | | |