IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*, | ) ) ) | Case No. 25-10068 (CTG) Jointly Administered |
| Debtors. | ) ) ) ) ) | |

**ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the motion (the "Motion") filed by Enchante Accessories, Inc. ("Movant") for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. Movant is allowed an administrative expense claim against the Debtors in the amount of $294,904.15.

2. The Debtors are directed to pay the allowed administrative expense claim of Movant in the total amount of $294,904.15 within seven (7) days of the entry of this Order.

3. Nothing in this Order shall prejudice the rights of Movant to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.