# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I caused a true and correct copy of the foregoing Motion For Allowance and Payment of Administrative Claim Pursuant to Section 503(b) of the Bankruptcy Code or, Alternatively, to Compel Performance Under Postpetition Contract to be electronically filed with the Clerk of Court and served on the parties identified below via CM/ECF and first-class mail.

Dated: May 28, 2025

*Michael J. Joyce*
/

| | |
|---|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, Ohio 44236<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer<br><br>**Debtors** | Aparna Yenamandra, P.C. Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: aparna.yenamandra@kirkland.com<br><br>**Counsel to the Debtors** |
| Jeffrey Michalik Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza Chicago, Illinois 60654<br>E-mail: jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>**Counsel to the Debtors** | Patrick J. Reilley Stacy L. Newman Michael E. Fitzpatrick Jack M. Dougherty Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>E-mail: preilley@coleschotz.com<br>snewman@coleschotz.com;<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>**Counsel to the Debtors** |

Malcolm M. Bates
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
E-mail: malcolm.m.bates@usdoj.gov

**United States Trustee**

Christopher Carter Marjorie Crider
Morgan, Lewis & Bockius LLP One Federal Street
Boston, Massachusetts 02110
E-mail: christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com

**Counsel Prepetition ABL Agent**

John Ventola Jonathan Marshall
Choate Hall & Stewart LLP 2 International Place
Boston, Massachusetts 02110 E-mail:
jventola@choate.com
jmarshall@choate.com

**Counsel to Prepetition FILO Agent**

Scott Greenberg Kevin Liang Josh Brody
Gibson, Dunn & Crutcher LLP 200 Park Avenue
New York, New York 10166
E-mail: SGreenberg@gibsondunn.com
KLiang@gibsondunn.com
JBrody@gibsondunn.com

**Counsel to Prepetition Term Loan Lender Ad Hoc Group**

Jeffrey Gleit ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
E-mail: jeffrey.gleit@afslaw.com

**Counsel to Prepetition Term Loan Agent**

Jonathan Bagg ArentFox Schiff LLP 1717 K Street NW Washington, D.C. 20006
E-mail: jonathan.bagg@afslaw.com

**Counsel to Prepetition Term Loan Agent**

Matthew Bentley ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
E-mail: matthew.bentley@afslaw.com

**Counsel to Prepetition Term Loan Agent**

Steven Reisman Cindi Giglio
Katten Muchin Rosenman LLP 50 Rockefeller Plaza
New York, New York 10020 E-mail:
sreisman@katten.com
cgiglio@katten.com

**Counsel to Gordon Brothers Retail Partners, LLC**