**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>Jointly Administered<br><br>**RE: D.I. 760, 850** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF DKS INVESTMENTS, INC. TO THE DEBTORS' FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACT AND/OR UNEXPIRED LEASES**

PLEASE TAKE NOTICE that DKS Investments, Inc., by and through its undersigned counsel, hereby withdraws the *Limited Objection and Reservation of Rights of DKS Investments, Inc. to the Debtors' First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [D.I. 850], filed on May 12, 2025, in the above-captioned case.

| | |
|---|---|
| Dated: May 28, 2025<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>      **COPLAN & ARONOFF LLP**<br><br> */s/ John C. Gentile*<br>Jennifer R. Hoover (DE No. 5111)<br>John C. Gentile (DE No. 6159)<br>Juan E. Martinez (DE No. 6863)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: jhoover@beneschlaw.com<br>         jgentile@beneschlaw.com<br>         jmartinez@beneschlaw.com<br><br>*Counsel to DKS Investments, Inc.* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, I caused the foregoing *Notice of Withdrawal of Limited Objection and Reservation of Rights of DKS Investments, Inc. to the Debtors' First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* to be served by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

                                                             */s/ John C. Gentile*
                                                           John C. Gentile (DE No. 6159)