**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 29, 2025, a true and correct copy of the *Amended Objection of Younger Investments to Proposed Cure Amounts* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

| | |
|---|---|
| Aparna Yenamandra, P.C.<br>Jeffrey Michalik, Esq.<br>Lindsey Blumenthal, Esq.<br>KIRKLAND & ELLIS LLP<br>aparna.yenamandra@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com | Patrick J. Reilley, Esq.<br>Stacy L. Newman, Esq.<br>Michael E. Fitzpatrick, Esq.<br>Jack M. Dougherty, Esq.<br>COLE SCHOTZ P.C.<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com |
| Scott Greenberg, Esq.<br>Kevin Liang, Esq.<br>Josh Brody, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>SGreenberg@gibsondunn.com<br>KLiang@gibsondunn.com<br>JBrody@gibsondunn.com | Malcolm M. Bates, Esq.<br>OFFICE OF U.S. TRUSTEE<br>malcolm.m.bates@usdoj.gov<br><br>Andrew Behlmann, Esq.<br>LOWENSTEIN SANDLER LLP<br>abehlmann@lowenstein.com |
| Jeffrey Gleit, Esq.<br>Jonathan Bagg, Esq.<br>Matthew Bentley, Esq.<br>ARENTFOX SCHIFF LLP<br>jeffrey.gleit@afslaw.com<br>jonathan.bagg@afslaw.com<br>matthew.bentley@afslaw.com | Jason Adams, Esq.<br>Maeghan McLoughlin, Esq.<br>Connie Choe, Esq.<br>KELLEY DRYE & WARREN LLP<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com |
| Bradford J. Sandler, Esq.<br>James O'Neill, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>bsandler@pszjlaw.com<br>joneill@pszlaw.com | |

| | |
|---|---|
| May 29, 2025<br>Date | */s/ William D. Sullivan*<br>William D. Sullivan |