| Database: | R28599900001 | Aged Delinquencies | Page: | 1 |
|---|---|---|---|---|
| Report Id: | COR_CMAGED-D | Date: 5/21/2025 | Date: | 5/21/2025 |
| | | **All Lease Status Codes** | Time: | 9:30 AM |
| | | **All Litigation Status Codes** | User: | WAFCL69 |
| | | **All Income Categories** | | |
| | | **OPEN ITEMS ONLY OFF** | | |

| Building | Occupant | Date | Code | | Description | Total | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LIMA CENTER | JO-ANN FABRICS | 4/28/2022 | TPY | CH | 2021 TPY YE RECONCILIATION | 944.69 | 0.00 | 0.00 | 0.00 | 0.00 | 944.69 |
| LIMA CENTER | JO-ANN FABRICS | 5/30/2023 | TPY | CH | 2022 TAX YE RECONCILIATION | 598.58 | 0.00 | 0.00 | 0.00 | 0.00 | 598.58 |
| LIMA CENTER | JO-ANN FABRICS | 1/1/2025 | TAX | CH | AUTOCHRG @T1/31/2025 @R | 336.30 | 0.00 | 0.00 | 0.00 | 0.00 | 336.30 |
| LIMA CENTER | JO-ANN FABRICS | 2/1/2025 | TAX | CH | AUTOCHRG @T2/28/2025 | 336.30 | 0.00 | 0.00 | 0.00 | 336.30 | 0.00 |
| LIMA CENTER | JO-ANN FABRICS | 3/1/2025 | TAX | CH | AUTOCHRG @T3/31/2025 | 336.30 | 0.00 | 0.00 | 336.30 | 0.00 | 0.00 |
| LIMA CENTER | JO-ANN FABRICS | 3/15/2025 | CPY | CH | 2024 CAM YE RECONCILIATION | 4,330.26 | 0.00 | 0.00 | 4,330.26 | 0.00 | 0.00 |
| LIMA CENTER | JO-ANN FABRICS | 4/1/2025 | TAX | CH | AUTOCHRG @T4/30/2025 | 336.30 | 0.00 | 336.30 | 0.00 | 0.00 | 0.00 |
| LIMA CENTER | JO-ANN FABRICS | 5/1/2025 | TAX | CH | AUTOCHRG @T5/31/2025 | 336.30 | 336.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| **LIMA CENTER** | **JO-ANN FABRICS** | **CC3395** | **114A** | **C** | **BNK** | **7,555.03** | **336.30** | **336.30** | **4,666.56** | **336.30** | **1,879.57** |
| | **Grand Total:** | | | | | **7,555.03** | **336.30** | **336.30** | **4,666.56** | **336.30** | **1,879.57** |