IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>JOANN INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 25-10068 (CTG)<br>(Jointly Administered) |

**ORDER APPROVING
THE JOINT STIPULATION BY AND AMONG THE DEBTORS AND CBTS
REJECTING MASTER SERVICES, PRODUCTS,
AND LICENSE AGREEMENT AND SURRENDERING EQUIPMENT**

UPON CONSIDERATION OF the *Joint Stipulation Among the Debtors and CBTS Rejecting Master Services, Products, and License Agreement and Surrendering Equipment* (the "Stipulation") attached hereto as **Exhibit A-1**; it is HEREBY ORDERED as follows:

1.      The Stipulation is hereby APPROVED and the terms of the Stipulation are hereby made effective by this Order.

2.      This Order is effective immediately, and any stay of its effect, including but not limited to the stay imposed by Fed. R. Bankr. P. 4001(a)(4), is waived.

3.      The Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order and/or the Stipulation.

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 29th, 2025
Wilmington, Delaware**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.