# EXHIBIT C

# Myrtle Beach Farms Company, Inc.

**Make checks payable to:**
    Myrtle Beach Farms Company, Inc.
    P.O. Box 7277
    Myrtle Beach, SC 29572

Invoice Date: 05-05-2025
Master Id: 00001259
Center Id: 323002
Lease Id: SC00030
Balance Due: $48,283.39

**Statement for:**
    Jo-Ann Stores, LLC
    JoAnn Fabrics #2566
    5555 Darrow Road
    Hudson, OH 44236

Amount Enclosed: 

For billing inquiries please call (843) 848-4424 or email request to tenantservices@bccompany.com

Please tear on the dotted line and enclose the top portion with your remittance.

| Unit Id | Date | Category | Description | Amount Billed | Amount Due |
|---|---|---|---|---|---|
| 0003D | 12-08-2024 | TAX | 2024 Tax Reconciliation | $53,085.79 | $53,085.79 |
| 0003D | 04-02-2025 | PPD | OVERPAID CAM & INS | -$3,669.41 | -$3,669.41 |
| 0003D | 05-01-2025 | CAM | CAM 05/01/25 to 05/31/25 | $4,587.19 | $0.01 |
| 0003D | 05-02-2025 | PPD | OVERPAID INS | -$1,133.00 | -$1,133.00 |
| | | | **Balance Due:** | | **$48,283.39** |

NOW ACCEPTING MONTHLY PAYMENTS ONLINE! GET STARTED AT WWW.CLICKPAY.COM/BURROUGHSCHAPIN