## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that, on this 29th day of May, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated:  May 29, 2025  /s/ Michael G. Busenkell
Wilmington, Delaware  Michael G. Busenkell (No. 3933)
  GELLERT SEITZ BUSENKELL & BROWN, LLC