## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Potential Sale Hearing [Docket No. 182]

On March 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail (1) on SVP Sewing Brands LLC, (ADRID: 29944847), 300 2nd Ave., Suite 300, Nashville, TN 37201, (2) on the Supplemental Taxing Authorities Service List attached hereto as **Exhibit B**, (3) on Madison Victory Group LLC, (ADRID: 29960890), 1400 Madison Ave Ste 730, Mankato, MN 55001-5435 and (4) on the Supplemental Landlords Service List attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for First Day Hearing on January 16, 2025 at 3:00 p.m. (Eastern Time) Before the Honorable Craig T. Goldblatt [Docket No. 19]

- Notice of Bankruptcy Filing, First Day Motions and Related Pleadings [Docket No. 20]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

On March 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on SVP Sewing Brands LLC, (ADRID: 29904926), Attn: Jason Forcier, Chief Executive Officer, 300 2nd Ave S, Ste 300, Nashville, TN 37201-2311:

- Order Scheduling Omnibus Hearing Date [Docket No. 148]

- Notice of Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief, a copy of which is attached hereto as **Exhibit D**

On March 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on SVP Sewing Brands LLC, (ADRID: 30208089), 300 2nd Ave S Ste 300, Nashville, TN 37201-2311:

- Motion of Debtors for Entry of an Order (I) Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property And (II) Granting Related Relief [Docket No. 157]

On March 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on SVP Sewing Brands LLC, (ADRID: 29944846), 300 2nd Avenue South, Suite 300, Nashville, TN 37201:

- Notice of Potential Sale Hearing [Docket No. 176]

On March 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Nevada Department of Taxation, (ADRID: 29950441), 3850 Arrowhead Dr, Carson City, NV 89706-2016:

- Final Order (I) Authorizing the Payment of Certain Prepetition and Post petition Taxes and Fees, and (II) Granting Related Relief [Docket No. 341]

- Final Order (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief [Docket No. 343]

Dated: May 13, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 13, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


/s/ *HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 86243, 86512, 86513,
86514, 86515 & 86517

**<u>Exhibit A</u>**

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29951912 | ABIGAIL PENN | Address on file | | | | | |
| 29905241 | ABIGAIL SCHMIDT | Address on file | | | | | |
| 29905502 | ADRIANNE FOLEY | Address on file | | | | | |
| 29905565 | AHLISHA YANG | Address on file | | | | | |
| 29905674 | AKILAH DAVIS | Address on file | | | | | |
| 29905721 | ALANA HAAS | Address on file | | | | | |
| 29905722 | ALANA HARTZ | Address on file | | | | | |
| 29905903 | ALEXA PEX | Address on file | | | | | |
| 29905975 | ALEXANDER STACK | Address on file | | | | | |
| 29906241 | ALEXIS POWELL | Address on file | | | | | |
| 29954696 | ALEXIS TAYLOR | Address on file | | | | | |
| 29906264 | ALEXIS WATTS | Address on file | | | | | |
| 29906288 | ALEXUS MOORE | Address on file | | | | | |
| 29906324 | ALIA GARRETT | Address on file | | | | | |
| 29906361 | ALICIA BLANYER | Address on file | | | | | |
| 29906609 | Name on file | Address on file | | | | | |
| 29906616 | ALLISON ISHIBASHI | Address on file | | | | | |
| 29952999 | ALTHEA BARROWS | Address on file | | | | | |
| 29906804 | ALYSSA FOLIE | Address on file | | | | | |
| 29906900 | AMAL AINASHE | Address on file | | | | | |
| 29954820 | AMANDA BOWSER | Address on file | | | | | |
| 29906992 | AMANDA KINGLOFF INC | 43 REEVE PL | | | BROOKLYN | NY | 11238-1305 |
| 29907029 | AMANDA MAY | Address on file | | | | | |
| 29954851 | AMANDA SMITHIE | Address on file | | | | | |
| 29907145 | AMBER ALLAN | Address on file | | | | | |
| 29907166 | AMBER BROWN | Address on file | | | | | |
| 29907181 | AMBER HOPKINS | Address on file | | | | | |
| 29952146 | AMBER KRALOVEC | Address on file | | | | | |
| 29907225 | AMBER STASKON | Address on file | | | | | |
| 29954956 | AMY ROVERE | Address on file | | | | | |
| 29907836 | ANDREW MAYERS | Address on file | | | | | |
| 29907859 | ANDREW RUSSO | Address on file | | | | | |
| 29907863 | ANDREW SCHILLING | Address on file | | | | | |
| 29955080 | ANGELA DENISON | Address on file | | | | | |
| 29908095 | ANGELINA RAKISKI | Address on file | | | | | |
| 29908253 | ANN KNECHT | Address on file | | | | | |
| 29908334 | ANNA MCCREA | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29908337 | ANNA MEADOWS | Address on file | | | | | |
| 29955139 | ANNA SOSKA | Address on file | | | | | |
| 29908583 | ANTHONY STAZZONI | Address on file | | | | | |
| 29908671 | Name on file | Address on file | | | | | |
| 29952550 | ARIANA SHACKELFORD | Address on file | | | | | |
| 29908947 | ARRIANA VERA | Address on file | | | | | |
| 29952736 | ASHLEY CHIDESTER | Address on file | | | | | |
| 29952738 | ASHLEY COBB | Address on file | | | | | |
| 29955367 | ASHLEY MCCONELL | Address on file | | | | | |
| 29909170 | ASHLEY MOORE | Address on file | | | | | |
| 29909183 | ASHLEY MYLER-WILKERSON | Address on file | | | | | |
| 29909222 | ASHLEY SMIT | Address on file | | | | | |
| 29950983 | ASHLEY WALKER | Address on file | | | | | |
| 29909238 | ASHLEY WILLIAMSON | Address on file | | | | | |
| 29909257 | ASHLY JOHNSON | Address on file | | | | | |
| 29951460 | ATC GLIMCHER LLC | 4900 E DUBLIN GRANVILLE RD | | | COLUMBUS | OH | 43081-7651 |
| 29909381 | AUBREY THORSEN | Address on file | | | | | |
| 29909536 | AUTIUNA STEPHENS | Address on file | | | | | |
| 29909689 | AYRIASHAWNA BROWN | Address on file | | | | | |
| 29909731 | BAILEY BAKER | Address on file | | | | | |
| 29909753 | BAILEY LEWIS | Address on file | | | | | |
| 29953738 | BARBARA JOHNSON | Address on file | | | | | |
| 29910300 | BETTY PLOTT | Address on file | | | | | |
| 29910365 | BIANCA RANIERI | Address on file | | | | | |
| 29910624 | BRANDI GRANGER | Address on file | | | | | |
| 29910663 | BRANDON BUTTS | Address on file | | | | | |
| 29955724 | BRANDON MONTANO | Address on file | | | | | |
| 29950136 | BRAYDEN DAVIS | Address on file | | | | | |
| 29950141 | BRAYELLA MARKS | Address on file | | | | | |
| 29910777 | BREANNA BRYAN | Address on file | | | | | |
| 29910870 | BRENDA MEDRANO | Address on file | | | | | |
| 29910991 | BRIAN KELLY | Address on file | | | | | |
| 29911015 | BRIANA BRADLEY | Address on file | | | | | |
| 29911211 | BRITTA NEAL | Address on file | | | | | |
| 29911322 | BRITTNEY GONZALEZ | Address on file | | | | | |
| 29911332 | BRITTNEY MCDONALD | Address on file | | | | | |
| 29911337 | BRITTNEY VAN WOERKOM | Address on file | | | | | |

