# Exhibit A

# TIME ENTRIES

| Name | Date | Description | Hours |
|---|---|---|---|
| Daniel Bendetson | 4/1/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 4/1/2025 | Chapter 11 Court Process | 0.5 |
| Matthew Current | 4/1/2025 | Chapter 11 Court Process | 0.5 |
| Daniel Bendetson | 4/2/2025 | Chapter 11 Court Process | 1.5 |
| Matthew Current | 4/2/2025 | Chapter 11 Court Process | 1.0 |
| Karn Chopra | 4/3/2025 | CVP Internal Coordination | 0.5 |
| Ryan Kielty | 4/3/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 4/3/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 4/3/2025 | Chapter 11 Court Process | 1.5 |
| Callan Heidkamp | 4/3/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 4/3/2025 | Chapter 11 Court Process | 0.5 |
| Matthew Current | 4/3/2025 | CVP Internal Coordination | 1.0 |
| Karn Chopra | 4/4/2025 | Coordination with Stakeholders and Non-Debtor Professionals | 1.5 |
| Callan Heidkamp | 4/4/2025 | Chapter 11 Court Process | 1.5 |
| Matthew Current | 4/4/2025 | Chapter 11 Court Process | 1.0 |
| Callan Heidkamp | 4/7/2025 | Chapter 11 Court Process | 0.5 |
| Matthew Current | 4/7/2025 | Chapter 11 Court Process | 0.5 |
| Karn Chopra | 4/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 4/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 4/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 4/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 4/9/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 4/10/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 4/10/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 4/10/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 4/10/2025 | CVP Internal Coordination | 1.0 |
| Karn Chopra | 4/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 4/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 4/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 4/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 4/16/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Ryan Kielty | 4/17/2025 | CVP Internal Coordination | 1.0 |
| Daniel Bendetson | 4/17/2025 | CVP Internal Coordination | 1.0 |
| Callan Heidkamp | 4/17/2025 | CVP Internal Coordination | 1.0 |
| Matthew Current | 4/17/2025 | CVP Internal Coordination | 1.0 |
| Ryan Kielty | 4/23/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Daniel Bendetson | 4/23/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Callan Heidkamp | 4/23/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| Matthew Current | 4/23/2025 | Coordination with Debtor / Debtor Professionals | 1.0 |
| **Total** | | | **38.0** |