# EXHIBIT A

GVD

# Detailed Aged Receivable

**Cut-off Date:**     05-20-2025

**Based Upon:**     Accounting Date

**Property: 104 Orange Park Plaza**

| Unit | Charge Date | Charge Type | Description | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|------|------|------|------|------|------|------|------|------|------|------|
| **Tenant: JoAnn-104 JoAnn Fabrics** | | | | Last Payment Date: | 05-06-2025 | Check No.: | 400566194 | Amount: | 24,283.60 | |
| **Lease: 104-JoAnn(0)** | | | | | | | | | | |
| 1411-B | 01-01-2024 | BUILD INS | Building Insurance Charge | **18.00** | | | | | | 18.00 |
| | 01-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 01-01-2024 | MGMT FEE | Est Management Fee | **13.04-** | | | | | | 13.04- |
| | 02-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 02-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 02-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 02-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 02-27-2024 | REIMB | repair JoAnn signs | **3,574.83** | | | | | | 3,574.83 |
| | 03-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 03-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 03-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 03-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 04-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 04-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 04-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 04-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 04-03-2024 | CAM REC | CAM Rec 2023 | **362.16** | | | | | | 362.16 |
| | 05-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 05-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 05-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 05-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 06-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 06-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 06-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 06-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 07-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 07-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 07-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 07-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 08-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 08-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 08-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 08-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 09-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 09-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 09-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 09-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 10-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 10-01-2024 | CAM | Estimated CAM Charge | **197.76** | | | | | | 197.76 |
| | 10-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 10-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 10-01-2024 | RENT | Base Rent | **18,701.56** | | | | | | 18,701.56 |
| | 11-01-2024 | BUILD INS | Building Insurance Charge | **381.25** | | | | | | 381.25 |
| | 11-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 11-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |
| | 11-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 12-01-2024 | BUILD INS | Building Insurance Charge | **134.67** | | | | | | 134.67 |
| | 12-01-2024 | CAM | Estimated CAM Charge | **1,110.70** | | | | | | 1,110.70 |
| | 12-01-2024 | LIAB INS | Liability Insurance Charge | **186.53** | | | | | | 186.53 |

GVD

# Detailed Aged Receivable

**Cut-off Date:**     **05-20-2025**

**Based Upon:**     **Accounting Date**

**Property: 104  Orange Park Plaza**

| Unit | Charge Date | Charge Type | Description | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|------|-------------|-------------|-------------|----------------:|----------------:|------------------:|-------------:|-------------:|-------------:|--------------:|
| **Tenant: JoAnn-104  JoAnn Fabrics** | | | | | | | | | | |
| **Lease: 104-JoAnn(0)** | | | | | | | | | | |
| | 12-01-2024 | MGMT FEE | Est Management Fee | **644.62** | | | | | | 644.62 |
| | 01-01-2025 | BUILD INS | Building Insurance Charge | **465.92** | | | | | | 465.92 |
| | 01-01-2025 | CAM | Estimated CAM Charge | **4,397.73** | | | | | | 4,397.73 |
| | 01-01-2025 | LIAB INS | Liability Insurance Charge | **215.95** | | | | | | 215.95 |
| | 01-01-2025 | MGMT FEE | Est Management Fee | **732.36** | | | | | | 732.36 |
| | 01-01-2025 | RENT | Base Rent | **8,445.87** | | | | | | 8,445.87 |
| | 02-01-2025 | BUILD INS | Building Insurance Charge | **354.56** | | | | | 354.56 | |
| | 02-01-2025 | CAM | Estimated CAM Charge | **1,988.17** | | | | | 1,988.17 | |
| | 02-01-2025 | LIAB INS | Liability Insurance Charge | **215.95** | | | | | 215.95 | |
| | 02-01-2025 | MGMT FEE | Est Management Fee | **732.36** | | | | | 732.36 | |
| | 03-01-2025 | BUILD INS | Building Insurance Charge | **354.56** | | | | 354.56 | | |
| | 03-01-2025 | CAM | Estimated CAM Charge | **1,988.17** | | | | 1,988.17 | | |
| | 03-01-2025 | LIAB INS | Liability Insurance Charge | **215.95** | | | | 215.95 | | |
| | 03-01-2025 | MGMT FEE | Est Management Fee | **732.36** | | | | 732.36 | | |
| | 04-01-2025 | BUILD INS | Building Insurance Charge | **354.56** | | | 354.56 | | | |
| | 04-01-2025 | CAM | Estimated CAM Charge | **1,988.17** | | | 1,988.17 | | | |
| | 04-01-2025 | LIAB INS | Liability Insurance Charge | **215.95** | | | 215.95 | | | |
| | 04-01-2025 | MGMT FEE | Est Management Fee | **732.36** | | | 732.36 | | | |
| | 05-01-2025 | BUILD INS | Building Insurance Charge | **354.56** | | 354.56 | | | | |
| | 05-01-2025 | CAM | Estimated CAM Charge | **1,988.17** | | 1,988.17 | | | | |
| | 05-01-2025 | LIAB INS | Liability Insurance Charge | **215.95** | | 215.95 | | | | |
| | 05-01-2025 | MGMT FEE | Est Management Fee | **732.36** | | 732.36 | | | | |
| | 05-02-2025 | CAM REC | CAM Rec 2024 | **7,409.57** | | 7,409.57 | | | | |
| | | | **Unit 1411-B Totals:** | **80,761.13** | **.00** | **10,700.61** | **3,291.04** | **3,291.04** | **3,291.04** | **60,187.40** |
| | | | **Lease 104-JoAnn(0) Totals:** | **80,761.13** | **.00** | **10,700.61** | **3,291.04** | **3,291.04** | **3,291.04** | **60,187.40** |
| | | | **Tenant JoAnn-104 Totals:** | **80,761.13** | **.00** | **10,700.61** | **3,291.04** | **3,291.04** | **3,291.04** | **60,187.40** |