## CERTIFICATE OF SERVICE

I, Stephen W. Spence, hereby certify that on the 29th day of May 2025, a copy of the foregoing *GVD Commercial Properties, Inc.'s Objections And Reservation of Rights to Debtors' Fourth Notice of Assumption and Assignment of Their Unexpired Lease* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was mailed via FedEx to JOANN Inc., 5555 Darrow Road, Hudson, Ohio 44236, Attn: Ann Aber, and served via Electronic Mail on the parties listed below:

Aparna Yenamandra, P.C.
Jeffrey Michalik, Esq.
Lindsey Blumenthal, Esq.
KIRKLAND & ELLIS LLP
*aparna.yenamandra@kirkland.com*
*jeff.michalik@kirkland.com*
*lindsey.blumenthal@kirkland.com*

Scott Greenberg, Esq.
Kevin Liang, Esq.
Josh Brody, Esq.
GIBSON, DUNN & CRUTCHER LLP
*SGreenberg@gibsondunn.com*
*KLiang@gibsondunn.com*
*JBrody@gibsondunn.com*

Jeffrey Gleit, Esq.
Jonathan Bagg, Esq.
Matthew Bentley, Esq.
ARENTFOX SCHIFF LLP
*jeffrey.gleit@afslaw.com*
*jonathan.bagg@afslaw.com*
*matthew.bentley@afslaw.com*

Bradford J. Sandler, Esq.
James O'Neill, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
*bsandler@pszjlaw.com*
*joneill@pszjlaw.com*

Patrick J. Reilley, Esq.
Stacy L. Newman, Esq.
Michael E. Fitzpatrick, Esq.
Jack M. Dougherty, Esq.
COLE SCHOTZ P.C.
*preilley@coleschotz.com*

_snewman@coleschotz.com_
_mfitzpatrick@coleschotz.com_
_jdougherty@coleschotz.com_

Malcolm M. Bates, Esq.
OFFICE OF U.S. TRUSTEE
_malcolm.m.bates@usdoj.gov_

Andrew Behlmann, Esq.
LOWENSTEIN SANDLER LLP
_abehlmann@lowenstein.com_

Jason Adams, Esq.
Maeghan McLoughlin, Esq.
Connie Choe, Esq.
KELLEY DRYE & WARREN LLP
_jadams@kelleydrye.com_
_mmcloughlin@kelleydrye.com_
_cchoe@kelleydrye.com_

**BROCKSTEDT MANDALAS FEDERICO LLC**

_/s/Stephen W. Spence_
Stephen W. Spence (Del. ID #2033)
1413 Savannah Road, Suite 1
Lewes, DE 19958
Telephone: (302) 645-2262
sspence@lawbmf.com