# **<u>EXHIBIT A</u>**

JoAnn Fabrics
Store #2348
1226 S Koeller St.
Oshkosh, WI

Outstanding Obligations

**UPDATED 5-22-25**

| Date Invoiced | Amount | Time Period | Item Description |
|---|---|---|---|
| 3/31/2022 | (1,027.83) | 2/1/21-1/31/22 | 2021 CAM Overpayment |
| 3/31/2023 | $ 2,468.45 | 2/1/22-1/31/23 | 2022 CAM Reconciliation |
| 3/29/2024 | $ 3,232.05 | 2/1/23-1/31/24 | 2023 CAM Reconciliation |
| 1/1/2025 | $ 9,120.97 | 1/1/25-1/31/25 | January 2025 Rent (unpaid portion ) |
| 1/1/2025 | $ 541.93 | 1/1/25-1/31/25 | January CAM (unpaid portion ) |
| Notice from city | $ 745.37 | | Past-due Water |
| 3/26/2025 | $ 3,678.55 | 2/1/24-1/31/25 | 2024 CAM Reconciliation |
| **Total** | **$ 18,759.49** | | |