**CERTIFICATE OF SERVICE**

        I, Laurel D. Roglen, hereby certify that, on this 30th day of May, 2025, I caused a true and correct copy of the foregoing *Limited Objection of the Williams Family Trust to Proposed Assumption and Assignment of Lease* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated:  May 30, 2025  
Wilmington, Delaware

*/s/ Laurel D. Roglen*  
Laurel D. Roglen  
BALLARD SPAHR LLP