## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, Esquire hereby certify that on this 39th day of May, 2025, I caused to be served a true and correct copy of *WLPX HESPERIA, LLC'S OBJECTION TO THE DEEBTORS' AMENDED FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACT AND/OR EXPIRED LEASES* upon all interested parties via CM/ECF and upon the following:

**VIA ELECTRONIC MAIL**:

Aparna Yenamandra, P.C. Esq. (Aparna.yenamandra@kirkland.com)

Jeffrey Michalik, Esq. (jeff.michalik@kirkland.com)

Lindsey Blumenthal, Esq. (lindsey.blumenthal@kirkland.com)

Patrick J. Reilley, Ese. (preilley@coleschotz.com)

Stacy L. Newman, Esq. (snewman@coleschotz.com)

Michael E. Fitzpatrick, Esq. (mfitzpatrick@coleschotz.com)

Jack M. Dougherty, Esq. (jdougherty@coleschotz.com)

Malcom M. Bates, Esq.  Malcom.m.bates@usdoj.gov

Scott Greenberg, Esq. (sgreenberg@gibsondunn.com)

Kevin Liang, Esq. (kliang@gibsondunn.com)

Josh Brody, Esq. (Jbrody@gibsondunn.com)

Jeffrey Gleit, Esq.  (Jeffrey.gleit@afslaw.com)

Jonathan Bagg, Esq. (Jonathan.bagg@afslaw.com)

Matthew Bentley, Esq. (matthew.bentley@afslaw.com)

Andrew Behlmann, Esq. (abehlmann@lowenstein.com)

Jason Adams, Esq. (jadams@kelleydrye.com)

Maeghan McLoughlin, Esq.  (mmcloughlin@kelleydrye.com)

Connie Choe, Esq. (cchoe@kelleydrye.com)

Bradford Sandler, Esq. (bsandler@ PSZJlaw.com)

James O'Neill (joneill@pszjlaw.com)

**VIA HAND DELIVERY**

JOANN Inc.Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer
5555 Darrow Road
Hudson Ohio 44236

Dated: May 30, 2025

                                                    */s/ Deirdre M. Richards*
                                                    Deirdre M. Richards, Esquire (#4191)