# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 30, 2025, Myrtle Beach Farms Company, Inc. (the "Landlord"), by and through its undersigned counsel, caused the following documents:

1. Myrtle Beach Farms Company, Inc.'s First Set of Interrogatories to Burlington Coat Factory Warehouse Corporation in Connection with the Proposed Assumption and Assignment of the Myrtle Beach Lease; and

2. Myrtle Beach Farms Company, Inc.'s First Requests for Production of Documents to Burlington Coat Factory Warehouse Corporation in Connection with the Proposed Assumption and Assignment of the Myrtle Beach Lease

to be served on Burlington Coat Factory Warehouse Corporation (the "Assignee") via email and overnight mail:

Kristhy M. Peguero
Jackson Walker LLP
1401 McKinney Suite 1900
Houston, TX  77010
kpeguero@jw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

-2-

| | |
|---|---|
| Dated: May 30, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br> /s/  Michael Busenkell<br>Michael Busenkell (DE 3933)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-425-5812<br>Facsimile: 302-425-5814<br>Email: mbusenkell@gsbblaw.com<br><br>*Counsel to Myrtle Beach Farms Company, Inc.* |