IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., et al., | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF MYRTLE BEACH FARMS COMPANY, INC.'S MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION IN ITS OBJECTION TO DEBTORS' AMENDED FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on May 30, 2025, Myrtle Beach Farms Company, Inc. (the "Movant") filed the *Motion to File Under Seal Certain Confidential Information in Its Objection to Debtors' Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and filed with the Court, so as to be received on or before **June 13, 2025, at 4:00 p.m. (Eastern Time) ("Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **July 10, 2025 at 10:00 a.m. (Eastern Time)**, before the Honorable Craig T. Goldblatt in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE OBJECTION DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 30, 2025  
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC

By: */s/ Michael G. Busenkell*  
Michael G. Busenkell (DE Bar No. 3933)  
1201 North Orange Street, Suite 300  
Wilmington, Delaware 19801  
Telephone: (302) 425-5800  
E-mail: mbusenkell@gsbblaw.com

*Counsel to Myrtle Beach Farms Company, Inc.*