## **CERTIFICATE OF SERVICE**

      I, Michael Busenkell, Esq., hereby certify that on May 30, 2025, I caused a true and correct copy of the foregoing *Motion to File Under Seal Certain Confidential Information in Its Objection to Debtors' Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* to be electronically filed and served through the Court's CM/ECF system.

Dated: May 30, 2025                          */s/ Michael Busenkell*
                                                                 Michael Busenkell (DE 3933)