**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Sanjuro Kietlinski, Partner | $1,250 | 40.7 | $50,875.00 |
| Hughes Congleton, Vice President | $730 | 12.4 | $9,052.00 |
| Daniel Radi, Associate | $510 | 20.9 | $10,659.00 |
| Laura Conn, Matter Administrator | $280 | 1.2 | $336.00 |
| **Grand Total** |  | **75.2** | **$70,922.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 20.2 | $23,854.00 |
| Claims Analysis and Objections | 33.2 | $24,644.00 |
| Committee Activities | 8.1 | $8,773.00 |
| Court Filings | 7.3 | $6,815.00 |
| Fee / Employment Applications | 3.9 | $3,711.00 |
| Plan and Disclosure Statement | 2.5 | $3,125.00 |
| **Grand Total** | **75.2** | **$70,922.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Meals | Working meals. | $60.00 |
| **Total Expenses** |  | **$60.00** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/1/2025 | Sanjuro Kietlinski | Drafted comprehensive financial update to KDW team. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/1/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: financial updates. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/1/2025 | Hughes Congleton | Drafted case update for KDW & UCC. | Committee Activities | 0.80 | 730.00 | $584.00 |
| 4/1/2025 | Hughes Congleton | Corresponded with S. Kietlinski re: claims pool. | Claims Analysis and Objections | 0.30 | 730.00 | $219.00 |
| 4/1/2025 | Sanjuro Kietlinski | Reviewed H. Congleton responses to open matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/1/2025 | Sanjuro Kietlinski | Reviewed H. Congleton updated call notes. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/1/2025 | Hughes Congleton | Call with A&M re: case updates. | Business Analysis / Operations | 0.30 | 730.00 | $219.00 |
| 4/1/2025 | Sanjuro Kietlinski | Reviewed A&M financial updates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/1/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: open matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/1/2025 | Sanjuro Kietlinski | Corresponded with D. Laton and H. Congleton re: A&M updates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/1/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: UCC update. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/1/2025 | Hughes Congleton | Revised draft of case update. | Business Analysis / Operations | 0.50 | 730.00 | $365.00 |
| 4/1/2025 | Hughes Congleton | Continued analysis of lease rejection damages. | Business Analysis / Operations | 0.90 | 730.00 | $657.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with KDW re: UCC call prep. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with M. McLoughlin re: UCC matters. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/2/2025 | Sanjuro Kietlinski | Attended UCC prep call with Province and KDW teams. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with KDW re: UCC updates. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with A&M re: budget. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed KDW Direct Claims presentation. | Claims Analysis and Objections | 1.00 | 1,250.00 | $1,250.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed rejection notices. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with M. Fitts re: budget estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed KDW UCC update. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/2/2025 | Hughes Congleton | Call with KDW. | Committee Activities | 0.30 | 730.00 | $219.00 |
| 4/2/2025 | Hughes Congleton | Reviewed direct claims presentation. | Claims Analysis and Objections | 0.30 | 730.00 | $219.00 |
| 4/2/2025 | Hughes Congleton | Reviewed lease rejection motions. | Court Filings | 0.60 | 730.00 | $438.00 |
| 4/3/2025 | Hughes Congleton | Attended UCC call. | Committee Activities | 0.90 | 730.00 | $657.00 |
| 4/3/2025 | Sanjuro Kietlinski | Attended UCC call. | Committee Activities | 0.90 | 1,250.00 | $1,125.00 |
| 4/3/2025 | Sanjuro Kietlinski | Corresponded internally re: Feb fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/4/2025 | Sanjuro Kietlinski | Analyzed the Plan Redline. | Plan and Disclosure Statement | 2.50 | 1,250.00 | $3,125.00 |
| 4/7/2025 | Sanjuro Kietlinski | Corresponded with KDW re: first monthly fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/7/2025 | Laura Conn | Drafted 1st Monthly Fee Application and sent to S. Kietlinski for review. | Fee / Employment Applications | 1.20 | 280.00 | $336.00 |
| 4/7/2025 | Sanjuro Kietlinski | Finalized first monthly fee app. | Fee / Employment Applications | 1.10 | 1,250.00 | $1,375.00 |
| 4/7/2025 | Daniel Radi | Reviewed the case recap, plan update and direct claims litigation files shared. | Claims Analysis and Objections | 1.50 | 510.00 | $765.00 |
