# CERTIFICATE OF SERVICE

I, Shannon D. Humiston, hereby certify that on May 30, 2025, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system and upon the parties listed below:

## Via Electronic Mail

Patrick J. Reilly
Stacy L. Newman
Michael E. Fitzpatrick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com
(*Counsel for the Debtors*)

Joshua Sussberg
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.susseberg@kirkland.com
aparna@yenamandra@kirkland.com
(*Counsel for the Debtors*)

Anup Sathy
Jeffrey Michalik
Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com
(*Counsel for the Debtors*)

Malcolm M. Bates
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov
(*U.S. Trustee*)

Scott Greenberg
Kevin Liang
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
sgreenberg@gibsondunn.com
kliang@gibsondunn.com
(*Counsel to Prepetition Term Loan Lender Ad Hoc Group*)

Jeffrey Gleit
Jonathan Bagg
Matthew Bentley
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
jeffrey.gleti@afslaw.com
jonathan.bagg@afslaw.com
matthew.bentley@afslaw.com
(*Counsel to Prepetition Term Loan Lender Ad Hoc Group*)

Andrew Behlmann
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
abehlmann@lowenstein.com
(*Counsel to GA Joann Retail Partnership, LLC*)

61166188 v1

Jason Adams
Maeghan McLoughlin
Connie Choe
Kelley Drye & Warren LLP
3 World Trade Center
New York, NY  10077
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com
cchoe@kelleydrye.com
(*Counsel to the Official Committee of Unsecured Creditors*)

Bradford Sandler
James O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com
joneill@pszjlaw.com
(*Counsel to the Official Committee of Unsecured Creditors*)

*/s/   Shannon D. Humiston*
Shannon D. Humiston (No. 5740)