## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

## ORDER SUSTAINING DEBTORS' THIRD
## OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
### (Reclassified Claims)

Upon consideration of the *Debtors' Third Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Haughey Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]  Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Reclassified Claim listed on **Exhibit 1** hereto is hereby reclassified as set forth in the "*Modified Priority*" column therein.

3.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

4.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.      The Debtors' objection to each Reclassified Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Reclassified Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.     This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

7.     The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## <u>Exhibit 1</u>

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 1 | AKIN-HIYAMA, KRISTEN PIERCE ADDRESS ON FILE | 13483 | JOANN Inc. | 503(b)(9) | $59.70 | JOANN Inc. | Unsecured | $59.70 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 2 | ALVISO, NANCY LARUE ADDRESS ON FILE | 9222 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 3 | ARGETSINGER, JUDY ADDRESS ON FILE | 2284 | JOANN Inc. | 503(b)(9) | $86.84 | JOANN Inc. | Unsecured | $86.84 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 4 | B, A ADDRESS ON FILE | 13140 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 5 | BALLARE, NANCY MABEL ADDRESS ON FILE | 13056 | JOANN Inc. | 503(b)(9) | $184.39 | JOANN Inc. | Unsecured | $184.39 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | BARTLESON, KERRI ADDRESS ON FILE | 10623 | Jo-Ann Stores, LLC | 503(b)(9) | $89.00 | Jo-Ann Stores, LLC | Unsecured | $89.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | BILLINGS, JOANNE ADDRESS ON FILE | 4629 | JOANN Inc. | 503(b)(9) | $169.22 | JOANN Inc. | Unsecured | $169.22 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | BONOMO, SUZANNE ADDRESS ON FILE | 804 | JOANN Inc. | 503(b)(9) | $130.00 | JOANN Inc. | Unsecured | $130.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | BROADWAY, COLETTE A ADDRESS ON FILE | 11732 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | BUSH, TAMESHA ADDRESS ON FILE | 8409 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | CARLISLE, PENNY ANN ADDRESS ON FILE | 1617 | JOANN Inc. | 503(b)(9) | $117.69 | JOANN Inc. | Unsecured | $117.69 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 12 | CHEN, EMILY ADDRESS ON FILE | 14225 | Jo-Ann Stores, LLC | 503(b)(9) | $56.00 | Jo-Ann Stores, LLC | Unsecured | $56.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 13 | CORON, CLAUDIA NICOLE ADDRESS ON FILE | 11538 | Jo-Ann Stores, LLC | 503(b)(9) | $150.00 | Jo-Ann Stores, LLC | Unsecured | $150.