**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

## ORDER SUSTAINING DEBTORS' FOURTH
## OMNIBUS OBJECTION TO CERTAIN CLAIMS (NON-SUBSTANTIVE)
### (Duplicate Claims& Amended Claims)

Upon consideration of the *Debtors' Fourth Omnibus Objection to Certain Claims (Non-Substantive)* (the "Objection");[2] and upon consideration of the Haughey Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]   Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Duplicate Claim on **<u>Exhibit 1</u>** is hereby disallowed and expunged.

3.      Each Amended Claim on **<u>Exhibit 2</u>** is hereby disallowed and expunged.

4.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

5.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

6.      The Debtors' objection to each Duplicate Claim and Amended Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Duplicate Claim and Amended Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

7.      This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

8.      The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## Exhibit 1

**Duplicate Claims**

JOANN Inc. Case No. 25-10068

Fourth Omnibus Non-Substantive Claims Objection

Ex. 1 - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CAOXIAN LUYI GUANGFA ART AND CRAFT. CO, LTD BENNY ZHANG NO 001 QINGHE MIDDLE ROAD CAOXIAN COUNTY HEZE, SD, 27440 | 01/21/25 | 25-10068 JOANN Inc. | 382 | $81,336.03 | CAOXIAN LUYI GUANGFA ART AND CRAFT CO., LTD NO 001 QINGHE MIDDLE ROAD CAOXIAN COUNTY HEZE-SHANDONG-CHINA, 27440 | 01/23/25 | 25-10068 JOANN Inc. | 340 | $81,336.03 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 2 | MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI, GENERAL MANAGER 1 HOLIDAY PARK DR. BUTTE, MT 59701 | 03/31/25 | 25-10068 JOANN Inc. | 10676 | $4,011.04 | MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 03/31/25 | 25-10068 JOANN Inc. | 11986 | $4,011.04 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| | | | TOTAL | | $85,347.07 | | | TOTAL | | $85,347.07 |

## Exhibit 2

**Amended Claims**

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AMERICAN FOOD AND VENDING CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: SARA C. TEMES, ESQ. ONE LINCOLN CENTER SYRACUSE, NY 13202 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10765 | $99,283.42 | AMERICAN FOOD AND VENDING CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: SARA C. TEMES, ESQ. ONE LINCOLN CENTER SYRACUSE, NY 13202 | 04/10/25 | 25-10072 Jo-Ann Stores, LLC | 12750 | $83,448.77 |
| | Reason:  Amended Claim | | | | | | | | | |
| 2 | ART SUPPLY ENTERPRISES INC. DBA MACPHERSONS 2935 SHAWNEE INDUSTRIAL WAY SUITE 100 SUWANEE, GA 30024-4644 | 02/03/25 | 25-10068 JOANN Inc. | 296 | $1,117,896.24 | ART SUPPLY ENTERPRISES DBA MACPHERSONS 2935 SHAWNEE INDUSTRIAL WAY SUITE 100 SUWANEE, GA 30024-4644 | 03/25/25 | 25-10068 JOANN Inc. | 7651 | $1,117,896.24 |
| | Reason:  Amended Claim | | | | | | | | | |
| 3 | CRAFT SMITH, LLC 200 E CHAPMAN AVE ORANGE, CA 92866 | 01/22/25 | 25-10068 JOANN Inc. | 391 | $247,496.16 | CRAFT SMITH LLC 200 E CHAPMAN AVE ORANGE, CA 92866 | 03/03/25 | 25-10068 JOANN Inc. | 987 | $247,496.16 |
| | Reason:  Amended Claim | | | | | | | | | |
| 4 | CS INTERNATIONAL (HK) TOYS LIMITED 7TH FLOOR, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 01/22/25 | 25-10068 JOANN Inc. | 396 | $1,562,564.21 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10068 JOANN Inc. | 1422 | $1,558,150.97 |
| | Reason:  Amended Claim | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Fourth Omnibus Non-Substantive Claims Objection

Ex. 2 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | DMC CORPORATION 86 NORTHFIELD AVE EDISON, NJ 08837 | 03/18/25 | 25-10068 JOANN Inc. | 2204 | $936,200.78 | DMC CORPORATION 86 NORTHFIELD AVE EDISON, NJ 08837 | 03/28/25 | 25-10068 JOANN Inc. | 8842 | $936,200.78 |
| | Reason: Amended Claim | | | | | | | | | |
| 6 | ELEGANT HOME LIMITED JOSEPH LEE UNIT 11, 19F, INTERNATIONAL TRADE CENTRE 11-19 SHA TSUI ROAD, TSUEN WAN HONG KONG, | 01/27/25 | 25-10072 Jo-Ann Stores, LLC | 335 | $1,221,210.63 | ELEGANT HOME LTD. KEVIN M. CAPUZZI, ESQ. 1313 N. MARKET ST. SUITE 1201 WILMINGTON, DE 19801 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 10445 | $1,221,210.63* |
| | Reason: Amended Claim | | | | | | | | | |
| 7 | ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FLOOR 12 NEW YORK, NY 10016 | 03/28/25 | 25-10072 Jo-Ann Stores, LLC | 8485 | $2,394,092.73 | ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FL. 12 NEW YORK, NY 10016 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 10326 | $2,394,092.73 |
| | Reason: Amended Claim | | | | | | | | | |
| 8 | EVERBEST (QINGDAO) COMPANY ROOM 709, YUYUAN BUILDING TOWER B NO.75 XIANG GANG XI ROAD QINGDAO, | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 406 | $700,667.30 | EVERBEST (QINGDAO) COMPANY 255 W FOOTHILL BLVD AUITE 205 UPLAND, CA 91786 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10244 | $700,667.30 |
| | Reason: Amended Claim | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Fourth Omnibus Non-Substantive Claims Objection

Ex. 2 - Amended Claims

|  | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9   LEISURE ARTS 104 CHAMPS BLVD, SUITE 100 PO BOX 2683 MAUMELLE, AR 72113 | 03/19/25 | 25-10072 Jo-Ann Stores, LLC | 6474 | $70,428.87 | LEISURE ARTS 104 CHAMPS BLVD SUITE 100 MAUMELLE, AR 72113 | 03/26/25 | 25-10072 Jo-Ann Stores, LLC | 4106 | $70,428.87 |
| Reason:  Amended Claim | | | | | | | | | |
| 10   MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 02/27/25 | 25-10068 JOANN Inc. | 1307 | $943,452.13 | MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 04/04/25 | 25-10068 JOANN Inc. | 11978 | $19,286.40 |
| Reason:  Amended Claim | | | | | | | | | |
| 11   MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 02/10/25 | 25-10068 JOANN Inc. | 498 | $943,452.13 | MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 02/27/25 | 25-10068 JOANN Inc. | 1307 | $943,452.13 |
| Reason:  Amended Claim | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | NTT INC. DBA FABRIC TRADITIONS 530 7TH AVENUE SUITE305-306 NEW YORK, NY 10018 | 02/27/25 | 25-10068 JOANN Inc. | 653 | $2,470,570.13 | FABRIC TRADITIONS 530 7TH AVENUE 305 NEW YORK, NY 10018<br><br>Transferred to: CRG FINANCIAL LLC (AS ASSIGNEE OF NTT INC. DBA FABRIC TRADITIONS) 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 03/06/25 | 25-10068 JOANN Inc. | 2697 | $1,989,318.62 |
| | | | | | | FABRIC TRADITIONS 530 7TH AVENUE 305 NEW YORK, NY 10018<br><br>Transferred to: CRG FINANCIAL LLC (AS ASSIGNEE OF NTT INC. DBA FABRIC TRADITIONS) 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 03/06/25 | 25-10068 JOANN Inc. | 2697 | $481,251.51 |
| | Reason:  Amended Claim | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Fourth Omnibus Non-Substantive Claims Objection

Ex. 2 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | OPTIMUM BUYING LTD HALF OAK HOUSE 28 WATFORD ROAD NORTHWOOD, HA6 3NT | 01/24/25 | 25-10068 JOANN Inc. | 6 | $401,952.51 | OPTIMUM BUYING LTD. HALF OAK HOUSE 28 WATFORD ROAD NORTHWOOD, HA6 3NT | 02/13/25 | 25-10068 JOANN Inc. | 431 | $401,952.51 |
| | Reason:  Amended Claim | | | | | | | | | |
| 14 | PAISLEY CRAFTS LLC 5661 E. SHIELDS AVE. FRESNO, CA 93727 | 01/29/25 | 25-10068 JOANN Inc. | 73 | $588,619.80 | PAISLEY CRAFTS, LLC 5661 E SHIELDS AVE FRESNO, CA 93727 | 03/11/25 | 25-10068 JOANN Inc. | 1646 | $588,619.80 |
| | Reason:  Amended Claim | | | | | | | | | |
| 15 | PARAMOUNT HOME COLLECTIONS PVT LTD C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11992 | $478,641.62* | PARAMOUNT HOME COLLECTIONS PVT LTD GATE 2A-2B 16TH KM STONE, DELHI ROAD VILLAGE CHOUDHARPUR AMORHA, UTTAR PRADESH, 244222 | 04/11/25 | 25-10072 Jo-Ann Stores, LLC | 12816 | $478,643.61* |
| | Reason:  Amended Claim | | | | | | | | | |
| 16 | PCT VINYL 5790 COTE DE LIESSE MONTREAL, QC H4T 1B1 | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 115 | $242,597.95 | PCT VINYL 422 ISABEY STREET MONTREAL, QC, H4T 1V3 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10785 | $242,597.95 |
| | Reason:  Amended Claim | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Fourth Omnibus Non-Substantive Claims Objection

Ex. 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | SHANGHAI ALLTEX TECHNOLOGY CO LTD 3 F NO 12 LANE 688 HENGNAN ROAD SHANGHAI, 201112 <br><br> Reason: Amended Claim | 02/05/25 | 25-10072 Jo-Ann Stores, LLC | 286 | $37,180.61 | SHANGHAI ALLTEX TECHNOLOGY CO LTD 3 F NO 12 LANE 688 HENGNAN ROAD SHANGHAI, | 02/21/25 | 25-10072 Jo-Ann Stores, LLC | 544 | $42,601.94 |
| 18 | SHANGHAI LIFETEX INDUSTRY CO LTD NO 17, LANE 688, HENGNAN ROAD MINHANG DISTRICT SHANGHAI, 201112 <br><br> Reason: Amended Claim | 02/10/25 | 25-10072 Jo-Ann Stores, LLC | 299 | $305,938.04 | SHANGHAI LIFETEX INDUSTRY CO LTD NO 17, LANE 688, HENGNAN ROAD SHANGHAI, | 02/21/25 | 25-10072 Jo-Ann Stores, LLC | 543 | $412,156.81 |
| 19 | SHENZHENRIZEE CULTURAL CREATIVITY CO, LTD ZENG JINQING UNIT 1301 RONGCHAO BINHAI BUILDING B HAIXIU ROAD SHENZHEN, CN, 51810 <br><br> Reason: Amended Claim | 01/23/25 | 25-10068 JOANN Inc. | 179 | $586,853.68 | USA DEBT RECOVERY SOLUTIONS, INC. ASSIGNEE OF SHENZHEN RIZEE CULTURAL CREATIVITY CO., LTD 255 W FOOTHILL BLVD SUITE 205 UPLAND, CA 91786 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 11951 | $514,949.80 |

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | TUFKO INTERNATIONAL KOLLAMKULAM BUILDING# 1/51A, ANAKKAL P.O, KANJIRAPALLY KOTTAYAM, KERALA, 686508 | 01/31/25 | 25-10072 Jo-Ann Stores, LLC | 87 | $1,092,776.54 | TUFKO INTERNATIONAL KOLLAMKULAM BUILDING # 1/51A, ANAKKAL P.O., KANJIRAPALLY KOTTAYAM, KERALA KOTTAYAM, KERALA, 686508 | 02/28/25 | 25-10072 Jo-Ann Stores, LLC | 666 | $1,466,109.21 |
| | Reason:  Amended Claim | | | | | | | | | |
| 21 | VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD, LUDHIANA LUDHIANA, PUNJAB, 141010 | 04/04/25 | 25-10068 JOANN Inc. | 10041 | $1,510,406.03 | VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD LUDHIANA, PUNJAB, 141010 | 04/15/25 | 25-10068 JOANN Inc. | 13479 | $1,510,406.03 |
| 22 | VARDHMAN TEXTILES LIMITED CHANDIGARH ROAD LUDHIANA, PUNJAB, 141010 | 02/22/25 | 25-10068 JOANN Inc. | 562 | $1,094,527.21 | VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD, LUDHIANA LUDHIANA, PUNJAB, 141010 | 04/04/25 | 25-10068 JOANN Inc. | 10041 | $1,510,406.03 |
| | Reason:  Amended Claim | | | | | | | | | |
| | | | TOTAL | | $19,046,808.72* | | | TOTAL | | $18,931,344.80* |