5

## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, hereby certify that, on this 31st day of May, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: May 31, 2025<br>Wilmington, Delaware | /s/ Ronald S. Gellert<br>Ronald S. Gellert (No. 4259)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |