vClass A MemberIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| JOANN INC., *et al.*[1] | ) ) | Case No. 25-10068 (CTG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) | **Re: D.I. 843** |

**NOTICE OF WITHDRAWAL OF
T MESQUITE MKT WVS TX, LLC'S LIMITED OBJECTION
TO THE PROPOSED CURE AMOUNT FOR DEBTORS TO ASSUME
AND ASSIGN THE T MESQUITE MKT WVS TX, LLC COMMERCIAL
LEASE TO BURLINGTON COAT FACTORY OF TEXAS, L.P.**

T Mesquite MKT WVS TX, LLC ("T Mesquite"), by and through its undersigned counsel, hereby withdraws the *T Mesquite MKT WVS TX, LLC's Limited Objection to the Proposed Cure Amount for Debtors to Assume and Assign the T Mesquite MKT WVS TX, LLC Commercial Lease to Burlington Coat Factory of Texas, L.P.* filed on May 12, 2025 at Docket No. 843.

Dated: June 2, 2025

Respectfully submitted,

**CLARK HILL PLC**

/s/ *Karen M. Grivner*
Karen M. Grivner (Bar No. 4372)
824 N. Market Street, Suite 710
Wilmington, DE 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439
kgrivner@clarkhill.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Michael A. Brandess
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 526-1542
Facsimile: (312) 655-1501
michael.brandess@huschblackwell.com

*Attorneys for T Mesquite MKT WVS TX, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 2, 2025, I caused a true and correct copy of this *Notice of Withdrawal* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the notice parties listed on the attached service list as set forth in the Procedures Order.

/s/ *Karen M. Grivner*

## SERVICE LIST

**Debtors**
Jo-Ann Stores, LLC
Attn.: Ann Aber, EVP, Chief Legal and Human Resources Officer
5555 Darrow Road
Hudson, Ohio 44236

**Co-Counsel to Debtors**
Kirkland & Ellis LLP
Attn.: Aparna Yenamandra
601 Lexington Ave.
New York, New York 10022
aparna.yenamandra@kirkland.com

Kirland & Ellis LLP
Attn.: Jeffrey Michalik, Lindsey Blumenthal
333 West Wolf Point Plaza
Chicago, Illinois 60654
jeff.mickalik@kirkland.com
lindsey.blumenthal@kirkland.com

**Counsel to Prepetition ABL Agent**
Morgan, Lewis & Bockius LLP
Attn.: Christopher L. Carter, Marjorie Crider
One Federal Street
Boston, Massachusetts 02110
christopher.carter@morganlewis.com
marjorie.crider@morganlewis.com
-and-
Reed Smith LLP,
Attn.: Kurt F. Gwynne, Jason D. Angelo
1201 North Market St., Suite 1500
Wilmington, Delaware 19801
kgwynne@reedsmith.com
jangelo@reedsmith.com

**United States Trustee**
United States Trustee
Attn.: Malcom M. Bates
844 King St., Suite 2207, Lockbox 35
Wilmington, Delaware 19801
malcolm.m.bates@usdoj.gov

**Co-Counsel to Debtors**
Cole Schotz P.C.,
Attn.: Patrick J. Reilley, Stacy L. Newman, Michael E. Fitzpatrick, Jack M. Dougherty
500 Delaware Ave., Suite 1410
Wilmington, Delaware 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

**Counsel to Prepetition Term Loan Agent**
ArentFox Schiff LLP
Attn.: Jeffrey Gleit
1301 Ave. of the Americas, 42nd Floor
New York, New York 10019
jeffrey.gleit@afslaw.com

ArentFox Schiff LLP
Attn.: Jonathan Bagg
1717 K Street NW
Washington, D.C. 20006
jonathanbagg@afslaw.com

ArentFox Schiff LLP
Attn.: Matthew Bentley
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
matthew.bentley@afslaw.com

HB: 4900-3243-3180.3
CLARKHILL\100817\1002856\282291621.v1-6/2/25

| | |
|---|---|
| **Counsel to Prepetition FILO Agent**<br>Choate Hall & Stewart LLP<br>Attn.: John Ventola, Jonathan Marshall<br>2 International Place<br>Boston, Massachusetts 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>-and-<br>DLA Piper LLP (US)<br>Attn.: Stuart Brown, Esq<br>1201 N. Market St., Suite 2100<br>Wilmington, Delaware 19801<br>stuart.brown@dlapiper.com | **Counsel to the Prepetition Term Loan Lender Ad Hoc Group**<br>Gibson, Dunn & Crutcher LLP<br>Attn.: Scott Greenberg, Kevin Liang, Josh Brody<br>200 Park Ave.<br>New York, New York 10166<br>sgreenberg@gibsondunn.com<br>kliang@gibsondunn.com<br>jbrody@gibsondunn.com |
| **Counsel to Gordon Brothers Retail Partners, LLC**<br>Katten Muchin Rosenman LLP<br>Attn.: Steven Reisman, Cindi Giglio<br>50 Rockefeller Plaza<br>New York, New York 10020<br>sreisman@katten.com<br>cgiglio@katten.com | **Counsel to Official Committee of Unsecured Creditors**<br>Kelley Drye & Warren LLP<br>Attn.: Jason Adams, Maeghan McLoughlin, Connie Choe<br>3 World Trade Center<br>New York, New York 10007<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com<br>-and-<br>Pachulski Stang Ziehl & Jones LLP<br>Attn.: Bradford Sandler, James O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>bsandler@pszjlaw.com<br>joneill@pszjlaw.com |

HB: 4900-3243-3180.3
CLARKHILL\100817\1002856\282291621.v1-6/2/25