IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2025, I caused copies of the foregoing *Response of OOCL USA, Inc. to Objection to Claim #1432 in Debtors' First Omnibus Objection to Certain Claims* to be served via electronic mail upon the parties listed below and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case:

| Name | Email address | Representing |
|---|---|---|
| Patrick J. Reilley | preilley@coleschotz.com | Debtors |
| Stacy L. Newman | snewman@coleschotz.com | Debtors |
| Michael E. Fitzpatrick | mfitzpatrick@coleschotz.com | Debtors |
| Jack M. Dougherty | jdougherty@coleschotz.com | Debtors |
| Joshua A. Sussberg | joshua.sussberg@kirkland.com | Debtors |
| Aparna Yenamandra | aparna.yenamandra@kirkland.com | Debtors |
| Anup Sathy | anup.sathy@kirkland.com | Debtors |
| Jeffrey Michalik | jeff.michalik@kirkland.com | Debtors |
| Lindsey Blumenthal | lindsey.blumenthal@kirkland.com | Debtors |
| Bradford Sandler | bsandler@pszjlaw.com | Committee |
| James E. O'Neill | joneill@pszjlaw.com | Committee |
| Eric R. Wilson | ewilson@kelleydrye.com | Committee |
| Jason R. Adams | jadams@kelleydrye.com | Committee |
| Maeghan McLoughlin | mmcloughlin@kelleydrye.com | Committee |

**HOGAN MCDANIEL**

By: */s/ Daniel C. Kerrick*
Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Tel:   (302) 656-7540
Fax:   (302) 656-7599

-and-

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

By: */s/ Rick A. Steinberg*
Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Email: rsteinberg@pricemeese.com
*(Pro Hac Vice Admission Pending)*

Attorneys for OOCL USA Inc.