# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*, | ) Case No. 25-10068 (CTG) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1008

Enchante Accessories, Inc., by and through undersigned counsel, hereby withdraws the *Motion for Allowance and Payment of Administrative Claim Pursuant to Section 503(b) of the Bankruptcy Code or, Alternatively, to Compel Performance Under Postpetition Contract* [D.I. No. 1008], filed on May 28, 2025, in the above-captioned chapter 11 case.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Michael Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
Email: mjoyce@mjlawoffices.com

*Counsel to Enchante Accessories, Inc.*

1