# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 27, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Agenda Service List attached hereto as **Exhibit A**:

- Notice of Amended Agenda of Matters Scheduled for Hearing on May 28, 2025 at 1:00 p.m. (Eastern Time) before the Honorable Craig T. Goldblatt [Docket No. 993]

Dated: June 4, 2025

                                                                                             */s/ Eladio Perez*
                                                                                                Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 4, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

SRF 88759

**Exhibit A**

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF MCKINNEY, MCKINNEY ISD, CITY OF PLANO, CITY OF SHERMAN | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN<br>1700 REDBUD BLVD, STE. 300<br>MCKINNEY TX 75069 | | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM | Email |
| ATTORNEYS FOR CREDITOR SQUARE ONE PARTNERS, LLC | ANSELL GRIMM & AARON, P.C. | ATTN: ANTHONY J. D'ARTIGLIO, ESQ.<br>365 RIFLE CAMP ROAD<br>WOODLAND PARK NJ 07424 | | ADARTIGLIO@ANSELL.LAW | Email |
| COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. ("CHINA NATIONAL") | ARCHER & GREINER, P.C. | ATTN: JIANGANG OU, ESQUIRE<br>3040 POST OAK BOULEVARD, SUITE 1800-150<br>HOUSTON TX 77056 | | JOU@ARCHERLAW.COM | Email |
| COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. ("CHINA NATIONAL") | ARCHER & GREINER, P.C. | ATTN: NATASHA M. SONGONUGA, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1100<br>WILMINGTON DE 19801 | | NSONGONUGA@ARCHERLAW.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 | | JEFFREY.GLEIT@AFSLAW.COM<br>BRETT.GOODMAN@AFSLAW.COM | Email |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG<br>1717 K STREET NW<br>WASHINGTON DC 20006 | | JONATHAN.BAGG@AFSLAW.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY<br>233 SOUTH WACKER DRIVE<br>SUITE 7100<br>CHICAGO IL 60606 | | MATTHEW.BENTLEY@AFSLAW.COM | Email |
| COUNSEL TO TRAVIS COUNTY | ASSISTANT COUNTY ATTORNEY | ATTN: JASON A. STARKS<br>P.O. BOX 1748<br>AUSTIN TX 78767 | | JASON.STARKS@TRAVISCOUNTYTX.GOV | Email |
| COUNSEL TO LOW TECH TOY CLUB LLC | BALASIANO & ASSOCIATES, PLLC | ATTN: STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ.<br>6701 BAY PARKWAY<br>3RD FLOOR<br>BROOKLYN NY 11204 | | STEVEN@BALASIANOLAW.COM<br>JUDAH@BALASIANOLAW.COM | Email |
| ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; ACADIA REALTY LIMITED PARTNERSHIP; AMERICAN FORK SC, LLC; EDENS; GALLATIN MALL GROUP, L.L.C.; LANCASTER DEVELOPMENT COMPANY LLC; MARKETPLACE WEST PARTNERS, LLC; PBA II, LLC; PRIDE CENTER CO., LLC; RENAISSANCE PARTNERS I, LLC; SANTA SUSANA GRF2, LLC AND SHERMAN COMMONS, L.P. | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, ESQUIRE, NAHAL ZARNIGHIAN, ESQUIRE<br>2029 CENTURY PARK EAST<br>SUITE 1400<br>LOS ANGELES CA 90067-2915 | | BRANCHD@BALLARDSPAHR.COM<br>ZARNIGHIANN@BALLARDSPAHR.COM | Email |
| COUNSEL TO BMA JC LLC; BRIXMOR OPERATING PARTNERSHIP LP; FEDERAL REALTY OP LP; HUTENSKY CAPITAL PARTNERS, LLC; RD MANAGEMENT, LLC; SHOPPING CENTER ASSOCIATES, LP; TPP 217 TAYLORSVILLE, LLC; THE STERLING ORGANIZATION; AND WESTFORD VALLEY MARKETPLACE, INC., ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; ACADIA REALTY LIMITED PARTNERSHIP; AMERICAN FORK SC, LLC; EDENS; GALLATIN MALL GROUP, L.L.C.; LANCASTER DEVELOPMENT COMPANY LLC; MARKETPLACE WEST PARTNERS, LLC; PBA II, LLC; PRIDE CENTER CO., LLC; RENAISSANCE PARTNERS I, LLC; SANTA SUSANA GRF2, LLC AND SHERMAN COMMONS, L.P. | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034 | | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO TUFKO INTERNATIONAL, SEASONS SPECIAL CO., LTD. ("SEASONS"), PROMAX MANUFACTURING CO., LTD. ("PROMAX"), ELEGANT HOMES LIMITED ("EHL"), INFOSYS LIMITED ("INFOSYS"), POLYTEK DEVELOPMENT CORPORATION ("POLYTEK") | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JOHN C. GENTILE, KEVIN M. CAPUZZI, STEVEN L. WALSH, JUAN E. MARTINEZ<br>1313 NORTH MARKET STREET<br>SUITE 1201<br>WILMINGTON DE 19801 | | JGENTILE@BENESCHLAW.COM<br>KCAPUZZI@BENESCHLAW.COM<br>SWALSH@BENESCHLAW.COM<br>JMARTINEZ@BENESCHLAW.COM | Email |
| COUNSEL TO SUNBEAM DEVELOPMENT CORP | BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN: JEFFREY I. SNYDER, ESQ.<br>1450 BRICKELL AVENUE<br>23RD FLOOR<br>MIAMI FL 33131-3456 | | JSNYDER@BILZIN.COM | Email |
| COUNSEL TO GVD COMMERCIAL PROPERTIES, INC. | BROCKSTEDT MANDALAS FEDERICO LLC | ATTN: STEPHEN W. SPENCE, ESQUIRE<br>1413 SAVANNAH ROAD<br>SUITE 1<br>LEWES DE 19958 | | SSPENCE@LAWBMF.COM | Email |
| BROOKFIELD PROPERTIES RETAIL INC., AS DIRECT AND INDIRECT OWNER AND/OR MANAGING AGENT AS LANDLORD FOR THE DEBTOR | BROOKFIELD PROPERTIES RETAIL INC. AS AGENT | ATTN: KRISTEN N. PATE, GENERAL COUNSEL<br>350 N. ORLEANS STREET<br>SUITE 300<br>CHICAGO IL 60654-1607 | | BK@BPRETAIL.COM | Email |
| COUNSEL TO BROWARD COUNTY TAX COLLECTOR | BROWARD COUNTY ATTORNEY'S OFFICE | ATTN: ANDREW J. MEYERS, SCOTT ANDRON<br>GOVERNMENTAL CENTER, SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33301 | | SANDRON@BROWARD.ORG | Email |
| COUNSEL TO ROTH BROS., INC., A SODEXO COMPANY | BROWN NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE<br>919 N. MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | | JNIMEROFF@BROWNNIMEROFF.COM | Email |
| COUNSEL TO GILDAN ACTIVEWEAR, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH<br>ONE METROPOLITAN SQUARE<br>211 NORTH BROADWAY, SUITE 3600<br>ST. LOUIS MO 63102 | | DAVID.UNSETH@BCLPLAW.COM | Email |
| COUNSEL TO GILDAN ACTIVEWEAR, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: JARRET P. HITCHINGS<br>301 S. COLLEGE STREET<br>SUITE 2150<br>CHARLOTTE NC 28202 | | JARRET.HITCHINGS@BCLPLAW.COM | Email |
| COUNSEL TO MILLBRAE SQUARE COMPANY, ORACLE AMERICA, INC. | BUCHALTER, A PROFESSSIONAL CORPORATION | ATTN: VALERIE BANTNER PEO, SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | | VBANTNERPEO@BUCHALTER.COM<br>SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO BROOKSIDE PROPERTIES, INC. | BURR & FORMAN LLP | ATTN: EMILY TAUBE<br>222 SECOND AVENUE SOUTH<br>SUITE 2000<br>NASHVILLE TN 37201 | | ETAUBE@BURR.COM | Email |
| COUNSEL TO BROOKSIDE PROPERTIES, INC., CTO CAROLINA PAVILION, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION, CTO23 ROCKWALL LLC AS SUCCESSOR IN INTEREST TO EXCEL ROCKWALL LLC ("CTO23 ROCKWALL LLC"),  IGI21 KATY LLC ("IGI21") | BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI<br>222 DELAWARE AVENUE<br>SUITE 1030<br>WILMINGTON DE 19801 | | JFALGOWSKI@BURR.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO CTO CAROLINA PAVILION, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION, CTO23 ROCKWALL LLC AS SUCCESSOR IN INTEREST TO EXCEL ROCKWALL LLC ("CTO23 ROCKWALL LLC"),  IGI21 KATY LLC ("IGI21") | BURR & FORMAN LLP | ATTN: J. ELLSWORTH SUMMERS, JR., DANA L. ROBBINS-BOEHNER<br>50 NORTH LAURA STREET<br>SUITE 3000<br>JACKSONVILLE FL 32202 | | ESUMMERS@BURR.COM<br>DROBBINS-BOEHNER@BURR.COM | Email |
| COUNSEL TO PARK ASSOCIATES LP | CAMPBELL & LEVINE, LLC | ATTN: KATHERINE L. HEMMING, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1620<br>WILMINGTON DE 19801 | | KHEMMING@CAMLEV.COM | Email |
| COUNSEL TO CRAFTY (AL) LLC ("CRAFTY") | CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019 | | ALAN.LIPKIN@CHAFFETZLINDSEY.COM | Email |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC. | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR., ESQUIRE, MARK D. OLIVERE, ESQUIRE<br>HERCULES PLAZA<br>1313 NORTH MARKET STREET, SUITE 5400<br>WILMINGTON DE 19801 | | CHIPMAN@CHIPMANBROWN.COM<br>OLIVERE@CHIPMANBROWN.COM | Email |
| COUNSEL TO THE PREPETITION FILO AGENT, 1903P LOAN AGENT, LLC, 1903 PARTNERS, LLC | CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 | | JMARSHALL@CHOATE.COM<br>JVENTOLA@CHOATE.COM<br>HFOUSHEE@CHOATE.COM<br>ATHOMAS@CHOATE.COM | Email |
| COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC | CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, TARA L. BUSH<br>901 MAIN STREET<br>SUITE 6000<br>DALLAS TX 75202 | | AHORNISHER@CLARKHILL.COM<br>TBUSH@CLARKHILL.COM | Email |
| COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC, DAANE'S DEVELOPMENT COMPANY | CLARK HILL PLC | ATTN: KAREN M. GRIVNER<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON DE 19801 | | KGRIVNER@CLARKHILL.COM | Email |
| COUNSEL TO DAANE'S DEVELOPMENT COMPANY | CLARK HILL PLC | ATTN: SANDRA S. HAMILTON<br>200 OTTAWA AVENUE NW<br>SUITE 500<br>GRAND RAPIDS MI 49503 | | BANKRUPTCYFILING@CLARKHILL.COM | Email |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | | PREILLEY@COLESCHOTZ.COM<br>SNEWMAN@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>JDOUGHERTY@COLESCHOTZ.COM | Email |
| COUNSEL TO BLUE YONDER, INC. | CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER<br>1201 NORTH MARKET STREET<br>20TH FLOOR<br>WILMINGTON DE 19801 | | JWISLER@CONNOLLYGALLAGHER.COM | Email |
| COUNSEL TO MADISON COUNTY, ALABAMA | COUNTY ATTORNEY | ATTN: J. JEFFERY RICH<br>100 NORTHSIDE SQUARE, SUITE 700<br>HUNTSVILLE AL 35801 | | JRICH@MADISONCOUNTYAL.GOV | Email |
| COUNSEL TO KORBER SUPPLY CHAIN US, INC. | COWLES & THOMPSON, P.C. | ATTN: WILLIAM L. SIEGEL<br>901 MAIN STREET<br>SUITE 3900<br>DALLAS TX 75202 | | BSIEGEL@COWLESTHOMPSON.COM | Email |

In re: JOANN Inc., *et al.*
Case No. 25-10068 (CTG)

Page 3 of 15

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO ROBERT W. GIACOMINI, AS TRUSTEE OF THE GIACOMINI TRUST DATED AUGUST 12, 1999, JEANETTE E. GIACOMINI, AS TRUSTEE OF THE JEANETTE E. GIACOMINI REVOCABLE INTERVIVOS TRUST DATED OCTOBER 16, 2002, DAVID A. GIACOMINI, AS TRUSTEE OF THE DAVID A. GIACOMINI TRUST OF 2001 U.D.T. DATED MAY 31, 2001, ROBERT W. GIACOMINI AS TRUSTEE OF THE ROBERT W. GIACOMINI GST EXEMPT TRUST, JEANETTE E. GIACOMINI AS TRUSTEE OF THE JEANETTE E. GIACOMINI GST EXEMPT TRUST, DAVID A. GIACOMINI AS TRUSTEE OF THE DAVID A. GIACOMINI GST EXEMPT TRUST, RONALD GIACOMINI, RICHARD GIACOMINI, AND LISA A. MARTINONI | CROSS & SIMON, LLC | ATTN: KEVIN S. MANN, ESQUIRE<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801 | | KMANN@CROSSLAW.COM | Email |
| COUNSEL FOR THE COUNTY OF LOUDOUN, VIRGINIA | DEPUTY COUNTY ATTORNEY | ATTN: BELKYS ESCOBAR<br>ONE HARRISON STREET, S.E., 5TH FLOOR<br>P.O. BOX 7000<br>LEESBURG VA 20177-7000 | | BELKYS.ESCOBAR@LOUDOUN.GOV | Email |
| COUNSEL TO 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC | DLA PIPER LLP (US) | ATTN: STUART M. BROWN, MATTHEW S. SARNA<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801 | | STUART.BROWN@US.DLAPIPER.COM<br>MATTHEW.SARNA@US.DLAPIPER.COM | Email |
| COUNSEL TO FAIRWAY-FALLS, LLC | ENGLANDER FISCHER | ATTN: BEATRIZ S. MCCONNELL, ESQUIRE<br>721 FIRST AVENUE NORTH<br>ST. PETERSBURG FL 33701 | | BMCCONNELL@EFLEGAL.COM | Email |
| COUNSEL TO RED MOUNTAIN ASSET FUND I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SMART CIENEGA SPE, A CALIFORNIA LIMITED LIABILITY COMPANY, NATTAN, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | ERVIN COHEN & JESSUP LLP | ATTN: BYRON Z. MOLDO<br>9401 WILSHIRE BOULEVARD<br>12TH FLOOR<br>BEVERLY HILLS CA 90212 | | BMOLDO@ECJLAW.COM | Email |
| COUNSEL TO ALMADEN PROPERTIES, LLC | FOX ROTHSCHILD LLP | ATTN: JOSEPH J. DIPASQUALE<br>49 MARKET STREET<br>MORRISTOWN NJ 07960 | | JDIPASQUALE@FOXROTHSCHILD.COM | Email |
| COUNSEL TO ALMADEN PROPERTIES, LLC | FOX ROTHSCHILD LLP | ATTN: STEPHANIE SLATER WARD, ESQUIRE<br>1201 N. MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | | SWARD@FOXROTHSCHILD.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ.<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | | RGOLD@FBTLAW.COM<br>ESEVERINI@FBTLAW.COM | Email |
| COUNSEL TO SUN-YIN (HK) HOLDING LTD. | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ.<br>1201 NORTH ORANGE STREET<br>SUITE 300<br>WILMINGTON DE 19801 | | MBUSENKELL@GSBBLAW.COM | Email |
| COUNSEL TO THE PREPETITION LOAN LENDER AD HOC GROUP, THE AD HOC TERM LOAN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG<br>200 PARK AVENUE<br>NEW YORK NY 10166-0193 | | SGREENBERG@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>CLWILSON@GIBSONDUNN.COM<br>KLIANG@GIBSONDUNN.COM | Email |
| COUNSEL TO BLUM BOULDERS ASSOCIATES I, LLC | GILBERT BIRD LAW FIRM, PC | ATTN: RYAN J. BIRD<br>10575 NORTH 114TH STREET<br>SUITE 115<br>SCOTTSDALE AZ 85259 | | RBIRD@GILBERTBIRDLAW.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO TOLL GLOBAL FORWARDING (USA) INC. | GKG LAW, P.C. | ATTN: BRENDAN COLLINS, RACHEL E. AMSTER<br>1055 THOMAS JEFFERSON STREET, NW<br>SUITE 620<br>WASHINGTON DC 20007 | | BCOLLINS@GKGLAW.COM<br>RAMSTER@GKGLAW.COM | Email |
| COUNSEL TO THE AD HOC TERM LOAN GROUP | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG<br>1185 AVENUE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK NY 10036 | | AGLENN@GLENNAGRE.COM<br>KMAYR@GLENNAGRE.COM<br>ABERRO@GLENNAGRE.COM<br>MDOSS@GLENNAGRE.COM<br>EHONG@GLENNAGRE.COM | Email |
| COUNSEL TO ALMADEN PROPERTIES, LLC | GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK<br>99 WOOD AVENUE SOUTH<br>ISELIN NJ 08830 | | DBRUCK@GREENBAUMLAW.COM | Email |
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DRIVE<br>SUITE 902<br>TAMUNING GU 96913 | | DBMOYLAN@OAGGUAM.ORG<br>ADMINISTRATION@OAGGUAM.ORG | Email |
| COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC | HANSON BRIDGETT LLP | ATTN: NANCY J. NEWMAN, ESQ.<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO CA 94105 | | NNEWMAN@HANSONBRIDGETT.COM | Email |
| COUNSEL TO HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION | HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY<br>ATTENTION: PROPERTY TAX DIVISION<br>P.O. BOX 2848<br>HOUSTON TX 77252 | | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV | Email |
| COUNSEL TO NANCY C. MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR | HILLSBOROUGH COUNTY ATTORNEY | ATTN: BRIAN T. FITZGERALD, ESQ.<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110 | | FITZGERALDB@HCFL.GOV<br>STROUPJ@HCFL.GOV<br>CONNORSA@HCFL.GOV | Email |
| COUNSEL TO THE MARKETPLACE TAVARES, LLC, F/K/A TAMBURRO PROPERTIES II, LLC | HOGAN & MCDANIEL | ATTN: GARVAN F. MCDANIEL, ESQUIRE<br>1311 DELAWARE AVENUE<br>WILMINGTON DE 19806 | | GFMCDANIEL@DKHOGAN.COM | Email |
| COUNSEL TO JANOME AMERICA INC. ("JANOME") | HOLLAND & KNIGHT LLP | ATTN: ARTHUR ROSENBERG, ESQ.<br>787 SEVENTH AVENUE, SUITE 3100<br>NEW YORK NY 10019 | | ARTHUR.ROSENBERG@HKLAW.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | 855-235-6787 | | Facsimile |
| COUNSEL TO JEFFERSON ASSOCIATES, L.P., WARRENTON CENTER LLC | JACKSON & CAMPBELL, P.C. | ATTN: MITCHELL B. WEITZMAN, ESQUIRE<br>2300 N STREET, N.W.<br>SUITE 300<br>WASHINGTON DC 20037 | | MWEITZMAN@JACKSCAMP.COM | Email |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | ATTN: JENNIFER F. WERTZ<br>100 CONGRESS AVENUE<br>SUITE 1100<br>AUSTIN TX 78701 | | JWERTZ@JW.COM | Email |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | ATTN: KRISTHY M. PEGUERO<br>1401 MCKINNEY<br>SUITE 1900<br>HOUSTON TX 77010 | | KPEGUERO@JW.COM | Email |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 5 of 15

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | ATTN: WILLIAM FARMER<br>2323 ROSS AVENUE<br>SUITE 600<br>DALLAS TX 75201 | | WFARMER@JW.COM | Email |
| COUNSEL TO JJD-HOV ELK GROVE, LLC | JOYCE, LLC | ATTN: MICHAEL J. JOYCE<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | | MJOYCE@MJLAWOFFICES.COM | Email |
| COUNSEL TO MARPLE XYZ ASSOCIATES, L.P. | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT, ESQUIRE<br>910 HARVEST DRIVE<br>POST OFFICE BOX 3037<br>BLUE BELL PA 19422 | | WLEVANT@KAPLAW.COM | Email |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605 | | SREISMAN@KATTEN.COM<br>CGIGLIO@KATTEN.COM<br>GRACE.THOMPSON@KATTEN.COM | Email |
| COUNSEL TO COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ., CONNIE CHOE<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | | MMCLOUGHLIN@KELLEYDRYE.COM<br>ABARAJAS@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>JADAMS@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM | Email |
| COMMITTEE OF UNSECURED CREDITORS | KIMCO REALTY CORPORATION | ATTN: RAYMOND EDWARDS<br>500 NORTH BROADWAY<br>SUITE 201<br>JERICHO NY 11753 | | REDWARDS@KIMCOREALTY.COM | Email |
| COUNSEL TO PROJECT SWIFT LLC | KING & SPALDING LLP | ATTN: J. ERIC WISE, NANCY MARIE BELLO<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | | EWISE@KSLAW.COM<br>NBELLO@KSLAW.COM | Email |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL<br>333 WEST WOLF POINT PLAZA<br>CHICAGO IL 60654 | | ANUP.SATHY@KIRKLAND.COM<br>JEFF.MICHALIK@KIRKLAND.COM<br>LINDSEY.BLUMENTHAL@KIRKLAND.COM | Email |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | | JOSHUA.SUSSBERG@KIRKLAND.COM<br>APARNA.YENAMANDRA@KIRKLAND.COM | Email |
| COUNSEL TO OXFORD VALLEY ROAD ASSOCIATES | KURTZMAN | STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE<br>101 N. WASHINGTON AVENUE<br>SUITE 4A<br>MARGATE NJ 08402 | | KURTZMAN@KURTZMANSTEADY.COM | Email |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ., ELIZABETH A. ROGERS, ESQ.<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | | LANDIS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>EROGERS@LRCLAW.COM | Email |
| COUNSEL TO FOF 1073 LLC ("FOF") | LAW OFFICE OF STEPHEN M. KAPLAN | ATTN: STEPHEN M. KAPLAN, ESQUIRE<br>45 ADDINGTON ROAD<br>WEST ROXBURY MA 02132 | | KAPLANLAWWORKS@AOL.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P., LYNNWOOD TOWER, LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E, KAUFMAN, ESQ. 919 N. MARKET STREET, STE. 460 WILMINGTON DE 19801 | | SKAUFMAN@SKAUFMANLAW.COM | Email |
| COUNSEL TO PECKHAM KF, LLC, PECKHAM PH, LLC, PECKHAM SQUARE, LLC | LAW OFFICES OF AMY N. TIRRE | ATTN: AMY N. TIRRE 1495 RIDGEVIEW DRIVE SUITE 90 RENO NV 89519 | | AMY@AMYTIRRELAW.COM | Email |
| COUNSEL TO COLUMBUS PARK CROSSING LLC | LAW OFFICES OF KENNETH L. BAUM LLC | ATTN: KENNETH L. BAUM 201 W. PASSAIC STREET SUITE 104 ROCHELLE PARK NJ 07662 | | KBAUM@KENBAUMDEBTSOLUTIONS.COM | Email |
| COUNSEL TO LA HABRA WESTRIDGE PARTNERS, L.P. | LAW OFFICES OF RONALD K. BROWN, JR., APC | ATTN: RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 | | RON@RKBROWNLAW.COM | Email |
| COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO. | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS 500 DELAWARE AVE. SUITE 700 WILMINGTON DE 19801 | | SCOTT.COUSINS@LEWISBRISBOIS.COM | Email |
| COUNSEL TO NUECES COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS PO BOX 17428 AUSTIN TX 78760-7428 | | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER 112 E. PECAN STREET SUITE 2200 SAN ANTONIO TX 78205 | | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO SMITH COUNTY, ROCKWALL CAD, ELLIS COUNTY, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY, LEWISVILLE ISD, GRAYSON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS TX 75219 | | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CITY OF HOUSTON, KATY ISD, HOUSTON ISD, HOUSTON COMM COLL SYSTEM, CITY OF HUMBLE, CYPRESS-FAIRBANKS ISD, FORT BEND COUNTY, JEFFERSON COUNTY, LONE STAR COLLEGE SYSTEM, HARRIS CO ESD # 47, HARRIS CO ESD # 09, MONTGOMERY COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 | | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COMMITTEE OF UNSECURED CREDITORS | LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG 510 MEADOWMONT VILLAGE CIRCLE SUITE 311 CHAPEL HILL NC 27517 | | ADRIAN@THEWOOBLES.COM | Email |
| COUNSEL TO KEN BURTON, JR. | MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON 1001 3RD AVE W SUITE 240 BRADENTON FL 34205-7863 | | LEGAL@TAXCOLLECTOR.COM | Email |
| COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO. | MANDELBAUM BARRETT PC | ATTN: JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN 3 BECKER FARM ROAD SUITE 105 ROSELAND NJ 07068 | | JROSENTHAL@MBLAWFIRM.COM ALEE@MBLAWFIRM.COM VROLDAN@MBLAWFIRM.COM | Email |

In re: JOANN Inc., *et al.*
Case No. 25-10068 (CTG)
Page 7 of 15

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO SHELBYVILLE ROAD PLAZA, LLC | MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ. 405 NORTH KING STREET 8TH FLOOR WILMINGTON DE 19801 | | KBUCK@MCCARTER.COM MZARE@MCCARTER.COM | Email |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS 700 JEFFREY WAY SUITE 100 ROUND ROCK TX 78665 | | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS P.O. BOX 1269 ROUND ROCK TX 78680-1269 | | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO BROTHER INTERNATIONAL CORPORATION | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. 300 DELAWARE AVENUE SUITE 770 WILMINGTON DE 19801 | | GBRESSLER@MDMC-LAW.COM | Email |
| COUNSEL TO PARK ASSOCIATES LP | METZ LEWIS BRODMAN MUST O'KEEFE | ATTN: JUSTIN M. TUSKAN, ESQUIRE 444 LIBERTY AVENUE, SUITE 2100 PITTSBURGH PA 15222 | | JTUSKAN@METZLEWIS.COM | Email |
| COUNSEL TO SVP SEWING BRANDS LLC ("SVP SEWING") | MILBANK LLP | ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER 55 HUDSON YARDS NEW YORK NY 10001 | | DDUNNE@MILBANK.COM SKHALIL@MILBANK.COM AHARMEYER@MILBANK.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | ATTN: DAVID K. SHIM, ESQ. ONE STATE STREET HARTFORD CT 06103-3178 | | DAVID.SHIM@MORGANLEWIS.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER ONE FEDERAL STREET BOSTON MA 02110-1726 | | MARJORIE.CRIDER@MORGANLEWIS.COM CHRISTOPHER.CARTER@MORGANLEWIS.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY 500 DELAWARE AVENUE SUITE 1500 WILMINGTON DE 19801 | | EMONZO@MORRISJAMES.COM BKEILSON@MORRISJAMES.COM CDONNELLY@MORRISJAMES.COM | Email |
| COUNSEL TO CRAFTY (AL) LLC ("CRAFTY") | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER & AUSTIN T. PARK 1201 N. MARKET STREET, SUITE 1600 P.O. BOX 1347 WILMINGTON DE 19899-1347 | | CMILLER@MORRISNICHOLS.COM APARK@MORRISNICHOLS.COM | Email |
| COUNSEL TO THE AD HOC TERM LOAN GROUP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER 1201 N. MARKET STREET 16TH FLOOR WILMINGTON DE 19801 | | RDEHNEY@MORRISNICHOLS.COM MHARVEY@MORRISNICHOLS.COM BDOLPHIN@MORRISNICHOLS.COM DCULVER@MORRISNICHOLS.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | 202-331-1427 | | Facsimile |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MALCOLM M. BATES US DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | | MALCOLM.M.BATES@USDOJ.GOV USTPREGION03.WL.ECF@USDOJ.GOV | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO KIMCO REALTY CORPORATION | OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQUIRE<br>222 DELAWARE AVENUE<br>SUITE 1105<br>WILMINGTON DE 19801 | | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM | Email |
| OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES, PRO SE<br>320 ROBERT S. KERR<br>ROOM 307<br>OKLAHOMA CITY OK 73102 | | TAMMY.JONES@OKLAHOMACOUNTY.ORG | Email |
| COMMITTEE OF UNSECURED CREDITORS | ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY<br>MERKEZ MAHALLESI<br>BAGLAR CADDESI NO. 14/B 34406<br>KAGITHANE, ISTANBUL TURKEY | | GOCALGIRAY@ORMO.COM.TR | Email |
| COUNSEL TO COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL, ESQ.<br>919 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | | BSANDLER@PSZJLAW.COM<br>JONEILL@PSZJLAW.COM | Email |
| COUNSEL TO CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | | EBCALVO@PBFCM.COM | Email |
| COUNSEL TO FRISCO ISD, PLANO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REESE<br>1919 S. SHILOH RD.<br>SUITE 640, LB40<br>GARLAND TX 75042 | | LREECE@PBFCM.COM | Email |
| COUNSEL TO CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO G.W. REAL ESTATE OF GEORGIA, LLC | PIERSON FERDINAND LLP | ATTN: JEFFREY M. CARBINO, ESQUIRE<br>1007 N. ORANGE STRET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | | JEFFREY.CARBINO@PIERFERD.COM | Email |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | POTTER ANDERSON & CORROON LLP | ATTN: M. BLAKE CLEARY, GREGORY J. FLASSER<br>1313 N. MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801 | | BCLEARY@POTTERANDERSON.COM<br>GFLASSER@POTTERANDERSON.COM | Email |
| COUNSEL TO OOCL USA INC. | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ.<br>50 TICE BOULEVARD, SUITE 380<br>WOODCLIFF LAKE NJ 07677 | | RSTEINBERG@PRICEMEESE.COM | Email |
| COUNSEL TO MANN ENTERPRISES, INC. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ.<br>525 B STREET<br>SUITE 2200<br>SAN DIEGO CA 92101 | | GERALD.KENNEDY@PROCOPIO.COM | Email |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | PROSKAUER ROSE LLP | ATTN: ANDREW BETTWY, ESQ.<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | | ABETTWY@PROSKAUER.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ.<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110 | | CDALE@PROSKAUER.COM | Email |
| COUNSEL TO BIRCH RUN STATION, LLC | RASHTI AND MITCHELL, ATTORNEYS AT LAW | ATTN: TIMOTHY T. MITCHELL, ESQUIRE<br>4422 RIDGESIDE DRIVE<br>DALLAS TX 75244 | | TIM@RASHTIANDMITCHELL.COM<br>DKRM@AOL.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO<br>1201 NORTH MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 | | KGWYNNE@REEDSMITH.COM<br>JANGELO@REEDSMITH.COM | Email |
| COUNSEL TO ASL INVESTMENTS, LLC | REEDER LAW CORPORATION | ATTN: DAVID M. REEDER, ESQ.<br>1801 CENTURY PARK EAST<br>16TH FLOOR<br>LOS ANGELES CA 90067 | | DAVID@REEDERLAW.COM | Email |
| COMMITTEE OF UNSECURED CREDITORS | REGENCY CENTERS, L.P. | ATTN: ERNST BELL<br>ONE INDEPENDENT DRIVE<br>SUITE 114<br>JACKSONVILLE FL 32202 | | ERNSTBELL@REGENCYCENTERS.COM | Email |
| COUNSEL TO SVP SEWING BRANDS LLC ("SVP SEWING") | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ALEXANDER R. STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | | STEIGER@RLF.COM<br>COLLINS@RLF.COM | Email |
| COUNSEL TO VENTURE HULEN, LP ("VENTURE HULEN") | ROCHELLE MCCULLOUGH, LLP | ATTN: J. MARK CHEVALLIER, MICHAEL T. PIPKIN<br>901 MAIN ST., SUITE 3200<br>DALLAS TX 75202 | | MCHEVALLIER@ROMCLAW.COM<br>MPIPKIN@ROMCLAW.COM | Email |
| COUNSEL TO STUDIO ELUCEO LTD ("STUDIO ELUCEO") | SAUL EWING LLP | ATTN: EVAN T. MILLER, ESQUIRE<br>1201 N. MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | | EVAN.MILLER@SAUL.COM | Email |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, AND RICHMOND STATION LLC, FAIRWAY-FALLS, LLC | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQUIRE<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | | MONIQUE.DISABATINO@SAUL.COM | Email |
| COUNSEL TO STUDIO ELUCEO LTD ("STUDIO ELUCEO") | SAUL EWING LLP | ATTN: RYAN COY, ESQUIRE<br>1888 CENTURY PARK E, SUITE 1500<br>LOS ANGELES CA 90067 | | RYAN.COY@SAUL.COM | Email |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, AND RICHMOND STATION LLC | SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA PA 19102 | | TURNER.FALK@SAUL.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC. | SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA, ESQUIRE<br>233 S. WACHER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606 | | JSOWKA@SEYFARTH.COM | Email |
| COMMITTEE OF UNSECURED CREDITORS | SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | | RTUCKER@SIMON.COM | Email |
| COUNSEL TO BRIDGE33 CAPITAL LLC, RPI RIDGMAR TOWN SQUARE, LTD. | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ.<br>16200 ADDISON ROAD<br>SUITE 140<br>ADDISON TX 75001 | | MSHRIRO@SINGERLEVICK.COM | Email |
| COUNSEL TO G&I IX EMPIRE MCKINLEY MILESTRIP LLC, ARD MACARTHUR LLC, CONCORD RETAIL PARTNERS, L.P., CENTERTON SQUARE, LLC | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE<br>123 SOUTH BROAD STREET<br>SUITE 2100<br>PHILADELPHIA PA 19109 | | DPLON@SIRLINLAW.COM | Email |
| COUNSEL TO ALAMO CENTER, LLC | SOLOMON WARD SEIDENWURM & SMITH LL | ATTN: MICHAEL D. BRESLAUER<br>401 B STREET, SUITE 1200<br>SAN DIEGO CA 92101 | | MBRESLAUER@SWSSLAW.COM | Email |
| COUNSEL TO BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG<br>2550 M STREET, NW<br>WASHINGTON DC 20037 | | MARK.SALZBERG@SQUIREPB.COM | Email |
| COUNSEL TO BAYSHORE VILLAGE (U.S.), INC. | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQUIRE<br>P.O. BOX 5315<br>PRINCETON NJ 08543 | | JLEMKIN@STARK-STARK.COM | Email |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1031 W. 4TH AVENUE<br>SUITE 200<br>ANCHORAGE AK 99501-1994 | | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | | AGINFO@AZAG.GOV | Email |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1300 "I" STREET<br>SACRAMENTO CA 95814-2919 | | BANKRUPTCY@COAG.GOV | Email |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JAMES R. THOMPSON CTR.<br>100 W. RANDOLPH ST.<br>CHICAGO IL 60601 | | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>302 W. WASHINGTON ST.<br>5TH FLOOR<br>INDIANAPOLIS IN 46204 | 317-232-7979 | | Facsimile |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | | INFO@ATG.IN.GOV | Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>HOOVER STATE OFFICE BLDG.<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1885 NORTH THIRD STREET<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE HOUSE STATION 6<br>AUGUSTA  ME 04333-0000 | | KAITLYN.M.HUSAR@MAINE.GOV | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | | OAG@OAG.STATE.MD.US | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | | MIAG@MICHIGAN.GOV | Email |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65101 | | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>215 N. SANDERS<br>HELENA MT 59620-1401 | | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>P.O. BOX 98920<br>LINCOLN NE 68509-8920 | | NEDOJ@NEBRASKA.GOV | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY NV 89701 | | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1 GRANITE PLACE SOUTH<br>CONCORD NH 03301 | | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON NJ 08625-0080 | | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | | NDAG@ND.GOV | Email |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>1162 COURT STREET NE<br>SALEM OR 97301 | | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37243 | | GINA.HANTEL@AG.TN.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL, ROOM 236<br>SALT LAKE CITY UT 84114-0810 | | UAG@UTAH.GOV | Email |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>1900 KANAWHA BLVD., E.<br>CHARLESTON WV 25305 | | CONSUMER@WVAGO.GOV | Email |
| COUNSEL TO RITHUM CORPORATION | STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQUIRE<br>2005 MARKET STREET, SUITE 2600<br>PHILADELPHIA PA 19103 | | DPEREIRA@STRADLEY.COM | Email |
| COUNSEL TO GANGA ACROWOOLS LIMITED ("GANGA"), JANOME AMERICA INC. ("JANOME") | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ., WILLIAM D. SULLIVAN, ESQ.<br>919 NORTH MARKET STREET, SUITE 420<br>WILMINGTON DE 19801 | | WHAZELTINE@SHA-LLC.COM<br>BSULLIVAN@SHA-LLC.COM | Email |
| COUNSEL TO DEPTH COMMERCE LLC, FKA MELON TECHNOLOGIES, LLC | SWANSON, MARTIN & BELL, LLP | ATTN: CHARLES S. STAHL, JR<br>2525 CABOT DRIVE, SUITE 204<br>LISLE IL 60532 | | CSTAHL@SMBTRIALS.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO WESTMINSTER GRANITE MAIN LLC | TENENBAUM & SAAS, P.C. | ATTN: BRADSHAW ROST, ESQ.<br>4504 WALSH STREET<br>SUITE 200<br>CHEVY CHASE MD 20815 | | BROST@TSPCLAW.COM | Email |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | TENNESSEE DEPARTMENT OF REVENUE | ATTN: LAURA L. MCCLOUD<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | | AGBANKDELAWARE@AG.TN.GOV | Email |
| COUNSEL TO THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION | ATTN: CHRISTOPHER S. MURPHY<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV | Email |
| COUNSEL TO CB PASO, LLC | THE EHRLICH LAW FIRM | ATTN: WILLIAM EHRLICH<br>444 EXECUTIVE CENTER BLVD<br>SUITE 240<br>EL PASO TX 79902 | | WILLIAM@EHRLICHLAWFIRM.COM | Email |
| COUNSEL TO VIITION (ASIA) LIMITED | THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ.<br>824 N. MARKET ST.<br>SUITE 810<br>WILMINGTON DE 19801 | | ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM | Email |
| COUNSEL TO RIVER RIDGE MALL JV, LLC | THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE, ESQ.<br>312 WALNUT STREET – SUITE 2000<br>CINCINNATI OH 45202-4029 | | LOUIS.SOLIMINE@THOMPSONHINE.COM | Email |
| COUNSEL TO DCTN3 509 PANAMA CITY FL, LLC | TOBIN & REYES PLLC | ATTN: RICARDO A. REYES, ESQ<br>225 N.E. MIZNER BOULEVARD<br>SUITE 510<br>BOCA RATON FL 33432 | | ESERVICE@TOBINREYES.COM<br>RAR@TOBINREYES.COM<br>MHORTON@TOBINREYES.COM<br>RREID@TOBINREYES.COM | Email |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS<br>1313 N MARKET STREET<br>P.O. BOX 2046<br>WILMINGTON DE 19801 | | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO JONES LANG LASALLE AMERICAS, INC. | WALSH PIZZI O'REILLY FALANGA, LLP | ATTN: STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ.<br>THREE GATEWAY CENTER<br>100 MULBERRY STREET, 15TH FLOOR<br>NEWARK NJ 07102 | | SFALANGA@WALSH.LAW<br>NEBEL@WALSH.LAW | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>400 6TH ST., NW.<br>WASHINGTON DC 20001 | | OAG@DC.GOV | Email |
| COUNSEL TO KHP LIMITED PARTNERSHIP | WENOKUR RIORDAN PLLC | ATTN: FAYE C. RASCH<br>600 STEWART STREET #1300<br>SEATTLE WA 98101 | | FAYE@WRLAWGROUP.COM | Email |
| COUNSEL TO WITTE PLAZA, LTD. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>24 GREENWAY PLAZA<br>SUITE 2050<br>HOUSTON TX 77046 | | JCARRUTH@WKPZ.COM | Email |

Exhibit A
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO AMERICASMART REAL ESTATE, LLC | WILES & WILES, LLP | ATTN: JOHN J. WILES, ESQ.<br>800 KENNESAW AVENUE<br>SUITE 400<br>MARIETTA GA 30060-7946 | | BANKRUPTCY@EVICT.NET | Email |
| COUNSEL TO PROJECT SWIFT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SEAN M. BEACH<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | | SBEACH@YCST.COM | Email |