# EXHIBIT A[1]

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract | Cure Amount[2] |
|---|---|---|---|---|---|---|---|
| 1. | Burlington Coat Factory of Texas, Inc. | Smart Cienega SPE, LLC | c/o Property Management Advisors, Inc., 1234 East 17th Street, #B, Santa Ana, CA, 92701 | 2119 | 5885 Lincoln Avenue | April 20, 2005 Lease Agreement between Jo-Ann Stores, LLC and Smart Cienega SPE, LLC | $26,299.00 |
| 2. | Burlington Coat Factory of Texas, Inc. | Chestnut Court Darien Il, LLC | c/o Mid-America Asset Management, Inc., One Parkview Plaza, 9th Floor, Oakbrook Terrace, IL, 60181 | 2176 | 7511 Lemont Rd Ste 101 | March 31, 2009 Lease Agreement between Jo-Ann Stores, LLC and CHESTNUT COURT DARIEN IL, LLC | $10,880.00 |
| 3. | Burlington Coat Factory of Texas, Inc. | Spirit Properties, Ltd. | Attn: Randy Wrage, 21070 Centre Pointe Parkway, Santa Clarita, CA, 91350 | 2452 | 26583 Carl Boyer Drive | October 15, 2014 Lease Agreement between Jo-Ann Stores, LLC and Spirit Properties, Ltd. | $35,041.00 |
| 4. | Burlington Coat Factory of Texas, L.P. | Sherman Commons, L.P. | c/o CBRE, 2100 McKinney Ave., Suite 800, Dallas, TX, 75201 | 2308 | 4127 N Hwy 75 | March 28, 2012 Lease Agreement between Jo-Ann Stores, LLC and Sherman Commons, L.P. | $0.00 |
| 5. | Burlington Coat Factory Warehouse Corporation | SRK Lady Lake 21 SPE, LLC | c/o The Benchmark Group, 4053 Maple Road, Suite 200, Amherst, NY, 14226 | 1598 | 540 N Us Hwy 441 | June 30, 2008 Lease Agreement between Jo-Ann Stores, LLC and SRK Lady Lake 21 SPE, LLC | $15,013.00 |
| 6. | Burlington Coat Factory of Texas, L.P. | BVA SPM SPE LLC | c/o Big V Properties LLC, 176 North Main Street, Suite 210, Florida, NY, 10921 | 2571 | 9500 S IH 35 Frontage Rd | December 22, 2021 Lease Agreement between Jo-Ann Stores, LLC and BVA SPM SPE LLC | $0.00 |
| 7. | Burlington Coat Factory of Texas, Inc. | Regency Centers, L.P. | c/o Regency Centers Corporation, One Independent Drive, Jacksonville, FL, 32202-5019 | 2589 | 3872 C Paxton Avenue ) | January 31, 2023 Lease Agreement between Jo-Ann Stores, LLC and Regency Centers, L.P. | $0.00 |
| 8. | Burlington Coat Factory of Texas, Inc. | RCG-Bradley VII, LLC | c/o RCG Ventures, LLC, 3060 Peachtree Rd. NW, | 2587 | 2056 N State Rt. | September 29, 2022 Lease Agreement | $11,304.83 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] The Cure Amounts listed herein may include amounts that have recently been paid or otherwise satisfied, which will be netted out from the Cure Amount(s) prior to payment thereof.

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract | Cure Amount[2] |
|---|---|---|---|---|---|---|---|
|  |  |  | Suite 400, Atlanta, GA, 30355 |  | 50 (Unit 15) | between Jo-Ann Stores, LLC and RCG-Bradley VII, LLC |  |
| 9. | Burlington Coat Factory of Texas, Inc. | T SOUTHERN TIER PIL NY, LLC, T SOUTHERN TIER NY, LLC AND | TSOUTHERN TIER PIT NY, LLC, 16600 Dallas Pkwy, Suite 300, Dallas, TX, 75248 | 1868 | 1530 County Route 64 | April 06, 2009 Lease Agreement between Jo-Ann Stores, LLC and T SOUTHERN TIER PIL NY, LLC, T SOUTHERN TIER NY, LLC AND | $10,899.27 |
| 10 | Burlington Coat Factory Warehouse Corporation | Pompano MZL LLC | c/o KPR Centers LLC (Katz Properties Retail), 535 Fifth Avenue, 12th Floor, New York, NY, 10017 | 1023 | 1131 S Federal Hwy | August 07, 1997 Lease Agreement between Jo-Ann Stores, LLC and Pompano MZL LLC | $15,152.05 |
| 11 | Burlington Coat Factory of Texas, Inc. | PONTIAC MALL LIMITED PARTNERSHIP | C/O GERSHENSON REALTY & INVESTMENT, 31500 NORTHWESTERN HWY, SUITE 100, FARMINGTON HILLS, MI, 48334 | 2277 | 9052 Highland Road | July 28, 2011 Lease Agreement between Jo-Ann Stores, LLC and PONTIAC MALL LIMITED PARTNERSHIP | $17,877.94 |
| 12 | Burlington Coat Factory of Texas, Inc. | LCR Walpole LLC | c/o The Wilder Companies, Ltd., 800 Boylston Street - Suite 1300, Boston, MA, 02199 | 2403 | 96 Providence Highway | July 31, 2013 Lease Agreement between Jo-Ann Stores, LLC and LCR Walpole LLC | $17,755.77 |
| 13 | Burlington Coat Factory of Texas, Inc. | RAF Investments Ltd. | 397 Churchill Hubbard Rd., Suite 2, Attn: Vince Fond, Jr., Youngstown, OH, 44505 | 2519 | 441 Boardman Poland Road | October 16, 2017 Lease Agreement between Jo-Ann Stores, LLC and RAF Investments Ltd. | $13,043.03 |
| 14 | Burlington Coat Factory Warehouse Corporation | Big B1, Inc | 655 South 700 East, Attn: Bankim ("Bobby") Patel, Orem, UT, 84097 | 2576 | 3558 E Main St | May 09, 2022 Lease Agreement between Jo-Ann Stores, LLC and Big B1, Inc | $9,410.14 |
| 15 | Burlington Coat Factory of Texas, L.P. | TXC Capital, LLC | c/o Crimson Capital LLC, 17 Elm Street, Morristown, NJ, 07960 | 2446 | 10501 Gateway Blvd W Bld 9 | June 23, 2014 Lease Agreement between Jo-Ann Stores, LLC and TX Crimson, LLC | $0.00 |
| 16 | Burlington Coat Factory of Texas, L.P. | Tri Marsh Realty LLC | 4801 Harbor Dr., Attn: Bo Avery, Flower Mound, TX, 75022 | 2140 | 10515 N Mo Pac Expy Bldg 1 | May 31, 2006 Lease Agreement between Jo-Ann Stores, LLC | $61,393.68 |

Exhibit A

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract | Cure Amount[2] |
|---|---|---|---|---|---|---|---|
| | | | | | | and Tri Marsh Realty LLC | |
| 17 | Burlington Coat Factory of Texas, L.P. | IA Round Rock University Oaks Limited Partnership | c/o InvenTrust Property Management, LLC, 3025 Highland Parkway, Ste. 350, Downers Grove, IL, 60515 | 2155 | 201 University Oaks Blvd | March 31, 2008 Lease Agreement between Jo-Ann Stores, LLC and IA Round Rock University Oaks Limited Partnership | $0.00 |
| 18 | Burlington Coat Factory Warehouse Corporation | RPT Newnan LLC | 500 North Broadway, Suite 201, P.O. Box 9010, Jericho, NY, 11753 | 2364 | 1074 Bullsboro Drive, Unit #6 | December 20, 2012 Lease Agreement between Jo-Ann Stores, LLC and RPT Newnan LLC | $40,269.55 |
| 19 | Burlington Coat Factory of Texas, L.P. | Ming Retail Plaza LLC | c/o M.D. Atkinson Company, Inc., 1401 19th Street, Suite 400, Bakersfield, CA, 93301 | 1014 | 3010 Ming Ave | August 13, 2015 Lease Agreement between Jo-Ann Stores, LLC and Ming Retail Plaza LLC | $26,916.43 |
| 20 | Burlington Coat Factory of Texas, Inc. | GP Retail I, LLC - dba SRV Investors | c/o Gart Properties, LLC, 240 St. Paul Street, Suite 200, Denver, CO, 80206 | 2071 | 7360 South Gartrell Road | July 16, 2004 Lease Agreement between Jo-Ann Stores, LLC and GP Retail I, LLC - dba SRV Investors | $18,994.05 |
| 21 | Burlington Coat Factory Warehouse Corporation | A.I. Longview LLC | dba Hedinger Group, 5440 SW Westgate Drive, Suite 250, Portland, OR, 97221 | 1867 | 700 Ocean Beach Hwy Ste 100 | September 30, 2008 Lease Agreement between Jo-Ann Stores, LLC and A.I. Longview LLC | $30,000.00 |
| 22 | Burlington Coat Factory of Texas, Inc. | DKS Investments, Inc. | c/o Knorr Management, Inc., 3736 Fallon Rd. #509, Dublin, CA 94568 | 1877 | 2210 Daniels St | October 30, 2009 Lease Agreement between Jo-Ann Stores, LLC and DKS Investments, Inc. | $30,000.00 |
| 23 | Burlington Coat Factory of Texas, L.P. | 380 Younger LLC | 14643 Dallas Parkway, Suite 950, Attn: Benjamin Smith, Younger Partners, DALLAS, TX, 75254 | 2296 | 2050 West University Dr Suite 250 | September 30, 2011 Lease Agreement between Jo-Ann Stores, LLC and 380 Younger LLC | $8,420.00 |

Exhibit A