**Exhibit 1**

| Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|
| Massa Furniture, Inc. | MFBY Ocala, LLC | c/o RD Management LLC, ATTN: General Counsel, New York, NY, 10019 | 1244 | 2405 SW 27th Avenue | November 10, 1980 Lease Agreement between Jo-Ann Stores, LLC and MFBY Ocala, LLC (together with all amendments, other documents and related agreements) | $53,257.58 | 06/01/2025 |