# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING AGREED ORDER GRANTING ELAINE LEISTICO LIMITED RELIEF FROM THE AUTOMATIC STAY**

The undersigned counsel to JOANN Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1. On January 15, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. Following the Petition Date, Elaine Leistico ("Claimant") filed a claim in the chapter 11 cases against Debtor Joann Inc. [Claim No. 8517] and made requests upon the Debtors to consent to certain limited relief from the automatic stay to allow the Claimant to prosecute certain personal claims and commence a lawsuit against Debtor Joann Inc., solely to seek to recover from available insurance proceeds or coverage available from any insurer of the Debtors, if any, subject to the limits and terms and conditions of any applicable policies.

3. Following good faith negotiations, the Debtors have indicated that they would consent to the Court granting Claimant limited relief from the automatic stay under the terms and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

conditions set forth in the proposed *Agreed Order Granting Elaine Leistico Limited Relief from the Automatic Stay* (the "Proposed Agreed Order") attached hereto as **Exhibit A**, which is agreed to by the Claimant.

4. Counsel to the official committee of unsecured creditors has reviewed the Proposed Agreed Order and has no objection to the Court's approval and entry of same.

5. Accordingly, the Debtors and Claimant respectfully request that the Court enter the Proposed Agreed Order at its earliest convenience.

Dated: June 9, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Email:  preilley@coleschotz.com
  snewman@coleschotz.com
  mfitzpatrick@coleschotz.com
  jdougherty@coleschotz.com

*Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  joshua.sussberg@kirkland.com
  aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  anup.sathy@kirkland.com
  jeff.michalik@kirkland.com
  lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*