UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

JOANN INC, *et al.*,[1]

Debtors.

Chapter 11

Case No. 25-10068 (CTG)

(Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Rick A. Steinberg of Price Meese Shulman & D'Arminio, P.C. to represent Creditor OOCL USA Inc. in the above-captioned case.

Dated: April 8, 2025

*/s/ Daniel C. Kerrick*
Daniel C. Kerrick (DE Bar I.D. No. 5027)
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
302-656-7540
dckerrick@dkhogan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Rick A. Steinberg*
Rick A. Steinberg (NJ Bar I.D. No. 031711989)
Price Meese Shulman & D'Arminio, P.C.
50 Tice Blvd, Suite 380
Woodcliff Lake, NJ 07677
201-391-3737
rsteinberg@pricemeece.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* is granted.

Dated: June 9th, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.