## **EXHIBIT A**

**April Time**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929968

030608       JOANN Committee
0001         Case Administration

## Account Summary And Remittance Form

Legal Services:                                                $1,777.00

Disbursements and Other Charges:                               $116.31

**Total Amount Due:**                                          **$1,893.31**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** 135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929968

Client   030608
Matter 0001   Case Administration

---

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/04/25 | Review most recent task list for open items and status (.2); prepare notes on same for team discussion next week (.2); review status of update memo to UCC on final results of UCC investigation (.3); follow up on timing of plan comments, bar date, 503(b)(9) claims process and other open items (.3). | JRA | 1.00 | $1150.00 |
| 04/04/25 | Update team task list (.3); internal emails regarding case status, investigation memo and next steps for same (.3). | MJM | 0.60 | 627.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0001
May 12, 2025
Page  2

---

Total Services for this Matter:                                              1,777.00

**Other Charges:**

   Westlaw Research                                    $116.31

Total Other Charges for this Matter:                                  116.31

Total this Invoice                                              $1,893.31

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0001
May 12, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| JRA | Adams, Jason | 1.00 | 1,150.00 | $1,150.00 |
| MJM | McLoughlin, Maeghan J | 0.60 | 1,045.00 | 627.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929969

030608          JOANN Committee
0002            Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                                    $1,898.00

Disbursements and Other Charges:                                       $0.00

**Total Amount Due:**                                          <u>**$1,898.00**</u>

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**<u>PAYMENT BY WIRE OR ACH IS PREFERRED:</u>**
**<u>BANK:</u>   JP MORGAN CHASE, N.A.**
**<u>ABA #:</u>   021-000-021**
**<u>SWIFT CODE:</u> CHASUS33**
**<u>ACCOUNT NAME:</u> KELLEY DRYE & WARREN LLP**
**<u>ACCOUNT #:</u>135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

**<u>PAYMENT BY CHECK:</u>**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929969

Client   030608
Matter 0002   Pleadings Review

---

Attorney: 05395                                                              Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/08/25 | Prepare initial summary of OOCL USA lift stay motion. | JC | 0.40 | $294.00 |
| 04/08/25 | Review OOCL lift stay motion and declaration in support. | MJM | 0.30 | 313.50 |
| 04/08/25 | Review J. Churchill (KDW) summary of recently filed pleadings (.1); email to M. McLoughlin (KDW) regarding same (.1). | ERW | 0.20 | 256.00 |
| 04/14/25 | Brief review of draft removal extension motion. | JRA | 0.20 | 230.00 |
| 04/15/25 | Review motion to extend deadline to remove actions. | JC | 0.30 | 220.50 |
| 04/28/25 | Review and analyze motion to approve 9019 settlement with Steelworkers' union. | CC | 0.30 | 235.50 |
| 04/29/25 | Review summary of recently filed pleadings. | ERW | 0.10 | 128.00 |
| 04/30/25 | Analyze Ocean Network Express stay relief motion. | JC | 0.30 | 220.50 |
| Total Services for this Matter: | | | | 1,898.00 |
| Total this Invoice | | | | $1,898.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0002
May 12, 2025
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| CC | Choe, Connie | 0.30 | 785.00 | $235.50 |
| ERW | Wilson, Eric | 0.30 | 1,280.00 | 384.00 |
| JC | Churchill, John | 1.00 | 735.00 | 735.00 |
| JRA | Adams, Jason | 0.20 | 1,150.00 | 230.00 |
| MJM | McLoughlin, Maeghan J | 0.30 | 1,045.00 | 313.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929970

| 030608 | JOANN Committee |
|---|---|
| 0003 | Retention Matters |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $588.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$588.00** |

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929970

Client   030608
Matter 0003   Retention Matters

---

Attorney: 05395                                                                              Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/02/25 | Review of 2x ordinary course professional declarations. | JC | 0.20 | $147.00 |
| 04/03/25 | Review of 3x ordinary course professional declarations. | JC | 0.30 | 220.50 |
| 04/14/25 | Review of ordinary course professionals declaration. | JC | 0.10 | 73.50 |
| 04/24/25 | Review filing of amended list of ordinary course professionals. | JC | 0.10 | 73.50 |
| 04/29/25 | Review of amended Jackson Lewis OCP declaration. | JC | 0.10 | 73.50 |
| Total Services for this Matter: | | | | 588.00 |
| Total this Invoice | | | | $588.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0003
May 12, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| JC | Churchill, John | 0.80 | 735.00 | $588.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929973

030608       JOANN Committee
0004           Fee Matters

## Account Summary And Remittance Form

Legal Services:          $20,698.00

Disbursements and Other Charges:          $0.00

**Total Amount Due:**          **$20,698.00**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   **JP MORGAN CHASE, N.A.**

**ABA #:**   **021-000-021**

**SWIFT CODE:** **CHASUS33**

**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**

**ACCOUNT #:135-046110**

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929973

Client   030608
Matter 0004   Fee Matters

---

Attorney: 05395                                                                    Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/01/25 | Create template fee worksheet (1.3); update fee worksheet from KDW January invoices (1.1); address discrepancies (.2). | JC | 2.60 | $1911.00 |
| 04/02/25 | Further update fee application worksheet for January time. | JC | 0.30 | 220.50 |
| 04/03/25 | Begin drafting KDW first combined monthly fee application template. | JC | 1.70 | 1249.50 |
| 04/05/25 | Review prebills preparatory to fee statement for reasonableness. | ERW | 0.60 | 768.00 |
| 04/08/25 | Brief review of Province draft of first monthly fee statement (.3); instructions to team on same (.1); review KDW prebills for March time in connection with preparation of KDW second monthly fee statement (2.2). | JRA | 2.60 | 2990.00 |
| 04/09/25 | Edit Province first monthly fee application. | JC | 0.50 | 367.50 |
| 04/10/25 | Emails with S. Kietlinski (Province) regarding Province fee application (.1); emails with C. Choe (KDW) regarding KDW first monthly fee application (.1). | JC | 0.20 | 147.00 |
| 04/10/25 | Emails with J. Churchill (KDW) regarding | CC | 0.20 | 157.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
May 12, 2025
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | status of fee application. | | | |
| 04/13/25 | Review prebills for reasonableness preparatory to fee statement. | ERW | 0.30 | 384.00 |
| 04/15/25 | Coordinate regarding KDW combined monthly fee statement for January and February. | CC | 0.20 | 157.00 |
| 04/16/25 | Review KDW January (.5) and February (1.2) invoices for redactions. | JC | 1.70 | 1249.50 |
| 04/16/25 | Review Kirkland first monthly fee statement for reasonableness (.2); follow up with KDW team on status of monthly fee statement preparation (.1). | JRA | 0.30 | 345.00 |
| 04/18/25 | Emails regarding fee escrow and estimates. | ERW | 0.10 | 128.00 |
| 04/21/25 | Update fee worksheet based on February invoices (2.1); emails with J. Adams (KDW) regarding invoice review (.2); send revisions to accounting (.2); brief review of March invoices (.2). | JC | 2.70 | 1984.50 |
| 04/22/25 | Review updated January invoices from accounting (.1); emails with accounting regarding same (.1); update fee worksheet for corrected January invoices (.2); review updated February invoices from accounting (.2); emails with accounting regarding February invoices (.3); update fee worksheet for corrected invoices (.5); update to February total charts in fee worksheet (.8). | JC | 2.20 | 1617.00 |
| 04/23/25 | Brief review of KDW January (.3) and | JC | 2.80 | 2058.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
May 12, 2025
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | February (.5) invoices for narratives; update fee application worksheet for combined January / February tables (1.2); update fee application charts and amounts (.7); discussion with C. Choe (KDW) on first monthly fee application (.1). | | | |
| 04/23/25 | Conference with J. Churchill (KDW) regarding status of KDW first combined January and February monthly fee application and timing of same (.1); review emails on invoices (.1). | CC | 0.20 | 157.00 |
| 04/24/25 | Review KDW January (1.0) and February invoices (2.0); draft narrative section of KDW first combined monthly fee application (1.6). | JC | 4.60 | 3381.00 |
| 04/25/25 | Continue drafting KDW first monthly fee application narratives. | JC | 1.10 | 808.50 |
| 04/29/25 | Call with C. Choe (KDW) to discuss March fee application. | JC | 0.20 | 147.00 |
| 04/29/25 | Confer with J. Churchill (KDW) regarding timing of fee applications and next steps (.2); emails with J. Adams (KDW) regarding same (.1); begin review of January and February invoices (.3). | CC | 0.60 | 471.00 |
| Total Services for this Matter: | | | | 20,698.00 |
| Total this Invoice | | | | $20,698.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
May 12, 2025
Page 4

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 1.20 | 785.00 | $942.00 |
| ERW | Wilson, Eric | 1.00 | 1,280.00 | 1,280.00 |
| JC | Churchill, John | 20.60 | 735.00 | 15,141.00 |
| JRA | Adams, Jason | 2.90 | 1,150.00 | 3,335.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929971

030608      JOANN Committee
0005         Financing

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $1,358.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$1,358.50** |

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  **JP MORGAN CHASE, N.A.**
**ABA #:**  **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

WASHINGTON
LOS ANGELES
CHICAGO
HOUSTON

NEW YORK
STAMFORD
PARSIPPANY

AFFILIATE  OFFICE:
MUMBAI, INDIA

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929971

Client   030608
Matter 0005   Financing

---

Attorney: 05395                                                Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 04/01/25 | Coordinate weekly fee reporting. | MJM | 0.30 | $313.50 |
| 04/08/25 | Coordinate fee reporting for prior week. | MJM | 0.30 | 313.50 |
| 04/18/25 | Emails with S. Kietlinski (PA) and with E. Wilson and J. Adams (both KDW) regarding fee reserve. | MJM | 0.20 | 209.00 |
| 04/23/25 | Coordinate weekly fee reporting. | MJM | 0.30 | 313.50 |
| 04/30/25 | Emails with M. Fitts (AM) regarding fee estimates. | MJM | 0.20 | 209.00 |
| Total Services for this Matter: | | | | 1,358.50 |
| Total this Invoice | | | | $1,358.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0005
May 12, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| MJM | McLoughlin, Maeghan J | 1.30 | 1,045.00 | $1,358.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929972

030608          JOANN Committee
0006            Asset Analysis and Disposition

## Account Summary And Remittance Form

Legal Services:                                                          $585.50

Disbursements and Other Charges:                                         $0.00

**Total Amount Due:**                                             **$585.50**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**  **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929972

Client   030608
Matter 0006   Asset Analysis and Disposition

---

Attorney: 05395                                                                          Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|------|-------------|------|-------|--------|
| 04/01/25 | Review Province update regarding GOB sales (.2); emails with J. Adams and M. McLoughlin (both KDW) and S. Kietlinski (PA) regarding same (.2). | ERW | 0.40 | $512.00 |
| 04/09/25 | Review fifth notice of abandonment. | JC | 0.10 | 73.50 |
| | Total Services for this Matter: | | | 585.50 |
| | Total this Invoice | | | $585.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0006
May 12, 2025
Page  2

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|------|-----------|-------|------|--------|
| ERW | Wilson, Eric | 0.40 | 1,280.00 | $512.00 |
| JC | Churchill, John | 0.10 | 735.00 | 73.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929974

030608        JOANN Committee
0007          Executory Contracts and Leases

## Account Summary And Remittance Form

Legal Services:                                                      $23,975.50

Disbursements and Other Charges:                         $0.00


**Total Amount Due:**                                    **$23,975.50**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**   **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929974

Client   030608
Matter 0007   Executory Contracts and Leases

---

Attorney: 05395                                                                                          Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/01/25 | Correspondence with various landlords regarding lease sale process, current status and timeline (.5); email A&G regarding status of lease sale marketing and process (.2); review email from Province for updates on same (.2). | CC | 0.90 | $706.50 |
| 04/01/25 | Emails regarding recent lease updates with C. Choe (KDW). | MJM | 0.20 | 209.00 |
| 04/04/25 | Emails with C. Choe (KDW) to discuss notice parties for lease bids (.1); follow-up research on same (.4). | JC | 0.50 | 367.50 |
| 04/04/25 | Emails with A&G and Great American regarding lease sale process and upcoming critical dates (.3); emails with J. Churchill (KDW) regarding review of bid procedures order (.2); review same (.2); correspondence with landlords regarding lease sale process and upcoming bid deadline/auction (.5). | CC | 1.20 | 942.00 |
| 04/07/25 | Correspondence from Kite Realty on receipt of stub rent payment and inquiry on next steps, potential assumption/rejection. | JRA | 0.20 | 230.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 04/07/25 | Correspondence with A&G regarding status of leases (.2); emails with landlords regarding lease sale process (.2). | CC | 0.40 | 314.00 |
| 04/10/25 | Calls and emails with multiple landlords, R. Green (Aston Properties) (.3) M. Chait (Benderson) (.2) E. Bell (Regency) (.2) regarding status of bid, lease assignment and designation rights process; call and emails with M. Matlat (A&G) regarding same (.2). | RLL | 0.90 | 1075.50 |
| 04/11/25 | Correspondence with A. Behlmann (LS) regarding lease assumption and assignment procedures and potential revisions to same. | JRA | 0.20 | 230.00 |
| 04/11/25 | Correspondence regarding assumption/assignment procedures. | CC | 0.20 | 157.00 |
| 04/13/25 | Emails with various landlords regarding status of lease sale process and upcoming deadlines. | CC | 0.30 | 235.50 |
| 04/14/25 | Review sixth rejection notice for impact. | JRA | 0.10 | 115.00 |
| 04/14/25 | Review, comment on rejection notice (.3); emails with K. Meyer (KE) regarding same (.1). | MJM | 0.40 | 418.00 |
| 04/14/25 | Review 6th contract rejection notice. | JC | 0.10 | 73.50 |
| 04/14/25 | Review sixth rejection notice and proposed order for overall case status and impact (.2); correspondence with various landlords regarding upcoming deadlines for lease sale process and status of locations (.2). | CC | 0.40 | 314.00 |
| 04/15/25 | Correspondence with S. Kaufman (SKL) | JRA | 0.40 | 460.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding landlord question on tax bill (.1); follow up with C. Choe (KDW) on same (.1); follow up correspondence with Province and debtors' advisors on same (.2). | | | |
| 04/15/25 | Communications with M. McLoughlin (KDW) regarding lease sale process. | CC | 0.20 | 157.00 |
| 04/15/25 | Emails with S. Kietlinkski (PA) regarding landlord issues regarding non-payment and outreach on same (.2); call with C. Choe (KDW) to discuss status of lease auction (.2). | MJM | 0.40 | 418.00 |
| 04/16/25 | Coordinate with KDW team regarding bid deadline and upcoming lease auction (.2); email A&G regarding upcoming auction (.2). | CC | 0.40 | 314.00 |
| 04/16/25 | Follow up correspondence with S. Kietlinski (PA) regarding their follow up with company on various landlord inquiries on reconciliation of post-petition amounts owing for taxes and related charges. | JRA | 0.20 | 230.00 |
| 04/17/25 | Calls and emails with landlords regarding status of lease auction process, R. Green (Aston) (.2); E. Bell (Regency)(.2); L. Roglen (Ballard) (.2). | RLL | 0.60 | 717.00 |
| 04/17/25 | Correspondence with landlords regarding lease sale process. | CC | 0.20 | 157.00 |
| 04/18/25 | Correspondence with Province regarding upcoming lease auction and status of sale process (.2); correspondence with A&G and | CC | 0.50 | 392.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page  4

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | landlords regarding lease sale process (.3). | | | |
| 04/18/25 | Review lease rejection notice (.1) emails with K. Meyer (KE) regarding same (.1). | MJM | 0.20 | 209.00 |
| 04/18/25 | Brief review of 7th rejection notice (.1); follow up correspondence with landlord counsel, S. Kietlitski (PA) and C. Choe (KDW) regarding outstanding post-petition tax obligations (.1). | JRA | 0.20 | 230.00 |
| 04/19/25 | Emails with K. Meyer (KDW) regarding revised seventh rejection notice. | ERW | 0.10 | 128.00 |
| 04/21/25 | Follow up from Province regarding discussions with A&M on open landlord administrative claim issues and next steps on same to avoid landlord motion to compel (.1); follow up with N. Newman (Hanson Bridgett - landlord counsel) on same (.1). | JRA | 0.20 | 230.00 |
| 04/21/25 | Review seventh notice of rejection of contracts and leases. | JC | 0.20 | 147.00 |
| 04/21/25 | Correspondence with Province, A&G, Great American, and debtors' counsel (K&E) regarding lease auction and upcoming dates (.4); communications with various landlords on case status, lease sale process and outstanding admin claims (.5). | CC | 0.90 | 706.50 |
| 04/21/25 | Emails with J. Adams (KDW) and S. Keitlinski (PA) regarding lease auction. | ERW | 0.20 | 256.00 |
| 04/22/25 | Correspondence including calls and emails with A&G, Great American and Province | CC | 1.40 | 1099.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page 5

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | regarding lease sale process, auction and next steps (1.2); emails with landlords regarding administrative amounts/claims and lease sale process (.2). | | | |
| 04/22/25 | Review update on today's lease auction and prior private deals on lease sales (.2); confer with C. Choe (KDW) on same (.1); correspondence with A. Behlmann (LS) regarding same and process forward (.1). | JRA | 0.40 | 460.00 |
| 04/22/25 | Calls regarding status of lease auction with multiple landlords E. Bell (Regency) (.3); D. Papadakis (Kite) (.3); M. Chait (Benderson) (.2); R. Green (Aston) (.3). | RLL | 1.10 | 1314.50 |
| 04/23/25 | Multiple calls and emails with M. Matlat (A&G) regarding status of auction (.5): emails with C. Choe and J. Adams (both KDW) regarding same (.3). | RLL | 0.80 | 956.00 |
| 04/23/25 | Emails with S. Kietlinski (PA) regarding lease auction. | ERW | 0.20 | 256.00 |
| 04/23/25 | Correspondence with various landlords and interested parties regarding lease sale process, auction results and next steps (1.8); coordinate regarding assumption and rejection of leases (.3); coordinate correspondence with A&G and Great American regarding notice of successful bidders (.5); review status of lease sale process (.2). | CC | 2.80 | 2198.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page  6

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 04/24/25 | Correspondence with various landlords regarding case status, auction results, assumption/assignment of leases and next steps on lease sale process. | CC | 1.30 | 1020.50 |
| 04/25/25 | Correspondence with GA, A&G and various landlords regarding lease sale process, assumption/rejection of contracts and case status. | CC | 1.10 | 863.50 |
| 04/28/25 | Correspondence with S. Kietlinski (PA) regarding results of lease auction and follow up. | JRA | 0.10 | 115.00 |
| 04/28/25 | Review of notice of assumption and assignment of leases. | JC | 0.40 | 294.00 |
| 04/28/25 | Review assumption notices. | MJM | 0.30 | 313.50 |
| 04/28/25 | Review and analyze summary of notice of assumption and assignment of leases and update on impact on sale process. | RLL | 0.60 | 717.00 |
| 04/28/25 | Further emails with S. Keitlinski (PA), J. Adams and C. Choe (both KDW) regarding lease auction (.3); review schedule of sold leases (.1). | ERW | 0.40 | 512.00 |
| 04/28/25 | Correspondence with various landlords regarding lease assumption/assignment, GOB sales and lease sale process (.9); emails with S. Kietlinski (Province) regarding same (.2); emails with A&G and Great American regarding sale process and status of leases (.2); | CC | 2.00 | 1570.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page  7

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | emails with K&E regarding lease inbounds and responses (.4); review sale order provisions with respect to lease assumption and designation rights (.3). | | | |
| 04/29/25 | Review of notice of assumption and assignment of leases for committee impact. | JC | 0.20 | 147.00 |
| 04/29/25 | Review correspondence and chart from M. Matlat (A&G) regarding status of leases being marketed and GOB sales (.3); emails with KDW team regarding same (.1). | CC | 0.40 | 314.00 |
| 04/29/25 | Emails with L. Blumenthal (KE) regarding the resolution of certain landlord claims (.2); follow up with C. Choe (KDW) regarding same (.1). | MJM | 0.30 | 313.50 |
| 04/30/25 | Emails with M. Matlet (A&G) regarding lease assumption and status of GOB sales. | CC | 0.20 | 157.00 |
| 04/30/25 | Preliminary review of 12 rejection notices. | MJM | 0.60 | 627.00 |
| 04/30/25 | Review summary report from team on new rejection notices and landlord outreach on same. | JRA | 0.20 | 230.00 |
| 04/30/25 | Emails with R. Green (Aston Properties) and M. Matlat (A&G) regarding payment on lease termination agreement at Culpepper. | RLL | 0.30 | 358.50 |
| Total Services for this Matter: | | | | 23,975.50 |
| Total this Invoice | | | | $23,975.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
May 12, 2025
Page  8

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| CC | Choe, Connie | 14.80 | 785.00 | $11,618.00 |
| ERW | Wilson, Eric | 0.90 | 1,280.00 | 1,152.00 |
| JC | Churchill, John | 1.40 | 735.00 | 1,029.00 |
| JRA | Adams, Jason | 2.20 | 1,150.00 | 2,530.00 |
| MJM | McLoughlin, Maeghan J | 2.40 | 1,045.00 | 2,508.00 |
| RLL | LeHane, Robert L | 4.30 | 1,195.00 | 5,138.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929975

030608      JOANN Committee
0009        Claims Administration

## Account Summary And Remittance Form

Legal Services:                                                      $16,956.00

Disbursements and Other Charges:                                          $0.00

**Total Amount Due:**                                              **$16,956.00**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**   **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:** **135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929975

Client   030608
Matter 0009   Claims Administration

---

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/01/25 | Review J. Churchill (KDW) research on date of delivery for 503(b)(9) claims (.3); follow up emails with E. Wilson and J. Churchill (both KDW) regarding 503(b)(9) related questions (.2). | MJM | 0.50 | $522.50 |
| 04/01/25 | Review and further revise claims presentation (.8); emails to M. McLoughlin (KDW) regarding same (.2). | ERW | 1.00 | 1280.00 |
| 04/02/25 | Further research into agent as it pertains to 503(b)(9) claims (2.1); summarize findings (.4); further clairification based on comments from E. Wilson (KDW) (.4). | JC | 2.90 | 2131.50 |
| 04/02/25 | Emails with J. Churchill (KDW) regarding 503(b)(9) claims and case law interpreting same (.2); review case law provided by J. Churchill (KDW (.4). | MJM | 0.60 | 627.00 |
| 04/02/25 | Follow up correspondence with E. Wilson, M. McLoughlin and J. Churchill (all KDW) on 503(b)(9) claims reconciliation process and potential issues in claims calculation relating to | JRA | 1.30 | 1495.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
May 12, 2025
Page 2

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | receipt of goods (.3); review portions of World Imports decision on same (.3); follow up correspondence with J. Churchill (KDW) on his follow up analysis of same (.4); confer with E. Wilson (KDW) on vendor claims and repurchases (.3). | | | |
| 04/02/25 | Confer with J. Adams (KDW) regarding vendor goods repurchase and claims (.3); review cases regarding delivery and agent (.3); emails with M. McLoughlin and J. Churchill (both KDW) regarding same (.3); review J. Churchill (KDW) analysis of same (.2). | ERW | 1.10 | 1408.00 |
| 04/04/25 | Review updated vendor matrix from debtors. | JRA | 0.10 | 115.00 |
| 04/04/25 | Review updated vendor matrix (.1); cross check against critical vendor order (.1); preliminary review of filed claims (.3). | MJM | 0.50 | 522.50 |
| 04/07/25 | Review Irvine (.3) and Brown (.2) lift stay orders; draft substantial revisions to both order (.6); emails with M. Tsukerman (CS) regarding same (.2). | MJM | 1.30 | 1358.50 |
| 04/07/25 | Outline 503(b)(6) memo (.3); emails with E. Wilson (KDW) regarding memo (.1); begin drafting same (.4). | JC | 0.80 | 588.00 |
| 04/13/25 | Correspondence with Province and J. Adams (KDW) regarding claims reconciliation status and next steps. | CC | 0.30 | 235.50 |
| 04/14/25 | Emails with Province regarding initial | CC | 0.50 | 392.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
May 12, 2025
Page  3

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | impressions of claims pool (.1); review motion to extend removal deadline (.3); correspondence with M. McLoughlin (KDW) regarding same (.1). | | | |
| 04/14/25 | Review removal motion (.3); emails with C. Choe (KDW) regarding same (.1). | MJM | 0.40 | 418.00 |
| 04/14/25 | Emails with C. Choe (KDW) and S. Kietlinski (PA) regarding 503(b)(9) and reconciliation. | ERW | 0.20 | 256.00 |
| 04/16/25 | Update memo on section 503(b)(9) claims. | JC | 1.70 | 1249.50 |
| 04/17/25 | Review further changes to lift stay stipulations (.2); emails with M. Tsukerman (CS) regarding same (.1). | MJM | 0.30 | 313.50 |
| 04/24/25 | Follow-up with S. Kietlinski (Province) regarding claims analysis and reconciliation process (.2); confer with M. McLoughlin (KDW) on same (.1); emails with E. Wilson (KDW) regarding same (.2). | CC | 0.50 | 392.50 |
| 04/24/25 | Emails with C. Choe (KDW) and J. Kietlinski (PA) regarding claims pool and reconciliation. | ERW | 0.20 | 256.00 |
| 04/25/25 | Emails with Province regarding status of claims pool and preliminary review of same. | CC | 0.20 | 157.00 |
| 04/28/25 | Review stipulation between debtors and united steelworkers union. | JC | 0.60 | 441.00 |
| 04/28/25 | Emails with J. Churchill (KDW) regarding Steelworker's 9019 settlement (.2); revise committee update on same (.2). | CC | 0.40 | 314.00 |
| 04/28/25 | Review update from J. Churchill (KDW) | JRA | 0.60 | 690.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
May 12, 2025
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | regarding motion to approved settlement with Steelworkers (.1); review underlying motion (.3); follow up correspondence with M. McLoughlin and J. Churchill (both KDW) regarding same (.2). | | | |
| 04/28/25 | Review motion to terminate Steelworkers CBA and settle claims (.4); emails with J. Churchill (KDW) and S. Kietlinski (PA) regarding same (.3); compare to prior waterfall (.3). | MJM | 1.00 | 1045.00 |
| 04/28/25 | Emails with C. Choe (KDW) and S. Kietlinski (PA) regarding claims evaluation. | ERW | 0.20 | 256.00 |
| 04/29/25 | Correspondence with debtors' counsel regarding Steelworkers' 9019 settlement and impact on unsecured creditor claims pool. | CC | 0.30 | 235.50 |
| 04/29/25 | Emails with M. McLoughlin and A. Barajas (both KDW) regarding Steelworkers motion and severance. | ERW | 0.20 | 256.00 |
| Total Services for this Matter: | | | | 16,956.00 |
| Total this Invoice | | | | $16,956.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
May 12, 2025
Page  5

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| CC | Choe, Connie | 2.20 | 785.00 | $1,727.00 |
| ERW | Wilson, Eric | 2.90 | 1,280.00 | 3,712.00 |
| JC | Churchill, John | 6.00 | 735.00 | 4,410.00 |
| JRA | Adams, Jason | 2.00 | 1,150.00 | 2,300.00 |
| MJM | McLoughlin, Maeghan J | 4.60 | 1,045.00 | 4,807.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929982

030608          JOANN Committee
0010            Plan and Disclosure Statement

## Account Summary And Remittance Form

Legal Services:                                                    $61,179.00

Disbursements and Other Charges:                                        $0.00

**Total Amount Due:**                                            **$61,179.00**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:   021-000-021**
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929982

Client   030608
Matter 0010   Plan and Disclosure Statement

---

Attorney: 05395                                                                                           Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/01/25 | Review latest version of proposed plan and comments from J. Adams (KDW) including with respect to lease/contract treatment. | CC | 0.30 | $235.50 |
| 04/01/25 | Emails with J. Adams (KDW) regarding plan comments (.1); review his comments (.4); further update plan (.5); revise email to debtors regarding plan revisions and next steps (.3). | MJM | 1.30 | 1358.50 |
| 04/01/25 | Review further revised plan (.7); emails to M. McLoughlin (KDW) regarding same (.2); final review of revised plan prior to circulation (.2); email from M. McLoughlin (KDW) and L. Blumenthal (KE) regarding same (.1). | ERW | 1.20 | 1536.00 |
| 04/02/25 | Review analysis of NRIA, TRU and Alpha plan precedent. | ERW | 0.30 | 384.00 |
| 04/09/25 | Confer with S. Balasiano (BA) regarding creditor claims and trust. | ERW | 0.30 | 384.00 |
| 04/13/25 | Emails with M. McLoughlin (KDW) regarding confirmation timeline and disclosure statement follow-up. | CC | 0.20 | 157.00 |
| 04/14/25 | Compare precedent plan trust provisions with | AB | 1.60 | 1424.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | those in committee markup of debtors' filed plan for drafting trust agreement (.2); begin drafting GUC trust agreement (1.4). | | | |
| 04/15/25 | Call with E. Wilson (KDW) to discuss plan timing (.2); follow up emails with A. Barajas (KDW) regarding revisions to plan, DS, and DS motion (.2). | MJM | 0.40 | 418.00 |
| 04/15/25 | Confer (.2) and emails (.2) with M. McLoughlin (KDW) regarding plan documents and filing. | ERW | 0.40 | 512.00 |
| 04/16/25 | Coordinate regarding review of draft disclosure statement and plan (.2); conference with A. Barajas (KDW) regarding same (.1). | CC | 0.30 | 235.50 |
| 04/16/25 | Review debtors' draft of revised plan (.5) and draft of disclosure statement (.6); call with A. Barajas (KDW) to discuss revisions to debtors' plan (1.0); follow up emails with M. Waldrep (KE) regarding timeline and plan documents (.2). | MJM | 2.30 | 2403.50 |
| 04/16/25 | Confer with C. Choe (KDW) regarding debtors' revised plan (.1); calls with M. McLoughlin (KDW) regarding review of debtors' draft amended plan and issues and comments to same (1.0); begin review of debtors' draft disclosure statement (.2) and provide comments to same (.2); begin editing draft plan to incorporate Committee's comments (1.0). | AB | 2.50 | 2225.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 04/17/25 | Continue review of debtors' revised plan draft (1.0); provide notes on same for internal team review and in preparation for further turn (1.8); cross-reference injunction provisions in other KE cases in Delaware (.3); provide my comments to the initial draft of the disclosure statement (2.5). | JRA | 5.60 | 6440.00 |
| 04/17/25 | Review J. Adams (KDW) plan (.5) and disclosure statement comments (.4); call with A. Barajas (KDW) regarding further changes to plan (.4); call with D. Kane and A. Barajas (both KDW) to discuss plan changes (.9); revise issues list (1.1); confer with E. Wilson (KDW) on same (.2). | MJM | 3.50 | 3657.50 |
| 04/17/25 | Correspondence with J. Adams et al. (KDW) regarding status of plan and disclosure statement and issues related to same. | CC | 0.20 | 157.00 |
| 04/17/25 | Review email from J. Adams (KDW) regarding debtors' amended plan and next steps (.1); review J. Adams' (KDW) comments to debtors' draft amended plan (.3); email M. McLoughlin (KDW) regarding same (.1); call with M. McLoughlin (KDW) to discuss J. Adams' plan comments and plan issues list (.4); call with M. McLoughlin and D. Kane (both KDW) regarding GUC trust provisions in debtors' plan and comments and issues to same (.9); edit | AB | 5.60 | 4984.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page 4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | debtors' draft amended plan to incorporate D. Kane's (KDW) comments to trust sections (.2); edit debtors' draft amended plan to incorporate KDW's comments (1.9); draft Committee's Plan issues list (1.6) and email M. McLoughlin (KDW) regarding same (.1). | | | |
| 04/17/25 | Initial review of revised plan (.2) and disclosure statement (.2); emails to A. Barajas and M. McLoughlin (both KDW) regarding same (.1); confer with M. McLoughlin (KDW) regarding same (.2). | ERW | 0.70 | 896.00 |
| 04/17/25 | Review debtors markup of plan (1.2); call with M. McLoughlin and A. Barajas (both KDW) regarding areas of issue and concern with revisions (.9). | DPK | 2.10 | 1984.50 |
| 04/18/25 | Review revised plan draft from A. Barajas (KDW) (.5); revise draft email to debtors on same (.1). | JRA | 0.60 | 690.00 |
| 04/18/25 | Call with E. Wilson (KDW) to discuss status of plan and disclosure statement (.3); revise plan (1.6) and disclosure statement (1.3). | MJM | 3.20 | 3344.00 |
| 04/18/25 | Review and incorporate J. Adams (KDW) comments to debtors' draft disclosure statement (.6); review draft disclosure statement to provide additional edits (2.1); review M. McLoughlin's (KDW) comments to draft markup of debtors' amended plan (.2); email | AB | 3.20 | 2848.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client  030608
Matter 0010
May 12, 2025
Page 5

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | M. McLoughlin (KDW) question regarding same (.2); draft redlines to Kirkland draft amended plan (.1). | | | |
| 04/18/25 | Emails with M. McLoughlin, C. Choe and J. Adams (all KDW) regarding plan (.2); confer with M. McLoughlin (KDW) regarding plan issues (.3). | ERW | 0.50 | 640.00 |
| 04/23/25 | Conference with A. Barajas (KDW) regarding plan/DS process (.1); review plan comments and revisions from K&E (.3). | CC | 0.40 | 314.00 |
| 04/23/25 | Review further revised plan (.6) and summarize issues with same for internal team (.6). | MJM | 1.20 | 1254.00 |
| 04/23/25 | Review debtors' updated draft plan changes to committee's version (.4); review debtors' updated draft disclosure statement changes to committee' prior draft (.2); confer with C. Choe (KDW) regarding call with debtors regarding updated draft plan (.1); review M. McLoughlin's (KDW) comments to debtors' updated draft plan (.1); review precedent chapter 11 plan for limitation of liability language (.4); email M. McLoughlin (KDW) regarding analysis of same (.2). | AB | 1.40 | 1246.00 |
| 04/24/25 | Review debtors' additional edits in further updated draft plan (.1) and disclosure statement (.1); review D. Kane's (KDW) comments to changes in updated draft plan (.2); edit debtors' | AB | 1.00 | 890.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page 6

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | draft plan to incorporate M. McLoughlin and D. Kane's (both KDW) comments (.6). | | | |
| 04/24/25 | Review disclosure statement revisions (.7); comment on same (.3); review further tax changes (.2); analyze D. Kane (KDW) edits to plan (.3). | MJM | 1.50 | 1567.50 |
| 04/24/25 | Review redline plan provided by Gibson Dunn and K&E (.8); provide comments to same to KDW working group (.7). | DPK | 1.50 | 1417.50 |
| 04/25/25 | Review email from J. Adams (KDW) regarding debtors' updated disclosure statement (.1); review debtors' edits to committee settlement provisions of plan (.3) and make responsive edits to same (.2). | AB | 0.60 | 534.00 |
| 04/25/25 | Email J. Adams (KDW) regarding subcon language in plan. | DPK | 0.10 | 94.50 |
| 04/27/25 | Edit debtors' updated draft disclosure statement to incorporate M. McLoughlin's and J. Adams' (both KDW) comments (.4); review debtors' edits to injunction section of update draft plan (.2) and draft responsive edits to same (.4). | AB | 1.00 | 890.00 |
| 04/28/25 | Call with E. Wilson (KDW) related to status of plan and disclosure statement (.2); review A. Barajas (KDW) comments to plan (.5) and further revise same (.9); revise email to debtors explaining UCC changes (.3); call with D. Kane (KDW) (.1) to discuss disclosure | MJM | 2.70 | 2821.50 |

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page  7

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | statement comments; call with J. Adams (KDW) to discuss plan draft (.2); brief review of A. Barajas (KDW) comments to disclosure statement (.3); emails with M. Waldrep (KE) regarding plan comments (.2) | | | |
| 04/28/25 | Review revised versions and provision of plan for update on open items and resolution of settlement terms. | CC | 0.30 | 235.50 |
| 04/28/25 | Confer with E. Wilson and M. McLoughlin (both KDW) regarding open plan issues (.2); review D. Kane (KDW) plan comments (.2); review revised internal draft of plan before circulation to Kirkland (.4); confer with M. McLoughlin (KDW) regarding payment of 503(b)(9) credit amount in accordance with settlement and treatment in plan (.2). | JRA | 1.00 | 1150.00 |
| 04/28/25 | Make additional edits to debtors' draft plan (1.1); email M. McLoughlin (KDW) regarding debtors' edit to trust provisions (.1); draft email to M. McLoughlin (KDW) regarding updated plan (.1); email D. Kane (KDW) regarding status of disclosure statement comments (.1); draft email to debtors' describing committee's edits to draft plan (.6); review M. McLoughlin's (KDW) edits to same (.1); review M. McLoughlin's (KDW) further edits to draft plan (.1); review D. Kane's (KDW) | AB | 4.00 | 3560.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page  8

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | edits to draft disclosure statement (.3); call with D. Kane (KDW) regarding same (.1); incorporate D. Kane's (KDW) edits to draft disclosure statement (.6); make additional cleanup edits to draft disclosure statement and run redlines to debtors' version (.3); draft email to debtors describing edits to disclosure statement (.2); make edits to disclosure statement to incorporate additional comments from M. McLoughlin (KDW) (.3). | | | |
| 04/28/25 | Review (.8) and comment (.2) on disclosure statement; call with M. McLoughlin (KDW) regarding same (.1); call with A. Barajas (KDW) regarding open disclosure statement issues (.1). | DPK | 1.20 | 1134.00 |
| 04/28/25 | Prepare for call (.2) and call with M. McLoughlin (KDW) regarding plan status and next steps (.2). | ERW | 0.40 | 512.00 |
| 04/29/25 | Revise disclosure statement comments (.3); emails with M. Waldrep (KE) regarding same (.1). | MJM | 0.40 | 418.00 |
| 04/29/25 | Review emails from debtors' regarding disclosure statement related notices. | AB | 0.10 | 89.00 |
| 04/30/25 | Review debtors' further revised plan (.3); further emails with L. Blumenthal and M. Waldrep (both KE) regarding comments and timing (.2); emails with D. Kane (KDW) to | MJM | 1.60 | 1672.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page 9

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | discuss plan comments (.2); call with J. Adams (KDW) to discuss plan changes and response to same (.5); further emails with M. Waldrep (KE) regarding further plan changes (.2) and review updated plan (.2). | | | |
| 04/30/25 | Review revised comments to plan (.3) and disclosure statement (.2) from Kirkland; correspondence with M. McLoughlin and A. Barajas (both KDW) regarding same (.2); call with M. McLoughlin (KDW) on open issues, debtors' intent to file today and next steps (.5); call with E. Wilson (KDW) on status (.2); review additional comments from D. Kane (KDW) (.2); follow up correspondence with M. McLoughlin (KDW) and M. Waldrep (KE) regarding thoughts on open issues in plan (.3). | JRA | 1.90 | 2185.00 |
| 04/30/25 | Review debtors' edits to draft plan and related notes explaining changes (.2); review emails from M. McLoughlin (KDW) (.1) and D. Kane (KDW) (.1) regarding proposed responses to debtors' changes to plan; review email from Kirkland with debtors' responses to remaining plan issues (.2). | AB | 0.60 | 534.00 |
| 04/30/25 | Review latest Kirkland turn of plan (.2); opine on changes to KDW last draft (.3); review comparable plan for same (.3); follow up with M. McLoughlin (KDW) regarding debtor | DPK | 0.90 | 850.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page  10

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | response to comments (.1). | | | |
| 04/30/25 | Review latest iteration of plan (.3) and disclosure statement (.2); confer with J. Adams (KDW) regarding same (.2). | ERW | 0.70 | 896.00 |
| | Total Services for this Matter: | | | 61,179.00 |
| | Total this Invoice | | | $61,179.00 |

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
May 12, 2025
Page 11

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| AB | Barajas, Andres | 21.60 | 890.00 | $19,224.00 |
| CC | Choe, Connie | 1.70 | 785.00 | 1,334.50 |
| DPK | Kane, Dana P | 5.80 | 945.00 | 5,481.00 |
| ERW | Wilson, Eric | 4.50 | 1,280.00 | 5,760.00 |
| JRA | Adams, Jason | 9.10 | 1,150.00 | 10,465.00 |
| MJM | McLoughlin, Maeghan J | 18.10 | 1,045.00 | 18,914.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929976

030608          JOANN Committee
0011            Committee and Creditor Communications

## Account Summary And Remittance Form

Legal Services:                                                        $43,317.00

Disbursements and Other Charges:                                       $0.00

**Total Amount Due:**                                               **$43,317.00**

## Terms: Payment Due on or Before    June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:   JP MORGAN CHASE, N.A.**

**ABA #:   021-000-021**

**SWIFT CODE:** CHASUS33

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:**135-046110

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929976

Client   030608
Matter 0011   Committee and Creditor Communications

---

Attorney: 05395                                                                                        Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/01/25 | Call with S. Balasiano (Ba - counsel to UCC member) regarding case status, plan and next steps. | JRA | 0.20 | $230.00 |
| 04/01/25 | Incorporate E. Wilson (KDW) comments to committee presentation (2x) (2.4) and further revise same (.4); draft talking points for April 3 UCC call (2.2); review S. Kietlinski (PA) business update (.2). | MJM | 5.20 | 5434.00 |
| 04/01/25 | Initial review of talking points for Thursday's committee call (.4); emails with M. McLoughlin (KDW) regarding same (.2); email with J. Adams (KDW) regarding creditor inquiries (.2); emails with prospective litigation counsel regarding claims release and creditor claims (.2). | ERW | 1.00 | 1280.00 |
| 04/02/25 | Review and provide comments to UCC update email (.1); review updated draft presentation for tomorrow's UCC call (.3) and provide comments (.3); call with E. Wilson and M. McLoughlin (both KDW) on preparation for | JRA | 1.70 | 1955.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
May 12, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | tomorrow's call (.7); call with M. McLoughlin (KDW) and Province team on same (.3). | | | |
| 04/02/25 | Review update to landlords and coordinate follow up with Benderson and CNA regarding claims bar date. | RLL | 0.30 | 358.50 |
| 04/02/25 | Correspondence with various landlords regarding lease sale process, bar date and case status. | CC | 0.40 | 314.00 |
| 04/02/25 | Incorporate E. Wilson (KDW) additional comments to committee presentation (.7); emails with J. Adams and E. Wilson (both KDW) related to committee call (.2); call with J. Adams and E. Wilson (both KDW) to prepare for committee call (.7); further revise presentation (.5); call with E. Wilson (KDW) regarding revisions to presentation (.2); call with J. Adams and S. Kietlinksi (PA) to prepare for committee call (.3); revise talking points (.7); draft brief summary of cases cited in committee presentation (.4). | MJM | 3.70 | 3866.50 |
| 04/02/25 | Review draft of committee presentation and provide edits to same (.4); email M. McLoughlin (KDW) regarding edits to same (.1). | AB | 0.50 | 445.00 |
| 04/02/25 | Review and revise presentation (.3); confer with (.2) and emails to (.1) M. McLoughlin (KDW) regarding same; conference call with | ERW | 3.20 | 4096.00 |

**KELLEY DRYE & WARREN LLP**          <span>FEDERAL ID NO. 13-5335107</span>

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
May 12, 2025
Page  3

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | M. McLoughlin and J. Adams (both KDW) regarding same, tomorrow's call and plan (.7); final review and revise claims presentation (.6); review revised talking points for tomorrow's call (.4); conference call with S. Balasiano (BA) regarding tomorrow's call and sale of goods (.3); review and comment on committee update (.1); revise agenda (.1); instruction to M. McLoughlin (KDW) regarding same (.1); emails with M. McLoughlin and J. Adams (both KDW) regarding same (.1); update from J. Adams (KDW) regarding call with PA (.2). | | | |
| 04/03/25 | Review (.3) and revise (.4) talking points for today's UCC call; cross-reference presentation in connection with same (.2); participate on today's UCC call with E. Wilson and M. McLoughlin (both KDW) (.8); follow up with R. Tucker (Simon) on rejection claims deadline (.1); follow up with E. Wilson (KDW) following UCC call (.2). | JRA | 2.00 | 2300.00 |
| 04/03/25 | Participate in committee call (.8); email with S. Balasiano (BA) regarding claims presentation (.1); emails with landlord creditors regarding lease sale process and admin claims (.6). | CC | 1.50 | 1177.50 |
| 04/03/25 | Attend committee meeting regarding various case updates and strategy. | AB | 0.80 | 712.00 |
| 04/03/25 | Prepare for (.3) and participate on (.8) today's | MJM | 1.30 | 1358.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client  030608
Matter 0011
May 12, 2025
Page 4

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | committee call; emails with J. Hoover (BF) regarding payment of 503(b)(9) claims (.2). | | | |
| 04/03/25 | Prepare for committee call (1.5) and conduct today's committee call (.8); outline follow-up items (.3); confer with J. Adams (KDW) regarding same (.2). | ERW | 2.80 | 3584.00 |
| 04/04/25 | Review and respond to creditor inquiries. | ERW | 0.30 | 384.00 |
| 04/07/25 | Emails with M. McLoughlin (KDW) regarding creditor inquiry. | ERW | 0.20 | 256.00 |
| 04/15/25 | Correspondence with landlords regarding stub rent, postpetition claims reconciliation and lease sale process. | CC | 0.90 | 706.50 |
| 04/16/25 | Correspondence with S. Kietlinski (Province) regarding landlord inquires and emails regarding same (.2); correspondence with landlords on lease sale process (.2). | CC | 0.40 | 314.00 |
| 04/21/25 | Confer with S. Balasiano (BA) regarding sale of customer goods (.2); emails with Province regarding creditor outreach (.2). | ERW | 0.40 | 512.00 |
| 04/23/25 | Review revisions and comments to committee presentation on claims (.4); conference with J. Churchill (KDW) on same and next steps (.2). | CC | 0.60 | 471.00 |
| 04/23/25 | Discussion with C. Choe (KDW) on committee presentation (.2). | JC | 0.20 | 147.00 |
| 04/23/25 | Emails with J. Hoover (BL) regarding case status (.2); continue revising claims presentation (1.1); emails with C. Choe and J. | MJM | 1.60 | 1672.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
May 12, 2025
Page  5

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | Churchill (both KDW) regarding next steps (.3). | | | |
| 04/24/25 | Email to A. Barajas (KDW) regarding creditor inquiries. | ERW | 0.10 | 128.00 |
| 04/25/25 | Review and research for updates to committee and related presentation (.5); revise presentation (1.3); correspondence with J. Churchill (KDW) regarding same (.3). | CC | 2.10 | 1648.50 |
| 04/25/25 | Update to committee presentation on claims (.6); emails with C. Choe (KDW) on presentation (.2). | JC | 0.80 | 588.00 |
| 04/25/25 | Emails with J. Hoover (Benesch) regarding case status, lease auction (.3); follow up with C. Choe (KDW) in connection with lease and GOB sales (.2). | MJM | 0.50 | 522.50 |
| 04/28/25 | Review assumption and assignment notice (.3); prepare committee update regarding lease auction, GOB sales and lease assumption/process (.6); revise update (.3). | CC | 1.20 | 942.00 |
| 04/28/25 | Review and revise UCC draft update email from M. McLoughlin (KDW) on lease sale process and Steelworkers settlement. | JRA | 0.10 | 115.00 |
| 04/28/25 | Draft committee update on plan, lease assumption, 9019 motion. | MJM | 0.60 | 627.00 |
| 04/28/25 | Emails with committee members regarding status and distressed retail. | ERW | 0.10 | 128.00 |
| 04/29/25 | Further revise claims presentation (.8); emails | MJM | 0.90 | 940.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
May 12, 2025
Page  6

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | with C. Choe and J. Churchill (both KDW) regarding same (.1). | | | |
| 04/29/25 | Review revised committee presentation and comments from M. McLoughlin (KDW) (.3); conduct additional research (1.7); revise and finalize (.4); emails to J. Adams (KDW) on next steps (.1). | CC | 2.50 | 1962.50 |
| 04/29/25 | Review and respond to creditor inquiries regarding vendor and supply chain related issues. | AB | 0.70 | 623.00 |
| 04/29/25 | Emails to A. Barajas (KDW) regarding creditor inquiries (.2); email with G. Ocalgivay (Ormo) regarding status (.1). | ERW | 0.30 | 384.00 |
| 04/30/25 | Emails with J. Hoover (Benesch) regarding landlord inquiries (.2); draft committee update regarding plan documents (.4); emails with J. Kaplan (CRG) regarding case status (.1). | MJM | 0.70 | 731.50 |
| 04/30/25 | Correspondence with various landlords regarding lease sale process, lease assumption and next steps (.5); continue revisions to committee presentation (.8); conduct related research (.5); confer with P. Laudiero (KDW) regarding analysis (.3); emails with E. Wilson, J. Adams and M. McLoughlin (all KDW) regarding same (.2). | CC | 2.30 | 1805.50 |
| 04/30/25 | Research for claims presentation (.2) and call with M. McLoughlin (KDW) regarding same | PL | 0.50 | 367.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
May 12, 2025
Page  7

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | (.3). | | | |
| 04/30/25 | Revise UCC update email on plan status. | JRA | 0.20 | 230.00 |
| | Total Services for this Matter: | | | 43,317.00 |
| | Total this Invoice | | | $43,317.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
May 12, 2025
Page  8

| Tkpr | Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| AB | Barajas, Andres | 2.00 | 890.00 | $1,780.00 |
| CC | Choe, Connie | 11.90 | 785.00 | 9,341.50 |
| ERW | Wilson, Eric | 8.40 | 1,280.00 | 10,752.00 |
| JC | Churchill, John | 1.00 | 735.00 | 735.00 |
| JRA | Adams, Jason | 4.20 | 1,150.00 | 4,830.00 |
| MJM | McLoughlin, Maeghan J | 14.50 | 1,045.00 | 15,152.50 |
| PL | Laudiero, Paul | 0.50 | 735.00 | 367.50 |
| RLL | LeHane, Robert L | 0.30 | 1,195.00 | 358.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929977

030608          JOANN Committee
0012            Business Operations

## Account Summary And Remittance Form

Legal Services:                                                        $1,119.00

Disbursements and Other Charges:                          $0.00

**Total Amount Due:**                                          <u>**$1,119.00**</u>

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:   021-000-021**
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929977

Client   030608
Matter 0012   Business Operations

---

Attorney: 05395                                                                 Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/04/25 | Review letter from Maine Attorney General regarding gift card usage complaints. | JRA | 0.20 | $230.00 |
| 04/07/25 | Review Maine AG letter regarding gift cards (.1); cross check against customer programs (.1) and sale order (.2). | MJM | 0.40 | 418.00 |
| 04/07/25 | Review letter regarding gift card usage (.2); review sale order and store closing order with respect to same (.2); email to J. Adams and M. McLoughlin (both KDW) regarding same (.2). | CC | 0.60 | 471.00 |
| Total Services for this Matter: | | | | 1,119.00 |
| Total this Invoice | | | | $1,119.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0012
May 12, 2025
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 0.60 | 785.00 | $471.00 |
| JRA | Adams, Jason | 0.20 | 1,150.00 | 230.00 |
| MJM | McLoughlin, Maeghan J | 0.40 | 1,045.00 | 418.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929978

030608      JOANN Committee
0013        Court Hearings

## Account Summary And Remittance Form

Legal Services:   $1,364.00

Disbursements and Other Charges:   $0.00

**Total Amount Due:**   **$1,364.00**

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**   **JP MORGAN CHASE, N.A.**

**ABA #:**   **021-000-021**

**SWIFT CODE:** **CHASUS33**

**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**

**ACCOUNT #:135-046110**

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929978

Client   030608
Matter 0013   Court Hearings

Attorney: 05395                                                                 Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/08/25 | Email C. Choe (KDW) on May 6 hearing agenda (.1); emails with T. Burns (KDW) to confirm agenda (.1). | JC | 0.20 | $147.00 |
| 04/08/25 | Email correspondence with J. Churchill (KDW) regarding the schedule of May 6th hearing (.2); retrieve and circulate list of matters to be heard at May 6th hearing (.3). | TB | 0.50 | 200.00 |
| 04/09/25 | Review notice of adjournment of hearing for April 16 (.2); review upcoming hearing schedule (.1). | JC | 0.30 | 220.50 |
| 04/09/25 | Review hearing cancellation notice (.1); instruction to J. Churchill (KDW) regarding same (.1). | CC | 0.20 | 157.00 |
| 04/09/25 | Email correspondence with J. Churchill regarding upcoming hearings (.2); retrieve and circulate hearing matter information through the end of May 2025 (.3). | TB | 0.50 | 200.00 |
| 04/28/25 | Emails with L. Blumenthal and O. Acuna (both KE) regarding May 6 hearing. | MJM | 0.20 | 209.00 |
| 04/29/25 | Review emails regarding status of May 6 | CC | 0.20 | 157.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0013
May 12, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | hearing and matters resolved or subject to resolution. | | | |
| 04/29/25 | Review order scheduling omnibus hearings. | JC | 0.10 | 73.50 |
| | Total Services for this Matter: | | | 1,364.00 |
| | Total this Invoice | | | $1,364.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0013
May 12, 2025
Page  3

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| CC | Choe, Connie | 0.40 | 785.00 | $314.00 |
| JC | Churchill, John | 0.60 | 735.00 | 441.00 |
| MJM | McLoughlin, Maeghan J | 0.20 | 1,045.00 | 209.00 |
| TB | Burns, Tom | 1.00 | 400.00 | 400.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929979

030608          JOANN Committee
0016            Debtor Communications

## Account Summary And Remittance Form

Legal Services:                                                                                   $5,009.50

Disbursements and Other Charges:                                                      $0.00


**Total Amount Due:**                                                                 <u>**$5,009.50**</u>

## Terms: Payment Due on or Before   June 11, 2025

## Please Return This Page With Your Payment


<u>**PAYMENT BY WIRE OR ACH IS PREFERRED:**</u>
<u>**BANK:**</u>  **JP MORGAN CHASE, N.A.**
<u>**ABA #:**</u>  **021-000-021**
<u>**SWIFT CODE:**</u> **CHASUS33**
<u>**ACCOUNT NAME:**</u> **KELLEY DRYE & WARREN LLP**
<u>**ACCOUNT #:**</u>**135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

<u>**PAYMENT BY CHECK:**</u>
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929979

Client   030608
Matter 0016   Debtor Communications

---

Attorney: 05395                                                                    Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/03/25 | Emails with Cole Schotz regarding landlord outreach on outstanding stub rent and postpetition amounts. | CC | 0.20 | $157.00 |
| 04/08/25 | Draft agenda for call (.2); correspond with debtors regarding upcoming call (.2); prepare for call (.2); participate in call with M. McLoughlin (KDW), K&E and Cole Schotz teams (.3). | CC | 0.90 | 706.50 |
| 04/08/25 | Call with M. Tsukerman (CS) regarding revisions to lift stay stipulations (.2); emails regarding additional revisions (.1); draft additional changes to stipulation (.2); update agenda for bi-weekly debtor call (.1); review claims register and docket in preparation of the call (.3); participate in call with C. Choe (KDW) Kirkland and CS teams (.3). | MJM | 1.20 | 1254.00 |
| 04/12/25 | Review C. Choe (KDW) summary update report from the call with Kirkland on Tuesday on plan status, open issues, solicitation and overall case status (.2); follow up | JRA | 0.40 | 460.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0016
May 12, 2025
Page  2

---

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | correspondence with M. McLoughlin and C. Choe (both KDW) on same (.2). | | | |
| 04/14/25 | Follow-up with debtors counsel regarding status of disclosure statement, confirmation timeline, and removal deadline. | CC | 0.20 | 157.00 |
| 04/15/25 | Communications with debtors' counsel regarding status of postpetition reconciliation. | CC | 0.30 | 235.50 |
| 04/22/25 | Prepare agenda for bi-weekly call with debtors' counsel (.2); correspond regarding same (.1). | CC | 0.30 | 235.50 |
| 04/23/25 | Preparation for upcoming case status call with K&E and Cole Schotz teams (.4): participate in same (.7). | CC | 1.10 | 863.50 |
| 04/23/25 | Prepare for (.2) and participate in (.7) call with O. Acuna, M. Waldrep (both KE) and C. Choe (KDW) to discuss open matters and plan issues. | MJM | 0.90 | 940.50 |
| Total Services for this Matter: | | | | 5,009.50 |
| Total this Invoice | | | | $5,009.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0016
May 12, 2025
Page 3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 3.00 | 785.00 | $2,355.00 |
| JRA | Adams, Jason | 0.40 | 1,150.00 | 460.00 |
| MJM | McLoughlin, Maeghan J | 2.10 | 1,045.00 | 2,194.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929980

030608          JOANN Committee
0017            Investigation

## Account Summary And Remittance Form

Legal Services:                                                                $2,962.50

Disbursements and Other Charges:                                      $0.00

**Total Amount Due:**                                                    **$2,962.50**

**Terms: Payment Due on or Before   June 11, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:**  021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929980

Client   030608
Matter 0017   Investigation

---

Attorney: 05395                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 04/18/25 | Emails with M. McLoughlin (KDW) regarding investigation presentation. | ERW | 0.20 | $256.00 |
| 04/22/25 | Revise investigation presentation. | MJM | 2.10 | 2194.50 |
| 04/30/25 | Review further revised investigation presentation. | ERW | 0.40 | 512.00 |
| Total Services for this Matter: | | | | 2,962.50 |
| Total this Invoice | | | | $2,962.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0017
May 12, 2025
Page  2

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|----------|----------------|-----------|----------|------------|
| ERW | Wilson, Eric | 0.60 | 1,280.00 | $768.00 |
| MJM | McLoughlin, Maeghan J | 2.10 | 1,045.00 | 2,194.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929981

030608   JOANN Committee
0020    Committee Professional Communications

## Account Summary And Remittance Form

Legal Services:                $941.00

Disbursements and Other Charges:       $0.00

**Total Amount Due:**        **<u>$941.00</u>**

## Terms: Payment Due on or Before June 11, 2025

## Please Return This Page With Your Payment

**<u>PAYMENT BY WIRE OR ACH IS PREFERRED:</u>**
**<u>BANK:</u>** **JP MORGAN CHASE, N.A.**
**<u>ABA #:</u>** **021-000-021**
**<u>SWIFT CODE:</u>** **CHASUS33**
**<u>ACCOUNT NAME:</u>** **KELLEY DRYE & WARREN LLP**
**<u>ACCOUNT #:</u>135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

May 12, 2025
Invoice No. 2929981

Client   030608
Matter 0020   Committee Professional Communications

---

Attorney: 05395                                                            Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 04/01/25 | Review update from Province on liquidation process, claims reconciliation and preparation for this week's committee call. | JRA | 0.30 | $345.00 |
| 04/18/25 | Call with E. Wilson, J. Adams, C. Choe (all KDW) to discuss plan process, lease auction. | MJM | 0.20 | 209.00 |
| 04/18/25 | Conference with E. Wilson, J. Adams and M. McLoughlin (all KDW) regarding lease sale process and general case. | CC | 0.20 | 157.00 |
| 04/18/25 | Call with E. Wilson, M. McLoughlin and C. Choe (all KDW) regarding status on plan and lease auction. | JRA | 0.20 | 230.00 |
| Total Services for this Matter: | | | | 941.00 |
| Total this Invoice | | | | $941.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0020
May 12, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| CC | Choe, Connie | 0.20 | 785.00 | $157.00 |
| JRA | Adams, Jason | 0.50 | 1,150.00 | 575.00 |
| MJM | McLoughlin, Maeghan J | 0.20 | 1,045.00 | 209.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652