## EXHIBIT B

## April Expenses

# KELLEY DRYE & WARREN LLP
## ** CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY **

**** ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm ****

RUN DATE: May 12, 2025 11:31:04                    DATE THRU: April 30, 2025                                      Page: 2
**Billing Timekeeper: 05395 - Wilson, Eric**                              **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1944754                                                                                              FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | | | Disb Id |
|---|---|---|---|---|---|---|---|---|
| 08334 | Churchill , J. | 04/02/25 | Westlaw Research | 116.31 | H | T | W | 8964631 |
| | | | **Totals:** | **$116.31** | | | | |

**KELLEY DRYE & WARREN LLP**
**\*\* CONFIDENTIAL WORK SHEET FOR INTERNAL USE ONLY \*\***


**\*\* ALL DISBURSEMENTS SHOULD BE BILLED TO MATTER 0001 ONLY. Black and white copies should not exceed $.10 per page, and colored copies should not exceed $.25 per page. All other disbursements are to be billed at actual costs to the firm \*\***

RUN DATE: May 12, 2025 11:31:04           DATE THRU: April 30, 2025           Page: 4
**Billing Timekeeper: 05395 - Wilson, Eric**           **Responsible Timekeeper: 05395 - Wilson, Eric**
Prebill #: 1944754           FORMAT 021
**030608 - JOANN Committee**
**0001 - Case Administration**

| | **Other Charges Summary** | **Amount** | **Disp** | |
|---|---|---|---|---|
| 000254 | Westlaw Research | 116.31 | H | T | W |
| | **Total** | **116.31** | | |