| | |
|---|---|
| 1  COUNTY OF KERN, STATE OF CALIFORNIA<br>   c/o Treasurer/Tax Collector's Office<br>2  Attn: Bankruptcy Division<br>   P.O. Box 579<br>3  Bakersfield, CA 93302-0579<br>   Telephone:<br>4  E-Mail: bankruptcy@kerncounty.com<br>5  Creditor | RECEIVED<br>2025 JUN 10 A 9:52<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

**UNITED STATES BANKRUPTCY COURT**

District of Delaware

| | |
|---|---|
| **In re**<br><br>**Debtor**<br>**JO-ANN STORES LLC**<br>                              **Debtor.**<br><br>Address:  5555 Darrow Rd<br>               Hudson, OH  44236<br>City, State Zip:<br><br>Tax ID: | Case No.<br>25-10072<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE OF ALL<br>PLEADINGS AND HEARINGS** |

NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the County of Kern, by , , serves as claims representative for the County of Kern, a creditor and a party in interest in the above captioned bankruptcy case.  This office hereby requests that the Office of the Treasurer/Tax Collector be added to the master mailing list.  Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that special notice of all matters that may come before the Court be made as follows:

**KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE**

1

ATTN: BANKRUPTCY DIVISION
c/o
P.O. BOX 579
BAKERSFIELD, CA 93302-0579
Email: bankruptcy@kerncounty.com

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: 05/30/2025

Respectfully submitted,

JORDAN KAUFMAN, TREASURER/TAX COLLECTOR

By _____/s/ J. Palen_____

Kern County Treasurer and Tax Collector Office

| | |
|---|---|
| 1 | COUNTY OF KERN, STATE OF CALIFORNIA |
| 2 | c/o Treasurer/Tax Collector's Office<br>Attn: Bankruptcy Division |
| 3 | P.O. Box 579<br>Bakersfield, CA 93302-0579 |
| 4 | Telephone:<br>E-Mail: bankruptcy@kerncounty.com |
| 5 | |
| 6 | Creditor |

RECEIVED
2025 JUN 10 A 9:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| In re | Case No.<br>**25-10072** |
| **Debtor**<br>JO-ANN STORES LLC<br>                    Debtor. | Chapter 11 |
| Address: 5555 Darrow Rd<br>Hudson, OH  44236 | PROOF OF SERVICE OF REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS |
| Tax ID: | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On May 30, 2025, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on May 30, 2025, at Bakersfield, California.

_____
Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Olivia F. Acuna
601 Lexington Ave
New York, NY 10022

**Other**

Kroll Restructuring Administration LLC
1 World Trade Center  FL 31
New York, NY 10007



**JORDAN KAUFMAN**
KERN COUNTY TREASURER-TAX COLLECTOR
1115 TRUXTUN AVENUE, 2nd FLOOR
BAKERSFIELD, CALIF. 93301-4640

TEMP-RETURN SERVICE REQUESTED

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801



No envelope copy provided
ajm



quadient
FIRST-CLASS
IMI
$002
06/02/202
043M3122