# Demitra Yeager

**From:** bill starr <b455starr@hotmail.com>
**Sent:** Tuesday, June 10, 2025 10:15 AM
**To:** Nickita Barksdale; Demitra Yeager
**Subject:** JOANN's

**CAUTION - EXTERNAL:**

Good morning ladies

I have an issue that I would like to ask you for your help.

My partner owns 2 stores in Utah that were homes to JOANNs for many years. Sad that they are gone.

With the stores now closed there is an issue that we have not been able to get an answer to.

We would like to know when the CAM reconciliations will be paid. Ours were filed in late Feb/early March. I have not heard any argument that these JOANN's obligations are anything but post petition claims.

We have been told that these claims are being "worked on" and we know that there are approx 800 claims...and not a lot of people to do this work.

Our ask is...could you bring this to Judge Goldblatt's attention to see if he might be able to get an answer to this question in tomorrow's court session? I will be zoomed in.

Thank you for your time.

Regards

Bill Starr

PS Nickita....I do not know if I have Ms Yeager's correct email address. If I do not could you forward this on to her..thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.