IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al*., | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 855** |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO PROPOSED CURE AMOUNTS RELATED TO ASSUMPTION AND ASSIGNMENT OF BV WACO CENTRAL TEXAS MARKETPLACE, LLC LEASE TO SFM, LLC

BV Waco Central Texas Marketplace, LLC ("BV" or "Landlord"), by its attorneys, hereby withdraws the *Limited Objection to Proposed Cure Amounts Related to Assumption and Assignment of BV Waco Central Texas Marketplace, LLC Lease to SMF, LLC* [D.I. 855] filed on May 12, 2025, without prejudice.

This withdraw is contingent on Debtors acknowledging that the proper cure amount for the BV Waco premises is $89,711.82 as of June 10, 2025.

Dated: June 10, 2025
Wilmington, Delaware

**ESBROOK P.C.**

*/s/ Katherine R. Welch*
Scott J. Leonhardt (DE 4885)
Katherine R. Welch (DE 7347)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(Phone) 302.650.7540

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

E-Mail: scott.leonhardt@esbrook.com
E-Mail: katherine.welch@esbrook.com

-and-

**RAY QUINNEY & NEBEKER P.C.**

Michael Johnson
David Leigh
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
(Phone) 801-323-3363
E-Mail: MJohnson@rqn.com

*Counsel for the Landlord*