**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 10, 2025, I caused a true and correct copy of this *Notice of Withdrawal* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the notice parties listed on the attached service list as set forth in the Procedures Order.

Dated: June 10, 2025

                                           */s/ Katherine R. Welch*
                                           Katherine R. Welch (#7347)