IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429, 520, 764, 860, 1092** |

**NOTICE OF DEBTORS' REVISED PROPOSED ORDER
REGARDING SECOND NOTICE OF ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACT AND/OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on February 14, 2025, the Court entered the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 429].

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Second Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 764] (the "Second Assumption Notice") regarding the assumption and assignment of the unexpired leases set forth on Schedule 2 to the Second Assumption Notice (the "Original Assumption List"). Attached to the Second Assumption Notice was a proposed form of order approving the assumption and assignment of the Original Assumption List (the "Original Proposed Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that, on May 12, 2025, QCM Partners, LLC filed the *Objection of Landlord, QCM Partners, LLC, to Debtors' Second Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases Debtors* [Docket No. 860] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2025, the Debtors filed the *Debtors' and Dollar Tree Stores, Inc.'s Joint Reply in Support of Assignment of Lease for Store #2281 in Queen Creek, Arizona* [Docket No. 1092] (the "Reply").

**PLEASE TAKE FURTHER NOTICE** that the Second Assumption Notice is scheduled for hearing on June 11, 2025 at 2:00 p.m. (the "Hearing") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the revised order approving the assumption and assignment (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is the redline of Revised Proposed Order against the Original Proposed Order.

*[Remainder of page intentionally left blank]*

Dated: June 10, 2025
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   anup.sathy@kirkland.com
         jeff.michalik@kirkland.com
         lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*              *Co-Counsel to the Debtors*
*and Debtors in Possession*              *and Debtors in Possession*