# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>RE: D.I. _____ |

**ORDER GRANTING MOTION OF WILSHIRE PLAZA INVESTORS, LLC
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon consideration of the *Motion of Wilshire Plaza Investors, LLC for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "**Motion**") filed by Wilshire Plaza Investors, LLC ("**Landlord**"); and the Court having jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409(a); and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Landlord is allowed an administrative claim for the Balance (as defined in the Motion) in the amount of $20,826.56.

3. The Debtors are directed to pay the allowed administrative expense claim of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2

Landlord in the amount of $20,826.56 within five (5) business days of the entry of this Order.

        4.        Nothing in this Order shall prejudice the rights of the Landlord to seek additional relief or assert further claims related to the matters set forth in the Motin or any other matter.

        5.        The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

_____
THE HONORABLE CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE