**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 10, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 25, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF WILSHIRE PLAZA INVESTORS, LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE**
**CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

  **PLEASE TAKE NOTICE** that, on June 11, 2025, Wilshire Plaza Investors, LLC ("**Movant**") filed the *Motion for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware.

  **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing and filed on or before **June 25, 2025, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's undersigned counsel so as to be received on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **July 10, 2025, at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 11, 2025  
Wilmington, Delaware

Respectfully submitted,

**STEVENS & LEE, P.C.**

*/s/ Gregory T. Donilon*  
Gregory T. Donilon (No. 4244)  
919 North Market Street  
Suite 1300  
Wilmington, Delaware 19801  
Telephone: (302) 425-3311  
Facsimile: (610) 371-7371  
Email: gregory.donilon@stevenslee.com

-and-

**BALCH & BINGHAM LLP**  
Jeremy L. Retherford  
(*pro hac vice* motion to be filed)  
1901 Sixth Avenue North  
Suite 1500  
Birmingham, Alabama 35203-4642  
Telephone: (205) 226-3479  
Facsimile: (205) 226-8799  
Email: Jretherford@balch.com

*Counsel for Wilshire Plaza Investors, LLC*