**CERTIFICATE OF SERVICE**

     I, Gregory T. Donilon, hereby certify that, on June 11, 2025, I caused a true and correct copy of the foregoing ***Motion of Wilshire Plaza Investors, LLC for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)*** to be served via (i) first class U.S. mail and electronic mail on the parties listed below (except as otherwise indicated) and (ii) CM/ECF upon all parties receiving such notice in these chapter 11 cases.

                                      */s/ Gregory T. Donilon*
                                      Gregory T. Donilon (No. 4244)

| | |
|---|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, OH 44236<br>Attn: Ann Aber, EVP, Chief Legal and Human Resources Officer<br><br>**Debtors** (First Class U.S. Mail Only) | Aparna Yenamandra, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>E-mail: aparna.yenamandra@kirkland.com<br><br>**Counsel to the Debtor** |
| Jeffrey Michalik<br>Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>E-mail:<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>**Counsel to the Debtors** | Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>E-mail:<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>**Counsel to the Debtors** |
| Malcolm M. Bates<br>Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>E-mail: malcolm.m.bates@usdoj.gov<br><br>**United States Trustee** | Jason Adams<br>Maeghan McLoughlin<br>Connie Choe<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, NY 10007<br>Email:<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com<br><br>**Counsel to the Official Committee of Unsecured Creditors** |

| | |
|---|---|
| Bradford Sandler<br>James O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email:<br>bsandler@pszjlaw.com<br>joneill@pszlaw.com<br><br>**Counsel to the Official Committee of Unsecured Creditors** | Scott Greenberg<br>Kevin Liang<br>Josh Brody<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>E-mail:<br>SGreenberg@gibsondunn.com<br>KLiang@gibsondunn.com<br>JBrody@gibsondunn.com<br><br>**Counsel to Prepetition Term Loan Lender Ad Hoc Group** |
| Jeffrey Gleit<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>E-mail: jeffrey.gleit@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** | Jonathan Bagg<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>E-mail: jonathan.bagg@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** |
| Matthew Bentley<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>E-mail: matthew.bentley@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** | Andrew Behlmann<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Email: abehlmann@lowenstein.com<br><br>**Counsel to GA Joann Retail Partnership, LLC** |