**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC, *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 921** |

**NOTICE OF WITHDRAWAL OF ECHO/CONTINENTAL LINCOLN VILLAGE LLC'S OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

PLEASE TAKE NOTICE that Echo/Continental Lincoln Village, LLC hereby withdraws *Echo/Continental Lincoln Village LLC's Objection and Reservation of Rights to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 921].

Dated: June 11, 2025

                                                **SAUL EWING LLP**

                                                */s/ Lucian B. Murley*
                                                Lucian B. Murley (DE Bar No. 4892)
                                                1201 N. Market Street, Suite 2300
                                                P.O. Box 1266
                                                Wilmington, DE 19899
                                                (302) 421-6898
                                                luke.murley@saul.com

                                                *Attorneys for Echo/Continental Lincoln Village, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: JOANN Inc. (5540); Needle Holdings, LLC (3814); Jo-Ann Stores, LLC (o629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594): JOANN Ditto Holdings, Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).. The Debtors' mailing address is 5555 Darrow road, Hudson, OH 44236.

55715161.1