# SIGN-IN SHEET

**JUDGE: Goldblatt     COURTROOM: 7**

**CASE NUMBER 25-10068 CASE NAME: Joann Inc. et al DATE: 6/11/2025 (2:00 PM)**

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilly | Cole Schotz | Debtors |
| Karen Grivner | Clark Hill | RCM Partners, Landlord |
| Katherine Welsh | Esbrook | Observing |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Joann Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Olivia | Acuna | Kirkland & Ellis LLP | Debtors, et al | Video and Audio |
| Candace | Arthur | Latham & Watkins LLP | Dollar Tree Stores, Inc. | Video and Audio |
| Rupsha | Basu | Milbank LLP | Interested Party | Video and Audio |
| Lindsey | Blumenthal | Kirkland & Ellis LLP | Debtors, et al | Video and Audio |
| Jason | Brothers | Dollar Tree Stores, Inc. | Dollar Tree Stores, Inc. | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | Various Creditors | Video and Audio |
| Rick | Caynor | Dollar Tree Stores, Inc. | Dollar Tree Stores, Inc. | Video and Audio |
| Christian | Chiles | Dollar Tree | Dollar Tree Stores, Inc. | Video and Audio |
| Connie | Choe | Kelley Drye & Warren LLP | | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | Video and Audio |
| Grace | Dobush | Craft Industry Alliance | | Audio Only |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Amy | Donahue | | Debtors, et al | Video and Audio |
| Malak | Doss | Glenn Agre | Party in Interest | Video and Audio |
| Will | Farmer | Jackson Walker LLP | Burlington | Video and Audio |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Andrew | Glenn | Glenn Agre | Party in Interest | Video and Audio |
| Jonathan | Gordon | Latham & Watkins LLP | Dollar Tree Stores, Inc. | Video and Audio |
| Andrew | Harmeyer | Milbank LLP | Interested Party | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | Dollar Tree Stores, Inc. | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Dietrich | Knauth | Reuters | Media | Audio Only |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Todd | Littler | Dollar Tree Stores, Inc. | Dollar Tree Stores, Inc. | Video and Audio |
| Maeghan | McLoughlin | Kelley Drye & Warren LLP | | Video and Audio |
| Jeffrey | Michalik | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Alex | Miller | Milbank LLP | Interested Party | Video and Audio |
| Byron | Moldo | Ervin Cohen Jessup | Red Mountain Asset Fund I | Video and Audio |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington | Video and Audio |
| FAYE | RASCH | | | Audio Only |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Zachary | Shapiro | Richards, Layton & Finger, P.A. | Dollar Tree Stores, Inc. | Video and Audio |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |
| Chase | Stone | Ervin Cohen & Jessup LLP | Red Mountain Asset Fund I | Video and Audio |
| Ellsworth | Summers | Burr & Forman LLP | CTO23, CTO Carolina | Video and Audio |
| Richard | Sutherland | Dollar Tree Stores, Inc. | Dollar Tree Stores, Inc. | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |

Joann Inc.
25-10068

| Corey | | Timpson | | City of Fresno City Attorney&#039;s Office | | | Creditor | | | Video and Audio | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| videoconferencing | | Videoconferencing | | Morris Nichols Arsht & Tunnell | | | Party in Interest | | | Video and Audio | | |
| Matthew | | Williams | | Gibson, Dunn & Crutcher LLP | | | Party in Interest | | | Video and Audio | | |
| Blanka | | Wolfe | | | | | | | | Audio Only | | |
| Aparna | | Yenamandra | | Kirkland & Ellis LLP | | | Debtors, et al. | | | Video and Audio | | |