# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | 100 LAYER CAKE | 12827 BONAPARTE AVE LOS ANGELES, CA 90066 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Aaron Cutler Memorial Library | 269 Charles Bancroft Highway, Litchfield, NH, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Abby Houston | AbbyPainter LLC 7079 SE Pine Street Portland, OR 97215 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Adams County Library | 569 N. Cedar St., Suite 1, Adams, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Addison Public Library | 4 Friendship Plaza, Addison, IL, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | AKG SQUARED LLC | DBA DAMASK LOVE 951 BRICKELL AVE #911 MIAMI, FL 33131 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Akron-Summit County Public Library | 60 S. High St., Akron, OH, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | Alachua County Library District | 401 East University Avenue, Gainesville, FL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 9 | Creativebug Holdings LLC | Alamance County Public Libraries | 342 S Spring St, Burlington, NC, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 10 | Creativebug Holdings LLC | Alameda Free Library | 1550 Oak St, Alameda, CA, United States | Creativebug Subscription Agreement Dated 06/15/2023 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | ALETHEA HARAMPOLIS | DBA STUDIO CHOO 701 11TH AVE. SAN FRANCISCO, CA 94118 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | ALEXANDRA BLUH | 771 CABRILLO ST SAN FRANCISCO, CA 94118 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Algonquin Area Public Library District | 2600 Harnish Drive, Algonquin, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Allen County Public Library | PO Box 2270, Fort Wayne, IN, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Altoona Public Library | 700 Eighth St Sw, Altoona, IA, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | Alvah N. Belding Memorial Library | 302 East Main Street, Belding, MI, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Alvin Sherman Library NSU | 3100 Ray Ferrero Jr. Blvd., Fort Lauderdale, FL, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 18 | Creativebug Holdings LLC | AMANDA LEEANN BROWN | SPRUCE 2005 SOUTH LAMAR BLVD AUSTIN, TX 78704 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | AMANDA LEEANN BROWN | 828 CORNELL AVE. DREXEL HILL, 19026 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | AMELIA STRADER | DBA GO GO CRAFT 1333 CAMBRIDGE ST. NOVATO, CA 94947 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 21 | Creativebug Holdings LLC | Amery Public Library | 104 Maple St., Amery, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Ames Free Library Of Easton, Inc. | 53 Main St., North Easton, MA, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | Amityville Public Library | 19 John Street, Amityville, NY, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | AMY BUTLER LTD | 218 MT PARNASSUS DR GRANVILLE, OH 43023 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | AMY KAROL | 7070 SW RALEIGHWOOD LN PORTLAND, OR 97225 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Anastasia Chatzka | 2041 W. CARROLL AVE., #209-D CHICAGO, IL 60612 United States | Creativebug Instructor Agreement | | |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 27 | Creativebug Holdings LLC | Anderson County Public Library | 114 N. Main Street, Lawrenceburg, KY, United States | Creativebug Subscription Agreement Dated 06/15/2022 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Ann Arbor District Library | 343 S. 5Th Avenue, Ann Arbor, MI, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | ANNA CLARK JOYCE | 2305 SE OAK ST PORTLAND, OR 97214 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Anna Hultin | DBA OLANDER CO. EMBROIDERY 1060 GRANT AVENUE LOVELAND, CO 80537 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | ANNA MARIA PARRY | 1016 FAIR STREET FRANKLIN, TN 37064 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 32 | Creativebug Holdings LLC | ANNABEL KATE WRIGLEY | LITTLE PINCUSHION STUDIO 3200 CAROLINA AVE. RICHMOND, VA 23222 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | Anoka County Library | 707 County Rd 10 Ne, Blaine, MN, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | Antioch Public Library District | 757 Main Street, Antioch, IL, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | Anythink Libraries | 5877 East 120Th Avenue, Thornton, CO, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 36 | Creativebug Holdings LLC | Arapahoe Library District | 12855 E. Adam Aircraft Circle, Englewood, CO, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Arcadia Public Library | 20 W. Duarte Road, Arcadia, CA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | Arina from BellaCreme | 14 FRANKLIN LANE OTISVILLE, NY 10963 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | Arlington Heights Memorial Library | 500 North Dunton Avenue, Arlington Heights, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Armand J. Brinkhaus South St. Landry Community Library | 235 Marie Street, St. Landry, LA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 41 | Creativebug Holdings LLC | Arounna Khounnoraj | 798 DUNDAS STREET WEST TORONTO, ON M6J 1V1 Canada | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Arrowhead Library System | 5528 Emerald Avenue, Mountain Iron, MN, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Artesia Public Library | 205 W. Quay Ave., Artesia, NM, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Ascension Parish Library | 500 Mississippi Street, Ascension, LA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 45 | Creativebug Holdings LLC | Ashland Public Library | 224 Claremont Ave., Ashland, OH, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | ASHLEY FAYE NICKELS | 416 DONAHUE ST SAUSALITO, CA 94965 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Athens County Public Libraries | 95 W. Washington, Nelsonville, OH, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | Attleboro Public Library | 74 North Main Street, Attleboro, MA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Auburn Hills Public Library | 3400 E. Seyburn Dr., Auburn Hills, MI, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Auburn Public Library | 749 E. Thach Ave., Auburn, AL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Aurora Public Library District | 101 South River Street, Aurora, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | Avalon Free Public Library | 235 32Nd Street, Avalon, NJ, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | AWS | PO BOX 84023 SEATTLE, WA 98124-8423 United States | AWS Services Agreement | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Azle Memorial Library | 333 W Main St, Azle, TX, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |

6

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 55 | Creativebug Holdings LLC | BARBARA JOY BLAIR | DBA KNACK, LLC 11 LOIS AVE GREENVILLE, SC 29611 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Barrie Public Library | 60 WORSLEY ST, Barrie, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Barrington Public Library District | 505 N. Northwest Highway, Barrington, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Bartlett Public Library District | 800 South Bartlett Road, Bartlett, IL, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | Batavia Public Library District | 10 South Batavia Avenue, Batavia, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | Baxter County Library | 300 Library Hill, Mountain Home, AR, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | Bayport-Blue Point Public Library | 186 Middle Road, Blue Point, NY, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | Bedford Public Library | 3 Meetinghouse Road, Bedford, NH, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | Bel Mills of Scrap Paper Circus | SCRAP PAPER CIRCUS 9754 REHANEK CT. BURKE, VA 22015 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | Belfast Free Library | 106 High Street, Belfast, ME, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

7

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 65 | Creativebug Holdings LLC | Belmont Public Library | P.O. Box 125, Belmont, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Belvedere-Tiburon Library | 1501 Tiburon Blvd, Tiburon, CA, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | Belvedere-Tiburon Library | 1501 Tiburon Blvd, Tiburon, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Benjamin Mach | Mood Fabrics 225 W 37th St. Fl 3. New York, NY 10018 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Bensenville Community Public Library District | 200 South Church Road, Bensenville, IL, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | Berkeley Heights Free Public Library | 29 Park Avenue, Berkeley Heights, NJ, United States | Creativebug Subscription Agreement Dated 03/01/2024 | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Berkeley Public Library | 1637 North Taft Avenue, Berkeley, IL, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | Berkeley Public Library | 2031 Bancroft Way, Berkeley, CA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Berkeley Public Library | 1637 North Taft Avenue, Berkeley, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | Berkley Public Library | 2 North Main Street, Berkley, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 75 | Creativebug Holdings LLC | Bethel Public Library | 189 Greenwood Ave., Bethel, CT, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Bettendorf Public Library Information Center | 2950 Learning Campus Dr, Bettendorf, IA, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | BETZ WHITE PRODUCTIONS LLC | 1728 PARKER RD. ELMIRA, NY 14905 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | Bibliothèque et Archives nationales du Québec | 475, boulevard De Maisonneuve Est, Montréal, QC, Canada | Creativebug Subscription Agreement Dated 10/15/2024 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Big Rapids Community Library | 426 S. Michigan Ave., Big Rapids, MI, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | Bigelow Free Public Library | 54 Walnut St., Clinton, MA, United States | Creativebug Subscription Agreement Dated 01/15/2024 | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Billings Public Library | 510 North Broadway, Billings, MT, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | Bloomingdale Public Library | 101 Fairfield Way, Bloomingdale, IL, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Blue Island Public Library | 2433 York Street, Blue Island, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Bolton Public Library | P. O. Box 188, Bolton, MA, United States | Creativebug Subscription Agreement Dated 09/15/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 85 | Creativebug Holdings LLC | Boone County Public Library District | 1786 Burlington Pike, Burlington, KY, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Boonslick Regional Library | 219 W Third St, Sedalia, MO, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Boonslick Regional Library | 219 W Third St, Sedalia, MO, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | Boroondara Library Services | 8 INGLESBY ROAD, Camberwell, VIC, Australia | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Boston Public Library | 700 Boylston Street, Boston, MA, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 90 | Creativebug Holdings LLC | Boulder City Library District | 701 Adams Boulevard, Boulder City, NV, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Boulder Public Library | Po Drawer H, Boulder, CO, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Bourbonnais Public Library District | 250 West John Casey Road, Bourbonnais, IL, United States | Creativebug Subscription Agreement Dated 12/01/2023 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Bowen Island Public Library | 430 BOWEN ISLAND TRUNK RD, Bowen Island, BC, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Boyd County Public Library | 1740 Central Avenue, Ashland, KY, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Boyden Library | 10 Bird St, Foxborough, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

10

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 96 | Creativebug Holdings LLC | Boynton Beach City Library | 100 E Ocean Avenue, Boynton Beach, FL, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Bozeman Public Library | 626 E Main Street, Bozeman, MT, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Bradford West Gwillimbury Public Library | 425 Holland Street West, Bradford, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Brampton Public Library | 65 QUEEN ST E, Brampton, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | BRANDON MABLY | 62 FORDWYCH RD LONDON NW23TH United Kingdom | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

11