# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Brawley Public Library | 400 Main St., Brawley, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Bremen Public Library | P.O. Box 130, Bremen, IN, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Brentwood Public Library | 34 Second Avenue, Brentwood, NY, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Brewster Ladies' Library | 1822 Main Street, Brewster, MA, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Bridgeport Public Library | 1200 Johnson Ave., Bridgeport, WV, United States | Creativebug Subscription Agreement Dated 08/14/2024 | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Brighton District Library | 100 Library Drive, Brighton, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Brimbank Libraries | LEVEL 5, Sunshine, VIC, Australia | Creativebug Subscription Agreement Dated 12/09/2024 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 8 | Creativebug Holdings LLC | Brittany J Jones | 1659 BELLATRIX DR, UNIT A SAN DIEGO, CA 92126 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | Brockton Public Library | 304 Main Street, Brockton, MA, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 10 | Creativebug Holdings LLC | Brockville Public Library | P.O. BOX 100, Brockville, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Brookline Public Library | 361 Washington St., Brookline, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Brooklyn Public Library | 10 Grand Army Plaza, Brooklyn, NY, United States | Creativebug Subscription Agreement Dated 09/14/2024 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Broomfield/Eisenhower Public Library | 3 Community Park Road, Broomfield, CO, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Bullitt County Library District | 127 N. Walnut, Shepherdsville, KY, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Burlington High School | 209 WAINWRIGHT AVENUE, Burlington, WI, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |

2

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 16 | Creativebug Holdings LLC | Burlington Public Library | P.O. Box 1379, Burlington, CT, United States | Creativebug Subscription Agreement Dated 05/15/2023 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Bushnell-Sage Library | 48 Main St., Sheffield, MA, United States | Creativebug Subscription Agreement Dated 03/01/2024 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Calloway County Public Library | 710 Main Street, Murray, KY, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | CAMALS (Carroll and Madison Library System) | 44 KINGSHIGHWAY, Eureka Springs, AR, | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Cambridge Community Library | Po Box 490, Cambridge, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 21 | Creativebug Holdings LLC | Camilla d'Errico | 1238 RICHARDS ST #1602 VANCOUVER, BC Canada | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Canton Public Library | 40 Dyer Avenue, Canton, CT, United States | Creativebug Subscription Agreement Dated 02/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 23 | Creativebug Holdings LLC | Carla Scott | 2025 Broadway, Apt. 14D New York, NY 10023 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | Carleton College Gould Library | ONE NORTH COLLEGE ST, Northfield, MN, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | Carlsbad City Library | 1775 Dove Lane, Carlsbad, CA, United States | Creativebug Subscription Agreement Dated 08/03/2022 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Carnegie Library Of Pittsburgh | 4400 Forbes Avenue, Pittsburgh, PA, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | Carnegie Library of Pittsburgh on behalf of Allegheny County Libraries | 4400 Forbes Avenue, Pittsburgh, PA, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Carol Stream Public Library | 616 Hiawatha Drive, Carol Stream, IL, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |

4

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 29 | Creativebug Holdings LLC | CAROLYN FRIEDLANDER LLC | PO BOX 32 LAKE WALES, FL 33859 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Carolyn Gavin | 130 BROOKLYN AVE TORONTO, ON M4M 2X5 Canada | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | CAROLYN M PATCH | DBA: CAL PATCH 50 SUNDALE RD ACCORD, NY 12404 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 32 | Creativebug Holdings LLC | Carson City Public Library | P.O. Box 699, Carson City, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | Carteret Free Public Library | 100 Cooke Avenue, Carteret, NJ, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 34 | Creativebug Holdings LLC | Carthage Public Library | 612 S Garrison Ave, Carthage, MO, United States | Creativebug Subscription Agreement Dated 04/15/2024 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | Cass District Library | 319 M 62 North, Cassopolis, MI, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | Cathy Callahan | 1917 Lucile Ave Los Angeles, CA 90039 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Cavan Monaghan Public Library | 1 DUFFERIN STREET, Millbrook, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | CC MEDIA LLC | 195 S. BRYANT STREET DENVER, CO 80219 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

6

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 39 | Creativebug Holdings LLC | CECELIA MURPHY-MCMILLAN | 3257 PRENTISS ST OAKLAND, CA 94601 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Cedar Falls Public Library | 524 Main St, Cedar Falls, IA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 41 | Creativebug Holdings LLC | Cedar Grove Free Public Library | One Municipal Plaza, Cedar Grove, NJ, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Cedar Park Public Library | 550 Discovery Blvd, Cedar Park, TX, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Central Arkansas Library System | 100 Rock St, Little Rock, AR, United States | Creativebug Subscription Agreement Dated 01/15/2025 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Chambers County Library System | Po Box 520, Anahuac, TX, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Charlotte Hamilton | 1541 ARBORWOOD DR OSHAWA, ON L1K 2Y5 Canada | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

7

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 46 | Creativebug Holdings LLC | Chatham-Kent Public Library | 315 KING ST W, Chatham, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Chelmsford Public Library | 25 Boston Rd., Chelmsford, MA, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | Chelmsford Public Library | 25 Boston Rd., Chelmsford, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 49 | | Chelsea from Friday Pattern Company NULL | DBA FRIDAY PATTERN CO 5300 U STREET SACRAMENTO, CA 95817 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Cherry Hill Free Public Library | 1100 Kings Highway North, Cherry Hill, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Chesterfield Public Library | 524 Route 63, Chesterfield, NH, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | Chicopee Public Library | 449 Front St., Chicopee, MA, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | Chillicothe And Ross County Public Library | Box 185, Chillicothe, OH, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 54 | Creativebug Holdings LLC | Christchurch City Libraries | P O BOX 73045, CHRISTCHURCH, Canterbury Region, New Zealand | Creativebug Subscription Agreement Dated 04/06/2023 | $0.00 | May 23, 2025 |
| 55 | | CHRISTINE HOSTETLER | 1300 MCALLISTER ST SAN FRANCISCO, CA 94115 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Churchill County Library | 553 S Maine Street, Fallon, NV, United States | Creativebug Subscription Agreement Dated 07/15/2023 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Cincinnati And Hamilton County Public Library | 800 Vine St., Cincinnati, OH, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Cindy Willingham | REVEL DESIGNS 1550 KASEY CT. CADDO MILLS, TX 75135 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

9

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 59 | Creativebug Holdings LLC | CIRILIA ROSE | 2107 N 80TH ST SEATTLE, WA 98103 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | City of Belmont - Ruth Faulkner Library | 213 WRIGHT ST, Cloverdale, WA, Australia | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | City Of Commerce Public Library | 5655 Jillson St., Commerce, CA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | City of Melbourne Libraries | 253 FLINDERS LANE, Melbourne, VIC, Australia | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | City Of St. Louis Municipal Library District | 1415 Olive St, St. Louis, MO, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | Clarendon County Library System | 215 N. Brooks St, Manning, SC, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | Clarington Library Museums & Archives | 163 CHURCH STREET, Bowmanville, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Clark Memorial Library | 538 Amity Rd., Bethany, CT, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | CLC (Central Library Consortium) | 274 E 1st Ave #100, Columbus, OH, United States | Creativebug Subscription Agreement Dated 02/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 68 | Creativebug Holdings LLC | Clear Lake Public Library | 200 N 4Th St, Clear Lake, IA, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Clearview Library District | 720 Third Street, Windsor, CO, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 70 | | CLEO PAPANIKOLAS | 1321 NORTHSIDE AVE. BERKELEY, CA 94702 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Cleveland Public Library | 325 Superior Ave., Cleveland, OH, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | Clutha District Council - Clutha Libraries | 23 John St., Balclutha, , New Zealand | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Coal City Public Library District | 85 North Garfield Street, Coal City, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | COBRINA GRIECO | 3888 SHAFTER AVE. OAKLAND, CA 94609 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 75 | Creativebug Holdings LLC | Cochrane Public Library | 178 FOURTH AVENUE, Cochrane, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | College of San Mateo Library | 1700 W. HILLSDALE BLVD BUILDING 9, San Mateo, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Coloma District Public Library | 911 First Street, Colona, IL, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | Columbus Metropolitan Library | 96 S. Grant Avenue, Columbus, OH, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Columbus Public Library | 223 W. James St., Columbus, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 80 | | Commercial Cleaning Pros | PO BOX 30411 WALNUT CREEK, CA 94598 United States | Commercial Cleaning Pros Services Agreement | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Comsewogue Public Library | 170 Terryville Road, Port Jefferson Stati, NY, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | Comstock Township Library | P.O. Box 25, Comstock, MI, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Conant Free Public Library | 4 Meetinghouse Hill Road, Sterling, MA, United States | Creativebug Subscription Agreement Dated 09/15/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 84 | Creativebug Holdings LLC | Concord Free Public Library | 129 Main Street, Concord, MA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Concord Public Library | 45 Green Street, Concord, NH, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 86 | | CONSTANCE MOORE | 5248 CLAREMONT AVE #37 OAKLAND, CA 94618 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Cook Memorial Public Library District | 413 North Milwaukee Avenue, Libertyville, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | Cookie Script | support@cookie-script.com | Cookie Scipt Services Agreement | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Copiague Memorial Public Library | 50 Deauville Boulevard, Copiague, NY, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |

13

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 90 | | CORRIE BETH HOGG | 141 LENOX RD., 6B BROOKLYN, NY 11226 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Cranford Public Library | 224 Walnut Avenue, Cranford, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Crawfordsville District Public Library | 205 S. Washington St, Crawfordsville, IN, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Cromaine District Library | P.O. Box 308, Hartland, MI, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Crown Point Community Public Library | 122 N Main St, Crown Point, IN, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Crystal Lake Public Library | 126 Paddock Street, Crystal Lake, IL, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 96 | Creativebug Holdings LLC | Curtis Memorial Library | 23 Pleasant Street, Brunswick, ME, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Cuyahoga County Public Library | 2111 Snow Rd., Parma, OH, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Cyrenius H. Booth Library | 25 Main St., Newtown, CT, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 99 | Creativebug Holdings LLC | Daniel Boone Regional Library | Po Box 1267, Columbia, MO, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | DANIELLE SUZANNE KRYSA | 6503 CROSS ST SUMMERLAND, BC V0H 1Z7 Canada | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |