# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Danvers Township Library | 117 East Exchange Street, Danvers, IL, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | David & Joyce Milne Public Library | 1095 Main Street, Williamstown, MA, United States | Creativebug Subscription Agreement Dated 07/15/2024 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | DAVID TENORIO | 8360 WINDMILL FARMS DR COTATI, CA 94931 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | DAWLINE-JANE ONI-ESELEH | 1616 35TH AVE., APT 24 OAKLAND, CA 94601 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 5 | Creativebug Holdings LLC | DAWN DEVRIES SOKOL | 1838 E DAVA DRIVE TEMPE, AZ 85283 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Dearborn Public Library | 16301 Michigan Ave., Dearborn, MI, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | DEARLY DAWN STUDIO LLC | 335 EAST AVENUE NORTH AUGUSTA, SC 29841 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

2

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 8 | Creativebug Holdings LLC | Deborah Kreiling | Simplicity IG DESIGN GROUP AMERICAS, INC. 5555 Glenridge Connector Suite 300 Atlanta GA 30342 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | DEBORAH STOLLER | BUST INC 320 CARROLL STREET BROOKLYN, NY 11231 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

3

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 10 | Creativebug Holdings LLC | DEBRA IMMERGUT | 42 VERNON ST NORTHAMPTON, MA 01060 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Deerfield Public Library | 920 Waukegan Road, Deerfield, IL, United States | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Delphi Public Library | 222 E. Main St., Delphi, IN, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Delta Township District Library | 5130 Davenport Drive, Lansing, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | DENYSE SCHMIDT | DENYSE SCHMIDT DESIGNS LLC 165 BENNETT STREET BRIDGEPORT, CT 06605 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

4

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 15 | Creativebug Holdings LLC | Derby Neck Library | 307 Hawthorne Avenue, Derby, CT, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | Des Plaines Public Library | 1501 Ellinwood Street, Des Plaines, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Deschutes Public Library District | 507 Nw Wall St, Bend, OR, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Dexter District Library | 3255 Alpine St., Dexter, MI, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 19 | | DIANA I FAYT | 7821 NORTH CRAWFORD ST. PORTLAND, OR 97203 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Dighton Public Library | 979 Somerset Ave., Dighton, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 21 | Creativebug Holdings LLC | District Of Columbia Public Library | 901 G Street, N.W. (Room 301), Washington, DC, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Dolton Public Library District | 14037 Lincoln Avenue, Dolton, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 23 | Creativebug Holdings LLC | Door County Library | 107 S. 4Th Ave., Sturgeon Bay, WI, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | Douglas County Libraries | 100 South Wilcox, Castle Rock, CO, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | Douglas Library Of Hebron | 22 Main St., Hebron, CT, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Dover Public Library | 35 Lookerman Plaza, Dover, DE, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | Dover Town Library | P.O. Box 669, Dover, MA, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Downers Grove Public Library | 1050 Curtiss Street, Downers Grove, IL, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | Dunedin Public Libraries | PO BOX 5542, Dunedin, , New Zealand | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Dutchess County Libraries | 488 FREEDOM PLAINS RD, Lagrangeville, NY, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | Duxbury Free Library | 77 Alden Street, Duxbury, MA, United States | Creativebug Subscription Agreement Dated 09/01/2023 | $0.00 | May 23, 2025 |

6

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 32 | Creativebug Holdings LLC | E BOND | 1644 BUTTE STREET RICHMOND, CA 94804 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | E.D. Locke Public Library | 5920 Milwaukee St., Mcfarland, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | Eagle Valley Library District | Po Box 240, Eagle, CO, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | East Baton Rouge Parish Library | 7711 Goodwood Boulevard, East Baton Rouge, LA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | East Brunswick Public Library | 2 Jean Walling Civic Center, East Brunswick, NJ, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | East Chicago Public Library | 2401 E. Columbus Drive, East Chicago, IN, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | East Greenbush Community Library | 10 Community Way, East Greenbush, NY, United States | Creativebug Subscription Agreement Dated 12/01/2023 | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | East Gwillimbury Public Library | 19513 YONGE STREET, Holland Landing, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | East Hampton Public Library | 105 Main St., East Hampton, CT, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |

7

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 41 | Creativebug Holdings LLC | East Lyme Public Library | 39 Society Road, Niantic, CT, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | East Rutherford Memorial Library | 143 Boiling Springs Avenue, East Rutherford, NJ, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | East Smithfield Public Library | 50 Esmond Street, Smithfield, RI, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Eastchester Public Library | 11 Oakridge Place, Eastchester, NY, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Eastern Monroe Public Library | 1002 North 9Th St, Stroudsburg, PA, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Easton Area Public Library | 515 Church St, Easton, PA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Eau Claire Area School District | 500 MAIN STREET, Eau Claire, WI, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | Edison Township Free Public Library | 340 Plainfield Avenue, Edison, NJ, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Edith B Siegrist Vermillion Public Library | 18 Church Street, Vermillion, SD, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

8

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 50 | Creativebug Holdings LLC | EDITH L ECKMAN | DBA EDIE ECKMAN<br>229 MORGAN COURT<br>WAYNESBORO, VA 22980<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Eisenhower Public Library District | 4613 North Oketo Avenue, Harwood Heights, IL, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | Ela Area Public Library District | 275 Mohawk Trail, Lake Zurich, IL, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | Ela Area Public Library District | 275 Mohawk Trail, Lake Zurich, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Eldredge Public Library | 564 Main St., Chatham, MA, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | Elisha D. Smith Public Library | 440 First St., Menasha, WI, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |

9

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 56 | Creativebug Holdings LLC | ELIZABETH LAIRD SCARAMELLINO | LIZA LAIRD LLC<br>2674 STATE ROUTE 42<br>FORESTBURGH, NY 12777<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | ELIZABETH SMITH | DBA SIDELINE DESIGNS<br>950 MAYO STREET<br>LOS ANGELES, CA 90042<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Elizabeth Taber Library | 8 Spring St., Marion, MA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | Elizabeth Titus Memorial Library | 2 West Water Street, Sullivan, IL, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 60 | Creativebug Holdings LLC | Elk Grove Village Public Library | 1001 Wellington Avenue, Elk Grove Village, IL, United States | Creativebug Subscription Agreement Dated 12/01/2023 | $0.00 | May 23, 2025 |
| 61 | | ELKE JORGENSEN BERGERON | 1737 SPRUCE STREET BOULDER, CO 80302 United States | Creativebug Instructor Agreement | $0.00 | |
| 62 | Creativebug Holdings LLC | Elkhart Public Library | 300 S. Second St., Elkhart, IN, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | Ella Johnson Memorial Public Library District | Po Box 429, Hampshire, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | Ella M. Everhard Public Library | 132 Broad St., Wadsworth, OH, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | Elm Grove Public Library | 13600 Juneau Blvd., Elm Grove, WI, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Elmhurst Public Library | 125 South Prospect Avenue, Elmhurst, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 67 | Creativebug Holdings LLC | EMILY KATZ | 522 N THOMPSON #2 PORTLAND, OR 97227 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Emma S. Clark Memorial Library | 120 Main Street, Setauket, NY, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Englewood Public Library | 1000 Englewood Parkway, Englewood, CO, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | ERIKA JONES | 2017 SANDPIPER CIR PLANO, TX 75075 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | ERIKA SEARS | 10691 NW HARDING CT PORTLAND, OR 97229 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 72 | Creativebug Holdings LLC | ERIN MCCLUSKEY | 5822 SANTA CRUZ AVE RICHMOND, CA 94804 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | ERIN PAISLEY-STUEBER | ERIN PAISLEY W157N5775 CHERYLN DR. MENOMONEE FALLS, WI 53051 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | ESRL (Eastern Shore Regional Library) | 31901 Tri-County Way Suite 116B, Salisbury, MD, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Essex County Library | 360 FAIRVIEW AVENUE WEST, Essex, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Evanston Public Library | 1703 Orrington Avenue, Evanston, IL, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 77 | Creativebug Holdings LLC | Everett Public Library | 2702 Hoyt Ave, Everett, WA, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 78 | | FAHEEMA CHAUDHURY | UNICORN CRAFTS 11001 RESEDA BLVD. PORTER RANCH, CA 91326 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Fairfield Public Library | 1080 Old Post Rd, Fairfield, CT, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | FANCY TIGER INC | DBA FANCY TIGER CRAFTS 59 BROADWAY DENVER, CO 80203 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Farmington Area Library District | 411 North Lightfoot Road, Farmington, IL, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |

14

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 82 | Creativebug Holdings LLC | Farmington Libraries | 6 Monteith Drive, Farmington, CT, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Farmington Public Library | 2101 Farmington Ave., Farmington, NM, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Fayette County Public Library | 828 Grand Ave., Connersville, IN, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Ferndale Area District Library | 222 E. Nine Mile Road, Ferndale, MI, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Finkelstein Memorial Library | 24 Chestnut Street, Spring Valley, NY, United States | Creativebug Subscription Agreement Dated 06/15/2023 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Flat River Community Library | 200 W. Judd St., Greenville, MI, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | FLAX & TWINE LLC | 2565 ELM STREET DENVER, CO 80207 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

15

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 89 | Creativebug Holdings LLC | FLORA BOWLEY DESIGNS | 32180 PITTSBURG RD SAINT HELENS, OR 97051 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 90 | Creativebug Holdings LLC | Fond Du Lac Public Library | 32 Sheboygan St., Fond Du Lac, WI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Forbush Memorial Library | P.O. Box 468, Westminster, MA, United States | Creativebug Subscription Agreement Dated 06/09/2025 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Forbush Memorial Library | P.O. Box 468, Westminster, MA, United States | Creativebug Subscription Agreement Dated 06/09/2024 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Forest Park Public Library | 7555 Jackson Boulevard, Forest Park, IL, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Fort Vancouver Regional Library District | 1007 E. Mill Plain Blvd, Vancouver, WA, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Fountaindale Public Library District | 300 West Briarcliff Road, Bolingbrook, IL, United States | Creativebug Subscription Agreement Dated 12/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 96 | Creativebug Holdings LLC | FRANK (KAFFE) FASSETT | 62 FORDWYCH ROAD LONDON NW23TH United Kingdom | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Franklin County District Public Library | 319 Wapping Street, Frankfort, KY, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Franklin Park Public Library District | 10311 Grand Avenue, Franklin Park, IL, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Franklin Public Library | 118 Main Street, Franklin, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | Fraser Valley Regional Library | 34589 DELAIR RD, Abbotsford, BC, Canada | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

17