## Exhibit 1

**Assumed Contracts**

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Free Lib Of Northampton Twp | 25 Upper Holland Road, Richboro, PA, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Fremont Public Library District | 1170 North Midlothian Road, Mundelein, IL, United States | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Fulton County Library System | One Margaret Mitchell Square, 6Th F, Atlanta, GA, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Garfield County Public Library District | 207 East Avenue, Rifle, CO, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Garland County Library | 1427 Malvern Avenue, Hot Springs, AR, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Gary Public Library | 220 W. 5Th Avenue, Gary, IN, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Geneva Public Library District | 227 S. Seventh Street, Geneva, IL, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | Genoa Public Library District | 240 West Main Street, Genoa, IL, United States | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | Gentry County Library | 304 N Park St, Stanberry, MO, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 10 | Creativebug Holdings LLC | GEORGE K MCCALMAN | 2325 3RD ST SUITE 429 SAN FRANCISCO, CA 94107-4306 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Georgetown Peabody Library | 2 Maple St, Georgetown, MA, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Georgian Bay Township Public Library | 2587 HONEY HARBOUR ROAD, Honey Harbour, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Georgina Public Library | 90 WEXFORD DRIVE, Keswick, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Get Messy Art | HEIDELBERGER STR 14 68753 WAGHAUSEL Germany | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Gilbreath Memorial Library | 916 N Main St, Winnsboro, TX, United States | Creativebug Subscription Agreement Dated 07/05/2024 | $0.00 | May 23, 2025 |

2

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 16 | Creativebug Holdings LLC | Gilman Library | P.O. Box 960, Alton, NH, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | GitHub | 88 COLIN P KELLY JR ST SAN FRANCISCO, CA 94107 United States | GitHub Services Agreement | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Gladys E. Kelly Public Library | 2 Lake Street, Webster, MA, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | Glen Ellyn Public Library | 400 Duane Street, Glen Ellyn, IL, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Glencoe Public Library | 320 Park Avenue, Glencoe, Il 60022, Glencoe, IL, United States | Creativebug Subscription Agreement Dated 09/01/2023 | $0.00 | May 23, 2025 |
| 21 | Creativebug Holdings LLC | Glendale Library, Arts & Culture | 222 E. Harvard St., Glendale, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Glenside Public Library District | 25 East Fullerton Avenue, Glendale Heights, IL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | Glenview Public Library | 1930 Glenview Road, Glenview, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 24 | Creativebug Holdings LLC | Goodnow Library | 21 Concord Road, Sudbury, MA, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 25 | | Google Ads | DEPT 33654 PO BOX 39000 SAN FRANCISCO, CA 94139 United States | Google Ads Services Agreement | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Goshen Public Library | 601 S. 5Th St., Goshen, IN, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | Grace A. Dow Memorial Library | 1710 W. St. Andrews Rd., Midland, MI, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Granby Public Library | 15 North Granby Rd., Granby, CT, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | Grand County Library District | Po Box 1050, Granby, CO, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Grand Forks Public Library | 2110 Library Circle, Grand Forks, ND, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | Grand Rapids Public Library | 111 Library St Ne, Grand Rapids, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

4

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 32 | Creativebug Holdings LLC | Grand Valley Public Library | 4 AMARANTH ST. E, Grand Valley, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | Granisle Public Library | PO BOX 550, Granisle, BC, Canada | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | Grapevine Public Library | 1201 Municipal Way, Grapevine, TX, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | Grayslake Area Public Library District | 100 Library Lane, Grayslake, IL, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | Greater Sudbury Public Library | 74 MACKENZIE STREET, Greater Sudbury, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Greece Public Library | 2 Vince Tofany Boulevard, Greece, NY, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | Green Hills Public Library District | 10331 South Interlochen Drive, Palos Hills, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | Greene County Public Library | 76 E. Market, Xenia, OH, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Greenup County Public Library | 508 Main Street, Greenup, KY, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 41 | Creativebug Holdings LLC | Greenville County Library System | 25 Heritage Green Place, Greenville, SC, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 42 | Creativebug Holdings LLC | GRETCHEN HIRSCH | 12 BAY VIEW TER. NEWBURGH, NY 12550 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Grosse Pointe Public Library | 10 Kercheval Ave., Grosse Pointe Farms, MI, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | GUDRUN DURHAM | 86 MOUNT WARNER ROAD HADLEY, MA 01035 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Guelph Public Library | 100 NORFOLK STREET, Guelph, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Hackley Public Library | 316 W. Webster Ave., Muskegon, MI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Half Hollow Hills Community Public Library | 600 South Service Road, Dix Hills, NY, United States | Creativebug Subscription Agreement Dated 12/01/2022 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 48 | Creativebug Holdings LLC | Halton Hills Public Library | 9 CHURCH STREET, Georgetown, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Hamilton City Libraries | PO BOX 933, HAMILTON, Hamilton, New Zealand | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Hamilton East Public Library | One Library Plaza, Noblesville, IN, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Hammond Community Library | Po Box 120, Hammond, WI, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | Hammond Public Library | 564 State Street, Hammond, IN, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | Harper College | 1200 W. ALGONQUIN RD, Palatine, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Hartford Public Library | 500 Main St., Hartford, CT, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | Harvard Diggins Library | 900 East Mckinley Street, Harvard, IL, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Hayner Public Library District | 401 State Street, Alton, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Haywood County Public Library | 678 S Haywood St, Waynesville, NC, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Heartland Regional Library System | Po Box 231, Vienna, MO, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 59 | Creativebug Holdings LLC | HEATHER BAILEY LLC | 4080 E OXFORD LN GILBERT, AZ 85295 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | HEATHER BRAUNLIN JONES | 9250 YANKEE ST SPRINGBORO, OH 45066 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | HEATHER KESLEY ANDERSON | 10941 STUART MILL ROAD OAKTON, VA 22124 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|-----|----------|--------------|----------------------|----------------------------|-------------|-----------------|
| 62 | Creativebug Holdings LLC | HEATHER TUPELO ROSS | 110 MERRIEWOLD CLUB RD, FORESTBURGH, NY 12777 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | HEATHER TUPELO ROSS | 110 MERRIEWOLD CLUB RD, FORESTBURGH, NY 12777 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | HEIDI PARKES | 3159A N. DOUSMAN ST. MILWAUKEE, WI 53212 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | Helen M. Plum Memorial Public Library District | 411 South Main Street, Lombard, IL, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |

9

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 66 | Creativebug Holdings LLC | HELLO LUCKY LLC | PO BOX 170005 SAN FRANCISCO, CA 94117 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | Henderson County Public Library District | 110 Hill Crest Drive, Biggsville, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Hernando County Public Library System | 238 Howell Avenue, Brooksville, FL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Herrick District Library | 300 S. River Ave., Holland, MI, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | Hickory Public Library | 375 3Rd St Ne, Hickory, NC, United States | Creativebug Subscription Agreement Dated 11/22/2024 | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Highland Park Public Library | 494 Laurel Avenue, Highland Park, IL, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | HILARY WILLIAMS | 4191 MILES AVE SANTA ROSA, CA 95407 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 73 | Creativebug Holdings LLC | Hillside Public Library | 405 North Hillside Avenue, Hillside, IL, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | Hinsdale Public Library | 20 East Maple Street, Hinsdale, IL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Holbrook Public Library | 2 Plymouth St., Holbrook, MA, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | HOLLYGIRLS QUILTING LLC | C/O SUE NICKLES 3196 EDGEWOOD DR. ANN ARBOR, MI 48104 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Holmes Public Library | 470 Plymouth St., Halifax, MA, United States | Creativebug Subscription Agreement Dated 06/15/2024 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | Holyoke Public Library | 250 Chestnut St., Holyoke, MA, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Home Township Library | P.O. Box 589, Edmore, MI, United States | Creativebug Subscription Agreement Dated 08/15/2024 | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | Homer Township Public Library District | 14320 West 151St Street, Homer Glen, IL, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |

11

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 81 | Creativebug Holdings LLC | Homewood Public Library District | 17917 Dixie Highway, Homewood, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | Hoopla | 1417, Timberwolf Drive Holland, OH 43528 United States | Hoopla Services Agreement | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Hopkinton Public Library | 13 Main Street, Hopkinton, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Horsham Rural City Council Libraries | Mibus Centre, 28 McLachlan Street, Horsham, VIC, Australia | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Howe Library | 13 South Street, Hanover, NH, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Hudson Public Library | 3 Washington Street, Hudson, MA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Hull Public Library | 9 Main St., Hull, MA, United States | Creativebug Subscription Agreement Dated 08/15/2024 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | Huntington Woods Public Library | 26415 Scotia Rd, Huntington Woods, MI, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Huron County Library | 77722B LONDON ROAD R.R. #5, Clinton, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

12

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 90 | Creativebug Holdings LLC | Hussey-Mayfield Memorial Public Library | 250 North Fifth Street, Zionsville, IN, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Idea Exchange (Cambridge Public Library) | 1 NORTH SQUARE, Cambridge, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Imagineif Kalispell | 247 1St. Ave East, Kalispell, MT, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Indian Prairie Public Library District | 401 Plainfield Road, Darien, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Indian River Area Library | P.O. Box 160, Indian River, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Indian Trails Public Library District | 355 Schoenbeck Road, Wheeling, IL, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 96 | Creativebug Holdings LLC | Ionia Community Library | 126 E. Main St., Ionia, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Iowa City Public Library | 123 S Linn St., Iowa City, IA, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Ipswich Public Library | 25 North Main St., Ipswich, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Irondale Public Library | 105 Twentieth Street South, Irondale, AL, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | Itasca Community Library | 500 West Irving Park Road, Itasca, IL, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |

13