# **Exhibit 1**

## **Assumed Contracts**

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | J. Sterling Morton High School District 201 | 5801 W. CERMAK. RD, Cicero, IL, United States | Creativebug Subscription Agreement Dated 07/25/2023 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | James H. Johnson Memorial Library | 670 Ward Drive, Deptford, NJ, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Jamie Hudson | 5105 SW 45th Ave. #101 Portland, OR 97221 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Jefferson County Public Library | 10200 W 20Th Ave, Lakewood, CO, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Jefferson County Rural Library District | 620 Cedar Avenue, Port Hadlock, WA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 6 | Creativebug Holdings LLC | JENNIFER MERCEDE | 5715 NE 25TH AVE.<br>PORTLAND, OR 97211<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | JENNIFER MERCEDE | 5715 NE 25TH AVE.<br>PORTLAND, OR 97211<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | JENNIFER ORKIN | 18 CROTON PLACE<br>IRVINGTON, NY 10533<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 9 | Creativebug Holdings LLC | JENNIFER PERKINS | 11412 SUNDOWN TRAIL AUSTIN, TX 78739 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 10 | Creativebug Holdings LLC | Jennifer Sbranti | 1536 Chandler Way Yuba City, CA 95993 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Jennings County Public Library | 2375 N State Hwy 3, North Vernon, IN, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Jenny Doh | 2335 Pointsettia Street Santa Ana, CA 92706 | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Jesse Genet | genet@lumi.co | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 14 | Creativebug Holdings LLC | JESSICA PARK | 2 LEANN CT.<br>NAPA, CA 94558<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Jessie Jennings / Plaid Crafts | 3225 WESTECH DR.<br>NORCROSS, GA 30092<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | JILL DRAPER | JILL DRAPER MAKES STUFF<br>75 THIRD AVE<br>KINGSTON, NY 12401<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 17 | Creativebug Holdings LLC | JODY ALEXANDER | 1721B EASTBROOK CT SANTA CRUZ, CA 95062 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | JOEL DEWBERRY DESIGNS LLC | 1870 S. 100 WEST PERRY, UT 84302 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | John L. Street Public Library | 244 Main Street, Cadiz, KY, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Johnsburg Public Library District | 3000 North Johnsburg Road, Johnsburg, IL, United States | Creativebug Subscription Agreement Dated 02/01/2023 | $0.00 | May 23, 2025 |
| 21 | Creativebug Holdings LLC | Johnson County Public Library | 49 East Monroe Street, Franklin, IN, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 22 | Creativebug Holdings LLC | JON STICH | 658 VERMONT STREET SAN FRANCISCO, CA 94107 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | Jones Library, Inc. | 43 Amity Street, Amherst, MA, United States | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | Joplin Public Library | 1901 E 20Th Street, Joplin, MO, United States | Creativebug Subscription Agreement Dated 08/15/2024 | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | Joshua Hyde Public Library | 306 Main Street, Sturbridge, MA, United States | Creativebug Subscription Agreement Dated 06/15/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 26 | Creativebug Holdings LLC | Joy Macdonell | Simplicity<br>IG DESIGN GROUP AMERICAS, INC.<br>5555 Glenridge Connector Suite 300<br>Atlanta GA 30342<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | JOY T CHARDE | 41 MILLTOWNE DR.<br>WATERFORD, NY 12188<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 28 | Creativebug Holdings LLC | JUSTIN STAFFORD | 427 E. 6TH ST., #3E<br>NEW YORK, NY 10009<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | JW Player/Longtail | JW PLAYER<br>8 WEST 38TH ST., #901<br>NEW YORK, NY 10018<br>United States | JW Player/Longtail Services Agreement | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Kaikoura District Library | PO BOX 6, KAIKOURA, New Zealand | Creativebug Subscription Agreement Dated 12/15/2024 | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | Kalamazoo Public Library | 315 S Rose St, Kalamazoo, MI, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 32 | Creativebug Holdings LLC | KAREN SOLOMON | 507 DOLORES<br>SAN FRANCISCO, CA 94110<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | KATA GOLDA | 810 POLK ST<br>PORT TOWNSEND, WA 98368<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | KATHARINE WATSON LLC | 100 BRENTWOOD ST<br>PORTLAND, ME 04103<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 35 | Creativebug Holdings LLC | KATHY DOUGHTY | MATERIAL OBSESSION<br>72 ROSEBY ST<br>DRUMMOYNE, NSW 2047<br>Australia | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | KATIA NAN FERRIS | 659 SCOTT ST #6<br>SAN FRANCISCO, CA 94117<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Kawartha Lakes Public Library | 190 KENT STREET WEST<br>9000, Lindsay, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 38 | Creativebug Holdings LLC | Kay Wolfersperger | LILLA ROGERS STUDIO 6 PARKER ROAD ARLINGTON, MA 02474 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | Kenilworth Public Library | 548 Boulevard, Kenilworth, NJ, United States | Creativebug Subscription Agreement Dated 11/01/2023 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Kenton County Public Library | 3095 Hulbert Ave., Erlanger, KY, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 41 | Creativebug Holdings LLC | Keyport Free Public Library | 109 Broad Street, Keyport, NJ, United States | Creativebug Subscription Agreement Dated 12/15/2024 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Kinderhook Memorial Library | P.O. Box 293, Kinderhook, NY, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | King Township Public Library | 1970 King Road, King City, ON, Canada | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Kirkland Municipal Library | 17100 BOULEVARD HYMUS, Kirkland, Quebec, Canada | Creativebug Subscription Agreement Dated 01/13/2025 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Kitchener Public Library | 85 QUEEN STREET NORTH, Kitchener, ON, Canada | Creativebug Subscription Agreement Dated 12/27/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
| --- | --- | --- | --- | --- | --- | --- |
| 46 | Creativebug Holdings LLC | Kitsap Regional Library | 1301 Sylvan Way, Bremerton, WA, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Kitsap Regional Library | 1301 Sylvan Way, Bremerton, WA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | Klamath County Library Service District | 126 S Third St, Klamath Falls, OR, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Kokomo-Howard County Public Library | 220 N Union St, Kokomo, IN, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | KRISTINE LYNN VEJAR | 5399 BRYANT AVE OAKLAND, CA 94618 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Kyra Balentine / Plaid Crafts | 3225 WESTECH DR. NORCROSS, GA 30092 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | Lac La Biche County Libraries | 8702 91 AVENUE, Lac la Biche, AB, Canada | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 53 | Creativebug Holdings LLC | Lafayette Public Library | 775 W Baseline Rd, Lafayette, CO, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Lafourche Parish Public Library | 705 West 5Th Street, Lafourche, LA, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | LaGrange Park Public Library District | 555 North Lagrange Road, La Grange Park, IL, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | LaGrange Public Library | 10 West Cossitt Avenue, La Grange, IL, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Lake County Library | 1425 N. High St., Lakeport, CA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Lake County Library District | 26 South G St, Lakeview, OR, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | Lake County Public Library | 1919 West 81St Avenue, Merrillville, IN, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | Lake Forest Library | 360 East Deerpath Road, Lake Forest, IL, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | Lake Oswego Public Library | 706 4Th St, Lake Oswego, OR, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | Lake Villa Public Library District | 140 North Munn Road, Lindenhurst, IL, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | Lakeville Free Public Library | 4 Precinct St., Lakeville, MA, United States | Creativebug Subscription Agreement Dated 12/15/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 64 | Creativebug Holdings LLC | LANA WILLIAMS OFFICIAL | THE TENDER GARDENER<br>1326 E. 23RD ST.<br>OAKLAND, CA 94606<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | LARRIE KING | MISTER LARRIE CRAFTS<br>1190 MUZANO ST., #201<br>KISSIMMEE, FL 34741<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Las Vegas-Clark County Library District | 7060 W Windmill Ln, Las Vegas, NV, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 67 | Creativebug Holdings LLC | LAURA JENEAN MORRISON | DBA JENEAN MORRISON ART & DES LLC<br>1741 PEABODY AVE<br>MEMPHIS, TN 38104<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Laurel County Public Library | 120 College Park Drive, London, KY, United States | Creativebug Subscription Agreement Dated 02/01/2023 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | LAUREN HOLTON | LARK RISING EMBROIDERY<br>650 NW 84TH ST<br>SEATTLE, WA 98117<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 70 | Creativebug Holdings LLC | LAUREN HOOPER | 3178 COLLINS RD<br>EDGEMOOR, SC 29712<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Leighton Township Library | P.O. Box H, Moline, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | Lenox Library | 18 Main St., Lenox, MA, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Leslie Schucker | CSS Industries<br>IG DESIGN GROUP AMERICAS, INC.<br>5555 Glenridge Connector Suite 300<br>Atlanta GA 30342<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 74 | Creativebug Holdings LLC | Lester Public Library Of Rome | 1157 Rome Center Dr., Nekoosa, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Letcher County Public Library District | 220 Main Street, Whitesburg, KY, United States | Creativebug Subscription Agreement Dated 02/01/2024 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Lewis Egerton Smoot Memorial Library | 9533 Kings Highway, King George, VA, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Lewisville Public Library | Po Box 299002, Lewisville, TX, United States | Creativebug Subscription Agreement Dated 09/30/2024 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | LIA GRIFFITH MEDIA LLC | 6411 SE 17TH AVE PORTLAND, OR 97202 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Libby Hickson / Hero Arts | 1200 HARBOUR WAY S. SUITE 201 RICHMOND, CALIFORNIA 94804 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 80 | Creativebug Holdings LLC | Libraries ACT | GPO BOX 158, Canberra City, Australian Capital Territory, Australia | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | LIESL AND CO INC | 244 FIFTH AVE, STE 2192<br>NEW YORK, NY 10001<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | LILLA J ROGERS | LILLA ROGERS STUDIO<br>6 PARKER ROAD<br>ARLINGTON, MA 02474<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 83 | Creativebug Holdings LLC | LILY CHIN | LILY SOL STUDIO<br>PO BOX 11721<br>BERKELEY, CA 94712<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Lincoln County Public Library | 306 W Main St, Lincolnton, NC, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Lincoln Park Public Library | 1381 Southfield Road, Lincoln Park, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Lincoln Township Public Library | 2099 West John Beers Rd., Stevensville, MI, United States | Creativebug Subscription Agreement Dated 12/15/2022 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Lincolnwood Public Library District | 4000 West Pratt Avenue, Lincolnwood, IL, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | Lincolnwood Public Library District | 4000 West Pratt Avenue, Lincolnwood, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 89 | Creativebug Holdings LLC | LINDA FAHEY | YONDER SHOP.COM<br>158 REINA DEL MAR<br>PACIFICA, CA 94044<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 90 | Creativebug Holdings LLC | Linda Sokol<br>Francis Brookfield Library | 3609 Grand Boulevard, Brookfield, IL, United States | Creativebug Subscription Agreement Dated 12/01/2022 | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Lindenhurst Memorial Library | One Lee Avenue, Lindenhurst, NY, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | LINDSAY STRIPLING | 3345 QUINTARA STREET<br>SAN FRANCISCO, CA 94116<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 93 | Creativebug Holdings LLC | LINDSEY STONE | 12794 LEYDEN ST, UNIT E<br>THORNTON, CO 80602<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | LISA CONGDON ART & ILLUSTRATION INC | 687 N TILLAMOOK ST, STE B<br>PORTLAND, OR 97227<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | LISA CORIS | 1325 HYDE ST #2<br>SAN FRANCISCO, CA 94109<br>United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 96 | Creativebug Holdings LLC | LISA SOLOMON | 923 60TH STREET OAKLAND, CA 94608 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Lisle Library District | 777 Front Street, Lisle, IL, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Listrak | 100 WEST MILLPORT RD. LITITZ, PA 17543 United States | Listrak Recurring Services Agreement | $9,399.7 5 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Little Dixie Regional Libraries | 111 N Fourth St, Moberly, MO, United States | Creativebug Subscription Agreement Dated 02/01/2024 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | Livingston Parish Library | P. O. Box 397, Livingston, LA, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |