# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | LIZA PRIOR LUCY | 6777 UPPER YORK RD NEW HOPE, PA 18938 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | London Public Library | 251 DUNDAS ST, London, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Longwood Public Library | 800 Middle Country Road, Middle Island, NY, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Lorain Public Library | 351 W. Sixth St., Lorain, OH, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | LORENE EDWARDS FORKNER | 4764 55TH AVE. SW SEATTLE, WA 98116 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Los Alamos County Library System | 2400 Central Avenue, Los Alamos, NM, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Los Gatos Library | 100 Villa Avenue, Los Gatos, CA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | Louisburg Library | 206 S. Broadway St., Louisburg, KS, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | Louisville Public Library | 951 Spruce Street, Louisville, CO, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 10 | Creativebug Holdings LLC | Lucius Beebe Memorial Library | 345 Main Street, Wakefield, MA, United States | Creativebug Subscription Agreement Dated 06/01/2022 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Lucius E. And Elsie C. Burch, Jr. Library | 501 Poplar View Pkwy, Collierville, TN, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Lucy Robbins Welles Library | 100 Garfield St., Newington, CT, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Lunenburg Public Library | 1023 Massachusetts Ave., Lunenburg, MA, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Luzerne County Library System | 71 S FRANKLIN ST, Wilkes-Barre, PA, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | LYNNE W BARR | 201 HESSIAN HILL RD CORNISH, ME 04020 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | Lynnfield Public Library | Suite 116 B, Lynnfield, MA, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Lyon Township Public Library | 27005 S. Milford Road, South Lyon, MI, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Lyons Regional Library District | Po Box 619, Lyons, CO, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | Macedon Public Library | 30 Main Street, Macedon, NY, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Mackay Regional Council | 134 VICTORIA STREET, Mackay, QLD, Australia | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 21 | Creativebug Holdings LLC | Madison Heights Public Library | 240 W. 13 Mile Road, Madison Heights, MI, United States | Creativebug Subscription Agreement Dated 11/01/2023 | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | MALAN CREATIVE INC | 5122 WEST BEACH COMBER WAY SOUTH JORDAN, UT 84009 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | Mammen Family Public Library | 131 Bulverde Crossing, Bulverde, TX, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | Manchester-By-The-Sea Pub. Library | 15 Union Street, Manchester-By-The-Se, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | Manteno Public Library District | 10 South Walnut Street, Manteno, IL, United States | Creativebug Subscription Agreement Dated 11/01/2023 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Marengo-Union Public Library District | 19714 East Grant Highway, Marengo, IL, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | MARGARET BENSON-PACE | PICK UP STICKS 75 DEFOREST HEIGHTS BURLINGTON, VT 05401 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | MARIA CARLUCCIO | 2800 EASTCLEFT DR. UPPER ARLINGTON, OH 43221 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | MARIAN MADDEN FLANIGAN | 1235 N HOLLYWOOD ST PHILADELPHIA, PA 19121 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 30 | Creativebug Holdings LLC | MARIKO JESSE | 977 EL CAMINO REAL, #305 BURLINGAME, CA 94010 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | Marion County Public Library | 321 Monroe St., Fairmont, WV, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 32 | Creativebug Holdings LLC | MARISA LYNCH | 8381 WEST 4TH STREET LOS ANGELES, CA 90048 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | MARK TILLING | 12 ASPEN CLOSE COLDEN COMMON WINCHESTER HA SO21 1UW United Kingdom | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | Maroa Public Library District | 305 E Garfield St, Maroa, IL, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | Marple Public Library | Sproul & Springfield Rds, Broomall, PA, United States | Creativebug Subscription Agreement Dated 02/15/2025 | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | Martin County Library System | 2351 Southeast Monterey Road, Stuart, FL, United States | Creativebug Subscription Agreement Dated 12/06/2024 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | MARY JENNIFER HEWETT | 445 IRVING ST SAN FRANCISCO, CA 94122 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | Maryville Community Library District | 8 Schiber Court, Maryville, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

4

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 39 | Creativebug Holdings LLC | Massanutten Regional Library | 174 S. Main Street, Harrisonburg, VA, United States | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Matawan-Aberdeen Public Library | 165 Main Street, Matawan, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 41 | Creativebug Holdings LLC | Mattapoisett Free Public Library | P.O. Box 475, Mattapoisett, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | MAYA DONENFELD | MAYAMADE 413 B EAST LINCOLN STREET ITHACA, NY 14850 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | MAYBELLE IMASA-STUKULS | 4017 LOMA VISTA AVE OAKLAND, CA 94619 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Mayville Public Library | 111 N. Main St., Mayville, WI, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Maywood Public Library | 459 Maywood Avenue, Maywood, NJ, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Mcmillan Memorial Library | 490 E. Grand Ave., Wisconsin Rapids, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Meekins Public Library | Box 772, Williamsburg, MA, United States | Creativebug Subscription Agreement Dated 02/01/2024 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | MEGAN KREINER | 1129 BEVERLY WAY ALTADENA, CA 91001 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 49 | Creativebug Holdings LLC | MEGAN O ANDERSEN | DBA: RAD MEGAN 1916 BEECHWOOD AVE. FULLERTON, CA 92835 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | MEGUMI L INOUYE | 80 MANOR DR SAN FRANCISCO, CA 94127 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | MELANIE DANA FALICK | 40 RUSSELL AVE BEACON, NY 12508 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | MELANIE SCHOW | DBA SOLAMENTE 16668 E ANNADALE AVE SANGER, CA 93657 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | MELISSA HAMMOND DUNAWAY | 15 EASTMAN RD CAPE ELIZABETH, ME 04107 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | MELISSA LANG LYTLE | 4616 25TH AVENUE #63 SEATTLE, WA 98105 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | Melrose Public Library | 69 West Emerson St., Melrose, MA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Memorial Hall Library | 2 North Main Street, Andover, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Menlo Park Public Library | 800 Alma St., Menlo Park, CA, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 58 | Creativebug Holdings LLC | MERCEDEZ REX SINGLETON | MERCEDEZ REX 606 ELMWOOD PLACE APT. 3 AUSTIN, TX 78705 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | Mercer County Library | 2751 Brunswick Pike, Lawrenceville, NJ, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | Merrimack Public Library | 470 Daniel Webster Highway, Merrimack, NH, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | Messenger Public Library Of North Aurora | 113 Oak Street, North Aurora, IL, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | Meta | FACEBOOK INC 15161 COLLECTIONS CTR DR CHICAGO, IL 60693 United States | Meta Services Agreement | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | Metronet Consortium | 32737 W 12 MILE RD, Farmington Hills, MI, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | MIA SEMINGSON | 314 N. PARKSIDE DR., #D LONGMONT, CO 80501 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | MICHAELA YEE | 2000 SANDCREEK WAY ALAMEDA, CA 94501 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | MICHELE R MUSKA | 281 BROAD BROOK RD ENFIELD, CT 06082 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

7

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 67 | Creativebug Holdings LLC | Mid York Library System | 1600 Lincoln Ave, Utica, NY, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Middle Country Public Library | 101 Eastwood Boulevard, Centereach, NY, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Middlesex County Library | 34 Frank Street, Strathroy, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | Middleton Public Library | 7425 Hubbard Ave., Middleton, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Midland Public Library | 320 King St, Midland, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | Mildura Rural City Council Libraries | 180-190 Deakin Ave, Mildura, VIC, Australia | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Millburn Free Public Library | 200 Glen Avenue, Millburn, NJ, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | MIRIAM ELIZABETH HOUSE | 916 E LAIRD AVE SALT LAKE CITY, UT 84105 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Mississippi Library Commission | 3881 Eastwood Drive, Jackson, MS, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Missoula Public Library | 455 E Main, Missoula, MT, United States | Creativebug Subscription Agreement Dated 10/01/2023 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Moline Public Library | 3210 41St Street, Moline, IL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 78 | Creativebug Holdings LLC | MOLLY HATCH | 12 CLOVERDALE ST FLORENCE, MA 01062 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | MOLLY HATCH | 12 CLOVERDALE ST FLORENCE, MA 01062 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | MOMENTAL DESIGNS | 570 BODLE ROAD WYOMING, PA 18644 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Monroe Twp Public Library/Middlesex | 4 Municipal Plaza, Monroe Township, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | Monson Free Library & Reading Room | 2 High Street, Monson, MA, United States | Creativebug Subscription Agreement Dated 03/01/2024 | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Montgomery City Public Library | 224 N Allen St, Montgomery City, MO, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Montgomery County Public Libraries | 21 Maryland Ave., Suite 310, Rockville, MD, United States | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Moorestown Library | 111 W. Second Street, Moorestown, NJ, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Mornington Peninsula Shire Library Service | 8 Vancouver Street, Mornington, VIC, Australia | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Morse Institute Library | 14 East Central Street, Natick, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 88 | Creativebug Holdings LLC | Morton Grove Public Library | 6140 Lincoln Avenue, Morton Grove, IL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Morton-James Public Library | 923 First Corso, Nebraska City, NE, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 90 | Creativebug Holdings LLC | MOU SAHA | 7 SCHINDLER SQ. HACKETTSTOWN, NJ 07840 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Moultonborough Public Library | Po Box 150, Moultonborough, NH, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Moultonborough Public Library | Po Box 150, Moultonborough, NH, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Mount Laurel Library | 100 Walt Whitman Avenue, Mount Laurel, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Mount Pleasant Public Library | 601 N Madison Ave, Mt Pleasant, TX, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Mount Prospect Public Library | 10 South Emerson Street, Mount Prospect, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 96 | Creativebug Holdings LLC | Municipal Library Consortium of St. Louis County | 6701 Delmar Blvd, University City, MO, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Murrieta Public Library | 8 Town Square, Murrieta, CA, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Muskegon Area District Library | 4845 Airline Rd Unit 5, Muskegon, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 99 | Creativebug Holdings LLC | Muskoka Lakes Public Library | 69 Joseph Street, Port Carling, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | My Community Library Ltd (Myli) | 65 Victoria Street, Warragul, VIC, Australia | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

11