# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | My Homeschool Village | 224 S Main Street PMB 417, Spanish Fork, UT, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Nappanee Public Library | 157 N. Main St., Nappanee, IN, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Nassau Library System | 900 Jerusalem Ave, Uniondale, NY, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | NATALIE CHANIN | 1030 OLIVE STREET FLORENCE, AL 35630 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | NATALIE MARIE EBAUGH | 1539 ENCINAL AVE., APT 6 ALAMEDA, CA 94501 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | NCW Libraries | 16 N Columbia St, Wenatchee, WA, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | NCW Libraries | 16 N Columbia St, Wenatchee, WA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | Needham Free Public Library | 1139 Highland Ave., Needham, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | Nelson County Public Library | 201 Cathedral Manor, Bardstown, KY, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 10 | Creativebug Holdings LLC | Neosho/Newton County Library | 201 W Spring St, Neosho, MO, United States | Creativebug Subscription Agreement Dated 11/01/2023 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Neuschafer Community Library | Po Box 498, Fremont, WI, United States | Creativebug Subscription Agreement Dated 05/27/2024 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | New Castle County Libraries | 2020 W 9th Street, Wilmington, DE, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | New Castle-Henry County Public Library | Po Box J, New Castle, IN, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | New Lenox Public Library District | 120 Veterans Parkway, New Lenox, IL, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | New Orleans Public Library | 219 Loyola Avenue, Orleans, LA, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | New Westminster Public Library | 716 6th Ave, New Westminster, BC, Canada | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | New York Public Library, The Branch Libraries | 445 Fifth Avenue, New York, NY, United States | Creativebug Subscription Agreement Dated 06/30/2024 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Newport News Public Library System | 700 Town Center Dr., Ste. 300, Newport News, VA, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | Newton Free Library | 330 Homer Street, Newton, MA, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Newton Free Library | 330 Homer Street, Newton, MA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |

2

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 21 | Creativebug Holdings LLC | Ditto / Singer | 1714 Heil Quaker Boulevard · Suite 130 La Vergne, TN 37086 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Niasia Pinnock | 295 RIVER DR HADLEY, MA 01035 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | NICOLE BLUM | 79 BARTON STREET RESERVOIR, VIC 3073 Australia | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | NICOLE MALLALIEU DESIGN | SIMPLY QUILLED DESIGNS 4247 WINTERGREEN LANE, #106 BELLINGHAM, WA 98226 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | NIKKI FURLONG | 9800 Lawler Ave, Skokie, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Niles North High School | 5701 Oakton St, Skokie, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | Niles West High School | 6960 West Oakton Street, Niles, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Niles-Maine District Library | 216 BONDS CORNER RD HANCOCK, NH 03449 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | NORAH S GAUGHAN | 46 Colborne Street S, Simcoe, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 30 | Creativebug Holdings LLC | Normal Public Library | 206 West College Avenue, Normal, IL, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | North Brunswick Free Public Library | 880 Hermann Road, North Brunswick, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 32 | Creativebug Holdings LLC | North Kingstown Free Library | 100 Boone Street, North Kingstown, RI, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | North Las Vegas Library District | 2250 Las Vegas Blvd. N. Ste. 133, North Las Vegas, NV, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | North Little Rock Public Library System | 2801 Orange Street, North Little Rock, AR, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | North Tonawanda Public Library | 505 Meadow Drive, North Tonawanda, NY, United States | Creativebug Subscription Agreement Dated 01/15/2024 | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | North Vancouver City Public Library | 120 West 14th Street, North Vancouver, BC, Canada | Creativebug Subscription Agreement Dated 06/01/2022 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | North Vancouver District Public Library | 3045 Highland Blvd, North Vancouver, BC, Canada | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | Northbrook Public Library | 1201 Cedar Lane, Northbrook, IL, United States | Creativebug Subscription Agreement Dated 09/01/2023 | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | Northern Waters Library Service | 3200 Lake Shore Dr E, Ashland, WI, United States | Creativebug Subscription Agreement Dated 03/01/2023 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Northfield Public Library | 210 Washington St, Northfield, MN, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 41 | Creativebug Holdings LLC | Northport Public Library | 151 Laurel Avenue, Northport, NY, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Northville District Library | 212 W Cady, Northville, MI, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Northwest Territories Public Library Services | 75 Woodland Dr, Hay River, NT, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Norwalk Public Library | 1 Belden Ave., Norwalk, CT, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Novi Public Library | 45255 West Ten Mile Road, Novi, MI, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Nutley Free Public Library | 93 Booth Drive, Nutley, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Oak Lawn Public Library | 9427 Raymond Ave, Oak Lawn, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | Oak Park Public Library | 834 Lake Street, Oak Park, IL, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Oakland Public Library | 125 14Th St., Oakland, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Oakville Public Library | 120 Navy Street, Oakville, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Ocean County Library | 101 Washington Street, Toms River, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 52 | Creativebug Holdings LLC | Octavia Fellin Public Library | 115 West Hill Avenue, Gallup, NM, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | O'Fallon Public Library | 120 Civic Plaza, O'Fallon, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Ohrstrom Library, St. Paul's School | 325 Pleasant Street, Concord, New Hampshire, United States | Creativebug Subscription Agreement Dated 06/15/2024 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | Old Bridge Public Library | 1 Old Bridge Plaza, Old Bridge, NJ, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Oregon City Public Library | 606 John Adams, Oregon City, OR, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Oregon Public Library | 256 Brook St., Oregon, WI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Oregon Trail Library District | Po Box 849, Boardman, OR, United States | Creativebug Subscription Agreement Dated 09/01/2023 | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | Orion Township Public Library | 825 Joslyn Road, Lake Orion, MI, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | Orland Park Public Library | 14921 South Ravinia Avenue, Orland Park, IL, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | Orland Park Public Library | 14921 South Ravinia Avenue, Orland Park, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | Otonabee South Monaghan Public Library | 3252 County Road 2, Keene, ON, Canada | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 63 | Creativebug Holdings LLC | Ottawa Public Library | 120 Metcalfe Street, Ottawa, ON, Canada | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | Ouray Library District | Po Box 625, Ouray, CO, United States | Creativebug Subscription Agreement Dated 12/15/2024 | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | Owatonna-Steele County Library | 105 N Elm Ave, Owatonna, MN, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Owen County Public Library | 10 S. Montgomery St., Spencer, IN, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | Owen Sound & North Grey Union Public Library | 824 1St Ave W, Owen Sound, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Oxford County Library | Po Box 1614, Woodstock, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Palatine Public Library District | 700 North North Court, Palatine, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | Palm Beach County Library System | 3650 Summit Boulevard, West Palm Beach, FL, United States | Creativebug Subscription Agreement Dated 10/15/2023 | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Palmer Public Library | 1455 North Main St., Palmer, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | Palmerston North City Library | 7 The Square Palmerston, NORTH, , New Zealand | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Palo Alto City Library | Po Box 10250, Palo Alto, CA, | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 74 | Creativebug Holdings LLC | Palos Park Public Library | 12330 South Forest Glen Boulevard, Palos Park, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | PAMELA M. GARRISON | 2 MEADOW WOOD DR TRABUCO CANYON, CA 92679-4738 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Park Ridge Public Library | 20 South Prospect Avenue, Park Ridge, IL, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Parkland Community Library | 4422 Walbert Ave, Allentown, PA, United States | Creativebug Subscription Agreement Dated 11/01/2023 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | Paso Robles City Library | 1000 Spring St., Paso Robles, CA, | Creativebug Subscription Agreement Dated 02/16/2024 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Patchogue-Medford Library | 54-60 East Main Street, Patchogue, NY, United States | Creativebug Subscription Agreement Dated 03/01/2024 | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | Peabody Institute Library | 15 Sylvan Street, Danvers, MA, United States | Creativebug Subscription Agreement Dated 10/01/2023 | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Pelham Public Library | 24 Village Green, Pelham, NH, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | Pembroke Public Library | 142 Center St., Pembroke, MA, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Pembroke Public Library | 142 Center Street, Pembroke, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |

8

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 84 | Creativebug Holdings LLC | Penfield High School | 25 Highschool Drive, Penfield, NY, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Peotone Public Library District | 515 North First Street, Peotone, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Perth and District Union Libraries | 30 Herriott Street, Perth, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Peterborough Public Library | 345 Aylmer Street North, Peterborough, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | Peters Township Public Library | 616 East Mcmurray Rd, Mcmurray, PA, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Pflugerville Public Library | 1008 W Pfluger St, Pflugerville, TX, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 90 | Creativebug Holdings LLC | Pike County Public Library | 1008 E Maple Street, Petersburg, IN, United States | Creativebug Subscription Agreement Dated 09/01/2023 | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Pinterest | P.O. BOX 74008066 CHICAGO, IL 60674-8066 United States | Pinterest Advertising Agreement | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Pioneer Library System | 300 Norman Center Court, Norman, OK, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Plainfield Public Library District | 15025 S. Illinois Street, Plainfield, IL, United States | Creativebug Subscription Agreement Dated 02/01/2024 | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Plainfield-Guilford Township Public Library | 1120 Stafford Rd, Plainfield, IN, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 95 | Creativebug Holdings LLC | Plainville Public Library | 198 South St., Plainville, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 96 | Creativebug Holdings LLC | Pleasant Hill Public Library | 5151 Maple Dr, Pleasant Hill, IA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Plymouth District Library | 223 South Main Street, Plymouth, MI, United States | Creativebug Subscription Agreement Dated 08/15/2022 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Plymouth Public Library | 132 South Street, Plymouth, MA, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Pointe-Claire Public Library | 100 Avenue Douglas-Shand, Pointe-Claire, QC, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | Poplar Creek Public Library District | 1405 South Park Avenue, Streamwood, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |

10