# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Portage County District Library | 10482 South St, Garrettsville, OH, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Portage District Library | 300 Library Lane, Portage, MI, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Porter Public Library | 27333 Center Ridge Rd., Westlake, OH, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Portsmouth Public Library | 175 Parrott Avenue, Portsmouth, NH, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Poudre River Public Library District | 301 E Olive Street, Fort Collins, CO, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Poudre River Public Library District | 301 E Olive Street, Fort Collins, CO, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Poudre River Public Library District | 301 E Olive Street, Fort Collins, CO, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | Prairie Trails Public Library District | 8449 Moody Avenue, Burbank, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | Prairielands Library Exchange | 109 S 5th Street, Marshall, MN, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 10 | Creativebug Holdings LLC | Presque Isle District Library | 181 East Erie Street, Rogers City, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Prince George's County Memorial Library System | 9601 Capital Lane, Largo, MD, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Prince William Public Libraries | 13083 Chinn Park Drive, Prince William, VA, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Princeton Public Library | 2 Town Hall Drive, Princeton, MA, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Prospect Heights Public Library District | 12 N. Elm Street, Prospect Heights, IL, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Prospect Heights Public Library District | 12 N. Elm Street, Prospect Heights, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | Puskarich Public Library | 200 E. Market St, Cadiz, OH, United States | Creativebug Subscription Agreement Dated 05/20/2024 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Qatar National Library | PO Box 5825, Doha, Qatar | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Queens Borough Public Library | 89-11 Merrick Boulevard, Jamaica, NY, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | Queenstown Lakes Libraries | 10 Gorge Road, Queenstown, New Zealand | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | R. E. Rawlins Municipal Library | 1000 E Church St, Pierre, SD, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 21 | Creativebug Holdings LLC | RACHEL HOEKSTRA | 3631 WALDENWOOD DR ANN ARBOR, MI 48105 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Radford Public Library | 30 West Main St., Radford, VA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | REBECCA RINGQUIST | 10824 SOUTHEAST OAK ST. #240 MILWAUKIE, OR 97222 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

3

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 24 | Creativebug Holdings LLC | Recurly | 400 ALABAMA ST., STE 202 SAN FRANCISCO, CA 94110 United States | Recurly Master Services Agreement | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | Red Bank Public Library | 84 W. Front Street, Red Bank, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Redland City Council Libraries | PO Box 21, Cleveland, QLD, Australia | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | Region of Waterloo Library | 2017 Nafziger Road, New Hamburg, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Reuben Hoar Library | 35 Shattuck St., Littleton, MA, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | Reuben Hoar Library | 35 Shattuck St., Littleton, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Revere Public Library | 179 Beach St., Revere, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 31 | Creativebug Holdings LLC | Richard Salter Storrs Library | 693 Longmeadow St., Longmeadow, MA, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |

4

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 32 | Creativebug Holdings LLC | Richland Community Library | 8951 Park Street, Richland, MI, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | Richmond Hill Public Library | 1 Atkinson Street, Richmond Hill, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | Richmond Memorial Library | 15 School Dr., Marlborough, CT, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 35 | | RISA IWASAKI CULBERTSON | 305 2ND AVE., #8 SAN FRANCISCO, CA 94118 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | Rita & Truett Smith Public Library | 300 Country Club Dr Bldg 300, Wylie, TX, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Ritter Public Library | 5680 Liberty Ave., Vermilion, OH, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | River Valley District Library | 214 South Main Street, Port Byron, IL, United States | Creativebug Subscription Agreement Dated 12/01/2022 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 39 | Creativebug Holdings LLC | ROBERT JOHN MAHAR JR | 479 DAHLIA DR SONOMA, CA 95476 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Rochester Public Library | 101 2Nd Street Se, Rochester, MN, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 41 | Creativebug Holdings LLC | Rock Island Public Library | 401 19th Street, Rock Island, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Rockford Public Library | 214 North Church Street, Rockford, IL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Rockport Public Library | 17 School Street, Rockport, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Rodman Public Library | 215 E. Broadway, Alliance, OH, United States | Creativebug Subscription Agreement Dated 06/01/2022 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Rolling Hills Consolidated | 1912 N Belt Hwy, St. Joseph, MO, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Rolling Meadows Library | 3110 Martin Lane, Rolling Meadows, IL, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Roselle Free Public Library | 104 W. Fourth Avenue, Roselle, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 48 | Creativebug Holdings LLC | Roselle Public Library District | 40 South Park Street, Roselle, IL, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Round Lake Area Public Library District | 906 Hart Road, Round Lake, IL, United States | Creativebug Subscription Agreement Dated 04/01/2024 | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Rowley Public Library | P.O. Box 276, Rowley, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | Rutherford Free Public Library | 150 Park Avenue, Rutherford, NJ, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | Rutherford Free Public Library | 150 Park Avenue, Rutherford, NJ, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | Sachem Public Library | 150 Holbrook Road, Holbrook, NY, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Saint Charles Public Library District | One South Sixth Avenue, Saint Charles, IL, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | Saint Charles Public Library District | One South Sixth Avenue, Saint Charles, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Saint Louis County Library | 1412 S Spoede Rd, St. Louis, MO, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Salina Public Library | 301 W. Elm Street, Salina, KS, United States | Creativebug Subscription Agreement Dated 06/01/2022 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Saline District Library | 555 N. Maple Rd., Saline, MI, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |

7

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 59 | Creativebug Holdings LLC | Saline District Library | 555 N. Maple Rd., Saline, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | Sam O'Leary | sam@conduction.co.nz | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | Samuel S. Pollard Memorial Library | 401 Merrimack St., Lowell, MA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | San Juan Island Library District | 1010 Guard Street, Friday Harbor, WA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | San Luis Obispo City-County Library | Po Box 8107, San Luis Obispo, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | San Mateo County Libraries | 125 Lessingia Court, San Mateo, CA, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | San Mateo County Libraries | 125 Lessingia Court, San Mateo, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 66 | Creativebug Holdings LLC | SANAE ISHIDA | SANAE ISHIDA STUDIO LLC 3703 WOODLAWN AVE. N SEATTLE, WA 98103 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | Santa Clara County Library | 1370 Dell Avenue, Campbell, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | SARAH FAITH MATTHEWS | 5033 DURHAM ROAD EAST COLUMBIA, MD 21044 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

9

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 69 | Creativebug Holdings LLC | SARAH LOUISE BOND | 220 EAST SEDGWICK ST. PHILADELPHIA, PA 19119 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | Saranac Public Library | P.O. Box 27, Saranac, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Sargent Memorial Library | 427 Mass. Ave., Boxborough, MA, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | SASHA PROOD | SASHA PROOD STUDIO 829 GREENWOOD AVE, APT 7T BROOKLYN, NY 11218 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Saskatchewan Provincial Library and Literacy Office | 409A Park Street, Regina, SK, Canada | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |

10

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 74 | Creativebug Holdings LLC | Saskatchewan Provincial Library and Literacy Office | 409A Park Street, Regina, SK, Canada | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Saskatchewan Provincial Library and Literacy Office | 409A Park Street, Regina, SK, Canada | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Saskatchewan Provincial Library and Literacy Office | 409A Park Street, Regina, SK, Canada | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Saskatchewan Provincial Library and Literacy Office | 409A Park Street, Regina, SK, Canada | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | SAU 23 | 2975 Dartmouth College Highway, North Haverhill, NH, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Schaumburg Township District Library | 130 South Roselle Road, Schaumburg, IL, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | Schiller Park Public Library | 4200 Old River Road, Schiller Park, IL, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Schiller Park Public Library | 4200 Old River Road, Schiller Park, IL, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | School District of Brown Deer | 8200 N 60th Street, Brown Deer, WI, United States | Creativebug Subscription Agreement Dated 09/15/2024 | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Scituate Town Library | 85 Branch Street, Scituate, MA, United States | Creativebug Subscription Agreement Dated 09/15/2024 | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Scotch Plains Public Library | 1927 Bartle Avenue, Scotch Plains, NJ, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

11

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 85 | Creativebug Holdings LLC | Scott County Public Library | 104 South Bradford Lane, Georgetown, KY, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | Scott County Public Library | 104 South Bradford Lane, Georgetown, KY, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Sea Girt Library | Po Box 414, Sea Girt, NJ, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | Seekonk Public Library | 410 Newman Ave., Seekonk, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Selwyn District Council - Selwyn Libraries | 2 Norman Kirk Drive, Rolleston, Canterbury, New Zealand | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 90 | Creativebug Holdings LLC | Senweb | 10 DELISLE AVE #619 TORONTO, ON M4V 3C6 Canada | Senweb Contracting Agreement | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | SHANA ASTRACHAN | 171 GUERRORO ST #2 SAN FRANCISCO, CA 94103 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

12

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 92 | Creativebug Holdings LLC | Share A Sale | 15 W. HUBBARD ST, #500 CHICAGO, IL 60654 United States | Share A Sale Services Agreement | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | SHARON VIRTUE | VIRTUE VISION 387 CASCADE DRIVE FAIRFAX, CA 94930 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | SHERRI LYNN WOOD | 4811 DOBERRER AVE CINCINNATI, OH 45232-1732 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Show Low Public Library | 181 N 9Th St, Show Low, AZ, United States | Creativebug Subscription Agreement Dated 11/20/2024 | $0.00 | May 23, 2025 |

13

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 96 | Creativebug Holdings LLC | Shreve Memorial Library | 424 Texas Street, Caddo, LA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Simon Fairfield Public Library | Po Box 607, Douglas, MA, United States | Creativebug Subscription Agreement Dated 01/15/2025 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Sioux Center Public Library | 102 S Main Ave, Sioux Center, IA, United States | Creativebug Subscription Agreement Dated 06/01/2022 | $0.00 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Siuslaw Public Library District | 1460 9Th Street, Florence, OR, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 100 | Creativebug Holdings LLC | Skokie Public Library | 5215 Oakton Street, Skokie, IL, United States | Creativebug Subscription Agreement Dated 02/01/2023 | $0.00 | May 23, 2025 |

14