# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Smithtown Special Library District | 148 Smithtown Boulevard, Nesconset, NY, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Sno-Isle Libraries | 7312 35Th Avenue Ne, Marysville, WA, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Socorro Public Library | 401 Park Street, Socorro, NM, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Somerset County Library | P.O. Box 6700, Bridgewater, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Somerset Regional Council | PO Box 117, Esk, QLD, Australia | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Somerville Public Library | 79 Highland Avenue, Somerville, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Sonoma County Library | 6135 State Farm Dr., Rohnert Park, CA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | SONYA MELISSA PHILIP | 164 EUREKA STREET SAN FRANCISCO, CA 94114 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 9 | Creativebug Holdings LLC | South Coastal Library | 43 Kent Avenue, Bethany Beach, DE, United States | Creativebug Subscription Agreement Dated 03/01/2025 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 10 | Creativebug Holdings LLC | South Huntington Public Library | 145 Pidgeon Hill Road, Huntington Station, NY, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | South Orange Public Library | 65 Scotland Road, South Orange, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Southborough Public Library | 25 Main St., Southborough, MA, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Southeast Regional Library | 908 7th Ave, Weyburn, SK, Canada | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Southern Chaffee County Regional Lib Dist/Salida | 405 'E' St., Salida, CO, United States | Creativebug Subscription Agreement Dated 09/01/2023 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Spartanburg County Public Library System | 151 S. Church Street, Spartanburg, SC, United States | Creativebug Subscription Agreement Dated 11/19/2024 | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | SPLASH (Solano Partner Libraries And St. Helena) | 1150 Kentucky Street, Fairfield, CA, United States | Creativebug Subscription Agreement Dated 11/15/2024 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Spokane County Library District | 4322 N Argonne Rd, Spokane, WA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Springdale Public Library | 405 S. Pleasant Street, Springdale, AR, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | Springfield Town Library | 43 Main St., Springfield, VT, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 20 | Creativebug Holdings LLC | Springfield-Greene County Library District | 4653 S. Campbell, Springfield, MO, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 21 | Creativebug Holdings LLC | Springfield-Greene County Library District | 4653 S. Campbell, Springfield, MO, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Squamish Public Library | 37907 2nd Avenue, Squamish, BC, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | St Joseph County Public Library | 304 S Main St, South Bend, IN, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | St Joseph County Public Library | 304 S Main St, South Bend, IN, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | St. Helens Public Library | 375 S 18Th St, Ste A, St. Helens, OR, United States | Creativebug Subscription Agreement Dated 07/15/2023 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | St. Tammany Parish Library | 310 West 21St Avenue, St. Tammany, LA, United States | Creativebug Subscription Agreement Dated 09/14/2024 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | St. Thomas Public Library | 153 Curtis Street, St. Thomas, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Stark County District Library | 715 Market Ave North, Canton, OH, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | Staunton Public Library | 1 Churchville Avenue, Staunton, VA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Ste Genevieve County Library | 21388 Highway 32, Ste. Genevieve, MO, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |

3

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 31 | Creativebug Holdings LLC | Stephanie Fleming | Happy Planner 17777 Newhope Street Fountain Valley, CA 92708 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 32 | Creativebug Holdings LLC | Steubenville & Jefferson County, Pl Of | 407 S. 4Th St., Steubenville, OH, United States | Creativebug Subscription Agreement Dated 02/15/2024 | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | Stilwell Public Library | Po Box 72, New Sharon, IA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | Stormont, Dundas & Glengarry County Library | 26 Pitt Street, Cornwall, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | Stoughton Public Library | 304 S. 4Th St., Stoughton, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | Stratford Public Library | 19 St Andrew Street, Stratford, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Suburban Library Cooperative | 44750 Delco Blvd, Sterling Heights, MI, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | Suburban Library Cooperative | 44750 Delco Blvd, Sterling Heights, MI, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | Sugar Grove Public Library District | 125 South Municipal Drive, Sugar Grove, IL, United States | Creativebug Subscription Agreement Dated 06/01/2023 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Sullivan County Public Library | 100 S. Crowder St, Sullivan, IN, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |

4

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 41 | Creativebug Holdings LLC | Summit Free Public Library | 75 Maple Street, Summit, NJ, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Sunnyvale Public Library | 665 W. Olive Ave., Sunnyvale, CA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Surprise Public Library System | 16089 N Bullard Ave, Surprise, AZ, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Surrey Libraries | 7155 187A Street, Surrey, BC, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | SUSAN CONNOR BEAL | 3131 SE WOODWARD PORTLAND, OR 97202 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Sutton Free Public Library | Po Box 544, Sutton, MA, United States | Creativebug Subscription Agreement Dated 01/15/2024 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Swan Hill Regional Library | 53/67 Campbell Street, Swan Hill, VIC, Australia | Creativebug Subscription Agreement Dated 10/01/2022 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | SWLS (Southwest Wisconsin Library System) | 1300 Industrial Dr Suite 2, Fennimore, WI, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | TABITHA SEWER | 6101 JOHN JACKSON DR WILLIAMSBURG, VA 23188 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Tacoma Public Library | 1102 Tacoma Ave South, Tacoma, WA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 51 | Creativebug Holdings LLC | TAMAR MOGENDORFF | TMOGY INC 148 DEAN STREET BROOKLYN, NY 11212 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 52 | Creativebug Holdings LLC | TARA FAUGHNAN | 15 KINGSLAND PLACE OAKLAND, CA 94619 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | Tasman District Council | 189 Queen Street, Richmond, New Zealand | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Taylor County Public Library | 1316 East Broadway Street, Campbellsville, KY, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | TAYLOR WATSON | 1315 DWIGHT WAY, APT. C BERKELEY, CA 94702 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | Temple Public Library | 100 W Adams Ave, Temple, TX, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | THAYER PHOTOGRAPHS INC | 1201 MARIPOSA ST SAN FRANCISCO, CA 94107 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | The Alberta Library (TAL) | 7 Sir Winston Churchill Sq NW, Edmonton, AB, Canada | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | The Colony Public Library | 6800 Main St, The Colony, TX, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 60 | Creativebug Holdings LLC | THE CREATIVE COOKIE | 442 LORIMER ST., PMB 164 BROOKLYN, NY 11206 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | THE CURRENT COMPANY NYC LLC / Suzy Ultman | 29 POCANTICO RIVER RD. PLEASANTVILLE, NY 10570 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 62 | Creativebug Holdings LLC | THE GREEN VASE INC | 2747 EDGEHILL AVE BRONX, NY 10463 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | The John P. Holt Brentwood Library | 8109 Concord Road, Brentwood, TN, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | The Skaneateles Library Association | 49 East Genesee Street, Skaneateles, NY, United States | Creativebug Subscription Agreement Dated 02/01/2023 | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | Thomas Branigan Memorial Library | 200 E. Picacho Ave., Las Cruces, NM, United States | Creativebug Subscription Agreement Dated 03/01/2024 | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Thomas Ford Memorial Library | 800 Chestnut Street, Western Springs, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | Thomas St. Angelo Public Library | Po Box 97, Cumberland, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | Three Rivers Public Library District | 25207 W. Channon Dr., Channahon, IL, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Three Rivers Public Library District | 25207 W. Channon Dr., Channahon, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |

7

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 70 | Creativebug Holdings LLC | TIAN CONNAUGHTON | KNITDESIGNS BY TIAN 56 EAST HILL RD. MONSON, MA 01057 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | Tillamook County Library | 1716 Third St, Tillamook, OR, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 72 | Creativebug Holdings LLC | Tilton Library | 75 North Main Street, South Deerfield, MA, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | Timaru District Libraries | 56 Sophia Street, TIMARU, NZ, New Zealand | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | Tinley Park Public Library | 7851 Timber Drive, Tinley Park, IL, United States | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Tinton Falls Public Library | 664 Tinton Avenue, Eatontown, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Topeka And Shawnee County Public Library | 1515 Sw 10Th Ave, Topeka, KS, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Town of Victoria Park Library | 27 Sussex Street, Victoria Park, Western Australia, Australia | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | Townsend Public Library | 12 Dudley Rd., Townsend, MA, United States | Creativebug Subscription Agreement Dated 09/01/2024 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | Townsville Citylibraries | 280 Flinders Street, Townsville, Queensland, Australia | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

8

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 80 | Creativebug Holdings LLC | TRACEY-RENEE HUBBARD | 25000 CARLOS BEE BLVD. #409 HAYWARD, CA 94542 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Traverse Area District Library | 610 Woodmere Ave., Traverse City, MI, United States | Creativebug Subscription Agreement Dated 03/15/2024 | $0.00 | May 23, 2025 |
| 82 | Creativebug Holdings LLC | TREASURE MALLORY | 530 GLENWOOD ROAD GLENDALE, CA 91202 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 83 | Creativebug Holdings LLC | Trenton Free Public Library | 120 Academy Street, Trenton, NJ, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 84 | Creativebug Holdings LLC | Troy Public Library | 510 W. Big Beaver Road, Troy, MI, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 85 | Creativebug Holdings LLC | Tuckahoe Public Library | 71 Columbus Avenue, Tuckahoe, NY, United States | Creativebug Subscription Agreement Dated 06/01/2025 | $0.00 | May 23, 2025 |
| 86 | Creativebug Holdings LLC | TWINKIE CHAN INC | 56 SPRINGFIELD DR SAN FRANCISCO, CA 94132 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 87 | Creativebug Holdings LLC | Twinsburg Public Library | 10050 Ravenna Rd., Twinsburg, OH, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 88 | Creativebug Holdings LLC | U.S. Air Force Libraries | 2484 Stanley Road, JBSA FT Sam Houston, TX, United States | Creativebug Subscription Agreement Dated 09/30/2023 | $0.00 | May 23, 2025 |
| 89 | Creativebug Holdings LLC | Union County Library System | 300 East South Street, Union, SC, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |

9

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 90 | Creativebug Holdings LLC | University Park Public Library | 3800 University Blvd, University Park, TX, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 91 | Creativebug Holdings LLC | Upper Moreland Fr Pub Library | 109 Park Avenue, Willow Grove, PA, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 92 | Creativebug Holdings LLC | Urbana Free Library | 210 West Green Street, Urbana, IL, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 93 | Creativebug Holdings LLC | Usablenet | DEPT 781768 PO BOX 78000 DETROIT, MI 48278-1768 United States | Usablenet Statement of Work | $13,273.20 | May 23, 2025 |
| 94 | Creativebug Holdings LLC | Utah Education Network (UEN) | 101 Wasatch Drive, Salt Lake City, UT, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 95 | Creativebug Holdings LLC | Vail Public Library | 292 W Meadow Dr, Vail, CO, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 96 | Creativebug Holdings LLC | Valley Cottage Library | 110 Route 303, Valley Cottage, NY, United States | Creativebug Subscription Agreement Dated 03/01/2024 | $0.00 | May 23, 2025 |
| 97 | Creativebug Holdings LLC | Vancouver Island Regional Library | Box 3333, Nanaimo, BC, Canada | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |
| 98 | Creativebug Holdings LLC | Vancouver Public Library - Digital Services | 350 W Georgia Street, Vancouver, BC, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 99 | Creativebug Holdings LLC | Vernon Area Public Library District | 300 Olde Half Day Road, Lincolnshire, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

10

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 100 | Creativebug Holdings LLC | Verona Public Library | 500 Silent St., Verona, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

11