# Exhibit 1

## Assumed Contracts

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Vestavia Hills Library In The Forest | 1221 Montgomery Highway, Vestavia Hills, AL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | VICKIE HOWELL CAMPBELL | 12507 RIVER ROCK CT. AUSTIN, TX 78739 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Villa Park Public Library | 305 South Ardmore Avenue, Villa Park, IL, United States | Creativebug Subscription Agreement Dated 12/01/2022 | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Village Library Of Cooperstown | 22 Main Street, Cooperstown, NY, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | VINCENT GREEN-HITE | KNOT BAD CROCHET 1150 NE 91ST AVE., APT. 611 HILLSBORO, OR 97006 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Volusia County Public Library | 1290 Indian Lake Road, Daytona Beach, FL, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Voorheesville Public Library | 51 School Road, Voorheesville, NY, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 8 | Creativebug Holdings LLC | Voorheesville Public Library | 51 School Road, Voorheesville, NY, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |

---

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 9 | Creativebug Holdings LLC | Waitaki District Libraries | 62 Thames Street, Oamaru, New Zealand | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 10 | Creativebug Holdings LLC | Walled Lake City Library | 1499 E. West Maple, Walled Lake, MI, United States | Creativebug Subscription Agreement Dated 05/01/2023 | $0.00 | May 23, 2025 |
| 11 | Creativebug Holdings LLC | Wallingford Public Library | 200 North Main St., Wallingford, CT, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 12 | Creativebug Holdings LLC | Waltham Public Library | 735 Main St., Waltham, MA, United States | Creativebug Subscription Agreement Dated 06/01/2024 | $0.00 | May 23, 2025 |
| 13 | Creativebug Holdings LLC | Walton County Public Library System | 3 Circle Drive, Defuniak Springs, FL, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 14 | Creativebug Holdings LLC | Wangaratta Library | 19-23 Docker Street, Wangaratta, VIC, Australia | Creativebug Subscription Agreement Dated 12/15/2024 | $0.00 | May 23, 2025 |
| 15 | Creativebug Holdings LLC | Warren-Newport Public Library District | 224 North O'Plaine Road, Gurnee, IL, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 16 | Creativebug Holdings LLC | Washington County Public Library | 615 Fifth St., Marietta, OH, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 17 | Creativebug Holdings LLC | Washington County Public Library | 205 Oak Hill Street, Abingdon, VA, United States | Creativebug Subscription Agreement Dated 06/01/2022 | $0.00 | May 23, 2025 |
| 18 | Creativebug Holdings LLC | Washington-Centerville Public Library | 111 W Spring Valley Rd, Centerville, OH, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 19 | Creativebug Holdings LLC | Waterloo Public Library | 35 Albert Street, Waterloo, ON, Canada | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 20 | Creativebug Holdings LLC | Watonga Public Library | Same As St. Address, Watonga, OK, United States | Creativebug Subscription Agreement Dated 12/15/2024 | $0.00 | May 23, 2025 |
| 21 | Creativebug Holdings LLC | Wauconda Area Public Library District | 801 North Main Street, Wauconda, IL, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 22 | Creativebug Holdings LLC | Waukee Public Library | 950 S Warrior Ln, Waukee, IA, United States | Creativebug Subscription Agreement Dated 09/01/2022 | $0.00 | May 23, 2025 |
| 23 | Creativebug Holdings LLC | Waukegan Public Library | 128 North County Street, Waukegan, IL, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 24 | Creativebug Holdings LLC | Wauwatosa Public Library | 7635 W. North Ave., Wauwatosa, WI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 25 | Creativebug Holdings LLC | Wayne Library Alliance | 1406 N Main Street, Honesdale, PA, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 26 | Creativebug Holdings LLC | Waynesboro Public Library | 600 S. Wayne Ave., Waynesboro, VA, United States | Creativebug Subscription Agreement Dated 06/13/2025 | $0.00 | May 23, 2025 |
| 27 | Creativebug Holdings LLC | Waynesboro Public Library | 600 S. Wayne Ave., Waynesboro, VA, United States | Creativebug Subscription Agreement Dated 06/13/2024 | $0.00 | May 23, 2025 |
| 28 | Creativebug Holdings LLC | Wellesley Free Library | 530 Washington St., Wellesley, MA, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 29 | Creativebug Holdings LLC | Welles-Turner Memorial Library | 2407 Main St., Glastonbury, CT, United States | Creativebug Subscription Agreement Dated 08/01/2024 | $0.00 | May 23, 2025 |
| 30 | Creativebug Holdings LLC | Wellington County Library | 190 St Andrew St W, Fergus, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 31 | Creativebug Holdings LLC | Wells County Public Library | 200 W. Washington Street, Bluffton, IN, United States | Creativebug Subscription Agreement Dated 11/01/2022 | $0.00 | May 23, 2025 |
| 32 | Creativebug Holdings LLC | WENDY JO BERNARD | 2869 SILK OAK AVE THOUSAND OAKS, CA 91362 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 33 | Creativebug Holdings LLC | Wenonah Free Public Library | 101 E. Mantua Avenue, Wenonah, NJ, United States | Creativebug Subscription Agreement Dated 12/01/2024 | $0.00 | May 23, 2025 |
| 34 | Creativebug Holdings LLC | West Allis Public Library | 7421 West National Avenue, West Allis, WI, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 35 | Creativebug Holdings LLC | WEST MOUNTAIN CORPORATION DBA KRISTIN NICHOLAS DESIGNS | 31 GLEN ROAD LEYDEN, MA 01301 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 36 | Creativebug Holdings LLC | West Vancouver Memorial Library | 1950 Marine Drive, West Vancouver, BC, Canada | Creativebug Subscription Agreement Dated 11/01/2023 | $0.00 | May 23, 2025 |
| 37 | Creativebug Holdings LLC | Westchester Public Library | 10700 Canterbury Street, Westchester, IL, United States | Creativebug Subscription Agreement Dated 05/01/2025 | $0.00 | May 23, 2025 |
| 38 | Creativebug Holdings LLC | Western District Library | 1111 Fourth Street, Orion, IL, United States | Creativebug Subscription Agreement Dated 11/01/2024 | $0.00 | May 23, 2025 |
| 39 | Creativebug Holdings LLC | Western Pocono Community Library | 131 Pilgrim Way, Brodheadsville, PA, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |
| 40 | Creativebug Holdings LLC | Westerville Public Library | 126 S. State St., Westerville, OH, United States | Creativebug Subscription Agreement Dated 04/01/2025 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 41 | Creativebug Holdings LLC | Westfield Memorial Library | 550 E. Broad Street, Westfield, NJ, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 42 | Creativebug Holdings LLC | Westminster Public Library | 3705 W. 112Th Ave., Westminster, CO, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 43 | Creativebug Holdings LLC | Westmont Public Library | 428 North Cass Avenue, Westmont, IL, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 44 | Creativebug Holdings LLC | Westport Free Public Library | P.O. Box N-157, Westport, MA, United States | Creativebug Subscription Agreement Dated 10/15/2024 | $0.00 | May 23, 2025 |
| 45 | Creativebug Holdings LLC | Wethersfield Public Library | 515 Silas Deane Highway, Wethersfield, CT, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 46 | Creativebug Holdings LLC | Weymouth Public Libraries | 46 Broad St., Weymouth, MA, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 47 | Creativebug Holdings LLC | Whatcom County Library System | 5205 Northwest Drive, Bellingham, WA, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 48 | Creativebug Holdings LLC | Wheaton Public Library | 225 North Cross Street, Wheaton, IL, United States | Creativebug Subscription Agreement Dated 05/01/2024 | $0.00 | May 23, 2025 |
| 49 | Creativebug Holdings LLC | Whistler Public Library | 4329 Main Street, Whistler, BC, Canada | Creativebug Subscription Agreement Dated 02/01/2025 | $0.00 | May 23, 2025 |
| 50 | Creativebug Holdings LLC | Whitchurch-Stouffville Public Library | 2 Park Drive, Stouffville, ON, Canada | Creativebug Subscription Agreement Dated 12/31/2022 | $0.00 | May 23, 2025 |
| 51 | Creativebug Holdings LLC | White Oak Library District | 201 West Normantown Road, Romeoville, IL, United States | Creativebug Subscription Agreement Dated 07/01/2023 | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 52 | Creativebug Holdings LLC | Whiting Public Library | 1735 Oliver Street, Whiting, IN, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 53 | Creativebug Holdings LLC | Whitman Public Library | 100 Webster Street, Whitman, MA, United States | Creativebug Subscription Agreement Dated 10/01/2024 | $0.00 | May 23, 2025 |
| 54 | Creativebug Holdings LLC | Whittier Public Library | 7344 S. Washington Ave., Whittier, CA, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 55 | Creativebug Holdings LLC | Wilbraham Public Library | 25 Crane Park Drive, Wilbraham, MA, United States | Creativebug Subscription Agreement Dated 08/01/2023 | $0.00 | May 23, 2025 |
| 56 | Creativebug Holdings LLC | William Y. Wadleigh Memorial Library | 49 Nashua Street, Milford, NH, United States | Creativebug Subscription Agreement Dated 07/01/2022 | $0.00 | May 23, 2025 |
| 57 | Creativebug Holdings LLC | Wilmette Public Library District | 1242 Wilmette Avenue, Wilmette, IL, United States | Creativebug Subscription Agreement Dated 08/01/2025 | $0.00 | May 23, 2025 |
| 58 | Creativebug Holdings LLC | Wilmette Public Library District | 1242 Wilmette Avenue, Wilmette, IL, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 59 | Creativebug Holdings LLC | Wilton | 535 East Diehl Road Suite 300 Naperville, IL 60563 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 60 | Creativebug Holdings LLC | Winfield Public Library | 0S291 Winfield Road, Winfield, IL, United States | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 61 | Creativebug Holdings LLC | Winnefox Library System | 106 Washington Avenue, Oshkosh, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |

6

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 62 | Creativebug Holdings LLC | Winnetka-Northfield Public Library District | 768 Oak Street, Winnetka, IL, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 63 | Creativebug Holdings LLC | WISE CRAFT LLC | 68 CAMINO SAN CRISTOBAL LAMY, NM 87540 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 64 | Creativebug Holdings LLC | Wixom Public Library | 49015 Pontiac Trail, Wixom, MI, United States | Creativebug Subscription Agreement Dated 01/01/2024 | $0.00 | May 23, 2025 |
| 65 | Creativebug Holdings LLC | Woodland Public Library | 250 First St., Woodland, CA, United States | Creativebug Subscription Agreement Dated 04/01/2023 | $0.00 | May 23, 2025 |
| 66 | Creativebug Holdings LLC | Woodstock Public Library | 445 Hunter Street, Woodstock, ON, Canada | Creativebug Subscription Agreement Dated 01/01/2023 | $0.00 | May 23, 2025 |
| 67 | Creativebug Holdings LLC | Wool And The Gang | Ground Floor 1 Mark Square London, EC2A 4EG United Kingdom | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 68 | Creativebug Holdings LLC | WRLS (Winding Rivers Library System) | 980 Highway 16 W Ste 1, West Salem, WI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 69 | Creativebug Holdings LLC | Wyoming State Library | 2800 Central Avenue, Cheyenne, WY, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 70 | Creativebug Holdings LLC | YAO CHENG DESIGN LLC | 57 E GAY ST FL. 2F COLUMBUS, OH 43215 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 71 | Creativebug Holdings LLC | YARNSPORTS LLC | 15654 MEMORIAL WAY FISHERS, IN 46037 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 72 | Creativebug Holdings LLC | Yarra Libraries | PO Box 168, Richmond, VIC, Australia | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 73 | Creativebug Holdings LLC | YELLOW OWL WORKSHOP | 1890 BRYANT ST., STE. 102 SAN FRANCISCO, CA 94110 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 74 | Creativebug Holdings LLC | York County Library System | P. O. Box 10032, Rock Hill, SC, United States | Creativebug Subscription Agreement Dated 08/01/2022 | $0.00 | May 23, 2025 |
| 75 | Creativebug Holdings LLC | Yotpo | C/O COMERICA BANK YOTPO LB #675335 39200 W SIX MILE RD. LIVONIA, MI 48152 United States | Yotpo Subscription Agreement | $0.00 | May 23, 2025 |
| 76 | Creativebug Holdings LLC | Ypsilanti District Library | 5577 Whittaker Road, Ypsilanti, MI, United States | Creativebug Subscription Agreement Dated 01/01/2025 | $0.00 | May 23, 2025 |
| 77 | Creativebug Holdings LLC | Yuma County Library District | 2951 S 21St Dr, Yuma, AZ, United States | Creativebug Subscription Agreement Dated 07/01/2025 | $0.00 | May 23, 2025 |
| 78 | Creativebug Holdings LLC | Yuma County Library District | 2951 S 21St Dr, Yuma, AZ, United States | Creativebug Subscription Agreement Dated 07/01/2024 | $0.00 | May 23, 2025 |
| 79 | Creativebug Holdings LLC | ZENATTA CONSULTING INC | 11 ROSY FINCH LANE ALISO VIEJO, CA 92656 United States | ZENATTA CONSULTING INC Service Agreement | $0.00 | May 23, 2025 |
| 80 | Creativebug Holdings LLC | ZOE PERSICO | 4547 ATTLEBORO ST. JACKSONVILLE, FL 32205 United States | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 81 | Creativebug Holdings LLC | Zoho | PO BOX  894926 LOS ANGELES, CA 90189-4926 United States | ZOHO Two Year Subscription Agreement | $0.00 | May 23, 2025 |