**Exhibit 1**

| Assignee | Landlord Legal Entity | Landlord Address | Store Number | Store Address | Description[1] | Cure Payment Amount[2] | Assumption Date |
|---|---|---|---|---|---|---|---|
| SFM, LLC | BV Waco Central Texas Marketplace, LLC | BV Waco Central Texas Marketplace, LLC c/o Ball Ventures, LLC, 2194 Snake River Parkway, Suite 300 Attn: Thel Casper Idaho Falls, ID 83402 | 2445 | 4633 S. Jack Kultgen Expy Unit 104 Waco, TX | May 30, 2014 Lease Agreement between Jo-Ann Stores, LLC and BV Waco Central Texas Marketplace, LLC | $89,711.82 | 6/1/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] The Cure Amounts listed herein may include amounts that have recently been paid or otherwise satisfied, which will be netted out from the Cure Amount(s) prior to payment thereof.