## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 10, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Steelworkers Pension Trust, (ADRID: 29949668), Attn: Withdrawal Liability Department, 60 Blvd., of the Allies- Suite 600, Pittsburgh, PA, 15222:

- Motion of Debtors for Entry of an Order (I) Directing the Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 2]

- Application of Debtors for Entry of an Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 3]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Serve Certain Parties in Interest by Email, (B) Approve the Form and Manner of Service of the Notice of Commencement, (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information of Individuals, and (II) Granting Related Relief [Docket No. 4]

- Declaration of Michael Prendergast, Interim Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 6] (the "***Cash Collateral Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 7] (the "***Wages Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Store Support Vendors, (B) Lien Claimants, and (C) 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 8] (the "***Critical Vendors Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief [Docket No. 9] (the "***Customer Programs Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 10] (the "***NOL Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 11] (the "***Cash Management Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 12] (the "***Taxes Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (III) Granting Related Relief [Docket No. 13] (the "***Insurance Motion***")

- Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments for Prepetition Services Performed, and (V) Granting Related Relief [Docket No. 14] (the "***Utility Motion***)

- Motion of Debtors for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 15]

- Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 16] (the "***Assumption and Rejection Procedures Motion***")

- Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 17] (the "***Bidding Procedures Motion***")

- Order (I) Directing the Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 103]

- Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 104] (the "***Interim Cash Management Oder***")

- Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 105] (the "***Interim Critical Vendors Order***")

- Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 106] (the "***Interim Cash Collateral Order***")

- Interim Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations, and (II) Granting Related Relief [Docket No. 107] (the "***Interim Customer Programs Order***")

- Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 108]

- Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Store Support Vendors, (B) Lien Claimants, and (C) 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 109] (the "***Interim Critical Vendors Order***")

- Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 110] (the "***Interim NOL Order***")

- Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 111] (the "***Interim Taxes Order***")

- Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments for Prepetition Services Performed, and (V) Granting Related Relief [Docket No. 113] (the "***Interim Utility Order***")

- Interim Order (I) Authorizing the Debtors to (A) Serve Certain Parties in Interest by Email, (B) Approve the Form and Manner of Service of the Notice of Commencement, (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information of Individuals, and (II) Granting Related Relief [Docket No. 114]

- Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief [Docket No. 125] (the "***Interim Insurance Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Serve Certain Parties in Interest by Email, (B) Approve the Form and Manner of Service of the Notice of Commencement, (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information of Individuals, and (II) Granting Related Relief [Docket No. 128]

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Creditors, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 129] (the "***Notice of Hearing Regarding Interim Cash Collateral Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 130] (the "***Notice of Hearing Regarding Interim Wages Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Store Support Vendors, (B) Lien Claimants, and (C) 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 131] (the "***Notice of Hearing Regarding Interim Critical Vendors Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Prepetition Obligations and (II) Granting Related Relief [Docket No. 132] (the "***Notice of Hearing Regarding Interim Customer Programs Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 133] (the "***Notice of Hearing Regarding Interim NOL Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 134] (the "***Notice of Hearing Regarding Interim Cash Management Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 135] (the "***Notice of Hearing Regarding Interim Taxes Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance, Surety Coverage, and Letters of Credit Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief [Docket No. 136] (the "***Notice of Hearing Regarding Interim Insurance Order***")

- Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (IV) Authorizing Certain Fee Payments for Prepetition Services Performed, and (V) Granting Related Relief [Docket No. 137] (the "***Notice of Hearing Regarding Utility Order***")

- Notice of Motion of Debtors for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 138] (the "***Notice of Hearing Regarding Interim SOFA Extension Order***")

- Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 139] (the "***Notice of Hearing Regarding Assumption and Rejection Procedures Order***")

- Notice of Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 140] (the "***Notice of Hearing Regarding Bidding Procedures Order***")

*[Remainder of page intentionally left blank]*

On April 10, 2025, at my direction and under my supervision, employees of Kroll caused the Cash Collateral Motion, Wages Motion, Critical Vendors Motion, Customer Programs Motion, NOL Motion, Cash Management Motion, Taxes Motion, Insurance Motion, Utility Motion, Assumption and Rejection Procedures Motion, Bidding Procedures Motion, Interim Cash Collateral Order, Notice of Hearing Regarding Interim Cash Collateral Order, Interim Wages Order, Notice of Hearing Regarding Interim Wages Order, Interim Critical Vendors Order, Notice of Hearing Regarding Interim Critical Vendors Motion, Interim Customer Programs Order, Notice of Hearing Regarding Interim Customer Programs Order, Interim NOL Order, Notice of Hearing Regarding Interim NOL Order, Interim Cash Management Order, Notice of Hearing Regarding Interim Cash Management Order, Notice of Hearing Regarding Interim Insurance Order, Notice of Hearing Regarding Interim Taxes Order, Interim Taxes Order, Interim Insurance Order, Interim Utility Order, Notice of Hearing Regarding Interim Utility Order, Notice of Hearing Regarding Assumption, Rejection Procedures Order and Notice of Hearing Regarding Bidding Procedures Order to be served via First Class Mail on the Supplemental Banks Service List attached hereto as **Exhibit A**.

On April 10, 2025, at my direction and under my supervision, employees of Kroll caused the Assumption and Rejection Motion, and the Notice of Hearing Regarding Assumption and Rejection Procedures Order to be served via First Class Mail on Ph 706-750 N Cassaloma Dr LLC, C/O Prairie Hill Holdings LLC, 272 Market Sq Ste 210, Lake Forest, Il, 60045-1866.

On April 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit B**:

- Notice of Potential Sale Hearing [Docket No. 182]

On April 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit C**:

- Notice of Chapter 11 Bankruptcy Case, a copy of which is attached hereto as **Exhibit D**.

On April 14, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Milan Real Estate Investments, LLC, (ADRID: 29936054), C/O Milan Capital Management, Inc., 701 S Parker St, Ste 5200, Orange, CA, 92868-4749:

- Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances and (II) Granting Related Relief [Docket No. 385]

- Declaration of Nicholas Haughey in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances and (II) Granting Related Relief [Docket No. 391]

On April 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit E**:

- Notice of Auction for the Sale of the Debtors' Assets [Docket No. 448]

On April 17, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on SVP Sewing Brands LLC, (ADRID: 29904926), Attn: Jason Forcier, Chief Executive Officer, 300 2nd Ave S, Ste 300, Nashville, TN, 37201-231:

- Order Approving Confidentiality Agreement and Stipulated Protective Order [Docket No. 521]

Dated: June 11, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 11, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

8

SRF 87545, 87547, 87550, 87553, 87557 & 87711

**<u>Exhibit A</u>**

Exhibit A

Supplemental Banks Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 29949423 | BANK OF AMERICA NA | ACCOUNT ANALYSIS | 100 NORTH TRYON STREET | CHARLOTTE | NC | 28202 |
| 29949431 | REGIONS BANK | 1900 5TH AVE N | | BIRMINGHAM | AL | 35203 |

**<u>Exhibit B</u>**

## Exhibit B
### Supplemental Mailing Service List
### Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 29950039 | BROOKE LEGEMAN | Address on File | | | | | |
| 29914846 | CODY WHEELER | Address on File | | | | | |
| 29919588 | ERIC GANNON | Address on File | | | | | |
| 29927284 | KAITLYNN STANLEY | Address on File | | | | | |
| 29928522 | KAYLA LYNN | Address on File | | | | | |
| 29904926 | SVP SEWING BRANDS LLC | ATTN: JASON FORCIER, CHIEF EXECUTIVE OFFICER | 300 2ND AVE S | STE 300 | NASHVILLE | TN | 37201-2311 |
| 29945133 | TAMERA BERDINE | Address on File | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 1 of 1

**<u>Exhibit C</u>**

## Exhibit C

Supplemental Mailing Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 |
|---|---|---|
| 29905600 | AIDEN SUNDAY | Address on File |
| 29914846 | CODY WHEELER | Address on File |
| 29918493 | ELISABETH DAWSON | Address on File |
| 29919588 | ERIC GANNON | Address on File |
| 29954349 | JENNIFER WILSON | Address on File |
| 29962438 | REBECCA GOURD | Address on File |
| 29943104 | SHAWN HUBBARD | Address on File |
| 29945992 | TIARA BRADLEY | Address on File |

**Exhibit D**

| Information to identify the case: | |
|---|---|
| Debtor     JOANN Inc., *et al*. | **EIN: 46-1095540** |
| United States Bankruptcy Court for the **District of Delaware** | |
| Case number: **25-10068 (CTG)** | **Date cases filed for chapter 11: January 15, 2025** |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302−573−6491).**

| | |
|---|---|
| **1. Debtor's full name: JOANN Inc.** | |
| **2. All other names used in the last 8 years: See Chart Below** | |

| Jointly Administered Cases | Other Names (Last 8 Years) | Case No. | Tax ID No. |
|---|---|---|---|
| **JOANN Inc.** | **Jo-Ann Stores Holdings Inc.; JOANN; Jo-Ann Fabrics and Crafts** | **25-10068 (CTG)** | **46-1095540** |
| **JOANN Holdings 1, LLC** | | **25-10069 (CTG)** | **99-3739030** |
| **JOANN Holdings 2, LLC** | | **25-10070 (CTG)** | **99-3746408** |
| **Needle Holdings LLC** | | **25-10071 (CTG)** | **27-4503814** |
| **Jo-Ann Stores, LLC** | **JO-ANN; JO ANN Fabric and Craft Stores; Jo-Ann Fabrics and Crafts; Joann.com; JOANN; J (ETC) ANN; JO-ANN Fabrics; JAS LLC; JO-ANN, Experience the Creativity; JOANN Handmade Happiness** | **25-10072 (CTG)** | **34-0720629** |
| **Creative Tech Solutions LLC** | **Ditto Products LLC; Loriini, LLC** | **25-10073 (CTG)** | **82-1996734** |
| **Creativebug, LLC** | | **25-10074 (CTG)** | **47-1053208** |
| **WeaveUp, Inc.** | | **25-10075 (CTG)** | **47-4135633** |
| **JAS Aviation, LLC** | | **25-10076 (CTG)** | **46-2589570** |
| **joann.com, LLC** | | **25-10077 (CTG)** | **95-4761594** |

| JOANN Ditto Holdings Inc. | JOANN International Inc. | 25-10078(CTG) | 86-3449652 |
|---|---|---|---|
| Jo-Ann Stores Support Center, Inc. | | 25-10079 (CTG) | 26-3855027 |
| Dittopatterns LLC | NEWCO JODITO LLC | 25-10080 (CTG) | 88-2140452 |

**3. Address:** 5555 Darrow Road, Hudson, Ohio, USA 44236

**4. Debtors' Attorneys**
   Name and address

**Cole Schotz P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Contact Phone: (302) 652-3131
Facsimile (302) 652-3117
Email:     preilley@coleschotz.com
           snewman@coleschotz.com
           mfitzpatrick@coleschotz.com
           jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654

Email:     joshua.sussberg@kirkland.com
           aparna.yenamandra@kirkland.com
           anup.sathy@kirkland.com
           jeff.michalik@kirkland.com
           lindsey.blumenthal@kirkland.com

**Debtors' Claims and Noticing Agent**

If you have questions about this notice, please contact:

JOANN Inc. (2025) Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Contact Phone**:

(844) 712-2239 (toll free) or
+1 (646) 863-7121 (international)

Email: Joann2025Info@ra.kroll.com

Website: https://cases.ra.kroll.com/JOANN2025

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.
You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

**824 N. Market Street, 3rd Floor**
**Wilmington, DE 19801**

Hours open:  Monday − Friday 8:00 AM − 4:00 PM
Contact phone 302−252−2900

| 6.  Meeting of creditors | **February 19, 2025, at 10:00 a.m. (ET)** | **Location:**    Telephonic |
|---|---|---|
| The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | **The meeting of Creditors will be held by phone. Please call +1-844-767-5651 and use access code 1380568# to join the meeting.** |

| 7.  Proof of claim deadline | **Deadline for filing proof  of claim:** | **Not yet set. If a deadline is set, the court will send you another notice.** |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.
Your claim will be allowed in the amount scheduled unless:
• your claim is designated as disputed, contingent, or unliquidated;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8.  Exception to discharge Deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:  To be determined.** |

| 9.  Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice.  Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 10.  Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|

| 11.   Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See 11 U.S.C. § 1141(d).  A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan.  If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the  deadline. |
|---|---|

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, at (844) 712-2239 (toll free) or +1 (646) 863-7121 (international), or via email by submitting an inquiry at Joann2025Info@ra.kroll.com.**

**You may also find out more information at https://cases.ra.kroll.com/Joann2025**

**Exhibit E**

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29905265 | ABIGAIL VANCE | Address on File | | | | | | |
| 29905292 | ABRINA HYATT | Address on File | | | | | | |
| 29905477 | ADRIANNA BECK | Address on File | | | | | | |
| 29954618 | AIMEE MAYEUX | Address on File | | | | | | |
| 29906361 | ALICIA BLANYER, FORWARDING ADDRESS | Address on File | | | | | | |
| 29954718 | ALICIA STANLEY | Address on File | | | | | | |
| 29951474 | ALLISON MAYA-MACIAS | Address on File | | | | | | |
| 29906825 | ALYSSA KLEMUNDT | Address on File | | | | | | |
| 29906829 | ALYSSA LAWRENCE | Address on File | | | | | | |
| 29906987 | AMANDA JOHNSON | Address on File | | | | | | |
| 29950511 | AMANDA REINHARDT | Address on File | | | | | | |
| 29954851 | AMANDA SMITHIE | Address on File | | | | | | |
| 29907262 | AMELIA HOOPS | Address on File | | | | | | |
| 29907484 | AMY PARKER | Address on File | | | | | | |
| 29907529 | AMY THOMPSON | Address on File | | | | | | |
| 29907537 | AMY VALDEZ-SANDOVAL | Address on File | | | | | | |
| 29907576 | ANA SERRANO | Address on File | | | | | | |
| 29907863 | ANDREW SCHILLING | Address on File | | | | | | |
| 29955080 | ANGELA DENISON | Address on File | | | | | | |
| 29917146 | ANGELA JOHNSON | Address on File | | | | | | |
| 29908267 | ANN REINHARDT | Address on File | | | | | | |
| 29955156 | ANNABELLA ENNA | Address on File | | | | | | |
| 29955197 | ANNETTE CONOVER | Address on File | | | | | | |
| 29955204 | ANNIE CHAMBERLAIN | Address on File | | | | | | |
| 29908506 | ANNORA BARNES | Address on File | | | | | | |
| 29908602 | ANTOINETT BUTLER | Address on File | | | | | | |
| 29908647 | ANYROAD INC | PO BOX 640 | | | | SAN FRANCISCO | CA | 94104-0640 |
| 29908694 | APRIL LINDE | Address on File | | | | | | |
| 29908934 | ARMINTA FANTAUZZI | Address on File | | | | | | |
| 29908946 | ARRIAN MAIZE | Address on File | | | | | | |
| 29955332 | ASHA HOWARD | Address on File | | | | | | |
| 29909131 | ASHLEY JOHNSTON | Address on File | | | | | | |
| 29909190 | ASHLEY ORENDAY | Address on File | | | | | | |
| 29909411 | AUDREY HULSHIZER | Address on File | | | | | | |
| 29909592 | AVA SANCHEZ | Address on File | | | | | | |
| 29909730 | BAILEIGH KEESLING-MAYER | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 1 of 11

Exhibit E

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29909753 | BAILEY LEWIS | Address on File | | | | | | |
| 29910092 | BENJAMIN ABSHER | Address on File | | | | | | |
| 29910113 | BENJAMIN KOHART | Address on File | | | | | | |
| 29910136 | BENNY SOLIS | Address on File | | | | | | |
| 29910738 | BRANDY VANG | Address on File | | | | | | |
| 29910832 | BRENDA COLDREN | Address on File | | | | | | |
| 29955751 | BRENDA REED | Address on File | | | | | | |
| 29910881 | BRENDA TOWNES | Address on File | | | | | | |
| 29911143 | BRIANNE LONGORIA | Address on File | | | | | | |
| 29911146 | BRIANNE WALKER | Address on File | | | | | | |
| 29911301 | BRITTANY PFLUG | Address on File | | | | | | |
| 29950039 | BROOKE LEGEMAN | Address on File | | | | | | |
| 29911672 | CAITLIN GOMEZ-MAKIVIRTA | Address on File | | | | | | |
| 29911790 | CALLA DELOS REYES | Address on File | | | | | | |
| 29911866 | CAMERON HAYNES | Address on File | | | | | | |
| 29911867 | CAMERON HILL | Address on File | | | | | | |
| 29911981 | CANDICE KIRK | Address on File | | | | | | |
| 29956011 | CARLA VILLAO | Address on File | | | | | | |
| 29956060 | CARMEN JUAREZ | Address on File | | | | | | |
| 29912235 | CAROLE AUDORFF | Address on File | | | | | | |
| 29912344 | CAROLYN TAYLOR | Address on File | | | | | | |
| 29912434 | CASEY GREGONEN | Address on File | | | | | | |
| 29912545 | CASSIDY COFFEY | Address on File | | | | | | |
| 29956152 | CASSIE HILLARD | Address on File | | | | | | |
| 29956174 | CATHY ARGENBRIGHT | Address on File | | | | | | |
| 29912713 | CAVYNNA LLOYD | Address on File | | | | | | |
| 29912968 | CHARITY HOLMES | Address on File | | | | | | |
| 29912994 | CHARLES JOHNSON | Address on File | | | | | | |
| 29956270 | CHELSEA CARTER | Address on File | | | | | | |
| 29913274 | CHEVA SEYMOUR | Address on File | | | | | | |
| 29913493 | CHRISTIAN LIMPER | Address on File | | | | | | |
| 29951902 | CHRISTINA HAIDET | Address on File | | | | | | |
| 29913636 | CHRISTINE BROWN | Address on File | | | | | | |
| 29913807 | CHRISTOPHER PASSIAS | Address on File | | | | | | |
| 29913995 | CINZIA BURCHARD | Address on File | | | | | | |
| 29914838 | CODY PETERSON | Address on File | | | | | | |

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29915284 | COURTNEY BANFORD | Address on File | | | | | | |
| 29915351 | COWETA COUNTY | TAX COMMISSIONER | 87 NEWNAN STATION DR | STE 100 | | NEWNAN | GA | 30265-2659 |
| 29915432 | CRISTINA QUINTERO | Address on File | | | | | | |
| 29915437 | CRISTINE MASON | Address on File | | | | | | |
| 29915518 | CRYSTAL SANDERS | Address on File | | | | | | |
| 29956913 | CYRUS HEITMAN | Address on File | | | | | | |
| 29915789 | DAKOTA MEREDITH | Address on File | | | | | | |
| 29915808 | DALESHIA ARMSTRONG | Address on File | | | | | | |
| 29915986 | DANIEL SIMS | Address on File | | | | | | |
| 29916001 | DANIELA BELTRAN | Address on File | | | | | | |
| 29916033 | DANIELLE BLOUNT | Address on File | | | | | | |
| 29916120 | DANIELLE ROSS | Address on File | | | | | | |
| 29916137 | DANIELLE TOTH | Address on File | | | | | | |
| 29956989 | DAPHNE FULTON | Address on File | | | | | | |
| 29916239 | DARREN CARTER | Address on File | | | | | | |
| 29916431 | DAVINNA RICHARDSON | Address on File | | | | | | |
| 29950826 | DAYNA ARROYO | Address on File | | | | | | |
| 29916622 | DEBBIE MARIE KAJAK | Address on File | | | | | | |
| 29957154 | DEBORAH RHEINHOLTZ | Address on File | | | | | | |
| 29916735 | DEBRA BARUSHAK | Address on File | | | | | | |
| 29957193 | DELILAH BROADHEAD | Address on File | | | | | | |
| 29917033 | DENYSE SMITH | Address on File | | | | | | |
| 29957254 | DESTINI MARTINEZ | Address on File | | | | | | |
| 29917366 | DESTINY WELCH | Address on File | | | | | | |
| 29917440 | DEZARAE HARRIS | Address on File | | | | | | |
| 29957280 | DIANA BURKHAMMER | Address on File | | | | | | |
| 29917531 | DIANA WHARTON | Address on File | | | | | | |
| 29917875 | DONNA RANDELL | Address on File | | | | | | |
| 29917953 | DOROTHY TAYLOR | Address on File | | | | | | |
| 29957468 | DYLAN WILLIAMSON | Address on File | | | | | | |
| 29918315 | EILEEN KIELBASA | Address on File | | | | | | |
| 29918445 | ELIA ROMERO | Address on File | | | | | | |
| 29918468 | ELIJAH GUERRERO | Address on File | | | | | | |
| 29918648 | ELIZABETH FEHRENBACHER | Address on File | | | | | | |
| 29918725 | ELIZABETH KIDD | Address on File | | | | | | |
| 29918726 | ELIZABETH KISTNER | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 3 of 11

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29918757 | ELIZABETH MCDEVITT | Address on File | | | | | | |
| 29918842 | ELIZABETH SHULTZ | Address on File | | | | | | |
| 29918971 | ELLIOT EAST | Address on File | | | | | | |
| 29919031 | EMBER EVERETT | Address on File | | | | | | |
| 29919588 | ERIC GANNON | Address on File | | | | | | |
| 29957896 | ERIKA KANE | Address on File | | | | | | |
| 29919777 | ERIN PRESTON | Address on File | | | | | | |
| 29957961 | ESTHER SULLIVAN | Address on File | | | | | | |
| 29920454 | FRANCINE KEARNS | Address on File | | | | | | |
| 29954305 | GABRIEL NUNEZ | C/O TERMECHI EMPLOYMENT LAW | ATTN: BABAK TERMECHI | 15760 VENTURA BLVD | STE 2000 | ENCINO | CA | 91436-3050 |
| 29954310 | GABRIEL SALINAS | Address on File | | | | | | |
| 29921680 | GRIDTIYA CHOTIWAN | Address on File | | | | | | |
| 29921740 | GULNARA KUCHYNKA | Address on File | | | | | | |
| 29921756 | GW REAL ESTATE OF GEORGIA LLC | 2300 PLEASANT HILL RD B6 | | | | DULUHE | GA | 30096 |
| 29921802 | HAELEI DAMRON | Address on File | | | | | | |
| 29921826 | HAILEY DIXON | Address on File | | | | | | |
| 29921888 | HAILY CLAY-KELSEY | Address on File | | | | | | |
| 29953868 | HAYDEN GRASS | Address on File | | | | | | |
| 29922286 | HAYLEY WILBERS | Address on File | | | | | | |
| 29922403 | HEATHER SWEENEY | Address on File | | | | | | |
| 29922436 | HEATHER WORLEY | Address on File | | | | | | |
| 29953260 | HNUBCIG YANG | Address on File | | | | | | |
| 29952681 | HOLLIS MCKEEVER | Address on File | | | | | | |
| 29922891 | IAN SCHEBLE | Address on File | | | | | | |
| 29922930 | IESHIA DIAZ | Address on File | | | | | | |
| 29923407 | IVY JACKSON | Address on File | | | | | | |
| 29923539 | JACOB CROSS | Address on File | | | | | | |
| 29923911 | JAMES DUDLEY | Address on File | | | | | | |
| 29923949 | JAMES VEILLEUX | Address on File | | | | | | |
| 29923986 | JAMIE MALDONADO | Address on File | | | | | | |
| 29924006 | JAMIE YOUNG | Address on File | | | | | | |
| 29924009 | JAMILA COWHERD | Address on File | | | | | | |
| 29924272 | JASMINE CANTRELL, 1504 | Address on File | | | | | | |
| 29924337 | JASMINE SPANGLER | Address on File | | | | | | |
| 29952029 | JASON COOK | Address on File | | | | | | |
| 29950628 | JAYDEN DONOHO | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29924990 | JENNIFER HOLLOWAY | Address on File | | | | | | |
| 29925012 | JENNIFER LACEY | Address on File | | | | | | |
| 29954349 | JENNIFER WILSON | Address on File | | | | | | |
| 29925200 | JEREMIAH PITTMAN | Address on File | | | | | | |
| 29925229 | JERLEN MARY MACALANDA | Address on File | | | | | | |
| 29925248 | JERRY WINDLE | Address on File | | | | | | |
| 29925283 | JESSE NEUBAUER | Address on File | | | | | | |
| 29925806 | JOB ALMONTE | Address on File | | | | | | |
| 29959184 | JOEY RINERE | Address on File | | | | | | |
| 29926229 | JORDYN SUMMERS | Address on File | | | | | | |
| 29926284 | JOSELYN HALL | Address on File | | | | | | |
| 29926322 | JOSEPH SATTERFIELD | Address on File | | | | | | |
| 29926453 | JOURNEY BURNETTE | Address on File | | | | | | |
| 29926728 | JULIA SLY | Address on File | | | | | | |
| 29926983 | JUSTINA ESCOBEDO | Address on File | | | | | | |
| 29926994 | JUSTINE HARDIAL | Address on File | | | | | | |
| 29927284 | KAITLYNN STANLEY | Address on File | | | | | | |
| 29927391 | KAMRY GAULT | Address on File | | | | | | |
| 29959568 | KARA PETERS | Address on File | | | | | | |
| 29959569 | KARA PUCKETT | Address on File | | | | | | |
| 29959596 | KAREN EUBANKS | Address on File | | | | | | |
| 29927558 | KARIN KIRTLEY | Address on File | | | | | | |
| 29927578 | KARINA WEAVER | Address on File | | | | | | |
| 29927616 | KARLA MARTINEZ | Address on File | | | | | | |
| 29927717 | KATA GOLDA | Address on File | | | | | | |
| 29927806 | KATELYN RODRIGUEZ | Address on File | | | | | | |
| 29927942 | KATHERINE KIZER | Address on File | | | | | | |
| 29927966 | KATHERINE METESH | Address on File | | | | | | |
| 29927972 | KATHERINE MORLAN | Address on File | | | | | | |
| 29928164 | KATHLEEN VEST | Address on File | | | | | | |
| 29928166 | KATHLEEN VIOLA-MONKEMEYER | Address on File | | | | | | |
| 29959697 | KATHRYN JOHANSEN | Address on File | | | | | | |
| 29959743 | KATIE HUGHES | Address on File | | | | | | |
| 29959767 | KATIE YODER | Address on File | | | | | | |
| 29928522 | KAYLA LYNN | Address on File | | | | | | |
| 29928599 | KAYLEE WATERS | Address on File | | | | | | |

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29928760 | KEITH ROGERS-HEMPSTED | Address on File | | | | | | |
| 29928774 | KELCI MCFARLAND | Address on File | | | | | | |
| 29928879 | KELSEY CABANAW | Address on File | | | | | | |
| 29928915 | KELSEY SHELDON | Address on File | | | | | | |
| 29951862 | KENDALL SHEPPARD | Address on File | | | | | | |
| 29929004 | KENDRICK STINSON | Address on File | | | | | | |
| 29929131 | KEVIN ALVARADO | Address on File | | | | | | |
| 29929301 | KIERA PERALES | Address on File | | | | | | |
| 29960021 | KIMBERLEE SPEER | Address on File | | | | | | |
| 29929532 | KIMBERLY RESENDES | Address on File | | | | | | |
| 29929640 | KINSEY ROMACK | Address on File | | | | | | |
| 29929873 | KRISTEENA MARTIN | Address on File | | | | | | |
| 29929922 | KRISTIAN STEWART | Address on File | | | | | | |
| 29960206 | KYLIE SMITH | Address on File | | | | | | |
| 29930384 | LAN TRUONG | Address on File | | | | | | |
| 29930541 | LATWAN WEBB | Address on File | | | | | | |
| 29930587 | LAURA HOLCOMB | Address on File | | | | | | |
| 29930639 | LAURA SLOSMAN | Address on File | | | | | | |
| 29930686 | LAUREN CONNER | Address on File | | | | | | |
| 29930983 | LEILA NELSON | Address on File | | | | | | |
| 29931037 | LENNA WILSON | Address on File | | | | | | |
| 29931239 | LIBERTY BURGHARDT | Address on File | | | | | | |
| 29931283 | LILA FLORES | Address on File | | | | | | |
| 29931334 | LILLIAN BOSTON | Address on File | | | | | | |
| 29931859 | LISA MILLER | Address on File | | | | | | |
| 29932011 | LOGAN GRIFFIN | Address on File | | | | | | |
| 29932222 | LORRIE EUBANKS | Address on File | | | | | | |
| 29950591 | LOUISE MASON | Address on File | | | | | | |
| 29932307 | LUCAS JANDREAU | Address on File | | | | | | |
| 29932466 | LYNDA MURDOCK | Address on File | | | | | | |
| 29932599 | M. SCOTT JOHNSON | Address on File | | | | | | |
| 29932642 | MACKENZIE DUNN | Address on File | | | | | | |
| 29932819 | MADELYN SHANDREW | Address on File | | | | | | |
| 29951753 | MADISON MCGEE | Address on File | | | | | | |
| 29932969 | MADISON POWELL | Address on File | | | | | | |
| 29960876 | MADISON ROWSEY | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 6 of 11

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29933008 | MADISYN PARKER | Address on File | | | | | | |
| 29933031 | MAEGEN KETCHEL | Address on File | | | | | | |
| 29950611 | MAISLYN ROTH | Address on File | | | | | | |
| 29933323 | MANJIT GARCHA | Address on File | | | | | | |
| 29950295 | MARIA APPELL | Address on File | | | | | | |
| 29950296 | MARIA AQUINO | Address on File | | | | | | |
| 29950913 | MARIAH ANTICOUNI | Address on File | | | | | | |
| 29933923 | MARISSA LEBOWITZ | Address on File | | | | | | |
| 29933970 | MARJORIE RANEY | Address on File | | | | | | |
| 29934134 | MARTHA BYRNE | Address on File | | | | | | |
| 29934204 | MARVIN NOCEDA | Address on File | | | | | | |
| 29917056 | MARY ANN CROW | Address on File | | | | | | |
| 29917061 | MARY ANN ROCKWOOD | Address on File | | | | | | |
| 29961131 | MARY HICKS | Address on File | | | | | | |
| 29961159 | MARY MCDONOUGH | Address on File | | | | | | |
| 29961256 | MAYA MORENO | Address on File | | | | | | |
| 29934774 | MCKENZIE BALLARD | Address on File | | | | | | |
| 29934851 | MEENA KHANAL | Address on File | | | | | | |
| 29935234 | MELISSA ROACH | Address on File | | | | | | |
| 29935349 | MERCEDES RAMOS | Address on File | | | | | | |
| 29935429 | MIA CHEVERES | Address on File | | | | | | |
| 29935511 | MICHAEL ATHERTON | Address on File | | | | | | |
| 29935597 | MICHAEL OUSKY | Address on File | | | | | | |
| 29935659 | MICHAELA MCELROY | Address on File | | | | | | |
| 29935821 | MICHELLE MCMAHON | Address on File | | | | | | |
| 29935830 | MICHELLE MOONINGHAM | Address on File | | | | | | |
| 29936036 | MIKEAL HALL | Address on File | | | | | | |
| 29936302 | MOIRA SPINOS | Address on File | | | | | | |
| 29936429 | MONIQUE PADILLA | Address on File | | | | | | |
| 29936506 | MORGAN FRAZIER | Address on File | | | | | | |
| 29936560 | MORGAN WYATT | Address on File | | | | | | |
| 29961709 | MYA ASHE | Address on File | | | | | | |
| 29936693 | N. CONLEY | Address on File | | | | | | |
| 29936919 | NATALIE JONES | Address on File | | | | | | |
| 29936992 | NATASHA DIAZ-ROSADO | Address on File | | | | | | |
| 29936996 | NATASHA GRENDA | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 7 of 11

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29937053 | NATHAN LAMONT | Address on File | | | | | | |
| 29937152 | NEENA OBEROI | Address on File | | | | | | |
| 29937167 | NELCY PALMER | Address on File | | | | | | |
| 29951917 | NERISSA LACANLALE | Address on File | | | | | | |
| 29961834 | NICHOLAS BRASHEAR | Address on File | | | | | | |
| 29961837 | NICHOLAS CONWAY | Address on File | | | | | | |
| 29937315 | NICHOLAS REHMER | Address on File | | | | | | |
| 29937348 | NICHOLE SCHNEIDER | Address on File | | | | | | |
| 29937349 | NICHOLE VINAS | Address on File | | | | | | |
| 29937640 | NOOR SEKHON | Address on File | | | | | | |
| 29951777 | NYX MCINTIRE | Address on File | | | | | | |
| 29937893 | OLFA U.S.A. INC | 5201 E US HIGHWAY 36 | STE 213 | | | AVON | IN | 46123-7839 |
| 29937918 | OLIVER TAYLOR | Address on File | | | | | | |
| 29938026 | OLIVIA MORSE | Address on File | | | | | | |
| 29962015 | ONETA CALDWELL | Address on File | | | | | | |
| 29951380 | Name on File | Address on File | | | | | | |
| 29938184 | OSHEA PISCOPO-WILSON | Address on File | | | | | | |
| 29938205 | Name on File | Address on File | | | | | | |
| 29938276 | PAIGE HILL | Address on File | | | | | | |
| 29962056 | Name on File | Address on File | | | | | | |
| 29938606 | PATRICIA METCALF | Address on File | | | | | | |
| 29938921 | PERSEUS ACKERMAN | Address on File | | | | | | |
| 29939231 | Name on File | Address on File | | | | | | |
| 29939236 | PRESTON FAGAN | Address on File | | | | | | |
| 29939348 | QUIANA SMITH | Address on File | | | | | | |
| 29939610 | RADAR LABS INC | 841 BROADWAY FL 7 | | | | NEW YORK | NY | 10003-4704 |
| 29962375 | RAMIRO GUERRERO | Address on File | | | | | | |
| 29939769 | RASHAWN DAVIS | Address on File | | | | | | |
| 29939876 | REBECCA BANDY | Address on File | | | | | | |
| 29940101 | REBEKAH THAYER | Address on File | | | | | | |
| 29940137 | REECIE WILLIAMS | Address on File | | | | | | |
| 29962495 | REESE HOLMES | Address on File | | | | | | |
| 29940300 | REYHAN WILSON | Address on File | | | | | | |
| 29940581 | RIVERSIDE WOODMAN PARTNERS | C/O THE HOROWITZ GROUP | 11661 SAN VICENTE BLVD | STE 301 | | LOS ANGELES | CA | 90049-5111 |
| 29940623 | ROBERT EDWARDS | Address on File | | | | | | |
| 29962624 | ROBIN FULGHUM | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 8 of 11

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29951537 | ROHIT CHIKKA | Address on File | | | | | | |
| 29940785 | ROLAND BERGER STRATEGY CONSULTING | ROLAND BERGER LP | 1217 WOODWARD AVE | FL 450 | | DETROIT | MI | 48226-2054 |
| 29940863 | ROSA GOLDEN | Address on File | | | | | | |
| 29941146 | RUTH PENDERGRAST | Address on File | | | | | | |
| 29962781 | SADIE BONANG | Address on File | | | | | | |
| 29941460 | SAMANTHA BEARDALL | Address on File | | | | | | |
| 29962877 | SAMANTHA MALDONADO | Address on File | | | | | | |
| 29941773 | SANDRA COLELLA | Address on File | | | | | | |
| 29941921 | SARA CHELSTOWSKI | Address on File | | | | | | |
| 29963028 | SARAH BRANDT | Address on File | | | | | | |
| 29942112 | SARAH KIRCHHERR | Address on File | | | | | | |
| 29942117 | SARAH KOCH | Address on File | | | | | | |
| 29942202 | SARAH SCOTT | Address on File | | | | | | |
| 29942234 | SARAH WILCOX | Address on File | | | | | | |
| 29942452 | SAWYER MILLER | Address on File | | | | | | |
| 29963110 | SCOTT CONROY | Address on File | | | | | | |
| 29963124 | SEAN HOOPS | Address on File | | | | | | |
| 29963159 | SHABNAM LAHIJANI | Address on File | | | | | | |
| 29942759 | SHAKIRA LEWIS | Address on File | | | | | | |
| 29942807 | SHANDAL KLINGSMITH | Address on File | | | | | | |
| 29963182 | SHANELE TYLER | Address on File | | | | | | |
| 29942843 | SHANIQUE HENDERSON | Address on File | | | | | | |
| 29952669 | SHANNON SMITH | Address on File | | | | | | |
| 29943080 | SHAUNISE CRAIG | Address on File | | | | | | |
| 29943104 | SHAWN HUBBARD | Address on File | | | | | | |
| 29943130 | SHAYLA BURTON | Address on File | | | | | | |
| 29943164 | SHEENA WEAVER | Address on File | | | | | | |
| 29963280 | SHELBY EHRLER | Address on File | | | | | | |
| 29943371 | SHERYL CLINTON | Address on File | | | | | | |
| 29943625 | SKYE REED | Address on File | | | | | | |
| 29943759 | SONYA FLOWERS | Address on File | | | | | | |
| 29944256 | STEPHANIE HATTER | Address on File | | | | | | |
| 29944292 | STEPHANIE MARTINEZ-WENCES | Address on File | | | | | | |
| 29944327 | STEPHANIE RODRIGUEZ | Address on File | | | | | | |
| 29944331 | STEPHANIE ROWELL | Address on File | | | | | | |
| 29944390 | STEPHEN LUCKERS | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 9 of 11

Exhibit E
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29944417 | STEVEN CHENG | Address on File | | | | | | |
| 29944528 | SUMMER DAVIS | Address on File | | | | | | |
| 29944553 | SUMMER STARKEY | Address on File | | | | | | |
| 29944821 | SUZANNE COMERFORD | Address on File | | | | | | |
| 29944930 | SYDNEY SCOTT | Address on File | | | | | | |
| 29945019 | TABATHA SHELTON | Address on File | | | | | | |
| 29953021 | TABITHA TAHBO | Address on File | | | | | | |
| 29945061 | TAKAYA BOB | Address on File | | | | | | |
| 29945167 | TAMMY HUTCHISON | Address on File | | | | | | |
| 29945205 | TANIA REED | Address on File | | | | | | |
| 29945406 | TAYLOR EDWARDS | Address on File | | | | | | |
| 29945549 | TERESA HOWARD | Address on File | | | | | | |
| 29963968 | TERRAN WILSON | Address on File | | | | | | |
| 29963969 | TERRANCE LAW | Address on File | | | | | | |
| 29945836 | THELMA WASHINGTON | Address on File | | | | | | |
| 29946006 | TIFFANI DECKER | Address on File | | | | | | |
| 29964110 | TIMOTHY PARTRIDGE | Address on File | | | | | | |
| 29964152 | TOBIAS PARKER | Address on File | | | | | | |
| 29946308 | Name on File | Address on File | | | | | | |
| 29946626 | TRINITY LEPPERT | Address on File | | | | | | |
| 29964265 | TYLER POFFENBERGER | Address on File | | | | | | |
| 29964272 | TYLER SHORT | Address on File | | | | | | |
| 29947305 | VERONICA EATON | Address on File | | | | | | |
| 29947308 | VERONICA FLYNT | Address on File | | | | | | |
| 29951083 | VERONICA NARVAEZ | Address on File | | | | | | |
| 29951084 | VERONICA ONEILL | Address on File | | | | | | |
| 29947494 | VICTORIA MILLER | Address on File | | | | | | |
| 29964406 | VIKKI LOVEALL | Address on File | | | | | | |
| 29947903 | WENDY ERHOLM | Address on File | | | | | | |
| 29948207 | WINNIE SANTANA | Address on File | | | | | | |
| 29948269 | WREN WADE | Address on File | | | | | | |
| 29964558 | WYATT LEWIS | Address on File | | | | | | |
| 29948338 | YAJAIRA CELSO | Address on File | | | | | | |
| 29964605 | YESENIA RIVERA | Address on File | | | | | | |
| 29951858 | YOTPO INC | C/O COMERICA BANK YOTPO LB #675335 | 36455 CORPORATE DR | | | FARMINGTN HLS | MI | 48331-3552 |
| 29948475 | YUVANA MAZA | Address on File | | | | | | |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 10 of 11

Exhibit E

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29948564 | ZARAH SCESA | Address on File | | | | | | |
| 29948572 | ZAVIER DAVIS | Address on File | | | | | | |
| 29948631 | ZOE HOLT | Address on File | | | | | | |
| 29948734 | ZURU LLC | 2121 E MAPLE AVE | | | | EL SEGUNDO | CA | 90245-5011 |

In re: JOANN Inc., et al.
Case No. 25-10068 (CTG)

Page 11 of 11