UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| **JOANN, INC.,** *et al.,* | : | Case No. 25-10068(CTG) |
| | : | |
| Debtors | : | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Kathleen R. Cruickshank, of Murphy & King, Professional Corporation, to represent **Dudley Trading Associates Nominee Trust** before this Court in the above-captioned chapter 11 cases.

Dated: June 12, 2025

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Telephone: 302-658-1100
Email: jmclaughlin@ciardilaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the States of New Jersey, and Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: June 12, 2025

/s/Kathleen R. Cruickshank
Kathleen R. Cruickshank
MURPHY & KING, P.C
28 State Street, Suite 3101
Boston, MA 02109
Telephone: (617) 423-0400
Email: kcruickshank@murphyking.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.