

RECEIVED
2025 JUN 13  AM 9:09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

www.grovesite.com

Grove Technologies LLC
3104 E Camelback Rd #559
Phoenix, AZ 85016

June 10, 2025

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 N Market St, 3rd Floor
Wilmington, DE 19801

Case Name: JOANN Inc.
Case Number: 25-10068-CTG
Title of Objection: Debtor's First Omnibus Objection to Certain Claims (Substantive)
Subject: Response to Objection to Claim Number 559 Reduced or Reclassified Claims

Claimant Grove Technologies LLC respectfully submits this Response to the Debtor's Objection to Claim Number 559, filed on May 30, 2025. The Debtor objects to this claim on the grounds that the liabilities were asserted as 503(b)(9) status which are ineligible for such classification and shall be modified to a general unsecured claim.

Claimant asserts that the claim amount of $17,250 is valid and supported by the attached documentation. This claim is based on unpaid services delivered in October-December of 2024. Another $5750 of services was delivered in January of 2025 before the claimant was notified of the bankruptcy and while the debtor was still using the services. Copies of all the invoices are attached.

Claimant requests that the Debtor's Objection be overruled and the claim be allowed as an unsecured claim in the amount of $23,000.

Sincerely,

*Koren L Roland*

Koren Roland

Owner/CTO
Grove Technologies LLC
602-952-9880
Koren.roland@grovesite.com

3104 E Camelback Rd 559
Phoenix, AZ  85016 US



# INVOICE

**BILL TO**
Mike Dupan
Jo-Ann Stores LLC
5555 Darrow Rd
Hudson, OH  44236 USA

**INVOICE #** 521174
**DATE** 11/01/2024
**DUE DATE** 12/31/2024
**TERMS** Net 60

| PREV MO USERS | PREV MO STORAGE | GROVE TECHNOLOGIES |
|---|---|---|
| 469 | 1126.75 GB | 2 Year Extension Begin 3-1-24 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| GroveSite Product Development and Line Review Web Services | | |
| GroveSite and Jo-Ann's signed a 2 year extension that covers usage beginning 3-1-24 to 2/28/2026 | | |
| The terms are $5,750/month for up to 550 users and up to 1500 GB file storage, plus the Shared Ownership upgrade, as indicated below. | | |
| Additional users will be charged at $5/user/month   Additional file storage is billed at $8/GB/month | | |
| Custom flat rate of $5,750/mo includes multiple sites, access to all collaboration and database features, up to 550 users and up to 1500 GB attached file storage.  It also includes access to "Shared Ownership upgrade" | 1 | 5,750.00 |
| Additional users beyond those in the flat rate are $5/user/month | 1 | 0.00 |
| Additional file storage beyond the amount included in the flat rate is $6/GB/month | 0 | 0.00 |

Thank you for your business!
Please call 866-952-9880 if you have questions.

**BALANCE DUE**               **$5,750.00**

3104 E Camelback Rd 559
Phoenix, AZ  85016 US



# INVOICE

**BILL TO**
Mike Dupan
Jo-Ann Stores LLC
5555 Darrow Rd
Hudson, OH  44236 USA

**INVOICE #** 521241
**DATE** 12/01/2024
**DUE DATE** 01/30/2025
**TERMS** Net 60

| PREV MO USERS | PREV MO STORAGE | GROVE TECHNOLOGIES |
|---|---|---|
| 479 | 1146.68 GB | 2 Year Extension Begin 3-1-24 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| GroveSite Product Development and Line Review Web Services  GroveSite and Jo-Ann's signed a 2 year extension that covers usage beginning 3-1-24 to 2/28/2026  The terms are $5,750/month for up to 550 users and up to 1500 GB file storage, plus the Shared Ownership upgrade, as indicated below.  Additional users will be charged at $5/user/month   Additional file storage is billed at $8/GB/month | | |
| Custom flat rate of $5,750/mo includes multiple sites, access to all collaboration and database features, up to 550 users and up to 1500 GB attached file storage.  It also includes access to "Shared Ownership upgrade" | 1 | 5,750.00 |
| Additional users beyond those in the flat rate are $5/user/month | 1 | 0.00 |
| Additional file storage beyond the amount included in the flat rate is $6/GB/month | 0 | 0.00 |

Thank you for your business!
Please call 866-952-9880 if you have questions.

**BALANCE DUE**  **$5,750.00**

Grove Technologies LLC  dba GroveSite
3104 E. Camelback Rd, #559, Phoenix, AZ  85016     |     866-952-9880 Toll Free

3104 E Camelback Rd 559
Phoenix, AZ  85016 US



# INVOICE

**BILL TO**
Mike Dupan
Jo-Ann Stores LLC
5555 Darrow Rd
Hudson, OH  44236 USA

**INVOICE #** 521277
**DATE** 01/01/2025
**DUE DATE** 03/02/2025
**TERMS** Net 60

| PREV MO USERS | PREV MO STORAGE | GROVE TECHNOLOGIES |
|---|---|---|
| 491 | 1177.22 GB | 2 Year Extension Begin 3-1-24 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| GroveSite Product Development and Line Review Web Services | | |
| GroveSite and Jo-Ann's signed a 2 year extension that covers usage beginning 3-1-24 to 2/28/2026 | | |
| The terms are $5,750/month for up to 550 users and up to 1500 GB file storage, plus the Shared Ownership upgrade, as indicated below. | | |
| Additional users will be charged at $5/user/month   Additional file storage is billed at $8/GB/month | | |
| Custom flat rate of $5,750/mo includes multiple sites, access to all collaboration and database features, up to 550 users and up to 1500 GB attached file storage.  It also includes access to "Shared Ownership upgrade" | 1 | 5,750.00 |
| Additional users beyond those in the flat rate are $5/user/month | 1 | 0.00 |
| Additional file storage beyond the amount included in the flat rate is $6/GB/month | 0 | 0.00 |

Thank you for your business!
Please call 866-952-9880 if you have questions.

**BALANCE DUE** **$5,750.00**

3104 E Camelback Rd 559
Phoenix, AZ  85016 US



# INVOICE

**BILL TO**
Mike Dupan
Jo-Ann Stores LLC
5555 Darrow Rd
Hudson, OH  44236 USA

**INVOICE #** 521320
**DATE** 02/01/2025
**DUE DATE** 04/02/2025
**TERMS** Net 60

| PREV MO USERS | PREV MO STORAGE | GROVE TECHNOLOGIES |
|---|---|---|
| 496 | 1194.55 GB | 2 Year Extension Begin 3-1-24 |

| ACTIVITY | QTY | AMOUNT |
|---|---|---|
| GroveSite Product Development and Line Review Web Services GroveSite and Jo-Ann's signed a 2 year extension that covers usage beginning 3-1-24 to 2/28/2026  The terms are $5,750/month for up to 550 users and up to 1500 GB file storage, plus the Shared Ownership upgrade, as indicated below.  Additional users will be charged at $5/user/month   Additional file storage is billed at $8/GB/month | | |
| Custom flat rate of $5,750/mo includes multiple sites, access to all collaboration and database features, up to 550 users and up to 1500 GB attached file storage.  It also includes access to "Shared Ownership upgrade" | 1 | 5,750.00 |
| Additional users beyond those in the flat rate are $5/user/month | 1 | 0.00 |
| Additional file storage beyond the amount included in the flat rate is $6/GB/month | 0 | 0.00 |

Thank you for your business!
Please call 866-952-9880 if you have questions.

**BALANCE DUE** **$5,750.00**

Grove Technologies LLC  dba GroveSite
3104 E. Camelback Rd, #559, Phoenix, AZ  85016        |        866-952-9880 Toll Free

# Invoice #521174 Back

## General Info

| | |
|---|---|
| Invoice # | 521174 |
| Invoice Date | 11/05/24 |
| Payment Term | N65 |
| Currency | USD |
| Status | Approved |
| Shipping Term | None |
| Image Scan | GroveSite_Invoice_521174_November_1_2024.pdf |
| Supplier Notes | GroveSite usage for October 2024 |
| Attachments | None |

## Bill To & Ship To

| | |
|---|---|
| Supplier | GROVE TECHNOLOGIES LLC |
| Invoice From | Grove Technologies, LLC<br>7901 4th St N Ste 300<br>St Petersburg, FL 33702<br>United States |
| Remit To | Grove Technologies, LLC<br>3104 E Camelback Rd, #559<br>Phoenix, AZ 85016<br>United States |
| Ship From | Grove Technologies, LLC<br>3104 E Camelback Rd, #559<br>Phoenix, AZ 85016<br>United States |
| Supplier Tax ID | 85-0600225 |
| Customer | Jo-Ann Stores, LLC |
| Bill To Address | 5555 Darrow Rd<br>Hudson, OH 44236<br>United States |
| Ship To Address | JOANN STORES LLC<br>5555 DARROW ROAD<br>HUDSON, OH 44236<br>United States |
| Buyer Tax ID | None |

## Lines

| Line | Description | Supplier Part Number | UOM | Net Weight | Price/Weight | Quantity | Price | Total | PO Line | Service Sheet Line |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Monthly Fees - NOV 24 | | | | | None | 5,750.00 | 5,750.00 | 989952-10 | None |

## Totals & Taxes

| | |
|---|---|
| Lines Net Total | 5,750.00 |
| Header Tax Totals | 0.00 |
| Shipping | 0.00 |
| Handling | 0.00 |
| Misc | 0.00 |
| Total Tax | 0.00 |
| Net Total | 5,750.00 |
| **Total** | **5,750.00** |

**Enter Comment**

Add File | URL

Send Comment notification to a user by typing @name (ex. @JohnSmith)

Add Comment

## Payments

**Status** Ready to Pay
**Paid-in-Full Date** None

### Payment Reconciliation Details

| Status | Date | Type | Description | Amount |
|---|---|---|---|---|
| | | | Total Reconciled | 0.00 |
| | | | Invoice Total | 5,750.00 |
| | | | **Remaining Balance** | **5,750.00** |

## History

On **11/20/24** at **04:14 PM**, TRISTA MCDOWELL
Updated **Status** from Pending Approval to Approved

# Invoice #521241 Back

## General Info

| | |
|---|---|
| Invoice # | 521241 |
| Invoice Date | 12/01/24 |
| Payment Term | N65 |
| Currency | USD |
| Status | Approved |
| Shipping Term | None |
| Image Scan | GroveSite_Invoice_521241_December_1_2024.pdf |
| Supplier Notes | GroveSite usage for November 2024 |
| Attachments | None |

## Bill To & Ship To

| | |
|---|---|
| Supplier | GROVE TECHNOLOGIES LLC |
| Invoice From | Grove Technologies, LLC<br>7901 4th St N Ste 300<br>St Petersburg, FL 33702<br>United States |
| Remit To | Grove Technologies, LLC<br>3104 E Camelback Rd, #559<br>Phoenix, AZ 85016<br>United States |
| Ship From | Grove Technologies, LLC<br>3104 E Camelback Rd, #559<br>Phoenix, AZ 85016<br>United States |
| Supplier Tax ID | 85-0600225 |
| Customer | Jo-Ann Stores, LLC |
| Bill To Address | 5555 Darrow Rd<br>Hudson, OH 44236<br>United States |
| Ship To Address | JOANN STORES LLC<br>5555 DARROW ROAD<br>HUDSON, OH 44236<br>United States |
| Buyer Tax ID | None |

## Lines

| Line | Description | Supplier Part Number | UOM | Net Weight | Price/Weight | Quantity | Price | Total | PO Line | Service Sheet Line |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Monthly Fees - DEC 24 | | | | | None | 5,750.00 | 5,750.00 | 989952-11 | None |

### Totals & Taxes

| | |
|---|---:|
| Lines Net Total | 5,750.00 |
| Header Tax Totals | 0.00 |
| Shipping | 0.00 |
| Handling | 0.00 |
| Misc | 0.00 |
| Total Tax | 0.00 |
| Net Total | 5,750.00 |
| **Total** | **5,750.00** |

## Payments

**Status** Ready to Pay
**Paid-in-Full Date** None

### Payment Reconciliation Details

| Status | Date | Type | Description | Amount |
|---|---|---|---|---:|
| | | | Total Reconciled | 0.00 |
| | | | Invoice Total | 5,750.00 |
| | | | **Remaining Balance** | **5,750.00** |

## History

On **12/30/24** at **10:04 AM**, TRISTA MCDOWELL
Updated **Status** from Pending Approval to Approved

# Invoice #521277 Back

## General Info

| | |
|---|---|
| Invoice # | 521277 |
| Invoice Date | 01/01/25 |
| Payment Term | N65 |
| Currency | USD |
| Status | Approved |
| Shipping Term | None |
| Image Scan | GroveSite_Invoice_521277_January_1_2025.pdf |
| Supplier Notes | GroveSite usage December 2024 |
| Attachments | None |

## Bill To & Ship To

| | |
|---|---|
| Supplier | GROVE TECHNOLOGIES LLC |
| Invoice From | Grove Technologies, LLC<br>7901 4th St N Ste 300<br>St Petersburg, FL 33702<br>United States |
| Remit To | Grove Technologies, LLC<br>3104 E Camelback Rd, #559<br>Phoenix, AZ 85016<br>United States |
| Ship From | Grove Technologies, LLC<br>3104 E Camelback Rd, #559<br>Phoenix, AZ 85016<br>United States |
| Supplier Tax ID | 85-0600225 |
| Customer | Jo-Ann Stores, LLC |
| Bill To Address | 5555 Darrow Rd<br>Hudson, OH 44236<br>United States |
| Ship To Address | JOANN STORES LLC<br>5555 DARROW ROAD<br>HUDSON, OH 44236<br>United States |
| Buyer Tax ID | None |

## Lines

| Line | Description | Supplier Part Number | UOM | Net Weight | Price/Weight | Quantity | Price | Total | PO Line | Service Sheet Line |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Monthly Fees - JAN 25 | | | | | None | 5,750.00 | 5,750.00 | 989952-12 | None |

### Totals & Taxes

| | |
|---|---|
| Lines Net Total | 5,750.00 |
| Header Tax Totals | 0.00 |
| Shipping | 0.00 |
| Handling | 0.00 |
| Misc | 0.00 |
| Total Tax | 0.00 |
| Net Total | 5,750.00 |
| **Total** | **5,750.00** |

## Payments

Status  Ready to Pay
Paid-in-Full Date  None

### Payment Reconciliation Details

| Status | Date | Type | Description | Amount |
|---|---|---|---|---|
| | | | Total Reconciled | 0.00 |
| | | | Invoice Total | 5,750.00 |
| | | | **Remaining Balance** | **5,750.00** |

## History

On **01/28/25** at **03:53 PM**, ALISHA CROUCH
Updated **Status** from Pending Approval to Approved