**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | **RE:  D.I. 1119** |
| | ) | |

## NOTICE OF WITHDRAWAL OF MOTION
## FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
## CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

Wilshire Plaza Investors, LLC, by and through undersigned counsel, hereby withdraws the *Motion of Wilshire Plaza Investors, LLC for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* [D.I. 1119], filed on June 11, 2025, in the above-captioned chapter 11 case.

Dated: June 13, 2025                    Respectfully submitted,
Wilmington, Delaware

                                        **STEVENS & LEE, P.C.**

                                        */s/ Gregory T. Donilon*
                                        Gregory T. Donilon (No. 4244)
                                        919 North Market Street
                                        Suite 1300
                                        Wilmington, Delaware  19801
                                        Telephone:  (302) 425-3311
                                        Facsimile:  (610) 371-7371
                                        Email:  gregory.donilon@stevenslee.com

                                        -and-

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**BALCH & BINGHAM LLP**
Jeremy L. Retherford
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203-4642
Telephone:  (205) 226-3479
Facsimile:  (205) 226-8799
Email:  Jretherford@balch.com

*Counsel for Wilshire Plaza Investors, LLC*