**Schedule A**

| Designated Assets | Designee |
|---|---|
| (a) all Trademarks, Copyrights and Domain Names listed on Schedule 2.1(a), all income, license fees, royalties, damages, and payments now and hereafter due or payable under and with respect thereto, including payments under all licenses entered into in connection therewith, and the right to sue for and recover damages, profits and any other remedy in connection therewith, for past, present or future infringement, misappropriation or other violation related to any such assets, and all of each of any of the Debtors' and Agent's rights corresponding thereto throughout the world;<br><br>(b) the social media accounts listed on Schedule 2.1(b);<br><br>(c) all software (including source code and object code, and technical documentation related to thereto) described on Schedule 2.1(c);<br><br>(d) the content library described on Schedule 2.1(d) (the "Content Library");<br><br>(e) all customer subscription data listed on Schedule 2.1(e);<br><br>(f) all agreements and documentation covering, and all rights of any kind or nature, including implied rights, of the Debtors in and to, the Content Library and any Copyrights created by third parties, as identified on Schedule 2.1(f);<br><br>(g) all contracts listed in the notices of assumption and assignment filed on May 23, 2025 [D.I. 975-984] and May 28, 2025 [D.I. 1006] as being assumed and assigned to Designee;<br><br>(h) all trade secrets, know-how, inventions (whether or not patentable), processes, product designs, documentations, reports, catalogs, literature, videos, audios, all applications for registration or registrations, all other related rights of any kind or nature, including all rights of recovery and profit, all right to sue for and recover damages, profits and any other remedy in connection therewith, and goodwill, in each case associated with, relating to or arising from or under the assets referenced in categories (a) through and including (g); | Creativebug Holdings LLC |

| | |
|---|---|
| (i) the real estate lease (as amended) for the non-residential real property located at 2560 Ninth Street, Suites 314 and 316, Berkeley, California 94710 (the "Premises");<br><br>(j) all of the personal property and fixture of any kind or nature located at the Premises; and<br><br>(k) the furniture, displays, materials, supplies and tools identified on Schedule 2.1(k). | |

**Schedule 2.1(a)**

Copyrights

*Registered Copyrights*

None.

*Unregistered Copyrights*

All Copyright in and to the Content Library identified at Schedule 2.1(d) and each piece of content therein
All Copyright in and to the creativebug website at www.creativebug.com
All Copyright in and to the software identified at Schedule 2.1(c), including the GitHub libraries

Trademarks

*Registered Trademarks*

| Country | Mark | File Date | App. No. | Reg. Date | Reg. No. | Goods and Services (original application) | Owner | Status |
|---------|------|-----------|----------|-----------|----------|-------------------------------------------|-------|--------|
| U.S. | **Creativebug (standard character / word mark)** | 04-29-15 | 86/613,420 | 07-12-16 | 4,999,627 | Class 09 - downloadable videos in the fields of arts and crafts Date of first use 11-01-13 Date of first use incommerce 11-01-13 | Creativebug, LLC | Registered |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| U.S. | **Creativebug (standard character / word mark)** | 05-22-2012 | 85/632,112 | 02-19-13 | 4,291,530 | Class 41 - membership club services, namely, providing training to members through online video workshops in the field of arts and crafts in the categories of knitting, needle arts, crochet, printmaking, ceramics, jewelry, sewing, quilting, stamping, paper, kids, mixed media, gift wrapping, needle felting, home decor, accessories and crafts Date of first use 08-13-1999 Date of first use in commerce 05-15-2012 | Creativebug, LLC | Registered (renewed 09-21-23) (exp. 02-19-33) |
| AUS | **Creativebug** | 10-02-18 | 1959107 | 07-22-19 | 1959107 | Class 38 - broadcasting of video and audio programming over the Internet featuring a wide variety of educational materials and courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, jewelry making and party planning; transmission and streaming of programs, audio and visual content, and entertainment media content via global computer networks and wireless communication networks featuring a wide variety of educational materials and courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, jewelry making and party planning; providing electronic bulletin board services, on-line chat rooms and forums for social networking and the transmission of messages among computer users concerning | | |

| | | | | | a wide variety of educational materials and courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, jewelry making and party Planning<br><br>Class 41 - educational services, namely, providing on-line courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, cake decorating, jewelry making and party planning; education services, namely, providing course lectures, audio, video and written presentations in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, cake decorating, jewelry making and party planning, all provided online, and distributing course material in connection therewith; educational and entertainment services, namely, providing on-line subscription-based courses and non-downloadable videos in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, cake decorating, jewelry making and party planning | |

| New Zealand | Creativebug | 10-02-18 | 1103891 | 04-03-19 | 1103891 | Class 38 - broadcasting of video and audio programming over the Internet featuring a wide variety of educational materials and courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, jewelry making and party planning; transmission and streaming of programs, audio and visual content, and entertainment media content via global computer networks and wireless communication networks featuring a wide variety of educational materials and courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, jewelry making and party planning; providing electronic bulletin board services, on-line chat rooms and forums for social networking and the transmission of messages among computer users concerning a wide variety of educational materials and courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, jewelry making and party planning<br><br>Class 41 - educational services, namely, providing on-line courses in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, cake decorating, jewelry making and party planning; education services, namely, providing a web site featuring course lectures, audio, video and written presentations in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, cake decorating, jewelry making and party | | |

<table>
<tr><td></td><td></td><td></td><td></td><td></td><td>planning and distributing course material in connection therewith; educational and entertainment services, namely, providing on-line subscription-based courses and non- downloadable videos in the fields of arts and crafts, needle arts, printmaking, ceramics, stamping, paper crafts, felting, design, sewing, quilting, knitting, crochet, cooking, cake decorating, jewelry making and party planning</td><td></td><td></td></tr>
</table>

*Unregistered Trademarks*



<u>Domain Names</u>

| Domain Name | Expiration Date | Registrar |
|---|---|---|
| make2share.net | 10/9/2025 | GoDaddy |
| make2share.com | 10/9/2025 | GoDaddy |

Schedule 2.1(a) Page 5 of 7

| | | |
|---|---|---|
| make2share.org | 10/9/2025 | GoDaddy |
| creativebugmag.com | 10/15/2028 | GoDaddy |
| creativebug.net.au | 10/16/2028 | GoDaddy |
| creativebug.co.nz | 11/21/2025 | Marcaria |
| creativebug.com.au | 3/5/2025 | Marcaria |
| creativebug.dk | 8/20/2025 | Marcaria |
| creativebug.fr | 8/21/2025 | Marcaria |
| creativebug.it | 8/21/2025 | Marcaria |
| creativebug.media | 1/13/2026 | Marcaria |
| creativebug.my | 12/31/2025 | Marcaria |
| creativebug.nz | 8/21/2025 | Marcaria |
| creativebug.se | 8/21/2025 | Marcaria |
| creativebug.uk | 8/21/2025 | Marcaria |
| creativebug.zone | 1/13/2026 | Marcaria |
| creativebugmag.co.nz | 11/22/2025 | Marcaria |
| campcreativebug.com | 11/23/2025 | Namecheap |
| creativebug.co | 5/3/2025 | Namecheap |
| creativebug.online | 7/31/2025 | Namecheap |
| creativebug.tv | 7/31/2025 | Namecheap |
| creativebug.us | 7/31/2025 | Namecheap |
| creativebug.br.com | 3/17/2026 | Exact Hosting |
| creativebug.com.co | 3/16/2026 | Exact Hosting |
| creativebug.com.de | 3/17/2026 | Exact Hosting |

Schedule 2.1(a) Page 6 of 7

| | | |
|---|---|---|
| creativebug.com.es | 4/5/2026 | Exact Hosting |
| creativebug.com.mx | 3/17/2026 | Exact Hosting |
| creativebug.de | 9/6/2025 | Exact Hosting |
| creativebug.de.com | 3/17/2026 | Exact Hosting |
| creativebug.es | 4/5/2026 | Exact Hosting |
| creativebug.eu | 3/26/2026 | Exact Hosting |
| creativebug.eu.com | 3/17/2026 | Exact Hosting |
| creativebug.info | 4/29/2026 | Exact Hosting |
| creativebug.me | 4/5/2026 | Exact Hosting |
| creativebug.me.uk | 3/17/2026 | Exact Hosting |
| creativebug.name | 3/17/2026 | Exact Hosting |
| creativebug.net.co | 3/16/2026 | Exact Hosting |
| creativebug.net.nz | 3/17/2026 | Exact Hosting |
| creativebug.nom.co | 3/16/2026 | Exact Hosting |
| creativebug.nu | 3/17/2026 | Exact Hosting |
| creativebug.org.nz | 3/17/2026 | Exact Hosting |
| creativebug.org.uk | 3/17/2026 | Exact Hosting |
| creativebug.uk.com | 3/17/2026 | Exact Hosting |
| creativebug.uk.net | 3/17/2026 | Exact Hosting |
| creativebug.us.com | 3/17/2026 | Exact Hosting |
| creativebug.us.org | 3/17/2026 | Exact Hosting |
| creativebug.xxx | 3/17/2026 | Exact Hosting |
| creativebug.com | 8/13/2025 | Network Solutions |

Schedule 2.1(a) Page 7 of 7

**Schedule 2.1(b)**

Social Media Accounts

| Platform | Handle | | Followers / Subscribers | URL |
|---|---|---|---|---|
| Facebook (Meta) | Creativebug | | 310k | https://www.facebook.com/creative.bug/# |
| X (Twitter) | @creativebug | | 5k | https://x.com/Creativebug |
| Instagram | @creativebug | | 108k | https://www.instagram.com/creativebug/ |
| Pinterest | Creativebuginc | | 40k | https://www.pinterest.com/creativebuginc/ |
| YouTube | @cbugstudio | | 159k | https://www.youtube.com/user/cbugstudio |
| LinkedIn | Creativebug | | <1k | https://www.linkedin.com/company/creativebug/ |

**<u>Schedule 2.1(c)</u>**

<u>Software</u>

Codebases enabling the creativebug proprietary content management system, website, mobile applications, customer relationship management system, and enterprise onboarding system. The software production environments are hosted on AWS. The codebases are maintained in GitHub in four central code repositories categorized by the following:

- Main website application
- iOS and Android React applications
- Release scripts for rolling forward and backward production releases
- Development environment Docker

The software may require various third-party integrations, including an existing integration with JW Player video streaming software solutions to stream video content maintained in Debtors' proprietary content management system to end subscribers. The software includes source code and object code, and technical documentation related to thereto.

<u>**Schedule 2.1(d)**</u>

<u>Content Library</u>

A playable digital recording content library comprised of approximately 1,700 video classes directed at the instruction of arts and crafts skills, as segmented into the following categories:

- Yarn Crafts
- Sewing
- Quilting
- Needlework
- Art + Design
- Paper
- Kids + Teen
- Holiday + Party
- Jewelry
- Food + Home

The Content Library also includes approximately 360 downloadable and printable digital design patterns directed at arts and crafts designs including the following categories:

- Makeables
- Coloring Pages
- Sewing
- Knitting
- Crochet
- Quilting
- SVGs
- Recipes

**Schedule 2.1(e)**

Customer Data

Customer subscription data including approximately 820,00 opt-in email addresses, including the following:

- Approximately 25,000 paying consumer subscribers
- Approximately 1,200 active libraries under 843 paying accounts, comprising approximately 223,000 library patrons and admins
- Marketable nonmembers

The customer subscription data includes:

- Consumer and library member status
- Classes viewed
- Patterns downloaded
- Classes saved to library/purchased a la carte
- Payment receipts
- Images uploaded to class galleries
- Comments
- Reviews

Customer data is maintained in a proprietary customer relationship management system developed by the Debtors.

**Schedule 2.1(f)**

Content Library Creator Agreements

- Abby Houston
- Amanda Todaro of Ditto
- AKG SQUARED LLC
- Anastasia Chatzka
- Anna Hultin
- Arina from BellaCreme
- Arounna Khounnoraj
- Bel Mills of Scrap Paper Circus
- WISE CRAFT LLC
- Brittany J Jones
- Camilla d'Errico
- Carolyn Gavin
- Charlotte Hamilton
- Chelsea from Friday Pattern Company NULL
- CC MEDIA LLC
- Cindy Willingham
- CLEO PAPANIKOLAS
- COBRINA GRIECO
- CONSTANCE MOORE
- CORRIE BETH HOGG
- DANIELLE SUZANNE KRYSA
- DAVID TENORIO
- DAWLINE-JANE ONI-ESELEH
- DEARLY DAWN STUDIO LLC
- Deborah Kreiling
- E BOND
- ERIKA JONES
- ERIKA SEARS

- ERIN MCCLUSKEY
- ERIN PAISLEY-STUEBER
- FAHEEMA CHAUDHURY
- GEORGE K MCCALMAN
- Get Messy Art
- HEIDI PARKES
- Jamie Hudson
- JENNIFER ORKIN
- Jennifer Sbranti
- JENNIFER MERCEDE
- JENNIFER PERKINS
- JESSICA PARK
- Jesse Genet
- Jessie Jennings of Plaid Crafts
- JON STICH
- Joy Macdonell
- JOY T CHARDE
- JUSTIN STAFFORD
- KATHARINE WATSON LLC
- KATIA NAN FERRIS
- Kay Wolfersperger
- HEATHER KESLEY ANDERSON
- MOMENTAL DESIGNS
- Kyra Balentine of Plaid Crafts
- LANA WILLIAMS OFFICIAL
- LAUREN HOLTON
- LAUREN HOOPER

- THE CREATIVE COOKIE
- Leslie Schucker
- Libby from Hero Arts
- LILLA J ROGERS
- LILY CHIN
- ELIZABETH LAIRD SCARAMELLINO
- LORENE EDWARDS FORKNER
- MARIAN MADDEN FLANIGAN
- MARIA CARLUCCIO
- MARIKO JESSE
- MARK TILLING
- MELISSA LANG LYTLE
- MERCEDEZ REX SINGLETON
- MIA SEMINGSON
- MICHAELA YEE
- MICHELE R MUSKA
- MELISSA HAMMOND DUNAWAY
- MOU SAHA
- MALAN CREATIVE INC
- NATALIE MARIE EBAUGH
- Niasia Pinnock of Ditto
- NIKKI FURLONG
- PAMELA M. GARRISON
- JENNIFER MERCEDE
- RISA IWASAKI CULBERTSON
- SANAE ISHIDA
- SARAH LOUISE BOND

- SARAH FAITH MATTHEWS
- SASHA PROOD
- SHARON VIRTUE
- SHERRI LYNN WOOD
- SONYA MELISSA PHILIP
- THE CURRENT COMPANY NYC LLC / Suzy Ultman
- TABITHA SEWER
- TARA FAUGHNAN
- TAYLOR WATSON
- TIAN CONNAUGHTON
- TRACEY--RENEE HUBBARD
- TREASURE MALLORY
- VINCENT GREEN-HITE
- Wilton Instructors
- Wool And The Gang
- CBTV Live
- CBTV
- Devlin Mannle
- Faith Hale
- Holiday Bonanza
- Katrina Wheeler
- Kelly Wilkinson
- LARRIE KING
- Lauren Marcinek
- Li Sen
- Liana Allday
- MOLLY HATCH
- HEATHER TUPELO ROSS
- Tessa Test Instructor
- The Team at Creativebug

- 100 LAYER CAKE
- KRISTINE LYNN VEJAR
- ALEXANDRA BLUH
- AMANDA LEEANN BROWN
- AMELIA STRADER
- AMY KAROL
- AMY BUTLER LTD
- ANNA CLARK JOYCE
- ANNA MARIA PARRY
- ANNABEL KATE WRIGLEY
- FLAX & TWINE LLC
- ASHLEY FAYE NICKELS
- BARBARA JOY BLAIR
- Benjamin Mach
- BETZ WHITE PRODUCTIONS LLC
- BRANDON MABLY
- Building a Creative Brand eCourse
- CAROLYN M PATCH
- Carla Scott
- CAROLYN FRIEDLANDER LLC
- Cathy Callahan
- CECELIA MURPHY-MCMILLAN
- YELLOW OWL WORKSHOP
- CHRISTINE HOSTETLER
- CIRILIA ROSE
- Courtney Cerruti
- Creative Brand Series
- Creativebug Slow TV
- DAWN DEVRIES SOKOL
- DEBORAH STOLLER
- DENYSE SCHMIDT

- MIRIAM ELIZABETH HOUSE
- DIANA I FAYT
- EDITH L ECKMAN
- ELKE JORGENSEN BERGERON
- EMILY KATZ
- FANCY TIGER INC
- FLORA BOWLEY DESIGNS
- GRETCHEN HIRSCH
- GUDRUN DURHAM
- HEATHER TUPELO ROSS
- HEATHER BRAUNLIN JONES
- HEATHER BAILEY LLC
- HELLO LUCKY LLC
- HILARY WILLIAMS
- DEBRA IMMERGUT
- MARY JENNIFER HEWETT
- LAURA JENEAN MORRISON
- Jenny Doh
- JILL DRAPER
- JODY ALEXANDER
- JOEL DEWBERRY DESIGNS LLC
- FRANK (KAFFE) FASSETT
- KAREN SOLOMON
- KATA GOLDA
- KATHY DOUGHTY
- WEST MOUNTAIN CORPORATION
- LIA GRIFFITH MEDIA LLC
- LIESL AND CO INC
- LINDA FAHEY
- LINDSAY STRIPLING
- LINDSEY STONE

- LISA CONGDON ART & ILLUSTRATION INC
- LISA SOLOMON
- LISA CORIS
- THE GREEN VASE INC
- ELIZABETH SMITH
- LIZA PRIOR LUCY
- LYNNE W BARR
- MARGARET BENSON-PACE
- MARISA LYNCH
- YARNSPORTS LLC
- MAYA DONENFELD
- MAYBELLE IMASA-STUKULS
- MEGAN KREINER
- MEGUMI L INOUYE
- MELANIE DANA FALICK
- MELANIE SCHOW
- MOLLY HATCH
- NATALIE CHANIN
- NICOLE MALLALIEU DESIGN
- NICOLE BLUM
- NORAH S GAUGHAN
- MEGAN O ANDERSEN
- RACHEL HOEKSTRA
- REBECCA RINGQUIST
- ROBERT JOHN MAHAR JR
- Sam O'Leary
- Samuel Adams
- SHANA ASTRACHAN
- ALETHEA HARAMPOLIS
- HOLLYGIRLS QUILTING LLC
- SUSAN CONNOR BEAL

- Stephanie Fleming
- TAMAR MOGENDORFF
- THAYER PHOTOGRAPHS INC
- TWINKIE CHAN INC
- VICKIE HOWELL CAMPBELL
- WENDY JO BERNARD
- YAO CHENG DESIGN LLC
- ZOE PERSICO
-

**Schedule 2.1(g)**

<u>Assumed Contracts</u>

*Third-Party Contracts*

- AWS
- Google Ads
- Hoopla
- JW Player/Longtail
- Listrak  *(Cure amount of $9,399.75 under Invoice #167378)*
- Meta
- Recurly
- Senweb
- Usablenet *(Cure amount of $13,273.20 in the aggregate under Invoice #INV0000022112 ($5,899.20) and Invoice #INV0000020790 ($7,374.00))*
- Yotpo
- Zoho
- Pinterest
- Share A Sale
- GitHub
- Cookie Script
- Commercial Cleaning Pros
- ZENATTA CONSULTING INC

*Library Contracts (and any accompanying amendments, modifications, or other ancillary documentation)*

- Aaron Cutler Memorial Library
- Addison Public Library
- Alachua County Library District

- Adams County Library
- Akron-Summit Cnty Public Library
- Alamance County Public Libraries

- Alameda Free Library
- Algonquin Area Public Library District
- Allen County Public Library
- Altoona Public Library
- Alvah N. Belding Memorial Library
- Cavan Monaghan Public Library
- Amery Public Library
- Ames Free Library Of Easton, Inc.
- Amityville Public Library
- Anderson County Public Library
- Ann Arbor District Library
- Anoka County Library
- Antioch Public Library District
- Anythink Libraries
- Arapahoe Library District
- Arcadia Public Library
- Arlington Heights Memorial Library

- Armand J. Brinkhaus South St. Landry Community Library
- Arrowhead Library System
- Artesia Public Library
- Ascension Parish Library
- Ashland Public Library
- Athens County Public Libraries
- Attleboro Public Library
- Auburn Hills Public Library
- Auburn Public Library
- Aurora Public Library District
- Avalon Free Public Library
- Azle Memorial Library
- Idea Exchange (Cambridge Public Library)
- Barrington Public Library District
- Bartlett Public Library District
- Batavia Public Library District

- Baxter County Library
- Bayport-Blue Point Public Library
- Bedford Public Library
- Belfast Free Library
- Belmont Public Library
- Belvedere-Tiburon Library
- Belvedere-Tiburon Library
- Bensenville Community Public Library District
- Berkeley Heights Free Public Library
- Berkeley Public Library
- Berkeley Public Library
- Berkeley Public Library
- Berkley Public Library
- Bethel Public Library
- Bettendorf Public Library Information Center
- Guelph Public Library
- Big Rapids Community Library

- Bigelow Free Public Library
- Billings Public Library
- Bloomingdale Public Library
- Blue Island Public Library
- Bolton Public Library
- Boone County Public Library District
- Boonslick Regional Library
- Boonslick Regional Library
- Harper College
- Boston Public Library
- Boulder City Library District
- Boulder Public Library
- Bourbonnais Public Library District
- Mackay Regional Council
- Boyd County Public Library
- Boyden Library
- Boynton Beach City Library

- Bozeman Public Library
- Clarington Library Museums & Archives
- College of San Mateo Library
- Brawley Public Library
- Bremen Public Library
- Brentwood Public Library
- Brewster Ladies' Library
- Bridgeport Public Library
- Brighton District Library
- Kirkland Municipal Library
- Brockton Public Library
- Cochrane Public Library
- Brookline Public Library
- Brooklyn Public Library
- Broomfield/Eisenhower Public Library
- Bullitt County Library District
- Kawartha Lakes Public Library

- Burlington Public Library
- Bushnell-Sage Library
- Calloway County Public Library
- East Gwillimbury Public Library
- Cambridge Community Library
- Canton Public Library
- Burlington High School
- Carlsbad City Library
- Carnegie Library Of Pittsburgh
- City of Belmont - Ruth Faulkner Library
- Carol Stream Public Library
- Carson City Public Library
- Carteret Free Public Library
- Carthage Public Library
- Cass District Library
- London Public Library
- Cedar Falls Public Library

- Cedar Grove Free Public Library
- Cedar Park Public Library
- Central Arkansas Library System
- Chambers County Library System
- City of Melbourne Libraries
- Chelmsford Public Library
- Chelmsford Public Library
- Cherry Hill Free Public Library
- Chesterfield Public Library
- Chicopee Public Library
- Chillicothe And Ross County Public Library
- Georgian Bay Township Public Library
- Churchill County Library
- Cincinnati And Hamilton County Public Library
- Chatham-Kent Public Library
- City Of Commerce Public Library
- Metronet Consortium

- City Of St. Louis Municipal Library District
- Clarendon County Library System
- Fraser Valley Regional Library
- Clark Memorial Library
- Essex County Library
- Clear Lake Public Library
- Clearview Library District
- Cleveland Public Library
- Grand Valley Public Library
- Coal City Public Library District
- Bowen Island Public Library
- CAMALS (Carroll and Madison Library System)
- Dutchess County Libraries
- Colona District Public Library
- Columbus Metropolitan Library
- Columbus Public Library
- Comsewogue Public Library

- Comstock Township Library
- Conant Free Public Library
- Concord Free Public Library
- Concord Public Library
- Cook Memorial Public Library District
- Copiague Memorial Public Library
- Cranford Public Library
- Crawfordsville District Public Library
- Cromaine District Library
- Crown Point Community Public Library
- Crystal Lake Public Library
- Curtis Memorial Library
- Cuyahoga County Public Library
- Cyrenius H. Booth Library
- Daniel Boone Regional Library
- Danvers Township Library
- David & Joyce Milne Public Library

- Dearborn Public Library
- Deerfield Public Library
- Delphi Public Library
- Delta Township District Library
- Derby Neck Library
- Des Plaines Public Library
- Deschutes Public Library District
- Dexter District Library
- Dighton Public Library
- District Of Columbia Public Library
- Dolton Public Library District
- Door County Library
- Douglas County Libraries
- Douglas Library Of Hebron
- Dover Public Library
- Dover Town Library
- Downers Grove Public Library

- Eau Claire Area School District
- J. Sterling Morton High School District 201
- Duxbury Free Library
- E.D. Locke Public Library
- Eagle Valley Library District
- East Baton Rouge Parish Library
- East Brunswick Public Library
- East Chicago Public Library
- East Greenbush Community Library
- Barrie Public Library
- East Hampton Public Library
- East Lyme Public Library
- East Rutherford Memorial Library
- East Smithfield Public Library
- Eastchester Public Library
- Eastern Monroe Public Library
- Easton Area Public Library

- Brampton Public Library
- Edison Township Free Public Library
- Edith B Siegrist Vermillion Public Library
- Eisenhower Public Library District
- Ela Area Public Library District
- Ela Area Public Library District
- Eldredge Public Library
- Elisha D. Smith Public Library
- Elizabeth Taber Library
- Elizabeth Titus Memorial Library
- Elk Grove Village Public Library
- Elkhart Public Library
- Ella Johnson Memorial Public Library District
- Ella M. Everhard Public Library
- Elm Grove Public Library
- Elmhurst Public Library
- Emma S. Clark Memorial Library

- Englewood Public Library
- Luzerne County Library System
- Greater Sudbury Public Library
- Evanston Public Library
- Everett Public Library
- Fairfield Public Library
- Farmington Area Library District
- Farmington Libraries
- Farmington Public Library
- Fayette County Public Library
- Ferndale Area District Library
- Finkelstein Memorial Library
- Flat River Community Library
- Fond Du Lac Public Library
- Forbush Memorial Library
- Forbush Memorial Library
- Forest Park Public Library

- Fort Vancouver Regional Library District
- Fountaindale Public Library District
- Franklin County District Public Library
- Franklin Park Public Library District
- Franklin Public Library
- Huron County Library
- Free Lib Of Northampton Twp
- Fremont Public Library District
- Fulton County Library System
- Garfield County Public Library District
- Garland County Library
- Gary Public Library
- Geneva Public Library District
- Genoa Public Library District
- Gentry County Library
- Georgetown Peabody Library
- Boroondara Library Services

- Kitchener Public Library
- Gilbreath Memorial Library
- Gilman Library
- Gladys E. Kelly Public Library
- Glen Ellyn Public Library
- Glencoe Public Library
- Glendale Library, Arts & Culture
- Glenside Public Library District
- Glenview Public Library
- Goodnow Library
- Goshen Public Library
- Grace A. Dow Memorial Library
- Granby Public Library
- Grand County Library District
- Grand Forks Public Library
- Grand Rapids Public Library
- Lac La Biche County Libraries

- Halton Hills Public Library
- Grapevine Public Library
- Grayslake Area Public Library District
- Georgina Public Library
- Greece Public Library
- Green Hills Public Library District
- Greene County Public Library
- Greenup County Public Library
- Greenville County Library System
- Grosse Pointe Public Library
- Libraries ACT
- Hackley Public Library
- Half Hollow Hills Community Public Library
- Brimbank Libraries
- Carleton College Gould Library
- Hamilton East Public Library
- Hammond Community Library

- Hammond Public Library
- Christchurch City Libraries
- Hartford Public Library
- Harvard Diggins Library
- Hayner Public Library District
- Haywood County Public Library
- Heartland Regional Library System
- Helen M. Plum Memorial Public Library District
- Henderson County Public Library District
- Hernando County Public Library System
- Herrick District Library
- Hickory Public Library
- Highland Park Public Library
- Hillside Public Library
- Hinsdale Public Library
- Holbrook Public Library
- Holmes Public Library

- Holyoke Public Library
- Home Township Library
- Homer Township Public Library District
- Homewood Public Library District
- Hopkinton Public Library
- Brockville Public Library
- Howe Library
- Hudson Public Library
- Hull Public Library
- Huntington Woods Public Library
- Granisle Public Library
- Hussey-Mayfield Memorial Public Library
- Dunedin Public Libraries
- Imagineif Kalispell
- Indian Prairie Public Library District
- Indian River Area Library
- Indian Trails Public Library District

- Ionia Community Library
- Iowa City Public Library
- Ipswich Public Library
- Irondale Public Library
- Itasca Community Library
- Kaikoura District Library
- James H. Johnson Memorial Library
- Jefferson County Public Library
- Jefferson County Rural Library District
- Jennings County Public Library
- John L. Street Public Library
- Johnsburg Public Library District
- Johnson County Public Library
- Jones Library, Inc.
- Joplin Public Library
- Joshua Hyde Public Library
- Hamilton City Libraries

- Kalamazoo Public Library
- Alvin Sherman Library NSU
- Kenilworth Public Library
- Kenton County Public Library
- Keyport Free Public Library
- Kinderhook Memorial Library
- Bibliothèque et Archives nationales du Québec
- Bradford West Gwillimbury Public Library
- Carnegie Library of Pittsburgh on behalf of Allegheny County Libraries
- Kitsap Regional Library
- Kitsap Regional Library
- Klamath County Library Service District
- Kokomo-Howard County Public Library
- CLC (Central Library Consortium)
- Lafayette Public Library
- Lafourche Parish Public Library

- LaGrange Park Public Library District
- LaGrange Public Library
- Lake County Library
- Lake County Library District
- Lake County Public Library
- Lake Forest Library
- Lake Oswego Public Library
- Lake Villa Public Library District
- Lakeville Free Public Library
- Las Vegas-Clark County Library District
- Laurel County Public Library
- Leighton Township Library
- Lenox Library
- Lester Public Library Of Rome
- Letcher County Public Library District
- Lewis Egerton Smoot Memorial Library
- Lewisville Public Library

- Clutha District Council - Clutha Libraries
- Lincoln County Public Library
- Lincoln Park Public Library
- Lincoln Township Public Library
- Lincolnwood Public Library District
- Lincolnwood Public Library District
- Linda Sokol Francis Brookfield Library
- Lindenhurst Memorial Library
- Lisle Library District
- Little Dixie Regional Libraries
- Livingston Parish Library
- Longwood Public Library
- Lorain Public Library
- Los Alamos County Library System
- Los Gatos Library
- Louisburg Library
- Louisville Public Library

- Lucius Beebe Memorial Library
- Lucius E. And Elsie C. Burch, Jr. Library
- Lucy Robbins Welles Library
- Lunenburg Public Library
- ESRL (Eastern Shore Regional Library)
- Lynnfield Public Library
- Lyon Township Public Library
- Lyons Regional Library District
- Macedon Public Library
- Horsham Rural City Council Libraries
- Madison Heights Public Library
- Mammen Family Public Library
- Manchester-By-The-Sea Pub. Library
- Manteno Public Library District
- Marengo-Union Public Library District
- Marion County Public Library
- Maroa Public Library District

- Marple Public Library
- Martin County Library System
- Maryville Community Library District
- Massanutten Regional Library
- Matawan-Aberdeen Public Library
- Mattapoisett Free Public Library
- Mayville Public Library
- Maywood Public Library
- Mcmillan Memorial Library
- Meekins Public Library
- Melrose Public Library
- Memorial Hall Library
- Menlo Park Public Library
- Mercer County Library
- Merrimack Public Library
- Messenger Public Library Of North Aurora
- King Township Public Library

- Mid York Library System
- Middle Country Public Library
- Middlesex County Library
- Middleton Public Library
- Midland Public Library
- Mildura Rural City Council Libraries
- Millburn Free Public Library
- Mississippi Library Commission
- Missoula Public Library
- Moline Public Library
- Monroe Twp Public Library/Middlesex
- Monson Free Library & Reading Room
- Montgomery City Public Library
- Montgomery County Public Libraries
- Moorestown Library
- Mornington Peninsula Shire Library Service
- Morse Institute Library

- Morton Grove Public Library
- Morton-James Public Library
- Moultonborough Public Library
- Moultonborough Public Library
- Mount Laurel Library
- Mount Pleasant Public Library
- Mount Prospect Public Library
- Municipal Library Consortium of St. Louis County
- Murrieta Public Library
- Muskegon Area District Library
- Muskoka Lakes Public Library
- My Community Library Ltd (Myli)
- My Homeschool Village
- Nappanee Public Library
- Nassau Library System
- NCW Libraries
- NCW Libraries

- Needham Free Public Library
- Nelson County Public Library
- Neosho/Newton County Library
- Neuschafer Community Library
- New Castle County Libraries
- New Castle-Henry County Public Library
- New Lenox Public Library District
- New Orleans Public Library
- New Westminster Public Library
- New York Public Library, The Branch Libraries
- Newport News Public Library System
- Newton Free Library
- Newton Free Library
- Niles North High School
- Niles West High School
- Niles-Maine District Library
- Norfolk County Public Library

- Normal Public Library
- North Brunswick Free Public Library
- North Kingstown Free Library
- North Las Vegas Library District
- North Little Rock Public Library System
- North Tonawanda Public Library
- North Vancouver City Public Library
- North Vancouver District Public Library
- Northbrook Public Library
- Northern Waters Library Service
- Northfield Public Library
- Northport Public Library
- Northville District Library
- Northwest Territories Public Library Services
- Norwalk Public Library
- Novi Public Library
- Nutley Free Public Library

- Oak Lawn Public Library
- Oak Park Public Library
- Oakland Public Library
- Oakville Public Library
- Ocean County Library
- Octavia Fellin Public Library
- O'Fallon Public Library
- Ohrstrom Library, St. Paul's School
- Old Bridge Public Library
- Oregon City Public Library
- Oregon Public Library
- Oregon Trail Library District
- Orion Township Public Library
- Orland Park Public Library
- Orland Park Public Library
- Otonabee South Monaghan Public Library
- Ottawa Public Library

- Ouray Library District
- Owatonna-Steele County Library
- Owen County Public Library
- Owen Sound & North Grey Union Public Library
- Oxford County Library
- Palatine Public Library District
- Palm Beach County Library System
- Palmer Public Library
- Palmerston North City Library
- Palo Alto City Library
- Palos Park Public Library
- Park Ridge Public Library
- Parkland Community Library
- Paso Robles City Library
- Patchogue-Medford Library
- Peabody Institute Library
- Pelham Public Library

- Pembroke Public Library
- Pembroke Public Library
- Penfield High School
- Peotone Public Library District
- Perth and District Union Libraries
- Peterborough Public Library
- Peters Township Public Library
- Pflugerville Public Library
- Pike County Public Library
- Pioneer Library System
- Plainfield Public Library District
- Plainfield-Guilford Township Public Library
- Plainville Public Library
- Pleasant Hill Public Library
- Plymouth District Library
- Plymouth Public Library
- Pointe-Claire Public Library

- Poplar Creek Public Library District
- Portage County District Library
- Portage District Library
- Porter Public Library
- Portsmouth Public Library
- Poudre River Public Library District
- Poudre River Public Library District
- Poudre River Public Library District
- Prairie Trails Public Library District
- Prairielands Library Exchange
- Presque Isle District Library
- Prince George`S County Memorial Library Syste
- Prince William Public Libraries
- Princeton Public Library
- Prospect Heights Public Library District
- Prospect Heights Public Library District
- Puskarich Public Library

- Qatar National Library
- Queens Borough Public Library
- Queenstown Lakes Libraries
- R. E. Rawlins Municipal Library
- Radford Public Library
- Red Bank Public Library
- Redland City Council Libraries
- Region of Waterloo Library
- Reuben Hoar Library
- Reuben Hoar Library
- Revere Public Library
- Richard Salter Storrs Library
- Richland Community Library
- Richmond Hill Public Library
- Richmond Memorial Library
- Rita & Truett Smith Public Library
- Ritter Public Library

- River Valley District Library
- Rochester Public Library
- Rock Island Public Library
- Rockford Public Library
- Rockport Public Library
- Rodman Public Library
- Rolling Hills Consolidated
- Rolling Meadows Library
- Roselle Free Public Library
- Roselle Public Library District
- Round Lake Area Public Library District
- Rowley Public Library
- Rutherford Free Public Library
- Rutherford Free Public Library
- Sachem Public Library
- Saint Charles Public Library District
- Saint Charles Public Library District

- Saint Louis County Library
- Salina Public Library
- Saline District Library
- Saline District Library
- Samuel S. Pollard Memorial Library
- San Juan Island Library District
- San Luis Obispo City-County Library
- San Mateo County Libraries
- San Mateo County Libraries
- Santa Clara County Library
- Saranac Public Library
- Sargent Memorial Library
- Saskatchewan Provincial Library and Literacy Office
- Saskatchewan Provincial Library and Literacy Office
- Saskatchewan Provincial Library and Literacy Office

- Saskatchewan Provincial Library and Literacy Office
- Saskatchewan Provincial Library and Literacy Office
- SAU 23
- Schaumburg Township District Library
- Schiller Park Public Library
- Schiller Park Public Library
- School District of Brown Deer
- Scituate Town Library
- Scotch Plains Public Library
- Scott County Public Library
- Scott County Public Library
- Sea Girt Library
- Seekonk Public Library
- Selwyn District Council - Selwyn Libraries
- Show Low Public Library
- Shreve Memorial Library

- Simon Fairfield Public Library
- Sioux Center Public Library
- Siuslaw Public Library District
- Skokie Public Library
- Smithtown Special Library District
- Sno-Isle Libraries
- Socorro Public Library
- Somerset County Library
- Somerset Regional Council
- Somerville Public Library
- Sonoma County Library
- South Coastal Library
- South Huntington Public Library
- South Orange Public Library
- Southborough Public Library
- Southeast Regional Library
- Southern Chaffee County Regional Lib Dist/Salida

- Spartanburg County Public Library System
- SPLASH (Solano Partner Libraries And St. Helena)
- Spokane County Library District
- Springdale Public Library
- Springfield Town Library
- Springfield-Greene County Library District
- Springfield-Greene County Library District
- Squamish Public Library
- St Joseph County Public Library
- St Joseph County Public Library
- St. Helens Public Library
- St. Tammany Parish Library
- St. Thomas Public Library
- Stark County District Library
- Staunton Public Library
- Ste Genevieve County Library

- Steubenville & Jefferson County, Pl Of
- Stilwell Public Library
- Stormont, Dundas & Glengarry County Library
- Stoughton Public Library
- Stratford Public Library
- Suburban Library Cooperative
- Suburban Library Cooperative
- Sugar Grove Public Library District
- Sullivan County Public Library
- Summit Free Public Library
- Sunnyvale Public Library
- Surprise Public Library System
- Surrey Libraries
- Sutton Free Public Library
- Swan Hill Regional Library
- SWLS (Southwest Wisconsin Library System)
- Tacoma Public Library

- Tasman District Council
- Taylor County Public Library
- Temple Public Library
- The Alberta Library (TAL)
- The Colony Public Library
- The John P. Holt Brentwood Library
- The Skaneateles Library Association
- Thomas Branigan Memorial Library
- Thomas Ford Memorial Library
- Thomas St. Angelo Public Library
- Three Rivers Public Library District
- Three Rivers Public Library District
- Tillamook County Library
- Tilton Library
- Timaru District Libraries
- Tinley Park Public Library
- Tinton Falls Public Library

- Topeka And Shawnee County Public Library
- Town of Victoria Park Library
- Townsend Public Library
- Townsville Citylibraries
- Traverse Area District Library
- Trenton Free Public Library
- Troy Public Library
- Tuckahoe Public Library
- Twinsburg Public Library
- U.S. Air Force Libraries
- Union County Library System
- University Park Public Library
- Upper Moreland Fr Pub Library
- Urbana Free Library
- Utah Education Network (UEN)
- Vail Public Library
- Valley Cottage Free Library

- Vancouver Island Regional Library
- Vancouver Public Library - Digital Services
- Vernon Area Public Library District
- Verona Public Library
- Vestavia Hills Library In The Forest
- Villa Park Public Library
- Village Library Of Cooperstown
- Volusia County Public Library
- Voorheesville Public Library
- Voorheesville Public Library
- Waitaki District Libraries
- Walled Lake City Library
- Wallingford Public Library
- Waltham Public Library
- Walton County Public Library System
- Wangaratta Library
- Warren-Newport Public Library District

- Washington County Public Library
- Washington County Public Library
- Washington-Centerville Public Library
- Waterloo Public Library
- Watonga Public Library
- Wauconda Area Public Library District
- Waukee Public Library
- Waukegan Public Library
- Wauwatosa Public Library
- Wayne Library Alliance
- Waynesboro Public Library
- Waynesboro Public Library
- Wellesley Free Library
- Welles-Turner Memorial Library
- Wellington County Library
- Wells County Public Library
- Wenonah Free Public Library

- West Allis Public Library
- West Vancouver Memorial Library
- Westchester Public Library
- Western District Library
- Western Pocono Community Library
- Westerville Public Library
- Westfield Memorial Library
- Westminster Public Library
- Westmont Public Library
- Westport Free Public Library
- Wethersfield Public Library
- Weymouth Public Libraries
- Whatcom County Library System
- Wheaton Public Library
- Whistler Public Library
- Whitchurch-Stouffville Public Library
- White Oak Library District

- Whiting Public Library
- Whitman Public Library
- Whittier Public Library
- Wilbraham Public Library
- William Y. Wadleigh Memorial Library
- Wilmette Public Library District
- Wilmette Public Library District
- Winfield Public Library
- Winnefox Library System
- Winnetka-Northfield Public Library District
- Wixom Public Library
- Woodland Public Library
- Woodstock Public Library
- WRLS (Winding Rivers Library System)
- Wyoming State Library
- Yarra Libraries
- York County Library System

- Ypsilanti District Library

- Yuma County Library District

- Yuma County Library District

**Schedule 2.1(k)**

Furniture, Displays, Materials, Supplies and Tools

The furniture, displays, materials, supplies and tools located at the 5555 Darrow Road, Hudson, Ohio warehouse, as follows, which may be moved to an alternate location or location(s) upon mutual written agreement of the Parties:

- 1 - 97" x 48" x 55" Crate of Creativebug Event Marketing Materials
- 1 - 49" x 40" x 42" Crate of Creativebug Event Marketing Materials
- 1 - 48" x 48" x 48" Crate of Creativebug Event Marketing Materials
- 1 - 30" x 60" Large rolling Suite Case of Creativebug Event Marketing Materials
- 1 - 84" x 5" x 4" Banner Tube of Creativebug Event Marketing Materials
- 1 - 40" x 48" Pallet of Creativebug Bags