## **Exhibit 1**

## **Terminated Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract | Termination Effective Date |
|---|---|---|---|---|
| 1 | SVAP IV Fairfax, LLC | Jo-Ann Stores, LLC | Store #1875 – Fairfax Towne Center, Fairfax, VA | 5/31/25 |
| 2 | SVAP IV Presidential, LLC | Jo-Ann Stores, LLC | Store #2005 – Presidential Commons, Snellville, GA | 5/31/25 |
| 3 | SVAP III Coral Landings, LLC | Jo-Ann Stores, LLC | Store #1596 – Coral Landings III, Margate, FL | 4/30/25 |
| 4 | River Park Plaza, L.P. | Jo-Ann Stores, LLC | Store #2084 – Fresno, CA | 5/31/25 |