**Exhibit 1**

**Assumed Contracts**

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Creativebug Holdings LLC | Courtney Cerruti | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 2 | Creativebug Holdings LLC | Devlin Mannle | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 3 | Creativebug Holdings LLC | Faith Hale | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 4 | Creativebug Holdings LLC | Katrina Wheeler | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 5 | Creativebug Holdings LLC | Kelly Wilkinson | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 6 | Creativebug Holdings LLC | Lauren Marcinek | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |
| 7 | Creativebug Holdings LLC | Li Sen | | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

[10] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[10] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 8 | Creativebug Holdings LLC | Liana Allday | ███████ | Creativebug Instructor Agreement | $0.00 | May 23, 2025 |

2