## Exhibit 1

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[1] | Cure Amount[2] | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Cavender Stores, L.P. | De Anza Properties 4, LLC | c/o Corinthian Real Estate Inc., 3217 Montrose Blvd, Suite 228, Houston, TX, 77006 | 2387 | 1671 Ih-35 South, Suite 208 | April 09, 2013 Lease Agreement between Jo-Ann Stores, LLC and De Anza Properties 4, LLC | $0.00 | 5/1/2025 |
| 2 | Cavender Stores, L.P. | Midlo Younger, LLC | Midlo Younger, LLC c/o Younger Partners, 14643 Dallas Parkway, Suite 950, LB #58 Attn: Benjamin Smith, Property Mgr. Dallas, TX 75254 | 2501 | 2000 F.M. 663 St 500, Midlothian, TX | March 09, 2017 Lease Agreement between Jo-Ann Stores, LLC and Midlo Younger, LLC | $47,780.74 | 6/1/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] The Cure Amounts listed herein may include amounts that have recently been paid or otherwise satisfied, which will be netted out from the Cure Amount(s) prior to payment thereof.