## Exhibit 1 to Assignment Order

## Assumption Schedule

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Dollar Tree Stores, Inc. | J and H Hollywood, LLC | J and H Hollywood, LLC 45 NW 21st Street Miami, FL 33127 | 1044 | 4700 Hollywood Blvd Hollywood, FL | September 12, 1996 Lease Agreement between Jo-Ann Stores, LLC and J and H Hollywood, LLC | $15,903.33 | As soon as practicable following entry of the Order |
| 2 | Dollar Tree Stores, Inc. | PAL Properties | PAL Properties 2574 Christmasville Cove, Suite H Jackson, TN 38305 | 2194 | 1185 Vann Dr Jackson, TN | September 23, 2010 Lease Agreement between Jo-Ann Stores, LLC and PAL Properties | $0.00 | As soon as practicable following entry of the Order |
| 3 | Dollar Tree Stores, Inc. | ZRP Crosspointe Plaza LLC | ZRP Crosspointe Plaza LLC c/o Ziff Properties, Inc., 210 Wingo Way, Suite 400 Attn: Alec Boyle, Leasing Agent Mount Pleasant, SC 29464 | 2314 | 840 Woods Crossing Road Greenville, SC | December 10, 2012 Lease Agreement between Jo-Ann Stores, LLC and ZRP Crosspointe Plaza LLC | $0.00 | As soon as practicable following entry of the Order |
| 4 | Dollar Tree Stores, Inc. | Hazel Totem LLC | Hazel Totem LLC 8320 NE Hwy., 99 | 2394 | 7907 Ne Highway 99 Vancouver, WA | May 29, 2013 Lease Agreement between Jo-Ann Stores, LLC and Hazel Totem LLC | $17,667.62 | As soon as practicable following entry of the Order |

---

[4] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 5 | Dollar Tree Stores, Inc. | Saroni Real Estates, LLC | Saroni Real Estates, LLC 1718 Veterans Memorial Parkway, Attn: Dr. Ramesh Peramsetty (authorized to sign) or Kim Herren Tuscaloosa, AL 35404 Vancouver, WA 98665 | 2497 | 1702 Veterans Memorial Pkwy East Tuscaloosa, AL | December 19, 2016 Lease Agreement between Jo-Ann Stores, LLC and Saroni Real Estates, LLC | $5,049.00 | As soon as practicable following entry of the Order |

2