## CERTIFICATE OF SERVICE

     I, Michael Busenkell, hereby certify that, on this 18th day of June, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: June 18, 2025<br>Wilmington, Delaware | */s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |