IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br>(Jointly Administered)<br><br>Re: DI 1032 |

**CERTIFICATE OF NO OBJECTION REGARDING MYRTLE BEACH FARMS COMPANY, INC.'S MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION IN ITS OBJECTION TO DEBTORS' AMENDED FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, nor other responsive pleading to *Myrtle Beach Farms Company, Inc.'s Motion to File Under Seal Certain Confidential Information in its Objection to Debtors' Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [D.I. 1032] (the "Motion") filed on May 30, 2025, with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned certifies that he has caused the review of the Court's docket in this case and that no answer, objection, nor other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than June 13, 2025, at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: June 18, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br> /s/ Michael Busenkell<br>Michael Busenkell (DE 3933)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-425-5812<br>Facsimile: 302-425-5814<br>Email: mbusenkell@gsbblaw.com<br><br>*Counsel to Myrtle Beach Farms Company, Inc.* |