**Exhibit A**

**Illustrative Floor Plan for Asheville, NC**

6

WBD (US) 4925-7126-9199v2

Case 25-10068-CTG Doc 1178-1 Filed 06/18/25 Page 2 of 2



**FIXTURE PLAN**
SCALE 1/16"=1'-0"



Burlington
STORE PLANNING & DESIGN
1830 Route 130 North - Burlington, NJ 08016
Phone: 609-387-7800   Email: Store.planning@boat.com

**ASHEVILLE, NC**
OVERLOOK VILLAGE
80 S TUNNEL RD, STE 30
ASHEVILLE, NC 28805

STORE NO: X

DRAWING TITLE: FIXTURE PLAN
DRAWN BY: AR
CHECKED BY: JD
SCALE: AS NOTED
DATE: 06/11/25

SHEET NO: F1