**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 23, 2025 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**ADJOURNED MATTER**

1. Motion of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (Filed March 20, 2025) [Docket No. 612]

    Related Documents:

    Objection Deadline:  March 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended for the Debtors.

    Responses Received:  None at this time.

    Status:  This matter is adjourned to the July 10, 2025 hearing at 10:00 a.m. (ET). This matter will not be going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**RESOLVED MATTER**

2. Motion of Debtors for Entry of an Order Granting (I) Leave from Local Rule 3007-1(e) Related to the Filing of Substantive Omnibus Objections to Claims and (II) Related Relief (Filed May 30, 2025) [Docket No. 1036]

   Related Documents:

   (a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Granting (I) Leave from Local Rule 3007-1(e) Related to the Filing of Substantive Omnibus Objections to Claims and (II) Related Relief (Filed June 16, 2025) [Docket No. 1169]

   (b) Order Granting (I) Leave from Local Rule 3007-1(e) Related to the Filing of Substantive Omnibus Objections to Claims and (II) Related Relief (Entered June 18, 2025) [Docket No. 1174]

   Objection Deadline: June 13, 2025 at 4:00 p.m. (ET).

   Responses Received: None.

   Status: The Court entered an Order granting the Motion. This matter will not be going forward

**MATTERS GOING FORWARD**

3. Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed May 16, 2025) [Docket No. 930]

   Related Documents:

   (a) Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief (Entered February 14, 2025) [Docket No. 429]

   (b) First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed April 28, 2025) [Docket No. 760]

   (c) Notice of Hearing on the Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Myrtle Beach Farms Company, Inc.; Overlook Village Ashville, LLC and Suburban Plaza, LLC) (Filed June 6, 2025) [Docket No. 1090]

   Objection Deadline: May 12, 2025 at 4:00 p.m. (ET).

   Responses Received:

   (a) Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 851

(b) [SEALED] Exhibit A to Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 852]

(c) [SEALED] Exhibit B to Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 853]

(d) Objection of Overlook Village Asheville, LLC to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (filed May 12, 2025) [Docket No. 857]

(e) Declaration of Craig Ramiro in Support of Overlook Village Asheville, LLC's Objection to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 858]

(f) Limited Objection of Landlord, Suburban Plaza, LLC, to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 28, 2025) [Docket No. 1004]

(g) Objection of Myrtle Beach Farms Company, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 29, 2025) [Docket No. 1016]

(h) [SEALED] Exhibit A to Objection of Myrtle Beach Farms Company, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 29, 2025) [Docket No. 1017]

(i) [SEALED] Exhibit B to Objection of Myrtle Beach Farms Company, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 29, 2025) [Docket No. 1018]

(j) Notice of Myrtle Beach Farms Company, Inc.'s Intent to Offer Witness Testimony at the Hearing Scheduled for June 23, 2025, at 2:00 p.m. (ET) (Filed June 18, 2025) [Docket No. 1176]

(k) Declaration of Jeffrey Morrow in Support of Assumption and Assignment of the Asheville, NC Lease to Burlington (Filed June 18, 2025) [Docket No. 1178]

(l) Burlington Stores, Inc.'s Omnibus Reply to Objections to Burlington's Assignment and Assumption of Decatur, GA and Asheville, NC Leases (Filed June 18, 2025) [Docket No. 1179]

Status: This matter will be going forward as to the objections filed by Myrtle Beach Farms Company, Inc., Overlook Village Asheville, LLC and Suburban Plaza, LLC.

4. Motion of the Debtors for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, Bankruptcy Rule 6004, and Local Rule 6004-1, Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances (Filed May 30, 2025) [Docket No. 1048]

   Objection Deadline:    June 13, 2025 at 4:00 p.m. (ET).

   Responses Received:

   (a) Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion (Filed June 13, 2025) [Docket No. 1156]

   Status:    This matter will be going forward.

**FEE APPLICATIONS**

5. Fee Applications for First Interim Compensation Period

   Related Documents:

   (a) Index of First Interim Fee Applications and Certificates of No Objection with Respect to the First Interim Compensation Period (Attached as Exhibit A)

   Objection Deadline:  See Respective Fee Applications. On consent of the parties, the objection deadline for the Kirkland & Ellis LLP First Interim Fee Application is extended until 4:00 p.m. (ET) on June 18, 2025 for the Office of the United States Trustee.

   Responses Received:  Informal comments by the Office of the United States Trustee.

   Status:    The Debtors anticipate filing a certification of counsel and proposed order prior to the hearing.

*[Remainder of page intentionally left blank]*

Dated: June 18, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |