**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*, | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**EXHIBIT A TO NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 23, 2025 AT 2:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**Fee Applications:**

    A.    <u>Cole Schotz P.C.</u> (Counsel to the Debtors)

        1.    First Interim Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 15, 2025 through March 31, 2025 (Filed May 22, 2025) (Docket No. 968)

        2.    First Monthly Fee Application of Cole Schotz P.C., Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 15, 2025 through February 28, 2025 (Filed April 10, 2025) (Docket No. 693)

        3.    Certificate of No Objection Regarding First Monthly Fee Application of Cole Schotz P.C., Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 15, 2025 through February 28, 2025 [No Order Required] (Filed May 2, 2025) (Docket No. 806)

        4.    Second Monthly Fee Application of Cole Schotz P.C., Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through March 31, 2025 (Filed May 7, 2025) (Docket No. 827)

        5.    Certificate of No Objection Regarding Second Monthly Fee Application of Cole Schotz P.C., Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through March 31, 2025 [No Order Required] (Filed May 29, 2025) (Docket No. 1021)

B. <u>Kirkland & Ellis LLP and Kirkland & Ellis International LLP</u> (Co-Counsel to the Debtors)

    1. First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Period from January 15, 2025 Through and Including March 31, 2025 (Filed May 22, 2025) (Docket No. 967)

    2. First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 15, 2025 through February 28, 2025 (Filed April 16, 2025) (Docket No. 712)

    3. Certificate of No Objection Regarding First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 15, 2025 through February 28, 2025 [No Order Required] (Filed May 8, 2025) (Docket No. 835)

    4. Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from March 1, 2025 through March 31, 2025 (Filed May 12, 2025) (Docket No. 842)

    5. Certificate of No Objection Regarding Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from March 1, 2025 through March 31, 2025 [No Order Required] (Filed June 3, 2025) (Docket No. 1063)

C. <u>Kroll Restructuring Administration LLC</u> (Administrative Advisor to the Debtors)

    1. First Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors for Period from January 15, 2025 through March 31, 2025 (Filed May 16, 2025) (Docket No. 919)

    2. Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from January 14, 2025 through February 28, 2025 (Filed March 21, 2025) (Docket No. 620)

    3. Certificate of No Objection Regarding Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from January 14, 2025 Through February 28, 2025 [No Order Required] (Filed April 17, 2025) (Docket No. 716)

    4.    Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2025 Through April 30, 2025 (Filed May 16, 2025) (Docket No. 915)

    5.    Certificate of No Objection Regarding Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2025 Through April 30, 2025 [No Order Required] (Filed June 9, 2025) (Docket No. 1096)

D.    <u>Kelley Drye & Warren LLP</u> (Lead Counsel to the Official Committee of Unsecured Creditors)

    1.    First Interim Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 30, 2025 Through and Including March 31, 2025 (Filed May 15, 2025) (Docket No. 895)

    2.    Combined First Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 30, 2025 Through and Including February 28, 2025 (Filed May 5, 2025) (Docket No. 808)

    3.    Certificate of No Objection Regarding Combined First Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 30, 2025 Through and Including February 28, 2025 [No Order Required] (Filed May 28, 2025) (Docket No. 1005)

    4.    Second Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 Through and Including March 31, 2025 (Filed May 8, 2025) (Docket No. 830)

    5.    Certificate of No Objection Regarding Second Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 Through and Including March 31, 2025 [No Order Required] (Filed May 30, 2025) (Docket No. 1035)

    6.    Notice of Hearing on First Interim Fee Applications for Committee Professionals (Filed May 16, 2025) [Docket No. 918]

E. <u>Pachulski Stang Ziehl & Jones LLP</u> (Co-Counsel to the Official Committee of Unsecured Creditors)

1. First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from January 31, 2025 Through March 31, 2025 (Filed May 15, 2025) (Docket No. 896)

2. First Monthly Fee Statement for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from January 31, 2025 through February 28, 2025 (Filed April 21, 2025) (Docket No. 724)

3. Certificate of No Objection Regarding First Monthly Fee Statement for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from January 31, 2025 through February 28, 2025 [No Order Required] (Filed May 12, 2025) (Docket No. 856)

4. Second Monthly Fee Statement for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 (Filed April 22, 2025) (Docket No. 728)

5. Certificate of No Objection Regarding Second Monthly Fee Statement for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 [No Order Required] (Filed May 13, 2025) (Docket No. 872)

6. Notice of Hearing on First Interim Fee Applications for Committee Professionals (Filed May 16, 2025) [Docket No. 918]

F. <u>Province, LLC</u> (Financial Advisor to the Official Committee of Unsecured Creditors)

1. First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 30, 2025 through March 31, 2025 (Filed May 15, 2025) (Docket No. 897)

2. First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 30, 2025 through February 28, 2025 (Filed April 29, 2025) (Docket No. 775)

3. Certificate of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 30, 2025 through February 28, 2025 [No Order Required] (Filed May 21, 2025) (Docket No. 994)

4. Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 1, 2025 through March 31, 2025 (Filed May 6, 2025) (Docket No. 818)

5. Certificate of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 1, 2025 through March 31, 2025 [No Order Required] (Filed May 29, 2025) (Docket No. 1022)

6. Notice of Hearing on First Interim Fee Applications for Committee Professionals (Filed May 16, 2025) [Docket No. 918]

69001/0001-50148329v1