**Exhibit A**

**Illustrative Floor Plan for Asheville, NC**

6



**Asheville, NC.**
Apparel:
Women's = 2,627
Men's = 1,871
Coats = 305
Outerwear = 202
Youth = 1,059
Infant = 262
Total Apparel = 6,326

Soft Goods = 522

Total Apparel & Soft Goods = 6,848

**FIXTURE PLAN**
SCALE 1/16"=1'-0"