**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: JOANN Inc., | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 25-10068 <br> ) <br> ) |
| Debtors. | |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Nipkow and Kobelt Inc.</u>
Name of Transferor

Last known address:

P.O. Box 36
Becket, MA 01223

Phone: 347-524-5845


Court Claim #: 7749

Amount of Claim to Transfer: $162,414.50 corresponding to invoices listed on Exhibit A to Evidence of Transfer of Claim

Date Claim Filed: March 27, 2025

<u>Vono-Tex</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

Vono-Tex
Room No. 504
26, Sangwon 1-GIL
Seong-Dong Gu
Seoul, Korea  04779

Phone: 82-2-752-5571~2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ David M. Klauder_____     Dated: June 18, 2025
    Transferor/Transferor's Agent

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                              **CLERK OF THE COURT**