### EVIDENCE OF TRANSFER OF CLAIM

Nipkow & Kobelt Inc., its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to Vono-Tex its successors and assigns ("Assignee") all rights, title and interest in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 25-10068)) (jointly administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

| Schedule/Claim No. | Creditor Name | Amount | Debtor |
| --- | --- | --- | --- |
| Partial Transfer of Claim # 7749 in the amount and on account of the invoices identified herein. | NIPKOW & KOBELT INC. | $162,414.50, solely on account of and corresponding to invoices listed on Exhibit A attached hereto. | JOANN Inc. |

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 16, 2025.

NIPKOW & KOBELT INC.

By: _____
Name: ARNOLD KOBELT
Title: PRESIDENT

VONO-TEX

By: _____
Name: Sang IL Lee
Title: Presidient.

**Exhibit A**

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 12/24/2024 | VT-24391-2 | $11,789.50 |
| 12/24/2024 | VT-24391-2 | $12,928.30 |
| 12/24/2024 | VT-24391-2 | $6,431.30 |
| 12/24/2024 | VT-24391-2 | $6,073.60 |
| 12/24/2024 | VT-24389-2 | $3,841.20 |
| 12/24/2024 | VT-24389-2 | $12,088.80 |
| 12/24/2024 | VT-24839-1 | $3,586.00 |
| 12/24/2024 | VT-24839-1 | $11,001.10 |
| 12/24/2024 | VT-24389-3 | $5,161.20 |
| 12/24/2024 | VT-24389-3 | $13,265.00 |
| 12/24/2024 | VT-24391-1 | $10,942.70 |
| 12/24/2024 | VT-24391-1 | $11,847.90 |
| 12/24/2024 | VT-24391-1 | $5,533.40 |
| 12/24/2024 | VT-24391-1 | $5,292.50 |
| 12/24/2024 | VT-24391-3 | $13,709.40 |
| 12/24/2024 | VT-24391-3 | $14,855.50 |
| 12/24/2024 | VT-24391-3 | $7,212.40 |
| 12/24/2024 | VT-24391-3 | $6,854.70 |
| | | $162,414.50 |