## Exhibit A

**April – May Invoice**



919 North Market Street
17th Floor
Wilmington, DE  19801

JoAnn O.C.C.
-

May 31, 2025
Invoice   147254
Client    46699.00002

RE:  Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2025

| | |
|---|---:|
| FEES | $61,373.50 |
| EXPENSES | $433.50 |
| **TOTAL CURRENT CHARGES** | **$61,807.00** |
| **BALANCE FORWARD** | **$338,447.46** |
| **LAST PAYMENT** | **-$271,423.26** |
| **TOTAL BALANCE DUE** | **$128,831.20** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
JoAnn O.C.C.  Invoice 147254
Client 46699.00002  May 31, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 8.40 | $15,918.00 |
| JEO | O'Neill, James E. | Partner | 1,475.00 | 20.20 | $29,795.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 23.50 | $15,275.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 0.30 | $187.50 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 495.00 | 0.40 | $198.00 |
| JG | Janet Grayson | Case Management Assistant | 0.00 | 51.80 | $0.00 |
| | | | | 104.60 | $61,373.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    3
JoAnn O.C.C.                                                         Invoice 147254
Client  46699.00002                                                  May 31, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition | 2.00 | $3,790.00 |
| BL | Bankruptcy Litigation | 2.20 | $3,245.00 |
| CA | Case Administration | 7.10 | $7,928.50 |
| CO | Claims Administration and Objections | 2.30 | $4,358.50 |
| CP | PSZJ Compensation | 12.10 | $9,393.50 |
| CPO | Other Professional Compensation | 14.30 | $14,291.50 |
| EC | Contract and Lease Matters | 1.10 | $1,622.50 |
| FN | Financing/Cash Collateral/Cash Management | 0.40 | $590.00 |
| HE | Hearings | 53.50 | $1,448.00 |
| OP | Operations | 0.10 | $189.50 |
| PD | Plan and Disclosure Statement | 9.00 | $13,569.00 |
| RFS | Relief from Stay | 0.50 | $947.50 |
|  |  | 104.60 | $61,373.50 |

Pachulski Stang Ziehl & Jones LLP  Page: 4
JoAnn O.C.C.  Invoice 147254
Client 46699.00002  May 31, 2025

## Summary of Expenses

| Description | Amount |
|---|---:|
| Litigation Support Vendors | $71.10 |
| Pacer - Court Research | $233.10 |
| Postage | $53.10 |
| Reproduction Expense | $76.20 |
| | $433.50 |

Pachulski Stang Ziehl & Jones LLP  Page:   5
JoAnn O.C.C.  Invoice 147254
Client 46699.00002  May 31, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Asset Disposition**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2025 | BJS | AD | Review Cotton Mill objection | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | AD | Review RPT objection | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | AD | Review Objection of CI Warner | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | AD | Review Inland's objection | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | AD | Review DKS's objection | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | AD | Review Myrtle Beach Farms' objection | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | AD | Review Cavender Stores' objection | 0.10 | 1,895.00 | $189.50 |
| 05/14/2025 | BJS | AD | Attention to assumed contracts | 0.10 | 1,895.00 | $189.50 |
| 05/15/2025 | BJS | AD | Review Alameda's objection | 0.10 | 1,895.00 | $189.50 |
| 05/16/2025 | BJS | AD | Attention to claim objections | 0.20 | 1,895.00 | $379.00 |
| 05/16/2025 | BJS | AD | Review Continental's objection | 0.10 | 1,895.00 | $189.50 |
| 05/21/2025 | BJS | AD | Review amended objection regarding Wolf Creek | 0.10 | 1,895.00 | $189.50 |
| 05/23/2025 | BJS | AD | Attention to sale/assume contracts | 0.20 | 1,895.00 | $379.00 |
| 05/24/2025 | BJS | AD | Attention to assumed leases | 0.10 | 1,895.00 | $189.50 |
| 05/28/2025 | BJS | AD | Review Suburban Plaza's objection | 0.10 | 1,895.00 | $189.50 |
| 05/29/2025 | BJS | AD | Review COC regarding CBTS lease | 0.10 | 1,895.00 | $189.50 |
| 05/30/2025 | BJS | AD | Attention to lease assumptions | 0.10 | 1,895.00 | $189.50 |
| 05/31/2025 | BJS | AD | Review LNN's objection | 0.10 | 1,895.00 | $189.50 |
|  |  |  |  | **2.00** |  | **$3,790.00** |

**Bankruptcy Litigation**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2025 | JEO | BL | Review entered court orders | 0.30 | 1,475.00 | $442.50 |
| 05/14/2025 | JEO | BL | Review status of pending matters | 1.00 | 1,475.00 | $1,475.00 |
| 05/16/2025 | JEO | BL | Review status of pending matters | 0.90 | 1,475.00 | $1,327.50 |
|  |  |  |  | **2.20** |  | **$3,245.00** |

| | | | | | Page: 6 |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Invoice 147254 |
| JoAnn O.C.C. | | | | | May 31, 2025 |
| Client 46699.00002 | | | | | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Case Administration**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2025 | ATB | CA | Review docket (.2); update critical dates memo (.3); correspond with calendaring team re: same (.1). | 0.60 | 650.00 | $390.00 |
| 04/17/2025 | ATB | CA | Review docket (.2); update critical dates memo (.2). | 0.40 | 650.00 | $260.00 |
| 04/17/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 04/21/2025 | ATB | CA | Review docket and update critical dates memo. | 0.60 | 650.00 | $390.00 |
| 04/22/2025 | ATB | CA | Update critical dates memo. | 0.20 | 650.00 | $130.00 |
| 04/23/2025 | JEO | CA | Review pending matters | 1.00 | 1,475.00 | $1,475.00 |
| 04/29/2025 | JEO | CA | Review omnibus order scheduling hearings | 0.10 | 1,475.00 | $147.50 |
| 04/30/2025 | BJS | CA | Review Amended Agenda and discuss with J. O'Neill | 0.10 | 1,895.00 | $189.50 |
| 04/30/2025 | JEO | CA | Review agenda canceling 5/8 hearing | 0.20 | 1,475.00 | $295.00 |
| 05/06/2025 | ATB | CA | Update critical dates memo. | 0.30 | 650.00 | $195.00 |
| 05/09/2025 | ATB | CA | Review docket (.2); updated critical dates memo (.3). | 0.50 | 650.00 | $325.00 |
| 05/21/2025 | BJS | CA | Review Committee Materials regarding investigation | 0.30 | 1,895.00 | $568.50 |
| 05/22/2025 | BJS | CA | Committee Call and review Province report | 1.00 | 1,895.00 | $1,895.00 |
| 05/23/2025 | ATB | CA | Review docket and update critical dates memo and calendar; circulate to team. | 0.60 | 650.00 | $390.00 |
| 05/23/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 05/27/2025 | ATB | CA | Correspond with team regarding cancellation of 5/28 hearing. | 0.20 | 650.00 | $130.00 |
| 05/27/2025 | BJS | CA | Review amended agenda and discuss with J. O'Neill | 0.10 | 1,895.00 | $189.50 |
| 05/30/2025 | ATB | CA | Review docket (.2); update critical dates memo (.3); circulate to team (.1). | 0.60 | 650.00 | $390.00 |
| 05/30/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| | | | | **7.10** | | **$7,928.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 7 |
| JoAnn O.C.C. | | | | | | Invoice 147254 |
| Client 46699.00002 | | | | | | May 31, 2025 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/11/2025 | BJS | CO | Various emails with W Weidenbacher regarding claims | 0.30 | 1,895.00 | $568.50 |
| 04/14/2025 | BJS | CO | Various emails with S Kaufman regarding tax claims | 0.10 | 1,895.00 | $189.50 |
| 04/28/2025 | BJS | CO | Review Steelworkers' settlement | 0.30 | 1,895.00 | $568.50 |
| 04/30/2025 | BJS | CO | Attention to rejection damage claims | 0.20 | 1,895.00 | $379.00 |
| 05/06/2025 | BJS | CO | Review U-Blaine Properties objection | 0.10 | 1,895.00 | $189.50 |
| 05/08/2025 | BJS | CO | Review Real Sub objection | 0.20 | 1,895.00 | $379.00 |
| 05/12/2025 | BJS | CO | Review WLPX's objection | 0.10 | 1,895.00 | $189.50 |
| 05/12/2025 | BJS | CO | Review Younger Partners Investment's objection | 0.10 | 1,895.00 | $189.50 |
| 05/14/2025 | BJS | CO | Review Bayfield's objection | 0.10 | 1,895.00 | $189.50 |
| 05/15/2025 | BJS | CO | Telephone conference with D Easton regarding 503b9 claims | 0.30 | 1,895.00 | $568.50 |
| 05/16/2025 | BJS | CO | Review National Realty's objection | 0.10 | 1,895.00 | $189.50 |
| 05/19/2025 | BJS | CO | Various email with Committee regarding claim recon | 0.10 | 1,895.00 | $189.50 |
| 05/21/2025 | BJS | CO | Attention to Cotton Mill's claim | 0.10 | 1,895.00 | $189.50 |
| 05/29/2025 | BJS | CO | Attention to Myrtle Beach Farms objection | 0.20 | 1,895.00 | $379.00 |
| | | | | **2.30** | | **$4,358.50** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/14/2025 | JEO | CP | Review and finalize PSZJ first monthly fee application | 0.50 | 1,475.00 | $737.50 |
| 04/15/2025 | ATB | CP | Review Feb prebill. | 0.60 | 650.00 | $390.00 |
| 04/21/2025 | ATB | CP | Revise PSZJ first monthly fee statement. | 1.00 | 650.00 | $650.00 |
| 04/21/2025 | ATB | CP | Review exhibit to March bill. | 0.60 | 650.00 | $390.00 |
| 04/21/2025 | JEO | CP | Review and finalize First Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee | 0.40 | 1,475.00 | $590.00 |
| 04/22/2025 | ATB | CP | Draft PSZJ March fee application. | 0.80 | 650.00 | $520.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 8 |
| JoAnn O.C.C. | | | | | Invoice | 147254 |
| Client 46699.00002 | | | | | May 31, 2025 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2025 | JEO | CP | Review and finalize PSZJ March fee application | 0.50 | 1,475.00 | $737.50 |
| 04/29/2025 | ATB | CP | Draft first interim fee application for 1/31/25 - 3/31/25. | 2.00 | 650.00 | $1,300.00 |
| 04/29/2025 | ATB | CP | Revise professionals' fee chart. | 0.30 | 650.00 | $195.00 |
| 05/12/2025 | ATB | CP | Review April bill (.3); correspond with J. O'Neill re: same (.1). | 0.40 | 650.00 | $260.00 |
| 05/12/2025 | ATB | CP | Draft CNOs re: PSZJ Feb and March monthlies (.4); file same (.3). | 0.70 | 650.00 | $455.00 |
| 05/13/2025 | ATB | CP | Revisions to PSZJ first interim fee application; correspond with co-counsel re: same. | 0.90 | 650.00 | $585.00 |
| 05/13/2025 | ATB | CP | File CNO re: PSZJ March fee application; correspond with J. O'Neill re: same. | 0.30 | 650.00 | $195.00 |
| 05/15/2025 | ATB | CP | Correspond with J. O'Neill re: filing of first interim fee applications (.4); revise PSZJ application (.4) ; draft notice of hearing re: same (.3) ; file and serve same (.3). | 1.40 | 650.00 | $910.00 |
| 05/15/2025 | BJS | CP | Review and revise fee app | 0.30 | 1,895.00 | $568.50 |
| 05/16/2025 | ATB | CP | Draft notice of hearing regarding Committee professionals first interim fee application (.3); correspond with J. O'Neill and co-counsel regarding same (.3); file and serve same (.4). | 1.00 | 650.00 | $650.00 |
| 05/29/2025 | ATB | CP | Organize ledes files for PSZJ Feb and March fee appilcations; forward same to UST office. | 0.40 | 650.00 | $260.00 |
| | | | | 12.10 | | $9,393.50 |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/14/2025 | JEO | CPO | Review and finalize Province Interim Fee application | 0.40 | 1,475.00 | $590.00 |
| 04/15/2025 | JEO | CPO | Review status of fee applications | 0.50 | 1,475.00 | $737.50 |
| 04/16/2025 | BJS | CPO | Review K&E fee app | 0.10 | 1,895.00 | $189.50 |
| 04/21/2025 | BJS | CPO | Review Centerview Partners fee app | 0.10 | 1,895.00 | $189.50 |
| 04/29/2025 | ATB | CPO | Draft notice for Province first monthly fee statement; review fee statement; file and serve same. | 0.70 | 650.00 | $455.00 |

Pachulski Stang Ziehl & Jones LLP  
JoAnn O.C.C.  
Client 46699.00002

Page: 9  
Invoice 147254  
May 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/29/2025 | JEO | CPO | Review and finalize Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the period January 30, 2025 to February 28, 2025 | 0.40 | 1,475.00 | $590.00 |
| 05/05/2025 | ATB | CPO | Review, file and serve Kelly Drye first combined monthly fee application. | 0.60 | 650.00 | $390.00 |
| 05/05/2025 | JEO | CPO | Review and finalize fee application | 0.40 | 1,475.00 | $590.00 |
| 05/05/2025 | JEO | CPO | Review and finalize Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the period January 30, 2025 to February 28, 2025 | 0.40 | 1,475.00 | $590.00 |
| 05/06/2025 | ATB | CPO | Revise, file and serve Province March monthly. | 0.70 | 650.00 | $455.00 |
| 05/06/2025 | BJS | CPO | Review Province fee app | 0.10 | 1,895.00 | $189.50 |
| 05/06/2025 | JEO | CPO | Review and finalize fee application for Province | 0.40 | 1,475.00 | $590.00 |
| 05/07/2025 | BJS | CPO | Review Cole Schotz fee app | 0.10 | 1,895.00 | $189.50 |
| 05/08/2025 | ATB | CPO | Review; file and serve Kelley Drye March fee statement. | 0.70 | 650.00 | $455.00 |
| 05/12/2025 | ATB | CPO | Draft CNO re: province Feb monthly (.3); correspond with Province re: same. | 0.50 | 650.00 | $325.00 |
| 05/12/2025 | BJS | CPO | Review K&E fee app | 0.10 | 1,895.00 | $189.50 |
| 05/15/2025 | ATB | CPO | Correspond with Kelley Drye re: filing of Committee's first interim fee applications (.4); draft notice of hearing re: Province application (.3); finalize and file and serve same (.6). | 1.30 | 650.00 | $845.00 |
| 05/15/2025 | BJS | CPO | Review KDW fee app | 0.10 | 1,895.00 | $189.50 |
| 05/15/2025 | BJS | CPO | Review Province fee app | 0.10 | 1,895.00 | $189.50 |
| 05/15/2025 | JEO | CPO | Review issues related to interim fee applications for committee professoinals. | 1.00 | 1,475.00 | $1,475.00 |
| 05/16/2025 | JEO | CPO | Review notice for fee hearing | 0.60 | 1,475.00 | $885.00 |
| 05/19/2025 | ATB | CPO | Update Committee professionals' fee chart. | 0.30 | 650.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP                                              Page:    10
JoAnn O.C.C.                                                                   Invoice 147254
Client 46699.00002                                                             May 31, 2025

|            |     |     |                                                                                                                                                                                                     | Hours | Rate     | Amount      |
|------------|-----|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|-------------|
| 05/20/2025 | ATB | CPO | Draft CNO for Province's first monthly fee statement; correspond with Province re: same.                                                                                                                            | 0.40  | 650.00   | $260.00     |
| 05/21/2025 | ATB | CPO | Draft CNO re: Province first monthly; correspond with S. Kietlinski re: same; file same.                                                                                                                            | 0.50  | 650.00   | $325.00     |
| 05/28/2025 | ATB | CPO | Draft and file CNO re: Kelley Drye's March monthly.                                                                                                                                                                 | 0.40  | 650.00   | $260.00     |
| 05/28/2025 | ATB | CPO | Draft CNOs re: Kelley Drye's first and second monthlies (.3); correspond with J. Churchill re: same (.2).                                                                                                           | 0.50  | 650.00   | $325.00     |
| 05/28/2025 | ATB | CPO | Draft and file CNO's re: Province's Feb and March monthlies.                                                                                                                                                        | 0.60  | 650.00   | $390.00     |
| 05/29/2025 | ATB | CPO | Draft CNO re: Province March fee application (.2); correspond with S. Kietlinski re: same (.1); file CNO (.1); update Province April fee application (.2); correspond with S. Kietlinski re: same (.1).             | 0.70  | 650.00   | $455.00     |
| 05/29/2025 | JEO | CPO | Review status of Province monthly fee application and approve CNO for filing                                                                                                                                        | 0.30  | 1,475.00 | $442.50     |
| 05/30/2025 | ATB | CPO | Review and file Province's April monthly fee statement (.4); draft CNO re: Province March monthly (.1); correspond with Province re: same and file (.2).                                                            | 0.70  | 650.00   | $455.00     |
| 05/30/2025 | JEO | CPO | Review status of KDW fee application and approve CNO for filing                                                                                                                                                     | 0.30  | 1,475.00 | $442.50     |
| 05/30/2025 | JEO | CPO | Review and finalize monthly fee application for Province                                                                                                                                                            | 0.30  | 1,475.00 | $442.50     |
|            |     |     |                                                                                                                                                                                                                     | **14.30** |      | **$14,291.50** |

**Contract and Lease Matters**

|            |     |    |                                                              | Hours | Rate     | Amount      |
|------------|-----|----|--------------------------------------------------------------|-------|----------|-------------|
| 04/15/2025 | JEO | EC | Review and respond to email from Landlord lawyer re status   | 0.30  | 1,475.00 | $442.50     |
| 04/30/2025 | JEO | EC | Review rejection notices                                     | 0.80  | 1,475.00 | $1,180.00   |
|            |     |    |                                                              | **1.10** |      | **$1,622.50** |

**Financing/Cash Collateral/Cash Management**

|            |     |    |                                   | Hours | Rate     | Amount  |
|------------|-----|----|-----------------------------------|-------|----------|---------|
| 04/01/2025 | JEO | FN | Review further interim DIP order  | 0.40  | 1,475.00 | $590.00 |

Pachulski Stang Ziehl & Jones LLP         Page:   11
JoAnn O.C.C.                              Invoice 147254
Client 46699.00002                        May 31, 2025

|  |  |  |  | 0.40 |  | $590.00 |
|---|---|---|---|---|---|---|

**Hearings**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2025 | PEC | HE | Review Agenda for 5/6/25 Hearing and circulate | 0.10 | 625.00 | $62.50 |
| 05/19/2025 | PEC | HE | Review Agenda canceling 5/21/25 Hearing and circulate | 0.20 | 625.00 | $125.00 |
| 05/21/2025 | JG | HE | Prepare hearing and virtual notebook for hearing on 05-28-25.. | 0.50 | 0.00 | N/C |
| 05/22/2025 | JG | HE | Prepare hearing notebook for hearing 05/28/25. | 50.00 | 0.00 | N/C |
| 05/23/2025 | ATB | HE | Circulate agenda for 5/28 hearing; coordinate hearing binders for team. | 0.50 | 650.00 | $325.00 |
| 05/23/2025 | CJB | HE | Prepare hearing binders for hearing on 5/28/25. | 0.40 | 495.00 | $198.00 |
| 05/23/2025 | JG | HE | Prepare hearing notebook for hearing on 5/28/25. | 1.30 | 0.00 | N/C |
| 05/27/2025 | JEO | HE | Review agenda canceling hearing | 0.20 | 1,475.00 | $295.00 |
| 05/27/2025 | JEO | HE | Email to co-counsel regarding status of 5/28 hearing | 0.30 | 1,475.00 | $442.50 |
|  |  |  |  | 53.50 |  | $1,448.00 |

**Operations**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/25/2025 | BJS | OP | Review MORs | 0.10 | 1,895.00 | $189.50 |
|  |  |  |  | 0.10 |  | $189.50 |

**Plan and Disclosure Statement**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/03/2025 | JEO | PD | Review draft plan | 1.00 | 1,475.00 | $1,475.00 |
| 04/08/2025 | JEO | PD | Prepare for confirmation hearing | 2.00 | 1,475.00 | $2,950.00 |
| 04/11/2025 | JEO | PD | Participate in hearing regarding court's confirmation decision | 1.00 | 1,475.00 | $1,475.00 |
| 04/15/2025 | JEO | PD | Review proposed confirmation order | 0.60 | 1,475.00 | $885.00 |
| 04/15/2025 | JEO | PD | Review revised plan | 0.80 | 1,475.00 | $1,180.00 |
| 05/05/2025 | BJS | PD | Review amended plan and Disclosure Statement | 0.50 | 1,895.00 | $947.50 |

Pachulski Stang Ziehl & Jones LLP  Page: 12
JoAnn O.C.C.  Invoice 147254
Client 46699.00002  May 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2025 | JEO | PD | Review amended plan and disclosure statement | 2.00 | 1,475.00 | $2,950.00 |
| 05/27/2025 | BJS | PD | Attention to Disclosure Statement Order | 0.10 | 1,895.00 | $189.50 |
| 05/27/2025 | BJS | PD | Various email with J McLoughlin regarding plan update | 0.10 | 1,895.00 | $189.50 |
| 05/27/2025 | JEO | PD | Review amended plan and disclosure statement | 0.90 | 1,475.00 | $1,327.50 |
|  |  |  |  | **9.00** |  | **$13,569.00** |

**Relief from Stay**

| 04/08/2025 | BJS | RFS | Review OOCL's Motion for Relief | 0.10 | 1,895.00 | $189.50 |
|---|---|---|---|---|---|---|
| 04/29/2025 | BJS | RFS | Review COC regarding OOCL | 0.10 | 1,895.00 | $189.50 |
| 04/30/2025 | BJS | RFS | Review Ocean Network's motion | 0.20 | 1,895.00 | $379.00 |
| 05/30/2025 | BJS | RFS | Review COC regarding Brown Stay Relief motion | 0.10 | 1,895.00 | $189.50 |
|  |  |  |  | **0.50** |  | **$947.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                    $61,373.50

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 13 |
| JoAnn O.C.C. | | Invoice 147254 |
| Client 46699.00002 | | May 31, 2025 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/13/2025 | OS | Advita overtime, Justin Morton (1.87) | 56.10 |
| 02/14/2025 | OS | Advita overtime, Terrance Jones (0.5) | 15.00 |
| 04/04/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/29/2025 | RE | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/29/2025 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/29/2025 | RE | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/16/2025 | PO | Postage | 53.10 |
| 05/16/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 05/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2025 | RE | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/16/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2025 | RE | SCAN/COPY ( 120 @0.10 PER PG) | 12.00 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 14 |
| JoAnn O.C.C. | | Invoice | 147254 |
| Client  46699.00002 | | May 31, 2025 | |

| | | | |
|---|---|---|---:|
| 05/21/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/21/2025 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 05/21/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/21/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/23/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 05/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/23/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 05/23/2025 | RE | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 05/23/2025 | RE | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 05/23/2025 | RE | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 05/31/2025 | PAC | Pacer - Court Research | 233.10 |
| **Total Expenses for this Matter** | | | **$433.50** |

Pachulski Stang Ziehl & Jones LLP                                          Page:     15
JoAnn O.C.C.                                                               Invoice 147254
Client 46699.00002                                                         May 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  05/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 146128 | 02/28/2025 | $62,270.50 | $0.00 | $62,270.50 |
| 146419 | 03/31/2025 | $4,753.70 | $0.00 | $4,753.70 |

**Total Amount Due on Current and Prior Invoices:**                                      **$128,831.20**