# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.,* | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew P. Austria, hereby certify that on the 19th of June, 2025, I caused a true and correct copy of the foregoing *Response of Sincere Creates & Manufactures Limited to Debtors' First Omnibus Objection To Certain Claims (Substantive)* to be served: 1) electronically on all parties receiving service through the Electronic Case Filing (ECF) system in the above matter, and 2) on the parties on the attached Service List in the manner indicated.

Date: June 19, 2025

AUSTRIA LEGAL, LLC

*/s/ Matthew P. Austria*
Matthew P. Austria (No. 4827)

**SERVICE LIST**

**VIA EMAIL**

Cole Schotz P.C.
Patrick J. Reilley
Stacey L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com


Kirkland & Ellis LLP Kirkland & Ellis International LLP
Joshua A. Sussberg, P.C.
Aparna Yenamandra, P.C.
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com


Kirkland & Ellis LLP Kirkland & Ellis International LLP
Anup Sathy, P.C.
Jeffrey Michalik
Lindsey Blumenthal
333 West Wolf Point Plaza
Chicago, IL 60654
anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com


Bradford Sandler
James O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
bsandler@pszjlaw.com
joneill@pszjlaw.com

Kelley Drye & Warren LLP
Eric R. Wilson
Jason R. Adams
Maeghan J. McLoughlin
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ewilson@kelleydrye.com
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com


Malcolm M. Bates
The Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov