**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Hudson Retail LLC ("Hudson Retail"), Fairview Hudson 15 LLC ("Fairview Hudson"), and 11-13 Hudson LLC ("11-13 Hudson" and collectively, "Claimants") hereby enter their appearance by and through their counsel, Cohen Seglias Pallas Greenhall & Furman, P.C., pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that Claimants hereby request, pursuant to Bankruptcy 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list by the Clerk in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and that the Clerk and all other parties in interest in the Chapter 11 Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 11 Cases, to all of the persons listed directly below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax indemnification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Christopher A. Ouellette, Esquire  
Evan W. Rassman, Esquire  
Cohen Seglias Pallas Greenhall & Furman, P.C.  
500 Delaware Avenue, Suite 730  
Wilmington, DE 19801  
Email: erassman@cohenseglias.com  
couellette@cohenseglias.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Claimants' rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Claimants are, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 20, 2023

                                               **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

                                               */s/ Christopher A. Ouellette*
                                               Christopher A. Ouellette (No. 7440)
                                               Evan W. Rassman (No. 6111)
                                               500 Delaware Avenue, Suite 730
                                               Wilmington, DE 19801
                                               Tel: (302) 425-5089

                                               *Counsel to Hudson Retail LLC, Fairview Hudson 15 LLC, and 11-13 Hudson LLC*