## Schedule 1

**Assumed Contracts**

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[5] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 54 | Hobby Lobby Stores, Inc. | Real Sub, LLC | c/o Publix Super Markets, Inc., P.O. Box 407, Lakeland, FL, 33802-0407 | 1959 | 11215 Causeway Blvd. | June 06, 2000 Lease Agreement between Jo-Ann Stores, LLC and Real Sub, LLC | $256,430.46 | 6/1/2025 |

---

[5] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.