# Exhibit 1

## Rejected Contracts

# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | GLADLY SOFTWARE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 01/01/2025 | 5/31/2025 |
| 2 | GREAT LAKES PETROLEUM CO | Jo-Ann Stores, LLC | FUEL SERVICE AGREEMENT DATED 03/01/2021 | 5/31/2025 |
| 3 | GREAT LAKES PETROLEUM CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C228628 - DATED 05/01/2014 | 5/31/2025 |
| 4 | HAPAG-LLOYD AKTIENGESELLSCHAFT | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 5/31/2025 |
| 5 | HDG ENTERPRISES OF OHIO LLC | Jo-Ann Stores, LLC | CONVEYORS & SORTATION SERVICE AGREEMENT DATED 11/02/2020 | 5/31/2025 |
| 6 | HORIZON FREIGHT SYSTEM INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 07/15/2024 | 5/31/2025 |
| 7 | HUB GROUP ASSOCIATES INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/09/2024 | 5/31/2025 |
| 8 | HUB GROUP ASSOCIATES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210357 - DATED 07/22/2011 | 5/31/2025 |
| 9 | HYUNDAI AMERICA SHIPPING | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 5/31/2025 |
| 10 | HYUNDAI AMERICA SHIPPING | Jo-Ann Stores, LLC | OCEAN FREIGHT SERVICE AGREEMENT DATED 06/12/2024 | 5/31/2025 |
| 11 | HYUNDAI AMERICA SHIPPING | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C291213 - DATED 05/01/2020 | 5/31/2025 |
| 12 | IDENTIPHOTO COMPANY INC | Jo-Ann Stores, LLC | SECURITY SERVICE AGREEMENT DATED 11/17/2023 | 5/31/2025 |
| 13 | IDENTIPHOTO COMPANY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C112862 - DATED 10/15/2014 | 5/31/2025 |
| 14 | INFOSYS LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/29/2022 | 5/31/2025 |
| 15 | INFOSYS LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/01/2024 | 5/31/2025 |
| 16 | INFOSYS LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 5/31/2025 |
| 17 | INFOSYS LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 07/01/2024 | 5/31/2025 |
| 18 | INFOSYS LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C320902 - DATED 10/01/2019 | 5/31/2025 |
| 19 | INFOSYS LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 11/01/2024 | 5/31/2025 |
| 20 | INGERSOLL RAND INDUSTRIAL US INC | Jo-Ann Stores, LLC | AIR COMPRESSORS SERVICE AGREEMENT DATED 04/22/2020 | 5/31/2025 |
| 21 | INGERSOLL RAND INDUSTRIAL US INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C286113 - DATED 04/21/2015 | 5/31/2025 |
| 22 | INNOVATIVE LOGISTICS SERVICES INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/09/2023 | 5/31/2025 |
| 23 | INNOVATIVE LOGISTICS SERVICES INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/31/2024 | 5/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 24 | INNOVATIVE LOGISTICS SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210412 - DATED 08/18/2020 | 5/31/2025 |
| 25 | INSIGHT ENERGY LLC | Jo-Ann Stores, LLC | ENERGY SERVICE AGREEMENT DATED 05/22/2024 | 5/31/2025 |
| 26 | INSIGHT ENERGY LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315335 - DATED 05/22/2017 | 5/31/2025 |
| 27 | IRON MOUNTAIN INFORMATION MGT | Jo-Ann Stores, LLC | DOCUMENT MANAGEMENT & SHREDDING SERVICE AGREEMENT DATED 07/01/2023 | 5/31/2025 |
| 28 | IRON MOUNTAIN INFORMATION MGT | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 07/09/2019 | 5/31/2025 |
| 29 | IRON MOUNTAIN INFORMATION MGT | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C288550 - DATED 02/01/2014 | 5/31/2025 |
| 30 | JC COLLEY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/15/2020 | 5/31/2025 |
| 31 | JC Colley Trucking- New Updated version of Transportation Service Agreement | Jo-Ann Stores, LLC | JC Colley Trucking- New Updated version of Transportation Service Agreement | 5/31/2025 |
| 32 | JOHANSON TRANSPORTATION SERVICE | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210330 - DATED 02/21/2018 | 5/31/2025 |
| 33 | JONES LANG LASALLE AMERICAS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C309666 - DATED 04/29/2019 | 5/31/2025 |
| 34 | JONES LANG LASALLE AMERICAS INC C | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/21/2023 | 5/31/2025 |
| 35 | KEYSTONE FREIGHT CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210488 - DATED 10/01/2017 | 5/31/2025 |
| 36 | KLINE & KAVALI MECHANICAL CONT LLC | Jo-Ann Stores, LLC | HVAC/R SERVICE AGREEMENT DATED 01/01/2023 | 5/31/2025 |
| 37 | KLINE & KAVALI MECHANICAL CONT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C112376 - DATED 01/01/2015 | 5/31/2025 |
| 38 | KNIGHT TRANSPORTATION SERVICES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2020 | 5/31/2025 |
| 39 | KNIGHT TRANSPORTATION SERVICES INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/22/2023 | 5/31/2025 |
| 40 | KORBER SUPPLY CHAIN US INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 11/28/2022 | 5/31/2025 |
| 41 | KORBER SUPPLY CHAIN US INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 02/01/2024 | 5/31/2025 |
| 42 | KORBER SUPPLY CHAIN US INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316649 - DATED 01/04/2018 | 5/31/2025 |
| 43 | LANDAIR TRANSPORT INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/25/2020 | 5/31/2025 |
| 44 | LANDAIR TRANSPORT INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/01/2020 | 5/31/2025 |
| 45 | LIGHTHOUSE TRANSPORTATION SERVICES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/08/2021 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 46 | LIGHTWELL INC | Jo-Ann Stores, LLC | SUBSCRIPTION SERVICE AGREEMENT DATED 03/01/2024 | 5/31/2025 |
| 47 | LINCOLN NATIONAL LIFE INSURANCE CO | Jo-Ann Stores, LLC | LIFE & DISABILITY INSURANCE SERVICE AGREEMENT DATED 02/01/2021 | 5/31/2025 |
| 48 | LITMUS SOFTWARE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319942 - DATED 07/06/2019 | 5/31/2025 |
| 49 | LJ CBG ACQUISITION CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325302 - DATED 12/31/2024 | 5/31/2025 |
| 50 | LOBDOTCOM INC | Jo-Ann Stores, LLC | ORDER FORM DATED 09/03/2024 | 5/31/2025 |
| 51 | LOBDOTCOM INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325302 - DATED 10/07/2022 | 5/31/2025 |
| 52 | LOBDOTCOM INC S | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/01/2024 | 5/31/2025 |
| 53 | LOBDOTCOM INC S | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325303 - DATED 10/07/2022 | 5/31/2025 |
| 54 | M&B TRUCKING EXPRESS CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C298619 - DATED 02/02/2018 | 5/31/2025 |
| 55 | MELTWATER NEWS US INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/01/2024 | 5/31/2025 |
| 56 | MELTWATER NEWS US INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/17/2024 | 5/31/2025 |
| 57 | MELTWATER NEWS US INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325891 - DATED 03/01/2023 | 5/31/2025 |
| 58 | MIRACLE CLEAN SERVICES | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/03/2023 | 5/31/2025 |
| 59 | MIRACLE CLEAN SERVICES | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/07/2024 | 5/31/2025 |
| 60 | MIRACLE CLEAN SERVICES | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325917 - DATED 03/27/2023 | 5/31/2025 |
| 61 | MULESOFT | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/26/2024 | 5/31/2025 |
| 62 | NORTH AMERICAN PLASTICS & CHEMICALS | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 12/17/2023 | 5/31/2025 |
| 63 | OAK HARBOR FREIGHT LINES INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/28/2023 | 5/31/2025 |
| 64 | OAK HARBOR FREIGHT LINES INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 03/01/2024 | 5/31/2025 |
| 65 | OAK HARBOR FREIGHT LINES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210563 - DATED 03/15/2018 | 5/31/2025 |
| 66 | OCEAN NETWORK EXPRESS PTE LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/01/2024 | 5/31/2025 |
| 67 | OCEAN NETWORK EXPRESS PTE LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/30/2024 | 5/31/2025 |
| 68 | OCEAN NETWORK EXPRESS PTE LTD | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/01/2024 | 5/31/2025 |
| 69 | OCEAN NETWORK EXPRESS PTE LTD | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316909 - DATED 05/01/2020 | 5/31/2025 |
| 70 | OMNI SYSTEMS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/03/2024 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 71 | OMNI SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304849 - DATED 06/02/2018 | 5/31/2025 |
| 72 | OOCL USA INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/01/2024 | 5/31/2025 |
| 73 | PAM TRANSPORT INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/22/2024 | 5/31/2025 |
| 74 | PAM TRANSPORT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210350 - DATED 12/03/2019 | 5/31/2025 |
| 75 | PARADOX INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/25/2023 | 5/31/2025 |
| 76 | PARADOX INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326349 - DATED 05/31/2023 | 5/31/2025 |
| 77 | PINTEREST, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C311675 - DATED 08/17/2015 | 5/31/2025 |
| 78 | PITNEY BOWES BANK INC | Jo-Ann Stores, LLC | POSTAGE & POSTAGE EQUIPMENT SERVICE AGREEMENT DATED 02/28/2023 | 5/31/2025 |
| 79 | PITNEY BOWES BANK INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/28/2024 | 5/31/2025 |
| 80 | PITNEY BOWES BANK INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C286415 - DATED 11/23/2020 | 5/31/2025 |
| 81 | PIVOTAL RETAIL GROUP LLC | Jo-Ann Stores, LLC | FIXTURES & DISPLAYS SERVICE AGREEMENT DATED 07/07/2023 | 5/31/2025 |
| 82 | PREFERRED TANK & TOWER MAINT | Jo-Ann Stores, LLC | REPAIR AND MAINTENANCE AGREEMENT DATED 04/01/2023 | 5/31/2025 |
| 83 | PRUDENTRX LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2021 | 5/31/2025 |
| 84 | PRUDENTRX LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2023 | 5/31/2025 |
| 85 | PRUDENTRX LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/22/2022 | 5/31/2025 |
| 86 | QUALITY LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C317877 - DATED 06/22/2018 | 5/31/2025 |
| 87 | QUANTUM HEALTH INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2023 | 5/31/2025 |
| 88 | QUANTUM HEALTH INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C325495 - DATED 11/14/2022 | 5/31/2025 |
| 89 | QUANTUM METRIC INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322154 - DATED 09/03/2020 | 5/31/2025 |
| 90 | QUANTUM METRIC INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/24/2023 | 5/31/2025 |
| 91 | R & L CARRIERS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/19/2020 | 5/31/2025 |
| 92 | RAGING WOLF SOLUTIONS | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322630 - DATED 12/18/2020 | 5/31/2025 |
| 93 | REVOLUTION TRANSPORT LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/16/2020 | 5/31/2025 |
| 94 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | ECOMMERCE PLATFORM SERVICE AGREEMENT DATED 08/19/2019 | 5/31/2025 |
| 95 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/01/2020 | 5/31/2025 |
| 96 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/15/2024 | 5/31/2025 |
| 97 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/01/2021 | 5/31/2025 |
| 98 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2022 | 5/31/2025 |

4