## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/28/2024 | 5/31/2025 |
| 2 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2022 | 5/31/2025 |
| 3 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/05/2022 | 5/31/2025 |
| 4 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/01/2022 | 5/31/2025 |
| 5 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/01/2023 | 5/31/2025 |
| 6 | SALESFORCE.COM INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304206ADD - DATED 03/10/2020 | 5/31/2025 |
| 7 | SALSIFY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/25/2021 | 5/31/2025 |
| 8 | SCHMIDTS GLASS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/03/2023 | 5/31/2025 |
| 9 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/06/2019 | 5/31/2025 |
| 10 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/20/2019 | 5/31/2025 |
| 11 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 09/05/2023 | 5/31/2025 |
| 12 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/24/2024 | 5/31/2025 |
| 13 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/30/2024 | 5/31/2025 |
| 14 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 05/06/2019 | 5/31/2025 |
| 15 | SCHNEIDER NATIONAL CARRIERS INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 08/28/2023 | 5/31/2025 |
| 16 | SECURITAS TECHNOLOGY CORP | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/20/2024 | 5/31/2025 |
| 17 | SIEMENS INDUSTRY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/31/2023 | 5/31/2025 |
| 18 | SINGLE SOURCE SECURITY LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/01/2025 | 5/31/2025 |
| 19 | SITESPECT INC | Jo-Ann Stores, LLC | SOFTWARE SERVICE AGREEMENT DATED 11/09/2023 | 5/31/2025 |
| 20 | SITESPECT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326795 - DATED 09/29/2023 | 5/31/2025 |
| 21 | SOCI INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/24/2010 | 5/31/2025 |
| 22 | SOCI INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 01/01/2025 | 5/31/2025 |
| 23 | SOUTHERN MOTOR CARRIERS ASSOC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/01/2024 | 5/31/2025 |

---

1 The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 24 | STERLING INFOSYSTEMS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/01/2023 | 5/31/2025 |
| 25 | STERLING INFOSYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322235 - DATED 04/01/2020 | 5/31/2025 |
| 26 | STG INTERMODAL SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/07/2022 | 5/31/2025 |
| 27 | STG INTERMODAL SOLUTIONS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/28/2023 | 5/31/2025 |
| 28 | STI GLOBAL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/21/2022 | 5/31/2025 |
| 29 | STI GLOBAL INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/03/2024 | 5/31/2025 |
| 30 | STI GLOBAL INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 10/30/2023 | 5/31/2025 |
| 31 | STI GLOBAL INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/02/2023 | 5/31/2025 |
| 32 | SUNTECK TRANSPORT CO LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/24/2020 | 5/31/2025 |
| 33 | TAZMANIAN FREIGHT SYSTEMS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284262 - DATED 03/01/2018 | 5/31/2025 |
| 34 | TECHNOLOGY RECOVERY GROUP | Jo-Ann Stores, LLC | EQUIPMENT MAINTENANCE AGREEMENT DATED 06/01/2023 | 5/31/2025 |
| 35 | THE SMITH & OBY SERVICE CO | Jo-Ann Stores, LLC | HVAC/R SERVICE AGREEMENT DATED 03/16/2024 | 5/31/2025 |
| 36 | THE SMITH & OBY SERVICE CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322921 - DATED 03/16/2021 | 5/31/2025 |
| 37 | THOMPSON ELECTRIC INC | Jo-Ann Stores, LLC | ELECTRICAL SERVICES AGREEMENT DATED 09/19/2023 | 5/31/2025 |
| 38 | THOMPSON ELECTRIC INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C299837 - DATED 06/01/2015 | 5/31/2025 |
| 39 | THOMSON REUTERS INC | Jo-Ann Stores, LLC | SOFTWARE SERVICES AGREEMENT DATED 05/28/2019 | 5/31/2025 |
| 40 | THYSSENKRUPP ELEVATOR CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C2132283VDC - DATED 08/01/2002 | 5/31/2025 |
| 41 | TIBCO SOFTWARE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/16/2022 | 5/31/2025 |
| 42 | TIBCO SOFTWARE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C217218 - DATED 06/04/2003 | 5/31/2025 |
| 43 | TIK TOK INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/15/2021 | 5/31/2025 |
| 44 | TOTAL LINE REFRIGERATION INC | Jo-Ann Stores, LLC | KITCHEN EQUIPMENT SERVICE AGREEMENT DATED 12/20/2023 | 5/31/2025 |
| 45 | TRAILER ONE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 07/28/2022 | 5/31/2025 |
| 46 | TRIMBLE MAPS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C139598 - DATED 09/30/2014 | 5/31/2025 |
| 47 | UNIQUE TECHNICAL SERVICES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/01/2022 | 5/31/2025 |
| 48 | UNIVERSAL OIL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/17/2023 | 5/31/2025 |
| 49 | US XPRESS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/20/2020 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 50 | VITAL TRANSPORTATION SOLUTIONS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/18/2022 | 5/31/2025 |
| 51 | VIZMEG LANDSCAPE INC | Jo-Ann Stores, LLC | SNOW REMOVAL AND LANDSCAPING SERVICES AGREEMENT DATED 05/22/2024 | 5/31/2025 |
| 52 | VIZMEG LANDSCAPE INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/01/2022 | 5/31/2025 |
| 53 | VIZMEG LANDSCAPE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C295567 - DATED 12/23/2014 | 5/31/2025 |
| 54 | W W GRAINGER INC 160 | Jo-Ann Stores, LLC | SERVICE AGREEMENT - 106333ST - DATED 03/01/2016 | 5/31/2025 |
| 55 | W W GRAINGER INC 160 | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C106333 - DATED 03/01/2016 | 5/31/2025 |
| 56 | W W GRAINGER INC 160 | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 06/01/2019 | 5/31/2025 |
| 57 | WASTE MGMT NATIONAL SERVICES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/01/2024 | 5/31/2025 |
| 58 | WASTE MGMT NATIONAL SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316096 - DATED 08/24/2017 | 5/31/2025 |
| 59 | WASTE RECYCLING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C309490 - DATED 11/06/2015 | 5/31/2025 |
| 60 | WEST MICHIGAN TRANSPORT LLC | Jo-Ann Stores, LLC | TRAILER AND EQUIPMENT LEASE DATED 05/23/2024 | 5/31/2025 |
| 61 | WEST MICHIGAN TRANSPORT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326865 - DATED 10/10/2023 | 5/31/2025 |
| 62 | WEX HEALTH INC. | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/28/2024 | 5/31/2025 |
| 63 | WEX HEALTH INC. | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/01/2022 | 5/31/2025 |
| 64 | WORLD TRAVEL INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 06/05/2022 | 5/31/2025 |
| 65 | WORLD TRAVEL INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/01/2022 | 5/31/2025 |
| 66 | WORLD TRAVEL INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 12/01/2023 | 5/31/2025 |
| 67 | XPO LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C304206ADD - DATED 03/10/2020 | 5/31/2025 |
| 68 | YELLOW LOGISTICS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 02/25/2021 | 5/31/2025 |
| 69 | ZIM INTEGRATED SHIPPING SERV LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/03/2023 | 5/31/2025 |
| 70 | ZIM INTEGRATED SHIPPING SERV LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/06/2019 | 5/31/2025 |
| 71 | ZIM INTEGRATED SHIPPING SERV LTD | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/20/2019 | 5/31/2025 |

3