# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | THF Greengate Development, L.P. | Jo-Ann Stores LLC | 2059 | 1600 Greengate Centre Blvd, Greensburg, 15601, PA | Lease | FF&E | 5/31/2025 |
| 2 | Tigard Plaza, LLC | Jo-Ann Stores LLC | 2120 | 11945 Sw Pacific Hyw Ste 250, Tigard, 97223, OR | Lease | FF&E | 5/31/2025 |
| 3 | TJ Center I, LLC | Jo-Ann Stores LLC | 1865 | 4340 13Th Ave S Ste 101, Fargo, 58103, ND | Lease | FF&E | 5/31/2025 |
| 4 | TKG Colerain Towne Center, LLC | Jo-Ann Stores LLC | 2240 | 10166 Colerain Avenue, Cincinnati, 45251, OH | Lease | FF&E | 5/31/2025 |
| 5 | TKG Rock Bridge Center, L.L.C. | Jo-Ann Stores LLC | 2289 | 509 East Nifong, Columbia, 65201, MO | Lease | FF&E | 5/31/2025 |
| 6 | Tolson Enterprises | Jo-Ann Stores LLC | 944 | 1256 E Ash St, Piqua, 45356, OH | Lease | FF&E | 5/31/2025 |
| 7 | Tony Sammut Investments | Jo-Ann Stores LLC | 2444 | 1425 N. Davis Road, Salinas, 93907, CA | Lease | FF&E | 5/31/2025 |
| 8 | Torrington Plaza, LLC | Jo-Ann Stores LLC | 2367 | 39 South Main St, Torrington, 06790, CT | Lease | FF&E | 5/31/2025 |
| 9 | Towers Retail, LLC | Jo-Ann Stores LLC | 2185 | 2043 Colonial Ave, Roanoke, 24015, VA | Lease | FF&E | 5/31/2025 |
| 10 | Town & Country Chicago Associates, LLC | Jo-Ann Stores LLC | 2113 | 373 E Palatine Road, Arlington Heights, 60004, IL | Lease | FF&E | 5/31/2025 |
| 11 | Town Center I Family Partnership, L.P. and Transform Bohemia NY LLC | Jo-Ann Stores LLC | 2590 | 10930 Foothill Blvd, Rancho Cucamonga, 91730, CA | Lease | FF&E | 5/31/2025 |
| 12 | Transform Bohemia NY LLC | Jo-Ann Stores LLC | 2567 | 5159 Sunrise Hwy, Bohemia, 11716, NY | Lease | FF&E | 5/31/2025 |
| 13 | Triple BAR Prionce William, LLC | Jo-Ann Stores LLC | 2158 | 14350 Smoke Town Rd, Woodbridge, 22192, VA | Lease | FF&E | 5/31/2025 |
| 14 | TRI-W GROUP | Jo-Ann Stores LLC | 800 | 2122 Marcola Rd, Springfield, 97477, OR | Lease | FF&E | 5/31/2025 |
| 15 | Truss Greenwood IN LLC | Jo-Ann Stores LLC | 2030 | 1260 Us 31 North, Greenwood, 46142, IN | Lease | FF&E | 5/31/2025 |
| 16 | Tucanada Holdings, SEYCO21 LLC, HPE | Jo-Ann Stores LLC | 2234 | 10750 W Colfax Ave # 100, Lakewood, 80215, CO | Lease | FF&E | 5/31/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | Twin Peaks Holdings, LLC | Jo-Ann Stores LLC | 2099 | 2777 S. Oneida Street, Green Bay, 54304, WI | Lease | FF&E | 5/31/2025 |
| | L12 LMY LLC, HPE S12 LMYLLC, Mont Reverse Exchange, LLC | | | | | | |
| 18 | Tyler Broadway/Centennial LP | Jo-Ann Stores LLC | 2572 | 8950 S Broadway Ave, Tyler, 75703, TX | Lease | FF&E | 5/31/2025 |
| 19 | UFPTFC, LLC & BBTFC, LLC | Jo-Ann Stores LLC | 2528 | 2330 E. 3000 South, Salt Lake City, 84109, UT | Lease | FF&E | 5/31/2025 |
| 20 | Ultimate Retail Realty, LLC | Jo-Ann Stores LLC | 2507 | 1593 Crossways Blvd, Chesapeake, 23320, VA | Lease | FF&E | 5/31/2025 |
| 21 | University SP, L.L.C. | Jo-Ann Stores LLC | 2548 | 530 Ed Noble Parkway, Norman, 73072, OK | Lease | FF&E | 5/31/2025 |
| 22 | Vault Avenida Roseville Fabrics LLC | Jo-Ann Stores LLC | 1940 | 20550 E. 13 Mile Road, Roseville, 48066, MI | Lease | FF&E | 5/31/2025 |
| 23 | Venture Hulen, LP | Jo-Ann Stores LLC | 2265 | 5212 S Hulen Street, Fort Worth, 76132, TX | Lease | FF&E | 5/31/2025 |
| 24 | Vestal Parkway Plaza LLC | Jo-Ann Stores LLC | 2579 | 3120 Vestal Parkway East, Vestal, 13850, NY | Lease | FF&E | 5/31/2025 |
| 25 | Vestar Best In The West Property LLC | Jo-Ann Stores LLC | 1903 | 2160 N Rainbow Blvd, Las Vegas, 89108, NV | Lease | FF&E | 5/31/2025 |
| 26 | Vestar/DRM-OPCO LLC | Jo-Ann Stores LLC | 1965 | 21001 N Tatum Blvd, Phoenix, 85050, AZ | Lease | FF&E | 5/31/2025 |
| 27 | Vickerry DE Mall LLC | Jo-Ann Stores LLC | 2564 | 31 Gusabel Avenue, Nashua, 3063, NH | Lease | FF&E | 5/31/2025 |
| 28 | Viking Plaza Realty Group, LLC | Jo-Ann Stores LLC | 2166 | 3015 Highway 29 South, Alexandria, 56308, MN | Lease | FF&E | 5/31/2025 |
| 29 | Von Karman Plaza, LLC | Jo-Ann Stores LLC | 2126 | 2170 Barranca Pkwy, Irvine, 92606, CA | Lease | FF&E | 5/31/2025 |
| 30 | Vulcan Properties, Inc. | Jo-Ann Stores LLC | 2026 | 3411 Hazelton Rd, Edina, 55435, MN | Lease | FF&E | 5/31/2025 |
| 31 | Walz Capital LLC | Jo-Ann Stores LLC | 2547 | 501 Roberts Ct, Kennesaw, 30144, GA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 32 | Washington State Department of Natural Resources | Jo-Ann Stores LLC | 2093 | 4104 Tacoma Mall Blvd, Tacoma, 98409, WA | Lease | FF&E | 5/31/2025 |
| 33 | Waterford Lakes Town Center, LLC | Jo-Ann Stores LLC | 2032 | 825 N Alafaya Trail, Orlando, 32828, FL | Lease | FF&E | 5/31/2025 |
| 34 | Waterford Park North Associates, LLC | Jo-Ann Stores LLC | 2569 | 1025 Veterans Pkwy, Clarksville, 47129, IN | Lease | FF&E | 5/31/2025 |
| 35 | Waterloo Crossroads Property, LLC | Jo-Ann Stores LLC | 2208 | 1407 Flammang Drive, Waterloo, 50702, IA | Lease | FF&E | 5/31/2025 |
| 36 | Wegmans Real Estate | Jo-Ann Stores LLC | 631 | 2157 Penfield Rd, Penfield, 14526, NY | Lease | FF&E | 5/31/2025 |
| 37 | Weingarten Nostat, LLC. | Jo-Ann Stores LLC | 1925 | 6001 Argyle Forest Blvd Ste 11, Jacksonville, 32244, FL | Lease | FF&E | 5/31/2025 |
| 38 | Wellman Family Limited Partnership | Jo-Ann Stores LLC | 408 | 244 Worcester Rd, Natick, 01760, MA | Lease | FF&E | 5/31/2025 |
| 39 | Westbury Rental | Jo-Ann Stores LLC | 153 | 580 Old Country Rd, Westbury, 11590, NY | Lease | FF&E | 5/31/2025 |
| 40 | Westford Valley Marketplace, Inc. | Jo-Ann Stores LLC | 472 | 174 Littleton Rd, Westford, 01886, MA | Lease | FF&E | 5/31/2025 |
| 41 | WESTGATE MALL REALTY GROUP, LLC | Jo-Ann Stores LLC | 1892 | 14136 Baxter Drive Suite 120, Brainerd, 56401, MN | Lease | FF&E | 5/31/2025 |
| 42 | Westminster Granite Main, LLC | Jo-Ann Stores LLC | 395 | 20 Englar Rd, Westminster, 21157, MD | Lease | FF&E | 5/31/2025 |
| 43 | Wheaton Plaza Regional Shopping Center L.L.C. | Jo-Ann Stores LLC | 2382 | 11160 Veirs Mill Road, Unit 180, Wheaton, 20902, MD | Lease | FF&E | 5/31/2025 |
| 44 | Williamsburg Developers, LLC | Jo-Ann Stores LLC | 2209 | 5103 Main St., Williamsburg, 23188, VA | Lease | FF&E | 5/31/2025 |
| 45 | Wilshire Plaza Investors, LLC | Jo-Ann Stores LLC | 2544 | 725 Veterans Blvd, Metairie, 70005, LA | Lease | FF&E | 5/31/2025 |
| 46 | Wilshire Plaza Limited Partnership | Jo-Ann Stores LLC | 665 | 5612 Grape Rd, Mishawaka, 46545, IN | Lease | FF&E | 5/31/2025 |
| 47 | Winter Street Partners Waterville LLC | Jo-Ann Stores LLC | 410 | 180 Jfk Plz, Waterville, 04901, ME | Lease | FF&E | 5/31/2025 |
| 48 | WITTE PLAZA LTD | Jo-Ann Stores LLC | 2415 | 9960 Old Katy Rd, Houston, 77055, TX | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 49 | Woodpark SC, LLC | Jo-Ann Stores LLC | 2292 | 25415 Interstate 45 Ste D, Spring, 77380, TX | Lease | FF&E | 5/31/2025 |
| 50 | WPI-Grand Plaza San Marcos, LLC | Jo-Ann Stores LLC | 2559 | 177 South Las Posas Road, San Marcos, 92078, CA | Lease | FF&E | 5/31/2025 |
| 51 | WRD Hanover, LP | Jo-Ann Stores LLC | 2262 | 1150 Carlisle Street Suite #3, Hanover, 17331, PA | Lease | FF&E | 5/31/2025 |
| 52 | WRI/Greenhouse, L.P. | Jo-Ann Stores LLC | 2271 | 699 Lewelling Blvd Suite 230, San Leandro, 94579, CA | Lease | FF&E | 5/31/2025 |
| 53 | WRI-URS Meridian, LLC | Jo-Ann Stores LLC | 2044 | 13410 Meridian East Ste A, Puyallup, 98373, WA | Lease | FF&E | 5/31/2025 |
| 54 | York Value Center Limited Partnership | Jo-Ann Stores LLC | 1103 | 2136 S Queen St, York, 17403, PA | Lease | FF&E | 5/31/2025 |
| 55 | Yosemite Park Shopping Center 05 A, L.L.C. | Jo-Ann Stores LLC | 2055 | 9090 East Phillips Place, Centennial, 80112, CO | Lease | FF&E | 5/31/2025 |
| 56 | Zaremba Metropolitan Midlothian, LLC | Jo-Ann Stores LLC | 2141 | 125 Perimeter Dr, Midlothian, 23113, VA | Lease | FF&E | 5/31/2025 |
| 57 | Zeier Tov LLC | Jo-Ann Stores LLC | 319 | 2021 Zeier Rd, Madison, 53704, WI | Lease | FF&E | 5/31/2025 |
| 58 | Zero West Park Realty Trust | Jo-Ann Stores LLC | 266 | 2064 Woodbury Ave Ste 302, Newington, 03801, NH | Lease | FF&E | 5/31/2025 |