# Exhibit 1

# Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | TMA-LIVCOM, LLC c/o National Real Estate Management Corp., 9986 Manchester Road St. Louis, MO 63122 | Jo-Ann Stores, LLC | 2405 | Livonia Commons 13489 Middlebelt Rd, Livonia | January 17, 2014 Lease Agreement between Jo-Ann Stores, LLC and TMA-LIVCOM, LLC | FF&E | May 31, 2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.