# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | SP 35 L.P. c/o National Realty & Development Corp., Attn: Chief Operating Officer 225 Liberty Street, 31st Floor New York, NY 10281 | Jo-Ann Stores, LLC | 593 | Shrewsbury Plaza 1026 Broad St, Shrewsbury | September 15, 1976 Lease Agreement between Jo-Ann Stores, LLC and SP 35 L.P. | FF&E | May 31, 2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.