# Exhibit "A"

*COPY*

## United States Bankruptcy Court, District of Delaware

Fill in this information to identify the case (Select only one Debtor per claim form):

Debtor: Jo-Ann Stores, LLC

Case Number: 25-10068

**COPY** 

**RECEIVED**

Claim No. 8842
Initials MM, gf

MAR 2 8 2025

KROLL RESTRUCTURING
ADMINISTRATION

__Modified Official Form 410__

# Proof of Claim  AMENDED CLAIM

12/24

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

DMC Corporation
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

DMC Corporation
Name

86 Northfield Ave
Number     Street

Edison          NJ          08837
City          State          ZIP Code

Contact phone  (732) 662-4070
Contact email  j.morris@dmc.com

Uniform claim identifier (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City          State          ZIP Code

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known) 2204

Filed on 03/18/2025
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __3__  __3__  __0__  __0__ |

**7. How much is the claim?**  $ _____ 936,200.78  Does this amount include interest or other charges?

SEE ATTACHED

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $ _____

Amount of the claim that is secured:  $ _____

Amount of the claim that is unsecured: $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No  ☐ Yes. *Check one:*  ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | Amount entitled to priority  $_____  $_____  $_____  $_____  $_____  $_____ |
|---|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No  ☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ 630,478.30  **SEE ATTACHED** |

---

### Part 3:   Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).  If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.  A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*  ☑ I am the creditor.  ☐ I am the creditor's attorney or authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.  ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.  I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.  I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on date   03/26/2025  MM / DD / YYYY  *Joseph F Morris*  Signature |
|---|---|

Name of the person who is completing and signing this claim:

| Name | Joseph | F. | Morris |
|---|---|---|---|
|  | First name | Middle name | Last name |
| Title | Finance Director | | |
| Company | The Dollfus Mieg Company, Inc. | | |
|  | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 86 Northfield Ave | | |
|  | Number       Street | | |
|  | Edison | NJ | 08837 |
|  | City | State | ZIP Code |
| Contact phone | (732) 662-4070 | Email | j.morris@dmc.com |

**Summary Details of Claim and 503(b)(9) Claim**

DMC Corporation
Vendor # 104798
Jo-ann Stores, LLC
Proof of Claim Invoices

| Customer | Name | Invoice | Invoice Date | Delivery Date | Carrier | Due Date | Sales Order | Customer PO Number | BOL # | POD # | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000000323300 | JOANN STORES, INC. | 000000000574375 | 9/30/2024 | | | 12/29/2024 | 00000000001910343 | 0174234608 | | | 13,557.84 |
| 00000000323300 | JOANN STORES, INC. | 000000000574376 | 9/30/2024 | | | 12/29/2024 | 00000000001915263 | 0174405629 | | | 43,133.74 |
| 00000000323300 | JOANN STORES, INC. | 000000000574377 | 9/30/2024 | | | 12/29/2024 | 00000000001910342 | 0174234224 | | | 13,451.48 |
| 00000000323300 | JOANN STORES, INC. | 000000000574378 | 9/30/2024 | | | 12/29/2024 | 00000000001915264 | 0174406827 | | | 27,137.26 |
| 00000000323300 | JOANN STORES, INC. | 000000000574380 | 9/30/2024 | | | 12/29/2024 | 00000000001910341 | 0174234686 | | | 19,281.62 |
| 00000000323300 | JOANN STORES, INC. | 000000000574381 | 9/30/2024 | | | 12/29/2024 | 00000000001915265 | 0174406085 | | | 56,855.56 |
| 00000000323300 | JOANN STORES, INC. | 000000000581498 | 10/22/2024 | | | 1/20/2025 | 00000000001941995 | 0175306163 | | | 40,025.46 |
| 00000000323300 | JOANN STORES, INC. | 000000000581536 | 10/23/2024 | | | 1/21/2025 | 00000000001941997 | 0175311791 | | | 44,203.62 |
| 00000000323300 | JOANN STORES, INC. | 000000000581537 | 10/23/2024 | | | 1/21/2025 | 00000000001941996 | 0175309967 | | | 40,971.54 |
| 00000000323300 | JOANN STORES, INC. | 000000000582928 | 10/24/2024 | | | 1/22/2025 | 00000000001929987 | 0174921118 | | | 170.64 |
| 00000000323300 | JOANN STORES, INC. | 000000000583009 | 10/24/2024 | | | 1/22/2025 | 00000000001929988 | 0174921215 | | | 318.60 |
| 00000000323300 | JOANN STORES, INC. | 000000000583548 | 10/31/2024 | | | 1/29/2025 | 00000000001952168 | 0175706257 | | | 3,571.56 |
| 00000000323300 | JOANN STORES, INC. | 000000000583549 | 10/31/2024 | | | 1/29/2025 | 00000000001952169 | 0175706378 | | | 2,267.40 |
| 00000000323300 | JOANN STORES, INC. | 000000000583550 | 10/31/2024 | | | 1/29/2025 | 00000000001952167 | 0175705138 | | | 776.16 |
| | | | | | | | | | | | **305,722.48** |
| 00000000323300 | JOANN STORES, INC. | 000000000607342 | 12/30/2024 | 1/3/2025 | Ward Trucking | 3/30/2025 | 00000000001964606 | 0176344475 | 52914 | 023-0808383 | 58,896.00 |
| 00000000323300 | JOANN STORES, INC. | 000000000607343 | 12/30/2024 | 1/3/2025 | Ward Trucking | 3/30/2025 | 00000000001964616 | 0176344476 | 52914 | 023-0808383 | 61,674.40 |
| 00000000323300 | JOANN STORES, INC. | 000000000607344 | 12/30/2024 | 1/3/2025 | Ward Trucking | 3/30/2025 | 00000000001964611 | 0176344481 | 52914 | 023-0808383 | 82,149.34 |
| 00000000323300 | JOANN STORES, INC. | 000000000607346 | 12/30/2024 | 1/3/2025 | Ward Trucking | 3/30/2025 | 00000000001959367 | 0176044650 | 52914 | 023-0808383 | 17,756.40 |
| 00000000323300 | JOANN STORES, INC. | 000000000607357 | 12/30/2024 | 12/30/2024 | Ward Trucking | 3/30/2025 | 00000000001939366 | 0176044649 | 52913 | 023-0808384 | 51,498.72 |
| 00000000323300 | JOANN STORES, INC. | 000000000607358 | 12/30/2024 | 12/30/2024 | Ward Trucking | 3/30/2025 | 00000000001964604 | 0176344474 | 52913 | 023-0808384 | 91,054.72 |
| 00000000323300 | JOANN STORES, INC. | 000000000607359 | 12/30/2024 | 1/9/2025 | Ward Trucking | 3/30/2025 | 00000000001964612 | 0176344482 | 52915 | 023-0635389 | 62,055.12 |
| 00000000323300 | JOANN STORES, INC. | 000000000607360 | 12/30/2024 | 1/9/2025 | Ward Trucking | 3/30/2025 | 00000000001964614 | 0176344484 | 52915 | 023-0635389 | 72,424.72 |
| 00000000323300 | JOANN STORES, INC. | 000000000607361 | 12/30/2024 | 1/9/2025 | Ward Trucking | 3/30/2025 | 00000000001964613 | 0176344483 | 52915 | 023-0635389 | 93,531.08 |
| 00000000323300 | JOANN STORES, INC. | 000000000607427 | 12/30/2024 | 1/9/2025 | Ward Trucking | 3/30/2025 | 00000000001959368 | 0176044651 | 52915 | 023-0635389 | 19,437.80 |
| | | | | | | | | | | | **630,478.30** |
| | | | | | | | | | | Claim Total | **936,200.78** |

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

☐ No

☑ Yes, indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$ 630,478.30

# THE DMC GROUP

WASH AND CARD    DMC    ROWAN    TILSATEC    SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-9740

Telephone    330-463-6790
Fax    330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 01724234608 | 08/13/24 | 574375 | 09/30/24 | 1910343 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S666 | SATIN FLOSS S666 PERSIAN RED | 00000000003997608 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 720 | 720 | EA | 1008F-S959 | SATIN FLOSS 959 CHLOROPHYLL GRN | 00000000015367097 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 240 | 240 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 480 | 480 | EA | 115/5-327 | PEARL CTN 327 SIZE 5 DK VIOLET | 00000000015370018 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 240 | 240 | EA | 115/5-891 | PEARL CTN 891 SIZE 5 DK CARNATION | 00000000015368798 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 480 | 480 | EA | 115/5-915 | PEARL CTN 915 SIZE 5 DK PLUM | 00000000015369895 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 720 | 720 | EA | 117-209 | 6-STRAND FLOSS 209 DK LAVENDER | 00000000001018530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-307 | 6-STRAND FLOSS 307 LEMON | 00000000001029230 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 5760 | 5760 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 2304.00 | | 0.00 | 2304.00 |
| 720 | 720 | EA | 117-333 | 6-STRAND FLOSS 333 DK BLUE VIOLET | 00000000001018464 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3756 | 6-STRAND FLOSS 3756 LT BABY BLUE | 00000000001608579 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3777 | 6-STRAND FLOSS 3777 DK TERRA COTTA | 00000000001608686 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-435 | 6-STRAND FLOSS 435 LT BROWN | 00000000001022177 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

**DMC** **ROWAN** **TILSATEC** **SIRDAR**

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-9740
Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0174234608 | | 08/13/24 | | 574375 | | 09/30/24 | | 1910343 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-437 | 6-STRAND FLOSS 437 LT TAN | 00000000000105 0848 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-469 | 6-STRAND FLOSS 469 AVOCADO GREEN | 00000000000104 4346 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-501 | 6-STRAND FLOSS 501 DK BLUE GRN | 00000000000104 8495 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 00000000000104 0641 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-699 | 6-STRAND FLOSS 699 GREEN | 00000000000104 1862 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-700 | 6-STRAND FLOSS 700 BRIGHT GREEN | 00000000000102 2185 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-725 | 6-STRAND FLOSS 725 MD LT TOPAZ | 00000000000104 7901 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-729 | 6-STRAND FLOSS 729 MED OLD GOLD | 00000000000102 1575 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-740 | 6-STRAND FLOSS 740 TANGERINE | 00000000000104 8404 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 00000000000101 5601 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-796 | 6-STRAND FLOSS 796 DK ROYAL BLUE | 00000000000105 2109 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-798 | 6-STRAND FLOSS 798 DK DELFT BLUE | 00000000000104 4270 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-815 | 6-STRAND FLOSS 815 MED GARNET | 00000000000103 8848 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-816 | 6-STRAND FLOSS 816 GARNET | 00000000000102 3852 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-822 | 6-STRAND FLOSS 822 LT BEIGE GRAY | 00000000000102 8257 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**
DMC · ROWAN · TILSATEC · SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-9740
Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174234608 | 08/13/24 | 574375 | 09/30/24 | 1910343 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-906 | 6-STRAND FLOSS 906 MED PARROT GREEN | 00000000001030592 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-973 | 6-STRAND FLOSS 973 BRIGHT CANARY | 00000000001037084 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 00000000001025113 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 480 | 480 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 00000000006913479 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 240 | 240 | EA | 1764/1 | NEEDLES BEADING SIZE 10/13 | 00000000005759220 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 240 | 240 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000004301719 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 120 | 120 | EA | 415/5-4180 | PEARL CTN 4180 VAR ROSE PETALS | 00000000008736498 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 216 | 216 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 120.96 | | 0.00 | 120.96 |
| 216 | 216 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 140.40 | | 0.00 | 140.40 |
| 72 | 72 | EA | BK1914L | DMC XS KIT CAT | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 158.40 | | 0.00 | 158.40 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 216 | 216 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 341.28 | | 0.00 | 341.28 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

## Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| Total Gross | 13557.84 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 13557.84 |

**NOTES***

Shipper's No. 53961

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSAACCOUNTSRECEIVABLE@DMC.COM

Page 4 of 4

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC ROWAN TILSATEC SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,       44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,       36801-9740

Telephone   330-463-6790
Fax         330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:                  NET 90 DAYS

| Customer No. | | Purchase Order No. | Order date | Invoice No. | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174405629 | 08/26/24 | 574376 | 09/30/24 | | 1915263 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S211 | SATIN FLOSS S211 IRIS | 00000000003997269 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000003997277 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S336 | SATIN FLOSS S336 PRUSSIAN BLUE | 00000000003997301 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S434 | SATIN FLOSS S434 SEPIA BROWN | 00000000003997335 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S700 | SATIN FLOSS S700 TROPICAL LEAVES | 00000000003997624 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S712 | SATIN FLOSS S712 MOTHER OF PEARL | 00000000003997665 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 240 | 240 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-312 | PEARL CTN 312 SIZE 5 DK BBY BLUE | 00000000002619229 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 00000000002619260 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-3348 | PEARL CTN 3348 SIZE 5 LT YLW GRN | 00000000007245764 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-351 | PEARL CTN 351 SIZE 5 CORAL | 00000000003868787 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-738 | PEARL CTN 738 SIZE 5 LT TAN | 00000000002619559 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-796 | PEARL CTN 796 SIZE 5 DK ROYAL BLUE | 00000000002619617 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-798 | PEARL CTN 798 SIZE 5 DK DELFT BLUE | 00000000002619625 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |

Page 1 of 12

FORM ID: INVOICE3

# THE DMC GROUP

WOOL SHOP CRAFT YARN  DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The Dmc Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,        44236-

Shipping Instructions    WARD TRUCKING
Terms:    NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,        36801-9740

Telephone    330-463-6790
Fax    330-463-6704

| Customer No. | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174405629 | | 08/26/24 | 574376 | 09/30/24 | | 1915263 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-801 | PEARL CTN 801 SIZE 5 DK COFFEE BROWN | 00000000000261958 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-814 | PEARL CTN 514 SIZE 5 DK GARNET | 00000000000245483 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 480 | 480 | EA | 115/5-815 | PEARL CTN 815 SIZE 5 MED GARNET | 00000000003668738 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 240 | 240 | EA | 115/5-906 | PEARL CTN 906 SIZE 5 MED PARROT GRN | 00000000001536960 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-943 | PEARL CTN 943 SIZE 5 MED AQUAMARINE | 00000000001536978 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-988 | PEARL CTN 988 SIZE 5 MED FOREST GRN | 00000000000245749 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-ECRU | PEARL CTN SIZE 5 ECRU | 00000000002619104 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 200 | 200 | EA | 116/5-ECRU | PEARL CTN BALL SIZE 5 ECRU | 00000000000245855 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-823 | PEARL CTN 823 BALL SIZE 8 DK NAVY BLUE | 00000000000244411 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 720 | 720 | EA | 117-03 | 6-STRAND FLOSS 03 MED TIN | 00000000016580714 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-04 | 6-STRAND FLOSS 04 DARK TIN | 00000000016580722 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-154 | 6-STRAND FLOSS 154 DK GRAPE | 00000000005982244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-161 | 6-STRAND FLOSS 161 GRAY BLUE | 00000000005982368 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 2 of 12

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-9740

**Telephone** 330-463-6790
**Fax** 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174405629 | 08/26/24 | 574376 | 09/30/24 | 1915263 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-166 | 6-STRAND FLOSS 166 MED LT MOSS GREEN | 00000000005982467 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-168 | 6-STRAND FLOSS 168 LT PEWTER | 00000000005982491 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-169 | 6-STRAND FLOSS 169 LT PEWTER | 00000000005982509 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-22 | 6-STRAND FLOSS 22 ALIZARIN | 00000000016580896 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-26 | 6-STRAND FLOSS 26 PALE LAVENDER | 00000000016580938 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-30 | 6-STRAND FLOSS 30 MED LT BLUEBERRY | 00000000016580979 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3031 | 6-STRAND FLOSS 3031 DK MOCHA BROWN | 00000000001031533 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-319 | 6-STRAND FLOSS 319 DK PISTACHIO GRN | 00000000001026871 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3347 | 6-STRAND FLOSS 3347 MED YELLOW GREEN | 00000000001030667 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-347 | 6-STRAND FLOSS 347 DK SALMON | 00000000001017821 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-367 | 6-STRAND FLOSS 367 DK PISTACHIO GRN | 00000000001021120 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3768 | 6-STRAND FLOSS 3768 DK GRAY GREEN | 00000000001608629 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-9740

| | Telephone | 330-463-6790 |
| | Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174405629 | 08/26/24 | 574376 | 09/30/24 | 1915263 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3808 | 6-STRAND FLOSS 3808 DK TURQ | 00000000000277373 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3810 | 6-STRAND FLOSS 3810 DK TURQ | 00000000000277407 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3814 | 6-STRAND FLOSS 3814 AQUAMARINE | 00000000000277522 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 00000000000277670 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3822 | 6-STRAND FLOSS 3822 LT STRAW | 00000000000277704 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3830 | 6-STRAND FLOSS 3830 TERRA COTTA | 00000000000277837 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3834 | 6-STRAND FLOSS 3834 DK GRAPE | 00000000000004830642 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3836 | 6-STRAND FLOSS 3836 LT GRAPE | 00000000000004830675 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3837 | 6-STRAND FLOSS 3837 DK LAVENDER | 00000000000004830733 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3838 | 6-STRAND FLOSS 3838 DK LAVENDER BLUE | 00000000000004830741 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3847 | 6-STRAND FLOSS 3847 DK TEAL GREEN | 00000000000004830915 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3856 | 6-STRAND FLOSS 3856 LT MAHOGANY | 00000000000004831277 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3858 | 6-STRAND FLOSS 3858 MED ROSEWOOD | 00000000000004831319 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3860 | 6-STRAND FLOSS 3860 COCOA | 00000000000004831350 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 4 of 12

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL |
| --- | --- | --- | --- |
| | | | 36801-9740 |
| **Shipping Instructions** | WARD TRUCKING | Telephone | 330-463-6790 |
| **Terms:** | NET 90 DAYS | Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
| --- | --- | --- | --- | --- | --- |
| 3323300 | 0174405629 | 08/26/24 | 574376 | 09/30/24 | 1915263 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 720 | 720 | EA | 117-3861 | 6-STRAND FLOSS 3861 LT COCOA | 000000000004831368 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 000000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3866 | 6-STRAND FLOSS 3866 ULT VY LT MCA BRN | 000000000004831418 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 000000000001049691 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-434 | 6-STRAND FLOSS 434 LT BROWN | 000000000001046853 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-436 | 6-STRAND FLOSS 436 TAN | 000000000001036409 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-504 | 6-STRAND FLOSS 504 LT BLUE GREEN | 000000000001033463 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-553 | 6-STRAND FLOSS 553 VIOLET | 000000000001025626 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-554 | 6-STRAND FLOSS 554 LT VIOLET | 000000000001014737 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-603 | 6-STRAND FLOSS 603 CRANBERRY | 000000000001049477 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-604 | 6-STRAND FLOSS 604 LT CRANBERRY | 000000000001027069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-648 | 6-STRAND FLOSS 648 LT BEAVER GRAY | 000000000001051762 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-680 | 6-STRAND FLOSS 680 DK OLD GOLD | 000000000001014728 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-704 | 6-STRAND FLOSS 704 BRIGHT CHARTREUSE | 000000000001018340 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

JOOS HANDS / DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipping Instructions**   WARD TRUCKING
**Terms:**   NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,   36801-9740

Telephone   330-463-6790
Fax   330-463-6704

| Customer No. | Purchase Order No. | Order date | | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|---|
| 3323300 | 0174405629 | 08/26/24 | | 574376 | 09/30/24 | 1915263 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 0000000000001039544 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-728 | 6-STRAND FLOSS 728 TOPAZ | 0000000000005982525 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-741 | 6-STRAND FLOSS 741 MED TANGERINE | 0000000000001015825 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-745 | 6-STRAND FLOSS 745 LT PALE YELLOW | 0000000000001040484 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-777 | 6-STRAND FLOSS 777 DK RASPBERRY | 0000000000005982558 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-783 | 6-STRAND FLOSS 783 MED TOPAZ | 0000000000001018167 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-799 | 6-STRAND FLOSS 799 MED DELFT BLUE | 0000000000001025238 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-801 | 6-STRAND FLOSS 801 DK COFFEE BRWN | 0000000000001051069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 0000000000001032499 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-820 | 6-STRAND FLOSS 820 DK ROYAL BLUE | 0000000000001039684 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 0000000000001032507 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-838 | 6-STRAND FLOSS 838 DK BEIGE BRWN | 0000000000001045541 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-842 | 6-STRAND FLOSS 842 LT BEIGE BROWN | 0000000000001022714 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-844 | 6-STRAND FLOSS 844 DK BEAVER GRAY | 0000000000001040500 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-890 | 6-STRAND FLOSS 890 DK PISTACHIO GRN | 0000000000001030493 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

**WOOL AND THE GANG**  **DMC**  ** R O W A N**  **TILSATEC**  **SIRDAR**

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,   36801-9740

Telephone   330-463-6790
Fax   330-463-6704

**Shipping Instructions**  WARD TRUCKING
**Terms:**  NET 90 DAYS

| Customer No. | | | | | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | | | 08/26/24 | | 574376 | | 09/30/24 | | | 1915263 | | | |
| **Purchase Order No.** | | | | | | | | | | | | | | | | |
| 0174405629 | | | | | | | | | | | | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-895 | 6-STRAND FLOSS 895 DK HUNTER GRN | 00000000001023324 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-898 | 6-STRAND FLOSS 898 VY DK COFFEE BROWN | 00000000001014125 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-907 | 6-STRAND FLOSS 907 LT PARROT GREE | 00000000001040518 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-909 | 6-STRAND FLOSS 909 DK EMERALD GREEN 909 | 00000000001040526 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-930 | 6-STRAND FLOSS 930 DK ANTIQUE BLUE | 00000000001039320 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-938 | 6-STRAND FLOSS 938 DK COFFEE BRWN | 00000000001025162 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-956 | 6-STRAND FLOSS 956 GERANIUM | 00000000001052463 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-964 | 6-STRAND FLOSS 964 LT SEAGREEN | 00000000001041805 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-967 | 6-STRAND FLOSS 967 LT APRICOT | 00000000005982616 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-972 | 6-STRAND FLOSS 972 DEEP CANARY | 00000000001035278 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-986 | 6-STRAND FLOSS 986 DK FOREST GRN | 00000000001037456 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-995 | 6-STRAND FLOSS 995 DK ELECTRIC BLUE | 00000000001014380 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 240 | 240 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 00000000006913479 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |

FORM ID: INVOICE3

# Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

THE DMC GROUP
DMC ROWAN TILSATEC SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions** WARD TRUCKING
**Terms:** NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-9740
Telephone 330-463-6790
Fax 330-463-6704

| Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|
| 0174405629 | 08/26/24 | 574376 | 09/30/24 | 1915263 |

Customer No.: 3323300

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Disc. % | Line Discount | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 480 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | | 0.00 | 196.80 | 196.80 |
| 240 | 240 | EA | 1767/3 | NEEDLES TAPESTRY SIZE 18/22 | 00000000005759238 | 7319.10.0000 | GB | 0.410 | | 0.00 | 98.40 | 98.40 |
| 480 | 480 | EA | 1767/5 | NEEDLES TAPESTRY SIZE 20 | 00000000004301263 | 7319.10.0000 | GB | 0.410 | | 0.00 | 196.80 | 196.80 |
| 480 | 480 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | | 0.00 | 196.80 | 196.80 |
| 480 | 480 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000004301719 | 7319.10.0000 | GB | 0.410 | | 0.00 | 196.80 | 196.80 |
| 480 | 480 | EA | 1768/3 | NEEDLES CHENILLE (SHARPS) SIZE 20 | 00000000007243876 | 7319.10.0000 | GB | 0.410 | | 0.00 | 196.80 | 196.80 |
| 240 | 240 | EA | 1768/4 | NEEDLES CHENILLE (SHARPS) SIZE 22 | 00000000007893548 | 7319.10.0000 | GB | 0.410 | | 0.00 | 98.40 | 98.40 |
| 240 | 240 | EA | 1768/5 | NEEDLES CHENILLE (SHARPS) SIZE 24 | 00000000007243884 | 7319.10.0000 | GB | 0.410 | | 0.00 | 98.40 | 98.40 |
| 240 | 240 | EA | 1769/1 | NEEDLES DARNERS SI | 00000000007867518 | 7319.10.0000 | GB | 0.410 | | 0.00 | 98.40 | 98.40 |
| 480 | 480 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000007893589 | 7319.10.0000 | GB | 0.410 | | 0.00 | 196.80 | 196.80 |
| 240 | 240 | EA | 315-5283 | PEARL CTN 5283 METALLIC SILVER | 00000000004300851 | 5605.00.9900 | FR | 1.860 | | 0.00 | 446.40 | 446.40 |
| 1080 | 1080 | EA | 315A-5301 | PEARL CTN METALLIC COPPER | 00000000019599273 | 5605.00.9900 | FR | 1.950 | | 0.00 | 2106.00 | 2106.00 |
| 1080 | 1080 | EA | 315A-5310 | PEARL CTN METALLIC GOLD BLACK | 00000000019599299 | 5605.00.9900 | FR | 1.950 | | 0.00 | 2106.00 | 2106.00 |
| 240 | 240 | EA | 317W-E135 | LIGHT EFFECTS E135 GOLDEN DAWN | 00000000007894256 | 5605.00.90.00 | FR | 0.970 | | 0.00 | 232.80 | 232.80 |
| 240 | 240 | EA | 317W-E301 | LIGHT EFFECTS E301 COPPER | 00000000004500047 | 5605.00.90.00 | FR | 0.970 | | 0.00 | 232.80 | 232.80 |

Page 8 of 12

FORM ID: INVOICE3

## Invoice

**THE DMC GROUP**

VANDE GANG  DMC  R O W A N  ⬧ TILSATEC  SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | Shipped To: |
|---|---|
| JOANN STORES, INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH , 44236- | JOANN STORES #DC06 2400 JOANN DRIVE OPELIKA, AL , 36801-9740 |

| Shipping Instructions | WARD TRUCKING |
|---|---|
| Terms: | NET 90 DAYS |

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174405629 | | 08/26/24 | | 574376 | | 09/30/24 | | | 1915263 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 317W-E310 | LIGHT EFFECTS E310 EBONY | 0000000000007894397 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E321 | LIGHT EFFECTS E321 RED RUBY | 0000000000007883738 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3747 | LIGHT EFFECTS E3747 SKY BLUE | 0000000000007894959 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3821 | LIGHT EFFECTS E3821 FLOSS GOLD | 0000000000003780632 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3843 | LIGHT EFFECTS E3843 ELECTRIC BLUE | 0000000000004781274 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3849 | LIGHT EFFECTS E3849 AQUAMARINE BLUE | 0000000000007893985 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 480 | 480 | EA | 317W-E3852 | LIGHT EFFECTS E3852 DK GOLD | 0000000000004500054 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 240 | 240 | EA | 317W-E5200 | LIGHT EFFECTS WHITE | 0000000000004781217 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E815 | LIGHT EFFECTS E815 RED | 0000000000004500039 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E818 | LIGHT EFFECTS E818 SOFT PINK | 0000000000007894678 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E898 | LIGHT EFFECTS E898 DK OAK | 0000000000007894314 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E966 | LIGHT EFFECTS E966 LIME | 0000000000007894629 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E980 | LIGHT EFFECTS E980 NEON YELLOW | 0000000000007895071 | 5406.00.1040 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E990 | LIGHT EFFECTS E990 NEON GREEN | 0000000000007895030 | 5406.00.1040 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   ● TILSATEC   SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL |
|---|---|---|---|

36801-9740

Telephone   330-463-6790
Fax   330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:   NET 90 DAYS

| Customer No. | | Purchase Order No. | | | Order date | | Invoice No. | | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174405629 | | | 08/26/24 | | 574376 | | | 09/30/24 | | 1915263 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | EA | 415/5-4050 | PEARL CTN 4050 VAR ROAMING PASTURES | 00000000008737033 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 360 | 360 | EA | 417F-4020 | COLOR VARIATIONS 4020 TROPICAL WATERS | 00000000008221871 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4050 | COLOR VARIATIONS 4050 ROAMING PASTURES | 00000000008222010 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4180 | COLOR VARIATIONS 4180 ROSE PETALS | 00000000008221749 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4200 | COLOR VARIATIONS 4200 WILD FIRE | 00000000008221814 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 400 | 400 | EA | 486-7466 | TAPESTRY WOOL CHOCOLATE | 00000000018766964 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7497 | TAPESTRY WOOL LT BURNT ORANGE | 00000000018767020 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7640 | TAPESTRY WOOL VRY LIGHT BURGUNDY | 00000000018767178 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 360 | 360 | EA | 517-4522 | CANADIAN N-DMC COLORIS THREAD | 00000000015803828 | 5207100000 | FR | 0.640 | 230.40 | | 0.00 | 230.40 |
| 432 | 432 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 241.92 | | 0.00 | 241.92 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 432 | 432 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005727672 | 3923.40.0050 | CN | 0.600 | 259.20 | | 0.00 | 259.20 |
| 108 | 108 | EA | 6109/6 | TWO 1 1/2 METAL RINGS | 00000000007241367 | 7326.90.90.99 | CN | 0.560 | 60.48 | | 0.00 | 60.48 |

Page 10 of 12

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC ROWAN TILSATEC SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipped To:
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,   36801-9740

Telephone    330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    NET 90 DAYS

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174405629 | | 08/26/24 | | 574376 | | 09/30/24 | | 1915263 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324 | 324 | EA | 6112/6 | NEEDLE THREADER | 00000000000707 0048 | 3917.33.00.90 | CN | 0.790 | 255.96 | | 0.00 | 255.96 |
| 162 | 162 | EA | 6123/3 | EMBROIDERY SCISSORS | 00000000000785 9564 | 8213.00.9000 | IT | 2.770 | 448.74 | | 0.00 | 448.74 |
| 108 | 108 | EA | 6130/6 | GOLD NEEDLES TAPESTRY SIZE 24 | 00000000000964 8049 | 7319.10.0000 | GB | 1.080 | 116.64 | | 0.00 | 116.64 |
| 36 | 36 | EA | BK1912L | DMC XS KIT EXOTIC FLOWERS | 00000000001732 4492 | 6308.00.0020 | CN | 2.200 | 79.20 | | 0.00 | 79.20 |
| 72 | 72 | EA | BK1914L | DMC XS KIT CAT | 00000000001732 4518 | 6308.00.0020 | CN | 2.200 | 158.40 | | 0.00 | 158.40 |
| 96 | 96 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 00000000001957 463 | 5209.11.0000 | BR | 1.350 | 129.60 | | 0.00 | 129.60 |
| 36 | 36 | EA | GD1436BX-5225 | 14 CT 15X18 NAVY | 00000000001499 151 | 5208.32.3040 | US | 2.000 | 72.00 | | 0.00 | 72.00 |
| 180 | 180 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002600 765 | 5208.32.3040 | US | 2.000 | 360.00 | | 0.00 | 360.00 |
| 24 | 24 | EA | GD1436BX/INP-3855 | DMC 14 CT PRINTED AIDA SAND PRINT | 00000000001877 7250 | 5208.32.3040 | FR | 3.870 | 92.88 | | 0.00 | 92.88 |
| 12 | 12 | EA | HF4462EA-6750 | 2.5 MONKS CLOTH WHITE | 00000000005329 701 | 5208.22.4040 | US | 16.950 | 203.40 | | 0.00 | 203.40 |
| 36 | 36 | EA | TC4860EA-6750 | 14CT 48X60 EZ WHT | 00000000019073 444 | 5208.32.3040 | CN | 9.750 | 351.00 | | 0.00 | 351.00 |
| 72 | 72 | EA | TC8236PK-6750 | 22CT 15X18 WHT | 00000000019073 469 | 5209.21.0035 | US | 1.250 | 90.00 | | 0.00 | 90.00 |
| 144 | 144 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000006324 030 | 5208.22.4040 | US | 1.250 | 180.00 | | 0.00 | 180.00 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000006324 089 | 5208.22.4040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 324 | 324 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712 887 | 9608.20.0000 | CN | 1.580 | 511.92 | | 0.00 | 511.92 |

Page 11 of 12

FORM ID: INVOICE3

# THE DMC GROUP

WE DMC ROWAN TILSATEC SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipping Instructions** WARD TRUCKING
**Terms:** NET 90 DAYS

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-9740

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174405629 | | 08/26/24 | | 574376 | | 09/30/24 | | | 1915263 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 234.00 | | 0.00 | 234.00 |
| 72 | 72 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 288.00 | | 0.00 | 288.00 |
| 48 | 48 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 192.00 | | 0.00 | 192.00 |

| | |
|---|---|
| Total Gross | 43133.74 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **43133.74** |

**NOTES\***
Shipper's No. 53961

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 12 of 12

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone   330-463-6790
Fax          330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:   NET 90 DAYS

| Customer No. | | Purchase Order No. | | | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174234224 | | | | 08/13/24 | | 574377 | | 09/30/24 | | | 1910342 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000000003997277 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 720 | 720 | EA | 1008F-S959 | SATIN FLOSS 959 CHLOROPHYLL GRN | 00000000001S367097 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 240 | 240 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-890 | PEARL CTN 890 SIZE 5 DK PISTACHIO GREEN | 00000000002619708 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-891 | PEARL CTN 891 SIZE 5 DK CARNATION | 00000000001508798 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-915 | PEARL CTN 915 SIZE 5 DK PLUM | 00000000001535989S | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 720 | 720 | EA | 117-03 | 6-STRAND FLOSS 03 MED TIN | 00000000016680714 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-154 | 6-STRAND FLOSS 154 DK GRAPE | 00000000005982244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-209 | 6-STRAND FLOSS 209 DK LAVENDER | 00000000001018530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-211 | 6-STRAND FLOSS 211 LT LAVENDER | 00000000001022680 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3051 | 6-STRAND FLOSS 3051 DK GREEN GRAY | 00000000001016401 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3346 | 6-STRAND FLOSS 3346 HUNTER GREEN | 00000000001026897 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3750 | 6-STRAND FLOSS 3750 DK ANTIQUE BLUE | 00000000001608538 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 1 of 4

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC  R O W A N  TILSATEC  SINDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174234224 | 08/13/24 | 574377 | 09/30/24 | 1910342 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3777 | 6-STRAND FLOSS 3777 DK TERRA COTTA | 00000000001608686 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3852 | 6-STRAND FLOSS 3852 DK STRAW | 00000000004831202 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 00000000001040641 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-645 | 6-STRAND FLOSS 645 DK BEAVER GRAY | 00000000001027911 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-701 | 6-STRAND FLOSS 701 LT GREEN | 00000000001019017 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-702 | 6-STRAND FLOSS 702 KELLY GREEN | 00000000001046408 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 00000000001039544 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-814 | 6-STRAND FLOSS 814 DK GARNET | 00000000001038710 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-815 | 6-STRAND FLOSS 815 MED GARNET | 00000000001038488 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-895 | 6-STRAND FLOSS 895 DK HUNTER GRN | 00000000001023324 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-931 | 6-STRAND FLOSS 931 MED ANTIQUE BLUE | 00000000001019249 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 240 | 240 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 00000000006913479 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1764/1 | NEEDLES BEADING SIZE 10/13 | 00000000005759220 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 720 | 720 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |

Page 2 of 4

FORM ID: INVOICE3

# Invoice

## THE DMC GROUP

圖 DMC ROWAN ❀ TILSATEC SÜDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone    330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    NET 90 DAYS

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174234224 | | 08/13/24 | 574377 | 09/30/24 | | 1910342 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 17652 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 480 | 480 | EA | 17677 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 17687/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000004301719 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 360 | 360 | EA | 417F-4215 | COLOR VARIATIONS 4215 NORTHERN LIGHTS | 00000000008735839 | 5207.10.00..10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 400 | 400 | EA | 486-7243 | TAPESTRY WOOL LT ROYAL PURPLE | 00000000018767145 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 360 | 360 | EA | 517-4514 | COLORIS FLOSS VENICE | 00000000016611261 | 5207100000 | FR | 0.640 | 230.40 | | 0.00 | 230.40 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 216 | 216 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005722672 | 3923.40.0050 | CN | 0.600 | 129.60 | | 0.00 | 129.60 |
| 216 | 216 | EA | 6112/6 | NEEDLE THREADER | 00000000007070048 | 3917.33.00.90 | CN | 0.790 | 170.64 | | 0.00 | 170.64 |
| 162 | 162 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000009548080 | 8213.00.9000 | IT | 3.260 | 528.12 | | 0.00 | 528.12 |
| 144 | 144 | EA | BK1914L | DMC XS KIT CAT | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 316.80 | | 0.00 | 316.80 |
| 36 | 36 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | 00000000001499136 | 5208.32.3040 | US | 2.000 | 72.00 | | 0.00 | 72.00 |
| 540 | 540 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 1080.00 | | 0.00 | 1080.00 |
| 36 | 36 | EA | LC246BX-1410 | SAND 28 CT CAROLINA LINEN | 00000000008727801 | 5309.19.0000 | US | 3.150 | 113.40 | | 0.00 | 113.40 |

Page 3 of 4

FORM ID: INVOICE3

# THE DMC GROUP

**PROGMA DMC ROWAN ⊕ TILSATEC SIRDAR**

## Invoice

**REMIT TO:**
**DOLLFUS MIEG COMPANY INC.**
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| **Sold To:** | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>, 44236- | **Shipped To:** | JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br>,           93291-9308 |

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174234224 | 08/13/24 | 574377 | 09/30/24 | 1910342 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 36 | EA | MO236BX-6750 | 28CT MONACO 15X18 | 00000000002599918 | 5209.31.6035 | US | 1.990 | 71.64 | | 0.00 | 71.64 |
| 144 | 144 | EA | TC8436PK-5451 | 14CT 15X18 OATMEAL | 00000000019073410 | 5208.22.4040 | US | 2.250 | 324.00 | | 0.00 | 324.00 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016224089 | 5208.22.4040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 324 | 324 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 511.92 | | 0.00 | 511.92 |
| 108 | 108 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 131.76 | | 0.00 | 131.76 |
| 108 | 108 | EA | U1636 | STITCH BOW MINI TRAVEL BAG | 00000000001496843 | 4202.92.90.19 | CN | 5.900 | 637.20 | | 0.00 | 637.20 |
| 24 | 24 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 96.00 | | 0.00 | 96.00 |

| | |
|---|---|
| Total Gross | 13451.48 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **13451.48** |

**NOTES***

Shipper's No. 53960

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE EMAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 4 of 4

FORM ID: INVOICE3

# THE DMC GROUP

**DMC · ROWAN · TILSATEC · SIRDAR**

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,    93291-9308

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174405827 | 08/26/24 | 574378 | 09/30/24 | 1915264 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000000397277 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 720 | 720 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 240 | 240 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 00000000002619260 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-915 | PEARL CTN 915 SIZE 5 DK PLUM | 00000000015369895 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 200 | 200 | EA | 116/8-310 | PEARL CTN BALL SIZE 8 BLACK | 00000000002636975 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-321 | PEARL CTN 321 BALL SIZE 8 RED | 00000000007244338 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 720 | 720 | EA | 117-02 | 6-STRAND FLOSS 02 TIN | 00000000016580706 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-04 | 6-STRAND FLOSS 04 DARK TIN | 00000000016580722 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-161 | 6-STRAND FLOSS 161 GRAY BLUE | 00000000005982368 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-168 | 6-STRAND FLOSS 168 LT PEWTER | 00000000005982491 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-169 | 6-STRAND FLOSS 169 LT PEWTER | 00000000005982509 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-208 | 6-STRAND FLOSS 208 DK LAVENDER | 00000000001048537 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3041 | 6-STRAND FLOSS 3041 MED ANTIQUE VIOLET | 00000000003011311 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 1 of 9

FORM ID: INVOICE3

# THE DMC GROUP

NOBLE DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291-9308

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  NET 90 DAYS

| Customer No. | | | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 08/26/24 | 574378 | 09/30/24 | | 1915264 | | | | |

Purchase Order No. 0174405827

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-318 | 6-STRAND FLOSS 318 LT STEEL GRAY | 00000000001038918 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3345 | 6-STRAND FLOSS 3345 DK HUNTER GRN | 00000000001046242 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-335 | 6-STRAND FLOSS 335 ROSE | 00000000001030956 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-355 | 6-STRAND FLOSS 355 DK TERRA COTTA | 00000000001034396 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3756 | 6-STRAND FLOSS 3756 LT BABY BLUE | 00000000001608579 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3816 | 6-STRAND FLOSS 3816 CELADON GREEN | 00000000002777548 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 00000000002777670 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3826 | 6-STRAND FLOSS 3826 GOLDEN BROWN | 00000000002777787 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3829 | 6-STRAND FLOSS 3829 DK OLD GOLD | 00000000002777829 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3845 | 6-STRAND FLOSS 3845 MED BRIGHT TURQUOISE | 00000000004830881 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3855 | 6-STRAND FLOSS 3855 LT AUTUMN GOLD | 00000000004831251 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3856 | 6-STRAND FLOSS 3856 LT MAHOGANY | 00000000004831277 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3862 | 6-STRAND FLOSS 3862 DK MOCHA BEIGE | 00000000004831376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**THE DMC GROUP**
DMC  ROWAN  TILSATEC  SIRDAR

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone  330-463-6790
Fax  330-463-6704

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions  WARD TRUCKING
Terms:  NET 90 DAYS

| Customer No. | | | | Purchase Order No. | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0174405827 | 08/26/24 | | 574378 | | 09/30/24 | | | 1915264 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Disc. | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3866 | 6-STRAND FLOSS 3866 ULT VY LT MCA BRN | 00000000004831418 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-414 | 6-STRAND FLOSS 414 DK STEEL GRAY | 00000000001034156 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 00000000001049691 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-436 | 6-STRAND FLOSS 436 TAN | 00000000001035409 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-437 | 6-STRAND FLOSS 437 LT TAN | 00000000001050848 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-444 | 6-STRAND FLOSS 444 DK LEMON | 00000000001049386 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-500 | 6-STRAND FLOSS 500 DK BLUE GRN | 00000000001043298 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-502 | 6-STRAND FLOSS 502 BLUE GREEN | 00000000001045376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-535 | 6-STRAND FLOSS 535 LT ASH GRAY | 00000000001042100 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 00000000001040641 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-553 | 6-STRAND FLOSS 553 VIOLET | 00000000001025626 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-554 | 6-STRAND FLOSS 554 LT VIOLET | 00000000001014737 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

第一 DMC R O W A N ❋TILSATEC SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,                        93291-9308

| | Telephone | 330-463-6790 |
| | Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174405827 | | 08/26/24 | 574378 | | 09/30/24 | | | 1915264 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-604 | 6-STRAND FLOSS 604 LT CRANBERRY | 00000000001027069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-676 | 6-STRAND FLOSS 676 LT OLD GOLD | 00000000001032654 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-704 | 6-STRAND FLOSS 704 BRIGHT CHARTREUSE | 00000000001018340 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-721 | 6-STRAND FLOSS 721 MED ORANGE SPICE | 00000000001023704 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-744 | 6-STRAND FLOSS 744 PALE YELLOW | 00000000001015965 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-745 | 6-STRAND FLOSS 745 LT PALE YELLOW | 00000000001040484 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-775 | 6-STRAND FLOSS 775 LT BABY BLUE | 00000000001043413 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-777 | 6-STRAND FLOSS 777 DK RASPBERRY | 00000000005982558 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-796 | 6-STRAND FLOSS 796 DK ROYAL BLUE | 00000000001052109 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-801 | 6-STRAND FLOSS 801 DK COFFEE BRWN | 00000000001051069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-818 | 6-STRAND FLOSS 818 BABY PINK | 00000000001026889 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 00000000001032507 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-834 | 6-STRAND FLOSS 834 LT GOLDEN OLIVE | 00000000001035245 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-838 | 6-STRAND FLOSS 838 DK BEIGE BRWN | 00000000001045541 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

**Invoice**

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  NET 90 DAYS

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291-9308
Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174405827 | 08/26/24 | 574378 | 09/30/24 | 1915264 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-841 | 6-STRAND FLOSS 841 LT BEIGE BROWN | 00000000001035559 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-904 | 6-STRAND FLOSS 904 DK PARROT GRN | 00000000001050855 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-906 | 6-STRAND FLOSS 906 MED PARROT GREEN | 00000000001030592 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-918 | 6-STRAND FLOSS 918 DK RED COPPER | 00000000001039312 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-926 | 6-STRAND FLOSS 926 MED GRAY GREEN | 00000000001017904 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-930 | 6-STRAND FLOSS 930 DK ANTIQUE BLUE | 00000000001039320 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-934 | 6-STRAND FLOSS 934 BLACK AVOCADO GREEN | 00000000001042571 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-936 | 6-STRAND FLOSS 936 DK AVOCADO GRN | 00000000001039022 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-956 | 6-STRAND FLOSS 956 GERANIUM | 00000000001052463 | 5207.00.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-958 | 6-STRAND FLOSS 958 DK SEAGREEN | 00000000001014190 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-964 | 6-STRAND FLOSS 964 LT SEAGREEN | 00000000001041805 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-972 | 6-STRAND FLOSS 972 DEEP CANARY | 00000000001035278 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-986 | 6-STRAND FLOSS 986 DK FOREST GRN | 00000000001037456 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-995 | 6-STRAND FLOSS 995 DK ELECTRIC BLUE | 00000000001014380 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | Purchase Order No. | | Order date | Invoice No. | | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0174405827 | | 08/26/24 | 574378 | | | 09/30/24 | | | 1915264 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 00000000000399497 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 240 | 240 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 00000000000691347 9 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1767/3 | NEEDLES TAPESTRY SIZE 18/22 | 00000000005759238 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1767/6 | NEEDLES TAPESTRY SIZE 22 | 00000000004301578 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 240 | 240 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000004301719 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1768/2 | NEEDLES CHENILLE (SHARPS) SIZE 18 | 00000000007893456 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1768/4 | NEEDLES CHENILLE (SHARPS) SIZE 22 | 00000000007893589 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000004299624 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 315-5282 | PEARL CTN 5282 METALLIC GOLD | 00000000003780640 | 5605.00.99.00 | FR | 1.860 | 446.40 | | 0.00 | 446.40 |
| 240 | 240 | EA | 317W-E168 | LIGHT EFFECTS FLOSS SILVER | 00000000003780632 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3821 | LIGHT EFFECTS FLOSS GOLD | 00000000004500054 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3852 | LIGHT EFFECTS E3852 DK GOLD | | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |

Page 6 of 9

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · TILSATEC · SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174405827 | 08/26/24 | 574378 | 09/30/24 | 1915264 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Disc. Discount | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 417F-4066 | COLOR VARIATIONS FLOSS AMAZON MOSS 4066 | 000000000015367014 | 5207.10.00.10 | FR | 0.560 | 201.60 | | | 0.00 | 201.60 |
| 432 | 432 | EA | 6101/12 | CARDBOARD BOBBINS | 000000000005726948 | 4822.10.0000 | CN | 0.560 | 241.92 | | | 0.00 | 241.92 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 000000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | | 0.00 | 280.80 |
| 216 | 216 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 000000000005727672 | 3923.40.0050 | CN | 0.600 | 129.60 | | | 0.00 | 129.60 |
| 108 | 108 | EA | 6109/6 | TWO 1 1/2 METAL RINGS | 000000000007241367 | 7326.90.90.99 | CN | 0.560 | 60.48 | | | 0.00 | 60.48 |
| 324 | 324 | EA | 6112/6 | NEEDLE THREADER | 000000000007070048 | 3917.33.00.90 | CN | 0.790 | 255.96 | | | 0.00 | 255.96 |
| 54 | 54 | EA | 6123/3 | EMBROIDERY SCISSORS | 000000000007885964 | 8213.00.9000 | IT | 2.770 | 149.58 | | | 0.00 | 149.58 |
| 54 | 54 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 000000000009648080 | 8213.00.9000 | IT | 3.260 | 176.04 | | | 0.00 | 176.04 |
| 108 | 108 | EA | 6132/6 | GOLD NEEDLES EMBROIDERY SIZES 1 3 5 | 000000000009648064 | 7319.10.0000 | GB | 1.080 | 116.64 | | | 0.00 | 116.64 |
| 96 | 96 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 000000000001957463 | 5209.11.0000 | BR | 1.350 | 129.60 | | | 0.00 | 129.60 |
| 36 | 36 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | 000000000001499136 | 5208.32.3040 | US | 2.000 | 72.00 | | | 0.00 | 72.00 |
| 36 | 36 | EA | GD1436BX-5614 | 14CT GOLD 15X18 | 000000000002600807 | 5208.32.3040 | US | 2.000 | 72.00 | | | 0.00 | 72.00 |
| 72 | 72 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 000000000002600765 | 5208.32.3040 | US | 2.000 | 144.00 | | | 0.00 | 144.00 |

Page 7 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174405827 | | 08/26/24 | 574378 | | 09/30/24 | | | 1915264 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 36 | EA | GD1440BX/NP-5282 | 14 CT METALLIC AIDA - GOLD | 00000000018792101 | 5208.32.3040 | FR | 4.250 | 153.00 | | 0.00 | 153.00 |
| 36 | 36 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | 00000000002600377 | 5209.31.6035 | US | 2.090 | 75.24 | | 0.00 | 75.24 |
| 360 | 360 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000016324030 | 5208.22.4040 | US | 1.250 | 450.00 | | 0.00 | 450.00 |
| 72 | 72 | EA | TC8438PK-5451 | 14CT 30X36 OATMEAL | 00000000019073436 | 5208.32.3040 | US | 4.500 | 324.00 | | 0.00 | 324.00 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 216 | 216 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 341.28 | | 0.00 | 341.28 |
| 216 | 216 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 263.52 | | 0.00 | 263.52 |
| 72 | 72 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 234.00 | | 0.00 | 234.00 |
| 24 | 24 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 96.00 | | 0.00 | 96.00 |
| 48 | 48 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 192.00 | | 0.00 | 192.00 |

FORM ID: INVOICE3

THE DMC GROUP

DMC  ROWAN  ⚙ TILSATEC  SIRDAR

# Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| Total Gross | 27137.26 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 27137.26 |

**NOTES***

Shipper's No. 53960

**POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM**

Page 9 of 9

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

ROWAN · DMC · TILSATEC · SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-4069

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|
| 3323300 | 0174234686 | | 08/13/24 | 574380 | 09/30/24 | | 1910341 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 1008F-S959 | SATIN FLOSS 959 CHLOROPHYLL GRN | 00000000001538709 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 240 | 240 | EA | 115/5-312 | PEARL CTN 312 SIZE 5 DK BBY BLUE | 00000000002619229 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-327 | PEARL CTN 327 SIZE 5 DK VIOLET | 00000000001537001 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-336 | PEARL CTN 336 SIZE 5 NAVY BL | 00000000002619286 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-701 | PEARL CTN 701 SIZE 5 LT GREEN | 00000000002619518 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 480 | 480 | EA | 115/5-820 | PEARL CTN 820 SIZE 5 DK ROYAL BLUE | 00000000001537000 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 240 | 240 | EA | 115/5-891 | PEARL CTN 891 SIZE 5 DK CARNATION | 00000000001538879 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-915 | PEARL CTN 915 SIZE 5 DK PLUM | 00000000001536989 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 720 | 720 | EA | 117-01 | 6-STRAND FLOSS 01 WHITE TIN | 00000000001658069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-03 | 6-STRAND FLOSS 03 MED TIN | 00000000001658071 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-154 | 6-STRAND FLOSS 154 DK GRAPE | 00000000005982244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-169 | 6-STRAND FLOSS 169 LT PEWTER | 00000000005982590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-208 | 6-STRAND FLOSS 208 DK LAVENDER | 00000000001048537 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-210 | 6-STRAND FLOSS 210 MED LAVENDER | 00000000001043611 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 1 of 5

FORM ID: INVOICE3

# THE DMC GROUP

DMC ROWAN TILSATEC SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,     44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,     44236-4069

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174234686 | 08/13/24 | 574380 | 09/30/24 | 1910341 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-211 | 6-STRAND FLOSS 211 LT LAVENDER | 00000000001022680 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3031 | 6-STRAND FLOSS 3031 DK MOCHA BROWN | 00000000001031533 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-317 | 6-STRAND FLOSS 317 PEWTER GRAY | 00000000001043852 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3347 | 6-STRAND FLOSS 3347 MED YELLOW GREEN | 00000000001030667 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3750 | 6-STRAND FLOSS 3750 DK ANTIQUE BLUE | 00000000001608538 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 00000000002777670 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3852 | 6-STRAND FLOSS 3852 DK STRAW | 00000000004831202 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3853 | 6-STRAND FLOSS 3853 DK AUTUMN GOLD | 00000000004831236 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-434 | 6-STRAND FLOSS 434 LT BROWN | 00000000001046853 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-436 | 6-STRAND FLOSS 436 TAN | 00000000001036409 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-535 | 6-STRAND FLOSS 535 LT ASH GRAY | 00000000001042100 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 00000000001040641 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 2 of 5

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
.    44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,    44236-4069

**Telephone** 330-463-6790
**Fax** 330-463-6704

| Customer No. | | | Purchase Order No. | Order date | | Invoice No. | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174234686 | 08/13/24 | | 574380 | 09/30/24 | | 1910341 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-552 | 6-STRAND FLOSS 552 MED VIOLET | 00000000001021419 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-553 | 6-STRAND FLOSS 553 VIOLET | 00000000001025626 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-604 | 6-STRAND FLOSS 604 LT CRANBERRY | 00000000001027069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-703 | 6-STRAND FLOSS 703 CHARTREUSE | 00000000001020643 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-720 | 6-STRAND FLOSS 720 DK ORANGE SPICE | 00000000001024561 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-725 | 6-STRAND FLOSS 725 MD LT TOPAZ | 00000000001047901 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-738 | 6-STRAND FLOSS 738 LT TAN | 00000000001036144 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-742 | 6-STRAND FLOSS 742 LT TANGERINE | 00000000001046176 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-745 | 6-STRAND FLOSS 745 LT PALE YELLOW | 00000000001040484 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-909 | 6-STRAND FLOSS 909 DK EMERALD GREEN 909 | 00000000001040526 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-930 | 6-STRAND FLOSS 930 DK ANTIQUE BLUE | 00000000001039320 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-931 | 6-STRAND FLOSS 931 MED ANTIQUE BLUE | 00000000001019249 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-938 | 6-STRAND FLOSS 938 DK COFFEE BRWN | 00000000001025162 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-939 | 6-STRAND FLOSS 939 DK NAVY | 00000000001031863 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 3 of 5

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**THE DMC GROUP**

DMC ROWAN ● TILSATEC ● SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-4069

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174234686 | 08/13/24 | 574380 | 09/30/24 | 1910341 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-986 | 6-STRAND FLOSS 986 DK FOREST GRN | 000000000001037456 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-995 | 6-STRAND FLOSS 995 DK ELECTRIC BLUE | 000000000001014380 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 4320 | 4320 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 000000000001025113 | 5207.10.00.00 | FR | 0.400 | 1728.00 | | 0.00 | 1728.00 |
| 240 | 240 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 000000000006913479 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1764/1 | NEEDLES BEADING SIZE 10/13 | 000000000005769220 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 000000000004301685 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 000000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 000000000007863589 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 1080 | 1080 | EA | 315A-5301 | PEARL CTN METALLIC COPPER | 000000000019599273 | 5605.00.9900 | FR | 1.950 | 2106.00 | | 0.00 | 2106.00 |
| 240 | 240 | EA | 317W-E168 | LIGHT EFFECTS FLOSS SILVER | 000000000003780640 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3821 | LIGHT EFFECTS FLOSS GOLD | 000000000003780632 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 360 | 360 | EA | 415/5-4045 | PEARL CTN 4045 VAR EVERGREEN FOREST | 000000000008737025 | 5207.10.00.00 | FR | 1.230 | 442.80 | | 0.00 | 442.80 |
| 400 | 400 | EA | 486-7317 | TAPESTRY WOOL  BLUE | 000000000018767095 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 000000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
   44236-4069

Telephone   330-463-6790
Fax   330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174234686 | 08/13/24 | 574380 | 09/30/24 | 1910341 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324 | 324 | EA | 6112/6 | NEEDLE THREADER | 0000000000007070048 | 3917.33.00.90 | CN | 0.790 | 255.96 | | 0.00 | 255.96 |
| 54 | 54 | EA | 6123/3 | EMBROIDERY SCISSORS | 0000000000007895964 | 8213.00.9000 | IT | 2.770 | 149.58 | | 0.00 | 149.58 |
| 108 | 108 | EA | 6129/6 | GOLD NEEDLES TAPESTRY SIZE 26 | 0000000000009648031 | 7319.10.0000 | GB | 1.080 | 116.64 | | 0.00 | 116.64 |
| 36 | 36 | EA | BK1914L | DMC XS KIT CAT | 0000000017324518 | 6308.00.0020 | CN | 2.200 | 79.20 | | 0.00 | 79.20 |
| 144 | 144 | EA | TC8436PK-5451 | 14CT 15X18 OATMEAL | 0000000019073410 | 5208.22.4040 | US | 2.250 | 324.00 | | 0.00 | 324.00 |
| 72 | 72 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 0000000016324089 | 5208.22.4040 | US | 3.000 | 216.00 | | 0.00 | 216.00 |
| 108 | 108 | EA | U1539 | EMBROIDERY TRANSFER PEN | 0000000008712887 | 9608.20.0000 | CN | 1.580 | 170.64 | | 0.00 | 170.64 |

**NOTES\***
Shipper's No. 53959

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

| | |
|---|---|
| Total Gross | 19281.62 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 19281.62 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
  , 44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** NET 90 DAYS

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
  ,  44236-4069

Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 1008F-S310 | SATIN FLOSS S310 BLACK | 000000000003997227 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 360 | 360 | EA | 1008F-S471 | SATIN FLOSS 471 GRANNY SMITH GRN | 000000000015367121 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S5200 | SATIN FLOSS S5200 SNOW WHITE | 000000000003997871 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S552 | SATIN FLOSS S552 DEEP VIOLET | 000000000003997376 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 720 | 720 | EA | 1008F-S666 | SATIN FLOSS S666 PERSIAN RED | 000000000003997608 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 720 | 720 | EA | 1008F-S702 | SATIN FLOSS S702 KELLY GREEN | 000000000003997640 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 360 | 360 | EA | 1008F-S762 | SATIN FLOSS S762 SILVER CLOUD | 000000000003997723 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S798 | SATIN FLOSS S798 CORNFLOWER BLUE | 000000000003997731 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S820 | SATIN FLOSS S820 DEEP ROYAL BLUE | 000000000003997764 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S899 | SATIN FLOSS S899 ROSE | 000000000003997780 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 240 | 240 | EA | 115/5-208 | PEARL CTN 208 SIZE 5 DK LAVENDER | 000000000002619120 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-309 | PEARL CTN 309 SIZE 5 DK ROSE | 000000000007245129 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 960 | 960 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 000000000002619195 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | 662.40 |
| 480 | 480 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 000000000002619260 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 240 | 240 | EA | 115/5-335 | PEARL CTN 335 SIZE 5 ROSE | 000000000007245152 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |

Page 1 of 16

FORM ID: INVOICE3

# THE DMC GROUP

**DMC  ROWAN  TILSATEC  SIRDAR**

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,        44236-4069

Telephone    330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:                   NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-367 | PEARL CTN 367 SIZE 5 DK PIST GRN | 000000000000029302 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-3801 | PEARL CTN 3801 SIZE 5 VY DK MELON | 000000000007245780 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-436 | PEARL CTN 436 SIZE 5 TAN | 000000000002619385 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-552 | PEARL CTN 552 SIZE 5 VIOLET | 000000000007245277 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-554 | PEARL CTN 554 SIZE 5 LT VIOLET | 000000000003668753 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-727 | PEARL CTN 727 SIZE 5 LT TOPAZ | 000000000002619942 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-745 | PEARL CTN 745 SIZE 5 LT PALE YELLOW | 000000000002619567 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-776 | PEARL CTN 776 SIZE 5 MED PINK | 000000000002619591 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-799 | PEARL CTN 799 SIZE 5 | 000000000002619633 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-823 | PEARL CTN 823 SIZE 5 DK NAVY BLUE | 000000000003668746 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-842 | PEARL CTN 842 SIZE 5 LT BEIGE BROWN | 000000000003668720 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-930 | PEARL CTN 930 SIZE 5 DK ANTIQUE BLUE | 000000000005759428 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 720 | 720 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 000000000005759402 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 240 | 240 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | 000000000002619088 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 200 | 200 | EA | 116/12-B5200 | PEARL CTN BALL SIZE 12 SNOW WHITE | 000000000007244494 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · ❀ TILSATEC · SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-4069

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 200 | EA | 116/12-BLANC | PEARL CTN BALL SIZE 12 WHITE | 00000000000263691 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-310 | PEARL CTN BALL SIZE 5 BLACK | 00000000007245863 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-BLANC | PEARL CTN BALL SIZE 5 WHITE | 00000000007245822 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-BLANC | PEARL CTN BALL SIZE 8 WHITE | 00000000002836967 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 720 | 720 | EA | 117-09 | 6-STRAND FLOSS 09 VERY DARK COCOA | 00000000016580771 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-150 | 6-STRAND FLOSS 150 DK DUSTY ROSE | 00000000005982194 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-151 | 6-STRAND FLOSS 151 LT DUSTY ROSE | 00000000005982202 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-152 | 6-STRAND FLOSS 152 MED LT SHELL PINK | 00000000005982210 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-153 | 6-STRAND FLOSS 153 LT VIOLET | 00000000005982228 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-158 | 6-STRAND FLOSS 158 CORNFLOWER BLUE | 00000000005982335 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-166 | 6-STRAND FLOSS 166 MED LT MOSS GREEN | 00000000005982467 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-168 | 6-STRAND FLOSS 168 LT PEWTER | 00000000005982491 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-18 | 6-STRAND FLOSS 18 YELLOW PLUM | 00000000016580854 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-209 | 6-STRAND FLOSS 209 DK LAVENDER | 00000000001018530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

NASHUA GANG · DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-4069

Telephone   330-463-6790
Fax         330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:                  NET 90 DAYS

| Customer No. | | | | Purchase Order No. | Order date | Invoice No. | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0174406085 | 08/26/24 | 574381 | 09/30/24 | | 1915265 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3051 | 6-STRAND FLOSS 3051 DK GREEN GRAY | 00000000001016401 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-307 | 6-STRAND FLOSS 307 LEMON | 00000000001029230 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2880 | 2880 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | 1152.00 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-336 | 6-STRAND FLOSS 336 NAVY BLUE | 00000000001015452 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-347 | 6-STRAND FLOSS 347 DK SALMON | 00000000001017821 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-349 | 6-STRAND FLOSS 349 DK CORAL | 00000000001020379 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3756 | 6-STRAND FLOSS 3756 LT BABY BLUE | 00000000001608579 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3771 | 6-STRAND FLOSS 3771 LT TERRA COTTA | 00000000005982640 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3777 | 6-STRAND FLOSS 3777 DK TERRA COTTA | 00000000001608686 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3801 | 6-STRAND FLOSS 3801 DK MELON | 00000000002777266 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3804 | 6-STRAND FLOSS 3804 DK CYCLAMEN PINK | 00000000002777324 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3807 | 6-STRAND FLOSS 3807 CORNFLOWER BLUE | 00000000002777357 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 4 of 16

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,          44236-4069

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** NET 90 DAYS

| Customer No. | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0174406085 | | 08/26/24 | 574381 | 09/30/24 | | 1915265 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3809 | 6-STRAND FLOSS 3809 DK TURQ | 0000000000002777381 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3813 | 6-STRAND FLOSS 3813 LT BLUE GREEN | 0000000000002777514 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3818 | 6-STRAND FLOSS 3818 DK EMERALD GREEN | 0000000000002777621 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3819 | 6-STRAND FLOSS 3819 LT MOSS GREEN | 0000000000002777654 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 0000000000002777670 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3823 | 6-STRAND FLOSS 3823 PALE YELLOW | 0000000000002777720 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3826 | 6-STRAND FLOSS 3826 GOLDEN BROWN | 0000000000002777787 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3831 | 6-STRAND FLOSS 3831 DK RASPBERRY | 0000000000004830592 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3835 | 6-STRAND FLOSS 3835 MED GRAPE | 0000000000004830667 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3840 | 6-STRAND FLOSS 3840 LT LAVENDER BLUE | 0000000000004830782 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3842 | 6-STRAND FLOSS 3842 DK WEDGEWOOD | 0000000000004830808 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3843 | 6-STRAND FLOSS 3843 ELECTRIC BLUE | 0000000000004830832 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3845 | 6-STRAND FLOSS 3845 MED BRIGHT TURQUOISE | 0000000000004830881 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

⬛ DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  NET 90 DAYS

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,     44236-4069

Telephone   330-463-6790
Fax         330-463-6704

| Customer No. | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174406085 | | 08/26/24 | 574381 | 09/30/24 | | 1915265 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-3846 | 6-STRAND FLOSS 3846 LT BRIGHT TURQUOISE | 00000000000430899 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3849 | 6-STRAND FLOSS 3849 LT TEAL GREEN | 00000000000430931 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3850 | 6-STRAND FLOSS 3850 DK BRIGHT GREEN | 00000000000430949 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3853 | 6-STRAND FLOSS 3853 DK AUTUMN GOLD | 00000000000431236 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3854 | 6-STRAND FLOSS 3854 MED AUTUMN GOLD | 00000000000431244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3859 | 6-STRAND FLOSS 3859 LT ROSEWOOD | 00000000000431335 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3863 | 6-STRAND FLOSS 3863 MED MOCHA BEIGE | 00000000000431384 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3864 | 6-STRAND FLOSS 3864 LT MOCHA BEIGE | 00000000000431392 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000000431400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3866 | 6-STRAND FLOSS 3866 ULT VY LT MCA BRN | 00000000000431418 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 00000000001049691 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-437 | 6-STRAND FLOSS 437 LT TAN | 00000000001050848 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:** JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

**Shipped To:** JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,    44236-4069
Telephone    330-463-6790
Fax    330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-444 | 6-STRAND FLOSS 444 DK LEMON | 00000000001049386 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-469 | 6-STRAND FLOSS 469 AVOCADO GREEN | 00000000001044346 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-470 | 6-STRAND FLOSS 470 LT AVOCADO GREEN | 00000000001024207 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-471 | 6-STRAND FLOSS 471 LT AVOCADO GREEN | 00000000001034222 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-505 | 6-STRAND FLOSS 505 JADE GREEN | 00000000005982517 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-520 | 6-STRAND FLOSS 520 DK FERN GREEN | 00000000001052943 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-522 | 6-STRAND FLOSS 522 FERN GREEN | 00000000001045137 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-602 | 6-STRAND FLOSS 602 MED CRANBERRY | 00000000001025436 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-603 | 6-STRAND FLOSS 603 CRANBERRY | 00000000001049477 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-645 | 6-STRAND FLOSS 645 DK BEAVER GRAY | 00000000001027911 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-680 | 6-STRAND FLOSS 680 DK OLD GOLD | 00000000001047208 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-699 | 6-STRAND FLOSS 699 GREEN | 00000000001041862 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 00000000001039544 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-728 | 6-STRAND FLOSS 728 TOPAZ | 00000000005982525 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 7 of 16

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC  ROWAN  TILSATEC  SIRDAR

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC. |
| | ATTN: ACCOUNTS PAYABLE |
| | 5555 DARROW ROAD |
| | HUDSON, OH |
| | 44236- |

| Shipped To: | JOANN STORES #DC01 |
| | 5350 HUDSON INDUSTRIAL PARKWAY |
| | HUDSON, OH |
| | 44236-4069 |
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-729 | 6-STRAND FLOSS 729 MED OLD GOLD | 00000000000021575 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-739 | 6-STRAND FLOSS 739 VERY LT TAN | 00000000000272275 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-741 | 6-STRAND FLOSS 741 MED TANGERINE | 00000000001015825 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-744 | 6-STRAND FLOSS 744 PALE YELLOW | 00000000001015965 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-762 | 6-STRAND FLOSS 762 LT PEARL GRAY | 00000000001049279 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-775 | 6-STRAND FLOSS 775 LT BABY BLUE | 00000000001043413 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-779 | 6-STRAND FLOSS 779 DK COCOA | 00000000005982566 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-783 | 6-STRAND FLOSS 783 MED TOPAZ | 00000000001018167 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-796 | 6-STRAND FLOSS 796 DK ROYAL BLUE | 00000000001052109 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-798 | 6-STRAND FLOSS 798 DK DELFT BLUE | 00000000001044270 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-803 | 6-STRAND FLOSS 803 DK BABY BLUE | 00000000005982574 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-814 | 6-STRAND FLOSS 814 DK GARNET | 00000000001038710 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-815 | 6-STRAND FLOSS 815 MED GARNET | 00000000001038488 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 00000000001032499 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-820 | 6-STRAND FLOSS 820 DK ROYAL BLUE | 00000000001039684 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

THE DMC GROUP

夢KAWAGANG  DMC  R O W A N  TILSATEC  SIRDAR

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- |
|---|---|

| Shipped To: | JOANN STORES #DC01<br>5350 HUDSON INDUSTRIAL PARKWAY<br>HUDSON, OH<br>44236-4069 |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions  WARD TRUCKING
Terms:  NET 90 DAYS

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174406085 | | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 00000000001032507 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-838 | 6-STRAND FLOSS 838 DK BEIGE BRWN | 00000000001045541 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-840 | 6-STRAND FLOSS 840 MED BEIGE BROWN | 00000000001027630 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-869 | 6-STRAND FLOSS 869 DK HAZELNUT BRWN | 00000000001042449 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-890 | 6-STRAND FLOSS 890 DK PISTACHIO GRN | 00000000001030493 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-895 | 6-STRAND FLOSS 895 DK HUNTER GRN | 00000000001023324 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-898 | 6-STRAND FLOSS 898 VY DK COFFEE BROWN | 00000000001014125 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-907 | 6-STRAND FLOSS 907 LT PARROT GREE | 00000000001040518 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-936 | 6-STRAND FLOSS 936 DK AVOCADO GRN | 00000000001030022 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-964 | 6-STRAND FLOSS 964 LT SEAGREEN | 00000000001041805 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-973 | 6-STRAND FLOSS 973 BRIGHT CANARY | 00000000001037084 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-977 | 6-STRAND FLOSS 977 LT GOLDEN BROWN | 00000000001022946 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-996 | 6-STRAND FLOSS 996 MED ELECTRIC BLUE | 00000000001014307 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN   DMC   TILSATEC   SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH 44236- |
|---|---|

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Shipped To: | JOANN STORES #DC01 5350 HUDSON INDUSTRIAL PARKWAY HUDSON, OH |
|---|---|
| | 44236-4069 |
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

| Customer No. | | Purchase Order No. | | Order date | | | Invoice No. | | Invoice date | | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174406085 | | 08/26/24 | | | 574381 | | 09/30/24 | | | 1915265 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 00000000003999497 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 00000000001025113 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 120 | 120 | EA | 117F25NP27/4 | NEW COLORS FLOSS PACK 27 | 00000000005841820 | 5207.10.000 | FR | 10.800 | 1296.00 | | 0.00 | 1296.00 |
| 240 | 240 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 00000000006913479 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 720 | 720 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 00000000004301701 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1767/2 | NEEDLES TAPESTRY SIZE 16 | 00000000007243850 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1767/3 | NEEDLES TAPESTRY SIZE 18/22 | 00000000005759238 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1767/5 | NEEDLES TAPESTRY SIZE 20 | 00000000004301263 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1767/6 | NEEDLES TAPESTRY SIZE 22 | 00000000004301578 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 240 | 240 | EA | 1767/9 | NEEDLES TAPESTRY SIZE 28 | 00000000004301669 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000004301719 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1768/2 | NEEDLES CHENILLE (SHARPS) SIZE 18 | 00000000007883456 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |

Page 10 of 16

FORM ID: INVOICE3

# THE DMC GROUP

鬣 DMC   R O W A N  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-4069
Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 1769/1 | NEEDLES DARNERS SI | 00000000007867518 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1769/3 | NEEDLES DARNERS SIZE 18 | 00000000007867534 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 500 | 500 | EA | 282ZA | METALLIC EMB THREAD LT GOLD | 00000000002204394 | 5605.00.1000 | FR | 1.400 | 700.00 | | 0.00 | 700.00 |
| 250 | 250 | EA | 283ZA | METALLIC EMB THREAD LT SILVER | 00000000002204402 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 250 | 250 | EA | 284ZA | METALLIC EMB THREAD GOLD | 00000000002204386 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 480 | 480 | EA | 315-5282 | PEARL CTN 5282 METALLIC GOLD | 00000000004289624 | 5605.00.99.00 | FR | 1.860 | 892.80 | | 0.00 | 892.80 |
| 1080 | 1080 | EA | 315A-5852 | PEARL CTN METALLIC ROSE GOLD | 00000000019599281 | 5605.00.9900 | FR | 1.950 | 2106.00 | | 0.00 | 2106.00 |
| 240 | 240 | EA | 317W-E155 | LIGHT EFFECTS E155 AMETHYST | 00000000007893670 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E211 | LIGHT EFFECTS E211 LILAC | 00000000007894520 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E316 | LIGHT EFFECTS PINK | 00000000004781258 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E317 | LIGHT EFFECTS DK SILVER | 00000000004781233 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E334 | LIGHT EFFECTS E334 BLUE TOPAZ | 00000000007894165 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3837 | LIGHT EFFECTS PURPLE | 00000000004781266 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E415 | LIGHT EFFECTS E415 PEWTER | 00000000007894470 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E436 | LIGHT EFFECTS E436 GOLDEN OAK | 00000000007894421 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |

FORM ID: INVOICE3

# Invoice

THE DMC GROUP

DMC ROWAN TILSATEC SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
    44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
        44236-4069

Telephone    330-463-6790
Fax    330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    NET 90 DAYS

| Customer No. | | | Purchase Order No. | | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0174406085 | | | 08/26/24 | | 574381 | | 09/30/24 | | 1915265 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 317W-E677 | LIGHT EFFECTS E677 WHITE GOLD | 00000000000783647 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E703 | LIGHT EFFECTS E703 LT GREEN EMERALD | 00000000007863936 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E718 | LIGHT EFFECTS E718 PINK GARNET | 00000000007893704 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E747 | LIGHT EFFECTS E747 BABY BLUE | 00000000007884785 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 480 | 480 | EA | 317W-E940 | LIGHT EFFECTS E940 GLOW IN THE DARK | 00000000007895121 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 120 | 120 | EA | 415/5-4025 | PEARL CTN 4025 VAR CARIBBEAN BAY | 00000000008736720 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4030 | PEARL CTN 4030 VAR MONET'S GARDEN | 00000000008736779 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4145 | PEARL CTN 4145 VAR SAND DUNE | 00000000008736456 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 360 | 360 | EA | 417F-4045 | COLOR VARIATIONS 4045 EVERGREEN FOREST | 00000000008739153 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4075 | COLOR VARIATIONS 4075 WHEAT FIELDS | 00000000008739179 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4120 | COLOR VARIATIONS 4120 TROPICAL SUNSET | 00000000008220964 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4124 | COLOR VARIATIONS 4124 BONFIRE | 00000000008739195 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4180 | COLOR VARIATIONS 4180 ROSE PETALS | 00000000008221749 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |

Page 12 of 16

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

THE DMC GROUP
DMC  ROWAN  TILSATEC  SIRDAR

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-4069
Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. | |
|---|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 417F-4215 | COLOR VARIATIONS 4215 NORTHERN LIGHTS | 00000000000735839 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 400 | 400 | EA | 486-7230 | TAPESTRY WOOL VRY LIGHT GRAY BROWN | 00000000018766956 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7624 | TAPESTRY WOOL VRY DK DOVE GRAY | 00000000018767251 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7626 | TAPESTRY WOOL DK OXFORD GRAY | 00000000018767236 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7988 | TAPESTRY WOOL DARK OLIVE | 00000000018767053 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-BLANC | TAPESTRY WOOL  BLANC | 00000000018766915 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 360 | 360 | EA | 517-4515 | COLORIS FLOSS PARIS | 00000000016611279 | 5207100000 | FR | 0.640 | 230.40 | | 0.00 | 230.40 |
| 360 | 360 | EA | 517-4519 | COLORIS FLOSS JINGLE BELLS | 00000000016611311 | 5207100000 | FR | 0.640 | 230.40 | | 0.00 | 230.40 |
| 360 | 360 | EA | 517-4522 | CANADIAN N-DMC COLORIS THREAD | 00000000015803828 | 5207100000 | FR | 0.640 | 230.40 | | 0.00 | 230.40 |
| 1080 | 1080 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 604.80 | | 0.00 | 604.80 |
| 648 | 648 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 421.20 | | 0.00 | 421.20 |
| 216 | 216 | EA | 6103/12 | FLOSS NUMBER STICKERS | 00000000005727458 | 4821.10.4000 | CN | 0.600 | 129.60 | | 0.00 | 129.60 |
| 648 | 648 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005727672 | 3923.40.0050 | CN | 0.600 | 388.80 | | 0.00 | 388.80 |
| 108 | 108 | EA | 6109/6 | TWO 1 1/2 METAL RINGS | 00000000007241367 | 7326.90.90.99 | CN | 0.560 | 60.48 | | 0.00 | 60.48 |

Page 13 of 16

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  NET 90 DAYS

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-4069

Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0174406085 | | 08/26/24 | 574381 | | 09/30/24 | | 1915265 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tarif Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 108 | EA | 6110/6 | TWO 2 1/2 METAL RINGS | 0000000000207241391 | 7326.90.90.99 | CN | 0.560 | 60.48 | | 0.00 | 60.48 |
| 432 | 432 | EA | 6112/6 | NEEDLE THREADER | 0000000000007070048 | 3917.33.00.90 | CN | 0.790 | 341.28 | | 0.00 | 341.28 |
| 108 | 108 | EA | 6123/3 | EMBROIDERY SCISSORS | 0000000000007895964 | 8213.00.9000 | IT | 2.770 | 299.16 | | 0.00 | 299.16 |
| 108 | 108 | EA | 6129/6 | GOLD NEEDLES TAPESTRY SIZE 26 | 0000000000009648031 | 7319.10.0000 | GB | 1.080 | 116.64 | | 0.00 | 116.64 |
| 108 | 108 | EA | 6132/6 | GOLD NEEDLES EMBROIDERY SIZES 1 3 5 | 0000000000009648064 | 7319.10.0000 | GB | 1.080 | 116.64 | | 0.00 | 116.64 |
| 72 | 72 | EA | BK1914L | DMC XS KIT CAT | 0000000000017324518 | 6308.00.0020 | CN | 2.200 | 158.40 | | 0.00 | 158.40 |
| 96 | 96 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 0000000000001957463 | 5209.11.0000 | BR | 1.350 | 129.60 | | 0.00 | 129.60 |
| 36 | 36 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | 0000000000001499136 | 5208.32.3040 | US | 2.000 | 72.00 | | 0.00 | 72.00 |
| 72 | 72 | EA | GD1436BX-5614 | 14CT GOLD 15X18 | 0000000000002600807 | 5208.32.3040 | US | 2.000 | 144.00 | | 0.00 | 144.00 |
| 108 | 108 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 0000000000002600765 | 5208.32.3040 | US | 2.000 | 216.00 | | 0.00 | 216.00 |
| 36 | 36 | EA | GD1436BXINP-747 | DMC 14 CT PRINTED AIDA DEW PRINT | 0000000001877243 | 5208.32.3040 | FR | 3.870 | 139.32 | | 0.00 | 139.32 |
| 24 | 24 | EA | GD1440BXINP-5282 | 14 CT METALLIC AIDA- GOLD | 0000000001879210 | 5208.32.3040 | FR | 4.250 | 102.00 | | 0.00 | 102.00 |
| 72 | 72 | EA | LC246BX-1410 | SAND 28 CT CAROLINA LINEN | 0000000008737801 | 5309.19.0000 | US | 3.150 | 226.80 | | 0.00 | 226.80 |
| 36 | 36 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | 0000000008737785 | 5309.19.0000 | US | 3.150 | 113.40 | | 0.00 | 113.40 |

Page 14 of 16

FORM ID: INVOICE3

# Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

THE DMC GROUP
DMC · ROWAN · TILSATEC · SIRDAR

Sold To:
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipped To:
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-4069

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: NET 90 DAYS

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174406085 | 08/26/24 | 574381 | 09/30/24 | 1915265 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 108 | EA | MO236BX-6750 | 28CT MONACO 15X18 | 00000000002599918 | 5209.31.6035 | US | 1.990 | 214.92 | | 0.00 | 214.92 |
| 72 | 72 | EA | TC8236PK-6750 | 22CT 15X18 WHT | 00000000019073469 | 5209.21.0035 | US | 1.250 | 90.00 | | 0.00 | 90.00 |
| 144 | 144 | EA | TC8436PK-5451 | 14CT 15X18 OATMEAL | 00000000019073410 | 5208.22.4040 | US | 2.250 | 324.00 | | 0.00 | 324.00 |
| 288 | 288 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000016324030 | 5208.22.4040 | US | 1.250 | 360.00 | | 0.00 | 360.00 |
| 36 | 36 | EA | TC8438PK-5451 | 14CT 30X36 OATMEAL | 00000000019073436 | 5208.32.3040 | US | 4.500 | 162.00 | | 0.00 | 162.00 |
| 144 | 144 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 432.00 | | 0.00 | 432.00 |
| 216 | 216 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 341.28 | | 0.00 | 341.28 |
| 216 | 216 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 263.52 | | 0.00 | 263.52 |
| 48 | 48 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 156.00 | | 0.00 | 156.00 |
| 120 | 120 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 480.00 | | 0.00 | 480.00 |
| 36 | 36 | EA | VT6701EA | CHARLES CRAFT ABERDEEN VELOUR TOWEL | 00000000019053107 | 6302.91.00 | TR | 3.890 | 140.04 | | 0.00 | 140.04 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---:|
| Total Gross | 56855.56 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 56855.56 |

## NOTES*

Shipper's No. 53959

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 16 of 16

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

THE DMC GROUP
DMC · ROWAN · TILSATEC · SIRDAR

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

Shipped To:
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-9740
Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175306163 | 10/09/24 | 581498 | 10/22/24 | 1941995 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000000002619195 | 5207.10.00.00 | FR | 0.690 | 993.60 | | 0.00 | 993.60 |
| 1200 | 1200 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 00000000000002619280 | 5207.10.00.00 | FR | 0.690 | 828.00 | | 0.00 | 828.00 |
| 960 | 960 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000000005789402 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | 662.40 |
| 960 | 960 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | 00000000000002619088 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | 662.40 |
| 8640 | 8640 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000000001028406 | 5207.10.00.00 | FR | 0.400 | 3456.00 | | 0.00 | 3456.00 |
| 3600 | 3600 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000000001033984 | 5207.10.00.00 | FR | 0.400 | 1440.00 | | 0.00 | 1440.00 |
| 720 | 720 | EA | 117-3371 | 6-STRAND FLOSS 3371 BLACK BROWN | 00000000000001043841 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000000001608751 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000000004831400 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-666 | 6-STRAND FLOSS 666 BRIGHT RED | 00000000000001044924 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 00000000000001032499 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 3600 | 3600 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 00000000000003999497 | 5207.10.00.00 | FR | 0.400 | 1440.00 | | 0.00 | 1440.00 |
| 7200 | 7200 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 00000000000001025113 | 5207.10.00.00 | FR | 0.400 | 2880.00 | | 0.00 | 2880.00 |
| 2160 | 2160 | EA | 117-ECRU | 6-STRAND FLOSS ECRU | 00000000000001025006 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000000004301693 | 7319.10.0000 | GB | 0.410 | 590.40 | | 0.00 | 590.40 |

FORM ID: INVOICE3

# Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

THE DMC GROUP
DMC  ROWAN  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-9740

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  1% Net 90 Days

| Customer No. | | Purchase Order No. | Order date | | | Invoice No. | | Invoice date | | | DMC Order No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0175306163 | 10/09/24 | | | 581498 | | 10/22/24 | | | 1941995 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 960 | 960 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 00000000000004301701 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 720 | 720 | EA | 1767/2 | NEEDLES TAPESTRY SIZE 16 | 00000000000007243850 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 480 | 480 | EA | 1767/6 | NEEDLES TAPESTRY SIZE 22 | 00000000000004301578 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 1440 | 1440 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000000004301610 | 7319.10.0000 | GB | 0.410 | 590.40 | | 0.00 | 590.40 |
| 960 | 960 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000000004301719 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 480 | 480 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000000007893589 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 317W-E3821 | LIGHT EFFECTS FLOSS GOLD | 00000000000003780632 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 240 | 240 | EA | 317W-E3852 | LIGHT EFFECTS E3852 DK GOLD | 00000000000004500054 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 1296 | 1296 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000000005726948 | 4822.10.0000 | CN | 0.560 | 725.76 | | 0.00 | 725.76 |
| 1296 | 1296 | EA | 6102/12 | PLASTIC BOBBINS | 00000000000005727292 | 3923.40.0050 | CN | 0.650 | 842.40 | | 0.00 | 842.40 |
| 1080 | 1080 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000000005722672 | 3923.40.0050 | CN | 0.600 | 648.00 | | 0.00 | 648.00 |
| 972 | 972 | EA | 6112/6 | NEEDLE THREADER | 00000000000007070048 | 3917.33.00.90 | CN | 0.790 | 767.88 | | 0.00 | 767.88 |
| 432 | 432 | EA | 6123/3 | EMBROIDERY SCISSORS | 00000000000007895964 | 8213.00.9000 | IT | 2.770 | 1196.64 | | 0.00 | 1196.64 |
| 378 | 378 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000000009648080 | 8213.00.9000 | IT | 3.260 | 1232.28 | | 0.00 | 1232.28 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipped To:
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,          36801-9740

Telephone     330-463-6790
Fax           330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:                  1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0175306163 | | 10/09/24 | 581498 | 10/22/24 | | 1941995 | | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | | | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
| 162 | 162 | EA | 6140/3 | MAGNETIC NEEDLE CASE | | | 00000000010691061 | 7326.90.1000 | CN | 2.210 | 358.02 | | 0.00 | 358.02 |
| 504 | 504 | EA | BK1914L | DMC XS KIT CAT | | | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 1108.80 | | 0.00 | 1108.80 |
| 432 | 432 | EA | CR340PK-6750JS | 14CT 12X18 WHT | | | 00000000019073428 | 5208.22.4040 | US | 0.900 | 388.80 | | 0.00 | 388.80 |
| 312 | 312 | EA | EBSG01 | EMMA BROIDERY'S STITCH TOOL | | | 00000000010691046 | 5208.32.3040 | US | 3.750 | 1170.00 | | 0.00 | 1170.00 |
| 144 | 144 | EA | GD1436BX-4600 | 14CT 15X18 LT BLUE | | | 00000000002600799 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |
| 252 | 252 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | | | 00000000001499136 | 5208.32.3040 | US | 2.000 | 504.00 | | 0.00 | 504.00 |
| 180 | 180 | EA | GD1436BX-5225 | 14 CT 15X18 NAVY | | | 00000000001499151 | 5208.32.3040 | US | 2.000 | 360.00 | | 0.00 | 360.00 |
| 252 | 252 | EA | GD1436BX-853 | 14CT 15X18 BLACK | | | 00000000002600765 | 5208.32.3040 | US | 2.000 | 504.00 | | 0.00 | 504.00 |
| 72 | 72 | EA | GD1636BX-5200 | 16CT 15X18 NATURAL | | | 00000000001500040 | 5209.31.6035 | US | 2.000 | 144.00 | | 0.00 | 144.00 |
| 72 | 72 | EA | GD1909BX | 14CT GLD FIDD LT 15X18 | | | 00000000002600302 | 5208.32.3040 | US | 2.090 | 150.48 | | 0.00 | 150.48 |
| 216 | 216 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | | | 00000000002600377 | 5209.31.6035 | US | 2.090 | 451.44 | | 0.00 | 451.44 |
| 576 | 576 | EA | JASBOOKMARK | CHARLES CRAFT BOOK MARK 14 CT | | | 00000000001072338 | 5310.10.0090 | MX | 0.560 | 322.56 | | 0.00 | 322.56 |
| 144 | 144 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | | | 00000000008737785 | 5309.19.0000 | US | 3.150 | 453.60 | | 0.00 | 453.60 |
| 1368 | 1368 | EA | TC8436PK-6750 | 14CT 15X18 WHT | | | 00000000016524030 | 5208.22.4040 | US | 1.250 | 1710.00 | | 0.00 | 1710.00 |
| 684 | 684 | EA | TC8438PK-6750 | 14CT 30X36 WHT | | | 00000000016524089 | 5208.22.4040 | US | 3.000 | 2052.00 | | 0.00 | 2052.00 |

Page 3 of 4

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC · ROWAN · TILSATEC · SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | Shipped To: |
|---|---|
| JOANN STORES. INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH , 44236- | JOANN STORES #DC06 2400 JOANN DRIVE OPELIKA, AL 36801-9740 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175306163 | 10/09/24 | 581498 | 10/22/24 | 1941995 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 432 | 432 | EA | TC8636PK-6750 | 16CT 15X18 WHT | 00000000016324113 | 5209.21.0035 | US | 1.250 | 540.00 | | 0.00 | 540.00 |
| 1404 | 1404 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 2218.32 | | 0.00 | 2218.32 |
| 648 | 648 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 790.56 | | 0.00 | 790.56 |
| 120 | 120 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 390.00 | | 0.00 | 390.00 |
| 192 | 192 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 768.00 | | 0.00 | 768.00 |
| 168 | 168 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 672.00 | | 0.00 | 672.00 |
| 216 | 216 | EA | VT6910EA-6750 | WHITE MAXTON GUEST TOWEL | 00000000001764174 | 5310.10.00.90 | CN | 1.770 | 382.32 | | 0.00 | 382.32 |

| | |
|---|---|
| Total Gross | 40025.46 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 40025.46 |

**NOTES***
ward - 023 0806047

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

ROWAN  DMC  TILSATEC  SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291-9308

Telephone 330-463-6790
Fax 330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | | Order date | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0175311791 | | | 10/09/24 | 581536 | | 10/23/24 | | | 1941997 | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | | | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | | Net Amount |
| 1440 | 1440 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | | | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 993.60 | | 0.00 | | 993.60 |
| 720 | 240 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | | | 00000000002619260 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | | 165.60 |
| 960 | 960 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | | | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | | 662.40 |
| 960 | 960 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | | | 00000000002619088 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | | 662.40 |
| 6480 | 6480 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | | | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 2592.00 | | 0.00 | | 2592.00 |
| 5040 | 5040 | EA | 117-321 | 6-STRAND FLOSS 321 RED | | | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 2016.00 | | 0.00 | | 2016.00 |
| 2160 | 2160 | EA | 117-3371 | 6-STRAND FLOSS 3371 BLACK BROWN | | | 00000000001043041 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | | 864.00 |
| 1440 | 1440 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | | | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | | 576.00 |
| 2160 | 2160 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | | | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | | 864.00 |
| 1440 | 1440 | EA | 117-666 | 6-STRAND FLOSS 666 BRIGHT RED | | | 00000000001044924 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | | 576.00 |
| 1440 | 1440 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | | | 00000000001032499 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | | 576.00 |
| 4320 | 4320 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | | | 00000000003999497 | 5207.10.00.00 | FR | 0.400 | 1728.00 | | 0.00 | | 1728.00 |
| 2880 | 2880 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | | | 00000000001025113 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | | 1152.00 |
| 2160 | 2160 | EA | 117-ECRU | 6-STRAND FLOSS ECRU | | | 00000000001025006 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | | 864.00 |
| 1200 | 1200 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | | | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 492.00 | | 0.00 | | 492.00 |

FORM ID: INVOICE3

**Invoice**

THE DMC GROUP — ROWAN — TILSATEC — SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175311791 | 10/09/24 | 581536 | 10/23/24 | 1941997 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 960 | 960 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 00000000000004301701 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 240 | 240 | EA | 1767/2 | NEEDLES TAPESTRY SIZE 16 | 00000000000007243850 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 1767/6 | NEEDLES TAPESTRY SIZE 22 | 00000000000004301578 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 1440 | 1440 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000000004301610 | 7319.10.0000 | GB | 0.410 | 590.40 | | 0.00 | 590.40 |
| 480 | 480 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000000004301719 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 720 | 720 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000000007893589 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 240 | 240 | EA | 317W-E3821 | LIGHT EFFECTS FLOSS GOLD | 00000000000003780632 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3852 | LIGHT EFFECTS E3852 DK GOLD | 00000000000004500054 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 360 | 360 | EA | 360-001 | ECO VITA THREAD FROSTED JUNIPER 001 | 00000000000020189498 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-002 | ECO VITA THREAD FRESH WALNUT 002 | 00000000000020189098 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-003 | ECO VITA THREAD ASHEN MYRTLE 003 | 00000000000020184503 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-004 | ECO VITA THREAD DRIED WALNUT 004 | 00000000000020184511 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-005 | ECO VITA THREAD BURNED MYRTLE 005 | 00000000000020184529 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-006 | ECO VITA THREAD CHARCOAL MYRTLE 006 | 00000000000020184537 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-9308

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0175311791 | | 10/09/24 | | 581536 | | 10/23/24 | | 1941997 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 360-101 | ECO VITA THREAD HENNA FROM THE SANDS 101 | 00000000020184545 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-102 | ECO VITA THREAD COPPER CATECHU 102 | 00000000020184552 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-103 | ECO VITA THREAD HENNA FROM THE LAND 103 | 00000000020184560 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-104 | ECO VITA THREAD HENNA FROM THE PLAINS 10 | 00000000020184578 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-105 | ECO VITA THREAD TOASTED CATECHU 105 | 00000000020184586 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-106 | ECO VITA THREAD INTENSE MYRTLE 106 | 00000000020184594 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-201 | ECO VITA THREAD CREAMY WOALD 201 | 00000000020184602 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-202 | ECO VITA THREAD VANILLA ALDER 202 | 00000000020184610 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-203 | ECO VITA THREAD LEMON SAFFLOWER 203 | 00000000020184628 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-204 | ECO VITA THREAD RUBARB COMPOTE 204 | 00000000020184636 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-205 | ECO VITA THREAD CINNAMON RHUBARB 205 | 00000000020184644 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
                           93291-9308

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175311791 | 10/09/24 | 581536 | 10/23/24 | 1941997 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 360-301 | ECO VITA THREAD LYCHEE MADDER 301 | 00000000020184651 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-302 | ECO VITA THREAD POMELOS SAFFLOWER 302 | 00000000020184669 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-303 | ECO VITA THREAD PAPAYA MADDER 303 | 00000000020184677 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-304 | ECO VITA THREAD MANGO CUTCH 304 | 00000000020184685 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-305 | ECO VITA THREAD PASSION MADDER 305 | 00000000020184693 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-306 | ECO VITA THREAD SAFFLOWER CEDAR 306 | 00000000020184701 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-401 | ECO VITA THREAD JASMINE COCHINEAL 401 | 00000000020184719 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-402 | ECO VITA THREAD MAGNOLIA COCHINEAL 402 | 00000000020184727 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-403 | ECO VITA THREAD LOTUS COCHINEAL 403 | 00000000020184735 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-404 | ECO VITA THREAD ALTHEA COCHINEAL 404 | 00000000020184743 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-405 | ECO VITA THREAD HYDRANGEA COCHINEAL 405 | 00000000020184750 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-406 | ECO VITA THREAD PEONY MADDER 406 | 00000000020184768 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |

Page 4 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
  44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
                    93291-9308
Telephone   330-463-6790
Fax            330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0175311791 | | 10/09/24 | 581536 | | 10/23/24 | | | 1941997 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 360-407 | ECO VITA THREAD ASTER COCHINEAL 407 | 00000000020184776 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-408 | ECO VITA THREAD COLCHICUM MADDER 408 | 00000000020184784 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-409 | ECO VITA THREAD CLEMATIS COCHINEAL 409 | 00000000020184792 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-410 | ECO VITA THREAD HEATHER COCHINEAL 410 | 00000000020184800 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-501 | ECO VITA THREAD IMPERIAL MADDER 501 | 00000000020184818 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-502 | ECO VITA THREAD FIERY MADDER 502 | 00000000020184826 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-503 | ECO VITA THREAD CARDINAL MADDER 503 | 00000000020184834 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-504 | ECO VITA THREAD VERMEIL MADDER 504 | 00000000020184842 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-505 | ECO VITA THREAD RUBY MADDER 505 | 00000000020184859 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-601 | ECO VITA THREAD BALTIC INDIGO 601 | 00000000020184867 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-602 | ECO VITA THREAD MIST INDIGO 602 | 00000000020184875 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-603 | ECO VITA THREAD ABYSSINIAN MYRTLE 603 | 00000000020184883 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  R O W A N  TILSATEC  SIREDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,  44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,  93291-9308

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  1% Net 90 Days

| Customer No. | | Purchase Order No. | Order date | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0175311791 | 10/09/24 | 581536 | 10/23/24 | | 1941997 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 360-604 | ECO VITA THREAD SKY INDIGO 604 | 00000000020184891 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-605 | ECO VITA THREAD AZURE INDIGO 605 | 00000000020184909 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-606 | ECO VITA THREAD OVERSEAS MYRTLE 606 | 00000000020184917 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-607 | ECO VITA THREAD NIGHT INDIGO 607 | 00000000020184925 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-608 | ECO VITA THREAD NAVY INDIGO 608 | 00000000020184933 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-609 | ECO VITA THREAD ARCTIC INDIGO 609 | 00000000020184941 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-610 | ECO VITA THREAD OCEAN INDIGO 610 | 00000000020184958 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-611 | ECO VITA THREAD CLOUD INDIGO 611 | 00000000020184966 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-612 | ECO VITA THREAD STORM INDIGO 612 | 00000000020184974 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-701 | ECO VITA THREAD SOFT COMMON IVY 701 | 00000000020184982 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-702 | ECO VITA THREAD LICHEN WOALD 702 | 00000000020184990 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-703 | ECO VITA THREAD MOSS INDIGO 703 | 00000000020185005 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-704 | ECO VITA THREAD WILLOW WOALD 704 | 00000000020185013 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-705 | ECO VITA THREAD MEASOW INDIGO 705 | 00000000020185021 | 5109.10.9000 | FR | | 0.670 | 241.20 | | 0.00 | 241.20 |

Page 6 of 9

FORM ID: INVOICE3

# Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,   93291-9308

| Telephone | 330-463-6790 |
|---|---|
| Fax | 330-463-6704 |

| Shipping Instructions | WARD TRUCKING |
|---|---|
| Terms: | 1% Net 90 Days |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175311791 | 10/09/24 | 581536 | 10/23/24 | 1941997 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 360-706 | ECO VITA THREAD FERN INDIGO 706 | 00000000020185039 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-707 | ECO VITA THREAD LINE WOALD 707 | 00000000020185047 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-708 | ECO VITA THREAD SPRUCE INDIGO 708 | 00000000020185054 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-709 | ECO VITA THREAD CYPRESS INDIGO 709 | 00000000020185062 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 360 | 360 | EA | 360-710 | ECO VITA THREAD CEDAR WOALD 710 | 00000000020185070 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |
| 864 | 864 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 483.84 | | 0.00 | 483.84 |
| 1080 | 1080 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 702.00 | | 0.00 | 702.00 |
| 864 | 864 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005727672 | 3923.40.0050 | CN | 0.600 | 518.40 | | 0.00 | 518.40 |
| 756 | 756 | EA | 6112/6 | NEEDLE THREADER | 00000000007070048 | 3917.33.00.90 | CN | 0.790 | 597.24 | | 0.00 | 597.24 |
| 378 | 378 | EA | 6123/3 | EMBROIDERY SCISSORS | 00000000007895964 | 8213.00.9000 | IT | 2.770 | 1047.06 | | 0.00 | 1047.06 |
| 324 | 324 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000009648080 | 8213.00.9000 | IT | 3.260 | 1056.24 | | 0.00 | 1056.24 |
| 108 | 108 | EA | 6140/3 | MAGNETIC NEEDLE CASE | 00000000016691061 | 7326.90.1000 | CN | 2.210 | 238.68 | | 0.00 | 238.68 |
| 288 | 288 | EA | BK1914L | DMC XS KIT CAT | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 633.60 | | 0.00 | 633.60 |
| 144 | 144 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000019073428 | 5208.22.4040 | US | 0.900 | 129.60 | | 0.00 | 129.60 |

Page 7 of 9

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · DMC · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291-9308

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0175311791 | | 10/09/24 | | 581536 | | 10/23/24 | | 1941997 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 264 | 264 | EA | EBSG01 | EMMA BROIDERY'S STITCH TOOL | 00000000010691046 | | US | 3.750 | 990.00 | | 0.00 | 990.00 |
| 144 | 144 | EA | GD1436BX-4600 | 14CT 15X18 LT BLUE | 00000000002600799 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |
| 144 | 144 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | 00000000001499136 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |
| 216 | 216 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 432.00 | | 0.00 | 432.00 |
| 36 | 36 | EA | GD1909BX | 14CT GLD FIDD LT 15X18 | 00000000002600302 | 5208.32.3040 | US | 2.090 | 75.24 | | 0.00 | 75.24 |
| 108 | 108 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | 00000000002600377 | 5209.31.6035 | US | 2.090 | 225.72 | | 0.00 | 225.72 |
| 216 | 216 | EA | JASBOOKMARK | CHARLES CRAFT BOOK MARK 14 CT | 00000000001023385 | 5310.10.0090 | MX | 0.560 | 120.96 | | 0.00 | 120.96 |
| 144 | 144 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | 00000000008737785 | 5309.19.0000 | US | 3.150 | 453.60 | | 0.00 | 453.60 |
| 576 | 576 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 1728.00 | | 0.00 | 1728.00 |
| 360 | 360 | EA | TC8636PK-6750 | 16CT 15X18 WHT | 00000000016324113 | 5209.21.0035 | US | 1.250 | 450.00 | | 0.00 | 450.00 |
| 540 | 540 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 853.20 | | 0.00 | 853.20 |
| 96 | 96 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 312.00 | | 0.00 | 312.00 |
| 96 | 96 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 384.00 | | 0.00 | 384.00 |
| 144 | 144 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 576.00 | | 0.00 | 576.00 |
| 72 | 72 | EA | VT6910EA-6750 | WHITE MAXTON GUEST TOWEL | 00000000001764174 | 5310.10.00.90 | CN | 1.770 | 127.44 | | 0.00 | 127.44 |

Page 8 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---:|
| Total Gross | 44203.62 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 44203.62 |

**NOTES\***

54167
ward - 023 0806050

**POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM**

FORM ID: INVOICE3

# THE DMC GROUP

THE DMC GANG  •  DMC  •  ROWAN  •  TILSATEC  •  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-4069

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175309967 | 10/09/24 | 581537 | 10/23/24 | 1941996 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1920 | 1920 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 1324.80 | | 0.00 | 1324.80 |
| 960 | 960 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 00000000002619260 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | 662.40 |
| 1200 | 1200 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 828.00 | | 0.00 | 828.00 |
| 1200 | 1200 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | 00000000002619088 | 5207.10.00.00 | FR | 0.690 | 828.00 | | 0.00 | 828.00 |
| 8640 | 8640 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 3456.00 | | 0.00 | 3456.00 |
| 3600 | 3600 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001023984 | 5207.10.00.00 | FR | 0.400 | 1440.00 | | 0.00 | 1440.00 |
| 1440 | 1440 | EA | 117-3371 | 6-STRAND FLOSS 3371 BLACK BROWN | 00000000001043041 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-666 | 6-STRAND FLOSS 666 BRIGHT RED | 00000000001044924 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 00000000001032499 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2880 | 2880 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 00000000003999497 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | 1152.00 |
| 7920 | 7920 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 00000000001025113 | 5207.10.00.00 | FR | 0.400 | 3168.00 | | 0.00 | 3168.00 |
| 2160 | 2160 | EA | 117-ECRU | 6-STRAND FLOSS ECRU | 00000000001025006 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1920 | 1920 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 787.20 | | 0.00 | 787.20 |

Page 1 of 4

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

ROWAN    TILSATEC    SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-4069

Telephone    330-463-6790
Fax          330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175309967 | 10/09/24 | 581537 | 10/23/24 | 1941996 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 00000000000301701 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 720 | 720 | EA | 1767/2 | NEEDLES TAPESTRY SIZE 16 | 00000000007243850 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 720 | 720 | EA | 1767/6 | NEEDLES TAPESTRY SIZE 22 | 00000000000301578 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 1200 | 1200 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000000301610 | 7319.10.0000 | GB | 0.410 | 492.00 | | 0.00 | 492.00 |
| 960 | 960 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000000301719 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 720 | 720 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000007893589 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 480 | 480 | EA | 317W-E3821 | LIGHT EFFECTS FLOSS GOLD | 00000000003780632 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 480 | 480 | EA | 317W-E3852 | LIGHT EFFECTS E3852 DK GOLD | 00000000000450004 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 1080 | 1080 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 604.80 | | 0.00 | 604.80 |
| 1080 | 1080 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 702.00 | | 0.00 | 702.00 |
| 1080 | 1080 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005727672 | 3923.40.0050 | CN | 0.600 | 648.00 | | 0.00 | 648.00 |
| 972 | 972 | EA | 6112/6 | NEEDLE THREADER | 00000000007070048 | 3917.33.00.90 | CN | 0.790 | 767.88 | | 0.00 | 767.88 |
| 324 | 324 | EA | 6123/3 | EMBROIDERY SCISSORS | 00000000007885964 | 8213.00.9000 | IT | 2.770 | 897.48 | | 0.00 | 897.48 |
| 378 | 378 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000009648080 | 8213.00.9000 | IT | 3.260 | 1232.28 | | 0.00 | 1232.28 |

Page 2 of 4

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH

44236-4069

Telephone    330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175309967 | 10/09/24 | 581537 | 10/23/24 | 1941996 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | 162 | EA | 6140/3 | MAGNETIC NEEDLE CASE | 00000000010691061 | 7326.90.1000 | CN | 2.210 | 358.02 | | 0.00 | 358.02 |
| 324 | 324 | EA | BK1914L | DMC XS KIT CAT | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 712.80 | | 0.00 | 712.80 |
| 384 | 384 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000019073428 | 5208.22.4040 | US | 0.900 | 345.60 | | 0.00 | 345.60 |
| 264 | 264 | EA | EBSG01 | EMMA BROIDERY'S STITCH TOOL | 00000000010691046 | | US | 3.750 | 990.00 | | 0.00 | 990.00 |
| 144 | 144 | EA | GD1436BX-4600 | 14CT 15X18 LT BLUE | 00000000002600799 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |
| 216 | 216 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | 00000000001499136 | 5208.32.3040 | US | 2.000 | 432.00 | | 0.00 | 432.00 |
| 180 | 36 | EA | GD1436BX-5225 | 14 CT 15X18 NAVY | 00000000001499151 | 5208.32.3040 | US | 2.000 | 72.00 | | 0.00 | 72.00 |
| 432 | 432 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 864.00 | | 0.00 | 864.00 |
| 108 | 108 | EA | GD1909BX | 14CT GLD FIDD LT 15X18 | 00000000002600302 | 5209.31.6035 | US | 2.090 | 225.72 | | 0.00 | 225.72 |
| 216 | 216 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | 00000000010723385 | 5209.31.6035 | US | 2.090 | 451.44 | | 0.00 | 451.44 |
| 288 | 288 | EA | JASBOOKMARK | CHARLES CRAFT BOOK MARK 14 CT | 00000000008737785 | 5310.10.0090 | MX | 0.560 | 161.28 | | 0.00 | 161.28 |
| 144 | 144 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | 00000000016324030 | 5309.19.0000 | US | 3.150 | 453.60 | | 0.00 | 453.60 |
| 1800 | 1368 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000016324030 | 5208.22.4040 | US | 1.250 | 1710.00 | | 0.00 | 1710.00 |
| 792 | 792 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 2376.00 | | 0.00 | 2376.00 |
| 504 | 504 | EA | TC8636PK-6750 | 16CT 15X18 WHT | 00000000016324113 | 5209.21.0035 | US | 1.250 | 630.00 | | 0.00 | 630.00 |

Page 3 of 4

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

Shipping Instructions    WARD TRUCKING
Terms:                   1% Net 90 Days

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,          44236-4069
Telephone    330-463-6790
Fax          330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0175309967 | | 10/09/24 | | 581537 | | 10/23/24 | | 1941996 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1404 | 1404 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000000812887 | 9608.20.0000 | CN | 1.580 | 2218.32 | | 0.00 | 2218.32 |
| 144 | 144 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 468.00 | | 0.00 | 468.00 |
| 168 | 168 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 672.00 | | 0.00 | 672.00 |
| 264 | 264 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797820 | 4409.21.0500 | IN | 4.000 | 1056.00 | | 0.00 | 1056.00 |
| 216 | 216 | EA | VT6910EA-6750 | WHITE MAXTON GUEST TOWEL | 00000000001764174 | 5310.10.00.90 | CN | 1.770 | 382.32 | | 0.00 | 382.32 |

| | |
|---|---|
| Total Gross | 40971.54 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **40971.54** |

**NOTES\***

54166
ward - 023 0896044

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL  DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3



# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-4069

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions    UPS GROUND
Terms:    1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0174921118 | 09/25/24 | 582928 | 10/24/24 | 1929987 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 108 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 170.64 | | 0.00 | 170.64 |

| | |
|---|---|
| Total Gross | 170.64 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 170.64 |

**NOTES***

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL  DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions    UPS GROUND
Terms:    1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,          93291-9308

Telephone    330-463-6790
Fax          330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0174921215 | | 09/25/24 | | 583009 | | 10/24/24 | | 1929988 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 54 | EA | U1636 | STITCH BOW MINI TRAVEL BAG | 000000000001496843 | 4202.92.90.19 | CN | 5.900 | 318.60 | | 0.00 | 318.60 |

| | |
|---|---|
| Total Gross | 318.60 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **318.60** |

**NOTES***

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 1 of 1

FORM ID: INVOICE3

# THE DMC GROUP

**米 DMC  ROWAN  TILSATEC  SIRDAR**

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,                93291-9308
**Telephone**  330-463-6790
**Fax**  330-463-6704

| Customer No. | Purchase Order No. | | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|---|
| 3323300 | 0175706257 | | 10/24/24 | 583548 | 10/31/24 | 1952168 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000000431685 | 7319.10.0000 | GB | 0.410 | 590.40 | | 0.00 | 590.40 |
| 216 | 216 | EA | 6102/12 | PLASTIC BOBBINS | 00000000000727292 | 3923.40.0050 | CN | 0.650 | 140.40 | | 0.00 | 140.40 |
| 36 | 36 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 72.00 | | 0.00 | 72.00 |
| 84 | 84 | EA | GD1436BXINP-3609 | DMC 14 CT PRINTED AIDA SUNSET PRINT | 00000000001877268 | 5208.32.3040 | FR | 3.870 | 325.08 | | 0.00 | 325.08 |
| 1224 | 1224 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000016324030 | 5208.22.4040 | US | 1.250 | 1530.00 | | 0.00 | 1530.00 |
| 72 | 72 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 216.00 | | 0.00 | 216.00 |
| 108 | 108 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 170.64 | | 0.00 | 170.64 |
| 432 | 432 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 527.04 | | 0.00 | 527.04 |

| | |
|---|---|
| **Total Gross** | 3571.56 |
| **Line Discount** | 0.00 |
| **Order Discount** | 0.00 |
| **Freight** | 0.00 |
| **SalesTax** | 0.00 |
| **Grand Total** | 3571.56 |

**NOTES\***
Shipper's No: 54321

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 1 of 1

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH 44236- |
|---|---|

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Shipped To: | JOANN STORES #DC01 5350 HUDSON INDUSTRIAL PARKWAY HUDSON, OH 44236-4069 |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice date | DMC Order No. |
|---|---|---|---|---|
| 3323300 | 0175706378 | 10/24/24 | 10/31/24 | 1952169 |

| Invoice No. |
|---|
| 583549 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1680 | 1440 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 590.40 | | 0.00 | 590.40 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 54 | 54 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000009648080 | 8213.00.9000 | IT | 3.260 | 176.04 | | 0.00 | 176.04 |
| 72 | 72 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 144.00 | | 0.00 | 144.00 |
| 96 | 96 | EA | GD1436BXINP-3609 | DMC 14 CT PRINTED AIDA SUNSET PRINT | 00000000018777268 | 5208.32.3040 | FR | 3.870 | 371.52 | | 0.00 | 371.52 |
| 288 | 288 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000016324030 | 5208.22.4040 | US | 1.250 | 360.00 | | 0.00 | 360.00 |
| 432 | 432 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 527.04 | | 0.00 | 527.04 |

Page 1 of 1

| | |
|---|---|
| Total Gross | 2267.40 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 2267.40 |

**NOTES***

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-9740

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions**  UPS GROUND
**Terms:**  1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0175705138 | 10/24/24 | 583550 | 10/31/24 | 1952167 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 590.40 | | 0.00 | 590.40 |
| 48 | 48 | EA | GD1436BX\NP-3609 | DMC 14 CT PRINTED AIDA SUNSET PRINT | 00000000018777268 | 5208.32.3040 | FR | 3.870 | 185.76 | | 0.00 | 185.76 |

| | |
|---|---|
| Total Gross | 776.16 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| **Grand Total** | **776.16** |

**NOTES\***

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 1 of 1

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br><br>93291-,930 |
|---|---|---|---|
| | | Telephone | 330-463-6790 |
| | | Fax | 330-463-6704 |

| Shipping Instructions | WARD TRUCKING |
|---|---|
| Terms: | 1% Net 90 Days |

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | 1964605 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S211 | SATIN FLOSS S211 IRIS | 00000000000003997269 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S310 | SATIN FLOSS S310 BLACK | 00000000000003997277 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S3607 | SATIN FLOSS S3607 VINTAGE PINK | 00000000000003997848 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S434 | SATIN FLOSS S434 SEPIA BROWN | 00000000000003997335 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S471 | SATIN FLOSS 471 GRANNY SMITH GRN | 00000000000015367121 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S550 | SATIN FLOSS 550 SHINY PURPLE | 00000000000015367063 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S601 | SATIN FLOSS 601 FUCHSIA | 00000000000015367071 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S602 | SATIN FLOSS 602 HIBISCUS PINK | 00000000000015369861 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S700 | SATIN FLOSS S700 TROPICAL LEAVES | 00000000000003997624 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S741 | SATIN FLOSS 741 ORANGE ZEST | 00000000000015367139 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S818 | SATIN FLOSS S818 POWDER PINK | 00000000000003997756 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S820 | SATIN FLOSS S820 DEEP ROYAL BLUE | 00000000000003997764 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S899 | SATIN FLOSS S899 ROSE | 00000000000003997780 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S915 | SATIN FLOSS S915 BLACK CURRANT | 00000000000003997806 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S943 | SATIN FLOSS S943 BRIGHT EMERALD | 00000000000015367105 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930
Telephone 330-463-6790
Fax 330-463-6704

THE DMC GROUP
DMC  ROWAN  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344475 | 11/20/24 | 607342 | 12/30/24 | 1964605 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S959 | SATIN FLOSS 959 CHLOROPHYLL GRN | 00000000015367097 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S991 | SATIN FLOSS 991 DARK GREEN | 00000000015367113 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S995 | SATIN FLOSS 995 TURQUOISE | 00000000015367089 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 240 | 240 | EA | 115/5-208 | PEARL CTN 208 SIZE 5 DK LAVENDER | 00000000002619120 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-211 | PEARL CTN 211 SIZE 5 LT LAVENDER | 00000000007245095 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-309 | PEARL CTN 309 SIZE 5 DK ROSE | 00000000007245129 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-312 | PEARL CTN 312 SIZE 5 DK BBY BLUE | 00000000002619229 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-327 | PEARL CTN 327 SIZE 5 DK VIOLET | 00000000015370018 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-3325 | PEARL CTN 3325 SIZE 5 LT BABY BLUE | 00000000003668761 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-335 | PEARL CTN 335 SIZE 5 ROSE | 00000000007245152 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-414 | PEARL CTN 414 SIZE 5 DK ST GRY | 00000000002619336 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-415 | PEARL CTN 415 SIZE 5 PEARL GRY | 00000000002619351 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-434 | PEARL CTN 434 SIZE 5 BROWN | 00000000002619369 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-436 | PEARL CTN 436 SIZE 5 TAN | 00000000002619385 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-437 | PEARL CTN 437 SIZE 5 LT TAN | 00000000007245228 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |

FORM ID: INVOICE3

# THE DMC GROUP

ANCHOR · DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291--930

Telephone 330-463-6790
Fax 330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | | Order date | | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | | | 11/20/24 | | | 607342 | | 12/30/24 | | 1964605 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-444 | PEARL CTN 444 SIZE 5 DK LEMON | 00000000001536937 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-552 | PEARL CTN 552 SIZE 5 VIOLET | 00000000007245277 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-606 | PEARL CTN 606 SIZE 5 BRT ORANGE RED | 00000000015369903 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-725 | PEARL CTN 725 SIZE 5 TOPAZ | 00000000002619534 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-727 | PEARL CTN 727 SIZE 5 LT TOPAZ | 00000000002619542 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-740 | PEARL CTN 740 SIZE 5 TANGERINE | 00000000015369929 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-745 | PEARL CTN 745 SIZE 5 LT PALE YELLOW | 00000000002619567 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-776 | PEARL CTN 776 SIZE 5 MED PINK | 00000000002619591 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-783 | PEARL CTN 783 SIZE 5 MED TOPAZ | 00000000002619609 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-796 | PEARL CTN 796 SIZE 5 DK ROYAL BLUE | 00000000002619617 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-798 | PEARL CTN 798 SIZE 5 DK DELFT BLUE | 00000000002619625 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-800 | PEARL CTN 800 SIZE 5 PALE DELFT BLUE | 00000000002619641 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-801 | PEARL CTN 801 SIZE 5 DK COFFEE BROWN | 00000000002619658 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-807 | PEARL CTN 807 SIZE 5 PEACOCK BLUE | 00000000007245459 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |

FORM ID: INVOICE3

# THE DMC GROUP

鸞 **DMC** R O W A N ❀ **TILSATEC** SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions    WARD TRUCKING
Terms:    1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA

,    93291--930

Telephone    330-463-6790
Fax    330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | 1964605 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-814 | PEARL CTN 514 SIZE 5 DK GARNET | 00000000000745483 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-815 | PEARL CTN 815 SIZE 5 MED GARNET | 00000000003668738 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-820 | PEARL CTN 820 SIZE 5 DK ROYAL BLUE | 00000000015370000 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-842 | PEARL CTN 842 SIZE 5 LT BEIGE BROWN | 00000000003668720 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-899 | PEARL CTN 899 SIZE 5 MED ROSE | 00000000002619716 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-906 | PEARL CTN 906 SIZE 5 MED PARROT GRN | 00000000015369960 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-915 | PEARL CTN 915 SIZE 5 DK PLUM | 00000000015369895 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-938 | PEARL CTN 938 SIZE 5 DK COFFEE BROWN | 00000000002619807 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-943 | PEARL CTN 943 SIZE 5 MED AQUAMARINE | 00000000015369738 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-947 | PEARL CTN 947 SIZE 5 BURNT ORANGE | 00000000015369911 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 720 | 720 | EA | 117-150 | 6-STRAND FLOSS 150 DK DUSTY ROSE | 00000000005982194 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-151 | 6-STRAND FLOSS 151 LT DUSTY ROSE | 00000000005982202 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-152 | 6-STRAND FLOSS 152 MED LT SHELL PINK | 00000000005982210 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-166 | 6-STRAND FLOSS 166 MED LT MOSS GREEN | 00000000005982467 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions**    WARD TRUCKING
**Terms:**    1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone    330-463-6790
Fax    330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | | | 1964605 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-209 | 6-STRAND FLOSS 209 DK LAVENDER | 00000000000101853 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-221 | 6-STRAND FLOSS 221 DK SHELL PINK | 00000000001025303 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3012 | 6-STRAND FLOSS 3012 MED KHAKI GREEN | 00000000001016708 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3021 | 6-STRAND FLOSS 3021 DK BROWN GRAY | 00000000001027812 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3023 | 6-STRAND FLOSS 3023 LT BROWN GRAY | 00000000001024355 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3041 | 6-STRAND FLOSS 3041 MED ANTIQUE VIOLET | 00000000001031111 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3042 | 6-STRAND FLOSS 3042 LT ANTIQUE VIOLET | 00000000001020015 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3045 | 6-STRAND FLOSS 3045 DK YELLOW BEIGE | 00000000001018688 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3047 | 6-STRAND FLOSS 3047 LT YELLOW BEIGE | 00000000001024090 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3052 | 6-STRAND FLOSS 3052 MED GREEN GRAY | 00000000001039791 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3078 | 6-STRAND FLOSS 3078 LT GOLDEN YELLOW | 00000000001016120 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-312 | 6-STRAND FLOSS 312 DK BABY BLUE | 00000000001037431 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-316 | 6-STRAND FLOSS 316 MED ANTIQUE MAUVE | 00000000001026863 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC · ROWAN · TILSATEC · SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH 44236- | Shipped To: | JOANN STORES #DC04 2500 NORTH PLAZA DRIVE VISALIA, CA 93291--930 |
|---|---|---|---|

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | | 11/20/24 | 607342 | 12/30/24 | | 1964605 | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-318 | 6-STRAND FLOSS 318 LT STEEL GRAY | 0000000000001038918 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-319 | 6-STRAND FLOSS 319 DK PISTACHIO GRN | 0000000000001026871 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-320 | 6-STRAND FLOSS 320 MED PISTACHIO GRN | 0000000000001037688 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-334 | 6-STRAND FLOSS 334 MED BABY BLUE | 0000000000001024231 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3346 | 6-STRAND FLOSS 3346 HUNTER GREEN | 0000000000001026897 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3348 | 6-STRAND FLOSS 3348 LT YELLOW GREEN | 0000000000001019819 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3350 | 6-STRAND FLOSS 3350 DK DUSTY ROSE | 0000000000001032515 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-340 | 6-STRAND FLOSS 340 MED BLUE VIOLET | 0000000000001031285 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-341 | 6-STRAND FLOSS 341 LT BLUE VIOLET | 0000000000001031988 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-352 | 6-STRAND FLOSS 352 LT CORAL | 0000000000001036557 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3607 | 6-STRAND FLOSS 3607 LT PLUM | 0000000000001028281 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3609 | 6-STRAND FLOSS 3609 LT PLUM | 0000000000001029875 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-369 | 6-STRAND FLOSS 369 LT PISTACHIO GRN | 0000000000001018076 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3706 | 6-STRAND FLOSS 3706 MED MELON | 0000000000001031566 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291–930

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | 1964605 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-371 | 6-STRAND FLOSS 371 MUSTARD | 00000000001039452 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3713 | 6-STRAND FLOSS 3713 LT SALMON | 00000000001608413 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3716 | 6-STRAND FLOSS 3716 LT DUSTY ROSE | 00000000001608421 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3721 | 6-STRAND FLOSS 3721 DK SHELL PINK | 00000000001608439 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3722 | 6-STRAND FLOSS 3722 MED SHELL PINK | 00000000001608447 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3726 | 6-STRAND FLOSS 3726 DK ANTIQUE MAUVE | 00000000001608454 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3731 | 6-STRAND FLOSS 3731 DK DUSTY ROSE | 00000000001608470 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3733 | 6-STRAND FLOSS 3733 DUSTY ROSE | 00000000001608488 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3740 | 6-STRAND FLOSS 3740 DK ANTIQUE VIOLET | 00000000001608496 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3743 | 6-STRAND FLOSS 3743 LT ANTIQUE VIOLET | 00000000001608504 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3746 | 6-STRAND FLOSS 3746 DK BLUE VIOLET | 00000000001608512 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3752 | 6-STRAND FLOSS 3752 LT ANTIQUE BLUE | 00000000001608546 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3753 | 6-STRAND FLOSS 3753 LT ANTIQUE BLUE | 00000000001608553 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

THE DMC GROUP
DMC ROWAN TILSATEC SIRDAR

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,   93291--930

Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. | |
|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344475 | 11/20/24 | 607342 | 12/30/24 | 1964605 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3755 | 6-STRAND FLOSS 3755 BABY BLUE | 00000000001608561 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3761 | 6-STRAND FLOSS 3761 LT SKY BLUE | 00000000001608595 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3765 | 6-STRAND FLOSS 3765 DK PEACOCK BLUE | 00000000001608603 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3766 | 6-STRAND FLOSS 3766 LT PEACOCK BLUE | 00000000001608611 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3768 | 6-STRAND FLOSS 3768 DK GRAY GREEN | 00000000001608629 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3770 | 6-STRAND FLOSS 3770 LT TAWNY | 00000000001608637 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3772 | 6-STRAND FLOSS 3772 DK DESERT SAND | 00000000001608645 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3774 | 6-STRAND FLOSS 3774 LT DESERT SAND | 00000000001608660 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3776 | 6-STRAND FLOSS 3776 LT MAHOGANY | 00000000001608678 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3778 | 6-STRAND FLOSS 3778 LT TERRA COTTA | 00000000001608694 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3779 | 6-STRAND FLOSS 3779 LT TERRA COTTA | 00000000001608702 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3782 | 6-STRAND FLOSS 3782 LT MOCHA BROWN | 00000000001608728 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3787 | 6-STRAND FLOSS 3787 DK BROWN GRAY | 00000000001608736 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

鏺 DMC  R O W A N  ✿ TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC. |
| | ATTN: ACCOUNTS PAYABLE |
| | 5555 DARROW ROAD |
| | HUDSON, OH |
| | 44236- |

| Shipped To: | JOANN STORES #DC04 |
| | 2500 NORTH PLAZA DRIVE |
| | VISALIA, CA |
| | 93291--930 |
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | | 1964605 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3821 | 6-STRAND FLOSS 3821 STRAW | 0000000000002777688 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3823 | 6-STRAND FLOSS 3823 PALE YELLOW | 0000000000002777720 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3847 | 6-STRAND FLOSS 3847 DK TEAL GREEN | 0000000000004830915 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3849 | 6-STRAND FLOSS 3849 LT TEAL GREEN | 0000000000004830931 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3851 | 6-STRAND FLOSS 3851 LT BRIGHT GREEN | 0000000000004831194 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3853 | 6-STRAND FLOSS 3853 DK AUTUMN GOLD | 0000000000004831236 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3854 | 6-STRAND FLOSS 3854 MED AUTUMN GOLD | 0000000000004831244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3857 | 6-STRAND FLOSS 3857 DK ROSEWOOD | 0000000000004831293 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3858 | 6-STRAND FLOSS 3858 MED ROSEWOOD | 0000000000004831319 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3859 | 6-STRAND FLOSS 3859 LT ROSEWOOD | 0000000000004831335 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3860 | 6-STRAND FLOSS 3860 COCOA | 0000000000004831350 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3862 | 6-STRAND FLOSS 3862 DK MOCHA BEIGE | 0000000000004831376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3864 | 6-STRAND FLOSS 3864 LT MOCHA BEIGE | 0000000000004831392 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 0000000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX, 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,    93291--930

Telephone    330-463-6790
Fax          330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344475 | 11/20/24 | 607342 | 12/30/24 | 1964605 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-400 | 6-STRAND FLOSS 400 DK MAHOGANY | 00000000000103455 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-407 | 6-STRAND FLOSS 407 DK DESERT SAND | 00000000001030766 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-420 | 6-STRAND FLOSS 420 DK HAZELNUT BRWN | 00000000001049196 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 00000000001049691 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-437 | 6-STRAND FLOSS 437 LT TAN | 00000000001050848 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-445 | 6-STRAND FLOSS 445 LT LEMON | 00000000001033042 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-503 | 6-STRAND FLOSS 503 MED BLUE GREEN | 00000000001027937 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-504 | 6-STRAND FLOSS 504 LT BLUE GREEN | 00000000001033463 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-517 | 6-STRAND FLOSS 517 MED DK WEDGEWOOD | 00000000001017466 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-518 | 6-STRAND FLOSS 518 LT WEDGEWOOD | 00000000001032176 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-519 | 6-STRAND FLOSS 519 SKY BLUE | 00000000001032135 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-524 | 6-STRAND FLOSS 524 LT FERN GREEN | 00000000001017151 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-553 | 6-STRAND FLOSS 553 VIOLET | 00000000001025626 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | 11/20/24 | 607342 | 12/30/24 | | 1964605 | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-561 | 6-STRAND FLOSS 561 DK JADE | 00000000001038090 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-562 | 6-STRAND FLOSS 562 MED JADE | 00000000001020353 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-563 | 6-STRAND FLOSS 563 LT JADE | 00000000001019025 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-580 | 6-STRAND FLOSS 580 DK MOSS GREEN | 00000000001024504 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-581 | 6-STRAND FLOSS 581 MOSS GREEN | 00000000001016799 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-598 | 6-STRAND FLOSS 598 LT TURQUOISE | 00000000001049022 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-601 | 6-STRAND FLOSS 601 DK CRANBERRY | 00000000001014117 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-604 | 6-STRAND FLOSS 604 LT CRANBERRY | 00000000001027069 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-608 | 6-STRAND FLOSS 608 BRIGHT ORANGE | 00000000001024546 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-611 | 6-STRAND FLOSS 611 DRAB BROWN | 00000000001031350 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-613 | 6-STRAND FLOSS 613 LT DRAB BROWN | 00000000001024751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-677 | 6-STRAND FLOSS 677 LT OLD GOLD | 00000000001037068 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-701 | 6-STRAND FLOSS 701 LT GREEN | 00000000001019017 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-704 | 6-STRAND FLOSS 704 BRIGHT CHARTREUSE | 00000000001018340 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC · ROWAN · TILSATEC · SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

Telephone 330-463-6790
Fax 330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344475 | 11/20/24 | 607342 | 12/30/24 | 1964605 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-718 | 6-STRAND FLOSS 718 PLUM | 00000000001039296 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-744 | 6-STRAND FLOSS 744 PALE YELLOW | 00000000001015965 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-761 | 6-STRAND FLOSS 761 LT SALMON | 00000000001036169 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-780 | 6-STRAND FLOSS 780 DK TOPAZ | 00000000001050210 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-782 | 6-STRAND FLOSS 782 DK TOPAZ | 00000000001017995 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-793 | 6-STRAND FLOSS 793 MED CORNFLOWER BLUE | 00000000001037894 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-794 | 6-STRAND FLOSS 794 LT CORNFLOWER BLUE | 00000000001017417 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-797 | 6-STRAND FLOSS 797 ROYAL BLUE | 00000000001017086 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-806 | 6-STRAND FLOSS 806 DK PEACOCK BLUE | 00000000001025741 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-807 | 6-STRAND FLOSS 807 PEACOCK BLUE | 00000000001024157 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-818 | 6-STRAND FLOSS 818 BABY PINK | 00000000001026889 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-819 | 6-STRAND FLOSS 819 LT BABY PINK | 00000000001036912 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-825 | 6-STRAND FLOSS 825 DK BLUE | 00000000001040873 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-827 | 6-STRAND FLOSS 827 LT BLUE | 00000000001027234 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 12 of 18

FORM ID: INVOICE3

# Invoice

THE DMC GROUP

DMC  ROWAN  TILSATEC  SIKDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
  ,  44236-

Shipping Instructions:   WARD TRUCKING
Terms:   1% Net 90 Days

Shipped To:
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
  ,    93291--930

Telephone   330-463-6790
Fax         330-463-6704

| Customer No. | | | Purchase Order No. | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | 11/20/24 | 607342 | 12/30/24 | | 1964605 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-828 | 6-STRAND FLOSS 828 LT BLUE | 00000000000025246 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-831 | 6-STRAND FLOSS 831 MED GOLDEN OLIVE | 00000000000039304 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-832 | 6-STRAND FLOSS 832 GOLDEN OLIVE | 00000000001016666 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-833 | 6-STRAND FLOSS 833 LT GOLDEN OLIVE | 00000000001049659 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-894 | 6-STRAND FLOSS 894 LT CARNATION | 00000000001048909 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-904 | 6-STRAND FLOSS 904 DK PARROT GRN | 00000000001050855 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-917 | 6-STRAND FLOSS 917 MED PLUM | 00000000001049212 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-921 | 6-STRAND FLOSS 921 COPPER | 00000000001016609 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-926 | 6-STRAND FLOSS 926 MED GRAY GREEN | 00000000001017904 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-931 | 6-STRAND FLOSS 931 MED ANTIQUE BLUE | 00000000001019249 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-943 | 6-STRAND FLOSS 943 MED AQUAMARINE | 00000000001030907 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-948 | 6-STRAND FLOSS 948 LT PEACH | 00000000000025469 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-954 | 6-STRAND FLOSS 954 NILE GRN | 00000000001037696 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-955 | 6-STRAND FLOSS 955 LT NILE GREEN | 00000000001049238 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-958 | 6-STRAND FLOSS 958 DK SEAGREEN | 00000000001014190 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

THE DMC GROUP
DMC · ROWAN · TILSATEC · SIRDAR

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone   330-463-6790
Fax          330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176344475 | | 11/20/24 | 607342 | 12/30/24 | | 1964605 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-959 | 6-STRAND FLOSS 959 MED SEAGREEN | 00000000001050269 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-961 | 6-STRAND FLOSS 961 DK DUSTY ROSE | 00000000001025550 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-962 | 6-STRAND FLOSS 962 MED DUSTY ROSE | 00000000001031541 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-967 | 6-STRAND FLOSS 967 LT APRICOT | 00000000005982616 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-970 | 6-STRAND FLOSS 970 LT PUMPKIN | 00000000001026590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-976 | 6-STRAND FLOSS 976 MED GOLDEN BROWN | 00000000001027705 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-987 | 6-STRAND FLOSS 987 DK FOREST GRN | 00000000001025865 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-989 | 6-STRAND FLOSS 989 FOREST GREEN | 00000000001027945 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-993 | 6-STRAND FLOSS 993 LT AQUAMARINE | 00000000001038140 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-ECRU | 6-STRAND FLOSS ECRU | 00000000001025006 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 240 | 240 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000007893589 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 317W-E155 | LIGHT EFFECTS E155 AMETHYST | 00000000003673670 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E168 | LIGHT EFFECTS FLOSS SILVER | 00000000003780640 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E310 | LIGHT EFFECTS E310 EBONY | 00000000007894397 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |

Page 14 of 18

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC · ROWAN · TILSATEC · SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

**Telephone**  330-463-6790
**Fax**  330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | | 1964605 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 317W-E316 | LIGHT EFFECTS PINK | 000000000004781258 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E317 | LIGHT EFFECTS DK SILVER | 000000000004781233 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E321 | LIGHT EFFECTS E321 RED RUBY | 000000000007893738 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E334 | LIGHT EFFECTS E334 BLUE TOPAZ | 000000000007894165 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3747 | LIGHT EFFECTS E3747 SKY BLUE | 000000000007894959 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3837 | LIGHT EFFECTS PURPLE | 000000000004781266 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3849 | LIGHT EFFECTS E3849 AQUAMARINE BLUE | 000000000007893985 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E415 | LIGHT EFFECTS E415 PEWTER | 000000000007894470 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E436 | LIGHT EFFECTS E436 GOLDEN OAK | 000000000007894421 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E5200 | LIGHT EFFECTS WHITE | 000000000004781217 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E699 | LIGHT EFFECTS METALLIC GREEN | 000000000004500021 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E703 | LIGHT EFFECTS E703 LT GREEN EMERALD | 000000000007893936 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E815 | LIGHT EFFECTS E815 RED | 000000000004500039 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E898 | LIGHT EFFECTS E898 DK OAK | 000000000007894314 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · TILSATEC · SIRDAR · DMC

**Invoice**

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

| | | |
|---|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344475 | 11/20/24 | 607342 | 12/30/24 | 1964605 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 317W-E990 | LIGHT EFFECTS E990 NEON GREEN | 0000000000007896030 | 5406.00.1040 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 120 | 120 | EA | 415/5-4000 | PEARL CTN 4000 VAR EXPRESSO | 0000000000011984101 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4040 | PEARL CTN 4040 VAR WATER LILIES | 0000000000008737017 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4045 | PEARL CTN 4045 VAR EVERGREEN FOREST | 0000000000008737025 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4047 | PEARL CTN 4047 VAR EMERALD | 0000000000011984150 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4050 | PEARL CTN 4050 VAR ROAMING PASTURES | 0000000000008737033 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4068 | PEARL CTN 4068 VAR CAMOUFLAGE | 0000000000011984135 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4075 | PEARL CTN 4075 VAR WHEAT FIELDS | 0000000000008736530 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4130 | PEARL CTN 4130 VAR CHILEAN SUNSET | 0000000000008736431 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4180 | PEARL CTN 4180 VAR ROSE PETALS | 0000000000008736498 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4205 | PEARL CTN 4205 VAR CALIENTE | 0000000000011984051 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4210 | PEARL CTN 4210 VAR RADIANT RUBY | 0000000000008735458 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 240 | 240 | EA | 415/5-4237 | PEARL CTN 4237 VAR LAGUNA BLU | 0000000000011984010 | 5207.10.00.00 | FR | 1.230 | 295.20 | | 0.00 | 295.20 |
| 120 | 120 | EA | 415/5-4245 | PEARL CTN 4245 VAR MYST MDNIT | 0000000000011984002 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  R O W A N  ⬤ TILSATEC  SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:** JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:** JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

Telephone  330-463-6790
Fax        330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344475 | 11/20/24 | 607342 | 12/30/24 | 1964605 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 417F-4025 | COLOR VARIATIONS 4025 MID SUMMER NIGHT | 00000000000008739146 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4045 | COLOR VARIATIONS 4045 EVERGREEN FOREST | 00000000000008739153 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4069 | COLOR VARIATIONS FLOSS MARGARITA 4069 | 00000000000015366974 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4140 | COLOR VARIATIONS 4140 DRIFTWOOD | 00000000000008221087 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4145 | COLOR VARIATIONS 4125 SAND DUNE | 00000000000008739229 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4180 | COLOR VARIATIONS 4180 ROSE PETALS | 00000000000008221749 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4200 | COLOR VARIATIONS 4200 WILD FIRE | 00000000000008221814 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4205 | COLOR VARIATIONS FLOSS CALIENTE 4205 | 00000000000015366982 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4210 | COLOR VARIATIONS 4210 RADIANT RUBY | 00000000000008222044 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4230 | COLOR VARIATIONS 4230 CRYSTAL WATER | 00000000000008222119 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4237 | COLOR VARIATIONS FLOSS LAGUNA BLUE 4237 | 00000000000015366958 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4250 | COLOR VARIATIONS BERRY PARFAIT 4250 | 00000000000015366925 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291--930

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344475 | | 11/20/24 | | 607342 | | 12/30/24 | | 1964605 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 517-4520 | COLORIS FLOSS CHRISTMAS STORY | 000000000016611329 | 5207100000 | FR | 0.640 | 230.40 | | 0.00 | 230.40 |
| 324 | 324 | EA | 6129/6 | GOLD NEEDLES TAPESTRY SIZE 26 | 000000000009648031 | 7319.10.0000 | GB | 1.080 | 349.92 | | 0.00 | 349.92 |
| 324 | 324 | EA | 6131/6 | GOLD NEEDLES TAPESTRY SIZE 22 | 000000000009648056 | 7319.10.0000 | GB | 1.080 | 349.92 | | 0.00 | 349.92 |
| 324 | 216 | EA | 6133/6 | GOLD NEEDLES EMBROIDERY SIZES 7 8 9 | 000000000009648072 | 7319.10.0000 | GB | 1.080 | 233.28 | | 0.00 | 233.28 |
| 12 | 12 | EA | GD1436BX/NP-3609 | DMC 14 CT PRINTED AIDA SUNSET PRINT | 000000000018777268 | 5208.32.3040 | FR | 3.870 | 46.44 | | 0.00 | 46.44 |
| 12 | 12 | EA | IL9290BX/NP-3782 | 13 CT RUSTIC LINEN | 000000000018792085 | 5208.32.3040 | FR | 4.250 | 51.00 | | 0.00 | 51.00 |
| 144 | 144 | EA | JASBOOKMARK | CHARLES CRAFT BOOK MARK 14 CT | 000000000001023385 | 5310.10.0090 | MX | 0.560 | 80.64 | | 0.00 | 80.64 |

**NOTES***
52914
Ward SPL-023-0808383

| | |
|---|---|
| Total Gross | 58896.00 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **58896.00** |

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 18 of 18

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

Shipped To:
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291--930

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 1008F-S336 | SATIN FLOSS S336 PRUSSIAN BLUE | 00000000003997301 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 720 | 720 | EA | 1008F-S5200 | SATIN FLOSS S5200 SNOW WHITE | 00000000003997871 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 720 | 720 | EA | 1008F-S676 | SATIN FLOSS S676 LT GOLDEN BROWN | 00000000003997616 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 720 | 720 | EA | 1008F-S712 | SATIN FLOSS S712 MOTHER OF PEARL | 00000000003997665 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 720 | 720 | EA | 1008F-S762 | SATIN FLOSS S762 SILVER CLOUD | 00000000003997723 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 480 | 480 | EA | 115/5-307 | PEARL CTN 307 SIZE 5 LEMON | 00000000015369945 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-319 | PEARL CTN 319 SIZE 5 PIST GRN | 00000000002619245 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-333 | PEARL CTN 333 SIZE 5 DK BLUE VIOLET | 00000000015378763 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-336 | PEARL CTN 336 SIZE 5 NAVY BL | 00000000002619286 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-367 | PEARL CTN 367 SIZE 5 DK PIST GRN | 00000000002619302 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-368 | PEARL CTN 368 SIZE 5 LT PIST GRN | 00000000002619310 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-498 | PEARL CTN 498 SIZE 5 DK RED | 00000000002619393 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-500 | PEARL CTN 500 SIZE 5 DK BL GRN | 00000000002619419 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-550 | PEARL CTN 550 SIZE 5 DK VIOLET | 00000000002619450 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-666 | PEARL CTN 666 SIZE 5 BRIGHT RED | 00000000002619492 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |

Page 1 of 19

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · TILSATEC · SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,   93291--930

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 480 | EA | 115/5-701 | PEARL CTN 701 SIZE 5 LT GREEN | 00000000002619518 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-712 | PEARL CTN 712 SIZE 5 CREAM | 00000000002619526 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-799 | PEARL CTN 799 SIZE 5 | 00000000002619633 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-823 | PEARL CTN 823 SIZE 5 DK NAVY BLUE | 00000000003668746 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-988 | PEARL CTN 988 SIZE 5 MED FOREST GRN | 00000000007245749 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-995 | PEARL CTN 995 SIZE 5 DK ELECTRIC BL | 00000000015369986 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-996 | PEARL CTN 996 SIZE 5 MED ELECTRC BL | 00000000015369988 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | 00000000002619088 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-ECRU | PEARL CTN SIZE 5 ECRU | 00000000002619104 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 200 | 200 | EA | 116/12-642 | PEARL CTN 642 BALL 12 DK BEIGE GRAY | 00000000015368608 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/12-814 | PEARL CTN 814 BALL 12 DARK GARNET | 00000000015368590 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/12-931 | PEARL CTN 931 BALL 12 MD ANTQ BL | 00000000015368582 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/12-BLANC | PEARL CTN BALL SIZE 12 WHITE | 00000000002636991 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/12-ECRU | PEARL CTN BALL 12 SIZE 8 ECRU | 00000000002636983 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-498 | PEARL CTN 498 BALL 5 DARK RED | 00000000015368699 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |

Page 2 of 19

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC · ROWAN · TILSATEC · SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX, 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| **Sold To:** | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- |
| **Shipped To:** | JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br>, 93291--930 |
| | Telephone 330-463-6790 |
| | Fax 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 200 | EA | 116/5-890 | PEARL CTN 890 BALL 5 UL DK PIST GRN | 00000000015368723 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-B5200 | PEARL CTN BALL SIZE 5 SNOW WHITE | 00000000007244221 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-311 | PEARL CTN 311 BALL 8 MED NAVY BLUE | 00000000015368657 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-415 | PEARL CTN 415 BALL SZ 8 PEARL GRAY | 00000000015369979 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-550 | PEARL CTN 550 BALL 8 VERY DK VIOLET | 00000000015368632 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-718 | PEARL CTN 718 BALL 8 PLUM | 00000000015368624 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-725 | PEARL CTN 725 BALL 8 TOPAZ | 00000000015368665 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-823 | PEARL CTN 823 BALL SIZE 8 DK NAVY BLUE | 00000000007244411 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-938 | PEARL CTN 938 BALL 8 DK COFFEE BRN | 00000000015368681 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-995 | PEARL CTN 995 BALL 8 DK ELECTRIC BLUE | 00000000015368640 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 720 | 720 | EA | 117-01 | 6-STRAND FLOSS 01 WHITE TIN | 00000000016580698 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-03 | 6-STRAND FLOSS 03 MED TIN | 00000000016580714 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-04 | 6-STRAND FLOSS 04 DARK TIN | 00000000016580722 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-08 | 6-STRAND FLOSS 08 DARK DRIFTWOOD | 00000000016580763 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 3 of 19

FORM ID: INVOICE3

# THE DMC GROUP

R O W A N   TILSATEC   SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
. 44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291--930

Telephone   330-463-6790
Fax         330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:   1% Net 90 Days

| Customer No. | | | Purchase Order No. | Order date | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | 11/20/24 | 607343 | | 12/30/24 | | 1964610 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-09 | 6-STRAND FLOSS 09 VERY DARK COCOA | 00000000016580771 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-155 | 6-STRAND FLOSS 155 MED DK BLUE VIOLET | 00000000005982251 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-159 | 6-STRAND FLOSS 159 LT GRAY BLUE | 00000000005982343 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-16 | 6-STRAND FLOSS 16 LT CHARTREUSE | 00000000016580839 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-162 | 6-STRAND FLOSS 162 LT BLUE | 00000000005982376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-163 | 6-STRAND FLOSS 163 MED CELADON GREEN | 00000000005982400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-165 | 6-STRAND FLOSS 165 LT MOSS GREEN | 00000000005982442 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-167 | 6-STRAND FLOSS 167 DK YELLOW BEIGE | 00000000005982475 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-168 | 6-STRAND FLOSS 168 LT PEWTER | 00000000005982491 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-208 | 6-STRAND FLOSS 208 DK LAVENDER | 00000000001048537 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-211 | 6-STRAND FLOSS 211 LT LAVENDER | 00000000001022680 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-22 | 6-STRAND FLOSS 22 ALIZARIN | 00000000016580896 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-223 | 6-STRAND FLOSS 223 LT SHELL PINK | 00000000001051754 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-224 | 6-STRAND FLOSS 224 LT SHELL PINK | 00000000001024629 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# Invoice

## THE DMC GROUP

**DMC · ROWAN · TILSATEC · SIRDAR**

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**Sold To:** JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:** JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291--930

**Telephone** 330-463-6790
**Fax** 330-463-6704

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344476 | | 11/20/24 | | 607343 | | 12/30/24 | | 1964610 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-225 | 6-STRAND FLOSS 225 LT SHELL PINK | 00000000001052935 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-23 | 6-STRAND FLOSS 23 APPLE BLOSSOM | 00000000016580904 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-28 | 6-STRAND FLOSS 28 MED LT EGGPLANT | 00000000016580953 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-29 | 6-STRAND FLOSS 29 EGGPLANT | 00000000016580961 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-300 | 6-STRAND FLOSS 300 DK MAHOGANY | 00000000001052687 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-301 | 6-STRAND FLOSS 301 MED MAHOGANY | 00000000001041557 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3011 | 6-STRAND FLOSS 3011 DK KHAKI GREEN | 00000000001037712 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3022 | 6-STRAND FLOSS 3022 MED BROWN GRAY | 00000000001052968 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3024 | 6-STRAND FLOSS 3024 LT BROWN GRAY | 00000000001051283 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3031 | 6-STRAND FLOSS 3031 DK MOCHA BROWN | 00000000001031533 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3032 | 6-STRAND FLOSS 3032 MED MOCHA BROWN | 00000000001035401 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3033 | 6-STRAND FLOSS 3033 VY LT MOCHA BRN | 00000000001025188 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-304 | 6-STRAND FLOSS 304 MED RED | 00000000001045673 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

SHETLAND / DMC  R O W A N  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | Shipped To: |
|---|---|
| JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>, 44236- | JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br>, 93291--930 |

| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
|---|---|---|---|
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3053 | 6-STRAND FLOSS 3053 GREEN GRAY | 00000000001048776 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3072 | 6-STRAND FLOSS 3072 LT BEAVER GRAY | 00000000001052729 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-309 | 6-STRAND FLOSS 309 DK ROSE | 00000000001035526 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-311 | 6-STRAND FLOSS 311 MED NAVY BLUE | 00000000001043629 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-315 | 6-STRAND FLOSS 315 MED DK ANTIQUE MAUVE | 00000000001023621 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-322 | 6-STRAND FLOSS 322 DK BABY BLUE | 00000000001015528 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-326 | 6-STRAND FLOSS 326 DK ROSE | 00000000001052802 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-327 | 6-STRAND FLOSS 327 DK VIOLET | 00000000001042597 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3325 | 6-STRAND FLOSS 3325 LT BABY BLUE | 00000000001044379 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3326 | 6-STRAND FLOSS 3326 LT ROSE | 00000000001022045 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3328 | 6-STRAND FLOSS 3328 DK SALMON | 00000000001023340 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-333 | 6-STRAND FLOSS 333 DK BLUE VIOLET | 00000000001018464 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3345 | 6-STRAND FLOSS 3345 DK HUNTER GRN | 00000000001046242 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
    44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
    93291--930

Telephone    330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | | 11/20/24 | 607343 | 12/30/24 | | 1964610 | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3354 | 6-STRAND FLOSS 3354 LT DUSTY ROSE | 00000000000140559 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3362 | 6-STRAND FLOSS 3362 DK PINE GREEN | 00000000001045723 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3364 | 6-STRAND FLOSS 3364 PINE GREEN | 00000000000105051 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3371 | 6-STRAND FLOSS 3371 BLACK BROWN | 00000000000143041 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-347 | 6-STRAND FLOSS 347 SALMON | 00000000001017821 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-350 | 6-STRAND FLOSS 350 MED CORAL | 00000000001014810 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-353 | 6-STRAND FLOSS 353 PEACH | 00000000001045574 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-355 | 6-STRAND FLOSS 355 DK TERRA COTTA | 00000000001034396 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-356 | 6-STRAND FLOSS 356 MED TERRA COTTA | 00000000001005817 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3608 | 6-STRAND FLOSS 3608 LT PLUM | 00000000001035955 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3685 | 6-STRAND FLOSS 3685 VERY DARK MAUVE | 00000000001046986 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3687 | 6-STRAND FLOSS 3902 MAUVE | 00000000001041961 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3688 | 6-STRAND FLOSS 3688 MED MAUVE | 00000000001021229 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3689 | 6-STRAND FLOSS 3689 LT MAUVE | 00000000001015833 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN   DMC   TILSATEC   SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
   44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
   ,   93291--930

Telephone   330-463-6790
Fax   330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:   1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3705 | 6-STRAND FLOSS 3705 DK MELON | 00000000001034479 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3708 | 6-STRAND FLOSS 3708 LT MELON | 00000000001020684 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3712 | 6-STRAND FLOSS 3712 MED SALMON | 00000000001608405 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3750 | 6-STRAND FLOSS 3750 DK ANTIQUE BLUE | 00000000001608538 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3801 | 6-STRAND FLOSS 3801 DK MELON | 00000000002777266 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3802 | 6-STRAND FLOSS 3802 DK ANTIQUE MAUVE | 00000000002777308 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3803 | 6-STRAND FLOSS 3803 DK MAUVE | 00000000002777316 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3806 | 6-STRAND FLOSS 3806 LT CYCLAMEN PINK | 00000000002777340 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3808 | 6-STRAND FLOSS 3808 DK TURQ | 00000000002777373 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3810 | 6-STRAND FLOSS 3810 DK TURQ | 00000000002777407 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3811 | 6-STRAND FLOSS 3811 LT TURQ | 00000000002777456 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3812 | 6-STRAND FLOSS 3812 DK SEAGREEN | 00000000002777506 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3813 | 6-STRAND FLOSS 3813 LT BLUE GREEN | 00000000002777514 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3814 | 6-STRAND FLOSS 3814 AQUAMARINE | 00000000002777522 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC  ROWAN  ⬧ TILSATEC  SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX, 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| **Sold To:** | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- |
| **Shipped To:** | JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br>93291-930 |

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3815 | 6-STRAND FLOSS 3815 DK CELADON GREEN | 000000000002777530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3817 | 6-STRAND FLOSS 3817 LT CELADON GREEN | 000000000002777597 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 000000000002777670 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3822 | 6-STRAND FLOSS 3822 LT STRAW | 000000000002777704 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3825 | 6-STRAND FLOSS 3825 PALE PUMPKIN | 000000000002777779 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3826 | 6-STRAND FLOSS 3826 GOLDEN BROWN | 000000000002777787 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3827 | 6-STRAND FLOSS 3827 PALE GOLDEN BRWN | 000000000002777795 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3831 | 6-STRAND FLOSS 3831 DK RASPBERRY | 000000000004830592 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3832 | 6-STRAND FLOSS 3832 MED RASPBERRY | 000000000004830618 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3834 | 6-STRAND FLOSS 3834 DK GRAPE | 000000000004830642 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3835 | 6-STRAND FLOSS 3835 MED GRAPE | 000000000004830667 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3836 | 6-STRAND FLOSS 3836 LT GRAPE | 000000000004830675 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3838 | 6-STRAND FLOSS 3838 DK LAVENDER BLUE | 000000000004830741 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

POST THE CARD · DMC · ROWAN · TILSATEC · SIRDAR

**Invoice**

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipping Instructions**   WARD TRUCKING
**Terms:**   1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,   93291--930

**Telephone**   330-463-6790
**Fax**   330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | | 11/20/24 | | 607343 | | 12/30/24 | | | 1964610 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3839 | 6-STRAND FLOSS 3839 MED LAVENDER BLUE | 00000000000480766 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3841 | 6-STRAND FLOSS 3841 PALE BABY BLUE | 00000000004830790 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3842 | 6-STRAND FLOSS 3842 DK WEDGEWOOD | 00000000004830808 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3843 | 6-STRAND FLOSS 3843 ELECTRIC BLUE | 00000000004830832 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3844 | 6-STRAND FLOSS 3844 DK BRIGHT TURQUOISE | 00000000004830857 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3845 | 6-STRAND FLOSS 3845 MED BRIGHT TURQUOISE | 00000000004830881 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3848 | 6-STRAND FLOSS 3848 MED TEAL GREEN | 00000000004830923 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3852 | 6-STRAND FLOSS 3852 DK STRAW | 00000000004831202 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-402 | 6-STRAND FLOSS 402 LT MAHOGANY | 00000000001044973 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-414 | 6-STRAND FLOSS 414 DK STEEL GRAY | 00000000001034156 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-422 | 6-STRAND FLOSS 422 LT HAZELNUT BRWN | 00000000001037449 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-434 | 6-STRAND FLOSS 434 LT BROWN | 00000000001046853 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC ROWAN TILSATEC SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

**Telephone** 330-463-6790
**Fax** 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | DMC Order No. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | | 11/20/24 | 607343 | | 12/30/24 | | 1964610 | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-435 | 6-STRAND FLOSS 435 LT BROWN | 000000000001022177 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-451 | 6-STRAND FLOSS 451 DK SHELL GRAY | 000000000001033505 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-469 | 6-STRAND FLOSS 469 AVOCADO GREEN | 000000000001044346 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-472 | 6-STRAND FLOSS 472 LT AVOCADO GREEN | 000000000001052323 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-500 | 6-STRAND FLOSS 500 DK BLUE GRN | 000000000001043298 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-502 | 6-STRAND FLOSS 502 BLUE GREEN | 000000000001045376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-505 | 6-STRAND FLOSS 505 JADE GREEN | 000000000005982517 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-520 | 6-STRAND FLOSS 520 DK FERN GREEN | 000000000001052943 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-522 | 6-STRAND FLOSS 522 FERN GREEN | 000000000001045137 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-523 | 6-STRAND FLOSS 523 MED LT FERN GRN | 000000000001015593 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-543 | 6-STRAND FLOSS 543 LT BEIGE BROWN | 000000000001052778 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-552 | 6-STRAND FLOSS 552 MED VIOLET | 000000000001021419 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-554 | 6-STRAND FLOSS 554 LT VIOLET | 000000000001014737 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-564 | 6-STRAND FLOSS 564 LT JADE | 000000000001048511 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

**DMC** ROWAN ● TILSATEC ● SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

Shipped To:
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | | 11/20/24 | | 607343 | | 12/30/24 | | 1964610 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-597 | 6-STRAND FLOSS 597 TURQUOISE | 00000000000104046 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-600 | 6-STRAND FLOSS 600 DK CRANBERRY | 00000000001042266 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-602 | 6-STRAND FLOSS 602 MED CRANBERRY | 00000000001025436 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-605 | 6-STRAND FLOSS 605 LT CRANBERRY | 00000000001028430 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-606 | 6-STRAND FLOSS 606 BRIGHT ORNG RED | 00000000001014265 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-610 | 6-STRAND FLOSS 610 DK DRAB BROWN | 00000000001051275 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-612 | 6-STRAND FLOSS 612 LT DRAB BROWN | 00000000001035047 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-642 | 6-STRAND FLOSS 642 DK BEIGE GRAY | 00000000001022607 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-644 | 6-STRAND FLOSS 644 MED BEIGE GRAY | 00000000001051986 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-646 | 6-STRAND FLOSS 646 DK BEAVER GRAY | 00000000001020023 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-647 | 6-STRAND FLOSS 647 MED BEAVERY GRAY | 00000000001042993 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-648 | 6-STRAND FLOSS 648 LT BEAVER GRAY | 00000000001051762 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-676 | 6-STRAND FLOSS 676 LT OLD GOLD | 00000000001023654 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-680 | 6-STRAND FLOSS 680 DK OLD GOLD | 00000000001047208 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

THE DMC GROUP
DMC · ROWAN · TILSATEC · SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | | | Invoice No. | | Invoice date | | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | | 11/20/24 | | | 607343 | | 12/30/24 | | | 1964610 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-699 | 6-STRAND FLOSS 699 GREEN | 00000000001041862 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-700 | 6-STRAND FLOSS 700 BRIGHT GREEN | 00000000001022185 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-702 | 6-STRAND FLOSS 702 KELLY GREEN | 00000000001046408 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-720 | 6-STRAND FLOSS 720 DK ORANGE SPICE | 00000000001024561 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-721 | 6-STRAND FLOSS 721 MED ORANGE SPICE | 00000000001023704 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-722 | 6-STRAND FLOSS 722 LT ORANGE SPICE | 00000000001046713 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-727 | 6-STRAND FLOSS 727 LT TOPAZ | 00000000001019504 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-730 | 6-STRAND FLOSS 730 DK OLIVE GRN | 00000000001047471 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-732 | 6-STRAND FLOSS 732 OLIVE GREEN | 00000000001047422 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-734 | 6-STRAND FLOSS 734 LT OLIVE GREEN | 00000000001024066 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-739 | 6-STRAND FLOSS 739 VERY LT TAN | 00000000001022275 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-742 | 6-STRAND FLOSS 742 LT TANGERINE | 00000000001046176 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 00000000001015601 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-745 | 6-STRAND FLOSS 745 LT PALE YELLOW | 00000000001040484 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

VOGUE  DMC  R O W A N  ◆ TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>, 44236- | Shipped To: | JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br>, 93291-930 |
|---|---|---|---|

| | | Telephone | 330-463-6790 |
| | | Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Customer No. | Purchase Order No. | | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176344476 | | | 11/20/24 | 607343 | 12/30/24 | | 1964610 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tarif Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-758 | 6-STRAND FLOSS 758 LT TERRA COTTA | 00000000001029982 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-760 | 6-STRAND FLOSS 760 SALMON | 00000000001040492 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-772 | 6-STRAND FLOSS 772 VY LT YELLOW GREEN | 00000000001014992 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-775 | 6-STRAND FLOSS 775 LT BABY BLUE | 00000000001034413 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-778 | 6-STRAND FLOSS 778 LT ANTIQUE MAUVE | 00000000001051135 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-779 | 6-STRAND FLOSS 779 DK COCOA | 00000000005982566 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-783 | 6-STRAND FLOSS 783 MED TOPAZ | 00000000001018167 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-791 | 6-STRAND FLOSS 791 DK CRNFLWR BLUE | 00000000001034750 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-792 | 6-STRAND FLOSS 792 DK CRNFLWR BLUE | 00000000001043843 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-799 | 6-STRAND FLOSS 799 MED DELFT BLUE | 00000000001025238 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-803 | 6-STRAND FLOSS 803 DK BABY BLUE | 00000000005982574 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-822 | 6-STRAND FLOSS 822 LT BEIGE GRAY | 00000000001028257 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-826 | 6-STRAND FLOSS 826 MED BLUE | 00000000001052539 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-829 | 6-STRAND FLOSS 829 DK GOLDEN OLIVE | 00000000001039866 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

JWI  DMC  R O W A N  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,     44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,     93291--930

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-838 | 6-STRAND FLOSS 838 DK BEIGE BRWN | 00000000001045541 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-840 | 6-STRAND FLOSS 840 MED BEIGE BROWN | 00000000001027630 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-841 | 6-STRAND FLOSS 841 LT BEIGE BROWN | 00000000001035559 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-842 | 6-STRAND FLOSS 842 LT BEIGE BROWN | 00000000001022714 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-893 | 6-STRAND FLOSS 893 LT CARNATION | 00000000001051994 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-895 | 6-STRAND FLOSS 895 DK HUNTER GRN | 00000000001023324 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-899 | 6-STRAND FLOSS 899 MED ROSE | 00000000001053534 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-900 | 6-STRAND FLOSS 900 DK BURNT ORANGE | 00000000001042530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-902 | 6-STRAND FLOSS 902 DK GARNET | 00000000001034768 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-905 | 6-STRAND FLOSS 905 DK PARROT GRN | 00000000001044437 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-909 | 6-STRAND FLOSS 909 DK EMERALD GREEN 909 | 00000000001040526 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-910 | 6-STRAND FLOSS 910 DK EMERALD GREEN 910 | 00000000001035161 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-912 | 6-STRAND FLOSS 912 LT EMERALD GRN | 00000000001034016 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-915 | 6-STRAND FLOSS 915 DK PLUM | 00000000001051010 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 15 of 19

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN  DMC  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | | Purchase Order No. | Order date | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344476 | 11/20/24 | 607343 | | 12/30/24 | | 1964610 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-919 | 6-STRAND FLOSS 919 RED COPPER | 00000000001014653 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-920 | 6-STRAND FLOSS 920 MED COPPER | 00000000001052950 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-922 | 6-STRAND FLOSS 922 LT COPPER | 00000000001040534 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-924 | 6-STRAND FLOSS 924 DK GRAY GREEN | 00000000001017037 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-927 | 6-STRAND FLOSS 927 LT GRAY GRN | 00000000001042068 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-928 | 6-STRAND FLOSS 928 LT GRAY GRN | 00000000001044627 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-932 | 6-STRAND FLOSS 932 LT ANTIQUE BLUE | 00000000001022722 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-934 | 6-STRAND FLOSS 934 BLACK AVOCADO GREEN | 00000000001042571 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-935 | 6-STRAND FLOSS 935 DK AVOCADO GRN | 00000000001004826 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-936 | 6-STRAND FLOSS 936 DK AVOCADO GRN | 00000000001030022 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-937 | 6-STRAND FLOSS 937 MED AVOCADO GREEN | 00000000001034776 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-945 | 6-STRAND FLOSS 945 TAWNY | 00000000001014844 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-964 | 6-STRAND FLOSS 964 LT SEAGREEN | 00000000001041805 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-973 | 6-STRAND FLOSS 973 BRIGHT CANARY | 00000000001037084 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC ROWAN TILSATEC SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930
Telephone 330-463-6790
Fax 330-463-6704

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344476 | 11/20/24 | 607343 | 12/30/24 | 1964610 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-975 | 6-STRAND FLOSS 975 DK GOLDEN BROWN | 000000000001016773 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-977 | 6-STRAND FLOSS 977 LT GOLDEN BROWN | 000000000001022946 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-986 | 6-STRAND FLOSS 986 DK FOREST GRN | 000000000001037456 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-988 | 6-STRAND FLOSS 988 MED FOREST GREEN | 000000000001030600 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-991 | 6-STRAND FLOSS 991 DK AQUAMARINE | 000000000001048669 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-992 | 6-STRAND FLOSS 992 LT AQUAMARINE | 000000000001015486 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 000000000003999497 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 480 | 480 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 000000000004301685 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 000000000004301693 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 000000000004301701 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1767/9 | NEEDLES TAPESTRY SIZE 28 | 000000000004301669 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1768/1 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 000000000004301719 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1768/5 | NEEDLES CHENILLE (SHARPS) SIZE 24 | 000000000007243884 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 317W-E677 | LIGHT EFFECTS E677 WHITE GOLD | 000000000007893647 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,   93291-930

Telephone 330-463-6790
Fax 330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344476 | | 11/20/24 | | 607343 | | 12/30/24 | | | 1964610 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 480 | EA | 317W-E940 | LIGHT EFFECTS E940 GLOW IN THE DARK | 00000000007895121 | 5605.00.00.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 400 | 400 | EA | 486-BLANC | TAPESTRY WOOL BLANC | 00000000018766915 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-NOIR | TAPESTRY WOOL BLACK | 00000000018767046 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 216 | 216 | EA | 6112/6 | NEEDLE THREADER | 00000000007070048 | 3917.33.00.90 | CN | 0.790 | 170.64 | | 0.00 | 170.64 |
| 108 | 108 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000009648080 | 8213.00.9000 | IT | 3.260 | 352.08 | | 0.00 | 352.08 |
| 96 | 96 | EA | CR9113PK-3868JS | 10CT WASTE FAB 12X18 PK | 00000000002601219 | 5209.11.0000 | BR | 1.350 | 129.60 | | 0.00 | 129.60 |
| 72 | 72 | EA | TC8636PK-6750 | 16CT 15X18 WHT | 00000000016324113 | 5209.21.0035 | US | 1.250 | 90.00 | | 0.00 | 90.00 |
| 72 | 72 | EA | TC8836PK-6750 | 18CT 15X18 WHT | 00000000016324139 | 5209.21.0035 | US | 1.250 | 90.00 | | 0.00 | 90.00 |
| 216 | 216 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 341.28 | | 0.00 | 341.28 |
| 48 | 48 | EA | U2109/3 | DMC 8IN TRIANGLE WOODEN HOOP | 00000000018797787 | 4409.21.0500 | IN | 3.250 | 156.00 | | 0.00 | 156.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC ROWAN ● TILSATEC SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| Total Gross | 81674.40 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 81674.40 |

## NOTES*

52914
Ward SPL-023-0808383

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,    93291--930

Telephone   330-463-6790
Fax         330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:                  1% Net 90 Days

| Customer No. | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176344481 | | 11/20/24 | | 607344 | | 12/30/24 | | 1964611 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 000000000002619260 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-699 | PEARL CTN 699 SIZE 5 GREEN | 000000000002619500 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-818 | PEARL CTN 818 SIZE 5 BABY PINK | 000000000002619666 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-890 | PEARL CTN 890 SIZE 5 DK PISTACHIO GREEN | 000000000002619708 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 600 | 600 | EA | 116/12-310 | PEARL CTN BALL SIZE 12 BLACK | 00000000000263700 | 5207.10.0000 | FR | 1.090 | 654.00 | | 0.00 | 654.00 |
| 400 | 400 | EA | 116/12-B5200 | PEARL CTN BALL SIZE 12 SNOW WHITE | 00000000000724494 | 5207.10.0000 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 600 | 600 | EA | 116/5-310 | PEARL CTN BALL SIZE 5 BLACK | 00000000000724863 | 5207.10.00.00 | FR | 1.090 | 654.00 | | 0.00 | 654.00 |
| 400 | 400 | EA | 116/5-BLANC | PEARL CTN BALL SIZE 5 WHITE | 00000000000724822 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/5-ECRU | PEARL CTN BALL SIZE 5 ECRU | 00000000000724855 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 600 | 600 | EA | 116/8-310 | PEARL CTN BALL SIZE 8 BLACK | 00000000000263697 | 5207.10.00.00 | FR | 1.090 | 654.00 | | 0.00 | 654.00 |
| 400 | 400 | EA | 116/8-321 | PEARL CTN 321 BALL SIZE 8 RED | 00000000000724433 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/8-700 | PEARL CTN 700 BALL 8 BRIGHT GREEN | 00000000001536867 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/8-957 | PEARL CTN 957 BALL 8 PALE GERANIUM | 00000000001536861 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |

Page 1 of 11

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone  330-463-6790
Fax  330-463-6704

| Customer No. | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176344481 | | 11/20/24 | 607344 | | 12/30/24 | | 1964611 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 400 | 400 | EA | 116!8-B5200 | PEARL CTN BALL SIZE 8 SNOW WHITE | 000000000007244437 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116!8-BLANC | PEARL CTN BALL SIZE 8 WHITE | 000000000002636967 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116!8-ECRU | PEARL CTN BALL SIZE 8 ECRU | 000000000002636959 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 1440 | 1440 | EA | 117-154 | 6-STRAND FLOSS 154 DK GRAPE | 000000000005982244 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-169 | 6-STRAND FLOSS 169 LT PEWTER | 000000000005982509 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-210 | 6-STRAND FLOSS 210 MED LAVENDER | 000000000001043651 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3051 | 6-STRAND FLOSS 3051 DK GREEN GRAY | 000000000001016401 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-307 | 6-STRAND FLOSS 307 LEMON | 000000000001029230 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 5040 | 5040 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 000000000001028406 | 5207.10.00.00 | FR | 0.400 | 2016.00 | | 0.00 | 2016.00 |
| 1440 | 1440 | EA | 117-317 | 6-STRAND FLOSS 317 PEWTER GRAY | 000000000001043652 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3347 | 6-STRAND FLOSS 3347 MED YELLOW GREEN | 000000000001030667 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-336 | 6-STRAND FLOSS 336 NAVY BLUE | 000000000001015452 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3363 | 6-STRAND FLOSS 3363 MED PINE GREEN | 000000000001036151 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-349 | 6-STRAND FLOSS 349 DK CORAL | 000000000001020379 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC   ROWAN   TILSATEC   SIKDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344481 | | 11/20/24 | 607344 | | 12/30/24 | | | 1964611 | | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-351 | 6-STRAND FLOSS 351 CORAL | 00000000001033448 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-367 | 6-STRAND FLOSS 367 DK PISTACHIO GRN | 00000000001021120 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-368 | 6-STRAND FLOSS 368 LT PISTACHIO GRN | 00000000001049956 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3756 | 6-STRAND FLOSS 3756 LT BABY BLUE | 00000000001608579 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3777 | 6-STRAND FLOSS 3777 DK TERRA COTTA | 00000000001608686 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3781 | 6-STRAND FLOSS 3781 DK MOCHA BROWN | 00000000001608710 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3790 | 6-STRAND FLOSS 3790 DK BEIGE GRAY | 00000000001608744 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3809 | 6-STRAND FLOSS 3809 DK TURQ | 00000000002777381 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3818 | 6-STRAND FLOSS 3818 DK EMERALD GREEN | 00000000002777621 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3837 | 6-STRAND FLOSS 3837 DK LAVENDER | 00000000004830733 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3846 | 6-STRAND FLOSS 3846 LT BRIGHT TURQUOISE | 00000000004830899 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3863 | 6-STRAND FLOSS 3863 MED MOCHA BEIGE | 00000000004831384 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**THE DMC GROUP**

劉 DMC ROWAN ❈ TILSATEC SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176344481 | | 11/20/24 | 607344 | | 12/30/24 | | 1964611 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-3866 | 6-STRAND FLOSS 3866 ULT V'Y LT MCA BRN | 00000000004831418 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-436 | 6-STRAND FLOSS 436 TAN | 00000000001036409 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-444 | 6-STRAND FLOSS 444 DK LEMON | 00000000001049386 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-470 | 6-STRAND FLOSS 470 LT AVOCADO GREEN | 00000000001024207 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-471 | 6-STRAND FLOSS 471 LT AVOCADO GREEN | 00000000001034222 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-498 | 6-STRAND FLOSS 498 DARK RED | 00000000001016393 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-501 | 6-STRAND FLOSS 501 DK BLUE GRN | 00000000001048495 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-535 | 6-STRAND FLOSS 535 LT ASH GRAY | 00000000001042100 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-603 | 6-STRAND FLOSS 603 CRANBERRY | 00000000001049477 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-645 | 6-STRAND FLOSS 645 DK BEAVER GRAY | 00000000001027911 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-703 | 6-STRAND FLOSS 703 CHARTREUSE | 00000000001020643 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-725 | 6-STRAND FLOSS 725 MD LT TOPAZ | 00000000001047901 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-726 | 6-STRAND FLOSS 726 LT TOPAZ | 00000000001040823 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

**DMC  ROWAN  TILSATEC  SIRDAR**

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipped To:
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291-930

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions:  WARD TRUCKING
Terms:  1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344481 | | 11/20/24 | 607344 | | 12/30/24 | | | | 1964611 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-728 | 6-STRAND FLOSS 728 TOPAZ | 0000000000005982525 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-733 | 6-STRAND FLOSS 733 MED OLIVE GREEN | 0000000000001034826 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-738 | 6-STRAND FLOSS 738 LT TAN | 0000000000001036144 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-740 | 6-STRAND FLOSS 740 TANGERINE | 0000000000001048404 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-741 | 6-STRAND FLOSS 741 MED TANGERINE | 0000000000001015825 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-746 | 6-STRAND FLOSS 746 OFF WHITE | 0000000000001031202 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-747 | 6-STRAND FLOSS 747 LT SKY BLUE | 0000000000001048131 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-754 | 6-STRAND FLOSS 754 LT PEACH | 0000000000001042506 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-762 | 6-STRAND FLOSS 762 LT PEARL GRAY | 0000000000001049279 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-796 | 6-STRAND FLOSS 796 DK ROYAL BLUE | 0000000000001052109 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-798 | 6-STRAND FLOSS 798 DK DELFT BLUE | 0000000000001044270 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-801 | 6-STRAND FLOSS 801 DK COFFEE BRWN | 0000000000001051069 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-814 | 6-STRAND FLOSS 814 DK GARNET | 0000000000001038710 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-815 | 6-STRAND FLOSS 815 MED GARNET | 0000000000001038488 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-820 | 6-STRAND FLOSS 820 DK ROYAL BLUE | 0000000000001039684 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

THE DMC GROUP  DMC  ROWAN  TILSATEC  SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipping Instructions**   WARD TRUCKING
**Terms:**   1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,   93291--930

Telephone   330-463-6790
Fax   330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344481 | | 11/20/24 | | 607344 | | 12/30/24 | | 1964611 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-824 | 6-STRAND FLOSS 824 DK BLUE | 00000000000109495 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-839 | 6-STRAND FLOSS 839 DK BEIGE BRWN | 0000000000001042142 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-844 | 6-STRAND FLOSS 844 DK BEAVER GRAY | 0000000000001040500 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-869 | 6-STRAND FLOSS 869 DK HAZELNUT BRWN | 0000000000001042449 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-890 | 6-STRAND FLOSS 890 DK PISTACHIO GRN | 0000000000001030493 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-898 | 6-STRAND FLOSS 898 VY DK COFFEE BROWN | 0000000000001014125 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-906 | 6-STRAND FLOSS 906 MED PARROT GREEN | 0000000000001030592 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-930 | 6-STRAND FLOSS 930 DK ANTIQUE BLUE | 0000000000001039320 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-951 | 6-STRAND FLOSS 951 LT TAWNY | 0000000000001043199 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-963 | 6-STRAND FLOSS 963 LT DUSTY ROSE | 0000000000001042902 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-972 | 6-STRAND FLOSS 972 DEEP CANARY | 0000000000001035278 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-995 | 6-STRAND FLOSS 995 DK ELECTRIC BLUE | 0000000000001014380 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-996 | 6-STRAND FLOSS 996 MED ELECTRIC BLUE | 0000000000001014307 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 6 of 11

FORM ID: INVOICE3

# THE DMC GROUP

DMC ROWAN TILSATEC SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800)  275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | |
|---|---|
| JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | |
| Shipping Instructions | WARD TRUCKING |
| Terms: | 1% Net 90 Days |

| Shipped To: | |
|---|---|
| JOANN STORES #DC04<br>2500 NORTH PLAZA DRIVE<br>VISALIA, CA<br>93291--930 | |
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344481 | 11/20/24 | 607344 | 12/30/24 | 1964611 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2880 | 2880 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 000000000001025113 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | 1152.00 |
| 160 | 160 | EA | 117F25CM16/4 | NEW COLORS FLOSS PACK 16 | 000000000013379912 | 5207.10.000 | FR | 6.400 | 1024.00 | | 0.00 | 1024.00 |
| 360 | 360 | EA | 117F25NP27/4 | NEW COLORS FLOSS PACK 27 | 000000000005841820 | 5207.10.000 | FR | 10.800 | 3888.00 | | 0.00 | 3888.00 |
| 960 | 960 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 000000000006913479 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 2400 | 2400 | EA | 1765/4 | NEEDLES EMBROIDERY (SHARPS) SIZE 5 | 000000000007893365 | 7319.10.0000 | GB | 0.410 | 984.00 | | 0.00 | 984.00 |
| 720 | 720 | EA | 1767/4 | NEEDLES TAPESTRY SIZE 18 | 000000000007243868 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 720 | 720 | EA | 1767/5 | NEEDLES TAPESTRY SIZE 20 | 000000000004301263 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 480 | 480 | EA | 1767/8 | NEEDLES TAPESTRY SIZE 26 | 000000000004301644 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 720 | 720 | EA | 1768/3 | NEEDLES CHENILLE (SHARPS) SIZE 20 | 000000000007243876 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 960 | 960 | EA | 1769/3 | NEEDLES DARNERS SIZE 18 | 000000000007867534 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 250 | 250 | EA | 282ZA | METALLIC EMB THREAD LT GOLD | 000000000002204394 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 250 | 250 | EA | 283ZA | METALLIC EMB THREAD LT SILVER | 000000000002204402 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 250 | 250 | EA | 284ZA | METALLIC EMB THREAD GOLD | 000000000002204386 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 960 | 960 | EA | 315-5282 | PEARL CTN 5282 METALLIC GOLD | 000000000004289624 | 5605.00.99.00 | FR | 1.860 | 1785.60 | | 0.00 | 1785.60 |
| 720 | 720 | EA | 315-5283 | PEARL CTN 5283 METALLIC SILVER | 000000000004300851 | 5605.00.99.00 | FR | 1.860 | 1339.20 | | 0.00 | 1339.20 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
    44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
                  ,        93291--930

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | | Purchase Order No. | | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | | 0176344481 | | | 11/20/24 | | 607344 | | 12/30/24 | | | 1964611 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 648 | 648 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 362.88 | | 0.00 | 362.88 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 432 | 432 | EA | 6103/12 | FLOSS NUMBER STICKERS | 00000000005727458 | 4821.10.4000 | CN | 0.600 | 259.20 | | 0.00 | 259.20 |
| 864 | 864 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005727672 | 3923.40.0050 | CN | 0.600 | 518.40 | | 0.00 | 518.40 |
| 324 | 324 | EA | 6109/6 | TWO 1 1/2 METAL RINGS | 00000000007241367 | 7326.90.90.99 | CN | 0.560 | 181.44 | | 0.00 | 181.44 |
| 324 | 324 | EA | 6110/6 | TWO 2 1/2 METAL RINGS | 00000000007241391 | 7326.90.90.99 | CN | 0.560 | 181.44 | | 0.00 | 181.44 |
| 162 | 162 | EA | 6123/3 | EMBROIDERY SCISSORS | 00000000007895964 | 8213.00.9000 | IT | 2.770 | 448.74 | | 0.00 | 448.74 |
| 216 | 216 | EA | 6140/3 | MAGNETIC NEEDLE CASE | 00000000010691061 | 7326.90.1000 | CN | 2.210 | 477.36 | | 0.00 | 477.36 |
| 468 | 468 | EA | BK1912L | DMC XS KIT EXOTIC FLOWERS | 00000000017324492 | 6308.00.0020 | CN | 2.200 | 1029.60 | | 0.00 | 1029.60 |
| 108 | 108 | EA | BK1914L | DMC XS KIT CAT | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 237.60 | | 0.00 | 237.60 |
| 108 | 108 | EA | BK1916L | DMC XS KIT UNICORN | 00000000017324534 | 6308.00.0020 | CN | 2.200 | 237.60 | | 0.00 | 237.60 |
| 96 | 96 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000019073428 | 5208.22.4040 | US | 0.900 | 86.40 | | 0.00 | 86.40 |
| 120 | 120 | EA | EBSG01 | EMMA BROIDERY'S STITCH TOOL | 00000000010691046 | | US | 3.750 | 450.00 | | 0.00 | 450.00 |
| 432 | 432 | EA | GC001/A | STITCHBOW FLOSS HOLDERS | 00000000006151195 | 3923.90.0080 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 288 | 288 | EA | GD1436BX-322 | 14CT GOLD 15X18 | 00000000001957414 | 5208.32.3040 | US | 2.000 | 576.00 | | 0.00 | 576.00 |

Page 8 of 11

FORM ID: INVOICE3

# THE DMC GROUP

**DMC  ROWAN  TILSATEC  SIRDAR**

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA

93291-930

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344481 | | 11/20/24 | 607344 | 12/30/24 | | 1964611 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | 144 | EA | GD1436BX-4600 | 14CT 15X18 LT BLUE | 00000000002600799 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |
| 360 | 360 | EA | GD1436BX-5225 | 14 CT 15X18 NAVY | 00000000001499151 | 5208.32.3040 | US | 2.000 | 720.00 | | 0.00 | 720.00 |
| 216 | 216 | EA | GD1436BX-5614 | 14CT GOLD 15X18 | 00000000002600807 | 5208.32.3040 | US | 2.000 | 432.00 | | 0.00 | 432.00 |
| 108 | 108 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 216.00 | | 0.00 | 216.00 |
| 72 | 72 | EA | GD1436BX/NP-3855 | DMC 14 CT PRINTED AIDA SAND PRINT | 00000000018777250 | 5208.32.3040 | FR | 3.870 | 278.64 | | 0.00 | 278.64 |
| 144 | 144 | EA | GD1436BX/NP-747 | DMC 14 CT PRINTED AIDA DEW PRINT | 00000000018777243 | 5208.32.3040 | FR | 3.870 | 557.28 | | 0.00 | 557.28 |
| 96 | 96 | EA | GD1440BX/NP-5282 | 14 CT METALLIC AIDA - GOLD | 00000000018792101 | 5208.32.3040 | FR | 4.250 | 408.00 | | 0.00 | 408.00 |
| 96 | 96 | EA | GD1443BX/NP-800 | 14 CT IRIDESCENT AIDA BLUE | 00000000018792093 | 5208.32.3040 | FR | 5.190 | 498.24 | | 0.00 | 498.24 |
| 84 | 84 | EA | GD1443BX/NP-818 | DMC 14 CT IRIDESCENT AIDA PINK | 00000000018777227 | 5208.32.3040 | FR | 5.190 | 435.96 | | 0.00 | 435.96 |
| 144 | 144 | EA | GD1443BX/NP-BLANC | DMC 14 CT IRIDESCENT AIDA BLANC | 00000000018777235 | 5208.32.3040 | FR | 5.190 | 747.36 | | 0.00 | 747.36 |
| 288 | 288 | EA | GD1636BX-5200 | 16CT 15X18 NATURAL | 00000000001500040 | 5209.31.6035 | US | 2.000 | 576.00 | | 0.00 | 576.00 |
| 144 | 144 | EA | GD1909BX | 14CT GLD FIDD LT 15X18 | 00000000002600302 | 5208.32.3040 | US | 2.090 | 300.96 | | 0.00 | 300.96 |
| 216 | 216 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | 00000000002600377 | 5209.31.6035 | US | 2.090 | 451.44 | | 0.00 | 451.44 |
| 84 | 84 | EA | HF4462EA-5200 | 2.5 MONKS CLOTH CREAM | 00000000005329776 | 5208.22.4040 | US | 16.950 | 1423.80 | | 0.00 | 1423.80 |
| 108 | 108 | EA | HF4462EA-6750 | 2.5 MONKS CLOTH WHITE | 00000000005329701 | 5208.22.4040 | US | 16.950 | 1830.60 | | 0.00 | 1830.60 |

Page 9 of 11

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**The DMC Corporation**
86 Nortfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291-930

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344481 | 11/20/24 | 607344 | 12/30/24 | 1964611 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | 144 | EA | LC246BX-1410 | SAND 28 CT CAROLINA LINEN | 00000000000008737801 | 5309.19.0000 | US | 3.150 | 453.60 | | 0.00 | 453.60 |
| 108 | 108 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | 00000000008737785 | 5309.19.0000 | US | 3.150 | 340.20 | | 0.00 | 340.20 |
| 108 | 108 | EA | MO236BX-6750 | 28CT MONACO 15X18 | 0000000000002599918 | 5209.31.6035 | US | 1.990 | 214.92 | | 0.00 | 214.92 |
| 180 | 180 | EA | TB171L | EMBROIDERY VALUE KIT PLANTS | 00000000018767293 | 6308.00.0020 | CN | 2.250 | 405.00 | | 0.00 | 405.00 |
| 144 | 144 | EA | TB172L | EMBROIDERY VALUE KIT FLOWERS | 00000000018767285 | 6308.00.0020 | CN | 2.250 | 324.00 | | 0.00 | 324.00 |
| 72 | 72 | EA | TC4860EA-6750 | 14CT 48X60 EZ WHT | 00000000019073444 | 5208.32.3040 | CN | 9.750 | 702.00 | | 0.00 | 702.00 |
| 216 | 216 | EA | TC8236PK-6750 | 22CT 15X18 WHT | 00000000019073469 | 5209.21.0035 | US | 1.250 | 270.00 | | 0.00 | 270.00 |
| 144 | 144 | EA | TC8436PK-322 | 14CT 15X18 ANTWHT | 00000000016324048 | 5208.32.3040 | US | 1.250 | 180.00 | | 0.00 | 180.00 |
| 576 | 576 | EA | TC8438PK-5451 | 14CT 15X18 OATMEAL | 00000000019073410 | 5208.22.4040 | US | 2.250 | 1296.00 | | 0.00 | 1296.00 |
| 216 | 216 | EA | TC8438PK-322 | 14CT 30X36 ANTQ | 00000000016324097 | 5208.32.3040 | US | 3.000 | 648.00 | | 0.00 | 648.00 |
| 180 | 180 | EA | TC8438PK-5451 | 14CT 30X36 OATMEAL | 00000000019073436 | 5208.22.4040 | US | 4.500 | 810.00 | | 0.00 | 810.00 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.32.3040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 144 | 144 | EA | TC8836PK-322 | 18CT 15X18 ANTWHT | 00000000016324147 | 5209.31.6035 | US | 1.250 | 180.00 | | 0.00 | 180.00 |
| 108 | 108 | EA | U1636 | STITCH BOW MINI TRAVEL BAG | 00000000001496843 | 4202.92.90.19 | CN | 5.900 | 637.20 | | 0.00 | 637.20 |
| 24 | 24 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 78.00 | | 0.00 | 78.00 |

Page 10 of 11

FORM ID: INVOICE3

# THE DMC GROUP

閣 DMC · ROWAN · TILSATEC · SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
, 93291--930

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344481 | | 11/20/24 | | 607344 | | 12/30/24 | | 1964611 | | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | | | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
| 24 | 24 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | | | 0000000001879783 7 | 4409.21.0500 | IN | 4.000 | 96.00 | | 0.00 | 96.00 |
| 24 | 24 | EA | U2110/3 | DMC 10IN TRIANGLE WOODEN HOOP | | | 0000000001879779 5 | 4409.21.0500 | IN | 4.000 | 96.00 | | 0.00 | 96.00 |
| 36 | 36 | EA | VT6701EA | CHARLES CRAFT ABERDEEN VELOUR TOWEL | | | 0000000001905310 7 | 6302.91.00 | TR | 3.890 | 140.04 | | 0.00 | 140.04 |
| 72 | 72 | EA | VT6910EA-6750 | WHITE MAXTON GUEST TOWEL | | | 0000000001764174 | 5310.10.00.90 | CN | 1.770 | 127.44 | | 0.00 | 127.44 |

| | |
|---|---|
| Total Gross | 82149.34 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **82149.34** |

**NOTES***
52914
Ward SPL-023-0808383

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# THE DMC GROUP

WÜRE  DMC  R O W A N  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,      44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
,      93291--930

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176044650 | 11/07/24 | 607346 | 12/30/24 | 1959367 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000003997277 | 5406.00.10.90 | FR | 0.430 | 619.20 | | 0.00 | 619.20 |
| 720 | 720 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-414 | 6-STRAND FLOSS 414 DK STEEL GRAY | 00000000001034156 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 00000000001049691 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-434 | 6-STRAND FLOSS 434 LT BROWN | 00000000001046853 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 00000000001040641 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-648 | 6-STRAND FLOSS 648 LT BEAVER GRAY | 00000000001051762 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-666 | 6-STRAND FLOSS 666 BRIGHT RED | 00000000001044924 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-699 | 6-STRAND FLOSS 699 GREEN | 00000000001041862 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 00000000001039544 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-729 | 6-STRAND FLOSS 729 MED OLD GOLD | 00000000001021575 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 00000000001015601 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 1 of 4

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC ROWAN ● TILSATEC ● SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
    44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
        ,   93291-930

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176044650 | 11/07/24 | | 607346 | | 12/30/24 | | 1959367 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-816 | 6-STRAND FLOSS 816 GARNET | 000000000001023852 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 000000000001032499 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 000000000001032507 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-907 | 6-STRAND FLOSS 907 LT PARROT GREE | 000000000001040518 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-938 | 6-STRAND FLOSS 938 DK COFFEE BRWN | 000000000001025162 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-939 | 6-STRAND FLOSS 939 DK NAVY | 000000000001031863 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 000000000001025113 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 480 | 480 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 000000000004301685 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 000000000004301693 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 720 | 720 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 000000000004301610 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 240 | 240 | EA | 317W-E3821 | LIGHT EFFECTS FLOSS GOLD | 000000000003780632 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 216 | 216 | EA | 6102/12 | PLASTIC BOBBINS | 000000000005727292 | 3923.40.0050 | CN | 0.650 | 140.40 | | 0.00 | 140.40 |
| 432 | 432 | EA | 6112/6 | NEEDLE THREADER | 000000000007070048 | 3917.33.00.90 | CN | 0.790 | 341.28 | | 0.00 | 341.28 |
| 108 | 108 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 000000000009648080 | 8213.00.9000 | IT | 3.260 | 352.08 | | 0.00 | 352.08 |

Page 2 of 4

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA
93291--930

Telephone  330-463-6790
Fax        330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176044650 | | 11/07/24 | 607346 | | 12/30/24 | | 1959367 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | EA | BK1914L | DMC XS KIT CAT | 00000000017324518 | 6308.00.0020 | CN | 2.200 | 158.40 | | 0.00 | 158.40 |
| 108 | 36 | EA | BK1982L | CROSS STITCH KIT MOTEL | 00000000022185104 | 6308.00.0020 | CN | 3.000 | 108.00 | | 0.00 | 108.00 |
| 180 | 36 | EA | BK1983L | CROSS STITCH KIT BOOTS | 00000000022185112 | 6308.00.0020 | CN | 3.000 | 108.00 | | 0.00 | 108.00 |
| 108 | 36 | EA | BK1984L | CROSS STITCH KIT AIRSTREAM | 00000000022185120 | 6308.00.0020 | CN | 3.000 | 108.00 | | 0.00 | 108.00 |
| 72 | 72 | EA | BK1985L | CROSS STITCH KIT GAS PUMP | 00000000022185138 | 6308.00.0020 | CN | 3.000 | 216.00 | | 0.00 | 216.00 |
| 240 | 240 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000019073428 | 5208.22.4040 | US | 0.900 | 216.00 | | 0.00 | 216.00 |
| 432 | 432 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 00000000001957463 | 5209.11.0000 | BR | 1.350 | 583.20 | | 0.00 | 583.20 |
| 180 | 180 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002260765 | 5208.32.3040 | US | 2.000 | 360.00 | | 0.00 | 360.00 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 432 | 432 | EA | TC8836PK-6750 | 18CT 15X18 WHT | 00000000016324139 | 5209.21.0035 | US | 1.250 | 540.00 | | 0.00 | 540.00 |
| 324 | 324 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 511.92 | | 0.00 | 511.92 |
| 216 | 216 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 263.52 | | 0.00 | 263.52 |
| 48 | 48 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 156.00 | | 0.00 | 156.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC   R O W A N   TILSATEC   SIRDAR

## Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---:|
| Total Gross | 17756.40 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **17756.40** |

**NOTES\***

52914
Ward SPL-023-0808383

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL  DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 4 of 4

FORM ID: INVOICE3

# THE DMC GROUP

**苏** **DMC** R O W A N ◉ TILSATEC° SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>,    44236- | Shipped To: | JOANN STORES #DC01<br>5350 HUDSON INDUSTRIAL PARKWAY<br>HUDSON, OH<br>,    44236--406 |
|---|---|---|---|
| **Shipping Instructions** | WARD TRUCKING | Telephone | 330-463-6790 |
| **Terms:** | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176044649 | 11/07/24 | 607357 | 12/30/24 | 1959366 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000003997277 | 5406.00.10.90 | FR | 0.430 | 619.20 | | 0.00 | 619.20 |
| 2160 | 2160 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 720 | 720 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-414 | 6-STRAND FLOSS 414 DK STEEL GRAY | 00000000001034156 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 00000000001049691 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-434 | 6-STRAND FLOSS 434 LT BROWN | 00000000001046853 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 00000000001040641 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-648 | 6-STRAND FLOSS 648 LT BEAVER GRAY | 00000000001051762 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-699 | 6-STRAND FLOSS 699 GREEN | 00000000001041862 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 00000000001039544 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-729 | 6-STRAND FLOSS 729 MED OLD GOLD | 00000000001021575 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 00000000001015601 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800)  275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176044649 | 11/07/24 | 607357 | 12/30/24 | 1959366 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2880 | 2880 | EA | 117-816 | 6-STRAND FLOSS 816 GARNET | 00000000001023852 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | 1152.00 |
| 720 | 720 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 00000000001032499 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 00000000001032507 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-907 | 6-STRAND FLOSS 907 LT PARROT GREE | 00000000001040518 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-938 | 6-STRAND FLOSS 938 DK COFFEE BRWN | 00000000001025162 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-939 | 6-STRAND FLOSS 939 DK NAVY | 00000000001031863 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 720 | 720 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 00000000003999497 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-ECRU | 6-STRAND FLOSS ECRU | 00000000001025006 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 960 | 960 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 393.60 | | 0.00 | 393.60 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 720 | 720 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 720 | 720 | EA | 360-001 | ECO VITA THREAD FROSTED JUNIPER 001 | 00000000020184495 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-002 | ECO VITA THREAD FRESH WALNUT 002 | 00000000020188098 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-003 | ECO VITA THREAD ASHEN MYRTLE 003 | 00000000020184503 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-004 | ECO VITA THREAD DRIED WALNUT 004 | 00000000020184511 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN   TILSATEC   SHEDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH

44236-406

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176044649 | | 11/07/24 | 607357 | 12/30/24 | | 1959366 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 360-005 | ECO VITA THREAD BURNED MYRTLE 005 | 00000000020184529 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-006 | ECO VITA THREAD CHARCOAL MYRTLE 006 | 00000000020184537 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-101 | ECO VITA THREAD HENNA FROM THE SANDS 101 | 00000000020184545 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-102 | ECO VITA THREAD COPPER CATECHU 102 | 00000000020184552 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-103 | ECO VITA THREAD HENNA FROM THE LAND 103 | 00000000020184560 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-104 | ECO VITA THREAD HENNA FROM THE PLAINS 10 | 00000000020184578 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-105 | ECO VITA THREAD TOASTED CATECHU 105 | 00000000020184586 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-106 | ECO VITA THREAD INTENSE MYRTLE 106 | 00000000020184594 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-201 | ECO VITA THREAD CREAMY WOALD 201 | 00000000020184602 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-202 | ECO VITA THREAD VANILLA ALDER 202 | 00000000020184610 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 360 | EA | 360-203 | ECO VITA THREAD LEMON SAFFLOWER 203 | 00000000020184628 | 5109.10.9000 | FR | 0.670 | 241.20 | | 0.00 | 241.20 |

Page 3 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Invoice**

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:** JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:** JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176044649 | | 11/07/24 | | 607357 | | 12/30/24 | | | 1959366 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 360-204 | ECO VITA THREAD RUBARB COMPOTE 204 | 00000000020184636 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-205 | ECO VITA THREAD CINNAMON RHUBARB 205 | 00000000020184644 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-301 | ECO VITA THREAD LYCHEE MADDER 301 | 00000000020184651 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-302 | ECO VITA THREAD POMELOS SAFFLOWER 302 | 00000000020184669 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-303 | ECO VITA THREAD PAPAYA MADDER 303 | 00000000020184677 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-304 | ECO VITA THREAD MANGO CUTCH 304 | 00000000020184685 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-305 | ECO VITA THREAD PASSION MADDER 305 | 00000000020184693 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-306 | ECO VITA THREAD SAFFLOWER CEDAR 306 | 00000000020184701 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-401 | ECO VITA THREAD JASMINE COCHINEAL 401 | 00000000020184719 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-402 | ECO VITA THREAD MAGNOLIA COCHINEAL 402 | 00000000020184727 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-403 | ECO VITA THREAD LOTUS COCHINEAL 403 | 00000000020184735 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | | 12/30/24 | | 1959366 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Purchase Order No. 0176044649 | Order date 11/07/24 | Invoice No. 607357 | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 360-404 | ECO VITA THREAD ALTHEA COCHINEAL 404 | | | | 00000000020184743 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-405 | ECO VITA THREAD HYDRANGEA COCHINEAL 405 | | | | 00000000020184750 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-406 | ECO VITA THREAD PEONY MADDER 406 | | | | 00000000020184768 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-407 | ECO VITA THREAD ASTER COCHINEAL 407 | | | | 00000000020184776 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-408 | ECO VITA THREAD COLCHICUM MADDER 408 | | | | 00000000020184784 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-409 | ECO VITA THREAD CLEMATIS COCHINEAL 409 | | | | 00000000020184792 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-410 | ECO VITA THREAD HEATHER COCHINEAL 410 | | | | 00000000020184800 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-501 | ECO VITA THREAD IMPERIAL MADDER 501 | | | | 00000000020184818 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-502 | ECO VITA THREAD FIERY MADDER 502 | | | | 00000000020184826 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-503 | ECO VITA THREAD CARDINAL MADDER 503 | | | | 00000000020184834 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-504 | ECO VITA THREAD VERMEIL MADDER 504 | | | | 00000000020184842 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-505 | ECO VITA THREAD RUBY MADDER 505 | | | | 00000000020184859 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |

Page 5 of 9

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN   DMC   TILSATEC   SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236--406

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | | | Invoice date | | DMC Order No. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | | | 12/30/24 | | 1959366 | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 360-601 | ECO VITA THREAD BALTIC INDIGO 601 | 00000000020184867 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-602 | ECO VITA THREAD MIST INDIGO 602 | 00000000020184875 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-603 | ECO VITA THREAD ABYSSINIAN MYRTLE 603 | 00000000020184883 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-604 | ECO VITA THREAD SKY INDIGO 604 | 00000000020184891 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-605 | ECO VITA THREAD AZURE INDIGO 605 | 00000000020184909 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-606 | ECO VITA THREAD OVERSEAS MYRTLE 606 | 00000000020184917 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-607 | ECO VITA THREAD NIGHT INDIGO 607 | 00000000020184925 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-608 | ECO VITA THREAD NAVY INDIGO 608 | 00000000020184933 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-609 | ECO VITA THREAD ARCTIC INDIGO 609 | 00000000020184941 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-610 | ECO VITA THREAD OCEAN INDIGO 610 | 00000000020184958 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-611 | ECO VITA THREAD CLOUD INDIGO 611 | 00000000020184966 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-612 | ECO VITA THREAD STORM INDIGO 612 | 00000000020184974 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |
| 720 | 720 | EA | 360-701 | ECO VITA THREAD SOFT COMMON IVY 701 | 00000000020184982 | 5109.10.9000 | FR | 0.670 | 482.40 | | 0.00 | 482.40 |

**Purchase Order No.** 0176044649
**Order date** 11/07/24
**Invoice No.** 607357

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS-MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-406
Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | | 0176044649 | | 11/07/24 | | 607357 | | 12/30/24 | | | 1959366 | | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | | Customer Stock Code | | Tariff Code | Country Origin | Unit Price | | Gross Amount | Disc. % | Line Discount | | Net Amount |
| 720 | 720 | EA | 360-702 | ECO VITA THREAD LICHEN WOALD 702 | | 00000000020184990 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 720 | 720 | EA | 360-703 | ECO VITA THREAD MOSS INDIGO 703 | | 00000000020185005 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 720 | 720 | EA | 360-704 | ECO VITA THREAD WILLOW WOALD 704 | | 00000000020185013 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 720 | 720 | EA | 360-705 | ECO VITA THREAD MEASOW INDIGO 705 | | 00000000020185021 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 360 | 360 | EA | 360-706 | ECO VITA THREAD FERN INDIGO 706 | | 00000000020185039 | | 5109.10.9000 | FR | 0.670 | | 241.20 | | 0.00 | | 241.20 |
| 720 | 720 | EA | 360-707 | ECO VITA THREAD LIME WOALD 707 | | 00000000020185047 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 720 | 720 | EA | 360-708 | ECO VITA THREAD SPRUCE INDIGO 708 | | 00000000020185054 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 720 | 720 | EA | 360-709 | ECO VITA THREAD CYPRESS INDIGO 709 | | 00000000020185062 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 720 | 720 | EA | 360-710 | ECO VITA THREAD CEDAR WOALD 710 | | 00000000020185070 | | 5109.10.9000 | FR | 0.670 | | 482.40 | | 0.00 | | 482.40 |
| 648 | 648 | EA | 6102/12 | PLASTIC BOBBINS | | 00000000005722292 | | 3923.40.0050 | CN | 0.650 | | 421.20 | | 0.00 | | 421.20 |
| 216 | 216 | EA | 6112/6 | NEEDLE THREADER | | 00000000007070048 | | 3917.33.00.90 | CN | 0.790 | | 170.64 | | 0.00 | | 170.64 |
| 108 | 108 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | | 00000000009648080 | | 8213.00.9000 | IT | 3.260 | | 352.08 | | 0.00 | | 352.08 |
| 144 | 144 | EA | BK1914L | DMC XS KIT CAT | | 00000000017324518 | | 6308.00.0020 | CN | 2.200 | | 316.80 | | 0.00 | | 316.80 |
| 108 | 108 | EA | BK1982L | CROSS STITCH KIT MOTEL | | 00000000020185104 | | 6308.00.0020 | CN | 3.000 | | 324.00 | | 0.00 | | 324.00 |

Page 7 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236--406

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | | | Invoice No. | | Invoice date | | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176044649 | 11/07/24 | | | 607357 | | 12/30/24 | | | 1959366 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | 144 | EA | BK1983L | CROSS STITCH KIT BOOTS | 00000000020185112 | 6308.00.0020 | CN | 3.000 | 432.00 | | 0.00 | 432.00 |
| 144 | 144 | EA | BK1984L | CROSS STITCH KIT AIRSTREAM | 00000000020185120 | 6308.00.0020 | CN | 3.000 | 432.00 | | 0.00 | 432.00 |
| 72 | 72 | EA | BK1985L | CROSS STITCH KIT GAS PUMP | 00000000020185138 | 6308.00.0020 | CN | 3.000 | 216.00 | | 0.00 | 216.00 |
| 432 | 432 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000019073428 | 5208.22.4040 | US | 0.900 | 388.80 | | 0.00 | 388.80 |
| 480 | 480 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 00000000001957463 | 5209.11.0000 | BR | 1.350 | 648.00 | | 0.00 | 648.00 |
| 144 | 72 | EA | GD1436BX-5200 | 14 CT 15X18 NATURAL | 00000000001499136 | 5208.32.3040 | US | 2.000 | 144.00 | | 0.00 | 144.00 |
| 288 | 288 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 576.00 | | 0.00 | 576.00 |
| 144 | 144 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 432.00 | | 0.00 | 432.00 |
| 360 | 360 | EA | TC8836PK-6750 | 18CT 15X18 WHT | 00000000016324139 | 5209.21.0035 | US | 1.250 | 450.00 | | 0.00 | 450.00 |
| 324 | 324 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 511.92 | | 0.00 | 511.92 |
| 324 | 324 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 395.28 | | 0.00 | 395.28 |
| 48 | 48 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 156.00 | | 0.00 | 156.00 |

Page 8 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| Total Gross | 51498.72 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 51498.72 |

**NOTES***

52913
Word SPL-023-0808384

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 9 of 9

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,       44236-406
Telephone   330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:                   1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | 12/30/24 | 1964604 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000003997277 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 1080 | 1080 | EA | 1008F-S5200 | SATIN FLOSS S5200 SNOW WHITE | 00000000003997871 | 5406.00.10.90 | FR | 0.430 | 464.40 | | 0.00 | 464.40 |
| 720 | 720 | EA | 1008F-S676 | SATIN FLOSS S676 LT GOLDEN BROWN | 00000000003997616 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 360 | 360 | EA | 1008F-S712 | SATIN FLOSS S712 MOTHER OF PEARL | 00000000003997665 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 1080 | 1080 | EA | 1008F-S762 | SATIN FLOSS S762 SILVER CLOUD | 00000000003997723 | 5406.00.10.90 | FR | 0.430 | 464.40 | | 0.00 | 464.40 |
| 240 | 240 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 480 | 480 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 00000000002619260 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-699 | PEARL CTN 699 SIZE 5 GREEN | 00000000002619500 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 960 | 960 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 662.40 | | 0.00 | 662.40 |
| 240 | 240 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | 00000000002619088 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 800 | 800 | EA | 116/8-310 | PEARL CTN BALL SIZE 8 BLACK | 00000000002636975 | 5207.10.00.00 | FR | 1.090 | 872.00 | | 0.00 | 872.00 |
| 720 | 720 | EA | 117-03 | 6-STRAND FLOSS 03 MED TIN | 00000000016580714 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3012 | 6-STRAND FLOSS 3012 MED KHAKI GREEN | 00000000001016708 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3051 | 6-STRAND FLOSS 3051 DK GREEN GRAY | 00000000001016401 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3052 | 6-STRAND FLOSS 3052 MED GREEN GRAY | 00000000001039791 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

TOTE | DMC | ROWAN | TILSATEC | SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>, 44236- | Shipped To: | JOANN STORES #DC01<br>5350 HUDSON INDUSTRIAL PARKWAY<br>HUDSON, OH<br>, 44236-406 |
|---|---|---|---|
| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | | Purchase Order No. | Order date | | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344474 | 11/20/24 | | 607358 | 12/30/24 | | 1964604 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5040 | 5040 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 00000000001028406 | 5207.10.00.00 | FR | 0.400 | 2016.00 | | 0.00 | 2016.00 |
| 2160 | 2160 | EA | 117-317 | 6-STRAND FLOSS 317 PEWTER GRAY | 00000000001043652 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-318 | 6-STRAND FLOSS 318 LT STEEL GRAY | 00000000001038918 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-319 | 6-STRAND FLOSS 319 DK PISTACHIO GRN | 00000000001026871 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 00000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-333 | 6-STRAND FLOSS 333 DK BLUE VIOLET | 00000000001018464 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-3345 | 6-STRAND FLOSS 3345 DK HUNTER GRN | 00000000001046242 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-336 | 6-STRAND FLOSS 336 NAVY BLUE | 00000000001015452 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3371 | 6-STRAND FLOSS 3371 BLACK BROWN | 00000000001043041 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-347 | 6-STRAND FLOSS 347 DK SALMON | 00000000001017821 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3750 | 6-STRAND FLOSS 3750 DK ANTIQUE BLUE | 00000000001608538 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3777 | 6-STRAND FLOSS 3777 DK TERRA COTTA | 00000000001608886 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 00000000001608751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 00000000002777670 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3862 | 6-STRAND FLOSS 3862 DK MOCHA BEIGE | 00000000004831376 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

**ROWAN** **DMC** **TILSATEC** **SIRDAR**

## Invoice

**REMIT TO:**
DOLLFUS-MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-406
Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | 12/30/24 | 1964604 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-3866 | 6-STRAND FLOSS 3866 ULT VY LT MCA BRN | 00000000004831418 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 720 | 720 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 00000000001045590 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-422 | 6-STRAND FLOSS 422 LT HAZELNUT BRWN | 00000000001037449 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-435 | 6-STRAND FLOSS 435 LT BROWN | 00000000001022177 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-436 | 6-STRAND FLOSS 436 TAN | 00000000001038409 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-437 | 6-STRAND FLOSS 437 LT TAN | 00000000001050848 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-444 | 6-STRAND FLOSS 444 DK LEMON | 00000000001049386 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-469 | 6-STRAND FLOSS 469 AVOCADO GREEN | 00000000001044346 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-471 | 6-STRAND FLOSS 471 LT AVOCADO GREEN | 00000000001034222 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-498 | 6-STRAND FLOSS 498 DARK RED | 00000000001016393 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-500 | 6-STRAND FLOSS 500 DK BLUE GRN | 00000000001043298 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |

FORM ID: INVOICE3

# THE DMC GROUP

JOMA GANG  ▄DMC  R O W A N  ⏣ TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC01<br>5350 HUDSON INDUSTRIAL PARKWAY<br>HUDSON, OH<br>44236-406 |
|---|---|---|---|
| **Shipping Instructions** | WARD TRUCKING | **Telephone** | 330-463-6790 |
| **Terms:** | 1% Net 90 Days | **Fax** | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | 12/30/24 | 1964604 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-520 | 6-STRAND FLOSS 520 DK FERN GREEN | 00000000000105294 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-535 | 6-STRAND FLOSS 535 LT ASH GRAY | 000000000001042100 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 720 | 720 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 000000000001040641 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-605 | 6-STRAND FLOSS 605 LT CRANBERRY | 000000000001028430 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-645 | 6-STRAND FLOSS 645 DK BEAVER GRAY | 000000000001027911 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-666 | 6-STRAND FLOSS 666 BRIGHT RED | 000000000001044924 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-676 | 6-STRAND FLOSS 676 LT OLD GOLD | 000000000001023854 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-700 | 6-STRAND FLOSS 700 BRIGHT GREEN | 000000000001022185 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-704 | 6-STRAND FLOSS 704 BRIGHT CHARTREUSE | 000000000001018340 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-720 | 6-STRAND FLOSS 720 DK ORANGE SPICE | 000000000001024561 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-725 | 6-STRAND FLOSS 725 MD LT TOPAZ | 000000000001047901 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-726 | 6-STRAND FLOSS 726 LT TOPAZ | 000000000001040823 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-728 | 6-STRAND FLOSS 728 TOPAZ | 000000000005982525 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-729 | 6-STRAND FLOSS 729 MED OLD GOLD | 000000000001021575 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · SIRDAR · TILSATEC · DMC

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406

Telephone 330-463-6790
Fax 330-463-6704

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | 12/30/24 | 1964604 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2160 | 2160 | EA | 117-738 | 6-STRAND FLOSS 738 LT TAN | 00000000001036144 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-739 | 6-STRAND FLOSS 739 VERY LT TAN | 00000000001027275 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-740 | 6-STRAND FLOSS 740 TANGERINE | 00000000001048404 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-742 | 6-STRAND FLOSS 742 LT TANGERINE | 00000000001046176 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 720 | 720 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 00000000001015601 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-746 | 6-STRAND FLOSS 746 OFF WHITE | 00000000001031202 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-762 | 6-STRAND FLOSS 762 LT PEARL GRAY | 00000000001049279 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-783 | 6-STRAND FLOSS 783 MED TOPAZ | 00000000001018167 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-796 | 6-STRAND FLOSS 796 DK ROYAL BLUE | 00000000001052109 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-798 | 6-STRAND FLOSS 798 DK DELFT BLUE | 00000000001044270 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-801 | 6-STRAND FLOSS 801 DK COFFEE BRWN | 00000000001051069 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-814 | 6-STRAND FLOSS 814 DK GARNET | 00000000001038710 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-815 | 6-STRAND FLOSS 815 MED GARNET | 00000000001038488 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-820 | 6-STRAND FLOSS 820 DK ROYAL BLUE | 00000000001039684 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 00000000001032507 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344474 | | 11/20/24 | | 607358 | | 12/30/24 | | 1964604 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2160 | 2160 | EA | 117-838 | 6-STRAND FLOSS 838 DK BEIGE BRWN | 00000000001045541 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-839 | 6-STRAND FLOSS 839 DK BEIGE BRWN | 00000000001042142 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-840 | 6-STRAND FLOSS 840 MED BEIGE BROWN | 00000000001027630 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-841 | 6-STRAND FLOSS 841 LT BEIGE BROWN | 00000000001035559 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-842 | 6-STRAND FLOSS 842 LT BEIGE BROWN | 00000000001022714 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-844 | 6-STRAND FLOSS 844 DK BEAVER GRAY | 00000000001040500 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-890 | 6-STRAND FLOSS 890 DK PISTACHIO GRN | 00000000001030493 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-895 | 6-STRAND FLOSS 895 DK HUNTER GRN | 00000000001023324 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-898 | 6-STRAND FLOSS 898 VY DK COFFEE BROWN | 00000000001014125 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-907 | 6-STRAND FLOSS 907 LT PARROT GREE | 00000000001040518 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-909 | 6-STRAND FLOSS 909 DK EMERALD GREEN 909 | 00000000001040526 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-910 | 6-STRAND FLOSS 910 DK EMERALD GREEN 910 | 00000000001035161 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-921 | 6-STRAND FLOSS 921 COPPER | 00000000001016609 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 6 of 13

FORM ID: INVOICE3

# THE DMC GROUP

CANO    DMC    ROWAN    TILSATEC    SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:** JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:** JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
, 44236-406

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344474 | | 11/20/24 | | 607358 | | 12/30/24 | | 1964604 | | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
| 2160 | 2160 | EA | 117-934 | 6-STRAND FLOSS 934 BLACK AVOCADO GREEN | 000000000001042571 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-935 | 6-STRAND FLOSS 935 DK AVOCADO GRN | 000000000001048826 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-938 | 6-STRAND FLOSS 938 DK COFFEE BRWN | 000000000001025162 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-939 | 6-STRAND FLOSS 939 DK NAVY | 000000000001031863 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-973 | 6-STRAND FLOSS 973 BRIGHT CANARY | 000000000001037084 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 2160 | 2160 | EA | 117-986 | 6-STRAND FLOSS 986 DK FOREST GRN | 000000000001037456 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 000000000003999497 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2880 | 2880 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 000000000001025113 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | 1152.00 |
| 240 | 240 | EA | 117F25NP27/4 | NEW COLORS FLOSS PACK 27 | 000000000005841820 | 5207.10.000 | FR | 10.800 | 2592.00 | | 0.00 | 2592.00 |
| 1200 | 1200 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 000000000006913479 | 7319.10.0000 | GB | 0.410 | 492.00 | | 0.00 | 492.00 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 000000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 720 | 720 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 000000000004301701 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 2400 | 2400 | EA | 1765/4 | NEEDLES EMBROIDERY (SHARPS) SIZE 5 | 000000000007863365 | 7319.10.0000 | GB | 0.410 | 984.00 | | 0.00 | 984.00 |
| 960 | 480 | EA | 1767/3 | NEEDLES TAPESTRY SIZE 18/22 | 000000000005759238 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |

Page 7 of 13

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
· 44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
· 44236-406

Telephone   330-463-6790
Fax         330-463-6704

Shipping Instructions   WARD TRUCKING
Terms:                  1% Net 90 Days

| Customer No. | | Purchase Order No. | Order date | | Invoice No. | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344474 | 11/20/24 | | 607358 | 12/30/24 | | 1964604 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 176714 | NEEDLES TAPESTRY SIZE 18 | 00000000007243868 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 240 | 240 | EA | 176716 | NEEDLES TAPESTRY SIZE 22 | 00000000004301578 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 480 | 480 | EA | 176717 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 720 | 720 | EA | 176718 | NEEDLES TAPESTRY SIZE 26 | 00000000004301644 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 240 | 240 | EA | 176811 | NEEDLES CHENILLE (SHARPS) SIZE 18/22 | 00000000004301719 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 720 | 720 | EA | 176812 | NEEDLES CHENILLE (SHARPS) SIZE 18 | 00000000007893456 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 720 | 720 | EA | 176813 | NEEDLES CHENILLE (SHARPS) SIZE 20 | 00000000007243876 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 480 | 480 | EA | 176815 | NEEDLES CHENILLE (SHARPS) SIZE 24 | 00000000007243884 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 176912 | NEEDLES DARNERS SIZE 14/18 | 00000000007893589 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 720 | 720 | EA | 176913 | NEEDLES DARNERS SIZE 18 | 00000000007867534 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 250 | 250 | EA | 283ZA | METALLIC EMB THREAD LT SILVER | 00000000002204402 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 960 | 960 | EA | 315-5282 | PEARL CTN 5282 METALLIC GOLD | 00000000004299624 | 5605.00.99.00 | FR | 1.860 | 1785.60 | | 0.00 | 1785.60 |
| 960 | 960 | EA | 315-5283 | PEARL CTN 5283 METALLIC SILVER | 00000000004300851 | 5605.00.99.00 | FR | 1.860 | 1785.60 | | 0.00 | 1785.60 |
| 240 | 240 | EA | 317W-E3852 | LIGHT EFFECTS E3852 DK GOLD | 00000000004500054 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 480 | 480 | EA | 317W-E415 | LIGHT EFFECTS E415 PEWTER | 00000000007893470 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC  ROWAN  TILSATEC  SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,                    44236-406

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | 12/30/24 | 1964604 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 480 | EA | 317W+E677 | LIGHT EFFECTS E677 WHITE GOLD | 00000000000007893647 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 480 | 480 | EA | 317W+E940 | LIGHT EFFECTS E940 GLOW IN THE DARK | 00000000000007895121 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 648 | 648 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000000005726948 | 4822.10.0000 | CN | 0.560 | 362.88 | | 0.00 | 362.88 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 00000000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 1080 | 1080 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000000005727672 | 3923.40.0050 | CN | 0.600 | 648.00 | | 0.00 | 648.00 |
| 324 | 324 | EA | 6109/6 | TWO 1 1/2 METAL RINGS | 00000000000007241367 | 7326.90.90.99 | CN | 0.560 | 181.44 | | 0.00 | 181.44 |
| 540 | 540 | EA | 6110/6 | TWO 2 1/2 METAL RINGS | 00000000000007241391 | 7326.90.90.99 | CN | 0.560 | 302.40 | | 0.00 | 302.40 |
| 324 | 324 | EA | 6112/6 | NEEDLE THREADER | 00000000000007070048 | 3917.33.00.90 | CN | 0.790 | 255.96 | | 0.00 | 255.96 |
| 324 | 324 | EA | 6123/3 | EMBROIDERY SCISSORS | 00000000000007895964 | 8213.00.9000 | IT | 2.770 | 897.48 | | 0.00 | 897.48 |
| 162 | 162 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000000009648080 | 8213.00.9000 | IT | 3.260 | 528.12 | | 0.00 | 528.12 |
| 432 | 432 | EA | 6131/6 | GOLD NEEDLES TAPESTRY SIZE 22 | 00000000000009648056 | 7319.10.0000 | GB | 1.080 | 466.56 | | 0.00 | 466.56 |
| 216 | 216 | EA | 6140/3 | MAGNETIC NEEDLE CASE | 00000000000010691061 | 7326.90.1000 | CN | 2.210 | 477.36 | | 0.00 | 477.36 |
| 396 | 396 | EA | BK1912L | DMC XS KIT EXOTIC FLOWERS | 00000000000017324492 | 6308.00.0020 | CN | 2.200 | 871.20 | | 0.00 | 871.20 |
| 108 | 108 | EA | BK1914L | DMC XS KIT CAT | 00000000000017324518 | 6308.00.0020 | CN | 2.200 | 237.60 | | 0.00 | 237.60 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

THE DMC GROUP
DMC · ROWAN · TILSATEC · SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406
Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | 12/30/24 | 1964604 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000019073428 | 5208.22.4040 | US | 0.900 | 43.20 | | 0.00 | 43.20 |
| 240 | 240 | EA | CR9113PK-3868JS | 10CT WASTE FAB 12X18 PK | 00000000002601219 | 5209.11.0000 | BR | 1.350 | 324.00 | | 0.00 | 324.00 |
| 144 | 144 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 00000000001957463 | 5209.11.0000 | BR | 1.350 | 194.40 | | 0.00 | 194.40 |
| 240 | 240 | EA | EBSG01 | EMMA BROIDERY'S STITCH TOOL | 00000000010691046 | | US | 3.750 | 900.00 | | 0.00 | 900.00 |
| 432 | 432 | EA | GC001/A | STITCHBOW FLOSS HOLDERS | 00000000006151195 | 3923.90.0080 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 288 | 288 | EA | GD1436BX-322 | 14CT GOLD 15X18 | 00000000001957414 | 5208.32.3040 | US | 2.000 | 576.00 | | 0.00 | 576.00 |
| 216 | 216 | EA | GD1436BX-4600 | 14CT 15X18 LT BLUE | 00000000002600799 | 5208.32.3040 | US | 2.000 | 432.00 | | 0.00 | 432.00 |
| 324 | 324 | EA | GD1436BX-5225 | 14 CT 15X18 NAVY | 00000000001499151 | 5208.32.3040 | US | 2.000 | 648.00 | | 0.00 | 648.00 |
| 324 | 324 | EA | GD1436BX-5614 | 14CT GOLD 15X18 | 00000000002600807 | 5208.32.3040 | US | 2.000 | 648.00 | | 0.00 | 648.00 |
| 180 | 180 | EA | GD1436BX-853 | 14CT 15X18 BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 360.00 | | 0.00 | 360.00 |
| 24 | 24 | EA | GD1436BX/NP-3609 | DMC 14 CT PRINTED AIDA SUNSET PRINT | 00000000018777268 | 5208.32.3040 | FR | 3.870 | 92.88 | | 0.00 | 92.88 |
| 240 | 240 | EA | GD1436BX/NP-747 | DMC 14 CT PRINTED AIDA DEW PRINT | 00000000018777243 | 5208.32.3040 | FR | 3.870 | 928.80 | | 0.00 | 928.80 |
| 120 | 120 | EA | GD1440BX/NP-5282 | 14 CT METALLIC AIDA- GOLD | 00000000018792101 | 5208.32.3040 | FR | 4.250 | 510.00 | | 0.00 | 510.00 |
| 96 | 96 | EA | GD1443BX/NP-800 | 14 CT IRIDESCENT AIDA BLUE | 00000000018792093 | 5208.32.3040 | FR | 5.190 | 498.24 | | 0.00 | 498.24 |
| 252 | 252 | EA | GD1443BX/NP-BLANC | DMC 14 CT IRIDESCENT AIDA BLANC | 00000000018777235 | 5208.32.3040 | FR | 5.190 | 1307.88 | | 0.00 | 1307.88 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

**Invoice**

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
44236-406

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Tariff Code | Invoice date | DMC Order No. | |
|---|---|---|---|---|---|---|---|
| 3323300 | 0176344474 | 11/20/24 | 607358 | | 12/30/24 | 1964604 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 288 | 288 | EA | GD1636BX-5200 | 16CT 15X18 NATURAL | 000000000001500040 | 5209.31.6035 | US | 2.000 | 576.00 | | 0.00 | 576.00 |
| 144 | 144 | EA | GD1909BX | 14CT GLD FIDD LT 15X18 | 000000000002600302 | 5208.32.3040 | US | 2.090 | 300.96 | | 0.00 | 300.96 |
| 216 | 216 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | 000000000002600377 | 5209.31.6035 | US | 2.090 | 451.44 | | 0.00 | 451.44 |
| 360 | 360 | EA | JASBOOKMARK | CHARLES CRAFT BOOK MARK 14 CT | 000000000010723385 | 5310.10.0090 | MX | 0.560 | 201.60 | | 0.00 | 201.60 |
| 216 | 216 | EA | LC246BX-1410 | SAND 28 CT CAROLINA LINEN | 000000000008737801 | 5309.19.0000 | US | 3.150 | 680.40 | | 0.00 | 680.40 |
| 216 | 216 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | 000000000008737785 | 5309.19.0000 | US | 3.150 | 680.40 | | 0.00 | 680.40 |
| 180 | 180 | EA | MO236BX-6750 | 28CT MONACO 15X18 | 000000000002599918 | 5209.31.6035 | US | 1.990 | 358.20 | | 0.00 | 358.20 |
| 216 | 216 | EA | TB171L | EMBROIDERY VALUE KIT PLANTS | 000000000018767293 | 6308.00.0020 | CN | 2.250 | 486.00 | | 0.00 | 486.00 |
| 216 | 216 | EA | TB172L | EMBROIDERY VALUE KIT FLOWERS | 000000000018767285 | 6308.00.0020 | CN | 2.250 | 486.00 | | 0.00 | 486.00 |
| 288 | 288 | EA | TC8236PK-6750 | 22CT 15X18 WHT | 000000000019073469 | 5209.21.0035 | US | 1.250 | 360.00 | | 0.00 | 360.00 |
| 144 | 144 | EA | TC8436PK-322 | 14CT 15X18 ANTWHT | 000000000016324048 | 5208.32.3040 | US | 1.250 | 180.00 | | 0.00 | 180.00 |
| 720 | 720 | EA | TC8436PK-5451 | 14CT 15X18 OATMEAL | 000000000019073410 | 5208.22.4040 | US | 2.250 | 1620.00 | | 0.00 | 1620.00 |
| 144 | 144 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 000000000016324030 | 5208.22.4040 | US | 1.250 | 180.00 | | 0.00 | 180.00 |
| 216 | 216 | EA | TC8438PK-322 | 14CT 30X36 ANTQ | 000000000016324097 | 5208.32.3040 | US | 3.000 | 648.00 | | 0.00 | 648.00 |
| 180 | 180 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 000000000016324089 | 5208.22.4040 | US | 3.000 | 540.00 | | 0.00 | 540.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC01
5350 HUDSON INDUSTRIAL PARKWAY
HUDSON, OH
,    44236-406

Telephone  330-463-6790
Fax  330-463-6704

| Customer. No. | | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344474 | | 11/20/24 | 607358 | | 12/30/24 | | 1964604 | | | | |
| Order Quantity | Ship Quantity | UOM | Article No. | Description | | | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | | Net Amount |
| 288 | 288 | EA | TC8636PK-6750 | 16CT 15X18 WHT | | | 00000000016324113 | 5209.21.0035 | US | 1.250 | 360.00 | | 0.00 | | 360.00 |
| 216 | 216 | EA | TC8836PK-322 | 18CT 15X18 ANTWHT | | | 00000000016324147 | 5209.31.6035 | US | 1.250 | 270.00 | | 0.00 | | 270.00 |
| 72 | 72 | EA | TC8836PK-6750 | 18CT 15X18 WHT | | | 00000000016324139 | 5209.21.0035 | US | 1.250 | 90.00 | | 0.00 | | 90.00 |
| 324 | 324 | EA | U1539 | EMBROIDERY TRANSFER PEN | | | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 511.92 | | 0.00 | | 511.92 |
| 108 | 108 | EA | U1541 | EMBROIDERY TRACING PAPER | | | 00000000008713018 | 4806.30.0000 | US | 1.220 | 131.76 | | 0.00 | | 131.76 |
| 24 | 24 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | | | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 78.00 | | 0.00 | | 78.00 |
| 168 | 48 | EA | U2106/3 | DMC 10IN SQUARE WOODEN HOOP | | | 00000000018797811 | 4409.21.0500 | IN | 4.000 | 192.00 | | 0.00 | | 192.00 |
| 72 | 72 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | | | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 288.00 | | 0.00 | | 288.00 |
| 108 | 108 | EA | VT6701EA | CHARLES CRAFT ABERDEEN VELOUR TOWEL | | | 00000000019053107 | 6302.91.00 | TR | 3.890 | 420.12 | | 0.00 | | 420.12 |
| 216 | 216 | EA | VT6910EA-6750 | WHITE MAXTON GUEST TOWEL | | | 00000000001764174 | 5310.10.00.90 | CN | 1.770 | 382.32 | | 0.00 | | 382.32 |

Page 12 of 13

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| Total Gross | 91054.72 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 91054.72 |

## NOTES*

52913
Ward SPL-023-0808384

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 6 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 13 of 13

FORM ID: INVOICE3

# THE DMC GROUP

第一 ｜ DMC ｜ ROWAN ｜ TILSATEC ｜ SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

Shipped To:
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-974

Telephone    330-463-6790
Fax    330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344482 | | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360 | 360 | EA | 1008F-S307 | SATIN FLOSS 307 CITRUS | 00000000015378771 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 00000000003997277 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S336 | SATIN FLOSS S336 PRUSSIAN BLUE | 00000000003997301 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S3607 | SATIN FLOSS S3607 VINTAGE PINK | 00000000003997848 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S471 | SATIN FLOSS 471 GRANNY SMITH GRN | 00000000015367121 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S550 | SATIN FLOSS 550 SHINY PURPLE | 00000000015367063 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S601 | SATIN FLOSS 601 FUCHSIA | 00000000015367071 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S602 | SATIN FLOSS 602 HIBISCUS PINK | 00000000015369861 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S676 | SATIN FLOSS S676 LT GOLDEN BROWN | 00000000003997616 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S700 | SATIN FLOSS S700 TROPICAL LEAVES | 00000000003997624 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S702 | SATIN FLOSS S702 KELLY GREEN | 00000000003997640 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S712 | SATIN FLOSS S712 MOTHER OF PEARL | 00000000003997665 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S820 | SATIN FLOSS S820 DEEP ROYAL BLUE | 00000000003997764 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S899 | SATIN FLOSS S899 ROSE | 00000000003997780 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 360 | 360 | EA | 1008F-S959 | SATIN FLOSS 959 CHLOROPHYL GRN | 00000000015367097 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-208 | PEARL CTN 208 SIZE 5 DK LAVENDER | 00000000002619120 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-307 | PEARL CTN 307 SIZE 5 LEMON | 00000000015369945 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-309 | PEARL CTN 309 SIZE 5 DK ROSE | 00000000007245129 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-321 | PEARL CTN 321 SIZE 5 RED | 00000000002619260 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-333 | PEARL CTN 333 SIZE 5 DK BLUE VIOLET | 00000000015378763 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-3348 | PEARL CTN 3348 SIZE 5 LT YLW GRN | 00000000007245764 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-335 | PEARL CTN 335 SIZE 5 ROSE | 00000000007245152 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-434 | PEARL CTN 434 SIZE 5 BROWN | 00000000007245369 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-437 | PEARL CTN 437 SIZE 5 LT TAN | 00000000007245228 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-444 | PEARL CTN 444 SIZE 5 DK LEMON | 00000000015369937 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-500 | PEARL CTN 500 SIZE 5 DK BL GRN | 00000000002619419 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-550 | PEARL CTN 550 SIZE 5 DK VIOLET | 00000000002619450 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-552 | PEARL CTN 552 SIZE 5 VIOLET | 00000000007245277 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-606 | PEARL CTN 606 SIZE 5 BRT ORANGE RED | 00000000015369903 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-725 | PEARL CTN 725 SIZE 5 TOPAZ | 00000000002619534 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

DMC  R O W A N  ● TILSATEC  SIRDAR

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,   36801-974

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | Purchase Order No. | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344482 | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-738 | PEARL CTN 738 SIZE 5 LT TAN | 00000000002619559 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-742 | PEARL CTN 742 SIZE 5 LT TANGERINE | 00000000007245400 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-796 | PEARL CTN 796 SIZE 5 DK ROYAL BLUE | 00000000002619617 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-807 | PEARL CTN 807 SIZE 5 PEACOCK BLUE | 00000000007245459 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-820 | PEARL CTN 820 SIZE 5 DK ROYAL BLUE | 00000000015370000 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-823 | PEARL CTN 823 SIZE 5 DK NAVY BLUE | 00000000003668746 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-842 | PEARL CTN 842 SIZE 5 LT BEIGE BROWN | 00000000003668720 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-899 | PEARL CTN 899 SIZE 5 MED ROSE | 00000000002619716 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-906 | PEARL CTN 906 SIZE 5 MED PARROT GRN | 00000000015369960 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-915 | PEARL CTN 915 SIZE 5 DK PLUM | 00000000015369895 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-930 | PEARL CTN 930 SIZE 5 DK ANTIQUE BLUE | 00000000005759428 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-943 | PEARL CTN 943 SIZE 5 MED AQUAMARINE | 00000000015369978 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-947 | PEARL CTN 947 SIZE 5 BURNT ORANGE | 00000000015369911 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-956 | PEARL CTN 956 SIZE 5 GERANIUM | 00000000015369887 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 240 | 240 | EA | 115/5-995 | PEARL CTN 995 SIZE 5 DK ELECTRIC BL | 00000000015369994 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  R O W A N  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>36801—974 |
|---|---|---|---|
| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344482 | | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 115/5-996 | PEARL CTN 996 SIZE 5 MED ELECTRC BL | 00000000015369986 | 5207.10.00.00 | FR | 0.690 | 165.60 | | 0.00 | 165.60 |
| 720 | 720 | EA | 117-02 | 6-STRAND FLOSS 02 TIN | 00000000016580706 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-03 | 6-STRAND FLOSS 03 MED TIN | 00000000016580714 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-04 | 6-STRAND FLOSS 04 DARK TIN | 00000000016580722 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-07 | 6-STRAND FLOSS 07 DRIFTWOOD | 00000000016580755 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-151 | 6-STRAND FLOSS 151 LT DUSTY ROSE | 00000000005982202 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-166 | 6-STRAND FLOSS 166 MED LT MOSS GREEN | 00000000005982467 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-223 | 6-STRAND FLOSS 223 LT SHELL PINK | 00000000001051754 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-225 | 6-STRAND FLOSS 225 LT SHELL PINK | 00000000001052935 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-28 | 6-STRAND FLOSS 28 MED LT EGGPLANT | 00000000016580953 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-29 | 6-STRAND FLOSS 29 EGGPLANT | 00000000016580961 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-300 | 6-STRAND FLOSS 300 DK MAHOGANY | 00000000001052687 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-301 | 6-STRAND FLOSS 301 MED MAHOGANY | 00000000001041557 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3012 | 6-STRAND FLOSS 3012 MED KHAKI GREEN | 00000000001016708 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

鬵 ☰ **DMC** R O W A N ☀ TILSATEC SIRDAR

## Invoice

REMIT TO:
**DOLLFUS MIEG COMPANY INC.**
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | |
|---|---|
| JOANN STORES. INC. | |
| ATTN: ACCOUNTS PAYABLE | |
| 5555 DARROW ROAD | |
| HUDSON, OH | |
| ,      44236- | |
| Shipping Instructions | WARD TRUCKING |
| Terms: | 1% Net 90 Days |

| Shipped To: | |
|---|---|
| JOANN STORES #DC06 | |
| 2400 JOANN DRIVE | |
| OPELIKA, AL | |
| ,      36801-974 | |
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3013 | 6-STRAND FLOSS 3013 LT KHAKI GREEN | 000000000001026301 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3021 | 6-STRAND FLOSS 3021 DK BROWN GRAY | 000000000001027812 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3022 | 6-STRAND FLOSS 3022 MED BROWN GRAY | 000000000001052968 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3024 | 6-STRAND FLOSS 3024 LT BROWN GRAY | 000000000001051283 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3046 | 6-STRAND FLOSS 3046 MED YELLOW BEIGE | 000000000001048198 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3052 | 6-STRAND FLOSS 3052 MED GREEN GRAY | 000000000001039791 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3053 | 6-STRAND FLOSS 3053 GREEN GRAY | 000000000001048776 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3064 | 6-STRAND FLOSS 3064 DESERT SAND | 000000000001042043 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3078 | 6-STRAND FLOSS 3078 LT GOLDEN YELLOW | 000000000001016120 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-311 | 6-STRAND FLOSS 311 MED NAVY BLUE | 000000000001043629 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-316 | 6-STRAND FLOSS 316 MED ANTIQUE MAUVE | 000000000001026863 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-319 | 6-STRAND FLOSS 319 DK PISTACHIO GRN | 000000000001026871 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-326 | 6-STRAND FLOSS 326 DK ROSE | 000000000001052802 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,      36801-974
Telephone  330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-327 | 6-STRAND FLOSS 327 DK VIOLET | 00000000000104297 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3340 | 6-STRAND FLOSS 3340 MED APRICOT | 00000000001048222 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3354 | 6-STRAND FLOSS 3354 LT DUSTY ROSE | 00000000001040559 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3364 | 6-STRAND FLOSS 3364 PINE GREEN | 00000000001051051 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3371 | 6-STRAND FLOSS 3371 BLACK BROWN | 00000000001043041 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-356 | 6-STRAND FLOSS 356 MED TERRA COTTA | 00000000001015817 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3607 | 6-STRAND FLOSS 3607 LT PLUM | 00000000001028281 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3609 | 6-STRAND FLOSS 3609 LT PLUM | 00000000001029875 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-368 | 6-STRAND FLOSS 368 LT PISTACHIO GRN | 00000000001044956 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3685 | 6-STRAND FLOSS 3685 VERY DARK MAUVE | 00000000001046986 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3687 | 6-STRAND FLOSS 3902 MAUVE | 00000000001041961 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3689 | 6-STRAND FLOSS 3689 LT MAUVE | 00000000001015833 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-371 | 6-STRAND FLOSS 371 MUSTARD | 00000000001039452 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3712 | 6-STRAND FLOSS 3712 MED SALMON | 00000000001608405 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX, 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone 330-463-6790
Fax 330-463-6704

| Customer. No. | | | Purchase Order No. | Order date | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344482 | 11/20/24 | 607359 | | 12/30/24 | | 1964612 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3713 | 6-STRAND FLOSS 3713 LT SALMON | 00000000001608413 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3716 | 6-STRAND FLOSS 3716 LT DUSTY ROSE | 00000000001608421 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-372 | 6-STRAND FLOSS 372 LT MUSTARD | 00000000001047596 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3721 | 6-STRAND FLOSS 3721 DK SHELL PINK | 00000000001608439 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3722 | 6-STRAND FLOSS 3722 MED SHELL PINK | 00000000001608447 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3726 | 6-STRAND FLOSS 3726 DK ANTIQUE MAUVE | 00000000001608454 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3727 | 6-STRAND FLOSS 3727 LT ANTIQUE MAUVE | 00000000001608462 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3731 | 6-STRAND FLOSS 3731 DK DUSTY ROSE | 00000000001608470 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3733 | 6-STRAND FLOSS 3733 DUSTY ROSE | 00000000001608488 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3740 | 6-STRAND FLOSS 3740 DK ANTIQUE VIOLET | 00000000001608496 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3743 | 6-STRAND FLOSS 3743 LT ANTIQUE VIOLET | 00000000001608504 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3746 | 6-STRAND FLOSS 3746 DK BLUE VIOLET | 00000000001608512 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3752 | 6-STRAND FLOSS 3752 LT ANTIQUE BLUE | 00000000001608546 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  ⊛ TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel:(800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,  36801-974

Telephone 330-463-6790
Fax 330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344482 | | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3753 | 6-STRAND FLOSS 3753 LT ANTIQUE BLUE | 00000000001608553 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3756 | 6-STRAND FLOSS 3756 LT BABY BLUE | 00000000001608579 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3760 | 6-STRAND FLOSS 3760 MED WEDGEWOOD | 00000000001608587 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3761 | 6-STRAND FLOSS 3761 LT SKY BLUE | 00000000001608595 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3765 | 6-STRAND FLOSS 3765 DK PEACOCK BLUE | 00000000001608603 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3766 | 6-STRAND FLOSS 3766 LT PEACOCK BLUE | 00000000001608611 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3770 | 6-STRAND FLOSS 3770 LT TAWNY | 00000000001608637 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3773 | 6-STRAND FLOSS 3773 MED DESERT SAND | 00000000001608652 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3776 | 6-STRAND FLOSS 3776 LT MAHOGANY | 00000000001608678 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3778 | 6-STRAND FLOSS 3778 LT TERRA COTTA | 00000000001608694 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3779 | 6-STRAND FLOSS 3779 LT TERRA COTTA | 00000000001608702 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3782 | 6-STRAND FLOSS 3782 LT MOCHA BROWN | 00000000001608728 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3787 | 6-STRAND FLOSS 3787 DK BROWN GRAY | 00000000001608736 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 8 of 19

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN

DMC   TILSATEC   SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br><br>, 36801--974 |
|---|---|---|---|

| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3790 | 6-STRAND FLOSS 3790 DK BEIGE GRAY | 00000000001608744 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3801 | 6-STRAND FLOSS 3801 DK MELON | 00000000002777266 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3802 | 6-STRAND FLOSS 3802 DK ANTIQUE MAUVE | 00000000002777308 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3804 | 6-STRAND FLOSS 3804 DK CYCLAMEN PINK | 00000000002777324 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3805 | 6-STRAND FLOSS 3805 CYCLAMEN PINK | 00000000002777332 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3808 | 6-STRAND FLOSS 3808 DK TURQ | 00000000002777373 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3809 | 6-STRAND FLOSS 3809 DK TURQ | 00000000002777381 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3815 | 6-STRAND FLOSS 3815 DK CELADON GREEN | 00000000002775630 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3817 | 6-STRAND FLOSS 3817 LT CELADON GREEN | 00000000002777597 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3818 | 6-STRAND FLOSS 3818 DK EMERALD GREEN | 00000000002777621 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3821 | 6-STRAND FLOSS 3821 STRAW | 00000000002777688 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3822 | 6-STRAND FLOSS 3822 LT STRAW | 00000000002777704 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Invoice**

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

Telephone   330-463-6790
Fax   330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344482 | | 11/20/24 | | 607359 | | | 12/30/24 | | 1964612 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tarif Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3823 | 6-STRAND FLOSS 3823 PALE YELLOW | 00000000000277720 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3827 | 6-STRAND FLOSS 3827 PALE GOLDEN BRWN | 00000000000277795 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3828 | 6-STRAND FLOSS 3828 HAZELNUT BROWN | 00000000000277803 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3829 | 6-STRAND FLOSS 3829 DK OLD GOLD | 00000000000277829 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3830 | 6-STRAND FLOSS 3830 TERRA COTTA | 00000000000277837 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3831 | 6-STRAND FLOSS 3831 DK RASPBERRY | 00000000004830592 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3835 | 6-STRAND FLOSS 3835 MED GRAPE | 00000000004830667 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3836 | 6-STRAND FLOSS 3836 LT GRAPE | 00000000004830675 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3839 | 6-STRAND FLOSS 3839 MED LAVENDER BLUE | 00000000004830766 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3841 | 6-STRAND FLOSS 3841 PALE BABY BLUE | 00000000004830790 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3842 | 6-STRAND FLOSS 3842 DK WEDGEWOOD | 00000000004830808 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3843 | 6-STRAND FLOSS 3843 ELECTRIC BLUE | 00000000004830832 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3845 | 6-STRAND FLOSS 3845 MED BRIGHT TURQUOISE | 00000000004830881 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

▦ DMC  R O W A N  ● TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions**  WARD TRUCKING
**Terms:**  1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801--974

Telephone   330-463-6790
Fax         330-463-6704

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344482 | | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3847 | 6-STRAND FLOSS 3847 DK TEAL GREEN | 00000000004830915 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3848 | 6-STRAND FLOSS 3848 MED TEAL GREEN | 00000000004830923 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3849 | 6-STRAND FLOSS 3849 LT TEAL GREEN | 00000000004830931 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3851 | 6-STRAND FLOSS 3851 LT BRIGHT GREEN | 00000000004831194 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3854 | 6-STRAND FLOSS 3854 MED AUTUMN GOLD | 00000000004831244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3855 | 6-STRAND FLOSS 3855 LT AUTUMN GOLD | 00000000004831251 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3856 | 6-STRAND FLOSS 3856 LT MAHOGANY | 00000000004831277 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3857 | 6-STRAND FLOSS 3857 DK ROSEWOOD | 00000000004831293 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3859 | 6-STRAND FLOSS 3859 LT ROSEWOOD | 00000000004831335 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3862 | 6-STRAND FLOSS 3862 DK MOCHA BEIGE | 00000000004831376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3864 | 6-STRAND FLOSS 3864 LT MOCHA BEIGE | 00000000004831392 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 00000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 00000000001039783 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-451 | 6-STRAND FLOSS 451 DK SHELL GRAY | 00000000001033505 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

## THE DMC GROUP
DMC ROWAN ● TILSATEC SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone  330-463-6790
Fax        330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-452 | 6-STRAND FLOSS 452 MED SHELL GRAY | 00000000001026582 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-472 | 6-STRAND FLOSS 472 LT AVOCADO GREEN | 00000000001052323 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-498 | 6-STRAND FLOSS 498 DARK RED | 00000000001016393 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-503 | 6-STRAND FLOSS 503 MED BLUE GREEN | 00000000001027937 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-504 | 6-STRAND FLOSS 504 LT BLUE GREEN | 00000000001033463 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-524 | 6-STRAND FLOSS 524 LT FERN GREEN | 00000000001017151 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-543 | 6-STRAND FLOSS 543 LT BEIGE BROWN | 00000000001052778 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-553 | 6-STRAND FLOSS 553 VIOLET | 00000000001025626 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-564 | 6-STRAND FLOSS 564 LT JADE | 00000000001048511 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-581 | 6-STRAND FLOSS 581 MOSS GREEN | 00000000001016799 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-598 | 6-STRAND FLOSS 598 LT TURQUOISE | 00000000001049022 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-600 | 6-STRAND FLOSS 600 DK CRANBERRY | 00000000001042266 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-610 | 6-STRAND FLOSS 610 DK DRAB BROWN | 00000000001051275 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-640 | 6-STRAND FLOSS 640 DK BEIGE GRAY | 00000000001016914 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 12 of 19

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**THE DMC GROUP**

DMC  ROWAN  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-974

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions**   WARD TRUCKING
**Terms:**   1% Net 90 Days

| Customer No. | Purchase Order No. | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | 0176344482 | | 11/20/24 | 607359 | 12/30/24 | | 1964612 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-642 | 6-STRAND FLOSS 642 DK BEIGE GRAY | 00000000001022607 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-644 | 6-STRAND FLOSS 644 MED BEIGE GRAY | 00000000001051986 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-647 | 6-STRAND FLOSS 647 MED BEAVERY GRAY | 00000000001042993 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-680 | 6-STRAND FLOSS 680 DK OLD GOLD | 00000000001047208 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 00000000001039544 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-718 | 6-STRAND FLOSS 718 PLUM | 00000000001039296 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-730 | 6-STRAND FLOSS 730 DK OLIVE GRN | 00000000001047471 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-754 | 6-STRAND FLOSS 754 LT PEACH | 00000000001042506 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-778 | 6-STRAND FLOSS 778 LT ANTIQUE MAUVE | 00000000001051135 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-780 | 6-STRAND FLOSS 780 DK TOPAZ | 00000000001050210 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-797 | 6-STRAND FLOSS 797 ROYAL BLUE | 00000000001017086 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-799 | 6-STRAND FLOSS 799 MED DELFT BLUE | 00000000001025238 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-800 | 6-STRAND FLOSS 800 PALE DELFT BLUE | 00000000001029826 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-807 | 6-STRAND FLOSS 807 PEACOCK BLUE | 00000000001024157 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 13 of 19

FORM ID: INVOICE3

# THE DMC GROUP

WIX | DMC ROWAN | TILSATEC | SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800)  275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>,   44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>,   36801--974 |
|---|---|---|---|
| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-824 | 6-STRAND FLOSS 824 DK BLUE | 00000000000129495 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-825 | 6-STRAND FLOSS 825 DK BLUE | 00000000001049873 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-826 | 6-STRAND FLOSS 826 MED BLUE | 00000000001052539 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-827 | 6-STRAND FLOSS 827 LT BLUE | 00000000001027234 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-829 | 6-STRAND FLOSS 829 DK GOLDEN OLIVE | 00000000001039866 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-831 | 6-STRAND FLOSS 831 MED GOLDEN OLIVE | 00000000001039304 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-833 | 6-STRAND FLOSS 833 LT GOLDEN OLIVE | 00000000001049659 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-900 | 6-STRAND FLOSS 900 DK BURNT ORANGE | 00000000001042530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-904 | 6-STRAND FLOSS 904 DK PARROT GRN | 00000000001050855 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-915 | 6-STRAND FLOSS 915 DK PLUM | 00000000001051010 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-917 | 6-STRAND FLOSS 917 MED PLUM | 00000000001049212 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-918 | 6-STRAND FLOSS 918 DK RED COPPER | 00000000001039312 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-920 | 6-STRAND FLOSS 920 MED COPPER | 00000000001052950 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-921 | 6-STRAND FLOSS 921 COPPER | 00000000001016609 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-924 | 6-STRAND FLOSS 924 DK GRAY GREEN | 00000000001017037 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Invoice**

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>,   44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>,   36801--974 |
|---|---|---|---|
| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344482 | | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-927 | 6-STRAND FLOSS 927 LT GRAY GRN | 00000000001042068 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-935 | 6-STRAND FLOSS 935 DK AVOCADO GRN | 00000000001048826 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-947 | 6-STRAND FLOSS 947 BURNT ORANGE | 00000000001047406 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-950 | 6-STRAND FLOSS 950 LT DESERT SAND | 00000000001033828 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-951 | 6-STRAND FLOSS 951 LT TAWNY | 00000000001043199 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-955 | 6-STRAND FLOSS 955 LT NILE GREEN | 00000000001049238 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-959 | 6-STRAND FLOSS 959 MED SEAGREEN | 00000000001050269 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-966 | 6-STRAND FLOSS 966 MED BABY GREEN | 00000000001026087 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-975 | 6-STRAND FLOSS 975 DK GOLDEN BROWN | 00000000001016773 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-989 | 6-STRAND FLOSS 989 FOREST GREEN | 00000000001027945 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-991 | 6-STRAND FLOSS 991 DK AQUAMARINE | 00000000001048669 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-993 | 6-STRAND FLOSS 993 LT AQUAMARINE | 00000000001038140 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 240 | 240 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |

FORM ID: INVOICE3

# THE DMC GROUP

磊 ᴅ♏ᴄ ROWAN ✹TILSATEC SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,          36801-974
Telephone  330-463-6790
Fax        330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 176714 | NEEDLES TAPESTRY SIZE 18 | 0000000000007243868 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 176717 | NEEDLES TAPESTRY SIZE 24 | 0000000000004301610 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 176719 | NEEDLES TAPESTRY SIZE 28 | 0000000000004301669 | 7319.10.0000 | GB | 0.410 | 98.40 | | 0.00 | 98.40 |
| 240 | 240 | EA | 317W-E130 | LIGHT EFFECTS E130 GEMSTONES | 0000000000007894223 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E155 | LIGHT EFFECTS E155 AMETHYST | 0000000000007893670 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E168 | LIGHT EFFECTS FLOSS SILVER | 0000000000003780640 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E301 | LIGHT EFFECTS E301 COPPER | 0000000000004500047 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E317 | LIGHT EFFECTS DK SILVER | 0000000000004781233 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E321 | LIGHT EFFECTS E321 RED RUBY | 0000000000007893738 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E334 | LIGHT EFFECTS E334 BLUE TOPAZ | 0000000000007894165 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E3837 | LIGHT EFFECTS PURPLE | 0000000000004781266 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E5200 | LIGHT EFFECTS WHITE | 0000000000004781217 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E677 | LIGHT EFFECTS E677 WHITE GOLD | 0000000000007893647 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E699 | LIGHT EFFECTS METALLIC GREEN | 0000000000004500021 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344482 | | 11/20/24 | | 607359 | | 12/30/24 | | 1964612 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 240 | EA | 317W-E703 | LIGHT EFFECTS E703 LT GREEN EMERALD | 00000000007893936 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 317W-E940 | LIGHT EFFECTS E940 GLOW IN THE DARK | 00000000007895121 | 5605.00.90.00 | FR | 0.970 | 232.80 | | 0.00 | 232.80 |
| 240 | 240 | EA | 415/5-4025 | PEARL CTN 4025 VAR CARIBBEAN BAY | 00000000008736720 | 5207.10.00.00 | FR | 1.230 | 295.20 | | 0.00 | 295.20 |
| 120 | 120 | EA | 415/5-4030 | PEARL CTN 4030 VAR MONETS GARDEN | 00000000008736779 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 240 | 240 | EA | 415/5-4045 | PEARL CTN 4045 VAR EVERGREEN FOREST | 00000000008737025 | 5207.10.00.00 | FR | 1.230 | 295.20 | | 0.00 | 295.20 |
| 240 | 240 | EA | 415/5-4047 | PEARL CTN 4047 VAR EMERALD | 00000000011984150 | 5207.10.00.00 | FR | 1.230 | 295.20 | | 0.00 | 295.20 |
| 120 | 120 | EA | 415/5-4068 | PEARL CTN 4068 VAR CAMOUFLAGE | 00000000011984135 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4077 | PEARL CTN 4077 VAR MORNING SUNSHINE | 00000000008736548 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4120 | PEARL CTN 4120 VAR TROPICAL SUNSET | 00000000008736605 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4130 | PEARL CTN 4130 VAR CHILEAN SUNSET | 00000000008736431 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4145 | PEARL CTN 4145 VAR SAND DUNE | 00000000008736456 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4180 | PEARL CTN 4180 VAR ROSE PETALS | 00000000008736498 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4212 | PEARL CTN 4212 VAR MIXED BERRY | 00000000011984036 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |

Page 17 of 19

FORM ID: INVOICE3

# THE DMC GROUP

ANCHOR GANG · DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | EA | 415/5-4214 | PEARL CTN 4214 VAR CTN CANDY | 00000000011984028 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4215 | PEARL CTN 4215 VAR NORTHERN LIGHTS | 00000000008735466 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4237 | PEARL CTN 4237 VAR LAGUNA BLU | 00000000011984010 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 120 | 120 | EA | 415/5-4245 | PEARL CTN 4245 VAR MYST MDNIT | 00000000011984002 | 5207.10.00.00 | FR | 1.230 | 147.60 | | 0.00 | 147.60 |
| 360 | 360 | EA | 417F-4030 | COLOR VARIATIONS 4030 MONET'S GARDEN | 00000000008221913 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4066 | COLOR VARIATIONS FLOSS AMAZON MOSS 4066 | 00000000015367014 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4135 | COLOR VARIATIONS FLOSS TERRA COTTA 4135 | 00000000015367030 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4145 | COLOR VARIATIONS 4125 SAND DUNE | 00000000008739229 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4237 | COLOR VARIATIONS FLOSS LAGUNA BLUE 4237 | 00000000015366958 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4245 | COLOR VARIATIONS MYSTICAL MIDNIGHT 4245 | 00000000015367000 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 360 | 360 | EA | 417F-4250 | COLOR VARIATIONS BERRY PARFAIT 4250 | 00000000015366925 | 5207.10.00.10 | FR | 0.560 | 201.60 | | 0.00 | 201.60 |
| 432 | 432 | EA | 6129/6 | GOLD NEEDLES TAPESTRY SIZE 26 | 00000000009648031 | 7319.10.0000 | GB | 1.080 | 466.56 | | 0.00 | 466.56 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Telephone** 330-463-6790
**Fax** 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344482 | 11/20/24 | 607359 | 12/30/24 | 1964612 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 432 | 432 | EA | 6131/6 | GOLD NEEDLES TAPESTRY SIZE 22 | 000000000009648056 | 7319.10.0000 | GB | 1.080 | 466.56 | | 0.00 | 466.56 |

| | |
|---|---|
| Total Gross | 62055.12 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 62055.12 |

**NOTES***
52915
Ward SPL-023-0635389

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

ROWAN  DMC  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344484 | | 11/20/24 | | 607360 | 12/30/24 | | 1964614 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 115/5-3325 | PEARL CTN 3325 SIZE 5 LT BABY BLUE | 00000000003368761 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-498 | PEARL CTN 498 SIZE 5 DK RED | 00000000002619393 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-699 | PEARL CTN 699 SIZE 5 GREEN | 00000000002619500 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-818 | PEARL CTN 818 SIZE 5 BABY PINK | 00000000002619666 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-B5200 | PEARL CTN SIZE 5 SNOW WHITE | 00000000005759402 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 720 | 720 | EA | 115/5-ECRU | PEARL CTN SIZE 5 ECRU | 00000000002619104 | 5207.10.00.00 | FR | 0.690 | 496.80 | | 0.00 | 496.80 |
| 600 | 600 | EA | 116/12-310 | PEARL CTN BALL SIZE 12 BLACK | 00000000002637007 | 5207.10.0000 | FR | 1.090 | 654.00 | | 0.00 | 654.00 |
| 400 | 400 | EA | 116/12-BLANC | PEARL CTN BALL SIZE 12 WHITE | 00000000002636991 | 5207.10.0000 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/12-ECRU | PEARL CTN BALL 12 SIZE 8 ECRU | 00000000002636983 | 5207.10.0000 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/5-310 | PEARL CTN BALL SIZE 5 BLACK | 00000000007245863 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/5-B5200 | PEARL CTN BALL SIZE 5 SNOW WHITE | 00000000007244221 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/5-BLANC | PEARL CTN BALL SIZE 5 WHITE | 00000000007245822 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 600 | 600 | EA | 116/8-310 | PEARL CTN BALL SIZE 8 BLACK | 00000000002639975 | 5207.10.00.00 | FR | 1.090 | 654.00 | | 0.00 | 654.00 |
| 400 | 400 | EA | 116/8-321 | PEARL CTN 321 BALL SIZE 8 RED | 00000000007244338 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |
| 400 | 400 | EA | 116/8-B5200 | PEARL CTN BALL SIZE 8 SNOW WHITE | 00000000007244437 | 5207.10.00.00 | FR | 1.090 | 436.00 | | 0.00 | 436.00 |

Page 1 of 8

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>,  44236- |
|---|---|

| Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>,  36801--974 |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344484 | | 11/20/24 | | 607360 | | 12/30/24 | | 1964614 | | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-208 | 6-STRAND FLOSS 208 DK LAVENDER | 000000000001048537 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2880 | 2880 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 000000000001028406 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | 0.00 | 1152.00 |
| 2160 | 2160 | EA | 117-318 | 6-STRAND FLOSS 318 LT STEEL GRAY | 000000000001038918 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 000000000001033984 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-351 | 6-STRAND FLOSS 351 CORAL | 000000000001033448 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3837 | 6-STRAND FLOSS 3837 DK LAVENDER | 000000000004830733 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3846 | 6-STRAND FLOSS 3846 LT BRIGHT TURQUOISE | 000000000004830899 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-420 | 6-STRAND FLOSS 420 DK HAZELNUT BRWN | 000000000001049196 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-444 | 6-STRAND FLOSS 444 DK LEMON | 000000000001049386 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-471 | 6-STRAND FLOSS 471 LT AVOCADO GREEN | 000000000001034222 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-501 | 6-STRAND FLOSS 501 DK BLUE GRN | 000000000001048495 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-535 | 6-STRAND FLOSS 535 LT ASH GRAY | 000000000001042100 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-597 | 6-STRAND FLOSS 597 TURQUOISE | 000000000001040476 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>, 44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>,    36801-974 |
|---|---|---|---|
| | | Telephone | 330-463-6790 |
| | | Fax | 330-463-6704 |

| Shipping Instructions | WARD TRUCKING |
|---|---|
| Terms: | 1% Net 90 Days |

| Customer No. | | | Purchase Order No. | | | Order date | Invoice No. | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344484 | | | 11/20/24 | 607360 | 12/30/24 | | 1964614 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-603 | 6-STRAND FLOSS 603 CRANBERRY | 00000000000104947 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-605 | 6-STRAND FLOSS 605 LT CRANBERRY | 00000000001028430 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-703 | 6-STRAND FLOSS 703 CHARTREUSE | 00000000001020643 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-726 | 6-STRAND FLOSS 726 LT TOPAZ | 00000000001040823 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-740 | 6-STRAND FLOSS 740 TANGERINE | 00000000001048404 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-745 | 6-STRAND FLOSS 745 LT PALE YELLOW | 00000000001040484 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-762 | 6-STRAND FLOSS 762 LT PEARL GRAY | 00000000001049279 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 2160 | 2160 | EA | 117-798 | 6-STRAND FLOSS 798 DK DELFT BLUE | 00000000001044270 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-814 | 6-STRAND FLOSS 814 DK GARNET | 00000000001038710 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-815 | 6-STRAND FLOSS 815 MED GARNET | 00000000001038488 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-820 | 6-STRAND FLOSS 820 DK ROYAL BLUE | 00000000001039684 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-839 | 6-STRAND FLOSS 839 DK BEIGE BRWN | 00000000001042142 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 1440 | 1440 | EA | 117-930 | 6-STRAND FLOSS 930 DK ANTIQUE BLUE | 00000000001039320 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-996 | 6-STRAND FLOSS 996 MED ELECTRIC BLUE | 00000000001014307 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES. INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH 44236- |
|---|---|

| Shipped To: | JOANN STORES #DC06 2400 JOANN DRIVE OPELIKA, AL 36801-974 |
|---|---|

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344484 | 11/20/24 | 607360 | 12/30/24 | 1964614 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2160 | 2160 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 00000000001025113 | 5207.10.00.00 | FR | 0.400 | 864.00 | | 0.00 | 864.00 |
| 240 | 240 | EA | 117F25CM16/4 | NEW COLORS FLOSS PACK 16 | 00000000013379912 | 5207.10.000 | FR | 6.400 | 1536.00 | | 0.00 | 1536.00 |
| 480 | 480 | EA | 117F25NP27/4 | NEW COLORS FLOSS PACK 27 | 00000000005841820 | 5207.10.000 | FR | 10.800 | 5184.00 | | 0.00 | 5184.00 |
| 1200 | 1200 | EA | 1763/1 | NEEDLES PLASTIC CRAFT 2 3/4 IN LONG | 00000000006913479 | 7319.10.0000 | GB | 0.410 | 492.00 | | 0.00 | 492.00 |
| 2160 | 2160 | EA | 1765/4 | NEEDLES EMBROIDERY (SHARPS) SIZE 5 | 00000000007893365 | 7319.10.0000 | GB | 0.410 | 885.60 | | 0.00 | 885.60 |
| 720 | 720 | EA | 1768/3 | NEEDLES CHENILLE (SHARPS) SIZE 20 | 00000000007243876 | 7319.10.0000 | GB | 0.410 | 295.20 | | 0.00 | 295.20 |
| 250 | 250 | EA | 282ZA | METALLIC EMB THREAD LT GOLD | 00000000002204394 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 250 | 250 | EA | 283ZA | METALLIC EMB THREAD LT SILVER | 00000000002204402 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 250 | 250 | EA | 284ZA | METALLIC EMB THREAD GOLD | 00000000002204386 | 5605.00.1000 | FR | 1.400 | 350.00 | | 0.00 | 350.00 |
| 960 | 960 | EA | 315-5282 | PEARL CTN 5282 METALLIC GOLD | 00000000004299624 | 5605.00.99.00 | FR | 1.860 | 1785.60 | | 0.00 | 1785.60 |
| 720 | 720 | EA | 315-5283 | PEARL CTN 5283 METALLIC SILVER | 00000000004300851 | 5605.00.99.00 | FR | 1.860 | 1339.20 | | 0.00 | 1339.20 |
| 432 | 432 | EA | 6101/12 | CARDBOARD BOBBINS | 00000000005726948 | 4822.10.0000 | CN | 0.560 | 241.92 | | 0.00 | 241.92 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | 0.00 | 280.80 |
| 648 | 648 | EA | 6103/12 | FLOSS NUMBER STICKERS | 00000000005727458 | 4821.10.4000 | CN | 0.600 | 388.80 | | 0.00 | 388.80 |
| 648 | 648 | EA | 6105/12 | PLASTIC BOBBINS W/METAL RING | 00000000005727672 | 3923.40.0050 | CN | 0.600 | 388.80 | | 0.00 | 388.80 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions**  WARD TRUCKING
**Terms:**  1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344484 | 11/20/24 | 607360 | 12/30/24 | 1964614 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 432 | 432 | EA | 6109/6 | TWO 1 1/2 METAL RINGS | 0000000000007241367 | 7326.90.90.99 | CN | 0.560 | 241.92 | | 0.00 | 241.92 |
| 540 | 540 | EA | 6110/6 | TWO 2 1/2 METAL RINGS | 0000000000007241391 | 7326.90.90.99 | CN | 0.560 | 302.40 | | 0.00 | 302.40 |
| 216 | 216 | EA | 6123/3 | EMBROIDERY SCISSORS | 0000000000007895964 | 8213.00.9000 | IT | 2.770 | 598.32 | | 0.00 | 598.32 |
| 162 | 162 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 0000000000009648080 | 8213.00.9000 | IT | 3.260 | 528.12 | | 0.00 | 528.12 |
| 216 | 216 | EA | 6140/3 | MAGNETIC NEEDLE CASE | 0000000001069161 | 7326.90.1000 | CN | 2.210 | 477.36 | | 0.00 | 477.36 |
| 504 | 504 | EA | BK1912L | DMC XS KIT EXOTIC FLOWERS | 0000000017324492 | 6308.00.0020 | CN | 2.200 | 1108.80 | | 0.00 | 1108.80 |
| 72 | 72 | EA | BK1914L | DMC XS KIT CAT | 0000000017324518 | 6308.00.0020 | CN | 2.200 | 158.40 | | 0.00 | 158.40 |
| 108 | 108 | EA | BK1916L | DMC XS KIT UNICORN | 0000000017324534 | 6308.00.0020 | CN | 2.200 | 237.60 | | 0.00 | 237.60 |
| 144 | 144 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 0000000019073428 | 5208.22.4040 | US | 0.900 | 129.60 | | 0.00 | 129.60 |
| 216 | 216 | EA | EBSG01 | EMMA BROIDERY'S STITCH TOOL | 0000000010691046 | | US | 3.750 | 810.00 | | 0.00 | 810.00 |
| 648 | 648 | EA | GC001/A | STITCHBOW FLOSS HOLDERS | 0000000006151195 | 3923.90.0080 | CN | 0.650 | 421.20 | | 0.00 | 421.20 |
| 144 | 144 | EA | GD1436BX-322 | 14CT GOLD 15X18 | 0000000001957414 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |
| 180 | 180 | EA | GD1436BX-4600 | 14CT 15X18 LT BLUE | 0000000002600799 | 5208.32.3040 | US | 2.000 | 360.00 | | 0.00 | 360.00 |
| 144 | 144 | EA | GD1436BX-5225 | 14 CT 15X18 NAVY | 0000000001499151 | 5208.32.3040 | US | 2.000 | 288.00 | | 0.00 | 288.00 |

Page 5 of 8

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

Telephone  330-463-6790
Fax  330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344484 | 11/20/24 | 607360 | 12/30/24 | 1964614 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | 252 | EA | GD1436BX-5614 | 14CT GOLD 15X18 | 00000000002600807 | 5208.32.3040 | US | 2.000 | 504.00 | | 0.00 | 504.00 |
| 216 | 216 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 432.00 | | 0.00 | 432.00 |
| 108 | 108 | EA | GD1436BX/NP-3855 | DMC 14 CT PRINTED AIDA SAND PRINT | 00000000018777250 | 5208.32.3040 | FR | 3.870 | 417.96 | | 0.00 | 417.96 |
| 192 | 192 | EA | GD1436BX/INP-747 | DMC 14 CT PRINTED AIDA DEW PRINT | 00000000018777243 | 5208.32.3040 | FR | 3.870 | 743.04 | | 0.00 | 743.04 |
| 132 | 132 | EA | GD1440BX/NP-5282 | 14 CT METALLIC AIDA - GOLD | 00000000018792101 | 5208.32.3040 | FR | 4.250 | 561.00 | | 0.00 | 561.00 |
| 180 | 180 | EA | GD1443BX/NP-800 | 14 CT IRIDESCENT AIDA BLUE | 00000000018792093 | 5208.32.3040 | FR | 5.190 | 934.20 | | 0.00 | 934.20 |
| 72 | 72 | EA | GD1443BX/NP-818 | DMC 14 CT IRIDESCENT AIDA PINK | 00000000018777227 | 5208.32.3040 | FR | 5.190 | 373.68 | | 0.00 | 373.68 |
| 180 | 180 | EA | GD1443BX/NP-BLANC | DMC 14 CT IRIDESCENT AIDA BLANC | 00000000018777235 | 5208.32.3040 | FR | 5.190 | 934.20 | | 0.00 | 934.20 |
| 288 | 288 | EA | GD1636BX-5200 | 16CT 15X18 NATURAL | 00000000001500040 | 5209.31.6035 | US | 2.000 | 576.00 | | 0.00 | 576.00 |
| 144 | 144 | EA | GD1909BX | 14CT GLD FIDD LT 15X18 | 00000000002600302 | 5208.32.3040 | US | 2.090 | 300.96 | | 0.00 | 300.96 |
| 216 | 216 | EA | GD1929BX | 18CT GLD FIDD LT 15X18 | 00000000002600377 | 5209.31.6035 | US | 2.090 | 451.44 | | 0.00 | 451.44 |
| 240 | 240 | EA | HF4462EA-5200 | 2.5 MONKS CLOTH CREAM | 00000000005329776 | 5208.22.4040 | US | 16.950 | 4068.00 | | 0.00 | 4068.00 |
| 216 | 216 | EA | HF4462EA-6750 | 2.5 MONKS CLOTH WHITE | 00000000005329701 | 5208.22.4040 | US | 16.950 | 3661.20 | | 0.00 | 3661.20 |
| 144 | 144 | EA | LC246BX-1410 | SAND 28 CT CAROLINA LINEN | 00000000008737801 | 5309.19.0000 | US | 3.150 | 453.60 | | 0.00 | 453.60 |
| 180 | 180 | EA | LC256BX-6222 | SALT 14CT CAROLINA LINEN | 00000000008737785 | 5309.19.0000 | US | 3.150 | 567.00 | | 0.00 | 567.00 |

Page 6 of 8

FORM ID: INVOICE3

THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

Sold To:
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

Shipped To:
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,      36801-974
Telephone  330-463-6790
Fax        330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344484 | 11/20/24 | 607360 | 12/30/24 | 1964614 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | 252 | EA | TB171L | EMBROIDERY VALUE KIT PLANTS | 00000000018787293 | 6308.00.0020 | CN | 2.250 | 567.00 | | 0.00 | 567.00 |
| 180 | 180 | EA | TB172L | EMBROIDERY VALUE KIT FLOWERS | 00000000018787285 | 6308.00.0020 | CN | 2.250 | 405.00 | | 0.00 | 405.00 |
| 216 | 216 | EA | TC4860EA-6750 | 14CT 48X60 EZ WHT | 00000000019073444 | 5208.32.3040 | CN | 9.750 | 2106.00 | | 0.00 | 2106.00 |
| 288 | 288 | EA | TC8236PK-6750 | 22CT 15X18 WHT | 00000000019073469 | 5209.21.0035 | US | 1.250 | 360.00 | | 0.00 | 360.00 |
| 216 | 216 | EA | TC8436PK-322 | 14CT 15X18 ANTWHT | 00000000016324048 | 5208.32.3040 | US | 1.250 | 270.00 | | 0.00 | 270.00 |
| 648 | 648 | EA | TC8436PK-5451 | 14CT 15X18 OATMEAL | 00000000019073410 | 5208.22.4040 | US | 2.250 | 1458.00 | | 0.00 | 1458.00 |
| 144 | 144 | EA | TC8436PK-6750 | 14CT 15X18 WHT | 00000000016324030 | 5208.22.4040 | US | 1.250 | 180.00 | | 0.00 | 180.00 |
| 180 | 180 | EA | TC8438PK-322 | 14CT 30X36 ANTQ | 00000000016324097 | 5208.32.3040 | US | 3.000 | 540.00 | | 0.00 | 540.00 |
| 252 | 252 | EA | TC8438PK-5451 | 14CT 30X36 OATMEAL | 00000000019073436 | 5208.32.3040 | US | 4.500 | 1134.00 | | 0.00 | 1134.00 |
| 36 | 36 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000016324089 | 5208.22.4040 | US | 3.000 | 108.00 | | 0.00 | 108.00 |
| 216 | 216 | EA | TC8836PK-322 | 18CT 15X18 ANTWHT | 00000000016324147 | 5209.31.6035 | US | 1.250 | 270.00 | | 0.00 | 270.00 |
| 108 | 108 | EA | U1335L | STITCHBOW MINI TRAVEL BAG INSERTS | 00000000007243074 | 4202.12.8030 | CN | 0.690 | 74.52 | | 0.00 | 74.52 |
| 162 | 162 | EA | U1636 | STITCH BOW MINI TRAVEL BAG | 00000000001496843 | 4202.92.90.19 | CN | 5.900 | 955.80 | | 0.00 | 955.80 |
| 24 | 24 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797808 | 4409.21.0500 | IN | 3.250 | 78.00 | | 0.00 | 78.00 |
| 48 | 48 | EA | U2108/3 | DMC 8IN OVAL WOODEN HOOP | 00000000018797837 | 4409.21.0500 | IN | 4.000 | 192.00 | | 0.00 | 192.00 |

Page 7 of 8

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

DMC  ROWAN  ☀ TILSATEC  SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801--974

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344484 | 11/20/24 | 607360 | 12/30/24 | 1964614 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | EA | U2109/3 | DMC 8IN TRIANGLE WOODEN HOOP | 00000000018797787 | 4409.21.0500 | IN | 3.250 | 312.00 | | 0.00 | 312.00 |
| 96 | 96 | EA | U2110/3 | DMC 10IN TRIANGLE WOODEN HOOP | 00000000018797795 | 4409.21.0500 | IN | 4.000 | 384.00 | | 0.00 | 384.00 |
| 144 | 144 | EA | VB6680EA-6750 | BIB PA REG HC FOLD ENG | 00000000002639169 | 6209.20.00 | US | 3.380 | 486.72 | | 0.00 | 486.72 |
| 72 | 72 | EA | VT6701EA | CHARLES CRAFT ABERDEEN VELOUR TOWEL | 00000000019053107 | 6302.91.00 | TR | 3.890 | 280.08 | | 0.00 | 280.08 |
| 144 | 144 | EA | VT6910EA-6750 | WHITE MAXTON GUEST TOWEL | 00000000001764174 | 5310.10.00.90 | CN | 1.770 | 254.88 | | 0.00 | 254.88 |

| | |
|---|---|
| Total Gross | 72424.72 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **72424.72** |

**NOTES***
52915
Ward SPL-023-0635389

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS. RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

FORM ID: INVOICE3

# THE DMC GROUP

DMC · R O W A N · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone 330-463-6790
Fax 330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tarif Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 1008F-S5200 | SATIN FLOSS S5200 SNOW WHITE | 00000000003997871 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 720 | 720 | EA | 1008F-S762 | SATIN FLOSS S762 SILVER CLOUD | 00000000003997723 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 360 | 360 | EA | 1008F-S798 | SATIN FLOSS S798 CORNFLOWER BLUE | 00000000003997731 | 5406.00.10.90 | FR | 0.430 | 154.80 | | 0.00 | 154.80 |
| 720 | 720 | EA | 1008F-S818 | SATIN FLOSS S818 POWDER PINK | 00000000003997756 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 480 | 480 | EA | 115/5-211 | PEARL CTN 211 SIZE 5 LT LAVENDER | 00000000007245095 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-310 | PEARL CTN SIZE 5 BLACK | 00000000002619195 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-312 | PEARL CTN 312 SIZE 5 DK BBY BLUE | 00000000002619229 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-319 | PEARL CTN 319 SIZE 5 PIST GRN | 00000000002619245 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-336 | PEARL CTN 336 SIZE 5 NAVY BL | 00000000002619286 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-367 | PEARL CTN 367 SIZE 5 DK PIST GRN | 00000000002619302 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-368 | PEARL CTN 368 SIZE 5 LT PIST GRN | 00000000002619310 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-414 | PEARL CTN 414 SIZE 5 DK ST GRY | 00000000002619336 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-415 | PEARL CTN 415 SIZE 5 PEARL GRY | 00000000002619351 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-666 | PEARL CTN 666 SIZE 5 BRIGHT RED | 00000000002619492 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-701 | PEARL CTN 701 SIZE 5 LT GREEN | 00000000002619518 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |

Page 1 of 18

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · DMC · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 480 | EA | 115/5-712 | PEARL CTN 712 SIZE 5 CREAM | 00000000000002619526 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-740 | PEARL CTN 740 SIZE 5 TANGERINE | 00000000001536992 9 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-776 | PEARL CTN 776 SIZE 5 MED PINK | 00000000000002619591 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-783 | PEARL CTN 783 SIZE 5 MED TOPAZ | 00000000000002619609 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-798 | PEARL CTN 798 SIZE 5 DK DELFT BLUE | 00000000000002619625 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-799 | PEARL CTN 799 SIZE 5 | 00000000000002619633 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-800 | PEARL CTN 800 SIZE 5 PALE DELFT BLUE | 00000000000002619641 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-801 | PEARL CTN 801 SIZE 5 DK COFFEE BROWN | 00000000000002619658 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-890 | PEARL CTN 890 SIZE 5 DK PISTACHIO GREEN | 00000000000007261970 8 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-907 | PEARL CTN 907 SIZE 5 LT PARROT GRN | 00000000001536995 2 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-938 | PEARL CTN 938 SIZE 5 DK COFFEE BROWN | 00000000000002619807 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-988 | PEARL CTN 988 SIZE 5 MED FOREST GRN | 00000000000007245749 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |
| 480 | 480 | EA | 115/5-BLANC | PEARL CTN SIZE 5 WHITE | 00000000000002619088 | 5207.10.00.00 | FR | 0.690 | 331.20 | | 0.00 | 331.20 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  R O W A N  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC. |
| | ATTN: ACCOUNTS PAYABLE |
| | 5555 DARROW ROAD |
| | HUDSON, OH |
| | 44236- |

| Shipped To: | JOANN STORES #DC06 |
| | 2400 JOANN DRIVE |
| | OPELIKA, AL |
| | 36801-974 |

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

| Shipping Instructions | WARD TRUCKING |
| Terms: | 1% Net 90 Days |

| Customer No. | | | Purchase Order No. | | Order date | Invoice No. | | Invoice date | | | DMC Order No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344483 | | 11/20/24 | 607361 | | 12/30/24 | | | 1964613 | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 200 | EA | 116/12-814 | PEARL CTN 814 BALL 12 DARK GARNET | 00000000001536850 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/12-B5200 | PEARL CTN BALL SIZE 12 SNOW WHITE | 00000000007244494 | 5207.10.0000 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-498 | PEARL CTN 498 BALL 5 DARK RED | 00000000001536869 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-890 | PEARL CTN 890 BALL 5 UL DK PIST GRN | 00000000001536872 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/5-ECRU | PEARL CTN BALL SIZE 5 ECRU | 00000000007245855 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-550 | PEARL CTN 550 BALL 8 VERY DK VIOLET | 00000000001536863 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-700 | PEARL CTN 700 BALL 8 BRIGHT GREEN | 00000000001536867 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-725 | PEARL CTN 725 BALL 8 TOPAZ | 00000000001536866 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-823 | PEARL CTN 823 BALL SIZE 8 DK NAVY BLUE | 00000000007244411 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-938 | PEARL CTN 938 BALL 8 DK COFFEE BRN | 00000000001536868 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-BLANC | PEARL CTN BALL SIZE 8 WHITE | 00000000002636967 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 200 | 200 | EA | 116/8-ECRU | PEARL CTN BALL SIZE 8 ECRU | 00000000002636959 | 5207.10.00.00 | FR | 1.090 | 218.00 | | 0.00 | 218.00 |
| 720 | 720 | EA | 117-152 | 6-STRAND FLOSS 152 MED LT SHELL PINK | 00000000005982210 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-154 | 6-STRAND FLOSS 154 DK GRAPE | 00000000005982244 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipping Instructions**    WARD TRUCKING
**Terms:**    1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-974
Telephone    330-463-6790
Fax    330-463-6704

| Customer No. | | | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | | 0176344483 | | 11/20/24 | | 607361 | | 12/30/24 | | | 1964613 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-155 | 6-STRAND FLOSS 155 MED DK BLUE VIOLET | 000000000005982251 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-157 | 6-STRAND FLOSS 157 LT CORNFLOWER BLUE | 000000000005982301 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-159 | 6-STRAND FLOSS 159 LT GRAY BLUE | 000000000005982343 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-162 | 6-STRAND FLOSS 162 LT BLUE | 000000000005982376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-163 | 6-STRAND FLOSS 163 MED CELADON GREEN | 000000000005982400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-164 | 6-STRAND FLOSS 164 LT FOREST GREEN | 000000000005982426 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-165 | 6-STRAND FLOSS 165 LT MOSS GREEN | 000000000005982442 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-167 | 6-STRAND FLOSS 167 DK YELLOW BEIGE | 000000000005982475 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-168 | 6-STRAND FLOSS 168 LT PEWTER | 000000000005982491 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-169 | 6-STRAND FLOSS 169 LT PEWTER | 000000000005982509 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-209 | 6-STRAND FLOSS 209 DK LAVENDER | 000000000001018530 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-210 | 6-STRAND FLOSS 210 MED LAVENDER | 000000000001043611 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-211 | 6-STRAND FLOSS 211 LT LAVENDER | 000000000001022680 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 4 of 18

FORM ID: INVOICE3

# Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

## THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone  330-463-6790
Fax  330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | Purchase Order No. | | | Order date | Invoice No. | Invoice date | | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344483 | | | 11/20/24 | 607361 | 12/30/24 | | | 1964613 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-221 | 6-STRAND FLOSS 221 DK SHELL PINK | 000000000001025303 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3011 | 6-STRAND FLOSS 3011 DK KHAKI GREEN | 000000000001037712 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3031 | 6-STRAND FLOSS 3031 DK MOCHA BROWN | 000000000001031533 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3032 | 6-STRAND FLOSS 3032 MED MOCHA BROWN | 000000000001035401 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3033 | 6-STRAND FLOSS 3033 VY LT MOCHA BRN | 000000000001025188 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-304 | 6-STRAND FLOSS 304 MED RED | 000000000001045673 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3041 | 6-STRAND FLOSS 3041 MED ANTIQUE VIOLET | 000000000001031111 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3042 | 6-STRAND FLOSS 3042 LT ANTIQUE VIOLET | 000000000001020015 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3045 | 6-STRAND FLOSS 3045 DK YELLOW BEIGE | 000000000001018688 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3051 | 6-STRAND FLOSS 3051 DK GREEN GRAY | 000000000001016401 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-307 | 6-STRAND FLOSS 307 LEMON | 000000000001029230 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-309 | 6-STRAND FLOSS 309 DK ROSE | 000000000001035526 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-312 | 6-STRAND FLOSS 312 DK BABY BLUE | 000000000001037431 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 5 of 18

FORM ID: INVOICE3

# Invoice

## THE DMC GROUP

**DMC · ROWAN · TILSATEC · SIRDAR**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-974

Telephone  330-463-6790
Fax        330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-317 | 6-STRAND FLOSS 317 PEWTER GRAY | 000000000001043652 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-320 | 6-STRAND FLOSS 320 MED PISTACHIO GRN | 000000000001037688 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3325 | 6-STRAND FLOSS 3325 LT BABY BLUE | 000000000001044379 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3326 | 6-STRAND FLOSS 3326 LT ROSE | 000000000001022045 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-333 | 6-STRAND FLOSS 333 DK BLUE VIOLET | 000000000001018464 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-334 | 6-STRAND FLOSS 334 MED BABY BLUE | 000000000001024231 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3341 | 6-STRAND FLOSS 3341 APRICOT | 000000000001019652 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3345 | 6-STRAND FLOSS 3345 DK HUNTER GRN | 000000000001046242 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3346 | 6-STRAND FLOSS 3346 HUNTER GREEN | 000000000001026897 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3347 | 6-STRAND FLOSS 3347 MED YELLOW GREEN | 000000000001030667 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3348 | 6-STRAND FLOSS 3348 LT YELLOW GREEN | 000000000001019819 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-335 | 6-STRAND FLOSS 335 ROSE | 000000000001030956 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-336 | 6-STRAND FLOSS 336 NAVY BLUE | 000000000001015452 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

Telephone  330-463-6790
Fax        330-463-6704

Shipping Instructions  WARD TRUCKING
Terms:  1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-3362 | 6-STRAND FLOSS 3362 DK PINE GREEN | 00000000001045723 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3363 | 6-STRAND FLOSS 3363 MED PINE GREEN | 00000000001036151 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-340 | 6-STRAND FLOSS 340 MED BLUE VIOLET | 00000000001031285 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-341 | 6-STRAND FLOSS 341 LT BLUE VIOLET | 00000000001031988 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-347 | 6-STRAND FLOSS 347 DK SALMON | 00000000001017821 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-349 | 6-STRAND FLOSS 349 DK CORAL | 00000000001020379 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-350 | 6-STRAND FLOSS 350 MED CORAL | 00000000001014810 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-352 | 6-STRAND FLOSS 352 LT CORAL | 00000000001036557 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-353 | 6-STRAND FLOSS 353 PEACH | 00000000001045574 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-355 | 6-STRAND FLOSS 355 DK TERRA COTTA | 00000000001034396 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3608 | 6-STRAND FLOSS 3608 LT PLUM | 00000000001035955 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-367 | 6-STRAND FLOSS 367 DK PISTACHIO GRN | 00000000001021120 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-369 | 6-STRAND FLOSS 369 LT PISTACHIO GRN | 00000000001018076 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3705 | 6-STRAND FLOSS 3705 DK MELON | 00000000001034479 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3708 | 6-STRAND FLOSS 3708 LT MELON | 00000000001020684 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>,   44236- |
|---|---|

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>,   36801-974 |
|---|---|

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-3750 | 6-STRAND FLOSS 3750 DK ANTIQUE BLUE | 000000000001608538 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3755 | 6-STRAND FLOSS 3755 BABY BLUE | 000000000001608561 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-3771 | 6-STRAND FLOSS 3771 LT TERRA COTTA | 000000000005982640 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-3777 | 6-STRAND FLOSS 3777 DK TERRA COTTA | 000000000001608886 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3781 | 6-STRAND FLOSS 3781 DK MOCHA BROWN | 000000000001608710 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3806 | 6-STRAND FLOSS 3806 LT CYCLAMEN PINK | 000000000002777340 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3820 | 6-STRAND FLOSS 3820 DK STRAW | 000000000002777670 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3826 | 6-STRAND FLOSS 3826 GOLDEN BROWN | 000000000002777787 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3852 | 6-STRAND FLOSS 3852 DK STRAW | 000000000004831202 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3853 | 6-STRAND FLOSS 3853 DK AUTUMN GOLD | 000000000004831236 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3863 | 6-STRAND FLOSS 3863 MED MOCHA BEIGE | 000000000004831384 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-3866 | 6-STRAND FLOSS 3866 ULT VY LT MCA BRN | 000000000004831418 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-402 | 6-STRAND FLOSS 402 LT MAHOGANY | 000000000001044973 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

Page 8 of 18

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-407 | 6-STRAND FLOSS 407 DK DESERT SAND | 000000000001030766 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-422 | 6-STRAND FLOSS 422 LT HAZELNUT BRWN | 000000000001037449 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-435 | 6-STRAND FLOSS 435 LT BROWN | 000000000001022177 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-436 | 6-STRAND FLOSS 436 TAN | 000000000001036409 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-437 | 6-STRAND FLOSS 437 LT TAN | 000000000001050848 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-453 | 6-STRAND FLOSS 453 LT SHELL GRAY | 000000000001042563 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-469 | 6-STRAND FLOSS 469 AVOCADO GREEN | 000000000001044346 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-470 | 6-STRAND FLOSS 470 LT AVOCADO GREEN | 000000000001024207 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-500 | 6-STRAND FLOSS 500 DK BLUE GRN | 000000000001043298 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-502 | 6-STRAND FLOSS 502 BLUE GREEN | 000000000001045376 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-505 | 6-STRAND FLOSS 505 JADE GREEN | 000000000005982517 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-517 | 6-STRAND FLOSS 517 MED DK WEDGEWOOD | 000000000001017466 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-518 | 6-STRAND FLOSS 518 LT WEDGEWOOD | 000000000001032176 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

KNITTING FEVER  DMC  ROWAN  TILSATEC  SIRDAR

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516  6124  RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,    44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,    36801-974

Telephone    330-463-6790
Fax          330-463-6704

Shipping Instructions    WARD TRUCKING
Terms:    1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-519 | 6-STRAND FLOSS 519 SKY BLUE | 00000000001032135 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-520 | 6-STRAND FLOSS 520 DK FERN GREEN | 00000000001052943 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-522 | 6-STRAND FLOSS 522 FERN GREEN | 00000000001045137 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-523 | 6-STRAND FLOSS 523 MED LT FERN GRN | 00000000001015593 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-552 | 6-STRAND FLOSS 552 MED VIOLET | 00000000001021419 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-554 | 6-STRAND FLOSS 554 LT VIOLET | 00000000001014737 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-562 | 6-STRAND FLOSS 562 MED JADE | 00000000001020353 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-563 | 6-STRAND FLOSS 563 LT JADE | 00000000001019025 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-580 | 6-STRAND FLOSS 580 DK MOSS GREEN | 00000000001024504 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-601 | 6-STRAND FLOSS 601 DK CRANBERRY | 00000000001014117 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-602 | 6-STRAND FLOSS 602 MED CRANBERRY | 00000000001025436 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-604 | 6-STRAND FLOSS 604 LT CRANBERRY | 00000000001027069 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-606 | 6-STRAND FLOSS 606 BRIGHT ORNG RED | 00000000001014265 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-612 | 6-STRAND FLOSS 612 LT DRAB BROWN | 00000000001035047 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-613 | 6-STRAND FLOSS 613 LT DRAB BROWN | 00000000001024751 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 10 of 18

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

| | |
|---|---|
| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-632 | 6-STRAND FLOSS 632 DK DESERT SAND | 000000000001034818 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-645 | 6-STRAND FLOSS 645 DK BEAVER GRAY | 000000000001027911 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-646 | 6-STRAND FLOSS 646 DK BEAVER GRAY | 000000000001020023 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-676 | 6-STRAND FLOSS 676 LT OLD GOLD | 000000000001023654 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-677 | 6-STRAND FLOSS 677 LT OLD GOLD | 000000000001037068 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-700 | 6-STRAND FLOSS 700 BRIGHT GREEN | 000000000001022185 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-701 | 6-STRAND FLOSS 701 LT GREEN | 000000000001019017 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-702 | 6-STRAND FLOSS 702 KELLY GREEN | 000000000001046408 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-704 | 6-STRAND FLOSS 704 BRIGHT CHARTREUSE | 000000000001018340 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-720 | 6-STRAND FLOSS 720 DK ORANGE SPICE | 000000000001024561 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-721 | 6-STRAND FLOSS 721 MED ORANGE SPICE | 000000000001023704 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-722 | 6-STRAND FLOSS 722 LT ORANGE SPICE | 000000000001046713 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-725 | 6-STRAND FLOSS 725 MD LT TOPAZ | 000000000001047901 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-727 | 6-STRAND FLOSS 727 LT TOPAZ | 000000000001019504 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 11 of 18

FORM ID: INVOICE3

# THE DMC GROUP

**DMC** ROWAN ☀ TILSATEC SIRDAR

## Invoice

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | JOANN STORES, INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | Shipped To: | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>36801-974 |
|---|---|---|---|

| Shipping Instructions | WARD TRUCKING | Telephone | 330-463-6790 |
| Terms: | 1% Net 90 Days | Fax | 330-463-6704 |

| Customer No. | | | Purchase Order No. | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | | 0176344483 | 11/20/24 | | 607361 | | 12/30/24 | | 1964613 | | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-728 | 6-STRAND FLOSS 728 TOPAZ | 00000000005982525 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-731 | 6-STRAND FLOSS 731 DK OLIVE GRN | 00000000001051424 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-733 | 6-STRAND FLOSS 733 MED OLIVE GREEN | 00000000001034826 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-738 | 6-STRAND FLOSS 738 LT TAN | 00000000001036144 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-739 | 6-STRAND FLOSS 739 VERY LT TAN | 00000000001027275 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-741 | 6-STRAND FLOSS 741 MED TANGERINE | 00000000001015825 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-742 | 6-STRAND FLOSS 742 LT TANGERINE | 00000000001046176 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 00000000001015601 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-744 | 6-STRAND FLOSS 744 PALE YELLOW | 00000000001015965 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-746 | 6-STRAND FLOSS 746 OFF WHITE | 00000000001031202 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-747 | 6-STRAND FLOSS 747 LT SKY BLUE | 00000000001048131 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-758 | 6-STRAND FLOSS 758 LT TERRA COTTA | 00000000001029982 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-760 | 6-STRAND FLOSS 760 SALMON | 00000000001040492 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-761 | 6-STRAND FLOSS 761 LT SALMON | 00000000001036169 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-775 | 6-STRAND FLOSS 775 LT BABY BLUE | 00000000001043413 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

THE JOANNS GANG   DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone 330-463-6790
Fax 330-463-6704

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344483 | | 11/20/24 | | 607361 | | 12/30/24 | | 1964613 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-776 | 6-STRAND FLOSS 776 MED PINK | 00000000001018639 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-777 | 6-STRAND FLOSS 777 DK RASPBERRY | 00000000005982558 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-779 | 6-STRAND FLOSS 779 DK COCOA | 00000000005982566 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-782 | 6-STRAND FLOSS 782 DK TOPAZ | 00000000001017995 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-783 | 6-STRAND FLOSS 783 MED TOPAZ | 00000000001018167 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-791 | 6-STRAND FLOSS 791 DK CRNFLWR BLUE | 00000000001034750 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-793 | 6-STRAND FLOSS 793 MED CORNFLOWER BLUE | 00000000001037894 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-794 | 6-STRAND FLOSS 794 LT CORNFLOWER BLUE | 00000000001017417 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-796 | 6-STRAND FLOSS 796 DK ROYAL BLUE | 00000000001052109 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-801 | 6-STRAND FLOSS 801 DK COFFEE BRWN | 00000000001051069 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-803 | 6-STRAND FLOSS 803 DK BABY BLUE | 00000000005982574 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-813 | 6-STRAND FLOSS 813 LT BLUE | 00000000001046523 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-818 | 6-STRAND FLOSS 818 BABY PINK | 00000000001026889 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-819 | 6-STRAND FLOSS 819 LT BABY PINK | 00000000001036912 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

ROWAN · TILSATEC · SIRDAR · DMC

**Invoice**

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-822 | 6-STRAND FLOSS 822 LT BEIGE GRAY | 00000000001028257 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 00000000001032507 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-828 | 6-STRAND FLOSS 828 LT BLUE | 00000000001025246 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-838 | 6-STRAND FLOSS 838 DK BEIGE BRWN | 00000000001045541 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-840 | 6-STRAND FLOSS 840 MED BEIGE BROWN | 00000000001027630 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-841 | 6-STRAND FLOSS 841 LT BEIGE BROWN | 00000000001035559 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-842 | 6-STRAND FLOSS 842 LT BEIGE BROWN | 00000000001022714 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-844 | 6-STRAND FLOSS 844 DK BEAVER GRAY | 00000000001040500 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-869 | 6-STRAND FLOSS 869 DK HAZELNUT BRWN | 00000000001042449 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-895 | 6-STRAND FLOSS 895 DK HUNTER GRN | 00000000001023324 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-898 | 6-STRAND FLOSS 898 VY DK COFFEE BROWN | 00000000001014125 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-899 | 6-STRAND FLOSS 899 MED ROSE | 00000000001035534 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-902 | 6-STRAND FLOSS 902 DK GARNET | 00000000001034768 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-905 | 6-STRAND FLOSS 905 DK PARROT GRN | 00000000001044437 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

NEW | DMC | ROWAN | TILSATEC | SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801-974

**Telephone** 330-463-6790
**Fax** 330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-906 | 6-STRAND FLOSS 906 MED PARROT GREEN | 0000000000001030592 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-909 | 6-STRAND FLOSS 909 DK EMERALD GREEN 909 | 0000000000001040526 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-910 | 6-STRAND FLOSS 910 DK EMERALD GREEN 910 | 0000000000001035161 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-911 | 6-STRAND FLOSS 911 MED EMERALD GREEN | 0000000000001023332 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-913 | 6-STRAND FLOSS 913 MED NILE GREEN | 0000000000001030741 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-919 | 6-STRAND FLOSS 919 RED COPPER | 0000000000001014653 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-926 | 6-STRAND FLOSS 926 MED GRAY GREEN | 0000000000001017904 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-928 | 6-STRAND FLOSS 928 LT GRAY GRN | 0000000000001044627 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-931 | 6-STRAND FLOSS 931 MED ANTIQUE BLUE | 0000000000001019249 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-932 | 6-STRAND FLOSS 932 LT ANTIQUE BLUE | 0000000000001022722 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-934 | 6-STRAND FLOSS 934 BLACK AVOCADO GREEN | 0000000000001042571 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-936 | 6-STRAND FLOSS 936 DK AVOCADO GRN | 0000000000001030022 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# THE DMC GROUP

THE ANDE GANG   DMC   ROWAN   TILSATEC   SIRDAR

## Invoice

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipping Instructions** WARD TRUCKING
**Terms:** 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974

Telephone 330-463-6790
Fax 330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344483 | | 11/20/24 | | 607361 | | 12/30/24 | | 1964613 | | | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-937 | 6-STRAND FLOSS 937 MED AVOCADO GREEN | 000000000001034776 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-939 | 6-STRAND FLOSS 939 DK NAVY | 000000000001031863 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-946 | 6-STRAND FLOSS 946 MED BURNT ORANGE | 000000000001022797 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-954 | 6-STRAND FLOSS 954 NILE GRN | 000000000001037696 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-958 | 6-STRAND FLOSS 958 DK SEAGREEN | 000000000001014190 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-961 | 6-STRAND FLOSS 961 DK DUSTY ROSE | 000000000001025550 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-963 | 6-STRAND FLOSS 963 LT DUSTY ROSE | 000000000001042902 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-964 | 6-STRAND FLOSS 964 LT SEAGREEN | 000000000001041805 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-972 | 6-STRAND FLOSS 972 DEEP CANARY | 000000000001035278 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-973 | 6-STRAND FLOSS 973 BRIGHT CANARY | 000000000001037084 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-977 | 6-STRAND FLOSS 977 LT GOLDEN BROWN | 000000000001022944 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-986 | 6-STRAND FLOSS 986 DK FOREST GRN | 000000000001037456 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-987 | 6-STRAND FLOSS 987 DK FOREST GRN | 000000000001025865 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

FORM ID: INVOICE3

# Invoice

**THE DMC GROUP**

新世代 DMC ROWAN TILSATEC SIRDAR

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | Shipped To: |
|---|---|
| JOANN STORES, INC. ATTN: ACCOUNTS PAYABLE 5555 DARROW ROAD HUDSON, OH , 44236- | JOANN STORES #DC06 2400 JOANN DRIVE OPELIKA, AL , 36801-974 |

| | | Telephone | 330-463-6790 |
| | | Fax | 330-463-6704 |

| Shipping Instructions | WARD TRUCKING |
|---|---|
| Terms: | 1% Net 90 Days |

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176344483 | 11/20/24 | 607361 | 12/30/24 | 1964613 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 117-988 | 6-STRAND FLOSS 988 MED FOREST GREEN | 00000000001030600 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-995 | 6-STRAND FLOSS 995 DK ELECTRIC BLUE | 00000000001014380 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-B5200 | 6-STRAND FLOSS B5200 SNOW | 00000000003999497 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-ECRU | 6-STRAND FLOSS ECRU | 00000000001025006 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 480 | 480 | EA | 1765/3 | NEEDLES EMBROIDERY SIZE 5/10 | 00000000004301701 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1767/5 | NEEDLES TAPESTRY SIZE 20 | 00000000004301263 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1768/5 | NEEDLES CHENILLE (SHARPS) SIZE 24 | 00000000007243884 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 1769/2 | NEEDLES DARNERS SIZE 14/18 | 00000000007893589 | 7319.10.0000 | GB | 0.410 | 196.80 | | 0.00 | 196.80 |
| 480 | 480 | EA | 317W-E310 | LIGHT EFFECTS E310 EBONY | 00000000007894397 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 480 | 480 | EA | 317W-E415 | LIGHT EFFECTS E415 PEWTER | 00000000007894470 | 5605.00.90.00 | FR | 0.970 | 465.60 | | 0.00 | 465.60 |
| 400 | 400 | EA | 486-7028 | TAPESTRY WOOL LT FRENCH BLUE | 00000000018767111 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7327 | TAPESTRY WOOL VY DK DRAB TURQUOISE | 00000000018767079 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-7801 | TAPESTRY WOOL VERY DARK PUCE | 00000000018766972 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |
| 400 | 400 | EA | 486-NOIR | TAPESTRY WOOL BLACK | 00000000018767046 | 5109.10.90.00 | FR | 0.470 | 188.00 | | 0.00 | 188.00 |

Page 17 of 18

FORM ID: INVOICE3

# THE DMC GROUP

WORLD KNIT KNIT | DMC | ROWAN | TILSATEC | SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

**The DMC Corporation**
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES, INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
, 44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801--974

Telephone   330-463-6790
Fax         330-463-6704

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176344483 | | 11/20/24 | | 607361 | | 12/30/24 | | 1964613 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Disc. Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 216 | 216 | EA | 6112/6 | NEEDLE THREADER | 00000000007070048 | 3917.33.00.90 | CN | 0.790 | 170.64 | | 0.00 | 170.64 |
| 96 | 96 | EA | CR9113PK-3868JS | 10CT WASTE FAB 12X18 PK | 00000000002601219 | 5209.11.0000 | BR | 1.350 | 129.60 | | 0.00 | 129.60 |
| 96 | 96 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 00000000001957463 | 5209.11.0000 | BR | 1.350 | 129.60 | | 0.00 | 129.60 |
| 48 | 48 | EA | G01436BX/INP-3609 | DMC 14 CT PRINTED AIDA SUNSET PRINT | 00000000018777268 | 5208.32.3040 | FR | 3.870 | 185.76 | | 0.00 | 185.76 |
| 48 | 48 | EA | IL9290BX/INP-3782 | 13 CT RUSTIC LINEN | 00000000018792085 | 5208.32.3040 | FR | 4.250 | 204.00 | | 0.00 | 204.00 |
| 36 | 36 | EA | MO236BX-6750 | 28CT MONACO 15X18 | 00000000002599918 | 5209.31.6035 | US | 1.990 | 71.64 | | 0.00 | 71.64 |
| 216 | 216 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 341.28 | | 0.00 | 341.28 |
| 108 | 108 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 131.76 | | 0.00 | 131.76 |

## NOTES*
52915
Ward SPL-023-0653589

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

| | |
|---|---|
| Total Gross | 93531.08 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| **Grand Total** | **93531.08** |

Page 18 of 18

FORM ID: INVOICE3

# THE DMC GROUP

DMC · ROWAN · TILSATEC · SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
44236-

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
, 36801-974
Telephone 330-463-6790
Fax 330-463-6704

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176044651 | 11/07/24 | 607427 | 12/30/24 | 1959368 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 720 | 720 | EA | 1008F-S310 | SATIN FLOSS S310BLACK | 000000000003897277 | 5406.00.10.90 | FR | 0.430 | 309.60 | | 0.00 | 309.60 |
| 4320 | 4320 | EA | 117-310 | 6-STRAND FLOSS310 BLACK | 000000000001028406 | 5207.10.00.00 | FR | 0.400 | 1728.00 | | 0.00 | 1728.00 |
| 720 | 720 | EA | 117-321 | 6-STRAND FLOSS 321 RED | 000000000001033984 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3799 | 6-STRAND FLOSS 3799 DK PEWTER GRAY | 000000000001608751 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 720 | 720 | EA | 117-3865 | 6-STRAND FLOSS 3865 WINTER WHITE | 000000000004831400 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-413 | 6-STRAND FLOSS 413 DK PEWTER GRAY | 000000000001039783 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-414 | 6-STRAND FLOSS 414 DK STEEL GRAY | 000000000001034156 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-415 | 6-STRAND FLOSS 415 PEARL GRAY | 000000000001045590 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-433 | 6-STRAND FLOSS 433 MED BROWN | 000000000001049691 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-434 | 6-STRAND FLOSS 434 LT BROWN | 000000000001046853 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-550 | 6-STRAND FLOSS 550 DK VIOLET | 000000000001040641 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 720 | 720 | EA | 117-648 | 6-STRAND FLOSS 648 LT BEAVER GRAY | 000000000001051762 | 5207.10.00.00 | FR | 0.400 | 288.00 | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-699 | 6-STRAND FLOSS 699 GREEN | 000000000001041862 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-712 | 6-STRAND FLOSS 712 CREAM | 000000000001039844 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-729 | 6-STRAND FLOSS 729 MED OLD GOLD | 000000000001021575 | 5207.10.00.00 | FR | 0.400 | 576.00 | | 0.00 | 576.00 |

Page 1 of 4

FORM ID : INVOICE3

# THE DMC GROUP

ROWAN  TILSATEC  SIRDAR  DMC

**Invoice**

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| Sold To: | Shipped To: |
|---|---|
| JOANN STORES. INC.<br>ATTN: ACCOUNTS PAYABLE<br>5555 DARROW ROAD<br>HUDSON, OH<br>44236- | JOANN STORES #DC06<br>2400 JOANN DRIVE<br>OPELIKA, AL<br>36801-974 |

Shipping Instructions: WARD TRUCKING
Terms: 1% Net 90 Days

Telephone: 330-463-6790
Fax: 330-463-6704

| Customer No. | | Purchase Order No. | | Order date | | Invoice No. | | Invoice date | | DMC Order No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3323300 | | 0176044651 | | 11/07/24 | | 607427 | | 12/30/24 | | 1959368 | |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Disc. | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | 1440 | EA | 117-743 | 6-STRAND FLOSS 743 MED YELLOW | 0000000000101560 1 | 5207.10.00.00 | FR | 0.400 | 576.00 | | | 0.00 | 576.00 |
| 2160 | 2160 | EA | 117-816 | 6-STRAND FLOSS 816 GARNET | 00000000001023852 | 5207.10.00.00 | FR | 0.400 | 864.00 | | | 0.00 | 864.00 |
| 720 | 720 | EA | 117-817 | 6-STRAND FLOSS 817 DK CORAL RED | 00000000001032499 | 5207.10.00.00 | FR | 0.400 | 288.00 | | | 0.00 | 288.00 |
| 1440 | 1440 | EA | 117-823 | 6-STRAND FLOSS 823 DK NAVY | 00000000001032507 | 5207.10.00.00 | FR | 0.400 | 576.00 | | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-907 | 6-STRAND FLOSS 907 LT PARROT GREE | 00000000001040518 | 5207.10.00.00 | FR | 0.400 | 576.00 | | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-938 | 6-STRAND FLOSS 938 DK COFFEE BRWN | 00000000001025162 | 5207.10.00.00 | FR | 0.400 | 576.00 | | | 0.00 | 576.00 |
| 1440 | 1440 | EA | 117-939 | 6-STRAND FLOSS 939 DK NAVY | 00000000001031863 | 5207.10.00.00 | FR | 0.400 | 576.00 | | | 0.00 | 576.00 |
| 2880 | 2880 | EA | 117-BLANC | 6-STRAND FLOSS WHITE | 00000000001025113 | 5207.10.00.00 | FR | 0.400 | 1152.00 | | | 0.00 | 1152.00 |
| 720 | 720 | EA | 1765/1 | NEEDLES EMBROIDERY SIZE 1/5 | 00000000004301685 | 7319.10.0000 | GB | 0.410 | 295.20 | | | 0.00 | 295.20 |
| 240 | 240 | EA | 1765/2 | NEEDLES EMBROIDERY SIZE 3/9 | 00000000004301693 | 7319.10.0000 | GB | 0.410 | 98.40 | | | 0.00 | 98.40 |
| 720 | 720 | EA | 1767/4 | NEEDLES TAPESTRY SIZE 18 | 00000000007243868 | 7319.10.0000 | GB | 0.410 | 295.20 | | | 0.00 | 295.20 |
| 480 | 480 | EA | 1767/7 | NEEDLES TAPESTRY SIZE 24 | 00000000004301610 | 7319.10.0000 | GB | 0.410 | 196.80 | | | 0.00 | 196.80 |
| 432 | 432 | EA | 6102/12 | PLASTIC BOBBINS | 00000000005727292 | 3923.40.0050 | CN | 0.650 | 280.80 | | | 0.00 | 280.80 |
| 432 | 432 | EA | 6112/6 | NEEDLE THREADER | 00000000007070048 | 3917.33.01.90 | CN | 0.790 | 341.28 | | | 0.00 | 341.28 |

Page 2 of 4

FORM ID: INVOICE3

# THE DMC GROUP

JOANN  DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

**REMIT TO:**
DOLLFUS MIEG COMPANY INC.
P.O. BOX 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

Interest of 1 1/2 % per month will be charged on all overdue accounts.

**Sold To:**
JOANN STORES. INC.
ATTN: ACCOUNTS PAYABLE
5555 DARROW ROAD
HUDSON, OH
,   44236-

**Shipped To:**
JOANN STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
,   36801-974

| Telephone | 330-463-6790 |
| Fax | 330-463-6704 |

**Shipping Instructions:** WARD TRUCKING
**Terms:** 1% Net 90 Days

| Customer No. | Purchase Order No. | Order date | Invoice No. | Invoice date | DMC Order No. |
|---|---|---|---|---|---|
| 3323300 | 0176044651 | 11/07/24 | 607427 | 12/30/24 | 1959368 |

| Order Quantity | Ship Quantity | UOM | Article No. | Description | Customer Stock Code | Tariff Code | Country Origin | Unit Price | Gross Amount | Disc. % | Line Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 54 | EA | 6127/3 | EMB SCISSORS MARBLEIZED PRPL ESSENCE | 00000000009648080 | 8213.00.9000 | IT | 3.260 | 176.04 | | 0.00 | 176.04 |
| 108 | 108 | EA | BK1985L | CROSS STITCH KIT GAS PUMP | 00000000002018513B | 6308.00.0020 | CN | 3.000 | 108.00 | | 0.00 | 108.00 |
| 336 | 336 | EA | CR340PK-6750JS | 14CT 12X18 WHT | 00000000001907342B | 5208.22.4040 | US | 0.900 | 302.40 | | 0.00 | 302.40 |
| 384 | 384 | EA | CR9115PK-0900JS | 14CT WASTE CANVAS 12X18 | 00000000001957463 | 5209.11.0000 | BR | 1.350 | 518.40 | | 0.00 | 518.40 |
| 216 | 216 | EA | GD1436BX-853 | 14CT 15X18  BLACK | 00000000002600765 | 5208.32.3040 | US | 2.000 | 432.00 | | 0.00 | 432.00 |
| 100 | 100 | EA | TB198 | DMC DESIGN EMBR KIT RED FLORAL | 00000000002018518T | | FR | 8.000 | 800.00 | | 0.00 | 800.00 |
| 108 | 108 | EA | TC8438PK-6750 | 14CT 30X36 WHT | 00000000001632408S | 5208.22.4040 | US | 3.000 | 324.00 | | 0.00 | 324.00 |
| 792 | 792 | EA | TC8836PK-6750 | 18CT 15X18 WHT | 00000000001632413S | 5209.21.0035 | US | 1.250 | 990.00 | | 0.00 | 990.00 |
| 324 | 324 | EA | U1539 | EMBROIDERY TRANSFER PEN | 00000000008712887 | 9608.20.0000 | CN | 1.580 | 511.92 | | 0.00 | 511.92 |
| 108 | 108 | EA | U1541 | EMBROIDERY TRACING PAPER | 00000000008713018 | 4806.30.0000 | US | 1.220 | 131.76 | | 0.00 | 131.76 |
| 24 | 24 | EA | U2105/3 | DMC 8IN SQUARE WOODEN HOOP | 00000000018797803 | 4409.21.0500 | IN | 3.250 | 78.00 | | 0.00 | 78.00 |

FORM ID: INVOICE3

# THE DMC GROUP

DMC  ROWAN  TILSATEC  SIRDAR

## Invoice

The DMC Corporation
86 Northfield Avenue
Edison, NJ 08837
Tel: (800) 275-4117
Fax: (732) 515-9232

REMIT TO:
DOLLFUS MIEG COMPANY INC.
P.O. BOX. 200049
PITTSBURGH, PA 15251-0049
CANADIAN GST# 74516 6124 RT0001

Interest of 1 1/2 % per month will be charged on all overdue accounts.

| | |
|---|---|
| Total Gross | 19437.80 |
| Line Discount | 0.00 |
| Order Discount | 0.00 |
| Freight | 0.00 |
| SalesTax | 0.00 |
| Grand Total | 19437.80 |

## NOTES*

52915
Ward SPL-023-0635389

POSITIVELY NO RETURN OF GOODS ACCEPTED WITHOUT WRITTEN AUTHORIZATION FROM THIS COMPANY. CLAIMS FOR SHORTAGE
MUST BE REPORTED WITHIN 5 DAYS AFTER RECEIPT OF GOODS RESTOCKING CHARGE OF 15% ON ALL ITEMS ORDERED
INCORRECTLY. FOR INVOICE INQUIRIES PLEASE E-MAIL DMCUSACCOUNTSRECEIVABLE@DMC.COM

Page 4 of 4

FORM ID: INVOICE3

PRODUCT 7200    19593666 / 19646604

**STRAIGHT BILL OF LADING–SHORT FORM–ORIGINAL–NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN (X)
BY TRUCK ☐    FREIGHT ☐

DATE  12-23-24    SHIPPER'S NO.  52913

From THE DMC CORPORATION
At  86 Northfield Ave
Edison, NJ 08837

CARRIER                CARRIER'S NO.
BY                      DRIVERS NO.

CONSIGNEE
AND
DESTINATION
JOANNS STORES # DC01
5350 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236-4069

ROU
SPL-023-0808384

**WARD** TRUCKING...

CAR INIT    Total HU  7    Pieces  7

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | |
|---|---|---|---|---|---|---|
| 782 pc | | Cotton Thread  7 - 5 Kids | | 4,558 | | |
| 1 pc | | Note: Must fax delivery to | | | | |
| 783 pc | | 3304636742 | | | | |
| | | At: Jay Springer | | | 10 | 236 |
| | | With copy of B/L & coversheet | | | | |
| | | Showing your fax | | | | |
| | | 017C4 4649 - 253 | | | | |
| | | Cust P.O. NO:  01763 4474 = 529 | | | | |
| | | Window  Do not inside delivery | | Prepaid | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

PLACARDS SUPPLIED    ☐ YES    ☐ NO    DRIVERS SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

$ _____

C.O.D. SHIPMENT

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." ‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the U.S. Dept. of Transportation.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C.O.D. Amt _____

Collection Fee _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS.

† The bore boxes used for this shipment conforms to the specifications set forth in the box maker's certificate thereon, and all other requirements of the National Motor Freight Classification.

Per _____    Shipper  12/23/24

Total Charges _____

Shipper, Per _____    Agent, Per _____

86 Northfield Avenue, Edison, NJ 08837
**THE DMC CORPORATION**
Permanent post-office address of shipper

1

PRODUCT 7200

1964612 / 1964613 / 1964614 / 1950308

**THIS SHIPPING ORDER** must be legibly filled in, in indelible Pencil, or in Carbon, and retained by the Agent.

DESIGNATE WITH AN (X)
BY TRUCK ☐    FREIGHT ☐

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Shipping Order.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From  THE DMC CORPORATION
At   Edison, NJ 08837

DATE

SHIPPER'S NO.

CARRIER

CARRIER'S NO.

BY

**JOANNS STORES #DC06**
**2400 JOANN DRIVE**
**OPELIKA, AL 36801-9740**

Total HU 12

SPL-023-0635389

Pieces 12

CONSIGNEE AND DESTINATION

| NO. PACKAGES | HU | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | Subject to Section 7 of Conditions |
|---|---|---|---|---|---|---|

Note: Must fax delivery to
3304636742
At: Jay Springer
With copy of B/L & coversheet
Showing your fax

WARD

PLACARDS SUPPLIED   ☐ YES   ☐ NO

DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE                        TITLE

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the U.S. Dept. of Transportation.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.       †The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the National Motor Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Per

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

Shipper, Per _____

☞ **Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.**

Permanent post-office address of shipper

2

PRODUCT 7200

1964605 / 1964610 / 1964611 / 1959367

**STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN (X)
BY TRUCK ☐    FREIGHT ☐

From THE DMC CORPORATION
At    86 Northfield Ave
     Edison, NJ 08837

DATE 12-23-24

SHIPPER NO. 52914

CARRIER

BY

CARRIER'S NO.

DRIVERS NO.

CONSIGNEE AND DESTINATION

JOANNS STORES #DC04
2500 NORTH PLAZA DRIVE
VISALIA, CA 93291-9308

ROUTE

SPL-023-0808383

**WARD**
TRUCKING INC.

CAR OR INITIALS

Total HU 10    Pieces 10

| PACKAGES | | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | |
|---|---|---|---|---|---|---|
| 2 pc. | | Cotton Thread | IO-5kids | | 6,887 | ✓ |
| 1 pc. | | Note: Must fax delivery to | | | | |
| 1,123 | | 3304636742 | | | | |
| | | At: Jay Springer | | | | |
| | | With copy of B/L & coversheet | | | | |
| | | Showing your fax | | | | |
| | | 0176534717 8 = 251 | | | | |
| | | 0176344076 = 325 | | | | |
| | | 0176344181 = 443 | | | | |
| | | Cust P.O. NO: 0176044650 = 103 | | | | |
| | | Window DO NOT INSIDE DELIVERY - Prepaid | | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

12-23-24

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

PLACARDS SUPPLIED   ☐ YES   ☐ NO

DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." † Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the U.S. Dept. of Transportation.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C.O.D. SHIPMENT

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the National Motor Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Per _____    Shipper 12/23/24

86 Northfield Avenue, Edison, NJ 08837
THE DMC CORPORATION
Permanent post-office address of shipper

Shipper, Per _____    Agent, Per _____

1

## Pro Numbers: 023-0635389

Any questions regarding this shipment should be sent to Ward Customer Service (e-mail) or (800)458-3625

## Status: Delivered

**Get ETA**

**From**

THE DMC CORPORATION
86 NORTHFIELD AVE
86 NORTHFIELD AVE
EDISON, NJ
08837

**To**

JOANNS STORES #DC06
2400 JOANN DRIVE
OPELIKA, AL
36801

**Pickup Date...:** 12/26/2024
**Due Date.......:** 01/06/2025
**Delivery Date:** 01/09/2025
**Invoice:** Invoice is available.

**Pieces............:** 1,173
**Handling Units:** 12
**Weight.............:** 7,994
**BOL#...............:** NS
**PO#................:** 0176344482
**Pro:** AACT 318894748

Ship The Ward Way... Dedication and DRIVE (800)458-3625

## Movements

01/09/2025 12:02 PM — Opelika, AL 36801   Received by RB1.

01/09/2025 12:02 PM — Opelika, AL 36801   Delivered.

01/07/2025 04:00 AM — AACT Atlanta, GA   Arrived at local facility.

01/02/2025 08:00 PM — Aaa Cooper - Charlotte Service Center   Arrived at local facility.

01/02/2025 05:00 PM — Charlotte Service Center   Trailer departed.

12/28/2024 09:15 AM — Charlotte Service Center   Arrived at local facility.

12/28/2024 04:00 AM — Richmond Service Center   Trailer departed.

12/28/2024 03:30 AM — Richmond Service Center   Arrived at local facility.

12/27/2024 10:30 PM — Philadelphia Service Center   Trailer departed.

12/26/2024 10:00 PM — Philadelphia Service Center   Arrived at local facility.

12/26/2024 08:28 PM — South Plainfield Service Center   Trailer departed.

12/26/2024 06:25 PM — South Plainfield Service Center   Shipment en route or at origin facility

# Pro Numbers: 023-0808383

Any questions regarding this shipment should be sent to Ward Customer Service (e-mail) or (800)458-3625

## Status: Delivered

[ Get ETA ]

**From**

THE DMC CORP
86 NORTHFIELD AVE
86 NORTHFIELD AVE
EDISON, NJ
08837

**To**

JOANNS STORES #DC04
2500 NORTH PLAZA DR
VISALIA, CA
93291

Pieces............: 123
Handling Units: 10
Weight..............: 6,887
BOL#................: NS
PO#.................: 0176344476 325
**Pro#:** DPHL 318892601

**Pickup Date...:** 12/23/2024
**Due Date........:** 01/03/2025
**Delivery Date:** 01/03/2025
**Invoice:** Invoice is available.

Ship The Ward Way... Dedication and DRIVE (800)458-3625

## Movements

01/03/2025 08:54 AM — Visalia, CA 93291   Received by KAREN.

01/03/2025 08:54 AM — Visalia, CA 93291   Delivered.

01/03/2025 03:49 AM — DPHL Fresno, CA   Trailer departed.

12/29/2024 02:05 PM — San Leandro Service Center   Arrived at local facility.

12/31/2024 04:00 AM — DPHL San Leandro, CA   Arrived at local facility.

12/27/2024 09:00 AM — Pittsburgh Service Center   Trailer departed.

12/24/2024 03:12 AM — Pittsburgh Service Center   Arrived at local facility.

12/23/2024 08:40 PM — South Plainfield Service Center   Trailer departed.

12/23/2024 02:45 PM — South Plainfield Service Center   Shipment en route or at origin facility

# Pro Numbers: 023-0808384

Any questions regarding this shipment should be sent to Ward Customer Service (e-mail) or (800)458-3625

## Status: Delivered

Get ETA

**From**

THE DMC CORP
86 NORTHFIELD AVE
86 NORTHFIELD AVE
EDISON, NJ
08837

**To**

JOANNS STORES #DC01
5350 HUDSON IND PKWY
HUDSON, OH
44236

**Pickup Date...:** 12/23/2024
**Due Date......:** 12/26/2024
**Delivery Date:** 12/30/2024
**Delivery Appointment:** 1
**Delivery Appt Time:** 10:00 - 10:00
**Invoice:** Invoice is available.

**Pieces............:** 782
**Handling Units:** 7
**Weight............:** 4,558
**BOL#..............:** NS
**PO#...............:** 017604 46949 253

Ship The Ward Way... Dedication and DRIVE (800)458-3625

## Movements

12/30/2024 08:48 AM — Hudson, OH 44236  Received by Eric F.

12/30/2024 08:31 AM — Hudson, OH 44236  Delivered.

12/30/2024 08:30 AM — Cleveland/Akron Service Center  Out for delivery.

12/26/2024 10:03 AM —  New delivery appointment - 123024.

12/26/2024 09:48 AM —  Delivery appointment message left.

12/24/2024 04:40 AM — Cleveland/Akron Service Center  Arrived at delivering facility.

12/23/2024 08:07 PM — South Plainfield Service Center  Trailer departed.

12/23/2024 02:45 PM — South Plainfield Service Center  Shipment en route or at origin facility