

**Glue Dots® International, LLC**

6/17/2025

RECEIVED

2025 JUN 20  A 11: 39

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To:  United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE  19801

Re:  Case No. 25-10068 (CTG)
First Omnibus Substantive Claims Objection Ex. 1 - Reduced & Reclassified Claims

Glue Dots International LLC (GDI) has reviewed the Debtor's First Omnibus Objection to Certain Claims, Exhibit 1, as to our claim, Claim #8384. The Debtor is proposing to reduce the Priority Status of this claim from $23,591.52 to $17,224.56.

It appears this removes GDI Invoice No. PSIN29642 in the amount of $1,267.92 and GDI Invoice No. PSIN29655 in the amount of $5,099.04 from priority status.

GDI agrees to the removal of Invoice PSIN29642 in the amount of $1,267.92 from priority status.

GDI disputes removal of Invoice PSIN29655 in the amount of $5,099.04 from priority status. The documentation provided below will support that the products from this invoice were received within 20 days of Joann Inc., *et al.* filing for bankruptcy. The new priority amount for GDI's Claim #8384 is therefore, $22,323.60.

Provided below are GDI Invoice No. PSIN29655 (Exhibit A), which references Joann Stores Order No. SORD30385 and PO No. 0177132675. The FedEx proofs of delivery (Exhibit B) for all related shipments were received at Joann Stores' Opelika, AL location on 12/30/2024 and 12/31/2024, all within 20 days of the bankruptcy filing. We believe that these additional facts support amending the 503(b)(9) claim for GDI to a total of $22,323.60.

Thank you for your consideration.
Kind regards,

William S. Hogan
Controller
Glue Dots International LLC



Glue Dots® International, LLC

Exhibit A

**INVOICE**

Page:    1

**Remit to Address:**

Glue Dots International, LLC
N117 W18711 Fulton Dr.
Germantown, WI 53022
Phone No.: 262-814-8500
Fax No.: 262-814-8505
info@gdiadhesives.com

| | |
|---|---|
| **Invoice Number:** | PSIN29655 |
| **Invoice Date:** | 12/26/2024 |

| Bill To: | Ship To: |
|---|---|
| JOANN STORES INC<br>5555 DARROW ROAD<br>Hudson, OH 44236<br>United States | JOANN STORES<br>2400 JOANN DRIVE<br>OPELIKA, AL 368019740 |

| | | | |
|---|---|---|---|
| **Ship Via** | FEDEX_GROUND | **Customer ID** | 25144 |
| **Tracking No.** | 283716733251 | **P.O. Number** | 017713267S |
| **Ship Date** | 12/27/2024 | **P.O. Date** | 12/18/2024 |
| **Due Date** | 2/24/2025 | **Our Order No.** | SORD30385 |
| **Terms** | 2% Disc. Net 60 Days | **SalesPerson ID** | 2000 |

| Item/Customer No. | Description | Unit | Order Qty | Quantity Shipped | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 04484E-R1 | GLUE DOTS CRAFT DOTS DOT N GO 2.0 | Each | 432 | 432 | 2.61 | 1,127.52 |
| 000000000002138022 | | | | | | |
| 34300E | MICRO ROLL- 325 COUNT ROLLS  1/8" DIAMETER PATTERN (72 rolls/carton) | Each | 360 | 360 | 2.05 | 738.00 |
| 000000000010568624 | | | | | | |
| 03669E-R1 | GLUE DOTS REMOVABLE DOTS DOT N GO 2.0 | Each | 432 | 432 | 2.61 | 1,127.52 |
| 000000000011005352 | | | | | | |
| 06388 | REMOVABLE VALUE PACK 600CT | Each | 216 | 216 | 4.50 | 972.00 |
| 000000000011005360 | | | | | | |
| 06961 | CRAFT VALUE PACK 600 CT | Each | 252 | 252 | 4.50 | 1,134.00 |
| 000000000011005378 | | | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 5,099.04 | **Subtotal:** | 5,099.04 |
| | | **Invoice Discount:** | 0.00 |
| | | **Total Sales Tax:** | 0.00 |
| | | **Total:** | 5,099.04 |

This Invoice is subject to Glue Dots International, LLC Terms and Conditions Governing Sales, as in effect from time to time. Such Terms are incorporated herein by reference and are set forth at www.gdiadhesives.com or may be obtained by calling 262-814-8500. Glue Dots International, LLC reserves the right to increase prices for products to which this Invoice applies as set forth in the Terms. By ordering, Buyer acknowledges it has visited the website or obtained the Terms, read them, and retained a copy for its records.

**ALL AMOUNTS PAYABLE IN US DOLLARS**



**Glue Dots® International, LLC**

## Exhibit B

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716705230

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716705230 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |

X, GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

### Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716706902

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716706902 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100.0 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

**Reference** Glue Dots
**Purchase Order** 0177132675
**Invoice** SORD30385



X. GVHJ
#21, 12:59, 48 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive  |  Germantown, WI  |  T: 888.688.7131  F: 262.814.8505  |  GlueDots.com



# Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number: 283716707195

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | X.GVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL. 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716707195 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL. US. 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr.
Germantown, WI. US. 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30386 |



X. GVHJ
#21, 12:59, 48 Del, 0 NonDel

Thank you for choosing FedEx.



**Glue Dots® International, LLC**

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number 283716708170

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716708170 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



**Glue Dots® International, LLC**

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number 283716710320

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 283716710320 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| **Reference** | Glue Dots |
|---|---|
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30386 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

 Glue Dots® International, LLC

## Exhibit B (continued)

 FedEx.

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716709875

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716709875 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/45.4 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD030385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



**Glue Dots® International, LLC**

## Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number: 283716712735

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716712735 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 6.0 LB/2.72 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| JOANN STORES | SHIPPING DEPARTMENT, Glue Dots International, LLC |
| 2400 JO ANN DR | N117W18711 Fulton Dr |
| OPELIKA, AL, US, 36801974500 | Germantown, WI, US, 53022 |

| **Reference** | Glue Dots |
|---|---|
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive  |  Germantown, WI  |  T: 888.688.7131  F: 262.814.8505  |  GlueDots.com



Glue Dots® International, LLC

## Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716712437.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716712437 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 6.0 LB/2.72 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| **Reference** | Glue Dots |
|---|---|
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



Thank you for choosing FedEx



### Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716712963.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | X.GVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716712963 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 6.0 LB/2.72 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

**Reference** Glue Dots
**Purchase Order** 0177132675
**Invoice** SORD30386



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

### Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716714955

**Delivery information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN D R |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716714955 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 6.0 LB/2.72 KG |
| **Recipient:** | | **Shipper:** | |
| JOANN STORES | | SHIPPING DEPARTMENT, Glue Dots International, LLC | |
| 2400 JO ANN D R | | N117 W18711 Fulton Dr | |
| OPELIKA, AL, US, 36801974500 | | Germantown, WI, US, 53022 | |

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131  F: 262.814.8505 | GlueDots.com



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer.

The following is the proof-of-delivery for tracking number: 283716715859

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL. 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| **Tracking number:** | 283716715859 | **Ship Date:** | Dec 26, 2024 |
|---|---|---|---|
| | | **Weight:** | 6.0 LB/2.72 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL. US. 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N 117 W18711 Fulton Dr
Germantown, WI, US, 53022

**Reference** Glue Dots
**Purchase Order** 0177132675
**Invoice** SORD30385



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer.

The following is the proof-of-delivery for tracking number: 283716716833

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716716833 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100.0 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number 283716716719

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | X.GVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716716719 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/4.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



Glue Dots® International, LLC

## Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716718869

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716718869 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/45.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |

X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

Exhibit B (continued)



**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716720012.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | J.JOHN | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL 36801974500 |
| | | **Delivery date:** | Dec 30, 2024 09:58 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716720012 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100.0 LB/4.54 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| JOANN STORES | SHIPPING DEPARTMENT, Glue Dots International, LLC |
| 2400 JO ANN DR | N117W18711 Fulton Dr |
| OPELIKA, AL, US, 36801974500 | Germantown, WI, US, 53022 |

| **Reference** | Glue Dots |
|---|---|
| **Purchase Order** | 0177132675 |
| **Invoice** | SQRD30385 |



**J. JOHN**
**#2, 11:15, 20 Del, 0 NonDel**

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716719214

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | X GVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716719214 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/4.54 KG |

| | | | |
|---|---|---|---|
| **Recipient:** | | **Shipper:** | |
| JOANN STORES | | SHIPPING DEPARTMENT, Glue Dots International, LLC | |
| 2400 JO ANN DR | | N117W18711 Fulton Dr | |
| OPELIKA, AL, US, 36801974500 | | Germantown, WI, US, 53022 | |

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

 Glue Dots® International, LLC

Exhibit B (continued)

 FedEx.

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716721800

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716721800 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 100 LB/45.54 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



Thank you for choosing FedEx



**Glue Dots® International, LLC**

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number: 283716722839

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL. 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716722839 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.3 LB/3.31 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| JOANN STORES | SHIPPING DEPARTMENT, Glue Dots International, LLC |
| 2400 JO ANN DR | N117 W18711 Fulton Dr |
| OPELIKA, AL. US. 36801974500 | Germantown, WI. US. 53022 |

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SQRD30385 |



Thank you for choosing FedEx.



Glue Dots® International, LLC

## Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716723515.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716723515 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.3 LB/3.31 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

**Reference**     Glue Dots
**Purchase Order**     0177132675
**Invoice**     SORD30385



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716725595

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL  36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716725595 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.3 LB/3.31 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30386 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

---

N117 W18711 Fulton Drive  |  Germantown, WI  |  T: 888.688.7131  F: 262.814.8505  |  GlueDots.com



Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716726032

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716726032 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.3 LB/3.31 KG |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| JOANN STORES | SHIPPING DEPARTMENT, Glue Dots International, LLC |
| 2400 JO ANN DR | N117W18711 Fulton Dr |
| OPELIKA, AL, US, 36801974500 | Germantown, WI, US, 53022 |

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30386 |

X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716727083

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716727083 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.3 LB/3.31 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |

X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number: 283716728664

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | X.GVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL. 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716728664 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.3 LB/3.31 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL. US. 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI. US. 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30386 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive  |  Germantown, WI  |  T: 888.688.7131  F: 262.814.8505  |  GlueDots.com



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716729605

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL. 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716729605 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL. US. 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr.
Germantown, WI. US. 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 48 Del, 0 NonDel

Thank you for choosing FedEx.

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



## Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716729671.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716729671 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |

X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive | Germantown, WI | T: 888.688.7131 F: 262.814.8505 | GlueDots.com



Glue Dots® International, LLC

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716730057

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716730057 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30386 |

X. GVHJ
#21, 12:59, 48 Del, 0 NonDel

Thank you for choosing FedEx

 Glue Dots® International, LLC

Exhibit B (continued)

**FedEx**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716732678

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716732678 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N 117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 48 Del, 0 NonDel

Thank you for choosing FedEx



## Glue Dots® International, LLC

**Exhibit B (continued)**

**FedEx.**

March 19, 2025

Dear Customer:

The following is the proof-of-delivery for tracking number: 283716732450

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716732450 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx

N117 W18711 Fulton Drive  |  Germantown, WI  |  T: 888.688.7131  F: 262.814.8505  |  GlueDots.com



**Glue Dots® International, LLC**

## Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number 283716733825.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL, 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716733825 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL, US, 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117 W18711 Fulton Dr
Germantown, WI, US, 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 40 Del, 0 NonDel

Thank you for choosing FedEx



**Glue Dots® International, LLC**

Exhibit B (continued)

**FedEx.**

March 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283716733251

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | XGVHJ | **Delivery Location:** | 2400 JO ANN DR |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | OPELIKA, AL. 36801974500 |
| | | **Delivery date:** | Dec 31, 2024 11:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 283716733251 | **Ship Date:** | Dec 26, 2024 |
| | | **Weight:** | 7.4 LB/3.36 KG |

**Recipient:**
JOANN STORES
2400 JO ANN DR
OPELIKA, AL. US. 36801974500

**Shipper:**
SHIPPING DEPARTMENT, Glue Dots International, LLC
N117W18711 Fulton Dr.
Germantown, WI. US. 53022

| | |
|---|---|
| **Reference** | Glue Dots |
| **Purchase Order** | 0177132675 |
| **Invoice** | SORD30385 |



X. GVHJ
#21, 12:59, 48 Del, 0 NonDel

Thank you for choosing FedEx

---

N117 W18711 Fulton Drive  |  Germantown, WI  |  T: 888.688.7131  F: 262.814.8505  |  GlueDots.com

Certificate of Service

United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Cole Schotz P.C.
c/o Michael Fitzpatrick
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
c/o Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
c/o Anup Sathy, P.C.
333 West Wolf Point Plaza
Chicago, Illinois 60654



Insert shipping document here. ▶

ORIGIN ID:RRLA        (262) 293-7729
MELISSA PERKINS
ELLSWORTH CORPORATION
W129 N10825 WASHINGTON DRIVE

GERMANTOWN, WI 53022
UNITED STATES US

SHIP DATE: 18JUN25
ACTWGT: 1.00 LB
CAD: 108560103/INET4535

BILL SENDER

TO  **US BANKRUPTCY COURT COURT CLERK**
**DISTRICT OF DELAWARE**
**824 N. MARKET STREET, 3RD FLOOR**

**WILMINGTON DE 19801**
(302) 252-2900          REF:
INV:
PO:                     DEPT:

FedEx Express

THU - 19 JUN 5:00P
STANDARD OVERNIGHT

TRK#
0201    **8821 3066 1223**

**XS ZWIA**                    19801

                        DE-US  PHL

4197 THU 06/1
824 N MARKE1

**741-8**

ETP: 1    SP:PD:

**747-8069FL**