**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JOANN INC., *et.al.,* [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10068 (CTG) <br><br> (Jointly Administered) |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Kristhy M. Peguero, Esq., to appear in the above-captioned cases on behalf of Burlington Stores, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby ORDERED, that Kristhy M. Peguero may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

WBD (US) 4932-3980-1679v1