## CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, do herby certify that on June 20, 2025, I caused a true and correct copy of the *Application of Delaware Counsel to Appear Pursuant to Local Rule 9010-1(e)(ii)* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter.

Dated: June 20, 2025

**JACKSON WALKER LLP**

/s/  *Kristhy M. Peguero*
Kristhy M. Peguero (DE 4903)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: kpeguero@jw.com

*Counsel for Burlington Stores, Inc.*

WBD (US) 4932-3980-1679v1