# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 930 and 1046** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1046

**PLEASE TAKE NOTICE** IGI21 KATY LLC, ultimate successor-in-interest to SCI Price Plaza Fund, LLC ("IGI21" or "Landlord"), hereby withdraws, without prejudice, the *Renewed Objection of IGI21 Katy LLC to Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* (the "Motion") [Docket No. 1046] filed in the above-captioned case.

Dated: June 20, 2025

**BURR & FORMAN LLP**

*/s/ Shannon D. Humiston*
J. Cory Falgowski (No. 4546)
Shannon D. Humiston (No. 5740)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2312
Email: jfalgowski@burr.com
         shumiston@burr.com

*Attorneys for Landlord*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

61342192 v1