# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>              Debtors. | ) <br> )   Chapter 11 <br> ) <br> )   Case No. 25-10068 (CTG) <br> ) <br> )   (Jointly Administered) <br> )   **Re: Docket Nos. 895, 896, 897, 919, 967 and 968** |

## CERTIFICATION OF COUNSEL REGARDING FIRST OMNIBUS ORDER APPROVING INTERIM FEE APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

The undersigned counsel to the debtors in the above-captioned cases hereby certifies as follows:

1. The interim fee applications [Docket Nos. 895, 896, 897, 919, 967 and 968] (the "Interim Fee Applications") for the fee period January 15, 2025 through and including March 31, 2025 (the "Compensation Period"), as referenced in the proposed order attached hereto as **Exhibit A** (the "Proposed Omnibus Fee Order"), are unopposed. The Proposed Omnibus Fee Order identifies (a) the name of each professional for the Compensation Period (collectively, the "Professionals"), and (b) the amount of fees and expenses proposed to be awarded by the Court at the hearing scheduled for June 23, 2025 at 3:00 p.m. (ET).

2. A draft of the Proposed Omnibus Fee Order was circulated to the Office of the United States Trustee and the Professionals for their review and comment, and each of the Professionals confirmed that their respective amounts set forth on Proposed Omnibus Fee Order are accurate. The U.S. Trustee has advised that they have no objection to the Proposed Omnibus Fee Order.

3. Accordingly, it is respectfully requested that the Court enter the Proposed Omnibus Fee Order approving the Interim Fee Applications for the Compensation Period at the Court's earliest convenience.

Dated: June 20, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Jack M. Dougherty* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |