**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429, 930, 1004 & 1179** |

**NOTICE OF DEBTORS' REVISED PROPOSED ORDER
REGARDING AMENDED FIRST NOTICE OF ASSUMPTION AND ASSIGNMENT
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on February 14, 2025, the Court entered the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 429].

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2025, the Debtors filed the *Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 930] (the "Amended First Assumption Notice") regarding the assumption and assignment of the unexpired leases set forth on Schedule 2 to the Amended First Assumption Notice (the "Amended Assumption List"). The Amended Assumption List included the Debtors' leases with the Asheville Landlord and Decatur Landlord (as defined below). Attached to the Amended First Assumption Notice was a proposed form of order approving the assumption and assignment of the Amended Assumption List (the "Proposed Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that, on May 28, 2025, Suburban Plaza, LLC (the "Decatur Landlord") filed the *Limited Objection of Landlord, Suburban Plaza, LLC, to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1004].

**PLEASE TAKE FURTHER NOTICE** that, on June 18, 2025, the Debtors, on behalf of Burlington Stores, Inc., filed *Burlington Stores, Inc.'s Omnibus Reply to Objections to Burlington's Assignment and Assumption of Decatur, GA and Asheville, NC Leases* [Docket No. 1179].

**PLEASE TAKE FURTHER NOTICE** that the Amended First Assumption Notice is scheduled for hearing on June 23, 2025 at 2:00 p.m. (ET) before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed order (the "Revised Proposed Order") approving the assumption and assignment of the Debtors' lease with the Decatur Landlord.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blackline of the Revised Proposed Order against the Proposed Order.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 20, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Patrick J. Reilley* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:     (212) 446-4800 |
| Telephone:     (302) 652-3131 | Facsimile:      (212) 446-4900 |
| Facsimile:      (302) 652-3117 | Email:            joshua.sussberg@kirkland.com |
| Email:            preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
|                       snewman@coleschotz.com | |
|                       mfitzpatrick@coleschotz.com | - and - |
|                       jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:      (312) 862-2200 |
| | Email:            anup.sathy@kirkland.com |
| |                       jeff.michalik@kirkland.com |
| |                       lindsey.blumenthal@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |