## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1180** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 23, 2025 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT
IN COURTROOM NO. 5, 5TH FLOOR**

This proceeding will be conducted in-person **in Courtroom No. 5, 5th floor**. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## ADJOURNED MATTER

1.      Motion of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (Filed March 20, 2025) [Docket No. 612]

    Related Documents:

    Objection Deadline:     March 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended for the Debtors.

    Responses Received:  None at this time.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]      **Amendments appear in bold print.**

Status:        This matter is adjourned to the July 10, 2025 hearing at 10:00 a.m. (ET). This matter will not be going forward.

## RESOLVED MATTER

2.      Motion of Debtors for Entry of an Order Granting (I) Leave from Local Rule 3007-1(e) Related to the Filing of Substantive Omnibus Objections to Claims and (II) Related Relief (Filed May 30, 2025) [Docket No. 1036]

Related Documents:

(a)    Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Granting (I) Leave from Local Rule 3007-1(e) Related to the Filing of Substantive Omnibus Objections to Claims and (II) Related Relief (Filed June 16, 2025) [Docket No. 1169]

(b)    Order Granting (I) Leave from Local Rule 3007-1(e) Related to the Filing of Substantive Omnibus Objections to Claims and (II) Related Relief (Entered June 18, 2025) [Docket No. 1174]

Objection Deadline:    June 13, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:        The Court entered an Order granting the Motion.  This matter will not be going forward

## MATTERS GOING FORWARD

3.      Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed May 16, 2025) [Docket No. 930]

Related Documents:

(a)    Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief (Entered February 14, 2025) [Docket No. 429]

(b)    First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed April 28, 2025) [Docket No. 760]

(c)    Notice of Hearing on the Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Myrtle Beach Farms Company, Inc.; Overlook Village Ashville, LLC and Suburban Plaza, LLC) (Filed June 6, 2025) [Docket No. 1090]

(d)    **Notice of Debtors' Revised Proposed Order Regarding Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed June 20, 2025) [Docket No. 1231]**

Objection Deadline:    May 12, 2025 at 4:00 p.m. (ET).

Responses Received:

(a)    Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 851]

(b)    [SEALED] Exhibit A to Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 852]

(c)    [SEALED] Exhibit B to Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 853]

(d)    Objection of Overlook Village Asheville, LLC to First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (filed May 12, 2025) [Docket No. 857]

(e)    Declaration of Craig Ramiro in Support of Overlook Village Asheville, LLC's Objection to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 12, 2025) [Docket No. 858]

(f)    Limited Objection of Landlord, Suburban Plaza, LLC, to Debtors' First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 28, 2025) [Docket No. 1004]

(g)    Objection of Myrtle Beach Farms Company, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 29, 2025) [Docket No. 1016]

(h)    [SEALED] Exhibit A to Objection of Myrtle Beach Farms Company, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 29, 2025) [Docket No. 1017]

(i)    [SEALED] Exhibit B to Objection of Myrtle Beach Farms Company, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed May 29, 2025) [Docket No. 1018]

(j)    Notice of Myrtle Beach Farms Company, Inc.'s Intent to Offer Witness Testimony at the Hearing Scheduled for June 23, 2025, at 2:00 p.m. (ET) (Filed June 18, 2025) [Docket No. 1176]

(k)    Declaration of Jeffrey Morrow in Support of Assumption and Assignment of the Asheville, NC Lease to Burlington (Filed June 18, 2025) [Docket No. 1178]

(l)     Burlington Stores, Inc.'s Omnibus Reply to Objections to Burlington's Assignment and Assumption of Decatur, GA and Asheville, NC Leases (Filed June 18, 2025) [Docket No. 1179]

(m)     **Notice of Withdrawal of Declaration of Jeffrey Morrow in Support of Assumption and Assignment of the Asheville, NC Lease to Burlington (Filed June 18, 2025) [Docket No. 1181]**

(n)     **Declaration of Jeffrey Morrow in Support of Assumption and Assignment of the Asheville, NC Lease to Burlington (Filed June 18, 2025) [Docket No. 1182]**

Status:     This matter will be going forward as to the objections filed by Overlook Village Asheville, LLC and Suburban Plaza, LLC. **On consent of the parties, this matter is adjourned with respect to the objection filed by Myrtle Beach Farms Company, Inc. to a date to be determined.**

4.     Motion of the Debtors for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, Bankruptcy Rule 6004, and Local Rule 6004-1, Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances (Filed May 30, 2025) [Docket No. 1048]

Objection Deadline:    June 13, 2025 at 4:00 p.m. (ET).

Responses Received:

(a)     Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion (Filed June 13, 2025) [Docket No. 1156]

Status:     **A certification of counsel will be filed with the Court in advance of the hearing. No hearing is necessary unless the Court has any questions.**

## FEE APPLICATIONS

5.     Fee Applications for First Interim Compensation Period

Related Documents:

(a)     Index of First Interim Fee Applications and Certificates of No Objection with Respect to the First Interim Compensation Period (**Previously attached as Exhibit A**)

(b)     **Certification of Counsel Regarding First Omnibus Order Approving Interim Fee Applications for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (Filed June 20, 2025) [Docket No. 1226]**

Objection Deadline:  See Respective Fee Applications. On consent of the parties, the objection deadline for the Kirkland & Ellis LLP First Interim Fee Application is extended until 4:00 p.m. (ET) on June 18, 2025 for the Office of the United States Trustee.

4

Responses Received:  Informal comments by the Office of the United States Trustee.

Status:          **A Certification of Counsel, together with a proposed order, was filed with the Court.  No hearing is necessary unless the Court has any questions.**

Dated: June **20**, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*
—————————————————————
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:       (302) 652-3131
Facsimile:       (302) 652-3117
Email:           preilley@coleschotz.com
                 snewman@coleschotz.com
                 mfitzpatrick@coleschotz.com
                 jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:           joshua.sussberg@kirkland.com
                 aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:           anup.sathy@kirkland.com
                 jeff.michalik@kirkland.com
                 lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*