# EXHIBIT 1



07/30/2024

**Prepared For:**
JoAnn Stores Inc #1488
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 442364054

Re: GRACO Real Estate Development Office Relocation

We are delighted to inform you that GRACO Real Estate Development is moving its office location to Kingsgate Professional Building on August 1, 2024. Our new office address will be:

    4010 82nd Street
    Suite 100
    Lubbock, TX 79423

Our phone numbers and email addresses will remain the same, but please make note of the change of address. You should continue to mail any written correspondence, rent payments, etc. to:

    GRACO Real Estate Development, Inc.
    P.O. Box 65207
    Lubbock, TX 79464

Although we do not anticipate any issues, please be patient over the next few days as we may experience temporary interruptions in phone and email services. However, our answering service will continue to receive after hours calls. If you have an emergency and need assistance, please call GRACO Property Management at (806) 745-9718 (answered 24/7).

We look forward to welcoming you to our new offices very soon. If there are any questions or if we can assist you, please feel free to reach out to me or Tammy Brannon.

Sincerely,

*[signature]*

Andy Burchak
Director of Property Management
GRACO Real Estate Development, Inc.