**CERTIFICATE OF SERVICE**

        I, Leslie C. Heilman, hereby certify that, on this 20th day of June, 2025, I caused a true and correct copy of the foregoing *Objection of AFP Rockridge 2019, LLC to the Fifth Notice of Assumption and Assignment of Certain Executory Contract[s] and/or Unexpired Leases* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system and on the following parties via email and first class mail:

| |
|---|
| JOANN Inc.<br>5555 Darrow Road<br>Hudson, Ohio<br>Attn.: Ann Aber, EVP, Chief Legal and Human Resources Officer |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn.: Aparna Yenamandra, P.C. (aparna.yenamandra@kirkland.com)<br><br>and<br><br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Attn.: Jeffrey Michalik (jeff.michalik@kirkland.com)<br>      Lindsey Blumenthal (lindsey.blumenthal@kirkland.com) |
| Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Attn.: Patrick J. Reilley (preilley@coleschotz.com)<br>      Stacy L. Newman (snewman@coleschotz.com)<br>      Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com)<br>      Jack M. Dougherty (jdougherty@coleschotz.com) |

| |
|---|
| United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov) |
| Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn.: Scott Greenberg (SGreenberg@gibsondunn.com)<br>        Kevin Liang (KLiang@gibsondunn.com)<br>        Josh Brody (JBrody@gibsondunn.com) |
| ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Attn.: Jeffrey Gleit (jeffrey.gleit@afslaw.com)<br><br>and<br><br>1717 K Street NW<br>Washington, D.C. 20006<br>Attn.: Jonathan Bagg (jonathan.bagg@afslaw.com)<br><br>and<br><br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Attn.: Matthew Bentley (matthew.bentley@afslaw.com) |
| GA Joann Retail Partnership, LLC<br>c/o Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Attn.: Andrew Behlmann (abehlmann@lowenstein.com) |

Kelley Drye & Warren LLP
3 World Trade Center
New York, NY 10007
Attn: Jason Adams (jadams@kelleydrye.com)
    Maeghan McLoughlin (mmcloughlin@kelleydrye.com)
    Connie Choe (cchoe@kelleydrye.com)

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Attn: Bradford Sandler (bsandler@pszjlaw.com)
    James O'Neill (joneill@pszlaw.com)

Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Attn.: Zachary Shapiro (shapiro@rlf.com)
    Zachary Javorsky (javorsky@rlf.com)

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn.: Ray Schrock (ray.schrock@lw.com)
    Candace Arthur (candace.arthur@lw.com)
    Jonathan Gordon (Jonathan.gordon@lw.com)

Dated: June 20, 2025             */s/ Leslie C. Heilman*
Wilmington, Delaware              Leslie C. Heilman
                                  BALLARD SPAHR LLP