# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. [●]** |

        Upon consideration of the *Motion of AFP Rockridge 2019, LLC for Leave to File a Late Objection to the Fifth Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (D.I. 929)* (the "Motion for Leave"),[2] it is hereby ORDERED that:

        1.      The Motion for Leave is GRANTED.

        2.      Landlord is authorized to file the Objection.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion for Leave.