# EXHIBIT C

**From:** Heilman, Leslie C.
**Sent:** Wednesday, June 11, 2025 4:40 PM
**To:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>; Jonathan.Gordon@lw.com; Candace.Arthur@lw.com
**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Weidman, Becky <weidmanb@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>; Acuna, Olivia <olivia.acuna@kirkland.com>; Meyer, Kelly <kelly.meyer@kirkland.com>; ssmith@gagroup.com; Christopher Draper <cdraper@gagroup.com>; mjerbich@gagroup.com; rhollander@brileyfin.com; Andrew Behlmann (abehlmann@lowenstein.com) <abehlmann@lowenstein.com>
**Subject:** RE: JoAnn Inc. II - Dollar Tree 5th Assumption Notice - Store #1488

Lindsey,

As a follow-up to the below, here is the notice of address change letter sent to Joann's on July 30, 2024, along with the email confirmation of it being sent.  Thank you.



07/30/2024

**Prepared For:**
JoAnn Stores Inc #1488
Attn: Vice President, Real Estate
5555 Darrow Road
Hudson, OH 442364054

Re: GRACO Real Estate Development Office Relocation

We are delighted to inform you that GRACO Real Estate Development is moving its office location to Kingsgate Professional Building on August 1, 2024.  Our new office address will be:

    4010 82nd Street
    Suite 100
    Lubbock, TX 79423

Our phone numbers and email addresses will remain the same, but please make note of the change of address.  You should continue to mail any written correspondence, rent payments, etc. to:

    GRACO Real Estate Development, Inc.
    P.O. Box 65207
    Lubbock, TX 79464

Although we do not anticipate any issues, please be patient over the next few days as we may experience temporary interruptions in phone and email services.  However, our answering service will continue to receive after hours calls. If you have an emergency and need assistance, please call GRACO Property Management at (806) 745-9718 (answered 24/7).

We look forward to welcoming you to our new offices very soon.  If there are any questions or if we can assist you, please feel free to reach out to me or Tammy Brannon.

Sincerely,

*[signature]*

Andy Burchak
Director of Property Management
GRACO Real Estate Development, Inc.



**Leslie C. Heilman**
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Direct 302.252.4446
Fax 302.300.4065
Mobile 267.664.0633
heilmanl@ballardspahr.com
www.ballardspahr.com

**From:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>
**Sent:** Wednesday, June 11, 2025 11:15 AM
**To:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>; Jonathan.Gordon@lw.com; Candace.Arthur@lw.com
**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Weidman, Becky <weidmanb@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>; Acuna, Olivia <olivia.acuna@kirkland.com>; Meyer, Kelly <kelly.meyer@kirkland.com>; ssmith@gagroup.com; Christopher Draper <cdraper@gagroup.com>; mjerbich@gagroup.com; rhollander@brileyfin.com; Andrew Behlmann (abehlmann@lowenstein.com) <abehlmann@lowenstein.com>
**Subject:** Re: JoAnn Inc. II - Dollar Tree 5th Assumption Notice - Store #1488

Lindsey,

My understanding is that the Landlord address changed subsequent to the Third Amendment and notice was provided to the Debtor of the change. I have asked the Landlord for a copy of that notice.

Thank you,
Leslie


**Leslie C. Heilman**
**Ballard Spahr LLP**

919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4446 direct
302.300.4065 fax
267.664.0633 mobile | heilmanl@ballardspahr.com
vcard

www.ballardspahr.com

---

**From:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>
**Sent:** Wednesday, June 11, 2025 11:11:07 AM
**To:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>; Jonathan.Gordon@lw.com <jonathan.gordon@lw.com>; Candace.Arthur@lw.com <candace.arthur@lw.com>
**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Weidman, Becky <weidmanb@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>; Acuna, Olivia <olivia.acuna@kirkland.com>; Meyer, Kelly <kelly.meyer@kirkland.com>; ssmith@gagroup.com <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; mjerbich@gagroup.com <mjerbich@gagroup.com>; rhollander@brileyfin.com <rhollander@brileyfin.com>; Andrew Behlmann (abehlmann@lowenstein.com) <abehlmann@lowenstein.com>
**Subject:** RE: JoAnn Inc. II - Dollar Tree 5th Assumption Notice - Store #1488

⚠ **EXTERNAL**

Leslie – service for this notice was directed to the address below, the same notice address in the Third Amendment of the Lease. The landlord appears to have been properly noticed.

>AFP ROCKRIDGE 2019, LLC
>C/O GRACO REAL ESTATE DEVELOPMENT, INC.
>ATTN: GINA CLIFTON, LEASE ADMINISTRATOR
>5307 W. LOOP 289, SUITE 302
>LUBBOCK, TX 79414
>EMAIL: GINA@GRACOREALESTATE.COM

**Lindsey Blumenthal**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 2571  **M** +1 317 979 7323
**F** +1 312 862 2200

lindsey.blumenthal@kirkland.com

**From:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>
**Sent:** Tuesday, June 10, 2025 5:52 PM
**To:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>; Jonathan.Gordon@lw.com; Candace.Arthur@lw.com
**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Weidman, Becky <weidmanb@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>; Acuna, Olivia <olivia.acuna@kirkland.com>; Meyer, Kelly <kelly.meyer@kirkland.com>; ssmith@gagroup.com; Christopher Draper <cdraper@gagroup.com>; mjerbich@gagroup.com; rhollander@brileyfin.com; Andrew Behlmann (abehlmann@lowenstein.com) <abehlmann@lowenstein.com>
**Subject:** RE: JoAnn Inc. II - Dollar Tree 5th Assumption Notice - Store #1488

Lindsey,

No, this is not a regular client of Ballard Spahr and we were just contacted to represent them today. From my brief conversation with them today, I understand that the Landlord learned of the bankruptcy late last week, and then did a search of the filings on the claims' agents site to determine if its Lease was the subject of any notices, at which point it discovered the 5th Notice.

Best,
Leslie

**Leslie C. Heilman**
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Direct 302.252.4446
Fax 302.300.4065
Mobile 267.664.0633
heilmanl@ballardspahr.com
www.ballardspahr.com

**From:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>
**Sent:** Tuesday, June 10, 2025 6:45 PM
**To:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>; Jonathan.Gordon@lw.com; Candace.Arthur@lw.com
**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Weidman, Becky <weidmanb@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>; Acuna, Olivia <olivia.acuna@kirkland.com>; Meyer, Kelly <kelly.meyer@kirkland.com>; ssmith@gagroup.com; Christopher Draper <cdraper@gagroup.com>; mjerbich@gagroup.com; rhollander@brileyfin.com; Andrew Behlmann (abehlmann@lowenstein.com) <abehlmann@lowenstein.com>
**Subject:** RE: JoAnn Inc. II - Dollar Tree 5th Assumption Notice - Store #1488

⚠ **EXTERNAL**

Looping in a few others. Can you clarify how the landlord learned of service at the wrong address? If BS has been representing the landlord, were you all not given notice?

**Lindsey Blumenthal**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654

**T** +1 312 862 2571  **M** +1 317 979 7323
**F** +1 312 862 2200

lindsey.blumenthal@kirkland.com

**From:** Heilman, Leslie C. <HeilmanL@ballardspahr.com>
**Sent:** Tuesday, June 10, 2025 5:39 PM
**To:** Dougherty, Jack <JDougherty@coleschotz.com>; Reilley, Patrick <PReilley@coleschotz.com>; Newman, Stacy <SNewman@coleschotz.com>; Fitzpatrick, Michael <MFitzpatrick@coleschotz.com>; Sussberg, Josh <jsussberg@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Sathy, Anup <asathy@kirkland.com>; Michalik, Jeff <jeff.michalik@kirkland.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; Jonathan.Gordon@lw.com; Candace.Arthur@lw.com

**Cc:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Weidman, Becky <weidmanb@ballardspahr.com>; Vesper, Margaret <VesperM@ballardspahr.com>
**Subject:** RE: JoAnn Inc. II - Dollar Tree 5th Assumption Notice - Store #1488

Good evening,

I was just contacted by a Landlord of the Debtors' Store in Lubbock, TX, who just recently learned that its Lease is the subject of the 5th Dollar Tree Assumption Notice (Docket No. 929 filed May 16, 2025).  The Landlord has not been receiving notices in these cases, and did not receive the Assumption Notice, because the Landlord has since learned that the Debtors have been serving the Landlord at the wrong address.  We understand the objection deadline passed on 5/30, so to allow us to get up to speed and prepare any necessary objection to the assignment, we would respectfully request that the Objection Deadline be reset commencing from today.   I understand from my brief discussion with the Landlord that there may be use and exclusivity issues given the language of the Lease, although I do not yet have the lease documents from the client.

Please also confirm that you will forego any submission of an Assignment Order for this Lease until such time as we have had the opportunity to discuss the matter further.  I also left Jonathan Gordon a voice mail this evening as well.

Thanks, and have a good night.

Best,
Leslie

**Leslie C. Heilman**
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Direct 302.252.4446
Fax 302.300.4065
Mobile 267.664.0633
heilmanl@ballardspahr.com
www.ballardspahr.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.