## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et.al.*, [1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do herby certify that on June 20, 2025, I caused a true and correct copy of the *Witness and Exhibit List of Burlington Stores, Inc. Relating to Matters Scheduled for Hearing on June 23, 2025 at 2:00 p.m. (ET)* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE Bar No. 6184)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

WBD (US) 4925-4025-7359v1

**Service List**

| **VIA ELECTRONIC MAIL**<br><br>**COLE SCHOTZ P.C.**<br>Patrick J. Reilley<br>Stacey L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Counsel to the Debtors and Debtors in Possession.* | **VIA ELECTRONIC MAIL**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Anup Sathy, P.C.<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Anup.sathy@kirkland.com<br>Jeff.michalik@kirkland.com<br>Lindsey.blumenthal@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **VIA ELECTRONIC MAIL**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford Sandler<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| **VIA ELECTRONIC MAIL**<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson<br>Jason R. Adams<br>Maeghan J. McLoughlin<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com | **VIA ELECTRONIC MAIL**<br><br>**LOWENSTEIN SANDLER LLP**<br>Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>abehlmann@lowenstein.com |

| *Counsel to the Official Committee of Unsecured Creditors* | *Counsel to the GA Joann Retail Partnership, LLC* |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>**CONNOLLY GALLAGHER LLP**<br>Karen C. Bifferato<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br><br><br>*Counsel for Overlook Village Asheville, LLC* | **VIA ELECTRONIC MAIL**<br><br>**WILLIAMS MULLEN**<br>Jennifer M. McLemore<br>Michael D. Mueller<br>John W. Vantine<br>200 South 10th Street, Suite 1600<br>Richmond, VA 23219<br>jmclemore@willimasmullen.com<br>mmueller@williamsmullen.com<br>jvantine@williamsmullen.com<br><br>*Counsel for Overlook Village Asheville, LLC* |
| **VIA ELECTRONIC MAIL**<br><br>**CLARK HILL PLC**<br>Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington, DE 19801<br>kgrivner@clarkhill.com<br><br><br>*Counsel for Suburban Plaza, LLC* | **VIA ELECTRONIC MAIL**<br><br>**CLARK HILL PLC**<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>ahornisher@clarkhill.com<br>tbush@clarkhill.com<br><br>*Counsel for Suburban Plaza, LLC* |
| **VIA ELECTRONIC MAIL**<br><br>Malcolm M. Bates<br>The Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>malcolm.m.bates@usdoj.gov<br><br>*Office of the United States Trustee* | |