# EXHIBIT B

# Redline

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 429 and [●]** |

## TWENTY-FOURTH ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Twenty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. [●]] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2. Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

   3. If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

   4. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on

property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | 1943 Holdings LLC | Jo-Ann Stores ~~LLC~~Support Center, Inc. | Store 171/ DC & SSC 5958 | 5455- 5555 Darrow Road, Hudson, 44236, OH | Lease | FF&E | 5/31/2025 |
| 2 | 1000 Boston Turnpike LLC | Jo-Ann Stores LLC | 1611 | 1000 Boston Tpke, Shrewsbury, 01545, MA | Lease | FF&E | 5/31/2025 |
| 3 | 200 Lincoln Retail LLC | Jo-Ann Stores LLC | 2371 | 220 N 66Th St Ste 270, Lincoln, 68505, NE | Lease | FF&E | 5/31/2025 |
| 4 | 24 HR Vegas, LLC | Jo-Ann Stores LLC | 2585 | 1200 10th Ave S, Great Falls, 59405, MT | Lease | FF&E | 5/31/2025 |
| 5 | 4101 Transit Realty, LLC | Jo-Ann Stores LLC | 2087 | 4101 Transit Road Ste 1, Williamsville, 14221, NY | Lease | FF&E | 5/31/2025 |
| 6 | 4405 Milestrip HD Lessee LLC | Jo-Ann Stores LLC | 1932 | 3540 Mckinley Pkwy, Blasdell, 14219, NY | Lease | FF&E | 5/31/2025 |
| 7 | 4908 Associates LLC | Jo-Ann Stores LLC | 461 | 4908 State Hwy 30 Ste#8, Amsterdam, 12010, NY | Lease | FF&E | 5/31/2025 |
| 8 | 5-Mile Investment Company | Jo-Ann Stores LLC | 784 | 1840 W Francis Ave, Spokane, 99205, WA | Lease | FF&E | 5/31/2025 |
| 9 | 700 Alama Investments, LLC | Jo-Ann Stores LLC | 1291 | 700 Alma Dr, Plano, 75075, TX | Lease | FF&E | 5/31/2025 |
| 10 | 95 ORRPT, LLC | Jo-Ann Stores LLC | 998 | 4934 S Tamiami Trl, Sarasota, 34231, FL | Lease | FF&E | 5/31/2025 |
| 11 | Abrams & Mockingbird #1, Ltd. | Jo-Ann Stores LLC | 1227 | 6330 E Mockingbird Ln, Dallas, 75214, TX | Lease | FF&E | 5/31/2025 |
| 12 | Acadia Merrillville Realty, L.P. | Jo-Ann Stores LLC | 2373 | 1916 E 80Th Ave No 14, Merrillville, 46410, IN | Lease | FF&E | 5/31/2025 |
| 13 | ACS REYNOLDS PLAZA OH, LLC | Jo-Ann Stores LLC | 379 | 2559 S Reynolds Rd, Toledo, 43614, OH | Lease | FF&E | 5/31/2025 |
| 14 | Alamo Center, LLC | Jo-Ann Stores LLC | 1524 | 10131 Coors Blvd Nw Ste D3, | Lease | FF&E | 5/31/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| | | | | Albuquerque, 87114, NM | | | |
| 15 | Albrecht Incorporated | Jo-Ann Stores LLC | 2021 | 3977 Medina Rd, Akron, 44333, OH | Lease | FF&E | 5/31/2025 |
| 16 | Almaden Properties, LLC | Jo-Ann Stores LLC | 1878 | 4950 Almaden Expy Ste 10, San Jose, 95118, CA | Lease | FF&E | 5/31/2025 |
| 17 | Amsource Draper Lumber Yard LLC | Jo-Ann Stores LLC | 2121 | 268 E 12300 S, Draper, 84020, UT | Lease | FF&E | 5/31/2025 |
| 18 | Amsource Spanish Fork, LLC | Jo-Ann Stores LLC | 2379 | 1082 N Main Street, Spanish Fork, 84660, UT | Lease | FF&E | 5/31/2025 |
| 19 | Antonio B. Pomerleau, LLC | Jo-Ann Stores LLC | 526 | 45 Hinesburg Rd, South Burlington, 05403, VT | Lease | FF&E | 5/31/2025 |
| 20 | Arbor Square LLC | Jo-Ann Stores LLC | 2147 | 8125 Arbor Square Drive, Mason, 45040, OH | Lease | FF&E | 5/31/2025 |
| 21 | ARC CLORLFL001, LLC, 050019 | Jo-Ann Stores LLC | 1908 | 3562 E Colonial Dr, Orlando, 32803, FL | Lease | FF&E | 5/31/2025 |
| 22 | ARC NLLKLFL001, LLC | Jo-Ann Stores LLC | 312 | 4241 Us Highway 98 N, Lakeland, 33809, FL | Lease | FF&E | 5/31/2025 |
| 23 | ARC SMWMBFL001, LLC | Jo-Ann Stores LLC | 2118 | 1537 W New Haven Ave, West Melbourne, 32904, FL | Lease | FF&E | 5/31/2025 |
| 24 | ARD MacArthur, LLC | Jo-Ann Stores LLC | 145 | 2570 Macarthur Rd Ste 12, Whitehall, 18052, PA | Lease | FF&E | 5/31/2025 |
| 25 | ARG MHMORNC001, LLC | Jo-Ann Stores LLC | 2318 | E132 Morganton Heights Blvd, Morganton, 28655, NC | Lease | FF&E | 5/31/2025 |
| 26 | AR-GL&Erie, LLC | Jo-Ann Stores LLC | 1907 | 8000 Plaza Blvd, Mentor, 44060, OH | Lease | FF&E | 5/31/2025 |
| 27 | Argo Idaho Falls, LLC | Jo-Ann Stores LLC | 2192 | 2408 South 25Th East, Idaho Falls, 83404, ID | Lease | FF&E | 5/31/2025 |
| 28 | Argo Tieton, LLC | Jo-Ann Stores LLC | 783 | 3702 Tieton Dr, Yakima, 98902, WA | Lease | FF&E | 5/31/2025 |
| 29 | Aria Investments LLC | Jo-Ann Stores LLC | 2389 | 1000 South Central Avenue, Glendale, 91204, CA | Lease | FF&E | 5/31/2025 |
| 30 | Arizona Partners Retail Investment Group, LLC | Jo-Ann Stores LLC | 2596 | 1717 Beam Avenue, Maplewood, 55109, MN | Lease | FF&E | 5/31/2025 |
| 31 | Athens Center, LLC | Jo-Ann Stores LLC | 2380 | 743 E. State Street, Suite O, Athens, 45701, OH | Lease | FF&E | 5/31/2025 |
| 32 | Avest Limited Partnership | Jo-Ann Stores LLC | 796 | 3275 S Federal Way, Boise, 83705, ID | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 33 | Aviana Company LTD | Jo-Ann Stores LLC | 1966 | 10401 E Us Highway 36, Avon, 46123, IN | Lease | FF&E | 5/31/2025 |
| 34 | AVR CPC Associates, LLC | Jo-Ann Stores LLC | 1583 | 5555 Whittlesey Blvd Ste 2900, Columbus, 31909, GA | Lease | FF&E | 5/31/2025 |
| 35 | B&B South Plaza Holdings LLC | Jo-Ann Stores LLC | 1922 | 4610 S Cleveland Ave, Fort Myers, 33907, FL | Lease | FF&E | 5/31/2025 |
| 36 | B33 Great Northern II, LLC | Jo-Ann Stores LLC | 1923 | 26337 Brookpark Rd, North Olmsted, 44070, OH | Lease | FF&E | 5/31/2025 |
| 37 | B33 Milford Crossing LLC | Jo-Ann Stores LLC | 2123 | 1405 Boston Post Road, Milford, 06460, CT | Lease | FF&E | 5/31/2025 |
| 38 | Baker/Temple Greensboro, L.L.C. | Jo-Ann Stores LLC | 1511 | 4644 W Market St, Greensboro, 27407, NC | Lease | FF&E | 5/31/2025 |
| 39 | Beall Grapevine Center, LLC | Jo-Ann Stores LLC | 2035 | 1250 William D Tate Ave, Grapevine, 76051, TX | Lease | FF&E | 5/31/2025 |
| 40 | Beavercreek Towne Station LLC | Jo-Ann Stores LLC | 603 | 2850 Centre Dr Ste G, Fairborn, 45324, OH | Lease | FF&E | 5/31/2025 |
| 41 | Belden Park Delaware, LLC | Jo-Ann Stores LLC | 1900 | 5487 Dressler Rd Nw, North Canton, 44720, OH | Lease | FF&E | 5/31/2025 |
| 42 | Big Y Foods, Inc. | Jo-Ann Stores LLC | 826 | 433 Center St Ste B, Ludlow, 01056, MA | Lease | FF&E | 5/31/2025 |
| 43 | BLI Sunset Square LLC | Jo-Ann Stores LLC | 1725 | 1125 E Sunset Dr Ste 125, Bellingham, 98226, WA | Lease | FF&E | 5/31/2025 |
| 44 | Bloomingdale Owner, LLC | Jo-Ann Stores LLC | 2048 | 362 W Army Trail Rd Ste 230, Bloomingdale, 60108, IL | Lease | FF&E | 5/31/2025 |
| 45 | Blue Lakes Plaza, LLC | Jo-Ann Stores LLC | 1692 | 840 Blue Lakes Blvd N, Twin Falls, 83301, ID | Lease | FF&E | 5/31/2025 |
| 46 | Bluejay Capital LLC | Jo-Ann Stores LLC | 498 | 6151 S Westnedge Ave, Portage, 49002, MI | Lease | FF&E | 5/31/2025 |
| 47 | Brentwood Village, LLC | Jo-Ann Stores LLC | 495 | 1678 Lincoln Way E # 7, Chambersburg, 17201, PA | Lease | FF&E | 5/31/2025 |
| 48 | BRF II Baker Square, LLC | Jo-Ann Stores LLC | 2175 | 13415 W Center Rd, Omaha, 68144, NE | Lease | FF&E | 5/31/2025 |
| 49 | Brighton Mall Associates Limited Partnership | Jo-Ann Stores LLC | 2003 | 8449 W Grand River Ave, Brighton, 48116, MI | Lease | FF&E | 5/31/2025 |
| 50 | Brixmor Capitol SC LLC | Jo-Ann Stores LLC | 904 | 80 Storrs St Ste 5, Concord, 03301, NH | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Brixmor GA Hilltop Plaza LLC | Jo-Ann Stores LLC | 2520 | 551 Hiltop Plaza, Virginia Beach, 23454, VA | Lease | FF&E | 5/31/2025 |
| 52 | Brixmor GA Southland Shopping Center LLC | Jo-Ann Stores LLC | 1586 | 6901 Pearl Rd, Middleburg Heights, 44130, OH | Lease | FF&E | 5/31/2025 |
| 53 | Brixmor GA Westminster, LLC | Jo-Ann Stores LLC | 2390 | 9250 Sheridan Blvd #200, Westminster, 80031, CO | Lease | FF&E | 5/31/2025 |
| 54 | Brixmor Holdings 10 SPE, LLC | Jo-Ann Stores LLC | 2136 | 2270 Miamisburg Centerville Rd, Dayton, 45459, OH | Lease | FF&E | 5/31/2025 |
| 55 | Brixmor Residual Dickson City Crossings, LLC | Jo-Ann Stores LLC | 2574 | 638 Commerce Blvd, Dickson City, 18519, PA | Lease | FF&E | 5/31/2025 |
| 56 | Brixmor SPE 3, LLC | Jo-Ann Stores LLC | 2344 | 1000 West Loop Place, Ste 120, Manhattan, 66502, KS | Lease | FF&E | 5/31/2025 |
| 57 | Brixmor SPE 4 LP | Jo-Ann Stores LLC | 429 | 1064 Brighton Ave, Portland, 04102, ME | Lease | FF&E | 5/31/2025 |
| 58 | Brixmor SPE 5 LLC | Jo-Ann Stores LLC | 2477 | 5115 Burning Tree Plaza, Duluth, 55811, MN | Lease | FF&E | 5/31/2025 |
| 59 | Brixmor-Lakes Crossing, LLC | Jo-Ann Stores LLC | 2116 | 5663 Harvey Street, Norton Shores, 49444, MI | Lease | FF&E | 5/31/2025 |
| 60 | Brixton HHU Fork TIC, LLC, Brixton AM Fork TIC, LLC, Brixton MP Fork | Jo-Ann Stores LLC | 2331 | 640 East State Road, American Fork, 84003, UT | Lease | FF&E | 5/31/2025 |
| 61 | BVA Deerbrook SPE LLC | Jo-Ann Stores LLC | 2570 | 20424 US-59, Humble, 77338, TX | Lease | FF&E | 5/31/2025 |
| 62 | BVCV Union Plaza, LLC | Jo-Ann Stores LLC | 2557 | 10007 E 71st St, Tulsa, 74133, OK | Lease | FF&E | 5/31/2025 |
| 63 | C.H.M. Development | Jo-Ann Stores LLC | 1687 | 481 N Wilbur Ave, Walla Walla, 99362, WA | Lease | FF&E | 5/31/2025 |
| 64 | Cabrel Company | Jo-Ann Stores LLC | 873 | 710 Stillwater Ave, Bangor, 04401, ME | Lease | FF&E | 5/31/2025 |
| 65 | C-A-L Stores Companies, Inc. | Jo-Ann Stores LLC | 2213 | 852 N Main St, Tooele, 84074, UT | Lease | FF&E | 5/31/2025 |
| 66 | Capital Plaza Partners, LTD. | Jo-Ann Stores LLC | 736 | 1802 Thomasville Rd, Tallahassee, 32303, FL | Lease | FF&E | 5/31/2025 |
| 67 | CAPREALTY 14-Village, LLC | Jo-Ann Stores LLC | 1645 | 902 W Kimberly Rd Ste 41, Davenport, 52806, IA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 68 | Car Apple Valley Square, LLC | Jo-Ann Stores LLC | 1952 | 7614 150Th St W, Apple Valley, 55124, MN | Lease | FF&E | 5/31/2025 |
| 69 | Carwood Skypark LLC | Jo-Ann Stores LLC | 920 | 2485 Notre Dame Blvd Ste 310, Chico, 95928, CA | Lease | FF&E | 5/31/2025 |
| 70 | Casa Del Sol Ventures, LLC and Casa De Luna Ventures, LP | Jo-Ann Stores LLC | 2082 | 5811 Five Star Blvd, Roseville, 95678, CA | Lease | FF&E | 5/31/2025 |
| 71 | Castleton Investors, LLC | Jo-Ann Stores LLC | 1585 | 3300 Rib Mountain Dr, Wausau, 54401, WI | Lease | FF&E | 5/31/2025 |
| 72 | CBL Westgate Crossing PropCo, LLC | Jo-Ann Stores LLC | 2207 | 660 Spartan Blvd., Spartanburg, 29301, SC | Lease | FF&E | 5/31/2025 |
| 73 | CCA-Renaissance Square Shopping Center, LLC | Jo-Ann Stores LLC | 2180 | 622 South Main Street, Cedar City, 84720, UT | Lease | FF&E | 5/31/2025 |
| 74 | ~~Cedar Crest Square Associates, LP~~ *[Left Intentionally Blank]* | | | | | | |
| 75 | Cedar PCP-San Souci, LLC | Jo-Ann Stores LLC | 431 | 22576 Macarthur Blvd Ste 300, California, 20619, MD | Lease | FF&E | 5/31/2025 |
| 76 | Centerra Retail Shops, LLC | Jo-Ann Stores LLC | 2124 | 1601 Fall River Drive, Loveland, 80538, CO | Lease | FF&E | 5/31/2025 |
| 77 | Centerton Square Owners, LLC | Jo-Ann Stores LLC | 2089 | 66 Centerton Road, Mount Laurel, 08054, NJ | Lease | FF&E | 5/31/2025 |
| 78 | Central Plaza MZL LLC | Jo-Ann Stores LLC | 2153 | 15355 Manchester Rd, Ballwin, 63011, MO | Lease | FF&E | 5/31/2025 |
| 79 | Ceres Newington Associates LLC | Jo-Ann Stores LLC | 1942 | 3105 Berlin Tpke, Newington, 06111, CT | Lease | FF&E | 5/31/2025 |
| 80 | Charter Warwick, LLC | Jo-Ann Stores LLC | 2125 | 1500 Bald Hill Road Ste A, Warwick, 02886, RI | Lease | FF&E | 5/31/2025 |
| 81 | Cheltenham-Ogontz Realty Partners, L.P.; Chalfont Realty Partners, L.P.; Provo Creekview | Jo-Ann Stores LLC | 2354 | 397 Easton Rd, Warrington, 18976, PA | Lease | FF&E | 5/31/2025 |
| 82 | Christiana Town Center, LLC | Jo-Ann Stores LLC | 2063 | 341 W Main St, Newark, 19702, DE | Lease | FF&E | 5/31/2025 |
| 83 | Clovis-Herndon Center, LLC | Jo-Ann Stores LLC | 2428 | 1065 Herndon Ave., Clovis, 93611, CA | Lease | FF&E | 5/31/2025 |
| 84 | COFAL Partners, LP | Jo-Ann Stores LLC | 2045 | 7375 Mcknight Road, | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| | | | | Pittsburgh, 15237, PA | | | |
| 85 | COL 1005 @ Columbia, LLC | Jo-Ann Stores LLC | 1126 | 1200 Charleston Hwy, West Columbia, 29169, SC | Lease | FF&E | 5/31/2025 |
| 86 | Colonia Limited Partnership | Jo-Ann Stores LLC | 1106 | 1272 State Rt 27, Colonia, 07067, NJ | Lease | FF&E | 5/31/2025 |
| 87 | Columbia Cascade Plaza LLC | Jo-Ann Stores LLC | 789 | 7601 Evergreen Way, Everett, 98203, WA | Lease | FF&E | 5/31/2025 |
| 88 | Columbia Crossing Outparcel, LLC | Jo-Ann Stores LLC | 1906 | 6161 Columbia Crossing Dr, Columbia, 21045, MD | Lease | FF&E | 5/31/2025 |
| 89 | Columbia Mall Partnership | Jo-Ann Stores LLC | 2577 | 1321 N Columbia Center Blvd Suite 456, Kennewick, 99336, WA | Lease | FF&E | 5/31/2025 |
| 90 | Commercial Reposition Partners 17, LLC ("CRP 17") | Jo-Ann Stores LLC | 2499 | 3271 Marketplace Drive Suite: C1, Council Bluffs, 51501, IA | Lease | FF&E | 5/31/2025 |
| 91 | Conejo Valley Plaza 2, LLC | Jo-Ann Stores LLC | 1223 | 1516 N Moorpark Rd, Thousand Oaks, 91360, CA | Lease | FF&E | 5/31/2025 |
| 92 | COR Route 5 Company, LLC | Jo-Ann Stores LLC | 2064 | 330 Towne Center Dr, Fayetteville, 13066, NY | Lease | FF&E | 5/31/2025 |
| 93 | Core Aurora CS, LLC | Jo-Ann Stores LLC | 1672 | 13861 E Exposition Ave, Aurora, 80012, CO | Lease | FF&E | 5/31/2025 |
| 94 | Cornerstone South County LLC | Jo-Ann Stores LLC | 2219 | 6910 S. Lindbergh Blvd, Saint Louis, 63125, MO | Lease | FF&E | 5/31/2025 |
| 95 | Corr Commercial Real Estate, INC | Jo-Ann Stores LLC | 2022 | 533 Mall Ct, Lansing, 48912, MI | Lease | FF&E | 5/31/2025 |
| 96 | Countryside Center Corona | Jo-Ann Stores LLC | 1440 | 2250 Griffin Way, Corona, 92879, CA | Lease | FF&E | 5/31/2025 |
| 97 | CPC Madison, LLC | Jo-Ann Stores LLC | 2086 | 6741 Odana Road, Madison, 53719, WI | Lease | FF&E | 5/31/2025 |
| 98 | CPIF Nugget Mall, LLC | Jo-Ann Stores LLC | 1096 | 8745 Glacier Hwy, Juneau, 99801, AK | Lease | FF&E | 5/31/2025 |
| 99 | CPT - Arlington Highlands 1, LP | Jo-Ann Stores LLC | 2134 | 137 Merchants Row Ste 165, Arlington, 76018, TX | Lease | FF&E | 5/31/2025 |
| 100 | CRC Taylorsville Coinvest LLC | Jo-Ann Stores LLC | 2074 | 5790 S Redwood Rd, Taylorsville, 84123, UT | Lease | FF&E | 5/31/2025 |