**<u>EXHIBIT A</u>**

**Revised Rejection Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429, 1041 and [●]** |

## TWENTY-FIFTH ORDER AUTHORIZINGTHE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Twenty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1041] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Contracts set forth in **<u>Exhibit 1</u>** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "<u>Lease</u>"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "<u>Rejection Effective Date</u>").

2.      Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property

3

of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.      Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | CRI Easton Square, LLC | Jo-Ann Stores LLC | 2001 | 3880 Morse Rd, Columbus, 43219, OH | Lease | FF&E | 5/31/2025 |
| 2 | Crimson 1031 Portfolio, LLC | Jo-Ann Stores LLC | 2534 | 3055 Atlanta Highway, Athens, 30606, GA | Lease | FF&E | 5/31/2025 |
| 3 | Crossroads Associates, LLC | Jo-Ann Stores LLC | 2538 | 125 East Reynolds Road, Suite 110, Lexington, 40517, KY | Lease | FF&E | 5/31/2025 |
| 4 | Crossroads of Roseville 2023, LLC | Jo-Ann Stores LLC | 1876 | 1649 W. County Rd B2, Roseville, 55113, MN | Lease | FF&E | 5/31/2025 |
| 5 | Crosswinds Commons, LLC | Jo-Ann Stores LLC | 2434 | 1133 Sw Wanamaker Rd Ste 200, Topeka, 66604, KS | Lease | FF&E | 5/31/2025 |
| 6 | CSM Corporation | Jo-Ann Stores LLC | 473 | 1635 Plymouth Rd, Minnetonka, 55305, MN | Lease | FF&E | 5/31/2025 |
| 7 | CTO24 Carolina LLC | Jo-Ann Stores LLC | 2248 | 9523 South Blvd, Charlotte, 28273, NC | Lease | FF&E | 5/31/2025 |
| 8 | Curlew Crossing S.C., LLC | Jo-Ann Stores LLC | 2031 | 2343 Curlew Road, Dunedin, 34698, FL | Lease | FF&E | 5/31/2025 |
| 9 | Daane's Development Company | Jo-Ann Stores LLC | 2378 | 3323 Century Center St Sw, Grandville, 49418, MI | Lease | FF&E | 5/31/2025 |
| 10 | DANA DRIVE INVESTORS | Jo-Ann Stores LLC | 2353 | 1175 Dana Drive, Redding, 96003, CA | Lease | FF&E | 5/31/2025 |
| 11 | Dana Rapid City LLC | Jo-Ann Stores LLC | 2475 | 2255 N Haines Avenue, Rapid City, 57701, SD | Lease | FF&E | 5/31/2025 |
| 12 | Dasada Property Management, LLC | Jo-Ann Stores LLC | 2236 | 121 Commerce Street, Suite 1, Wisconsin Dells, 53965, WI | Lease | FF&E | 5/31/2025 |
| 13 | DCTN3 509 Panama City FL, LLC | Jo-Ann Stores LLC | 2298 | 413 East 23Rd Street, Panama City, 32405, FL | Lease | FF&E | 5/31/2025 |
| 14 | DDR Winter Garden LLC | Jo-Ann Stores LLC | 2139 | 3379 Daniels Road, Winter Garden, 34787, FL | Lease | FF&E | 5/31/2025 |
| 15 | Deer Creek MZL LLC | Jo-Ann Stores LLC | 2310 | 3200 Laclede Station Rd, Saint Louis, 63143, MO | Lease | FF&E | 5/31/2025 |
| 16 | Del Amo Fashion Center Operating Company, L.L.C. | Jo-Ann Stores LLC | 1919 | 21800 Hawthorne Blvd Ste 100, Torrance, 90503, CA | Lease | FF&E | 5/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | Delta Oaks Group, LLC | Jo-Ann Stores LLC | 2317 | 1024 Green Acres Road, Eugene, 97408, OR | Lease | FF&E | 5/31/2025 |
| 18 | Deptford Plaza Associates, LLC | Jo-Ann Stores LLC | 2558 | 1120 Hurffville Road, Deptford, 8096, NJ | Lease | FF&E | 5/31/2025 |
| 19 | Deuter 65, LLC | Jo-Ann Stores LLC | 2004 | 3737 Carpenter Rd, Ypsilanti, 48197, MI | Lease | FF&E | 5/31/2025 |
| 20 | Division Street Acquisition, LLC | Jo-Ann Stores LLC | 518 | 3332 W Division St, Saint Cloud, 56301, MN | Lease | FF&E | 5/31/2025 |
| 21 | Dove Capistrano Partners, LLC | Jo-Ann Stores LLC | 1697 | 2165 Hwy 2 East Suite E, Kalispell, 59901, MT | Lease | FF&E | 5/31/2025 |
| 22 | DSM MB II LLC | Jo-Ann Stores LLC | 107 | 232A South Main St, Middleton, 01949, MA | Lease | FF&E | 5/31/2025 |
| 23 | DT AHWATUKEE FOOTHILLS, LLC | Jo-Ann Stores LLC | 1917 | 5021 E Ray Rd, Phoenix, 85044, AZ | Lease | FF&E | 5/31/2025 |
| 24 | DT University Centre LP | Jo-Ann Stores LLC | 1471 | 352 S College Rd Ste 24, Wilmington, 28403, NC | Lease | FF&E | 5/31/2025 |
| 25 | Dudley Trading Associates Nominee Trust | Jo-Ann Stores LLC | 858 | 199 Boston Rd, North Billerica, 01862, MA | Lease | FF&E | 5/31/2025 |
| 26 | E&A Northeast Limited Partnership | Jo-Ann Stores LLC | 777 | 43 Middlesex Tpke, Burlington, 01803, MA | Lease | FF&E | 5/31/2025 |
| 27 | East Bay Plaza, LLC | Jo-Ann Stores LLC | 414 | 724 Munson Ave, Traverse City, 49686, MI | Lease | FF&E | 5/31/2025 |
| 28 | EC Mesa, LLC | Jo-Ann Stores LLC | 1305 | 6136 E Main St, Mesa, 85205, AZ | Lease | FF&E | 5/31/2025 |
| 29 | Edwardsville Mall, LP | Jo-Ann Stores LLC | 507 | 150 W Side Mall Ste 150, Edwardsville, 18704, PA | Lease | FF&E | 5/31/2025 |
| 30 | El Gato Grande Limited Partnership | Jo-Ann Stores LLC | 292 | 457 Dalton Ave, Pittsfield, 01201, MA | Lease | FF&E | 5/31/2025 |
| 31 | Emmes, LLC | Jo-Ann Stores LLC | 2117 | 2639 N. Elston Ave, Chicago, 60647, IL | Lease | FF&E | 5/31/2025 |
| 32 | Emser International, LLC | Jo-Ann Stores LLC | 2406 | 1250 S La Cienega Blvd, Los Angeles, 90035, CA | Lease | FF&E | 5/31/2025 |
| 33 | EREP Forest Hill I, LLC | Jo-Ann Stores LLC | 2536 | 3150 Village Shops Drive , Germantown, 38138, TN | Lease | FF&E | 5/31/2025 |
| 34 | Esplanade at Butler Plaza, LLC | Jo-Ann Stores LLC | 2391 | 3202 Sw 35Th Blvd, Gainesville, 32608, FL | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 35 | Ethan Christopher Arizona LLC | Jo-Ann Stores LLC | 2068 | 715 Us Highway 41, Schererville, 46375, IN | Lease | FF&E | 5/31/2025 |
| 36 | Evansville Associates, LP | Jo-Ann Stores LLC | 2128 | 929 N Green River Rd, Evansville, 47715, IN | Lease | FF&E | 5/31/2025 |
| 37 | FB Festival Center, LLC | Jo-Ann Stores LLC | 1947 | 2747 Festival Ln, Dublin, 43017, OH | Lease | FF&E | 5/31/2025 |
| 38 | Federal Realty Investment Trust | Jo-Ann Stores LLC | 551 | 3371 Brunswick Ave, Lawrenceville, 08648, NJ | Lease | FF&E | 5/31/2025 |
| 39 | Festival at Hamilton, LLC | Jo-Ann Stores LLC | 545 | 3926 Festival At Hamilton, Mays Landing, 08330, NJ | Lease | FF&E | 5/31/2025 |
| 40 | Festival Properties, Inc. | Jo-Ann Stores LLC | 1595 | 2400 W International Spdwy Blvd, Daytona Beach, 32114, FL | Lease | FF&E | 5/31/2025 |
| 41 | First and Main North, LLC | Jo-Ann Stores LLC | 2062 | 3795 Bloomington St, Colorado Springs, 80922, CO | Lease | FF&E | 5/31/2025 |
| 42 | Fisher Real Estate Partners (Lakewood), LP | Jo-Ann Stores LLC | 1873 | 5255 Lakewood Blvd, Lakewood, 90712, CA | Lease | FF&E | 5/31/2025 |
| 43 | Fletcher Hills Town & Country | Jo-Ann Stores LLC | 1011 | 2756 Fletcher Pkwy, El Cajon, 92020, CA | Lease | FF&E | 5/31/2025 |
| 44 | FOF 1073 LLC | Jo-Ann Stores LLC | 2161 | 1073 Broadway, Saugus, 01906, MA | Lease | FF&E | 5/31/2025 |
| 45 | Foothill-Pacific Towne Centre | Jo-Ann Stores LLC | 2526 | 26742 Portola Parkway, Foothill Ranch, 92610, CA | Lease | FF&E | 5/31/2025 |
| 46 | Four J, L.L.C. | Jo-Ann Stores LLC | 329 | 49 Topsham Fair Mall Rd Ste 17, Topsham, 04086, ME | Lease | FF&E | 5/31/2025 |
| 47 | Frederick County Square Improvements, LLC | Jo-Ann Stores LLC | 1951 | 1003-C West Patrick St., Frederick, 21702, MD | Lease | FF&E | 5/31/2025 |
| 48 | Free Range Ashbridge, LLC | Jo-Ann Stores LLC | 2078 | 931 E Lancaster Ave, Downingtown, 19335, PA | Lease | FF&E | 5/31/2025 |
| 49 | FREEWAY ASSOCIATES, LLC | Jo-Ann Stores LLC | 2239 | 834-A Dawsonville Highway, Gainesville, 30501, GA | Lease | FF&E | 5/31/2025 |
| 50 | Freshwater MZL LLC | Jo-Ann Stores LLC | 2266 | 136 Elm Street, Suite A, Enfield, 06082, CT | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|-----|------------------------|--------------|--------------|---------------|----------------------------|--------------------|----------------|
| 51 | Frontier Mall Associates Limited Partnership | Jo-Ann Stores LLC | 2223 | 1400 Del Range Blvd, Cheyenne, 82009, WY | Lease | FF&E | 5/31/2025 |
| 52 | FW CA-Point Loma Plaza, LLC | Jo-Ann Stores LLC | 1845 | 3633 Midway Dr, San Diego, 92110, CA | Lease | FF&E | 5/31/2025 |
| 53 | FW CO-Arapahoe Village, LLC | Jo-Ann Stores LLC | 1674 | 2440 Arapahoe Ave, Boulder, 80302, CO | Lease | FF&E | 5/31/2025 |
| 54 | G&I IX Primrose Marketplace LLC | Jo-Ann Stores LLC | 1649 | 3370 S Glenstone Ave, Springfield, 65804, MO | Lease | FF&E | 5/31/2025 |
| 55 | G&I X Centerpoint LLC | Jo-Ann Stores LLC | 2163 | 3665 28Th St Se, Grand Rapids, 49512, MI | Lease | FF&E | 5/31/2025 |
| 56 | Gallatin Mall Group, LLC | Jo-Ann Stores LLC | 1695 | 2825 W Main St Unit S, Bozeman, 59718, MT | Lease | FF&E | 5/31/2025 |
| 57 | Garden State Pavilions Center, L.L.C. | Jo-Ann Stores LLC | 2355 | 2234 W Marlton Pike Rd Plot E3, Cherry Hill, 08002, NJ | Lease | FF&E | 5/31/2025 |
| 58 | Gavora, Inc. | Jo-Ann Stores LLC | 2114 | 250 3Rd St Ste1, Fairbanks, 99701, AK | Lease | FF&E | 5/31/2025 |
| 59 | GC Ambassador Row, LLC | Jo-Ann Stores LLC | 2256 | 3559 Ambassador Caffery Parkway, Lafayette, 70503, LA | Lease | FF&E | 5/31/2025 |
| 60 | GFS Realty Inc. | Jo-Ann Stores LLC | 106 | 2A Bureau Dr, Gaithersburg, 20878, MD | Lease | FF&E | 5/31/2025 |
| 61 | Giacomini Trusts | Jo-Ann Stores LLC | 1763 | 425 Rohnert Park Expy W, Rohnert Park, 94928, CA | Lease | FF&E | 5/31/2025 |
| 62 | GLL Selection II Florida, L.P. | Jo-Ann Stores LLC | 2077 | 6424 Naples Blvd Suite 501, Naples, 34109, FL | Lease | FF&E | 5/31/2025 |
| 63 | GLP Flint, LLC | Jo-Ann Stores LLC | 2017 | G3603 Miller Rd, Flint, 48507, MI | Lease | FF&E | 5/31/2025 |
| 64 | Gorge Leasing Company | Jo-Ann Stores LLC | 870 | 4069 Nw Logan Rd, Lincoln City, 97367, OR | Lease | FF&E | 5/31/2025 |
| 65 | Governor's Square Company IB | Jo-Ann Stores LLC | 2479 | 2831 Wilma Rudolph, Clarksville, 37040, TN | Lease | FF&E | 5/31/2025 |
| 66 | Grand Forks Limited Partnership | Jo-Ann Stores LLC | 653 | 2781 32Nd Ave S, Grand Forks, 58201, ND | Lease | FF&E | 5/31/2025 |
| 67 | Granite Village West, LP | Jo-Ann Stores LLC | 2527 | 2981 West Florida Avenue (Unit G1), Hemet, 92545, CA | Lease | FF&E | 5/31/2025 |

4

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 68 | Grants Pass Venture, LLC | Jo-Ann Stores LLC | 2311 | 1090 Northeast E Street, Grants Pass, 97526, OR | Lease | FF&E | 5/31/2025 |
| 69 | Greenfield, L.P. | Jo-Ann Stores LLC | 2046 | 4950 South 74Th St, Greenfield, 53220, WI | Lease | FF&E | 5/31/2025 |
| 70 | GSD Pradsavi Colonial Commons, LLC | Jo-Ann Stores LLC | 2160 | 5084 Jonestown Rd, Harrisburg, 17112, PA | Lease | FF&E | 5/31/2025 |
| 71 | Gulsons Retail, LLC | Jo-Ann Stores LLC | 2554 | 10174 SE 82nd Avenue, Clackamas, 97086, OR | Lease | FF&E | 5/31/2025 |
| 72 | Gumberg Associates - Cranberry Mall | Jo-Ann Stores LLC | 2050 | 20111 Rt 19, Cranberry Twp, 16066, PA | Lease | FF&E | 5/31/2025 |
| 73 | Gumberg Associates - Springfield Square | Jo-Ann Stores LLC | 975 | 594 N Lexington Springmill Rd, Mansfield, 44906, OH | Lease | FF&E | 5/31/2025 |
| 74 | *[Left Intentionally Blank]* | | | | | | |
| 75 | Harrison Street Investors, LLC | Jo-Ann Stores LLC | 1404 | 965 S Gilbert Rd, Mesa, 85204, AZ | Lease | FF&E | 5/31/2025 |
| 76 | Hawkins-Smith | Jo-Ann Stores LLC | 2162 | 1085 N. Milwaukee St, Boise, 83704, ID | Lease | FF&E | 5/31/2025 |
| 77 | Hays Partners II, LLC | Jo-Ann Stores LLC | 2460 | 6930 W. Kellogg Drive, Wichita, 67209, KS | Lease | FF&E | 5/31/2025 |
| 78 | HH Golden Gate LLC | Jo-Ann Stores LLC | 2272 | 1533 Golden Gate Plaza, Suite #153, Mayfield Heights, 44124, OH | Lease | FF&E | 5/31/2025 |
| 79 | Hickman Properties II | Jo-Ann Stores LLC | 523 | 1216 N Memorial Dr, Lancaster, 43130, OH | Lease | FF&E | 5/31/2025 |
| 80 | HK New Plan ERP Property Holdings, LLC | Jo-Ann Stores LLC | 2532 | 4024 Elkhart Road #25, Goshen, 46526, IN | Lease | FF&E | 5/31/2025 |
| 81 | Holobeam, Inc. | Jo-Ann Stores LLC | 2217 | 30 A & S Drive, Paramus, 07652, NJ | Lease | FF&E | 5/31/2025 |
| 82 | Horizon Commons, LLC | Jo-Ann Stores LLC | 511 | 1092 Millwood Pike, Winchester, 22602, VA | Lease | FF&E | 5/31/2025 |
| 83 | Houston Lakes Retail Center, LLC | Jo-Ann Stores LLC | 2261 | 87 Spiral Drive, Florence, 41042, KY | Lease | FF&E | 5/31/2025 |
| 84 | HPC-KCB Monterey Marketplace, LLC | Jo-Ann Stores LLC | 2142 | 72765 Dinah Shore Dr, Rancho Mirage, 92270, CA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 85 | HUDSON RETAIL LLC, FAIRVIEW HUDSON LLC | Jo-Ann Stores LLC | 2356 | 160 Fairview Avenue Suite # 83, Hudson, 12534, NY | Lease | FF&E | 5/31/2025 |
| 86 | Hyrosen Properties, Inc. | Jo-Ann Stores LLC | 2096 | 1625 W Lugonia Avenue, Redlands, 92374, CA | Lease | FF&E | 5/31/2025 |
| 87 | ICA BFC Venture, LLC | Jo-Ann Stores LLC | 2079 | 16800 W Bluemound Road, Brookfield, 53005, WI | Lease | FF&E | 5/31/2025 |
| 88 | Indian Hills Plaza, LLC | Jo-Ann Stores LLC | 1869 | 4208 E. Bluegrass Rd Ste A, Mount Pleasant, 48858, MI | Lease | FF&E | 5/31/2025 |
| 89 | Ing, Ing and Foon, LLP | Jo-Ann Stores LLC | 794 | 1029 Bethel Ave, Port Orchard, 98366, WA | Lease | FF&E | 5/31/2025 |
| 90 | Isaac Property & Holdings, LLC | Jo-Ann Stores LLC | 2377 | 5420 Beckley Road, Suite M, Battle Creek, 49015, MI | Lease | FF&E | 5/31/2025 |
| 91 | Jackson Properties, L.L.C. | Jo-Ann Stores LLC | 2122 | 1099 N Wisner St, Jackson, 49202, MI | Lease | FF&E | 5/31/2025 |
| 92 | JBL Savannah Centre NM-Timberstone, LLC | Jo-Ann Stores LLC | 1021 | 7400 Abercorn St, Savannah, 31406, GA | Lease | FF&E | 5/31/2025 |
| 93 | JJD-HOV Elk Grove, LLC | Jo-Ann Stores LLC | 2033 | 8509 Bond Road, Elk Grove, 95624, CA | Lease | FF&E | 5/31/2025 |
| 94 | Joule Park West Owner, LLC | Jo-Ann Stores LLC | 2474 | 10916-B Trinity Parkway, Stockton, 95219, CA | Lease | FF&E | 5/31/2025 |
| 95 | Jumbo Property Group LLC | Jo-Ann Stores LLC | 2042 | 7255 East Broadway Blvd, Tucson, 85710, AZ | Lease | FF&E | 5/31/2025 |
| 96 | Keizer Enterprises, LLC | Jo-Ann Stores LLC | 2216 | 932 Nw Circle Blvd, Corvallis, 97330, OR | Lease | FF&E | 5/31/2025 |
| 97 | Khalik Investments 2 LLC | Jo-Ann Stores LLC | 2305 | 2088 Gallatin Pike North, Madison, 37115, TN | Lease | FF&E | 5/31/2025 |
| 98 | Kimco Riverview, LLC | Jo-Ann Stores LLC | 2137 | 825 N Dobson Road, Mesa, 85201, AZ | Lease | FF&E | 5/31/2025 |
| 99 | Kimco Westlake L.P. | Jo-Ann Stores LLC | 2533 | 423 Westlake Center (Second Level), Daly City, 94015, CA | Lease | FF&E | 5/31/2025 |
| 100 | King Crossing, LLC | Jo-Ann Stores LLC | 2315 | 2833 King Avenue West, Billings, 59102, MT | Lease | FF&E | 5/31/2025 |