**EXHIBIT B**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429 and [●]** |

**TWENTY-SIXTH ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Twenty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. [●]] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2. Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on

property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | KIR Cary Limited Partnership | Jo-Ann Stores LLC | 1074 | 2420 Walnut St, Cary, 27518, NC | Lease | FF&E | 5/31/2025 |
| 2 | KIR Covina, L.P. | Jo-Ann Stores LLC | 2449 | 1460 North Azusa Avenue, Covina, 91722, CA | Lease | FF&E | 5/31/2025 |
| 3 | KIR Federal Way 035, LLC | Jo-Ann Stores LLC | 1944 | 31523 Pacific Hwy S, Federal Way, 98003, WA | Lease | FF&E | 5/31/2025 |
| 4 | KIR Maple Grove L.P. | Jo-Ann Stores LLC | 1935 | 12550 Elm Creek Blvd N, Maple Grove, 55369, MN | Lease | FF&E | 5/31/2025 |
| 5 | KIR Soncy L.P. | Jo-Ann Stores LLC | 1001 | 3220 S Soncy Rd, Amarillo, 79124, TX | Lease | FF&E | 5/31/2025 |
| 6 | KIR Tampa 003, LLC | Jo-Ann Stores LLC | 1958 | 12635 Citrus Plaza Dr, Tampa, 33625, FL | Lease | FF&E | 5/31/2025 |
| 7 | Kissimmee West Florida, LP | Jo-Ann Stores LLC | 2058 | 4801 W Irlo Bronson Memorial Hwy, Kissimmee, 34746, FL | Lease | FF&E | 5/31/2025 |
| 8 | Kite Realty Group, L.P. | Jo-Ann Stores LLC | 1920 | 40462 Winchester Rd, Temecula, 92591, CA | Lease | FF&E | 5/31/2025 |
| 9 | Kraus-Anderson, Inc. | Jo-Ann Stores LLC | 2478 | 1220 Crossing Meadows, Onalaska, 54650, WI | Lease | FF&E | 5/31/2025 |
| 10 | KRG Bel Air Square, LLC | Jo-Ann Stores LLC | 1912 | 615 Bel Air Rd Ste F, Bel Air, 21014, MD | Lease | FF&E | 5/31/2025 |
| 11 | KRG Cool Springs, LLC | Jo-Ann Stores LLC | 1905 | 2000 Mallory Ln Ste 270, Franklin, 37067, TN | Lease | FF&E | 5/31/2025 |
| 12 | KRG Market Street Village, LP | Jo-Ann Stores LLC | 2083 | 1439 W Pipeline Rd, Hurst, 76053, TX | Lease | FF&E | 5/31/2025 |
| 13 | KRG Sugar Land Colony, LLC | Jo-Ann Stores LLC | 2206 | 16626 Southwest Freeway, Sugar Land, 77479, TX | Lease | FF&E | 5/31/2025 |
| 14 | L. Brent Dahle | Jo-Ann Stores LLC | 1752 | 190 S Main St, Logan, 84321, | Lease | FF&E | 5/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| | | | | UT | | | |
| 15 | L.H.W.O.P., L.L.C. | Jo-Ann Stores LLC | 2556 | 9999 University Avenue, Clive, 50325, IA | Lease | FF&E | 5/31/2025 |
| 16 | La Habra Westridge Partners, L.P. | Jo-Ann Stores LLC | 2583 | 1310 S Beach Blvd, La Habra, 90631, CA | Lease | FF&E | 5/31/2025 |
| 17 | Lake View Plaza Owner, LLC | Jo-Ann Stores LLC | 2103 | 15752 S. La Grange Rd, Orland Park, 60462, IL | Lease | FF&E | 5/31/2025 |
| 18 | LBD Properties LLC | Jo-Ann Stores LLC | 2509 | 1676 Sycamore Street, Iowa City, 52240, IA | Lease | FF&E | 5/31/2025 |
| 19 | Lebanon Pad, LP | Jo-Ann Stores LLC | 2357 | 11000 Roosevelt Blvd, Philadelphia, 19116, PA | Lease | FF&E | 5/31/2025 |
| 20 | Ledo International Corp. Ltd. | Jo-Ann Stores LLC | 1915 | 924 W State Road 436 Ste 1450, Altamonte Springs, 32714, FL | Lease | FF&E | 5/31/2025 |
| 21 | Legend Hills Properties, LLC | Jo-Ann Stores LLC | 2334 | 1803 West 1800 North Suite G1, Clinton, 84015, UT | Lease | FF&E | 5/31/2025 |
| 22 | Legend Hills Properties, LLC | Jo-Ann Stores LLC | 2295 | 302 North Marketplace Dr, Centerville, 84014, UT | Lease | FF&E | 5/31/2025 |
| 23 | LEJ Properties, LLC | Jo-Ann Stores LLC | 2465 | 2391 County Line Road, Algonquin, 60102, IL | Lease | FF&E | 5/31/2025 |
| 24 | Lincoln Heights Center, LLC | Jo-Ann Stores LLC | 1701 | 2801 E 29Th Ave, Spokane, 99223, WA | Lease | FF&E | 5/31/2025 |
| 25 | Lindale Mall Realty Holding LLC | Jo-Ann Stores LLC | 2306 | 255 Collins Road Ne, Cedar Rapids, 52402, IA | Lease | FF&E | 5/31/2025 |
| 26 | LRG Santiam Albany, LLC | Jo-Ann Stores LLC | 792 | 2248 Santiam Hwy Se, Albany, 97322, OR | Lease | FF&E | 5/31/2025 |
| 27 | LTC Retail, LLC | Jo-Ann Stores LLC | 2393 | 449 Nw 2Nd St, Lawton, 73501, OK | Lease | FF&E | 5/31/2025 |
| 28 | Lynnwood Tower, LLC | Jo-Ann Stores LLC | 2081 | 5824 196Th Street Sw, Lynnwood, 98036, WA | Lease | FF&E | 5/31/2025 |
| 29 | Madison Place, LLC | Jo-Ann Stores LLC | 690 | 32065 John R Rd, Madison Heights, 48071, MI | Lease | FF&E | 5/31/2025 |
| 30 | Madison Victory Group, LLC | Jo-Ann Stores LLC | 2191 | 1400 Madison Avenue Suite #500, Mankato, 56001, MN | Lease | FF&E | 5/31/2025 |
| 31 | Makabe & Makabe, LLC | Jo-Ann Stores LLC | 2025 | 2500 66Th St N, Saint Petersburg, 33710, FL | Lease | FF&E | 5/31/2025 |
| 32 | Mancini Properties, Inc. | Jo-Ann Stores LLC | 2107 | 4978 South 1050 West, | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| | | | | Riverdale, 84405, UT | | | |
| 33 | Mann Enterprises Inc. | Jo-Ann Stores LLC | 2568 | 27871 La Paz Rd, Laguna Niguel, 92677, CA | Lease | FF&E | 5/31/2025 |
| 34 | Manor Development Co. | Jo-Ann Stores LLC | 154 | 3620 Industrial Dr, Santa Rosa, 95403, CA | Lease | FF&E | 5/31/2025 |
| 35 | MAP BELTON, LLC | Jo-Ann Stores LLC | 2257 | 1153 E. North Avenue, Belton, 64012, MO | Lease | FF&E | 5/31/2025 |
| 36 | Market Point I, LLC | Jo-Ann Stores LLC | 1872 | 15110 E. Indiana Ave, Spokane Valley, 99216, WA | Lease | FF&E | 5/31/2025 |
| 37 | Marketplace at Vernon Hills, LLC | Jo-Ann Stores LLC | 2057 | 413 N Milwaukee Ave Unit 500, Vernon Hills, 60061, IL | Lease | FF&E | 5/31/2025 |
| 38 | MAVERICK BOX V, LLC | Jo-Ann Stores LLC | 2193 | 3665 North Rock Road, Wichita, 67226, KS | Lease | FF&E | 5/31/2025 |
| 39 | MCD-RC CA-EL CERRITO, LLC | Jo-Ann Stores LLC | 2150 | 300 El Cerrito Plz, El Cerrito, 94530, CA | Lease | FF&E | 5/31/2025 |
| 40 | McGrath-RHD Partners LP | Jo-Ann Stores LLC | 1809 | 2351 N Rose Ave, Oxnard, 93036, CA | Lease | FF&E | 5/31/2025 |
| 41 | McKay Commercial Properties, LLC | Jo-Ann Stores LLC | 1591 | 2255 Sw 4Th Ave, Ontario, 97914, OR | Lease | FF&E | 5/31/2025 |
| 42 | MDM Equity-2012 LLC | Jo-Ann Stores LLC | 2249 | 1205 Se 16Th Court, Suite 200, Ankeny, 50021, IA | Lease | FF&E | 5/31/2025 |
| 43 | MDR Dover LP | Jo-Ann Stores LLC | 630 | 283 N Dupont Hwy Ste F, Dover, 19901, DE | Lease | FF&E | 5/31/2025 |
| 44 | Medina Grande Shops, LLC | Jo-Ann Stores LLC | 1592 | 5005 Grande Blvd, Medina, 44256, OH | Lease | FF&E | 5/31/2025 |
| 45 | Meyerland Retail Associates, LLC | Jo-Ann Stores LLC | 2561 | 290 Meyerland Plaza, Houston, 77096, TX | Lease | FF&E | 5/31/2025 |
| 46 | MFN Equities, LLC | Jo-Ann Stores LLC | 2264 | 4154 State Route 31, Clay, 13041, NY | Lease | FF&E | 5/31/2025 |
| 47 | MGP XII Sunrise Village, LLC | Jo-Ann Stores LLC | 2542 | 5489 Sunrise Blvd, Citrus Heights, 95610, CA | Lease | FF&E | 5/31/2025 |
| 48 | Midtown Commons Shopping Center | Jo-Ann Stores LLC | 2228 | 2701 S. College Ave. Unit 160, Fort Collins, 80525, CO | Lease | FF&E | 5/31/2025 |
| 49 | Midway Market Square Elyria LLC | Jo-Ann Stores LLC | 2410 | 380 Market Drive, Elyria, 44035, OH | Lease | FF&E | 5/31/2025 |
| 50 | Midway Shopping Center, L.P. | Jo-Ann Stores LLC | 2241 | 965 Central Park Ave, Scarsdale, 10583, NY | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Midwest Centers, L.P. | Jo-Ann Stores LLC | 1650 | 632 Lincoln Way, Ames, 50010, IA | Lease | FF&E | 5/31/2025 |
| 52 | Mighty Mites Elk River | Jo-Ann Stores LLC | 2263 | 19154 Freeport Street Nw, Elk River, 55330, MN | Lease | FF&E | 5/31/2025 |
| 53 | Milan Real Estate Investments, LLC | Jo-Ann Stores LLC | 1464 | 2227 S El Camino Real Ste C, Oceanside, 92054, CA | Lease | FF&E | 5/31/2025 |
| 54 | Millbrae Square Company | Jo-Ann Stores LLC | 2203 | 1010 East Bidwell Street, Folsom, 95630, CA | Lease | FF&E | 5/31/2025 |
| 55 | Minot Town & Country Investors, LLP | Jo-Ann Stores LLC | 172 | 1015 S Broadway, Minot, 58701, ND | Lease | FF&E | 5/31/2025 |
| 56 | Monroe Crossing Owner, LLC | Jo-Ann Stores LLC | 2426 | 2115 W. Roosevelt Blvd, Suite 111, Monroe, 28110, NC | Lease | FF&E | 5/31/2025 |
| 57 | Montgomery Commons Associates | Jo-Ann Stores LLC | 1626 | 1200 Welsh Rd, North Wales, 19454, PA | Lease | FF&E | 5/31/2025 |
| 58 | Montgomery Realty Group, LLC | Jo-Ann Stores LLC | 2133 | 1675 B Willow Pass Road, Concord, 94520, CA | Lease | FF&E | 5/31/2025 |
| 59 | Mount Vernon Plaza Associates, LLC | Jo-Ann Stores LLC | 2199 | 510 East College Way, Mount Vernon, 98273, WA | Lease | FF&E | 5/31/2025 |
| 60 | MP Northglenn Investors LLC | Jo-Ann Stores LLC | 1858 | 341 W 104Th Ave # 3, Northglenn, 80234, CO | Lease | FF&E | 5/31/2025 |
| 61 | MPG Huntsville Plaza LLC | Jo-Ann Stores LLC | 2184 | 5900 B University Drive, Huntsville, 35806, AL | Lease | FF&E | 5/31/2025 |
| 62 | MROF I - Nampa, LLC | Jo-Ann Stores LLC | 1683 | 1509 Caldwell Blvd, Nampa, 83651, ID | Lease | FF&E | 5/31/2025 |
| 63 | Murray-Bart Associates | Jo-Ann Stores LLC | 2051 | 3700 William Penn Highway, Monroeville, 15146, PA | Lease | FF&E | 5/31/2025 |
| 64 | NADG NNN JFAB (BLO-IL) LP | Jo-Ann Stores LLC | 2552 | 1719 E Empire Street, Bloomington, 61704, IL | Lease | FF&E | 5/31/2025 |
| 65 | NADG/SG Riverdale Village LP | Jo-Ann Stores LLC | 1941 | 12779 Riverdale Blvd Nw, Coon Rapids, 55448, MN | Lease | FF&E | 5/31/2025 |
| 66 | NADG/TRC Lakepointe LP | Jo-Ann Stores LLC | 2560 | 715 Hebron Parkway, Lewisville, 75057, TX | Lease | FF&E | 5/31/2025 |
| 67 | Naper West LLC | Jo-Ann Stores LLC | 2024 | 526 S State Route 59, Naperville, 60540, IL | Lease | FF&E | 5/31/2025 |
| 68 | Nattan, LLC | Jo-Ann Stores LLC | 1926 | 11401 Metcalf Ave, Overland Park, 66210, KS | Lease | FF&E | 5/31/2025 |
| 69 | New Hartford Shopping | Jo-Ann Stores LLC | 1604 | 120 Genesee St, New | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
|  | Center Trust |  |  | Hartford, 13413, NY |  |  |  |
| 70 | New Towne Center Ownwer LLC | Jo-Ann Stores LLC | 539 | 44740 Ford Rd, Canton, 48187, MI | Lease | FF&E | 5/31/2025 |
| 71 | Niki Auburn Mile, LP | Jo-Ann Stores LLC | 1962 | 600 Brown Rd, Auburn Hills, 48326, MI | Lease | FF&E | 5/31/2025 |
| 72 | NNN REIT, LP | Jo-Ann Stores LLC | 2178 | 5610 Suemandy Rd, St Peters, 63376, MO | Lease | FF&E | 5/31/2025 |
| 73 | NNN REIT, LP | Jo-Ann Stores LLC | 1032 | 5625 S Padre Island Dr # B, Corpus Christi, 78412, TX | Lease | FF&E | 5/31/2025 |
| 74 | ~~NNN Yulee FL Owner LP~~ *[Left Intentionally Blank]* |  |  |  |  |  |  |
| 75 | Nonnenmann Family LLC | Jo-Ann Stores LLC | 2476 | 3911 16Th Street , Moline, 61265, IL | Lease | FF&E | 5/31/2025 |
| 76 | NORBER TRUST | Jo-Ann Stores LLC | 615 | 45 E Germantown Pike, Norristown, 19401, PA | Lease | FF&E | 5/31/2025 |
| 77 | North Attleboro Marketplace II, LLC | Jo-Ann Stores LLC | 2129 | 1360 South Washington St Unit 3, North Attleboro, 02760, MA | Lease | FF&E | 5/31/2025 |
| 78 | North Geneva Commons LLC | Jo-Ann Stores LLC | 2065 | 714 Commons Drive, Geneva, 60134, IL | Lease | FF&E | 5/31/2025 |
| 79 | North Pointe Centre, LLP | Jo-Ann Stores LLC | 2347 | N78 W14531 Appleton Ave, Menomonee Falls, 53051, WI | Lease | FF&E | 5/31/2025 |
| 80 | North Valley Plaza, LLC | Jo-Ann Stores LLC | 1913 | 8195 W Bell Rd Ste M-3, Peoria, 85382, AZ | Lease | FF&E | 5/31/2025 |
| 81 | Northern Rose Hanover, L.P. | Jo-Ann Stores LLC | 403 | 1302 Washington St, Hanover, 02339, MA | Lease | FF&E | 5/31/2025 |
| 82 | Northgate Station, LP | Jo-Ann Stores LLC | 2173 | 3704 172Nd St Ne Ste F, Arlington, 98223, WA | Lease | FF&E | 5/31/2025 |
| 83 | Northpark Mall/Joplin, LLC | Jo-Ann Stores LLC | 2273 | 101 N Range Line Road, Suite 354, Joplin, 64801, MO | Lease | FF&E | 5/31/2025 |
| 84 | Northway Mall Properties Sub, LLC | Jo-Ann Stores LLC | 1929 | 1440 Central Ave Ste 2, Albany, 12205, NY | Lease | FF&E | 5/31/2025 |
| 85 | Novus-Crestwood Sams, LLC | Jo-Ann Stores LLC | 2156 | 10865 Lincoln Trl, Fairview Heights, 62208, IL | Lease | FF&E | 5/31/2025 |
| 86 | NW Plaza Muncie, LLC | Jo-Ann Stores LLC | 525 | 1625 W Mcgalliard Rd, Muncie, 47304, IN | Lease | FF&E | 5/31/2025 |
| 87 | Orchards Market Center LLC | Jo-Ann Stores LLC | 2102 | 11505 Ne Fourth Plain Blvd Ste 86, Vancouver, 98662, | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| | | | | WA | | | |
| 88 | Orem Family Center, LLC | Jo-Ann Stores LLC | 1756 | 172 E University Pkwy, Orem, 84058, UT | Lease | FF&E | 5/31/2025 |
| 89 | OSJ of Seekonk, LLC | Jo-Ann Stores LLC | 2565 | 85 Highland Avenue, Seekonk, 2771, MA | Lease | FF&E | 5/31/2025 |
| 90 | OXFORD VALLEY ROAD ASSOCIATES | Jo-Ann Stores LLC | 2092 | 320 Commerce Blvd, Fairless Hills, 19030, PA | Lease | FF&E | 5/31/2025 |
| 91 | Pacific Realty Associates, L.P. | Jo-Ann Stores LLC | 2101 | 7270 Ne Butler St, Hillsboro, 97124, OR | Lease | FF&E | 5/31/2025 |
| 92 | Palani Properties, LLC | Jo-Ann Stores LLC | 2159 | 9685 Jefferson Davis Hwy, Fredericksburg, 22407, VA | Lease | FF&E | 5/31/2025 |
| 93 | Palouse Mall LLC | Jo-Ann Stores LLC | 2469 | 1854 W. Pullman Road, Moscow, 83843, ID | Lease | FF&E | 5/31/2025 |
| 94 | Panos Properties, LLC | Jo-Ann Stores LLC | 805 | 15236 Aurora Ave N, Shoreline, 98133, WA | Lease | FF&E | 5/31/2025 |
| 95 | PAPF Roseburg, LLC | Jo-Ann Stores LLC | 2461 | 1438 Nw Garden Valley Blvd, Roseburg, 97471, OR | Lease | FF&E | 5/31/2025 |
| 96 | Park Associates | Jo-Ann Stores LLC | 2053 | 1800 Park Manor Blvd Unit 5, Pittsburgh, 15205, PA | Lease | FF&E | 5/31/2025 |
| 97 | Parkview Plaza Associates I L.L.C. | Jo-Ann Stores LLC | 181 | 838 Plaza Blvd, Lancaster, 17601, PA | Lease | FF&E | 5/31/2025 |
| 98 | Parkway VF LLC | Jo-Ann Stores LLC | 2070 | 11215 West 63Rd Street, Shawnee, 66203, KS | Lease | FF&E | 5/31/2025 |
| 99 | Pavilions North Shopping Center 18, LLC | Jo-Ann Stores LLC | 2157 | 25 Ne Loop 410 Ste 114, San Antonio, 78216, TX | Lease | FF&E | 5/31/2025 |
| 100 | Peckham Square, LLC | Jo-Ann Stores LLC | 1774 | 3750 Kietzke Ln, Reno, 89502, NV | Lease | FF&E | 5/31/2025 |