## **EXHIBIT A**

**Revised Rejection Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 429, 1043 and [●]** |

## TWENTY-SEVENTH ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Twenty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1043] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

order consistent with Article III of the United States Constitution; and this Court having found that

venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is

in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this

Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing

on the Rejection Notice were appropriate and no other notice need be provided; and this Court

having reviewed the Rejection Notice; and this Court having determined that the legal and factual

bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon

all of the proceedings had before this Court; and after due deliberation and sufficient cause

appearing therefor, it is HEREBY ORDERED THAT:

1.    The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the

Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an

unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be

the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as

the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors

relinquish control of the premises by notifying the affected landlord in writing, with email being

sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and

security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing,

with email being sufficient, that the keys, key codes, and security codes, if any, are not available,

but the landlord may rekey the leased premises (the "Rejection Effective Date").

2.    Any and all property located on the Debtors' leased premises on the Rejection

Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the

Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property

3

of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.      Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Penny Racine, LLC | Jo-Ann Stores LLC | 2468 | 2629 S. Green Bay Road, Racine, 53406, WI | Lease | FF&E | 5/31/2025 |
| 2 | PH 706-750 N Cassaloma Dr LLC | Jo-Ann Stores LLC | 2149 | 720 N Casaloma Drive, Appleton, 54913, WI | Lease | FF&E | 5/31/2025 |
| 3 | PITT REALTY LLC | Jo-Ann Stores LLC | 2447 | 133 Pittsburgh Mills Circle, Tarentum, 15084, PA | Lease | FF&E | 5/31/2025 |
| 4 | PK I Gresham Town Fair LLC | Jo-Ann Stores LLC | 2582 | 604 NW Eastman Pkwy, Gresham, 97030, OR | Lease | FF&E | 5/31/2025 |
| 5 | PK I Silverdale Shopping Center LLC | Jo-Ann Stores LLC | 2007 | 2886 Nw Bucklin Hill Rd, Silverdale, 98383, WA | Lease | FF&E | 5/31/2025 |
| 6 | Plaza 20, Inc. | Jo-Ann Stores LLC | 2540 | 2600 Dodge Street (Suite A-1), Dubuque, 52003, IA | Lease | FF&E | 5/31/2025 |
| 7 | Plaza 41, LLC | Jo-Ann Stores LLC | 516 | 2725 West 41St Street, Sioux Falls, 57105, SD | Lease | FF&E | 5/31/2025 |
| 8 | Plaza at Buckland Hills, LLC | Jo-Ann Stores LLC | 1924 | 1440 Pleasant Valley Rd, Manchester, 06042, CT | Lease | FF&E | 5/31/2025 |
| 9 | Plaza at Countryside, LLC | Jo-Ann Stores LLC | 1589 | 20 Countryside Plaza, Countryside, 60525, IL | Lease | FF&E | 5/31/2025 |
| 10 | Plaza Enterprises | Jo-Ann Stores LLC | 1607 | 117 Salem Tpke, Norwich, 06360, CT | Lease | FF&E | 5/31/2025 |
| 11 | Polaris Towne Center SC, LLC | Jo-Ann Stores LLC | 1928 | 1265 Polaris Pkwy, Columbus, 43240, OH | Lease | FF&E | 5/31/2025 |
| 12 | Poway Investment Company | Jo-Ann Stores LLC | 1843 | 12313 Poway Rd, Poway, 92064, CA | Lease | FF&E | 5/31/2025 |
| 13 | Pride Center Co., LLC | Jo-Ann Stores LLC | 2374 | 22914 W Victory Blvd, Woodland Hills, 91367, CA | Lease | FF&E | 5/31/2025 |
| 14 | PRTC, LP | Jo-Ann Stores LLC | 1954 | 19819 Rinaldi St, Northridge, 91326, CA | Lease | FF&E | 5/31/2025 |
| 15 | PSC Medford, LLC | Jo-Ann Stores LLC | 1739 | 2350 Poplar Dr, Medford, 97504, OR | Lease | FF&E | 5/31/2025 |
| 16 | PTC TX HOLDINGS, LLC | Jo-Ann Stores LLC | 2464 | 500 N. Jackson Rd, Pharr, 78577, TX | Lease | FF&E | 5/31/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | QBW Investments LLC | Jo-Ann Stores LLC | 2397 | 732 Sw 6Th Street, Redmond, 97756, OR | Lease | FF&E | 5/31/2025 |
| 18 | Quakertown Holding Corporation | Jo-Ann Stores LLC | 1588 | 1465 W Broad St Ste 20, Quakertown, 18951, PA | Lease | FF&E | 5/31/2025 |
| 19 | Queensbury Plaza I, LLC | Jo-Ann Stores LLC | 206 | 756 Upper Glen St Ste 15, Queensbury, 12804, NY | Lease | FF&E | 5/31/2025 |
| 20 | R/M Vacaville, LTD, L.P. | Jo-Ann Stores LLC | 850 | 2051 Harbison Dr, Vacaville, 95687, CA | Lease | FF&E | 5/31/2025 |
| 21 | Rancho Dowlen, LLC | Jo-Ann Stores LLC | 1102 | 4035 N Dowlen Road, Beaumont, 77706, TX | Lease | FF&E | 5/31/2025 |
| 22 | Rawson, Blum & Leon | Jo-Ann Stores LLC | 1859 | 1260 Gail Gardner Way, Prescott, 86305, AZ | Lease | FF&E | 5/31/2025 |
| 23 | Raynham Station LLC | Jo-Ann Stores LLC | 477 | 300 New State Hwy, Raynham, 02767, MA | Lease | FF&E | 5/31/2025 |
| 24 | RB Merchants LLC, YBF Merchants LLC and | Jo-Ann Stores LLC | 173 | 15201 N Cleveland Ave Ste 400, Fort Myers, 33903, FL | Lease | FF&E | 5/31/2025 |
| 25 | RCG-Rockwell, LLC | Jo-Ann Stores LLC | 2267 | 8345 N. Rockwell Avenue, Oklahoma City, 73132, OK | Lease | FF&E | 5/31/2025 |
| 26 | Realty Income Properties 31, LLC | Jo-Ann Stores LLC | 2555 | 1800 M-139 Unit A, Benton Harbor, 49022, MI | Lease | FF&E | 5/31/2025 |
| 27 | Red Queen, LLC | Jo-Ann Stores LLC | 2168 | 61284 S Highway 97, Bend, 97702, OR | Lease | FF&E | 5/31/2025 |
| 28 | Redding MHP Estates, L.P. | Jo-Ann Stores LLC | 605 | 19765 Stevens Creek Blvd, Cupertino, 95014, CA | Lease | FF&E | 5/31/2025 |
| 29 | Regency Vernal, LLC | Jo-Ann Stores LLC | 2365 | 2089 West Hwy 40, Vernal, 84078, UT | Lease | FF&E | 5/31/2025 |
| 30 | Rhino Holdings Arden, LLC | Jo-Ann Stores LLC | 1568 | 3130 Arden Way, Sacramento, 95825, CA | Lease | FF&E | 5/31/2025 |
| 31 | Rhino Holdings Rockford, LLC | Jo-Ann Stores LLC | 2586 | 6360 E. State Street, Rockford, 61108, IL | Lease | FF&E | 5/31/2025 |
| 32 | Rhino Holdings Turlock, LLC | Jo-Ann Stores LLC | 2420 | 2717 Countryside Drive, Turlock, 95380, CA | Lease | FF&E | 5/31/2025 |
| 33 | Richmond Road Plaza LLC and LVP Center, LLC | Jo-Ann Stores LLC | 2181 | 4530 Eastgate Blvd., Cincinnati, 45245, OH | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 34 | Richmond Station, LLC | Jo-Ann Stores LLC | 2143 | 3435 Wrightsboro Road, Augusta, 30909, GA | Lease | FF&E | 5/31/2025 |
| 35 | Riverchase CC, LP | Jo-Ann Stores LLC | 2169 | 1709 Montgomery Hwy S, Hoover, 35244, AL | Lease | FF&E | 5/31/2025 |
| 36 | Riverdale Crossing, LLC | Jo-Ann Stores LLC | 2383 | 48 Route 23, Riverdale, 07457, NJ | Lease | FF&E | 5/31/2025 |
| 37 | Riverside Woodman Partners | Jo-Ann Stores LLC | 2546 | 13730 Riverside Drive, Sherman Oaks, 91423, CA | Lease | FF&E | 5/31/2025 |
| 38 | Riverson, LLC | Jo-Ann Stores LLC | 2186 | 2303 Miracle Mile Road, Bullhead City, 86442, AZ | Lease | FF&E | 5/31/2025 |
| 39 | Riverwood Ruskin, LLC, KCT, LLC & JGD of Tampa LLC | Jo-Ann Stores LLC | 902 | 1522 3Rd St Sw, Winter Haven, 33880, FL | Lease | FF&E | 5/31/2025 |
| 40 | RMAF IA, LLC | Jo-Ann Stores LLC | 2189 | 7177 Amador Plaza Road, Dublin, 94568, CA | Lease | FF&E | 5/31/2025 |
| 41 | R-Montana Associates, Limited Partnership | Jo-Ann Stores LLC | 791 | 1900 Brooks St, Missoula, 59801, MT | Lease | FF&E | 5/31/2025 |
| 42 | Rochester Crossing, LLC | Jo-Ann Stores LLC | 2301 | 160 Washington St Ste 606, Rochester, 03839, NH | Lease | FF&E | 5/31/2025 |
| 43 | ROF TA Kohler LLC | Jo-Ann Stores LLC | 2280 | 4079 Highway 28, Sheboygan Falls, 53085, WI | Lease | FF&E | 5/31/2025 |
| 44 | ROIC Fullerton Crossroads LLC | Jo-Ann Stores LLC | 2442 | 3300 Yorba Linda Boulevard, Fullerton, 92831, CA | Lease | FF&E | 5/31/2025 |
| 45 | Roxville Associates | Jo-Ann Stores LLC | 2341 | 281-28 Rt 10E, Succasunna, 07876, NJ | Lease | FF&E | 5/31/2025 |
| 46 | RPI Ridgmar Town Square, Ltd. | Jo-Ann Stores LLC | 2106 | 1400 Green Oaks Rd, Fort Worth, 76116, TX | Lease | FF&E | 5/31/2025 |
| 47 | RPT Realty L.P. | Jo-Ann Stores LLC | 2135 | 401 S Mount Juliet Rd Ste 640, Mount Juliet, 37122, TN | Lease | FF&E | 5/31/2025 |
| 48 | RPT West Oaks II LLC (Include SIte No. 125360) | Jo-Ann Stores LLC | 1933 | 43570 W Oaks Dr # B-3, Novi, 48377, MI | Lease | FF&E | 5/31/2025 |
| 49 | RVA WEST BROAD LLC | Jo-Ann Stores LLC | 2222 | 7504 West Broad, Richmond, 23294, VA | Lease | FF&E | 5/31/2025 |
| 50 | Sagamore TOV LLC | Jo-Ann Stores LLC | 1149 | 311 Sagamore Pkwy N, Lafayette, 47904, IN | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Saginaw Center LLC | Jo-Ann Stores LLC | 1901 | 2920 Tittabawassee Rd, Saginaw, 48604, MI | Lease | FF&E | 5/31/2025 |
| 52 | Santa Susana GRF2, LLC | Jo-Ann Stores LLC | 1818 | 2242 Tapo St, Simi Valley, 93063, CA | Lease | FF&E | 5/31/2025 |
| 53 | SANTAN MP LP | Jo-Ann Stores LLC | 2075 | 2753 S. Market Street, Gilbert, 85295, AZ | Lease | FF&E | 5/31/2025 |
| 54 | SCT RIO HILL, LLC | Jo-Ann Stores LLC | 2255 | 1774 Rio Hill Center, Charlottesville, 22901, VA | Lease | FF&E | 5/31/2025 |
| 55 | SDD Inc. | Jo-Ann Stores LLC | 2409 | 1379 Hooper Avenue, Toms River, 08753, NJ | Lease | FF&E | 5/31/2025 |
| 56 | SDM Development Co., L.L.C. | Jo-Ann Stores LLC | 2274 | 3900 Alpine Ave. Nw Suite B, Comstock Park, 49321, MI | Lease | FF&E | 5/31/2025 |
| 57 | Sequoia Plaza Associates, L.P. | Jo-Ann Stores LLC | 2473 | 3930 S. Mooney Blvd, Visalia, 93277, CA | Lease | FF&E | 5/31/2025 |
| 58 | Seven Corners Center LLC | Jo-Ann Stores LLC | 102 | 6320 Seven Corners Ctr, Falls Church, 22044, VA | Lease | FF&E | 5/31/2025 |
| 59 | Shelby Town Center Phase I, LP | Jo-Ann Stores LLC | 1927 | 14367 Hall Rd, Shelby Township, 48315, MI | Lease | FF&E | 5/31/2025 |
| 60 | SHJR, LLC | Jo-Ann Stores LLC | 2529 | 5545 Philadelphia St, Chino, 91710, CA | Lease | FF&E | 5/31/2025 |
| 61 | Shopping Center Associates | Jo-Ann Stores LLC | 2090 | 1951 Joppa Road, Parkville, 21234, MD | Lease | FF&E | 5/31/2025 |
| 62 | Siegen Lane Properties LLC | Jo-Ann Stores LLC | 2269 | 10545 South Mall Drive, Baton Rouge, 70809, LA | Lease | FF&E | 5/31/2025 |
| 63 | Silas Creek Improvements, LLC | Jo-Ann Stores LLC | 2562 | 3208 Silas Creek Parkway, Winston-Salem, 27103, NC | Lease | FF&E | 5/31/2025 |
| 64 | Silver Lake Center, LLC | Jo-Ann Stores LLC | 2326 | 200 West Hanley Ave Suite 1101, Coeur D Alene, 83815, ID | Lease | FF&E | 5/31/2025 |
| 65 | Sky Midland Holdings, LLC | Jo-Ann Stores LLC | 294 | 1910 N Saginaw Rd, Midland, 48640, MI | Lease | FF&E | 5/31/2025 |
| 66 | SM Mesa Mall, LLC | Jo-Ann Stores LLC | 2238 | 2424 Highway 6 & 50. Space 0015, Grand Junction, 81505, CO | Lease | FF&E | 5/31/2025 |
| 67 | SMB Holdings, LLC | Jo-Ann Stores LLC | 1742 | 1842 Molalla Ave, Oregon City, 97045, OR | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 68 | Smith Land and Improvement Corporation | Jo-Ann Stores LLC | 1131 | 1200 Market St, Lemoyne, 17043, PA | Lease | FF&E | 5/31/2025 |
| 69 | South End Investors, LLC | Jo-Ann Stores LLC | 480 | 1109 Maryland Ave, Hagerstown, 21740, MD | Lease | FF&E | 5/31/2025 |
| 70 | South Peak Capital, LLC | Jo-Ann Stores LLC | 2510 | 2700 N. Pontiac Dr Ste 150, Janesville, 53545, WI | Lease | FF&E | 5/31/2025 |
| 71 | South Town Plaza Realty LLC | Jo-Ann Stores LLC | 1943 | 3333 W Henrietta Rd Ste 90, Rochester, 14623, NY | Lease | FF&E | 5/31/2025 |
| 72 | Southington/Route 10 Associates L.P | Jo-Ann Stores LLC | 2411 | 774 Queen St., Southington, 06489, CT | Lease | FF&E | 5/31/2025 |
| 73 | Southwest Commons 05 A, LLC | Jo-Ann Stores LLC | 1095 | 8601 W Cross Dr Unit Sm, Littleton, 80123, CO | Lease | FF&E | 5/31/2025 |
| 74 | *[Left Intentionally Blank]* | | | | | | |
| 75 | Spirit Master Funding IV, LLC | Jo-Ann Stores LLC | 1960 | 965 N Point Dr, Alpharetta, 30022, GA | Lease | FF&E | 5/31/2025 |
| 76 | Spirit SPE Loan Portfolio 2013-3, LLC | Jo-Ann Stores LLC | 1918 | 3810 Crackerneck Rd, Independence, 64055, MO | Lease | FF&E | 5/31/2025 |
| 77 | Square One Partners, LLC | Jo-Ann Stores LLC | 1669 | 2240 Wyoming Blvd Ne, Albuquerque, 87112, NM | Lease | FF&E | 5/31/2025 |
| 78 | Square One Partners, LLC | Jo-Ann Stores LLC | 2164 | 3563 Nw Federal Hwy, Jensen Beach, 34957, FL | Lease | FF&E | 5/31/2025 |
| 79 | SRL Crossings at Taylor LLC | Jo-Ann Stores LLC | 1948 | 23877 Eureka Rd, Taylor, 48180, MI | Lease | FF&E | 5/31/2025 |
| 80 | Suemar Realty Inc. | Jo-Ann Stores LLC | 2300 | 4948 Monroe St, Toledo, 43623, OH | Lease | FF&E | 5/31/2025 |
| 81 | SUGARLAND PLAZA LP | Jo-Ann Stores LLC | 2550 | 47100 Community Plaza, Sterling, 20164, VA | Lease | FF&E | 5/31/2025 |
| 82 | Summit Towne Centre, Inc. | Jo-Ann Stores LLC | 485 | 7200 Peach St Unit 150, Erie, 16509, PA | Lease | FF&E | 5/31/2025 |
| 83 | Sunbeam Development Corporation | Jo-Ann Stores LLC | 1910 | 8714 Castle Creek Parkway East Dr, Indianapolis, 46250, IN | Lease | FF&E | 5/31/2025 |
| 84 | Sunmark Property, LLC | Jo-Ann Stores LLC | 2015 | 651 Marks St, Henderson, 89014, NV | Lease | FF&E | 5/31/2025 |
| 85 | SWP Wabash Properties I, LLC | Jo-Ann Stores LLC | 2246 | 3051 W. Wabash Avenue, Springfield, 62704, IL | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 86 | T PEORIA IL, LLC | Jo-Ann Stores LLC | 1637 | 4700 N University St, Peoria, 61614, IL | Lease | FF&E | 5/31/2025 |
| 87 | TAG DE, LLC | Jo-Ann Stores LLC | 2332 | 3750 West Saginaw Street, Lansing, 48917, MI | Lease | FF&E | 5/31/2025 |
| 88 | Tamarack Village Shopping Center, L.P. | Jo-Ann Stores LLC | 1902 | 8208 Tamarack Vlg, Woodbury, 55125, MN | Lease | FF&E | 5/31/2025 |
| 89 | Tamburro Properties II, LLC | Jo-Ann Stores LLC | 772 | 365 E Burleigh Blvd, Tavares, 32778, FL | Lease | FF&E | 5/31/2025 |
| 90 | Taylor Square Owner LLC | Jo-Ann Stores LLC | 2012 | 2891 Taylor Rd, Reynoldsburg, 43068, OH | Lease | FF&E | 5/31/2025 |
| 91 | Tejas Center LTD | Jo-Ann Stores LLC | 1268 | 725 E Villa Maria Rd  Ste 4100, Bryan, 77802, TX | Lease | FF&E | 5/31/2025 |
| 92 | Terrace at Florida Mall, LP | Jo-Ann Stores LLC | 1078 | 4600 Chapel Hill Blvd Ste 8, Durham, 27707, NC | Lease | FF&E | 5/31/2025 |
| 93 | Terranomics Crossroads Associates | Jo-Ann Stores LLC | 2067 | 15600 Ne 8Th Street   Ste H1, Bellevue, 98008, WA | Lease | FF&E | 5/31/2025 |
| 94 | TH HONEY SHOPS LLC | Jo-Ann Stores LLC | 2165 | 5705 Us Hwy 41, Terre Haute, 47802, IN | Lease | FF&E | 5/31/2025 |
| 95 | The Cafaro Northwest Partnership | Jo-Ann Stores LLC | 2038 | 2725 Harrison Ave Nw Ste 500, Olympia, 98502, WA | Lease | FF&E | 5/31/2025 |
| 96 | The Centre at Deane Hill | Jo-Ann Stores LLC | 2563 | 276 Morrell Road, Knoxville, 37919, TN | Lease | FF&E | 5/31/2025 |
| 97 | The Hampton Plaza, LLC | Jo-Ann Stores LLC | 2061 | 2105 S Rochester Road, Rochester Hills, 48307, MI | Lease | FF&E | 5/31/2025 |
| 98 | The Moyal Group Inc. | Jo-Ann Stores LLC | 1094 | 14346 Warwick Blvd Ste 480, Newport News, 23602, VA | Lease | FF&E | 5/31/2025 |
| 99 | The Shoppes, LP | Jo-Ann Stores LLC | 2108 | 4616 Coldwater Rd, Fort Wayne, 46825, IN | Lease | FF&E | 5/31/2025 |
| 100 | The Woodmont Company, Receiver | Jo-Ann Stores LLC | 2376 | 3725 Airport Blvd, Unit 100-C, Mobile, 36608, AL | Lease | FF&E | 5/31/2025 |