## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail and Email on (1) the Counsel Committee Service List attached hereto as **Exhibit A**, and (2) Office of the United States Trustee, Attn: Malcolm M. Bates, US Department of Justice, 844 King Street, Suite 2207, Wilmington, DE, 19801, malcolm.m.bates@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov:

- Notice of Filing of Monthly Staffing and Compensation Report of Alvarez & Marsal North America, LLC for the Period from March 1, 2025 through March 31, 2025 [Docket No. 1094]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: June 19, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 19, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 89084

**<u>Exhibit A</u>**

Exhibit A
Counsel Committee Service List
Via First Class Mail and Email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|
| KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ., CONNIE CHOE | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | NEW YORK | NY | 10007 | | MMCLOUGHLIN@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEY DRYE.COM; JADAMS@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL,  ESQ. | 919 NORTH MARKET STREET, 17TH FLOOR | P.O. BOX 8705 | WILMINGTON | DE | 19899-8705 | | BSANDLER@PSZJLAW.COM; JONEILL@PSZJLAW.COM |