IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Docket No. 1156** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of JOANN Inc., *et al.*, by and through their undersigned counsel, hereby withdraws the *Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion* [Docket No. 1156] filed on June 13, 2025.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

Dated: June 22, 2025

        **PACHULSKI STANG ZIEHL & JONES LLP**

        By:  /s/ *James E. O'Neill*
        Bradford J. Sandler (DE Bar No. 4142)
        James E. O'Neill (DE Bar No. 4042)
        780 Third Avenue, 34th Floor
        New York, NY 10017
        Telephone: (212) 561-7700
        Facsimile: (212) 561-7777
        Email:  bsandler@pszjlaw.com
                  joneill@pszjlaw.com

        and

        **KELLEY DRYE & WARREN LLP**
        Eric R. Wilson (admitted *pro hac vice*)
        Jason R. Adams (admitted *pro hac vice*)
        Maeghan J. McLoughlin (admitted *pro hac vice*)
        3 World Trade Center
        175 Greenwich Street
        New York, New York 10007
        Tel: (212) 808-7800
        Fax: (212) 808-7897
        Email:  ewilson@kelleydrye.com
                  jadams@kelleydrye.com
                  mmcloughlin@kelleydrye.com

        *Counsel to the Official Committee of Unsecured Creditors of JOANN Inc., et al.*