## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | 1943 Holdings LLC | Jo-Ann Stores Support Center, Inc. | Store 171/ DC & SSC 5958 | 5455- 5555 Darrow Road, Hudson, 44236, OH | Lease | FF&E | 5/31/2025 |
| 2 | 1000 Boston Turnpike LLC | Jo-Ann Stores LLC | 1611 | 1000 Boston Tpke, Shrewsbury, 01545, MA | Lease | FF&E | 5/31/2025 |
| 3 | 200 Lincoln Retail LLC | Jo-Ann Stores LLC | 2371 | 220 N 66Th St Ste 270, Lincoln, 68505, NE | Lease | FF&E | 5/31/2025 |
| 4 | 24 HR Vegas, LLC | Jo-Ann Stores LLC | 2585 | 1200 10th Ave S, Great Falls, 59405, MT | Lease | FF&E | 5/31/2025 |
| 5 | 4101 Transit Realty, LLC | Jo-Ann Stores LLC | 2087 | 4101 Transit Road Ste 1, Williamsville, 14221, NY | Lease | FF&E | 5/31/2025 |
| 6 | 4405 Milestrip HD Lessee LLC | Jo-Ann Stores LLC | 1932 | 3540 Mckinley Pkwy, Blasdell, 14219, NY | Lease | FF&E | 5/31/2025 |
| 7 | 4908 Associates LLC | Jo-Ann Stores LLC | 461 | 4908 State Hwy 30 Ste#8, Amsterdam, 12010, NY | Lease | FF&E | 5/31/2025 |
| 8 | 5-Mile Investment Company | Jo-Ann Stores LLC | 784 | 1840 W Francis Ave, Spokane, 99205, WA | Lease | FF&E | 5/31/2025 |
| 9 | 700 Alama Investments, LLC | Jo-Ann Stores LLC | 1291 | 700 Alma Dr, Plano, 75075, TX | Lease | FF&E | 5/31/2025 |
| 10 | 95 ORRPT, LLC | Jo-Ann Stores LLC | 998 | 4934 S Tamiami Trl, Sarasota, 34231, FL | Lease | FF&E | 5/31/2025 |
| 11 | Abrams & Mockingbird #1, Ltd. | Jo-Ann Stores LLC | 1227 | 6330 E Mockingbird Ln, Dallas, 75214, TX | Lease | FF&E | 5/31/2025 |
| 12 | Acadia Merrillville Realty, L.P. | Jo-Ann Stores LLC | 2373 | 1916 E 80Th Ave No 14, Merrillville, 46410, IN | Lease | FF&E | 5/31/2025 |
| 13 | ACS REYNOLDS PLAZA OH, LLC | Jo-Ann Stores LLC | 379 | 2559 S Reynolds Rd, Toledo, 43614, OH | Lease | FF&E | 5/31/2025 |
| 14 | Alamo Center, LLC | Jo-Ann Stores LLC | 1524 | 10131 Coors Blvd Nw Ste D3, Albuquerque, 87114, NM | Lease | FF&E | 5/31/2025 |
| 15 | Albrecht Incorporated | Jo-Ann Stores LLC | 2021 | 3977 Medina Rd, Akron, 44333, OH | Lease | FF&E | 5/31/2025 |
| 16 | Almaden Properties, LLC | Jo-Ann Stores LLC | 1878 | 4950 Almaden Expy Ste 10, San Jose, 95118, CA | Lease | FF&E | 5/31/2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | Amsource Draper Lumber Yard LLC | Jo-Ann Stores LLC | 2121 | 268 E 12300 S, Draper, 84020, UT | Lease | FF&E | 5/31/2025 |
| 18 | Amsource Spanish Fork, LLC | Jo-Ann Stores LLC | 2379 | 1082 N Main Street, Spanish Fork, 84660, UT | Lease | FF&E | 5/31/2025 |
| 19 | Antonio B. Pomerleau, LLC | Jo-Ann Stores LLC | 526 | 45 Hinesburg Rd, South Burlington, 05403, VT | Lease | FF&E | 5/31/2025 |
| 20 | Arbor Square LLC | Jo-Ann Stores LLC | 2147 | 8125 Arbor Square Drive, Mason, 45040, OH | Lease | FF&E | 5/31/2025 |
| 21 | ARC CLORLFL001, LLC, 050019 | Jo-Ann Stores LLC | 1908 | 3562 E Colonial Dr, Orlando, 32803, FL | Lease | FF&E | 5/31/2025 |
| 22 | ARC NLLKLFL001, LLC | Jo-Ann Stores LLC | 312 | 4241 Us Highway 98 N, Lakeland, 33809, FL | Lease | FF&E | 5/31/2025 |
| 23 | ARC SMWMBFL001, LLC | Jo-Ann Stores LLC | 2118 | 1537 W New Haven Ave, West Melbourne, 32904, FL | Lease | FF&E | 5/31/2025 |
| 24 | ARD MacArthur, LLC | Jo-Ann Stores LLC | 145 | 2570 Macarthur Rd Ste 12, Whitehall, 18052, PA | Lease | FF&E | 5/31/2025 |
| 25 | ARG MHMORNC001, LLC | Jo-Ann Stores LLC | 2318 | E132 Morganton Heights Blvd, Morganton, 28655, NC | Lease | FF&E | 5/31/2025 |
| 26 | AR-GL&Erie, LLC | Jo-Ann Stores LLC | 1907 | 8000 Plaza Blvd, Mentor, 44060, OH | Lease | FF&E | 5/31/2025 |
| 27 | Argo Idaho Falls, LLC | Jo-Ann Stores LLC | 2192 | 2408 South 25Th East, Idaho Falls, 83404, ID | Lease | FF&E | 5/31/2025 |
| 28 | Argo Tieton, LLC | Jo-Ann Stores LLC | 783 | 3702 Tieton Dr, Yakima, 98902, WA | Lease | FF&E | 5/31/2025 |
| 29 | Aria Investments LLC | Jo-Ann Stores LLC | 2389 | 1000 South Central Avenue, Glendale, 91204, CA | Lease | FF&E | 5/31/2025 |
| 30 | Arizona Partners Retail Investment Group, LLC | Jo-Ann Stores LLC | 2596 | 1717 Beam Avenue, Maplewood, 55109, MN | Lease | FF&E | 5/31/2025 |
| 31 | Athens Center, LLC | Jo-Ann Stores LLC | 2380 | 743 E. State Street, Suite O, Athens, 45701, OH | Lease | FF&E | 5/31/2025 |
| 32 | Avest Limited Partnership | Jo-Ann Stores LLC | 796 | 3275 S Federal Way, Boise, 83705, ID | Lease | FF&E | 5/31/2025 |
| 33 | Aviana Company LTD | Jo-Ann Stores LLC | 1966 | 10401 E Us Highway 36, Avon, 46123, IN | Lease | FF&E | 5/31/2025 |
| 34 | AVR CPC Associates, LLC | Jo-Ann Stores LLC | 1583 | 5555 Whittlesey Blvd Ste 2900, Columbus, 31909, GA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 35 | B&B South Plaza Holdings LLC | Jo-Ann Stores LLC | 1922 | 4610 S Cleveland Ave, Fort Myers, 33907, FL | Lease | FF&E | 5/31/2025 |
| 36 | B33 Great Northern II, LLC | Jo-Ann Stores LLC | 1923 | 26337 Brookpark Rd, North Olmsted, 44070, OH | Lease | FF&E | 5/31/2025 |
| 37 | B33 Milford Crossing LLC | Jo-Ann Stores LLC | 2123 | 1405 Boston Post Road, Milford, 06460, CT | Lease | FF&E | 5/31/2025 |
| 38 | Baker/Temple Greensboro, L.L.C. | Jo-Ann Stores LLC | 1511 | 4644 W Market St, Greensboro, 27407, NC | Lease | FF&E | 5/31/2025 |
| 39 | Beall Grapevine Center, LLC | Jo-Ann Stores LLC | 2035 | 1250 William D Tate Ave, Grapevine, 76051, TX | Lease | FF&E | 5/31/2025 |
| 40 | Beavercreek Towne Station LLC | Jo-Ann Stores LLC | 603 | 2850 Centre Dr Ste G, Fairborn, 45324, OH | Lease | FF&E | 5/31/2025 |
| 41 | Belden Park Delaware, LLC | Jo-Ann Stores LLC | 1900 | 5487 Dressler Rd Nw, North Canton, 44720, OH | Lease | FF&E | 5/31/2025 |
| 42 | Big Y Foods, Inc. | Jo-Ann Stores LLC | 826 | 433 Center St Ste B, Ludlow, 01056, MA | Lease | FF&E | 5/31/2025 |
| 43 | BLI Sunset Square LLC | Jo-Ann Stores LLC | 1725 | 1125 E Sunset Dr Ste 125, Bellingham, 98226, WA | Lease | FF&E | 5/31/2025 |
| 44 | Bloomingdale Owner, LLC | Jo-Ann Stores LLC | 2048 | 362 W Army Trail Rd Ste 230, Bloomingdale, 60108, IL | Lease | FF&E | 5/31/2025 |
| 45 | Blue Lakes Plaza, LLC | Jo-Ann Stores LLC | 1692 | 840 Blue Lakes Blvd N, Twin Falls, 83301, ID | Lease | FF&E | 5/31/2025 |
| 46 | Bluejay Capital LLC | Jo-Ann Stores LLC | 498 | 6151 S Westnedge Ave, Portage, 49002, MI | Lease | FF&E | 5/31/2025 |
| 47 | Brentwood Village, LLC | Jo-Ann Stores LLC | 495 | 1678 Lincoln Way E # 7, Chambersburg, 17201, PA | Lease | FF&E | 5/31/2025 |
| 48 | BRF II Baker Square, LLC | Jo-Ann Stores LLC | 2175 | 13415 W Center Rd, Omaha, 68144, NE | Lease | FF&E | 5/31/2025 |
| 49 | Brighton Mall Associates Limited Partnership | Jo-Ann Stores LLC | 2003 | 8449 W Grand River Ave, Brighton, 48116, MI | Lease | FF&E | 5/31/2025 |
| 50 | Brixmor Capitol SC LLC | Jo-Ann Stores LLC | 904 | 80 Storrs St Ste 5, Concord, 03301, NH | Lease | FF&E | 5/31/2025 |
| 51 | Brixmor GA Hilltop Plaza LLC | Jo-Ann Stores LLC | 2520 | 551 Hilltop Plaza, Virginia Beach, 23454, VA | Lease | FF&E | 5/31/2025 |
| 52 | Brixmor GA Southland Shopping Center LLC | Jo-Ann Stores LLC | 1586 | 6901 Pearl Rd, Middleburg Heights, 44130, OH | Lease | FF&E | 5/31/2025 |

3

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 53 | Brixmor GA Westminster, LLC | Jo-Ann Stores LLC | 2390 | 9250 Sheridan Blvd #200, Westminster, 80031, CO | Lease | FF&E | 5/31/2025 |
| 54 | Brixmor Holdings 10 SPE, LLC | Jo-Ann Stores LLC | 2136 | 2270 Miamisburg Centerville Rd, Dayton, 45459, OH | Lease | FF&E | 5/31/2025 |
| 55 | Brixmor Residual Dickson City Crossings, LLC | Jo-Ann Stores LLC | 2574 | 638 Commerce Blvd, Dickson City, 18519, PA | Lease | FF&E | 5/31/2025 |
| 56 | Brixmor SPE 3, LLC | Jo-Ann Stores LLC | 2344 | 1000 West Loop Place, Ste 120, Manhattan, 66502, KS | Lease | FF&E | 5/31/2025 |
| 57 | Brixmor SPE 4 LP | Jo-Ann Stores LLC | 429 | 1064 Brighton Ave, Portland, 04102, ME | Lease | FF&E | 5/31/2025 |
| 58 | Brixmor SPE 5 LLC | Jo-Ann Stores LLC | 2477 | 5115 Burning Tree Plaza, Duluth, 55811, MN | Lease | FF&E | 5/31/2025 |
| 59 | Brixmor-Lakes Crossing, LLC | Jo-Ann Stores LLC | 2116 | 5663 Harvey Street, Norton Shores, 49444, MI | Lease | FF&E | 5/31/2025 |
| 60 | Brixton HHU Fork TIC, LLC, Brixton AM Fork TIC, LLC, Brixton MP Fork | Jo-Ann Stores LLC | 2331 | 640 East State Road, American Fork, 84003, UT | Lease | FF&E | 5/31/2025 |
| 61 | BVA Deerbrook SPE LLC | Jo-Ann Stores LLC | 2570 | 20424 US-59, Humble, 77338, TX | Lease | FF&E | 5/31/2025 |
| 62 | BVCV Union Plaza, LLC | Jo-Ann Stores LLC | 2557 | 10007 E 71st St, Tulsa, 74133, OK | Lease | FF&E | 5/31/2025 |
| 63 | C.H.M. Development | Jo-Ann Stores LLC | 1687 | 481 N Wilbur Ave, Walla Walla, 99362, WA | Lease | FF&E | 5/31/2025 |
| 64 | Cabrel Company | Jo-Ann Stores LLC | 873 | 710 Stillwater Ave, Bangor, 04401, ME | Lease | FF&E | 5/31/2025 |
| 65 | C-A-L Stores Companies, Inc. | Jo-Ann Stores LLC | 2213 | 852 N Main St, Tooele, 84074, UT | Lease | FF&E | 5/31/2025 |
| 66 | Capital Plaza Partners, LTD. | Jo-Ann Stores LLC | 736 | 1802 Thomasville Rd, Tallahassee, 32303, FL | Lease | FF&E | 5/31/2025 |
| 67 | CAPREALTY 14-Village, LLC | Jo-Ann Stores LLC | 1645 | 902 W Kimberly Rd Ste 41, Davenport, 52806, IA | Lease | FF&E | 5/31/2025 |
| 68 | Car Apple Valley Square, LLC | Jo-Ann Stores LLC | 1952 | 7614 150Th St W, Apple Valley, 55124, MN | Lease | FF&E | 5/31/2025 |
| 69 | Carwood Skypark LLC | Jo-Ann Stores LLC | 920 | 2485 Notre Dame Blvd Ste 310, Chico, 95928, CA | Lease | FF&E | 5/31/2025 |

4

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 70 | Casa Del Sol Ventures, LLC and Casa De Luna Ventures, LP | Jo-Ann Stores LLC | 2082 | 5811 Five Star Blvd, Roseville, 95678, CA | Lease | FF&E | 5/31/2025 |
| 71 | Castleton Investors, LLC | Jo-Ann Stores LLC | 1585 | 3300 Rib Mountain Dr, Wausau, 54401, WI | Lease | FF&E | 5/31/2025 |
| 72 | CBL Westgate Crossing PropCo, LLC | Jo-Ann Stores LLC | 2207 | 660 Spartan Blvd., Spartanburg, 29301, SC | Lease | FF&E | 5/31/2025 |
| 73 | CCA-Renaissance Square Shopping Center, LLC | Jo-Ann Stores LLC | 2180 | 622 South Main Street, Cedar City, 84720, UT | Lease | FF&E | 5/31/2025 |
| 74 | [Left Intentionally Blank] | | | | | | |
| 75 | Cedar PCP-San Souci, LLC | Jo-Ann Stores LLC | 431 | 22576 Macarthur Blvd Ste 300, California, 20619, MD | Lease | FF&E | 5/31/2025 |
| 76 | Centerra Retail Shops, LLC | Jo-Ann Stores LLC | 2124 | 1601 Fall River Drive, Loveland, 80538, CO | Lease | FF&E | 5/31/2025 |
| 77 | Centerton Square Owners, LLC | Jo-Ann Stores LLC | 2089 | 66 Centerton Road, Mount Laurel, 08054, NJ | Lease | FF&E | 5/31/2025 |
| 78 | Central Plaza MZL | Jo-Ann Stores LLC | 2153 | 15355 Manchester Rd, Ballwin, 63011, MO | Lease | FF&E | 5/31/2025 |
| 79 | Ceres Newington Associates LLC | Jo-Ann Stores LLC | 1942 | 3105 Berlin Tpke, Newington, 06111, CT | Lease | FF&E | 5/31/2025 |
| 80 | Charter Warwick, LLC | Jo-Ann Stores LLC | 2125 | 1500 Bald Hill Road Ste A, Warwick, 02886, RI | Lease | FF&E | 5/31/2025 |
| 81 | Cheltenham-Ogontz Realty Partners, L.P.; Chalfont Realty Partners, L.P.; Provo Creekview | Jo-Ann Stores LLC | 2354 | 397 Easton Rd, Warrington, 18976, PA | Lease | FF&E | 5/31/2025 |
| 82 | Christiana Town Center, LLC | Jo-Ann Stores LLC | 2063 | 341 W Main St, Newark, 19702, DE | Lease | FF&E | 5/31/2025 |
| 83 | Clovis-Herndon Center, LLC | Jo-Ann Stores LLC | 2428 | 1065 Herndon Ave., Clovis, 93611, CA | Lease | FF&E | 5/31/2025 |
| 84 | COFAL Partners, LP | Jo-Ann Stores LLC | 2045 | 7375 Mcknight Road, Pittsburgh, 15237, PA | Lease | FF&E | 5/31/2025 |
| 85 | COL 1005 @ Columbia, LLC | Jo-Ann Stores LLC | 1126 | 1200 Charleston Hwy, West Columbia, 29169, SC | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 86 | Colonia Limited Partnership | Jo-Ann Stores LLC | 1106 | 1272 State Rt 27, Colonia, 07067, NJ | Lease | FF&E | 5/31/2025 |
| 87 | Columbia Cascade Plaza LLC | Jo-Ann Stores LLC | 789 | 7601 Evergreen Way, Everett, 98203, WA | Lease | FF&E | 5/31/2025 |
| 88 | Columbia Crossing Outparcel, LLC | Jo-Ann Stores LLC | 1906 | 6161 Columbia Crossing Dr, Columbia, 21045, MD | Lease | FF&E | 5/31/2025 |
| 89 | Columbia Mall Partnership | Jo-Ann Stores LLC | 2577 | 1321 N Columbia Center Blvd Suite 456, Kennewick, 99336, WA | Lease | FF&E | 5/31/2025 |
| 90 | Commercial Reposition Partners 17, LLC ("CRP 17") | Jo-Ann Stores LLC | 2499 | 3271 Marketplace Drive Suite: C1, Council Bluffs, 51501, IA | Lease | FF&E | 5/31/2025 |
| 91 | Conejo Valley Plaza 2, LLC | Jo-Ann Stores LLC | 1223 | 1516 N Moorpark Rd, Thousand Oaks, 91360, CA | Lease | FF&E | 5/31/2025 |
| 92 | COR Route 5 Company, LLC | Jo-Ann Stores LLC | 2064 | 330 Towne Center Dr, Fayetteville, 13066, NY | Lease | FF&E | 5/31/2025 |
| 93 | Core Aurora CS, LLC | Jo-Ann Stores LLC | 1672 | 13861 E Exposition Ave, Aurora, 80012, CO | Lease | FF&E | 5/31/2025 |
| 94 | Cornerstone South County LLC | Jo-Ann Stores LLC | 2219 | 6910 S. Lindbergh Blvd, Saint Louis, 63125, MO | Lease | FF&E | 5/31/2025 |
| 95 | Corr Commercial Real Estate, INC | Jo-Ann Stores LLC | 2022 | 533 Mall Ct, Lansing, 48912, MI | Lease | FF&E | 5/31/2025 |
| 96 | Countryside Center Corona | Jo-Ann Stores LLC | 1440 | 2250 Griffin Way, Corona, 92879, CA | Lease | FF&E | 5/31/2025 |
| 97 | CPC Madison, LLC | Jo-Ann Stores LLC | 2086 | 6741 Odana Road, Madison, 53719, WI | Lease | FF&E | 5/31/2025 |
| 98 | CPIF Nugget Mall, LLC | Jo-Ann Stores LLC | 1096 | 8745 Glacier Hwy, Juneau, 99801, AK | Lease | FF&E | 5/31/2025 |
| 99 | CPT - Arlington Highlands 1, LP | Jo-Ann Stores LLC | 2134 | 137 Merchants Row Ste 165, Arlington, 76018, TX | Lease | FF&E | 5/31/2025 |
| 100 | CRC Taylorsville Coinvest LLC | Jo-Ann Stores LLC | 2074 | 5790 S Redwood Rd, Taylorsville, 84123, UT | Lease | FF&E | 5/31/2025 |