IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 1033** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING THIRD MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

The undersigned hereby certifies that:

1. On May 30, 2025, Province, LLC ("Province"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") filed and served its *Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through April 30, 2025* [Docket No. 1033] (the "Application").

2. Objections to the Application were to be filed and served no later than June 20, 2025 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4920-6531-0279.1 46699.00002

3. Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 552], the Debtors are authorized to pay Province $56,737.60, which represents 80% of the fees ($70,922.00), and $60.00 which represents 100% of the expenses, for a total payment of $56,797.60 for the period from April 1, 2025 through April 30, 2025, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: June 23, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James E. O'Neill*
    Bradford J. Sandler (DE Bar No. 4142)
    James E. O'Neill (DE Bar No. 4042)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19801
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    Email: bsandler@pszjlaw.com
           joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
          ewilson@kelleydrye.com
          wgyves@kelleydrye.com
          mmcloughlin@kelleydrye.com

*Co-Counsel to the Official Committee of Unsecured Creditors*