# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | CRI Easton Square, LLC | Jo-Ann Stores LLC | 2001 | 3880 Morse Rd, Columbus, 43219, OH | Lease | FF&E | 5/31/2025 |
| 2 | Crimson 1031 Portfolio, LLC | Jo-Ann Stores LLC | 2534 | 3055 Atlanta Highway, Athens, 30606, GA | Lease | FF&E | 5/31/2025 |
| 3 | Crossroads Associates, LLC | Jo-Ann Stores LLC | 2538 | 125 East Reynolds Road, Suite 110, Lexington, 40517, KY | Lease | FF&E | 5/31/2025 |
| 4 | Crossroads of Roseville 2023, LLC | Jo-Ann Stores LLC | 1876 | 1649 W. County Rd B2, Roseville, 55113, MN | Lease | FF&E | 5/31/2025 |
| 5 | Crosswinds Commons, LLC | Jo-Ann Stores LLC | 2434 | 1133 Sw Wanamaker Rd Ste 200, Topeka, 66604, KS | Lease | FF&E | 5/31/2025 |
| 6 | CSM Corporation | Jo-Ann Stores LLC | 473 | 1635 Plymouth Rd, Minnetonka, 55305, MN | Lease | FF&E | 5/31/2025 |
| 7 | CTO24 Carolina LLC | Jo-Ann Stores LLC | 2248 | 9523 South Blvd, Charlotte, 28273, NC | Lease | FF&E | 5/31/2025 |
| 8 | Curlew Crossing S.C., LLC | Jo-Ann Stores LLC | 2031 | 2343 Curlew Road, Dunedin, 34698, FL | Lease | FF&E | 5/31/2025 |
| 9 | Daane's Development Company | Jo-Ann Stores LLC | 2378 | 3323 Century Center St Sw, Grandville, 49418, MI | Lease | FF&E | 5/31/2025 |
| 10 | DANA DRIVE INVESTORS | Jo-Ann Stores LLC | 2353 | 1175 Dana Drive, Redding, 96003, CA | Lease | FF&E | 5/31/2025 |
| 11 | Dana Rapid City LLC | Jo-Ann Stores LLC | 2475 | 2255 N Haines Avenue, Rapid City, 57701, SD | Lease | FF&E | 5/31/2025 |
| 12 | Dasada Property Management, LLC | Jo-Ann Stores LLC | 2236 | 121 Commerce Street, Suite 1, Wisconsin Dells, 53965, WI | Lease | FF&E | 5/31/2025 |
| 13 | DCTN3 509 Panama City FL, LLC | Jo-Ann Stores LLC | 2298 | 413 East 23Rd Street, Panama City, 32405, FL | Lease | FF&E | 5/31/2025 |
| 14 | DDR Winter Garden LLC | Jo-Ann Stores LLC | 2139 | 3379 Daniels Road, Winter Garden, 34787, FL | Lease | FF&E | 5/31/2025 |
| 15 | Deer Creek MZL LLC | Jo-Ann Stores LLC | 2310 | 3200 Laclede Station Rd, Saint Louis, 63143, MO | Lease | FF&E | 5/31/2025 |
| 16 | Del Amo Fashion Center Operating Company, L.L.C. | Jo-Ann Stores LLC | 1919 | 21800 Hawthorne Blvd Ste 100, Torrance, 90503, CA | Lease | FF&E | 5/31/2025 |

---

1   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | Delta Oaks Group, LLC | Jo-Ann Stores LLC | 2317 | 1024 Green Acres Road, Eugene, 97408, OR | Lease | FF&E | 5/31/2025 |
| 18 | Deptford Plaza Associates, LLC | Jo-Ann Stores LLC | 2558 | 1120 Hurffville Road, Deptford, 8096, NJ | Lease | FF&E | 5/31/2025 |
| 19 | Deuter 65, LLC | Jo-Ann Stores LLC | 2004 | 3737 Carpenter Rd, Ypsilanti, 48197, MI | Lease | FF&E | 5/31/2025 |
| 20 | Division Street Acquisition, LLC | Jo-Ann Stores LLC | 518 | 3332 W Division St, Saint Cloud, 56301, MN | Lease | FF&E | 5/31/2025 |
| 21 | Dove Capistrano Partners, LLC | Jo-Ann Stores LLC | 1697 | 2165 Hwy 2 East Suite E, Kalispell, 59901, MT | Lease | FF&E | 5/31/2025 |
| 22 | DSM MB II LLC | Jo-Ann Stores LLC | 107 | 232A South Main St, Middleton, 01949, MA | Lease | FF&E | 5/31/2025 |
| 23 | DT AHWATUKEE FOOTHILLS, LLC | Jo-Ann Stores LLC | 1917 | 5021 E Ray Rd, Phoenix, 85044, AZ | Lease | FF&E | 5/31/2025 |
| 24 | DT University Centre LP | Jo-Ann Stores LLC | 1471 | 352 S College Rd Ste 24, Wilmington, 28403, NC | Lease | FF&E | 5/31/2025 |
| 25 | Dudley Trading Associates Nominee Trust | Jo-Ann Stores LLC | 858 | 199 Boston Rd, North Billerica, 01862, MA | Lease | FF&E | 5/31/2025 |
| 26 | E&A Northeast Limited Partnership | Jo-Ann Stores LLC | 777 | 43 Middlesex Tpke, Burlington, 01803, MA | Lease | FF&E | 5/31/2025 |
| 27 | East Bay Plaza, LLC | Jo-Ann Stores LLC | 414 | 724 Munson Ave, Traverse City, 49686, MI | Lease | FF&E | 5/31/2025 |
| 28 | EC Mesa, LLC | Jo-Ann Stores LLC | 1305 | 6136 E Main St, Mesa, 85205, AZ | Lease | FF&E | 5/31/2025 |
| 29 | Edwardsville Mall, LP | Jo-Ann Stores LLC | 507 | 150 W Side Mall Ste 150, Edwardsville, 18704, PA | Lease | FF&E | 5/31/2025 |
| 30 | El Gato Grande Limited Partnership | Jo-Ann Stores LLC | 292 | 457 Dalton Ave, Pittsfield, 01201, MA | Lease | FF&E | 5/31/2025 |
| 31 | Emmes, LLC | Jo-Ann Stores LLC | 2117 | 2639 N. Elston Ave, Chicago, 60647, IL | Lease | FF&E | 5/31/2025 |
| 32 | Emser International, LLC | Jo-Ann Stores LLC | 2406 | 1250 S La Cienega Blvd, Los Angeles, 90035, CA | Lease | FF&E | 5/31/2025 |
| 33 | EREP Forest Hill I, LLC | Jo-Ann Stores LLC | 2536 | 3150 Village Shops Drive, Germantown, 38138, TN | Lease | FF&E | 5/31/2025 |
| 34 | Esplanade at Butler Plaza, LLC | Jo-Ann Stores LLC | 2391 | 3202 Sw 35Th Blvd, Gainesville, 32608, FL | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 35 | Ethan Christopher Arizona LLC | Jo-Ann Stores LLC | 2068 | 715 Us Highway 41, Schererville, 46375, IN | Lease | FF&E | 5/31/2025 |
| 36 | Evansville Associates, LP | Jo-Ann Stores LLC | 2128 | 929 N Green River Rd, Evansville, 47715, IN | Lease | FF&E | 5/31/2025 |
| 37 | FB Festival Center, LLC | Jo-Ann Stores LLC | 1947 | 2747 Festival Ln, Dublin, 43017, OH | Lease | FF&E | 5/31/2025 |
| 38 | Federal Realty Investment Trust | Jo-Ann Stores LLC | 551 | 3371 Brunswick Ave, Lawrenceville, 08648, NJ | Lease | FF&E | 5/31/2025 |
| 39 | Festival at Hamilton, LLC | Jo-Ann Stores LLC | 545 | 3926 Festival At Hamilton, Mays Landing, 08330, NJ | Lease | FF&E | 5/31/2025 |
| 40 | Festival Properties, Inc. | Jo-Ann Stores LLC | 1595 | 2400 W International Spdwy Blvd, Daytona Beach, 32114, FL | Lease | FF&E | 5/31/2025 |
| 41 | First and Main North, LLC | Jo-Ann Stores LLC | 2062 | 3795 Bloomington St, Colorado Springs, 80922, CO | Lease | FF&E | 5/31/2025 |
| 42 | Fisher Real Estate Partners (Lakewood), LP | Jo-Ann Stores LLC | 1873 | 5255 Lakewood Blvd, Lakewood, 90712, CA | Lease | FF&E | 5/31/2025 |
| 43 | Fletcher Hills Town & Country | Jo-Ann Stores LLC | 1011 | 2756 Fletcher Pkwy, El Cajon, 92020, CA | Lease | FF&E | 5/31/2025 |
| 44 | FOF 1073 LLC | Jo-Ann Stores LLC | 2161 | 1073 Broadway, Saugus, 01906, MA | Lease | FF&E | 5/31/2025 |
| 45 | Foothill-Pacific Towne Centre | Jo-Ann Stores LLC | 2526 | 26742 Portola Parkway, Foothill Ranch, 92610, CA | Lease | FF&E | 5/31/2025 |
| 46 | Four J, L.L.C. | Jo-Ann Stores LLC | 329 | 49 Topsham Fair Mall Rd Ste 17, Topsham, 04086, ME | Lease | FF&E | 5/31/2025 |
| 47 | Frederick County Square Improvements, LLC | Jo-Ann Stores LLC | 1951 | 1003-C West Patrick St., Frederick, 21702, MD | Lease | FF&E | 5/31/2025 |
| 48 | Free Range Ashbridge, LLC | Jo-Ann Stores LLC | 2078 | 931 E Lancaster Ave, Downingtown, 19335, PA | Lease | FF&E | 5/31/2025 |
| 49 | FREEWAY ASSOCIATES, LLC | Jo-Ann Stores LLC | 2239 | 834-A Dawsonville Highway, Gainesville, 30501, GA | Lease | FF&E | 5/31/2025 |
| 50 | Freshwater MZL LLC | Jo-Ann Stores LLC | 2266 | 136 Elm Street, Suite A, Enfield, 06082, CT | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Frontier Mall Associates Limited Partnership | Jo-Ann Stores LLC | 2223 | 1400 Del Range Blvd, Cheyenne, 82009, WY | Lease | FF&E | 5/31/2025 |
| 52 | FW CA-Point Loma Plaza, LLC | Jo-Ann Stores LLC | 1845 | 3633 Midway Dr, San Diego, 92110, CA | Lease | FF&E | 5/31/2025 |
| 53 | FW CO-Arapahoe Village, LLC | Jo-Ann Stores LLC | 1674 | 2440 Arapahoe Ave, Boulder, 80302, CO | Lease | FF&E | 5/31/2025 |
| 54 | G&I IX Primrose Marketplace LLC | Jo-Ann Stores LLC | 1649 | 3370 S Glenstone Ave, Springfield, 65804, MO | Lease | FF&E | 5/31/2025 |
| 55 | G&I IX Centerpoint LLC | Jo-Ann Stores LLC | 2163 | 3665 28Th St Se, Grand Rapids, 49512, MI | Lease | FF&E | 5/31/2025 |
| 56 | Gallatin Mall Group, LLC | Jo-Ann Stores LLC | 1695 | 2825 W Main St Unit S, Bozeman, 59718, MT | Lease | FF&E | 5/31/2025 |
| 57 | Garden State Pavilions Center, L.L.C. | Jo-Ann Stores LLC | 2355 | 2234 W Marlton Pike Rd Plot E3, Cherry Hill, 08002, NJ | Lease | FF&E | 5/31/2025 |
| 58 | Gavora, Inc. | Jo-Ann Stores LLC | 2114 | 250 3Rd St Ste1, Fairbanks, 99701, AK | Lease | FF&E | 5/31/2025 |
| 59 | GC Ambassador Row, LLC | Jo-Ann Stores LLC | 2256 | 3559 Ambassador Caffery Parkway, Lafayette, 70503, LA | Lease | FF&E | 5/31/2025 |
| 60 | GFS Realty Inc. | Jo-Ann Stores LLC | 106 | 2A Bureau Dr, Gaithersburg, 20878, MD | Lease | FF&E | 5/31/2025 |
| 61 | Giacomini Trusts | Jo-Ann Stores LLC | 1763 | 425 Rohnert Park Expy W, Rohnert Park, 94928, CA | Lease | FF&E | 5/31/2025 |
| 62 | GLL Selection II Florida, L.P. | Jo-Ann Stores LLC | 2077 | 6424 Naples Blvd Suite 501, Naples, 34109, FL | Lease | FF&E | 5/31/2025 |
| 63 | GLP Flint, LLC | Jo-Ann Stores LLC | 2017 | G3603 Miller Rd, Flint, 48507, MI | Lease | FF&E | 5/31/2025 |
| 64 | Gorge Leasing Company | Jo-Ann Stores LLC | 870 | 4069 Nw Logan Rd, Lincoln City, 97367, OR | Lease | FF&E | 5/31/2025 |
| 65 | Governor's Square Company IB | Jo-Ann Stores LLC | 2479 | 2831 Wilma Rudolph, Clarksville, 37040, TN | Lease | FF&E | 5/31/2025 |
| 66 | Grand Forks Limited Partnership | Jo-Ann Stores LLC | 653 | 2781 32Nd Ave S, Grand Forks, 58201, ND | Lease | FF&E | 5/31/2025 |
| 67 | Granite Village West, LP | Jo-Ann Stores LLC | 2527 | 2981 West Florida Avenue (Unit G1), Hemet, 92545, CA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract¹ | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 68 | Grants Pass Venture, LLC | Jo-Ann Stores LLC | 2311 | 1090 Northeast E Street, Grants Pass, 97526, OR | Lease | FF&E | 5/31/2025 |
| 69 | Greenfield, L.P. | Jo-Ann Stores LLC | 2046 | 4950 South 74Th St, Greenfield, 53220, WI | Lease | FF&E | 5/31/2025 |
| 70 | GSD Pradsavi Colonial Commons, LLC | Jo-Ann Stores LLC | 2160 | 5084 Jonestown Rd, Harrisburg, 17112, PA | Lease | FF&E | 5/31/2025 |
| 71 | Gulsons Retail, LLC | Jo-Ann Stores LLC | 2554 | 10174 SE 82nd Avenue, Clackamas, 97086, OR | Lease | FF&E | 5/31/2025 |
| 72 | Gumberg Associates - Cranberry Mall | Jo-Ann Stores LLC | 2050 | 20111 Rt 19, Cranberry Twp, 16066, PA | Lease | FF&E | 5/31/2025 |
| 73 | Gumberg Associates - Springfield Square | Jo-Ann Stores LLC | 975 | 594 N Lexington Springmill Rd, Mansfield, 44906, OH | Lease | FF&E | 5/31/2025 |
| 74 | [Left Intentionally Blank] | | | | | | |
| 75 | Harrison Street Investors, LLC | Jo-Ann Stores LLC | 1404 | 965 S Gilbert Rd, Mesa, 85204, AZ | Lease | FF&E | 5/31/2025 |
| 76 | Hawkins-Smith | Jo-Ann Stores LLC | 2162 | 1085 N. Milwaukee St, Boise, 83704, ID | Lease | FF&E | 5/31/2025 |
| 77 | Hays Partners II, LLC | Jo-Ann Stores LLC | 2460 | 6930 W. Kellogg Drive, Wichita, 67209, KS | Lease | FF&E | 5/31/2025 |
| 78 | HH Golden Gate LLC | Jo-Ann Stores LLC | 2272 | 1533 Golden Gate Plaza, Suite #153, Mayfield Heights, 44124, OH | Lease | FF&E | 5/31/2025 |
| 79 | Hickman Properties II | Jo-Ann Stores LLC | 523 | 1216 N Memorial Dr, Lancaster, 43130, OH | Lease | FF&E | 5/31/2025 |
| 80 | HK New Plan ERP Property Holdings, LLC | Jo-Ann Stores LLC | 2532 | 4024 Elkhart Road #25, Goshen, 46526, IN | Lease | FF&E | 5/31/2025 |
| 81 | Holobeam, Inc. | Jo-Ann Stores LLC | 2217 | 30 A & S Drive, Paramus, 07652, NJ | Lease | FF&E | 5/31/2025 |
| 82 | Horizon Commons, LLC | Jo-Ann Stores LLC | 511 | 1092 Millwood Pike, Winchester, 22602, VA | Lease | FF&E | 5/31/2025 |
| 83 | Houston Lakes Retail Center, LLC | Jo-Ann Stores LLC | 2261 | 87 Spiral Drive, Florence, 41042, KY | Lease | FF&E | 5/31/2025 |
| 84 | HPC-KCB Monterey Marketplace, LLC | Jo-Ann Stores LLC | 2142 | 72765 Dinah Shore Dr, Rancho Mirage, 92270, CA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 85 | HUDSON RETAIL LLC, FAIRVIEW HUDSON LLC | Jo-Ann Stores LLC | 2356 | 160 Fairview Avenue Suite # 83, Hudson, 12534, NY | Lease | FF&E | 5/31/2025 |
| 86 | Hyrosen Properties, Inc. | Jo-Ann Stores LLC | 2096 | 1625 W Lugonia Avenue, Redlands, 92374, CA | Lease | FF&E | 5/31/2025 |
| 87 | ICA BFC Venture, LLC | Jo-Ann Stores LLC | 2079 | 16800 W Bluemound Road, Brookfield, 53005, WI | Lease | FF&E | 5/31/2025 |
| 88 | Indian Hills Plaza, LLC | Jo-Ann Stores LLC | 1869 | 4208 E. Bluegrass Rd Ste A, Mount Pleasant, 48858, MI | Lease | FF&E | 5/31/2025 |
| 89 | Ing, Ing and Foon, LLP | Jo-Ann Stores LLC | 794 | 1029 Bethel Ave, Port Orchard, 98366, WA | Lease | FF&E | 5/31/2025 |
| 90 | Isaac Property & Holdings, LLC | Jo-Ann Stores LLC | 2377 | 5420 Beckley Road, Suite M, Battle Creek, 49015, MI | Lease | FF&E | 5/31/2025 |
| 91 | Jackson Properties, L.L.C. | Jo-Ann Stores LLC | 2122 | 1099 N Wisner St, Jackson, 49202, MI | Lease | FF&E | 5/31/2025 |
| 92 | JBL Savannah Centre NM-Timberstone, LLC | Jo-Ann Stores LLC | 1021 | 7400 Abercorn St, Savannah, 31406, GA | Lease | FF&E | 5/31/2025 |
| 93 | JID-HOV Elk Grove, LLC | Jo-Ann Stores LLC | 2033 | 8509 Bond Road, Elk Grove, 95624, CA | Lease | FF&E | 5/31/2025 |
| 94 | Joule Park West Owner, LLC | Jo-Ann Stores LLC | 2474 | 10916-B Trinity Parkway, Stockton, 95219, CA | Lease | FF&E | 5/31/2025 |
| 95 | Jumbo Property Group LLC | Jo-Ann Stores LLC | 2042 | 7255 East Broadway Blvd, Tucson, 85710, AZ | Lease | FF&E | 5/31/2025 |
| 96 | Keizer Enterprises, LLC | Jo-Ann Stores LLC | 2216 | 932 Nw Circle Blvd, Corvallis, 97330, OR | Lease | FF&E | 5/31/2025 |
| 97 | Khalik Investments 2 LLC | Jo-Ann Stores LLC | 2305 | 2088 Gallatin Pike North, Madison, 37115, TN | Lease | FF&E | 5/31/2025 |
| 98 | Kimco Riverview, LLC | Jo-Ann Stores LLC | 2137 | 825 N Dobson Road, Mesa, 85201, AZ | Lease | FF&E | 5/31/2025 |
| 99 | Kimco Westlake L.P. | Jo-Ann Stores LLC | 2533 | 423 Westlake Center (Second Level), Daly City, 94015, CA | Lease | FF&E | 5/31/2025 |
| 100 | King Crossing, LLC | Jo-Ann Stores LLC | 2315 | 2833 King Avenue West, Billings, 59102, MT | Lease | FF&E | 5/31/2025 |