# Exhibit 1

## Rejected Contracts

# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | KIR Cary Limited Partnership | Jo-Ann Stores LLC | 1074 | 2420 Walnut St, Cary, 27518, NC | Lease | FF&E | 5/31/2025 |
| 2 | KIR Covina, L.P. | Jo-Ann Stores LLC | 2449 | 1460 North Azusa Avenue, Covina, 91722, CA | Lease | FF&E | 5/31/2025 |
| 3 | KIR Federal Way 035, LLC | Jo-Ann Stores LLC | 1944 | 31523 Pacific Hwy S, Federal Way, 98003, WA | Lease | FF&E | 5/31/2025 |
| 4 | KIR Maple Grove L.P. | Jo-Ann Stores LLC | 1935 | 12550 Elm Creek Blvd N, Maple Grove, 55369, MN | Lease | FF&E | 5/31/2025 |
| 5 | KIR Soncy L.P. | Jo-Ann Stores LLC | 1001 | 3220 S Soncy Rd, Amarillo, 79124, TX | Lease | FF&E | 5/31/2025 |
| 6 | KIR Tampa 003, LLC | Jo-Ann Stores LLC | 1958 | 12635 Citrus Plaza Dr, Tampa, 33625, FL | Lease | FF&E | 5/31/2025 |
| 7 | Kissimmee West Florida, LP | Jo-Ann Stores LLC | 2058 | 4801 W Irlo Bronson Memorial Hwy, Kissimmee, 34746, FL | Lease | FF&E | 5/31/2025 |
| 8 | Kite Realty Group, L.P. | Jo-Ann Stores LLC | 1920 | 40462 Winchester Rd, Temecula, 92591, CA | Lease | FF&E | 5/31/2025 |
| 9 | Kraus-Anderson, Inc. | Jo-Ann Stores LLC | 2478 | 1220 Crossing Meadows, Onalaska, 54650, WI | Lease | FF&E | 5/31/2025 |
| 10 | KRG Bel Air Square, LLC | Jo-Ann Stores LLC | 1912 | 615 Bel Air Rd Ste F, Bel Air, 21014, MD | Lease | FF&E | 5/31/2025 |
| 11 | KRG Cool Springs, LLC | Jo-Ann Stores LLC | 1905 | 2000 Mallory Ln Ste 270, Franklin, 37067, TN | Lease | FF&E | 5/31/2025 |
| 12 | KRG Market Street Village, LP | Jo-Ann Stores LLC | 2083 | 1439 W Pipeline Rd, Hurst, 76053, TX | Lease | FF&E | 5/31/2025 |
| 13 | KRG Sugar Land Colony, LLC | Jo-Ann Stores LLC | 2206 | 16626 Southwest Freeway, Sugar Land, 77479, TX | Lease | FF&E | 5/31/2025 |
| 14 | L. Brent Dahle | Jo-Ann Stores LLC | 1752 | 190 S Main St, Logan, 84321, UT | Lease | FF&E | 5/31/2025 |
| 15 | L.H.W.O.P., L.L.C. | Jo-Ann Stores LLC | 2556 | 9999 University Avenue, Clive, 50325, IA | Lease | FF&E | 5/31/2025 |
| 16 | La Habra Westridge Partners, L.P. | Jo-Ann Stores LLC | 2583 | 1310 S Beach Blvd, La Habra, 90631, CA | Lease | FF&E | 5/31/2025 |

1 The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | Lake View Plaza Owner, LLC | Jo-Ann Stores LLC | 2103 | 15752 S. La Grange Rd, Orland Park, 60462, IL | Lease | FF&E | 5/31/2025 |
| 18 | LBD Properties LLC | Jo-Ann Stores LLC | 2509 | 1676 Sycamore Street, Iowa City, 52240, IA | Lease | FF&E | 5/31/2025 |
| 19 | Lebanon Pad, LP | Jo-Ann Stores LLC | 2357 | 11000 Roosevelt Blvd, Philadelphia, 19116, PA | Lease | FF&E | 5/31/2025 |
| 20 | Ledo International Corp. Ltd. | Jo-Ann Stores LLC | 1915 | 924 W State Road 436 Ste 1450, Altamonte Springs, 32714, FL | Lease | FF&E | 5/31/2025 |
| 21 | Legend Hills Properties, LLC | Jo-Ann Stores LLC | 2334 | 1803 West 1800 North Suite G1, Clinton, 84015, UT | Lease | FF&E | 5/31/2025 |
| 22 | Legend Hills Properties, LLC | Jo-Ann Stores LLC | 2295 | 302 North Marketplace Dr, Centerville, 84014, UT | Lease | FF&E | 5/31/2025 |
| 23 | LEJ Properties, LLC | Jo-Ann Stores LLC | 2465 | 2391 County Line Road, Algonquin, 60102, IL | Lease | FF&E | 5/31/2025 |
| 24 | Lincoln Heights Center, LLC | Jo-Ann Stores LLC | 1701 | 2801 E 29Th Ave, Spokane, 99223, WA | Lease | FF&E | 5/31/2025 |
| 25 | Lindale Mall Realty Holding LLC | Jo-Ann Stores LLC | 2306 | 255 Collins Road Ne, Cedar Rapids, 52402, IA | Lease | FF&E | 5/31/2025 |
| 26 | LRG Santiam Albany, LLC | Jo-Ann Stores LLC | 792 | 2248 Santiam Hwy Se, Albany, 97322, OR | Lease | FF&E | 5/31/2025 |
| 27 | LTC Retail, LLC | Jo-Ann Stores LLC | 2393 | 449 Nw 2Nd St, Lawton, 73501, OK | Lease | FF&E | 5/31/2025 |
| 28 | Lynnwood Tower, LLC | Jo-Ann Stores LLC | 2081 | 5824 196Th Street Sw, Lynnwood, 98036, WA | Lease | FF&E | 5/31/2025 |
| 29 | Madison Place, LLC | Jo-Ann Stores LLC | 690 | 32065 John R Rd, Madison Heights, 48071, MI | Lease | FF&E | 5/31/2025 |
| 30 | Madison Victory Group, LLC | Jo-Ann Stores LLC | 2191 | 1400 Madison Avenue Suite #500, Mankato, 56001, MN | Lease | FF&E | 5/31/2025 |
| 31 | Makabe & Makabe, LLC | Jo-Ann Stores LLC | 2025 | 2500 66Th St N, Saint Petersburg, 33710, FL | Lease | FF&E | 5/31/2025 |
| 32 | Mancini Properties, Inc. | Jo-Ann Stores LLC | 2107 | 4978 South 1050 West, Riverdale, 84405, UT | Lease | FF&E | 5/31/2025 |
| 33 | Mann Enterprises Inc. | Jo-Ann Stores LLC | 2568 | 27871 La Paz Rd, Laguna Niguel, 92677, CA | Lease | FF&E | 5/31/2025 |
| 34 | Manor Development Co. | Jo-Ann Stores LLC | 154 | 3620 Industrial Dr, Santa Rosa, 95403, CA | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 35 | MAP BELTON, LLC | Jo-Ann Stores LLC | 2257 | 1153 E. North Avenue, Belton, 64012, MO | Lease | FF&E | 5/31/2025 |
| 36 | Market Point I, LLC | Jo-Ann Stores LLC | 1872 | 15110 E. Indiana Ave, Spokane Valley, 99216, WA | Lease | FF&E | 5/31/2025 |
| 37 | Marketplace at Vernon Hills, LLC | Jo-Ann Stores LLC | 2057 | 413 N Milwaukee Ave Unit 500, Vernon Hills, 60061, IL | Lease | FF&E | 5/31/2025 |
| 38 | MAVERICK BOX V, LLC | Jo-Ann Stores LLC | 2193 | 3665 North Rock Road, Wichita, 67226, KS | Lease | FF&E | 5/31/2025 |
| 39 | MCD-RC CA-EL CERRITO, LLC | Jo-Ann Stores LLC | 2150 | 300 El Cerrito Plz, El Cerrito, 94530, CA | Lease | FF&E | 5/31/2025 |
| 40 | McGrath-RHD Partners LP | Jo-Ann Stores LLC | 1809 | 2351 N Rose Ave, Oxnard, 93036, CA | Lease | FF&E | 5/31/2025 |
| 41 | McKay Commercial Properties, LLC | Jo-Ann Stores LLC | 1591 | 2255 Sw 4Th Ave, Ontario, 97914, OR | Lease | FF&E | 5/31/2025 |
| 42 | MDM Equity-2012 LLC | Jo-Ann Stores LLC | 2249 | 1205 Se 16Th Court, Suite 200, Ankeny, 50021, IA | Lease | FF&E | 5/31/2025 |
| 43 | MDR Dover LP | Jo-Ann Stores LLC | 630 | 283 N Dupont Hwy Ste F, Dover, 19901, DE | Lease | FF&E | 5/31/2025 |
| 44 | Medina Grande Shops, LLC | Jo-Ann Stores LLC | 1592 | 5005 Grande Blvd, Medina, 44256, OH | Lease | FF&E | 5/31/2025 |
| 45 | Meyerland Retail Associates, LLC | Jo-Ann Stores LLC | 2561 | 290 Meyerland Plaza, Houston, 77096, TX | Lease | FF&E | 5/31/2025 |
| 46 | MFN Equities, LLC | Jo-Ann Stores LLC | 2264 | 4154 State Route 31, Clay, 13041, NY | Lease | FF&E | 5/31/2025 |
| 47 | MGP XII Sunrise Village, LLC | Jo-Ann Stores LLC | 2542 | 5489 Sunrise Blvd, Citrus Heights, 95610, CA | Lease | FF&E | 5/31/2025 |
| 48 | Midtown Commons Shopping Center | Jo-Ann Stores LLC | 2228 | 2701 S. College Ave. Unit 160, Fort Collins, 80525, CO | Lease | FF&E | 5/31/2025 |
| 49 | Midway Market Square Elyria LLC | Jo-Ann Stores LLC | 2410 | 380 Market Drive, Elyria, 44035, OH | Lease | FF&E | 5/31/2025 |
| 50 | Midway Shopping Center, L.P. | Jo-Ann Stores LLC | 2241 | 965 Central Park Ave, Scarsdale, 10583, NY | Lease | FF&E | 5/31/2025 |
| 51 | Midwest Centers, L.P. | Jo-Ann Stores LLC | 1650 | 632 Lincoln Way, Ames, 50010, IA | Lease | FF&E | 5/31/2025 |
| 52 | Mighty Mites Elk River | Jo-Ann Stores LLC | 2263 | 19154 Freeport Street Nw, Elk River, 55330, MN | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 53 | Milan Real Estate Investments, LLC | Jo-Ann Stores LLC | 1464 | 2227 S El Camino Real Ste C, Oceanside, 92054, CA | Lease | FF&E | 5/31/2025 |
| 54 | Millbrae Square Company | Jo-Ann Stores LLC | 2203 | 1010 East Bidwell Street, Folsom, 95630, CA | Lease | FF&E | 5/31/2025 |
| 55 | Minot Town & Country Investors, LLP | Jo-Ann Stores LLC | 172 | 1015 S Broadway, Minot, 58701, ND | Lease | FF&E | 5/31/2025 |
| 56 | Monroe Crossing Owner, LLC | Jo-Ann Stores LLC | 2426 | 2115 W. Roosevelt Blvd, Suite 111, Monroe, 28110, NC | Lease | FF&E | 5/31/2025 |
| 57 | Montgomery Commons Associates | Jo-Ann Stores LLC | 1626 | 1200 Welsh Rd, North Wales, 19454, PA | Lease | FF&E | 5/31/2025 |
| 58 | Montgomery Realty Group, LLC | Jo-Ann Stores LLC | 2133 | 1675 B Willow Pass Road, Concord, 94520, CA | Lease | FF&E | 5/31/2025 |
| 59 | Mount Vernon Plaza Associates, LLC | Jo-Ann Stores LLC | 2199 | 510 East College Way, Mount Vernon, 98273, WA | Lease | FF&E | 5/31/2025 |
| 60 | MP Northglenn Investors LLC | Jo-Ann Stores LLC | 1858 | 341 W 104Th Ave # 3, Northglenn, 80234, CO | Lease | FF&E | 5/31/2025 |
| 61 | MPG Huntsville Plaza LLC | Jo-Ann Stores LLC | 2184 | 5900 B University Drive, Huntsville, 35806, AL | Lease | FF&E | 5/31/2025 |
| 62 | MROF I - Nampa, LLC | Jo-Ann Stores LLC | 1683 | 1509 Caldwell Blvd, Nampa, 83651, ID | Lease | FF&E | 5/31/2025 |
| 63 | Murray-Bart Associates | Jo-Ann Stores LLC | 2051 | 3700 William Penn Highway, Monroeville, 15146, PA | Lease | FF&E | 5/31/2025 |
| 64 | NADG NNN JFAB (BLO-IL) LP | Jo-Ann Stores LLC | 2552 | 1719 E Empire Street, Bloomington, 61704, IL | Lease | FF&E | 5/31/2025 |
| 65 | NADG/SG Riverdale Village LP | Jo-Ann Stores LLC | 1941 | 12779 Riverdale Blvd Nw, Coon Rapids, 55448, MN | Lease | FF&E | 5/31/2025 |
| 66 | NADG/TRC Lakepointe LP | Jo-Ann Stores LLC | 2560 | 715 Hebron Parkway, Lewisville, 75057, TX | Lease | FF&E | 5/31/2025 |
| 67 | Naper West LLC | Jo-Ann Stores LLC | 2024 | 526 S State Route 59, Naperville, 60540, IL | Lease | FF&E | 5/31/2025 |
| 68 | Nattan, LLC | Jo-Ann Stores LLC | 1926 | 11401 Metcalf Ave, Overland Park, 66210, KS | Lease | FF&E | 5/31/2025 |
| 69 | New Hartford Shopping Center Trust | Jo-Ann Stores LLC | 1604 | 120 Genesee St, New Hartford, 13413, NY | Lease | FF&E | 5/31/2025 |
| 70 | New Towne Center Ownwer LLC | Jo-Ann Stores LLC | 539 | 44740 Ford Rd, Canton, 48187, MI | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 71 | Niki Auburn Mile, LP | Jo-Ann Stores LLC | 1962 | 600 Brown Rd, Auburn Hills, 48326, MI | Lease | FF&E | 5/31/2025 |
| 72 | NNN REIT, LP | Jo-Ann Stores LLC | 2178 | 5610 Suemandy Rd, St Peters, 63376, MO | Lease | FF&E | 5/31/2025 |
| 73 | NNN REIT, LP | Jo-Ann Stores LLC | 1032 | 5625 S Padre Island Dr # B, Corpus Christi, 78412, TX | Lease | FF&E | 5/31/2025 |
| 74 | [Left Intentionally Blank] | | | | | | |
| 75 | Nonnenmann Family LLC | Jo-Ann Stores LLC | 2476 | 3911 16Th Street, Moline, 61265, IL | Lease | FF&E | 5/31/2025 |
| 76 | NORBER TRUST | Jo-Ann Stores LLC | 615 | 45 E Germantown Pike, Norristown, 19401, PA | Lease | FF&E | 5/31/2025 |
| 77 | North Attleboro Marketplace II, LLC | Jo-Ann Stores LLC | 2129 | 1360 South Washington St Unit 3, North Attleboro, 02760, MA | Lease | FF&E | 5/31/2025 |
| 78 | North Geneva Commons LLC | Jo-Ann Stores LLC | 2065 | 714 Commons Drive, Geneva, 60134, IL | Lease | FF&E | 5/31/2025 |
| 79 | North Pointe Centre, LLP | Jo-Ann Stores LLC | 2347 | N78 W14531 Appleton Ave, Menomonee Falls, 53051, WI | Lease | FF&E | 5/31/2025 |
| 80 | North Valley Plaza, LLC | Jo-Ann Stores LLC | 1913 | 8195 W Bell Rd Ste M-3, Peoria, 85382, AZ | Lease | FF&E | 5/31/2025 |
| 81 | Northern Rose Hanover, L.P. | Jo-Ann Stores LLC | 403 | 1302 Washington St, Hanover, 02339, MA | Lease | FF&E | 5/31/2025 |
| 82 | Northgate Station, LP | Jo-Ann Stores LLC | 2173 | 3704 172Nd St Ne Ste F, Arlington, 98223, WA | Lease | FF&E | 5/31/2025 |
| 83 | Northpark Mall/Joplin, LLC | Jo-Ann Stores LLC | 2273 | 101 N Range Line Road, Suite 354, Joplin, 64801, MO | Lease | FF&E | 5/31/2025 |
| 84 | Northway Mall Properties Sub, LLC | Jo-Ann Stores LLC | 1929 | 1440 Central Ave Ste 2, Albany, 12205, NY | Lease | FF&E | 5/31/2025 |
| 85 | Novus-Crestwood Sams, LLC | Jo-Ann Stores LLC | 2156 | 10865 Lincoln Trl, Fairview Heights, 62208, IL | Lease | FF&E | 5/31/2025 |
| 86 | NW Plaza Muncie, LLC | Jo-Ann Stores LLC | 525 | 1625 W Mcgalliard Rd, Muncie, 47304, IN | Lease | FF&E | 5/31/2025 |
| 87 | Orchards Market Center LLC | Jo-Ann Stores LLC | 2102 | 11505 Ne Fourth Plain Blvd Ste 86, Vancouver, 98662, WA | Lease | FF&E | 5/31/2025 |
| 88 | Orem Family Center, LLC | Jo-Ann Stores LLC | 1756 | 172 E University Pkwy, Orem, 84058, UT | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 89 | OSJ of Seekonk, LLC | Jo-Ann Stores LLC | 2565 | 85 Highland Avenue, Seekonk, 2771, MA | Lease | FF&E | 5/31/2025 |
| 90 | OXFORD VALLEY ROAD ASSOCIATES | Jo-Ann Stores LLC | 2092 | 320 Commerce Blvd, Fairless Hills, 19030, PA | Lease | FF&E | 5/31/2025 |
| 91 | Pacific Realty Associates, L.P. | Jo-Ann Stores LLC | 2101 | 7270 Ne Butler St, Hillsboro, 97124, OR | Lease | FF&E | 5/31/2025 |
| 92 | Palani Properties, LLC | Jo-Ann Stores LLC | 2159 | 9685 Jefferson Davis Hwy, Fredericksburg, 22407, VA | Lease | FF&E | 5/31/2025 |
| 93 | Palouse Mall LLC | Jo-Ann Stores LLC | 2469 | 1854 W. Pullman Road, Moscow, 83843, ID | Lease | FF&E | 5/31/2025 |
| 94 | Panos Properties, LLC | Jo-Ann Stores LLC | 805 | 15236 Aurora Ave N, Shoreline, 98133, WA | Lease | FF&E | 5/31/2025 |
| 95 | PAPF Roseburg, LLC | Jo-Ann Stores LLC | 2461 | 1438 Nw Garden Valley Blvd, Roseburg, 97471, OR | Lease | FF&E | 5/31/2025 |
| 96 | Park Associates | Jo-Ann Stores LLC | 2053 | 1800 Park Manor Blvd Unit 5, Pittsburgh, 15205, PA | Lease | FF&E | 5/31/2025 |
| 97 | Parkview Plaza Associates I L.L.C. | Jo-Ann Stores LLC | 181 | 838 Plaza Blvd, Lancaster, 17601, PA | Lease | FF&E | 5/31/2025 |
| 98 | Parkway VF LLC | Jo-Ann Stores LLC | 2070 | 11215 West 63Rd Street, Shawnee, 66203, KS | Lease | FF&E | 5/31/2025 |
| 99 | Pavilions North Shopping Center 18, LLC | Jo-Ann Stores LLC | 2157 | 25 Ne Loop 410 Ste 114, San Antonio, 78216, TX | Lease | FF&E | 5/31/2025 |
| 100 | Peckham Square, LLC | Jo-Ann Stores LLC | 1774 | 3750 Kietzke Ln, Reno, 89502, NV | Lease | FF&E | 5/31/2025 |