# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Penny Racine, LLC | Jo-Ann Stores LLC | 2468 | 2629 S. Green Bay Road, Racine, 53406, WI | Lease | FF&E | 5/31/2025 |
| 2 | PH 706-750 N Cassaloma Dr LLC | Jo-Ann Stores LLC | 2149 | 720 N Casaloma Drive, Appleton, 54913, WI | Lease | FF&E | 5/31/2025 |
| 3 | PITT REALTY LLC | Jo-Ann Stores LLC | 2447 | 133 Pittsburgh Mills Circle, Tarentum, 15084, PA | Lease | FF&E | 5/31/2025 |
| 4 | PK I Gresham Town Fair LLC | Jo-Ann Stores LLC | 2582 | 604 NW Eastman Pkwy, Gresham, 97030, OR | Lease | FF&E | 5/31/2025 |
| 5 | PK I Silverdale Shopping Center LLC | Jo-Ann Stores LLC | 2007 | 2886 Nw Bucklin Hill Rd, Silverdale, 98383, WA | Lease | FF&E | 5/31/2025 |
| 6 | Plaza 20, Inc. | Jo-Ann Stores LLC | 2540 | 2600 Dodge Street (Suite A-1), Dubuque, 52003, IA | Lease | FF&E | 5/31/2025 |
| 7 | Plaza 41, LLC | Jo-Ann Stores LLC | 516 | 2725 West 41St Street, Sioux Falls, 57105, SD | Lease | FF&E | 5/31/2025 |
| 8 | Plaza at Buckland Hills, LLC | Jo-Ann Stores LLC | 1924 | 1440 Pleasant Valley Rd, Manchester, 06042, CT | Lease | FF&E | 5/31/2025 |
| 9 | Plaza at Countryside, LLC | Jo-Ann Stores LLC | 1589 | 20 Countryside Plaza, Countryside, 60525, IL | Lease | FF&E | 5/31/2025 |
| 10 | Plaza Enterprises | Jo-Ann Stores LLC | 1607 | 117 Salem Tpke, Norwich, 06360, CT | Lease | FF&E | 5/31/2025 |
| 11 | Polaris Towne Center SC, LLC | Jo-Ann Stores LLC | 1928 | 1265 Polaris Pkwy, Columbus, 43240, OH | Lease | FF&E | 5/31/2025 |
| 12 | Poway Investment Company | Jo-Ann Stores LLC | 1843 | 12313 Poway Rd, Poway, 92064, CA | Lease | FF&E | 5/31/2025 |
| 13 | Pride Center Co., LLC | Jo-Ann Stores LLC | 2374 | 22914 W Victory Blvd, Woodland Hills, 91367, CA | Lease | FF&E | 5/31/2025 |
| 14 | PRTC, LP | Jo-Ann Stores LLC | 1954 | 19819 Rinaldi St, Northridge, 91326, CA | Lease | FF&E | 5/31/2025 |
| 15 | PSC Medford, LLC | Jo-Ann Stores LLC | 1739 | 2350 Poplar Dr, Medford, 97504, OR | Lease | FF&E | 5/31/2025 |
| 16 | PTC TX HOLDINGS, LLC | Jo-Ann Stores LLC | 2464 | 500 N. Jackson Rd, Pharr, 78577, TX | Lease | FF&E | 5/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 17 | QBW Investments LLC | Jo-Ann Stores LLC | 2397 | 732 Sw 6Th Street, Redmond, 97756, OR | Lease | FF&E | 5/31/2025 |
| 18 | Quakertown Holding Corporation | Jo-Ann Stores LLC | 1588 | 1465 W Broad St Ste 20, Quakertown, 18951, PA | Lease | FF&E | 5/31/2025 |
| 19 | Queensbury Plaza I, LLC | Jo-Ann Stores LLC | 206 | 756 Upper Glen St Ste 15, Queensbury, 12804, NY | Lease | FF&E | 5/31/2025 |
| 20 | R/M Vacaville, LTD, L.P. | Jo-Ann Stores LLC | 850 | 2051 Harbison Dr, Vacaville, 95687, CA | Lease | FF&E | 5/31/2025 |
| 21 | Rancho Dowlen, LLC | Jo-Ann Stores LLC | 1102 | 4035 N Dowlen Road, Beaumont, 77706, TX | Lease | FF&E | 5/31/2025 |
| 22 | Rawson, Blum & Leon | Jo-Ann Stores LLC | 1859 | 1260 Gail Gardner Way, Prescott, 86305, AZ | Lease | FF&E | 5/31/2025 |
| 23 | Raynham Station LLC | Jo-Ann Stores LLC | 477 | 300 New State Hwy, Raynham, 02767, MA | Lease | FF&E | 5/31/2025 |
| 24 | RB Merchants LLC, YBF Merchants LLC and | Jo-Ann Stores LLC | 173 | 15201 N Cleveland Ave Ste 400, Fort Myers, 33903, FL | Lease | FF&E | 5/31/2025 |
| 25 | RCG-Rockwell, LLC | Jo-Ann Stores LLC | 2267 | 8345 N. Rockwell Avenue, Oklahoma City, 73132, OK | Lease | FF&E | 5/31/2025 |
| 26 | Realty Income Properties 31, LLC | Jo-Ann Stores LLC | 2555 | 1800 M-139 Unit A, Benton Harbor, 49022, MI | Lease | FF&E | 5/31/2025 |
| 27 | Red Queen, LLC | Jo-Ann Stores LLC | 2168 | 61284 S Highway 97, Bend, 97702, OR | Lease | FF&E | 5/31/2025 |
| 28 | Redding MHP Estates, L.P. | Jo-Ann Stores LLC | 605 | 19765 Stevens Creek Blvd, Cupertino, 95014, CA | Lease | FF&E | 5/31/2025 |
| 29 | Regency Vernal, LLC | Jo-Ann Stores LLC | 2365 | 2089 West Hwy 40, Vernal, 84078, UT | Lease | FF&E | 5/31/2025 |
| 30 | Rhino Holdings Arden, LLC | Jo-Ann Stores LLC | 1568 | 3130 Arden Way, Sacramento, 95825, CA | Lease | FF&E | 5/31/2025 |
| 31 | Rhino Holdings Rockford, LLC | Jo-Ann Stores LLC | 2586 | 6360 E. State Street, Rockford, 61108, IL | Lease | FF&E | 5/31/2025 |
| 32 | Rhino Holdings Turlock, LLC | Jo-Ann Stores LLC | 2420 | 2717 Countryside Drive, Turlock, 95380, CA | Lease | FF&E | 5/31/2025 |
| 33 | Richmond Road Plaza LLC and LVP Center, LLC | Jo-Ann Stores LLC | 2181 | 4530 Eastgate Blvd., Cincinnati, 45245, OH | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 34 | Richmond Station, LLC | Jo-Ann Stores LLC | 2143 | 3435 Wrightsboro Road, Augusta, 30909, GA | Lease | FF&E | 5/31/2025 |
| 35 | Riverchase CC, LP | Jo-Ann Stores LLC | 2169 | 1709 Montgomery Hwy S, Hoover, 35244, AL | Lease | FF&E | 5/31/2025 |
| 36 | Riverdale Crossing, LLC | Jo-Ann Stores LLC | 2383 | 48 Route 23, Riverdale, 07457, NJ | Lease | FF&E | 5/31/2025 |
| 37 | Riverside Woodman Partners | Jo-Ann Stores LLC | 2546 | 13730 Riverside Drive, Sherman Oaks, 91423, CA | Lease | FF&E | 5/31/2025 |
| 38 | Riverson, LLC | Jo-Ann Stores LLC | 2186 | 2303 Miracle Mile Road, Bullhead City, 86442, AZ | Lease | FF&E | 5/31/2025 |
| 39 | Riverwood Ruskin, LLC, KCT, LLC & JGD of Tampa LLC | Jo-Ann Stores LLC | 902 | 1522 3RD St Sw, Winter Haven, 33880, FL | Lease | FF&E | 5/31/2025 |
| 40 | RMAF IA, LLC | Jo-Ann Stores LLC | 2189 | 7177 Amador Plaza Road, Dublin, 94568, CA | Lease | FF&E | 5/31/2025 |
| 41 | R-Montana Associates, Limited Partnership | Jo-Ann Stores LLC | 791 | 1900 Brooks St, Missoula, 59801, MT | Lease | FF&E | 5/31/2025 |
| 42 | Rochester Crossing, LLC | Jo-Ann Stores LLC | 2301 | 160 Washington St Ste 606, Rochester, 03839, NH | Lease | FF&E | 5/31/2025 |
| 43 | ROF TA Kohler LLC | Jo-Ann Stores LLC | 2280 | 4079 Highway 28, Sheboygan Falls, 53085, WI | Lease | FF&E | 5/31/2025 |
| 44 | ROIC Fullerton Crossroads LLC | Jo-Ann Stores LLC | 2442 | 3300 Yorba Linda Boulevard, Fullerton, 92831, CA | Lease | FF&E | 5/31/2025 |
| 45 | Roxville Associates | Jo-Ann Stores LLC | 2341 | 281-28 Rt 10E, Succasunna, 07876, NJ | Lease | FF&E | 5/31/2025 |
| 46 | RPI Ridgmar Town Square, Ltd. | Jo-Ann Stores LLC | 2106 | 1400 Green Oaks Rd, Fort Worth, 76116, TX | Lease | FF&E | 5/31/2025 |
| 47 | RPT Realty L.P. | Jo-Ann Stores LLC | 2135 | 401 S Mount Juliet Rd Ste 640, Mount Juliet, 37122, TN | Lease | FF&E | 5/31/2025 |
| 48 | RPT West Oaks II LLC (Include Site No. 125360) | Jo-Ann Stores LLC | 1933 | 43570 W Oaks Dr # B-3, Novi, 48377, MI | Lease | FF&E | 5/31/2025 |
| 49 | RVA WEST BROAD LLC | Jo-Ann Stores LLC | 2222 | 7504 West Broad, Richmond, 23294, VA | Lease | FF&E | 5/31/2025 |
| 50 | Sagamore TOV LLC | Jo-Ann Stores LLC | 1149 | 311 Sagamore Pkwy N, Lafayette, 47904, IN | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 51 | Saginaw Center LLC | Jo-Ann Stores LLC | 1901 | 2920 Tittabawassee Rd, Saginaw, 48604, MI | Lease | FF&E | 5/31/2025 |
| 52 | Santa Susana GRF2, LLC | Jo-Ann Stores LLC | 1818 | 2242 Tapo St, Simi Valley, 93063, CA | Lease | FF&E | 5/31/2025 |
| 53 | SANTAN MP LP | Jo-Ann Stores LLC | 2075 | 2753 S. Market Street, Gilbert, 85295, AZ | Lease | FF&E | 5/31/2025 |
| 54 | SCT RIO HILL, LLC | Jo-Ann Stores LLC | 2255 | 1774 Rio Hill Center, Charlottesville, 22901, VA | Lease | FF&E | 5/31/2025 |
| 55 | SDD Inc. | Jo-Ann Stores LLC | 2409 | 1379 Hooper Avenue, Toms River, 08753, NJ | Lease | FF&E | 5/31/2025 |
| 56 | SDM Development Co., L.L.C. | Jo-Ann Stores LLC | 2274 | 3900 Alpine Ave. Nw Suite B, Comstock Park, 49321, MI | Lease | FF&E | 5/31/2025 |
| 57 | Sequoia Plaza Associates, L.P. | Jo-Ann Stores LLC | 2473 | 3930 S. Mooney Blvd, Visalia, 93277, CA | Lease | FF&E | 5/31/2025 |
| 58 | Seven Corners Center LLC | Jo-Ann Stores LLC | 102 | 6320 Seven Corners Ctr, Falls Church, 22044, VA | Lease | FF&E | 5/31/2025 |
| 59 | Shelby Town Center Phase I, LP | Jo-Ann Stores LLC | 1927 | 14367 Hall Rd, Shelby Township, 48315, MI | Lease | FF&E | 5/31/2025 |
| 60 | SHJR, LLC | Jo-Ann Stores LLC | 2529 | 5545 Philadelphia St, Chino, 91710, CA | Lease | FF&E | 5/31/2025 |
| 61 | Shopping Center Associates | Jo-Ann Stores LLC | 2090 | 1951 Joppa Road, Parkville, 21234, MD | Lease | FF&E | 5/31/2025 |
| 62 | Siegen Lane Properties LLC | Jo-Ann Stores LLC | 2269 | 10545 South Mall Drive, Baton Rouge, 70809, LA | Lease | FF&E | 5/31/2025 |
| 63 | Silas Creek Improvements, LLC | Jo-Ann Stores LLC | 2562 | 3208 Silas Creek Parkway, Winston-Salem, 27103, NC | Lease | FF&E | 5/31/2025 |
| 64 | Silver Lake Center, LLC | Jo-Ann Stores LLC | 2326 | 200 West Hanley Ave Suite 1101, Coeur D Alene, 83815, ID | Lease | FF&E | 5/31/2025 |
| 65 | Sky Midland Holdings, LLC | Jo-Ann Stores LLC | 294 | 1910 N Saginaw Rd, Midland, 48640, MI | Lease | FF&E | 5/31/2025 |
| 66 | SM Mesa Mall, LLC | Jo-Ann Stores LLC | 2238 | 2424 Highway 6 & 50, Space 0015, Grand Junction, 81505, CO | Lease | FF&E | 5/31/2025 |
| 67 | SMB Holdings, LLC | Jo-Ann Stores LLC | 1742 | 1842 Molalla Ave, Oregon City, 97045, OR | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 68 | Smith Land and Improvement Corporation | Jo-Ann Stores LLC | 1131 | 1200 Market St, Lemoyne, 17043, PA | Lease | FF&E | 5/31/2025 |
| 69 | South End Investors, LLC | Jo-Ann Stores LLC | 480 | 1109 Maryland Ave, Hagerstown, 21740, MD | Lease | FF&E | 5/31/2025 |
| 70 | South Peak Capital, LLC | Jo-Ann Stores LLC | 2510 | 2700 N. Pontiac Dr Ste 150, Janesville, 53545, WI | Lease | FF&E | 5/31/2025 |
| 71 | South Town Plaza Realty LLC | Jo-Ann Stores LLC | 1943 | 3333 W Henrietta Rd Ste 90, Rochester, 14623, NY | Lease | FF&E | 5/31/2025 |
| 72 | Southington/Route 10 Associates L.P | Jo-Ann Stores LLC | 2411 | 774 Queen St., Southington, 06489, CT | Lease | FF&E | 5/31/2025 |
| 73 | Southwest Commons 05 A, LLC | Jo-Ann Stores LLC | 1095 | 8601 W Cross Dr Unit Sm, Littleton, 80123, CO | Lease | FF&E | 5/31/2025 |
| 74 | [Left Intentionally Blank] | | | | | | |
| 75 | Spirit Master Funding IV, LLC | Jo-Ann Stores LLC | 1960 | 965 N Point Dr, Alpharetta, 30022, GA | Lease | FF&E | 5/31/2025 |
| 76 | Spirit SPE Loan Portfolio 2013-3, LLC | Jo-Ann Stores LLC | 1918 | 3810 Crackerneck Rd, Independence, 64055, MO | Lease | FF&E | 5/31/2025 |
| 77 | Square One Partners, LLC | Jo-Ann Stores LLC | 1669 | 2240 Wyoming Blvd Ne, Albuquerque, 87112, NM | Lease | FF&E | 5/31/2025 |
| 78 | Square One Partners, LLC | Jo-Ann Stores LLC | 2164 | 3563 Nw Federal Hwy, Jensen Beach, 34957, FL | Lease | FF&E | 5/31/2025 |
| 79 | SRL Crossings at Taylor LLC | Jo-Ann Stores LLC | 1948 | 23877 Eureka Rd, Taylor, 48180, MI | Lease | FF&E | 5/31/2025 |
| 80 | Suemar Realty Inc. | Jo-Ann Stores LLC | 2300 | 4948 Monroe St, Toledo, 43623, OH | Lease | FF&E | 5/31/2025 |
| 81 | SUGARLAND PLAZA LP | Jo-Ann Stores LLC | 2550 | 47100 Community Plaza, Sterling, 20164, VA | Lease | FF&E | 5/31/2025 |
| 82 | Summit Towne Centre, Inc. | Jo-Ann Stores LLC | 485 | 7200 Peach St Unit 150, Erie, 16509, PA | Lease | FF&E | 5/31/2025 |
| 83 | Sunbeam Development Corporation | Jo-Ann Stores LLC | 1910 | 8714 Castle Creek Parkway East Dr, Indianapolis, 46250, IN | Lease | FF&E | 5/31/2025 |
| 84 | Sunmark Property, LLC | Jo-Ann Stores LLC | 2015 | 651 Marks St, Henderson, 89014, NV | Lease | FF&E | 5/31/2025 |
| 85 | SWP Wabash Properties I, LLC | Jo-Ann Stores LLC | 2246 | 3051 W. Wabash Avenue, Springfield, 62704, IL | Lease | FF&E | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 86 | T PEORIA IL, LLC | Jo-Ann Stores LLC | 1637 | 4700 N University St, Peoria, 61614, IL | Lease | FF&E | 5/31/2025 |
| 87 | TAG DE, LLC | Jo-Ann Stores LLC | 2332 | 3750 West Saginaw Street, Lansing, 48917, MI | Lease | FF&E | 5/31/2025 |
| 88 | Tamarack Village Shopping Center, L.P. | Jo-Ann Stores LLC | 1902 | 8208 Tamarack Vlg, Woodbury, 55125, MN | Lease | FF&E | 5/31/2025 |
| 89 | Tamburro Properties II, LLC | Jo-Ann Stores LLC | 772 | 365 E Burleigh Blvd, Tavares, 32778, FL | Lease | FF&E | 5/31/2025 |
| 90 | Taylor Square Owner LLC | Jo-Ann Stores LLC | 2012 | 2891 Taylor Rd, Reynoldsburg, 43068, OH | Lease | FF&E | 5/31/2025 |
| 91 | Tejas Center LTD | Jo-Ann Stores LLC | 1268 | 725 E Villa Maria Rd Ste 4100, Bryan, 77802, TX | Lease | FF&E | 5/31/2025 |
| 92 | Terrace at Florida Mall, LP | Jo-Ann Stores LLC | 1078 | 4600 Chapel Hill Blvd Ste 8, Durham, 27707, NC | Lease | FF&E | 5/31/2025 |
| 93 | Terranomics Crossroads Associates | Jo-Ann Stores LLC | 2067 | 15600 Ne 8Th Street Ste H1, Bellevue, 98008, WA | Lease | FF&E | 5/31/2025 |
| 94 | TH HONEY SHOPS LLC | Jo-Ann Stores LLC | 2165 | 5705 Us Hwy 41, Terre Haute, 47802, IN | Lease | FF&E | 5/31/2025 |
| 95 | The Cafaro Northwest Partnership | Jo-Ann Stores LLC | 2038 | 2725 Harrison Ave Nw Ste 500, Olympia, 98502, WA | Lease | FF&E | 5/31/2025 |
| 96 | The Centre at Deane Hill | Jo-Ann Stores LLC | 2563 | 276 Morrell Road, Knoxville, 37919, TN | Lease | FF&E | 5/31/2025 |
| 97 | The Hampton Plaza, LLC | Jo-Ann Stores LLC | 2061 | 2105 S Rochester Road, Rochester Hills, 48307, MI | Lease | FF&E | 5/31/2025 |
| 98 | The Moyal Group Inc. | Jo-Ann Stores LLC | 1094 | 14346 Warwick Blvd Ste 480, Newport News, 23602, VA | Lease | FF&E | 5/31/2025 |
| 99 | The Shoppes, LP | Jo-Ann Stores LLC | 2108 | 4616 Coldwater Rd, Fort Wayne, 46825, IN | Lease | FF&E | 5/31/2025 |
| 100 | The Woodmont Company, Receiver | Jo-Ann Stores LLC | 2376 | 3725 Airport Blvd, Unit 100-C, Mobile, 36608, AL | Lease | FF&E | 5/31/2025 |

6