**Exhibit 1**

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[1] | Cure Amount[2] | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Harmon POS Sales LLC | SP 35 L.P. | c/o National Realty & Development Corp., Attn: Chief Operating Officer, 225 Liberty St., Floor 31 New York, NY, 10281 | 593 | 1026 Broad St. Shrewsbury, NJ | September 15, 1976 Lease Agreement between Jo-Ann Stores, LLC and SP 35 L.P. | $5,000.00 | 6/20/2025 |
| 2 | Vitamin Cottage Natural Food Markets, Inc. | Lake Geneva Retail LeaseCo., L.L.C. | Inland Comm. Real Estate Services LLC #51573, 2901 Butterfield Rd, Oak Brook, IL, 60523 | 2322 | 600 N. Edwards Blvd. Lake Geneva, WI | June 14, 2012 Lease Agreement between Jo-Ann Stores, LLC and Lake Geneva Retail LeaseCo., L.L.C. | $17,412.94 | Later of (i) 6/23/2025 and (ii) date of entry of this Order |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] The Cure Amounts listed herein may include amounts that have recently been paid or otherwise satisfied, which will be netted out from the Cure Amount(s) prior to payment thereof.