**EXHIBIT 1**

**Interim Fee Applications for the Period from**
**January 15, 2025 through and including March 31, 2025**
**JOANN Inc.,** *et al.*
**Case No. 25-10068 (CTG)**

| Professional, Title, and Docket Number | Interim Compensation Period | Interim Fees Requested | Interim Expenses Requested | Total Amount of Fees and Expenses Approved Under this Order |
|---|---|---|---|---|
| **Cole Schotz P.C.** *Co-Counsel to the Debtors* Docket No. 968 | 1/15/2025 – 3/31/2025 | $576,281.50 | $7,688.52 | $580,740.02[1] |
| **Kirkland & Ellis LLP** **Kirkland & Ellis International LLP** *Co-Counsel to the Debtors* Docket No. 967 | 1/15/2025 – 3/31/2025 | $8,776,015.00 | $142,343.59 | $8,918,358.59[2] |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* Docket No. 919 | 1/15/2025 – 3/31/2025 | $4,719.19 | $0.00 | $4,719.19 |
| **Kelley Drye & Warren LLP** *Counsel to the Committee* Docket No. 895 | 1/30/2025 – 3/31/2025 | $2,204,098.50 | $22,665.92 | $2,224,530.29[3] |
| **Pachulski Stang Ziehl & Jones LLP** *Co-Counsel to the Committee* Docket No. 896 | 1/31/2025 – 3/31/2025 | $335,121.00 | $3,326.46 | $333,372.96[4] |
| **Province, LLC** *Financial Advisor to the Committee* Docket No. 897 | 1/30/2025 – 3/31/2025 | $840,132.00 | $1,580.46 | $841,712.46 |
| **TOTAL** | N/A | **$12,736,367.19** | **$177,604.95** | **$12,903,433.51** |

---

[1]   Reflects voluntary reductions by Cole Schotz P.C. in the aggregate amount of $3,230.00 based on informal comments received from the U.S. Trustee.
[2]   Reflects voluntary reductions by Kirkland & Ellis LLP and Kirkland & Ellis International LLP in the aggregate amount of $37,430.08 ($21,963.00 in fees and $15,467.08 in expenses) based on informal comments received from the U.S. Trustee.
[3]   Reflects voluntary reductions by Kelley Drye & Warren LLP in the aggregate amount of $2,234.13 ($2,190.00 in fees and $44.13 in expenses) based on informal comments received from the U.S. Trustee.
[4]   Reflects voluntary reductions by Pachulski Stang Ziehl & Jones LLP in the aggregate amount of $5,074.50 based on informal comments received from the U.S. Trustee.