# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JOANN INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10068 (CTG) <br><br> (Jointly Administered) <br><br> **Hearing Date: July 10, 2025 at 10:00 am** <br><br> **Objection Deadline: July 3, 2025 at 4:00 pm** |

## NOTICE OF MOTION OF TAMARACK VILLAGE SHOPPING CENTER, A LIMITED PARTNERSHIP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)

**PLEASE TAKE NOTICE** that McCarter & English, LLP, attorneys for Tamarack Village Shopping Center ("Tamarack" or "Claimant"), filed the *Tamarack Village Shopping Center, A Limited Partnership For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1)* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application are to be filed with the Court, and served upon, so as to be actually received by the undersigned counsel, no later than **July 3, 2025 at 4:00 p.m**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1

ME1\53623812.v1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Craig T. Goldblatt, at the Court, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801, on **July 10, 2025 at 10:00 a.m.**

If you fail to respond in accordance with this notice, the Court may grant the relief requested in the application without further notice or hearing.

|  |  |
|---|---|
| Dated: June 23, 2025<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ Kate Roggio Buck*<br>Kate Roggio Buck (No 5140)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone (302) 984-6300<br>Facsimile (302) 442-4710<br>kbuck@mccarter.com |