# SIGN-IN SHEET

**JUDGE:** Goldblatt  **COURTROOM:** 5

**CASE NUMBER** 25-10068 **CASE NAME:** Joann Inc.  **DATE:** 6/23/2025 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilley | Cole Schotz | Debtors |
| Donald Detweiler | Womble Bond Dickinson | Burlington Stores, Inc. (as to Decatur & Asheville) |
| Marcy McLaughlin Smith | " " | " " |
| Brian O'Neill (DE# 6515) | Clark Hill | Suburban Plaza, LLC |
| Andrew Behlmann | Lowenstein Sandler LLP | GA Joann Retail Partnership LLC (Agent) |
| Katherine Wehl | Esbrook | observing |
| Karen Roberts | Connolly Gallagher LLP | Overlook Village Asheville, LLC |

Joann Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Victoria | Argeroplos | Jackson Walker LLP | Burlington Stores, Inc. | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Matthew | Bentley | ArentFoxSchiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Gabriel | Brunswick | Kroll Restructuring Administration LLC | | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Connie | Choe | Kelley Drye & Warren | Committee | Video and Audio |
| John | Churchill | Kelley Drye & Warren | Committee | Video and Audio |
| Scott | Ciocco | Burlington | Burlington Stores, Inc. | Video and Audio |
| Kenneth | Clayman | Selig Enterprises | Suburban Plaza, LLC | Video and Audio |
| Kenneth | Clayman | Selig Enterprises | Suburban Plaza, LLC | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | Video and Audio |
| Monique | DiSabatino | Saul Ewing LLP | Phillips Edison & Company | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Christopher | Donnelly | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Malak | Doss | Glenn Agre | Party in Interest | Video and Audio |
| Malak | Doss | Glenn Agre | Party in Interest | Video and Audio |
| Jonah | Eber | Hain | | Video and Audio |
| Jonah | Eber | Hain | | Video and Audio |
| Michael | Fitzpatrick | Cole Schotz P.C. | Debtors | Video and Audio |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Jeffrey | Gleit | ArentFoxSchiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Andrew | Glenn | Glenn Agre | Party in Interest | Video and Audio |
| Andrew | Glenn | Glenn Agre | Party in Interest | Video and Audio |
| Brett | Goodman | ArentFoxSchiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Andrew | Harmeyer | Milbank LLP | SVP Sewing Brands LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | Video and Audio |
| Audrey | Hornisher | Clark Hill PLC | Suburban Plaza, LLC | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | | Video and Audio |
| James | Jeffers | Burlington | Burlington Stores, Inc. | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Dietrich | Knauth | | media | Audio Only |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |

| First Name | Last Name | Firm | Representing | Attendance |
|---|---|---|---|---|
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| Jennifer | McLemore | Williams Mullen | Armada Hoffler | Video and Audio |
| Jennifer | McLemore | Williams Mullen | Armada Hoffler | Video and Audio |
| Maeghan | McLoughlin | Kelley Drye & Warren | Committee | Video and Audio |
| Eric | Monzo | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Jeffrey | Morrow | Burlington | Burlington Stores, Inc. | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Michael | Papandrea | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Michael | Papandrea | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington Stores, Inc. | Video and Audio |
| Michelle | Perez | Glenn Agre | Party in Interest | Video and Audio |
| Michelle | Perez | Glenn Agre | Party in Interest | Video and Audio |
| Robin | Piree | Burlington | Burlington Stores, Inc. | Video and Audio |
| Veronica | Polnick | Jackson Walker LLP | Burlington Stores, Inc. | Video and Audio |
| Faye | Rasch | | | Audio Only |
| Faye | Rasch | | | Audio Only |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Andy | Serbe | Media | Media/Press | Audio Only |
| Andy | Serbe | Media | Media/Press | Audio Only |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | SVP Sewing Brands LLC | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | SVP Sewing Brands LLC | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO23 Rockwall, CTO Carolina, | Video and Audio |
| Ellsworth | Summers | Burr & Forman LLP | CTO23 Rockwall, CTO Carolina, | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| videoconferencing | Videoconferencing | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |
| videoconferencing | Videoconferencing | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Burlington Stores, Inc. | Video and Audio |
| Matthew | Williams | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Matthew | Williams | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Alex | Wittenberg | Law360 | | Audio Only |
| Alex | Wittenberg | Law360 | | Audio Only |
| Blanka | Wolfe | | | Audio Only |
| Blanka | Wolfe | | | Audio Only |

Joann Inc.
25-10068

| Aparna | Yenamandra | aparna.yenamandra@kirkland.com | 2.12E+09 | | Video and Audio | | | |