## Exhibit 1 to Assignment Order

## Assumption Schedule

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[1] | Cure Amount[2] | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Dollar Tree Stores, Inc. | RCG-Pocatello VII, LLC | RCG-Pocatello VII, LLC c/o RCG Ventures, LLC, 3060 Peachtree Road NW, Suite 400 Attn: Wilkes J. Graham, President & CFO Atlanta, GA 30305 | 2183 | 1790 Hurley Dr., Pocatello, ID | June 04, 2010 Lease Agreement between Jo-Ann Stores, LLC and RCG-Pocatello VII, LLC | $0.00 | As soon as practicable following entry of the Order |
| 2 | Dollar Tree Stores, Inc. | The Carrington Co. | The Carrington Co. 627 H Street Eureka, CA 95501 | 1769 | 1344 S Stewart St, Carson City, NV | August 15, 1990 Lease Agreement between Jo-Ann Stores, LLC and The Carrington Co. | $0.00 | As soon as practicable following entry of the Order |
| 3 | Dollar Tree Stores, Inc. | Fletcher Square, LLC | Fletcher Square, LLC 707 Virginia Street East, Suite 400, Attn: A. Victor Mays Charleston, WV 25301 | 569 | 9 Fletcher Sq, Dunbar, WV | June 29, 1995 Lease Agreement between Jo-Ann Stores, LLC and Fletcher Square, LLC | $0.00 | As soon as practicable following entry of the Order |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] The Cure Amounts listed herein may include amounts that have recently been paid or otherwise satisfied, which will be netted out from the Cure Amount(s) prior to payment thereof.