# EXHIBIT A

## United States Bankruptcy Court, District of Delaware

Fill in this information to identify the case (Select only one Debtor per claim form):

| | | |
|---|---|---|
| ☐ JOANN Inc. (Case No. 25-10068) | ☐ Creative Tech Solutions LLC (Case No. 25-10073) | ☐ joann.com, LLC (Case No. 25-10077) |
| ☐ JOANN Holdings 1, LLC (Case No. 25-10069) | ☐ Creativebug, LLC (Case No. 25-10074) | ☐ JOANN Ditto Holdings Inc. (Case No. 25-10078) |
| ☐ JOANN Holdings 2, LLC (Case No. 25-10070) | ☐ WeaveUp, Inc. (Case No. 25-10075) | ☐ Jo-Ann Stores Support Center, Inc. (Case No. 25-10079) |
| ☐ Needle Holdings LLC (Case No. 25-10071) | ☐ JAS Aviation, LLC (Case No. 25-10076) | ☐ Dittopatterns LLC (Case No. 25-10080) |
| ☑ Jo-Ann Stores, LLC (Case No. 25-10072) | | |

## Modified Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Janome America Inc. | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. **Has this claim been acquired from someone else?** | ☑ No | |
| | ☐ Yes. From whom? _____ | |
| 3. **Where should notices and payments to the creditor be sent?** | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| **Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)** | Janome America Inc. | |
| | Name | Name |
| | 10 Industrial Avenue, S-2 | |
| | Number    Street | Number    Street |
| | Mahwah    NJ    07430 | |
| | City    State    ZIP Code | City    State    ZIP Code |
| | Contact phone    201 956 3140 | Contact phone _____ |
| | Contact email    pradeep@janome-ameri | Contact email _____ |
| | Uniform claim identifier (if you use one): | |
| | ____ ____ ____ ____ ____ ____ ____ ____ | |
| 4. **Does this claim amend one already filed?** | ☑ No | |
| | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No | |
| | ☐ Yes. Who made the earlier filing? _____ | |

**Part 2(a):** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __6__ __7__ __0__ |
| **7. How much is the claim?** | $ _____ 1,225,240.19 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br><br>Goods sold.  See Statements attached. |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br><br>**Amount of the claim that is secured:** $ _____<br><br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate (when case was filed)** _____ %<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies.  $_____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.  $_____ 108,734.40

---

**Part 2(b):   Administrative Expense Claim**

**14. Is all or part of the claim being asserted as an administrative expense claim?**

☑ No

☐ Yes. Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim. If yes, please indicate when this claim was incurred:

☐ On or prior to February 26, 2025:  $_____

☐ After February 26, 2025:  $_____

Total Administrative Expense Claim Amount:  $_____

THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    03    26    2025
                     MM / DD  /  YYYY

_____
Signature

**Name of the person who is completing and signing this claim:**

| Name | Pracdeep | | Polavarapu |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Director of Accounting & Finance | | |
| Company | Janome America Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 10        Industrial Avenue, S-2 | | |
| | Number    Street | | |
| | Mahwah | NJ | 07430 |
| | City | State | ZIP Code |
| Contact phone | 201 956 3140 | Email | pradeep@janome-america.com |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------------------------------------x
In re:                                          :        Chapter 11

                                                :

JOANN INC., *et al.*,                           :        Case No.: 25-10068 *et seq.* (CTG)

                                                :

                           Debtors.             :

----------------------------------------------------------------x

### EXHIBITS TO PROOF OF CLAIM FILED BY JANOME AMERICA INC.

The following pages constitute Exhibits to the attached Proof of Claim (Form B-410) filed by Janome America Inc. ("Creditor") in the bankruptcy case of Jo-Ann Stores, LLC ("Debtor"), Chapter 11 Case No. 25-10072 (CTG) pending in the United States Bankruptcy Court for the District of Delaware.  These Exhibits consist of the following Exhibits:

**EXHIBIT A**:   Consisting of a Customer Statement issued by Creditor that lists all invoices for product purchased by Debtor from Creditor, and all other credits and debits, that are and were outstanding and unpaid as of the petition date in this bankruptcy case and as of the date hereof.  Invoices are listed by Reference Number, Purchase Order Number, Amount Due, Reference Date, Due Date and Open Amount.

**EXHIBIT B**:   Lists all of the outstanding invoices for product sold by Creditor to or for the benefit of Debtor and received by Debtor in the 20-day period prior to Debtor's petition date, as is required under Section 503(b)(9) of the U.S. Bankruptcy Code.   This Exhibit lists all invoice numbers, dates and amounts due, the date the product covered by the Invoice was received by Debtor or its affiliates or its customers, the shipping method used, tracking number and the specifics of each shipment, with the result that each such invoice is subject to priority established under Section 503(b)(9) of the U.S. Bankruptcy Code.

# <u>EXHIBIT B</u>

**Janome America Inc.**

**Schedule of 503(b)(9) Claim**

**Against**

**Jo-Ann Stores, LLC**

### Janome America, Joann Fabric Bankruptcy Claim ubder Sec 503(b)(9)Claim

| Invoice Number | Inv Date | Amount | Date of Receipt by Joann | Tracking # | Shipping Method | Shipped From Location | JoAnn Location |
|---|---|---|---|---|---|---|---|
| EDI000272380-00 | 12/19/2024 | 140.00 | 12/26/24 | 632748823318 | FedEx | Sparks, NV | Direct dropship |
| EDI000272383-00 | 12/20/2024 | 50.00 | 12/26/24 | 632748823330 | FedEx | Sparks, NV | Direct dropship |
| EDI000272401-00 | 12/20/2024 | 140.00 | 12/26/24 | 632748823352 | FedEx | Sparks, NV | Direct dropship |
| EDI000272439-00 | 12/23/2024 | 188.00 | 12/26/24 | 632749605033 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272347-00 | 12/24/2024 | 22,525.00 | 12/26/24 | 339479140 | XPO | Sparks, NV | Fresno, CA |
| EDI000272441-00 | 12/23/2024 | 216.00 | 12/26/24 | 632748823580 | FedEx | Sparks, NV | Direct dropship |
| EDI000272445-00 | 12/23/2024 | 140.00 | 12/26/24 | 632748823465 | FedEx | Sparks, NV | Direct dropship |
| EDI000272454-00 | 12/23/2024 | 200.00 | 12/27/24 | 632748823535 | FedEx | Sparks, NV | Direct dropship |
| EDI000272578-00 | 12/24/2024 | 300.00 | 12/27/24 | 632749605136 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272444-00 | 12/23/2024 | 189.00 | 12/27/24 | 632748823400 | FedEx | Sparks, NV | Direct dropship |
| EDI000272451-00 | 12/23/2024 | 189.00 | 12/27/24 | 632748823395 | FedEx | Sparks, NV | Direct dropship |
| EDI000272452-00 | 12/23/2024 | 136.00 | 12/27/24 | 632748823513 | FedEx | Sparks, NV | Direct dropship |
| EDI000272453-00 | 12/23/2024 | 140.00 | 12/27/24 | 632748823476 | FedEx | Sparks, NV | Direct dropship |
| EDI000272456-00 | 12/23/2024 | 210.00 | 12/27/24 | 632748823421 | FedEx | Sparks, NV | Direct dropship |
| EDI000272465-00 | 12/23/2024 | 329.00 | 12/27/24 | 632748823568 | FedEx | Sparks, NV | Direct dropship |
| EDI000272407-00 | 12/20/2024 | 50.00 | 12/28/24 | 632748823384 | FedEx | Sparks, NV | Direct dropship |
| EDI000272585-00 | 12/26/2024 | 210.00 | 12/28/24 | 632748823649 | FedEx | Sparks, NV | Direct dropship |
| EDI000272599-00 | 12/26/2024 | 188.00 | 12/28/24 | 632749605158 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272443-00 | 12/23/2024 | 210.00 | 12/28/24 | 632748823410 | FedEx | Sparks, NV | Direct dropship |
| EDI000272464-00 | 12/23/2024 | 136.00 | 12/28/24 | 632748823524 | FedEx | Sparks, NV | Direct dropship |
| EDI000272466-00 | 12/23/2024 | 216.00 | 12/28/24 | 632748823605 | FedEx | Sparks, NV | Direct dropship |
| EDI000272467-00 | 12/23/2024 | 140.00 | 12/28/24 | 632748823498 | FedEx | Sparks, NV | Direct dropship |
| EDI000272455-00 | 12/23/2024 | 216.00 | 12/29/24 | 632748823487 | FedEx | Sparks, NV | Direct dropship |
| EDI000272606-00 | 12/26/2024 | 140.00 | 12/30/24 | 632748823796 | FedEx | Sparks, NV | Direct dropship |
| EDI000272637-00 | 12/27/2024 | 140.00 | 12/30/24 | 632748823855 | FedEx | Sparks, NV | Direct dropship |
| EDI000272448-00 | 12/23/2024 | 136.00 | 12/30/24 | 632748823579 | FedEx | Sparks, NV | Direct dropship |
| EDI000272450-00 | 12/23/2024 | 329.00 | 12/30/24 | 632748823557 | FedEx | Sparks, NV | Direct dropship |
| EDI000272457-00 | 12/23/2024 | 216.00 | 12/30/24 | 632748823546 | FedEx | Sparks, NV | Direct dropship |
| EDI000272468-00 | 12/23/2024 | 140.00 | 12/30/24 | 632748823502 | FedEx | Sparks, NV | Direct dropship |
| EDI000272469-00 | 12/23/2024 | 216.00 | 12/30/24 | 632748823590 | FedEx | Sparks, NV | Direct dropship |
| EDI000272583-00 | 12/24/2024 | 169.00 | 12/30/24 | 632749605125 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272430-00 | 12/23/2024 | 188.00 | 12/31/24 | 632749605044 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272346-00 | 12/24/2024 | 35,265.00 | 12/31/24 | 339698494 | XPO | Sparks, NV | Uniotown, OH |
| EDI000272590-00 | 12/26/2024 | 140.00 | 12/31/24 | 632748823811 | FedEx | Sparks, NV | Direct dropship |
| EDI000272597-00 | 12/26/2024 | 140.00 | 12/31/24 | 632749605147 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272602-00 | 12/26/2024 | 90.00 | 12/31/24 | 632748823682 | FedEx | Sparks, NV | Direct dropship |
| EDI000272603-00 | 12/26/2024 | 140.00 | 12/31/24 | 632748823600 | FedEx | Sparks, NV | Direct dropship |
| EDI000272607-00 | 12/26/2024 | 210.00 | 12/31/24 | 632748823752 | FedEx | Sparks, NV | Direct dropship |
| EDI000272681-00 | 12/30/2024 | 189.00 | 12/31/24 | 632749605732 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272650-00 | 12/31/2024 | 338.00 | 12/31/24 | 632748824016 | FedEx | Sparks, NV | Direct dropship |
| EDI000272348-00 | 12/24/2024 | 13,090.00 | 01/02/25 | 339479136 | XPO | Sparks, NV | Montgomery, AL |
| EDI000272604-00 | 12/26/2024 | 329.00 | 01/02/25 | 632748823730 | FedEx | Sparks, NV | Direct dropship |
| EDI000272608-00 | 12/26/2024 | 329.00 | 01/02/25 | 632748823741 | FedEx | Sparks, NV | Direct dropship |
| EDI000272612-00 | 12/26/2024 | 136.00 | 01/02/25 | 632748823763 | FedEx | Sparks, NV | Direct dropship |
| EDI000272617-00 | 12/26/2024 | 216.00 | 01/02/25 | 632748823785 | FedEx | Sparks, NV | Direct dropship |
| EDI000272677-00 | 12/30/2024 | 189.00 | 01/02/25 | 632749605662 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272678-00 | 12/30/2024 | 189.00 | 01/02/25 | 632749605721 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272689-00 | 12/30/2024 | 1,450.00 | 01/02/25 | 632749605684 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272690-00 | 12/30/2024 | 140.00 | 01/02/25 | 632749605685 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272696-00 | 12/30/2024 | 189.00 | 01/02/25 | 632749605551 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272651-00 | 12/31/2024 | 329.00 | 01/02/25 | 632748823925 | FedEx | Sparks, NV | Direct dropship |
| EDI000272664-00 | 12/31/2024 | 329.00 | 01/02/25 | 632748823936 | FedEx | Sparks, NV | Direct dropship |
| EDI000272665-00 | 12/31/2024 | 329.00 | 01/02/25 | 632748823947 | FedEx | Sparks, NV | Direct dropship |
| EDI000272667-00 | 12/31/2024 | 140.00 | 01/02/25 | 632748823991 | FedEx | Sparks, NV | Direct dropship |
| EDI000272589-00 | 12/26/2024 | 210.00 | 01/03/25 | 632748823708 | FedEx | Sparks, NV | Direct dropship |
| EDI000272591-00 | 12/26/2024 | 329.00 | 01/03/25 | 632748823720 | FedEx | Sparks, NV | Direct dropship |
| EDI000272601-00 | 12/26/2024 | 90.00 | 01/03/25 | 632748823693 | FedEx | Sparks, NV | Direct dropship |
| EDI000272633-00 | 12/27/2024 | 338.00 | 01/03/25 | 632748823822 | FedEx | Sparks, NV | Direct dropship |
| EDI000272634-00 | 12/27/2024 | 229.00 | 01/03/25 | 632748823844 | FedEx | Sparks, NV | Direct dropship |
| EDI000272647-00 | 12/31/2024 | 136.00 | 01/03/25 | 632748824050 | FedEx | Sparks, NV | Direct dropship |
| EDI000272648-00 | 12/31/2024 | 229.00 | 01/03/25 | 632748824027 | FedEx | Sparks, NV | Direct dropship |
| EDI000272652-00 | 12/31/2024 | 135.00 | 01/03/25 | 632748824060 | FedEx | Sparks, NV | Direct dropship |
| EDI000272653-00 | 12/31/2024 | 140.00 | 01/03/25 | 632748824108 | FedEx | Sparks, NV | Direct dropship |
| EDI000272656-00 | 12/31/2024 | 329.00 | 01/03/25 | 632748823969 | FedEx | Sparks, NV | Direct dropship |
| EDI000272659-00 | 12/31/2024 | 136.00 | 01/03/25 | 632748824049 | FedEx | Sparks, NV | Direct dropship |
| EDI000272837-00 | 01/03/2025 | 329.00 | 01/03/25 | 632748824174 | FedEx | Sparks, NV | Direct dropship |
| EDI000272838-00 | 01/03/2025 | 140.00 | 01/03/25 | 632748824196 | FedEx | Sparks, NV | Direct dropship |
| EDI000272627-00 | 12/27/2024 | 329.00 | 01/04/25 | 632748823866 | FedEx | Sparks, NV | Direct dropship |
| EDI000272676-00 | 12/30/2024 | 140.00 | 01/04/25 | 632749605640 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272646-00 | 12/31/2024 | 136.00 | 01/04/25 | 632748824071 | FedEx | Sparks, NV | Direct dropship |
| EDI000272655-00 | 12/31/2024 | 216.00 | 01/04/25 | 632748824119 | FedEx | Sparks, NV | Direct dropship |
| EDI000272660-00 | 12/31/2024 | 200.00 | 01/04/25 | 632748824082 | FedEx | Sparks, NV | Direct dropship |
| EDI000272669-00 | 12/31/2024 | 329.00 | 01/04/25 | 632748824093 | FedEx | Sparks, NV | Direct dropship |
| EDI000272832-00 | 01/03/2025 | 329.00 | 01/04/25 | 632748824163 | FedEx | Sparks, NV | Direct dropship |
| EDI000272797-00 | 01/02/2025 | 210.00 | 01/05/25 | 632749605798 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272800-00 | 01/02/2025 | 140.00 | 01/05/25 | 632749605765 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272809-00 | 01/02/2025 | 140.00 | 01/05/25 | 632749605846 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272812-00 | 01/02/2025 | 140.00 | 01/05/25 | 632749605754 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272819-00 | 01/02/2025 | 140.00 | 01/05/25 | 632749605776 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272626-00 | 12/27/2024 | 136.00 | 01/06/25 | 632748823888 | FedEx | Sparks, NV | Direct dropship |
| EDI000272654-00 | 12/31/2024 | 216.00 | 01/06/25 | 632748824120 | FedEx | Sparks, NV | Direct dropship |
| EDI000272658-00 | 12/31/2024 | 140.00 | 01/06/25 | 632748823970 | FedEx | Sparks, NV | Direct dropship |
| EDI000272668-00 | 12/31/2024 | 140.00 | 01/06/25 | 632748823980 | FedEx | Sparks, NV | Direct dropship |
| EDI000272811-00 | 01/02/2025 | 210.00 | 01/06/25 | 632749605802 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272806-00 | 01/03/2025 | 329.00 | 01/06/25 | 632748824121 | FedEx | Sparks, NV | Direct dropship |

## Janome America, Joann Fabric Bankruptcy Claim ubder Sec 503(b)(9)Claim

| Invoice Number | Inv Date | Amount | Date of Receipt by Joann | Tracking # | Shipping Method | Shipped From Location | JoAnn Location |
|---|---|---|---|---|---|---|---|
| EDI000272849-00 | 01/03/2025 | 15.90 | 01/06/25 | 418760299031 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272666-00 | 12/31/2024 | 329.00 | 01/07/25 | 632748823958 | FedEx | Sparks, NV | Direct dropship |
| EDI000272829-00 | 01/03/2025 | 329.00 | 01/07/25 | 632748824141 | FedEx | Sparks, NV | Direct dropship |
| EDI000272861-00 | 01/03/2025 | 15.90 | 01/07/25 | 418760299064 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272853-00 | 01/06/2025 | 216.00 | 01/07/25 | 632748824325 | FedEx | Sparks, NV | Direct dropship |
| EDI000272854-00 | 01/06/2025 | 200.00 | 01/07/25 | 632748824314 | FedEx | Sparks, NV | Direct dropship |
| EDI000272804-00 | 01/03/2025 | 200.00 | 01/08/25 | 632748824165 | FedEx | Sparks, NV | Direct dropship |
| EDI000272805-00 | 01/03/2025 | 140.00 | 01/08/25 | 632748824222 | FedEx | Sparks, NV | Direct dropship |
| EDI000272839-00 | 01/03/2025 | 136.00 | 01/08/25 | 632748824288 | FedEx | Sparks, NV | Direct dropship |
| EDI000272840-00 | 01/03/2025 | 329.00 | 01/08/25 | 632748824299 | FedEx | Sparks, NV | Direct dropship |
| EDI000272844-00 | 01/03/2025 | 329.00 | 01/08/25 | 632748824277 | FedEx | Sparks, NV | Direct dropship |
| EDI000272845-00 | 01/03/2025 | 329.00 | 01/08/25 | 632748824255 | FedEx | Sparks, NV | Direct dropship |
| EDI000273021-00 | 01/07/2025 | 140.00 | 01/08/25 | 632749606393 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273023-00 | 01/07/2025 | 4.60 | 01/09/25 | 410760299123 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272801-00 | 01/03/2025 | 140.00 | 01/09/25 | 632748824233 | FedEx | Sparks, NV | Direct dropship |
| EDI000272828-00 | 01/03/2025 | 329.00 | 01/09/25 | 632748824266 | FedEx | Sparks, NV | Direct dropship |
| EDI000272830-00 | 01/03/2025 | 140.00 | 01/09/25 | 632748824244 | FedEx | Sparks, NV | Direct dropship |
| EDI000272831-00 | 01/03/2025 | 329.00 | 01/09/25 | 632748824152 | FedEx | Sparks, NV | Direct dropship |
| EDI000272866-00 | 01/07/2025 | 210.00 | 01/09/25 | 632748824531 | FedEx | Sparks, NV | Direct dropship |
| EDI000272963-00 | 01/07/2025 | 189.00 | 01/09/25 | 632749606279 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272969-00 | 01/07/2025 | 189.00 | 01/09/25 | 632749606280 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273010-00 | 01/07/2025 | 136.00 | 01/09/25 | 632748824509 | FedEx | Sparks, NV | Direct dropship |
| EDI000273011-00 | 01/07/2025 | 140.00 | 01/09/25 | 632748824406 | FedEx | Sparks, NV | Direct dropship |
| EDI000273015-00 | 01/07/2025 | 140.00 | 01/09/25 | 632749606371 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273022-00 | 01/07/2025 | 329.00 | 01/09/25 | 632749606305 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272815-00 | 01/02/2025 | 140.00 | 01/10/25 | 632749605835 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272802-00 | 01/03/2025 | 229.00 | 01/10/25 | 632748824130 | FedEx | Sparks, NV | Direct dropship |
| EDI000272841-00 | 01/03/2025 | 329.00 | 01/10/25 | 632748824200 | FedEx | Sparks, NV | Direct dropship |
| EDI000272719-00 | 01/07/2025 | 329.00 | 01/10/25 | 632749606327 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273033-00 | 01/09/2025 | 30.00 | 01/10/25 | 418760299660 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273035-00 | 01/09/2025 | 18.00 | 01/10/25 | 418760299671 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273036-00 | 01/09/2025 | 36.00 | 01/10/25 | 418760299649 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273050-00 | 01/09/2025 | 63.00 | 01/10/25 | 418760299281 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273054-00 | 01/09/2025 | 27.00 | 01/10/25 | 418760299292 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273076-00 | 01/09/2025 | 36.00 | 01/10/25 | 418760299270 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273081-00 | 01/09/2025 | 36.00 | 01/10/25 | 418760299178 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273125-00 | 01/09/2025 | 18.00 | 01/10/25 | 418760300234 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273137-00 | 01/09/2025 | 39.00 | 01/10/25 | 418760299925 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273156-00 | 01/09/2025 | 21.00 | 01/10/25 | 418760300061 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273159-00 | 01/09/2025 | 27.00 | 01/10/25 | 418760300110 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273251-00 | 01/09/2025 | 189.00 | 01/10/25 | 632749606441 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000272869-00 | 01/07/2025 | 210.00 | 01/11/25 | 632748824520 | FedEx | Sparks, NV | Direct dropship |
| EDI000272907-00 | 01/07/2025 | 210.00 | 01/11/25 | 632748824597 | FedEx | Sparks, NV | Direct dropship |
| EDI000272962-00 | 01/07/2025 | 140.00 | 01/11/25 | 632749606360 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273014-00 | 01/07/2025 | 329.00 | 01/11/25 | 632749606316 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273018-00 | 01/07/2025 | 140.00 | 01/11/25 | 632749606382 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273235-00 | 01/08/2025 | 1,450.00 | 01/11/25 | 632749606420 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273048-00 | 01/09/2025 | 36.00 | 01/11/25 | 418760299476 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273247-00 | 01/09/2025 | 140.00 | 01/11/25 | 632748824645 | FedEx | Sparks, NV | Direct dropship |
| EDI000272904-00 | 01/07/2025 | 140.00 | 01/12/25 | 632748824428 | FedEx | Sparks, NV | Direct dropship |
| EDI000273003-00 | 01/07/2025 | 210.00 | 01/12/25 | 632748824553 | FedEx | Sparks, NV | Direct dropship |
| EDI000272869-00 | 01/07/2025 | 210.00 | 01/13/25 | 632748824575 | FedEx | Sparks, NV | Direct dropship |
| EDI000272877-00 | 01/07/2025 | 216.00 | 01/13/25 | 632748824612 | FedEx | Sparks, NV | Direct dropship |
| EDI000272878-00 | 01/07/2025 | 140.00 | 01/13/25 | 632748824370 | FedEx | Sparks, NV | Direct dropship |
| EDI000272887-00 | 01/07/2025 | 216.00 | 01/13/25 | 632748824564 | FedEx | Sparks, NV | Direct dropship |
| EDI000272902-00 | 01/07/2025 | 210.00 | 01/13/25 | 632748824586 | FedEx | Sparks, NV | Direct dropship |
| EDI000272903-00 | 01/07/2025 | 140.00 | 01/13/25 | 632748824358 | FedEx | Sparks, NV | Direct dropship |
| EDI000272906-00 | 01/07/2025 | 136.00 | 01/13/25 | 632748824536 | FedEx | Sparks, NV | Direct dropship |
| EDI000272908-00 | 01/07/2025 | 136.00 | 01/13/25 | 632748824510 | FedEx | Sparks, NV | Direct dropship |
| EDI000273234-00 | 01/08/2025 | 216.00 | 01/13/25 | 632749606419 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273025-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299579 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273026-00 | 01/09/2025 | 21.00 | 01/13/25 | 418760299568 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273027-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299590 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273029-00 | 01/09/2025 | 84.00 | 01/13/25 | 418760299636 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273034-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299650 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273037-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299535 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273038-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299546 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273039-00 | 01/09/2025 | 129.00 | 01/13/25 | 418760299682 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273041-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760299557 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273052-00 | 01/09/2025 | 36.00 | 01/13/25 | 418760299443 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273055-00 | 01/09/2025 | 39.00 | 01/13/25 | 418760299410 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273061-00 | 01/09/2025 | 48.00 | 01/13/25 | 418760299362 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273064-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299329 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273068-00 | 01/09/2025 | 36.00 | 01/13/25 | 418760299259 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273070-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760299190 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273072-00 | 01/09/2025 | 39.00 | 01/13/25 | 418760299260 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273075-00 | 01/09/2025 | 30.00 | 01/13/25 | 418760299156 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273082-00 | 01/09/2025 | 9.00 | 01/13/25 | 418760299189 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273105-00 | 01/09/2025 | 36.00 | 01/13/25 | 418760300381 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273107-00 | 01/09/2025 | 36.00 | 01/13/25 | 418760300380 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273112-00 | 01/09/2025 | 45.00 | 01/13/25 | 418760300430 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273115-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300429 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273116-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300418 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273117-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300392 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273121-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300186 | FedEx | Mahwah, NJ | Direct dropship |

### Janome America, Joann Fabric Bankruptcy Claim ubder Sec 503(b)(9)Claim

| Invoice Number | Inv Date | Amount | Date of Receipt by Joann | Tracking # | Shipping Method | Shipped From Location | JoAnn Location |
|---|---|---|---|---|---|---|---|
| EDI000273123-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760300175 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273126-00 | 01/09/2025 | 48.00 | 01/13/25 | 418760300245 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273127-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300256 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273129-00 | 01/09/2025 | 57.00 | 01/13/25 | 418760300212 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273130-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300223 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273135-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760300315 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273138-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760299958 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273139-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299936 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273140-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760299970 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273142-00 | 01/09/2025 | 30.00 | 01/13/25 | 418760299969 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273150-00 | 01/09/2025 | 39.00 | 01/13/25 | 418760300462 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273151-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300278 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273152-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760300337 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273153-00 | 01/09/2025 | 9.00 | 01/13/25 | 418760300326 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273157-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760300028 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273158-00 | 01/09/2025 | 54.00 | 01/13/25 | 418760300039 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273160-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760300120 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273164-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760300083 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273167-00 | 01/09/2025 | 36.00 | 01/13/25 | 418760299822 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273170-00 | 01/09/2025 | 27.00 | 01/13/25 | 418760299811 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273171-00 | 01/09/2025 | 9.00 | 01/13/25 | 418760299833 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273174-00 | 01/09/2025 | 9.00 | 01/13/25 | 418760299796 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273175-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299803 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273178-00 | 01/09/2025 | 36.00 | 01/13/25 | 418760299899 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273180-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299877 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273181-00 | 01/09/2025 | 66.00 | 01/13/25 | 418760299730 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273184-00 | 01/09/2025 | 18.00 | 01/13/25 | 418760299763 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273241-00 | 01/09/2025 | 140.00 | 01/13/25 | 632748824678 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273083-00 | 01/10/2025 | 36.00 | 01/13/25 | 418760300749 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273088-00 | 01/10/2025 | 21.00 | 01/13/25 | 418760300679 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273092-00 | 01/10/2025 | 90.00 | 01/13/25 | 437633321790 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273095-00 | 01/10/2025 | 48.00 | 01/13/26 | 418760300635 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273096-00 | 01/10/2025 | 39.00 | 01/13/25 | 418760300532 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273099-00 | 01/10/2025 | 144.00 | 01/13/25 | 437633321805 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273102-00 | 01/10/2025 | 18.00 | 01/13/25 | 418760300521 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273104-00 | 01/10/2025 | 45.00 | 01/13/25 | 418760300668 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273109-00 | 01/10/2025 | 27.00 | 01/13/25 | 418760300598 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273120-00 | 01/10/2025 | 18.00 | 01/13/25 | 418760300510 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273208-00 | 01/10/2025 | 27.00 | 01/13/25 | 418760300885 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273216-00 | 01/10/2025 | 45.00 | 01/13/25 | 418760300830 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273225-00 | 01/10/2025 | 27.00 | 01/13/25 | 418760300793 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273227-00 | 01/10/2025 | 9.00 | 01/13/25 | 418760300808 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273228-00 | 01/10/2025 | 18.00 | 01/13/25 | 418760300716 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273229-00 | 01/10/2025 | 36.00 | 01/13/25 | 418760300705 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273258-00 | 01/10/2025 | 338.00 | 01/13/25 | 632748824699 | FedEx | Sparks, NV | Direct dropship |
| EDI000272870-00 | 01/07/2025 | 136.00 | 01/14/25 | 632748824472 | FedEx | Sparks, NV | Direct dropship |
| EDI000272879-00 | 01/07/2025 | 140.00 | 01/14/25 | 632748824417 | FedEx | Sparks, NV | Direct dropship |
| EDI000272888-00 | 01/07/2025 | 140.00 | 01/14/25 | 632748824440 | FedEx | Sparks, NV | Direct dropship |
| EDI000272891-00 | 01/07/2025 | 136.00 | 01/14/25 | 632748824483 | FedEx | Sparks, NV | Direct dropship |
| EDI000272900-00 | 01/07/2025 | 216.00 | 01/14/25 | 632748824623 | FedEx | Sparks, NV | Direct dropship |
| EDI000272901-00 | 01/07/2025 | 140.00 | 01/14/25 | 632748824391 | FedEx | Sparks, NV | Direct dropship |
| EDI000272905-00 | 01/07/2025 | 136.00 | 01/14/25 | 632748824494 | FedEx | Sparks, NV | Direct dropship |
| EDI000273005-00 | 01/07/2025 | 140.00 | 01/14/25 | 632748824439 | FedEx | Sparks, NV | Direct dropship |
| EDI000273020-00 | 01/07/2025 | 189.00 | 01/14/25 | 632749606290 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273236-00 | 01/08/2025 | 140.00 | 01/14/25 | 632749606408 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273028-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760299580 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273030-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760299627 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273040-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760299524 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273047-00 | 01/09/2025 | 216.00 | 01/14/25 | 418760299708 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273051-00 | 01/09/2025 | 66.00 | 01/14/25 | 418760299465 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273065-00 | 01/09/2025 | 36.00 | 01/14/25 | 418760299373 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273067-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760299395 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273069-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760299226 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273071-00 | 01/09/2025 | 66.00 | 01/14/25 | 418760299145 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273074-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760299204 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273077-00 | 01/09/2025 | 30.00 | 01/14/25 | 418760299248 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273078-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760299215 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273080-00 | 01/09/2025 | 30.00 | 01/14/25 | 418760299134 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273111-00 | 01/09/2025 | 39.00 | 01/14/25 | 418760300440 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273128-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760300267 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273134-00 | 01/09/2025 | 45.00 | 01/14/25 | 418760300201 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273136-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760300304 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273141-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760299947 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273144-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760300017 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273147-00 | 01/09/2025 | 21.00 | 01/14/25 | 418760299980 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273154-00 | 01/09/2025 | 21.00 | 01/14/25 | 418760300290 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273161-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760300109 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273168-00 | 01/09/2025 | 27.00 | 01/14/25 | 418760299844 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273169-00 | 01/09/2025 | 48.00 | 01/14/25 | 418760299800 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273176-00 | 01/09/2025 | 45.00 | 01/14/25 | 418760299914 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273177-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760299888 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273179-00 | 01/09/2025 | 18.00 | 01/14/25 | 418760299866 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273182-00 | 01/09/2025 | 93.00 | 01/14/25 | 418760299720 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273086-00 | 01/10/2025 | 21.00 | 01/14/25 | 418760300738 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273087-00 | 01/10/2025 | 27.00 | 01/14/25 | 418760300760 | FedEx | Mahwah, NJ | Direct dropship |

## Janome America, Joann Fabric Bankruptcy Claim ubder Sec 503(b)(9)Claim

| Invoice Number | Inv Date | Amount | Date of Receipt by Joann | Tracking # | Shipping Method | Shipped From Location | JoAnn Location |
|---|---|---|---|---|---|---|---|
| EDI000273089-00 | 01/10/2025 | 54.00 | 01/14/25 | 418760300013 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273091-00 | 01/10/2025 | 39.00 | 01/14/25 | 418760300576 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273101-00 | 01/10/2025 | 27.00 | 01/14/25 | 418760300500 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273103-00 | 01/10/2025 | 18.00 | 01/14/25 | 418760300680 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273113-00 | 01/10/2025 | 27.00 | 01/14/25 | 418760300543 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273119-00 | 01/10/2025 | 48.00 | 01/14/25 | 418760300495 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273207-00 | 01/10/2025 | 18.00 | 01/14/25 | 418760300896 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273210-00 | 01/10/2025 | 66.00 | 01/14/25 | 418760300820 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273213-00 | 01/10/2025 | 27.00 | 01/14/25 | 418760300911 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273220-00 | 01/10/2025 | 36.00 | 01/14/25 | 418760300819 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273004-00 | 01/07/2025 | 210.00 | 01/15/25 | 632748824542 | FedEx | Sparks, NV | Direct dropship |
| EDI000273032-00 | 01/09/2025 | 30.00 | 01/15/25 | 418760299605 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273045-00 | 01/09/2025 | 27.00 | 01/15/25 | 418760299513 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273046-00 | 01/09/2025 | 66.00 | 01/15/25 | 418760299454 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273057-00 | 01/09/2025 | 144.00 | 01/15/25 | 418760299719 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273060-00 | 01/09/2025 | 27.00 | 01/15/25 | 418760299618 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273062-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760299421 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273066-00 | 01/09/2025 | 45.00 | 01/15/25 | 418760299384 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273079-00 | 01/09/2025 | 45.00 | 01/15/25 | 418760299167 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273122-00 | 01/09/2025 | 39.00 | 01/15/25 | 418760300164 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273124-00 | 01/09/2025 | 36.00 | 01/15/25 | 418760300153 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273132-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760300348 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273133-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760300197 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273145-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760300451 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273146-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760300473 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273148-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760299991 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273149-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760300484 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273155-00 | 01/09/2025 | 9.00 | 01/15/25 | 418760300040 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273162-00 | 01/09/2025 | 54.00 | 01/15/25 | 418760300072 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273173-00 | 01/09/2025 | 18.00 | 01/15/25 | 418760299785 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273238-00 | 01/09/2025 | 136.00 | 01/15/25 | 632748824656 | FedEx | Sparks, NV | Direct dropship |
| EDI000273246-00 | 01/09/2025 | 140.00 | 01/15/25 | 632748824667 | FedEx | Sparks, NV | Direct dropship |
| EDI000273250-00 | 01/09/2025 | 329.00 | 01/15/25 | 632749606430 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273084-00 | 01/10/2025 | 9.00 | 01/15/25 | 418760300690 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273100-00 | 01/10/2025 | 36.00 | 01/15/25 | 418760300657 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273210-00 | 01/10/2025 | 18.00 | 01/15/25 | 418760300922 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273224-00 | 01/10/2025 | 27.00 | 01/15/25 | 418760300771 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273226-00 | 01/10/2025 | 9.00 | 01/15/25 | 418760300782 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273185-00 | 01/10/2025 | 27.00 | 01/13/25 | 437633321665 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273189-00 | 01/10/2025 | 27.00 | 01/13/25 | 437633321676 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273194-00 | 01/10/2025 | 27.00 | 01/13/25 | 437633321621 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273196-00 | 01/10/2025 | 9.00 | 01/13/25 | 437633321596 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273202-00 | 01/10/2025 | 30.00 | 01/13/25 | 437633321584 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273217-00 | 01/10/2025 | 66.00 | 01/13/25 | 437633321562 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273219-00 | 01/10/2025 | 273.00 | 01/13/25 | 437633321780 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273221-00 | 01/10/2025 | 18.00 | 01/13/25 | 418760300944 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273222-00 | 01/10/2025 | 18.00 | 01/13/25 | 437633321551 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273223-00 | 01/10/2025 | 189.00 | 01/13/25 | 437633321779 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273186-00 | 01/10/2025 | 27.00 | 01/14/25 | 437633321654 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273197-00 | 01/10/2025 | 18.00 | 01/14/25 | 437633321713 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273198-00 | 01/10/2025 | 36.00 | 01/14/25 | 437633321600 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273200-00 | 01/10/2025 | 18.00 | 01/14/25 | 437633321768 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273201-00 | 01/10/2025 | 39.00 | 01/14/25 | 437633321573 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273204-00 | 01/10/2025 | 30.00 | 01/14/25 | 437633321757 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273218-00 | 01/10/2025 | 21.00 | 01/14/25 | 437633321540 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273195-00 | 01/10/2025 | 27.00 | 01/15/25 | 437633321698 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273199-00 | 01/10/2025 | 9.00 | 01/15/25 | 437633321746 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273258-00 | 01/13/2025 | 216.00 | 01/15/25 | 632749606511 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273276-00 | 01/13/2025 | 140.00 | 01/15/25 | 632749606496 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273278-00 | 01/13/2025 | 189.00 | 01/15/25 | 632749606485 | FedEx | Mahwah, NJ | Direct dropship |
| EDI000273294-00 | 01/13/2025 | 90.00 | 01/15/25 | 632748824737 | FedEx | Sparks, NV | Direct dropship |
| EDI000273309-00 | 01/13/2025 | 124.00 | 01/15/25 | 632748824829 | FedEx | Sparks, NV | Direct dropship |
| EDI000273310-00 | 01/13/2025 | 140.00 | 01/15/25 | 632748824840 | FedEx | Sparks, NV | Direct dropship |
| | | $      108,734.40 | | | | | |