# E<small>XHIBIT</small> B

| XPO www.xpo.com | CNWY | DELIVERY RECEIPT CUSTOMER COPY | PAGE 1 OF 2 | | PRO NUMBER 339-479140 |
|---|---|---|---|---|---|

| EQUIP NUMBER | DATE | ORIGIN | DESTINATION | OUR REVENUE | ADVANCE | BEYOND | ROUTE |
|---|---|---|---|---|---|---|---|
| 317-2354 | 12/23/2024 | URE | UFN | 348.78 | | | JOAN 2 |

| CONSIGNEE | SHIPPER | BILL TO | APPT |
|---|---|---|---|
| JO ANN STORES DIST CENTER<br>JOAN-01<br>2500 N PLAZA DR<br>VISALIA, CA US 93291-9308 | JANOME<br>301 VISTA BLVD<br>SPARKS, NV US 89434-9705 | | |

SHIPPER NUMBERS SN# 184479159   PO# 0177132671

| HM | PCS | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| | 3 | PALLET SEWING MACHINES CLASS 925 | 1498 | 31.21 | 467.53 |
| | | CREDIT XPO LOGISTICS DISCOUNT SAVES YOU | | | 165.97 |
| | | FSC FUEL SURCHARGE 15.66% | | | 47.22 |
| | | CCS CALIFORNIA COMPLIANCE SURCHARGE | | | |
| | 3 | | | | COLL 348.78 |
| | | CHILD PRO #'s: 1584-419561, 1584-419572, 1584-419583 | | | |
| | | OTHER REFERENCE NUMBERS: LO# 184479159, OQ 0177132671, TN 2174518884, 93 | | | |
| | | SPARKS, BM 0177132671, 94 DC04 | | | |

JOANN Stores, Inc.
Shipment must be received as listed on freight

TOTAL Received _____ Cartons _62_ Pallets _____ Rolls/Yards _____
_____ Cartons/Pallets Over _____ Cartons/Pallets Short
_____ Cartons/Pallets Damaged _____ Cartons/Pallets Refused

Signature _____ Date 12/28/24

Goods subject to detailed count and further inspection by JAS for concealed damages and/or shortages.

| XPO www.xpo.com | CNWY | DELIVERY RECEIPT CUSTOMER COPY | PAGE 2 OF 2 | | PRO NUMBER 339-479140 |
|---|---|---|---|---|---|

| HM | PCS | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | COLLECT CHARGES ARE BEING PAID BY THE FOLLOWING BILL TO: JO ANN FABRIC INC PER JO-ANN STORES YOU MUST CONTACT THE SHIPPER PRIOR TO ATTEMPTING PICKUP TO ENSURE A TIMELY UNLOAD PLEASE CONTACT STORE TO NOTIFY THEM OF DELIVERY SO THEY ARE PROPERLY STAFFED TO RECEIVE SHIPMENT 3 PLTS STC 62 PCS | | | |

| RECEIVED PIECES ABOVE. DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED. | SHRINK WRAP INTACT? ☐ Yes ☐ No ☐ N/A ☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY | ☐ LIFTGATE SERVICE ☐ CONSTRUCTION /UTIL | DELIVERED PIECES | TIME : | DRIVER SIGNATURE CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE / / DATE / / |

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT.

DATE: 1/2/2025　　　　　　　　　　　　　　SEAL#　　3053503

| Trailer | Pro | Shipper | P/U Date | PO # | PLT'S | PCS | Weight | PPD/COL | Cost |
|---|---|---|---|---|---|---|---|---|---|
| | | Jo Ann Fabric OPELIKA, AL | | | | | | | |
| 311-0181 | 156-623213 | LION BRAND YARN | 12/27/2024 | 175579595 | 9 | 199 | 5590 | C | 542.96 |
| | 339-479136 | JANOME | 12/23/2024 | 177132672 | 3 | 154 | 3056 | C | 981.39 |
| | 573-900655 | SISER NA | 12/27/2024 | 176800031 | 2 | 94 | 746 | C | 252.96 |
| | | | | | | | | | |
| | | | | | 14 | 447 | 9,392 | 0 | $1,777.31 |

XPO SIGNATURE & DATE:

_(signature)_　12/2/25

JOANN DC SIGNATURE & DATE:

_S/o L (avon)_ 1-2-25

```
                7900        XPO Logistics Trailer Manifest                              XPO                    Carrier SCAC
                            SIC: (XAC) AKRON/CANTON OHIO
                            PHN: 330-896-7300                                                                  *CNWY*
                            FAX: 330-896-4013
                                                                                            Manifest Date: 12/31/2024
                            Consignee: JO ANN STORES DIST CENTER                              Manifest Number
                                       5350 HUDSON INDUSTRIAL PARKWAY
                                       HUDSON, OH 44236 US
                                                                                            *XAC241231102032*
                                                      Trailer
                   319-3508                                               Seal Number: N/A                     Page: 1 of 1
                                                      *0317-1421*        1316573
```

| Shipper Name | PO Number | Hand Units | PO Pieces | PO Weight | Commodity / Shipper Number | Carrier Pro Number | Child Pro Number | S/W Intact? | OS&D Remarks |
|---|---|---|---|---|---|---|---|---|---|
| HELBY IMPORT CO | UNKNOWN | 0* | 0 | 0.00 0.00* | DECORATIONS 184752805 | *197145476* | 02231145475 02154011893 | Y N | |
| JANOME | UNKNOWN | 0* | 0 | 0.00 0.00* | SEWING MACHINES 184478987 | *339698494* | 01584419653 01584419664 01584419620 01584419631 01584419642 01584419675 | Y N | |
| PEPPERELL BR AIDING CO IN | UNKNOWN | 0* | 0 | 0.00 0.00* | CRAFT KITS 184786729 | *603245720* | 01105245724 02154612725 | Y N | |
| CINDOCO WOOD PRODUCTS | UNKNOWN | 0* | 0 | 0.00 0.00* | WOOD DOWELS 184713236 | *679591780* | 02134192712 02134192723 | Y N | |
| WARM CO | 0176807976 SH0242086 0174405269 | 0* | 0 0 0 | 0.00 0.00 0.00 0.00* | COTTON BATTING ESC0200702 | *834891724* | 01348439142 01348439153 | Y N | |
| Total Billed Pcs/Wt: | | 0* | | 0.00* | Total Shipments: 5 | | | | |

Shipment receipt - I hereby acknowledge receipt of all shipments on this manifest as complete, intact and in good condition unless otherwise noted above.
Consignee receiving signature: _____    Date: ___/___/___

**Trailer Delivery Receipt**

Date: 12/31/24    Arrival Time: 1334
Trailer #: 0317142

Seal NOT Intact ☐  Seal Intact ☒  Seal #: _____
Officer Signature: _____

Acknowledgement of Trailer Arrival does not supercede verification of ...