## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 25th day of June 2025, a copy of the foregoing *Response of Janome America Inc. in Opposition to Debtors' Objection to Allowance of Claim* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors:*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C.
Aparna Yenamandra, P.C.
601 Lexington Avenue
New York, New York 10022
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com

and

Anup Sathy, P.C. (admitted pro hac vice)
Jeffrey Michalik (admitted pro hac vice)
Lindsey Blumenthal (admitted pro hac vice)
333 West Wolf Point Plaza
Chicago, Illinois 60654
anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

COLE SCHOTZ P.C.
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
aparna.yenamandra@kirkland.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

*U.S. Trustee:*

Malcolm M. Bates, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Malcolm.M.Bates@usdoj.gov

*Counsel to the Official Committee of Unsecured Creditors:*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES, LLP** | **KELLEY DRYE & WARREN LLP** |
| Bradford J. Sandler, Esq. | Jason R. Adams, Esq. |
| James E. O'Neill, Esq. | Eric R. Wilson, Esq. |
| 919 North Market Street, 17th Floor | Maeghan J. McLoughlin, Esq. |
| P.O. Box 8705 | Andres Barajas, Esq. |
| Wilmington, DE 19899-8705 | 3 World Trade Center |
| bsandler@pszjlaw.com | 175 Greenwich Street |
| joneill@pszjlaw.com | New York, NY 10007 |
| | jadams@kelleydrye.com |
| | ewilson@kelleydrye.com |
| | mmcloughlin@kelleydrye.com |
| | abarajas@kelleydrye.com |

June 25, 2025                                                                 */s/ William A. Hazeltine*
Date                                                                          William A. Hazeltine