## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, I served or caused to be served the foregoing by (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) upon the persons listed below via electronic mail:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** **KIRKLAND & ELLIS INTERNATIONAL LLP** Joshua A. Sussberg, P.C. Aparna Yenamandra, P.C. 601 Lexington Avenue New York, New York 10022 joshua.sussberg@kirkland.com aparna.yenamandra@kirkland.com  Anup Sathy, P.C. (admitted pro hac vice) Jeffrey Michalik (admitted pro hac vice) Lindsey Blumenthal (admitted pro hac vice)  333 West Wolf Point Plaza Chicago, Illinois 60654 anup.sathy@kirkland.com jeff.michalik@kirkland.com lindsey.blumenthal@kirkland.com  **COLE SCHOTZ P.C.** Patrick J. Reilley (No. 4451) Stacy L. Newman (No. 5044) Michael E. Fitzpatrick (No. 6797) Jack M. Dougherty (No. 6784) 500 Delaware Avenue, Suite 1410 Wilmington, Delaware 19801  snewman@coleschotz.com mfitzpatrick@coleschotz.com jdougherty@coleschotz.com  *Counsel to Debtors* | **PACHULSKI STANG ZIEHL & JONES, LLP** Bradford J. Sandler, Esq. James E. O'Neill, Esq. 919 North Market Street, 17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 bsandler@pszjlaw.com joneill@pszjlaw.com  **KELLEY DRYE & WARREN LLP** Jason R. Adams, Esq. Eric R. Wilson, Esq. Maeghan J. McLoughlin, Esq. Andres Barajas, Esq. 3 World Trade Center 175 Greenwich Street New York, NY 10007 jadams@kelleydrye.com ewilson@kelleydrye.com mmcloughlin@kelleydrye.com abarajas@kelleydrye.com  *Counsel to the Official Committee of Unsecured Creditors*  **OFFICE OF THE UNITED STATES TRUSTEE** Malcolm M. Bates, Esq. Office of the United States Trustee J. Caleb Boggs Federal Building 844 N. King Street, Room 2207, Lockbox 35 Wilmington, DE 19801 Malcolm.M.Bates@usdoj.gov |

Dated: June 25, 2025                      */s/ Jordan L. Williams*
                                                        Jordan L. Williams (DE No. 7128)