**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

4937-7142-3568.1 46699.00002

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 31, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Sanjuro Kietlinski, Partner | $1,250 | 82.2 | $102,750.00 |
| Hughes Congleton, Vice President | $730 | 12.9 | $9,417.00 |
| Nick Steffen, Senior Analyst | $470 | 3.1 | $1,457.00 |
| Laura Conn, Matter Administrator | $280 | 2.2 | $616.00 |
| **Grand Total** |  | **100.4** | **$114,240.00** |

### COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 26.9 | $32,897.00 |
| Claims Analysis and Objections | 35.8 | $39,082.00 |
| Committee Activities | 9.0 | $9,482.00 |
| Court Filings | 7.6 | $9,240.00 |
| Fee / Employment Applications | 10.8 | $10,664.00 |
| Plan and Disclosure Statement | 10.3 | $12,875.00 |
| **Grand Total** | **100.4** | **$114,240.00** |

### EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
| Meals | Working meals. | $60.00 |
| Miscellaneous | Research fees. | $1.20 |
| **Total Expenses** |  | **$61.20** |

4937-7142-3568.1 46699.00002

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2025 | Hughes Congleton | Reviewed committee update and lease rejections. | Business Analysis / Operations | 1.20 | 730.00 | $876.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: unpaid invoices. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with M. Mcloughlin re: landlord matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with C. Choe re: landlord inbounds. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with UCC member re: unpaid postpetition invoices. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: additional landlord matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/1/2025 | Sanjuro Kietlinski | Finalized second monthly fee application. | Fee / Employment Applications | 1.00 | 1,250.00 | $1,250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Additional correspondences with UCC member re: unpaid admin. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with KDW re: landlord matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with A&M re: unpaid postpetition invoices. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/1/2025 | Sanjuro Kietlinski | Reviewed KDW UCC updates re: rejection. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Laura Conn | Drafted 2nd Monthly Fee Application (March) and sent for review. | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503(b)(9) claims reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with A&M member re: 503(b)(9) matter. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with E. Mattson re: status of app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with KDW re: claims reconciliation. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with KDW re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/2/2025 | Sanjuro Kietlinski | Reviewed the Ocean Network Express Motion of Relief from Stay (docket 781). | Court Filings | 0.80 | 1,250.00 | $1,000.00 |
| 5/2/2025 | Sanjuro Kietlinski | Followed up with UCC member re: claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/2/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: additional landlord matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/2/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: payment discrepancies. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/2/2025 | Sanjuro Kietlinski | Reviewed the Amended Joint Chapter 11 Plan. | Plan and Disclosure Statement | 1.70 | 1,250.00 | $2,125.00 |
| 5/4/2025 | Sanjuro Kietlinski | Analyzed claims register. | Claims Analysis and Objections | 2.20 | 1,250.00 | $2,750.00 |
| 5/4/2025 | Sanjuro Kietlinski | Follow up with UCC member re: 503(b)(9) invoices. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/4/2025 | Sanjuro Kietlinski | Audited ledger with respect to purported payment discrepancies. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/5/2025 | Sanjuro Kietlinski | Reviewed fee app comments. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with A&M re: budget. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 5/5/2025 | Sanjuro Kietlinski | Reviewed new landlord reconciliation issue. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with A&M re: new landlord reconciliation issue. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with KDW re: new landlord reconciliation issue. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/6/2025 | Sanjuro Kietlinski | Analyzed the Joint Amended Chapter 11 Plan (docket 809). | Plan and Disclosure Statement | 2.10 | 1,250.00 | $2,625.00 |
| 5/6/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/6/2025 | Sanjuro Kietlinski | Followed up with A&M re: fee estimates. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/6/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/6/2025 | Sanjuro Kietlinski | Reviewed KDW Plan and DS updates. | Plan and Disclosure Statement | 0.20 | 1,250.00 | $250.00 |
| 5/6/2025 | Sanjuro Kietlinski | Corresponded with A&M team re: landlord inbounds. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/6/2025 | Sanjuro Kietlinski | Reviewed Motion to Conditionally Approve DS (docket 811). | Plan and Disclosure Statement | 1.80 | 1,250.00 | $2,250.00 |
| 5/7/2025 | Sanjuro Kietlinski | Reconciled budget estimates. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/7/2025 | Sanjuro Kietlinski | Analyzed the Joint Amended Disclosure Statement (docket 810). | Plan and Disclosure Statement | 2.90 | 1,250.00 | $3,625.00 |
| 5/7/2025 | Sanjuro Kietlinski | Followed up with A&M re: budget matters. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/7/2025 | Sanjuro Kietlinski | Followed up with C. Choe re: landlord response. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/7/2025 | Sanjuro Kietlinski | Corresponded with KDW and E. Mattson re: first interim fee app. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/7/2025 | Sanjuro Kietlinski | Reviewed the 7th Rejection Order. | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 5/8/2025 | Sanjuro Kietlinski | Reviewed new landlord inbound documentation re: reconciliation issue. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/8/2025 | Sanjuro Kietlinski | Reviewed the Real Sub Objection (docket 828). | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 5/9/2025 | Sanjuro Kietlinski | Reviewed supplemental landlord inbounds documentation. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 5/9/2025 | Sanjuro Kietlinski | Corresponded with A&M re: landlord inbounds. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/9/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: claims pool analysis. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/12/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: certain landlord inbounds. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/12/2025 | Sanjuro Kietlinski | Corresponded with N. Haughey re: landlord claim. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/12/2025 | Sanjuro Kietlinski | Corresponded with KDW re: 503(b)(9) claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/12/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: outstanding matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/12/2025 | Sanjuro Kietlinski | Corresponded with A&M re: 503(b)(9) claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/12/2025 | Sanjuro Kietlinski | Corresponded with A&M re: certain landlord inbounds. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/12/2025 | Sanjuro Kietlinski | Reviewed claims reconciliation materials. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 5/13/2025 | Sanjuro Kietlinski | Reviewed the Inland objection (docket 848). | Court Filings | 0.70 | 1,250.00 | $875.00 |
| 5/13/2025 | Sanjuro Kietlinski | Reviewed the Myrtle Beach Farms Objection to assumption (docket 851). | Court Filings | 0.80 | 1,250.00 | $1,000.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/13/2025 | Sanjuro Kietlinski | Reviewed KDW UCC update. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/13/2025 | Sanjuro Kietlinski | Reviewed the QCM Objection to Assumption (docket 860). | Court Filings | 0.60 | 1,250.00 | $750.00 |
| 5/13/2025 | Sanjuro Kietlinski | Reviewed draft interim fee application. | Fee / Employment Applications | 0.70 | 1,250.00 | $875.00 |
| 5/13/2025 | Sanjuro Kietlinski | Corresponded with KDW re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/13/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: interim fee application. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/13/2025 | Sanjuro Kietlinski | Reviewed the Ocala Objection (docket 864). | Court Filings | 1.80 | 1,250.00 | $2,250.00 |
| 5/13/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: 503(b)(9) claims. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 5/13/2025 | Sanjuro Kietlinski | Followed up with C. Choe re: landlord matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/13/2025 | Sanjuro Kietlinski | Reviewed the Overlook objection (docket 857). | Court Filings | 0.80 | 1,250.00 | $1,000.00 |
| 5/14/2025 | Sanjuro Kietlinski | Reviewed additional objections to assumptions. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 5/14/2025 | Sanjuro Kietlinski | Corresponded with M. McLaughlin re: 503(b)(9) extension. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/14/2025 | Sanjuro Kietlinski | Corresponded with KDW team re: UCC updates. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/14/2025 | Sanjuro Kietlinski | Continued review of additional objections to assumption/assignment. | Business Analysis / Operations | 1.10 | 1,250.00 | $1,375.00 |
| 5/14/2025 | Sanjuro Kietlinski | Drafted 503(b)(9) update memo. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 5/14/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503(b)(9) claims. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: CNO. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/15/2025 | Sanjuro Kietlinski | Analyzed 503(b)(9) schedule. | Claims Analysis and Objections | 1.30 | 1,250.00 | $1,625.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with N. Haughey re: claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/15/2025 | Sanjuro Kietlinski | Correspondences re: 503(b)(9) letter breakdowns. | Claims Analysis and Objections | 0.80 | 1,250.00 | $1,000.00 |
| 5/15/2025 | Sanjuro Kietlinski | Followed up with E. Mattson re: CNO. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/15/2025 | Sanjuro Kietlinski | Reviewed proposed modifications to interim fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with M. McLaughlin re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/15/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503(b)(9) breakdown. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson and KDW re: interim fee application. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/15/2025 | Sanjuro Kietlinski | Followed up with J. Sciametta re: 503(b)(9) schedule. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with A&M re: additional creditor letters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/15/2025 | Sanjuro Kietlinski | Followed up with J. Sciametta re: various outstanding matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: admin matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: debtors 503(b)(9) estimate. | Claims Analysis and Objections | 0.70 | 1,250.00 | $875.00 |
| 5/15/2025 | Sanjuro Kietlinski | Analyzed 503(b)(9) vendor letters. | Claims Analysis and Objections | 1.70 | 1,250.00 | $2,125.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with other UCC member re: 503(b)(9) claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/15/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee matters. | Fee / Employment Applications | 0.40 | 1,250.00 | $500.00 |
| 5/15/2025 | Sanjuro Kietlinski | Reviewed UCC member schedule. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: 503(b)(9) reconciliation process. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with A&M re: creditor 503(b)(9) claims document. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: claims estimates. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/16/2025 | Sanjuro Kietlinski | Reviewed additional documents from UCC member. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 5/16/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503(b)(9) reconciliation process. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with E. Wilson re: claims. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: UCC meeting. | Committee Activities | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503(b)(9) matters. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 5/16/2025 | Sanjuro Kietlinski | Reviewed creditor 503(b)(9) claims document. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with KDW team re: claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/16/2025 | Sanjuro Kietlinski | Corresponded with D. Radi and H. Congleton re: claims estimates exhibit. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/19/2025 | Sanjuro Kietlinski | Reviewed UCC member response re: 503(b)(9) claims. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/19/2025 | Sanjuro Kietlinski | Reviewed KDW updates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/19/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: 503(b)(9) claim. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/19/2025 | Hughes Congleton | Reviewed contract assumption notice. | Court Filings | 0.50 | 730.00 | $365.00 |
| 5/19/2025 | Sanjuro Kietlinski | Corresponded with KDW re: UCC meeting. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/19/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: UCC updates. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/19/2025 | Hughes Congleton | Reviewed UCC update. | Committee Activities | 0.20 | 730.00 | $146.00 |
| 5/19/2025 | Hughes Congleton | Corresponded with N. Steffen re: filed claims. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 5/19/2025 | Hughes Congleton | Analyzed filed claims. | Claims Analysis and Objections | 2.90 | 730.00 | $2,117.00 |
| 5/19/2025 | Nick Steffen | Reconciled certain 503(b)(9) claims. | Claims Analysis and Objections | 2.20 | 470.00 | $1,034.00 |
| 5/20/2025 | Sanjuro Kietlinski | Reviewed supplemental claims memos. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/20/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton and D. Radi re: UCC updates. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 5/20/2025 | Hughes Congleton | Corresponded with S. Kietlinski re: claims analysis. | Claims Analysis and Objections | 0.10 | 730.00 | $73.00 |
| 5/20/2025 | Sanjuro Kietlinski | Corresponded with KDW team re: 503(b)(9) claim. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/20/2025 | Sanjuro Kietlinski | Attended call with creditor and KDW. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/20/2025 | Sanjuro Kietlinski | Reviewed KDW correspondences with creditor re: claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/20/2025 | Sanjuro Kietlinski | Followed up with creditor re: 503(b)(9) reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/20/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/20/2025 | Sanjuro Kietlinski | Analyzed claim reconciliation materials. | Claims Analysis and Objections | 0.90 | 1,250.00 | $1,125.00 |
| 5/21/2025 | Sanjuro Kietlinski | Corresponded with M. McLaughlin re: claims universe. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/21/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/21/2025 | Sanjuro Kietlinski | Reviewed UCC member reconciliation spreadsheet. | Committee Activities | 0.50 | 1,250.00 | $625.00 |
| 5/21/2025 | Hughes Congleton | Corresponded with A&M re: updates. | Business Analysis / Operations | 0.20 | 730.00 | $146.00 |
| 5/21/2025 | Hughes Congleton | Continued claims analysis. | Claims Analysis and Objections | 2.10 | 730.00 | $1,533.00 |
| 5/21/2025 | Hughes Congleton | Created claims analysis slides. | Claims Analysis and Objections | 1.30 | 730.00 | $949.00 |
| 5/21/2025 | Sanjuro Kietlinski | Began review of KDW investigation presentation. | Business Analysis / Operations | 2.20 | 1,250.00 | $2,750.00 |
| 5/21/2025 | Hughes Congleton | Corresponded with KDW re: claims. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 5/21/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: claims reconciliation follow up maters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/21/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: claims reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/21/2025 | Sanjuro Kietlinski | Followed up with H. Congleton re: 503(b)(9). | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/21/2025 | Sanjuro Kietlinski | Reviewed memo from UCC member re: reconciliation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/21/2025 | Hughes Congleton | Call with S. Kietlinski re: claims analysis. | Claims Analysis and Objections | 0.10 | 730.00 | $73.00 |
| 5/21/2025 | Sanjuro Kietlinski | Additional correspondences with H. Congleton and KDW re: claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/21/2025 | Sanjuro Kietlinski | Finished review of KDW investigation presentation. | Business Analysis / Operations | 1.10 | 1,250.00 | $1,375.00 |
| 5/21/2025 | Hughes Congleton | Reviewed UCC member claim reconciliation. | Claims Analysis and Objections | 0.70 | 730.00 | $511.00 |
| 5/21/2025 | Sanjuro Kietlinski | Reviewed A&M response re: claims reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/2025 | Sanjuro Kietlinski | Reviewed M. McLaughlin comments distribution timing. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed H. Congleton response re: claims exhibits. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed J. Adams comments to UCC deck. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/22/2025 | Sanjuro Kietlinski | Analyzed UCC member claims support info. | Claims Analysis and Objections | 1.20 | 1,250.00 | $1,500.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed draft UCC deck. | Committee Activities | 1.00 | 1,250.00 | $1,250.00 |
| 5/22/2025 | Sanjuro Kietlinski | Corresponded with KDW re: 503(b)(9) matters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/22/2025 | Sanjuro Kietlinski | Additional correspondences re: 503(b)(9) reconciliation matters. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/22/2025 | Sanjuro Kietlinski | Followed up with UCC member re: status of 503(b)(9) reconciliation. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/22/2025 | Sanjuro Kietlinski | Additional correspondences with other UCC member re: claims matters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/22/2025 | Sanjuro Kietlinski | Corresponded with other UCC member re: 503(b)(9) claims. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 5/22/2025 | Sanjuro Kietlinski | Analyzed omnibus objections. | Business Analysis / Operations | 1.80 | 1,250.00 | $2,250.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed creditor/debtor correspondences re: claim discrepancies. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed UCC presentation updates. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed M. McLaughlin comments to claims exhibits. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/22/2025 | Sanjuro Kietlinski | Corresponded with A&M re: status of 503(b)(9) reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/22/2025 | Hughes Congleton | Call with UCC. | Committee Activities | 0.90 | 730.00 | $657.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed UCC member response to Debtors response. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/22/2025 | Hughes Congleton | Continued revising UCC slides. | Committee Activities | 1.50 | 730.00 | $1,095.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed additional creditor clarifications re: claim discrepancies. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/22/2025 | Hughes Congleton | Call with UCC pros re: UCC presentation. | Committee Activities | 0.30 | 730.00 | $219.00 |
| 5/22/2025 | Sanjuro Kietlinski | Corresponded with J. Sciametta re: 503(b)(9) claims. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: claims. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/22/2025 | Sanjuro Kietlinski | Province/KDW UCC member correspondences re: reconciliation issues. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 5/22/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: status of 503b9 reconciliation. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/23/2025 | Sanjuro Kietlinski | Analyzed rejection notices. | Business Analysis / Operations | 2.00 | 1,250.00 | $2,500.00 |
| 5/23/2025 | Sanjuro Kietlinski | Addressed receipt of goods confirmations from UCC member. | Committee Activities | 0.80 | 1,250.00 | $1,000.00 |
| 5/23/2025 | Sanjuro Kietlinski | Reviewed monthly operating reports. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/23/2025 | Sanjuro Kietlinski | Corresponded with A&M re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/23/2025 | Sanjuro Kietlinski | Reviewed underlying information (0.5); and corresponded with A&M (0.2) regarding claims. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 5/23/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: April fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/25/2025 | Sanjuro Kietlinski | Reviewed the redline of the Second Amended Joint Plan. | Plan and Disclosure Statement | 0.50 | 1,250.00 | $625.00 |
| 5/26/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: GA goods. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/26/2025 | Sanjuro Kietlinski | Corresponded with A&M member re: GA goods. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Nick Steffen | Reconciled team hour entries for fee submission. | Fee / Employment Applications | 0.90 | 470.00 | $423.00 |
| 5/27/2025 | Sanjuro Kietlinski | Drafted memo to J. Sciametta re: GA goods issues. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: unpaid post-petition rent. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with A&M re: GA matters. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/27/2025 | Sanjuro Kietlinski | Followed up with other UCC member re: required supplemental documentation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Sanjuro Kietlinski | Reviewed underlying info re: unpaid rent. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with KDW re: A&M responses. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: debtors responses to claims. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: GA matters. | Committee Activities | 0.30 | 1,250.00 | $375.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: claims issues. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/27/2025 | Sanjuro Kietlinski | Reviewed Order Conditionally Approving DS. | Plan and Disclosure Statement | 1.10 | 1,250.00 | $1,375.00 |
| 5/27/2025 | Sanjuro Kietlinski | Followed up with UCC member re: GA goods. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with other UCC member re: resolution to claims reconciliation. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Sanjuro Kietlinski | Followed up internally re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with A&M re: reconciliation. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/27/2025 | Sanjuro Kietlinski | Reviewed KDW UCC Updates. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Laura Conn | Drafted 3rd Monthly Fee Application (April 2025). | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with A&M re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Sanjuro Kietlinski | Reviewed Cahill Objection (docket 995). | Court Filings | 0.60 | 1,250.00 | $750.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with A&M re: unpaid post-petition rent. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Hughes Congleton | Reviewed UCC update & assumption notices. | Committee Activities | 0.50 | 730.00 | $365.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with creditor re: claims support materials. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Followed up with UCC member re: follow up to 503b9 items. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Analyzed claims support materials. | Claims Analysis and Objections | 1.40 | 1,250.00 | $1,750.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/28/2025 | Sanjuro Kietlinski | Reviewed additional support materials. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded re: CNO. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Reviewed the Suburban Plaza Objection (docket 1004). | Court Filings | 0.50 | 1,250.00 | $625.00 |

4937-7142-3568.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/28/2025 | Sanjuro Kietlinski | Followed up with UCC member re: claims issues. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 5/29/2025 | Sanjuro Kietlinski | Reviewed Myrtle Beach Objection. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 5/29/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503b9 reconciliation. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 5/29/2025 | Sanjuro Kietlinski | Drafted additional Q&A memos to UCC member re: claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 5/29/2025 | Sanjuro Kietlinski | Reviewed the Washington Prime objection. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 5/29/2025 | Sanjuro Kietlinski | Drafted analysis memo to UCC member re: claims. | Claims Analysis and Objections | 0.70 | 1,250.00 | $875.00 |
| 5/29/2025 | Sanjuro Kietlinski | Finalized third monthly fee app. | Fee / Employment Applications | 1.10 | 1,250.00 | $1,375.00 |
| 5/29/2025 | Sanjuro Kietlinski | Corresponded with PSZJ and KDW re: third monthly fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/30/2025 | Sanjuro Kietlinski | Drafted memo to A&M re: claims reconciliation analysis. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 5/30/2025 | Sanjuro Kietlinski | Conducted additional analysis of claims reconciliation. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 5/30/2025 | Sanjuro Kietlinski | Corresponded with A&M re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |

### EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 5/6/2025 | Miscellaneous | PACER - Quarterly research fees. | $1.20 |
| 5/7/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| 5/21/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| 5/22/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| | **Total Expenses** | | **$61.20** |