# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | Re: Docket No. 1071 |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING DEBTORS' SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE) (REDUCED AND RECLASSIFIED CLAIMS, RECLASSIFIED CLAIMS, SUBSTANTIVE DUPLICATE CLAIMS, REDUCED CLAIMS, CROSS-DEBTOR DUPLICATE CLAIMS, NO LIABILITY CLAIMS)

PLEASE TAKE NOTICE that, on June 4, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the *Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Reduced Claims, Cross-Debtor Duplicate Claims, No Liability Claims)* [Docket No. 1071] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Omnibus Objection is scheduled for July 10, 2025 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the electronic Claims Binder was emailed on June 25, 2025 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, in accordance with Rule 3007-1(d)(vi) of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Local Rules of the United States Bankruptcy Court for the District of Delaware.  Copies of the Proofs of Claim can be requested from counsel for the Debtors.

Dated: June 25, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Patrick J. Reilley* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 652-3131 | Facsimile:    (212) 446-4900 |
| Facsimile:    (302) 652-3117 | Email:          joshua.sussberg@kirkland.com |
| Email:          preilley@coleschotz.com |              aparna.yenamandra@kirkland.com |
|              snewman@coleschotz.com | |
|              mfitzpatrick@coleschotz.com | - and - |
|              jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | Email:          anup.sathy@kirkland.com |
| |              jeff.michalik@kirkland.com |
| |              lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |