**Exhibit 1 to Assignment Order**

**Assumption Schedule**

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Michaels Stores, Inc. | BCS Hopper, LLC | BCS Hopper, LLC Attn: Tom Hopper, PO Box 1628 Rogers, AR 72757 | October 31, 2014 Lease Agreement between Jo-Ann Stores, LLC and BCS Hopper, LLC | $7,654.98 | June 1, 2025 |
| 2 | Michaels Stores, Inc. | LMC, LP | LMC, LP c/o Sork Company, Inc., Attn: Mark P. Sork 13 Corporate Plaza, Suite 214 Newport Beach, CA 92660 | June 21, 2018 Lease Agreement between Jo-Ann Stores, LLC and LMC, LP | 20,093.01 | June 1, 2025 |

---

[4] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.