**Exhibit 1 to Assignment Order**

**Assumption Schedule**

| No. | Assignee | Counterparty | Counterparty Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| 1 | Michaels Stores, Inc. | B33 Bandera Pointe III LLC | B33 Bandera Pointe III LLC Two Union Square, 601 Union St., Suite 1115 Attn: Deirdre Bergeron, Sr. Prop Mgr. or Bruce Gevers, Asst Prop Mgr. Seattle, WA 98101 | June 02, 2011 Lease Agreement between Jo-Ann Stores, LLC and B33 Bandera Pointe III LLC | $0.00 | June 1, 2025 |

---

[4] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.