# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 1206 and 1259** |

## CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER APPROVING JOINT STIPULATION REGARDING THE ASSUMPTION AND ASSIGNMENT OF THE STORE 593 LEASE

The undersigned counsel to JOANN Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1. On June 20, 2025, the Court entered the *Thirtieth Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1206] (the "Rejection Order"), rejecting that certain unexpired lease with respect to Store No. 593, located at Shrewsbury Plaza 1026 Broad St., Shrewsbury, New Jersey (the "Store 593 Lease").

2. GA Joann Retail Partnership, LLC ("Agent"), in its capacity as agent for the above-captioned debtors-in-possession (collectively, "Assignor") was previously in contact with SP 35 L.P. ("Landlord") regarding the proposed assumption and assignment of the Store 593 Lease. Assignor inadvertently submitted the Rejection Order to the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

3. Thereafter, on June 23, 2025, the Court entered the *Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1259] (the "Assumption/Assignment Order"), approving and authorizing the assumption and assignment of the Store 593 Lease, by Assignor to Harmon POS Sales LLC (the "Assignee" and together with the Agent, Assignor and Landlord, collectively, the "Parties").

4. Following the entry of the Rejection Order and the Assumption/Assignment Order, the Parties entered into that certain *Joint Stipulation Regarding the Assumption and Assignment of the Store 593 Lease* (the "Joint Stipulation"), memorializing their agreement that the Assumption/Assignment Order is binding and enforceable and supersedes the Rejection Order.

5. A proposed order approving the Joint Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

6. A copy of the Joint Stipulation is attached as Exhibit A to the Proposed Order

7. Accordingly, the Parties request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

[*Remainder of this page intentionally left blank.*]

Dated: June 27, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Jack M. Dougherty* | |
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-3131 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-3117 | Email: joshua.sussberg@kirkland.com |
| Email: preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |