**Exhibit 1 to Assignment Order**

**Assumption Schedule**

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Dollar Tree Stores, Inc. | GVD Commercial Properties, Inc. | GVD Commercial Properties, Inc. 1915-A E. Katella Avenue, Attn: President Orange, CA 92867 | 2523 | 1411 N. Tustin Streets Orange, CA | May 15, 2018 Lease Agreement between Jo-Ann Stores, LLC and GVD Commercial Properties, Inc. | $61,580.85 | 6/1/2025 |

---

[4] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.