## Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 1206 and 1259** |

## JOINT STIPULATION REGARDING
## THE ASSUMPTION AND ASSIGNMENT OF THE STORE 593 LEASE

GA Joann Retail Partnership, LLC ("Agent"), in its capacity as agent for the above-captioned debtors-in-possession (collectively, "Assignor"), SP 35 L.P. ("Landlord"), and Harmon POS Sales LLC (the "Assignee" and together with the Agent, Assignor and Landlord, collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation") as to the following:

1.      On June 20, 2025, the Court entered the *Thirtieth Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1206] (the "Rejection Order"), rejecting that certain unexpired lease with respect to Store No. 593, located at Shrewsbury Plaza 1026 Broad St., Shrewsbury, New Jersey (the "Store 593 Lease").

2.      Thereafter, on June 23, 2025, the Court entered the *Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1259] (the "Assumption/Assignment Order"), approving and authorizing the assumption and assignment of the Store 593 Lease, by Assignor to Assignee, effective as of June 20, 2025.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

3.      Notwithstanding anything to the contrary in the Rejection Order or any other order or filing in the above-captioned chapter 11 cases, the Parties agree that the Assumption/Assignment Order is binding and enforceable and supersedes the Rejection Order in all respects. For the avoidance of doubt, upon entry of the order approving this stipulation, the Rejection Order shall be deemed withdrawn, of no force and effect, and as void *ab initio*.

4.      The Parties each consent to and seek entry of the order (the "Consent Order") approving this Stipulation, filed contemporaneously herewith by the Debtors.

**AGENT, ON BEHALF OF ASSIGNOR:**
**GA Joann Retail Partnership, LLC**

By:  */s/ Scott Carpenter*

Name: Scott Carpenter

Title: CEO, GA Joann Retail Partnership, LLC

**LANDLORD:**
**SP 35 L.P.**

By: */s/ Scott Fleischer*

Name: Scott Fleischer

Title: Partner, Barclay Damon LLP,
Counsel to Landlord

**ASSIGNEE:**
**Harmon POS Sales LLC**

By: */s/ Jeffrey Testa*

Name: Jeffrey Testa

Title: Partner, McCarter & English, LLP,
Counsel to Assignee