IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC. *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on June 30, 2025, Cavender Stores, L.P. ("Cavender's"), served a copy of the *Notice of First Request for the Production of Documents of Cavender Stores, L.P. Directed to Boot Barn, Inc.* upon the parties listed below via electronic mail.

| | |
|---|---|
| **EMAIL**<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP.**<br>Robert S. Brady (No. 2847)<br>Kenneth J. Enos (No. 4544)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EMail: rbrady@ycst.com<br>kenos@ycst.com<br><br>*Attorneys for Boot Barn, Inc.* | **EMAIL**<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani (*pro hac vice* pending)<br>Eric Kay (*pro hac vice* pending)<br>Rachel Harrington (*pro hac vice* pending)<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone: (212) 849 7000<br>EMail: susheelkirpalani@quinnemanuel.com<br>erickay@quinnemanuel.com<br>rachelharrington@quinnemanuel.com<br><br>*Attorneys for Boot Barn, Inc.* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

{02135110;v1 }

| | |
|---|---|
| Dated: June 30, 2025<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Ricardo Palacio*<br>Ricardo Palacio (DE Bar No. 3765)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: RPalacio@ashbygeddes.com<br><br>-and-<br><br>**FOLEY & LARDNER LLP**<br>Mark C. Moore, Esq.<br>Robert Slovak, Esq.<br>J. Michael Thomas, Esq.<br>Mary M. Rofaeil, Esq.<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>Tel: (214) 999-3000<br>Fax: (214) 999-4667<br>Email(s): mmoore@foley.com<br>　　　　　rslovak@foley.com<br>　　　　　jmthomas@foley.com<br>　　　　　mary.rofaeil@foley.com<br><br>*Attorneys for Cavender Stores, L.P.* |