## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. __** |

## ORDER SUSTAINING DEBTORS' TENTH
## OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
### (Reclassified Claims)

Upon consideration of the *Debtors' Tenth Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Aber Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Reclassified Claim listed on **<u>Exhibit 1</u>** hereto is hereby reclassified as set forth in the "*Modified*" priority column therein.

3.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

4.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.      The Debtors' right to file additional objections to each Reclassified Claim or any other proofs of claim that have been or may be filed against the Debtors are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these chapter 11 cases are further preserved.

6.      The Debtors' objection to each Reclassified Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Reclassified Claim.  Any stay of this Order

pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

7.       This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

8.       The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

# Exhibit 1

## Reclassified Claims

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 ADAMS, TALONYA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 ADKINS, HEATHER ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $5.03 | Jo-Ann Stores, LLC | Priority | $5.03 |
| | | Jo-Ann Stores, LLC | Priority | $5.03 | Jo-Ann Stores, LLC | Unsecured | $5.03 |
| | | | Subtotal | $10.06 | | Subtotal | $10.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 ALLABY, MARYANN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $21.13* | JOANN Inc. | Unsecured | $21.13 |
| | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | Subtotal | $21.13* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 ALLI, ADEOLA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $19.62* | JOANN Inc. | Unsecured | $19.62 |
| | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | Subtotal | $19.62* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ANDREINI, STEPHANIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ANDREWS, HOWARD ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ARAGON, ROSIE A ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | BAKER, TERRY ANN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | BORZA, NEVAEH ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $16.43 | JOANN Inc. | Admin | $16.43 |
| | | | JOANN Inc. | Admin | $16.43 | JOANN Inc. | Unsecured | $16.43 |
| | | | | Subtotal | $32.86 | | Subtotal | $32.86 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 10 | BOYLE, ELIZABETH V ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Priority | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Priority | $50.00* | | | |
| | | | | Subtotal | $100.00* | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | BOZIF, JAMIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Admin | $20.00 |
| | | | Jo-Ann Stores, LLC | Admin | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | BREWER, KERRY ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Unsecured | $15.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $15.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | BRISCO, RENEE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $18.63 | JOANN Inc. | Priority | $18.63 |
| | | | JOANN Inc. | Priority | $18.63 | JOANN Inc. | Secured | $18.63 |
| | | | JOANN Inc. | Secured | $18.63 | JOANN Inc. | Unsecured | $18.63 |
| | | | | Subtotal | $55.89 | | Subtotal | $55.89 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 14 BRUNSON, TERESA A ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 BYRON, JUDY ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $13.82 | Jo-Ann Stores, LLC | Secured | $13.82 |
| | | Jo-Ann Stores, LLC | Secured | $13.82 | Jo-Ann Stores, LLC | Unsecured | $13.82 |
| | | | Subtotal | $27.64 | | Subtotal | $27.64 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 16 CHAMBERLAIN, LISA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $17.15 | JOANN Inc. | Unsecured | $17.15 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 CHASE, SUZETTE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 CHAU, NHU ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | CLARK, AMANDA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | CONKLIN, SHAKITA SHANTA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | COOPER, JOSHUA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Priority | $100.00 |
| | | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | COWELL, ALEXANDRA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 23 | CRATSLEY, ELIZABETH ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $9.31 | JOANN Inc. | Unsecured | $9.31 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 | DEITHORN, CLAUDIA J. ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $16.47 | Jo-Ann Stores, LLC | Unsecured | $16.47 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 | DICKENS, OLIVIA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 26 | DIETRICH-HUGHES, KYLE MARIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $6.92 | JOANN Inc. | Unsecured | $6.92 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 | DINOVO-HATHAWAY, AMY ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | | MODIFIED | | |
| | | | | | | | | | |
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | DOLBECK, EMILY ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 29 | EGGERS, MARILYN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 30 | FIGUEROA, MADELYN ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 31 | FISHER, JEAN M ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 32 | FLOYD, MICHELLE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 33 FREDERICK, JOANNE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.68 | JOANN Inc. | Admin | $15.68 |
| | | JOANN Inc. | Admin | $15.68 | JOANN Inc. | Secured | $15.68 |
| | | JOANN Inc. | Secured | $15.68 | JOANN Inc. | Unsecured | $15.68 |
| | | | Subtotal | $47.04 | | Subtotal | $47.04 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 GARCIA, CHELSEA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 35 GIESBRECHT, NICKI ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $11.93 | JOANN Inc. | Unsecured | $11.93 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 36 GILLIS, BRIDGIT ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.88 | JOANN Inc. | Unsecured | $15.88 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 37 GRAMINS, COLETTE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | GUPTA, ARTI ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $8.00 | Jo-Ann Stores, LLC | Unsecured | $8.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | HALEY, JESSIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | HALL, JAMES EDWARD ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $37.07 | JOANN Inc. | Admin | $37.07 |
| | | | JOANN Inc. | Admin | $37.07 | JOANN Inc. | Priority | $37.07 |
| | | | JOANN Inc. | Priority | $37.07 | JOANN Inc. | Unsecured | $37.07 |
| | | | | Subtotal | $111.21 | | Subtotal | $111.21 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | HOLAN, TRICIA JILL ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | HOPKINS, NANCY LEE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | HUBBARD, JEANNIE MARIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $10.48 | Jo-Ann Stores, LLC | Secured | $10.48 |
| | | | Jo-Ann Stores, LLC | Secured | $10.48 | Jo-Ann Stores, LLC | Unsecured | $10.48 |
| | | | | Subtotal | $20.96 | | Subtotal | $20.96 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | HUBBARD, LISA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $15.00 | Jo-Ann Stores, LLC | Unsecured | $15.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | HUJA, CHRISTIN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 46 | JOHNSON, MELODY LYNN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $6.00 | JOANN Inc. | Unsecured | $6.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM #/ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | JONES, ERNA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $6.06 | JOANN Inc. | Unsecured | $6.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM #/ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 48 | KASS, CHRISTINE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.19 | JOANN Inc. | Priority | $20.19 |
| | | | JOANN Inc. | Priority | $20.19 | JOANN Inc. | Unsecured | $20.19 |
| | | | | Subtotal | $40.38 | | Subtotal | $40.38 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM #/ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 49 | KIESTER, KATHLEEN M ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $40.00 | | Subtotal | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM #/ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 50 | KOELLER, DEBORAH A. KLEEGER ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED | | | MODIFIED | | |
| 51 | KRAUSS, JEANNE ADDRESS ON FILE | | joann.com, LLC | 503(b)(9) | $10.00 | joann.com, LLC | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 52 | LABARGE, NICOLE RENEE ADDRESS ON FILE | | joann.com, LLC | 503(b)(9) | $10.53 | joann.com, LLC | Secured | $10.53 |
| | | | joann.com, LLC | Secured | $10.53 | joann.com, LLC | Unsecured | $10.53 |
| | | | | Subtotal | $21.06 | | Subtotal | $21.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 53 | LEE, CRYSTAL ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.70 | Jo-Ann Stores, LLC | Unsecured | $20.70 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 54 | MARTINEZ, ADRIANA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $7.98* | Jo-Ann Stores, LLC | Admin | $15.96 |
| | | | Jo-Ann Stores, LLC | Admin | $15.96* | Jo-Ann Stores, LLC | Unsecured | $7.98 |
| | | | Jo-Ann Stores, LLC | Secured | Undetermined* | | Subtotal | $23.94 |
| | | | | Subtotal | $23.94* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | MAYNARD, KIM ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.74 | Jo-Ann Stores, LLC | Unsecured | $20.74 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 | MILLER, MARGARET L ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $23.45 | Jo-Ann Stores, LLC | Unsecured | $23.45 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 57 | MITCHELL, MICHELE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $7.00 | JOANN Inc. | Unsecured | $7.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 58 | MORRISON, LORI ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 59 | MULLEN, TAMMY M. ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $8.72 | JOANN Inc. | Unsecured | $8.72 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

13

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | NGUYEN, DIEP ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $18.00 | Jo-Ann Stores, LLC | Unsecured | $18.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 61 | NORRIS, CHERYL ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 62 | NOYES, SHERRIANNE MARIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 63 | ORTEGA, MARIA R ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $18.79 | JOANN Inc. | Unsecured | $18.79 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 64 | PECK STEVENS, JACKIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $76.12 | Jo-Ann Stores, LLC | Unsecured | $76.12 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 65 | PERDUE, LAURA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $22.83 | Jo-Ann Stores, LLC | Unsecured | $22.83 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 66 | PERKINS, AMANDA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 67 | PINK LIGHT DESIGN, LCC 2943 N CERRITOS ROAD PALM SPRINGS, CA 92262 | | JOANN Inc. | 503(b)(9) | $10,550.00 | JOANN Inc. | Unsecured | $10,550.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 68 | POLSI, RACHEL ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $23.32 | JOANN Inc. | Unsecured | $23.32 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 69 | PRICE, HELEN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc., Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 70 | PUERZER, CLARE J ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $10.00 | Jo-Ann Stores, LLC | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 71 | RICKEY, ALEXANDER GRANT ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $12.27 | Jo-Ann Stores, LLC | Unsecured | $12.27 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 72 | ROBINSON, MARLENE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 73 | ROYAL TALENS NORTH AMERICA, INC 30 INDUSTRIAL DRIVE NORTHAMPTON, MA 01060 | | Jo-Ann Stores, LLC | 503(b)(9) | $575.42 | Jo-Ann Stores, LLC | Unsecured | $1,570.53 |
| | | | Jo-Ann Stores, LLC | Unsecured | $995.11 | | | |
| | | | | Subtotal | $1,570.53 | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 74 | RUDOLPH, KATHLEEN ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc., Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 75 SANTOS, YAJAIRA E ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Admin | $25.00 |
| | | JOANN Inc. | Admin | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | Subtotal | $50.00* | | Subtotal | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 76 SHEAFFER, KAREN J ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $12.70 | Jo-Ann Stores, LLC | Secured | $12.70 |
|---|---|---|---|---|---|---|---|
| | | Jo-Ann Stores, LLC | Secured | $12.70 | Jo-Ann Stores, LLC | Unsecured | $25.40 |
| | | Jo-Ann Stores, LLC | Unsecured | $12.70 | | | |
| | | | Subtotal | $38.10 | | Subtotal | $38.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 77 SPAGNUOLO, NICOLE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 78 STORWICK-STAFFORD, TRACY RENEE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $21.88* | JOANN Inc. | Unsecured | $21.88 |
|---|---|---|---|---|---|---|---|
| | | JOANN Inc. | Priority | Undetermined* | | | |
| | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | Subtotal | $21.88* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc.; Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 79 | STRAWN, MACKENZIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $19.10 | Jo-Ann Stores, LLC | Unsecured | $19.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 80 | SULLIVAN, JENNIFER ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 81 | SWEASY, JOYCE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $7.59 | JOANN Inc. | Unsecured | $7.59 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 82 | TERRELL, AMBER ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $40.00 | | Subtotal | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 83 THOMPSON, MORGAN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Secured | $15.00 |
| | | JOANN Inc. | Priority | Undetermined* | JOANN Inc. | Unsecured | $15.00 |
| | | JOANN Inc. | Secured | $15.00* | | | |
| | | | Subtotal | $30.00* | | Subtotal | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 84 TRUSKOWSKI, CHRISTINA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $8.43 | Jo-Ann Stores, LLC | Unsecured | $8.43 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 85 VAN GEENHOVEN, HIVER RICARDO CHRISTIAN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86 VAN WAGNER, CINDY ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $12.35 | JOANN Inc. | Priority | $12.35 |
| | | JOANN Inc. | Priority | $12.35 | JOANN Inc. | Secured | $12.35 |
| | | JOANN Inc. | Secured | $12.35 | JOANN Inc. | Unsecured | $12.35 |
| | | | Subtotal | $37.05 | | Subtotal | $37.05 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |

| 87 | VASSEUR, CONNIE ANN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 88 | VAZQUEZ, FRANCES D ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $21.31 | Jo-Ann Stores, LLC | Unsecured | $21.31 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 89 | VOGT, VERONICA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 90 | WARNES, SHELBIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $14.48 | JOANN Inc. | Unsecured | $14.48 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 91 | WEAR, NANCY CATHERINE ADDRESS ON FILE | | JOANN Holdings 1, LLC | 503(b)(9) | $100.00 | JOANN Holdings 1, LLC | Priority | $100.00 |
| | | | JOANN Holdings 1, LLC | Priority | $100.00 | JOANN Holdings 1, LLC | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 92 | WILEY, JULIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $22.61 | Jo-Ann Stores, LLC | Unsecured | $22.61 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 93 | WILLIAMS, MAYA NICOLE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $17.40 | JOANN Inc. | Unsecured | $17.40 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 94 | WILLIAMS, TINA KATHLEEN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $13.98 | JOANN Inc. | Unsecured | $13.98 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 95 | WOOD, DEMETRAH ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $67.00* | JOANN Inc. | Unsecured | $67.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $67.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 96 | WOODARD, LYNN ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $8.95 | Jo-Ann Stores, LLC | Unsecured | $8.95 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM #<br>/ECF # | DEBTOR | ASSERTED<br>PRIORITY<br>STATUS | AMOUNT | MODIFIED<br>DEBTOR | PRIORITY<br>STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 97 | XAVIER, JILL<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 | YENDRZESKI, DEBORAH<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 | ZEIGLER, JANICE<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $28.54 | JOANN Inc. | Unsecured | $28.54 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 100 | ZYBERT, LYN<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts