## EXHIBIT A

### Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

**ORDER SUSTAINING DEBTORS' ELEVENTH**
**OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)**
**(Reclassified Claims)**

Upon consideration of the *Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Aber Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]   Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Reclassified Claim listed on **Exhibit 1** hereto is hereby reclassified as set forth in the "*Modified*" priority column therein.

3.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

4.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.      The Debtors' right to file additional objections to each Reclassified Claim or any other proofs of claim that have been or may be filed against the Debtors are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these chapter 11 cases are further preserved.

6.      The Debtors' objection to each Reclassified Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Reclassified Claim.  Any stay of this Order

pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

7.     This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

8.     The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## Exhibit 1

**Reclassified Claims**

Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTHONY, LESLIE<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | ARIAS, ESMERALDA<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | BABBS, SHANA<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $808.00 | JOANN Inc. | Unsecured | $808.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | BAKER, KARYN<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00* | JOANN Inc. | Unsecured | $50.00 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | BARTON, DARLENE GALE<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED | | | MODIFIED | | |
| 6 | BEAMER, PAULA G NEWTON ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 7 | BERRY, MARCIA A ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 8 | BO, LINDA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 9 | BOROWSKI, KALYL ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $100.00* | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $100.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM #/ECF # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | BOWEN, JENNIFER ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Priority | $25.00 |
| | | | Jo-Ann Stores, LLC | Priority | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | | Subtotal | $50.00 | | Subtotal | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM #/ECF # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | BYERS, ALICE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM #/ECF # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | CAREY, JENNIFER ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $120.00 | JOANN Inc. | Unsecured | $120.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM #/ECF # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | CARLIN, JO ANN ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $75.00* | JOANN Inc. | Unsecured | $75.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $75.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

3

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 14 CHAK, ALFRED ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $29.51 | JOANN Inc. | Priority | $29.51 |
| | | JOANN Inc. | Priority | $29.51 | JOANN Inc. | Unsecured | $29.51 |
| | | | Subtotal | $59.02 | | Subtotal | $59.02 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 15 CHAMPION, MONIKA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $30.00* | JOANN Inc. | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 16 CHARTIER, CATHY ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 17 COE, HAYLEY ELIZABETH ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $200.00* | JOANN Inc. | Unsecured | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 18 COLER, BRENDA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM #/ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |

| | NAME | CLAIM #/ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | COLLIER, KRISTEN MARIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $15.09 | Jo-Ann Stores, LLC | Unsecured | $15.09 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | COOLEY, KRISTI ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | DADY, CHRISTOPHER JAMES ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $360.00 | JOANN Inc. | Unsecured | $360.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | DE IESO, NATALIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | DEFREEUW, KELLY ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

|  | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 24 | DESIGNCO PRIVATE LIMITED LAKRI FAZALPUR, DELHI ROAD MORADABAD, UP, 244001 | | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $55,014.45 $132,946.69 $187,961.14 | Jo-Ann Stores, LLC | Unsecured | $187,961.14 |

Reason:  Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

| 25 | DOBERMAN, DANIELLE J ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 26 | EDMONDSON, CARRIE A ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $18.54 | Jo-Ann Stores, LLC | Unsecured | $18.54 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 27 | ELLIS, TAMMY SUE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 28 | FIDUCCIA, CHRISTOPHER ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $24.96 | JOANN Inc. | Unsecured | $24.96 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | FISHER, BRYAN ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $30.60 | Jo-Ann Stores, LLC | Priority | $30.60 |
| | | | Jo-Ann Stores, LLC | Priority | $30.60 | Jo-Ann Stores, LLC | Unsecured | $30.60 |
| | | | | Subtotal | $61.20 | | Subtotal | $61.20 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | FROME, EDWARD ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | GALBRAITH, PATRICIA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $69.21 | JOANN Inc. | Admin | $69.21 |
| | | | JOANN Inc. | Admin | $69.21 | JOANN Inc. | Priority | $69.21 |
| | | | JOANN Inc. | Priority | $69.21 | JOANN Inc. | Unsecured | $69.21 |
| | | | | Subtotal | $207.63 | | Subtotal | $207.63 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | GOLIGHTLY-KISSNER, LIANE MARIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | GRAY, V. CHARMAINE ADDRESS ON FILE | | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $376.99* Undetermined* | JOANN Inc. | Unsecured | $376.99 |
| | | | | Subtotal | $376.99* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 | HALLBAUER, NORMA ADDRESS ON FILE | | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $8.00 $0.50 | JOANN Inc. | Unsecured | $8.50 |
| | | | | Subtotal | $8.50 | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 35 | HAMER, KIMBERLY ANN ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 36 | HARDAWAY, CATHY ADDRESS ON FILE | | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $2,500.00 $25.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $25.00 $2,500.00 |
| | | | | Subtotal | $2,525.00 | | Subtotal | $2,525.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | HERNANDEZ, SYLVIA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $75.00* | JOANN Inc. | Unsecured | $75.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $75.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | HETTERMAN, JUDY ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | HOEGGER, LORI ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $115.00 | Jo-Ann Stores, LLC | Unsecured | $115.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | HUGHES, BETSY JANE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | JAMES, JESSICA AALIYAH ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc., Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | KEEN, THOMAS STANLEY ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $88.61 | JOANN Inc. | Unsecured | $88.61 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 43 | KHALSA, GURPREET ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 44 | KINGHORN, CHRISTINA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 45 | KROLL, DEBBIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Admin | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 46 | KRUVELIS, STEPHANIE ADDRESS ON FILE | | joann.com, LLC | 503(b)(9) | $125.00 | joann.com, LLC | Unsecured | $125.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |

| 47 | KURSZEWSKI, TONYA | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | ADDRESS ON FILE | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 48 | KYKER, TIANNA | | joann.com, LLC | 503(b)(9) | $50.00 | joann.com, LLC | Admin | $50.00 |
| | ADDRESS ON FILE | | joann.com, LLC | Admin | $50.00 | joann.com, LLC | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 49 | LEE, JENNIFER | | Jo-Ann Stores, LLC | 503(b)(9) | $1,042.00 | Jo-Ann Stores, LLC | Unsecured | $1,474.00 |
| | ADDRESS ON FILE | | Jo-Ann Stores, LLC | Unsecured | $432.00 | | | |
| | | | | Subtotal | $1,474.00 | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 50 | LEHMAN, KATRINA | | JOANN Inc. | 503(b)(9) | $928.00 | JOANN Inc. | Admin | $928.00 |
| | ADDRESS ON FILE | | JOANN Inc. | Admin | $928.00 | JOANN Inc. | Unsecured | $928.00 |
| | | | | Subtotal | $1,856.00 | | Subtotal | $1,856.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

11

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | MODIFIED | | |
| 51 | LEWIS, LORI ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 52 | MATTOS, PATRICIA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 53 | MCCAMEY, TARA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $22.50 | JOANN Inc. | Unsecured | $22.50 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 54 | MCCAY, DARYLANN ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $35.00* | Jo-Ann Stores, LLC | Unsecured | $35.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | | | Subtotal | $35.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 55 | MCINTYRE, NORDIA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $30.00* | Jo-Ann Stores, LLC | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM #<br>/ECF # | DEBTOR | PRIORITY<br>STATUS | AMOUNT | DEBTOR | PRIORITY<br>STATUS | AMOUNT |
| 56 | MEDINA, DIANE<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 57 | MIMS, VENETIA<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $33.28* | Jo-Ann Stores, LLC | Unsecured | $33.28 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 58 | MINNICH, JOSEFINA<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 59 | MOORE, SARA<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 60 | MORRONE, MARIA<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 61 | MORROW, TERI ADDRESS ON FILE | | joann.com, LLC | 503(b)(9) | $20.82 | joann.com, LLC | Unsecured | $20.82 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 62 | NAVA, JEANETTE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $60.00 | JOANN Inc. | Secured | $60.00 |
| | | | JOANN Inc. | Secured | $60.00 | JOANN Inc. | Unsecured | $60.00 |
| | | | | Subtotal | $120.00 | | Subtotal | $120.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63 | O'BRIEN, JENNIFER ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 64 | ORILEY, TERI L ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $76.52 | JOANN Inc. | Unsecured | $76.52 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 65 PARAMOUNT HOME COLLECTIONS PVT LTD C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE, BUILDING B SUITE 202 CLOSTER, NJ 07624 | | Jo-Ann Stores, LLC | 503(b)(9) | $135,479.21 | Jo-Ann Stores, LLC | Unsecured | $478,641.62 |
| | | Jo-Ann Stores, LLC | Unsecured | $343,162.41 | | | |
| | | | Subtotal | $478,641.62 | | | |

Reason:  Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66 PAUL, FLOYD ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Priority | $100.00 |
| | | JOANN Inc. | Admin | Undetermined* | JOANN Inc. | Secured | $100.00 |
| | | JOANN Inc. | Priority | $100.00* | JOANN Inc. | Unsecured | $100.00 |
| | | JOANN Inc. | Secured | $100.00* | | Subtotal | $300.00 |
| | | | Subtotal | $300.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 PERLE, SARA LYNN 0N325 FORD DR GENEVA, IL 60134 | | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Admin | $100.00 |
| | | Jo-Ann Stores, LLC | Admin | $100.00 | Jo-Ann Stores, LLC | Priority | $100.00 |
| | | Jo-Ann Stores, LLC | Priority | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | Subtotal | $300.00 | | Subtotal | $300.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 68 | POLLARD, HEATHER ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 69 | RAINES, SAVANAH ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 70 | RAMIREZ, MARIA SOCORRO ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Admin | $50.00 |
| | | | JOANN Inc. | Admin | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $150.00 | | Subtotal | $150.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 71 | RAMPILLA, RAJESH ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 72 | RILEY, RUBY LOU ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $43.00 | Jo-Ann Stores, LLC | Unsecured | $43.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | RIVERA, CRIS ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $26.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | $1.00 | | | |
| | | | | Subtotal | $26.00 | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 74 | ROBINSON, KEESA CATHERINE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75 | ROSS, FRANKLIN J ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $99.90 | JOANN Inc. | Admin | $99.90 |
| | | | JOANN Inc. | Admin | $99.90 | JOANN Inc. | Secured | $99.90 |
| | | | JOANN Inc. | Secured | $99.90 | JOANN Inc. | Unsecured | $99.90 |
| | | | | Subtotal | $299.70 | | Subtotal | $299.70 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 76 | SALLOWS, KELLY ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 77 | SCHAEFER, SHELLY H ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 78 | SEARS, JENNIFER R ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 79 | SISTERS OF MARY SISTER MARY JACINTA CAMPBELL ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $50.00* | JOANN Inc. | Unsecured | $50.00 |
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 80 | SLOSAR, SHARON ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $140.44 | Jo-Ann Stores, LLC | Unsecured | $140.44 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 81 SMALLEY, KATHERINE G. ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 82 STAFFORD, ROBERTA J ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 83 STANLEY, DEBORAH SUE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $212.70 | JOANN Inc. | Unsecured | $212.70 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 84 STULL, ANNISETTA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 85 TONY, BILL ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM #<br>/ECF # | DEBTOR | PRIORITY<br>STATUS | AMOUNT | DEBTOR | PRIORITY<br>STATUS | AMOUNT |
| 86  TRAN, JESSICA<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $7.76 | JOANN Inc. | Unsecured | $7.76 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 87  TROTHA, NICOLE VON<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88  TURBETT, SHEILA LEE<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | Jo-Ann Stores, LLC | Secured | Undetermined* | | | |
| | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89  URIBE, OLGA L.<br>ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Admin | $40.00 |
| | | JOANN Inc. | Admin | $40.00 | JOANN Inc. | Priority | $40.00 |
| | | JOANN Inc. | Priority | $40.00 | JOANN Inc. | Secured | $40.00 |
| | | JOANN Inc. | Secured | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| | | | Subtotal | $160.00 | | Subtotal | $160.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # /ECF # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 90 | VANHARTESVELDT, SCHERRY ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 91 | VERDUCCI, LISA ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 92 | VILLAGE OF PLOVER, WI 2400 POST ROAD PLOVER, WI 54467 | | Jo-Ann Stores, LLC | 503(b)(9) | $35.95 | Jo-Ann Stores, LLC | Priority | $35.95 |
| | | | Jo-Ann Stores, LLC | Priority | $35.95 | Jo-Ann Stores, LLC | Unsecured | $35.95 |
| | | | | Subtotal | $71.90 | | Subtotal | $71.90 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for utility services, which do not qualify for 503(b)(9) priority.

| 93 | WADE, RENITA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 94 | WAGNER, DEBBIE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Eleventh Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 95 | WAGNER, VALERIE SUE ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 96 | WELCH, MAGGIE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 97 | WILBUR, RENEE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Admin | $20.00 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Admin | $20.00 | JOANN Inc. | Priority | $20.00 |
| | | | JOANN Inc. | Priority | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 98 | WILSON, LISA ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # /ECF # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 99 | YARBROUGH, AUTUMN MEADS ADDRESS ON FILE | | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 100 | YOUNG, CAROL CLAIRE ADDRESS ON FILE | | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts