**<u>Exhibit B</u>**

**Aber Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF ANN ABER IN SUPPORT OF DEBTORS'
TWELFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
(Reclassified Claims & Reduced Claims)**

I, Ann Aber, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Executive Vice President, Chief Legal & Human Resource Officer at JOANN Inc., a leading national retailer of sewing, arts and crafts, and select home décor products.

2. I have worked directly with Alvarez & Marsal, North America, LLC ("A&M"), a global business advisory firm, engaged by the Debtors to provide an interim chief executive officer, interim chief financial officer, and certain additional personal in these chapter 11 cases.

3. I submit this declaration (the "Declaration") in support of the *Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive)* (the "Objection"), filed contemporaneously

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

herewith.[2]  I am over the age of 18 competent to testify and authorized to submit the Declaration on behalf of the Debtors.

4. Every matter set forth herein is based on (a) my personal knowledge, (b) my review, or the review of work performed by other employees of the Debtors, whom I oversee in a managerial capacity, and A&M, of relevant documents, and/or (c) my understanding based on information obtained from the Debtors' books and records.

5. I have read and reviewed the Objection, including the information set forth on **Exhibit 1** and **Exhibit 2** to the Proposed Order, and I am familiar with the information contained in those documents.

6. To the best of my knowledge, information and belief, the information that is contained in the Objection is true and correct.

7. I, and/or one or more individuals working for the Debtors, have reviewed the Debtors' books and records and proofs of claim listed on **Exhibit 1** and **Exhibit 2** to the Proposed Order, together with any supporting documentation attached thereto, made reasonable efforts to research the Reclassified Claims and Reduced Claims in the Debtors' books and records and have determined each claim should be reclassified or reduced for the reasons and in the manner set forth on **Exhibit 1** and **Exhibit 2**.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

June 30, 2025

*/s/ Ann Aber*

Name: Ann Aber
Title: EVP, Chief Legal & Human Resources Officer
JOANN Inc., *et al*.