**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re:  Docket Nos. 429 & 929** |

**CERTIFICATION OF COUNSEL REGARDING FIFTH
NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

The undersigned counsel to JOANN Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1.      On May 16, 2025, the Debtors filed the *Fifth Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 929] (the "Assumption Notice") regarding the assumption and assignment of certain unexpired leases set forth in the Fifth Assumption Notice (the "Original Assumption List").  Attached to the Fifth Assumption Notice was a proposed form of order (the "Assumption Order") authorizing the assumption and assignment of the Original Assumption List.

2.      The deadline to object to the Fifth Assumption Notice was May 30, 2025 (the "Objection Deadline").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

3.      Prior to the Objection Deadline, landlord for store number 227, Lima Center, LLC ("Lima"), filed its *Limited Objection and Reservation of Rights* reserving its rights under the Lima lease and objecting to, amongst other things, the cure amount listed in the Fifth Assumption Notice. Thereafter, Lima and Dollar Tree Stores, Inc. ("Dollar Tree") negotiated changes to the proposed form of order.

4.      Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Assumption Order") assigning the Lima lease listed in the Assumption Notice to Dollar Tree. A redline comparing the Revised Assumption Order to the Assumption Order is attached hereto as **Exhibit B**.

5.      The Revised Assumption Order has been shared with counsel to Lima and Dollar Tree, neither of whom object to entry of the Revised Assumption Order.

6.      Any leases subject to unresolved objections or informal comments received regarding Fifth Assumption Notice (collectively, the "Outstanding Leases") are not included in the Revised Assumption Order. For the avoidance of doubt, the Fifth Assumption Notice remains pending, and has not been withdrawn, with respect to any Outstanding Leases. To the extent that the Debtors and any landlord party to an Outstanding Lease reach agreement with respect to any Outstanding Lease, the Debtors will submit a proposed form of order with respect to such lease.

7.      Accordingly, the Debtors request entry of the Revised Assumption Order attached hereto as **Exhibit A** at the Court's earliest convenience.

[*Remainder of page left intentionally blank*]

Dated: July 1, 2025
Wilmington, Delaware

*/s/ Jack M. Dougherty*

**COLE SCHOTZ P.C.**

Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:      (302) 652-3117
Email:            preilley@coleschotz.com
                       snewman@coleschotz.com
                       mfitzpatrick@coleschotz.com
                       jdougherty@coleschotz.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            joshua.sussberg@kirkland.com
                       aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            anup.sathy@kirkland.com
                       jeff.michalik@kirkland.com
                       lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*