**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 760, 892, 930 & 1024** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED FIRST
NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

The undersigned counsel to JOANN Inc. and certain of its affiliates, the debtors and debtors

in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as

follows:

1.      On April 28, 2025, the Debtors filed the *First Notice of Assumption and Assignment*

*of Certain Executory Contract and/or Unexpired Leases* [Docket No. 760] (the "First Assumption

Notice") regarding the assumption and assignment of the unexpired leases set forth on Schedule 2

to the First Assumption Notice (the "Original Assumption List").

2.      On May 16, 2025, the Debtors filed the *Amended First Notice of Assumption and*

*Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 930] (the

"Amended First Assumption Notice").  Attached as Schedule 2 to the Amended First Assumption

Notice was a revised schedule of unexpired leases (the "Revised Assumption List").  Attached as

Schedule 3 to the Amended First Assumption Notice was a proposed form of order (the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

"Assumption Order") authorizing the assumption and assignment of the unexpired leases on the Revised Assumption List.

3.      The deadline to object to the Amended First Assumption Notice was May 30, 2025 (the "Objection Deadline").

4.      On May 15, 2025, the landlord of Store No. 2218 (the "Salem Landlord") filed the *Objection of Lancaster Development Company LLC to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Burlington Coat Factory Warehouse Corporation]* [Docket No. 892] (the "Salem Objection").

5.      On May 30, 2025, the landlord of Store No. 2348 (the "Oshkosh Landlord", together with the Salem Landlord, the "Landlords") filed the *Limited Objection of the Williams Family Trust to Proposed Assumption and Assignment of Lease* [Docket No. 1024] (the "Oshkosh Objection", together with the Salem Objection, the "Objections").

6.      Attached as **Exhibit A** is a revised Assumption Order (the "Revised Assumption Order"), which the Landlords have confirmed resolves the Objections.

7.      Any unresolved objections and informal comments received regarding the remaining balance of the leases included in the Amended First Assumption Notice (collectively, the "Outstanding Leases") are not included in the Revised Assumption Order.  For the avoidance of doubt, the Amended First Assumption Notice remains pending, and has not been withdrawn, with respect to the Outstanding Leases.  To the extent that the Debtors and the objecting landlords reach agreement with respect to any Outstanding Lease, the Debtors will submit a proposed form of order with respect to such lease.

8.      Accordingly, the Debtors request entry of the Revised Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: July 1, 2025
Wilmington, Delaware

*/s/ Jack M. Dougherty*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |

COLE SCHOTZ P.C.
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                snewman@coleschotz.com
                mfitzpatrick@coleschotz.com
                jdougherty@coleschotz.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          anup.sathy@kirkland.com
                jeff.michalik@kirkland.com
                lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*