## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 13, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 [Docket No. 1158]

Dated: July 2, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 2, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

SRF 89272

**Exhibit A**

Exhibit A
Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN | JEFFREY.GLEIT@AFSLAW.COM; BRETT.GOODMAN@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG | JONATHAN.BAGG@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY | MATTHEW.BENTLEY@AFSLAW.COM |
| CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS | JMARSHALL@CHOATE.COM; JVENTOLA@CHOATE.COM; HFOUSHEE@CHOATE.COM; ATHOMAS@CHOATE.COM |
| COLE SCHOTZ P.C. | ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY | PREILLEY@COLESCHOTZ.COM; SNEWMAN@COLESCHOTZ.COM; MFITZPATRICK@COLESCHOTZ.COM; JDOUGHERTY@COLESCHOTZ.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG | SGREENBERG@GIBSONDUNN.COM; MJWILLIAMS@GIBSONDUNN.COM; CLWILSON@GIBSONDUNN.COM; KLIANG@GIBSONDUNN.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON | SREISMAN@KATTEN.COM; CGIGLIO@KATTEN.COM; GRACE.THOMPSON@KATTEN.COM |
| KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ., CONNIE CHOE | MMCLOUGHLIN@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA | JOSHUA.SUSSBERG@KIRKLAND.COM; APARNA.YENAMANDRA@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL | ANUP.SATHY@KIRKLAND.COM; JEFF.MICHALIK@KIRKLAND.COM; LINDSEY.BLUMENTHAL@KIRKLAND.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | MARJORIE.CRIDER@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MALCOLM M. BATES | MALCOLM.M.BATES@USDOJ.GOV; USTPREGION03.WL.ECF@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL, ESQ. | BSANDLER@PSZJLAW.COM; JONEILL@PSZJLAW.COM |