**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1305** |

**NOTICE OF FILING AMENDED VERSION OF SCHEDULE 2 TO**
**THIRTY FOURTH NOTICE OF REJECTION OF CERTAIN**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on June 27, 2025, JOANN Inc. and its debtor affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Thirty Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1305] (the "Rejection Notice")[2] with the United States Bankruptcy Court for the District of Delaware.  The Rejection Notice included Contracts to be rejected identified **Schedule 2** to the Rejection Notice (the "Initial Schedule 2").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto is an amended version of Schedule 2 to the Rejection Notice (the "Amended Schedule 2"), which removes (i) that certain lease agreement for store number 2573, dated April 18, 2022, by and between Cahill Road Partners, LLC and J2H 127 Building, LLC and Jo-Ann Stores, LLC; and (ii) that certain lease

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms used but not defined here shall have the meaning ascribed to them in the Thirty Fourth Rejection Notice.

agreement for store number 2575, dated February 1, 2022, by and between T Mesquite MKT WVS TX, LLC and Jo-Ann Stores, LLC from the schedule of rejected contracts.  A copy of the Amended Schedule 2 is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Amended Schedule 2 against the Initial Schedule 2 is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts on the amended Rejection Notice (the "Amended Thirty Fourth Rejection Notice") must file and serve a written objection so that such objection is filed with the Court on or before July 11, 2025.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, or supplement the Amended Thirty Fourth Rejection Notice.

[*Remainder of Page Left Intentionally Blank*]

Dated: July 2, 2025
Wilmington, Delaware

/s/ Patrick J. Reilley
_____

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
               snewman@coleschotz.com
               mfitzpatrick@coleschotz.com
               jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          joshua.sussberg@kirkland.com
               aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          anup.sathy@kirkland.com
               jeff.michalik@kirkland.com
               lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**Amended Schedule 2**

**<u>Exhibit B</u>**

**Redline**