**<u>Exhibit B</u>**

**Redline**

## Schedule 2

## Rejected Contracts

Case 25-10068-CTG    Doc 1345-2    Filed 07/02/25    Page 2 of 4

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | University Hills Plaza, LLC<br><br>c/o Miller Real Estate Investments, LLC, Attn: Scott Goldammer, Property Mgr., Greenwood Village, CO, 80111 | Jo-Ann Stores, LLC | 2179 | 2580 South Colorado Blvd | February 25, 2010 Lease Agreement between Jo-Ann Stores, LLC and University Hills Plaza, LLC | FF&E | June 27, 2025 |
| ~~2~~ | ~~CAHILL ROAD PARTNERS, LLC~~<br><br>~~CAHILL ROAD PARTNERS, LLC, J2H 127 BUILDING, LLC, 2075 FORD PARKWAY, L.L.C. and EBH 127 BUILDING, LLC, c/o Lunieski & Associates (managing for Rochester Marketplace) 7645 Lyndale Ave., So., Suite 250 Attn: Robert Lunieski Richfield, MN 55423~~ | ~~Jo-Ann Stores, LLC~~ | ~~2573~~ | ~~3839 Marketplace Drive NW Rochester, MN~~ | ~~April 18, 2022 Lease Agreement between Jo-Ann Stores, LLC and CAHILL ROAD PARTNERS, LLC, J2H 127 BUILDING, LLC,~~ | ~~FF&E~~ | ~~June 27, 2025~~ |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| ~~3~~ | ~~T Mesquite MKT WVS TX, LLC~~ ~~16600 Dallas Parkway, Suite 300, Attn: Zoe Lopez, Regional Property Manager, Dallas, TX, 75248~~ | ~~Jo-Ann Stores, LLC~~ | ~~2575~~ | ~~19105 Lyndon B Johnson Fwy~~ | ~~February 01, 2022 Lease Agreement between Jo-Ann Stores, LLC and T Mesquite MKT WVS TX, LLC~~ | ~~FF&E~~ | ~~June 27, 2025~~ |

---

[1] ~~The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.~~