**<u>EXHIBIT A</u>**

**Revised Rejection Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 429 and [●]** |

## TWENTY-FIRST ORDER AUTHORIZINGTHE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Twenty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. [ ● ]] (the "Rejection Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.        The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; *provided*, *however*, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree and (b) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

2.        Any and all property located on the Debtors' leased premises on the Rejection Effective Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty

or counterparties may, in their sole discretion and without further notice or further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the Rejection Date or, in the case of a Lease, the Rejection Effective Date and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property

of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.      Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Rejection Notice at any time prior to the Rejection Date.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | 1-800-GOT-JUNK LLC | Jo-Ann Stores, LLC | TRASH REMOVAL SERVICE AGREEMENT DATED 10/20/2023 | 5/31/2025 |
| 2 | 1-800-GOT-JUNK LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C312776 - DATED 03/17/2016 | 5/31/2025 |
| 3 | A+ QUALITY SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C122520 - DATED 06/01/2014 | 5/31/2025 |
| 4 | A+ QUALITY SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/01/2024 | 5/31/2025 |
| 5 | AAA COOPER TRANSPORTATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/05/2020 | 5/31/2025 |
| 6 | ABH DIVISION OF CH ROBINSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C210354 - DATED 01/23/2019 | 5/31/2025 |
| 7 | AIR FORCE ONE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/08/2024 | 5/31/2025 |
| 8 | AIR FORCE ONE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2024 | 5/31/2025 |
| 9 | AIRGAS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/29/2024 | 5/31/2025 |
| 10 | ALLSUP HEALTHCARE INSUR SERV LLC | Jo-Ann Stores, LLC | BENEFITS & COMPENSATION SERVICE AGREEMENT DATED 09/01/2024 | 5/31/2025 |
| 11 | ALLSUP HEALTHCARE INSUR SERV LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C322261 - DATED 09/01/2020 | 5/31/2025 |
| 12 | ALLSUP HEALTHCARE INSUR SERV LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/01/2023 | 5/31/2025 |
| 13 | ALTO SYSTEMS INCORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 04/04/2024 | 5/31/2025 |
| 14 | ASSA ABLOY ENTRANCE SYSTEMS US INC | Jo-Ann Stores, LLC | ELECTRONIC SECURITY SERVICE AGREEMENT DATED 01/01/2024 | 5/31/2025 |
| 15 | ASSA ABLOY ENTRANCE SYSTEMS US INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C152210 - DATED 09/09/2013 | 5/31/2025 |
| 16 | AUTOMATED LOGIC CORPORATION | Jo-Ann Stores, LLC | BUILDING MANAGEMENT SYSTEM SERVICE AGREEMENT DATED 07/01/2023 | 5/31/2025 |
| 17 | AUTOMATED LOGIC CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C316926 - DATED 02/01/2018 | 5/31/2025 |
| 18 | AUTOMATIC FIRE PROTECTION | Jo-Ann Stores, LLC | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 01/04/2024 | 5/31/2025 |
| 19 | AUTOMATIC FIRE PROTECTION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C121795 - DATED 12/22/2017 | 5/31/2025 |
| 20 | BACE, INC. | Jo-Ann Stores, LLC | COMPACTORS & BALERS SERVICE AGREEMENT DATED 01/01/2024 | 5/31/2025 |
| 21 | BACE, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C311201MAIN - DATED 01/01/2021 | 5/31/2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 22 | Bazaar Voice | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/21/2022 | 5/31/2025 |
| 23 | BEARING DISTRIBUTORS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/10/2022 | 5/31/2025 |
| 24 | BEYONDTRUCKS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/26/2020 | 5/31/2025 |
| 25 | BMS CAT INC | Jo-Ann Stores, LLC | STORE SERVICES AGREEMENT DATED 12/18/2023 | 5/31/2025 |
| 26 | BMS CAT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C282307 - DATED 02/01/2015 | 5/31/2025 |
| 27 | BRINK'S INCORPORATED | Jo-Ann Stores, LLC | ARMORED TRUCK SERVICES AGREEMENT DATED 02/01/2024 | 5/31/2025 |
| 28 | BRINK'S INCORPORATED | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/30/2021 | 5/31/2025 |
| 29 | BRINK'S INCORPORATED | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C142442 - DATED 10/01/2013 | 5/31/2025 |
| 30 | BUDDY MOORE TRUCKING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 07/22/2019 | 5/31/2025 |
| 31 | CAMPBELL TRANSPORT LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/07/2022 | 5/31/2025 |
| 32 | CAMPBELLS EXPRESS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/15/2024 | 5/31/2025 |
| 33 | CAMPBELLS EXPRESS | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C210332 - DATED 02/09/2018 | 5/31/2025 |
| 34 | CBTS TECHNOLOGY SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C318516 - DATED 10/08/2018 | 5/31/2025 |
| 35 | CBTS TECHNOLOGY SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C318516 STARWIND - DATED 11/01/2024 | 5/31/2025 |
| 36 | Century Distribution- Logistics Agreement - MSA | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/15/2021 | 5/31/2025 |
| 37 | CENTURY DISTRIBUTION SYS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 5/31/2025 |
| 38 | CERTIFIED PEST CONTROL INC | Jo-Ann Stores, LLC | PEST CONTROL SERVICE AGREEMENT DATED 05/19/2023 | 5/31/2025 |
| 39 | CERTIFIED PEST CONTROL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C319083 - DATED 03/04/2019 | 5/31/2025 |
| 40 | CFP FIRE PROTECTION INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/03/2023 | 5/31/2025 |
| 41 | CHARGEPOINT, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/31/2024 | 5/31/2025 |
| 42 | CHECKPOINT SECURITY SYSTEMS | Jo-Ann Stores, LLC | SERVICE AGREEMENT AMENDMENT DATED 12/12/2024 | 5/31/2025 |
| 43 | CINTAS CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/26/2021 | 5/31/2025 |
| 44 | CINTAS CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C288373 - DATED 04/14/2015 | 5/31/2025 |
| 45 | CIRCLE LOGISTICS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/21/2021 | 5/31/2025 |
| 46 | CL SERVICES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/10/2020 | 5/31/2025 |
| 47 | COLUMBUS PEST CONTROL INC | Jo-Ann Stores, LLC | PEST CONTROL SERVICE AGREEMENT DATED 04/01/2024 | 5/31/2025 |
| 48 | COLUMBUS PEST CONTROL INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C323544 - DATED 09/28/2021 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 49 | COMBINED INSURANCE CO OF AMERICA | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 02/01/2021 | 5/31/2025 |
| 50 | CONSTRUCTOR.IO CORPORATION | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/28/2024 | 5/31/2025 |
| 51 | CONSTRUCTOR.IO CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324173 - DATED 02/28/2022 | 5/31/2025 |
| 52 | CONTAINER MANAGEMENT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C305870 - DATED 04/01/2016 | 5/31/2025 |
| 53 | CONTAINER MANAGEMENT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/05/2023 | 5/31/2025 |
| 54 | CONVOY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/01/2021 | 5/31/2025 |
| 55 | CONVOY INC | Jo-Ann Stores, LLC | TRAILER LEASING AGREEMENT DATED 07/16/2021 | 5/31/2025 |
| 56 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/01/2023 | 5/31/2025 |
| 57 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 05/01/2024 | 5/31/2025 |
| 58 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | SERVICE ORDER FORM DATED 01/01/2025 | 5/31/2025 |
| 59 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C324171 - DATED 02/01/2022 | 5/31/2025 |
| 60 | COUNTY OF SUMMIT | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C326000 - DATED 09/17/2022 | 5/31/2025 |
| 61 | COYOTE LOGISTICS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/21/2024 | 5/31/2025 |
| 62 | COYOTE LOGISTICS LLC | Jo-Ann Stores, LLC | TRAILER AND EQUIPMENT LEASE DATED 05/21/2024 | 5/31/2025 |
| 63 | COYOTE LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C315884 - DATED 08/03/2017 | 5/31/2025 |
| 64 | CRST THE TRANSPORTATION SOLUTION IN | Jo-Ann Stores, LLC | FREIGHT SERVICES AGREEMENT DATED 06/10/2024 | 5/31/2025 |
| 65 | CRST THE TRANSPORTATION SOLUTION IN | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 07/30/2024 | 5/31/2025 |
| 66 | CRST THE TRANSPORTATION SOLUTION IN | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C322842 - DATED 09/04/2015 | 5/31/2025 |
| 67 | CURALATE INC | Jo-Ann Stores, LLC | SOCIAL MEDIA SERVICE AGREEMENT DATED 02/15/2023 | 5/31/2025 |
| 68 | DEMATIC CORP | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/01/2024 | 5/31/2025 |
| 69 | DEMATIC CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C284220 - DATED 12/17/2014 | 5/31/2025 |
| 70 | DEMATIC CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/01/2025 | 5/31/2025 |
| 71 | DIGITAL MOBILE INNOVATIONS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/31/2024 | 5/31/2025 |
| 72 | DIGITAL WAVE TECHNOLOGY INC | Jo-Ann Stores, LLC | MASTER SUBSCRIPTION AGREEMENT DATED 05/01/2024 | 5/31/2025 |
| 73 | DIGITAL WAVE TECHNOLOGY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C313198 - DATED 05/03/2016 | 5/31/2025 |
| 74 | DM TRANS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/09/2021 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 75 | DORTRONIC SERVICE-TALLMADGE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C107342 - DATED 01/01/2015 | 5/31/2025 |
| 76 | DORTRONIC SERVICE-TALLMADGE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/01/2023 | 5/31/2025 |
| 77 | DSI SECURITY SERVICES | Jo-Ann Stores, LLC | SECURITY SERVICE AGREEMENT DATED 10/17/2023 | 5/31/2025 |
| 78 | | | *[Left Intentionally Blank]* | |
| 79 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | Fourth Amendment to the Product Purchase Agreement, dated 01/19/2024 | 5/31/2025 |
| 80 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/01/2024 | 5/31/2025 |
| 81 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | Fifth Amendment to the Product Purchase Agreement, dated 05/21/2024 | 5/31/2025 |
| 82 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C321010 - DATED 12/01/2019 | 5/31/2025 |
| 83 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | Custom Register Tape SOW dated January 5, 2023 | 5/31/2025 |
| 84 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/31/2021 | 5/31/2025 |
| 85 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/11/2024 | 5/31/2025 |
| 86 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | ORDER FORM DATED 11/05/2024 | 5/31/2025 |
| 87 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/06/2025 | 5/31/2025 |
| 88 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/01/2024 | 5/31/2025 |
| 89 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C309544 SHIPPEO - DATED 02/29/2024 | 5/31/2025 |
| 90 | EAGLE MARK 4 EQUIP CO | Jo-Ann Stores, LLC | EQUIPMENT MAINTENANCE & REPAIR SERVICE AGREEMENT DATED 08/02/2022 | 5/31/2025 |
| 91 | EAGLE MARK 4 EQUIP CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C313308 - DATED 08/01/2016 | 5/31/2025 |
| 92 | EDRAY 20/20 LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/14/2023 | 5/31/2025 |
| 93 | EDRAY 20/20 LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/10/2024 | 5/31/2025 |
| 94 | EDRAY 20/20 LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 5/31/2025 |
| 95 | FIGMA INC | Jo-Ann Stores, LLC | ORDER FORM DATED 10/28/2024 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 96 | GARDA CL GREAT LAKES INC | Jo-Ann Stores, LLC | SECURITY PERSONNEL SERVICE AGREEMENT DATED 02/01/2024 | 5/31/2025 |
| 97 | GARDA CL GREAT LAKES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C291212 - DATED 07/01/2018 | 5/31/2025 |
| 98 | GARDNER TRUCKING INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2020 | 5/31/2025 |
| 99 | GENERAL TRANSPORT INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/07/2024 | 5/31/2025 |
| 100 | GENERAL TRANSPORT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT  - C281056 - DATED 02/02/2018 | 5/31/2025 |