## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | 1-800-GOT-JUNK LLC | Jo-Ann Stores, LLC | TRASH REMOVAL SERVICE SERVICE AGREEMENT DATED 10/20/2023 | 5/31/2025 |
| 2 | 1-800-GOT-JUNK LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C312776 - DATED 03/17/2016 | 5/31/2025 |
| 3 | A+ QUALITY SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C122520 - DATED 06/01/2014 | 5/31/2025 |
| 4 | A+ QUALITY SERVICES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/01/2024 | 5/31/2025 |
| 5 | AAA COOPER TRANSPORTATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 02/05/2020 | 5/31/2025 |
| 6 | ABH DIVISION OF CH ROBINSON | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210354 - DATED 01/23/2019 | 5/31/2025 |
| 7 | AIR FORCE ONE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/08/2024 | 5/31/2025 |
| 8 | AIR FORCE ONE LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2024 | 5/31/2025 |
| 9 | AIRGAS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/29/2024 | 5/31/2025 |
| 10 | ALLSUP HEALTHCARE INSUR SERV LLC | Jo-Ann Stores, LLC | BENEFITS & COMPENSATION SERVICE AGREEMENT DATED 09/01/2024 | 5/31/2025 |
| 11 | ALLSUP HEALTHCARE INSUR SERV LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322261 - DATED 09/01/2020 | 5/31/2025 |
| 12 | ALLSUP HEALTHCARE INSUR SERV LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 09/01/2023 | 5/31/2025 |
| 13 | ALTO SYSTEMS INCORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 04/04/2024 | 5/31/2025 |
| 14 | ASSA ABLOY ENTRANCE SYSTEMS US INC | Jo-Ann Stores, LLC | ELECTRONIC SECURITY SERVICE AGREEMENT DATED 01/01/2024 | 5/31/2025 |
| 15 | ASSA ABLOY ENTRANCE SYSTEMS US INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C152210 - DATED 09/09/2013 | 5/31/2025 |
| 16 | AUTOMATED LOGIC CORPORATION | Jo-Ann Stores, LLC | BUILDING MANAGEMENT SYSTEM SERVICE AGREEMENT DATED 07/01/2023 | 5/31/2025 |
| 17 | AUTOMATED LOGIC CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C316926 - DATED 02/01/2018 | 5/31/2025 |
| 18 | AUTOMATIC FIRE PROTECTION | Jo-Ann Stores, LLC | FIRE & LIFE SAFETY SERVICE AGREEMENT DATED 01/04/2023 | 5/31/2025 |
| 19 | AUTOMATIC FIRE PROTECTION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C121795 - DATED 12/22/2017 | 5/31/2025 |
| 20 | BACE, INC. | Jo-Ann Stores, LLC | COMPACTORS & BALERS SERVICE AGREEMENT DATED 01/01/2024 | 5/31/2025 |
| 21 | BACE, INC. | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C311201MAIN - DATED 01/01/2021 | 5/31/2025 |

---

[1]  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 22 | Bazaar Voice | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/21/2022 | 5/31/2025 |
| 23 | BEARING DISTRIBUTORS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 05/10/2022 | 5/31/2025 |
| 24 | BEYONDTRUCKS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 08/26/2020 | 5/31/2025 |
| 25 | BMS CAT INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 12/18/2023 | 5/31/2025 |
| 26 | BMS CAT INC | Jo-Ann Stores, LLC | STORE SERVICES AGREEMENT DATED 12/18/2023 | 5/31/2025 |
| 27 | BRINK'S INCORPORATED | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C282307 - DATED 02/01/2015 | 5/31/2025 |
| 28 | BRINK'S INCORPORATED | Jo-Ann Stores, LLC | ARMORED TRUCK SERVICES AGREEMENT DATED 02/01/2024 | 5/31/2025 |
| 29 | BRINK'S INCORPORATED | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/30/2021 | 5/31/2025 |
| 30 | BUDDY MOORE TRUCKING INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C142442 - DATED 10/01/2013 | 5/31/2025 |
| 31 | CAMPBELL TRANSPORT LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 07/22/2019 | 5/31/2025 |
| 32 | CAMPBELLS EXPRESS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 06/07/2022 | 5/31/2025 |
| 33 | CAMPBELLS EXPRESS | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/15/2024 | 5/31/2025 |
| 34 | CBTS TECHNOLOGY SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C210332 - DATED 02/09/2018 | 5/31/2025 |
| 35 | CBTS TECHNOLOGY SOLUTIONS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318516 - DATED 10/08/2018 | 5/31/2025 |
| 36 | Century Distribution- Logistics Agreement - MSA | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C318516 STARWIND - DATED 11/01/2024 | 5/31/2025 |
| 37 | CENTURY DISTRIBUTION SYS INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 01/15/2021 | 5/31/2025 |
| 38 | CERTIFIED PEST CONTROL INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 5/31/2025 |
| 39 | CERTIFIED PEST CONTROL INC | Jo-Ann Stores, LLC | PEST CONTROL SERVICE AGREEMENT DATED 05/19/2023 | 5/31/2025 |
| 40 | CFP FIRE PROTECTION INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C319083 - DATED 03/04/2019 | 5/31/2025 |
| 41 | CHARGEPOINT, INC. | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 10/03/2023 | 5/31/2025 |
| 42 | CHECKPOINT SECURITY SYSTEMS | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 05/31/2024 | 5/31/2025 |
| 43 | CINTAS CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT AMENDMENT DATED 12/12/2024 | 5/31/2025 |
| 44 | CINTAS CORPORATION | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/26/2021 | 5/31/2025 |
| 45 | CIRCLE LOGISTICS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C288373 - DATED 04/14/2015 | 5/31/2025 |
| 46 | CL SERVICES INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/21/2021 | 5/31/2025 |
| 47 | COLUMBUS PEST CONTROL INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/10/2020 | 5/31/2025 |
| 48 | COLUMBUS PEST CONTROL INC | Jo-Ann Stores, LLC | PEST CONTROL SERVICE AGREEMENT DATED 04/01/2024 | 5/31/2025 |
| | | | SERVICE AGREEMENT - C323544 - DATED 09/28/2021 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 49 | COMBINED INSURANCE CO OF AMERICA | Jo-Ann Stores, LLC | SERVICE AGREEMENT RENEWAL DATED 02/01/2021 | 5/31/2025 |
| 50 | CONSTRUCTOR.IO CORPORATION | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/28/2024 | 5/31/2025 |
| 51 | CONSTRUCTOR.IO CORPORATION | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324173 - DATED 02/28/2022 | 5/31/2025 |
| 52 | CONTAINER MANAGEMENT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C305870 - DATED 04/01/2016 | 5/31/2025 |
| 53 | CONTAINER MANAGEMENT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 04/05/2023 | 5/31/2025 |
| 54 | CONVOY INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 07/01/2021 | 5/31/2025 |
| 55 | CONVOY INC | Jo-Ann Stores, LLC | TRAILER LEASING AGREEMENT DATED 07/16/2021 | 5/31/2025 |
| 56 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/01/2023 | 5/31/2025 |
| 57 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 05/01/2024 | 5/31/2025 |
| 58 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | SERVICE ORDER FORM DATED 01/01/2025 | 5/31/2025 |
| 59 | CORDIAL EXPERIENCE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C324171 - DATED 02/01/2022 | 5/31/2025 |
| 60 | COUNTY OF SUMMIT | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C326000 - DATED 09/17/2022 | 5/31/2025 |
| 61 | COYOTE LOGISTICS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/21/2024 | 5/31/2025 |
| 62 | COYOTE LOGISTICS LLC | Jo-Ann Stores, LLC | TRAILER AND EQUIPMENT LEASE DATED 05/21/2024 | 5/31/2025 |
| 63 | COYOTE LOGISTICS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C315884 - DATED 08/03/2017 | 5/31/2025 |
| 64 | CRST THE TRANSPORTATION SOLUTION IN | Jo-Ann Stores, LLC | FREIGHT SERVICES AGREEMENT DATED 06/10/2024 | 5/31/2025 |
| 65 | CRST THE TRANSPORTATION SOLUTION IN | Jo-Ann Stores, LLC | SERVICE AGREEMENT EXTENSION DATED 07/30/2024 | 5/31/2025 |
| 66 | CRST THE TRANSPORTATION SOLUTION IN | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C322842 - DATED 09/04/2015 | 5/31/2025 |
| 67 | CURALATE INC | Jo-Ann Stores, LLC | SOCIAL MEDIA SERVICE AGREEMENT DATED 02/15/2023 | 5/31/2025 |
| 68 | DEMATIC CORP | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 08/01/2024 | 5/31/2025 |
| 69 | DEMATIC CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C284220 - DATED 12/17/2014 | 5/31/2025 |
| 70 | DEMATIC CORP | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/01/2025 | 5/31/2025 |
| 71 | DIGITAL MOBILE INNOVATIONS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/31/2024 | 5/31/2025 |
| 72 | DIGITAL WAVE TECHNOLOGY INC | Jo-Ann Stores, LLC | MASTER SUBSCRIPTION AGREEMENT DATED 05/01/2024 | 5/31/2025 |
| 73 | DIGITAL WAVE TECHNOLOGY INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313198 - DATED 05/03/2016 | 5/31/2025 |
| 74 | DM TRANS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/09/2021 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 75 | DORTRONIC SERVICE-TALLMADGE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C107342 - DATED 01/01/2015 | 5/31/2025 |
| 76 | DORTRONIC SERVICE-TALLMADGE INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT DATED 01/01/2024 | 5/31/2025 |
| 77 | DSI SECURITY SERVICES | Jo-Ann Stores, LLC | SECURITY SERVICE AGREEMENT DATED 10/17/2023 | 5/31/2025 |
| 78 | | | *[Left Intentionally Blank]* | |
| 79 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | Fourth Amendment to the Product Purchase Agreement, dated 01/19/2024 | 5/31/2025 |
| 80 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 02/01/2024 | 5/31/2025 |
| 81 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | Fifth Amendment to the Product Purchase Agreement, dated 05/21/2024 | 5/31/2025 |
| 82 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C321010 - DATED 12/01/2019 | 5/31/2025 |
| 83 | DUNBAR SECURITY PRODUCTS INC | Jo-Ann Stores, LLC | Custom Register Tape SOW dated January 5, 2023 | 5/31/2025 |
| 84 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 03/31/2021 | 5/31/2025 |
| 85 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 11/11/2024 | 5/31/2025 |
| 86 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | ORDER FORM DATED 11/05/2024 | 5/31/2025 |
| 87 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/06/2025 | 5/31/2025 |
| 88 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 04/01/2024 | 5/31/2025 |
| 89 | E2OPEN SUBSIDIARY HOLDINGS LLC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C309544 SHIPPEO - DATED 02/29/2024 | 5/31/2025 |
| 90 | EAGLE MARK 4 EQUIP CO | Jo-Ann Stores, LLC | EQUIPMENT MAINTENANCE & REPAIR SERVICE AGREEMENT DATED 08/02/2022 | 5/31/2025 |
| 91 | EAGLE MARK 4 EQUIP CO | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C313308 - DATED 08/01/2016 | 5/31/2025 |
| 92 | EDRAY 20/20 LLC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 04/14/2023 | 5/31/2025 |
| 93 | EDRAY 20/20 LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 01/10/2024 | 5/31/2025 |
| 94 | EDRAY 20/20 LLC | Jo-Ann Stores, LLC | STATEMENT OF WORK DATED 05/01/2024 | 5/31/2025 |
| 95 | FIGMA INC | Jo-Ann Stores, LLC | ORDER FORM DATED 10/28/2024 | 5/31/2025 |

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 96 | GARDA CL GREAT LAKES INC | Jo-Ann Stores, LLC | SECURITY PERSONNEL SERVICE AGREEMENT DATED 02/01/2024 | 5/31/2025 |
| 97 | GARDA CL GREAT LAKES INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C291212 - DATED 07/01/2018 | 5/31/2025 |
| 98 | GARDNER TRUCKING INC | Jo-Ann Stores, LLC | MASTER SERVICE AGREEMENT DATED 09/01/2020 | 5/31/2025 |
| 99 | GENERAL TRANSPORT INC | Jo-Ann Stores, LLC | TRUCKLOAD SERVICE AGREEMENT DATED 04/07/2024 | 5/31/2025 |
| 100 | GENERAL TRANSPORT INC | Jo-Ann Stores, LLC | SERVICE AGREEMENT - C281056 - DATED 02/02/2018 | 5/31/2025 |

5