## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

### DECLARATION OF
### CRAIG E. JOHNSON OF KROLL
### RESTRUCTURING ADMINISTRATION LLC
### REGARDING THE SOLICITATION OF VOTES AND
### TABULATION OF BALLOTS CAST ON THE SECOND AMENDED
### JOINT CHAPTER 11 PLAN OF JOANN INC. AND ITS DEBTOR AFFILIATES

Pursuant to 28 U.S.C. § 1746, I, Craig E. Johnson, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Director of Solicitation at Kroll Restructuring Administration LLC ("Kroll"), located at 1 World Trade Center, 31st Floor, New York, New York 10007. I am over the age of eighteen and not a party in the above-captioned chapter 11 cases.

2. I submit this declaration (this "Declaration") with respect to the solicitation of votes and the tabulation of ballots cast on the *Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates* [Docket No. 986] (as may be amended, supplemented, or modified from time to time, the "Plan").[2] Except as otherwise noted, all facts set forth herein are based on my personal knowledge that I acquired from individuals under my supervision or from the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

above-captioned debtors and debtors in possession (collectively, the "Debtors") or their other professionals, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Kroll. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. On January 17, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date, and (II) Granting Related Relief* [Docket No. 108] (the "Appointment Order") authorizing the Debtors to retain Kroll as a claims and noticing agent. On March 4, 2025, the Court entered the *Order Authorizing the Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 544] (together with the Appointment Order, the "Retention Orders") authorizing the Debtors to retain Kroll as an administrative advisor. The Retention Orders authorize Kroll to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Kroll and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. On May 27, 2025, the Court entered the *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Scheduling a Plan Confirmation and Final Disclosure Statement Approval Hearing and Setting Dates and Deadlines, (III) Approving the Solicitation Packages and Notice Procedures, (IV) Approving the Form of the Ballots and Notices in Connection Therewith, and (V) Granting Related Relief* [Docket No. 994] (the "Conditional Disclosure Statement Order"), approving procedures to solicit votes from, and tabulate Ballots submitted by, Holders of Claims entitled to vote on the Plan (the "Solicitation and Voting

Procedures"). Kroll adhered to the Solicitation and Voting Procedures attached to the Conditional Disclosure Statement Order and distributed (or caused to be distributed) Solicitation Packages (including Ballots) to Holders of Claims entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Kroll's employees.

5. The Conditional Disclosure Statement Order established May 23, 2025, as the record date for determining which Holders of Claims were entitled to vote on the Plan (the "Voting Record Date"). Pursuant to the Plan and the Solicitation and Voting Procedures, only Holders of Claims as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (each a "Voting Class," and together, the "Voting Classes"):

| Class | Description |
|---|---|
| 3 | Prepetition Term Loan Claims |
| 4 | General Unsecured Claims |

No other Classes were entitled to vote on the Plan.

6. In accordance with the Solicitation and Voting Procedures, Kroll worked closely with the Debtors and their advisors to identify Holders of Claims entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these Holders. A detailed description of Kroll's distribution of Solicitation Packages to Holders of Claims in the Voting Classes, as well as materials to Holders of Claims and/or Interests in Non-Voting Classes, is set forth in Kroll's *Affidavit of Service of Solicitation Materials*, dated June 27, 2025 [Docket No. 1306].

7. Further, in accordance with the Solicitation and Voting Procedures, Kroll received, reviewed, and tabulated the Ballots submitted by Holders of Claims in the Voting Classes. Each Ballot received by Kroll was date-stamped, scanned (if submitted on paper), assigned a ballot number, entered into Kroll's voting database, and processed in accordance with the Solicitation

3

and Voting Procedures. To be included in the tabulation results as valid (among other requirements), a Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Kroll via an approved method of delivery set forth in the Solicitation and Voting Procedures, and (d) actually received by Kroll by 4:00 p.m. (prevailing Eastern Time) on June 30, 2025 (the "<u>Voting Deadline</u>").

8. All valid ballots cast by Holders entitled to vote in the Voting Classes and received by Kroll on or before the Voting Deadline were tabulated pursuant to the Solicitation and Voting Procedures.

9. The final tabulation of votes cast by timely and properly completed ballots received by Kroll is attached hereto as **Exhibit A**.

10. Reports of all ballots excluded from the final tabulation prepared by Kroll, and the reasons for exclusion of such ballots, are attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and final tabulation of Ballots in connection with the Plan is true and correct.

Dated: July 7, 2025 /s/ *Craig E. Johnson*
Craig E. Johnson
Senior Director of Solicitation
Kroll Restructuring Administration LLC

**Exhibit A**

**Final Vote Tabulation**

**JOANN, Inc. *et al.***
**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting / % | Number Rejecting / % | Amount Accepting / % | Amount Rejecting / % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| JOANN Inc. | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | 584 / 93.59% | 40 / 6.41% | $8,201,504.89 / 84.14% | $1,546,158.71 / 15.86% | ACCEPT |
| JOANN Holdings 1, LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | 2 / 100% | 0 / 0% | $135.00 / 100% | $0.00 / 0% | ACCEPT |
| JOANN Holdings 2, LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| Needle Holdings LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| Jo-Ann Stores, LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | 451 / 91.30% | 43 / 8.70% | $21,403,892.43 / 82.15% | $4,650,998.47 / 17.85% | ACCEPT |
| Creative Tech Solutions LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| Creativebug, LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| WeaveUp, Inc. | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| JAS Aviation, LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| joann.com, LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | 22 / 100% | 0 / 0% | $168,001.75 / 100% | $0.00 / 0% | ACCEPT |

**JOANN, Inc. *et al.***
**Exhibit A - Voting Tabulation Summary**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| JOANN Ditto Holdings Inc. | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |
| Jo-Ann Stores Support Center, Inc. | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | 7 / 100% | 0 / 0% | $646.62 / 100% | $0.00 / 0% | ACCEPT |
| Dittopatterns LLC | 3 | Prepetition Term Loan Claims | 84 / 100% | 0 / 0% | $76,362,061.00 / 100% | $0.00 / 0% | ACCEPT |
| | 4 | General Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per Article III(F) of the Plan, the Plan shall be presumed accepted by this Class for voting purposes. | | | | |

**Exhibit B**

**Report of Ballots Excluded from Tabulation**

**JOANN, Inc. et al. *et al.***
**Exhibit B - Report of Ballots Excluded from the Final Tabulation**

| Plan Class Number | Plan Class Description | Name of Holder | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 3 | Prepetition Term Loan Claims against All Applicable Debtors | BALOISE SENIOR SECURED LOAN FUND III LU0M001J50 | $1,267,933.07 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | All, Kristal | $100.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Amico, Robin | $25.00 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Brekke, Ruth Ann | $225.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Bull, Mica | $100.00 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against JOANN Inc. | Daudelin, Linda Ellen | $69.03 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against JOANN Inc. | Forrester, Lynda F | $100.00 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Fuller, Sharon Ann | $60.00 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot; Superseded by later received, valid ballot included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Goodman, Cherry G | $65.14 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Kalla, Charlotte | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Kalla, Charlotte L. | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Logie, Bryan D | $14.31 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against JOANN Inc. | Maier, Kathleen M | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Maxie, Beckie | $15.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Messick, Cheryl Lynn | $50.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Millard, Kassandra Lynn | $100.00 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against JOANN Inc. | Mowbray, Erin Marie | $100.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Ransom, Donna | $60.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Inc. | Riner, Teresea | $55.91 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against JOANN Inc. | Tanaka, Victoria | $20.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |

**JOANN, Inc. et al. *et al.***
**Exhibit B - Report of Ballots Excluded from the Final Tabulation**

| Plan Class Number | Plan Class Description | Name of Holder | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | General Unsecured Claims against JOANN Inc. | Weiler, Maria | $25.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Weiler, Maria | $25.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Weiler, Maria | $30.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Weiler, Maria | $30.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Weiler, Maria | $100.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against JOANN Inc. | Wrice, Deanna | $38.35 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against JOANN Holdings 1, LLC | Moskowitz, Paula | $30.00 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | ADVANTUS CORP | $266,025.87 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Allen, Laurie Ann | $50.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | ARBOR SQUARE LLC | $18,987.57 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Bauer, Linda L | $30.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | CEDAR PCP-SAN SOUCI LLC | $5,702.56 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Davis, Debra K | $25.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Ferguson, Regina | $25.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Godinez, Vanessa Lisette | $25.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Gordon, Mary | $4.00 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Jones, Joyce M | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | KWALITY EXPORTS | $82,327.05 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Lombardo, Elizabeth Louise | $50.00 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | McKone, Kelly Jeanne | $28.84 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Monico, Dean Del | $50.00 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | PINTEREST, INC. | $395,915.32 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Riccio, Kathleen E. | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |

JOANN, Inc. et al. *et al.*
Exhibit B - Report of Ballots Excluded from the Final Tabulation

| Plan Class Number | Plan Class Description | Name of Holder | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Rogat, Lawrence | $100.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Square One Partners, LLC | $20,573.72 | Accept | Superseded by later received, valid Ballot included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Sullivans USA | $636.65 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Sullivans USA | $801.90 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Svansson, Patricia B | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Theilen, Kris | $125.00 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | VanDenBerghe, JaNel K | $25.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Washburn, Elaine L. | $20.00 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Weston, Christyn L | $203.71 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against Jo-Ann Stores, LLC | Weston, Christyn L | $203.71 | Accept | Ballot submitted on account of a duplicative claim included in the final tabulation |
| 4 | General Unsecured Claims against joann.com, LLC | Sullivans USA | $689.88 | | Holder did not indicate a vote to accept or reject the Plan on submitted Ballot |
| 4 | General Unsecured Claims against Jo-Ann Stores Support Center, Inc. | Stowell, Holly D | $80.00 | Accept | Ballot received after the Voting Deadline |