# Exhibit 1

## Reclassified Claims

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSON, CARISSA MARIE ADDRESS ON FILE | 12784 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 | ANTHONY, MARY ADDRESS ON FILE | 7452 | Jo-Ann Stores, LLC | 503(b)(9) | $25.30 | Jo-Ann Stores, LLC | Unsecured | $25.30 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 3 | BELL, THERESA ADDRESS ON FILE | 1941 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | BRISSETTE, DEBORAH ADDRESS ON FILE | 13080 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 5 | BUSBEE, LACEY BROOKE ADDRESS ON FILE | 1336 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

1

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CALDERON, KIM D. ADDRESS ON FILE | 12488 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 | CAMERON, ROBIN MARGARET ADDRESS ON FILE | 11767 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Secured | $50.00 $50.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Secured Unsecured | $50.00 $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 | CAMMARATA, HEATHER ADDRESS ON FILE | 10030 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 9 | COLE, KIM ADDRESS ON FILE | 11731 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 10 | CURTIS, DONNA J ADDRESS ON FILE | 11199 | JOANN Inc. | 503(b)(9) | $27.51 | JOANN Inc. | Unsecured | $27.51 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

2

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | DAVIS, SYLVIA COLTRANE ADDRESS ON FILE | 2761 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 | DE LA ROSA, BARBARA JEAN ADDRESS ON FILE | 13673 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 13 | DECKER, REBECCA ADDRESS ON FILE | 955 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Secured | $38.76 $38.76 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Secured Unsecured | $38.76 $38.76 |
| | | | | Subtotal | $77.52 | | Subtotal | $77.52 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 14 | DUPPS, DONNA E ADDRESS ON FILE | 6914 | JOANN Inc. | 503(b)(9) | $27.37 | JOANN Inc. | Unsecured | $27.37 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 15 | EBNER, COURTNEY ADDRESS ON FILE | 1551 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $30.00 $30.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $30.00 $30.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 16 | FARUGIA, CONNIE B ADDRESS ON FILE | 6390 | JOANN Inc. | 503(b)(9) | $26.82 | JOANN Inc. | Unsecured | $26.82 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 | FLOWER, ELIZABETH ADDRESS ON FILE | 10099 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 | FOLSOM, BRENDA ADDRESS ON FILE | 3405 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 19 | GRIESE, JANNINE ADDRESS ON FILE | 3996 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 20 | GRIMES, EMILY KAY ADDRESS ON FILE | 1842 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 21 | GUMBLETON, ANGELA M ADDRESS ON FILE | 2879 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 | HARBOUR, JENNIFER ADDRESS ON FILE | 2323 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 | HENRY, RACHEL ADDRESS ON FILE | 11038 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 | JASPERSON, GERRI ADDRESS ON FILE | 4433 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $26.07 $26.07 | JOANN Inc. JOANN Inc. | Priority Unsecured | $26.07 $26.07 |
| | | | | Subtotal | $52.14 | | Subtotal | $52.14 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

5

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | PRIORITY STATUS | AMOUNT |
| 25 | JUAREZ, MARIA ADDRESS ON FILE | 12459 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | |
| 26 | KAY, SANDRA ADDRESS ON FILE | 12456 | JOANN Inc. | 503(b)(9) | $50.00 | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | Secured | $50.00 |
| | | | JOANN Inc. | Secured | $50.00 | Unsecured | $50.00 |
| | | | | Subtotal | $150.00 | Subtotal | $150.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | |
| 27 | LAMY, ROBIN ADDRESS ON FILE | 14117 | Jo-Ann Stores, LLC | 503(b)(9) | $25.27 | Unsecured | $25.27 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | |
| 28 | LEWIS, JULIE ANN ADDRESS ON FILE | 4148 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | |
| 29 | LOESCH, ADELINE ADDRESS ON FILE | 11909 | JOANN Inc. | 503(b)(9) | $28.85 | JOANN Inc. Unsecured | $28.85 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | |

6

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | LUND, PAMELA DAWN ADDRESS ON FILE | 2368 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 31 | MANJARES, MIROSLAVA ADDRESS ON FILE | 12377 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 32 | MASSEY, SARAH ADDRESS ON FILE | 11677 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 33 | NORRIS-MORA, EILEEN ADDRESS ON FILE | 2562 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 34 | REILLY, JOANNA-MARIE ADDRESS ON FILE | 689 | JOANN Inc. | 503(b)(9) | $25.54 | JOANN Inc. | Unsecured | $25.54 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS ||| MODIFIED PRIORITY |||
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 35 | ROEHRIG, JULIE ADDRESS ON FILE | 14035 | Jo-Ann Stores, LLC | 503(b)(9) | $25.64 | Jo-Ann Stores, LLC | Unsecured | $25.64 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |||||||||
| 36 | ROMAN, MARY ADDRESS ON FILE | 12021 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |||||||||
| 37 | RUCKMAN, LINDSEY ADDRESS ON FILE | 4232 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $34.25 $34.25 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $34.25 $34.25 |
| | | | | Subtotal | $68.50 | | Subtotal | $68.50 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |||||||||
| 38 | SEIFERT, TINA ADDRESS ON FILE | 8324 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $30.00 $30.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $30.00 $30.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |||||||||
| 39 | SITTNER, CHRIS RAY ADDRESS ON FILE | 3430 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. |||||||||

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 40 | SURRELL, KEYANNA ADDRESS ON FILE | 13594 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 41 | SUTTON, ELAINE O ADDRESS ON FILE | 12997 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 42 | TALLEY, ANDRIA ADDRESS ON FILE | 3288 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 43 | TANG, JANELLE RACHEL ADDRESS ON FILE | 12041 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 44 | TOTH, JENNIFER L ADDRESS ON FILE | 8549 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Seventh Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | TRIPP, CAROLE ADDRESS ON FILE | 7540 | Jo-Ann Stores, LLC | 503(b)(9) | $25.73 | Jo-Ann Stores, LLC | Unsecured | $25.73 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 46 | TYNDALL, ASHLEY DAWN ADDRESS ON FILE | 3604 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 47 | WATSON, SHELIA ADDRESS ON FILE | 4046 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| | TOTAL | | | | $1,586.19 | | TOTAL | $1,586.19 |