# Exhibit 1

## Amended Claims

## JOANN Inc. Case No. 25-10068
### Eighth Omnibus Non-Substantive Claims Objection
### Ex. 1 Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| ORMO ITHALAT IHRACAT A.S KEZBAN OZLEM KARAKAS MERKEZ MAH.BAGLAR CAD.NO: 14/B STANBUL, TR, 34406 | 01/22/25 | 25-10068 JOANN Inc. | 389 | $5,448,630.04 | ORMO ITHALAT IHRACAT A.S. C/O ASK LLP ATTN: MARIANNA UDEM 2600 EAGAN WOODS DRIVE, SUITE 400 SAINT PAUL, MN 55121 | 03/14/25 | 25-10072 Jo-Ann Stores, LLC | 4597 | $8,638,158.00* |
| Reason: Amended Claim | | | | | | | | | |
| WILTON INDUSTRIES INC. ATTN: THOMAS R. FAWKES / TUCKER ELLIS LLP 233 S. WACKER DR. SUITE 6950 CHICAGO, IL 60606 | 03/14/25 | 25-10072 Jo-Ann Stores, LLC | 1657 | $366,622.37 | WILTON INDUSTRIES, INC. TUCKER ELLIS LLP ATTN: THOMAS R. FAWKES 233 S. WACKER DR. SUITE 6950 CHICAGO, IL 60606 | 03/17/25 | 25-10072 Jo-Ann Stores, LLC | 3341 | $471,622.37 |
| Reason: Amended Claim | | | | | | | | | |
| | | TOTAL | | $5,815,252.41 | | | TOTAL | | $9,109,780.37* |

*Indicates claim contains unliquidated and/or undetermined amounts

1