# OOCL (USA) Inc
As Agent For Orient Overseas Container Line*
## STATEMENT OF ACCOUNTS
as at 05/01/2025
**DATE OF ISSUE:** 05/02/2025

**Selection Criteria:**
**Control Office:** OOCL (USA) Inc
**Customer:** Jo-Ann Stores, LLC(Hudson)
**Currency Option:** Invoice Currency

| Customer Name | CPF ID | Credit | Aging Days | BL Number | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 93 | 2751217960 | 1/28/2025 | 1/28/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 91 | 2750371170 | 1/26/2025 | 1/30/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 81 | 2305397690 | 2/2/2025 | 2/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 74 | 2753498010 | 2/9/2025 | 2/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 70 | 2155025520 | 2/20/2025 | 2/20/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 68 | 2305429140 | 2/16/2025 | 2/22/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 66 | 2751120021 | 2/24/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 66 | 2154748830 | 1/15/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 66 | 2154748610 | 1/15/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 66 | 2155025530 | 1/15/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 66 | 2155129490 | 1/15/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 66 | 2155501300 | 1/15/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 66 | 2750758391 | 2/24/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 66 | 2750788890 | 2/24/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 66 | 2751217960 | 2/24/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 66 | 2751344820 | 2/24/2025 | 2/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2154643810 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2752274030 | 1/16/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2305500550 | 1/19/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2154899020 | 1/19/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2752289670 | 1/19/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2753263690 | 1/19/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2752647760 | 1/19/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 65 | 2752728560 | 1/20/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2153987800 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2751217960 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2750758390 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2750758391 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2154551150 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2154551150 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2751035170 | 2/25/2025 | 2/25/2025 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2747627980 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2153987800 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2751467870 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2154577260 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 65 | 2752480670 | 2/25/2025 | 2/25/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 64 | 2750845000 | 2/26/2025 | 2/26/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 64 | 2753037920 | 1/19/2025 | 2/26/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 64 | 2753090121 | 1/19/2025 | 2/26/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 64 | 2752126330 | 2/26/2025 | 2/26/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 64 | 2752480670 | 2/26/2025 | 2/26/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 64 | 2752308680 | 2/26/2025 | 2/26/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 62 | 2154072540 | 2/28/2025 | 2/28/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 62 | 2751504220 | 2/28/2025 | 2/28/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 61 | 2155436710 | 1/21/2025 | 3/1/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 61 | 2155129670 | 1/21/2025 | 3/1/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 59 | 2752648840 | 3/3/2025 | 3/3/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 59 | 2752641470 | 1/26/2025 | 3/3/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 59 | 2154577590 | 3/3/2025 | 3/3/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 59 | 2752643940 | 3/3/2025 | 3/3/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 59 | 2154747940 | 3/3/2025 | 3/3/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 58 | 2752308680 | 3/4/2025 | 3/4/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 58 | 2754103540 | 2/24/2025 | 3/4/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 58 | 2752195250 | 3/4/2025 | 3/4/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 58 | 2751616790 | 3/4/2025 | 3/4/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 57 | 2752482230 | 1/23/2025 | 3/5/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 57 | 2752645591 | 1/23/2025 | 3/5/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 56 | 2751578760 | 3/6/2025 | 3/6/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 56 | 2749977670 | 1/19/2025 | 3/6/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 56 | 2749977680 | 1/19/2025 | 3/6/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 56 | 2754103410 | 2/24/2025 | 3/6/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 52 | 2752481640 | 1/28/2025 | 3/10/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 51 | 2751989232 | 3/11/2025 | 3/11/2025 |
| Jo-Ann Stores, LLC | 3150683000 | CREDIT | 49 | 2752482670 | 1/26/2025 | 3/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 41 | 2753998689 | 3/21/2025 | 3/21/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 38 | 2752264350 | 3/24/2025 | 3/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 35 | 2751699590 | 3/27/2025 | 3/27/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 35 | 2751324881 | 3/27/2025 | 3/27/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 32 | 2751616790 | 3/30/2025 | 3/30/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 31 | 2752308680 | 3/31/2025 | 3/31/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 30 | 2752195250 | 4/1/2025 | 4/1/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 23 | 2751862330 | 4/8/2025 | 4/8/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 17 | 2305429140 | 4/14/2025 | 4/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 15 | 2154643810 | 4/16/2025 | 4/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 15 | 2751582541 | 4/16/2025 | 4/16/2025 |

| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 7 | 2752647760 | 4/24/2025 | 4/24/2025 |
| --- | --- | --- | --- | --- | --- | --- |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 7 | 2752647760 | 4/24/2025 | 4/24/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 4 | 2153921490 | 4/27/2025 | 4/27/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 3 | 2752126840 | 4/28/2025 | 4/28/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 3 | 2154640510 | 4/28/2025 | 4/28/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 3 | 2154278270 | 4/28/2025 | 4/28/2025 |

| Invoice Number | Outstanding |
|---|---|
| 380482278C | $450.00 |
| 380477207C | $75.00 |
| 380488625C | $11,376.00 |
| 380499229C | $3,795.00 |
| 380518006C | $13,470.00 |
| 380513698C | $7,112.00 |
| 380526486C | $675.00 |
| 380461027C | $2,279.00 |
| 380461296C | $3,042.00 |
| 380461493C | $2,279.00 |
| 380461510C | $4,326.00 |
| 380462386C | $2,274.00 |
| 380526310C | $600.00 |
| 380526482C | $750.00 |
| 380526483C | $825.00 |
| 380526485C | $675.00 |
| 380528318C | $300.00 |
| 380464186C | $5,009.00 |
| 380466398C | $2,497.00 |
| 380466605C | $3,037.00 |
| 380466809C | $6,692.00 |
| 380466882C | $2,382.00 |
| 380466931C | $9,734.00 |
| 380470533C | $2,274.00 |
| 380526532C | $600.00 |
| 380526533C | $900.00 |
| 380526534C | $600.00 |
| 380526535C | $825.00 |
| 380526536C | $450.00 |
| 380526537C | $525.00 |
| 380526538C | $600.00 |

| | |
|---|---:|
| 380526539C | $450.00 |
| 380527850C | $750.00 |
| 380528172C | $600.00 |
| 380528193C | $450.00 |
| 380528317C | $225.00 |
| 380528869C | $675.00 |
| 380469114C | $6,074.00 |
| 380469137C | $2,738.00 |
| 380528864C | $225.00 |
| 380528867C | $300.00 |
| 380528868C | $900.00 |
| 380533048C | $525.00 |
| 380533042C | $600.00 |
| 380473240C | $4,283.00 |
| 380472875C | $2,274.00 |
| 380536857C | $6,730.00 |
| 380480244C | $4,016.00 |
| 380536818C | $2,245.00 |
| 380536823C | $10,760.00 |
| 380536833C | $6,205.00 |
| 380537768C | $2,250.00 |
| 380525172C | $3,374.00 |
| 380537765C | $750.00 |
| 380537767C | $750.00 |
| 380476020C | $12,552.00 |
| 380475765C | $4,252.00 |
| 380541462C | $2,830.00 |
| 380469762C | $5,231.00 |
| 380469776C | $5,234.00 |
| 380525991C | $4,137.00 |
| 380481644C | $4,252.00 |
| 380550827C | $1,950.00 |
| 380478225C | $24,795.00 |
| 380564885C | $3,024.00 |
| 380569902C | $4,800.00 |
| 380575973C | $2,400.00 |
| 380575966C | $2,550.00 |
| 380578569C | $75.00 |
| 380581477C | $150.00 |
| 380584882C | $225.00 |
| 380595364C | $34,059.50 |
| 380605280C | $9,450.00 |
| 380608420C | $2,700.00 |
| 380608301C | $150.00 |

| | |
|---|---:|
| 380620687C | $56,490.00 |
| 380620686C | $18,262.50 |
| 380623991C | $4,275.00 |
| 380626136C | $675.00 |
| 380626073C | $4,125.00 |
| 380626083C | $4,125.00 |
| **Past Due:** | **$361,346.00** |