| Customer Name | CPF ID | Credit | Aging Days | BL Number | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 18 | 2753037230 | 5/4/2025 | 5/4/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752121480 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2154281240 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750365330 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2748304801 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750805800 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752481640 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752645591 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2751123240 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2751122630 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2154673460 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2751334820 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2751862330 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750344140 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750357600 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2749977670 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750843300 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2749977680 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752641470 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2751582540 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752482670 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750370860 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2753875040 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752274030 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2752482230 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 13 | 2750196570 | 5/9/2025 | 5/9/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2753263690 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2154748610 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2154640510 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2754103410 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2751616790 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2752289670 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2154748830 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2753090121 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2753498010 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2752728560 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2155129670 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2753037920 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2754103540 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2753998689 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2155501300 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2305500550 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2305397690 | 5/12/2025 | 5/12/2025 |

| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2751711350 | 5/12/2025 | 5/12/2025 |
|---|---|---|---|---|---|---|
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2748544610 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2155025530 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2154899020 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2753263690 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2752126380 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2305429140 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 10 | 2752728560 | 5/12/2025 | 5/12/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2754103540 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2154748830 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2155129670 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2155501300 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2154748610 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2155025530 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2753037920 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2753090121 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 9 | 2754103410 | 5/13/2025 | 5/13/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2752126380 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2155129490 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2751324880 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2154435250 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2154577560 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2751241990 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2155436710 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 8 | 2154640510 | 5/14/2025 | 5/14/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 7 | 2752126380 | 5/15/2025 | 5/15/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 6 | 2752289670 | 5/16/2025 | 5/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 6 | 2154899020 | 5/16/2025 | 5/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 6 | 2752289670 | 5/16/2025 | 5/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 6 | 2751616790 | 5/16/2025 | 5/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 6 | 2751711350 | 5/16/2025 | 5/16/2025 |
| Jo-Ann Stores, LLC | 3150683000 | NON_CREDIT | 2 | 2748544610 | 5/20/2025 | 5/20/2025 |

| Invoice Number | Outstanding | Due Reason Description |
|---|---|---|
| 380632401C | $150.00 | Detention Inbound |
| 380641998C | $142,600.00 | Demurrage Inbound |
| 380641971C | $37,400.00 | Demurrage Inbound |
| 380641972C | $176,100.00 | Demurrage Inbound |
| 380641973C | $37,400.00 | Demurrage Inbound |
| 380641974C | $47,900.00 | Demurrage Inbound |
| 380641975C | $29,900.00 | Demurrage Inbound |
| 380641976C | $33,900.00 | Demurrage Inbound |
| 380641977C | $47,900.00 | Demurrage Inbound |
| 380641978C | $42,400.00 | Demurrage Inbound |
| 380641979C | $46,900.00 | Demurrage Inbound |
| 380641980C | $39,400.00 | Demurrage Inbound |
| 380641981C | $259,200.00 | Demurrage Inbound |
| 380641984C | $17,930.00 | Demurrage Inbound |
| 380641985C | $17,930.00 | Demurrage Inbound |
| 380641986C | $12,980.00 | Demurrage Inbound |
| 380641987C | $17,930.00 | Demurrage Inbound |
| 380641988C | $12,980.00 | Demurrage Inbound |
| 380641990C | $11,605.00 | Demurrage Inbound |
| 380641991C | $18,205.00 | Demurrage Inbound |
| 380641992C | $78,430.00 | Demurrage Inbound |
| 380641993C | $40,900.00 | Demurrage Inbound |
| 380641994C | $31,900.00 | Demurrage Inbound |
| 380641995C | $31,900.00 | Demurrage Inbound |
| 380641996C | $95,700.00 | Demurrage Inbound |
| 380641997C | $47,900.00 | Demurrage Inbound |
| 380644705C | $11,925.00 | Demurrage Inbound |
| 380644461C | $21,955.00 | Demurrage Inbound |
| 380644462C | $80,115.00 | Demurrage Inbound |
| 380644467C | $11,455.00 | Demurrage Inbound |
| 380644468C | $27,205.00 | Demurrage Inbound |
| 380644469C | $41,285.00 | Demurrage Inbound |
| 380644470C | $21,955.00 | Demurrage Inbound |
| 380644471C | $20,455.00 | Demurrage Inbound |
| 380644472C | $15,955.00 | Demurrage Inbound |
| 380644473C | $21,580.00 | Demurrage Inbound |
| 380644474C | $20,080.00 | Demurrage Inbound |
| 380644475C | $41,660.00 | Demurrage Inbound |
| 380644476C | $11,455.00 | Demurrage Inbound |
| 380644477C | $15,955.00 | Demurrage Inbound |
| 380644478C | $21,955.00 | Demurrage Inbound |
| 380644479C | $20,455.00 | Demurrage Inbound |
| 380644481C | $50,865.00 | Demurrage Inbound |

| | | |
|---|---:|---|
| 380644482C | $26,455.00 | Demurrage Inbound |
| 380644483C | $30,205.00 | Demurrage Inbound |
| 380644484C | $21,955.00 | Demurrage Inbound |
| 380644485C | $21,205.00 | Demurrage Inbound |
| 380644486C | $20,455.00 | Demurrage Inbound |
| 380644487C | $156,105.00 | Demurrage Inbound |
| 380644556C | $30,035.00 | Demurrage Inbound |
| 380644704C | $12,675.00 | Demurrage Inbound |
| 380645778C | $6,565.00 | Demurrage Inbound |
| 380645540C | $13,285.00 | Demurrage Inbound |
| 380645542C | $12,165.00 | Demurrage Inbound |
| 380645543C | $13,285.00 | Demurrage Inbound |
| 380645539C | $13,285.00 | Demurrage Inbound |
| 380645541C | $13,285.00 | Demurrage Inbound |
| 380645775C | $25,290.00 | Demurrage Inbound |
| 380645776C | $12,485.00 | Demurrage Inbound |
| 380645777C | $6,565.00 | Demurrage Inbound |
| 380647157C | $505.00 | Demurrage Inbound |
| 380646859C | $31,900.00 | Demurrage Inbound |
| 380646861C | $44,400.00 | Demurrage Inbound |
| 380646862C | $49,900.00 | Demurrage Inbound |
| 380646863C | $38,900.00 | Demurrage Inbound |
| 380646864C | $48,400.00 | Demurrage Inbound |
| 380646865C | $30,400.00 | Demurrage Inbound |
| 380647139C | $2,315.00 | Demurrage Inbound |
| 380648210C | $2,715.00 | Demurrage Inbound |
| 380650154C | $11,925.00 | Demurrage Inbound |
| 380650152C | $12,525.00 | Demurrage Inbound |
| 380650155C | $12,075.00 | Demurrage Inbound |
| 380650157C | $1,275.00 | Demurrage Inbound |
| 380650160C | $925.00 | Demurrage Inbound |
| 380655210C | $3,180.00 | Demurrage Inbound |
| **Past Due:** | **$2,560,390.00** | |