**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF OOCL USA INC. FOR ALLOWANCE**
**AND PAYMENT OF AN ADMINISTRATIVE EXPENSE**
**PURSUANT TO 11 U.S.C. § 503(b)**

Upon the Motion of OOCL USA Inc. ("OOCL"), by and through its undersigned attorneys (the "Motion"), pursuant to section 503(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), for allowance and payment of an administrative expense pursuant to section 503(b) of the Bankruptcy Code; and for good cause having been shown; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that OOCL is hereby allowed and the Debtors must make payment to OOCL within seven (7) days of entry of this Order for administrative expenses of $361,346.00 for transportation services provided regarding the Post-Petition Cargo (as defined in the Motion); and it is further

ORDERED that OOCL is allowed and the Debtors must make payment to OOCL within seven (7) days of entry of this Order for administrative expenses of $2,560,390.00 for transportation, storage and other related services provided by OOCL or paid for by OOCL to third parties for preserving the value of the Abandoned Cargo (as defined in the Motion) for the benefit of the Debtors' estates; and it is further

ORDERED that any requirement pursuant to the Local Bankruptcy Rules for District of Delaware that OOCL file a memorandum of law in support of the Motion is hereby waived.

Dated: Wilmington, Delaware
　　　　August ____, 2025

_____
Hon. Craig T. Goldblatt, U.S.B.J.