# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>JOANN INC, *et al.*,<br><br><br>Debtors. | Chapter 11<br>Case No. 25-10068 (CTG)<br>(Jointly Administered)<br>Hearing Date: Aug. 14, 2025 at 10 a.m.<br>Objection Date: August 7, 2025 at 4 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed the Motion of OOCL USA Inc., *et al.* for allowance and payment of an administrative expense pursuant to 11 U.S.C. § 503(b) (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before August 7, 2025 at 4:00 p.m. prevailing Eastern time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **August 14, 2025 at 10:00 a.m. prevailing Eastern time** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent order may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security agreement.

[SIGNATURE ON NEXT PAGE]

Dated: July 9, 2025
Wilmington, Delaware

**HOGAN MCDANIEL**

By: */s/ Daniel C. Kerrick*
Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Tel: (302) 656-7540
Fax: (302) 656-7599
dckerrick@dkhogan.com

and

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

By: */s/ Rick A. Steinberg*
Rick A. Steinberg
50 Tice Boulevard, Suite 280
Woodcliff Lake, New Jersey 07677
Tel: (201) 391-3737
Fax: (201) 343-9360
*(Admitted Pro Hac Vice)*

*ATTORNEYS FOR OOCL USA INC.*