**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2025, I caused copies of the foregoing *Motion of OOCL USA, Inc. for an Order For Allowance and Payment of an Administrative Expense Pursuant to 11 U.S.C. §503(b),* to be served via electronic mail upon the parties listed below and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case:

| Name | Email address | Representing |
|---|---|---|
| Patrick J. Reilley | preilley@coleschotz.com | Debtors |
| Stacy L. Newman | snewman@coleschotz.com | Debtors |
| Michael E. Fitzpatrick | mfitzpatrick@coleschotz.com | Debtors |
| Jack M. Dougherty | jdougherty@coleschotz.com | Debtors |
| Joshua A. Sussberg | joshua.sussberg@kirkland.com | Debtors |
| Aparna Yenamandra | aparna.yenamandra@kirkland.com | Debtors |
| Anup Sathy | anup.sathy@kirkland.com | Debtors |
| Jeffrey Michalik | jeff.michalik@kirkland.com | Debtors |
| Lindsey Blumenthal | lindsey.blumenthal@kirkland.com | Debtors |
| Bradford Sandler | bsandler@pszjlaw.com | Committee |
| James E. O'Neill | joneill@pszjlaw.com | Committee |
| Eric R. Wilson | ewilson@kelleydrye.com | Committee |
| Jason R. Adams | jadams@kelleydrye.com | Committee |
| Maeghan McLoughlin | mmcloughlin@kelleydrye.com | Committee |

**HOGAN MCDANIEL**

*/s/ Daniel C. Kerrick*
Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Tel:   (302) 656-7540
Fax:   (302) 656-7599
dckerrick@dkhogan.com