IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 25-10068 (CTG) |
| JOANN, INC, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS**

To: The Clerk of Court and Interested Parties:

**PLEASE TAKE NOTICE** that the law firm of Brockstedt Mandalas Federico LLC hereby withdraws its appearance and request for service of papers for GVD Commercial Properties, Inc. in the above-captioned chapter 11 case. Pursuant to Del. Bankr. L.R. 9010-2, undersigned counsel hereby certifies that GVD Commercial Properties, Inc. (i) has no controversy pending before the Court and (ii) has consented to the withdrawal of counsel.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests to be removed from all service lists, the mailing matrix, and the Court's electronic notice (ECF) system in this matter.

                                                **BROCKSTEDT MANDALAS FEDERICO LLC**

                                                */s/Stephen W. Spence*
                                                Stephen W. Spence (Del. ID #2033)
                                                1413 Savannah Road, Suite 1
                                                Lewes, DE 19958
                                                Telephone: (302) 645-2262
                                                sspence@lawbmf.com

Dated: July 9, 2025                         *Attorney for GVD Commercial Properties, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of July 2025, a copy of the foregoing was served electronically through CM/ECF upon all parties registered for electronic service via CM/ECF.

Dated: July 9, 2025

                                            */s/ Stephen W. Spence*
                                            Stephen W. Spence (DE 2033)