## Exhibit A

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 1051** |

## ORDER SUSTAINING DEBTORS' FIRST
## OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
### (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims)

Upon consideration of the *Debtors' First Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Haughey Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Reduced and Reclassified Claim listed on **Exhibit 1** is hereby reduced and reclassified as set forth in the "*Modified Claims*" column therein.

3.      Each No Liability Claim listed on **Exhibit 2** is hereby disallowed and expunged in its entirety.

4.      Each Reclassified Claim listed on **Exhibit 3** hereto is hereby reclassified as set forth in the "*Modified Priority*" column therein.

5.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

6.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

7.      The Debtors' objection to each Reduced and Reclassified Claim, No Liability Claim and Reclassified Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Reduced and Reclassified Claim, No Liability Claim and Reclassified Claim.

Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

8.     This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

9.     The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## Exhibit 1

**Reduced and Reclassified Claims**

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BUFFALO GAMES, LLC 220 JAMES E. CASEY DRIVE BUFFALO, NY 14206-2362 | 2944 | JOANN Inc. | 503(b)(9) | $19,833.48 | JOANN Inc. | 503(b)(9) | $14,204.36 |
| | | | JOANN Inc. | Unsecured | $144,935.26 | JOANN Inc. | Unsecured | $105,287.25 |
| | | | | Subtotal | $164,768.74 | | Subtotal | $119,491.61 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 2 | CHAMPO CARPETS HARIRAMPUR AURAI ROAD BHADOHI, UTTAR PRADESH, 221401 | 305 | Jo-Ann Stores, LLC | 503(b)(9) | $114,441.84 | Jo-Ann Stores, LLC | Unsecured | $9,956.88 |
| | | | Jo-Ann Stores, LLC | Unsecured | $115,775.50 | | | |
| | | | | Subtotal | $230,217.34 | | | |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 3 | CONSTELLATION NEWENERGY, INC. 1310 POINT STREET BALTIMORE, MD 21231 | 11871 | Jo-Ann Stores, LLC | 503(b)(9) | $4,495.60 | Jo-Ann Stores, LLC | 503(b)(9) | $2,247.80 |
| | | | Jo-Ann Stores, LLC | Unsecured | $5,386.52 | Jo-Ann Stores, LLC | Unsecured | $7,634.32 |
| | | | | Subtotal | $9,882.12 | | Subtotal | $9,882.12 |

Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| 4 | GLOSTER LIMITED AJAY KUMAR AGARWAL 21 STRAND ROAD KOLKATA, WEST BENGAL, 700001 | 258 | Jo-Ann Stores, LLC | 503(b)(9) | $53,585.55 | Jo-Ann Stores, LLC | Unsecured | $189,172.90 |
| | | | Jo-Ann Stores, LLC | Unsecured | $189,172.90 | | | |
| | | | | Subtotal | $242,758.45 | | | |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

|  | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED CLAIMS PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | GLUE DOTS INTERNATIONAL LLC N117 W18711 FULTON DRIVE GERMANTOWN, WI 53022 | 8384 | Jo-Ann Stores, LLC | 503(b)(9) | $23,591.52 | Jo-Ann Stores, LLC | 503(b)(9) | $22,323.60 |
|  |  |  | Jo-Ann Stores, LLC | Unsecured | $21,428.64 | Jo-Ann Stores, LLC | Unsecured | $22,696.56 |
|  |  |  |  | Subtotal | $45,020.16 |  | Subtotal | $45,020.16 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

|  | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED CLAIMS PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | HTL LIMITED 12/F D.J. BUILDING 173 HOI BUN ROAD HONG KONG,<br><br>Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF HTL LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 1574 | JOANN Inc. | 503(b)(9) | $220,383.18 | JOANN Inc. | 503(b)(9) | $208,525.92 |
|  |  |  | JOANN Inc. | Unsecured | $3,237,394.64 | JOANN Inc. | Unsecured | $2,184,666.86 |
|  |  |  |  | Subtotal | $3,457,777.82 |  | Subtotal | $2,393,192.78 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | LI & FUNG (TRADING) LIMITED ATTN: LAURENCE PETER RUDGE, GENERAL COUNSEL 7/F HK SPINNERS INDUSTRIAL BUILDING PHASE I & II 800 CHEUNG SHA WAN ROAD KOWLOON HONG KONG, | 474 | Jo-Ann Stores, LLC | 503(b)(9) | $35,963.08 | Jo-Ann Stores, LLC | Unsecured | $27,506.43 |
| | | | Jo-Ann Stores, LLC | Unsecured | $361,254.16 | | | |
| | | | | Subtotal | $397,217.24 | | | |
| | Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 8 | NANJING ZHAOHONG TEXTILE CO., LTD NO. 8 CHAOYANG ROAD DONGPING DEVELOPMENT ZO LISHUI, NANJING, JS, 211200 | 520 | JOANN Inc. | 503(b)(9) | $2,181,386.88 | JOANN Inc. | 503(b)(9) | $245,686.68 |
| | | | | | | JOANN Inc. | Unsecured | $1,282,464.00 |
| | | | | | | | Subtotal | $1,528,150.68 |
| | Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 9 | NINGBO MH INDUSTRY CO LTD ATTN: WENDY MA MH BLDG. #18 NINGNAN NORTH ROAD NINGBO, 315100 | 403 | Jo-Ann Stores, LLC | 503(b)(9) | $45,802.12 | Jo-Ann Stores, LLC | 503(b)(9) | $15,260.76 |
| | | | Jo-Ann Stores, LLC | Unsecured | $798,639.70 | Jo-Ann Stores, LLC | Unsecured | $529,688.45 |
| | | | | Subtotal | $844,441.82 | | Subtotal | $544,949.21 |
| | Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | NINGBO TOFOAM STATIONERY CO LTD. C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 12007 | Jo-Ann Stores, LLC | 503(b)(9) | $15,093.88* | Jo-Ann Stores, LLC | Unsecured | $792,658.08 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | | Jo-Ann Stores, LLC | Unsecured | $777,564.20* | | | |
| | | | | Subtotal | $792,658.08* | | | |
| | Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 11 | OOCL (USA) INC. METRO GROUP MARITIME BRYAN D. PRESS 49 W. MT. PLEASANT AVE., #2371 LIVINGSTON, NJ 07039 | 1432 | Jo-Ann Stores, LLC | 503(b)(9) | $238,514.00 | Jo-Ann Stores, LLC | Unsecured | $1,005,971.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | $767,457.00 | | | |
| | | | | Subtotal | $1,005,971.00 | | | |
| | Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 12 | OPTIMUM BUYING LTD. HALF OAK HOUSE 28 WATFORD ROAD NORTHWOOD, HA6 3NT | 431 | JOANN Inc. | 503(b)(9) | $81,100.18 | JOANN Inc. | Unsecured | $195,449.03 |
| | | | JOANN Inc. | Unsecured | $320,852.33 | | | |
| | | | | Subtotal | $401,952.51 | | | |
| | Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 13 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 10970 | Jo-Ann Stores, LLC | 503(b)(9) | $95,431.40 | Jo-Ann Stores, LLC | 503(b)(9) | $11,608.43 |
| | | | Jo-Ann Stores, LLC | Unsecured | $30,480.42 | Jo-Ann Stores, LLC | Unsecured | $8,087.20 |
| | | | | Subtotal | $125,911.82 | | Subtotal | $19,695.63 |
| | Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |

JO-ANN, Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED CLAIMS PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|---------------------------------|--------|--------|----------------------------------|--------|
| 14 | SHANGHAI ALLTEX TECHNOLOGY CO LTD 3 F NO 12 LANE 688 HENGNAN ROAD SHANGHAI, | 544 | Jo-Ann Stores, LLC | 503(b)(9) | $42,601.94 | Jo-Ann Stores, LLC | Unsecured | $42,601.94 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 15 | SHAOXING ADOR IMP & EXP CO., LTD. 2ND FLOOR HONGDA XIYI VILLAGE ANCHANG TOWN SHAOXING, ZHEJIANG, 312030 | 375 | Jo-Ann Stores, LLC | 503(b)(9) | $248,253.98 | Jo-Ann Stores, LLC | Unsecured | $111,580.78 |
| | | | Jo-Ann Stores, LLC | Unsecured | $965,996.48 | | | |
| | | | | Subtotal | $1,214,250.46 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 16 | SHAOXING ENYI TEXTILE CO., LTD HUI ZHU GENARAL MANAGER 2F, BUILDING 2# LUXI INDUSTRAIL PARK SHAOXING, ZJ, 312000 | 139 | Jo-Ann Stores, LLC | 503(b)(9) | $219,509.49 | Jo-Ann Stores, LLC | Unsecured | $83,466.51 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 17 | SILHOUETTE AMERICA, INC. NORIKO SLIJK CFO/ SILHOUETTE AMERICA, INC. 618 N 2000 W BLDG#2 LINDON, UT 84042 | 477 | Jo-Ann Stores, LLC | 503(b)(9) | $12,981.89 | Jo-Ann Stores, LLC | 503(b)(9) | $6,827.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | $189,526.59 | Jo-Ann Stores, LLC | Unsecured | $198,400.05 |
| | | | | Subtotal | $202,508.48 | | Subtotal | $205,227.05 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 18 | SINCERE CREATES & MANUFACTURES LIMITED BLK 2, FLAT E & G, 17/F, KINGSWAY INDUSTRIAL BUILDING KWAI CHUNG, N.T.,  HONG KONG, 999077 | 373 | Jo-Ann Stores, LLC | 503(b)(9) | $42,044.19 | Jo-Ann Stores, LLC | Unsecured | $381,029.94 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Unsecured | $360,045.78 | | | |
| | | | | Subtotal | $402,089.97 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 19 | TAG DE, LLC HAFKE LEGAL SERVICE PC ATTN: TAG DE - JOANN JAMES HAFKE 4170 CHARLAR DRIVE, SUITE A HOLT, MI 48842 | 7685 | Jo-Ann Stores, LLC | 503(b)(9) | $55,330.65 | Jo-Ann Stores, LLC | Unsecured | $7,921.78 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Unsecured | $145,509.27 | | | |
| | | | | Subtotal | $200,839.92 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

# Exhibit 2

**No Liability Claims**

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ALLIED PRODUCTS CORPORATION<br>1420 KANSAS AVE<br>KANSAS CITY, MO 64127<br>UNITED STATES | 04/02/2025 | 25-10077<br>joann.com, LLC | 11815 | $7,185.71 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 2 | BUMIRANG CORPORATION<br>2ND FLOOR<br>#4 DONGSOMUN-RO 3-GIL<br>SEONGBUK-GU<br>SEOUL, 136-031<br>KOREA, REPUBLIC OF | 04/04/2025 | 25-10072<br>Jo-Ann Stores, LLC | 11891 | $730,423.78 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 3 | CLACKAMAS RIVER WATER<br>16770 SE 82ND DR<br>CLACKAMAS, OR 97015<br>UNITED STATES | 02/19/2025 | 25-10068<br>JOANN Inc. | 529 | $173.44 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 4 | CRAFT SMITH LLC<br>200 E CHAPMAN AVE<br>ORANGE, CA 92866<br>UNITED STATES | 03/03/2025 | 25-10068<br>JOANN Inc. | 987 | $247,496.16 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 5 | DEANNA MAHONEY / PARALEGAL SERVICES<br>633 STEWART ST. 14<br>MANTECA, CA 95336<br>UNITED STATES | 04/01/2025 | 25-10068<br>JOANN Inc. | 11738 | $4,650.00 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 6 | DYNO LLC DBA CREATIVE DESIGNS DEPOT<br>1571 WEST COPANS RD, STE 105<br>POMPANO BEACH, FL 33064<br>UNITED STATES | 02/13/2025 | 25-10068<br>JOANN Inc. | 433 | $12,961.18* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 7 | EAST WENATCHEE WATER DISTRICT<br>692 EASTMONT AVE<br>EAST WENATCHEE, WA 98802-7608<br>UNITED STATES | 03/28/2025 | 25-10068<br>JOANN Inc. | 11966 | $265.79* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | EVEREST FASHION (EXPORT COMPANY) KHUMALTAR HEIGHT LALITPUR-15 LALITPUR, 03, 44600 NEPAL | 02/24/2025 | 25-10072 Jo-Ann Stores, LLC | 564 | $33,158.96 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 9 | FAR EASTERN HANDICRAFT JSC-VIETNAM 5TH FLOOR, NO.48 , LK11B STR., MO LAO URBAN AREA, MO LAO COMMUNITY, HA DONG TOWN HANOI, 10000 VIETNAM | 02/03/2025 | 25-10072 Jo-Ann Stores, LLC | 144 | $620,701.07 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 10 | GUANGZHOU XY PAPER CO., LTD CHANG YAN NO. 32 XINZHUANG 2ND ROAD YONGHE HUANGPU DISTRICT GUANGZHOU, 51070 CHINA | 01/21/2025 | 25-10068 JOANN Inc. | 386 | $85,606.68 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 11 | HANSEN, KAREN C ADDRESS ON FILE | 03/16/2025 | 25-10072 Jo-Ann Stores, LLC | 5794 | $20.77* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 12 | HUANGYAN FOREVER ARTS AND CRAFTS FACTORY FENGGUANG ROAD NO. 76 CHENGJIANG IN TAIZHOU, ZHEJIANG, 31802 CHINA | 01/21/2025 | 25-10068 JOANN Inc. | 387 | $659,768.67 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 13 | KIND, EMILIA KATHRYN 2508 RIDGELINE DR. LANSING, MI 48912 UNITED STATES | 02/04/2025 | 25-10068 JOANN Inc. | 220 | $400.00 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 14 | KLAMATH FALLS HOTEL CIMARRON INC. GM/ KLAMATH FALLS HOTEL CIMARRON INC. ATTN: KISHAN NARIA 3060 SOUTH 6TH STREET KLAMATH FALLS, OR 97603 UNITED STATES | 02/18/2025 | 25-10068 JOANN Inc. | 454 | $875.92 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 15 | LEISURE ARTS 104 CHAMPS BLVD SUITE 100 MAUMELLE, AR 72113 UNITED STATES | 03/26/2025 | 25-10072 Jo-Ann Stores, LLC | 4106 | $70,428.87 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 16 | MARTCO EXPORT PVT LTD OPP. CNG STATION, LODHIPUR RAJPUT, NH-24, DELHI ROAD MORADABAD, UTTAR PRADESH, 244001 INDIA | 01/31/2025 | 25-10072 Jo-Ann Stores, LLC | 88 | $21,851.16* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 17 | MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 UNITED STATES | 04/04/2025 | 25-10068 JOANN Inc. | 11978 | $19,286.40 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 18 | PIEK, ANTHONY KENNETH ADDRESS ON FILE | 04/03/2025 | 25-10072 Jo-Ann Stores, LLC | 10957 | $4,092.84 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 19 | PRYM CONSUMER USA INC. NELSON MULLINS RILEY & SCARBOROUGH LLP C/O JODY A. BEDENBAUGH P.O. BOX 11070 COLUMBIA, SC 29211 UNITED STATES | 03/21/2025 | 25-10068 JOANN Inc. | 6716 | $64,659.44 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-----------|----------------------|---------|--------------|------------------------|
| 20 | ROSENTHAL & ROSENTHAL, INC.<br>ATTN: MELINDA DEJESUS<br>300 PARK AVENUE<br>SUITE 1401<br>NEW YORK, NY 10022<br>UNITED STATES | 04/03/2025 | 25-10072<br>Jo-Ann Stores, LLC | 10380 | $1,883.60 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 21 | SHANGHAI LIFETEX INDUSTRY CO LTD<br>NO 17, LANE 688, HENGNAN ROAD<br>SHANGHAI,<br>CHINA | 02/21/2025 | 25-10072<br>Jo-Ann Stores, LLC | 543 | $412,156.81 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 22 | TRUESOURCE LLC<br>2929 EXPRESSWAY DRIVE N<br>SUITE 300B<br>ISLANDIA, NY 11749<br>UNITED STATES | 04/04/2025 | 25-10068<br>JOANN Inc. | 10755 | $514,210.94 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 23 | VISTA PARTNER INC<br>4310 WEST 5TH AVENUE<br>PO BOX 2683<br>EUGENE, OR 97402<br>UNITED STATES | 03/20/2025 | 25-10077<br>joann.com, LLC | 3875 | $7,486.25 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 24 | ZAFAR PROJECTS INC (VENDOR # 177365)<br>P.O. BOX 5764<br>CLEARWATER, FL 33765-5764<br>UNITED STATES | 01/22/2025 | 25-10068<br>JOANN Inc. | 22 | $13,117.80 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| | | | TOTAL | | $3,532,862.24* | |

## Exhibit 3

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALMANZA, LAURA ADDRESS ON FILE | 1712 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ANGELO, WHITNEY ADDRESS ON FILE | 2225 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | AYERS, ALEXIS MARIE ADDRESS ON FILE | 11118 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BIRNELL, LISA J ADDRESS ON FILE | 4474 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | BOONE, ELIZABETH ADDRESS ON FILE | 2651 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | BROWN, IRENE ADDRESS ON FILE | 3317 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 7 | CASE, GARY W ADDRESS ON FILE | 1983 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 8 | CHERRY DESIGN PARTNERS LLC 147 W 35TH ST STE 307 NEW YORK, NY 10001 | 10768 | JOANN Inc. | 503(b)(9) | $3,000.00 | JOANN Inc. | Unsecured | $3,000.00 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim class.

| 9 | CURRY, SOKHERAH ADDRESS ON FILE | 13355 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 10 | EIDSON, REBECCA ADDRESS ON FILE | 4504 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | ELGIN, KATHY ANN ADDRESS ON FILE | 12271 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | ELLMYER, ROBIN ANN ADDRESS ON FILE | 3711 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | EUSTACHE, NAOMI TRACY ADDRESS ON FILE | 11391 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | FARQUHARSON, KRISTEEN LOUISE ADDRESS ON FILE | 6346 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | FEDER, KATHY ADDRESS ON FILE | 13496 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | MODIFIED PRIORITY | | |
| 16 | GROVE TECHNOLOGIES LLC 3104 E CAMELBACK RD #559 PHOENIX, AZ 85016 | 559 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $17,250.00 $5,750.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $5,750.00 $17,250.00 |
| | | | | Subtotal | $23,000.00 | | Subtotal | $23,000.00 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured and admin priority claim class.

| 17 | HAINSTOCK, GRACE ADDRESS ON FILE | 12022 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 18 | HALL, LYLIAN ADDRESS ON FILE | 12758 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 19 | HALLADAY, DAWN M ADDRESS ON FILE | 3597 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 20 | HARSHMAN, GENA K. ADDRESS ON FILE | 1846 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | HOM, HELEN ADDRESS ON FILE | 11396 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | HUSKA, KATHY S. ADDRESS ON FILE | 2819 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | HUTCHINGS, MICHELE C. ADDRESS ON FILE | 6839 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | JEFFREY, SUSAN ADDRESS ON FILE | 4649 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | JOHNSON, REBECCA LYNN ADDRESS ON FILE | 4191 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | KAAZ, MARK WILLIAM ADDRESS ON FILE | 3675 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 27 | KASPER, BRIDGET ADDRESS ON FILE | 1281 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 28 | KEY, JUDY LEAVELLE ADDRESS ON FILE | 707 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 29 | LAMP, CLAUDIA S ADDRESS ON FILE | 2946 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 30 | MAHIEU, DONNA JEAN ADDRESS ON FILE | 6698 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

First Omnibus Substantive Claims Objection

Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | MCELWAIN, AMELIA ADDRESS ON FILE | 11548 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | MILLER, KRISTA ADDRESS ON FILE | 11053 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | MILLER, SAMANTHA ADDRESS ON FILE | 11054 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | MOLESKY, JESSICA ADDRESS ON FILE | 5891 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | PAUL, KATHY LYNN ADDRESS ON FILE | 2301 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc., Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 2299 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37 | REAUGH, ASHTYN ADDRESS ON FILE | 1536 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 38 | REED, LINDA S. ADDRESS ON FILE | 10984 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | ROOKEY, ROSANN ADDRESS ON FILE | 5636 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | ROSS, ABBY-CARLYLE ADDRESS ON FILE | 1675 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | RUTLAND, TERESA HALL ADDRESS ON FILE | 1090 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | SHELDON, AMY R ADDRESS ON FILE | 5425 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | SMITH, ELIZABETH PEARL ADDRESS ON FILE | 14183 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | STACHNIK, CHRISTINE MARIE ADDRESS ON FILE | 11995 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | STILES, CHRISTA ADDRESS ON FILE | 12595 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 46 | STILWELL, KATRINA W ADDRESS ON FILE | 5937 | joann.com, LLC | 503(b)(9) | $50.00 | joann.com, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 47 | STOTT, BEVERLY J ADDRESS ON FILE | 4768 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 48 | TURER, OLIVIA ADDRESS ON FILE | 12212 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 49 | WAGNER, LUCIE ADDRESS ON FILE | 12449 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 50 | WRIGHT, HEATHER CELESTINE ADDRESS ON FILE | 4590 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 3 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED | | | MODIFIED PRIORITY | | |
| 51 | ZABINSKI-KAPLAN, KIERSTEN ADDRESS ON FILE | 11678 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $28,450.00 | TOTAL | | $28,450.00 |
|---|---|---|---|---|---|---|---|---|

11