**<u>Exhibit A</u>**

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1052** |

### ORDER SUSTAINING DEBTORS' SECOND
### OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
### (Cross-Debtor Duplicate Claims & Reclassified Claims)

Upon consideration of the *Debtors' Second Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Haughey Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]   Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained to the extent set forth herein.

2. Each Cross-Debtor Duplicate Claim listed on **<u>Exhibit 1</u>** is hereby disallowed and expunged in its entirety.

3. Each Reclassified Claim listed on **<u>Exhibit 2</u>** hereto is hereby reclassified as set forth in the "*Modified Priority*" column therein.

4. The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

5. Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

6. The Debtors' objection to each Cross-Debtor Duplicate Claim and Reclassified Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Cross-Debtor Duplicate Claim and Reclassified Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect

to the other contested matters covered hereby.

7.      This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

8.      The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## **Exhibit 1**

**Cross-Debtor Duplicate Claims**

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 11742 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |

Reason:  Claim #11742 & #11891 are identical, except for the Debtors against which they are asserted.

| 2 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10077 joann.com, LLC | 11750 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason:  Claim #11750 & #11891 are identical, except for the Debtors against which they are asserted.

| 3 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 11766 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason:  Claim #11766 & #11891 are identical, except for the Debtors against which they are asserted.

| 4 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10080 Dittopatterns LLC | 11778 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason:  Claim #11778 & #11891 are identical, except for the Debtors against which they are asserted.

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10076 JAS Aviation, LLC | 11797 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |

Reason:  Claim #11797 & #11891 are identical, except for the Debtors against which they are asserted.

| 6 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10080 Dittopatterns LLC | 11806 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason:  Claim #11806 & #11891 are identical, except for the Debtors against which they are asserted.

| 7 | BUMIRANG CORPORATION 2ND FLOOR, #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/07/25 | 25-10069 JOANN Holdings 1, LLC | 11824 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason:  Claim #11824 & #11891 are identical, except for the Debtors against which they are asserted.

| 8 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 11825 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason:  Claim #11825 & #11891 are identical, except for the Debtors against which they are asserted.

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9  BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10068 JOANN Inc. | 11830 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason:  Claim #11830 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 10  BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 11831 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason:  Claim #11831 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 11  BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 11837 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason:  Claim #11837 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 12  BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 11846 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason:  Claim #11846 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10075 WeaveUp, Inc. | 11850 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Claim #11850 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 14 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10074 Creativebug, LLC | 11857 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Claim #11857 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 15 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10076 JAS Aviation, LLC | 11862 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Claim #11862 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 16 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 11868 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Claim #11868 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10071 Needle Holdings LLC | 11880 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Claim #11880 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 18 | CONSTELLATION NEWENERGY - GAS DIVISION, LLC 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10068 JOANN Inc. | 10621 | $2,859.40 | CONSTELLATION NEWENERGY - GAS DIVISION, LLC 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10263 | $2,859.40 |
| 19 | CONSTELLATION NEWENERGY, INC. 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10068 JOANN Inc. | 9810 | $9,882.12 | CONSTELLATION NEWENERGY, INC. 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 11871 | $9,882.12 |
| | Reason:  Claim #9810 & #11871 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 20 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10068 JOANN Inc. | 1422 | $1,558,150.97 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1423 | $1,558,150.97 |
| | Reason:  Claim #1422 & #1423 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21   CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10068 JOANN Inc. | 1424 | $546,505.77 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1425 | $546,505.77 |
| Reason:  Claim #1424 & #1425 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 22   ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FL 12 NEW YORK, NY 10016 | 04/01/25 | 25-10068 JOANN Inc. | 10230 | $2,394,092.73 | ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FL. 12 NEW YORK, NY 10016 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 10326 | $2,394,092.73 |
| Reason:  Claim #10230 & #10326 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 23   J AND J CORP. NW PARK A-201 IL-KWANG BUILDING 441-1 CHEONHO-DAERO, DONGDEAMUN-GU SEOUL, 02645 | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 6680 | $158,628.70 | J AND J CORP. A-201 IL-KWANG BUILDING 441-1 CHEONHO-DAERO, DONGDEAMUN-GU SEOUL, 02645 | 03/27/25 | 25-10068 JOANN Inc. | 8131 | $158,628.70 |
| Reason:  Claim #6680 & #8131 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 24   LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10071 Needle Holdings LLC | 10613 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| Reason:  Claim #10613 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

6

JOANN Inc. Case No. 25-10068

## Second Omnibus Substantive Claims Objection

### Ex. 1 - Cross-Debtor Duplicate

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10068 JOANN Inc. | 10632 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #10632 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 26 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 10634 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #10634 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 27 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10077 joann.com, LLC | 8898 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #8898 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 28 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10074 Creativebug, LLC | 8935 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #8935 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10078 JOANN Ditto Holdings Inc. | 8957 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #8957 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 30 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10069 JOANN Holdings 1, LLC | 8993 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #8993 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 31 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10075 WeaveUp, Inc. | 9038 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #9038 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 32 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10070 JOANN Holdings 2, LLC | 9208 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #9208 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10080 Dittopatterns LLC | 9325 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #9325 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 34 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10073 Creative Tech Solutions LLC | 9464 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #9464 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 35 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10076 JAS Aviation, LLC | 9504 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason:  Claim #9504 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 36 | NIPKOW AND KOBELT INC. HALPERIN BATTAGLIA BENZIJA, LLP ATTN: KEARA WALDRON 40 WALL STREET 37TH FLOOR NEW YORK, NY 10005 | 03/27/25 | 25-10068 JOANN Inc. | 7749 | $1,057,005.81 | NIPKOW AND KOBELT INC. HALPERIN BATTAGLIA BENZIJA, LLP ATTN: KEARA WALDRON 40 WALL STREET 37TH FLOOR NEW YORK, NY 10005 | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 7706 | $1,057,005.81 |
| | Reason:  Claim #7749 & #7706 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 37 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 10953 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #10953 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 38 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 10959 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #10959 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 39 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10071 Needle Holdings LLC | 10965 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #10965 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 40 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10068 JOANN Inc. | 10976 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #10976 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 41 | PALITEX, INC. 384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10076 JAS Aviation, LLC | 11783 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #11783 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 42 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10074 Creativebug, LLC | 11786 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #11786 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 43 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 11802 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #11802 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 44 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10075 WeaveUp, Inc. | 11805 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #11805 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 45 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10077 joann.com, LLC | 11807 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason:  Claim #11807 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 46 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 11809 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11809 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 47 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10080 Dittopatterns LLC | 11812 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11812 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 48 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 11818 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11818 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 49 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10078 JOANN Ditto Holdings Inc. | 2119 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2119 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 50 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10068 JOANN Inc. | 2280 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2280 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 51 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10070 JOANN Holdings 2, LLC | 2286 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason:  Claim #2286 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 52 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 2331 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason:  Claim #2331 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 53 | PAWLOWSKI, YVETTE E ADDRESS ON FILE | 03/05/25 | 25-10077 joann.com, LLC | 2184 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason:  Claim #2184 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 54 | PAWLOWSKI, YVETTE E ADDRESS ON FILE | 03/05/25 | 25-10069 JOANN Holdings 1, LLC | 2282 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason:  Claim #2282 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 55 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 300 PARK AVENUE SUITE 1401 NEW YORK, NY 10022 | 04/03/25 | 25-10068 JOANN Inc. | 10255 | $1,883.60 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 300 PARK AVENUE SUITE 1401 NEW YORK, NY 10022 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10380 | $1,883.60 |
| | Reason:  Claim #10255 & #10380 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 1370 BROADWAY 3RD FLOOR NEW YORK, NY 10018 | 03/04/25 | 25-10068 JOANN Inc. | 1195 | $64,136.97 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 1370 BROADWAY, 3RD FLOOR NEW YORK, NY 10018 | 03/04/25 | 25-10072 Jo-Ann Stores, LLC | 1287 | $64,136.97 |
| | Reason: Claim #1195 & #1287 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 57 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10068 JOANN Inc. | 10705 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10705 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 58 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10071 Needle Holdings LLC | 10772 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10772 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 59 | SFT INC. A-G216 201SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10074 Creativebug, LLC | 10782 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10782 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 60 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10080 Dittopatterns LLC | 10797 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason:  Claim #10797 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 61 | SFT INC. A-G216 201SONGPA-DAERO, SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10077 joann.com, LLC | 10807 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason:  Claim #10807 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 62 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 10810 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason:  Claim #10810 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 63 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 10819 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason:  Claim #10819 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 64 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 10827 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason:  Claim #10827 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 65 SFT INC. A-G216 201SONGPA-DAERO, SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10076 JAS Aviation, LLC | 10838 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| Reason: Claim #10838 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 66 SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 10844 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| Reason: Claim #10844 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 67 SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10075 WeaveUp, Inc. | 10856 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| Reason: Claim #10856 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 68 SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 10866 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| Reason: Claim #10866 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 69 THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10077 joann.com, LLC | 10222 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Claim #10222 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 70 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10076 JAS Aviation, LLC | 10224 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10224 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 71 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10075 WeaveUp, Inc. | 10371 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10371 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 72 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10068 JOANN Inc. | 10377 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10377 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 73 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10078 JOANN Ditto Holdings Inc. | 10418 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10418 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 74 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10080 Dittopatterns LLC | 10423 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10423 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 75 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10070 JOANN Holdings 2, LLC | 10504 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10504 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 76 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 10511 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10511 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 77 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10069 JOANN Holdings 1, LLC | 10536 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10536 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 78 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10071 Needle Holdings LLC | 10618 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10618 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 79 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10073 Creative Tech Solutions LLC | 10663 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10663 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection

Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 80 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10074 Creativebug, LLC | 11876 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason:  Claim #11876 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 81 | WOODA CORP. LTD 17TH FLOOR SAMJUNG BUILDING 74 SAEJONG-DAERO JUNG-KU SEOUL, 04526 | 03/28/25 | 25-10068 JOANN Inc. | 6618 | $576,576.11 | WOODA CORP. LTD 17TH FLOOR SAMJUNG BLDG. 74 SAEJONG-DAERO JUNG-KU SEOUL, 04526 | 03/28/25 | 25-10072 Jo-Ann Stores, LLC | 6585 | $576,576.11 |
| | Reason:  Claim #6618 & #6585 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| | | | TOTAL | | $191,036,581.60 | | | TOTAL | | $191,036,581.60 |

## **Exhibit 2**

**Reclassified Claims**

JOANN Inc. Case No. 25-10068

## Second Omnibus Substantive Claims Objection
### Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BYRNES, PATRICK (PARENT OF L.B. A MINOR) ADDRESS ON FILE | 2939 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | HASKELL, SUSAN KAY ADDRESS ON FILE | 13846 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | HERNANDO, HORENCE ADDRESS ON FILE | 3859 | Dittopatterns LLC | 503(b)(9) | $214.20 | Dittopatterns LLC | Unsecured | $214.20 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | JOHNSON, KEIRA ADDRESS ON FILE | 13549 | JOANN Inc. | 503(b)(9) | $300.00 | JOANN Inc. | Unsecured | $300.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | KING, JULIE A. ADDRESS ON FILE | 1031 | Jo-Ann Stores, LLC | 503(b)(9) | $400.00 | Jo-Ann Stores, LLC | Unsecured | $400.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | MARION, SALLIE ADDRESS ON FILE | 10836 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | MONDRAGON, RAQUEL ADDRESS ON FILE | 10160 | JOANN Inc. | 503(b)(9) | $415.56 | JOANN Inc. | Unsecured | $415.56 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | MONGE, MARITZA ADDRESS ON FILE | 7676 | JOANN Inc. | 503(b)(9) | $248.03 | JOANN Inc. | Unsecured | $248.03 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | MORGAN, HEIDI ADDRESS ON FILE | 3747 | Jo-Ann Stores, LLC | 503(b)(9) | $200.00 | Jo-Ann Stores, LLC | Unsecured | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | O'MARA, BECKY ADDRESS ON FILE | 4562 | JOANN Inc. | 503(b)(9) | $308.38 | JOANN Inc. | Unsecured | $308.38 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

2

JOANN Inc. Case No. 25-10068

Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED PRIORITY | |
| 11 | OSBORNE, DEBORAH ADDRESS ON FILE | 2344 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 | PORTER, BETH ADDRESS ON FILE | 8128 | JOANN Inc. | 503(b)(9) | $232.73 | JOANN Inc. | Unsecured | $232.73 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 13 | RINDAL, DEBORAH A ADDRESS ON FILE | 4749 | JOANN Inc. | 503(b)(9) | $193.66 | JOANN Inc. | Unsecured | $193.66 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 14 | SCHEFFMAN, MELISSA ADDRESS ON FILE | 10109 | Jo-Ann Stores, LLC | 503(b)(9) | $200.00 | Jo-Ann Stores, LLC | Unsecured | $200.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 | SOBIERAJ, LESLIE ADDRESS ON FILE | 466 | Jo-Ann Stores, LLC | 503(b)(9) | $210.35 | Jo-Ann Stores, LLC | Unsecured | $210.35 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | STONER, MIKAL ADDRESS ON FILE | 9383 | JOANN Inc. | 503(b)(9) | $300.00 | JOANN Inc. | Unsecured | $300.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 | WATSON, BRENDA JOYCE ADDRESS ON FILE | 10043 | JOANN Holdings 1, LLC | 503(b)(9) | $200.00 | JOANN Holdings 1, LLC | Unsecured | $200.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 | WILCOX, JOYCE ANN ADDRESS ON FILE | 9692 | JOANN Inc. | 503(b)(9) | $250.00 | JOANN Inc. | Unsecured | $250.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 19 | YOUNG, SHARI ADDRESS ON FILE | 8101 | joann.com, LLC | 503(b)(9) | $598.79 | joann.com, LLC | Unsecured | $598.79 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| | | | TOTAL | | $4,921.70 | TOTAL | | $4,921.70 |