## Exhibit A

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 1070** |

### ORDER SUSTAINING DEBTORS' FIFTH
### OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
### (Reclassified Claims)

Upon consideration of the *Debtors' Fifth Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Haughey Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Reclassified Claim listed on **Exhibit 1** hereto is hereby reclassified as set forth in the "*Modified Priority*" column therein.

3.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

4.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.      The Debtors' objection to each Reclassified Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Reclassified Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

7.      The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## Exhibit 1

**Reclassified Claims**

Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 1 | ALEXANDER, DIANE LYNN ADDRESS ON FILE | 5350 | JOANN Inc. | 503(b)(9) | $29.25 | JOANN Inc. | Unsecured | $29.25 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | ALEXANDER, RACHEL ADDRESS ON FILE | 5344 | Jo-Ann Stores, LLC | 503(b)(9) | $44.00 | Jo-Ann Stores, LLC | Unsecured | $44.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | ALEXANDERSON, KERRI ANNE ADDRESS ON FILE | 7253 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | ALFORD, JACQUIE ADDRESS ON FILE | 8774 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | ANTALEK, FAY D ADDRESS ON FILE | 7256 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 6 | ATKINS, MEGAN ADDRESS ON FILE | 8566 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 7 | BALOUGH, KAITLYN ADDRESS ON FILE | 3724 | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 8 | BANTA, LEANN ADDRESS ON FILE | 9780 | JOANN Inc. | 503(b)(9) | $40.00* | JOANN Inc. | Unsecured | $40.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $40.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 9 | BAUER, LINDA L ADDRESS ON FILE | 1859 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 10 | BAUGHMAN, VYCTORIA M. ADDRESS ON FILE | 13616 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 11 | BAUNOCH, JODY LYNN ADDRESS ON FILE | 9298 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $50.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 | BECKLEY, VINNIE ADDRESS ON FILE | 12554 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 13 | BENNETT, TERRI B. ADDRESS ON FILE | 3732 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 14 | BESAW, DEBORAH ADDRESS ON FILE | 3913 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00* | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $40.00* | | | |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 | BITTRICH, AMY ADDRESS ON FILE | 12779 | Jo-Ann Stores, LLC | 503(b)(9) | $39.47 | Jo-Ann Stores, LLC | Unsecured | $39.47 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

## Fifth Omnibus Substantive Claims Objection
## Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | BLAIR, GEORGANN M. ADDRESS ON FILE | 8159 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Secured | $50.00 |
| | | | JOANN Inc. | Secured | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $150.00 | | Subtotal | $150.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | BLEVINS, TERRI A. ADDRESS ON FILE | 5103 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | BOOH, EUGENE ADDRESS ON FILE | 3727 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | BRIGDEN, DONNA ADDRESS ON FILE | 1616 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $42.62 | Jo-Ann Stores Support Center, Inc. | Priority | $42.62 |
| | | | Jo-Ann Stores Support Center, Inc. | Priority | $42.62 | Jo-Ann Stores Support Center, Inc. | Secured | $42.62 |
| | | | Jo-Ann Stores Support Center, Inc. | Secured | $42.62 | Jo-Ann Stores Support Center, Inc. | Unsecured | $42.62 |
| | | | | Subtotal | $127.86 | | Subtotal | $127.86 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | BROCKETT, RALPH G. ADDRESS ON FILE | 6095 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | BROWN, BETH LYNN ADDRESS ON FILE | 13929 | Jo-Ann Stores, LLC | 503(b)(9) | $32.00 | Jo-Ann Stores, LLC | Unsecured | $32.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | BROWN, SHARON ALINE ADDRESS ON FILE | 7854 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | BYRNES, GRACE ADDRESS ON FILE | 2187 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $216.26 |
| | | | JOANN Inc. | Unsecured | $166.26 | | | |
| | | | | Subtotal | $216.26 | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | CAMPTON, LOIS ADDRESS ON FILE | 8483 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Fifth Omnibus Substantive Claims Objection

Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 25 | CANNON, MAI NGUYEN ADDRESS ON FILE | 8355 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 26 | CORTADA, ALICIA ADDRESS ON FILE | 3270 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 27 | COWAN, REBECCA ADDRESS ON FILE | 3394 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 28 | COYNE, CAROL A ADDRESS ON FILE | 7834 | Jo-Ann Stores, LLC | 503(b)(9) | $44.95 | Jo-Ann Stores, LLC | Priority | $44.95 |
| | | | Jo-Ann Stores, LLC | Priority | $44.95 | Jo-Ann Stores, LLC | Unsecured | $44.95 |
| | | | | Subtotal | $89.90 | | Subtotal | $89.90 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 29 | DAVIS, JANICE ADDRESS ON FILE | 12164 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

6

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | DEANNA MAHONEY / PARALEGAL SERVICES 633 STEWART ST. 14 MANTECA, CA 95336 | 1314 | JOANN Inc. | 503(b)(9) | $3,637.69 | JOANN Inc. | Unsecured | $3,637.69 |
| | Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 31 | DIAZ, SALINA ADDRESS ON FILE | 9047 | Jo-Ann Stores, LLC | 503(b)(9) | $45.00 | Jo-Ann Stores, LLC | Unsecured | $45.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 32 | GUBE, LOURDES J ADDRESS ON FILE | 13896 | Jo-Ann Stores, LLC | 503(b)(9) | $34.60 | Jo-Ann Stores, LLC | Unsecured | $34.60 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 33 | GUGLIOTTA, HANNAH FAYE ADDRESS ON FILE | 11610 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 34 | HASLAM, HANNAH J ADDRESS ON FILE | 3628 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 35 | HAYES, BRENDA R ADDRESS ON FILE | 2635 | JOANN Inc. | 503(b)(9) | $46.32 | JOANN Inc. | Unsecured | $46.32 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 36 | HINDMAN, JAMIE ADDRESS ON FILE | 5101 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 37 | HOAG, MYRNA AMELIA ADDRESS ON FILE | 12523 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 38 | HODGE, VICKI ADDRESS ON FILE | 5845 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 39 | HUBER, MELANIE BROOKE ADDRESS ON FILE | 8919 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 40 | JACKSON, LAUREL ADDRESS ON FILE | 12700 | JOANN Inc. | 503(b)(9) | $33.39 | JOANN Inc. | Unsecured | $33.39 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 41 | JACOPETTI, THERESA ADDRESS ON FILE | 1170 | Jo-Ann Stores, LLC | 503(b)(9) | $45.37 | Jo-Ann Stores, LLC | Unsecured | $45.37 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 42 | JELLISON, SANDRA A ADDRESS ON FILE | 8631 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 43 | KAPINOS, MAUREEN ADDRESS ON FILE | 9711 | JOANN Inc. | 503(b)(9) | $29.69 | JOANN Inc. | Unsecured | $29.69 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 44 | KARSTUNEN, NANCY ADDRESS ON FILE | 1012 | Jo-Ann Stores, LLC | 503(b)(9) | $42.37 | Jo-Ann Stores, LLC | Unsecured | $42.37 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc., Case No. 25-10068

Fifth Omnibus Substantive Claims Objection

Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 45 | KNOTT, ROSE<br>ADDRESS ON FILE | 6408 | JOANN Inc. | 503(b)(9) | $45.72 | JOANN Inc. | Priority | $45.72 |
| | | | JOANN Inc. | Priority | $45.72 | JOANN Inc. | Unsecured | $45.72 |
| | | | | Subtotal | $91.44 | | Subtotal | $91.44 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 46 | KOBUS, MARGIE M<br>ADDRESS ON FILE | 13842 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 47 | KOLDITZ, KORI<br>ADDRESS ON FILE | 1378 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Priority | $40.00 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Priority | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| | | | | Subtotal | $80.00 | | Subtotal | $80.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 48 | KUTSKO, JUDY GRACE<br>ADDRESS ON FILE | 6966 | Jo-Ann Stores, LLC | 503(b)(9) | $39.90 | Jo-Ann Stores, LLC | Unsecured | $39.90 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Fifth Omnibus Substantive Claims Objection

Ex. 1 Reclassified Claims

| | | | | ASSERTED CLAIMS | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 49 | LA COMBE, KATHLEEN RAE ADDRESS ON FILE | 3128 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $50.00* Undetermined* | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $50.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 50 | LABARGE, CASSEY L ADDRESS ON FILE | 5890 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured | $40.00* Undetermined* | JOANN Inc. | Unsecured | $40.00 |
| | | | | Subtotal | $40.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 51 | LAMY, ROBIN ADDRESS ON FILE | 14234 | Jo-Ann Stores, LLC | 503(b)(9) | $30.80 | Jo-Ann Stores, LLC | Unsecured | $30.80 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 52 | LEON, CHRISTIAN ADDRESS ON FILE | 8736 | joann.com, LLC joann.com, LLC | 503(b)(9) Admin | $42.22* Undetermined* | joann.com, LLC | Unsecured | $42.22 |
| | | | | Subtotal | $42.22* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 53 | LESLIE, SARAH ADDRESS ON FILE | 783 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 54 | LODGE, LYNN ADDRESS ON FILE | 6730 | JOANN Inc. | 503(b)(9) | $29.97 | JOANN Inc. | Unsecured | $29.97 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 55 | LOEFFLER, WALTER TODD ADDRESS ON FILE | 12837 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 56 | LOWRY, CHERIE L. ADDRESS ON FILE | 7990 | Jo-Ann Stores, LLC | 503(b)(9) | $35.68 | Jo-Ann Stores, LLC | Unsecured | $35.68 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 57 | MAY, SARAH ADDRESS ON FILE | 2149 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 58 | MCCOLLOM, DIANA ADDRESS ON FILE | 915 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 59 | MCDONOUGH, ABIGAIL<br>ADDRESS ON FILE | 9110 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 60 | MCFADDEN, DENYSE<br>ADDRESS ON FILE | 3698 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 61 | MCGUINNESS, MEGAN<br>ADDRESS ON FILE | 2995 | JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Priority<br><br>Subtotal | $50.00*<br>Undetermined*<br><br>$50.00* | JOANN Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 62 | MILE HIGH HOTELS DBA<br>LAQUINTA BUTTE<br>KEVIN JAMES BUTORI<br>GENERAL MANAGER MILE<br>HIGH HOTELS<br>1 HOLIDAY PARK DR<br>BUTTE, MT 59701 | 11986 | JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Priority<br><br>Subtotal | $2,005.52<br>$2,005.52<br><br>$4,011.04 | JOANN Inc. | Unsecured | $2,005.52 |
| | Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | | | | ASSERTED CLAIMS | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 63 | MOSKOWITZ, PAULA ADDRESS ON FILE | 4706 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 64 | MULLEN, RITA ADDRESS ON FILE | 9853 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 65 | MUNTAQIM, TASLEEMA ADDRESS ON FILE | 8057 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 66 | NORMANDIN, LORI ADDRESS ON FILE | 4265 | Jo-Ann Stores, LLC | 503(b)(9) | $41.89 | Jo-Ann Stores, LLC | Unsecured | $41.89 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 67 | OFFENBERG, MARILYN JEAN ADDRESS ON FILE | 14077 | JOANN Inc. | 503(b)(9) | $50.00* | JOANN Inc. | Unsecured | $50.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 68 | PALMER-HALL, HEATHER ADDRESS ON FILE | 13274 | JOANN Inc. | 503(b)(9) | $40.42 | JOANN Inc. | Unsecured | $40.42 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 69 | PARKER, EILEEN ADDRESS ON FILE | 1991 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 70 | PCP GROUP, LLC C/O FORCHELLI DEEGAN TERRANA LLP ATTN: GERARD R. LUCKMAN, ESQ. 333 EARLE OVINGTON BOULEVARD SUITE 1010 UNIONDALE, NY 11553 | 9354 | joann.com, LLC | 503(b)(9) | $31,273.94 | joann.com, LLC | Admin | $31,273.94 |
| | | | joann.com, LLC | Admin | $31,273.94 | joann.com, LLC | Unsecured | $441,135.35 |
| | | | joann.com, LLC | Unsecured | $409,861.41 | | | |
| | | | | Subtotal | $472,409.29 | | Subtotal | $472,409.29 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 71 | PETERSON, EILEEN ADDRESS ON FILE | 3082 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00* | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $40.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 72 | QUINN, SUSAN C. ADDRESS ON FILE | 2953 | Jo-Ann Stores, LLC | 503(b)(9) | $41.47 | Jo-Ann Stores, LLC | Unsecured | $41.47 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 73 | RAY, SHELLEY ADDRESS ON FILE | 8873 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 74 | RAYMOND, LILY ADDRESS ON FILE | 6106 | JOANN Inc. | 503(b)(9) | $30.60 | JOANN Inc. | Unsecured | $30.60 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 75 | REUTLINGER, KARL ADDRESS ON FILE | 13292 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Secured | $50.00 |
| | | | Jo-Ann Stores, LLC | Secured | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 76 | REYNOLDS, TRACIE M ADDRESS ON FILE | 8152 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 77 | RICE, CAROL ADDRESS ON FILE | 7813 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 78 | RICHARDS, GRACE ADDRESS ON FILE | 7074 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 79 | RICHTENBURG, SARAH ADDRESS ON FILE | 10357 | JOANN Inc. | 503(b)(9) | $36.00 | JOANN Inc. | Unsecured | $36.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 80 | ROBLES, ANNETTE ADDRESS ON FILE | 1212 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 81 | ROSCHER, BARBARA ADDRESS ON FILE | 1759 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Fifth Omnibus Substantive Claims Objection

Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 82 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 1370 BROADWAY, 3RD FLOOR NEW YORK, NY 10018 | 1287 | Jo-Ann Stores, LLC | 503(b)(9) | $64,136.97 | Jo-Ann Stores, LLC | 503(b)(9) | $21,227.40 |
| | | | | | | Jo-Ann Stores, LLC | Unsecured | $42,909.57 |
| | | | | | | | Subtotal | $64,136.97 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 83 | RUSCH, SANDRA LOUISE ADDRESS ON FILE | 5392 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 84 | SANDOVAL, BOBBI ADDRESS ON FILE | 7168 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 85 | SCHUCKER, KATHY ADDRESS ON FILE | 750 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 86 | SENGSTOCK, MICHELLE ANN ADDRESS ON FILE | 4431 | JOANN Inc. | 503(b)(9) | $45.00 | JOANN Inc. | Unsecured | $45.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Fifth Omnibus Substantive Claims Objection

Ex. 1 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | SEVIER, JUNE A ADDRESS ON FILE | 6664 | Jo-Ann Stores, LLC | 503(b)(9) | $36.93 | Jo-Ann Stores, LLC | Unsecured | $36.93 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 88 | SEVILLA, CHARLOTTE ADDRESS ON FILE | 8127 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 89 | SHEPARD, DOROTHY PATRICIA ADDRESS ON FILE | 13315 | JOANN Inc. | 503(b)(9) | $45.00 | JOANN Inc. | Priority | $45.00 |
| | | | JOANN Inc. | Priority | $45.00 | JOANN Inc. | Secured | $45.00 |
| | | | JOANN Inc. | Secured | $45.00 | JOANN Inc. | Unsecured | $45.00 |
| | | | | Subtotal | $135.00 | | Subtotal | $135.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 90 | SHORTLIDGE, KERYN M ADDRESS ON FILE | 9948 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

19

JOANN Inc., Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 91 | SKARONEA, BRIANA ADDRESS ON FILE | 6188 | Jo-Ann Stores, LLC | 503(b)(9) | $29.97 | Jo-Ann Stores, LLC | Unsecured | $29.97 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 92 | STEINZ, GRETA MARY ADDRESS ON FILE | 8693 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 93 | STUART, MICHELLE JEAN ADDRESS ON FILE | 7494 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 94 | TEDROW, LYNSIE HOUK ADDRESS ON FILE | 7492 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 95 | TREITLER, DARLINE ADDRESS ON FILE | 2047 | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 96 | WALDROP, ANDREA ADDRESS ON FILE | 1441 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 97 | WEAVER, JACQUELYN ADDRESS ON FILE | 11762 | Jo-Ann Stores, LLC | 503(b)(9) | $45.61 | Jo-Ann Stores, LLC | Unsecured | $45.61 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 | WEDEL, DAWNELA ADDRESS ON FILE | 11475 | JOANN Inc. | 503(b)(9) | $44.31 | JOANN Inc. | Unsecured | $44.31 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 | WILSON, CHRISTINE ADDRESS ON FILE | 5144 | Jo-Ann Stores, LLC | 503(b)(9) | $36.99 | Jo-Ann Stores, LLC | Unsecured | $36.99 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |