**Exhibit A**

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1071** |

### ORDER SUSTAINING DEBTORS' SIXTH
### OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)
### (Reduced and Reclassified Claims, Reclassified Claims,
### Substantive Duplicate Claims, Cross-Debtor Duplicate Claims)

Upon consideration of the *Debtors' Sixth Omnibus Objection to Certain Claims (Substantive)* (the "Objection");[2] and upon consideration of the Haughey Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]  Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Reduced and Reclassified Claim listed on **Exhibit 1** is hereby reduced and reclassified as set forth in the "*Modified Claims*" column therein.

3.      Each Reclassified Claim listed on **Exhibit 2** hereto is hereby reclassified as set forth in the "*Modified Priority*" column therein.

4.      Each Substantive Duplicate Claim listed on **Exhibit 3** is hereby disallowed and expunged.

5.      Each Cross-Debtor Duplicate Claim listed on **Exhibit 4** is hereby disallowed and expunged in its entirety.

6.      The Debtors are authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

7.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

8.      The Debtors' objection to each Reduced and Reclassified Claim, Reclassified Claim, Substantive Duplicate Claim and Cross-Debtor Duplicate Claim addressed in the

Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Reduced and Reclassified Claim, Reclassified Claim, Substantive Duplicate Claim and Cross-Debtor Duplicate Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

9.      This Order is without prejudice to the rights of the Debtors, their estates, any successors thereto, and any other party in interest, to object to any other proof of claim filed in the chapter 11 cases.

10.     The Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matter arising from or related to the Objection or this Order, including the interpretation, enforcement and implementation of this Order.

## Exhibit 1

**Reduced and Reclassified Claims**

JOANN Inc., Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANARAS BEADS LIMITED SIDDHARTH GUPTA A-1, INDUSTRIAL ESTATE VARANASI, UP, 22110 | 162 | Jo-Ann Stores, LLC | 503(b)(9) | $26,429.82 | Jo-Ann Stores, LLC | 503(b)(9) | $11,675.76 |
| | | | Jo-Ann Stores, LLC | Unsecured | $172,985.14 | Jo-Ann Stores, LLC | Unsecured | $187,739.20 |
| | | | | Subtotal | $199,414.96 | | Subtotal | $199,414.96 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CHINATEX INC. C/O DEHANG CHEN LLC 233 BROADWAY SUITE 2205 NEW YORK, NY 10279 | 7761 | Jo-Ann Stores, LLC | 503(b)(9) | $1,060,679.28 | Jo-Ann Stores, LLC | 503(b)(9) | $185,777.04 |
| | | | Jo-Ann Stores, LLC | Unsecured | $610,824.88 | Jo-Ann Stores, LLC | Unsecured | $657,920.87 |
| | | | | Subtotal | $1,671,504.16 | | Subtotal | $843,697.91 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CREATIVE COLOR 17413 WOODFORD  AVE LAKEWOOD, OH 44107-2223 | 12510 | JOANN Inc. | 503(b)(9) | $7,216.30 | JOANN Inc. | Unsecured | $4,716.30 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | GUANGDONG YIBOXUAN CERAMICS CO LTD THE SOUTH SIDE OF THE JUNCTION OF BAOYUN 4 CHAOZHOU, GUANGDONG, 515646 | 405 | Jo-Ann Stores, LLC | 503(b)(9) | $2,635.77 | Jo-Ann Stores, LLC | Unsecured | $2,635.77 |
| | | | Jo-Ann Stores, LLC | Priority | $2,635.77 | | | |
| | | | | Subtotal | $5,271.54 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) and priority status, which are ineligible for such classifications and shall be modified to a general unsecured claim.

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 1 Reduced and Reclassified Claims

| | | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | HIGHMEN (SHANGHAI) INTERNATIONAL CO NO. 2285 DUHUI ROAD MINHANG DISTRICT SHANGHAI, 20110 | 484 | Jo-Ann Stores, LLC | 503(b)(9) | $59,006.38 | Jo-Ann Stores, LLC | Unsecured | $23,423.33 |
| | | | Jo-Ann Stores, LLC | Priority | $59,006.38 | | | |
| | | | | Subtotal | $118,012.76 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) and priority status, which are ineligible for such classifications and shall be modified to a general unsecured claim.

| 6 | J AND J CORP. A-201 IL-KWANG BUILDING 441-1 CHEONHO-DAERO, DONGDEAMUN-GU SEOUL, 02645 | 8131 | JOANN Inc. | 503(b)(9) | $30,515.48 | JOANN Inc. | Unsecured | $152,812.32 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Unsecured | $128,113.22 | | | |
| | | | | Subtotal | $158,628.70 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 7 | JANOME AMERICA INC. 10 INDUSTRIAL AVENUE, S-2 MAHWAH, NJ 07430 | 8170 | Jo-Ann Stores, LLC | 503(b)(9) | $108,734.40 | Jo-Ann Stores, LLC | 503(b)(9) | $70,880.00 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Unsecured | $1,116,505.79 | Jo-Ann Stores, LLC | Unsecured | $1,154,360.10 |
| | | | | Subtotal | $1,225,240.19 | | Subtotal | $1,225,240.10 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 8 | NINGBO SINOMAKER INDUSTRY & TRADE LTD ROOM 1204-1 NO.7 TIANZHI LANE NINGBO, 31510 | 407 | Jo-Ann Stores, LLC | 503(b)(9) | $152,488.74 | Jo-Ann Stores, LLC | Unsecured | $150,407.40 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | NINGBO WINLEAD ORNAMENT CO., LTD 10/F, 4TH BUILDING NO. 1035 GUANGXIAN ROAD HI-AND-NEW TECH PARK NINGBO, 315000 | 623 | Jo-Ann Stores, LLC | 503(b)(9) | $465,177.93 | Jo-Ann Stores, LLC | 503(b)(9) | $27,423.84 |
| | | | Jo-Ann Stores, LLC | Unsecured | $2,588,395.17 | Jo-Ann Stores, LLC | Unsecured | $2,383,993.09 |
| | | | | Subtotal | $3,053,573.10 | | Subtotal | $2,411,416.93 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | RESINVENTURES INC ATTN: ALI MUTLU 2300 APOLLO CIRCLE CARROLLTON, TX 75006 | 94 | JOANN Inc. | 503(b)(9) | $52,988.00 | JOANN Inc. | Unsecured | $14,187.03 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | ROHLIG USA, LLC. 1743 S. LINNEMAN ROAD MOUNT PROSPECT, IL 60056 | 213 | Jo-Ann Stores, LLC | 503(b)(9) | $39,959.88 | Jo-Ann Stores, LLC | Unsecured | $65,320.88 |
| | | | Jo-Ann Stores, LLC | Unsecured | $30,114.88 | | | |
| | | | | Subtotal | $70,074.76 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | ROTH BROS., INC. (A SODEXO COMPANY) SODEXO C/O JOSHUA MORRIS, ESQUIRE COMMERCIAL LITIGATION ATTORNEY 915 MEETING STREET NORTH BETHESDA, MD 20852 | 7847 | Jo-Ann Stores, LLC | 503(b)(9) | $47,781.17 | Jo-Ann Stores, LLC | Admin | $3,506.96 |
| | | | Jo-Ann Stores, LLC | Unsecured | $86,362.01 | Jo-Ann Stores, LLC | Unsecured | $71,634.93 |
| | | | | Subtotal | $134,143.18 | | Subtotal | $75,141.89 |

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 1 Reduced and Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | SHENYANG LARGE CIRCLE ART & CRAFTS, CO., LTD 10/F, BUILDING C LIYANG MANSION 110 SOUTH HUANGHE ST SHENYANG, LN, 11003 | 112 | Jo-Ann Stores, LLC | 503(b)(9) | $463,084.48 | Jo-Ann Stores, LLC | Unsecured | $29,811.77 |
| | | | Jo-Ann Stores, LLC | Unsecured | $1,398,693.38 | | | |
| | | | | Subtotal | $1,861,777.86 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | TAIZHOU SUNUP TECH CO., LTD 5#HENGXING ROAD TAIZHOU, ZHEJIANG, 318020 | 612 | JOANN Inc. | 503(b)(9) | $5,964.24 | JOANN Inc. | Unsecured | $5,815.13 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | TODAY'S TREASURES INC 8F., NO. 8, SEC. 2, NANJING E. RD. TAIPEI, TW, 10417 | 343 | JOANN Inc. | 503(b)(9) | $96,819.72 | JOANN Inc. | Unsecured | $96,819.72 |
| | | | JOANN Inc. | Priority | $96,000.00 | | | |
| | | | | Subtotal | $192,819.72 | | | |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) and priority status, which are ineligible for such classifications and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | TRI D'ART INTERNATIONAL LTD. 4F NO. 32, LN. 407 SEC. 2, TIDING BLVD., NEIHU TAIPEI, TW, | 100 | JOANN Inc. | 503(b)(9) | $14,187.03 | JOANN Inc. | Unsecured | $7,026.58 |
| | | | JOANN Inc. | Secured | $14,187.03 | | | |
| | | | | Subtotal | $28,374.06 | | | |

Reason:  Modified priority reflects goods that are ineligible for 503(b)(9) and secured priority. Per the documentation filed with the proof of claim, goods were received by the Debtor more than 20 days before the petition date and the claim is not secured by a lien on property.

## Exhibit 2

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ACHREM, LORRAINE ADDRESS ON FILE | 2553 | JOANN Inc. | 503(b)(9) | $53.45* | JOANN Inc. | Priority | $53.45 |
| | | | JOANN Inc. | Priority | $53.45* | JOANN Inc. | Unsecured | $53.45 |
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $106.90* | | Subtotal | $106.90 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ALLISON, DIANE ADDRESS ON FILE | 3569 | Jo-Ann Stores, LLC | 503(b)(9) | $125.00* | Jo-Ann Stores, LLC | Priority | $125.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | Jo-Ann Stores, LLC | Unsecured | $125.00 |
| | | | Jo-Ann Stores, LLC | Priority | $125.00* | | | |
| | | | | Subtotal | $250.00* | | Subtotal | $250.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ARTHURS, RENE G. ADDRESS ON FILE | 1078 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BENAVIDEZ, PATTY ADDRESS ON FILE | 10058 | JOANN Inc. | 503(b)(9) | $50.00* | JOANN Inc. | Unsecured | $50.00 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 5 | BENNETT, PAULA ADDRESS ON FILE | 14108 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Priority | $75.00 |
| | | | Jo-Ann Stores, LLC | Priority | $75.00 | Jo-Ann Stores, LLC | Secured | $75.00 |
| | | | Jo-Ann Stores, LLC | Secured | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| | | | | Subtotal | $225.00 | | Subtotal | $225.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 6 | BICKERSTAFF, REBECCA ADDRESS ON FILE | 7308 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00* | Jo-Ann Stores, LLC | Unsecured | $100.00 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $100.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 7 | BOUDREAUX, GEORGE A ADDRESS ON FILE | 10920 | JOANN Inc. | 503(b)(9) | $221.52 | JOANN Inc. | Priority | $221.52 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Priority | $221.52 | JOANN Inc. | Unsecured | $221.52 |
| | | | | Subtotal | $443.04 | | Subtotal | $443.04 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 8 | BOWES, PAUL DARWIN ADDRESS ON FILE | 7080 | JOANN Inc. | 503(b)(9) | $300.00* | JOANN Inc. | Unsecured | $300.00 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $300.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 9 | BRAKE-AMUNDSON, ALDIE L. ADDRESS ON FILE | 12302 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Priority | $150.00 |
| | | | JOANN Inc. | Priority | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| | | | | Subtotal | $300.00 | | Subtotal | $300.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | BREDESON, KAREN M ADDRESS ON FILE | 841 | JOANN Inc. | 503(b)(9) | $89.72* | JOANN Inc. | Unsecured | $89.72 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $89.72* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | CANTRELL, JACQUELINE ADDRESS ON FILE | 10072 | JOANN Inc. | 503(b)(9) | $200.00* | JOANN Inc. | Priority | $200.00 |
| | | | JOANN Inc. | Admin | Undetermined* | JOANN Inc. | Secured | $200.00 |
| | | | JOANN Inc. | Priority | $200.00* | JOANN Inc. | Unsecured | $200.00 |
| | | | JOANN Inc. | Secured | $200.00* | | | |
| | | | | Subtotal | $600.00* | | Subtotal | $600.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | CORNELIUS-MOLATCH, TAMMY ADDRESS ON FILE | 11656 | JOANN Inc. | 503(b)(9) | $489.42 | JOANN Inc. | Secured | $489.42 |
| | | | JOANN Inc. | Secured | $489.42 | JOANN Inc. | Unsecured | $489.42 |
| | | | | Subtotal | $978.84 | | Subtotal | $978.84 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | CRANDALL, BARBARA ADDRESS ON FILE | 10876 | JOANN Inc. | 503(b)(9) | $198.25* | JOANN Inc. | Unsecured | $198.25 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $198.25* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 14 | CRENSHAW, JUDITH A. ADDRESS ON FILE | 10679 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Priority | $100.00 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 15 | CUPIXEL INC 59 HAMLET STREET NEWTON, MA 02459 | 8869 | Jo-Ann Stores, LLC | 503(b)(9) | $125,000.00 | Jo-Ann Stores, LLC | Unsecured | $125,000.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 16 | DAVIDSON, SARAH ADDRESS ON FILE | 6573 | Jo-Ann Stores, LLC | 503(b)(9) | $160.49 | Jo-Ann Stores, LLC | Priority | $263.75 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Priority | $263.75 | Jo-Ann Stores, LLC | Unsecured | $160.49 |
| | | | | Subtotal | $424.24 | | Subtotal | $424.24 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 17 | DESIGN IMPORTS<br>PO BOX 58410<br>SEATTLE, WA 98138 | 140 | JOANN Inc. | 503(b)(9) | $8,551.25 | JOANN Inc. | Unsecured | $7,372.52 |

Reason:  Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | DESMOND, PAMELA JEAN<br>ADDRESS ON FILE | 2064 | JOANN Inc. | 503(b)(9) | $150.00 | JOANN Inc. | Priority | $150.00 |
| | | | JOANN Inc. | Priority | $150.00 | JOANN Inc. | Unsecured | $150.00 |
| | | | | Subtotal | $300.00 | | Subtotal | $300.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | ENGLISH, ELESSHIA<br>ADDRESS ON FILE | 863 | JOANN Inc. | 503(b)(9) | $75.00* | JOANN Inc. | Unsecured | $75.00 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $75.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | FARNSWORTH, CINDY<br>ADDRESS ON FILE | 12543 | Jo-Ann Stores, LLC | 503(b)(9) | $53.81 | Jo-Ann Stores, LLC | Priority | $53.81 |
| | | | Jo-Ann Stores, LLC | Priority | $53.81 | Jo-Ann Stores, LLC | Unsecured | $53.81 |
| | | | | Subtotal | $107.62 | | Subtotal | $107.62 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | GERBER, SUSAN ADDRESS ON FILE | 5738 | JOANN Inc. | 503(b)(9) | $161.35* | JOANN Inc. | Unsecured | $161.35 |
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $161.35* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | HERNANDEZ, JESSICA Y ADDRESS ON FILE | 1810 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $100.00 | Jo-Ann Stores Support Center, Inc. | Priority | $100.00 |
| | | | Jo-Ann Stores Support Center, Inc. | Priority | $100.00 | Jo-Ann Stores Support Center, Inc. | Secured | $100.00 |
| | | | Jo-Ann Stores Support Center, Inc. | Secured | $100.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $300.00 | | Subtotal | $300.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | HOWARD, DEBRA DIANNE ADDRESS ON FILE | 4819 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Priority | $100.00 |
| | | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | ISENHOUR, ATLAS DEWEY ADDRESS ON FILE | 996 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Priority | $200.00 |
| | | | JOANN Inc. | Priority | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | | | | Subtotal | $400.00 | | Subtotal | $400.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | JAMESOM, JACK ADDRESS ON FILE | 6242 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Priority | $100.00 |
| | | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | LANG, JULIE KAREN ADDRESS ON FILE | 4957 | Jo-Ann Stores, LLC | 503(b)(9) | $248.38 | Jo-Ann Stores, LLC | Priority | $248.38 |
| | | | Jo-Ann Stores, LLC | Priority | $248.38 | Jo-Ann Stores, LLC | Unsecured | $248.38 |
| | | | | Subtotal | $496.76 | | Subtotal | $496.76 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | LEE, JENNIFER ADDRESS ON FILE | 12561 | JOANN Inc. | 503(b)(9) | $51.00* | JOANN Inc. | Unsecured | $51.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $51.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | LIF, MICHELLE ADDRESS ON FILE | 6485 | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $100.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 29 | MCGUIRE, MATT R ADDRESS ON FILE | 3372 | JOANN Inc. | 503(b)(9) | $80.00* | JOANN Inc. | Unsecured | $80.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | MOSLEY, ANITA ADDRESS ON FILE | 9201 | JOANN Inc. | 503(b)(9) | $195.00 | JOANN Inc. | Priority | $195.00 |
| | | | JOANN Inc. | Priority | $195.00 | JOANN Inc. | Unsecured | $195.00 |
| | | | | Subtotal | $390.00 | | Subtotal | $390.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | MURBACH, MARIA ADDRESS ON FILE | 12194 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Priority | $75.00 |
| | | | Jo-Ann Stores, LLC | Priority | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| | | | | Subtotal | $150.00 | | Subtotal | $150.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | PARIPOVICH, ROSE ADDRESS ON FILE | 10253 | Jo-Ann Stores, LLC | 503(b)(9) | $60.00* | Jo-Ann Stores, LLC | Unsecured | $60.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | | Subtotal | $60.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | **MODIFIED PRIORITY** | | |
| 33 | POLLMAN, CONNIE LYNN ADDRESS ON FILE | 11682 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 | RAKELA, CHRISTINE LEVON ADDRESS ON FILE | 3654 | JOANN Inc. | 503(b)(9) | $60.00* | JOANN Inc. | Unsecured | $60.00 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $60.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 35 | ROGERS, VICTORIA ADDRESS ON FILE | 6717 | JOANN Inc. | 503(b)(9) | $229.20 | JOANN Inc. | Priority | $229.20 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Priority | $229.20 | JOANN Inc. | Unsecured | $229.20 |
| | | | | Subtotal | $458.40 | | Subtotal | $458.40 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 36 | SUTTON, EILIS ADDRESS ON FILE | 5667 | Jo-Ann Stores, LLC | 503(b)(9) | $125.00 | Jo-Ann Stores, LLC | Unsecured | $125.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

|  |  |  | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 37 | SVEDBERG, ILONA ADDRESS ON FILE | 1626 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Priority | $200.00 |
| | | | JOANN Inc. | Priority | $200.00 | JOANN Inc. | Secured | $200.00 |
| | | | JOANN Inc. | Secured | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | | | | Subtotal | $600.00 | | Subtotal | $600.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 38 | TERRAZAS, ROBIN ADDRESS ON FILE | 4083 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00* | Jo-Ann Stores, LLC | Priority | $100.00 |
| | | | Jo-Ann Stores, LLC | Priority | $100.00* | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | | Subtotal | $200.00* | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 39 | TITUS, ROBERT EARL ADDRESS ON FILE | 12797 | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $100.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 40 | WILKINSON, WILLIAM & PATRICIA ADDRESS ON FILE | 10889 | Jo-Ann Stores, LLC | 503(b)(9) | $65.62 | Jo-Ann Stores, LLC | Secured | $65.62 |
| | | | Jo-Ann Stores, LLC | Secured | $65.62 | Jo-Ann Stores, LLC | Unsecured | $65.62 |
| | | | | Subtotal | $131.24 | | Subtotal | $131.24 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 41 | WILTFONG, JOYCE EYVONNE ADDRESS ON FILE | 10014 | JOANN Inc. | 503(b)(9) | $180.15 | JOANN Inc. | Priority | $180.15 |
| | | | JOANN Inc. | Priority | $180.15 | JOANN Inc. | Secured | $180.16 |
| | | | JOANN Inc. | Secured | $180.16 | JOANN Inc. | Unsecured | $180.15 |
| | | | | Subtotal | $540.46 | | Subtotal | $540.46 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | YENGLE, JANET K ADDRESS ON FILE | 11163 | Jo-Ann Stores, LLC | 503(b)(9) | $51.58* | Jo-Ann Stores, LLC | Priority | $51.58 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | Jo-Ann Stores, LLC | Secured | $51.58 |
| | | | Jo-Ann Stores, LLC | Priority | $51.58* | Jo-Ann Stores, LLC | Unsecured | $51.58 |
| | | | Jo-Ann Stores, LLC | Secured | $51.58* | | | |
| | | | | Subtotal | $154.74* | | Subtotal | $154.74 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | $143,458.81* | TOTAL | | $142,280.08 |

*Indicates claim contains unliquidated and/or undetermined amounts

## **Exhibit 3**

**Substantive Duplicate Claims**

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 3 Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 2 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10068 JOANN Inc. | 10941 | $2,008,120.06 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 3 | CAOXIAN LUYI GUANGFA ART AND CRAFT CO., LTD NO 001 QINGHE MIDDLE ROAD CAOXIAN COUNTY HEZE-SHANDONG-CHINA, 27440 | 01/23/25 | 25-10068 JOANN Inc. | 340 | $81,336.03 | CAOXIAN LUYI GUANGFA ART & CRAFT CO., LTD WANGLOU(QINGDAO) INDUSTRIAL PARK, CAOXIAN COUNTY NO.001, QINGHE MIDDLE ROAD, CAOXIAN COUNTY HEZE, SHANDONG PROVINCE, 274400 | 02/07/25 | 25-10072 Jo-Ann Stores, LLC | 311 | $84,189.72 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 3 Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | CHERRY DESIGN PARTNERS LLC 147 W 35TH ST STE 307 NEW YORK, NY 10001 | 03/03/25 | 25-10068 JOANN Inc. | 894 | $6,000.00 | CHERRY DESIGN PARTNERS LLC 147 W 35TH ST STE 307 NEW YORK, NY 10001 | 03/26/25 | 25-10068 JOANN Inc. | 10768 | $3,000.00 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 5 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1425 | $546,505.77 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1423 | $1,558,150.97 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 6 | CUPIXEL 1234 CHESTNUT ST SUITE 112 WEST NEWTON, MA 01748 | 03/06/25 | 25-10068 JOANN Inc. | 2701 | $125,000.00 | CUPIXEL INC 59 HAMLET STREET NEWTON, MA 02459 | 03/25/25 | 25-10072 Jo-Ann Stores, LLC | 8869 | $125,000.00 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 7 | ELEGANT HOME LIMITED UNIT 11,19F.,INTERNATIONAL TRADE CENTRE,11-19 SHA TSUI ROAD ,TSUEN WAN HONG KONG, | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 9 | $1,221,210.63 | ELEGANT HOME LTD. KEVIN M. CAPUZZI, ESQ. 1313 N. MARKET ST. SUITE 1201 WILMINGTON, DE 19801 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 10445 | $1,221,210.63* |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 3 Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | FAIRFIELD PROCESSING CORPORATION 88 ROSE HILL AVENUE DANBURY, CT 06813 | 04/01/25 | 25-10077 joann.com, LLC | 10470 | $134,162.35 | FAIRFIELD PROCESSING CORPORATION 88 ROSE HILL AVENUE DANBURY, CT 06813 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 10551 | $2,870,645.86 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 9 | GUANGZHOU XY PAPER CO., LTD. NO.32 XINZHUANG 2ND ROAD, YONGHE, HUANGPU DISTRICT GUANGZHOU, 51070 | 01/23/25 | 25-10068 JOANN Inc. | 157 | $85,606.68 | GUANGZHOU XY PAPER CO., LTD CHANG YAN NO. 32 XINZHUANG 2ND ROAD YONGHE HUANGPU DISTRICT GUANGZHOU, 51070 | 01/21/25 | 25-10068 JOANN Inc. | 386 | $85,606.68 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 10 | MCCABE, JOHANNA ARIAS ADDRESS ON FILE | 03/10/25 | 25-10068 JOANN Inc. | 4552 | $35.00 | MCCABE, JOHANNA ARIAS 1716 CATTAIL MEADOWS DRIVE WOODBINE, MD 21797 | 03/10/25 | 25-10068 JOANN Inc. | 3436 | $70.00* |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 11 | MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 02/14/25 | 25-10068 JOANN Inc. | 461 | $2,005.52 | MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 03/31/25 | 25-10068 JOANN Inc. | 11986 | $4,011.04 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 3 Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | MILLER, MADELEINE CINDY ADDRESS ON FILE | 02/27/25 | 25-10068 JOANN Inc. | 671 | $64.79 | MILLER, MADELEINE CINDY ADDRESS ON FILE | 03/31/25 | 25-10068 JOANN Inc. | 11326 | $64.79 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 13 | NINGBO TOFOAM STATIONERY CO LTD. C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 8852 | $792,658.08 | NINGBO TOFOAM STATIONERY CO LTD. C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 12007 | $792,658.08* |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 14 | PCT VINYL PO BOX 382 SUCC SNOWDON MONTREAL, QC H3X 3T6 | 03/10/25 | 25-10072 Jo-Ann Stores, LLC | 4227 | $242,597.95 | PCT VINYL 422 ISABEY STREET MONTREAL, QC, H4T 1V3 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10785 | $242,597.95 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 15 | SEYOU CORPORATION, LTD. RYAN KIM LAW, P.C. 222 BRUCE REYNOLDS BLVD. STE 490 FORT LEE, NJ 07024 | 01/31/25 | 25-10068 JOANN Inc. | 128 | $783,162.57 | SEYOU CORPORATION LTD. C/O RYAN KIM LAW, P.C. 222 BRUCE REYNOLDS BLVD., STE 490 FORT LEE, NJ 07024 | 02/07/25 | 25-10072 Jo-Ann Stores, LLC | 249 | $783,162.57 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 3 Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | SUTTON, EILIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 5669 | $100.00 | SUTTON, EILIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 5667 | $125.00 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 17 | SUTTON, EILIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 6024 | $25.00 | SUTTON, EILIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 5667 | $125.00 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 18 | THERM O WEB INC 770 GLENN AVENUE WHEELING, IL 60090 | 02/19/25 | 25-10072 Jo-Ann Stores, LLC | 536 | $9,442.14 | THERM O WEB INC KAREN L GRANDT 770 GLENN AVENUE WHEELING, IL 60090 | 04/03/25 | 25-10077 joann.com, LLC | 10243 | $9,521.48 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 19 | THERM O WEB,  INC. 770 GLENN AVENUE WHEELING, IL 60090 | 02/19/25 | 25-10072 Jo-Ann Stores, LLC | 537 | $227,565.32 | THERM O WEB INC KAREN L GRANDT 770 GLENN AVENUE WHEELING, IL 60090 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10386 | $224,736.84 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| | | | TOTAL | | $6,996,021.67 | | | TOTAL | | $9,465,724.17* |

*Indicates claim contains unliquidated and/or undetermined amounts

## Exhibit 4

**Cross-Debtor Duplicate Claims**

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 4 Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 10848 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10848 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 2 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10071 Needle Holdings LLC | 10879 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10879 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 3 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10074 Creativebug, LLC | 10895 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10895 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10075 WeaveUp, Inc. | 10897 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10897 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068

Sixth Omnibus Substantive Claims Objection

Ex. 4 Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10077 joann.com, LLC | 10900 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10900 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 6 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 10925 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10925 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 10991 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| | Reason:  Claim #10991 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| | | | TOTAL | | $5,112,966.46 | | | TOTAL | | $5,112,966.46 |