## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1362** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 10, 2025 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

### ADJOURNED MATTERS

1.      Motion of Jones Lang Lasalle Americas, Inc. for Entry of an Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014; (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper (Filed March 20, 2025) [Docket No. 612]

Objection Deadline:    March 27, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended for the Debtors.

Responses Received:  None at this time.

Status:         This matter is adjourned to the July 31, 2025 hearing at 10:00 a.m.  This matter will not be going forward.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    **Amendments appear in bold print.**

2.    Motion of Tamarack Village Shopping Center, a Limited Partnership for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) (Filed June 23, 2025) [Docket No. 1261]

Related Documents:

Objection Deadline:    July 3, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended until 4:00 p.m. on July 16, 2025 for the Debtors.

Responses Received: None at this time.

Status:    This matter is adjourned to the July 31, 2025 hearing at 10:00 a.m.  This matter will not be going forward.

## CERTIFICATES OF NO OBJECTION/CERTIFICATIONS OF COUNSEL

3.    Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Filed May 30, 2025) [Docket No. 1051]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Filed June 25, 2025) [Docket No. 1283]

(b)    **Certification of Counsel Regarding Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Filed July 9, 2025) [Docket No. 1370]**

Response Deadline:    June 20, 2025 at 4:00 p.m. (ET).

Responses Received:    Informal responses by (i) Rosenthal & Rosenthal, Inc.; (ii) Cherry Design Partners (iii) Hain Capital Investors Master Fund, Ltd., as current holder of Claim No  1574 (originally filed by HTL Limited); (iv) Argo Partners, as current holder of Claim No. 278 (originally filed by Natraj Home Furnishings Pvt Ltd.) (the "Natraj Claim"); (v) Horizon Group USA, Inc.; (vi) CRG Financial LLC, as current holder of Claim No. 12007 (originally filed by Ningbo Tofoam Stationery Co Ltd.); (vii) Optimum Buying Ltd.; (viii) Far Eastern Handicraft Jsc-Vietnam; (ix) Constellation NewEnergy and Constellation NewEnergy – Gas Division (collectively, "Constellation"); and (x) USA Debt Recovery Solutions, Inc., as current holder of Claim No. 11951 (originally filed by Shenzhen Rizee Cultural Creativity Co., Ltd) (the "Shenzhen Rizee Claim").

(a) Response of OOCL USA Inc. to Objection to Claim # 1432 in Debtors' First Omnibus Objection to Certain Claims (Filed June 5, 2025) [Docket No. 1074]

(b) Response of Grove Technologies LLC to Objection to Claim 559 in Debtors' First Omnibus Objection to Certain Claims (Filed June 13, 2025) [Docket No. 1152]

(c) Response of Sincere Creates & Manufactures Limited to Debtors' First Omnibus Objection to Certain Claims (Substantive) (Filed June 19, 2025) [Docket No. 1193]

(d) DMC Corporation's Response and Objection to Debtors' First Omnibus Objection to Certain Claims (Substantive) (Filed June 20, 2025) [Docket No. 1208]

(e) Glue Dots International's Response to Debtors' First Omnibus Objection to Certain Claims (Substantive) (Filed June 20, 2025) [Docket No. 1209]

Status: **A Certification of Counsel, together with a revised proposed Order, resolving the Objection with respect to all claimants who informally or formally responded to the Objection, was filed with the Court. This matter is adjourned to the August 14, 2025 hearing at 10:00 a.m. (ET) with respect to the unresolved Natraj Claim and Shenzhen Rizee Claim. This matter will not be going forward.**

4. Debtors' Second Omnibus Objection to Certain Claims (Substantive) (Cross-Debtor Duplicate Claims & Reclassified Claims) (Filed May 30, 2025) [Docket No. 1052]

Related Documents:

(a) Notice of Submission of Proofs of Claim Regarding Debtors' Second Omnibus Objection to Certain Claims (Substantive) (Cross-Debtor Duplicate Claims & Reclassified Claims) (Filed June 25, 2025) [Docket No. 1284]

(b) **Certification of Counsel Regarding Debtors' Second Omnibus Objection to Certain Claims (Substantive) (Cross-Debtor Duplicate Claims & Reclassified Claims) (Filed July 9, 2025) [Docket No. 1371]**

Response Deadline: June 20, 2025 at 4:00 p.m. (ET).

Responses Received: Informal response by Constellation.

Status: **A Certification of Counsel, together with a revised proposed Order, resolving the Objection with respect to the claimant who informally responded to the Objection, was filed with the Court. This matter will not be going forward.**

5.    Debtors' Third Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed May 30, 2025) [Docket No. 1053]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Third Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 25, 2025) [Docket No. 1285]

(b)    Certificate of No Objection Regarding Debtors' Third Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed July 8, 2025) [Docket No. 1350]

(c)    **Order Sustaining Debtors' Third Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered July 8, 2025) [Docket No. 1363]**

Response Deadline:    June 20, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:    **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

6.    Debtors' Fourth Omnibus Objection to Certain Claims (Non-Substantive) (Duplicate Claims & Amended Claims) (Filed May 30, 2025) [Docket No. 1054]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Fourth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed June 25, 2025) [Docket No. 1286]

(b)    **Certification of Counsel Regarding Debtors' Fourth Omnibus Objection to Certain Claims (Non-Substantive) (Duplicate Claims & Amended Claims) (Filed July 9, 2025) [Docket No. 1372]**

Response Deadline:    June 20, 2025 at 4:00 p.m. (ET).

Responses Received:  Informal response by CRG Financial LLC, as current holder of Claim No. 12816 (originally filed by Paramount Home Collections Pvt Ltd)

Status:    **A Certification of Counsel, together with a revised proposed Order, resolving the Objection with respect to the claimant who informally responded to the Objection, was filed with the Court.  This matter will not be going forward.**

7.    Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 4, 2025) [Docket No. 1070]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 25, 2025) [Docket No. 1287]

(b)    **Certification of Counsel Regarding Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed July 9, 2025) [Docket No. 1373]**

Response Deadline:    June 25, 2025 at 4:00 p.m. (ET).

Responses Received:  Informal response by Rosenthal & Rosenthal, Inc.

(a)    Notions Marketing Corporation's Response to Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Filed June 25, 2025) [Docket No. 1281]

Status:    **A Certification of Counsel, together with a revised proposed Order, resolving the Objection with respect to the claimant who informally responded to the Objection, was filed with the Court.  This matter is adjourned to the August 14, 2025 hearing at 10:00 a.m. (ET) with respect to the unresolved response of Notions Marketing Corporation. This matter will not be going forward.**

8.    Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 4, 2025) [Docket No. 1071]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 25, 2025) [Docket No. 1288]

(b)    **Certification of Counsel Regarding Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed July 9, 2025) [Docket No. 1375]**

Response Deadline:    June 25, 2025 at 4:00 p.m. (ET).

Responses Received:    Informal responses from (i) IG Design Group Americas, Inc.; (ii) Cherry Design Partners; (iii) CRG Financial LLC, as current holder of Claim No. 12007 (originally filed by Ningbo Tofoam Stationery Co Ltd.); (iv) Liberty Mutual Insurance Company;

(v) Roth Bros., Inc. (a Sodexo Company); and (vi) Exmart International Private Limited (the "<u>Exmart Claim</u>")

    (a)    Response of Rohlig USA, LLC to Debtors' Sixth Omnibus Objection to Certain Claims (Filed June 13, 2025) [Docket No. 1155]

    (b)    Response of Janome America Inc. in Opposition to Debtors' Objection to Allowance of Claim (Filed June 25, 2025) [Docket No. 1279]

    (c)    Response & Relief Requested Filed by Kenneth Lafayette (Filed June 26, 2025) [Docket No. 1291]

Status:    **A Certification of Counsel, together with a revised proposed Order, resolving the Objection with respect to the claimants who informally or formally responded to the Objection, was filed with the Court. This matter is adjourned to the August 14, 2025 hearing at 10:00 a.m. (ET) with respect to unresolved Exmart Claim and unresolved response filed by Kenneth Lafayette. This matter will not be going forward.**

9.    Debtors' Seventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 4, 2025) [Docket No. 1072]

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Seventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 25, 2025) [Docket No. 1289]

    (b)    Certificate of No Objection Regarding Debtors' Seventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed July 8, 2025) [Docket No. 1351]

    (c)    **Order Sustaining Debtors' Seventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered July 8, 2025) [Docket No. 1364]**

Response Deadline:    June 25, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:    **The Court entered an Order sustaining the Objection. This matter will not be going forward.**

10.     Debtors' Eighth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed June 4, 2025) [Docket No. 1073]

       Related Documents:

           (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Eighth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed June 25, 2025) [Docket No. 1290]

           (b)     Certificate of No Objection Regarding Debtors' Eighth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed July 8, 2025) [Docket No. 1352]

           (c)     **Order Sustaining Debtors' Eighth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Entered July 8, 2025) [Docket No. 1365]**

       Response Deadline:    June 25, 2025 at 4:00 p.m. (ET).

       Responses Received:  None.

       Status:       **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

## MATTER GOING FORWARD

11.     Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications) (Filed July 8, 2025) [Docket No. 1353]

       Related Documents:

           (a)     Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed February 26, 2025) [Docket No. 513]

           (b)     Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 5, 2025) [Docket No. 809]

           (c)     Disclosure Statement for the Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 5, 2025) [Docket No. 810]

           (d)     Notice of Filing Redline Version of Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 5, 2025) [Docket No. 812]

           (e)     Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 24, 2025) [Docket No. 986]

           (f)     Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 24, 2025) [Docket No. 987]

(g)     Notice of Filing Redline Version of Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 24, 2025) [Docket No. 988]

(h)     Notice of Filing Redline Version of Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed May 24, 2025) [Docket No. 989]

(i)     Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Scheduling a Plan Confirmation and Final Disclosure Statement Approval Hearing and Setting Dates and Deadlines, (III) Approving the Solicitation Package and Notice Procedures, (IV) Approving the Form of Ballot and Notices in Connection Therewith, and (V) Granting Related Relief (Entered May 27, 2025) [Docket No. 994]

(j)     Notice of Hearing to Consider (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Debtors' Joint Chapter 11 Plan (Filed May 28, 2025) [Docket No. 1010]

(k)     Affidavit of Publication Regarding Notice of Hearing to Consider (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Debtors' Joint Chapter 11 Plan (Filed May 30, 2025) [Docket No. 1045]

(l)     Plan Supplement for the Joint Chapter 11 Plan of Joann and its Debtor Affiliates (Filed June 20, 2025) [Docket No. 1241]

(m)     Notice of Filing of Plan Supplement (Filed June 21, 2025) [Docket No. 1242]

(n)     Affidavit of Service of Solicitation Materials (Filed June 27, 2025) [Docket No. 1306]

(o)     Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed July 7, 2025) [Docket No. 1348]

(p)     Notice of Filing Redline Version of Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Filed July 8, 2025) [Docket No. 1354]

(q)     Debtors' Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Second Amended Joint Chapter 11 Plan (Technical Modifications) (Filed July 8, 2025) [Docket No. 1355]

(r)     Declaration of Nicholas Haughey in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications) (Filed July 8, 2025) [Docket No. 1356]

(s) Amended Plan Supplement for the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications) (Filed July 8, 2025) [Docket No. 1357]

(t) Notice of Filing of Amended Plan Supplement for the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications) (Filed July 8, 2025) [Docket No. 1358]

(u) Notice of Filing Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications) (Filed July 8, 2025) [Docket No. 1361]

(v) **Notice of Filing Revised Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications) (Filed July 9, 2025) [Docket No. 1376]**

Objection Deadline: June 27, 2025 at 4:00 p.m. (ET).

Responses Received: Informal comments by (i) the Office of the United States Trustee, (ii) Texas Comptroller of Public Accounts, (iii) Advantus, Corp., Fairfield Processing Corp., (iv) Gwen Studios, LLC, (v) Low Tech Toy Club LLC, (vi) Ormo Ithalat Ihracat A.S., (vii) Springs Creative Products Group, LLC, (viii) Texas Taxing Authorities; and (ix) Liberty Mutual.

Status: This matter will be going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: July **9**, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:      (302) 652-3131
Facsimile:      (302) 652-3117
Email:            preilley@coleschotz.com
                       snewman@coleschotz.com
                       mfitzpatrick@coleschotz.com
                       jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:            joshua.sussberg@kirkland.com
                       aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            anup.sathy@kirkland.com
                       jeff.michalik@kirkland.com
                       lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*