# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re JOANN INC., *et al.*,[1] <br> Debtors. | Chapter 11 <br> Case No. 25-10068 (CTG) <br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF GORDON Z. NOVOD

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Gordon Z. Novod, Esq. of Grant & Eisenhofer P.A., 485 Lexington Avenue, 29th Floor, New York, New York 10017, to represent Advantus, Corp., Gwen Studios, LLC, Ormo Ithalat Ihracat A.S., and Low Tech Toy Club LLC (the "Ohio Plaintiffs"), in this action.

Dated: July 9, 2025

**GRANT & EISENHOFER P.A.**

*/s/ Frank H. Griffin*
Frank H. Griffin (Del. Bar No. 7318)
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7047
Fax: 302-622-7100
Email: fgriffin@gelaw.com

*Counsel for the Ohio Plaintiffs*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of New York and Connecticut, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Wisconsin, the United States Court of Appeals for the Third Circuit and the United States Court of Appeals for the Seventh Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: July 9, 2025                                **GRANT & EISENHOFER P.A.**

*/s/ Gordon Z. Novod*
Gordon Z. Novod
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Email: gnovod@gelaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* of Gordon Z. Novod is granted.

**Dated: July 10th, 2025**                         **CRAIG T. GOLDBLATT**
**Wilmington, Delaware**                           **UNITED STATES BANKRUPTCY JUDGE**