# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 5

CASE NUMBER 25-10068 CASE NAME: Joann Inc.   DATE: 7/10/2025 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maeghan McLoughlin | RDW | Committee |
| James O'Neill | PSZJ | " |
| Patrick Reilly | Cole Schotz | Debtors |
| Mike Fitzpatrick | " | " |
| Jeff Michalik | Kirkland | " |
| Olivia Acuna | " | " |
| Matt Waldrep | " | " |
| Mike Whalen | " | " |
| Gordon Novod | Grout & Eisenhofer | [illegible] |
| Frank Griffin | " | " |
| Linda Casey | UST | UST |

Joann Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Victoria | Argeroplos | Jackson Walker LLP | Burlington | Video and Audio |
| Matthew | Austria | Austria Legal, LLC | Sincere Creates & Manufactures Limited | Video and Audio |
| Rupsha | Basu | Milbank LLP | Platinum Equity, LLC | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Matthew | Bentley | ArentFoxSchiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Augustina | Berro | Glenn Agre | Ad Hoc Term Loan Group | Video and Audio |
| Adam | Blumenthal | Mandelbaum Barrett PC | Lion Brand | Video and Audio |
| Joshua | Brody | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Ad Hoc Term Loan Group | Video and Audio |
| Julia | Burnson | Kirkland & Ellis LLP | Debtors, et al | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Donna | Culver | Morris, Nichols, Arsht & Tunnell | Ad Hoc Term Loan Group | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Ad Hoc Term Loan Group | Video and Audio |
| Monique | DiSabatino | Saul Ewing LLP | Phillips Edison & Company | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Ad Hoc Term Loan Group | Video and Audio |
| Christopher | Donnelly | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Malak | Doss | Glenn Agre | Ad Hoc Term Loan Group | Video and Audio |
| Jonah | Eber | Hain | | Video and Audio |
| Will | Farmer | Jackson Walker LLP | Burlington | Video and Audio |
| Phil | Ferrigno | Mandelbaum Barrett PC | Lion Brand | Video and Audio |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Jeff | Garcia | Johkim Capital Partners Management LLC | Johkim Capital Partners | Audio Only |
| Carolyn | Gauvin | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Jeffrey | Gleit | ArentFoxSchiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Andrew | Glenn | Glenn Agre | Ad Hoc Term Loan Group | Video and Audio |
| Ava | Goldberger | Mandelbaum Barrett PC | Lion Brand | Video and Audio |
| Brett | Goodman | ArentFoxSchiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Scott | Greenberg | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Andrew | Harmeyer | Milbank LLP | Platinum Equity, LLC | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Term Loan Group | Video and Audio |
| Patrick | Holohan | | | Audio Only |
| Esther | Hong | Glenn Agre | Ad Hoc Term Loan Group | Video and Audio |
| Audrey | Hornisher | Clark Hill PLC | Vestar Property Management | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | | Video and Audio |
| ALAN | LIPKIN | Chaffetz Lindsey | CRAFTY (AL)LLC | Video and Audio |
| Jacob | Lang | | | Video and Audio |
| Ann | Lee | Mandelbaum Barrett PC | Lion Brand | Video and Audio |
| Mark | Lerner | Duane Morris LLP | Colart Americas, Inc. | Video and Audio |

Joann Inc.
25-10068

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Christopher | Lucas | | | Video and Audio |
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| Christian | Mancino | Kirkland & Ellis LLP | Debtors, et al | Video and Audio |
| Kurt | Mayr | Glenn Agre | Ad Hoc Term Loan Group | Video and Audio |
| Jennifer | McLemore | Williams Mullen | Armada Hoffler | Video and Audio |
| Maeghan | McLoughlin | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Alex | Miller | Milbank LLP | Platinum Equity, LLC | Video and Audio |
| Byron | Moldo | Ervin Cohen Jessup | Red Mountain Asset Fund I | Video and Audio |
| Eric | Monzo | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Kevin | Newman | Barclay Damon LLP | Various landlords | Video and Audio |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Michael | Papandrea | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington | Video and Audio |
| Michelle | Perez | Glenn Agre | Ad Hoc Term Loan Group | Video and Audio |
| Faye | Rasch | | | Audio Only |
| Monica | Rivers | | | Video and Audio |
| Jeffrey | Rosenthal | Mandelbaum Barrett PC | Lion Brand | Video and Audio |
| Mark | Salzberg | Squire Patton Boggs (US) LLP | Blue Yonder, Inc. | Audio Only |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Zachary | Shapiro | Richards, Layton & Finger, P.A. | Dollar Tree Stores, Inc. | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | B33 Capital/Retail Plaza | Video and Audio |
| Rajbir | Singh | | Vardhman Textiles Limited | Video and Audio |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |
| Chase | Stone | Ervin Cohen & Jessup LLP | Red Mountain Asset Fund I | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO23 Rockwall, CTO Carolina, | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| Mark | Triano | Colart Americas, Inc. | Colart Americas, Inc. | Video and Audio |
| Michael | Van Gorder | Gellert Seitz Busenkell & Brown, LLC | Sun-Yin | Video and Audio |
| videoconferencing | Videoconferencing | Morris Nichols Arsht & Tunnell | Ad Hoc Term Loan Group | Video and Audio |
| Amit | Vyas | | Vardhman Textile Ltd. | Video and Audio |
| Becky | Weidman | Ballard Spahr LLP | | Video and Audio |
| Matthew | Williams | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Blanka | Wolfe | | | Audio Only |
| Aparna | Yenamandra | Kirkland & Ellis LLP | Debtors, et al | Video and Audio |
| Nahal | Zarnighian | Ballard Spahr LLP | | Video and Audio |