# Exhibit 1

## Cross-Debtor Duplicate Claims

# JOANN Inc. Case No. 25-10068
## Second Omnibus Substantive Claims Objection
### Ex. 1 – Cross-Debtor Duplicate

__CLAIMS TO BE DISALLOWED__ | | | | | __SURVIVING CLAIMS__ | | |
---|---|---|---|---|---|---|---
NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM #  | CLAIM AMOUNT

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 11742 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11742 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10077 joann.com, LLC | 11750 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11750 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 11766 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11766 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10080 Dittopatterns LLC | 11778 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11778 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

## CLAIMS TO BE DISALLOWED | SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10076 JAS Aviation, LLC | 11797 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11797 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10080 Dittopatterns LLC | 11806 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11806 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR, #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/07/25 | 25-10069 JOANN Holdings 1, LLC | 11824 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11824 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 11825 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11825 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 – Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10068 JOANN Inc. | 11830 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11830 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 11831 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11831 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 11837 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #11837 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 11846 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Claim #1846 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

CLAIMS TO BE DISALLOWED / SURVIVING CLAIMS

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10075 WeaveUp, Inc. | 11850 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason: Claim #11850 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10074 Creativebug, LLC | 11857 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason: Claim #11857 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 5 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10076 JAS Aviation, LLC | 11862 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason: Claim #11862 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 6 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 11868 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| | Reason: Claim #11868 & #11891 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10071 Needle Holdings LLC | 11880 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |

Reason: Claim #11880 & #11891 are identical, except for the Debtors against which they are asserted.

| 8 | CONSTELLATION NEWENERGY - GAS DIVISION, LLC 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10068 JOANN Inc. | 10621 | $2,859.40 | CONSTELLATION NEWENERGY - GAS DIVISION, LLC 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10263 | $2,859.40 |
| 9 | CONSTELLATION NEWENERGY, INC. 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10068 JOANN Inc. | 9810 | $9,882.12 | CONSTELLATION NEWENERGY, INC. 1310 POINT STREET BALTIMORE, MD 21231 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 11871 | $9,882.12 |

Reason: Claim #9810 & #11871 are identical, except for the Debtors against which they are asserted.

| 10 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10068 JOANN Inc. | 1422 | $1,558,150.97 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1423 | $1,558,150.97 |

Reason: Claim #1422 & #1423 are identical, except for the Debtors against which they are asserted.

5

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10068 JOANN Inc. | 1424 | $546,505.77 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1425 | $546,505.77 |
| | Reason: Claim #1424 & #1425 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 2 | ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FL. 12 NEW YORK, NY 10016 | 04/01/25 | 25-10068 JOANN Inc. | 10230 | $2,394,092.73 | ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FL. 12 NEW YORK, NY 10016 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 10326 | $2,394,092.73 |
| | Reason: Claim #10230 & #10326 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 3 | J AND J CORP. NW PARK A-201 IL-KWANG BUILDING 441-1 CHEONHO-DAERO, DONGDEAMUN-GU SEOUL, 02645 | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 6680 | $158,628.70 | J AND J CORP. A-201 IL-KWANG BUILDING 441-1 CHEONHO-DAERO, DONGDEAMUN-GU SEOUL, 02645 | 03/27/25 | 25-10068 JOANN Inc. | 8131 | $158,628.70 |
| | Reason: Claim #6680 & #8131 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10071 Needle Holdings LLC | 10613 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #10613 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

6

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

## CLAIMS TO BE DISALLOWED / SURVIVING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10068 JOANN Inc. | 10632 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #10632 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 6 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 10634 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #10634 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10077 joann.com, LLC | 8898 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #8898 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 8 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10074 Creativebug, LLC | 8935 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #8935 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
---|---|---|---|---|---|---|---
NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT
LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10078 JOANN Ditto Holdings Inc. | 8957 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00
Reason: Claim #8957 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10069 JOANN Holdings 1, LLC | 8993 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00
Reason: Claim #8993 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10075 WeaveUp, Inc. | 9038 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00
Reason: Claim #9038 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10070 JOANN Holdings 2, LLC | 9208 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00
Reason: Claim #9208 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10080 Dittopatterns LLC | 9325 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #9325 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10073 Creative Tech Solutions LLC | 9464 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #9464 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 5 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10076 JAS Aviation, LLC | 9504 | $8,037,595.00 | LOW TECH TOYS CLUB, LLC 510 MEADOWMONT VILLAGE CIR STE 311 CHAPEL HILL, NC 27517 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 9025 | $8,037,595.00 |
| | Reason: Claim #9504 & #9025 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

9

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | NIPKOW AND KOBELT INC. HALPERIN BATTAGLIA BENZIJA, LLP ATTN: KEARA WALDRON 40 WALL STREET 37TH FLOOR NEW YORK, NY 10005 | 03/27/25 | 25-10068 JOANN Inc. | 7749 | $1,057,005.81 | NIPKOW AND KOBELT INC. HALPERIN BATTAGLIA BENZIJA, LLP ATTN: KEARA WALDRON 40 WALL STREET 37TH FLOOR NEW YORK, NY 10005 | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 7706 | $1,057,005.81 |
| | Reason: Claim #7749 & #7706 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 10953 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #10953 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 8 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 10959 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #10959 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 9 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10071 Needle Holdings LLC | 10965 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #10965 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 10 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10068 JOANN Inc. | 10976 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #10976 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

10

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10076 JAS Aviation, LLC | 11783 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11783 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 2 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10074 Creativebug, LLC | 11786 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11786 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 3 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 11802 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11802 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10075 WeaveUp, Inc. | 11805 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11805 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 5 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10077 joann.com, LLC | 11807 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11807 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

11

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 – Cross-Debtor Duplicate

| # | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 11809 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11809 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10080 Dittopatterns LLC | 11812 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11812 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 8 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 11818 | $125,911.82 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10970 | $125,911.82 |
| | Reason: Claim #11818 & #10970 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 9 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10078 JOANN Ditto Holdings Inc. | 2119 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2119 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 10 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10068 JOANN Inc. | 2280 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2280 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10070 JOANN Holdings 2, LLC | 2286 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2286 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 2 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 2331 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2331 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 3 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10077 joann.com, LLC | 2184 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2184 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | PAWLOWSKI, YVETTE E ADDRESS ON FILE | 03/05/25 | 25-10069 JOANN Holdings 1, LLC | 2282 | $50.00 | PAWLOWSKI, YVETTE ADDRESS ON FILE | 03/05/25 | 25-10072 Jo-Ann Stores, LLC | 2299 | $50.00 |
| | Reason: Claim #2282 & #2299 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 5 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 300 PARK AVENUE SUITE 1401 NEW YORK, NY 10022 | 04/03/25 | 25-10068 JOANN Inc. | 10255 | $1,883.60 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 300 PARK AVENUE SUITE 1401 NEW YORK, NY 10022 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10380 | $1,883.60 |
| | Reason: Claim #10255 & #10380 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

13

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| # | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 1370 BROADWAY 3RD FLOOR NEW YORK, NY 10018 | 03/04/25 | 25-10068 JOANN Inc. | 1195 | $64,136.97 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 1370 BROADWAY, 3RD FLOOR NEW YORK, NY 10018 | 03/04/25 | 25-10072 Jo-Ann Stores, LLC | 1287 | $64,136.97 |
| | Reason: Claim #1195 & #1287 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10068 JOANN Inc. | 10705 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10705 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 8 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10071 Needle Holdings LLC | 10772 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10772 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 9 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10074 Creativebug, LLC | 10782 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10782 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 0 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10080 Dittopatterns LLC | 10797 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10797 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
| 1 | SFT INC. A-G216 201 SONGPA-DAERO, SEOUL, 05854 | 04/04/25 | 25-10077 joann.com, LLC | 10807 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10807 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
| 2 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 10810 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10810 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
| 3 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 10819 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10819 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | |
| 4 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 10827 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10827 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | SFT INC. A-G216 201 SONGPA-DAERO, SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10076 JAS Aviation, LLC | 10838 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10838 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 6 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 10844 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10844 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10075 WeaveUp, Inc. | 10856 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10856 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 8 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10078 JOANN Ditto Holdings Inc. | 10866 | $2,008,120.06 | SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 |
| | Reason: Claim #10866 & #10779 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 9 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10077 joann.com, LLC | 10222 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10222 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 0 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10076 JAS Aviation, LLC | 10224 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10224 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 1 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10075 WeaveUp, Inc. | 10371 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10371 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 2 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10068 JOANN Inc. | 10377 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10377 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 3 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10078 JOANN Ditto Holdings Inc. | 10418 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10418 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 4 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10080 Dittopatterns LLC | 10423 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| | Reason: Claim #10423 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10070 JOANN Holdings 2, LLC | 10504 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Claim #10504 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 6 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10079 Jo-Ann Stores Support Center, Inc. | 10511 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Claim #10511 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 7 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10069 JOANN Holdings 1, LLC | 10536 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Claim #10536 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 8 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10071 Needle Holdings LLC | 10618 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Claim #10618 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| 9 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10073 Creative Tech Solutions LLC | 10663 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Claim #10663 & #10368 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 1 - Cross-Debtor Duplicate

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10074 Creativebug, LLC | 11876 | $4,182,486.05 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |

Reason: Claim #11876 & #10368 are identical, except for the Debtors against which they are asserted.

| WOODA CORP. LTD 17TH FLOOR SAMJUNG BUILDING 74 SAEJONG-DAERO JUNG-KU SEOUL, 04526 | 03/28/25 | 25-10068 JOANN Inc. | 6618 | $576,576.11 | WOODA CORP. LTD 17TH FLOOR SAMJUNG BLDG. 74 SAEJONG-DAERO JUNG-KU SEOUL, 04526 | 03/28/25 | 25-10072 Jo-Ann Stores, LLC | 6585 | $576,576.11 |

Reason: Claim #6618 & #6585 are identical, except for the Debtors against which they are asserted.

| | | | TOTAL | $191,036,581.60 | | | | TOTAL | $191,036,581.60 |