# Exhibit 2

## Reclassified Claims

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED PRIORITY DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BYRNES, PATRICK (PARENT OF L.B. A MINOR) ADDRESS ON FILE | 2939 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 | HASKELL, SUSAN KAY ADDRESS ON FILE | 13846 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 3 | HERNANDO, HORENCE ADDRESS ON FILE | 3859 | Dittopatterns LLC | 503(b)(9) | $214.20 | Dittopatterns LLC | Unsecured | $214.20 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | JOHNSON, KEIRA ADDRESS ON FILE | 13549 | JOANN Inc. | 503(b)(9) | $300.00 | JOANN Inc. | Unsecured | $300.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 5 | KING, JULIE A. ADDRESS ON FILE | 1031 | Jo-Ann Stores, LLC | 503(b)(9) | $400.00 | Jo-Ann Stores, LLC | Unsecured | $400.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

1

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED PRIORITY DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | MARION, SALLIE ADDRESS ON FILE | 10836 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 | MONDRAGON, RAQUEL ADDRESS ON FILE | 10160 | JOANN Inc. | 503(b)(9) | $415.56 | JOANN Inc. | Unsecured | $415.56 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 | MONGE, MARITZA ADDRESS ON FILE | 7676 | JOANN Inc. | 503(b)(9) | $248.03 | JOANN Inc. | Unsecured | $248.03 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 9 | MORGAN, HEIDI ADDRESS ON FILE | 3747 | Jo-Ann Stores, LLC | 503(b)(9) | $200.00 | Jo-Ann Stores, LLC | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 10 | O'MARA, BECKY ADDRESS ON FILE | 4562 | JOANN Inc. | 503(b)(9) | $308.38 | JOANN Inc. | Unsecured | $308.38 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

2

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | OSBORNE, DEBORAH ADDRESS ON FILE | 2344 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 | PORTER, BETH ADDRESS ON FILE | 8128 | JOANN Inc. | 503(b)(9) | $232.73 | JOANN Inc. | Unsecured | $232.73 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 13 | RINDAL, DEBORAH A ADDRESS ON FILE | 4749 | JOANN Inc. | 503(b)(9) | $193.66 | JOANN Inc. | Unsecured | $193.66 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 14 | SCHEFFMAN, MELISSA ADDRESS ON FILE | 10109 | Jo-Ann Stores, LLC | 503(b)(9) | $200.00 | Jo-Ann Stores, LLC | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 | SOBIERAJ, LESLIE ADDRESS ON FILE | 466 | Jo-Ann Stores, LLC | 503(b)(9) | $210.35 | Jo-Ann Stores, LLC | Unsecured | $210.35 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Second Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED PRIORITY DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | STONER, MIKAL ADDRESS ON FILE | 9383 | JOANN Inc. | 503(b)(9) | $300.00 | JOANN Inc. | Unsecured | $300.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 | WATSON, BRENDA JOYCE ADDRESS ON FILE | 10043 | JOANN Holdings 1, LLC | 503(b)(9) | $200.00 | JOANN Holdings 1, LLC | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 | WILCOX, JOYCE ANN ADDRESS ON FILE | 9692 | JOANN Inc. | 503(b)(9) | $250.00 | JOANN Inc. | Unsecured | $250.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 9 | YOUNG, SHARI ADDRESS ON FILE | 8101 | joann.com, LLC | 503(b)(9) | $598.79 | joann.com, LLC | Unsecured | $598.79 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| | TOTAL | | | | $4,921.70 | | TOTAL | $4,921.70 |