# Exhibit 1

## Reduced and Reclassified Claims

Case 25-10068-CTG    Doc 1383-1    Filed 07/10/25    Page 1 of 5

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

| | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 BANARAS BEADS LIMITED SIDDHARTH GUPTA A-1, INDUSTRIAL ESTATE VARANASI, UP, 22110 | 162 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $26,429.82 $172,985.14 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $11,675.76 $187,739.20 |
| | | | Subtotal | $199,414.96 | | Subtotal | $199,414.96 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 2 CHINATEX INC. C/O DEHANG CHEN LLC 233 BROADWAY SUITE 2205 NEW YORK, NY 10279 | 7761 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $1,060,679.28 $610,824.88 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $185,777.04 $657,920.87 |
| | | | Subtotal | $1,671,504.16 | | Subtotal | $843,697.91 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 3 CREATIVE COLOR 17413 WOODFORD AVE LAKEWOOD, OH 44107-2223 | 12510 | JOANN Inc. | 503(b)(9) | $7,216.30 | JOANN Inc. | Unsecured | $4,716.30 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 4 GUANGDONG YIBOXUAN CERAMICS CO LTD THE SOUTH SIDE OF THE JUNCTION OF BAOYUN 4 CHAOZHOU, GUANGDONG, 515646 | 405 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $2,635.77 $2,635.77 | Jo-Ann Stores, LLC | Unsecured | $2,635.77 |
| | | | Subtotal | $5,271.54 | | | |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) and priority status, which are ineligible for such classifications and shall be modified to a general unsecured claim. | | | | | | | |

1

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | HIGHMEN (SHANGHAI) INTERNATIONAL CO NO. 2285 DUHUI ROAD MINHANG DISTRICT SHANGHAI, 20110 | 484 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $59,006.38 $59,006.38 | Jo-Ann Stores, LLC | Unsecured | $23,423.33 |
| | | | | Subtotal | $118,012.76 | | | |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) and priority status, which are ineligible for such classifications and shall be modified to a general unsecured claim. | | | | | | | | |
| 6 | J AND J CORP. A-201 IL-KWANG BUILDING 441-1 CHEONHO-DAERO, DONGDEAMUN-GU SEOUL, 02645 | 8131 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $30,515.48 $128,113.22 | JOANN Inc. | Unsecured | $152,812.32 |
| | | | | Subtotal | $158,628.70 | | | |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |
| 7 | JANOME AMERICA INC. 10 INDUSTRIAL AVENUE, S-2 MAHWAH, NJ 07430 | 8170 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $108,734.40 $1,116,505.79 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $70,880.00 $1,154,360.10 |
| | | | | Subtotal | $1,225,240.19 | | Subtotal | $1,225,240.10 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |
| 8 | NINGBO SINOMAKER INDUSTRY & TRADE LTD ROOM 1204-1 NO.7 TIANZHI LANE NINGBO, 31510 | 407 | Jo-Ann Stores, LLC | 503(b)(9) | $152,488.74 | Jo-Ann Stores, LLC | Unsecured | $150,407.40 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |

2

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

| | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 9 NINGBO WINLEAD ORNAMENT CO., LTD 10/F, 4TH BUILDING NO. 1035 GUANGXIAN ROAD HI-AND-NEW TECH PARK NINGBO, 315000 | 623 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $465,177.93 $2,588,395.17 $3,053,573.10 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $27,423.84 $2,383,993.09 $2,411,416.93 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 RESINVENTURES INC ATTN: ALI MUTLU 2300 APOLLO CIRCLE CARROLLTON, TX 75006 | 94 | JOANN Inc. | 503(b)(9) | $52,988.00 | JOANN Inc. | Unsecured | $14,187.03 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 ROHLIG USA, LLC. 1743 S. LINNEMAN ROAD MOUNT PROSPECT, IL 60056 | 213 | Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $39,959.88 $30,114.88 $70,074.76 | Jo-Ann Stores, LLC | Unsecured | $65,320.88 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 ROTH BROS., INC. (A SODEXO COMPANY) SODEXO C/O JOSHUA MORRIS, ESQUIRE COMMERCIAL LITIGATION ATTORNEY 915 MEETING STREET NORTH BETHESDA, MD 20852 | 7847 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $47,781.17 $86,362.01 $134,143.18 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured Subtotal | $3,506.96 $71,634.93 $75,141.89 |

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

|  | NAME | CLAIM # | ASSERTED CLAIMS ||| MODIFIED CLAIMS |||
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 13 | SHENYANG LARGE CIRCLE ART & CRAFTS, CO., LTD 10/F, BUILDING C LIYANG MANSION 110 SOUTH HUANGHE ST SHENYANG, LN, 11003 | 112 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $463,084.48 $1,398,693.38 $1,861,777.86 | Jo-Ann Stores, LLC | Unsecured | $29,811.77 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. |||||||||
| 14 | TAIZHOU SUNUP TECH CO., LTD 5#HENGXING ROAD TAIZHOU, ZHEJIANG, 318020 | 612 | JOANN Inc. | 503(b)(9) | $5,964.24 | JOANN Inc. | Unsecured | $5,815.13 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. |||||||||
| 15 | TODAY'S TREASURES INC 8F., NO. 8, SEC. 2, NANJING E. RD. TAIPEI, TW, 10417 | 343 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority Subtotal | $96,819.72 $96,000.00 $192,819.72 | JOANN Inc. | Unsecured | $96,819.72 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) and priority status, which are ineligible for such classifications and shall be modified to a general unsecured claim. |||||||||
| 16 | TRI D'ART INTERNATIONAL LTD. 4F NO. 32, LN. 407 SEC. 2, TIDING BLVD., NEIHU TAIPEI, TW, | 100 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured Subtotal | $14,187.03 $14,187.03 $28,374.06 | JOANN Inc. | Unsecured | $7,026.58 |
| Reason: Modified priority reflects goods that are ineligible for 503(b)(9) and secured priority. Per the documentation filed with the proof of claim, goods were received by the Debtor more than 20 days before the petition date and the claim is not secured by a lien on property. |||||||||

4