# Exhibit 2

## Reclassified Claims

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ACHREM, LORRAINE ADDRESS ON FILE | 2553 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Priority Secured Subtotal | $53.45* $53.45* Undetermined* $106.90* | JOANN Inc. JOANN Inc. Subtotal | Priority Unsecured | $53.45 $53.45 $106.90 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 | ALLISON, DIANE ADDRESS ON FILE | 3569 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin Priority Subtotal | $125.00* Undetermined* $125.00* $250.00* | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | Priority Unsecured | $125.00 $125.00 $250.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 3 | ARTHURS, RENE G. ADDRESS ON FILE | 1078 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority Subtotal | $50.00 $50.00 $100.00 | JOANN Inc. JOANN Inc. Subtotal | Priority Unsecured | $50.00 $50.00 $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | BENAVIDEZ, PATTY ADDRESS ON FILE | 10058 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority Subtotal | $50.00* Undetermined* $50.00* | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 BENNETT, PAULA ADDRESS ON FILE | 14108 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority Secured | $75.00 $75.00 $75.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Secured Unsecured | $75.00 $75.00 $75.00 |
| | | | Subtotal | $225.00 | | Subtotal | $225.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 6 BICKERSTAFF, REBECCA ADDRESS ON FILE | 7308 | Jo-Ann Stores, LLC | 503(b)(9) Priority | $100.00 Undetermined* | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | Subtotal | $100.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 BOUDREAUX, GEORGE A ADDRESS ON FILE | 10920 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $221.52 $221.52 | JOANN Inc. JOANN Inc. | Priority Unsecured | $221.52 $221.52 |
| | | | Subtotal | $443.04 | | Subtotal | $443.04 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 BOWES, PAUL DARWIN ADDRESS ON FILE | 7080 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $300.00* Undetermined* | JOANN Inc. | Unsecured | $300.00 |
| | | | Subtotal | $300.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 9 BRAKE-AMUNDSON, ALDIE L. ADDRESS ON FILE | 12302 | JOANN Inc. | 503(b)(9) Priority | $150.00 $150.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $150.00 $150.00 |
| | | | Subtotal | $300.00 | | Subtotal | $300.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 10 BREDESON, KAREN M ADDRESS ON FILE | 841 | JOANN Inc. | 503(b)(9) Priority | $89.72* | JOANN Inc. | Unsecured | $89.72 |
| | | | Subtotal | $89.72* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 11 CANTRELL, JACQUELINE ADDRESS ON FILE | 10072 | JOANN Inc. JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority Secured | $200.00* Undetermined* $200.00* $200.00* | JOANN Inc. JOANN Inc. JOANN Inc. | Priority Secured Unsecured | $200.00 $200.00 $200.00 |
| | | | Subtotal | $600.00* | | Subtotal | $600.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 CORNELIUS-MOLATCH, TAMMY ADDRESS ON FILE | 11656 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured | $489.42 $489.42 | JOANN Inc. JOANN Inc. | Secured Unsecured | $489.42 $489.42 |
| | | | Subtotal | $978.84 | | Subtotal | $978.84 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 13 CRANDALL, BARBARA ADDRESS ON FILE | 10876 | JOANN Inc. | 503(b)(9) Priority | $198.25* | JOANN Inc. | Unsecured | $198.25 |
| | | | Subtotal | $198.25* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 14 CRENSHAW, JUDITH A. ADDRESS ON FILE | 10679 | JOANN Inc. | 503(b)(9) Priority | $100.00 $100.00 Undetermined* | JOANN Inc. | Priority Unsecured | $100.00 $100.00 |
| | | | Subtotal | $200.00 | | Subtotal | $200.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 CUPIXEL INC 59 HAMLET STREET NEWTON, MA 02459 | 8869 | Jo-Ann Stores, LLC | 503(b)(9) | $125,000.00 | Jo-Ann Stores, LLC | Unsecured | $125,000.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 16 DAVIDSON, SARAH ADDRESS ON FILE | 6573 | Jo-Ann Stores, LLC | 503(b)(9) Priority | $160.49 $263.75 | Jo-Ann Stores, LLC | Priority Unsecured | $263.75 $160.49 |
| | | | Subtotal | $424.24 | | Subtotal | $424.24 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | DESIGN IMPORTS PO BOX 58410 SEATTLE, WA 98138 | 140 | JOANN Inc. | 503(b)(9) | $8,551.25 | JOANN Inc. | Unsecured | $7,372.52 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | DESMOND, PAMELA JEAN ADDRESS ON FILE | 2064 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $150.00 $150.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $150.00 $150.00 |
| | | | | Subtotal | $300.00 | | Subtotal | $300.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | ENGLISH, ELESSHIA ADDRESS ON FILE | 863 | JOANN Inc. | 503(b)(9) Priority | $75.00* Undetermined* | JOANN Inc. | Unsecured | $75.00 |
| | | | | Subtotal | $75.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | FARNSWORTH, CINDY ADDRESS ON FILE | 12543 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $53.81 $53.81 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $53.81 $53.81 |
| | | | | Subtotal | $107.62 | | Subtotal | $107.62 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

5

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 21 GERBER, SUSAN ADDRESS ON FILE | 5738 | JOANN Inc. | 503(b)(9) Secured | $161.35* Undetermined* | JOANN Inc. | Unsecured | $161.35 |
| | | | Subtotal | $161.35* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 HERNANDEZ, JESSICA Y ADDRESS ON FILE | 1810 | Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. | 503(b)(9) Priority Secured | $100.00 $100.00 $100.00 | Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. | Priority Secured Unsecured | $100.00 $100.00 $100.00 |
| | | | Subtotal | $300.00 | | Subtotal | $300.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 HOWARD, DEBRA DIANNE ADDRESS ON FILE | 4819 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $100.00 $100.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $100.00 $100.00 |
| | | | Subtotal | $200.00 | | Subtotal | $200.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 ISENHOUR, ATLAS DEWEY ADDRESS ON FILE | 996 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $200.00 $200.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $200.00 $200.00 |
| | | | Subtotal | $400.00 | | Subtotal | $400.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | | MODIFIED PRIORITY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 25 | JAMESOM, JACK ADDRESS ON FILE | 6242 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $100.00 $100.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $100.00 $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 26 | LANG, JULIE KAREN ADDRESS ON FILE | 4957 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $248.38 $248.38 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $248.38 $248.38 |
| | | | | Subtotal | $496.76 | | Subtotal | $496.76 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 27 | LEE, JENNIFER ADDRESS ON FILE | 12561 | JOANN Inc. | 503(b)(9) Admin | $51.00* Undetermined* | JOANN Inc. | Unsecured | $51.00 |
| | | | | Subtotal | $51.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 28 | LIF, MICHELLE ADDRESS ON FILE | 6485 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $100.00* Undetermined* | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $100.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

7

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | MCGUIRE, MATT R ADDRESS ON FILE | 3372 | JOANN Inc. | 503(b)(9) | $80.00* | JOANN Inc. | Unsecured | $80.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | MOSLEY, ANITA ADDRESS ON FILE | 9201 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $195.00 $195.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $195.00 $195.00 |
| | | | | Subtotal | $390.00 | | Subtotal | $390.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | MURBACH, MARIA ADDRESS ON FILE | 12194 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $75.00 $75.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $75.00 $75.00 |
| | | | | Subtotal | $150.00 | | Subtotal | $150.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | PARIPOVICH, ROSE ADDRESS ON FILE | 10253 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $60.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $60.00 |
| | | | | Subtotal | $60.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

8

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 33 | POLLMAN, CONNIE LYNN ADDRESS ON FILE | 11682 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| | | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 34 | RAKELA, CHRISTINE LEVON ADDRESS ON FILE | 3654 | JOANN Inc. | 503(b)(9) Secured | $60.00* Undetermined* | JOANN Inc. | Unsecured | $60.00 |
| | | | | Subtotal | $60.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 35 | ROGERS, VICTORIA ADDRESS ON FILE | 6717 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $229.20 $229.20 | JOANN Inc. JOANN Inc. | Priority Unsecured | $229.20 $229.20 |
| | | | | Subtotal | $458.40 | | Subtotal | $458.40 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 36 | SUTTON, EILIS ADDRESS ON FILE | 5667 | Jo-Ann Stores, LLC | 503(b)(9) | $125.00 | Jo-Ann Stores, LLC | Unsecured | $125.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

9

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 37 | SVEDBERG, ILONA ADDRESS ON FILE | 1626 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Priority | $200.00 |
| | | | JOANN Inc. | Priority | $200.00 | JOANN Inc. | Secured | $200.00 |
| | | | JOANN Inc. | Secured | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | | | | Subtotal | $600.00 | | Subtotal | $600.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 38 | TERRAZAS, ROBIN ADDRESS ON FILE | 4083 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Priority | $100.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Jo-Ann Stores, LLC | Priority | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | | Subtotal | $200.00* | | Subtotal | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 39 | TITUS, ROBERT EARL ADDRESS ON FILE | 12797 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Priority | Undetermined* | | | |
| | | | | Subtotal | $100.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 40 | WILKINSON, WILLIAM & PATRICIA ADDRESS ON FILE | 10889 | Jo-Ann Stores, LLC | 503(b)(9) | $65.62 | Jo-Ann Stores, LLC | Secured | $65.62 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Jo-Ann Stores, LLC | Secured | $65.62 | Jo-Ann Stores, LLC | Unsecured | $65.62 |
| | | | | Subtotal | $131.24 | | Subtotal | $131.24 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

10

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 2 Reclassified Claims

| | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 41 WILTFONG, JOYCE EYVONNE ADDRESS ON FILE | 10014 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Priority Secured | $180.15 $180.15 $180.16 | JOANN Inc. JOANN Inc. JOANN Inc. | Priority Secured Unsecured | $180.15 $180.16 $180.15 |
| | | | Subtotal | $540.46 | | Subtotal | $540.46 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42 YENGLE, JANET K ADDRESS ON FILE | 11163 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin Priority Secured | $51.58* Undetermined* $51.58* $51.58* | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Secured Unsecured | $51.58 $51.58 $51.58 |
| | | | Subtotal | $154.74* | | Subtotal | $154.74 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

TOTAL   $143,458.81*   TOTAL   $142,280.08

*Indicates claim contains unliquidated and/or undetermined amounts

11