# Exhibit 3

**Substantive Duplicate Claims**

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 3 Substantive Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10068 JOANN Inc. | 10941 | $2,008,120.06 | BUMIRANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11891 | $730,423.78 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| CAOXIAN LUYI GUANGFA ART AND CRAFT CO., LTD NO 001 QINGHE MIDDLE ROAD CAOXIAN COUNTY HEZE-SHANDONG-CHINA, 27440 | 01/23/25 | 25-10068 JOANN Inc. | 340 | $81,336.03 | CAOXIAN LUYI GUANGFA ART & CRAFT CO., LTD WANGLOU(QINGDAO) INDUSTRIAL PARK, CAOXIAN COUNTY NO.001, QINGHE MIDDLE ROAD, CAOXIAN COUNTY HEZE, SHANDONG PROVINCE, 274400 | 02/07/25 | 25-10072 Jo-Ann Stores, LLC | 311 | $84,189.72 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 3 Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| CHERRY DESIGN PARTNERS LLC 147 W 35TH ST STE 307 NEW YORK, NY 10001 | 03/03/25 | 25-10068 JOANN Inc. | 894 | $6,000.00 | CHERRY DESIGN PARTNERS LLC 147 W 35TH ST STE 307 NEW YORK, NY 10001 | 03/26/25 | 25-10068 JOANN Inc. | 10768 | $3,000.00 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1425 | $546,505.77 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 02/26/25 | 25-10072 Jo-Ann Stores, LLC | 1423 | $1,558,150.97 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CUPIXEL 234-C CHESTNUT ST SUITE 112 WEST NEWTON, MA 01748 | 03/06/25 | 25-10068 JOANN Inc. | 2701 | $125,000.00 | CUPIXEL INC 59 HAMLET STREET NEWTON, MA 02459 | 03/25/25 | 25-10072 Jo-Ann Stores, LLC | 8869 | $125,000.00 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ELEGANT HOME LIMITED UNIT N1,19F,INTERNATIONAL TRADE CENTRE,11-19 SHA TSUI ROAD ,TSUEN WAN HONG KONG, | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 9 | $1,221,210.63 | ELEGANT HOME LTD KEVIN M. CAPUZZI, ESQ 1313 N. MARKET ST. SUITE 1201 WILMINGTON, DE 19801 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 10445 | $1,221,210.63* |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 3 Substantive Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| FAIRFIELD PROCESSING CORPORATION 88 ROSE HILL AVENUE DANBURY, CT 06813 | 04/01/25 | 25-10077 joann.com, LLC | 10470 | $134,162.35 | FAIRFIELD PROCESSING CORPORATION 88 ROSE HILL AVENUE DANBURY, CT 06813 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 10551 | $2,870,645.86 |

Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| GUANGZHOU XY PAPER CO., LTD NO.32 XINZHUANG 2ND ROAD, YONGHE, HUANGPU DISTRICT GUANGZHOU, 51070 | 01/23/25 | 25-10068 JOANN Inc. | 157 | $85,606.68 | GUANGZHOU XY PAPER CO., LTD CHANG YAN NO. 32 XINZHUANG 2ND ROAD YONGHE HUANGPU DISTRICT GUANGZHOU, 51070 | 01/21/25 | 25-10068 JOANN Inc. | 386 | $85,606.68 |

Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| MCCABE, JOHANNA ARIAS ADDRESS ON FILE | 03/10/25 | 25-10068 JOANN Inc. | 4552 | $35.00 | MCCABE, JOHANNA ARIAS 1716 CATTAIL MEADOWS DRIVE WOODBINE, MD 21797 | 03/10/25 | 25-10068 JOANN Inc. | 3436 | $70.00* |

Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| MILE HIGH HOTELS NJBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 02/14/25 | 25-10068 JOANN Inc. | 461 | $2,005.52 | MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 03/31/25 | 25-10068 JOANN Inc. | 11986 | $4,011.04 |

Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Sixth Omnibus Substantive Claims Objection
## Ex. 3 Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 2 | MILLER, MADELEINE CINDY ADDRESS ON FILE | 02/27/25 | 25-10068 JOANN Inc. | 671 | $64.79 | MILLER, MADELEINE CINDY ADDRESS ON FILE | 03/31/25 | 25-10068 JOANN Inc. | 11326 | $64.79 |
| | Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 3 | NINGBO TOFOAM STATIONERY CO LTD. C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 8852 | $792,658.08 | NINGBO TOFOAM STATIONERY CO LTD. C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 04/04/25 | 25-10068 JOANN Inc. | 12007 | $792,658.08* |
| | Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 4 | PCT VINYL C/O BOX 382 SUCC SNOWDON MONTREAL, QC H3X 3T6 | 03/10/25 | 25-10072 Jo-Ann Stores, LLC | 4227 | $242,597.95 | PCT VINYL 422 ISABEY STREET MONTREAL, QC. H4T 1V3 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10785 | $242,597.95 |
| | Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 5 | SEYOU CORPORATION, LTD. C/O RYAN KIM LAW, P.C. 222 BRUCE REYNOLDS BLVD. STE 490 FORT LEE, NJ 07024 | 01/31/25 | 25-10068 JOANN Inc. | 128 | $783,162.57 | SEYOU CORPORATION LTD. C/O RYAN KIM LAW, P.C. 222 BRUCE REYNOLDS BLVD., STE 490 FORT LEE, NJ 07024 | 02/07/25 | 25-10072 Jo-Ann Stores, LLC | 249 | $783,162.57 |
| | Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 3 Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 SUTTON, ELLIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 5669 | $100.00 | SUTTON, ELLIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 5667 | $125.00 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 7 SUTTON, ELLIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 6024 | $25.00 | SUTTON, ELLIS ADDRESS ON FILE | 03/27/25 | 25-10072 Jo-Ann Stores, LLC | 5667 | $125.00 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 8 THERM O WEB INC 770 GLENN AVENUE WHEELING, IL 60090 | 02/19/25 | 25-10072 Jo-Ann Stores, LLC | 536 | $9,442.14 | THERM O WEB INC KAREN L GRANDT 770 GLENN AVENUE WHEELING, IL 60090 | 04/03/25 | 25-10077 joann.com, LLC | 10243 | $9,521.48 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 9 THERM O WEB, INC. 770 GLENN AVENUE WHEELING, IL 60090 | 02/19/25 | 25-10072 Jo-Ann Stores, LLC | 537 | $227,565.32 | THERM O WEB INC KAREN L GRANDT 770 GLENN AVENUE WHEELING, IL 60090 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10386 | $234,736.84 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| | | | TOTAL | $6,996,021.67 | | | | TOTAL | $9,465,724.17* |