## Exhibit 4

## Cross-Debtor Duplicate Claims

# JOANN Inc. Case No. 25-10068
## Sixth Omnibus Substantive Claims Objection
### Ex. 4 Cross-Debtor Duplicate Claims

## CLAIMS TO BE DISALLOWED / SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10069 JOANN Holdings 1, LLC | 10848 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10848 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10071 Needle Holdings LLC | 10879 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10879 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10074 Creativebug, LLC | 10895 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10895 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10075 WeaveUp, Inc. | 10897 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10897 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |

1

JOANN Inc., Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 4 Cross-Debtor Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10077 joann.com, LLC | 10900 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10900 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10073 Creative Tech Solutions LLC | 10925 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10925 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10070 JOANN Holdings 2, LLC | 10991 | $730,423.78 | BURMIANG CORPORATION 2ND FLOOR #4 DONGSOMUN-RO 3-GIL SEONGBUK-GU SEOUL, 136-031 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10930 | $730,423.78 |
| Reason: Claim #10991 & Claim #10930 are identical, except for the Debtors against which they are asserted. | | | | | | | | | |
| | | TOTAL | | $5,112,966.46 | | | TOTAL | | $5,112,966.46 |