# Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|------------------|--------|--------|------------------|--------|
| 1 ALEXANDER, DIANE LYNN ADDRESS ON FILE | 5350 | JOANN Inc. | 503(b)(9) | $29.25 | JOANN Inc. | Unsecured | $29.25 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 ALEXANDER, RACHEL ADDRESS ON FILE | 5344 | Jo-Ann Stores, LLC | 503(b)(9) | $44.00 | Jo-Ann Stores, LLC | Unsecured | $44.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 3 ALEXANDERSON, KERRI ANNE ADDRESS ON FILE | 7253 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 ALFORD, JACQUIE ADDRESS ON FILE | 8774 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 5 ANTALEK, FAY D ADDRESS ON FILE | 7256 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

# JOANN Inc. Case No. 25-10068
## Fifth Omnibus Substantive Claims Objection
## Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| ATKINS, MEGAN ADDRESS ON FILE | 8566 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BALOUGH, KAITLYN ADDRESS ON FILE | 3724 | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BANTA, LEANN ADDRESS ON FILE | 9780 | JOANN Inc. / JOANN Inc. / JOANN Inc. | 503(b)(9) / Admin / Priority | $40.00* / Undetermined* / Undetermined* | JOANN Inc. | Unsecured | $40.00 |
| | | | Subtotal | $40.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BAUER, LINDA L ADDRESS ON FILE | 1859 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BAUGHMAN, VYCTORIA M. ADDRESS ON FILE | 13616 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Fifth Omnibus Substantive Claims Objection
### Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 21 BAUNOCH, JODY LYNN ADDRESS ON FILE | 9298 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $50.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 BECKLEY, VINNIE ADDRESS ON FILE | 12554 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 BENNETT, TERRI B. ADDRESS ON FILE | 3732 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 BESAW, DEBORAH ADDRESS ON FILE | 3913 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | Undetermined* $40.00* | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| | | | Subtotal | $40.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 BITTRICH, AMY ADDRESS ON FILE | 12779 | Jo-Ann Stores, LLC | 503(b)(9) | $39.47 | Jo-Ann Stores, LLC | Unsecured | $39.47 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 16 BLAIR, GEORGANN M. ADDRESS ON FILE | 8159 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Priority Secured | $50.00 $50.00 $50.00 | JOANN Inc. JOANN Inc. JOANN Inc. | Priority Secured Unsecured | $50.00 $50.00 $50.00 |
| | | | Subtotal | $150.00 | | Subtotal | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 BLEVINS, TERRI A. ADDRESS ON FILE | 5103 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 BOOH, EUGENE ADDRESS ON FILE | 3727 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 19 BRIGDEN, DONNA ADDRESS ON FILE | 1616 | Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. | 503(b)(9) Priority Secured | $42.62 $42.62 $42.62 | Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. Jo-Ann Stores Support Center, Inc. | Priority Secured Unsecured | $42.62 $42.62 $42.62 |
| | | | Subtotal | $127.86 | | Subtotal | $127.86 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | DEBTOR | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | | PRIORITY STATUS | AMOUNT |
| 20 BROCKETT, RALPH G. ADDRESS ON FILE | 6095 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 21 BROWN, BETH LYNN ADDRESS ON FILE | 13929 | Jo-Ann Stores, LLC | 503(b)(9) | $32.00 | Jo-Ann Stores, LLC | Unsecured | $32.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 BROWN, SHARON ALINE ADDRESS ON FILE | 7854 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 BYRNES, GRACE ADDRESS ON FILE | 2187 | JOANN Inc. | 503(b)(9) / Unsecured | $50.00 / $166.26 | JOANN Inc. | Unsecured | $216.26 |
| | | | Subtotal | $216.26 | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 CAMPTON, LOIS ADDRESS ON FILE | 8483 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|------|---------|--------|------------------|--------|--------|------------------|--------|
| 25 CANNON, MAI NGUYEN ADDRESS ON FILE | 8355 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 26 CORTADA, ALICIA ADDRESS ON FILE | 3270 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 COWAN, REBECCA ADDRESS ON FILE | 3394 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 28 COYNE, CAROL A ADDRESS ON FILE | 7834 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $44.95 $44.95 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $44.95 $44.95 |
| | | | Subtotal | $89.90 | | Subtotal | $89.90 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 DAVIS, JANICE ADDRESS ON FILE | 12164 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 30 DEANNA MAHONEY / PARALEGAL SERVICES 633 STEWART ST. 14 MANTECA, CA 95336 | 1314 | JOANN Inc. | 503(b)(9) | $3,637.69 | JOANN Inc. | Unsecured | $3,637.69 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| 31 DIAZ, SALINA ADDRESS ON FILE | 9047 | Jo-Ann Stores, LLC | 503(b)(9) | $45.00 | Jo-Ann Stores, LLC | Unsecured | $45.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 32 GUBE, LOURDES J ADDRESS ON FILE | 13896 | Jo-Ann Stores, LLC | 503(b)(9) | $34.60 | Jo-Ann Stores, LLC | Unsecured | $34.60 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 33 GUGLIOTTA, HANNAH FAYE ADDRESS ON FILE | 11610 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 HASLAM, HANNAH J ADDRESS ON FILE | 3628 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| HAYES, BRENDA R ADDRESS ON FILE | 2635 | JOANN Inc. | 503(b)(9) | $46.32 | JOANN Inc. | Unsecured | $46.32 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| HINDMAN, JAMIE ADDRESS ON FILE | 5101 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| HOAG, MYRNA AMELIA ADDRESS ON FILE | 12523 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| HODGE, VICKI ADDRESS ON FILE | 5845 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| HUBER, MELANIE BROOKE ADDRESS ON FILE | 8919 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|------------------|--------|--------|--------------------|--------|
| 40 JACKSON, LAUREL ADDRESS ON FILE | 12700 | JOANN Inc. | 503(b)(9) | $33.39 | JOANN Inc. | Unsecured | $33.39 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 41 JACOPETTI, THERESA ADDRESS ON FILE | 1170 | Jo-Ann Stores, LLC | 503(b)(9) | $45.37 | Jo-Ann Stores, LLC | Unsecured | $45.37 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 42 JELLISON, SANDRA A ADDRESS ON FILE | 8631 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 43 KAPINOS, MAUREEN ADDRESS ON FILE | 9711 | JOANN Inc. | 503(b)(9) | $29.69 | JOANN Inc. | Unsecured | $29.69 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 44 KARSTUNEN, NANCY ADDRESS ON FILE | 1012 | Jo-Ann Stores, LLC | 503(b)(9) | $42.37 | Jo-Ann Stores, LLC | Unsecured | $42.37 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

9

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 15 KNOTT, ROSE ADDRESS ON FILE | 6408 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $45.72 $45.72 | JOANN Inc. JOANN Inc. | Priority Unsecured | $45.72 $45.72 |
| | | | Subtotal | $91.44 | | Subtotal | $91.44 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 16 KOBUS, MARGIE M ADDRESS ON FILE | 13842 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 KOLDITZ, KORI ADDRESS ON FILE | 1378 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $40.00 $40.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $40.00 $40.00 |
| | | | Subtotal | $80.00 | | Subtotal | $80.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 KUTSKO, JUDY GRACE ADDRESS ON FILE | 6966 | Jo-Ann Stores, LLC | 503(b)(9) | $39.90 | Jo-Ann Stores, LLC | Unsecured | $39.90 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# JOANN Inc. Case No. 25-10068
## Fifth Omnibus Substantive Claims Objection
### Ex. 1 Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | ASSERTED CLAIMS AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 49 | LA COMBE, KATHLEEN RAE ADDRESS ON FILE | 3128 | JOANN Inc. | 503(b)(9) Admin | $50.00* Undetermined* | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal | $50.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 50 | LABARGE, CASSEY L ADDRESS ON FILE | 5890 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured | $40.00* Undetermined* | JOANN Inc. | Unsecured | $40.00 |
| | | | | Subtotal | $40.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 51 | LAMY, ROBIN ADDRESS ON FILE | 14234 | Jo-Ann Stores, LLC | 503(b)(9) | $30.80 | Jo-Ann Stores, LLC | Unsecured | $30.80 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 52 | LEON, CHRISTIAN ADDRESS ON FILE | 8736 | joann.com, LLC joann.com, LLC | 503(b)(9) Admin | $42.22* Undetermined* | joann.com, LLC | Unsecured | $42.22 |
| | | | | Subtotal | $42.22* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 53 | LESLIE, SARAH ADDRESS ON FILE | 783 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 54 LODGE, LYNN ADDRESS ON FILE | 6730 | JOANN Inc. | 503(b)(9) | $29.97 | JOANN Inc. | Unsecured | $29.97 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 55 LOEFFLER, WALTER TODD ADDRESS ON FILE | 12837 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 56 LOWRY, CHERIE L. ADDRESS ON FILE | 7990 | Jo-Ann Stores, LLC | 503(b)(9) | $35.68 | Jo-Ann Stores, LLC | Unsecured | $35.68 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 57 MAY, SARAH ADDRESS ON FILE | 2149 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 58 MCCOLLOM, DIANA ADDRESS ON FILE | 915 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

12

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------|-----------------------------------|--------|
| MCDONOUGH, ABIGAIL ADDRESS ON FILE | 9110 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| MCFADDEN, DENYSE ADDRESS ON FILE | 3698 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| MCGUINNESS, MEGAN ADDRESS ON FILE | 2995 | JOANN Inc. | 503(b)(9) | $50.00* | JOANN Inc. | Unsecured | $50.00 |
| | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | Subtotal | $50.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 11986 | JOANN Inc. | 503(b)(9) | $2,005.52 | JOANN Inc. | Unsecured | $2,005.52 |
| | | JOANN Inc. | Priority | $2,005.52 | | | |
| | | | Subtotal | $4,011.04 | | | |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

13

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 63 MOSKOWITZ, PAULA ADDRESS ON FILE | 4706 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 64 MULLEN, RITA ADDRESS ON FILE | 9853 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 65 MUNTAQIM, TASLEEMA ADDRESS ON FILE | 8057 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 66 NORMANDIN, LORI ADDRESS ON FILE | 4265 | Jo-Ann Stores, LLC | 503(b)(9) | $41.89 | Jo-Ann Stores, LLC | Unsecured | $41.89 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 67 OFFENBERG, MARILYN JEAN ADDRESS ON FILE | 14077 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority | $50.00* Undetermined* Undetermined* | JOANN Inc. | Unsecured | $50.00 |
| | | | | Subtotal $50.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

14

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------|-----------------------------------|--------|
| 68 PALMER-HALL, HEATHER ADDRESS ON FILE | 13274 | JOANN Inc. | 503(b)(9) | $40.42 | JOANN Inc. | Unsecured | $40.42 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------|-----------------------------------|--------|
| 69 PARKER, EILEEN ADDRESS ON FILE | 1991 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00 | Jo-Ann Stores, LLC | Unsecured | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------|-----------------------------------|--------|
| 70 PCP GROUP, LLC C/O FORCHELLI DEEGAN TERRANA LLP ATTN: GERARD R. LUCKMAN, ESQ. 333 EARLE OVINGTON BOULEVARD SUITE 1010 UNIONDALE, NY 11553 | 9354 | joann.com, LLC joann.com, LLC joann.com, LLC | 503(b)(9) Admin Unsecured | $31,273.94 $31,273.94 $409,861.41 | joann.com, LLC joann.com, LLC | Admin Unsecured | $31,273.94 $441,135.35 |
| | | | Subtotal | $472,409.29 | | Subtotal | $472,409.29 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------------|--------|--------|-----------------------------------|--------|
| 71 PETERSON, EILEEN ADDRESS ON FILE | 3082 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $40.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $40.00 |
| | | | Subtotal | $40.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Fifth Omnibus Substantive Claims Objection
### Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | DEBTOR | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | | PRIORITY STATUS | AMOUNT |
| 72 QUINN, SUSAN C. ADDRESS ON FILE | 2953 | Jo-Ann Stores, LLC | 503(b)(9) | $41.47 | Jo-Ann Stores, LLC | Unsecured | $41.47 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 73 RAY, SHELLEY ADDRESS ON FILE | 8873 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 74 RAYMOND, LILY ADDRESS ON FILE | 6106 | JOANN Inc. | 503(b)(9) | $30.60 | JOANN Inc. | Unsecured | $30.60 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 75 REUTLINGER, KARL ADDRESS ON FILE | 13292 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Secured | $50.00 |
| | | Jo-Ann Stores, LLC | Secured | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 76 REYNOLDS, TRACIE M ADDRESS ON FILE | 8152 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | AMOUNT |
|------|---------|--------|-------------------|--------|--------|-------------------|--------|
| RICE, CAROL ADDRESS ON FILE | 7813 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| RICHARDS, GRACE ADDRESS ON FILE | 7074 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| RICHTENBURG, SARAH ADDRESS ON FILE | 10357 | JOANN Inc. | 503(b)(9) | $36.00 | JOANN Inc. | Unsecured | $36.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| ROBLES, ANNETTE ADDRESS ON FILE | 1212 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| ROSCHER, BARBARA ADDRESS ON FILE | 1759 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

17

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS | | MODIFIED PRIORITY | | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 42 ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 1370 BROADWAY, 3RD FLOOR NEW YORK, NY 10018 | 1287 | Jo-Ann Stores, LLC | 503(b)(9) | $64,136.97 | Jo-Ann Stores, LLC; Jo-Ann Stores, LLC | 503(b)(9); Unsecured; Subtotal | $21,227.40; $42,909.57; $64,136.97 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 43 RUSCH, SANDRA LOUISE ADDRESS ON FILE | 5392 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 44 SANDOVAL, BOBBI ADDRESS ON FILE | 7168 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 45 SCHUCKER, KATHY ADDRESS ON FILE | 750 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 46 SENGSTOCK, MICHELLE ANN ADDRESS ON FILE | 4431 | JOANN Inc. | 503(b)(9) | $45.00 | JOANN Inc. | Unsecured | $45.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | ASSERTED CLAIMS AMOUNT | DEBTOR | MODIFIED PRIORITY PRIORITY STATUS | MODIFIED PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|
| 87 SEVIER, JUNE A ADDRESS ON FILE | 6664 | Jo-Ann Stores, LLC | 503(b)(9) | $36.93 | Jo-Ann Stores, LLC | Unsecured | $36.93 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 88 SEVILLA, CHARLOTTE ADDRESS ON FILE | 8127 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 89 SHEPARD, DOROTHY PATRICIA ADDRESS ON FILE | 13315 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Priority Secured | $45.00 $45.00 $45.00 | JOANN Inc. JOANN Inc. JOANN Inc. | Priority Secured Unsecured | $45.00 $45.00 $45.00 |
| | | | Subtotal | $135.00 | | Subtotal | $135.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 90 SHORTLIDGE, KERYN M ADDRESS ON FILE | 9948 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | | | ASSERTED CLAIMS | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 91 SKARONEA, BRIANA ADDRESS ON FILE | 6188 | Jo-Ann Stores, LLC | 503(b)(9) | $29.97 | Jo-Ann Stores, LLC | Unsecured | $29.97 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92 STEINZ, GRETA MARY ADDRESS ON FILE | 8693 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 93 STUART, MICHELLE JEAN ADDRESS ON FILE | 7494 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 94 TEDROW, LYNSIE HOUK ADDRESS ON FILE | 7492 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 95 TREITLER, DARLINE ADDRESS ON FILE | 2047 | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

20

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 96 WALDROP, ANDREA ADDRESS ON FILE | 1441 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 97 WEAVER, JACQUELYN ADDRESS ON FILE | 11762 | Jo-Ann Stores, LLC | 503(b)(9) | $45.61 | Jo-Ann Stores, LLC | Unsecured | $45.61 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 WEDEL, DAWNELA ADDRESS ON FILE | 11475 | JOANN Inc. | 503(b)(9) | $44.31 | JOANN Inc. | Unsecured | $44.31 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 WILSON, CHRISTINE ADDRESS ON FILE | 5144 | Jo-Ann Stores, LLC | 503(b)(9) | $36.99 | Jo-Ann Stores, LLC | Unsecured | $36.99 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts