# Exhibit 1

## Reduced and Reclassified Claims

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| BUFFALO GAMES, LLC<br>220 JAMES E. CASEY DRIVE<br>BUFFALO, NY 14206-2362 [1] | 2944 | JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $19,833.48<br>$144,935.26<br>$164,768.74 | JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $14,204.36<br>$105,287.25<br>$119,491.61 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| CHAMPO CARPETS<br>HARIRAMPUR<br>AURAI ROAD<br>BHADOHI, UTTAR PRADESH, 221401 [2] | 305 | Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $114,441.84<br>$115,775.50<br>$230,217.34 | Jo-Ann Stores, LLC | Unsecured | $9,956.88 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| CONSTELLATION NEWENERGY, INC.<br>1310 POINT STREET<br>BALTIMORE, MD 21231 [3] | 11871 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $4,495.60<br>$5,386.52<br>$9,882.12 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $2,247.80<br>$7,634.32<br>$9,882.12 |

Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| GLOSTER LIMITED<br>AJAY KUMAR AGARWAL<br>21 STRAND ROAD<br>KOLKATA, WEST BENGAL, 700001 [4] | 258 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $53,585.55<br>$189,172.90<br>$242,758.45 | Jo-Ann Stores, LLC | Unsecured | $189,172.90 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | GLUE DOTS INTERNATIONAL LLC N117 W18711 FULTON DRIVE GERMANTOWN, WI 53022 | 8384 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $23,591.52 $21,428.64 $45,020.16 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $22,323.60 $22,696.56 $45,020.16 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | HTL LIMITED 12/F D.J. BUILDING 173 HOI BUN ROAD HONG KONG, Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF HTL LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 1574 | JOANN Inc. JOANN Inc. Subtotal | 503(b)(9) Unsecured | $220,383.18 $3,237,394.64 $3,457,777.82 | JOANN Inc. JOANN Inc. Subtotal | 503(b)(9) Unsecured | $208,525.92 $2,184,666.86 $2,393,192.78 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | ASSERTED CLAIMS | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | | DEBTOR | PRIORITY STATUS | AMOUNT |
| 7 LI & FUNG (TRADING) LIMITED ATTN: LAURENCE PETER RUDGE, GENERAL COUNSEL 7/F HK SPINNERS INDUSTRIAL BUILDING PHASE I & II 800 CHEUNG SHA WAN ROAD KOWLOON HONG KONG, | 474 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $35,963.08 $361,254.16 $397,217.24 | | Jo-Ann Stores, LLC | Unsecured | $27,506.43 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 NANJING ZHAOHONG TEXTILE CO., LTD NO. 8 CHAOYANG ROAD DONGPING DEVELOPMENT ZO LISHUI, NANJING, JS, 211200 | 520 | JOANN Inc. | 503(b)(9) | $2,181,386.88 | | JOANN Inc. | 503(b)(9) Unsecured Subtotal | $245,686.68 $1,282,464.00 $1,528,150.68 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 NINGBO MH INDUSTRY CO LTD ATTN: WENDY MA MH BLDG. #18 NINGNAN NORTH ROAD NINGBO, 315100 | 403 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $45,802.12 $798,639.70 $844,441.82 | | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $15,260.76 $529,688.45 $544,949.21 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 10 | NINGBO TOFOAM STATIONERY CO LTD. C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 12007 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Admin Unsecured | $15,093.88* Undetermined* $777,564.20* $792,658.08* | Jo-Ann Stores, LLC | Unsecured | $792,658.08 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |
| 11 | OOCL (USA) INC. METRO GROUP MARITIME BRYAN D. PRESS 49 W. MT. PLEASANT AVE., #2371 LIVINGSTON, NJ 07039 | 1432 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $238,514.00 $767,457.00 $1,005,971.00 | Jo-Ann Stores, LLC | Unsecured | $1,005,971.00 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |
| 12 | OPTIMUM BUYING LTD. HALF OAK HOUSE 28 WATFORD ROAD NORTHWOOD, HA6 3NT | 431 | JOANN Inc. JOANN Inc. Subtotal | 503(b)(9) Unsecured | $81,100.18 $320,852.33 $401,952.51 | JOANN Inc. | Unsecured | $195,449.03 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |
| 13 | PALITEX, INC. 1384 BROADWAY SUITE 500 NEW YORK, NY 10018 | 10970 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $95,431.40 $30,480.42 $125,911.82 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $11,608.43 $8,087.20 $19,695.63 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 14 SHANGHAI ALLTEX TECHNOLOGY CO LTD 3 F NO 12 LANE 688 HENGNAN ROAD SHANGHAI, | 544 | Jo-Ann Stores, LLC | 503(b)(9) | $42,601.94 | Jo-Ann Stores, LLC | Unsecured | $42,601.94 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 15 SHAOXING ADOR IMP & EXP CO., LTD. 2ND FLOOR HONGDA XIYI VILLAGE ANCHANG TOWN SHAOXING, ZHEJIANG, 312030 | 375 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $248,253.98 $965,996.48 $1,214,250.46 | Jo-Ann Stores, LLC | Unsecured | $111,580.78 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 16 SHAOXING ENYI TEXTILE CO., LTD HUI ZHU GENARAL MANAGER 2F, BUILDING 2# LUXI INDUSTRAIL PARK SHAOXING, ZJ, 312000 | 139 | Jo-Ann Stores, LLC | 503(b)(9) | $219,509.49 | Jo-Ann Stores, LLC | Unsecured | $83,466.51 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 17 SILHOUETTE AMERICA, INC. NORIKO SLUK CFO/ SILHOUETTE AMERICA, INC. 618 N 2000 W BLDG#2 LINDON, UT 84042 | 477 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $12,981.89 $189,526.59 $202,508.48 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $6,827.00 $198,400.05 $205,227.05 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 18 SINCERE CREATES & MANUFACTURES LIMITED BLK 2, FLAT E & G, 17/F, KINGSWAY INDUSTRIAL BUILDING KWAI CHUNG, N.T., HONG KONG, 999077 | 373 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $42,044.19 $360,045.78 $402,089.97 | Jo-Ann Stores, LLC | Unsecured | $381,029.94 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 19 TAG DE, LLC HAFKE LEGAL SERVICE PC ATTN: TAG DE - JOANN JAMES HAFKE 4170 CHARLAR DRIVE, SUITE A HOLT, MI 48842 | 7685 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Subtotal | 503(b)(9) Unsecured | $55,330.65 $145,509.27 $200,839.92 | Jo-Ann Stores, LLC | Unsecured | $7,921.78 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts