# Exhibit 2

## No Liability Claims

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ALLIED PRODUCTS CORPORATION<br>1420 KANSAS AVE<br>KANSAS CITY, MO 64127<br>UNITED STATES | 04/02/2025 | 25-10077<br>joann.com, LLC | 11815 | $7,185.71 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 2 | BUMIRANG CORPORATION<br>2ND FLOOR<br>#4 DONGSOMUN-RO 3-GIL<br>SEONGBUK-GU<br>SEOUL, 136-031<br>KOREA, REPUBLIC OF | 04/04/2025 | 25-10072<br>Jo-Ann Stores, LLC | 11891 | $730,423.78 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 3 | CLACKAMAS RIVER WATER<br>16770 SE 82ND DR<br>CLACKAMAS, OR 97015<br>UNITED STATES | 02/19/2025 | 25-10068<br>JOANN Inc. | 529 | $173.44 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 4 | CRAFT SMITH LLC<br>200 E CHAPMAN AVE<br>ORANGE, CA 92866<br>UNITED STATES | 03/03/2025 | 25-10068<br>JOANN Inc. | 987 | $247,496.16 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 5 | DEANNA MAHONEY / PARALEGAL SERVICES<br>633 STEWART ST. 14<br>MANTECA, CA 95336<br>UNITED STATES | 04/01/2025 | 25-10068<br>JOANN Inc. | 11738 | $4,650.00 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 6 | DYNO LLC DBA CREATIVE DESIGNS DEPOT<br>1571 WEST COPANS RD, STE 105<br>POMPANO BEACH, FL 33064<br>UNITED STATES | 02/13/2025 | 25-10068<br>JOANN Inc. | 433 | $12,961.18* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 7 | EAST WENATCHEE WATER DISTRICT<br>692 EASTMONT AVE<br>EAST WENATCHEE, WA 98802-7608<br>UNITED STATES | 03/28/2025 | 25-10068<br>JOANN Inc. | 11966 | $265.79* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | EVEREST FASHION (EXPORT COMPANY) KHUMALTAR HEIGHT 5TH FLOOR, NO.48 , LKI1B STR., MO LAO LALITPUR-15 LALITPUR, 03, 44600 NEPAL | 02/24/2025 | 25-10072 Jo-Ann Stores, LLC | 564 | $33,158.96 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 9 | FAR EASTERN HANDICRAFT JSC-VIETNAM 5TH FLOOR, NO.48 , LKI1B STR., MO LAO URBAN AREA, MO LAO COMMUNITY, HA DONG TOWN HANOI, 10000 VIETNAM | 02/03/2025 | 25-10072 Jo-Ann Stores, LLC | 144 | $620,701.07 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 10 | GUANGZHOU XY PAPER CO., LTD CHANG YAN NO. 32 XINZHUANG 2ND ROAD YONGHE HUANGPU DISTRICT GUANGZHOU, 51070 CHINA | 01/21/2025 | 25-10068 JOANN Inc. | 386 | $85,606.68 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 11 | HANSEN, KAREN C ADDRESS ON FILE | 03/16/2025 | 25-10072 Jo-Ann Stores, LLC | 5794 | $20.77* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 12 | HUANGYAN FOREVER ARTS AND CRAFTS FACTORY FENGGUANG ROAD NO. 76 CHENGJIANG IN TAIZHOU, ZHEJIANG, 31802 CHINA | 01/21/2025 | 25-10068 JOANN Inc. | 387 | $659,768.67 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 13 | KIND, EMILIA KATHRYN 2508 RIDGELINE DR. LANSING, MI 48912 UNITED STATES | 02/04/2025 | 25-10068 JOANN Inc. | 220 | $400.00 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 14 | KLAMATH FALLS HOTEL CIMARRON INC. GM/ KLAMATH FALLS HOTEL CIMARRON INC. ATTN: KISHAN NARIA 3060 SOUTH 6TH STREET KLAMATH FALLS, OR 97603 UNITED STATES | 02/18/2025 | 25-10068 JOANN Inc. | 454 | $875.92 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 15 | LEISURE ARTS 104 CHAMPS BLVD SUITE 100 MAUMELLE, AR 72113 UNITED STATES | 03/26/2025 | 25-10072 Jo-Ann Stores, LLC | 4106 | $70,428.87 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 16 | MARTCO EXPORT PVT LTD OPP. CNG STATION, LODHIPUR RAJPUT, NH-24, DELHI ROAD MORADABAD, UTTAR PRADESH, 244001 INDIA | 01/31/2025 | 25-10072 Jo-Ann Stores, LLC | 88 | $21,851.16* | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 17 | MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 UNITED STATES | 04/04/2025 | 25-10068 JOANN Inc. | 11978 | $19,286.40 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 18 | PIEK, ANTHONY KENNETH ADDRESS ON FILE | 04/03/2025 | 25-10072 Jo-Ann Stores, LLC | 10957 | $4,092.84 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 19 | PRYM CONSUMER USA INC. NELSON MULLINS RILEY & SCARBOROUGH LLP C/O JODY A. BEDENBAUGH P.O. BOX 11070 COLUMBIA, SC 29211 UNITED STATES | 03/21/2025 | 25-10068 JOANN Inc. | 6716 | $64,659.44 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 2 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 20 | ROSENTHAL & ROSENTHAL, INC. ATTN: MELINDA DEJESUS 300 PARK AVENUE SUITE 1401 NEW YORK, NY 10022 UNITED STATES | 04/03/2025 | 25-10072 Jo-Ann Stores, LLC | 10380 | $1,883.60 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 21 | SHANGHAI LIFETEX INDUSTRY CO LTD NO 17, LANE 688, HENGNAN ROAD SHANGHAI, CHINA | 02/21/2025 | 25-10072 Jo-Ann Stores, LLC | 543 | $412,156.81 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 22 | TRUESOURCE LLC 2929 EXPRESSWAY DRIVE N SUITE 300B ISLANDIA, NY 11749 UNITED STATES | 04/04/2025 | 25-10068 JOANN Inc. | 10755 | $514,210.94 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 23 | VISTA PARTNER INC 4310 WEST 5TH AVENUE PO BOX 2683 EUGENE, OR 97402 UNITED STATES | 03/20/2025 | 25-10077 joann.com, LLC | 3875 | $7,486.25 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 24 | ZAFAR PROJECTS INC (VENDOR # 177365) P.O. BOX 5764 CLEARWATER, FL 33765-5764 UNITED STATES | 01/22/2025 | 25-10068 JOANN Inc. | 22 | $13,117.80 | The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| | | | | TOTAL | $3,532,862.24* | |

*Indicates claim contains unliquidated and/or undetermined amounts

4