# Exhibit 1

## Duplicate Claims

# JOANN Inc. Case No. 25-10068
## Fourth Omnibus Non-Substantive Claims Objection
### Ex. 1 - Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| CAOXIAN LUYI GUANGFA ART AND CRAFT. CO., LTD JENNY ZHANG NO 001 QINGHE MIDDLE ROAD CAOXIAN COUNTY HEZE, SD, 27440 | 01/21/25 | 25-10068 JOANN Inc. | 382 | $81,336.03 | CAOXIAN LUYI GUANGFA ART AND CRAFT CO., LTD NO 001 QINGHE MIDDLE ROAD CAOXIAN COUNTY HEZE-SHANDONG-CHI NA, 27440 | 01/23/25 | 25-10068 JOANN Inc. | 340 | $81,336.03 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI, GENERAL MANAGER 1 HOLIDAY PARK DR. BUTTE, MT 59701 | 03/31/25 | 25-10068 JOANN Inc. | 10676 | $4,011.04 | MILE HIGH HOTELS DBA LAQUINTA BUTTE KEVIN JAMES BUTORI GENERAL MANAGER MILE HIGH HOTELS 1 HOLIDAY PARK DR BUTTE, MT 59701 | 03/31/25 | 25-10068 JOANN Inc. | 11986 | $4,011.04 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| | TOTAL | $85,347.07 | | TOTAL | $85,347.07 |

1