## Exhibit 2

**Amended Claims**

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| AMERICAN FOOD AND VENDING CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: SARA C. TEMES, ESQ. ONE LINCOLN CENTER SYRACUSE, NY 13302 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10765 | $99,283.42 | AMERICAN FOOD AND VENDING CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: SARA C. TEMES, ESQ ONE LINCOLN CENTER SYRACUSE, NY 13302 | 04/10/25 | 25-10072 Jo-Ann Stores, LLC | 12750 | $83,448.77 |
| Reason: Amended Claim | | | | | | | | | |
| ART SUPPLY ENTERPRISES INC. DBA MACPHERSONS 2935 SHAWNEE INDUSTRIAL WAY SUITE 100 SUWANEE, GA 30024-4644 Transferred to: BRADFORD CAPITAL HOLDINGS, LP AS TRANSFEREE OF ART SUPPLY ENTERPRISES DBA MACPHERSONS C/O BRADFORD CAPITAL MANAGEMENT, LLC ATTN: BRIAN BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 02/03/25 | 25-10068 JOANN Inc. | 296 | $1,117,896.24 | ART SUPPLY ENTERPRISES DBA MACPHERSONS 2935 SHAWNEE INDUSTRIAL WAY SUITE 100 SUWANEE, GA 30024-4644 Transferred to: BRADFORD CAPITAL HOLDINGS, LP AS TRANSFEREE OF ART SUPPLY ENTERPRISES DBA MACPHERSONS C/O BRADFORD CAPITAL MANAGEMENT, LLC ATTN: BRIAN BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 03/25/25 | 25-10068 JOANN Inc. | 7651 | $1,117,896.24 |
| Reason: Amended Claim | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| CRAFT SMITH, LLC 200 E CHAPMAN AVE ORANGE, CA 92866 | 01/22/25 | 25-10068 JOANN Inc. | 391 | $247,496.16 | CRAFT SMITH LLC 200 E CHAPMAN AVE ORANGE, CA 92866 | 03/03/25 | 25-10068 JOANN Inc. | 987 | $247,496.16 |
| Reason: Amended Claim | | | | | | | | | |
| CS INTERNATIONAL (HK) TOYS LIMITED 7TH FLOOR, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK. | 01/22/25 | 25-10068 JOANN Inc. | 396 | $1,562,564.21 | CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL. EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK. | 02/26/25 | 25-10068 JOANN Inc. | 1422 | $1,558,150.97 |
| Reason: Amended Claim | | | | | | | | | |
| DMC CORPORATION 86 NORTHFIELD AVE EDISON, NJ 08837 | 03/18/25 | 25-10068 JOANN Inc. | 2204 | $936,200.78 | DMC CORPORATION 86 NORTHFIELD AVE EDISON, NJ 08837 | 03/28/25 | 25-10068 JOANN Inc. | 8842 | $936,200.78 |
| Reason: Amended Claim | | | | | | | | | |
| ELEGANT HOME LIMITED JOSEPH LEE UNIT 11, 19F, INTERNATIONAL TRADE CENTRE 11-19 SHA TSUI ROAD, TSUEN WAN HONG KONG. | 01/27/25 | 25-10072 Jo-Ann Stores, LLC | 335 | $1,221,210.63 | ELEGANT HOME LTD. KEVIN M. CAPUZZI, ESQ. 1313 N. MARKET ST. SUITE 1201 WILMINGTON, DE 19801 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 10445 | $1,221,210.63* |
| Reason: Amended Claim | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# JOANN Inc. Case No. 25-10068
## Fourth Omnibus Non-Substantive Claims Objection
### Ex. 2 - Amended Claims

*Indicates claim contains unliquidated and/or undetermined amounts

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FLOOR 12 NEW YORK, NY 10016 | 03/28/25 | 25-10072 Jo-Ann Stores, LLC | 8485 | $2,394,092.73 | ENCHANTE ACCESSORIES INC. 149 MADISON AVE. FL. 12 NEW YORK, NY 10016 | 04/01/25 | 25-10072 Jo-Ann Stores, LLC | 10326 | $2,394,092.73 |
| Reason: Amended Claim | | | | | | | | | |
| EVERBEST (QINGDAO) COMPANY ROOM 709, YUYUAN BUILDING TOWER B NO. 75 XIANG GANG XI ROAD QINGDAO, | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 406 | $700,667.30 | EVERBEST (QINGDAO) COMPANY 255 W FOOTHILL BLVD AUITE 205 UPLAND, CA 91786 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10244 | $700,667.30 |
| Reason: Amended Claim | | | | | | | | | |
| HORIZON GROUP USA, INC. ATTN: ACCOUNTS RECEIVABLE DEPT. ATTN: MONICA RIVERS 430 MOUNTAIN AVENUE SUITE #205 NEW PROVIDENCE, NJ 07974 | 02/04/25 | 25-10068 JOANN Inc. | 580 | $529,852.36 | Horizon Group USA, Inc. ATTN: ACCOUNTS RECEIVABLE DEPT. - ATTN: MONICA RIVERS 430 MOUNTAIN AVENUE SUITE # 205 NEW PROVIDENCE, NJ 07974 | 06/19/25 | 25-10072 Jo-Ann Stores, LLC | 18944 | $529,852.36 |
| Reason: Amended Claim | | | | | | | | | |

Reason: Amended Claim. The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

# JOANN Inc. Case No. 25-10068
## Fourth Omnibus Non-Substantive Claims Objection
### Ex. 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| **10** LEISURE ARTS 104 CHAMPS BLVD, SUITE 100 PO BOX 2683 MAUMELLE, AR 72113 | 03/19/25 | 25-10072 Jo-Ann Stores, LLC | 6474 | $70,428.87* | LEISURE ARTS 104 CHAMPS BLVD SUITE 100 MAUMELLE, AR 72113 | 03/26/25 | 25-10072 Jo-Ann Stores, LLC | 4106 | $70,428.87 |
| Reason: Amended Claim | | | | | | | | | |
| **11** MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 02/27/25 | 25-10068 JOANN Inc. | 1307 | $943,452.13 | MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 04/04/25 | 25-10068 JOANN Inc. | 11978 | $19,286.40 |
| Reason: Amended Claim | | | | | | | | | |
| **12** MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 02/10/25 | 25-10068 JOANN Inc. | 498 | $943,452.13 | MILBERG FACTORS, INC. 99 PARK AVENUE 21 FLOOR NEW YORK, NY 10016 | 02/27/25 | 25-10068 JOANN Inc. | 1307 | $943,452.13 |
| Reason: Amended Claim | | | | | | | | | |
| **13** TT INC. DBA FABRIC TRADITIONS 530 7TH AVENUE SUITE 305-306 NEW YORK, NY 10018 | 02/27/25 | 25-10068 JOANN Inc. | 653 | $2,470,570.13 | FABRIC TRADITIONS 530 7TH AVENUE 305 NEW YORK, NY 10018 | 03/06/25 | 25-10068 JOANN Inc. | 2697 | $2,470,570.13 |
| Reason: Amended Claim | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| | NAME | DATE FILED | CLAIMS TO BE DISALLOWED CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | SURVIVING CLAIMS CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | OPTIMUM BUYING LTD HALF OAK HOUSE 28 WATFORD ROAD NORTHWOOD, HA6 3NT  Reason: Amended Claim | 01/24/25 | 25-10068 JOANN Inc. | 6 | $401,952.51 | OPTIMUM BUYING LTD HALF OAK HOUSE 28 WATFORD ROAD NORTHWOOD, HA6 3NT | 02/13/25 | 25-10068 JOANN Inc. | 431 | $401,952.51 |
| 5 | PAISLEY CRAFTS LLC 5661 E. SHIELDS AVE. FRESNO, CA 93727  Reason: Amended Claim | 01/29/25 | 25-10068 JOANN Inc. | 73 | $588,619.80 | PAISLEY CRAFTS, LLC 5661 E SHIELDS AVE FRESNO, CA 93727 | 03/11/25 | 25-10068 JOANN Inc. | 1646 | $588,619.80 |
| 6 | PARAMOUNT HOME COLLECTIONS PVT LTD GATE 2A-2B 6TH KM STONE, DELHI ROAD VILLAGE CHOUDHARPUR AMORHA, UTTAR PRADESH, 244222  Reason: Amended Claim | 04/11/25 | 25-10072 Jo-Ann Stores, LLC | 12816 | $478,643.61* | PARAMOUNT HOME COLLECTIONS PVT LTD C/O BANKRUPTCY COLLECTION SERVICES, LLC 84 HERBERT AVE BUILDING B SUITE 202 CLOSTER, NJ 07624 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 11992 | $478,641.62* |
| 7 | PCT VINYL B1 790 COTE DE LIESSE MONTREAL, QC H4T  Reason: Amended Claim | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 115 | $242,597.95 | PCT VINYL 422 ISABEY STREET MONTREAL, QC, H4T 1V3 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10785 | $242,597.95 |

## JOANN Inc. Case No. 25-10068
## Fourth Omnibus Non-Substantive Claims Objection
### Ex. 2 - Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 SHANGHAI ALLTEX TECHNOLOGY CO LTD F NO 12 LANE 688 HENGNAN ROAD SHANGHAI, 201112 | 02/05/25 | 25-10072 Jo-Ann Stores, LLC | 286 | $37,180.61 | SHANGHAI ALLTEX TECHNOLOGY CO LTD 3 F NO 12 LANE 688 HENGNAN ROAD SHANGHAI, | 02/21/25 | 25-10072 Jo-Ann Stores, LLC | 544 | $42,601.94 |
| Reason: Amended Claim | | | | | | | | | |
| 9 SHANGHAI LIFETEX INDUSTRY CO LTD NO 17, LANE 688, HENGNAN ROAD MINHANG DISTRICT SHANGHAI, 201112 | 02/10/25 | 25-10072 Jo-Ann Stores, LLC | 299 | $305,938.04 | SHANGHAI LIFETEX INDUSTRY CO LTD NO 17, LANE 688, HENGNAN ROAD SHANGHAI, | 02/21/25 | 25-10072 Jo-Ann Stores, LLC | 543 | $412,156.81 |
| Reason: Amended Claim | | | | | | | | | |
| 10 SHENZHENRIZEE CULTURAL CREATIVITY CO, LTD ZENG JINQING UNIT 1301 RONGCHAO BINHAI BUILDING HAIXIU ROAD SHENZHEN, CN, 518100 | 01/23/25 | 25-10068 JOANN Inc. | 179 | $586,853.68 | USA DEBT RECOVERY SOLUTIONS, INC. ASSIGNEE OF SHENZHEN RIZEE CULTURAL CREATIVITY CO., LTD 255 W FOOTHILL BLVD SUITE 205 UPLAND, CA 91786 | 04/02/25 | 25-10072 Jo-Ann Stores, LLC | 11951 | $514,949.80 |
| Reason: Amended Claim | | | | | | | | | |

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

CLAIMS TO BE DISALLOWED

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 TUFKO INTERNATIONAL KOLLAMKULAM BUILDING# 1/51A, ANAKKAL P.O., KANJIRAPALLY KOTTAYAM, KERALA, 686508 | 01/31/25 | 25-10072 Jo-Ann Stores, LLC | 87 | $1,092,276.54 | TUFKO INTERNATIONAL KOLLAMKULAM BUILDING # 1/51A, ANAKKAL P.O., KANJIRAPALLY KOTTAYAM, KERALA KOTTAYAM, KERALA, 686508 | 02/28/25 | 25-10072 Jo-Ann Stores, LLC | 666 | $1,466,109.21 |

Reason: Amended Claim

JOANN Inc. Case No. 25-10068

Fourth Omnibus Non-Substantive Claims Objection

Ex. 2 - Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD, LUDHIANA LUDHIANA, PUNJAB, 141010 Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF VARDHMAN TEXTILES LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 04/04/25 | 25-10068 JOANN Inc. | 10041 | $1,510,406.03 | VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD LUDHIANA, PUNJAB, 141010 Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF VARDHMAN TEXTILES LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 04/15/25 | 25-10068 JOANN Inc. | 13479 | $349,191.22 |
| | | | | | VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD LUDHIANA, PUNJAB, 141010 Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF VARDHMAN TEXTILES LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 04/15/25 | 25-10068 JOANN Inc. | 13479 | $1,161,214.81 |

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

CLAIMS TO BE DISALLOWED

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|-----------|----------------------|---------|--------------|
| | | | | |

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|------|-----------|----------------------|---------|--------------|
| | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| VARDHIMAN TEXTILES LIMITED CHANDIGARH ROAD LUDHIANA, PUNJAB, 141010 Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF VARDHIMAN TEXTILES LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 02/22/25 | 25-10068 JOANN Inc. | 562 | $1,094,527.21 | VARDHIMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD, LUDHIANA LUDHIANA, PUNJAB, 141010 Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF VARDHIMAN TEXTILES LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 04/04/25 | 25-10068 JOANN Inc. | 10041 | $1,235,020.81 |

3

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourth Omnibus Non-Substantive Claims Objection
Ex. 2 - Amended Claims

CLAIMS TO BE DISALLOWED

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD, LUDHIANA LUDHIANA, PUNJAB, 141010 Transferred to: HAIN CAPITAL INVESTORS MASTER FUND, LTD AS TRANSFEREE OF VARDHMAN TEXTILES LIMITED ATTN: KEENAN AUSTIN 301 ROUTE 17 NORTH SUITE 816A RUTHERFORD, NJ 07070 | 04/04/25 | 25-10068 JOANN Inc. | 10041 | $275,385.22 |
| | | | **TOTAL** | **$19,576,663.07*** | | | | **TOTAL** | **$19,461,195.17** |

Reason: Amended Claim