## Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Winkal Holdings, LLC<br>c/o WIN Properties, Inc., Attn: Robert Busby, Sr. VP, Finance & Administration<br>10 Rye Ridge Plaza, Suite 200<br>Rye Brook, NY 10573 | Jo-Ann Stores, LLC | 1803 | 2160 Foothill Blvd La Canada, CA | November 09, 1977 Lease Agreement between Jo-Ann Stores, LLC and Winkal Holdings, LLC | FF&E | June 25, 2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.