**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 14, 2025, Boot Barn, Inc., by and through its undersigned counsel, caused *Boot Barn's Responses and Objections to First Request for the Production of Documents of Cavender's Directed to Boot Barn, Inc.* to be served via electronic mail upon the following parties:

ASHBY & GEDDES, P.A.
Ricardo Palacio
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
rpalacio@ashbygeddes.com

FOLEY & LARDNER LLP
Mark C. Moore
Robert Slovak
J. Michael Thomas
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
mmoore@foley.com
rslovak@foley.com
jmthomas@foley.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

33364239.1

| | |
|---|---|
| Dated: July 15, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Robert S. Brady* |
| | Robert S. Brady (No. 2847) |
| | Kenneth J. Enos (No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Email: rbrady@ycst.com |
| |       kenos@ycst.com |
| | |
| | -and- |
| | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Susheel Kirpalani |
| | Eric Kay |
| | Rachel Harrington |
| | 295 5th Avenue, 9th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 849-7000 |
| | Email: susheelkirpalani@quinnemanuel.com |
| |       erickay@quinnemanuel.com |
| |       rachelharrington@quinnemanuel.com |
| | |
| | *Counsel to Boot Barn, Inc.* |

33364239.1