## Exhibit 1

**Rejected Contracts**

| No. | Rejection Counterparty | Debtor Party | Description of Contract[1] | Rejection Date |
|---|---|---|---|---|
| 1 | Blue Yonder Inc | Jo-Ann Stores, LLC | Master Service Agreement Dated 02/01/2023 | 6/27/2025 |
| 2 | Blue Yonder Inc | Jo-Ann Stores, LLC | Service Agreement - C214103 - Dated 12/06/2002 | 6/27/2025 |
| 3 | Blue Yonder Inc | Jo-Ann Stores, LLC | Software Service Agreement Dated 04/26/2023 | 6/27/2025 |
| 4 | Blue Yonder Inc | Jo-Ann Stores, LLC | Statement Of Work Dated 02/01/2024 | 6/27/2025 |
| 5 | Blue Yonder Inc | Jo-Ann Stores, LLC | Supply Chain Software Service Agreement Dated 04/26/2024 | 6/27/2025 |
| 6 | Sedgwick Claims Mgmt Serv Inc | Jo-Ann Stores, LLC | Master Service Agreement Dated 06/01/2023 | 6/27/2025 |
| 7 | Sedgwick Claims Mgmt Serv Inc | Jo-Ann Stores, LLC | Service Agreement - Dated 11/06/2016 | 6/27/2025 |
| 8 | Sedgwick Claims Mgmt Service In | Jo-Ann Stores, LLC | Service Agreement - Dated 05/01/2016 | 6/27/2025 |
| 9 | Sedgwick Claims Mgmt Service In | Jo-Ann Stores, LLC | Statement Of Work Dated 02/01/2024 | 6/27/2025 |

---

1  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.