# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | University Hills Plaza, LLC c/o Miller Real Estate Investments, LLC, Attn: Scott Goldammer, Property Mgr., Greenwood Village, CO, 80111 | Jo-Ann Stores, LLC | 2179 | 2580 South Colorado Blvd | February 25, 2010 Lease Agreement between Jo-Ann Stores, LLC and University Hills Plaza, LLC | FF&E | June 27, 2025 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.