**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 1140** |

**CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER APPROVING STIPULATION REGARDING THE PINTEREST ADVERTISING AGREEMENT**

The undersigned counsel to JOANN Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1. By Asset Purchase Agreement dated as of May 23, 2025 (the "APA"), GA Joann Retail Partnership, LLC ("Agent"), in its capacity as agent for the Debtors, agreed to sell, transfer, assign, convey and deliver, or cause to be sold, transferred, assigned, conveyed and delivered, to Creativebug Holdings LLC ("Creativebug") certain of the Debtors' assets (the "Sale"), including a certain Pinterest Advertising Agreement Purchase Order No. 913370, denoted on Schedule 2.1(g) of the APA as "Pinterest", (the "Pinterest Advertising Agreement"). The Sale closed on June 6, 2025.

2. In accordance with the *Twelfth Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases entered by the Court* on June 12,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2025 [Docket No. 1140] (the "Assumption/Assignment Order"), the Pinterest Advertising Agreement Purchase was assumed and assigned to Creativebug effective as of the date of the APA.

3. Notwithstanding the foregoing, Agent, Creativebug, and Pinterest, Inc. ("Pinterest", and together with Creativebug and the Agent, the "Parties") determined to reject the Pinterest Advertising Agreement effective as of May 23, 2025.

4. Accordingly, the Parties have entered into that certain *Stipulation Regarding the Pinterest Advertising Agreement* (the "Stipulation") memorializing their agreement that the Pinterest Advertising Agreement shall be deemed rejected effective as of May 23, 2025 pursuant to the Stipulation.

5. A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

6. A copy of the Stipulation is attached as Exhibit 1 to the Proposed Order.

7. Accordingly, the Parties request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

[*Remainder of this page intentionally left blank.*]

Dated: July 15, 2025
Wilmington, Delaware

*/s/ Jack M. Dougherty*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*