## <u>Exhibit A</u>

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 1140** |

## CONSENT ORDER APPROVING STIPULATION REGARDING
## THE PINTEREST ADVERTISING AGREEMENT

Pursuant to and in accordance with the *Stipulation Regarding the Pinterest Advertising Agreement* (the "Stipulation")[2] attached hereto as **Exhibit 1**, and the United States Bankruptcy Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and with the consent of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defied herein have the meanings ascribed to them in the Stipulation.

Parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Stipulation is hereby approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2.      The Pinterest Advertising Agreement is hereby deemed (a) removed and expunged from Exhibit A to the Assumption/Assignment Order and (b) rejected effective as of May 23, 2025.

3.      Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

## Exhibit 1

### Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 1140** |

**STIPULATION REGARDING THE
PINTEREST ADVERTISING AGREEMENT**

GA Joann Retail Partnership, LLC ("<u>Agent</u>"), in its capacity as agent for the above-captioned debtors-in-possession (collectively, "<u>Debtors</u>"), Pinterest, Inc. ("<u>Counterparty</u>"), and Creativebug Holdings LLC ("<u>Creativebug</u>" and together with Agent, Debtors and Counterparty, collectively, the "<u>Parties</u>"), by and through their undersigned counsel, hereby enter into this stipulation (this "<u>Stipulation</u>") as to the following:

1.      By Asset Purchase Agreement dated as of May 23, 2025 (the "<u>APA</u>"), Agent agreed to sell, transfer, assign, convey and deliver, or cause to be sold, transferred, assigned, conveyed and delivered, to Creativebug certain of the Debtors' assets (the "<u>Sale</u>"), including a certain Pinterest Advertising Agreement Purchase Order No. 913370, denoted on Schedule 2.1(g) of the APA as "Pinterest" (the "<u>Pinterest Advertising Agreement</u>"). The Sale closed on June 6, 2025.

2.      In accordance with the *Twelfth Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases* entered by the Court on June 12,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2025 [Docket No. 1140] (the "<u>Assumption/Assignment Order</u>"), the Pinterest Advertising Agreement Purchase was assumed and assigned to Creativebug effective as of the date of the APA.

3.      Notwithstanding the foregoing, the Parties have determined to terminate the Pinterest Advertising Agreement effective as of May 23, 2025. Toward that end, the Parties agree that the Pinterest Advertising Agreement is hereby deemed (a) removed and expunged from Schedule 2.1(g) of the APA and Exhibit 1 of the Assumption/Assignment Order (and the Pinterest Advertising Agreement is, therefore, not an Assumed Contract or an Acquired Asset, as such terms are defined in the APA), and (b) rejected effective as of May 23, 2025 pursuant to this Stipulation and the consent order approving this Stipulation in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Consent Order</u>"). For the avoidance of doubt, except as expressly set forth herein, the APA and the Assumption/Assignment Order is and shall remain in full force and effect.

4.      The Parties each consent to and seek entry of the Consent Order approving this Stipulation, filed contemporaneously herewith by the Debtors.

[Signatures on the next page]

**AGENT, ON BEHALF OF DEBTORS:**
**GA Joann Retail Partnership, LLC**

By: _/s/ Scott Carpenter_

Name: Scott Carpenter

Title: CEO, GA Joann Retail Partnership, LLC

**COUNTERPARTY:**
**Pinterest, Inc.**

By: _/s/ Gaye Heck_

Name: Gaye Heck

Title: Attorney

**Creativebug Holdings LLC**

By: _/s/ David Saabye_

Name: David Saabye

Title: Chief Executive Officer