**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:** July 31, 2025 at 10:00 a.m. (ET) |
| | ) | **Re: Docket Nos. 760, 823, 847, 851, 859, 876, 930, 945, 995 and 1055** |

**NOTICE OF HEARING ON AMENDED FIRST NOTICE OF
ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACT AND/OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on April 28, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 760] (the "First Assumption Notice") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2025, the Debtors filed the *Third Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 847] (the "Third Assumption Notice") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2025, the Debtors filed the *Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 930] (the "Amended Assumption Notice") with the Court, which corrected the proposed form of order and combined the schedules of the First Assumption Notice and Third Assumption Notice.

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2025, Cotton Mill II, LLC filed its *Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 823] (the "Cotton Mill Objection") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2025, the *Objection of Myrtle Beach Farms Company, Inc. to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 851] (the "Myrtle Beach Farms Objection") was filed with the Court.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2025, the *Objection of DLC Management Corporation to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 859] (the "<u>DLC Management Objection</u>") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 14, 2025, Rayzor Ranch Marketplace Associates, LLC filed its *Objection to Assumption and Assignment of Unexpired Lease for Premises Located at Rayzor Ranch Marketplace in Denton, Texas* [Docket No. 876] (the "<u>Rayzor Ranch Objection</u>") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 21, 2025, the *Amended Objection to Proposed Assumption and Assignment of BV Wolf Creek, LLC Lease to Burlington Coat Factory Warehouse Corporation, and Objection to Proposed Form of Assumption Order* [Docket No. 945] (the "<u>BV Wolf Objection</u>") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 27, 2025, the *Objection and Reservation of Rights of Cahill Road Partners, LLC, J2H 127 Building, LLC, 2075 Ford Parkway, LLC, and EBH 127 Building, LLC to Third Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases and Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 995] (the "<u>Cahill Objection</u>") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 31, 2025, the *Objection and Reservation of Rights of LNN Enterprises, Inc. to Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 1055] (the "<u>LNN Objection,</u>" together with the Cotton Mill Objection, the Myrtle Beach Farms Objection, the DLC Management Objection, the Rayzor Ranch Objection, the BV Wolf Objection and the Cahill Objection, the "<u>Objections</u>") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Objections will be held on <u>**July 31, 2025 at 10:00 a.m. (ET)**</u> **(the "<u>Hearing</u>")** before the Honorable Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

*[Remainder of page intentionally left blank]*

Dated: July 15, 2025
Wilmington, Delaware

*/s/ Jack M. Dougherty*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:  (212) 446-4800 |
| Telephone:    (302) 652-3131 | Facsimile:  (212) 446-4900 |
| Facsimile:    (302) 652-3117 | Email:      joshua.sussberg@kirkland.com |
| Email:       preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
| snewman@coleschotz.com | |
| mfitzpatrick@coleschotz.com | - and - |
| jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | Email:      anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |