## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 1318** |

### NOTICE OF FILING REVISED EXHIBIT TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE)

**PLEASE TAKE NOTICE** that, on June 30, 2025, JOANN Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed the *Debtors' Tenth Omnibus Objection to Certain Claims (Substantive)* [Docket No. 1318] (the "Objection"). Attached thereto as Exhibit A was a proposed form of order (the "Proposed Order") sustaining the relief requested in the Objection.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Order sought to reclassify the claims listed on Exhibit 1 (the "Exhibit") to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised Exhibit (the "Revised Exhibit"), which inserts the associated claim number for the claims listed on the Exhibit.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Revised Exhibit against the Exhibit.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: July 15, 2025
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*

<table>
<tr><td><strong>COLE SCHOTZ P.C.</strong></td><td><strong>KIRKLAND & ELLIS LLP</strong></td></tr>
</table>

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:      (302) 652-3131
Facsimile:      (302) 652-3117
Email:      preilley@coleschotz.com
            snewman@coleschotz.com
            mfitzpatrick@coleschotz.com
            jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email: joshua.sussberg@kirkland.com
            aparna.yenamandra@kirkland.com

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email: anup.sathy@kirkland.com
            jeff.michalik@kirkland.com
            lindsey.blumenthal@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*