## Exhibit A

**Revised Exhibit**

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS, TALONYA<br>ADDRESS ON FILE | 5342 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ADKINS, HEATHER<br>ADDRESS ON FILE | 8135 | Jo-Ann Stores, LLC | 503(b)(9) | $5.03 | Jo-Ann Stores, LLC | Priority | $5.03 |
| | | | Jo-Ann Stores, LLC | Priority | $5.03 | Jo-Ann Stores, LLC | Unsecured | $5.03 |
| | | | | Subtotal | $10.06 | | Subtotal | $10.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ALLABY, MARYANN<br>ADDRESS ON FILE | 5254 | JOANN Inc. | 503(b)(9) | $21.13* | JOANN Inc. | Unsecured | $21.13 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $21.13* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ALLI, ADEOLA<br>ADDRESS ON FILE | 7652 | JOANN Inc. | 503(b)(9) | $19.62* | JOANN Inc. | Unsecured | $19.62 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $19.62* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ANDREINI, STEPHANIE ADDRESS ON FILE | 8750 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ANDREWS, HOWARD ADDRESS ON FILE | 14705 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ARAGON, ROSIE A ADDRESS ON FILE | 14686 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | BAKER, TERRY ANN ADDRESS ON FILE | 10531 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | BORZA, NEVAEH ADDRESS ON FILE | 11369 | JOANN Inc. | 503(b)(9) | $16.43 | JOANN Inc. | Admin | $16.43 |
| | | | JOANN Inc. | Admin | $16.43 | JOANN Inc. | Unsecured | $16.43 |
| | | | | Subtotal | $32.86 | | Subtotal | $32.86 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 10 | BOYLE, ELIZABETH V ADDRESS ON FILE | 14857 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Priority | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Priority | $50.00* | | | |
| | | | | Subtotal | $100.00* | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | BOZIF, JAMIE ADDRESS ON FILE | 6576 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Admin | $20.00 |
| | | | Jo-Ann Stores, LLC | Admin | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | BREWER, KERRY ADDRESS ON FILE | 13977 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Unsecured | $15.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $15.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | BRISCO, RENEE ADDRESS ON FILE | 13469 | JOANN Inc. | 503(b)(9) | $18.63 | JOANN Inc. | Priority | $18.63 |
| | | | JOANN Inc. | Priority | $18.63 | JOANN Inc. | Secured | $18.63 |
| | | | JOANN Inc. | Secured | $18.63 | JOANN Inc. | Unsecured | $18.63 |
| | | | | Subtotal | $55.89 | | Subtotal | $55.89 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | BRUNSON, TERESA A ADDRESS ON FILE | 14724 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | BYRON, JUDY ADDRESS ON FILE | 12451 | Jo-Ann Stores, LLC | 503(b)(9) | $13.82 | Jo-Ann Stores, LLC | Secured | $13.82 |
| | | | Jo-Ann Stores, LLC | Secured | $13.82 | Jo-Ann Stores, LLC | Unsecured | $13.82 |
| | | | | Subtotal | $27.64 | | Subtotal | $27.64 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | CHAMBERLAIN, LISA ADDRESS ON FILE | 10757 | JOANN Inc. | 503(b)(9) | $17.15 | JOANN Inc. | Unsecured | $17.15 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | CHASE, SUZETTE ADDRESS ON FILE | 9595 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | CHAU, NHU ADDRESS ON FILE | 12686 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 19 | CLARK, AMANDA ADDRESS ON FILE | 4979 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 20 | CONKLIN, SHAKITA SHANTA ADDRESS ON FILE | 14697 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 21 | COOPER, JOSHUA ADDRESS ON FILE | 14593 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Priority | $100.00 |
| | | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 22 | COWELL, ALEXANDRA ADDRESS ON FILE | 13800 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | CRATSLEY, ELIZABETH ADDRESS ON FILE | 9198 | JOANN Inc. | 503(b)(9) | $9.31 | JOANN Inc. | Unsecured | $9.31 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | DEITHORN, CLAUDIA J. ADDRESS ON FILE | 2427 | Jo-Ann Stores, LLC | 503(b)(9) | $16.47 | Jo-Ann Stores, LLC | Unsecured | $16.47 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | DICKENS, OLIVIA ADDRESS ON FILE | 3396 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | DIETRICH-HUGHES, KYLE MARIE ADDRESS ON FILE | 7688 | JOANN Inc. | 503(b)(9) | $6.92 | JOANN Inc. | Unsecured | $6.92 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | DINOVO-HATHAWAY, AMY ADDRESS ON FILE | 5953 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 28 | DOLBECK, EMILY ADDRESS ON FILE | 3305 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 | EGGERS, MARILYN ADDRESS ON FILE | 14571 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 30 | FIGUEROA, MADELYN ADDRESS ON FILE | 14790 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 31 | FISHER, JEAN M ADDRESS ON FILE | 13376 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 32 | FLOYD, MICHELLE ADDRESS ON FILE | 4047 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | | MODIFIED | |
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | FREDERICK, JOANNE ADDRESS ON FILE | 10906 | JOANN Inc. | 503(b)(9) | $15.68 | JOANN Inc. | Admin | $15.68 |
| | | | JOANN Inc. | Admin | $15.68 | JOANN Inc. | Secured | $15.68 |
| | | | JOANN Inc. | Secured | $15.68 | JOANN Inc. | Unsecured | $15.68 |
| | | | | Subtotal | $47.04 | | Subtotal | $47.04 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 | GARCIA, CHELSEA ADDRESS ON FILE | 12927 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 35 | GIESBRECHT, NICKI ADDRESS ON FILE | 7985 | JOANN Inc. | 503(b)(9) | $11.93 | JOANN Inc. | Unsecured | $11.93 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 36 | GILLIS, BRIDGIT ADDRESS ON FILE | 2267 | JOANN Inc. | 503(b)(9) | $15.88 | JOANN Inc. | Unsecured | $15.88 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 37 | GRAMINS, COLETTE ADDRESS ON FILE | 4605 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | | MODIFIED | |
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | GUPTA, ARTI ADDRESS ON FILE | 12445 | Jo-Ann Stores, LLC | 503(b)(9) | $8.00 | Jo-Ann Stores, LLC | Unsecured | $8.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | HALEY, JESSIE ADDRESS ON FILE | 11140 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | HALL, JAMES EDWARD ADDRESS ON FILE | 14778 | JOANN Inc. | 503(b)(9) | $37.07 | JOANN Inc. | Admin | $37.07 |
| | | | JOANN Inc. | Admin | $37.07 | JOANN Inc. | Priority | $37.07 |
| | | | JOANN Inc. | Priority | $37.07 | JOANN Inc. | Unsecured | $37.07 |
| | | | | Subtotal | $111.21 | | Subtotal | $111.21 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | HOLAN, TRICIA JILL ADDRESS ON FILE | 11146 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | HOPKINS, NANCY LEE ADDRESS ON FILE | 12864 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 43 | HUBBARD, JEANNIE MARIE ADDRESS ON FILE | 1440 | Jo-Ann Stores, LLC | 503(b)(9) | $10.48 | Jo-Ann Stores, LLC | Secured | $10.48 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Secured | $10.48 | Jo-Ann Stores, LLC | Unsecured | $10.48 |
| | | | | Subtotal | $20.96 | | Subtotal | $20.96 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 44 | HUBBARD, LISA ADDRESS ON FILE | 8884 | Jo-Ann Stores, LLC | 503(b)(9) | $15.00 | Jo-Ann Stores, LLC | Unsecured | $15.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 45 | HUJA, CHRISTIN ADDRESS ON FILE | 12111 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 46 | JOHNSON, MELODY LYNN ADDRESS ON FILE | 1939 | JOANN Inc. | 503(b)(9) | $6.00 | JOANN Inc. | Unsecured | $6.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | JONES, ERNA ADDRESS ON FILE | 9788 | JOANN Inc. | 503(b)(9) | $6.06 | JOANN Inc. | Unsecured | $6.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 48 | KASS, CHRISTINE ADDRESS ON FILE | 7191 | JOANN Inc. | 503(b)(9) | $20.19 | JOANN Inc. | Priority | $20.19 |
| | | | JOANN Inc. | Priority | $20.19 | JOANN Inc. | Unsecured | $20.19 |
| | | | | Subtotal | $40.38 | | Subtotal | $40.38 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 49 | KIESTER, KATHLEEN M ADDRESS ON FILE | 14102 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $40.00 | | Subtotal | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 50 | KOELLER, DEBORAH A. KLEEGER ADDRESS ON FILE | 11114 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 51 | KRAUSS, JEANNE ADDRESS ON FILE | 3321 | joann.com, LLC | 503(b)(9) | $10.00 | joann.com, LLC | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | LABARGE, NICOLE RENEE ADDRESS ON FILE | 6910 | joann.com, LLC | 503(b)(9) | $10.53 | joann.com, LLC | Secured | $10.53 |
| | | | joann.com, LLC | Secured | $10.53 | joann.com, LLC | Unsecured | $10.53 |
| | | | | Subtotal | $21.06 | | Subtotal | $21.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53 | LEE, CRYSTAL ADDRESS ON FILE | 4816 | Jo-Ann Stores, LLC | 503(b)(9) | $20.70 | Jo-Ann Stores, LLC | Unsecured | $20.70 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | MARTINEZ, ADRIANA ADDRESS ON FILE | 2437 | Jo-Ann Stores, LLC | 503(b)(9) | $7.98* | Jo-Ann Stores, LLC | Admin | $15.96 |
| | | | Jo-Ann Stores, LLC | Admin | $15.96* | Jo-Ann Stores, LLC | Unsecured | $7.98 |
| | | | Jo-Ann Stores, LLC | Secured | Undetermined* | | Subtotal | $23.94 |
| | | | | Subtotal | $23.94* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | MAYNARD, KIM ADDRESS ON FILE | 4004 | Jo-Ann Stores, LLC | 503(b)(9) | $20.74 | Jo-Ann Stores, LLC | Unsecured | $20.74 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | MILLER, MARGARET L ADDRESS ON FILE | 3203 | Jo-Ann Stores, LLC | 503(b)(9) | $23.45 | Jo-Ann Stores, LLC | Unsecured | $23.45 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 57 | MITCHELL, MICHELE ADDRESS ON FILE | 3661 | JOANN Inc. | 503(b)(9) | $7.00 | JOANN Inc. | Unsecured | $7.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 58 | MORRISON, LORI ADDRESS ON FILE | 11129 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 59 | MULLEN, TAMMY M. ADDRESS ON FILE | 5692 | JOANN Inc. | 503(b)(9) | $8.72 | JOANN Inc. | Unsecured | $8.72 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | NGUYEN, DIEP ADDRESS ON FILE | 14059 | Jo-Ann Stores, LLC | 503(b)(9) | $18.00 | Jo-Ann Stores, LLC | Unsecured | $18.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 61 | NORRIS, CHERYL ADDRESS ON FILE | 14388 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 62 | NOYES, SHERRIANNE MARIE ADDRESS ON FILE | 7252 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63 | ORTEGA, MARIA R ADDRESS ON FILE | 3474 | JOANN Inc. | 503(b)(9) | $18.79 | JOANN Inc. | Unsecured | $18.79 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 64 | PECK STEVENS, JACKIE ADDRESS ON FILE | 14688 | Jo-Ann Stores, LLC | 503(b)(9) | $76.12 | Jo-Ann Stores, LLC | Unsecured | $76.12 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 65 | PERDUE, LAURA ADDRESS ON FILE | 11764 | Jo-Ann Stores, LLC | 503(b)(9) | $22.83 | Jo-Ann Stores, LLC | Unsecured | $22.83 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 66 | PERKINS, AMANDA ADDRESS ON FILE | 5184 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 67 | PINK LIGHT DESIGN, LCC 2943 N CERRITOS ROAD PALM SPRINGS, CA 92262 | 14418 | JOANN Inc. | 503(b)(9) | $10,550.00 | JOANN Inc. | Unsecured | $10,550.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 68 | POLSI, RACHEL ADDRESS ON FILE | 5012 | JOANN Inc. | 503(b)(9) | $23.32 | JOANN Inc. | Unsecured | $23.32 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 69 | PRICE, HELEN ADDRESS ON FILE | 3276 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 70 | PUERZER, CLARE J ADDRESS ON FILE | 8161 | Jo-Ann Stores, LLC | 503(b)(9) | $10.00 | Jo-Ann Stores, LLC | Unsecured | $10.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 71 | RICKEY, ALEXANDER GRANT ADDRESS ON FILE | 13402 | Jo-Ann Stores, LLC | 503(b)(9) | $12.27 | Jo-Ann Stores, LLC | Unsecured | $12.27 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 72 | ROBINSON, MARLENE ADDRESS ON FILE | 14549 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 73 | ROYAL TALENS NORTH AMERICA, INC 30 INDUSTRIAL DRIVE NORTHAMPTON, MA 01060 | 14615 | Jo-Ann Stores, LLC | 503(b)(9) | $575.42 | Jo-Ann Stores, LLC | Unsecured | $1,570.53 |
| | | | Jo-Ann Stores, LLC | Unsecured | $995.11 | | | |
| | | | | Subtotal | $1,570.53 | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 74 | RUDOLPH, KATHLEEN ADDRESS ON FILE | 14599 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 75 | SANTOS, YAJAIRA E ADDRESS ON FILE | 14524 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Admin | $25.00 |
| | | | JOANN Inc. | Admin | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | | Subtotal | $50.00* | | Subtotal | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 76 | SHEAFFER, KAREN J ADDRESS ON FILE | 7357 | Jo-Ann Stores, LLC | 503(b)(9) | $12.70 | Jo-Ann Stores, LLC | Secured | $12.70 |
| | | | Jo-Ann Stores, LLC | Secured | $12.70 | Jo-Ann Stores, LLC | Unsecured | $25.40 |
| | | | Jo-Ann Stores, LLC | Unsecured | $12.70 | | | |
| | | | | Subtotal | $38.10 | | Subtotal | $38.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 77 | SPAGNUOLO, NICOLE ADDRESS ON FILE | 2059 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 78 | STORWICK-STAFFORD, TRACY RENEE ADDRESS ON FILE | 2604 | JOANN Inc. | 503(b)(9) | $21.88* | JOANN Inc. | Unsecured | $21.88 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $21.88* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 79 | STRAWN, MACKENZIE ADDRESS ON FILE | 6685 | Jo-Ann Stores, LLC | 503(b)(9) | $19.10 | Jo-Ann Stores, LLC | Unsecured | $19.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 80 | SULLIVAN, JENNIFER ADDRESS ON FILE | 14354 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | SWEASY, JOYCE ADDRESS ON FILE | 12725 | JOANN Inc. | 503(b)(9) | $7.59 | JOANN Inc. | Unsecured | $7.59 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82 | TERRELL, AMBER ADDRESS ON FILE | 5965 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $40.00 | | Subtotal | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 83 | THOMPSON, MORGAN ADDRESS ON FILE | 5928 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Secured | $15.00 |
| | | | JOANN Inc. | Priority | Undetermined* | JOANN Inc. | Unsecured | $15.00 |
| | | | JOANN Inc. | Secured | $15.00* | | | |
| | | | | Subtotal | $30.00* | | Subtotal | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 84 | TRUSKOWSKI, CHRISTINA ADDRESS ON FILE | 10158 | Jo-Ann Stores, LLC | 503(b)(9) | $8.43 | Jo-Ann Stores, LLC | Unsecured | $8.43 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 85 | VAN GEENHOVEN, HIVER RICARDO CHRISTIAN ADDRESS ON FILE | 14628 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 86 | VAN WAGNER, CINDY ADDRESS ON FILE | 646 | JOANN Inc. | 503(b)(9) | $12.35 | JOANN Inc. | Priority | $12.35 |
| | | | JOANN Inc. | Priority | $12.35 | JOANN Inc. | Secured | $12.35 |
| | | | JOANN Inc. | Secured | $12.35 | JOANN Inc. | Unsecured | $12.35 |
| | | | | Subtotal | $37.05 | | Subtotal | $37.05 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | VASSEUR, CONNIE ANN ADDRESS ON FILE | 14844 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 88 | VAZQUEZ, FRANCES D ADDRESS ON FILE | 14758 | Jo-Ann Stores, LLC | 503(b)(9) | $21.31 | Jo-Ann Stores, LLC | Unsecured | $21.31 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 89 | VOGT, VERONICA ADDRESS ON FILE | 4679 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 90 | WARNES, SHELBIE ADDRESS ON FILE | 5129 | JOANN Inc. | 503(b)(9) | $14.48 | JOANN Inc. | Unsecured | $14.48 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 91 | WEAR, NANCY CATHERINE ADDRESS ON FILE | 14901 | JOANN Holdings 1, LLC | 503(b)(9) | $100.00 | JOANN Holdings 1, LLC | Priority | $100.00 |
| | | | JOANN Holdings 1, LLC | Priority | $100.00 | JOANN Holdings 1, LLC | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

## Tenth Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 92 | WILEY, JULIE ADDRESS ON FILE | 7468 | Jo-Ann Stores, LLC | 503(b)(9) | $22.61 | Jo-Ann Stores, LLC | Unsecured | $22.61 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 93 | WILLIAMS, MAYA NICOLE ADDRESS ON FILE | 7201 | JOANN Inc. | 503(b)(9) | $17.40 | JOANN Inc. | Unsecured | $17.40 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 94 | WILLIAMS, TINA KATHLEEN ADDRESS ON FILE | 13278 | JOANN Inc. | 503(b)(9) | $13.98 | JOANN Inc. | Unsecured | $13.98 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 95 | WOOD, DEMETRAH ADDRESS ON FILE | 13165 | JOANN Inc. | 503(b)(9) | $67.00* | JOANN Inc. | Unsecured | $67.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $67.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 96 | WOODARD, LYNN ADDRESS ON FILE | 10967 | Jo-Ann Stores, LLC | 503(b)(9) | $8.95 | Jo-Ann Stores, LLC | Unsecured | $8.95 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 97 | XAVIER, JILL ADDRESS ON FILE | 14096 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 98 | YENDRZESKI, DEBORAH ADDRESS ON FILE | 5685 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 99 | ZEIGLER, JANICE ADDRESS ON FILE | 14573 | JOANN Inc. | 503(b)(9) | $28.54 | JOANN Inc. | Unsecured | $28.54 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 100 | ZYBERT, LYN ADDRESS ON FILE | 6482 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.