**Exhibit B**

**Redline**

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ADAMS, TALONYA ADDRESS ON FILE | 5342 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | ADKINS, HEATHER ADDRESS ON FILE | 8135 | Jo-Ann Stores, LLC | 503(b)(9) | $5.03 | Jo-Ann Stores, LLC | Priority | $5.03 |
| | | | Jo-Ann Stores, LLC | Priority | $5.03 | Jo-Ann Stores, LLC | Unsecured | $5.03 |
| | | | | Subtotal | $10.06 | | Subtotal | $10.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | ALLABY, MARYANN ADDRESS ON FILE | 5254 | JOANN Inc. | 503(b)(9) | $21.13* | JOANN Inc. | Unsecured | $21.13 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $21.13* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | ALLI, ADEOLA ADDRESS ON FILE | 7652 | JOANN Inc. | 503(b)(9) | $19.62* | JOANN Inc. | Unsecured | $19.62 |
| | | | JOANN Inc. | Admin | Undetermined* | | | |
| | | | | Subtotal | $19.62* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ANDREINI, STEPHANIE ADDRESS ON FILE | 8750 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ANDREWS, HOWARD ADDRESS ON FILE | 14705 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ARAGON, ROSIE A ADDRESS ON FILE | 14686 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | BAKER, TERRY ANN ADDRESS ON FILE | 10531 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | BORZA, NEVAEH ADDRESS ON FILE | 11369 | JOANN Inc. | 503(b)(9) | $16.43 | JOANN Inc. | Admin | $16.43 |
| | | | JOANN Inc. | Admin | $16.43 | JOANN Inc. | Unsecured | $16.43 |
| | | | | Subtotal | $32.86 | | Subtotal | $32.86 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc., Case No. 25-10068

## Tenth Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | BOYLE, ELIZABETH V ADDRESS ON FILE | 14857 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Priority | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Priority | $50.00* | | | |
| | | | | Subtotal | $100.00* | | Subtotal | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | BOZIF, JAMIE ADDRESS ON FILE | 6576 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Admin | $20.00 |
| | | | Jo-Ann Stores, LLC | Admin | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | BREWER, KERRY ADDRESS ON FILE | 13977 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Unsecured | $15.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $15.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | BRISCO, RENEE ADDRESS ON FILE | 13469 | JOANN Inc. | 503(b)(9) | $18.63 | JOANN Inc. | Priority | $18.63 |
| | | | JOANN Inc. | Priority | $18.63 | JOANN Inc. | Secured | $18.63 |
| | | | JOANN Inc. | Secured | $18.63 | JOANN Inc. | Unsecured | $18.63 |
| | | | | Subtotal | $55.89 | | Subtotal | $55.89 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | BRUNSON, TERESA A ADDRESS ON FILE | 14724 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | BYRON, JUDY ADDRESS ON FILE | 12451 | Jo-Ann Stores, LLC | 503(b)(9) | $13.82 | Jo-Ann Stores, LLC | Secured | $13.82 |
| | | | Jo-Ann Stores, LLC | Secured | $13.82 | Jo-Ann Stores, LLC | Unsecured | $13.82 |
| | | | | Subtotal | $27.64 | | Subtotal | $27.64 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | CHAMBERLAIN, LISA ADDRESS ON FILE | 10757 | JOANN Inc. | 503(b)(9) | $17.15 | JOANN Inc. | Unsecured | $17.15 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | CHASE, SUZETTE ADDRESS ON FILE | 9595 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | CHAU, NHU ADDRESS ON FILE | 12686 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 19 | CLARK, AMANDA ADDRESS ON FILE | 4979 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 20 | CONKLIN, SHAKITA SHANTA ADDRESS ON FILE | 14697 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 21 | COOPER, JOSHUA ADDRESS ON FILE | 14593 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Priority | $100.00 |
| | | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 22 | COWELL, ALEXANDRA ADDRESS ON FILE | 13800 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 23 | CRATSLEY, ELIZABETH ADDRESS ON FILE | 9198 | JOANN Inc. | 503(b)(9) | $9.31 | JOANN Inc. | Unsecured | $9.31 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 | DEITHORN, CLAUDIA J. ADDRESS ON FILE | 2427 | Jo-Ann Stores, LLC | 503(b)(9) | $16.47 | Jo-Ann Stores, LLC | Unsecured | $16.47 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 | DICKENS, OLIVIA ADDRESS ON FILE | 3396 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 26 | DIETRICH-HUGHES, KYLE MARIE ADDRESS ON FILE | 7688 | JOANN Inc. | 503(b)(9) | $6.92 | JOANN Inc. | Unsecured | $6.92 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 | DINOVO-HATHAWAY, AMY ADDRESS ON FILE | 5953 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 28 | DOLBECK, EMILY ADDRESS ON FILE | 3305 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | EGGERS, MARILYN ADDRESS ON FILE | 14571 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | FIGUEROA, MADELYN ADDRESS ON FILE | 14790 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | FISHER, JEAN M ADDRESS ON FILE | 13376 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | FLOYD, MICHELLE ADDRESS ON FILE | 4047 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | FREDERICK, JOANNE ADDRESS ON FILE | 10906 | JOANN Inc. | 503(b)(9) | $15.68 | JOANN Inc. | Admin | $15.68 |
| | | | JOANN Inc. | Admin | $15.68 | JOANN Inc. | Secured | $15.68 |
| | | | JOANN Inc. | Secured | $15.68 | JOANN Inc. | Unsecured | $15.68 |
| | | | | Subtotal | $47.04 | | Subtotal | $47.04 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 34 | GARCIA, CHELSEA ADDRESS ON FILE | 12927 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 35 | GIESBRECHT, NICKI ADDRESS ON FILE | 7985 | JOANN Inc. | 503(b)(9) | $11.93 | JOANN Inc. | Unsecured | $11.93 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 36 | GILLIS, BRIDGIT ADDRESS ON FILE | 2267 | JOANN Inc. | 503(b)(9) | $15.88 | JOANN Inc. | Unsecured | $15.88 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 37 | GRAMINS, COLETTE ADDRESS ON FILE | 4605 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 38 | GUPTA, ARTI ADDRESS ON FILE | 12445 | Jo-Ann Stores, LLC | 503(b)(9) | $8.00 | Jo-Ann Stores, LLC | Unsecured | $8.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 39 | HALEY, JESSIE ADDRESS ON FILE | 11140 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 40 | HALL, JAMES EDWARD ADDRESS ON FILE | 14778 | JOANN Inc. | 503(b)(9) | $37.07 | JOANN Inc. | Admin | $37.07 |
| | | | JOANN Inc. | Admin | $37.07 | JOANN Inc. | Priority | $37.07 |
| | | | JOANN Inc. | Priority | $37.07 | JOANN Inc. | Unsecured | $37.07 |
| | | | | Subtotal | $111.21 | | Subtotal | $111.21 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 41 | HOLAN, TRICIA JILL ADDRESS ON FILE | 11146 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 42 | HOPKINS, NANCY LEE ADDRESS ON FILE | 12864 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 43 | HUBBARD, JEANNIE MARIE ADDRESS ON FILE | 1440 | Jo-Ann Stores, LLC | 503(b)(9) | $10.48 | Jo-Ann Stores, LLC | Secured | $10.48 |
| | | | Jo-Ann Stores, LLC | Secured | $10.48 | Jo-Ann Stores, LLC | Unsecured | $10.48 |
| | | | | Subtotal | $20.96 | | Subtotal | $20.96 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 44 | HUBBARD, LISA ADDRESS ON FILE | 8884 | Jo-Ann Stores, LLC | 503(b)(9) | $15.00 | Jo-Ann Stores, LLC | Unsecured | $15.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 45 | HUJA, CHRISTIN ADDRESS ON FILE | 12111 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 46 | JOHNSON, MELODY LYNN ADDRESS ON FILE | 1939 | JOANN Inc. | 503(b)(9) | $6.00 | JOANN Inc. | Unsecured | $6.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 47 | JONES, ERNA ADDRESS ON FILE | 9788 | JOANN Inc. | 503(b)(9) | $6.06 | JOANN Inc. | Unsecured | $6.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 48 | KASS, CHRISTINE ADDRESS ON FILE | 7191 | JOANN Inc. | 503(b)(9) | $20.19 | JOANN Inc. | Priority | $20.19 |
| | | | JOANN Inc. | Priority | $20.19 | JOANN Inc. | Unsecured | $20.19 |
| | | | | Subtotal | $40.38 | | Subtotal | $40.38 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 49 | KIESTER, KATHLEEN M ADDRESS ON FILE | 14102 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $40.00 | | Subtotal | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 50 | KOELLER, DEBORAH A. KLEEGER ADDRESS ON FILE | 11114 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 51 | KRAUSS, JEANNE ADDRESS ON FILE | 3321 | joann.com, LLC | 503(b)(9) | $10.00 | joann.com, LLC | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 52 | LABARGE, NICOLE RENEE ADDRESS ON FILE | 6910 | joann.com, LLC | 503(b)(9) | $10.53 | joann.com, LLC | Secured | $10.53 |
| | | | joann.com, LLC | Secured | $10.53 | joann.com, LLC | Unsecured | $10.53 |
| | | | | Subtotal | $21.06 | | Subtotal | $21.06 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 53 | LEE, CRYSTAL ADDRESS ON FILE | 4816 | Jo-Ann Stores, LLC | 503(b)(9) | $20.70 | Jo-Ann Stores, LLC | Unsecured | $20.70 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 54 | MARTINEZ, ADRIANA ADDRESS ON FILE | 2437 | Jo-Ann Stores, LLC | 503(b)(9) | $7.98* | Jo-Ann Stores, LLC | Admin | $15.96 |
| | | | Jo-Ann Stores, LLC | Admin | $15.96* | Jo-Ann Stores, LLC | Unsecured | $7.98 |
| | | | Jo-Ann Stores, LLC | Secured | Undetermined* | | Subtotal | $23.94 |
| | | | | Subtotal | $23.94* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 55 | MAYNARD, KIM ADDRESS ON FILE | 4004 | Jo-Ann Stores, LLC | 503(b)(9) | $20.74 | Jo-Ann Stores, LLC | Unsecured | $20.74 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 | MILLER, MARGARET L ADDRESS ON FILE | 3203 | Jo-Ann Stores, LLC | 503(b)(9) | $23.45 | Jo-Ann Stores, LLC | Unsecured | $23.45 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 57 | MITCHELL, MICHELE ADDRESS ON FILE | 3661 | JOANN Inc. | 503(b)(9) | $7.00 | JOANN Inc. | Unsecured | $7.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 58 | MORRISON, LORI ADDRESS ON FILE | 11129 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 59 | MULLEN, TAMMY M. ADDRESS ON FILE | 5692 | JOANN Inc. | 503(b)(9) | $8.72 | JOANN Inc. | Unsecured | $8.72 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 60 | NGUYEN, DIEP ADDRESS ON FILE | 14059 | Jo-Ann Stores, LLC | 503(b)(9) | $18.00 | Jo-Ann Stores, LLC | Unsecured | $18.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 61 | NORRIS, CHERYL ADDRESS ON FILE | 14388 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 62 | NOYES, SHERRIANNE MARIE ADDRESS ON FILE | 7252 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 63 | ORTEGA, MARIA R ADDRESS ON FILE | 3474 | JOANN Inc. | 503(b)(9) | $18.79 | JOANN Inc. | Unsecured | $18.79 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 64 | PECK STEVENS, JACKIE ADDRESS ON FILE | 14688 | Jo-Ann Stores, LLC | 503(b)(9) | $76.12 | Jo-Ann Stores, LLC | Unsecured | $76.12 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 65 | PERDUE, LAURA ADDRESS ON FILE | 11764 | Jo-Ann Stores, LLC | 503(b)(9) | $22.83 | Jo-Ann Stores, LLC | Unsecured | $22.83 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66 | PERKINS, AMANDA ADDRESS ON FILE | 5184 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 67 | PINK LIGHT DESIGN, LCC 2943 N CERRITOS ROAD PALM SPRINGS, CA 92262 | 14418 | JOANN Inc. | 503(b)(9) | $10,550.00 | JOANN Inc. | Unsecured | $10,550.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 68 | POLSI, RACHEL ADDRESS ON FILE | 5012 | JOANN Inc. | 503(b)(9) | $23.32 | JOANN Inc. | Unsecured | $23.32 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 69 | PRICE, HELEN ADDRESS ON FILE | 3276 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 70 | PUERZER, CLARE J ADDRESS ON FILE | 8161 | Jo-Ann Stores, LLC | 503(b)(9) | $10.00 | Jo-Ann Stores, LLC | Unsecured | $10.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 71 | RICKEY, ALEXANDER GRANT ADDRESS ON FILE | 13402 | Jo-Ann Stores, LLC | 503(b)(9) | $12.27 | Jo-Ann Stores, LLC | Unsecured | $12.27 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 72 | ROBINSON, MARLENE ADDRESS ON FILE | 14549 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 73 | ROYAL TALENS NORTH AMERICA, INC 30 INDUSTRIAL DRIVE NORTHAMPTON, MA 01060 | 14615 | Jo-Ann Stores, LLC | 503(b)(9) | $575.42 | Jo-Ann Stores, LLC | Unsecured | $1,570.53 |
| | | | Jo-Ann Stores, LLC | Unsecured | $995.11 | | | |
| | | | | Subtotal | $1,570.53 | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 74 | RUDOLPH, KATHLEEN ADDRESS ON FILE | 14599 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | | | Subtotal | $50.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 75 | SANTOS, YAJAIRA E ADDRESS ON FILE | 14524 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Admin | $25.00 |
| | | | JOANN Inc. | Admin | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | | Subtotal | $50.00* | | Subtotal | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 76 | SHEAFFER, KAREN J ADDRESS ON FILE | 7357 | Jo-Ann Stores, LLC | 503(b)(9) | $12.70 | Jo-Ann Stores, LLC | Secured | $12.70 |
|---|---|---|---|---|---|---|---|---|
| | | | Jo-Ann Stores, LLC | Secured | $12.70 | Jo-Ann Stores, LLC | Unsecured | $25.40 |
| | | | Jo-Ann Stores, LLC | Unsecured | $12.70 | | | |
| | | | | Subtotal | $38.10 | | Subtotal | $38.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 77 | SPAGNUOLO, NICOLE ADDRESS ON FILE | 2059 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
|---|---|---|---|---|---|---|---|---|

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 78 | STORWICK-STAFFORD, TRACY RENEE ADDRESS ON FILE | 2604 | JOANN Inc. | 503(b)(9) | $21.88* | JOANN Inc. | Unsecured | $21.88 |
|---|---|---|---|---|---|---|---|---|
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $21.88* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

17

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 79 | STRAWN, MACKENZIE ADDRESS ON FILE | 6685 | Jo-Ann Stores, LLC | 503(b)(9) | $19.10 | Jo-Ann Stores, LLC | Unsecured | $19.10 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 80 | SULLIVAN, JENNIFER ADDRESS ON FILE | 14354 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 81 | SWEASY, JOYCE ADDRESS ON FILE | 12725 | JOANN Inc. | 503(b)(9) | $7.59 | JOANN Inc. | Unsecured | $7.59 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 82 | TERRELL, AMBER ADDRESS ON FILE | 5965 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $40.00 | | Subtotal | $40.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection

Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 83 | THOMPSON, MORGAN ADDRESS ON FILE | 5928 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Secured | $15.00 |
| | | | JOANN Inc. | Priority | Undetermined* | JOANN Inc. | Unsecured | $15.00 |
| | | | JOANN Inc. | Secured | $15.00* | | | |
| | | | | Subtotal | $30.00* | | Subtotal | $30.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 84 | TRUSKOWSKI, CHRISTINA ADDRESS ON FILE | 10158 | Jo-Ann Stores, LLC | 503(b)(9) | $8.43 | Jo-Ann Stores, LLC | Unsecured | $8.43 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 85 | VAN GEENHOVEN, HIVER RICARDO CHRISTIAN ADDRESS ON FILE | 14628 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 86 | VAN WAGNER, CINDY ADDRESS ON FILE | 646 | JOANN Inc. | 503(b)(9) | $12.35 | JOANN Inc. | Priority | $12.35 |
| | | | JOANN Inc. | Priority | $12.35 | JOANN Inc. | Secured | $12.35 |
| | | | JOANN Inc. | Secured | $12.35 | JOANN Inc. | Unsecured | $12.35 |
| | | | | Subtotal | $37.05 | | Subtotal | $37.05 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | VASSEUR, CONNIE ANN ADDRESS ON FILE | 14844 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 88 | VAZQUEZ, FRANCES D ADDRESS ON FILE | 14758 | Jo-Ann Stores, LLC | 503(b)(9) | $21.31 | Jo-Ann Stores, LLC | Unsecured | $21.31 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 89 | VOGT, VERONICA ADDRESS ON FILE | 4679 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 90 | WARNES, SHELBIE ADDRESS ON FILE | 5129 | JOANN Inc. | 503(b)(9) | $14.48 | JOANN Inc. | Unsecured | $14.48 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 91 | WEAR, NANCY CATHERINE ADDRESS ON FILE | 14901 | JOANN Holdings 1, LLC | 503(b)(9) | $100.00 | JOANN Holdings 1, LLC | Priority | $100.00 |
| | | | JOANN Holdings 1, LLC | Priority | $100.00 | JOANN Holdings 1, LLC | Unsecured | $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068

Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 92 | WILEY, JULIE ADDRESS ON FILE | 7468 | Jo-Ann Stores, LLC | 503(b)(9) | $22.61 | Jo-Ann Stores, LLC | Unsecured | $22.61 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 93 | WILLIAMS, MAYA NICOLE ADDRESS ON FILE | 7201 | JOANN Inc. | 503(b)(9) | $17.40 | JOANN Inc. | Unsecured | $17.40 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 94 | WILLIAMS, TINA KATHLEEN ADDRESS ON FILE | 13278 | JOANN Inc. | 503(b)(9) | $13.98 | JOANN Inc. | Unsecured | $13.98 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 95 | WOOD, DEMETRAH ADDRESS ON FILE | 13165 | JOANN Inc. | 503(b)(9) | $67.00* | JOANN Inc. | Unsecured | $67.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $67.00* | | | |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 96 | WOODARD, LYNN ADDRESS ON FILE | 10967 | Jo-Ann Stores, LLC | 503(b)(9) | $8.95 | Jo-Ann Stores, LLC | Unsecured | $8.95 |

Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 97 | XAVIER, JILL ADDRESS ON FILE | 14096 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 | YENDRZESKI, DEBORAH ADDRESS ON FILE | 5685 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 | ZEIGLER, JANICE ADDRESS ON FILE | 14573 | JOANN Inc. | 503(b)(9) | $28.54 | JOANN Inc. | Unsecured | $28.54 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 100 | ZYBERT, LYN ADDRESS ON FILE | 6482 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts