**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1140** |

**STIPULATION REGARDING THE
PINTEREST ADVERTISING AGREEMENT**

GA Joann Retail Partnership, LLC ("Agent"), in its capacity as agent for the above-captioned debtors-in-possession (collectively, "Debtors"), Pinterest, Inc. ("Counterparty"), and Creativebug Holdings LLC ("Creativebug" and together with Agent, Debtors and Counterparty, collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation") as to the following:

1. By Asset Purchase Agreement dated as of May 23, 2025 (the "APA"), Agent agreed to sell, transfer, assign, convey and deliver, or cause to be sold, transferred, assigned, conveyed and delivered, to Creativebug certain of the Debtors' assets (the "Sale"), including a certain Pinterest Advertising Agreement Purchase Order No. 913370, denoted on Schedule 2.1(g) of the APA as "Pinterest" (the "Pinterest Advertising Agreement"). The Sale closed on June 6, 2025.

2. In accordance with the *Twelfth Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases* entered by the Court on June 12,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

-2-

2025 [Docket No. 1140] (the "Assumption/Assignment Order"), the Pinterest Advertising Agreement Purchase was assumed and assigned to Creativebug effective as of the date of the APA.

3. Notwithstanding the foregoing, the Parties have determined to terminate the Pinterest Advertising Agreement effective as of May 23, 2025. Toward that end, the Parties agree that the Pinterest Advertising Agreement is hereby deemed (a) removed and expunged from Schedule 2.1(g) of the APA and Exhibit 1 of the Assumption/Assignment Order (and the Pinterest Advertising Agreement is, therefore, not an Assumed Contract or an Acquired Asset, as such terms are defined in the APA), and (b) rejected effective as of May 23, 2025 pursuant to this Stipulation and the consent order approving this Stipulation in the form attached hereto as **Exhibit A** (the "Consent Order"). For the avoidance of doubt, except as expressly set forth herein, the APA and the Assumption/Assignment Order is and shall remain in full force and effect.

4. The Parties each consent to and seek entry of the Consent Order approving this Stipulation, filed contemporaneously herewith by the Debtors.

[Signatures on the next page]

-3-

**AGENT, ON BEHALF OF DEBTORS:**
**GA Joann Retail Partnership, LLC**

By: /s/ *Scott Carpenter*

Name: Scott Carpenter

Title: CEO, GA Joann Retail Partnership, LLC

**COUNTERPARTY:**
**Pinterest, Inc.**

By: /s/ *Gaye Heck*

Name: Gaye Heck

Title: Attorney

**Creativebug Holdings LLC**

By: /s/ *David Saabye*

Name: David Saabye

Title: Chief Executive Officer