## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Obj. Deadline: August 6, 2025 at 4:00 p.m. (ET)** |

### SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 4, 2025, effective as of January 15, 2025 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 through June 30, 2025 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $35,383.37 (of which Kroll seeks payment of 80% or $28,306.70) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$28,306.70** |

This is a: ___X___ monthly _____ final application.

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

### Prior Interim Application

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 5/16/25 ECF No. 919 | 1/15/25-3/31/25 | $4,719.19 | $0.00 | $4,719.19 | $0.00 |

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 3/21/25 ECF No. 620 | 1/15/25-2/28/25 | $4,719.19 | $0.00 | $4,719.19 | $0.00 | N/A |
| 5/16/25 ECF No. 915 | 3/1/25-4/30/25 | $2,853.87 (payment of 80% or $2,283.10) | $0.00 | $2,283.10 (80% of $2,853.87) | $0.00 | $570.77 |
| 6/13/25 ECF No. 1158 | 5/1/25-5/31/25 | $7,448.97 (payment of 80% or $5,959.18) | $0.00 | $5,959.18 (80% of $7,448.97) | $0.00 | $1,489.79 |

### Summary of Hours Billed by Kroll Employees During the Fee Period

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 0.30 | $275.00 | $82.50 |
| Johnson, Craig | Director of Solicitation | 1.00 | $250.00 | $250.00 |
| Kesler, Stanislav | Director of Solicitation | 0.20 | $250.00 | $50.00 |
| Orchowski, Alex T | Director of Solicitation | 18.10 | $250.00 | $4,525.00 |
| Imani, Roya | Director | 2.00 | $245.00 | $490.00 |
| Jaffar, Amrita C | Director | 3.60 | $245.00 | $882.00 |
| Gache, Jean | Solicitation Consultant | 22.50 | $225.00 | $5,062.50 |
| Brown, Mark M | Solicitation Consultant | 4.60 | $225.00 | $1,035.00 |
| Crowell, Messiah L | Senior Consultant | 39.90 | $225.00 | $8,977.50 |
| Greeley, Emma | Senior Consultant | 0.60 | $225.00 | $135.00 |
| Liu, Calvin L | Senior Consultant | 0.50 | $225.00 | $112.50 |
| Khan, Areej | Senior Consultant | 0.70 | $195.00 | $136.50 |
| Scully, Nickesha C | Senior Consultant | 4.00 | $195.00 | $780.00 |
| Chan, Theresa | Consultant | 12.10 | $180.00 | $2,178.00 |
| Gorina, Anastasia | Consultant | 1.80 | $180.00 | $324.00 |

| | | | | |
|---|---|---|---|---|
| Kouskorskaya, Yaroslava | Consultant | 4.60 | $180.00 | $828.00 |
| Markesinis, Ioannis | Consultant | 1.00 | $180.00 | $180.00 |
| Pagan, Chanel C | Consultant | 8.60 | $180.00 | $1,548.00 |
| Dedhia, Nidhi | Consultant | 0.30 | $175.00 | $52.50 |
| Tawde, Medhavi | Consultant | 11.00 | $175.00 | $1,925.00 |
| Jadav, Bhavesh | Consultant | 7.60 | $160.00 | $1,216.00 |
| Kewat, Ankit | Consultant | 2.20 | $160.00 | $352.00 |
| Kini, Nidhi | Consultant | 3.50 | $160.00 | $560.00 |
| Mistry, Abhishek | Consultant | 1.00 | $160.00 | $160.00 |
| More, Namrata | Consultant | 14.10 | $160.00 | $2,256.00 |
| Parmar, Ishika | Consultant | 4.00 | $160.00 | $640.00 |
| Poblete, Camille | Consultant | 1.00 | $160.00 | $160.00 |
| Pol, Akshata | Consultant | 1.00 | $160.00 | $160.00 |
| Singh, Nirja | Consultant | 3.50 | $160.00 | $560.00 |
| Singh, Swati | Consultant | 2.40 | $160.00 | $384.00 |
| Huang, Danny | Consultant | 13.50 | $150.00 | $2,025.00 |
| Long, Hadyn R | Consultant | 0.90 | $150.00 | $135.00 |
| Gassama, Mambaye | Consultant | 7.80 | $145.00 | $1,131.00 |
| Hussain, Mohammed S | Consultant | 3.00 | $145.00 | $435.00 |
| Norris, Steven A | Consultant | 13.10 | $145.00 | $1,899.50 |
| | **Total:** | **216.00** | | **$41,627.50**[2] |
| | **Blended Rate** | | **$192.72** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 168.20 | $30,447.00 |
| Call Center / Credit Inquiry | 10.60 | $2,550.00 |
| Retention / Fee Application | 2.30 | $572.50 |
| Solicitation | 34.90 | $8,058.00 |
| | **216.00** | **$41,627.50**[3] |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

---

[2, 3]   This amount has been discounted to $35,383.37 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $163.81.

3

*[Remainder of page intentionally left blank.]*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: August 6, 2025 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025</u>**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to JOANN Inc.

and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files

this monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of

the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules for the United States

Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented,

the "**Local Bankruptcy Rules**") and the *Order (I) Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting*

*Related Relief* [D.I. 552] (the "**Interim Compensation Order**"), for payment of compensation for

professional services rendered to the Debtors and for reimbursement of actual and necessary

expenses incurred in connection with such services for the period from June 1, 2025 through June

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

30, 2025 (the "**Fee Period**").  In support of this Application, Kroll respectfully represents as follows:

## Preliminary Statement

1.      Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $35,383.37 (of which Kroll seeks payment of 80% or $28,306.70) and reimbursement of expenses in the amount of $0.00.

2.      On March 4, 2025, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing the Retention and Employment of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date* [D.I. No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.      Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

## Jurisdiction

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District

of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.        Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.        The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## Background

7.        On January 15, 2025 (the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  As of the date hereof, no trustee or examiner has been appointed in these chapter 11 cases.  On January 28, 2025, the Office of the United States Trustee for the District of Delaware appointed a committee of unsecured creditors under section 1102(a)(1) of the Bankruptcy Code [D.I. 198].

## Relief Requested

8.        By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $35,383.37 (of which Kroll seeks payment of 80% or $28,306.70) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

## Compliance with the Interim Compensation Order

9.        Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of 216.00 hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates

3

are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services to the Debtors during the Fee Period; (b) describes each activity or service that such individual performed and categorizes those services by subject matter; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

**Summary of Professional Services Rendered**

11.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballots

Fees: $30,447.00; Hours:  168.20

Ballots services provided included processing incoming ballots, including receiving, reviewing, and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- Call Center / Credit Inquiry

Fees:  $2,550.00; Hours: 10.60

Call Center / Credit Inquiry services provided included: (a) conferring among the Kroll case team regarding responses to solicitation related inquiries; (b) preparing and updating response materials to frequently asked questions in connection with plan solicitation; (c) responding to creditor inquiries relating to plan solicitation; and (d) performing quality assurance review of solicitation-related inquiry responses.

- Retention / Fee Application

Fees:  $572.50; Hours: 2.30

Retention / Fee Application services provided included drafting, reviewing, revising and filing Kroll's monthly fee application filed at D.I. 1158.

- Solicitation

Fees:  $8,058.00; Hours: 34.90

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan; (b) updating the case website to provide for electronic balloting and performing quality assurance reviews of same (c) preparing preliminary voting reports for circulation to other case professionals and performing quality assurance reviews of same; and (d) preparing, the voting declaration and performing quality assurance reviews of same.

### Summary of Expenses Incurred

12.    Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

### Representations and Reservation of Rights

13.    The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-1 and hereby attests that this Application conforms to such requirements.

14.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Kroll reserves the right to make further application to the Court for allowance of such fees and expenses not included herein.

Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

### Notice

15.     Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

### Conclusion

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $35,383.37 (of which Kroll seeks payment of 80% or $28,306.70) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated: July 16, 2025
     New York, New York

*/s/ Gabriel Brunswick*
Gabriel Brunswick
Associate General Counsel
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007
Phone: (212) 257-5450
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

## **VERIFICATION**

STATE OF NEW YORK          )
                           )     SS:
COUNTY OF NEW YORK         )


I, Gabriel Brunswick, after being duly sworn according to law, depose and say:

1.      I am the Associate General Counsel of Kroll Restructuring Administration LLC.

2.      I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed the requirements of Local Rule 2016-1 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.


_____
      Gabriel Brunswick


SWORN TO AND SUBSCRIBED before me this 16th day of July, 2025.


      */s/ Cindy C. Hosein-Mohan*
      Notary Public, State of New York
      No. 01HO6295177
      Qualified in Nassau County
      Commission Expires December 30, 2025

## Exhibit A

**Fee Detail**



## Hourly Fees by Employee through June  2025

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MGA | Gassama, Mambaye | CO - Consultant | 7.80 | $145.00 | $1,131.00 |
| MSH | Hussain, Mohammed S | CO - Consultant | 3.00 | $145.00 | $435.00 |
| SAN | Norris, Steven A | CO - Consultant | 13.10 | $145.00 | $1,899.50 |
| DH | Huang, Danny | CO - Consultant | 13.50 | $150.00 | $2,025.00 |
| HRL | Long, Hadyn R | CO - Consultant | 0.90 | $150.00 | $135.00 |
| BHJ | Jadav, Bhavesh | CO - Consultant | 7.60 | $160.00 | $1,216.00 |
| ANKK | Kewat, Ankit | CO - Consultant | 2.20 | $160.00 | $352.00 |
| NIKI | Kini, Nidhi | CO - Consultant | 3.50 | $160.00 | $560.00 |
| ABHM | Mistry, Abhishek | CO - Consultant | 1.00 | $160.00 | $160.00 |
| NMOR | More, Namrata | CO - Consultant | 14.10 | $160.00 | $2,256.00 |
| ISP | Parmar, Ishika | CO - Consultant | 4.00 | $160.00 | $640.00 |
| CAPO | Poblete, Camille | CO - Consultant | 1.00 | $160.00 | $160.00 |
| AKP | Pol, Akshata | CO - Consultant | 1.00 | $160.00 | $160.00 |
| NIS | Singh, Nirja | CO - Consultant | 3.50 | $160.00 | $560.00 |
| SWS | Singh, Swati | CO - Consultant | 2.40 | $160.00 | $384.00 |
| NDE | Dedhia, Nidhi | CO - Consultant | 0.30 | $175.00 | $52.50 |
| MET | Tawde, Medhavi | CO - Consultant | 11.00 | $175.00 | $1,925.00 |
| THC | Chan, Theresa | CO - Consultant | 12.10 | $180.00 | $2,178.00 |
| AGOR | Gorina, Anastasia | CO - Consultant | 1.80 | $180.00 | $324.00 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 4.60 | $180.00 | $828.00 |
| IMA | Markesinis, Ioannis | CO - Consultant | 1.00 | $180.00 | $180.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 8.60 | $180.00 | $1,548.00 |
| ARKH | Khan, Areej | SC  - Senior Consultant | 0.70 | $195.00 | $136.50 |
| NS | Scully, Nickesha C | SC  - Senior Consultant | 4.00 | $195.00 | $780.00 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 4.60 | $225.00 | $1,035.00 |

| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 39.90 | $225.00 | $8,977.50 |
|-----|-------------------|------------------------------|-------|---------|-----------|
| JGA | Gache, Jean | SA - Solicitation Consultant | 22.50 | $225.00 | $5,062.50 |
| EGR | Greeley, Emma | SA - Solicitation Consultant | 0.60 | $225.00 | $135.00 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 0.50 | $225.00 | $112.50 |
| ROI | Imani, Roya | DI - Director | 2.00 | $245.00 | $490.00 |
| ACJ | Jaffar, Amrita C | DI - Director | 3.60 | $245.00 | $882.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 1.00 | $250.00 | $250.00 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 0.20 | $250.00 | $50.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 18.10 | $250.00 | $4,525.00 |
| GB | Brunswick, Gabriel | MD - Managing Director | 0.30 | $275.00 | $82.50 |
| | | **TOTAL:** | **216.00** | | **$41,627.50** |

### Hourly Fees by Task Code through June 2025

| Task Code | Task Code Description | Hours | Total |
|-----------|---------------------|-------|-------|
| BALL | Ballots | 168.20 | $30,447.00 |
| INQR | Call Center / Creditor Inquiry | 10.60 | $2,550.00 |
| RETN | Retention / Fee Application | 2.30 | $572.50 |
| SOLI | Solicitation | 34.90 | $8,058.00 |
| | **TOTAL:** | **216.00** | **$41,627.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 06/02/25 | AGOR | CO | Setup of electronic ballot platform on case website | Solicitation | 0.60 |
| 06/02/25 | ATO | DS | Confer with R. Stitt (Kroll) to respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 06/02/25 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 06/02/25 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 3.60 |
| 06/02/25 | MLC | SA | Coordinate setup of ballot platform on case website | Solicitation | 1.20 |
| 06/03/25 | AGOR | CO | Setup of electronic ballot platform on case website | Solicitation | 1.20 |
| 06/03/25 | ATO | DS | Confer with R. Stitt (Kroll) to respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 06/03/25 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.80 |
| 06/03/25 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 1.20 |
| 06/04/25 | JGA | SA | Prepare vote declaration | Solicitation | 2.30 |
| 06/04/25 | JGA | SA | Update ballot form tracker | Solicitation | 1.00 |
| 06/04/25 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 2.40 |
| 06/04/25 | MMB | SA | Confer with A. Orchowski and J. Gache (Kroll) regarding solicitation | Solicitation | 0.10 |
| 06/05/25 | ATO | DS | Confer with M. McNamara (Alvarez & Marsal) related to the omnibus objections and updates to voting records | Solicitation | 1.60 |
| 06/05/25 | ATO | DS | Update solicitation records based on filed omnibus objections | Solicitation | 1.60 |
| 06/05/25 | JGA | SA | Prepare vote declaration | Solicitation | 0.30 |
| 06/05/25 | JGA | SA | Coordinate setup of ballot platform on case website | Solicitation | 0.70 |
| 06/06/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 06/09/25 | ATO | DS | Respond to inquiries from N. Haughey (Alvarez & Marsal) related to the preliminary voting results | Solicitation | 0.60 |
| 06/09/25 | ATO | DS | Confer with J. Gache (Kroll) to update solicitation records impacted by the omnibus objections | Solicitation | 0.50 |
| 06/09/25 | JGA | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.20 |
| 06/09/25 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 2.30 |
| 06/09/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.20 |
| 06/09/25 | MMB | SA | Review correspondence with A. Orchowski and J. Gache (Kroll), N. Haughey (Alvarez) and L. Blum (Kirkland) regarding solicitation | Solicitation | 0.10 |

| 06/10/25 | ATO | DS | Conduct quality assurance review of updates to solicitation records based on filed omnibus objections | Solicitation | 3.70 |
| 06/10/25 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 06/10/25 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 06/10/25 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 06/10/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.40 |
| 06/11/25 | ATO | DS | Conduct quality assurance review of updates to solicitation records based on filed omnibus objections | Solicitation | 1.70 |
| 06/11/25 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 06/11/25 | BHJ | CO | Input incoming ballot information into voting database | Ballots | 2.50 |
| 06/11/25 | CAPO | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/11/25 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/11/25 | EGR | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.60 |
| 06/11/25 | ISP | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/11/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 06/11/25 | MMB | SA | Confer with A. Orchowski and J. Gache (Kroll) regarding solicitation | Solicitation | 0.10 |
| 06/11/25 | NDE | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 0.10 |
| 06/11/25 | NIKI | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 06/11/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 2.70 |
| 06/12/25 | ATO | DS | Conduct quality assurance review of incoming ballots and opt-in election forms | Ballots | 0.40 |
| 06/12/25 | ATO | DS | Respond to inquiries from M. Waldrep (Kirkland) related to opt-out elections | Solicitation | 0.40 |
| 06/12/25 | ATO | DS | Respond to inquiries from S. Conley (Squire Patton Boggs) related to solicitation | Solicitation | 0.80 |
| 06/12/25 | BHJ | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/12/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 06/12/25 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 06/12/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 2.70 |
| 06/12/25 | GB | MD | Review monthly fee application | Retention / Fee Application | 0.30 |
| 06/12/25 | IMA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/12/25 | ISP | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/12/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 1.40 |
| 06/12/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 06/12/25 | MMB | SA | Review correspondence with A. Orchowski and J. Gache (Kroll) and M. Waldrep (Kirkland) regarding solicitation | Solicitation | 0.20 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 06/12/25 | MSH | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/12/25 | NIKI | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 06/12/25 | NS | SC | Input incoming ballot information into voting database | Ballots | 1.60 |
| 06/12/25 | ROI | DI | Draft and review monthly fee statement for May | Retention / Fee Application | 2.00 |
| 06/12/25 | SAN | CO | Quality assurance review of incoming ballots | Ballots | 1.30 |
| 06/12/25 | SWS | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/12/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/13/25 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 0.70 |
| 06/13/25 | ATO | DS | Confer with J. Gache (Kroll) to address inquiries from creditors related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 06/13/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 06/13/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 2.70 |
| 06/13/25 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.80 |
| 06/13/25 | MET | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 2.20 |
| 06/13/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 06/13/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.80 |
| 06/13/25 | MMB | SA | Review correspondence with A. Orchowski and J. Gache (Kroll), N. Haughey (Alvarez) and L. Blum (Kirkland) regarding solicitation | Solicitation | 0.10 |
| 06/13/25 | MSH | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/13/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 4.00 |
| 06/13/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 06/13/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/16/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/16/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 06/16/25 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 06/16/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 2.70 |
| 06/16/25 | HRL | CO | Quality assurance review of electronically filed ballots | Ballots | 0.90 |
| 06/16/25 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.30 |
| 06/16/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/16/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.90 |
| 06/16/25 | NMOR | CO | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/16/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 2.10 |
| 06/16/25 | THC | CO | Input incoming ballot information into voting database | Ballots | 5.20 |
| 06/16/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/17/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 06/17/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.40 |

| 06/17/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 1.70 |
|---|---|---|---|---|---|
| 06/17/25 | MET | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 2.20 |
| 06/17/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 06/17/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.40 |
| 06/17/25 | MMB | SA | Confer with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 06/17/25 | MMB | SA | Review correspondence with A. Orchowski and J. Gache (Kroll) and M. Waldrep (Kirkland) regarding solicitation | Solicitation | 0.20 |
| 06/17/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 06/17/25 | NMOR | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 06/17/25 | THC | CO | Input incoming ballot information into voting database | Ballots | 2.90 |
| 06/18/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 06/18/25 | CLL | SA | Review correspondence related to ongoing solicitation | Solicitation | 0.50 |
| 06/18/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 06/18/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/18/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.20 |
| 06/18/25 | MMB | SA | Review correspondence with A. Orchowski and J. Gache (Kroll) regarding solicitation | Solicitation | 0.10 |
| 06/18/25 | NDE | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 0.10 |
| 06/18/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/18/25 | THC | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/19/25 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 06/19/25 | MET | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/19/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/20/25 | JGA | SA | Quality assurance review of incoming opt-in and ballots | Ballots | 0.30 |
| 06/20/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/20/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 06/20/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 06/23/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/23/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 06/23/25 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/23/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 1.70 |
| 06/23/25 | JGA | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.10 |
| 06/23/25 | JGA | SA | Respond to creditor inquiries related to solicitation mailing | Call Center / Creditor Inquiry | 0.40 |
| 06/23/25 | JGA | SA | Coordinate setup of ballot platform on case website | Solicitation | 0.30 |
| 06/23/25 | MET | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/23/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 1.40 |

| 06/23/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.50 |
|---|---|---|---|---|---|
| 06/23/25 | NS | SC | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/23/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/23/25 | THC | CO | Input incoming ballot information into voting database | Ballots | 2.40 |
| 06/23/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 06/24/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/24/25 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 06/24/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 06/24/25 | DH | CO | Input incoming ballot information into voting database | Ballots | 0.90 |
| 06/24/25 | MET | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 1.10 |
| 06/24/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.40 |
| 06/24/25 | NMOR | CO | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 06/25/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 06/25/25 | ANKK | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/25/25 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 06/25/25 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 06/25/25 | BHJ | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 06/25/25 | MET | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 2.50 |
| 06/25/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.80 |
| 06/25/25 | NDE | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 0.10 |
| 06/25/25 | NIS | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 06/25/25 | SWS | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/26/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/26/25 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.20 |
| 06/26/25 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 06/26/25 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.30 |
| 06/26/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 06/26/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 1.30 |
| 06/27/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/27/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 06/27/25 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |

| 06/27/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
|---|---|---|---|---|---|
| 06/27/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 06/27/25 | CJ | DS | Coordinate with J.C. Gache (Kroll) re revised edits to draft voting declaration | Solicitation | 0.20 |
| 06/27/25 | JGA | SA | Prepare vote declaration | Solicitation | 0.20 |
| 06/27/25 | JGA | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.30 |
| 06/27/25 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.10 |
| 06/27/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 06/27/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 1.80 |
| 06/27/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 06/27/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/28/25 | AKP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/28/25 | ANKK | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/28/25 | BHJ | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 06/28/25 | MSH | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 06/28/25 | NIKI | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 06/28/25 | NIS | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/29/25 | MSH | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 06/29/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/30/25 | ABHM | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/30/25 | ACJ | DI | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 06/30/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of tabulation | Solicitation | 0.10 |
| 06/30/25 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 06/30/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/30/25 | CJ | DS | Monitor ongoing tabulation and conduct quality assurance review thereof | Solicitation | 0.60 |
| 06/30/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of tabulation | Solicitation | 0.10 |
| 06/30/25 | JGA | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 06/30/25 | JGA | SA | Quality assurance review of incoming ballots and opt-in forms | Ballots | 1.10 |
| 06/30/25 | MET | CO | Quality assurance review of incoming ballot information into voting database | Ballots | 1.30 |
| 06/30/25 | MGA | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/30/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.60 |
| 06/30/25 | NMOR | CO | Quality assurance review of incoming ballots | Ballots | 1.70 |

JOANN 2025                                                                                                    Page 9

| 06/30/25 | NS | SC | Input incoming ballot information into voting database | Ballots | 1.40 |
|---|---|---|---|---|---|
| 06/30/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 2.60 |
| 06/30/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of tabulation | Solicitation | 0.10 |
| 06/30/25 | THC | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| | | | | **Total Hours** | **216.00** |