IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated:  July 11, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 11, 2025, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1186 | Nipkow and Kobelt Inc.<br>P.O. Box 36<br>Becket, MA 01223<br><br>Nipkow and Kobelt Inc.<br>Halperin Battaglia Benzija, LLP<br>Attn: Keara Waldron<br>40 Wall Street, 37th Floor<br>New York, NY 10005<br><br>Nipkow and Kobelt Inc.<br>Shannon Post<br>P.O. Box 36<br>Becket, MA 01223 | Vono-Tex<br>Room No. 504<br>26, Sangwon 1-GIL<br>Seong-Dong Gu<br>Seoul, South Korea 04779 | July 3, 2025 |
| 1188 | Nipkow and Kobelt Inc.<br>P.O. Box 36<br>Becket, MA 01223<br><br>Nipkow and Kobelt Inc.<br>Halperin Battaglia Benzija, LLP<br>Attn: Keara Waldron<br>40 Wall Street, 37th Floor<br>New York, NY 10005 | Vono-Tex<br>Room No. 504<br>26, Sangwon 1-GIL<br>Seong-Dong Gu<br>Seoul, 04779 South Korea | July 3, 2025 |