UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

JOANN INC., *et al.,*

            Debtors

Chapter 11

No. 25-10068

(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Promax Manufacturing Co., Ltd.**

Name and Current Address of Transferor:
**Promax Manufacturing Co., Ltd.
Attn: Michael Huang
9F-2, No. 21, Sec. 1, Dunhua S. Road
Taipei, Taiwan, Republic of China**

Name of Transferee:

**Cherokee Debt Acquisition, LLC**

Name and Address where notices and payments to transferee should be sent:
**Cherokee Debt Acquisition, LLC
Attn: Vladimir Jelisavcic
Email: vjel@cherokeeacq.com
1384 Broadway, Suite 906
New York, NY 10018**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
| --- | --- | --- | --- | --- |
| Claim No. 4532 | Promax Manufacturing Co., Ltd. | $194,926.91 (503(b)(9) Admin Priority) | Jo-Ann Stores, LLC | 25-10072 |
| Confirmation ID No. 3820-1-BGQTX-604290390 | Promax Manufacturing Co., Ltd. | $194,926.91 (503(b)(9) Admin Priority) | Jo-Ann Stores, LLC | 25-10072 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: July 17, 2025

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE PRIORITY CLAIM

Annex B

TO: United States Bankruptcy Court ("Court")
District of Delaware
Attn: Clerk

AND TO: Jo-Ann Stores, LLC ("Debtor")
Case No. 25-10072 ("Case")

Claim #: 4532
Confirmation ID #: 3820-1-BGQTX-604290390

**PROMAX MANUFACTURING CO., LTD.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CHEROKEE DEBT ACQUISITION, LLC**
Attn: Vladimir Jelisavcic
1384 Broadway, Suite 906
New York, NY 10018

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $194,926.91 ("Claim"), which represents 100% of the 503(b)(9) Admin Priority amount of $194,926.91, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May  26 , 2025.

PROMAX MANUFACTURING CO., LTD.

By: _____
Name: Michael Huang
Title: Manager

CHEROKEE DEBT ACQUISITION, LLC

By: _____
Name: Vladimir Jelisavcic
Title: Manager

## Creditor Data Details - Claim # 4532

**Creditor**
Promax Manufacturing Co., Ltd.
Kevin M. Capuzzi, Esq.
1313 N. Market St, Suite 1201
Wilmington, DE 19801

**Debtor Name**
Jo-Ann Stores, LLC

**Date Filed**
03/12/2025

**Claim Number**
4532

**Schedule Number**
n/a

**Confirmation ID**
3820-1-BGQTX-604290390

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $2,593,859.48 | | $2,593,859.48 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $194,926.91 | | $194,926.91 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $2,788,786.39 | | $2,788,786.39 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is