July 12, 2025

United States Bankruptcy Court

For the District of Delaware

Re: Joann, Inc. Chapter 11, Case No 25-10068 (CTG)

Jamie Bozif

1402 Woodland   Apt 1 South

Richmond Heights, MO. 63117

Contact 636 244 7936  kbk8248@gmail.com

Filed for Jamie Bozif by Karen Bozif

          3731 Majestic Ct

          St. Charles, MO.  63303

Honorable Craig T. Goldblatt

U.S. Bankruptcy Court

Judge for the District of Delaware

824 N. Market Street

3rd Floor, Courtroom No. 7

Wilmington, Delaware 19801



I filed a claim for restitution of a $20 gift card purchased for my daughter, Jamie Bozif for Christmas. $20 is all she wants back from the Joanne's Bankruptcy case.  I gave it to her for Christmas and she was unable to use it when the bankruptcy was announced.  The stores were only accepting cash which they had already received from me for the gift card.  While Joanne's was "GOING OUT OF BUSINESS' they continued to take cash for purchases (but would not accept the gift cards which were already bought and paid for previously.  She  wanted to purchase supplies and craft items for her elementary students.

This experience has forced me and other customers to never trust retail establishments to stand by the gift cards they sell.  If a customer presents a gift card it should be able to be used as cash.  That is what was used to pay for the card to begin with.  Joanne's already had that money.  Obviously the owners and investors squandered our $20 on their personal luxuries.

Give us the $20 back so we can spend it with a trustworthy company.

*Karen Bozif*

Karen Bozif

## Tenth Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| NAME | CLAIM #/ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10  BOYLE, ELIZABETH V<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Admin<br>Priority | $50.00*<br>Undetermined*<br>$50.00* | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | Priority<br>Unsecured | $50.00<br>$50.00 |
| | | | | Subtotal $100.00* | | | Subtotal $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM #/ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11  BOZIF, JAMIE<br>ADDRESS ON FILE | | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Admin<br>Priority | $20.00<br>$20.00<br>$20.00 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | Admin<br>Priority<br>Unsecured | $20.00<br>$20.00<br>$20.00 |
| | | | | Subtotal $60.00 | | | Subtotal $60.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM #/ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12  BREWER, KERRY<br>ADDRESS ON FILE | | JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Unsecured | $15.00*<br>Undetermined* | JOANN Inc. | Unsecured | $15.00 |
| | | | | Subtotal $15.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM #/ECF # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 13  BRISCO, RENEE<br>ADDRESS ON FILE | | JOANN Inc.<br>JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Priority<br>Secured | $18.63<br>$18.63<br>$18.63 | JOANN Inc.<br>JOANN Inc.<br>JOANN Inc. | Priority<br>Secured<br>Unsecured | $18.63<br>$18.63<br>$18.63 |
| | | | | Subtotal $55.89 | | | Subtotal $55.89 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts







FD-60160

Terms and Conditions: This card issued in U.S. dollars. This card can be used only for purchase of merchandise, services or classes at any JOANN store or online at Joann.com.* Not for use in sewing or other leased departments. This card is not redeemable for cash and no change will be given, unless required by law. Treat this card like cash. Lost, stolen or damaged cards are replaced only with valid proof of purchase to extent of remaining balance. Issued by JOANN Stores, LLC Hudson, OH.

For balance inquiry, call toll-free 1-888-345-7674 any time.

Account Number 6199 9368 7591 2823        029-13166A

461-27761

4 00152 82163 6



Karen B. Bozif
3731 Majestic Ct.
Saint Charles, MO 63303

SAINT LOUIS MO 630

12 JUL 2025   PM 7   L

HONORABLE CRAIG T. GOLDBLATT
US BANKRUPTCY COURT
JUDGE FOR THE DISTRICT OF DELAWARE
824 N. MARKET STREET
3RD FLOOR, COURT Room No 7
WILMINGTON, DELAWARE 19801

19801-302499