Response to Notice of Debtors Twelfth Omnibus Objection to the Certain Claims

RECEIVED
2025 JUL 18 A 9:01
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Court Name: United States Bankruptcy Court for the District of Delaware

Case Number: Case 25-10068-CTG

Title of Objection: Notice of Debtors Twelfth Omnibus Objection to the Certain Claims (Reclassified Claims & Reduced Claims)

Name of Claimant: Joanne Zimmer

Description of the Basis for the Amount: Two (2) Gift Cards in the amount of $25.00 each with Total of $50.00.
  Gift Card #1 Number: 6207 0856 5724 2332
  Gift Card #2 Number: 6207 0856 5725 4323

Reason why Reclassified Claim should not be Reclassified or Reduced: As a faithful customer of JOANN INC, gift cards were purchased in good faith that the monetary value of each would be honored or reimbursed.
At time of gift card purchase, JOANN INC bankruptcy was not announced to general public.

I oppose the Objection for Reclassification and Reduced Claims.

Sincerely,

*Joanne Zimmer*

Joanne Zimmer
2 Romerly Road
Savannah, GA  31411



JACKSONVILLE RPDC 320
14 JUL 2025 AM 2 L

United States Bankruptcy Court for
District of Delaware
824 N. Market Street
3rd Floor
Wilmington, Delaware 19801

2 ROMERLY ROAD
ZIMMER
SAVANNAH, GEORGIA 31411