# Exhibit A

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

*March 01, 2025 - March 31, 2025*

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Services* | | | | |
| 03/03/2025 | | | | |
| Harden, Anthony | Create the SOP for compliance and generating source documents for February 2025. | $605.00 | 3.5 | $2,117.50 |
| 03/04/2025 | | | | |
| Culp, Mathew | Email L. Paszt (Deloitte) summary regarding Joann Inc. & Subsidiaries TY20-TY21 Ohio RITA notices. | $715.00 | 0.5 | $357.50 |
| 03/10/2025 | | | | |
| Harden, Anthony | Complete the February 2025 estimates for client. | $605.00 | 0.5 | $302.50 |
| 03/11/2025 | | | | |
| Bockoven, Julian | Gather transcripts checking tax returns are processed and have no credits or liabilities. | $715.00 | 0.5 | $357.50 |
| Gillis, E'Ona | Upload the notice payments in Anybill. | $405.00 | 3.0 | $1,215.00 |
| Harden, Anthony | Meeting with Jeremy to discuss Batch 3 update and pulling updated data reports. | $605.00 | 1.0 | $605.00 |
| 03/12/2025 | | | | |
| Harden, Anthony | Updating Batch 3 figures, reviewing the CIW, and completing the compliance process for Client approval/submission to Anybill. | $605.00 | 1.5 | $907.50 |
| Heichel, Logan | Review batch of notices to understand issue and summarizing in the notice tracker. | $405.00 | 0.3 | $121.50 |
| Heichel, Logan | Updating the notice tracker for new notices that apply to us; these were found in the most recent batch of notices. The tracker is an excel file that summarizes the relevant notices. | $405.00 | 0.3 | $121.50 |
| Srirangam Nallan Chakravarthula, Sundara Varada Rajan | Perform reconciliation of CIW. | $605.00 | 1.0 | $605.00 |
| 03/13/2025 | | | | |
| Harden, Anthony | Generating the updated reports and meeting with the client. | $605.00 | 1.0 | $605.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Services* | | | | |
| 03/17/2025 | | | | |
| Potesta, Anthony | Call Oregon to resolve an Oregon commercial activity tax notice for Joann Inc and subs regarding a proposed refund adjustment by the state of Oregon. | $505.00 | 0.2 | $101.00 |
| 03/18/2025 | | | | |
| Harden, Anthony | Review of additional notices. | $605.00 | 0.8 | $484.00 |
| 03/19/2025 | | | | |
| O'Malley, Michael | PA Sales/Use Tax appeal - call with D. Przybojewski & J. Ross regarding client fact pattern + options & next steps related to Pennsylvania Board of Finance & Revenue (BF&R). | $715.00 | 0.5 | $357.50 |
| Przybojewski, David | Call with J. Zelwin (Joann) to discuss Pennsylvania sales and use tax appeal hearing, next steps, and discuss areas of potential settlement. | $715.00 | 0.5 | $357.50 |
| Przybojewski, David | Email Pennsylvania State Board of Finance for sales and use tax appeal extension. Requested continuance of Docket 2414728 with the Pennsylvania Board of Finance. | $715.00 | 0.5 | $357.50 |
| Ross, Jonathan | Call with J. Zelwin (Joann) to discuss status of petition with Pennsylvania Board of Finance & Review and what next steps are in continuance of seeking a compromise or reduction of PA audit. | $505.00 | 0.5 | $252.50 |
| 03/21/2025 | | | | |
| Harden, Anthony | Complete the e-filing for Batch 5 and 6. | $605.00 | 2.0 | $1,210.00 |
| 03/25/2025 | | | | |
| Feltz, Lisa | Anybill Upload 31 Payments. | $405.00 | 1.5 | $607.50 |
| 03/28/2025 | | | | |
| Harden, Anthony | Meeting with Client regarding the March 2025 Compliance cycle. | $605.00 | 0.2 | $121.00 |
| Subtotal for Out of Scope Services: | | | 19.8 | $11,164.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/01/2025 | | | | |
| Culp, Mathew | Review state and local income tax extension calculations for Joann Inc. & Subsidiaries | $0.00 | 0.2 | $0.00 |
| 03/03/2025 | | | | |
| Chaudhuri, Sahil | Joann internal notice calls. Prepared payment template along with Devika | $0.00 | 4.0 | $0.00 |
| Das, Prasenjit | Prepare Virginia State return and reconciliation of the assets. | $0.00 | 3.0 | $0.00 |
| Das, Prasenjit | Prepare Anybill template for the tax bills to send for payment. | $0.00 | 2.0 | $0.00 |
| Garg, Rishu | Record notices received from department and download the files for internal records which is called Archive IT. | $0.00 | 2.5 | $0.00 |
| Gordon, Cheryl | Provide the rendition status to J. Rash for communication to Joann Fabric. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review Anybill and void returned (from respective jurisdictions) Property Tax bill payments that were rejected because of a previous duplicate payment and payment sent in past the stated due date. | $0.00 | 2.0 | $0.00 |
| Heard, Cassandra | Review the Spotsylvania, VA return to be generated again using the county form obtained from jurisdiction. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Review Warwick, RI return. | $0.00 | 0.5 | $0.00 |
| JHA, MAYANK KUMAR | Utah STATE CALL | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Joann Batch 1 & 2 review and client communication. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Internal connect with team. | $0.00 | 0.5 | $0.00 |
| Rash, Jeffrey | Review City of Warwick, RI personal property rendition. | $0.00 | 0.3 | $0.00 |
| Ravikumar, Devika | Prepare payment template, notice resolution. | $0.00 | 5.0 | $0.00 |
| S V, Karthikeyan | Prepare Idaho returns and reconcile with workpaper. | $0.00 | 1.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/03/2025 | | | | |
| Singh, Rohan | CIW Rollover, E-filing attestation, Batch-1.2 Prep, Internal Team connect, worked on notice resolution-closed 10 notices | $0.00 | 3.0 | $0.00 |
| 03/04/2025 | | | | |
| Chaudhuri, Sahil | Joann Batch 1 & 2 DAX | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Update Arizona return information in PTMS software. | $0.00 | 1.0 | $0.00 |
| Gordon, Cheryl | Meeting with SV. Karthikeyan (Deloitte) review Kansas Rendition Workpaper for Reportable/Non Reportable & Exemption Threshhold Revision and internal target dates of completion for 3/15 due date renditions. | $0.00 | 1.2 | $0.00 |
| Heard, Cassandra | Call with SV. Karthikeyan  (Deloitte) regarding which state returns to be sent to US team for review in the upcoming week. | $0.00 | 0.7 | $0.00 |
| JHA, MAYANK KUMAR | Utah STATE CALL | $0.00 | 0.5 | $0.00 |
| Rash, Jeffrey | Review Rhode Island personal property rendition. | $0.00 | 0.2 | $0.00 |
| Ravikumar, Devika | notice resolution | $0.00 | 3.0 | $0.00 |
| S V, Karthikeyan | Meeting with C. Gordon (Deloitte) review Kansas Rendition Workpaper for Reportable/Non Reportable & Exemption Threshhold Revision and internal target dates of completion for 3/15 due date renditions. | $0.00 | 1.2 | $0.00 |
| S V, Karthikeyan | Call with C. Heard (Deloitte) regarding which state returns to be sent to US team for review in the upcoming week. | $0.00 | 0.2 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Oklahoma return. | $0.00 | 3.0 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Kansas return. | $0.00 | 3.6 | $0.00 |
| Singh, Rohan | Prepare Notice resolution - Ohio. | $0.00 | 0.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/05/2025 | | | | |
| Das, Prasenjit | Prepare Oklahoma state return, preparing cover letter for the returns. | $0.00 | 3.0 | $0.00 |
| Garg, Rishu | Check notice (Notices which we received from the department due to non-filings) status on intela matching the open and closed notices. | $0.00 | 0.8 | $0.00 |
| Gordon, Cheryl | Review Idaho Rendition. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Review Idaho return. | $0.00 | 1.0 | $0.00 |
| Heard, Cassandra | Review Oklahoma returns. | $0.00 | 0.4 | $0.00 |
| Heard, Cassandra | Email C. Gordon Idaho and Oklahoma returns for review. | $0.00 | 0.1 | $0.00 |
| Kumar, Reshma S | Notice resolution | $0.00 | 2.0 | $0.00 |
| Rash, Jeffrey | Review Idaho personal property renditions. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review Kansas personal property renditions. | $0.00 | 0.3 | $0.00 |
| Ravikumar, Devika | notice resolution, payment template prep, state calls | $0.00 | 4.0 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Oklahoma return. | $0.00 | 0.5 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Oregon return. | $0.00 | 1.5 | $0.00 |
| Weber, Andrew | Email J. Zelwin regarding request for apportionment data. | $0.00 | 0.2 | $0.00 |
| 03/06/2025 | | | | |
| Chaudhuri, Sahil | Joann notice work. Closed multiple notices. Prepared payment template. Internal debrief call | $0.00 | 2.0 | $0.00 |
| Das, Prasenjit | Update Oregon state return, Manual update in each return which PTMS software do not print,  preparing updated reconciliation report of assets. | $0.00 | 5.5 | $0.00 |
| Garg, Rishu | Joann Notices - 10 notices - check payment status by logging in to Anybill and website and Internal call | $0.00 | 1.2 | $0.00 |
| Kumar, Reshma S | Notices update and payment upload connect with team | $0.00 | 1.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/06/2025 | | | | |
| S V, Karthikeyan | Work on workpaper preparation for Oregon return. | $0.00 | 1.5 | $0.00 |
| S V, Karthikeyan | Work on reconciliation for Oregon return. | $0.00 | 2.5 | $0.00 |
| Singh, Rohan | Joann- Internal Team Connect with Senior and Preparers on open notices. State call to Colorado for Joann.com for notice resolution. | $0.00 | 0.5 | $0.00 |
| 03/07/2025 | | | | |
| Das, Prasenjit | Texas, Arizona, Florida carry over prior year asset to current year | $0.00 | 4.5 | $0.00 |
| Garg, Rishu | Prepared Proof of Payment for Pennsylvania, Vermont, Alabama from June to Dec, Colorado- Boulder, Colorado- Westminster, Colorado-Grand Junction. | $0.00 | 1.5 | $0.00 |
| Garg, Rishu | Email proof of payment to Vermont and Pennsylvania at their respective websites. | $0.00 | 0.1 | $0.00 |
| Garg, Rishu | Fax filing confirmations and proof of payment for Alabama. | $0.00 | 0.2 | $0.00 |
| Garg, Rishu | Email sent to CO-Boulder, Grand Junction, Westminster. | $0.00 | 0.2 | $0.00 |
| Gordon, Cheryl | Review the Oklahoma business personal property renditions. | $0.00 | 0.3 | $0.00 |
| Gordon, Cheryl | Review the Oregon business personal property renditions. | $0.00 | 0.2 | $0.00 |
| Gordon, Cheryl | Review the Oregon personal property renditions. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review Oregon returns. | $0.00 | 1.0 | $0.00 |
| Heard, Cassandra | Email J. Rash Oklahoma return for client review. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Contact Yamhill and Malheur counties in Oregon to confirm wet signature requirement for their jurisdictions' returns. | $0.00 | 0.1 | $0.00 |
| Kumar, Reshma S | Client Call. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Notice resolution | $0.00 | 1.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/07/2025 | | | | |
| Singh, Rohan | Worked on notice resolution, Provided KT to New preparer Rishu for preparing proof of payment, reviewed the proof of payments for Vermont, Pennsylvania, CO- Westminster, Grand Junction, Boulder, AL Montgomery, updated comments in notice log for the above | $0.00 | 1.0 | $0.00 |
| 03/08/2025 | | | | |
| Rash, Jeffrey | Review Oklahoma personal property renditions. | $0.00 | 0.2 | $0.00 |
| 03/10/2025 | | | | |
| Das, Prasenjit | Update Oklahoma state return. | $0.00 | 2.0 | $0.00 |
| Das, Prasenjit | Perform assets information update in PTMS. | $0.00 | 1.5 | $0.00 |
| Das, Prasenjit | Prepare reconciliation report of assets. | $0.00 | 0.7 | $0.00 |
| Das, Prasenjit | Carry over prior year asset to current year for Maine, Vermont. | $0.00 | 1.7 | $0.00 |
| Garg, Rishu | Prepare 15th due returns and uploaded to intela, 20th due returns prepared (Number of return 29) - Onboarded to this client so got knowledge transfer. | $0.00 | 3.5 | $0.00 |
| Gordon, Cheryl | Review the tax bill upload template created on March 24,2025 prior to approval for Anybill upload. | $0.00 | 0.2 | $0.00 |
| Gordon, Cheryl | Review and approve the Fauquier County, Virginia business personal property rendition. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review Fauquier, Virginia return (due 3.15). | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Email C. Gordon (Deloitte) regarding Fauquier, Virginia return review. | $0.00 | 0.1 | $0.00 |
| Heard, Cassandra | Review tax bill template titled " 20250303 AP Export," which included Maine and Georgia tax bills due 3.14.25 and 3.25.25 checking whether corresponding tax bill document matches the information entered on the excel template. | $0.00 | 0.9 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

**03/10/2025**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Heard, Cassandra | Upload  Kansas return template to Anybill. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Generate and upload Idaho return template to Anybill. | $0.00 | 0.9 | $0.00 |
| Heard, Cassandra | Upload related documents to Intela. | $0.00 | 0.3 | $0.00 |
| Kumar, Reshma S | Batch 3 review and CIW updates | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Review Oklahoma property tax renditions. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Email J. Zelwin (JOANN) for review of Oklahoma property tax renditions. | $0.00 | 0.2 | $0.00 |
| Ravikumar, Devika | Joann prep batch 4,5,6 | $0.00 | 5.0 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Virginia return. | $0.00 | 2.0 | $0.00 |
| Singh, Rohan | Batch-3,4 prep KT provided to new preparer Rishu and connected for prepayment doubts. | $0.00 | 1.5 | $0.00 |

**03/11/2025**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Garg, Rishu | Prepare Joann Stores 20th due returns. | $0.00 | 2.3 | $0.00 |
| Gordon, Cheryl | Review/Approval Oregon Rendition. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Upload to Anybill the tax bill template titled "20250303 AP Export," for tax bills with 3.14.25 and 3.25.25 due dates. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Email Jeff R. forwarding Fauquier, Virginia 2025 return and Oregon returns for client review. | $0.00 | 0.3 | $0.00 |
| Kumar, Reshma S | Batch 3 dax, prep assistance provided to Devika to clear her doubts | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Review property tax mail provided by V. Davidson in Cleveland. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review property tax rendition for Faquier County, Virginia store. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Email property tax team at USI (P. Das and Karthikeyan) team with instructions on how to process. | $0.00 | 0.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/12/2025 | | | | |
| Das, Prasenjit | Prepare Anybill template for the tax bills to send for payment. | $0.00 | 2.0 | $0.00 |
| Das, Prasenjit | Research updated amount from website for the delinquent tax bills . | $0.00 | 1.5 | $0.00 |
| Das, Prasenjit | Call county for the updated amount and due dates for the delinquent tax bills. | $0.00 | 1.2 | $0.00 |
| Das, Prasenjit | Call counties to take update of amount due date for the tax bill which was past due or bill with less information. | $0.00 | 1.3 | $0.00 |
| Gordon, Cheryl | Property Tax Schedule Report (USI Instruction)/Rendition Filing Status Report for 3/15/25 Due Dates | $0.00 | 0.8 | $0.00 |
| Heard, Cassandra | Review the tax bill excel template titled "20250313 AP Export" (titled for the day it was generated and sent to US team for review) checking whether data entered on the template corresponds to the individual tax bill documents.. | $0.00 | 1.4 | $0.00 |
| Heard, Cassandra | Email C. Gordon (Deloitte) tax bill excel template titled "20250313 AP Export" and related checklist for review. | $0.00 | 0.1 | $0.00 |
| Heard, Cassandra | Review updated Oregon returns. | $0.00 | 0.9 | $0.00 |
| Heard, Cassandra | Call with J. Rash (partial) SV. Karthikeyan (Deloitte) regarding how to separate computer assets from retail furniture and fixtures assets on the return, as well as using a different depreciation table for those computer assets. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Upload tax bill excel template titled "20250313 AP Export" to Anybill for process and mailing. | $0.00 | 0.7 | $0.00 |
| Heichel, Logan | Clear Connecticut, New York, and New Jersey of electronic filing issues so they are considered qualified which allows them to be sent to the state without issue. | $0.00 | 0.2 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 03/12/2025 | | | | |
| Heichel, Logan | Review the Extensible Markup Language (XML) for Inc and Subs, Connecticut, New York, and New Jersey. | $0.00 | 0.8 | $0.00 |
| Kumar, Reshma S | Stores data reimport and data reconcile. Batch 3 reprep | $0.00 | 2.0 | $0.00 |
| Nyonyoh, Nicholas | Electronically qualified Maryland and Florida extensions package for e-filing. | $0.00 | 0.3 | $0.00 |
| Nyonyoh, Nicholas | Review the Extensible Markup Language (XMLs) of both extensions. | $0.00 | 0.2 | $0.00 |
| Rahman, Md Wasiur | review processing documents | $0.00 | 1.0 | $0.00 |
| 03/13/2025 | | | | |
| Das, Prasenjit | Update Oregon state return, preparing reconciliation of the assets. | $0.00 | 2.0 | $0.00 |
| Garg, Rishu | Continue to prepare the returns for Joann for March 2025 due to data file issue for Joann Stores - 50 returns and 15th due returns filing and internal notice call. | $0.00 | 5.7 | $0.00 |
| Gordon, Cheryl | Review Property Tax Schedule Reports. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Complete generation of return template to upload to Anybill. (Generation of return template includes entering return jurisdiction, mailing addresses of jurisdictions, due dates, return account numbers into an excel format.). | $0.00 | 0.6 | $0.00 |
| Heard, Cassandra | Load returns to Anybill (includes correcting issues in template so that the returns are processed and mailed by Anybill.). | $0.00 | 0.4 | $0.00 |
| Heard, Cassandra | Upload to Anybill the tax bill template titled "20250314 AP Export" to be processed and mailed. | $0.00 | 0.6 | $0.00 |
| Kumar, Reshma S | Internal call with DT team | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Review leasehold improvement assets previously reported for property tax renditions due on April 1st (Arizona, Florida, Georgia & Louisiana Stores). | $0.00 | 0.1 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/13/2025 | | | | |
| Rash, Jeffrey | Review classification for personal property purposes and revise classification to confirm only assets that are taxable for personal property purposes are reported on the calendar year 2025 property tax renditions. | $0.00 | 0.4 | $0.00 |
| Rash, Jeffrey | Prepare 10 Oregon property tax renditions that require original signatures. | $0.00 | 1.5 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Oregon return update. | $0.00 | 2.0 | $0.00 |
| S V, Karthikeyan | Import asset updates for lease hold improvement updates. | $0.00 | 3.0 | $0.00 |
| S V, Karthikeyan | Work on total rendition/returns count to J. Rash. | $0.00 | 1.0 | $0.00 |
| Singh, Rohan | Batch-4 Prep | $0.00 | 1.5 | $0.00 |
| 03/14/2025 | | | | |
| Chaudhuri, Sahil | Joann Batch 4 review | $0.00 | 7.0 | $0.00 |
| Das, Prasenjit | Update return information for Florida, Texas in PTMS, comparing with prior year returns for changes and updates. | $0.00 | 3.0 | $0.00 |
| Gordon, Cheryl | Review the business property tax estimate schedule. | $0.00 | 0.4 | $0.00 |
| Gordon, Cheryl | Populate the business personal property rendition calendar completion progress updates. | $0.00 | 0.5 | $0.00 |
| Gordon, Cheryl | Prepare a business personal property rendition filing status schedule. | $0.00 | 0.3 | $0.00 |
| Gordon, Cheryl | Request an estimate schedule for Joanns business personal property tax. | $0.00 | 0.1 | $0.00 |
| Heard, Cassandra | Upload the Oklahoma and Fauquier, Virginia excel template and return documents to Anybill. | $0.00 | 0.6 | $0.00 |
| Heard, Cassandra | Upload to Intela (internal site) Oklahoma and Oregon returns that were processed and mailed, their related Anybill confirmations, and client approval (for returns) emails. | $0.00 | 3.6 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | | Description | Rate | Hours | Fees |
|------|---|-------------|------|-------|------|
| *Tax Compliance Services* | | | | | |
| 03/14/2025 | | | | | |
| | Kumar, Reshma S | SUT February 25 returns QA review and updates | $0.00 | 5.0 | $0.00 |
| | Rash, Jeffrey | Review Leasehold Improcement assets for April 1st filing deadline for stores located in Arizona, Florida, Georgia and Louisiana. | $0.00 | 1.0 | $0.00 |
| | Rohrs, Jane | Call with J. McKee regarding depreciation for pre-Chap 22 bankruptcy/attribute reduction. | $0.00 | 0.5 | $0.00 |
| 03/16/2025 | | | | | |
| | Garg, Rishu | Upload client correspondence to intela - client correspondence states to the approval received from client to proceed with the filings, | $0.00 | 0.3 | $0.00 |
| 03/17/2025 | | | | | |
| | Chaudhuri, Sahil | Joann notices payments template prepared | Joann Batch 4 DAX | $0.00 | 3.0 | $0.00 |
| | Das, Prasenjit | Prepare missing tax bill report for the client to provide us the tax bills to be processed for payment. | $0.00 | 0.8 | $0.00 |
| | Garg, Rishu | Joann Stores 20th due returns filings 8 returns | $0.00 | 1.0 | $0.00 |
| | Harden, Anthony | Authorizing Batch 4 | $0.00 | 0.3 | $0.00 |
| | Heard, Cassandra | Online search for existing tax bill or confirmation of account removal for one listed on the 3.17 missing tax bill report. | $0.00 | 3.8 | $0.00 |
| | Kumar, Reshma S | Notices sorting from bunch and logging of notices | Resolution Steps. | $0.00 | 3.0 | $0.00 |
| | Schiavone, Frank | Submit the Joann & Subsidiaries extension to the IRS through OneSource, and documentation of the IRS acceptance. | $0.00 | 0.4 | $0.00 |
| | Singh, Rohan | Batch-4 E-filings, EDI generated, saved and uploaded to Intela, triggered bot, assigned e-filings to new preparer, fixed EDI issues, manual filings | $0.00 | 1.0 | $0.00 |
| 03/18/2025 | | | | | |
| | Chaudhuri, Sahil | February Batch 5 return review | $0.00 | 2.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/18/2025 | | | | |
| Garg, Rishu | 20th due returns E-filings for the 3 entities -Joann Store, Joann.com, Creativebug- 45 returns and Kentucky for some returns for filing | $0.00 | 6.0 | $0.00 |
| Gordon, Cheryl | Instruction provided to SV. Karthikeyan to prepare the Joann Fabrics, February, 2025 Tax Payment Schedule. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Research online tax bill listed on "Missing Tax Bill Report 3.17.2025" excel file - for Alaska, Alabama, California, Colorado, Connecticut, Idaho, Kansas, Louisiana, Massachusetts, Michigan, Missouri, Mississippi, North Carolina, North Dakota, Nebraska, N | $0.00 | 5.1 | $0.00 |
| Heard, Cassandra | Gather tax bills listed in the AP export excel files listed on the Teams tax bill register to put together a tax bill report for the month of February 2025. | $0.00 | 1.0 | $0.00 |
| Rahman, Md Wasiur | Review the processing package for estimates. | $0.00 | 1.0 | $0.00 |
| Singh, Rohan | Batch-5,6 Return Prep, Fixed EDI issues for BOT filing failures, updated EDIs and re-triggered BOT, Batch-4 Manual filings | $0.00 | 4.0 | $0.00 |
| 03/19/2025 | | | | |
| Das, Prasenjit | Tax bill update for payment in February. | $0.00 | 5.0 | $0.00 |
| Gordon, Cheryl | Review Tax Payment Schedule - Pre & Post Petition. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Notice resolution | $0.00 | 4.0 | $0.00 |
| Rash, Jeffrey | Process mail received from V. Davidson in Cleveland office. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Segregate property tax bills, assessment notices and personal property rendition forms received in the mail and provide instructions to USI property tax team (P. Das and Karthikeyan) how to process. | $0.00 | 0.4 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/19/2025 | | | | |
| Rash, Jeffrey | Review spreadsheet showing property tax payments made in February 2025. | $0.00 | 0.5 | $0.00 |
| S V, Karthikeyan | Work on leasehold improvement assets updates for returns which are due April 1, 2025. | $0.00 | 2.0 | $0.00 |
| Singh, Rohan | Completed Pending batch-4 E-filings, BOT appends and sent email to Team POC for WV filings, created DE logons for Joann Stores, called Delaware DOR for obtaining PIN and linking the account to DE logons for E-filing purpose | $0.00 | 2.0 | $0.00 |
| 03/20/2025 | | | | |
| Garg, Rishu | Logged notices- Bundle of 22 pages and match the count of open notices from notice log to intela and move remaining ones to closed. | $0.00 | 2.0 | $0.00 |
| Kumar, Reshma S | Notices resolution\| additional payment upload template work \| weekly debrief \| Batch 5 review and sending off the returns to client \| Returns Batch 5 DAX staging | $0.00 | 3.0 | $0.00 |
| Singh, Rohan | Submit Appeal for Joann Stores Ohio Notice on website related to late payment. | $0.00 | 0.5 | $0.00 |
| 03/21/2025 | | | | |
| Chaudhuri, Sahil | Review Joann 202502 Batch 4 e-filing confirmation. | $0.00 | 4.0 | $0.00 |
| Garg, Rishu | Kentucky - Joann Stores - Return amend | $0.00 | 3.0 | $0.00 |
| Healy, Stephen | Prepare the Electronic filings of Sales and Use Tax returns for JOANN.COM for the states of KS, MO, ND, NV, UT and WA. | $0.00 | 2.5 | $0.00 |
| Kumar, Reshma S | Notices resolution\| additional payment upload template work \| weekly debrief \| Batch 6 review and sending off the returns to client \| Batch 6 Returns DAX staging \| e-filing issues and filing of pending issues returns | $0.00 | 7.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 03/21/2025 | | | | |
| Madden, Rosalind | Electronically filed February 2025 Washington Excise Tax Return for Creative Bug. | $0.00 | 0.1 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for Connecticut. | $0.00 | 0.2 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for Iowa. | $0.00 | 0.1 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for Kansas. | $0.00 | 0.1 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for Massachusetts. | $0.00 | 0.2 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for Missouri. | $0.00 | 0.1 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for North Dakota. | $0.00 | 0.1 | $0.00 |
| Madden, Rosalind | Electronically filed the February 2025 sales and use tax returns for Jo-Ann Stores LLC for Washington. | $0.00 | 0.1 | $0.00 |
| Singh, Rohan | Created LA credentials for Creativebug LLC, Filed returns from June 2024 period till Feb 2025 period. Closed Creativebug LA  notice in Notice log, Amended Joann Stores Michigan, Oklahoma, South Dakota returns for Feb 2025 period | $0.00 | 2.5 | $0.00 |
| Weber, Andrew | Update Multistate Tax Team's spreadsheet for outstanding work. | $0.00 | 0.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/25/2025 | | | | |
| Kumar, Reshma S | Notices payment upload connect with Lisa | $0.00 | 1.0 | $0.00 |
| 03/28/2025 | | | | |
| Das, Prasenjit | Prepare cover letters for each returns of Massachusetts, Texas and Carry over prior year asset to current year. | $0.00 | 5.5 | $0.00 |
| Kumar, Reshma S | weekly client call | $0.00 | 0.5 | $0.00 |
| S V, Karthikeyan | Prepared Mississippi return. | $0.00 | 2.0 | $0.00 |
| S V, Karthikeyan | Prepare Mississippi workpaper. | $0.00 | 1.0 | $0.00 |
| 03/29/2025 | | | | |
| Das, Prasenjit | Prepare Georgia state return, preparing reconciliation report of assets. | $0.00 | 4.0 | $0.00 |
| Heard, Cassandra | Log in Teams renditions tracker (which is an excel sheet on Teams) what status team is currently at in the completion of review and uploading the aforementioned returns to Anybill. | $0.00 | 0.1 | $0.00 |
| Heard, Cassandra | Review Mississippi return. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review Florida return. | $0.00 | 1.0 | $0.00 |
| Heard, Cassandra | Review Arizona returns due 4/1. | $0.00 | 0.7 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Arizona returns. | $0.00 | 3.0 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Florida returns. | $0.00 | 7.0 | $0.00 |
| 03/30/2025 | | | | |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Georgia return. | $0.00 | 4.0 | $0.00 |
| S V, Karthikeyan | Work on reconciliation and workpaper preparation for Florida return. | $0.00 | 2.0 | $0.00 |
| 03/31/2025 | | | | |
| Das, Prasenjit | Florida state return correction, preparing reconciliation report of assets | $0.00 | 3.5 | $0.00 |
| Das, Prasenjit | Prepare Anybill template for the tax bills to send for payment. | $0.00 | 3.0 | $0.00 |
| Gordon, Cheryl | Reviewed the Florida business personal property renditions. | $0.00 | 0.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 03/31/2025 | | | | |
| Gordon, Cheryl | Review the Mississippi business personal property renditions. | $0.00 | 0.5 | $0.00 |
| Gordon, Cheryl | Review the Anybill upload template and tax bills, for property tax payment due on March 31, 2025. | $0.00 | 0.3 | $0.00 |
| Gordon, Cheryl | Reviewed the Georgia business personal property renditions. | $0.00 | 0.5 | $0.00 |
| Gordon, Cheryl | Review the Arizonia business personal property renditions. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Review the tax bill template titled "20250331 AP Export." | $0.00 | 0.4 | $0.00 |
| Heard, Cassandra | Upload to Anybill the tax bill template titled "20250331 AP Export" and related bills for the tax bills to be processed and mailed. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review Florida return. | $0.00 | 1.5 | $0.00 |
| Heard, Cassandra | Review Georgia return. | $0.00 | 1.7 | $0.00 |
| Heichel, Logan | Qualifying New York extensions for electronic filing at every level so that the Topcon could file successfully. | $0.00 | 0.4 | $0.00 |
| Heichel, Logan | Clear electronic filing issues for Florida. | $0.00 | 0.3 | $0.00 |
| Heichel, Logan | Clear electronic filing issues for Maryland | $0.00 | 0.9 | $0.00 |
| Rash, Jeffrey | Review renditions for personal property renditions for stores in Florida. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review renditions for personal property renditions for stores in Georgia. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review renditions for personal property renditions for stores in Mississippi. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Email J. Zelwin (JOANN) that contains personal property renditions for review and approval to file. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review renditions for personal property renditions for stores in Arizona. | $0.00 | 0.2 | $0.00 |
| S V, Karthikeyan | Work on assets update, update basic return information for Georgia and prepare return. | $0.00 | 4.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 03/31/2025 | | | | |
| S V, Karthikeyan | Work on assets update, update basic return information for Georgia and workpaper. | $0.00 | 4.0 | $0.00 |
| Subtotal for Tax Compliance Services: | | | 295.4 | $0.00 |
| **Tax Restructuring Services** | | | | |
| 03/03/2025 | | | | |
| Forrest, Jonathan | Discuss with D. Luo, J. Kirpas, D. Krozek (Deloitte), N. Warther, A. Sexton (Kirkland) preliminary gain or loss on asset sale calculation. | $990.00 | 0.6 | $594.00 |
| Kirpas, Joseph | Discuss with J. Forrest, D. Luo, D. Krozek (Deloitte), N. Warther, A. Sexton (Kirkland) preliminary gain or loss on asset sale calculation. | $740.00 | 1.6 | $1,184.00 |
| Krozek, Derek | Draft correspondence to N. Haughey at A&M and D. Bendetson at Centerview with respect to data points critical to the income tax analysis. | $990.00 | 2.4 | $2,376.00 |
| Krozek, Derek | Discuss with J. Forrest, D. Luo, J. Kirpas (Deloitte), N. Warther, A. Sexton (Kirkland) preliminary gain or loss on asset sale calculation. | $990.00 | 0.6 | $594.00 |
| Luo, Dagong | Discuss with J. Forrest, J. Kirpas, D. Krozek (Deloitte), N. Warther, A. Sexton (Kirkland) preliminary gain or loss on asset sale calculation. | $870.00 | 0.6 | $522.00 |
| 03/04/2025 | | | | |
| Krozek, Derek | Discuss with L. Paszt (Deloitte), J. Zelwin (Joann) preliminary draft of estimated gain or loss on asset sale. | $990.00 | 0.5 | $495.00 |
| Krozek, Derek | Research termination of keyman life insurance policies. | $990.00 | 1.9 | $1,881.00 |
| Paszt, Laura | Discuss with D. Krozek (Deloitte), J. Zelwin (Joann) preliminary draft of estimated gain or loss on asset sale. | $990.00 | 0.5 | $495.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| **03/05/2025** | | | | |
| Krozek, Derek | Drafted revised notes and assumptions supporting the gain or loss on asset sale. | $990.00 | 1.6 | $1,584.00 |
| Krozek, Derek | Update gain or loss on asset sale. | $990.00 | 2.3 | $2,277.00 |
| Krozek, Derek | Continue updates to gain or loss on asset sale. | $990.00 | 3.3 | $3,267.00 |
| **03/06/2025** | | | | |
| Krozek, Derek | Read updated agency agreement for tax consequences. | $990.00 | 2.4 | $2,376.00 |
| Krozek, Derek | Read the presentation of the summary of transaction overview (including underlying assumptions supporting the Great American bid) provided by N. Haughey of A&M for data impacting the tax gain or loss on liquidation. | $990.00 | 0.7 | $693.00 |
| Krozek, Derek | Call with A. Sexton, N. Warther (Kirkland) to discuss termination of Keyman policies. | $990.00 | 1.1 | $1,089.00 |
| **03/07/2025** | | | | |
| Krozek, Derek | Review financial projections with respect to liquidation sales. | $990.00 | 2.0 | $1,980.00 |
| Krozek, Derek | Draft email to Deloitte Tax team (L. Paszt, A. Markota, J. Forrest, S. Fielding and J. Kirpas) related to case update. | $990.00 | 1.6 | $1,584.00 |
| Krozek, Derek | Prepare sensitivity analysis with respect to keyman policy surrender. | $990.00 | 2.3 | $2,277.00 |
| **03/10/2025** | | | | |
| Krozek, Derek | Review company's income tax return work papers to identify potential income / gain items that may be accelerated upon sale of all assets. | $990.00 | 1.3 | $1,287.00 |
| Krozek, Derek | Continue review of financial projections for data points relevant to the tax analysis. | $990.00 | 2.7 | $2,673.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### *Tax Restructuring Services*

**03/11/2025**

| | | | | |
|---|---|---|---|---|
| Krozek, Derek | Prepare update to estimated gain or loss on asset sale for most recent numbers. | $990.00 | 2.9 | $2,871.00 |

**03/12/2025**

| | | | | |
|---|---|---|---|---|
| Fielding, Stephen | Discuss with J. Forrest, D. Luo, J. Kirpas, D. Krozek (Deloitte) updated gain or loss on asset sale calculation . | $870.00 | 0.6 | $522.00 |
| Forrest, Jonathan | Discuss with S. Fielding, D. Luo, J. Kirpas, D. Krozek (Deloitte) updated gain or loss on asset sale calculation . | $990.00 | 0.6 | $594.00 |
| Kirpas, Joseph | Discuss with S. Fielding, J. Forrest, D. Luo, D. Krozek (Deloitte) updated gain or loss on asset sale calculation . | $740.00 | 0.6 | $444.00 |
| Krozek, Derek | Review the Company's tax return workpapers supporting capitalized professional fees historically capitalized and potential deductibility upon liquidation. | $990.00 | 1.5 | $1,485.00 |
| Krozek, Derek | Discuss with L. Paszt (Deloitte) draft of the estimated gain or loss on the sale of assets to Great American. | $990.00 | 0.5 | $495.00 |
| Krozek, Derek | Discuss with S. Fielding, J. Forrest, D. Luo, J. Kirpas (Deloitte) updated gain or loss on asset sale calculation . | $990.00 | 0.6 | $594.00 |
| Luo, Dagong | Discuss with S. Fielding, J. Forrest, J. Kirpas, D. Krozek (Deloitte) updated gain or loss on asset sale calculation . | $870.00 | 0.6 | $522.00 |
| Paszt, Laura | Discuss with D. Krozek (Deloitte) draft of the estimated gain or loss on the sale of assets to Great American. | $990.00 | 0.5 | $495.00 |

**03/13/2025**

| | | | | |
|---|---|---|---|---|
| Krozek, Derek | Call with J. Zelwin (Joann) to discuss information related to inventory levels at time of sale. | $990.00 | 1.8 | $1,782.00 |
| Krozek, Derek | Review updated cash flow projections to be incorporated in estimated taxable income or loss in current fiscal year. | $990.00 | 2.3 | $2,277.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 03/13/2025 | | | | |
| Krozek, Derek | Discuss with L. Paszt (Deloitte), J. Zelwin (Joann), N. Warther (Kirkland) estimated taxable income or loss. | $990.00 | 0.6 | $594.00 |
| Paszt, Laura | Discuss with L. Paszt (Deloitte), J. Zelwin (Joann), N. Warther (Kirkland) estimated taxable income or loss. | $990.00 | 0.6 | $594.00 |
| 03/14/2025 | | | | |
| Krozek, Derek | Review updated information for use in the gain or loss on sale calculation. | $990.00 | 2.8 | $2,772.00 |
| Krozek, Derek | Prepare access letters to be executed by representatives of the unsecured creditors committee for purposes of a call to discuss the tax analysis performed to date. | $990.00 | 1.1 | $1,089.00 |
| Krozek, Derek | Draft email correspondence to J. Forrest and D. Luo of Deloitte Tax related to updates made to the calculation of the estimated taxable gain or loss on liquidation). | $990.00 | 1.1 | $1,089.00 |
| Rash, Jeffrey | Prepare property tax estimate for calendar year 2025 property tax returns, include estimated tax liability, tax due date and when final personal property returns are to be filed. | $990.00 | 2.0 | $1,980.00 |
| 03/17/2025 | | | | |
| Krozek, Derek | Prepared for call with unsecured creditors committee related to gain on asset sale. | $990.00 | 1.5 | $1,485.00 |
| 03/18/2025 | | | | |
| Krozek, Derek | Continued preparation for follow up call with unsecured creditors committee to discuss the calculation of estimated taxable gain or loss on liquidation. | $990.00 | 1.9 | $1,881.00 |
| 03/19/2025 | | | | |
| Krozek, Derek | Revise calculation of taxable gain or loss on liquidation for call with unsecured creditors committee. | $990.00 | 1.7 | $1,683.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 03/20/2025 | | | | |
| Krozek, Derek | Call with unsecured creditors committee representatives, A. Sexton, N. Warther (Kirkland) related to gain on asset sale and the estimated taxable gain or loss on liquidation. | $990.00 | 1.0 | $990.00 |
| Krozek, Derek | Prepare for upcoming call with unsecured creditors committee related to gain on asset sale. | $990.00 | 2.5 | $2,475.00 |
| 03/21/2025 | | | | |
| Krozek, Derek | Chapter 11 administration related to Deloitte Tax retention. | $990.00 | 1.6 | $1,584.00 |
| 03/24/2025 | | | | |
| Krozek, Derek | Chapter 11 administration related to responding to US trustee comments. | $990.00 | 1.5 | $1,485.00 |
| 03/25/2025 | | | | |
| Krozek, Derek | Prepare updates to estimated gain or loss on asset sale. | $990.00 | 2.7 | $2,673.00 |
| 03/26/2025 | | | | |
| Krozek, Derek | Draft responses to US trustee comments related to Deloitte Tax retention. | $990.00 | 2.1 | $2,079.00 |
| 03/27/2025 | | | | |
| Krozek, Derek | Chapter 11 administration related to addressing comments and documentation requested from US Trustee. | $990.00 | 1.6 | $1,584.00 |
| Paszt, Laura | Meeting with J. Zelwin (Joann) to discuss the status of the tax audits and tax compliance. | $990.00 | 1.5 | $1,485.00 |
| 03/31/2025 | | | | |
| Krozek, Derek | Prepare state income tax calculation of estimated gain or loss on asset sale. | $990.00 | 2.9 | $2,871.00 |
| Krozek, Derek | Draft notes and assumptions related to state income tax calculation. | $990.00 | 2.8 | $2,772.00 |
| Subtotal for Tax Restructuring Services: | | | 76.0 | $74,474.00 |
| **Total** | | | **391.2** | **$85,638.00** |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

| Adjustment | | |
|---|---|---|
| Tax Compliance Services - (March 2025) | | $25,755.00 |
| **Adjustment Subtotal :** | | **$25,755.00** |
| **Total** | 391.2 | **$111,393.00** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Forrest, Jonathan | $990.00 | 1.2 | $1,188.00 |
| Krozek, Derek | $990.00 | 65.7 | $65,043.00 |
| Paszt, Laura | $990.00 | 3.1 | $3,069.00 |
| Rash, Jeffrey | $990.00 | 2.0 | $1,980.00 |
| Fielding, Stephen | $870.00 | 0.6 | $522.00 |
| Luo, Dagong | $870.00 | 1.2 | $1,044.00 |
| Kirpas, Joseph | $740.00 | 2.2 | $1,628.00 |
| Bockoven, Julian | $715.00 | 0.5 | $357.50 |
| Culp, Mathew | $715.00 | 0.5 | $357.50 |
| O'Malley, Michael | $715.00 | 0.5 | $357.50 |
| Przybojewski, David | $715.00 | 1.0 | $715.00 |
| Harden, Anthony | $605.00 | 10.5 | $6,352.50 |
| Srirangam Nallan Chakravarthula, Sundara Varada Rajan | $605.00 | 1.0 | $605.00 |
| Potesta, Anthony | $505.00 | 0.2 | $101.00 |
| Ross, Jonathan | $505.00 | 0.5 | $252.50 |
| Feltz, Lisa | $405.00 | 1.5 | $607.50 |
| Gillis, E'Ona | $405.00 | 3.0 | $1,215.00 |
| Heichel, Logan | $405.00 | 0.6 | $243.00 |
| Chaudhuri, Sahil | $0.00 | 22.5 | $0.00 |
| Culp, Mathew | $0.00 | 0.2 | $0.00 |
| Das, Prasenjit | $0.00 | 57.7 | $0.00 |
| Garg, Rishu | $0.00 | 30.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2025 - March 31, 2025

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Gordon, Cheryl | $0.00 | 9.2 | $0.00 |
| Harden, Anthony | $0.00 | 0.3 | $0.00 |
| Healy, Stephen | $0.00 | 2.5 | $0.00 |
| Heard, Cassandra | $0.00 | 35.3 | $0.00 |
| Heichel, Logan | $0.00 | 2.6 | $0.00 |
| JHA, MAYANK KUMAR | $0.00 | 1.0 | $0.00 |
| Kumar, Reshma S | $0.00 | 34.5 | $0.00 |
| Madden, Rosalind | $0.00 | 1.0 | $0.00 |
| Nyonyoh, Nicholas | $0.00 | 0.5 | $0.00 |
| Rahman, Md Wasiur | $0.00 | 2.0 | $0.00 |
| Rash, Jeffrey | $0.00 | 7.2 | $0.00 |
| Ravikumar, Devika | $0.00 | 17.0 | $0.00 |
| Rohrs, Jane | $0.00 | 0.5 | $0.00 |
| S V, Karthikeyan | $0.00 | 52.0 | $0.00 |
| Schiavone, Frank | $0.00 | 0.4 | $0.00 |
| Singh, Rohan | $0.00 | 18.0 | $0.00 |
| Weber, Andrew | $0.00 | 0.7 | $0.00 |
| Tax Compliance Services - (March 2025) | | | $25,755.00 |
| **Total** | | **391.2** | **$111,393.00** |

# **Exhibit B**

# JOANN Inc.

## Deloitte Tax LLP

## Expenses Sorted by Category for the Fee Period

*March 01, 2025 - March 31, 2025*

| Category | Date | Description | Amount |
|---|---|---|---|

### *POSTAGE, EXPRESS MAIL, COURIER SERVICES*

| | | | |
|---|---|---|---|
| Heard, Cassandra | 03/05/2025 | Mailing of Warwick, Rhode Island return. | $14.65 |
| Subtotal for POSTAGE, EXPRESS MAIL, COURIER SERVICES: | | | $14.65 |
| Total | | | $14.65 |

## Recapitulation

| Category | Amount |
|---|---|
| POSTAGE, EXPRESS MAIL, COURIER SERVICES | $14.65 |