**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JOANN, Inc., *et al.*, ) | Case No. 25-10068 (CTG) |
| ) | |
| Wind-Down Debtors. ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Charles J. Fendrych of Kelley Drye & Warren LLP to represent Steven Balasiano of MHR Advisory Group, LLC, not individually, but solely in his capacity as the GUC Trustee in this action.

Dated: July 24, 2025          */s/ Bradford J. Sandler*
                              Bradford J. Sandler (DE Bar No. 4142)
                              Pachulski Stang Ziehl & Jones LLP
                              919 North Market Street, 17th Floor
                              Wilmington, DE 19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Email: bsandler@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 24, 2025          */s/ Charles J. Fendrych*
                              Charles J. Fendrych
                              Kelley Drye & Warren LLP
                              3 World Trade Center
                              175 Greenwich Street
                              New York, New York 10007
                              Telephone: (212) 808-7800
                              Email: cfendrych@kelleydrye.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.