**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | Jointly Administered |

**[PROPOSED] ORDER GRANTING SHENYANG LARGE CIRCLE'S MOTION FOR RECONSIDERATION OF ORDER REDUCING AND RECLASSIFYING CLAIM**

Upon consideration of the *Motion of Shenyang Large Circle Arts & Crafts, Co., Ltd. Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim* (the "Motion")[2], filed by Shenyang Large Circle ("Movant"), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion is **GRANTED** as set forth herein;

2. Pursuant to 11 U.S.C. § 502(j) and Rules 3008 and 9023 of the Federal Rules of Bankruptcy Procedure, the Sixth Omnibus Order is **VACATED** solely as it pertains to the Shenyang Claim; and

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.