## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | Jointly Administered |
| | **Objections due by: August 11, 2025 at 4 p.m** <br> **Hearing Date: August 14, 2025 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 24, 2025, Shenyang Large Circle Arts & Crafts, Co., Ltd. filed the attached *Motion of Shenyang Large Circle Arts & Crafts, Co., Ltd. Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Motion seeks the reconsideration of the Order approving the Debtor's sixth omnibus objection to claims.

**PLEASE TAKE FURTHER NOTICE** that, any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 11, 2025 at 4:00 p.m. ET** (the "Objection Deadline"), must also serve a copy of your response or objection upon the undersigned counsel so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801 **on August 14, 2025 at 10:00 a.m. ET**.

**PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING. PLEASE TAKE FURTHER NOTICE THAT, A HEARING WITH RESPECT TO THE MOTION MAY BE SCHEDULED AT THE CONVENIENCE OF THE COURT**.

00679338

Dated: July 24, 2025

                                      **COOCH AND TAYLOR, P.A**

/s/ *R. Grant Dick IV*
R. Grant Dick IV (Del. No. 5123)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Facsimile: 302-984-3939
Email: gdick@coochtaylor.com

*Counsel to Shenyang Large Circle Arts & Crafts, Co., Ltd.*