## **CERTIFICATE OF SERVICE**

I, R. Grant Dick IV, hereby certify that on July 24, 2025, I caused to be served the foregoing *Motion of Shenyang Large Circle Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail and email on the parties identified below.

Dated: July 24, 2025

                                                    */s/ R. Grant Dick IV*
                                                    R. Grant Dick IV (#5123)

| | |
|---|---|
| Joshua A. Sussberg<br>Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY   10022<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com | Bradford J. Sandler<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>bsandler@pszjlaw.com<br>joneill@pszjlaw.com |
| Anup Sathy<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, IL   60654<br>anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com | Eric R. Wilson<br>Jason R. Adams<br>Maeghan J. McLoughlin<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com |
| Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE   19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com | Office of the United States Trustee<br>Malcolm M. Bates<br>844 King Street<br>Suite 2207<br>Wilmington, DE   19801<br>malcolm.m.bates@usdoj.gov |