**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 1277** |

**NOTICE OF CHANGE OF HEARING TIME FOR
<u>JULY 31, 2025 OMNIBUS HEARING</u>**

**PLEASE TAKE NOTICE** that, at the direction of the Court, the time of the omnibus hearing scheduled for July 31, 2025 at 10:00 a.m. (prevailing Eastern Time), has been **rescheduled to July 31, 2025 at 9:30 a.m. (prevailing Eastern Time)**, before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

| | |
|---|---|
| Dated:  July 25, 2025<br>            Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Patrick J. Reilley*<br>Patrick J. Reilley (No. 4451)<br>Stacy L. Newman (No. 5044)<br>Jack M. Dougherty (No. 6784)<br>Michael E. Fitzpatrick (No. 6797)<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email:  preilley@coleschotz.com<br>            snewman@coleschotz.com<br>            jdougherty@coleschotz.com<br>            mfitzpatrick@coleschotz.com<br><br>-and-<br><br>**HAHN LOESER & PARKS LLP**<br>Christopher B. Wick, Esquire (*pro hac vice* pending)<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Telephone:  (216) 621-0150<br>Facsimile:  (216) 274-2488<br>cwick@hahnlaw.com<br><br>*Counsel for Ann Aber, solely in her capacity as the Plan Administrator of Joann Inc., et al.* |