**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Joann Inc.<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that Bankruptcy Collection Services by its undersigned representative, hereby withdraws its Change of Address for Paramount Home Collections Pvt Ltd. filed on July 25, 2025, Docket Number 1450.  The address contained therein was erroneous and BCS will be filing a new change of address form with the correct address.

Dated:  July 28, 2025

                        Bankruptcy Collection Services

                        By:   /s/Robert Axenrod
                              Robert Axenrod
                              Bankruptcy Collection Services
                              84 Herbert Avenue
                              Building B- Suite 202
                              Closter, NJ 07624
                              Telephone: (201).266.6988