| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Joann Inc., | ) Case No. 25-10068 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Paramount Home Collections Private Limited, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

Paramount Home Collections PVT LTD
c/o Bankruptcy Collection Services, LLC
84 Herbert Ave. Building B - Suite 202,
Closter, NJ 07624

**New Address**

Paramount Home Collections Private Limited
Attention: Mohd Arbab Shamsi
36 Tavela Street
Akhtar Building
Moradabad
Uttar Pradesh 244001
India

Dated: Monday, July 28, 2025

Respectfully submitted,

*/s/ Robert Axenrod/*

Robert Axenrod
Bankruptcy Collection Services, LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624