**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br>(Jointly Administered) |

**MYRTLE BEACH FARMS COMPANY, INC.'S EXHIBIT LIST
RELATING TO MATTERS SCHEDULED FOR HEARING SCHEDULED
FOR JULY 31, 2025 AT 9:30 A.M. (ET)**

Undersigned counsel for Myrtle Beach Farms Company, Inc. ("Myrtle Beach Farms") hereby submits this Exhibit List (the "Notice") in connection with the hearing on July 31, 2025, at 9:30 A.M. (prevailing Eastern Time) in the above-captioned case.

**EXHIBIT LIST**

Myrtle Beach Farms designates the following exhibits that may be used at the Hearing:

1. Lease Agreement, as amended, dated as of January 28, 2022 between Myrtle Beach Farms Company, Inc. and Jo-Ann Stores, LLC for the property located at 1120 Seaboard St., Myrtle Beach, South Carolina

2. Lease Agreement, as amended, dated April 11, 2006 between Ross Dress for Less, Inc. and Myrtle Beach Farms Company, Inc. for the property located at 1120 Seaboard St., Myrtle Beach, South Carolina

3. Letter from Rita Hutchings, Sr. Director Lease Administration, Ross Dress for Less, Inc. dated May 25, 2025

4. Lease plan for Seaboard Commons

5. Operations and Easement Agreement dated August 8, 1994

6. Burlington Stores, Inc. 10-K for the period ended February 1, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

7. Burlington Stores, Inc. 10-Q for the period ended November 2, 2024

Myrtle Beach Farms reserves (a) the right to amend and/or supplement this Exhibit List at any time prior to the Hearing and add exhibits, as applicable, and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Exhibit List as appropriate. Myrtle Beach Farms also reserves the right to rely upon and use as evidence (a) exhibits included on the exhibit list of any other parties in interest, and (b) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter

WHEREFORE, should this Honorable Court have any questions or concerns regarding this Notice, counsel is available at the earliest convenience of the Court to address them.

Date: July 29, 2025

Respectfully submitted,

By: *Michael Busenkell*
Michael Busenkell, Esq. (DE 3933)
**GELLERT SEITZ BUSENKELL & BROWN, LLC**
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5800
mbusenkell@gsbblaw.com

*Counsel for Myrtle Beach Farms Company, Inc.*