# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al..*,[1] | Case No. 25-10068 (CTG) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. #1261** |

## NOTICE OF WITHDRAWAL OF MOTION OF TAMARACK VILLAGE SHOPPING CENTER, A LIMITED PARTNERSHIP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)

**PLEASE TAKE NOTICE** that Tamarack Village Shopping Center, by and through its attorneys, hereby withdraw that certain Motion of Tamarack Village Shopping Center, a Limited Partnership For Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [D.I. #1261] **WITHOUT PREJUDICE**.

Dated: July 29, 2025
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

/s/ *Kate Roggio Buck*
Kate Roggio Buck (DE# 5140)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300
Fax: 302-984-6399
Email: kbuck@mccarter.com

*Attorneys for Tamarack Village Shopping Center*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

ME1\56027391.v1