**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JOANN INC., *et al..*,[1] | : | Case No. 25-10068 (CTG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Kate Roggio Buck, Esquire, hereby certify that on this 29th day of July 2025, one (1) copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION OF TAMARACK VILLAGE SHOPPING CENTER, A LIMITED PARTNERSHIP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)** was served upon counsel of record via ECF.

                                                **McCARTER & ENGLISH LLP**

                                                /s/ *Kate Roggio Buck*
                                                Kate Roggio Buck (DE# 5140)

                                                *Attorneys for Tamarack Village Shopping Center*