**EXHIBIT A**

| No. | Assignee | Landlord | Landlord Address | Store No. | Store Address | Description of Contract[1] | Cure Cost[2] |
|---|---|---|---|---|---|---|---|
| 1 | Burlington Coat Factory of Texas, Inc. | WLPX Hesperia, LLC | c/o Lewis Operating Corp., 1152 North Mountain Avenue, Upland, CA, 91785 | 2270 | 12779 Main Street | May 20, 2011 Lease Agreement between Jo-Ann Stores, LLC and WLPX Hesperia, LLC | *$84,036.86[3] |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

[2] The Cure Costs listed herein may include amounts that have recently been paid or otherwise satisfied, which will be netted out from the Cure Costs prior to payment thereof.

[3] *The Cure Costs listed above is the agreed total amount due to Landlord through to and including July 31, 2025; if the Closing Date does not occur on or before July 31, 2025, the Cure Costs will need to be increased to include any additional outstanding amounts due under the Lease from August 1, 2025 through Closing and such amounts must be paid as a condition to assumption and assignment of the Lease.

Exhibit A