## CERTIFICATE OF SERVICE

    I certify that, on July 29, 2025, a true and correct copy of the foregoing objection was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

                                                    */s/ Laurel D. Roglen*
                                                    Laurel D. Roglen (DE 5759)
                                                    BALLARD SPAHR LLP