**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| JOANN INC., *et al.*, | ) |
|  | ) Case No. 25-10068 (CTG) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher B. Wick, Esquire of Hahn Loeser & Parks LLP to represent Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., *et al.,* in this action.

Dated: July 25, 2025

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Email: preilley@coleschotz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio, and the U.S. District Courts for the Northern and Southern Districts of Ohio, the Western District of Michigan, and the Southern District of Indiana, and the U.S. Court of Appeals for the Sixth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 25, 2025

*/s/ Christopher B. Wick*
Christopher B. Wick
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150
Email: cwick@hahnlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 30th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**