# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| JOANN, INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF CRAFTY (AL) LLC FOR ENTRY OF AN ORDER: (I) REQUIRING PAYMENT OF ADMINISTRATIVE CLAIM FOR UNPAID PRORATED 2025 REAL ESTATE TAXES; (II) COMPELLING PAYMENT OF CLAIM FOR REMOVAL OF IMPROPERLY "ABANDONED" PROPERTY AS EITHER AN ADMINISTRATIVE EXPENSE CLAIM AGAINST THE DEBTORS AND/OR LIABILITY OF PURCHASER; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the *Motion of CRAFTY (AL) LLC For Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief* (the "**Motion**"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found venue of this proceeding and the Motion in this district proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been sufficient; and any objections to

---

[1] The debtors (the "**Debtors**") in these chapter 11 cases together with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

the Motion having been withdrawn, resolved, or overruled on the merits; and after due deliberation thereon, and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. CRAFTY (AL) LLC is hereby allowed an administrative expense claim against the Debtors in the amount of $_____ pursuant to 11 U.S.C. § 503(b)(1)(A) (the "**Administrative Expense Claim**").

3. The [Debtors / Purchaser] [is / are] authorized and directed to pay CRAFTY (AL) LLC the Administrative Expense Claim, no later than ___ days from entry of this Order based on the following allocation of liability: ____.

4. All payments made hereunder shall be made via wire and/or electronic transfer according to instructions provided in writing to Purchaser and the Debtors by CRAFTY (AL) LLC.

5. Nothing in this order shall release the Debtors from their obligations under Article III of the Plan and related Confirmation Order [D.I. 1387] to pay the Administrative Expense Claim in accordance with the terms of this Order; provided, however, that CRAFTY (AL) LLC has agreed to accept payment of the Administrative Expense Claim first from Purchaser to the extent, if any, required by the terms of this Order.

6. The Debtors and CRAFTY (AL) LLC are directed and authorized to take all actions reasonably necessary to effectuate the relief granted in this Order.

7. CRAFTY (AL) LLC's rights are reserved to supplement and amend the Motion if additional unpaid administrative amounts have accrued.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.