**CERTIFICATE OF SERVICE**

      I certify that, on July 30, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

         */s/ Gregory W. Werkheiser*
         Gregory W. Werkheiser (No. 3553)