## **Exhibit 2**

**Email From The Debtors' Counsel**

**From:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>
**Sent:** Monday, June 9, 2025 2:09 PM
**To:** Alan Lipkin <a.lipkin@chaffetzlindsey.com>; Meyer, Kelly <kelly.meyer@kirkland.com>; Michalik, Jeff <jeff.michalik@kirkland.com>
**Cc:** Andrew Behlmann (abehlmann@lowenstein.com) <abehlmann@lowenstein.com>
**Subject:** [External] RE: WP CAREY/JOANN - REJECTED LEASE WITH CRAFTY (AL) LLC

Alan – the Debtors maintain that the property left behind is abandoned by the Debtors. The purchaser only acquired the designation rights with respect to such property. At all times when it was abandoned, it remained the legal property of the Debtors. Accordingly, your client is free to dispose of the property as it sees fit and revise any rejection damages claim accordingly. The Debtors reserve all rights with respect to any claims asserted against it.

**Lindsey Blumenthal**

-------------------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 2571   **M** +1 317 979 7323
**F** +1 312 862 2200
-------------------------------------------------
lindsey.blumenthal@kirkland.com