**<u>Exhibit B</u>**

**Redline**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | Re:  Docket ~~No.~~  Nos. 429, 760, 863, 1002 and 1455 |

**~~FIRST~~ ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN ~~EXECUTORY CONTRACTS AND/OR~~ UNEXPIRED ~~LEASES~~LEASE**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 429] (the "Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. [●]760] (the "Assumption Notice") satisfies the requirements set forth in the Procedures Order; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Assumption Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Assumption Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Assumption Notice and opportunity for a hearing on the Assumption Notice were appropriate and no other notice need be provided; and this Court having reviewed the Assumption Notice; and upon *Cavender Stores, L.P.'s Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 863]; and upon the *Reply of Boot Barn, Inc. to Cavender Stores, L.P.'s Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 1002]; and upon *Notice of Withdrawal of Cavender Stores, L.P.'s Objection to First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 1455]; and this Court having determined that the legal and factual bases set forth in the Assumption Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The ~~Contracts~~unexpired lease of nonresidential real property, by and among Jo-Ann Stores, LLC and Integris Ventures-TC, LLC (the "Lease Counterparty"), dated January 18, 2010, as more fully set forth in Exhibit 1 attached hereto ~~are~~(the "Lease"), is hereby assumed by the Debtors effective as of the Assumption Date and assigned to ~~the Counterparty listed on~~

2

　
~~Exhibit 1, as applicable~~Boot Barn, Inc. (the "Assignee"), pursuant to the terms of this Order and that certain assumption and assignment agreement (the "Assignment Agreement") by and between GA Joann Retail Partnership, LLC, in its capacity as agent for the Debtors, and Assignee dated as of April 16, 2025.    The assumption of the ~~Contracts~~Lease set forth in **Exhibit 1** ~~are~~is subject to the Debtors~~'~~ paying the cure ~~amounts~~amount, if any, set forth in **Exhibit 1**, to the ~~Contract~~Lease Counterparty in a manner consistent with the terms of the applicable agreement ~~(a) if the cure amount is undisputed,~~ promptly after the entry of this Order ~~or (b) if the cure amount is disputed, the earlier of (i) the date on which the Debtors and Contract Counterparty agree to a cure amount or (ii) the date specified in a final and non-appealable order entered by this Court following a hearing determining such cure amount scheduled with notice to the objecting Contract Counterparty~~.   Upon satisfaction of the cure amount, ~~each Contract~~the Lease Counterparty is forever barred, estopped, and enjoined from asserting against the Debtors or their successors or assigns any additional cure costs or other interests with respect to its ~~Contract~~Lease that arose, accrued, ~~or~~came due and were not paid on or before the Assumption Date.

2.    With regard to ~~Contracts~~Lease to be assigned incident to the closing of a sale under section 363 of the Bankruptcy Code which satisfies the requirements of Code section 363(f), pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, the assignment of any ~~Contract~~Lease upon the closing of such sale shall:   (a) be free and clear of any interest, including, without limitation (i) all liens (and any liens shall attach to the proceeds in the same order and priority subject to all existing defenses, claims, setoffs, and rights) and (ii) any and all claims (as that term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, guaranties of or by the Debtors, debts, rights, contractual commitments, restrictions, interests,

and matters of any kind and nature, whether arising prior to or subsequent to the commencement of these chapter 11 cases, and whether imposed by agreement, understanding, law, equity, or otherwise (including, without limitation, claims and encumbrances (A) that purport to give to any party a right or option to effect any forfeiture, modification, or termination of the interest of any Debtor or Assignee, as the case may be, in the ~~Contract(s)~~Lease (but only in connection with the assignment by the Debtor to the Assignee) or (B) in respect of any taxes), *provided*, *however*, that any such assignment shall not be free and clear of any accrued but unbilled or not due rent and charges under a lease of non-residential real property including adjustments, reconciliations, and indemnity obligations, liability for the period prior to the Assumption Date which shall be assumed and paid by the Debtors or the ~~applicable~~ Assignee~~, as agreed by and among the Debtors and the applicable Assignee~~ promptly after entry of this Order; and (b) constitutes a legal, valid, and effective transfer of such ~~Contract(s)~~Lease and vests the applicable Assignee with all rights, titles, and interests to the applicable ~~Contracts~~Lease.[3] For the avoidance of doubt, all provisions of the applicable assigned ~~Contract~~Lease, including any provision limiting assignment, shall be binding on the applicable Assignee.

3.    Subject to and conditioned upon the occurrence of a closing with respect to the assumption and assignment of any ~~Contract~~Lease, and subject to the other provisions of this Order (including the aforementioned Assumption Procedures), the Debtors are authorized in accordance with sections 365(b) and (f) of the Bankruptcy Code to (a) assume and assign to ~~any Assignees~~the Assignee the applicable ~~Contracts~~Lease, with any applicable Assignee being responsible only for the post-assignment liabilities or defaults under the applicable ~~Contracts~~

---

[3]    ~~Certain of the Contracts may contain provisions that restrict, prohibit, condition, or limit the assumption and/or assignment of such Contract. The Debtors' rights are reserved with respect to the enforceability of such provisions, as are the rights of any party in interest to object to such claims.~~

~~except as otherwise provided for in this Order~~Lease and (b) execute and deliver to any applicable Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer any such ~~Contract~~Lease.

4.      The Debtors' right to assert that any provisions in the ~~Contract~~Lease that expressly or effectively restrict, prohibit, condition, or limit the assignment of or the effectiveness of the ~~Contract~~Lease to an Assignee are unenforceable anti-assignment or *ipso facto* clauses is fully reserved, as are the rights of any counterparty to object to such assertion.

5.      The Assignee shall have no liability or obligation with respect to defaults relating to the assigned ~~Contracts~~Lease arising, accruing, or relating to a period prior to the ~~applicable closing date~~Assumption Date; *provided* that any such assignment shall not be free and clear of any accrued but unbilled or not due rent and charges under a lease of non-residential real property including adjustments, reconciliations, and indemnity obligations, liability for which shall be assumed and paid by the Debtors or the ~~applicable~~ Assignee~~, as agreed by and among the Debtors and the applicable Assignee~~ promptly after entry of this Order.

~~6. Notwithstanding anything to the contrary herein, the Debtors are authorized to remove any Contract from the schedule to the Assumption Notice at any time prior to the Assumption Date.~~

6.      ~~7.~~ The Debtors are hereby authorized, pursuant to section 363(b) of the Bankruptcy Code, to enter into consensual amendments with the written consent of the applicable ~~Assumption~~Lease  Counterparty as set forth in an Assumption Notice.

7.      ~~8.~~ Notwithstanding anything to the contrary contained herein, any payment to be made hereunder, and any authorization contained herein, shall be subject to any interim and final

orders, as applicable, approving the use of cash collateral, and any budgets in connection therewith governing any such use of cash collateral.

8.    9. Nothing contained in the Assumption Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Assumption Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

9.    10. Notice of the Assumption Notice as provided therein shall be deemed good and sufficient notice of such Assumption Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

10.    11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11.    12. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

6

12.    ~~13.~~ This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Assumed ~~Contracts~~Lease**

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Burlington Coat Factory Warehouse Corporation | Shops at St. Johns, LLC | Simon Property Group, Attn: Legal Department, Indianapolis, IN, 46204-3438 | 2039 | 10261 River Marsh Drive Ste 149 | June 18, 2003 Lease Agreement between Jo-Ann Stores, LLC and Shops at St. Johns, LLC | $39,476.28 | 6/1/2025 |
| 2 | Burlington Coat Factory of Texas, Inc. | Smart Cienega SPE, LLC | c/o Property Management Advisors, Inc., 1234 East 17th Street, #B, Santa Ana, CA, 92701 | 2119 | 5885 Lincoln Avenue | April 20, 2005 Lease Agreement between Jo-Ann Stores, LLC and Smart Cienega SPE, LLC | $58,234.00 | 6/1/2025 |
| 3 | Burlington Coat Factory of Texas, Inc. | Chestnut Court Darien Il, LLC | c/o Mid-America Asset Management, Inc., One Parkview Plaza, 9th Floor, Oakbrook Terrace, IL, 60181 | 2176 | 7511 Lemont Rd Ste 101 | March 31, 2009 Lease Agreement between Jo-Ann Stores, LLC and CHESTNUT COURT DARIEN IL, LLC | $24,092.00 | 6/1/2025 |
| 4 | Burlington Coat Factory of Texas, Inc. | Spirit Properties, Ltd. | Attn: Randy Wrage, 21070 Centre Pointe Parkway, Santa Clarita, CA, 91350 | 2452 | 26583 Carl Boyer Drive | October 15, 2014 Lease Agreement between Jo-Ann Stores, LLC and Spirit Properties, Ltd. | $35,041.13 | 6/1/2025 |
| 5 | Burlington Coat Factory | BV Wolf Creek, LLC | 2194 Snake River Parkway, Suite 300, Attn: Thel Casper, | 2456 | 10521 S. 15Th Street | November 11, 2014 Lease Agreement between Jo-Ann | $26,004.24 | 6/1/2025 |

---

[4] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | Warehouse Corporation | | Idaho Falls, ID, 83402 | | | Stores, LLC and BV Wolf Creek, LLC | | |
| 6 | Burlington Coat Factory of Texas, Inc. | DKS Investments, Inc. | c/o Knorr Management, Inc., 3736 Fallon Rd. #509, Dublin, CA, 94568 | 1877 | 2210 Daniels St | October 30, 2009 Lease Agreement between Jo-Ann Stores, LLC and DKS Investments, Inc. | $25,356.33 | 6/1/2025 |
| 7 | Burlington Coat Factory of Texas, Inc. | Ming Retail Plaza LLC | c/o M.D. Atkinson Company, Inc., 1401 19th Street, Suite 400, Bakersfield, CA, 93301 | 1014 | 3010 Ming Ave | August 13, 2015 Lease Agreement between Jo-Ann Stores, LLC and Ming Retail Plaza LLC | $25,209.58 | 5/1/2025 |
| 8 | Burlington Coat Factory Warehouse Corporation | University Hills Plaza, LLC | c/o Miller Real Estate Investments, LLC, Attn: Scott Goldammer, Property Mgr., Greenwood Village, CO, 80111 | 2179 | 2580 South Colorado Blvd | February 25, 2010 Lease Agreement between Jo-Ann Stores, LLC and University Hills Plaza, LLC | $39,938.00 | 6/1/2025 |
| 9 | Burlington Coat Factory Warehouse Corporation | Lancaster Development Company LLC | c/o C.E. John Company, Inc., Attn: Director of Property Management, Vancouver, WA, 98661 | 2218 | 783 Lancaster Dr. Ne. Suite #133 | December 06, 2010 Lease Agreement between Jo-Ann Stores, LLC and Lancaster Development Company LLC | $14,665.05 | 6/1/2025 |
| 10 | Burlington Coat Factory of Texas, Inc. | Alameda Crossing Station LLC | Attn: Robert F. Myers, COO, 11501 Northlake Drive, Cincinnati, OH, 45249 | 2132 | 1717 N. Dysart Road | August 11, 2005 Lease Agreement between Jo-Ann Stores, LLC and Alameda Crossing Station LLC | $0.00 | 6/1/2025 |
| 11 | Burlington Coat | IGI21 Katy LLC | 1140 N. Williamson Blvd, Suite 140, | 2226 | 1219 North Fry Road | February 24, 2011 Lease Agreement | $0.00 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | Factory of Texas, Inc. | | Attn: Steven R. Greathouse, Chief Investment Officer, Daytona Beach, FL, 32114 | | | between Jo-Ann Stores, LLC and IGI21-Katy LLC | | |
| 12 | Burlington Coat Factory Warehouse Corporation | Suburban Plaza, LLC | c/o Selig Enterprises, Inc., Attn: Kenneth J. Clayman, Esq., Atlanta, GA, 30309 | 2412 | 2655 N. Decatur Road | August 12, 2014 Lease Agreement between Jo-Ann Stores, LLC and Suburban Plaza, LLC | $24,347.51 | 6/1/2025 |
| 13 | Burlington Coat Factory of Texas, L.P. | Tri Marsh Realty LLC | 4801 Harbor Dr., Attn: Bo Avery, Flower Mound, TX, 75022 | 2140 | 10515 N Mo Pac Expy Bldg 1 | May 31, 2006 Lease Agreement between Jo-Ann Stores, LLC and Tri Marsh Realty LLC | $0.00 | 6/1/2025 |
| 14 | Burlington Coat Factory of Texas, Inc. | WLPX Hesperia, LLC | c/o Lewis Operating Corp., 1152 North Mountain Avenue, Upland, CA, 91785 | 2270 | 12779 Main Street | May 20, 2011 Lease Agreement between Jo-Ann Stores, LLC and WLPX Hesperia, LLC | $29,624.01 | 6/1/2025 |
| 15 | Burlington Coat Factory Warehouse Corporation | Overlook Village Asheville, LLC | c/o Armada Hoffler Properties, Inc., 222 Central Park Avenue, Suite 2100, Virginia Beach, VA, 23462 | 2284 | 80 South Tunnel Road Suite 30 | August 26, 2011 Lease Agreement between Jo-Ann Stores, LLC and Overlook Village Asheville, LLC | $0.00 | 6/1/2025 |
| 16 | Burlington Coat Factory of Texas, L.P. | Sherman Commons, L.P. | c/o CBRE, 2100 McKinney Ave., Suite 800, Dallas, TX, 75201 | 2308 | 4127 N Hwy 75 | March 28, 2012 Lease Agreement between Jo-Ann Stores, LLC and Sherman Commons, L.P. | $0.00 | 6/1/2025 |
| 17 | Burlington Coat Factory | SRK Lady Lake 21 SPE, LLC | c/o The Benchmark Group, 4053 Maple Road, Suite 200, | 1598 | 540 N Us Hwy 441 | June 30, 2008 Lease Agreement between Jo-Ann Stores, LLC | $33,243.25 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | Warehouse Corporation | | Amherst, NY, 14226 | | | and SRK Lady Lake 21 SPE, LLC | | |
| 18 | Burlington Coat Factory Warehouse Corporation | Progress Square Partners, LP | c/o Argonaut Investments, 101 Larkspur Landing Circle, Suite 120, Larkspur, CA, 94939 | 2329 | 720 W. Telegraph | February 29, 2012 Lease Agreement between Jo-Ann Stores, LLC and Progress Square Partners, LP | $30,500.00 | 6/1/2025 |
| 19 | Burlington Coat Factory Warehouse Corporation | RPT Newnan LLC | 500 North Broadway, Suite 201, P.O. Box 9010, Jericho, NY, 11753 | 2364 | 1074 Bullsboro Drive, Unit #6 | December 20, 2012 Lease Agreement between Jo-Ann Stores, LLC and RPT Newnan LLC | $18,239.71 | 5/1/2025 |
| 20 | Burlington Coat Factory of Kentucky, Inc. | Shelbyville Road Plaza, LLC | c/o Hagan Properties, 12911 Reamers Road, Louisville, KY, 40245 | 2145 | 4600 Shelbyville Rd Ste 280 | January 18, 2008 Lease Agreement between Jo-Ann Stores, LLC and Shelbyville Road Plaza, LLC | $50,059.33 | 6/1/2025 |
| 21 | Burlington Coat Factory of Texas, L.P. | Rayzor Ranch Marketplace Associates, LLC | 8140 Walnut Lane, Suite 400, Attn: Property Manager, Dallas, TX, 75231 | 2212 | 2640 West University Dr | November 17, 2010 Lease Agreement between Jo-Ann Stores, LLC and Rayzor Ranch Marketplace Associates, LLC | $0.00 | 6/1/2025 |
| 22 | Burlington Coat Factory of Texas, Inc. | ECHO/Continental Lincoln Village, LLC | c/o Worth Capital, 2501 E. Main St. AND PO Box 9646 (Columbus, same zip), Columbus, OH, 43209 | 2054 | 4600 W Broad Street | August 22, 2003 Lease Agreement between Jo-Ann Stores, LLC and ECHO/Continental Lincoln Village, LLC | $22,548.01 | 6/1/2025 |
| 23 | Burlington Coat | Myrtle Beach | 8820 Marina Parkway, Attn: | 2566 | 1120 Seaboard St | January 28, 2022 Lease Agreement | $38,121.49 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|-----|----------|----------|------------------|--------------|---------------|---------------------------|-------------|-----------------|
| | Factory Warehouse Corporation | Farms Company, Inc. | Lease Administration, Myrtle Beach, SC, 29572 | | | between Jo-Ann Stores, LLC and Myrtle Beach Farms Company, Inc. | | |
| 24 | Burlington Coat Factory of Texas, L.P. | BVA SPM SPE LLC | c/o Big V Properties LLC, 176 North Main Street, Suite 210, Florida, NY, 10921 | 2571 | 9500 S IH-35 Frontage Rd | December 22, 2021 Lease Agreement between Jo-Ann Stores, LLC and BVA SPM SPE LLC | $0.00 | 6/1/2025 |
| 25 | Burlington Coat Factory of Texas, L.P. | 380 Younger LLC | 14643 Dallas Parkway, Suite 950, Attn: Benjamin Smith, Younger Partners, DALLAS, TX, 75254 | 2296 | 2050 West University Dr Suite 250 | September 30, 2011 Lease Agreement between Jo-Ann Stores, LLC and 380 Younger LLC | $0.00 | 6/1/2025 |
| 26 | Burlington Coat Factory Warehouse Corporation | Spring Creek Owner, LLC | c/o DLC Management Corp., 565 Taxter Rd., Suite 400, Elmsford, NY, 10523 | 1894 | 3835 North Mall Ave | January 13, 2010 Lease Agreement between Jo-Ann Stores, LLC and Spring Creek Owner, LLC | $8,503.52 | 6/1/2025 |
| 27 | Burlington Coat Factory Warehouse Corporation | NORTH MAIN PHASE II AND III LLC | C/O CHILDRESS KLEIN, 301 S. COLLEGE ST., SUITE 2800, CHARLOTTE, NC, 28202 | 2351 | 1215-B North Main Street | November 29, 2012 Lease Agreement between Jo-Ann Stores, LLC and NORTH MAIN PHASE II AND III LLC | $22,345.83 | 6/1/2025 |
| 28 | Burlington Coat Factory of Texas, Inc. | Regency Centers, L.P. | c/o Regency Centers Corporation, One Independent Drive, Jacksonville, FL, 32202-5019 | 2589 | 3872 C-Paxton Avenue ) | January 31, 2023 Lease Agreement between Jo-Ann Stores, LLC and Regency Centers, L.P. | $0.00 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 29 | Burlington Coat Factory of Texas, Inc. | LNN Enterprises, Inc. | 9 W. Cherry Ave., Ste. A, Attn: Giavanna Nackard Bednar, VP of Operations, Flagstaff, AZ, 86001 | 1831 | 1514 S Riordan Ranch St | April 06, 1979 Lease Agreement between Jo-Ann Stores, LLC and LNN Enterprises, Inc. | $0.00 | 6/1/2025 |
| 30 | Burlington Coat Factory Warehouse Corporation | GP Retail I, LLC - dba SRV Investors | c/o Gart Properties, LLC, 240 St. Paul Street, Suite 200, Denver, CO, 80206 | 2071 | 7360 South Gartrell Road | July 16, 2004 Lease Agreement between Jo-Ann Stores, LLC and GP Retail I, LLC - dba SRV Investors | $32,909.74 | 6/1/2025 |
| 31 | Burlington Coat Factory Warehouse Corporation | Goodmen Big Oaks, LLC | c/o TRI Inc., 1071 Fall Springs Rd., Collierville, TN, 38017 | 2225 | 3875 North Gloster Street | January 11, 2011 Lease Agreement between Jo-Ann Stores, LLC and Goodmen Big Oaks, LLC | $15,511.67 | 5/1/2025 |
| 32 | Burlington Coat Factory of Texas, Inc. | Widewaters Roseland Center Company, LLC | c/o The Widewaters Group, Inc., 5845 Widewaters Parkway, Suite 100, East Syracuse, NY, 13057 | 2211 | 3225 State Route 364 | November 19, 2010 Lease Agreement between Jo-Ann Stores, LLC and Widewaters Roseland Center Company, LLC | $14,014.52 | 6/1/2025 |
| 33 | Burlington Coat Factory Warehouse Corporation | The Williams Family Trust | c/o Alliance Development, 230 Ohio Street, #200, Oshkosh, WI, 54902 | 2348 | 1226 Koeller St | July 26, 2012 Lease Agreement between Jo-Ann Stores, LLC and The Williams Family Trust | $18,075.00 | 6/1/2025 |
| 34 | Burlington Coat Factory Warehouse Corporation | A.I. Longview LLC | dba Hedinger Group, 5440 SW Westgate Drive, Suite 250, Portland, OR, 97221 | 1867 | 700 Ocean Beach Hwy Ste 100 | September 30, 2008 Lease Agreement between Jo-Ann Stores, LLC and A.I. Longview LLC | $19,447.21 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|-----|----------|----------|------------------|--------------|---------------|---------------------------|-------------|-----------------|
| 35 | Burlington Coat Factory of Texas, Inc. | RCG Bradley VII, LLC | c/o RCG Ventures, LLC, 3060 Peachtree Rd. NW, Suite 400, Atlanta, GA, 30355 | 2587 | 2056 N State Rt. 50 (Unit 15) | September 29, 2022 Lease Agreement between Jo-Ann Stores, LLC and RCG Bradley VII, LLC | $25,032.10 | 5/1/2025 |
| 36 | Burlington Coat Factory of Texas, Inc. | T SOUTHERN TIER PIL NY, LLC, T SOUTHERN TIER NY, LLC AND | TSOUTHERN TIER PIT NY, LLC, 16600 Dallas Pkwy, Suite 300, Dallas, TX, 75248 | 1868 | 1530 County Route 64 | April 06, 2009 Lease Agreement between Jo-Ann Stores, LLC and T SOUTHERN TIER PIL NY, LLC, T SOUTHERN TIER NY, LLC AND | $24,134.10 | 6/1/2025 |
| 37 | Burlington Coat Factory Warehouse Corporation | U-Blaine Properties LLC | c/o Inland Companies Inc. dba Colliers International, 833 E. Michigan St., Suite 500, Milwaukee, WI, 53202 | 1866 | 4045 Commonwealth Ave | August 26, 2008 Lease Agreement between Jo-Ann Stores, LLC and U-Blaine Properties LLC | $25,388.94 | 6/1/2025 |
| 38 | Burlington Coat Factory Warehouse Corporation | Pompano MZL LLC | c/o KPR Centers LLC (Katz Properties Retail), 535 Fifth Avenue, 12th Floor, New York, NY, 10017 | 1023 | 1131 S Federal Hwy | August 07, 1997 Lease Agreement between Jo-Ann Stores, LLC and Pompano MZL LLC | $33,550.96 | 5/1/2025 |
| 39 | Burlington Coat Factory of Texas, Inc. | PONTIAC MALL LIMITED PARTNERSHIP | C/O GERSHENSON REALTY & INVESTMENT, 31500 | 2277 | 9052 Highland Road | July 28, 2011 Lease Agreement between Jo-Ann Stores, LLC and PONTIAC MALL LIMITED | $30,966.35 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | | | NORTHWESTERN HWY, SUITE 100, FARMINGTON HILLS, MI, 48334 | | | PARTNERSHIP | | |
| 40 | Burlington Coat Factory of Texas, Inc. | LCR Walpole LLC | c/o The Wilder Companies, Ltd., 800 Boylston Street Suite 1300, Boston, MA, 02199 | 2403 | 96 Providence Highway | July 31, 2013 Lease Agreement between Jo-Ann Stores, LLC and LCR Walpole LLC | $17,755.77 | 6/1/2025 |
| 41 | Burlington Coat Factory of Texas, Inc. | RAF Investments Ltd. | 397 Churchill Hubbard Rd., Suite 2, Attn: Vince Fond, Jr., Youngstown, OH, 44505 | 2519 | 441 Boardman Poland Road | October 16, 2017 Lease Agreement between Jo-Ann Stores, LLC and RAF Investments Ltd. | $28,881.00 | 6/1/2025 |
| 42 | Burlington Coat Factory of Texas, L.P. | T Mesquite MKT WVS TX, LLC | 16600 Dallas Parkway, Suite 300, Attn: Zoe Lopez, Regional Property Manager, Dallas, TX, 75248 | 2575 | 19105 Lyndon B Johnson Fwy | February 01, 2022 Lease Agreement between Jo-Ann Stores, LLC and T Mesquite MKT WVS TX, LLC | $0.00 | 5/1/2025 |
| 43 | Burlington Coat Factory Warehouse Corporation | Big B1, Inc | 655 South 700 East, Attn: Bankim ("Bobby") Patel, Orem, UT, 84097 | 2576 | 3558 E. Main St | May 09, 2022 Lease Agreement between Jo-Ann Stores, LLC and Big B1, Inc | $20,836.75 | 6/1/2025 |
| 44 | Burlington Coat Factory of Texas, L.P. | TXC Capital, LLC | c/o Crimson Capital LLC, 17 Elm Street, Morristown, NJ, 07960 | 2446 | 10501 Gateway Blvd W Bld 9 | June 23, 2014 Lease Agreement between Jo-Ann Stores, LLC and TX Crimson, LLC | $0.00 | 6/1/2025 |
| 45 | Burlington Coat Factory of | IA Round Rock University | c/o InvenTrust Property Management, LLC, | 2155 | 201 University Oaks Blvd | March 31, 2008 Lease Agreement between Jo-Ann Stores, LLC | $0.00 | 6/1/2025 |

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | Texas, L.P. | Oaks Limited Partnership | 3025 Highland Parkway, Ste. 350, Downers Grove, IL, 60515 | | | and IA Round Rock University Oaks Limited Partnership | | |
| 46 | Boot Barn, Inc. | CI Warner Robbins, LLC | c/o Fickling Management Services, 577 Mulberry Street, Suite 1100, Macon, GA, 31202 | 2490 | 2951 Watson Blvd | August 05, 2016 Lease Agreement between Jo-Ann Stores, LLC and CI Warner Robbins, LLC | $13,013.63 | 5/1/2025 |
| 47 | SFM, LLC | BV Waco Central Texas Marketplace, LLC | c/o Ball Ventures, LLC, 2194 Snake River Parkway, Suite 300, Idaho Falls, ID, 83402 | 2445 | 4633 S. Jack Kultgen Expy Unit 104 | May 30, 2014 Lease Agreement between Jo-Ann Stores, LLC and BV Waco Central Texas Marketplace, LLC | $26,727.83 | 6/1/2025 |
| 48 | Massa Furniture, Inc. | MFBY Ocala, LLC | c/o RD Management LLC, Attn: General Counsel, New York, NY, 10019 | 1244 | 2405 Sw 27Th Ave | November 10, 1980 Lease Agreement between Jo-Ann Stores, LLC and MFBY Ocala, LLC | $10,299.14 | 6/1/2025 |
| 49 | Cavender Stores, L.P. | Midlo Younger, LLC | c/o Younger Partners, 14643 Dallas Parkway, Suite 950, LB #58, Dallas, TX, 75254 | 2501 | 2000 F.M. 663 St 500 | March 09, 2017 Lease Agreement between Jo-Ann Stores, LLC and Midlo Younger, LLC | $0.00 | 6/1/2025 |
| 50 | Vitamin Cottage Natural Food Markets, Inc. | Lake Geneva Retail LeaseCo., L.L.C. | Inland Comm. Real Estate Services LLC #51573, 2901 Butterfield Rd, Oak Brook, IL, 60523 | 2322 | 600 N. Edwards Blvd | June 14, 2012 Lease Agreement between Jo-Ann Stores, LLC and Lake Geneva Retail LeaseCo., L.L.C. | $17,392.15 | 6/1/2025 |
| 51 | Harmon POS Sales | SP 35 L.P. | c/o National Realty & Development | 593 | 1026 Broad St | September 15, 1976 Lease Agreement | $0.00 | 6/1/2025 |

9

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | LLC | | Corp., Attn: Chief Operating Officer, New York, NY, 10281 | | | between Jo-Ann Stores, LLC and SP 35 L.P. | | |
| 52 | Boot Barn, Inc. | Integris Ventures-TC, LLC | c/o Integris Ventures Management, LLC, 655 Craig Road, Suite 100, Creve Coeur, MO, 63141 | 1893 | 1923 Old Fort Pkwy | January 18, 2010 Lease Agreement between Jo-Ann Stores, LLC and Integris Ventures-TC, LLC | $17,754.55 | 6/1/2025 |
| 53 | Cavender Stores, L.P. | De Anza Properties 4, LLC | c/o Corinthian Real Estate Inc., 3217 Montrose Blvd., Suite 228, Houston, TX, 77006 | 2387 | 1671 Ih-35 South, Suite 208 | April 09, 2013 Lease Agreement between Jo-Ann Stores, LLC and De Anza Properties 4, LLC | $0.00 | 5/1/2025 |
| 54 | Hobby Lobby Stores, Inc. | Real Sub, LLC | c/o Publix Super Markets, Inc., P.O. Box 407, Lakeland, FL, 33802-0407 | 1959 | 11215 Causeway Blvd | June 06, 2000 Lease Agreement between Jo-Ann Stores, LLC and Real Sub, LLC | $52,191.47 | 6/1/2025 |
| 55 | PARISINA INTERNATIONAL LLC | Pavilions North Shopping Center 18, LLC | c/o ACF Property Management, Inc., .12411 Ventura Boulevard, Studio City, CA, 91604 | 2157 | 25 Ne Loop 410 Ste 114 | May 05, 2008 Lease Agreement between Jo-Ann Stores, LLC and Pavilions North Shopping Center 18, LLC | $0.00 | 6/1/2025 |
| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[3] | | |

---

[3] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cure Amount | Assumption Date |
| 52 | Boot Barn, Inc. | Integris Ventures-TC, LLC | c/o Integris Ventures - Management, LLC, 655 Craig Road, Suite 100, Creve Coeur, MO, 63141 | 1893 | 1923 Old Fort Pkwy | January 18, 2010 Lease Agreement between Jo-Ann Stores, LLC and Integris Ventures-TC, LLC | $17,754.55 | 8/1/2025 |

11