IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtor. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott L. Fleischer to represent DLC Management Corporation and The Widewaters Group, Inc. in the above cases and any associated adversary proceedings.

Dated:  July 30, 2025

*/s/ Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
E-mail:  roglenl@ballardspahr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey, the United States Court of Appeals for the Second Circuit, the United States District Court for the District of New Jersey, the United States District Court for the Eastern and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of the District Court.

Dated:  July 30, 2025

*/s/ Scott L. Fleischer*
Scott L. Fleischer
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: July 31st, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE