IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 1318 |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE) (RECLASSIFIED CLAIMS)**

PLEASE TAKE NOTICE that, on June 30, 2025, the above-captioned debtors (collectively, the "Debtors"), filed the *Debtors' Tenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims)* [Docket No. 1318] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Omnibus Objection is scheduled for August 14, 2025 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the electronic Claims Binder was emailed on July 31, 2025 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel for the Plan Administrator.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: July 31, 2025
      Wilmington, Delaware

    */s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:   preilley@coleschotz.com
      snewman@coleschotz.com
      jdougherty@coleschotz.com
      mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**

Christopher B. Wick (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:   cwick@hahnlaw.com

*Co-Counsel to the Plan Administrator*