IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) ) | Re: Docket No. 1320 |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (SUBSTANTIVE) (RECLASSIFIED CLAIMS & REDUCED CLAIMS)**

PLEASE TAKE NOTICE that, on June 30, 2025, the above-captioned debtors (collectively, the "Debtors"), filed the *Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims)* [Docket No. 1320] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Omnibus Objection is scheduled for August 14, 2025 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the electronic Claims Binder was emailed on July 31, 2025 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel for the Plan Administrator.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: July 31, 2025
       Wilmington, Delaware

                                       */s/ Michael E. Fitzpatrick*
                                       **COLE SCHOTZ P.C.**
                                       Patrick J. Reilley (No. 4451)
                                       Stacy L. Newman (No. 5044)
                                       Jack M. Dougherty (No. 6784)
                                       Michael E. Fitzpatrick (No. 6797)
                                       500 Delaware Avenue, Suite 600
                                       Wilmington, Delaware 19801
                                       Telephone:   (302) 652-3131
                                       Facsimile:    (302) 652-3117
                                       Email:         preilley@coleschotz.com
                                                                 snewman@coleschotz.com
                                                                 jdougherty@coleschotz.com
                                                                 mfitzpatrick@coleschotz.com

                                       - and -

                                       **HAHN LOESER & PARKS LLP**
                                       Christopher B. Wick (admitted *pro hac vice*)
                                       200 Public Square, Suite 2800
                                       Cleveland, Ohio 44114
                                       Telephone:   (216) 274-2489
                                       Facsimile:    (216) 241-2824
                                       Email:         cwick@hahnlaw.com

                                       *Co-Counsel to the Plan Administrator*