## Schedule 1

**Assumed Lease**

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[3] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 52 | Boot Barn, Inc. | Integris Ventures-TC, LLC | c/o Integris Ventures - Management, LLC, 655 Craig Road, Suite 100, Creve Coeur, MO, 63141 | 1893 | 1923 Old Fort Pkwy | January 18, 2010 Lease Agreement between Jo-Ann Stores, LLC and Integris Ventures-TC, LLC | $17,754.55 | 8/1/2025 |

---

[3] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.