**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN INC., *et al.*[1] | ) Case No. 25-10068 (CTG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Related to Docket No. 199** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that Beatriz S. McConnell of Englander Fischer and Monique B. DiSabatino of Saul Ewing LLP hereby notify the Clerk of this Court that their client, Fairway-Falls, LLC ("**Fairway-Falls**"), has resolved any interests and issues it had in this bankruptcy case; therefore, Beatriz S. McConnell and Monique B. DiSabatino withdraw their appearances as counsel for Fairway Falls, and respectfully request that they be removed from all service lists in this case in their capacity as counsel to Fairway Falls, including (*for Ms. McConnell only*) the Court's CM/ECF electronic service list. For the avoidance of doubt, Monique B. DiSabatino of Saul Ewing is not withdrawing her appearance on behalf of any other clients in bankruptcy case and should not be removed from the Court's CM/ECF electronic service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- 2 -

Dated: July 31, 2025

        **SAUL EWING LLP**

        */s/ Monique B. DiSabatino*
        Monique B. DiSabatino (DE Bar No. 6027)
        1201 North Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6800
        Email: monique.disabatino@saul.com

        -and-

        Beatriz S. McConnell
        **ENGLANDER FISCHER**
        721 First Avenue North
        St. Petersburg, FL 33701
        Telephone: (727) 898-7210
        Facsimile: (727) 898-7218
        Email: bmcconnell@eflegal.com

        *Attorneys for Fairway-Falls, LLC*