# SIGN-IN SHEET

<u>JUDGE</u>: Goldblatt    <u>COURTROOM</u>: 7

<u>CASE NUMBER</u> 25-10068 CASE <u>NAME</u>: Joann Inc.    <u>DATE</u>: 7/31/2025 (9:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Victoria Argeroplos | Jackson Walker LLP | Burlington Stores, Inc. |
| Patrick Reilley | Cole Schotz | Plan Administrator |
| Jack Dougherty | " | " " |
| Kristhy Peguero | Jackson Walker LLP | Burlington Stores, Inc. |
| Marcy M'Laughlin Smith | Womble Bond Dickinson | Burlington Stores (except as to Myrtle Beach LL) |
| Mike Busenkell | Gellert Seitz Busenkell & Brown | Myrtle Beach Farm / LNN Enterprises |
| Scott Leonhardt | Esbrook PC | BV Wolf Creek, LLC |

Joann Inc., et al.,
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Emilio | Amendola | A&G Real Estate Partners | GA Joann Retail Partnership LLC | Video and Audio |
| Emilio | Amendola | A&G Real Estate Partners | GA Joann Retail Partnership LLC | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Victoria | Argeroplos | Jackson Walker LLP | Burlington | Video and Audio |
| Victoria | Argeroplos | Jackson Walker LLP | Burlington | Video and Audio |
| William | Arnault | Kirkland & Ellis LLP | Debtors | Video and Audio |
| William | Arnault | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Rupsha | Basu | Milbank LLP | Interested Party | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | GA Joann Retail Partnership LLC | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | GA Joann Retail Partnership LLC | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Julia | Burnson | Kirkland & Ellis LLP | Debtors, et al | Video and Audio |
| Julia | Burnson | Kirkland & Ellis LLP | Reorganized Debtors, et al | Video and Audio |
| Connie | Choe | Kelley Drye & Warren LLP | Interested Party | Video and Audio |
| Scott | Ciocco | Burlington Stores, Inc. | Burlington | Video and Audio |
| Scott | Ciocco | Burlington Stores, Inc. | Burlington | Video and Audio |
| Nicholas | Connolly | Milbank LLP | Interested Party | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Malak | Doss | Glenn Agre | Party in Interest | Video and Audio |
| Malak | Doss | Glenn Agre | Party in Interest | Video and Audio |
| Will | Farmer | Jackson Walker LLP | Burlington | Video and Audio |
| Will | Farmer | Jackson Walker LLP | Burlington | Video and Audio |
| Scott | Fleischer | Barclay Damon LLP | The Widewaters Group, Inc., DLC Management Corp. | Video and Audio |
| Scott | Fleischer | Barclay Damon LLP | The Widewaters Group, Inc., DLC Management Corp. | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Andrew | Harmeyer | Law Firm | Interested Party | Video and Audio |
| Taylor | Harrison | Media | | Audio Only |
| Taylor | Harrison | Media | | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | Video and Audio |
| Rebecca | Hollander | GA Group | GA Joann Retail Partnership LLC | Video and Audio |
| Rebecca | Hollander | GA Group | GA Joann Retail Partnership LLC | Video and Audio |
| Audrey | Hornisher | Clark Hill PLC | | Audio Only |
| Audrey | Hornisher | Clark Hill PLC | | Audio Only |
| James | Jeffers | Burlington Stores | Burlington Stores, Inc. | Video and Audio |
| James | Jeffers | Burlington Stores | Burlington Stores, Inc. | Video and Audio |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Maeghan | McLoughlin | Kelley Drye & Warren LLP | Interested Party | Video and Audio |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Christopher | Ouellette | Cohen Seglias Pallas Greenhall & Furman | Hudson Retail LLC | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington | Video and Audio |
| Robin | Piree | Burlington Stores, Inc. | Burlington Stores, Inc. | Video and Audio |
| Robin | Piree | Burlington Stores, Inc. | Burlington Stores, Inc. | Video and Audio |
| Faye | Rasch | | | Audio Only |
| T. Daniel | Reynolds | Jones Day | Defendants H. Holody, M. Kennedy & M. Bowers | Video and Audio |
| Anthony | Saccullo | A M Saccullo Legal, LLC | AM Saccullo | Audio Only |
| Anthony | Saccullo | A M Saccullo Legal, LLC | AM Saccullo | Audio Only |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Zachary | Shapiro | Richards, Layton & Finger, P.A. | Defendants H. Holody, M. Kennedy, M. Bowers & R. W | Video and Audio |
| Rajbir | Singh | Vardhman Textiles Limited | Vardhman Textiles Limited | Video and Audio |
| Rajbir | Singh | Vardhman Textiles Limited | Vardhman Textiles Limited | Video and Audio |

Joann Inc., et al.,
25-10068

| | | | | |
|---|---|---|---|---|
| Michael | St. James | St. James Law, P.C. | Progress Square Partners & CD Cotton Mill | Video and Audio |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |
| William | Starr | William J Starr CPA | Wayne Belleau | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO Realty | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| Amit | Vyas | Vardhman Textiles Ltd. | Vardhman Textiles Ltd. | Video and Audio |
| Amit | Vyas | Vardhman Textiles Ltd. | Vardhman Textiles Ltd. | Video and Audio |
| Keyashia | Willis | Barclay Damon LLP | DLC Management Corporation | Video and Audio |
| Alex | Wittenberg | Law360 | | Audio Only |
| Alex | Wittenberg | Law360 | | Audio Only |
| Blanka | Wolfe | | | Audio Only |
| Blanka | Wolfe | | | Audio Only |
| Aparna | Yenamandra | Kirkland & Ellis LLP | Reorganized Debtors, et al | Video and Audio |
| Aparna | Yenamandra | Kirkland & Ellis LLP | Reorganized Debtors, et al | Video and Audio |
| William | Arnault | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Frank | Griffin | Grant & Eisenhofer, P.A. | | Video and Audio |
| Frank | Griffin | Grant & Eisenhofer, P.A. | | Video and Audio |
| Taylor | Harrison | Media | | Audio Only |
| Taylor | Harrison | Media | | Audio Only |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Jennifer | Moore | Sewing Report | Media | Audio Only |
| Gordon | Novod | Grant & Eisenhofer P.A. | | Video and Audio |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors | Video and Audio |
| William | Starr | William J Starr CPA | Wayne A Belleau | Video and Audio |