EXHIBIT B

# Lease Ledger

Page 1
Date: 07/15/2025
Property: 195c
Tenant: t0012466 Jo Ann Fabrics #2376
From Date: 08/30/2013  To Date: 01/31/2029
Move In Date: 08/30/2013
Unit(S): 100C

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/30/2024 | Balance Forward as of 06.30.2024 | | 18,924.97 | 0.00 | 18,924.97 | C-537986 | No |
| 07/31/2024 | Balance Forward for 07.2024 | | (0.03) | 0.00 | 18,924.94 | C-539291 | No |
| 08/01/2024 | Common Area Maintenance (08/2024) | 100C | 1,887.15 | 0.00 | 20,812.09 | C-537967 | No |
| 08/01/2024 | Insurance (08/2024) | 100C | 587.81 | 0.00 | 21,399.90 | C-537968 | No |
| 08/01/2024 | Monthly Rent (08/2024) | 100C | 11,127.09 | 0.00 | 32,526.99 | C-537969 | No |
| 08/20/2024 | Correct Monthly Rent (08/2024) | 100C | 11,127.08 | 0.00 | 43,654.07 | C-539510 | No |
| 09/01/2024 | Common Area Maintenance (09/2024) | 100C | 1,887.15 | 0.00 | 45,541.22 | C-541525 | No |
| 09/01/2024 | Insurance (09/2024) | 100C | 587.81 | 0.00 | 46,129.03 | C-541526 | No |
| 09/01/2024 | Monthly Rent (09/2024) | 100C | 22,254.17 | 0.00 | 68,383.20 | C-541527 | No |
| 09/16/2024 | Chk# 400558809 09.16.2024 Check #400558809 KZ/Partial Sept Payment | | 0.00 | 13,601.74 | 54,781.46 | R-241177 | No |
| 10/01/2024 | Common Area Maintenance (10/2024) | 100C | 1,887.15 | 0.00 | 56,668.61 | C-543036 | No |
| 10/01/2024 | Insurance (10/2024) | 100C | 587.81 | 0.00 | 57,256.42 | C-543037 | No |
| 10/01/2024 | Monthly Rent (10/2024) | 100C | 22,254.17 | 0.00 | 79,510.59 | C-543038 | No |
| 10/01/2024 | Correct Monthly Rent (08/2024) | | (11,127.09) | 0.00 | 68,383.50 | C-544700 | No |
| 10/01/2024 | Correct Monthly Rent (09/2024) | | (11,127.09) | 0.00 | 57,256.41 | C-544701 | No |
| 10/01/2024 | Correct Monthly Rent (10/2024) | | (11,127.09) | 0.00 | 46,129.32 | C-544702 | No |
| 10/02/2024 | Chk# 400559481 10.02.2024 Check #400559481 KZ/October | | 0.00 | 13,601.74 | 32,527.58 | R-241850 | |
| 10/09/2024 | Chk# 400559596 10.09.2024 Check #400559596 KZ/August | | 0.00 | 13,601.74 | 18,925.84 | R-242200 | |
| 10/15/2024 | Chk# 400559481 10.15.2024 ACH KZ/Payment Sent to Wells Fargo Acct #5177 | | 0.00 | 13,601.74 | 5,324.10 | R-243495 | |
| 11/01/2024 | Common Area Maintenance (11/2024) | 100C | 1,887.15 | 0.00 | 7,211.25 | C-546685 | No |
| 11/01/2024 | Insurance (11/2024) | 100C | 587.81 | 0.00 | 7,799.06 | C-546686 | No |
| 11/01/2024 | Monthly Rent (11/2024) | 100C | 11,127.08 | 0.00 | 18,926.14 | C-546687 | No |
| 11/14/2024 | Chk# 400560907 11.14.2024 Check #400560907 KZ/November | | 0.00 | 13,601.74 | 5,324.40 | R-243501 | |
| 12/01/2024 | Common Area Maintenance (12/2024) | 100C | 1,887.15 | 0.00 | 7,211.55 | C-548124 | No |
| 12/01/2024 | Insurance (12/2024) | 100C | 587.81 | 0.00 | 7,799.36 | C-548125 | No |
| 12/01/2024 | Monthly Rent (12/2024) | 100C | 11,127.08 | 0.00 | 18,926.44 | C-548126 | No |
| 12/09/2024 | Chk# 400561884 12.09.24 Remote check 400561884 JC | | 0.00 | 13,601.74 | 5,324.70 | R-244463 | |
| 01/01/2025 | Common Area Maintenance (01/2025) | 100C | 1,332.00 | 0.00 | 6,656.70 | C-551246 | No |
| 01/01/2025 | Insurance (01/2025) | 100C | 1,569.36 | 0.00 | 8,226.06 | C-551247 | No |
| 01/01/2025 | Monthly Rent (01/2025) | 100C | 11,127.08 | 0.00 | 19,353.14 | C-551248 | No |
| 02/01/2025 | Common Area Maintenance (02/2025) | 100C | 1,332.00 | 0.00 | 20,685.14 | C-554997 | No |
| 02/01/2025 | Insurance (02/2025) | 100C | 1,569.36 | 0.00 | 22,254.50 | C-554998 | No |

# Lease Ledger

Date: 07/15/2025  
Property: 195c  
Tenant: t0012466 Jo Ann Fabrics #2376  
From Date: 08/30/2013  To Date: 01/31/2029  
Move In Date: 08/30/2013  
Unit(S): 100C

Page 2

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/01/2025 | Monthly Rent (02/2025) | 100C | 11,127.08 | 0.00 | 33,381.58 | C-554999 | No |
| 02/11/2025 | Correct Monthly Rent (12/2024) | | 715.53 | 0.00 | 34,097.11 | C-556005 | No |
| 03/01/2025 | Common Area Maintenance (03/2025) | 100C | 1,332.00 | 0.00 | 35,429.11 | C-557815 | No |
| 03/01/2025 | Insurance (03/2025) | 100C | 1,569.36 | 0.00 | 36,998.47 | C-557816 | No |
| 03/01/2025 | Monthly Rent (03/2025) | 100C | 11,127.08 | 0.00 | 48,125.55 | C-557817 | No |
| 03/11/2025 | Prior Year CAM Excess (2024) | | (7,573.48) | 0.00 | 40,552.07 | C-558892 | No |
| 03/11/2025 | Prior Year Insurance Excess (2024) | | 13,957.37 | 0.00 | 54,509.44 | C-558893 | No |
| 03/11/2025 | Prior Year Tax Excess (2024) | | 13,275.09 | 0.00 | 67,784.53 | C-558894 | No |
| 03/12/2025 | Chk# 400565014 03.12.2025 Check #400565014 KZ/March Short Paid INM | | 0.00 | 13,046.58 | 54,737.95 | R-248102 | |
| 03/24/2025 | Chk# 400565340 03.24.25 Remote check 400565340 JC | | 0.00 | 7,154.58 | 47,583.37 | R-248528 | |
| 04/01/2025 | Common Area Maintenance (04/2025) | 100C | 1,332.00 | 0.00 | 48,915.37 | C-560581 | No |
| 04/01/2025 | Insurance (04/2025) | 100C | 1,569.36 | 0.00 | 50,484.73 | C-560582 | No |
| 04/01/2025 | Monthly Rent (04/2025) | 100C | 22,254.17 | 0.00 | 72,738.90 | C-560583 | No |
| 04/01/2025 | Corrected Monthly Rent (04/2025) | | (11,127.09) | 0.00 | 61,611.81 | C-561246 | No |
| 04/09/2025 | Chk# 400565684 4.9.25 Check #400565684 SH | | 0.00 | 13,046.58 | 48,565.23 | R-249318 | |
| 05/01/2025 | Common Area Maintenance (05/2025) | 100C | 1,332.00 | 0.00 | 49,897.23 | C-563479 | No |
| 05/01/2025 | Insurance (05/2025) | 100C | 1,569.36 | 0.00 | 51,466.59 | C-563480 | No |
| 05/01/2025 | Monthly Rent (05/2025) | 100C | 22,254.17 | 0.00 | 73,720.76 | C-563481 | No |
| 05/06/2025 | Chk# 400566225 05/06/2025 400566225 KV/May Rent | | 0.00 | 13,046.58 | 60,674.18 | R-250233 | |
| 06/01/2025 | Common Area Maintenance (06/2025) | 100C | 1,332.00 | 0.00 | 62,006.18 | C-565863 | No |
| 06/01/2025 | Insurance (06/2025) | 100C | 1,569.36 | 0.00 | 63,575.54 | C-565864 | No |
| 06/01/2025 | Monthly Rent (06/2025) | 100C | 22,254.17 | 0.00 | 85,829.71 | C-565865 | No |
| 07/01/2025 | Common Area Maintenance (07/2025) | 100C | 1,332.00 | 0.00 | 87,161.71 | C-568107 | No |
| 07/01/2025 | Insurance (07/2025) | 100C | 1,569.36 | 0.00 | 88,731.07 | C-568108 | No |
| 07/01/2025 | Monthly Rent (07/2025) | 100C | 22,254.17 | 0.00 | 110,985.24 | C-568109 | No |