IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, the undersigned counsel moves for the admission *pro hac vice* of Matthew C. Ziegler of Morgan, Lewis & Bockius LLP to represent Michael Prendergast and Jeffrey Dwyer in the above-captioned chapter 11 cases.

Dated: July 31, 2025
Wilmington, DE

/s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC* VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 31, 2025

/s/ *Matthew C. Ziegler*
Matthew C. Ziegler
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
Email: matthew.ziegler@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: August 1st, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**