IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Post-Confirmation Debtor. | ) | |
| | ) | **Re: D.I. \_\_\_\_** |
| | ) | |
| | ) | |

### ORDER GRANTING THE MOTION OF MARIA MARGARITA AGUILAR MARTINEZ FOR RELIEF FROM THE PLAN INJUNCTION

Upon consideration of the *Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction* (the "Motion"); and it appearing that this Court has subject matter jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334(b), 157(b) and the Standing Order of Reference; and that notice of the Motion was proper and sufficient and that no other or further notice is required; and that it appearing that "cause" exists for granting the relief requested in the Motion; and upon the record and consideration of any responses to the Motion; it is hereby ORDERED and DECREED that:

1. The Motion is GRANTED.

2. Movant is hereby granted relief from the Plan Injunction to prosecute the State Court Action (including through judgment and any appeals).[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.