IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., et al.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtor[s]. | ) | Jointly Administered |
| | ) | |

**COMBINED STAFFING AND MONTHLY STATEMENT BY
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR THE PERIOD
FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

In accordance with the Court's *Order Authorizing the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors an Interim Chief Executive Officer, an Interim Chief Financial Officer, and Certain Additional Personnel, (II) Designate Michael Prendergast as Interim Chief Executive Officer, and (III) Designate Jeffrey Dwyer as Interim Chief Financial Officer for the Debtors, in Each Case Effective as of the Petition Date* [Docket No. 554] (the "Retention Order"), Alvarez & Marsal North America, LLC ("A&M") hereby files its combined Staffing Report and Monthly Statement (as defined below) for the period from June 1, 2025 through and including June 30, 2025 (the "Reporting Period"), and, in support of such report, represents as follows:

1. Through its Retention Order, the Court authorized the above-captioned debtors and debtors in possession (the "Debtors") to retain and employ A&M to provide the Debtors an interim Chief Executive Officer ("CEO"), an interim Chief Financial Officer ("CFO"), and certain additional personnel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2. In accordance with the Retention Order, A&M is required to file a monthly report and serve the same on the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (together, the "Notice Parties"). The Staffing Report shall include the names and functions filled of the individuals assigned.

3. Also, in accordance with the Retention Order, A&M is required to file, and to provide notice to the Notice Parties of, a report of compensation earned and expenses incurred on a monthly basis (the "Monthly Statement"). The Monthly Statement shall contain summary charts that describe the services provided, identify the compensation earned by each executive officer and staff employee provided, and itemize the expenses incurred.

4. Attached hereto as **Exhibits A through H** are A&M's combined Staffing Report and Monthly Statement. The combined Staffing Report and Monthly Statement contains the information required for both the Staffing Report and Monthly Statement, identifies all A&M personnel that provided services to the Debtors during the Reporting Period, along with brief descriptions of their respective corresponding functions, and provides detail required with respect to compensation sought for the Reporting Period.

*[Remainder of page left intentionally blank.]*

Dated: August 4, 2025
New York, NY

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

 /s/ *Joseph J. Sciametta*
Joesph J. Sciametta
Managing Director
Alvarez & Marsal North America, LLC
600 Madison Avenue 8th Floor
New York, NY 10022
Telephone: 646.495.3570
*Financial Advisors for the debtors and Debtors-in-Possession*