# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,<br><br>             Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF ROTH BROS., INC. (A SODEXO COMPANY) FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)**

Upon consideration of the Request of Roth Bros., Inc., d/b/a Sodexo | Roth ("Sodexo") for Allowance and Payment of Administrative Expense Claim and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Sodexo is hereby allowed a Chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of **$9,530.77** which Debtors shall pay within ten (10) days following the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or elated to the implementation or interpretation of this Order.