# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Date: August 18, 2025 at 4:00 p.m.** |

## NOTICE OF MOTION OF ROTH BROS., INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on August 4, 2025, Roth Bros., Inc. (a Sodexo Company) ("Roth Bros.") filed its *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel on or before **August 18, 2025 by 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are timely filed, a hearing with respect to the Motion will be held on a date and time to be determined.

**PLEASE TAKE FINAL NOTICE** that if no objection to the Motion is timely filed, served and received in accordance with this Notice of Motion, the Bankruptcy Court may grant the relief requested without further notice or a hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: August 4, 2025
Wilmington, Delaware

**BROWN NIMEROFF LLC**

By: */s/ Jami B. Nimeroff*
     Jami B. Nimeroff, Esquire
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
T: (302) 428-8142
Email: jnimeroff@brownnimeroff.com

*Attorneys for Roth Bros., Inc., a Sodexo Company*