# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 32** |

## NOTICE OF WITHDRAWAL OF CHIPMAN BROWN CICERO & COLE, LLP

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the *Local Rules of the United States Bankruptcy Court for the District of Delaware*, the appearance of Chipman Brown Cicero & Cole, LLP, as counsel to IG Design Group Americas, Inc., is hereby withdrawn in the above-captioned cases. Notices, pleadings, applications, and any other documents served or filed in the above-captioned matter should no longer be served upon:

> William E. Chipman, Jr., Esquire
> Mark D. Olivere, Esquire
> CHIPMAN BROWN CICERO & COLE, LLP
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone: (302) 295-0191
> Email: chipman@chipmanbrown.com
> olivere@chipmanbrown.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

| | |
|---|---|
| Dated: August 6, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ *William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>Email: olivere@chipmanbrown.com<br><br>*Counsel for IG Design Group Americas, Inc.* |

- 2 -

4937-6003-5675, v. 1