# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JOANN INC., *et al.*.[2] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10068 (CTG) <br> (Jointly Administered) <br><br> **Re.: Docket No:** |

### ORDER GRANTING MOTION OF KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)

Upon consideration of the Motion of Konica Minolta Business Solutions U.S.A., Inc. ("**KMBS**"), for Allowance and Payment of Administrative Expense Claim ("**Motion**"), and this Court having jurisdiction to consider the Motion pursuant to 28 U. S. C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue in this district being proper pursuant to 28 U. S. C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved, or overruled on the merits; and a hearing (if any)

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

5

having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED as set forth herein:

1. KMBS is allowed an administrative expense claim in the amount of **$49,704.00** ("**Post-Petition Claim**").

2. The Debtor[3] is directed to pay the Post-Petition Claim within seven (7) days of the entry of this Order.

3. Nothing in this Order shall prejudice the rights of KMBS to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[3] Capitalized terms in this order not otherwise defined shall have the same meaning they have in the Motion.