**EXHIBIT B**

| | | |
|---|---|---|
| Fed Tax# 13-1921089 | | B-T18 |
| Corporate Duns No 00-170-7322 | | |
| KM UEI - QKYFZQL5VZ32 | | Page 1 / 1 |

# KONICA MINOLTA
## ORIGINAL SUMMARY INVOICE

Maintenance

| | | |
|---|---|---|
| Invoice No: 9010384737 | Payment Due Date: | 04/10/2025 |
| | Payment Terms: | 2% 10 NET 30 |
| Invoice Date: 03/31/2025 | | |

Bill / Mail To:  830405
JO ANN STORES
5555 DARROW RD
HUDSON OH 44236-4011

Payer:  830405
JO ANN STORES
5555 DARROW RD
HUDSON OH 44236-4011

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 06/09/2023-03/30/2025 |

**Invoice Comments**

**Summary Invoice Coverage Periods**

| | | |
|---|---|---|
| 02/01/2025-02/01/2025 | 02/01/2025-02/10/2025 | 02/01/2025-02/22/2025 |
| 02/01/2025-02/23/2025 | 02/01/2025-02/25/2025 | 02/01/2025-02/26/2025 |
| 02/01/2025-02/28/2025 | 02/01/2025-03/06/2025 | 02/01/2025-03/07/2025 |
| 02/01/2025-03/11/2025 | 02/01/2025-03/15/2025 | 02/01/2025-03/16/2025 |
| 02/01/2025-03/30/2025 | | |

| | |
|---|---|
| Non-Taxable Amount: | 328.48 |
| Taxable Amount: | 464.17 |
| Invoice Sub Total: | 792.65 |
| Tax Total: | 37.80 |
| **Invoice TOTAL:** | **$ 830.45** |

-----------------------------------------
PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

KONICA MINOLTA BUSINESS SOLUTIONS USA INC
DEPT. CH 19188
PALATINE, IL 60055-9188
USA

| | |
|---|---|
| **Payer ID:** | 830405 |
| **Invoice Nbr:** | 9010384737 |
| **Payment Due Date:** | 04/10/2025 |
| **Pay This Amount:** | $ 830.45 |

For Administrative Use Only
| | | | | |
|---|---|---|---|---|
| 40149016 | Maintenance | 830405 | 9010384737 | |
| 1 | QTR/QTR 1 | | | T18 |

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions<br>100 Williams Dr.<br>Ramsey, NJ  07446<br>Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.   830405

Company Name   _____

Company Address   _____
_____
_____
_____

(Fax or Mail to the above Address)

Signature: _____          Date: _____

Title _____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



**PLEASE PAY ON LINE AT www.MyKMBS.com** USING YOUR **PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE

| | | |
|---|---|---|
| Fed Tax# 13-1921089 | | B-T18 |
| Corporate Duns No 00-170-7322 | | |
| KM UEI - QKYFZQL5VZ32 | | Page 1 / 1 |



**KONICA MINOLTA**

**ORIGINAL SUMMARY INVOICE**

| | | | |
|---|---|---|---|
| Invoice No: | 9010402403 | Payment Due Date: | 05/15/2025 |
| Invoice Date: | 04/15/2025 | Payment Terms: | NET 30 DAYS |

| Bill / Mail To: | 1283910 | Payer: | 830405 |
|---|---|---|---|
| JO ANN STORES | | JO ANN STORES | |
| ATTN TIM CAVANAUGH | | 5555 DARROW RD | |
| 5555 DARROW RD | | HUDSON OH 44236-4011 | |
| HUDSON OH 44236-4011 | | | |

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 07/09/2024-09/20/2025 |

**Invoice Comments**

**Summary Invoice Coverage Periods**

03/16/2025-04/15/2025

| | |
|---|---|
| Non-Taxable Amount: | 24.67 |
| Taxable Amount: | 92.46 |
| Invoice Sub Total: | 117.13 |
| Tax Total: | 6.68 |
| **Invoice TOTAL:** | **$ 123.81** |

------------------------------------------------------------- ✂

PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

| | | |
|---|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS USA INC | **Payer ID:** | 830405 |
| DEPT. CH 19188 | **Invoice Nbr:** | 9010402403 |
| PALATINE, IL 60055-9188 | | |
| USA | **Payment Due Date:** | 05/15/2025 |
| | **Pay This Amount:** | **$ 123.81** |

| For Administrative Use Only | | | |
|---|---|---|---|
| 40048584 | | 830405 | 9010402403 |
| 4 | VARIOUS | | T18 |

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions<br>100 Williams Dr.<br>Ramsey, NJ  07446<br>Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.    830405

Company Name    _____

Company Address    _____
_____
_____
_____

(Fax or Mail to the above Address)

Signature: _____    Date: _____

Title _____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



**PLEASE PAY ON LINE AT www.MyKMBS.com** USING YOUR **PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE

| | | |
|---|---|---|
| Fed Tax#  13-1921089 | | B-T18 |
| Corporate Duns No  00-170-7322 | | |
| KM UEI -  QKYFZQL5VZ32 | | |

Maintenance

## KONICA MINOLTA
## ORIGINAL SUMMARY INVOICE

Page    1 /   1

| | |
|---|---|
| **Invoice No:** 9010423962 | **Payment Due Date:** 05/10/2025 |
| | **Payment Terms:** 2% 10 NET 30 |
| **Invoice Date:** 04/30/2025 | |

**Bill / Mail To:** 830405  
JO ANN STORES  
5555 DARROW RD  
HUDSON OH 44236-4011

**Payer:** 830405  
JO ANN STORES  
5555 DARROW RD  
HUDSON OH 44236-4011

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 03/22/2023-01/12/2028 |

**Invoice Comments**

**Summary Invoice Coverage Periods**

| | | |
|---|---|---|
| 02/01/2025-03/05/2025 | 02/01/2025-04/05/2025 | 02/01/2025-04/08/2025 |
| 02/01/2025-04/09/2025 | 02/01/2025-04/25/2025 | 02/01/2025-04/30/2025 |
| 02/02/2025-04/30/2025 | 02/23/2025-04/30/2025 | 02/24/2025-04/30/2025 |
| 02/26/2025-04/30/2025 | 02/27/2025-04/30/2025 | 03/01/2025-04/30/2025 |
| 03/06/2025-04/30/2025 | 03/07/2025-04/30/2025 | 03/08/2025-04/30/2025 |
| 03/12/2025-04/30/2025 | 03/16/2025-04/30/2025 | 03/17/2025-04/30/2025 |
| 03/31/2025-04/30/2025 | 04/06/2025-04/30/2025 | 04/09/2025-04/30/2025 |
| 04/10/2025-04/30/2025 | 04/26/2025-04/30/2025 | |

| | |
|---|---|
| **Non-Taxable Amount:** | 6,571.87 |
| **Taxable Amount:** | 20,088.91 |
| **Invoice Sub Total:** | 26,660.78 |
| **Tax Total:** | 1,380.65 |
| **Invoice TOTAL:** | **$ 28,041.43** |

-------------------------------------------------- ✂

PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

KONICA MINOLTA BUSINESS SOLUTIONS  
USA INC  
DEPT. CH 19188  
PALATINE, IL 60055-9188  
USA

| | |
|---|---|
| **Payer ID:** | 830405 |
| **Invoice Nbr:** | 9010423962 |
| **Payment Due Date:** | 05/10/2025 |
| **Pay This Amount:** | $ 28,041.43 |

For Administrative Use Only

| | | | |
|---|---|---|---|
| 40149016 | Maintenance | 830405 | 9010423962 |
| 1 | QTR/QTR 1 | | T18 |

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions
100 Williams Dr.
Ramsey, NJ  07446
Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.   830405 _____

Company Name  _____

Company Address _____
_____
_____
_____

(Fax or Mail to the above Address)

Signature: _____     Date: _____

Title
_____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

_____

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



PLEASE PAY ON LINE AT **www.MyKMBS.com** USING YOUR **PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE

| | | |
|---|---|---|
| Fed Tax# 13-1921089<br>Corporate Duns No 00-170-7322<br>KM UEI - QKYFZQL5VZ32 | <br>KONICA MINOLTA<br>**ORIGINAL**<br>**SUMMARY INVOICE** | B-T18<br>Page 1 / 1 |

| Invoice No: | 9010439904 | Payment Due Date: | 06/14/2025 |
|---|---|---|---|
| Invoice Date: | 05/15/2025 | Payment Terms: | NET 30 DAYS |

| Bill / Mail To: | 1283910 | Payer: | 830405 |
|---|---|---|---|
| JO ANN STORES<br>ATTN TIM CAVANAUGH<br>5555 DARROW RD<br>HUDSON OH 44236-4011 | | JO ANN STORES<br>5555 DARROW RD<br>HUDSON OH 44236-4011 | |

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 07/09/2024-09/20/2025 |

**Invoice Comments**

**Summary Invoice Coverage Periods**
04/16/2025-05/15/2025

| | |
|---|---|
| Non-Taxable Amount: | 23.88 |
| Taxable Amount: | 89.43 |
| Invoice Sub Total: | 113.31 |
| Tax Total: | 6.46 |
| **Invoice TOTAL:** | **$ 119.77** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

KONICA MINOLTA BUSINESS SOLUTIONS USA INC
DEPT. CH 19188
PALATINE, IL 60055-9188
USA

| | |
|---|---|
| **Payer ID:** | 830405 |
| **Invoice Nbr:** | 9010439904 |
| **Payment Due Date:** | 06/14/2025 |
| **Pay This Amount:** | $ 119.77 |

For Administrative Use Only
40048584
4            VARIOUS                830405            9010439904            T18

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions<br>100 Williams Dr.<br>Ramsey, NJ 07446<br>Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.      830405

Company Name    _____

Company Address _____

(Fax or Mail to the above Address)

Signature: _____       Date: _____

Title
_____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



**PLEASE PAY ON LINE AT www.MyKMBS.com USING YOUR PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE

| Fed Tax# | 13-1921089 | | | | B-T18 |
|---|---|---|---|---|---|
| Corporate Duns No | 00-170-7322 | | | | |
| KM UEI - | QKYFZQL5VZ32 | | | | |

**KONICA MINOLTA**

**ORIGINAL SUMMARY INVOICE**

Maintenance

Page 1 / 1

| | | |
|---|---|---|
| **Invoice No:** 9010469336 | **Payment Due Date:** | 06/12/2025 |
| **Invoice Date:** 06/02/2025 | **Payment Terms:** | 2% 10 NET 30 |

**Bill / Mail To:** 830405
JO ANN STORES
5555 DARROW RD
HUDSON OH 44236-4011

**Payer:** 830405
JO ANN STORES
5555 DARROW RD
HUDSON OH 44236-4011

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 03/22/2023-05/30/2025 |

**Invoice Comments**

**Summary Invoice Coverage Periods**

| | | |
|---|---|---|
| 05/01/2025-05/03/2025 | 05/01/2025-05/05/2025 | 05/01/2025-05/17/2025 |
| 05/01/2025-05/20/2025 | 05/01/2025-05/23/2025 | 05/01/2025-05/24/2025 |
| 05/01/2025-05/25/2025 | 05/01/2025-05/30/2025 | 05/04/2025-05/30/2025 |
| 05/06/2025-05/30/2025 | 05/18/2025-05/30/2025 | 05/21/2025-05/30/2025 |
| 05/24/2025-05/30/2025 | 05/25/2025-05/30/2025 | 05/26/2025-05/30/2025 |

| | |
|---|---|
| Non-Taxable Amount: | 4,827.53 |
| Taxable Amount: | 14,833.84 |
| Invoice Sub Total: | 19,661.37 |
| Tax Total: | 1,021.25 |
| **Invoice TOTAL:** | **$ 20,682.62** |

------------------------------✂

PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

KONICA MINOLTA BUSINESS SOLUTIONS
USA INC
DEPT. CH 19188
PALATINE, IL 60055-9188
USA

| | |
|---|---|
| **Payer ID:** | 830405 |
| **Invoice Nbr:** | 9010469336 |
| **Payment Due Date:** | 06/12/2025 |
| **Pay This Amount:** | $ 20,682.62 |

For Administrative Use Only

| | | | |
|---|---|---|---|
| 40149016 | Maintenance | 830405 | 9010469336 |
| 1 | QTR/QTR 1 | | T18 |

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions
100 Williams Dr.
Ramsey, NJ 07446
Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.    830405 _____

Company Name  _____

Company Address _____
_____
_____
_____

(Fax or Mail to the above Address)

Signature: _____    Date: _____

Title _____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

_____

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



PLEASE PAY ON LINE AT **www.MyKMBS.com** USING YOUR **PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE

Fed Tax# 13-1921089
Corporate Duns No 00-170-7322
KM UEI - QKYFZQL5VZ32

B-T18

## KONICA MINOLTA

**ORIGINAL SUMMARY INVOICE**

Maintenance

Page 1 / 1

| | |
|---|---|
| **Invoice No:** | 9010465493 |
| **Invoice Date:** | 06/01/2025 |
| **Payment Due Date:** | 07/01/2025 |
| **Payment Terms:** | NET 30 DAYS |

**Bill / Mail To:** 1283910
JO ANN STORES
ATTN TIM CAVANAUGH
5555 DARROW RD
HUDSON OH 44236-4011

**Payer:** 830405
JO ANN STORES
5555 DARROW RD
HUDSON OH 44236-4011

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 08/17/2024-05/30/2025 |

**Invoice Comments**

**Summary Invoice Coverage Periods**
05/16/2025-05/30/2025

| | |
|---|---|
| Non-Taxable Amount: | -62.38 |
| Taxable Amount: | -51.03 |
| Invoice Sub Total: | -113.41 |
| Tax Total: | -4.59 |
| **Invoice TOTAL:** | **$ -118.00** |

------------------------------------------------------------------ ✂

PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

KONICA MINOLTA BUSINESS SOLUTIONS
USA INC
DEPT. CH 19188
PALATINE, IL 60055-9188
USA

| | |
|---|---|
| **Payer ID:** | 830405 |
| **Invoice Nbr:** | 9010465493 |
| **Payment Due Date:** | 07/01/2025 |
| **Pay This Amount:** | $ -118.00 |

For Administrative Use Only
40048584         Maintenance         830405         9010465493
4                STD 3                                        T18

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions
100 Williams Dr.
Ramsey, NJ  07446
Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.   830405 _____

Company Name   _____

Company Address   _____
_____
_____
_____

(Fax or Mail to the above Address)

Signature: _____    Date: _____

Title _____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

_____

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



PLEASE PAY ON LINE AT **www.MyKMBS.com** USING YOUR **PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE

| | |
|---|---|
| Fed Tax# | 13-1921089 |
| Corporate Duns No | 00-170-7322 |
| KM UEI - | QKYFZQL5VZ32 |

B-T18

Maintenance

# KONICA MINOLTA
## ORIGINAL SUMMARY INVOICE

Page   1 / 1

| | |
|---|---|
| **Invoice No:** | 9010468259 |
| **Invoice Date:** | 06/02/2025 |

| | |
|---|---|
| **Payment Due Date:** | 07/02/2025 |
| **Payment Terms:** | NET 30 DAYS |

**Bill / Mail To:** 1283910
JO ANN STORES
ATTN TIM CAVANAUGH
5555 DARROW RD
HUDSON OH 44236-4011

**Payer:** 830405
JO ANN STORES
5555 DARROW RD
HUDSON OH 44236-4011

| Purchase Order Number | Customer Contract | Contract Coverage Dates |
|---|---|---|
| | | 07/09/2024-05/30/2025 |

**Invoice Comments**

**Summary Invoice Coverage Periods**
05/16/2025-05/30/2025

| | |
|---|---|
| **Invoice Sub Total:** | 22.60 |
| **Tax Total:** | 1.51 |
| **Invoice TOTAL:** | **$ 24.11** |

------------------------------------------------✂
PLEASE DETACH THE FORM BELOW AND RETURN WITH YOUR PAYMENT OR SEE CREDIT CARD INFORMATION ON BACK

**Please pay online at www.MyKMBS.com using your payer id or remit payment to:**

KONICA MINOLTA BUSINESS SOLUTIONS
USA INC
DEPT. CH 19188
PALATINE, IL 60055-9188
USA

| | |
|---|---|
| **Payer ID:** | 830405 |
| **Invoice Nbr:** | 9010468259 |
| **Payment Due Date:** | 07/02/2025 |
| **Pay This Amount:** | $ 24.11 |

For Administrative Use Only

| | | | | |
|---|---|---|---|---|
| 40048584 | Maintenance | 830405 | 9010468259 | |
| 4 | M/M 0/0 5 | | | T18 |

**Konica Minolta Business Solutions U.S.A., Inc.**

## BILLING AND PAYMENT INQUIRIES

Please contact our CUSTOMER HELP DESK if you have any questions pertaining to:

Billing or Account Status
Address Changes
Payment by Credit Card (See Below)

| | |
|---|---|
| TELEPHONE NO. : | 1-800-695-4195 |
| E-MAIL ADDRESS : | custhelp@kmbs.konicaminolta.us |
| FAX NO.: | 1-800-862-2490 |
| or WRITE US AT : | Konica Minolta Business Solutions<br>100 Williams Dr.<br>Ramsey, NJ  07446<br>Attn: Customer Help Desk |

Our Customer Service Representatives are available to assist you weekdays from 8:30 AM to 5:00 PM. Be sure to include your Account Name, Account Number and Invoice Number on all correspondence.

Address Changes

Payer

Account No.   ___830405_____

Company Name   _____

Company Address   _____
_____
_____
_____

(Fax or Mail to the above Address)

Signature:                                                                                     Date:
_____                     _____

Title
_____

You are not required to pay any disputed amount pending the resolution of the billing discrepancy inquiry. Payment is still required for undisputed charges that are billed to you. Disputes must be reported in writing within 30 days of receipt of this invoice. Thank You!

_____

TO ORDER SUPPLIES OR PLACE SERVICE CALLS SEE US AT WWW.MYKMBS.COM



PLEASE PAY ON LINE AT **www.MyKMBS.com** USING YOUR **PAYER ID #830405**
OR CALL US DIRECTLY AT THE NUMBER ABOVE