**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date:** To be Determined<br>**Objection Deadline:** August 20, 2025 at 4:00 p.m. (ET) |

**MOTION OF KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)**

  **PLEASE TAKE NOTICE** that on August 6, 2025, Konica Minolta Business Solutions U.S.A., Inc. ("**Movant**") filed the *Motion of Konica Minolta Business Solutions U.S.A., Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)* ("**Motion**") with the United States Bankruptcy Court for the District of Delaware.

  **PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **August 20, 2025, at 4:00 p.m. (ET)** ("**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's undersigned counsel so as to be received on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on date to be determined before the Honorable Craig G. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, if an objection is filed.

  **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: August 6, 2025
Wilmington, Delaware

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Tel: (302) 518-6300
Fax: (302) 429-6294
Email: kearle@gibbonslaw.com

-and-

David N. Crapo
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4523
Fax: (973) 639-6244
E-mail: dcrapo@gibbonslaw.com

*Counsel for Konica Minolta Business Solutions U.S.A., Inc.*