**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 6th day of August, 2025, true and correct copies of the foregoing *Motion of Konica Minolta Business Solutions U.S.A., Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)* was caused to be served via CM/ECF on all parties who have registered for electronic service in this case and by electronic mail on the parties listed on the Service List attached hereto:

Dated: August 6, 2025
Wilmington, Delaware

                                        */s/ Katharina Earle*
                                        Katharina Earle (No. 6348)
                                        Gibbons, P.C.

**SERVICE LIST**

| | |
|---|---|
| | Aparna Yenamandra, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: aparna.yenamandra@kirkland.com<br><br>**Counsel to the Debtors** |
| Jeffrey Michalik<br>Lindsey Blumenthal<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>E-mail: jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>**Counsel to the Debtors** | Patrick J. Reilley<br>Stacy L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>E-mail: preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>**Counsel to the Debtors** |
| Malcolm M. Bates<br>Office of the United States Trustee<br>  for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>E-mail: malcolm.m.bates@usdoj.gov<br><br>**United States Trustee** | Christopher Carter<br>Marjorie Crider<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>E-mail: christopher.carter@morganlewis.com<br>marjorie.crider@morganlewis.com<br><br>**Counsel Prepetition ABL Agent** |
| John Ventola<br>Jonathan Marshall<br>Choate Hall & Stewart LLP<br>2 International Place<br>Boston, Massachusetts 02110<br>E-mail: jventola@choate.com<br>jmarshall@choate.com<br><br>**Counsel to Prepetition FILO Agent** | Scott Greenberg<br>Kevin Liang<br>Josh Brody<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue New York, NY 10166<br>E-mail: SGreenberg@gibsondunn.com<br>KLiang@gibsondunn.com<br>JBrody@gibsondunn.com<br><br>**Counsel to Prepetition Term Loan Lender Ad Hoc Group** |

8

| | |
|---|---|
| Jeffrey Gleit<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>E-mail: jeffrey.gleit@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** | Jonathan Bagg<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>E-mail: jonathan.bagg@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** |
| Matthew Bentley<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>E-mail: matthew.bentley@afslaw.com<br><br>**Counsel to Prepetition Term Loan Agent** | Steven Reisman<br>Cindi Giglio<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza New York, NY 10020<br>E-mail: sreisman@katten.com<br>cgiglio@katten.com<br><br>**Counsel to Gordon Brothers Retail Partners, LLC** |