# EXHIBIT A

**Pine Tree Commercial Realty**
1 Tower Lane
Suite 400
Oakbrook Terrace, IL  60181

**+%JO-ANN STORES, LLC**
**DBA: JO-ANN #1928**
5555 Darrow Rd.
Hudson, OH 44236

4/21/2025

## Recovery Reconciliation for the period 01/01/2024 - 12/31/2024

**Re : Polaris Towne Center SC, LLC**
Polaris Towne Center
1319 Polaris Pkwy
Columbus, OH 43240
Unit :  00017
ohptc144, t0065718

**Dear Tenant:**

Please be advised that your account has been charged/(credited) as shown below for your share of expense recoveries at Polaris Towne Center SC, LLC

Lease Start:  3/29/1999
Lease End:  1/31/2030

| Amendment Type | Expense Type | Expense Pool Description | Total Recoverable Expenses | Admin Fee | Less Major Deduction | Net Recoverable Expenses | Days Occupied | Prorated Recoverable Expenses | Unit Square Footage | Adjusted Building Denom. | Pro Rata Share | Tenant Share of Expenses | Share Minimums | Share Caps | Adjusted Tenant Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Lease | Common Area Mainter | Common Area Maintenance | 319,117.87 | 31,911.79 | 0.00 | 351,029.66 | 366 | 351,029.66 | 45,650 | 730,478 | 6.25% | 21,937.01 | 0.00 | 34,096.76 | 21,937.01 |
| Original Lease | Common Area Mainter | Controllable CAM | 28,203.10 | 2,820.31 | 0.00 | 31,023.41 | 366 | 31,023.41 | 45,650 | 650,886 | 7.01% | 2,175.83 | 0.00 | 3,381.90 | 2,175.83 |
| Original Lease | Common Area Mainter | Controllable CAM | 28,895.21 | 2,889.52 | 0.00 | 31,784.73 | 366 | 31,784.73 | 45,650 | 459,243 | 9.94% | 3,159.49 | 0.00 | 4,910.80 | 3,159.49 |
| Original Lease | Insurance | Insurance - Property | 102,678.98 | 0.00 | 0.00 | 102,678.98 | 366 | 102,678.98 | 45,650 | 390,832 | 11.68% | 11,993.12 | 0.00 | 0.00 | 11,993.12 |
| Original Lease | Variable CAM | CAM Uncontrollable | 32,540.12 | 3,254.01 | 0.00 | 35,794.13 | 366 | 35,794.13 | 45,650 | 377,351 | 12.10% | 4,330.19 | 0.00 | 0.00 | 4,330.19 |
| Original Lease | Variable CAM | Uncontrollable | 385,013.68 | 38,501.37 | 0.00 | 423,515.05 | 366 | 423,515.05 | 45,650 | 730,478 | 6.25% | 26,466.87 | 0.00 | 0.00 | 26,466.87 |
|  |  |  | 896,448.96 | 79,377.00 | 0.00 | 975,825.96 |  | 975,825.96 |  |  |  | 70,062.51 | 0.00 | 42,389.46 | 70,062.51 |

Total Escrows Charged  65,888.88
Amount Under/(Over) Charged  4,173.63

Amounts due should be remitted within 20 days to the lockbox address where your base rent is paid.
Amounts owed to you have been credited to your account and can be used to offset outstanding charges.
We appreciate your business and prompt payments.

If you have any questions regarding this invoice please contact your property manager, Ronda  Zielinski :
Email: rzielinski@pinetree.com, Phone: (630) 451-8570

Sincerely,
The CAM Department

**Pine Tree Commercial Realty**
1 Tower Lane
Suite 400
Oakbrook Terrace, IL  60181

**+%JO-ANN STORES, LLC**
**DBA: JO-ANN #1928**
5555 Darrow Rd.
Hudson, OH 44236

*Pine Tree*
4/30/2025

### Recovery Reconciliation for the period 01/01/2025 - 06/30/2025

Re : Polaris Towne Center SC, LLC
Polaris Towne Center
1319 Polaris Pkwy
Columbus, OH 43240
Unit :  00017
ohptc144, t0065718

**Dear Tenant:**

Please be advised that your account has been charged/(credited) as shown below for your share of expense recoveries at Polaris Towne Center SC, LLC

Lease Start:   3/29/1999
Lease End:    1/31/2030

| Amendment Type | Expense Type | Expense Pool Description | Total Recoverable Expenses | Admin Fee | Less Major Deduction | Net Recoverable Expenses | Days Occupied | Prorated Recoverable Expenses | Unit Square Footage | Adjusted Building Denom. | Pro Rata Share | Tenant Share of Expenses | Share Minimums | Share Caps | Adjusted Tenant Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Lease | Real Estate Taxes | Real Estate Tax | 897,191.96 | 0.00 | 0.00 | 897,191.96 | 31 | 149,531.99 | 45,650 | 448,062 | 10.19% | 15,234.80 | 0.00 | 0.00 | 15,234.80 |
| Renewal | Real Estate Taxes | Real Estate Tax | 897,191.96 | 0.00 | 0.00 | 897,191.96 | 150 | 747,659.97 | 45,650 | 448,062 | 10.19% | 76,174.01 | 0.00 | 0.00 | 76,174.01 |
| | | | 1,794,383.92 | 0.00 | 0.00 | 1,794,383.92 | | 897,191.96 | | | | 91,408.81 | 0.00 | 0.00 | 91,408.81 |

Total Escrows Charged        0.00
Amount Under/(Over) Charged    91,408.81

Amounts due should be remitted within 20 days to the lockbox address where your base rent is paid.
Amounts owed to you have been credited to your account and can be used to offset outstanding charges.
We appreciate your business and prompt payments.

If you have any questions regarding this invoice please contact your property manager, Ronda  Zielinski :
Email: rzielinski@pinetree.com, Phone: (630) 451-8570

Sincerely,
The CAM Department