# EXHIBIT B

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Polaris Towne Center SC, LLC (ohptc144) | | | | | | | | | | | | | | |
| JO-ANN #1928 (t0065718) | | | | | | | | | | | | | | |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-425257 | pyc | 04/01/2025 | 04/2025 | 9,611.83 | 0.00 | 0.00 | 0.00 | 9,611.83 | 0.00 | 9,611.83 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-425258 | pyi | 04/01/2025 | 04/2025 | -5,438.20 | 0.00 | 0.00 | 0.00 | -5,438.20 | 0.00 | -5,438.20 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | R-155685 | Prepay | 04/15/2025 | 04/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -28,253.54 | -28,253.54 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-429066 | pyt | 05/01/2025 | 05/2025 | 15,234.80 | 0.00 | 0.00 | 0.00 | 15,234.80 | 0.00 | 15,234.80 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-429067 | pyt | 05/01/2025 | 05/2025 | 76,174.01 | 0.00 | 0.00 | 0.00 | 76,174.01 | 0.00 | 76,174.01 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-433545 | wtr | 05/19/2025 | 05/2025 | 582.04 | 0.00 | 0.00 | 0.00 | 582.04 | 0.00 | 582.04 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-449922 | pyt | 08/01/2025 | 08/2025 | -12.75 | -12.75 | 0.00 | 0.00 | 0.00 | 0.00 | -12.75 |
| ohptc144 | 200509 | JO-ANN #1928 | Past | C-449923 | pyt | 08/01/2025 | 08/2025 | -15,285.81 | -15,285.81 | 0.00 | 0.00 | 0.00 | 0.00 | -15,285.81 |
| | | JO-ANN #1928 | | | | | | 80,865.92 | -15,298.56 | 0.00 | 0.00 | 96,164.48 | -28,253.54 | 52,612.38 |