**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. _____** |

**ORDER GRANTING REQUEST BY POLARIS TOWNE CENTER SC, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the request by Polaris Towne Center SC, LLC ("Landlord") for allowance and payment of its administrative expense claim (the "Request"); and the Court having reviewed the Request and any objections thereto; and notice and service of the Request having been adequate and sufficient; and after due deliberation thereon, the Court having determined that there is good and sufficient cause for the relief requested in the Request;

IT IS HEREBY ORDERED THAT:

1. The Request is granted.

2. Landlord is hereby granted an allowed administrative expense claim in the amount of $80,865.92 pursuant to sections 365(d)(3), 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code (the "Claim").

3. The Claim shall be paid pursuant to the Plan when distributions are made to holders of allowed chapter 11 administrative expense claims.

4. This Court shall retain jurisdiction to interpret and enforce this Order.