## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 6th day of August, 2025, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner indicated below.

/s/ *Karen C. Bifferato*
Karen C. Bifferato (#3279)

**VIA EMAIL**

| | |
|---|---|
| Patrick J. Reilley, Esq. | Joshua A. Sussberg, P.C. |
| Stacy L. Newman, Esq. | Aparna Yenamandra, P.C. |
| Michael E. Fitzpatrick, Esq. | Anup Sathy, P.C. |
| Jack M. Dougherty, Esq. | Jeffrey Michalik, Esq. |
| COLE SCHOTZ P.C. | Lindsey Blumenthal, Esq. |
| preilley@coleschotz.com | KIRKLAND & ELLIS LLP |
| snewman@coleschotz.com | KIRKLAND & ELLIS |
| mfitzpatrick@coleschotz.com | INTERNATIONAL LLP |
| jdougherty@coleschotz.com | joshua.sussberg@kirkland.com |
| | aparna.yenamandra@kirkland.com |
| | anup.sathy@kirkland.com |
| | jeff.michalik@kirkland.com |
| | lindsey.blumenthal@kirkland.com |