# EXHIBIT A

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 72,292.50 | 15-MAY-2025 | **101885788** |

| | |
|---|---|
| **PO Number** | 1050252 |
| **Invoice Date** | 15-APR-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 11767676 |
| **Agreement** | US-CSA-CPQ-63029 |
| **End User** | Jo-Ann Stores, LLC |

| | |
|---|---|
| **Subtotal** | 72,292.50 |
| **Tax** | 0.00 |
| **Total** | **72,292.50 USD** |

**Payment Instructions**

Reference Invoice Number: **101885788**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▇▇▇▇0841
SWIFT Code: WFBIUS6S
ABA: ▇▇▇▇0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Bill To**

**Jo-Ann Stores, LLC**
Jeremy Zelwin
5555 Darrow Road
HUDSON, OH 44236
United States

**Ship To**

**Jo-Ann Stores, LLC**
Jeremy Zelwin
5555 Darrow Road
HUDSON, OH 44236
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91920 : Oracle Enterprise Data Management (EDM) Cloud Service - Hosted 1,000 Records : 15-Apr-2025 - 14-Jul-2025 Quantity : 10 Quote: CPQ-3733768 Order: 42486810 | 1 | N | **19,372.50** |
| 2 | B91074 : Oracle Enterprise Performance Management Enterprise Cloud Service - Hosted Named User : 15-Apr-2025 - 14-Jul-2025 Quantity : 120 Quote: CPQ-3733768 Order: 42486810 | 1 | N | **52,920.00** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

✉ collections_us@oracle.com    🔗 oracle.com/invoicing    📞 (888) 803-7414    Federal Tax ID: 94-2805249
📍 Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 221,113.90 | 29-MAY-2025 | **101902506** |

| | |
|---|---|
| **PO Number** | 900787 |
| **Invoice Date** | 29-APR-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18831729 |
| **End User** | Jo-Ann Stores, LLC |

| | |
|---|---|
| **Subtotal** | 207,132.46 |
| **Tax** | 13,981.44 |
| **Total** | **221,113.90 USD** |

## Payment Instructions

Reference Invoice Number: **101902506**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮▮▮▮0841
SWIFT Code: WFBIUS6S
ABA: ▮▮▮▮0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

Special Instructions

### Bill To

**Jo-Ann Stores, LLC**
Varadheesh Chennakrishnan
5555 Darrow Road
HUDSON, OH 44236
United States

### Ship To

**Jo-Ann Stores, LLC**
5555 Darrow Road
HUDSON, OH 44236
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Retail Xstore Point of Service - Retail Register Perpetual - Covered Product Qty: 7500; 29-MAY-2025 - 28-AUG-2025 | 1 | Y | **126,209.74** |
| 2 | Software Update License & Support - Oracle Retail EFTLink - Retail Register Perpetual - Covered Product Qty: 7500; 29-MAY-2025 - 28-AUG-2025 | 1 | Y | **14,105.80** |
| 3 | Software Update License & Support - Oracle Retail Xstore Office - Retail Register Perpetual - Covered Product Qty: 7500; 29-MAY-2025 - 28-AUG-2025 | 1 | Y | **66,816.92** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

✉ collections_us@oracle.com    🔗 oracle.com/invoicing    ☎ (888) 803-7414    Federal Tax ID: 94-2805249
📍 Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065

Page **1** of 1

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 8,597.89 | 30-MAY-2025 | **101908497** |

| | |
|---|---|
| **PO Number** | 971849 |
| **Invoice Date** | 30-APR-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 10794587 |
| **Agreement** | US-CSA-CPQ-63029 |
| **End User** | Jo-Ann Stores, LLC |

**Payment Instructions**

Reference Invoice Number: **101908497**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▓▓▓▓0841
SWIFT Code: WFBIUS6S
ABA: ▓▓▓0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

| | |
|---|---|
| **Subtotal** | **8,597.89** |
| **Tax** | 0.00 |
| **Total** | **8,597.89 USD** |

**Bill To**

**Jo-Ann Stores, LLC**
Mike Dupan
5555 Darrow Road
HUDSON, OH 44236
United States

**Ship To**

**Jo-Ann Stores, LLC**
Mike Dupan
5555 Darrow Road
HUDSON, OH 44236
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B90453 : Oracle Autonomous Transaction Processing - OCPU Per Hour : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **6,014.52** |
| 2 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 02-Apr-2025 - 02-Apr-2025, Acc. Name : cacct-27a8bd2094834df6a9e1eada2bbe757f | 1 | N | **0.32** |
| 3 | Usage Billing - B89057 : Oracle Cloud Infrastructure - File Storage - Gigabyte Storage Capacity per Month : 31-Mar-2025 - 31-Mar-2025, Acc. Name : davel | 1 | N | **1.42** |
| 4 | Usage Billing - B94277 : Oracle Cloud Infrastructure - Web Application Firewall - Requests - 1,000,000 Incoming Requests Per Month : 03-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **63.17** |
| 5 | Usage Billing - B91961 : Oracle Cloud Infrastructure - Block Volume Storage - Gigabyte Storage Capacity Per Month : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **18.34** |
| 6 | Usage Billing - B88514 : Oracle Cloud Infrastructure - Compute - Virtual Machine Standard - X7 - OCPU Per Hour : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **780.91** |

✉ collections_us@oracle.com   🔗 oracle.com/invoicing   ☎ (888) 803-7414   Federal Tax ID: 94-2805249
📍 Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065

Page **1** of 2

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 7 | Usage Billing - B91962 : Oracle Cloud Infrastructure - Block Volume Performance - Performance Units Per Gigabyte Per Month : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **12.23** |
| 8 | Usage Billing - B91628 : Oracle Cloud Infrastructure - Object Storage - Storage - Gigabyte Storage Capacity per Month : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **9.17** |
| 9 | Usage Billing - B88320 : Oracle Cloud Infrastructure - 400 Mbps Load Balancer - Load Balancer Hour : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **64.69** |
| 10 | Usage Billing - B89057 : Oracle Cloud Infrastructure - File Storage - Gigabyte Storage Capacity per Month : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **442.37** |
| 11 | Usage Billing - B90455 : Oracle Autonomous Transaction Processing - Exadata Storage - Terabyte Storage Capacity Per Month : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **1,151.63** |
| 12 | Usage Billing - B88319 : Oracle Cloud Infrastructure - 100 Mbps Load Balancer - Load Balancer Hour : 01-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **30.67** |
| 13 | Usage Billing - B92593 : Oracle Cloud Infrastructure - Logging - Storage - Gigabyte Log Storage Per Month : 02-Apr-2025 - 30-Apr-2025, Acc. Name : davel | 1 | N | **8.45** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 8,475.10 | 30-JUN-2025 | **101965186** |

| | |
|---|---|
| **PO Number** | 971849 |
| **Invoice Date** | 31-MAY-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 10794587 |
| **Agreement** | US-CSA-CPQ-63029 |
| **End User** | Jo-Ann Stores, LLC |

| | |
|---|---|
| **Subtotal** | **8,475.10** |
| **Tax** | 0.00 |
| **Total** | **8,475.10 USD** |

### Payment Instructions

Reference Invoice Number: **101965186**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████0841
SWIFT Code: WFBIUS6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Bill To**

**Jo-Ann Stores, LLC**
Mike Dupan
5555 Darrow Road
HUDSON, OH 44236
United States

**Ship To**

**Jo-Ann Stores, LLC**
Mike Dupan
5555 Darrow Road
HUDSON, OH 44236
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B92593 : Oracle Cloud Infrastructure - Logging - Storage - Gigabyte Log Storage Per Month : 02-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **8.81** |
| 2 | Usage Billing - B91628 : Oracle Cloud Infrastructure - Object Storage - Storage - Gigabyte Storage Capacity per Month : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **9.21** |
| 3 | Usage Billing - B88319 : Oracle Cloud Infrastructure - 100 Mbps Load Balancer - Load Balancer Hour : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **31.69** |
| 4 | Usage Billing - B90453 : Oracle Autonomous Transaction Processing - OCPU Per Hour : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **5,947.75** |
| 5 | Usage Billing - B94277 : Oracle Cloud Infrastructure - Web Application Firewall - Requests - 1,000,000 Incoming Requests Per Month : 03-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **50.96** |
| 6 | Usage Billing - B89057 : Oracle Cloud Infrastructure - File Storage - Gigabyte Storage Capacity per Month : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **391.61** |
| 7 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 20-May-2025 - 29-May-2025, Acc. Name : cacct-27a8bd2094834df6a9e1eada2bbe757f | 1 | N | **0.92** |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 8 | Usage Billing - B88320 : Oracle Cloud Infrastructure - 400 Mbps Load Balancer - Load Balancer Hour : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **63.24** |
| 9 | Usage Billing - B90455 : Oracle Autonomous Transaction Processing - Exadata Storage - Terabyte Storage Capacity Per Month : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **1,151.26** |
| 10 | Usage Billing - B91961 : Oracle Cloud Infrastructure - Block Volume Storage - Gigabyte Storage Capacity Per Month : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **18.68** |
| 11 | Usage Billing - B91962 : Oracle Cloud Infrastructure - Block Volume Performance - Performance Units Per Gigabyte Per Month : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **12.45** |
| 12 | Usage Billing - B88514 : Oracle Cloud Infrastructure - Compute - Virtual Machine Standard - X7 - OCPU Per Hour : 01-May-2025 - 31-May-2025, Acc. Name : davel | 1 | N | **788.52** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 1,406.85 | 30-JUL-2025 | **102009676** |

| | |
|---|---|
| **PO Number** | 971849 |
| **Invoice Date** | 30-JUN-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 10794587 |
| **Agreement** | US-CSA-CPQ-63029 |
| **End User** | Jo-Ann Stores, LLC |

| | |
|---|---|
| **Subtotal** | **1,406.85** |
| **Tax** | 0.00 |
| **Total** | **1,406.85 USD** |

### Payment Instructions

Reference Invoice Number: **102009676**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████0841
SWIFT Code: WFBIUS6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Bill To**

**Jo-Ann Stores, LLC**
Mike Dupan
5555 Darrow Road
HUDSON, OH 44236
United States

**Ship To**

**Jo-Ann Stores, LLC**
Mike Dupan
5555 Darrow Road
HUDSON, OH 44236
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B89057 : Oracle Cloud Infrastructure - File Storage - Gigabyte Storage Capacity per Month : 01-Jun-2025 - 30-Jun-2025, Acc. Name : davel | 1 | N | **271.42** |
| 2 | Usage Billing - B88514 : Oracle Cloud Infrastructure - Compute - Virtual Machine Standard - X7 - OCPU Per Hour : 01-Jun-2025 - 06-Jun-2025, Acc. Name : davel | 1 | N | **102.65** |
| 3 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 06-Jun-2025 - 16-Jun-2025, Acc. Name : cacct-27a8bd2094834df6a9e1eada2bbe757f | 1 | N | **0.64** |
| 4 | Usage Billing - B92593 : Oracle Cloud Infrastructure - Logging - Storage - Gigabyte Log Storage Per Month : 02-Jun-2025 - 19-Jun-2025, Acc. Name : davel | 1 | N | **3.00** |
| 5 | Usage Billing - B92593 : Oracle Cloud Infrastructure - Logging - Storage - Gigabyte Log Storage Per Month : 20-Jun-2025 - 30-Jun-2025, Acc. Name : davel | 1 | N | **0.43** |
| 6 | Usage Billing - B91962 : Oracle Cloud Infrastructure - Block Volume Performance - Performance Units Per Gigabyte Per Month : 01-Jun-2025 - 13-Jun-2025, Acc. Name : davel | 1 | N | **3.76** |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 7 | Usage Billing - B88320 : Oracle Cloud Infrastructure - 400 Mbps Load Balancer - Load Balancer Hour : 01-Jun-2025 - 13-Jun-2025, Acc. Name : davel | 1 | N | **25.65** |
| 8 | Usage Billing - B91628 : Oracle Cloud Infrastructure - Object Storage - Storage - Gigabyte Storage Capacity per Month : 01-Jun-2025 - 19-Jun-2025, Acc. Name : davel | 1 | N | **3.02** |
| 9 | Usage Billing - B90455 : Oracle Autonomous Transaction Processing - Exadata Storage - Terabyte Storage Capacity Per Month : 01-Jun-2025 - 13-Jun-2025, Acc. Name : davel | 1 | N | **261.22** |
| 10 | Usage Billing - B88319 : Oracle Cloud Infrastructure - 100 Mbps Load Balancer - Load Balancer Hour : 01-Jun-2025 - 09-Jun-2025, Acc. Name : davel | 1 | N | **8.70** |
| 11 | Usage Billing - B90453 : Oracle Autonomous Transaction Processing - OCPU Per Hour : 01-Jun-2025 - 06-Jun-2025, Acc. Name : davel | 1 | N | **720.67** |
| 12 | Usage Billing - B91628 : Oracle Cloud Infrastructure - Object Storage - Storage - Gigabyte Storage Capacity per Month : 20-Jun-2025 - 30-Jun-2025, Acc. Name : davel | 1 | N | **0.05** |
| 13 | Usage Billing - B91961 : Oracle Cloud Infrastructure - Block Volume Storage - Gigabyte Storage Capacity Per Month : 01-Jun-2025 - 13-Jun-2025, Acc. Name : davel | 1 | N | **5.64** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.