**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**JOANN INC.,** *et al.*,<br><br>　　　　　　　　　　　　Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 25-10068 (CTG)**<br>)<br>) **(Jointly Administered)**<br>)<br>) Hearing Date: To Be Determined<br>) Objection Date: To Be Determined<br>)<br>) Docket Nos. 1353, 1357, 1387, 1416<br>) |

**NOTICE OF HEARING ON ORACLE AMERICA, INC.'S REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that on August 6, 2025, Oracle America, Inc. ("Oracle"), by and through its undersigned counsel, filed *Oracle America Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses* ("Application").

You are required to file a response to the Application on a date and time To Be Determined. At the same time, you must also serve a copy of the response upon the following:

James E. Huggett, Esq.
**MARGOLIS EDELSTEIN, LLP**
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801

-AND-

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM P.C.**
23 Green Street, Suite 302
Huntington, New York 11743
Tel: (631) 923-2858

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on a date and time To Be Determined before The Honorable Craig T. Goldblatt, United

States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Third Floor, Courtroom 7, Wilmington, Delaware 19801.

Dated: August 6, 2025
       Wilmington, Delaware

**MARGOLIS EDELSTEIN**

By:     /s/ James E. Huggett
    James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 888-1112
E-mail: jhuggett@margolisedelstein.com

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM P.C.**
23 Green Street, Suite 302
Huntington, New York 11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Shawn M. Christianson, Esq.
Valerie Bantner Peo, Esq.
**BUCHALTER, A Professional Corporation**
A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105
Telephone: (415) 227-0900
E-mail: vbantnerppeo@buchalter.com

Peggy Bruggman, Esq.
Alice Miller, Esq.
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City CA 94065
Telephone: (650) 506-5200

**Attorneys for Oracle**