**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**JOANN INC.,** *et al.*,<br><br>                Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 25-10068 (CTG)**<br>)<br>) **(Jointly Administered)**<br>) |

## **ORDER**

Upon consideration of Oracle America Inc.'s ("Oracle") Request for Allowance and Payment of Chapter 11 Administrative Expenses (the "Application"); and it appearing that this Court has jurisdiction over the Application and this matter is a core matter pursuant to sections 503(a) and (b) of the Bankruptcy Code; and it appearing that appropriate notice of the Application was provided to parties in interest and was sufficient under the circumstances; and the Court further determining that the legal and factual basis set forth in the Application establish just cause for the relief granted herein; IT IS HEREBY ORDERED, as follows:

1. The Application is GRANTED.

2. Oracle shall have an allowed chapter 11 administrative expense claim in the amount of $208,539.52 against JOANN Inc. and its Debtor Affiliates (collectively, the "Debtors"), jointly and severally, for post-petition services provided by Oracle through the Effective Date.

3. The Debtors are directed to pay Oracle the sum of $208,539.52, in good funds, within three (3) business days of the entry of this Order.

4. All parties' rights are reserved for additional amounts due the filing date of the Application.

- 2 -

5. The Court retains jurisdiction with respect to all matters relating to this Order.

**6.** The Order is binding on the Parties and any successors.