# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>            Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 25-10068 (CTG)**<br>)<br>) **(Jointly Administered)**<br>) |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on August 6, 2025, I served a copy of *Oracle America Inc's Request for Allowance and Payment of Chapter 11 Administrative Expenses, along with notice and proposed order* on the parties listed on the attached service list via CM/ECF Notification by electronic mail, where available.

                                                                         /s/ James E. Huggett
                                                                        James E. Huggett (#3956)

## SERVICE LIST

### BY ECF

| | |
|---|---|
| COLE SCHOTZ P.C.<br>Co-Counsel to the Debtors<br>and Debtors in Possession<br>Patrick J. Reilley, Esq.<br>Stacy L. Newman, Esq.<br>Michael E. Fitzpatrick, Esq.<br>Jack M. Dougherty, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801 | Malcolm M. Bates, Esq.<br>OFFICE OF UNITED STATES TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 |

### BY REGULAR MAIL

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>*Co-Counsel to the Debtors*<br>*and Debtors in Possession*<br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>601 Lexington Avenue<br>New York, New York 10022 | |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>*Co-Counsel to the Debtors*<br>*and Debtors in Possession*<br>Anup Sathy, P.C.<br>Jeffrey Michalik, Esq.<br>Lindsey Blumenthal, Esq.<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654 | |