**SCHEDULE A**

| **SVAP III CORAL LANDINGS, LLC** |
|---|---|---|---|---|
| **Store No.** | **Shopping Center** | **City, State** | **Administrative Claim Amount** | **Exhibit No.** |
| 1596 | Coral Landings | Margate, FL | $89,529.77 | 1 |
| **SVAP IV FAIRFAX, LLC** |
| **Store No.** | **Shopping Center** | **City, State** | **Administrative Claim Amount** | **Exhibit No.** |
| 1875 | Fairfax Towne Center | Fairfax, VA | $41,579.38 | 2 |
| **SVAP IV PRESIDENTIAL, LLC** |
| **Store No.** | **Shopping Center** | **City, State** | **Administrative Claim Amount** | **Exhibit No.** |
| 2005 | Presidential Commons | Snellville, GA | $194,612.90 | 3 |