# EXHIBIT 1

# Lease Ledger

Date: 07/08/2025
Property: 3156
Tenant: cor012   JOANN
From Date: 02/01/2019  To Date: 04/30/2025
Move In Date: 02/01/2019  Move Out Date: 04/30/2025

| Date | Description | Charge | Notes |
|---|---|---:|---|
| 2/20/2025 | Operating Expense Reconciliation (01/2024 - 01/2024) | -215.25 | |
| 2/20/2025 | Operating Expense Reconciliation (02/2024 - 12/2024) | -21,947.21 | |
| 2/20/2025 | Real Estate Tax Reconciliation (01/2024 - 01/2024) | -825.63 | |
| 2/20/2025 | Real Estate Tax Reconciliation (02/2024 - 12/2024) | -4,524.34 | |
| 2/20/2025 | CAM Insurance Reconciliation (01/2024 - 01/2024) | 4,589.64 | |
| 2/20/2025 | CAM Insurance Reconciliation (02/2024 - 12/2024) | 49,597.71 | |
| 2/20/2025 | Waste Recoveries Reconciliation (01/2024 - 01/2024) | 1,672.58 | 47814.77 2024 CTI REC billed 2/20/25 |
| 2/20/2025 | Waste Recoveries Reconciliation (02/2024 - 12/2024) | 18,074.61 | |
| 2/20/2025 | Sales Tax on Operating Expense Reconciliation (02/2025) | -6.46 | |
| 2/20/2025 | Sales Tax on Operating Expense Reconciliation (02/2025) | -658.42 | |
| 2/20/2025 | Sales Tax on Real Estate Tax Reconciliation (02/2025) | -24.77 | |
| 2/20/2025 | Sales Tax on Real Estate Tax Reconciliation (02/2025) | -135.73 | |
| 2/20/2025 | Sales Tax on CAM Insurance Reconciliation (02/2025) | 137.69 | |
| 2/20/2025 | Sales Tax on CAM Insurance Reconciliation (02/2025) | 1,487.93 | |
| 2/20/2025 | Sales Tax on Waste Recoveries Reconciliation (02/2025) | 50.18 | |
| 2/20/2025 | Sales Tax on Waste Recoveries Reconciliation (02/2025) | 542.24 | |
| 4/1/2025 | Operating Expenses Estimate (04/2025) | 7,637.85 | |
| 4/1/2025 | Real Estate Tax Estimate (04/2025) | 7,847.64 | |
| 4/1/2025 | Base Rent (04/2025) | 25,014.50 | |
| 4/1/2025 | Sales Tax on Operating Expenses Estimate (04/2025) | 229.14 | |
| 4/1/2025 | Sales Tax on Real Estate Tax Estimate (04/2025) | 235.43 | |
| 4/1/2025 | Sales Tax on Base Rent (04/2025) | 750.44 | |
| | **Total Balance Due** | **89,529.77** | |

| Date | All Payments recevied for 2025 | Payment | |
|---|---|---:|---|
| 2/10/2025 | Chk# 400564004 :CHECKscan Payment F/S - | 38,849.43 | Applied to February Rents |
| 2/10/2025 | Chk# 400564004 Reapplied Receipt :CHECKscan Payment F/S | 38,849.43 | |
| 2/10/2025 | Chk# 400564004 :Prog Gen Reverses receipt Ctrl# 310930 (Re-applied receipt) | -38,849.43 | |
| 3/4/2025 | Chk# 400564308 :CHECKscan Payment F/S - Prepay | 21,304.52 | Applied to January Stub Rents |
| 3/11/2025 | Chk# 400564989 :CHECKscan Payment F/S - Charges NSFed by ctrl# 315271 Reversed payment - NSF | 38,849.43 | |
| 3/18/2025 | Chk# 400564989 NSF receipt Ctrl# 314585 Reversed payment - NSF | -38,849.43 | |
| 4/9/2025 | Chk# 400565658 :CHECKscan Payment F/S -  Charges | 38,849.43 | Applied to March Rents returned NSF |
| | **Total payments recevied** | **99,003.38** | |