# EXHIBIT 2

# Lease Ledger

Date: 07/08/2025
Property: 4112
Tenant: faf010   JOANN
From Date: 04/14/2010  To Date: 05/31/2025
Move In Date: 04/14/2010  Move Out Date: 05/31/2025

| Date | Description | Charge |
|------|-------------|--------|
| 1/1/2025 | Operating Expenses Estimate (01/2025) Prorated 1/15 to 1/31/25 | 1,829.50 |
| 1/1/2025 | CAM Insurance Expenses Estimate (01/2025) | 964.94 |
| 1/1/2025 | Base Rent (01/2025) Prorated 1/15 to 1/31/25 | 15,036.25 |
| 2/19/2025 | 2024 Real Estate Taxes billed in 2025 | 33,187.00 |
| 3/18/2025 | 2024 CAM Reconciliation Due | -7,723.74 |
| 3/18/2025 | 2024 Insurance Reconciliation Due | -500.35 |
| 3/18/2025 | 2024 Tax Reconciliation Due | -0.04 |
| 3/18/2025 | DO NOT USE (01/2024 - 12/2024) | 1,567.12 |
| 3/18/2025 | DO NOT USE (01/2024 - 12/2024) | -2,781.30 |
| | **Total Balance Due** | **41,579.38** |

| Date | All Payments received | Payment | |
|------|----------------------|---------|---|
| 10/18/2024 | Chk# ACH10092024-001 | 35,661.37 | Applied to October 2024 Rents |
| 11/24/2025 | Chk# ACH11062024-001 | 35,661.37 | Applied to November 2024 Rents |
| 12/30/2024 | Chk# ACH 12/2024 Charges | 35,661.37 | Applied to December 2024 Rents |
| 1/24/2025 | Chk# ACH01062025-001 | 35,661.37 | Applied to February Rents |
| 6/17/2025 | Chk# 0002202 :CHECKscan Payment - | 35,661.37 | Applied to May Rents |
| 7/2/2025 | Cash from Seller (Site Center) Mar and April 2025 rent | 71,322.74 | Applied to March and April Rents |
| | **Total payments recevied** | **249,629.59** | |