# EXHIBIT 3

8/6/2025 1:06 PM

## Joann Lease Ledger

Tenant: psd027   JOANN

From Date: 11/10/2000  To Date: 05/31/2025

Move In Date: 11/10/2000  Move Out Date: 05/31/2025

| Date | Description - OPEN charges | Charge | |
|---|---|---:|---|
| 2/19/2025 | 2024 Real Estate Taxes billed in 2025 | 75,299.14 | |
| 1/1/2025 | Operating Expenses Estimate (01/2025) - Prorated 1/15 to 1/31/25 | 1,736.35 | |
| 1/1/2025 | Base Rent (03/2025)  - Prorated 1/15 to 1/31/25 | 15,562.22 | |
| 3/18/2025 | 2024 CAM Reconciliation Due | -1,531.85 | |
| 3/18/2025 | 2024 Tax Reconciliation Due | -0.02 | $36,923.63 - 2024 CTI REC billed 3/19/25 |
| 3/19/2025 | DO NOT USE (01/2024 - 12/2024) | 8,575.80 | |
| 3/19/2025 | DO NOT USE (01/2024 - 12/2024) | 19,956.33 | |
| 3/19/2025 | DO NOT USE (01/2024 - 12/2024) | 5,820.67 | |
| 4/1/2025 | Operating Expenses Estimate (04/2025) | 3,472.70 | |
| 4/1/2025 | Base Rent (04/2025) | 31,124.43 | |
| 5/1/2025 | Operating Expenses Estimate (05/2025) | 3,472.70 | |
| 5/1/2025 | Base Rent (05/2025) | 31,124.43 | |
| | **Total Balance Due** | **194,612.90** | |

| Date | All Payments recevied | Payment | |
|---|---|---:|---|
| 10/18/2024 | Chk# ACH10092024-037 | 34,597.13 | Applied to October 2024 Rents |
| 11/22/2024 | Chk# ACH11062024-006 | 34,597.13 | Applied to November 2024 Rents |
| 12/30/2024 | Chk# ACH12042024-002 | 34,597.13 | Applied to December 2024 Rents |
| 6/17/2025 | Chk# 0002203 :CHECKscan Payment | 34,597.13 | Applied to May Rent |
| 7/2/2025 | Rent from Seller | 34,597.13 | Applied to March Rent |
| | **Total payments recevied** | **172,985.65** | |