IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Related to Docket No. \_\_\_\_** |

## ORDER GRANTING ALLOWANCE
## AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon the request (the "Request") of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC (collectively, the "Landlords") for entry of an order (this "Order") for allowance and payment of administrative expense claims (the "Claims"), all as more fully set forth in the Request; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Request in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Request was appropriate and no other notice need be provided; and this Court having reviewed the Request and determined that the legal and factual bases set forth therein establish just cause for the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Request is granted as set forth herein.

1. The Landlords are hereby granted allowed administrative expense claims in the amounts more fully set forth in **Exhibit 1** hereto, which shall be paid by the above-captioned debtors and debtors in possession (the "Debtors"), within ten (10) business days of the entry of this Order.

2. Notice of the Request as provided therein shall be deemed good and sufficient notice of such Request and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

3. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Request.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

| SVAP III CORAL LANDINGS, LLC | | | |
|---|---|---|---|
| Store No. | Shopping Center | City, State | Administrative Claim Amount |
| 1596 | Coral Landings | Margate, FL | $89,529.77 |
| SVAP IV FAIRFAX, LLC | | | |
| Store No. | Shopping Center | City, State | Administrative Claim Amount |
| 1875 | Fairfax Towne Center | Fairfax, VA | $41,579.38 |
| SVAP IV PRESIDENTIAL, LLC | | | |
| Store No. | Shopping Center | City, State | Administrative Claim Amount |
| 2005 | Presidential Commons | Snellville, GA | $194,612.90 |