# CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire hereby certify that on this 6th day of August 2025, I caused a true and correct copy of the foregoing pleading to be served electronically upon all parties that have opted in to receive notice via CM/ECF as well as by e-mail and first class mail to the following:

Aparna Yenamandra  
Kirkland & Ellis LLP  
601 Lexington Avenue  
New York, NY 10022  
E-mail: aparna.yenamandra@kirkland.com

Jeffrey Michalik  
Lindsey Blumenthal  
Kirkland & Ellis LLP  
333 West Wolf Point Plaza  
Chicago, IL 60654  
E-mail: jeff.michalik@kirkland.com  
         lindsey.blumenthal@kirkland.com

Patrick J. Reilley  
Stacy L. Newman  
Michael E. Fitzpatrick  
Jack M. Dougherty  
Cole Schotz P.C.  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
E-mail: preilley@coleschotz.com  
         snewman@coleschotz.com  
         mfitzpatrick@coleschotz.com  
         jdougherty@coleschotz.com

Malcom M. Bates  
United States Trustee  
844 King Street, Suite 2207  
Lockbox 35  
Wilmington, DE 19801  
E-mail: malcolm.m.bates@usdoj.gov

GA Joann Retail Partnership, LLC
c/o Andrew Behlmann
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
E-mail: abehlmann@lowenstein.com


Dated:  August 6, 2025
Wilmington, Delaware

                                              */s/ Leslie C. Heilman*
                                              Leslie C. Heilman (DE Bar No. 4716)
                                              BALLARD SPAHR LLP