IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: TBD<br>Objection Deadline: August 20, 2025 at 4:00 p.m. |

### NOTICE OF REQUEST OF SVAP III CORAL LANDINGS, LLC, SVAP IV FAIRFAX, LLC, AND SVAP IV PRESIDENTIAL, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE** that on August 6, 2025, SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC (collectively, the "Landlords"), filed the *Request of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC for Allowance and Payment of Administrative Expense Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel on or before **August 20, 2025 by 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are timely filed, a hearing with respect to the Motion will be held on a date and time to be determined.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- 2 -

**PLEASE TAKE FINAL NOTICE** that if no objection to the Motion is timely filed, served and received in accordance with this Notice of Motion, the Bankruptcy Court may grant the relief requested without further notice or a hearing.

| | |
|---|---|
| Dated: August 6, 2025<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>Margaret A. Vesper (DE No. 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>            roglenl@ballardspahr.com<br>            vesperm@ballardspahr.com<br><br>*SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC and SVAP IV Presidential, LLC* |