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29911457 | BROOKLYN FIELDS | Address on file | | | | | |
| 29911647 | CAILIN BLOOM | Address on file | | | | | |
| 29911650 | CAILIN JEWELL | Address on file | | | | | |
| 29911800 | CALLIE MARHENKE | Address on file | | | | | |
| 29911813 | CALVALESEIA HOUSTON PAINO | Address on file | | | | | |
| 29911837 | CAMDEN COGGBURN | Address on file | | | | | |
| 29911866 | CAMERON HAYNES | Address on file | | | | | |
| 29911872 | CAMERON KENNEDY | Address on file | | | | | |
| 29911895 | CAMERYN MOSIER | Address on file | | | | | |
| 29911975 | CANDICE BUTLER | Address on file | | | | | |
| 29956060 | CARMEN JUAREZ | Address on file | | | | | |
| 29912128 | CARMEN MEDINA | Address on file | | | | | |
| 29912230 | CAROLANN MCKENDREE | Address on file | | | | | |
| 29912259 | CAROLINE BERLAN | Address on file | | | | | |
| 29912266 | CAROLINE DIFIORE | Address on file | | | | | |
| 29912276 | CAROLINE GUTIERREZ | Address on file | | | | | |
| 29912305 | CAROLYN BLEDSOE | Address on file | | | | | |
| 29912308 | CAROLYN BRADY | Address on file | | | | | |
| 29956091 | CAROLYN MCEWEN | Address on file | | | | | |
| 29956096 | CAROLYN SANDERS | Address on file | | | | | |
| 29912344 | CAROLYN TAYLOR | Address on file | | | | | |
| 29912380 | CARSON JOHNSON | Address on file | | | | | |
| 29912413 | CASANDRA RETA | Address on file | | | | | |
| 29912560 | CASSIE CHAPA | Address on file | | | | | |
| 29912596 | CATHERINE BOUDOUSQUIE | Address on file | | | | | |
| 29912713 | CAVYNNA LLOYD | Address on file | | | | | |
| 29912775 | CECILIA EHLER | Address on file | | | | | |
| 29912811 | CELENA ALLEN | Address on file | | | | | |
| 29912814 | CELENA MEADOWS | Address on file | | | | | |
| 29912898 | CHAD JACKSON | Address on file | | | | | |
| 29949882 | CHANDLER EDWARDS | Address on file | | | | | |
| 29953763 | CHANTEL FRANCIS | Address on file | | | | | |
| 29956222 | CHAREENA CORONADO | Address on file | | | | | |
| 29913139 | CHELSEA LATHAN | Address on file | | | | | |
| 29913178 | CHENOA SHELTON | Address on file | | | | | |
| 29913304 | CHEYENNE MOORE | Address on file | | | | | |
| 29913339 | CHINA IVERSON-LEE | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29956365 | CHLOE GOBBLE | Address on file | | | | | |
| 29913493 | CHRISTIAN LIMPER | Address on file | | | | | |
| 29951391 | CHRISTINE MICHAEL | Address on file | | | | | |
| 29913736 | CHRISTOPHER AUSTIN | Address on file | | | | | |
| 29913758 | CHRISTOPHER DIDKOVSKY | Address on file | | | | | |
| 29913807 | CHRISTOPHER PASSIAS | Address on file | | | | | |
| 29913895 | CIARA BEAGHLEY | Address on file | | | | | |
| 29949987 | CIARA SWANSON | Address on file | | | | | |
| 29956693 | CLARE GIAIMO | Address on file | | | | | |
| 29950153 | CONNIE BRINDELL | Address on file | | | | | |
| 29915044 | CONNIE POUNCEY | Address on file | | | | | |
| 29915088 | CONSVELLA MCKEE CURRY | Address on file | | | | | |
| 29915099 | COOPER RENTSCHLER | Address on file | | | | | |
| 29915209 | CORTNEY GRAJEDA | Address on file | | | | | |
| 29915216 | CORTNIE BURTON | Address on file | | | | | |
| 29915284 | COURTNEY BANFORD | Address on file | | | | | |
| 29915397 | CRICKET LIM-SANTOS | Address on file | | | | | |
| 29956914 | CYRUS HEITMAN | Address on file | | | | | |
| 29915770 | DAKOTA BRYANT | Address on file | | | | | |
| 29915799 | DAKOTA STEVENS | Address on file | | | | | |
| 29915808 | DALESHIA ARMSTRONG | Address on file | | | | | |
| 29915834 | DAMARIS RIVERA | Address on file | | | | | |
| 29915887 | DANA PERDUE | Address on file | | | | | |
| 29916001 | DANIELA BELTRAN | Address on file | | | | | |
| 29916137 | DANIELLE TOTH | Address on file | | | | | |
| 29916175 | DAPHNE SHEETZ | Address on file | | | | | |
| 29916176 | DAPHNE TEACHEY | Address on file | | | | | |
| 29957007 | DARIANNA CAMPBELL | Address on file | | | | | |
| 29957009 | DARIEN BICHITTY | Address on file | | | | | |
| 29916208 | DARLENE GATES | Address on file | | | | | |
| 29916841 | DEE COBBS | Address on file | | | | | |
| 29916925 | DELBERT FULTZ SR | Address on file | | | | | |
| 29957193 | DELILAH BROADHEAD | Address on file | | | | | |
| 29916939 | DELOIS MEADOWS | Address on file | | | | | |
| 29957221 | DEMETRIC GRANT | Address on file | | | | | |
| 29917037 | DEON LAMAR | Address on file | | | | | |
| 29957278 | DEWANNA SAKOMOTO | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29917493 | DIANA I FAYT | Address on file | | | | | |
| 29917532 | DIANA WILLIAMS | Address on file | | | | | |
| 29917580 | DIANE RAMSEY | Address on file | | | | | |
| 29917736 | DOLORES RICHARDSON | Address on file | | | | | |
| 29917953 | DOROTHY TAYLOR | Address on file | | | | | |
| 29957450 | DUNBAR GROUP | 3900 S HUALAPAI WAY STE 111 | | | LAS VEGAS | NV | 89147-5725 |
| 29957456 | DUNCAN SCHULTZ | Address on file | | | | | |
| 29918096 | DYLAN JOOST | Address on file | | | | | |
| 29957468 | DYLAN WILLIAMSON | Address on file | | | | | |
| 29918112 | DYLLAN MCNALLY | Address on file | | | | | |
| 29918426 | ELENA SMITH | Address on file | | | | | |
| 29957548 | ELIZABETH KAYSER | Address on file | | | | | |
| 29918937 | ELLA SANFORD | Address on file | | | | | |
| 29957603 | ELLEN RENKEN | Address on file | | | | | |
| 29918986 | ELLYOTT ROGERS | Address on file | | | | | |
| 29919116 | EMILY CLERICO | Address on file | | | | | |
| 29919221 | EMILY MAYNARD | Address on file | | | | | |
| 29919257 | EMILY PALMER | Address on file | | | | | |
| 29957767 | EMILY WADSWORTH | Address on file | | | | | |
| 29957798 | EMMA ESTRADA | Address on file | | | | | |
| 29957813 | EMMA HOLST | Address on file | | | | | |
| 29957844 | EMMA WARD | Address on file | | | | | |
| 29957848 | EMMA WENZLICK | Address on file | | | | | |
| 29919807 | ERYN GLENNON | Address on file | | | | | |
| 29919850 | ESSENCE CASEY | Address on file | | | | | |
| 29957982 | EVAN KALEB KERR | Address on file | | | | | |
| 29919967 | EVAN YIN | Address on file | | | | | |
| 29920572 | FURNITURE INDUSTRIES | 7350 32ND AVE N | | | MINNEAPOLIS | MN | 55427-2836 |
| 29920579 | FY'NESSE MCINTOSH | Address on file | | | | | |
| 29920741 | GABRIELLE MOORE | Address on file | | | | | |
| 29920785 | GAIA DUTTON | Address on file | | | | | |
| 29920982 | GENEVIEVE DELIZO | Address on file | | | | | |
| 29921073 | GERI BERG | Address on file | | | | | |
| 29921110 | GIANA LEWIS | Address on file | | | | | |
| 29921124 | GIANNA PRESTON | Address on file | | | | | |
| 29921478 | GRACE VELEZ | Address on file | | | | | |
| 29921623 | GREGORY GARCIA | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29921632 | GREGORY MCGUFFIE | Address on file | | | | | |
| 29921654 | GRETCHEN GOODRICH | Address on file | | | | | |
| 29921802 | HAELEI DAMRON | Address on file | | | | | |
| 29921855 | HAILEY ROOD | Address on file | | | | | |
| 29958251 | HANA IBRAHIM | Address on file | | | | | |
| 29922063 | HANNAH FOSTER | Address on file | | | | | |
| 29958332 | HARRISON CANAVERAL | Address on file | | | | | |
| 29922231 | HARUNA HEIMA | Address on file | | | | | |
| 29922284 | HAYLEY THOMPSON | Address on file | | | | | |
| 29922539 | HELEN ZALAS | Address on file | | | | | |
| 29922774 | HOUA XEE HER | Address on file | | | | | |
| 29923134 | ISABEL JARAMILLO | Address on file | | | | | |
| 29923217 | ISABELLA LOWERY | Address on file | | | | | |
| 29923267 | ISABELLA THOMAS | Address on file | | | | | |
| 29923357 | ISIS BEARNSON | Address on file | | | | | |
| 29923374 | ISSIS CUNNINGHAM | Address on file | | | | | |
| 29958574 | J'ALIYAH DAVIS | Address on file | | | | | |
| 29923476 | JACI RED | Address on file | | | | | |
| 29958619 | JACLYN QUINN | Address on file | | | | | |
| 29923627 | JACQUELINE KISER | Address on file | | | | | |
| 29923801 | JAILYN SWALLEY | Address on file | | | | | |
| 29923911 | JAMES DUDLEY | Address on file | | | | | |
| 29923918 | JAMES GOLDBACH | Address on file | | | | | |
| 29923949 | JAMES VEILLEUX | Address on file | | | | | |
| 29924114 | JANET LAPPIN | Address on file | | | | | |
| 29924120 | JANET PEARCE | Address on file | | | | | |
| 29924130 | JANET TAYLOR | Address on file | | | | | |
| 29958843 | JARED HOLLIS | Address on file | | | | | |
| 29924337 | JASMINE SPANGLER | Address on file | | | | | |
| 29952029 | JASON COOK | Address on file | | | | | |
| 29950628 | JAYDEN DONOHO | Address on file | | | | | |
| 29924563 | JAZMYNE GRACE | Address on file | | | | | |
| 29924711 | JEFFERY KIRCHNER | Address on file | | | | | |
| 29924774 | JENELLE PEREIRA | Address on file | | | | | |
| 29924887 | JENNIFER ANTILLI | Address on file | | | | | |
| 29924956 | JENNIFER GIVENS | Address on file | | | | | |
| 29925012 | JENNIFER LACEY | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29925047 | JENNIFER PAAPE | Address on file | | | | | |
| 29925048 | JENNIFER PAVLOCK | Address on file | | | | | |
| 29925049 | JENNIFER PAVLOCK | Address on file | | | | | |
| 29925129 | JENNIFER VAZQUEZ | Address on file | | | | | |
| 29925200 | JEREMIAH PITTMAN | Address on file | | | | | |
| 29952787 | JESSICA MURIEL | Address on file | | | | | |
| 29925509 | JESSICA REMTER | Address on file | | | | | |
| 29925534 | JESSICA SHAW | Address on file | | | | | |
| 29925546 | JESSICA SMITH | Address on file | | | | | |
| 29925834 | JOCELYN TRUJILLO | Address on file | | | | | |
| 29925867 | JOE OLIVAS | Address on file | | | | | |
| 29959184 | JOEY RINERE | Address on file | | | | | |
| 29925978 | JOHN OWENS | Address on file | | | | | |
| 29925981 | JOHN PHILLIPS | Address on file | | | | | |
| 29926073 | JON'TUEZ KIND | Address on file | | | | | |
| 29926196 | JORDAN WARFE | Address on file | | | | | |
| 29926284 | JOSELYN HALL | Address on file | | | | | |
| 29959349 | JOSIE COX | Address on file | | | | | |
| 29926453 | JOURNEY BURNETTE | Address on file | | | | | |
| 29926469 | JOY POWELL | Address on file | | | | | |
| 29926470 | JOY POWELL | Address on file | | | | | |
| 29959382 | JOYCE MCLAIN | Address on file | | | | | |
| 29959400 | JUDITH DONOHUE | Address on file | | | | | |
| 29926633 | JUKI AMERICA INC | 4220 W 104TH ST UNIT 1A | | | HIALEAH | FL | 33018-1436 |
| 29926634 | JULAINE PREVOST | Address on file | | | | | |
| 29926822 | JULIE DAVIS | Address on file | | | | | |
| 29959473 | JULIE L SUSZ | Address on file | | | | | |
| 29959474 | JULIE MESITA | Address on file | | | | | |
| 29926913 | JUNE DEGROTE | Address on file | | | | | |
| 29926983 | JUSTINA ESCOBEDO | Address on file | | | | | |
| 29926994 | JUSTINE HARDIAL | Address on file | | | | | |
| 29927045 | KACIE KEEFE | Address on file | | | | | |
| 29927054 | KADE JERMARK | Address on file | | | | | |
| 29927069 | KADIN KENNEDY | Address on file | | | | | |
| 29927116 | KAILANI BAILEY | Address on file | | | | | |
| 29927153 | KAITLIN FRENCH | Address on file | | | | | |
| 29927187 | KAITLYN COX | Address on file | | | | | |

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29927246 | KAITLYN MYERS | Address on file | | | | | |
| 29927278 | KAITLYNN LACOST | Address on file | | | | | |
| 29959545 | KALA BANNERMAN | Address on file | | | | | |
| 29927319 | KALIAH MOULTON | Address on file | | | | | |
| 29927391 | KAMRY GAULT | Address on file | | | | | |
| 29927392 | KAMRYN BOLAN | Address on file | | | | | |
| 29927409 | KANDI LEVASSEUR | Address on file | | | | | |
| 29927412 | KANDIS MUTH | Address on file | | | | | |
| 29959609 | KAREN HARDEN | Address on file | | | | | |
| 29927534 | KAREN WHITAKER | Address on file | | | | | |
| 29927558 | KARIN KIRTLEY | Address on file | | | | | |
| 29927573 | KARINA PIERSON | Address on file | | | | | |
| 29927685 | KASSANDRA CABRERA | Address on file | | | | | |
| 29927816 | KATELYN SOUZA | Address on file | | | | | |
| 29927839 | KATERIN MELANIA NORALES DOLMO | Address on file | | | | | |
| 29928000 | KATHERINE RYNES | Address on file | | | | | |
| 29928091 | KATHLEEN FORSLOF | Address on file | | | | | |
| 29928109 | KATHLEEN HUGHES | Address on file | | | | | |
| 29928134 | KATHLEEN OLIVER | Address on file | | | | | |
| 29928163 | KATHLEEN VEST | Address on file | | | | | |
| 29959694 | KATHRYN HOWD | Address on file | | | | | |
| 29928357 | KATJA FRIEDRICH | Address on file | | | | | |
| 29928366 | KATLYN DURHAM | Address on file | | | | | |
| 29928434 | KAYCEE ROBLES | Address on file | | | | | |
| 29928453 | KAYELYNN JORDAN | Address on file | | | | | |
| 29928469 | KAYLA BRIDGEFORTH | Address on file | | | | | |
| 29953478 | KAYLA SCOTT | Address on file | | | | | |
| 29959818 | KAYLEE MASON | Address on file | | | | | |
| 29928608 | KAYLEH SALDAN | Address on file | | | | | |
| 29928642 | KAYLIE HOWLAND-MELVIN | Address on file | | | | | |
| 29928647 | KAYLIE PASTERNAK | Address on file | | | | | |
| 29928808 | KELLIE SALAZAR | Address on file | | | | | |
| 29928823 | KELLY CALDWELL | Address on file | | | | | |
| 29951860 | KENDALL POSTELL | Address on file | | | | | |
| 29951870 | KENDI NOFZIGER | Address on file | | | | | |
| 29928969 | KENDRA DURKEE | Address on file | | | | | |
| 29929051 | KENNETH LAFAYETTE | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29929140 | KEVIN CLEMENT | Address on file | | | | | |
| 29929176 | KEVYN BREEDON | Address on file | | | | | |
| 29929180 | KEYAHNNA LINDSEY | Address on file | | | | | |
| 29929272 | KIARA COMEAUX | Address on file | | | | | |
| 29929312 | KIERRA CECILIO | Address on file | | | | | |
| 29929386 | KIMBER CORTESE | Address on file | | | | | |
| 29929456 | KIMBERLY FUNARO | Address on file | | | | | |
| 29929531 | KIMBERLY R. WILKINSON | Address on file | | | | | |
| 29929587 | KIMBREE TUCKER | Address on file | | | | | |
| 29960044 | KINGART | PO BOX 429 | | | PURCHASE | NY | 10577-0429 |
| 29929756 | KOLENA EDENS | Address on file | | | | | |
| 29954233 | KRISTEN YAZZIE | Address on file | | | | | |
| 29930018 | KRISTINE BASTIAN | Address on file | | | | | |
| 29960138 | KURT BOWSER | Address on file | | | | | |
| 29960159 | KYLE KNIGHT | Address on file | | | | | |
| 29960170 | KYLE SUSZ | Address on file | | | | | |
| 29930166 | KYLEE ENGLISH | Address on file | | | | | |
| 29930219 | KYMBER MORROW | Address on file | | | | | |
| 29930298 | LACEY ROTH | Address on file | | | | | |
| 29930384 | LAN TRUONG | Address on file | | | | | |
| 29930481 | LARKSPUR NICHOLS | Address on file | | | | | |
| 29930487 | LARRA SNYDER | Address on file | | | | | |
| 29930496 | LARRY STEWART | Address on file | | | | | |
| 29930498 | LARYSA GYRYCH | Address on file | | | | | |
| 29960351 | LAURA MARIEA | Address on file | | | | | |
| 29930650 | LAURA WELCH | Address on file | | | | | |
| 29950832 | LAUREN MOLL | Address on file | | | | | |
| 29930767 | LAUREN SMITH | Address on file | | | | | |
| 29952201 | LAVON ZELFER | Address on file | | | | | |
| 29930981 | LEILA INGLES | Address on file | | | | | |
| 29931055 | LEOLA GAGE | Address on file | | | | | |
| 29931112 | LESLIE JENKINS | Address on file | | | | | |
| 29931193 | LEXY RAMOS-SILVA | Address on file | | | | | |
| 29931337 | LILLIAN BURNS | Address on file | | | | | |
| 29931522 | LINDA GRIFFITH | Address on file | | | | | |
| 29931526 | LINDA GUM | Address on file | | | | | |
| 29931749 | LINNEA YOUNGS | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29931759 | LISA ABBOTT | Address on file | | | | | |
| 29931761 | LISA ARONICA | Address on file | | | | | |
| 29931861 | LISA MOORE | Address on file | | | | | |
| 29931866 | LISA NIHART | Address on file | | | | | |
| 29960670 | LISA RING | Address on file | | | | | |
| 29931892 | LISA SIONS | Address on file | | | | | |
| 29932011 | LOGAN GRIFFIN | Address on file | | | | | |
| 29932063 | LONDYN SMITH | Address on file | | | | | |
| 29932307 | LUCAS JANDREAU | Address on file | | | | | |
| 29932629 | MACKENZIE BASSETT | Address on file | | | | | |
| 29932642 | MACKENZIE DUNN | Address on file | | | | | |
| 29932705 | MADALYNN COOK | Address on file | | | | | |
| 29932852 | MADISEN WINEBARGER | Address on file | | | | | |
| 29932940 | MADISON MANES | Address on file | | | | | |
| 29932969 | MADISON POWELL | Address on file | | | | | |
| 29933078 | MAGGIE VERDINO | Address on file | | | | | |
| 29950611 | MAISLYN ROTH | Address on file | | | | | |
| 29950974 | MAKAYLAH COORE | Address on file | | | | | |
| 29960954 | MARCELLA GARDNER | Address on file | | | | | |
| 29933379 | MARCIA RODRIGUEZ | Address on file | | | | | |
| 29933413 | MARCUS DILLARD | Address on file | | | | | |
| 29933468 | MARGARET HARDEN | Address on file | | | | | |
| 29933472 | MARGARET KINLOCH | Address on file | | | | | |
| 29933549 | MARGRET THORPE | Address on file | | | | | |
| 29950295 | MARIA APPELL | Address on file | | | | | |
| 29933573 | MARIA CARLUCCIO | Address on file | | | | | |
| 29933597 | MARIA GINGRICH | Address on file | | | | | |
| 29933927 | MARISSA MEJIA | Address on file | | | | | |
| 29933970 | MARJORIE RANEY | Address on file | | | | | |
| 29933982 | MARK CLINE | Address on file | | | | | |
| 29934090 | MARRISSA RAMSEY | Address on file | | | | | |
| 29934134 | MARTHA BYRNE | Address on file | | | | | |
| 29934174 | MARTIN JENSEN | Address on file | | | | | |
| 29917061 | MARY ANN ROCKWOOD | Address on file | | | | | |
| 29934314 | MARY HUDACK | Address on file | | | | | |
| 29934413 | MARY SOLORZA | Address on file | | | | | |
| 29934800 | MCKINLEY KISSEL | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29934833 | MEAGAN STEVENS | Address on file | | | | | |
| 29934851 | MEENA KHANAL | Address on file | | | | | |
| 29935150 | MELISSA FAUSNAUGHT | Address on file | | | | | |
| 29935225 | MELISSA PRINCE | Address on file | | | | | |
| 29935313 | Name on file | Address on file | | | | | |
| 29935368 | MEREDITH PLATTEN | Address on file | | | | | |
| 29935512 | MICHAEL AZO | Address on file | | | | | |
| 29935579 | MICHAEL MCDONALD | Address on file | | | | | |
| 29935679 | MICHAELA TONACK | Address on file | | | | | |
| 29935698 | MICHELE FERGUSON | Address on file | | | | | |
| 29935830 | MICHELLE MOONINGHAM | Address on file | | | | | |
| 29935865 | MICHELLE SAN MIGUEL | Address on file | | | | | |
| 29935944 | MIDAMERICAN ENERGY COMPANY | PO BOX 657 | | | DES MOINES | IA | 50306-0657 |
| 29935998 | MIKAYLA DEARING | Address on file | | | | | |
| 29936036 | MIKEAL HALL | Address on file | | | | | |
| 29936054 | MILAN REAL ESTATE INVESTMENTS, LLC | C/O MILAN CAPITAL MANAGEMENT, INC. | ATTN: CHELSEA STEVENS | 701 S PARKER ST STE 5200 | ORANGE | CA | 9Z868-4749 |
| 29936363 | MONICA DERAS | Address on file | | | | | |
| 29936440 | MONIQUE WARD | Address on file | | | | | |
| 29936522 | MORGAN JOHNSON | Address on file | | | | | |
| 29936567 | MORGHAN COVINGTON | Address on file | | | | | |
| 29961699 | MUBARAKAH ABDURRASHEED | Address on file | | | | | |
| 29936693 | N. CONLEY | Address on file | | | | | |
| 29936766 | NANCY JOHNSTON | Address on file | | | | | |
| 29936887 | NATALIE ATTLESPERGER | Address on file | | | | | |
| 29952083 | NATALIE LOSASSO | Address on file | | | | | |
| 29937017 | NATÉ KIRBY | Address on file | | | | | |
| 29950441 | NEVADA DEPARTMENT OF TAXATION | 3850 ARROWHEAD DR | | | CARSON CITY | NV | 89706-2016 |
| 29950442 | NEVADA DEPARTMENT OF TAXATION | 3850 ARROWHEAD DR | | | CARSON CITY | NV | 89706-2016 |
| 29937275 | NICHAELA BLACK | Address on file | | | | | |
| 29961842 | NICKOLAS GREEN | Address on file | | | | | |
| 29937402 | NICOLE MALICOAT | Address on file | | | | | |
| 29937428 | NICOLE PENNINGTON | Address on file | | | | | |
| 29937623 | NOEMI MENDOZA | Address on file | | | | | |
| 29937942 | OLIVIA COOK | Address on file | | | | | |
| 29938023 | OLIVIA MONROE | Address on file | | | | | |
| 29938070 | OLIVIA VAN RY | Address on file | | | | | |
| 29938135 | Name on file | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29938277 | PAIGE HILL | Address on file | | | | | |
| 29938416 | PAMMY BAIRD | Address on file | | | | | |
| 29953916 | PATRICIA COURTERIER | Address on file | | | | | |
| 29953919 | PATRICIA DAHL | Address on file | | | | | |
| 29953922 | PATRICIA DEPOMPEO | Address on file | | | | | |
| 29938583 | PATRICIA KITTLE | Address on file | | | | | |
| 29938619 | PATRICIA PETTY | Address on file | | | | | |
| 29938755 | PAULETTE ROBINSON | Address on file | | | | | |
| 29938921 | PERSEUS ACKERMAN | Address on file | | | | | |
| 29939020 | PHOEBE CROWE | Address on file | | | | | |
| 29939032 | PHYLICIA BURFORD | Address on file | | | | | |
| 29939107 | Name on file | Address on file | | | | | |
| 29952926 | PRESLEY ANDREWS | Address on file | | | | | |
| 29939236 | PRESTON FAGAN | Address on file | | | | | |
| 29939339 | QUAKERTOWN HOLDING CORP | ADCO, AMERICAN DEVELOPMENT CO | 150 MONUMENT RD | STE 101 | BALA CYNWYD | PA | 19004-1725 |
| 29939340 | QUAKERTOWN HOLDING CORPORATION | ATTN: DANIEL BLEZNAK | 150 MONUMENT RD | STE 101 | BALA CYNWYD | PA | 19004 |
| 29939348 | QUIANA SMITH | Address on file | | | | | |
| 29962322 | RACHEL INGLE | Address on file | | | | | |
| 29962324 | RACHEL KOZMINSKI | Address on file | | | | | |
| 29939634 | RAEVEN HARRIS | Address on file | | | | | |
| 29939670 | RAINNA STALLARD | Address on file | | | | | |
| 29939716 | RANDI WOJCIK | Address on file | | | | | |
| 29939781 | RAUL RANDOLPH | Address on file | | | | | |
| 29939799 | RAYAN MOHAMED | Address on file | | | | | |
| 29962431 | REBECCA FRAZEE | Address on file | | | | | |
| 29939996 | REBECCA RIPPETOE | Address on file | | | | | |
| 29940008 | REBECCA SCOTT | Address on file | | | | | |
| 29940009 | REBECCA SEAMORE | Address on file | | | | | |
| 29940034 | REBECCA TRICKEL | Address on file | | | | | |
| 29962495 | REESE HOLMES | Address on file | | | | | |
| 29940177 | REGINA MOISE | Address on file | | | | | |
| 29962514 | RENEE FRANTZEN | Address on file | | | | | |
| 29940542 | RITA CASTRO | Address on file | | | | | |
| 29964916 | ROCHESTER CROSSING LLC | PO BOX 705 | | | STONY BROOK | NY | 11790-0705 |
| 29951537 | ROHIT CHIKKA | Address on file | | | | | |
| 29940858 | ROSA CERVANTES | Address on file | | | | | |
| 29940863 | ROSA GOLDEN | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29940904 | ROSE GILFILLAN | Address on file | | | | | |
| 29962723 | RUBY JARBOE | Address on file | | | | | |
| 29941130 | RUTH DESMET | Address on file | | | | | |
| 29941228 | RYHEEM WALKER | Address on file | | | | | |
| 29941254 | RYOTT MARZAHL | Address on file | | | | | |
| 29962850 | SAMANTHA BOLING | Address on file | | | | | |
| 29941508 | SAMANTHA ERO | Address on file | | | | | |
| 29941516 | SAMANTHA FISCHBEIN | Address on file | | | | | |
| 29941592 | SAMANTHA PATTERSON | Address on file | | | | | |
| 29962897 | SAMANTHA SCHELIN | Address on file | | | | | |
| 29941929 | SARA FOON | Address on file | | | | | |
| 29941945 | SARA KOENIG | Address on file | | | | | |
| 29941988 | SARA SHETTLESWORTH | Address on file | | | | | |
| 29942113 | SARAH KIRKER | Address on file | | | | | |
| 29942155 | SARAH NIEVES | Address on file | | | | | |
| 29942466 | SCARLETT HENLEY | Address on file | | | | | |
| 29963110 | SCOTT CONROY | Address on file | | | | | |
| 29963170 | SHAMYA COBB | Address on file | | | | | |
| 29942800 | SHANA VARELA | Address on file | | | | | |
| 29942842 | SHANIECE ANDERSON | Address on file | | | | | |
| 29963195 | SHANNON JEFFRIES | Address on file | | | | | |
| 29943104 | SHAWN HUBBARD | Address on file | | | | | |
| 29943140 | SHAYLA SANDERSON | Address on file | | | | | |
| 29943291 | SHERI LISSON | Address on file | | | | | |
| 29943336 | SHERRIE NAUDEN | Address on file | | | | | |
| 29943362 | SHERRY WILHITE | Address on file | | | | | |
| 29963352 | SHIRLEY SANTANA | Address on file | | | | | |
| 29943454 | SHYE BONNEY | Address on file | | | | | |
| 29943470 | SIENNA GONZALES | Address on file | | | | | |
| 29943529 | SIERRA WISE | Address on file | | | | | |
| 29963391 | SKYLAR GARZA | Address on file | | | | | |
| 29963424 | SONA MKRTCHYAN | Address on file | | | | | |
| 29963498 | SQUISHABLE | 96 SPRING ST FL 7 | | | NEW YORK | NY | 10012-3923 |
| 29944012 | STACEY JOHNSON | Address on file | | | | | |
| 29944016 | STACEY MCGRATH | Address on file | | | | | |
| 29944039 | STACIE HALL | Address on file | | | | | |
| 29944186 | STEFANIE SANBURN | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29944229 | STEPHANIE CURLEY | Address on file | | | | | |
| 29944256 | STEPHANIE HATTER | Address on file | | | | | |
| 29963584 | STEPHEN HINTON | Address on file | | | | | |
| 29944390 | STEPHEN LUCKERS | Address on file | | | | | |
| 29944417 | STEVEN CHENG | Address on file | | | | | |
| 29944616 | SUSAN BLUME | Address on file | | | | | |
| 29963695 | SUZANNE ZALOGA | Address on file | | | | | |
| 29944862 | SYBRINA HERNANDEZ | Address on file | | | | | |
| 29944904 | SYDNEY GILLUM | Address on file | | | | | |
| 29945015 | TAANA LORENZ | Address on file | | | | | |
| 29945025 | TABITHA BAINES | Address on file | | | | | |
| 29963716 | TAHLIA SHERMAN | Address on file | | | | | |
| 29945061 | TAKAYA BOB | Address on file | | | | | |
| 29963805 | TANEYA REEDER | Address on file | | | | | |
| 29963807 | TANGEE ADAMS | Address on file | | | | | |
| 29945241 | TARA GIBBS | Address on file | | | | | |
| 29945294 | TATIANA CARRERAS | Address on file | | | | | |
| 29945406 | TAYLOR EDWARDS | Address on file | | | | | |
| 29945420 | TAYLOR HILL | Address on file | | | | | |
| 29952076 | TAYLOR ROWE | Address on file | | | | | |
| 29963888 | TAYLOR WILLIAMS | Address on file | | | | | |
| 29963892 | TAYLOR YATES | Address on file | | | | | |
| 29945549 | TERESA HOWARD | Address on file | | | | | |
| 29963980 | TERRI DEMAREST | Address on file | | | | | |
| 29945678 | TESSA MYRICK | Address on file | | | | | |
| 29945878 | THERESA RAYMOND | Address on file | | | | | |
| 29945987 | TIANA PROCHNOW | Address on file | | | | | |
| 29945992 | TIARA BRADLEY | Address on file | | | | | |
| 29964066 | TIFFANY FAULKNER | Address on file | | | | | |
| 29946030 | TIFFANY KIMSEY | Address on file | | | | | |
| 29946076 | TIFFANY WILLIAMS | Address on file | | | | | |
| 29946078 | TIFFANY WITHEROW | Address on file | | | | | |
| 29964180 | TONYA MATHIASON | Address on file | | | | | |
| 29946600 | TRILBY DODSON | Address on file | | | | | |
| 29946626 | TRINITY LEPPERT | Address on file | | | | | |
| 29946882 | TYLER WINNER | Address on file | | | | | |
| 29946913 | TYSHAWN KNIGHT | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29950006 | USHICKA DAVIS | Address on file | | | | | |
| 29947060 | VALERIE CLOUGH | Address on file | | | | | |
| 29947308 | VERONICA FLYNT | Address on file | | | | | |
| 29951083 | VERONICA NARVAEZ | Address on file | | | | | |
| 29947606 | VINCENT RINGERSMA | Address on file | | | | | |
| 29947692 | VIRTUAL MARKETING LLC | FUSION92 | 222 MERCHANDISE MART PLZ | STE 2200 | CHICAGO | IL | 60654-1012 |
| 29947891 | WENDI SPOHN | Address on file | | | | | |
| 29947903 | WENDY ERHOLM | Address on file | | | | | |
| 29947939 | WENDY SALGADO | Address on file | | | | | |
| 29947941 | WENDY SANTANA | Address on file | | | | | |
| 29947974 | WEST MAIN ASSOCIATES | 90 LINDEN OAKS STE 100 | | | ROCHESTER | NY | 14625-2830 |
| 29948135 | WILLIAM WATSON | Address on file | | | | | |
| 29948259 | WP CENTERS REIT 10 LLC | NEW TOWNE MALL LLC C/O WASHINGTON P | 4900 E DUBLIN GRANVILLE RD | | COLUMBUS | OH | 43081-7651 |
| 29964558 | WYATT LEWIS | Address on file | | | | | |
| 29948303 | XAVIER WILLIAMS WATKINS | Address on file | | | | | |
| 29948339 | YAJAIRA RODRIGUEZ | Address on file | | | | | |
| 29948396 | YER YANG | Address on file | | | | | |
| 29964634 | ZACHARY AGOSTINE | Address on file | | | | | |
| 29953415 | ZACHARY ROUSSEAU | Address on file | | | | | |
| 29964671 | ZANE RIVLIN | Address on file | | | | | |
| 29948572 | ZAVIER DAVIS | Address on file | | | | | |
| 29948727 | Name on file | Address on file | | | | | |
| 29948737 | ZWAQI AMINATU | Address on file | | | | | |

**Exhibit B**

## Exhibit B
Supplemental Taxing Authorities Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29949880 | COWETA COUNTY | TAX COMMISSIONER | 87 NEWNAN STATION DR STE 100 | NEWNAN | GA | 30265-2959 |
| 29937185 | NEVADA DEPARTMENT OF TAXATION | 3850 ARROWHEAD DR | | CARSON CITY | NV | 89706-2016 |

**Exhibit C**

Exhibit C
Supplemental Landlords Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30210871 | MILAN REAL ESTATE INVESTMENTS, LLC | 701 S PARKER ST STE 5200 | | Orange County | CA | 92868-4749 |
| 29938979 | PH 706-750 N CASSALOMA DR LLC | C/O PRAIRIE HILL HOLDINGS LLC | 272 MARKET SQ STE 211 | LAKE FOREST | IL | 60045-0033 |

**Exhibit D**

SRF 85416-86513

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF INTERIM ORDER
### APPROVING NOTIFICATION AND
### HEARING PROCEDURES FOR CERTAIN TRANSFERS
### OF AND DECLARATIONS OF WORTHLESSNESS WITH
### RESPECT TO COMMON STOCK AND (II) GRANTING RELATED RELIEF

**TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE EXISTING CLASSES OF COMMON STOCK (THE "COMMON STOCK") OF JOANN INC.:**

**PLEASE TAKE NOTICE** that on January 15, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed petitions with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

*Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 10] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on January 17, 2025, the Court entered the *Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 110] (the "Interim Order") approving procedures for certain transfers of and declarations of worthlessness with respect to Common Stock, set forth in **Exhibit 1** attached to the Interim Order (the "Procedures").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock, or Beneficial Ownership of Common Stock in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void *ab initio*.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, a 50-Percent Shareholder may not claim a worthless stock deduction with respect to Common Stock, or Beneficial Ownership of Common Stock in violation of the Procedures, and any such deduction in violation of the Procedures shall be null and void *ab initio*, and the 50-Percent Shareholder shall be required to file an amended tax return revoking such proposed deduction.

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Order or the Motion, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, upon the request of any person or entity, the notice, claims, and solicitation agent for the Debtors, Kroll Restructuring Administration LLC, will provide a copy of the Interim Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time.  Such declarations are also available via PACER on the Court's website at https://www.deb.uscourts.gov for a fee, or free of charge by accessing the Debtors' restructuring website at https://cases.ra.kroll.com/Joann2025.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, failure to follow the Procedures set forth in the Interim Order shall constitute a violation of, among other things, the automatic stay provisions of section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the final hearing (the "Final Hearing") on the Motion shall be held on **February 11, 2025, at 2:00 p.m., prevailing Eastern Time**.  Any objections or responses to entry of a final order on the Motion shall be filed on or before **4:00 p.m. (prevailing Eastern Time) on February 4, 2025** and shall be served on: (a) the Debtors, JOANN Inc., 5555 Darrow Road, Hudson, Ohio 44236, Attn.: Ann Aber, EVP, Chief Legal and Human Resources Officer; (b) proposed co-counsel to the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Aparna Yenamandra, P.C. (aparna.yenamandra@kirkland.com) and 333 West Wolf Point Plaza, Chicago Illinois 60654, Attn.: Jeffrey Michalik (jeff.michalik@kirkland.com), and Lindsey Blumenthal (lindsey.blumenthal@kirkland.com) and (ii) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn.: Patrick J. Reilley (preilley@coleschotz.com), Stacy L. Newman (snewman@coleschotz.com), Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com), and Jack M. Dougherty (jdougherty@coleschotz.com);

(c) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov); (d) counsel to the Prepetition ABL Agent, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110, Attn.: Christopher L. Carter (christopher.carter@morganlewis.com) and Marjorie Crider (marjorie.crider@morganlewis.com); (e) counsel to the Prepetition FILO Agent, Choate Hall & Stewart LLP, 2 International Place, Boston, Massachusetts 02110, Attn.: John Ventola (jventola@choate.com) and Jonathan Marshall (jmarshall@choate.com); (f) counsel to the Prepetition Term Loan Lender Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue New York, New York 10166, Attn.: Scott Greenberg (SGreenberg@gibsondunn.com), Kevin Liang (KLiang@gibsondunn.com), and Josh Brody (JBrody@gibsondunn.com); (g) counsel to the Prepetition Term Loan Agent, ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019, Attn.: Jeffrey Gleit (jeffrey.gleit@afslaw.com) and 1717 K Street NW, Washington, D.C. 20006, Attn.: Jonathan Bagg (jonathan.bagg@afslaw.com), and 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Attn.: Matthew Bentley (matthew.bentley@afslaw.com); (h) counsel to Gordon Brothers Retail Partners, LLC, Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, New York 10020, Attn.: Steven Reisman (sreisman@katten.com) and Cindi Giglio (cgiglio@katten.com); and (i) any statutory committee appointed in these chapter 11 cases.  In the event no objections to entry of a final order on the Motion are timely received, this Court may enter such final order without need for the Final Hearing.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Interim Order shall preclude any person desirous of acquiring any Common Stock from requesting relief from the Interim Order from this Court, subject to the Debtors' and the other Notice Parties' rights to oppose such relief.

PLEASE TAKE FURTHER NOTICE that other than to the extent that the Interim Order expressly conditions or restricts transfers or declarations of worthlessness with respect to Beneficial Ownership of Common Stock, nothing in the Interim Order or in the Motion shall, or shall be deemed to, prejudice, impair, or otherwise alter or affect the rights of any holders of Common Stock, including in connection with the treatment of any such stock under any chapter 11 plan or any applicable bankruptcy court order.

PLEASE TAKE FURTHER NOTICE that any prohibited purchase, sale, or other transfer of, or declaration of worthlessness with respect to Common Stock, Beneficial Ownership thereof, or option with respect thereto in violation of the Interim Order is prohibited and shall be null and void *ab initio* and may be subject to additional sanctions as this court may determine.

PLEASE TAKE FURTHER NOTICE that the requirements set forth in the Interim Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated: January 21, 2025
Wilmington, Delaware

 /s/ Patrick J. Reilley
_____

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 1410 | New York, New York 10022 |

COLE SCHOTZ P.C.
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    preilley@coleschotz.com
          snewman@coleschotz.com
          mfitzpatrick@coleschotz.com
          jdougherty@coleschotz.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    anup.sathy@kirkland.com
          jeff.michalik@kirkland.com
          lindsey.blumenthal@kirkland.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*