| 4/7/2025 | Sanjuro Kietlinski | Corresponded internally re: first monthly fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/8/2025 | Daniel Radi | Continued including any filed claims within the claims register for general unsecured claims amount. | Claims Analysis and Objections | 1.60 | 510.00 | $816.00 |
| 4/8/2025 | Daniel Radi | Analyzed latest court filings and shared internal summary. | Court Filings | 0.50 | 510.00 | $255.00 |
| 4/9/2025 | Sanjuro Kietlinski | Corresponded with A&M re: budget estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/9/2025 | Sanjuro Kietlinski | Reviewed KDW comments to fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/9/2025 | Sanjuro Kietlinski | Corresponded internally re: UCC member matters. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/10/2025 | Sanjuro Kietlinski | Corresponded with KDW re: first monthly fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/10/2025 | Sanjuro Kietlinski | Reviewed correspondences with Hilco. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/10/2025 | Sanjuro Kietlinski | Corresponded internally re: IP matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/10/2025 | Sanjuro Kietlinski | Followed up with UCC member re: sale matter. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/10/2025 | Daniel Radi | Reviewed certain application for compensation for Debtor parties. | Court Filings | 0.90 | 510.00 | $459.00 |
| 4/10/2025 | Sanjuro Kietlinski | Followed up with KDW re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/11/2025 | Daniel Radi | Reviewed first and second order to reject certain contracts and unexpired leases. | Court Filings | 0.80 | 510.00 | $408.00 |
| 4/12/2025 | Sanjuro Kietlinski | Followed up with KDW re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/12/2025 | Sanjuro Kietlinski | Reviewed the OOCL motion for relief from stay. | Court Filings | 0.60 | 1,250.00 | $750.00 |
| 4/13/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: claims reconciliation. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/14/2025 | Sanjuro Kietlinski | Corresponded with KDW re: claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/14/2025 | Hughes Congleton | Corresponded with S. Kietlinski re: claims register | Claims Analysis and Objections | 0.30 | 730.00 | $146.00 |
| 4/14/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: claims register. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 4/14/2025 | Hughes Congleton | Corresponded with A&M re: 503(b)(9). | Claims Analysis and Objections | 0.10 | 730.00 | $73.00 |
| 4/14/2025 | Sanjuro Kietlinski | Reviewed additional claims related correspondences. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/15/2025 | Sanjuro Kietlinski | Reviewed underlying documents related to rent related issues. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 4/15/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: landlord issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/15/2025 | Sanjuro Kietlinski | Reviewed additional rent issues. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/15/2025 | Sanjuro Kietlinski | Reviewed A&M responses re: postpetition AP. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/15/2025 | Sanjuro Kietlinski | Further correspondences with KDW re: landlord issues. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/15/2025 | Sanjuro Kietlinski | Drafted memo to KDW re: A&M responses to landlord queries. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/15/2025 | Hughes Congleton | Corresponded with A&M re: outstanding property taxes. | Business Analysis / Operations | 0.20 | 730.00 | $146.00 |
| 4/15/2025 | Sanjuro Kietlinski | Corresponded with KDW re: rent issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/15/2025 | Hughes Congleton | Reviewed property tax files from UCC member. | Business Analysis / Operations | 0.50 | 730.00 | $365.00 |
| 4/15/2025 | Daniel Radi | Analyzed recently filed court dockets through inforuptcy. | Court Filings | 0.30 | 510.00 | $153.00 |
| 4/15/2025 | Daniel Radi | Reviewed email correspondences with KD team re: landlord rent outstanding. | Business Analysis / Operations | 0.20 | 510.00 | $102.00 |
| 4/15/2025 | Sanjuro Kietlinski | Strategized re: rent issues. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/15/2025 | Sanjuro Kietlinski | Additional correspondences with KDW re: rent issues. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/15/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: rent issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/15/2025 | Sanjuro Kietlinski | Corresponded with A&M re: postpetition AP. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/16/2025 | Sanjuro Kietlinski | Corresponded with UCC member. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 4/16/2025 | Sanjuro Kietlinski | Corresponded with M. Fitts re: landlord issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/16/2025 | Sanjuro Kietlinski | Corresponded with M. Fitts re: budget matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/16/2025 | Sanjuro Kietlinski | Followed up with KDW re: landlord matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/16/2025 | Sanjuro Kietlinski | Reviewed 5th Claims Rejection Order. | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 4/16/2025 | Sanjuro Kietlinski | Followed up with C. Choe re: landlord issues. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/16/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: rent issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/17/2025 | Sanjuro Kietlinski | Corresponded with UCC member. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 4/17/2025 | Sanjuro Kietlinski | Followed up with J. Adams re: outstanding issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/18/2025 | Sanjuro Kietlinski | Corresponded with A&M re: lease auction. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/18/2025 | Daniel Radi | Reviewed latest court filings recently uploaded. | Court Filings | 0.20 | 510.00 | $102.00 |
| 4/18/2025 | Sanjuro Kietlinski | Followed up with M. Fitts re: landlord matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/18/2025 | Sanjuro Kietlinski | Followed up with C. Choe re: lease auction. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/18/2025 | Sanjuro Kietlinski | Corresponded with KDW re: carveout. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/18/2025 | Sanjuro Kietlinski | Followed up with UCC member. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 4/18/2025 | Sanjuro Kietlinski | Reviewed A&M update memo. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/19/2025 | Sanjuro Kietlinski | Corresponded with A&M re: lease matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/20/2025 | Sanjuro Kietlinski | Additional correspondence with KDW re: budget. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/21/2025 | Sanjuro Kietlinski | Corresponded with A&M re: landlord issues. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/21/2025 | Sanjuro Kietlinski | Corresponded internally re: UCC member matter. | Committee Activities | 0.40 | 1,250.00 | $500.00 |
| 4/21/2025 | Sanjuro Kietlinski | Reviewed landlord issue documentation. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 4/21/2025 | Sanjuro Kietlinski | Corresponded with KDW re: landlord issues. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 4/21/2025 | Sanjuro Kietlinski | Corresponded with KDW re: lease auction. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/21/2025 | Daniel Radi | Began removing duplicated claims through claims report. | Claims Analysis and Objections | 2.20 | 510.00 | $1,122.00 |
| 4/21/2025 | Sanjuro Kietlinski | Reviewed supplemental landlord matters. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 4/21/2025 | Sanjuro Kietlinski | Corresponded with A&M re: supplemental landlord matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/21/2025 | Sanjuro Kietlinski | Corresponded with A&M re: lease auction. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/22/2025 | Hughes Congleton | Corresponded with team re: Joann claims analysis. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 4/22/2025 | Sanjuro Kietlinski | Followed up with KDW re: lease assumption/assignment. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/22/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: claims matter. | Committee Activities | 0.50 | 1,250.00 | $625.00 |
| 4/22/2025 | Sanjuro Kietlinski | Corresponded with team re: claims register. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 4/22/2025 | Sanjuro Kietlinski | Corresponded with A&M re: claims reconciliation. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 4/22/2025 | Sanjuro Kietlinski | Followed up with KDW team re: lease auction. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/22/2025 | Sanjuro Kietlinski | Followed up with UCC member re: claims. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 4/22/2025 | Sanjuro Kietlinski | Corresponded with team re: claims estimation. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/23/2025 | Sanjuro Kietlinski | Followed up with UCC member re: claims matter. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 4/23/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: unpaid postpetition goods. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 4/23/2025 | Hughes Congleton | Began analysis of Joann claims. | Claims Analysis and Objections | 2.30 | 730.00 | $1,679.00 |
| 4/23/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee application matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/23/2025 | Sanjuro Kietlinski | Corresponded with A&M re: fee estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/23/2025 | Hughes Congleton | Call with D. Radi re: claims analysis. | Claims Analysis and Objections | 0.50 | 730.00 | $365.00 |
| 4/23/2025 | Daniel Radi | Call with H. Congleton re: claims analysis. | Claims Analysis and Objections | 0.50 | 510.00 | $255.00 |
| 4/24/2025 | Sanjuro Kietlinski | Reviewed documentation re: unpaid admin invoices. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with D. Radi re: claims analysis. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 4/24/2025 | Hughes Congleton | Corresponded with S. Kietlinski re: claims analysis. | Claims Analysis and Objections | 0.10 | 730.00 | $73.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: claims reconciliation matters. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: unpaid admin invoices. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with A&M re: claims register. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 4/24/2025 | Sanjuro Kietlinski | Reviewed preliminary claims analysis. | Claims Analysis and Objections | 0.70 | 1,250.00 | $875.00 |
| 4/24/2025 | Sanjuro Kietlinski | Followed up with A&M re: landlord matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: claims pool. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: rent issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/24/2025 | Hughes Congleton | Reviewed claims analysis. | Claims Analysis and Objections | 0.50 | 730.00 | $365.00 |
| 4/24/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: landlord matter. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/25/2025 | Sanjuro Kietlinski | Followed up with KDW re: claims reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/25/2025 | Sanjuro Kietlinski | Followed up with A&M re: lease auction. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/25/2025 | Sanjuro Kietlinski | Corresponded with A&M re: unpaid admin claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 4/25/2025 | Sanjuro Kietlinski | Reviewed unpaid admin claims excel file. | Claims Analysis and Objections | 0.90 | 1,250.00 | $1,125.00 |
| 4/25/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: unpaid admin claims. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 4/25/2025 | Sanjuro Kietlinski | Analyzed Motion for Allowance of Payment of Administrative Claims (docket 741). | Court Filings | 0.80 | 1,250.00 | $1,000.00 |
| 4/26/2025 | Sanjuro Kietlinski | Followed up with UCC member re: unpaid admin claims. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/26/2025 | Sanjuro Kietlinski | Corresponded with KDW re: lease auction. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/26/2025 | Daniel Radi | Further worked on claims reconciliation analysis. | Claims Analysis and Objections | 1.90 | 510.00 | $969.00 |
| 4/26/2025 | Daniel Radi | Continued removing duplicated claims and refining GUC pool per filed claims. | Claims Analysis and Objections | 1.70 | 510.00 | $867.00 |
| 4/26/2025 | Sanjuro Kietlinski | Corresponded with A&M re: lease auction. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/26/2025 | Daniel Radi | Worked on general unsecured claims and lease rejections claims analysis. | Claims Analysis and Objections | 2.10 | 510.00 | $1,071.00 |
| 4/26/2025 | Sanjuro Kietlinski | Analyzed monthly operating reports. | Business Analysis / Operations | 1.40 | 1,250.00 | $1,750.00 |
| 4/26/2025 | Sanjuro Kietlinski | Reviewed latest claims analysis updates. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 4/27/2025 | Daniel Radi | Analyzed claims register and broke out total claims per UCC member. | Claims Analysis and Objections | 1.80 | 510.00 | $918.00 |
| 4/27/2025 | Daniel Radi | Prepared initial analysis into potential 503(b)(9) claim outstanding per vendor. | Claims Analysis and Objections | 1.30 | 510.00 | $663.00 |
| 4/27/2025 | Daniel Radi | Continued working on reconciling filed and scheduled claims, broken out by category. | Claims Analysis and Objections | 1.50 | 510.00 | $765.00 |
| 4/27/2025 | Sanjuro Kietlinski | Reviewed updated preliminary claims analysis. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 4/27/2025 | Hughes Congleton | Corresponded with D. Radi re: claims analysis. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 4/27/2025 | Daniel Radi | Prepared filed vs scheduled claims analysis per claims register. | Claims Analysis and Objections | 1.40 | 510.00 | $714.00 |
| 4/27/2025 | Sanjuro Kietlinski | Reviewed unpaid admin claims underlying documentation. | Claims Analysis and Objections | 1.20 | 1,250.00 | $1,500.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/27/2025 | Hughes Congleton | Reviewed & continued claims analysis. | Claims Analysis and Objections | 1.70 | 730.00 | $1,241.00 |
| 4/28/2025 | Sanjuro Kietlinski | Corresponded with KDW re: Steelworkers Motion. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/28/2025 | Hughes Congleton | Reviewed UCC update & related documents. | Committee Activities | 0.60 | 730.00 | $438.00 |
| 4/28/2025 | Sanjuro Kietlinski | Reviewed additional invoice detail from UCC member. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 4/28/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: claims register analysis. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/28/2025 | Sanjuro Kietlinski | Corresponded with D. Radi re: 503b9 claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/28/2025 | Daniel Radi | Correspond with A&M team re: admin claims outstanding for committee members. | Claims Analysis and Objections | 0.10 | 510.00 | $51.00 |
| 4/28/2025 | Sanjuro Kietlinski | Followed up with J. Sciametta re: creditor payment issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/28/2025 | Sanjuro Kietlinski | Reviewed the 9019 Steelworkers Motion (docket 763). | Court Filings | 1.40 | 1,250.00 | $1,750.00 |
| 4/28/2025 | Sanjuro Kietlinski | Reviewed second assumption notice. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/28/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: lease auction updates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/28/2025 | Sanjuro Kietlinski | Corresponded internally re: additional info re: claims reconciliation. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/28/2025 | Sanjuro Kietlinski | Corresponded with A&M re: Steelworkers Motion. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/28/2025 | Sanjuro Kietlinski | Analyzed first notice of assumption and assignment (docket 760). | Court Filings | 0.90 | 1,250.00 | $1,125.00 |
| 4/28/2025 | Hughes Congleton | Corresponded with S. Kietlinski re: claims reconciliation. | Claims Analysis and Objections | 0.30 | 730.00 | $219.00 |
| 4/28/2025 | Daniel Radi | Reviewed claims report for any UCC members' scheduled 503(b)(9) claim. | Claims Analysis and Objections | 0.40 | 510.00 | $204.00 |
| 4/28/2025 | Sanjuro Kietlinski | Followed up with D. Radi re: claims analysis. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 4/28/2025 | Sanjuro Kietlinski | Reviewed additional lease issues. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/28/2025 | Sanjuro Kietlinski | Followed up with UCC member re: claims updates. | Committee Activities | 0.40 | 1,250.00 | $500.00 |
| 4/29/2025 | Sanjuro Kietlinski | Corresponded with A&M re: GA cures. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/29/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/29/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: March fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/29/2025 | Sanjuro Kietlinski | Followed up with A. Bates re: fee matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed rejection notices. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/30/2025 | Sanjuro Kietlinski | Corresponded with D. Laton and H. Congleton re: March fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed KDW UCC updates. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Corresponded with A&M re: rent issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reconciled budget for certain accrued/unpaid amounts. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed A&M responses re: Steelworkers matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Followed up with KDW re: Steelworkers Motion. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed additional rent issues. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed A&M responses re: landlord matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Followed up with A&M re: rent issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Followed up with A&M re: Steelworkers Motion. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

## **EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 4/15/2025 | Meals | Uber - S. Kietlinski working lunch. | $20.00 |
| 4/27/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| 4/28/2025 | Meals | Uber - S. Kietlinski working lunch. | $20.00 |
|  | **Total Expenses** |  | **$60.00** |