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 14 | CROSS, JENNIFER K ADDRESS ON FILE | 2663 | JOANN Inc. | 503(b)(9) | $128.08 | JOANN Inc. | Unsecured | $128.08 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 15 | DABROWSKA-SOMMERS, JOANNA ADDRESS ON FILE | 4967 | Jo-Ann Stores, LLC | 503(b)(9) | $64.85 | Jo-Ann Stores, LLC | Unsecured | $64.85 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | DAVIS, KATHY RENE ADDRESS ON FILE | 11551 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | DELANEY, HENRY LOUIS ADDRESS ON FILE | 5207 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | DELOACH, CORTNEY ADDRESS ON FILE | 4112 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | DEVINE, KATHY ADDRESS ON FILE | 11207 | JOANN Inc. | 503(b)(9) | $117.20 | JOANN Inc. | Unsecured | $117.20 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | ENKEMA, CATHERINE ADDRESS ON FILE | 1015 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 21 | EVANS, JONI ADDRESS ON FILE | 2270 | JOANN Inc. | 503(b)(9) | $57.93 | JOANN Inc. | Unsecured | $57.93 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 | EVANS, LUZ MARIA ADDRESS ON FILE | 6742 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 | FERRIS, SYLVIA CHASE ADDRESS ON FILE | 3977 | JOANN Inc. | 503(b)(9) | $79.40 | JOANN Inc. | Unsecured | $79.40 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 | FORSYTHE, KERSTIN P ADDRESS ON FILE | 5530 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 | GAAB, MARISSA ADDRESS ON FILE | 5338 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 26 | GIBER, KELLY MARIE ADDRESS ON FILE | 3619 | JOANN Inc. | 503(b)(9) | $145.00 | JOANN Inc. | Unsecured | $145.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 | GRAHAM, SUSAN CLAIRE ADDRESS ON FILE | 4512 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 28 | GUZMAN, SAMANTHA ADDRESS ON FILE | 8907 | joann.com, LLC | 503(b)(9) | $75.00 | joann.com, LLC | Unsecured | $75.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 | HEGGEDAL, SHARON ADDRESS ON FILE | 8528 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 30 | HENKEL, CYNTHIA M ADDRESS ON FILE | 7127 | Jo-Ann Stores, LLC | 503(b)(9) | $72.13 | Jo-Ann Stores, LLC | Unsecured | $72.13 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 31 | HOLMES, JENNIFER MARY ADDRESS ON FILE | 3468 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 32 | HURWITCH, ALISON SNOW ADDRESS ON FILE | 1875 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 33 | IVY, EMILY ADDRESS ON FILE | 6592 | Jo-Ann Stores, LLC | 503(b)(9) | $58.72 | Jo-Ann Stores, LLC | Unsecured | $58.72 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 34 | JIMENEZ, ERICA ADDRESS ON FILE | 10201 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 35 | KING, HEATHER CUNIFF ADDRESS ON FILE | 5558 | Jo-Ann Stores, LLC | 503(b)(9) | $69.00 | Jo-Ann Stores, LLC | Unsecured | $69.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 36 | KITTRELL, PATTI GAYLE<br>ADDRESS ON FILE | 14208 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 37 | LARSEN, JALYNN<br>ADDRESS ON FILE | 13039 | Jo-Ann Stores, LLC | 503(b)(9) | $52.65 | Jo-Ann Stores, LLC | Unsecured | $52.65 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 38 | LAWSON, DIANE S.<br>ADDRESS ON FILE | 3823 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 39 | LEE, MARK<br>ADDRESS ON FILE | 2582 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 40 | LENZ, SARA J<br>ADDRESS ON FILE | 5499 | Jo-Ann Stores, LLC | 503(b)(9) | $140.36 | Jo-Ann Stores, LLC | Unsecured | $140.36 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

# Third Omnibus Substantive Claims Objection
## Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 41 | LEWIS, MELINDA ANNE ADDRESS ON FILE | 9373 | Jo-Ann Stores, LLC | 503(b)(9) | $163.38 | Jo-Ann Stores, LLC | Unsecured | $163.38 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 42 | LIEN, LAUREL ADDRESS ON FILE | 13322 | Jo-Ann Stores, LLC | 503(b)(9) | $145.20 | Jo-Ann Stores, LLC | Unsecured | $145.20 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 43 | LUCZON, PAULINE ADDRESS ON FILE | 13357 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 44 | LUSSIER, NANCY A ADDRESS ON FILE | 3200 | joann.com, LLC | 503(b)(9) | $97.30 | joann.com, LLC | Unsecured | $97.30 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 45 | LYNCH, JULIE ADDRESS ON FILE | 12198 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

## Third Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 46 | MARION, MARLENE CHERIE ADDRESS ON FILE | 1304 | JOANN Inc. | 503(b)(9) | $91.00 | JOANN Inc. | Unsecured | $91.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47 | MARTIN, BEVERLY ANN ADDRESS ON FILE | 4367 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48 | MARTIN, DEBBIE LEE ADDRESS ON FILE | 4822 | Jo-Ann Stores, LLC | 503(b)(9) | $94.85 | Jo-Ann Stores, LLC | Unsecured | $94.85 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 49 | MAYLEBEN, ELLERY ADDRESS ON FILE | 9160 | JOANN Inc. | 503(b)(9) | $95.63 | JOANN Inc. | Unsecured | $95.63 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 50 | MCGHEE BURTON, LISA ADDRESS ON FILE | 9322 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 51 | MCLAUGHLIN, MARJORIE F ADDRESS ON FILE | 10840 | joann.com, LLC | 503(b)(9) | $84.00 | joann.com, LLC | Unsecured | $84.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 52 | MEDINA, DION ADDRESS ON FILE | 5503 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 53 | MEISTER, SUZANNE ADDRESS ON FILE | 2272 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 54 | MILLER, GENEVA ADDRESS ON FILE | 3980 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 55 | MILLER, MADELEINE CINDY ADDRESS ON FILE | 11326 | JOANN Inc. | 503(b)(9) | $64.79 | JOANN Inc. | Unsecured | $64.79 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 56 | MILTON, SHIRLEY A ADDRESS ON FILE | 10554 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 57 | MIRONENKO, ELENA ADDRESS ON FILE | 5800 | Jo-Ann Stores, LLC | 503(b)(9) | $54.15 | Jo-Ann Stores, LLC | Unsecured | $54.15 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 58 | MORRIS, KRISTEN ADDRESS ON FILE | 11138 | JOANN Inc. | 503(b)(9) | $58.38 | JOANN Inc. | Unsecured | $58.38 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 59 | MROZOWSKI, VALERIE ADDRESS ON FILE | 8345 | JOANN Inc. | 503(b)(9) | $130.00 | JOANN Inc. | Unsecured | $130.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 60 | NARDINI, CANDICE WOODS ADDRESS ON FILE | 6058 | Jo-Ann Stores, LLC | 503(b)(9) | $117.10 | Jo-Ann Stores, LLC | Unsecured | $117.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc., Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 61 | NAVEL, KERI ADDRESS ON FILE | 8707 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 62 | NORMAND, DALENE ADDRESS ON FILE | 12068 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 63 | O'DONNELL, BAILEY ADDRESS ON FILE | 1929 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 64 | OWENS, MICHELLE LEE ADDRESS ON FILE | 12704 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 65 | PAULSON, MARIKA CAROL ADDRESS ON FILE | 10138 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 66 | PECOR, BONNIE SUE ADDRESS ON FILE | 4986 | JOANN Inc. | 503(b)(9) | $78.21 | JOANN Inc. | Unsecured | $78.21 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 67 | PEFFER, JOANNE ADDRESS ON FILE | 12509 | JOANN Inc. | 503(b)(9) | $80.00 | JOANN Inc. | Unsecured | $80.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 68 | PROFFITT, YVONNE FAYE ADDRESS ON FILE | 1257 | Jo-Ann Stores, LLC | 503(b)(9) | $145.02 | Jo-Ann Stores, LLC | Unsecured | $145.02 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 69 | QUASHNICK, SHELENI ADDRESS ON FILE | 9056 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 70 | RAGSDALE, DAVID WILLARD ADDRESS ON FILE | 5171 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 71 | REAM, CHERYL L ADDRESS ON FILE | 10737 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 72 | RETZER, LINDSEY ADDRESS ON FILE | 1179 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $125.00 |
| | | | JOANN Inc. | Unsecured | $25.00 | | | |
| | | | | Subtotal | $125.00 | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 73 | RIVERA, HAYLEY ADDRESS ON FILE | 12727 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 74 | RODRIGUEZ, THERESA A ADDRESS ON FILE | 5291 | Jo-Ann Stores, LLC | 503(b)(9) | $53.00 | Jo-Ann Stores, LLC | Unsecured | $53.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 75 | ROSSOTTO, SHAWNNA ANN ADDRESS ON FILE | 5865 | JOANN Inc. | 503(b)(9) | $60.00 | JOANN Inc. | Unsecured | $60.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068

Third Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | | ASSERTED CLAIMS | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 76 | SARGENT, CATHY ADDRESS ON FILE | 7668 | JOANN Inc. | 503(b)(9) | $73.02 | JOANN Inc. | Unsecured | $73.02 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 77 | SCHMOLL, PEGGY G ADDRESS ON FILE | 5136 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 78 | SCHNEIDER, DAWN M ADDRESS ON FILE | 2548 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 79 | SCHNEIDER, NANCY BETH ADDRESS ON FILE | 12748 | JOANN Inc. | 503(b)(9) | $161.55 | JOANN Inc. | Unsecured | $161.55 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 80 | SCHULMAN, DAVID B ADDRESS ON FILE | 6405 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068

## Third Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 81 | SHELL, STEPHANIE ADDRESS ON FILE | 1493 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82 | SIMPSON-FORGET, SHELLEY ADDRESS ON FILE | 3871 | JOANN Inc. | 503(b)(9) | $79.66 | JOANN Inc. | Unsecured | $79.66 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 83 | SIMS, J'VON ADDRESS ON FILE | 7902 | JOANN Inc. | 503(b)(9) | $71.35 | JOANN Inc. | Unsecured | $71.35 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84 | SMITH, KYLIE ADDRESS ON FILE | 14039 | JOANN Inc. | 503(b)(9) | $70.00 | JOANN Inc. | Unsecured | $70.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 85 | SPEAR, ANA ADDRESS ON FILE | 3991 | JOANN Inc. | 503(b)(9) | $111.75 | JOANN Inc. | Unsecured | $111.75 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 86 | STAEBLER, KAITLIN ADDRESS ON FILE | 3385 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 87 | STAFFORD, TOMI ADDRESS ON FILE | 12429 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 88 | STORIE, HELEN DENISE ADDRESS ON FILE | 1837 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 89 | THOMPSON, CATHY ADDRESS ON FILE | 4872 | JOANN Inc. | 503(b)(9) | $53.73 | JOANN Inc. | Unsecured | $53.73 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90 | TOOMBS, CURTIS ADDRESS ON FILE | 4461 | Jo-Ann Stores, LLC | 503(b)(9) | $95.00 | Jo-Ann Stores, LLC | Unsecured | $95.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

Third Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
| 91 | TOUMEY, JOHN ADDRESS ON FILE | 8472 | JOANN Inc. | 503(b)(9) | $72.93 | JOANN Inc. | Unsecured | $72.93 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 92 | TRAMPOSCH, PAT ADDRESS ON FILE | 1517 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 93 | VALENTINE, DYANA ADDRESS ON FILE | 4122 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 94 | VOLKMAN, REBECCA ADDRESS ON FILE | 5867 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $80.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $80.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 95 | WARE, KATHLEEN A ADDRESS ON FILE | 6541 | JOANN Inc. | 503(b)(9) | $69.73 | JOANN Inc. | Unsecured | $69.73 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN inc. Case No. 25-10068

## Third Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 96 | WATSON, MARLENE ADDRESS ON FILE | 4409 | JOANN Inc. | 503(b)(9) | $124.12 | JOANN Inc. | Unsecured | $124.12 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 97 | WILLIAMS, BRANDI ADDRESS ON FILE | 1485 | JOANN Inc. | 503(b)(9) | $67.00 | JOANN Inc. | Unsecured | $67.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 | WILSON, JOANNA MAE ADDRESS ON FILE | 5572 | JOANN Inc. | 503(b)(9) | $77.61 | JOANN Inc. | Unsecured | $77.61 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 | WOOD, KATHLEEN GRACE ADDRESS ON FILE | 13458 | Jo-Ann Stores, LLC | 503(b)(9) | $93.85 | Jo-Ann Stores, LLC | Unsecured | $93.85 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 100 | YOUNG, LAURA ADDRESS ON FILE | 8218 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |