# EXHIBIT 1



# Order Form

| Customer Account Name: | Jo-Ann Stores, Inc. | Coupa Order ID: | 87241 |
|---|---|---|---|
| Customer Designated Contact: | Maria Deiss | Customer Sales Contact: | Vanessa Castillo |
| Customer Address: | 5555 Darrow Rd<br>Hudson, OH 44236-4054<br>United States | Subscription Start Date:<br>Subscription End Date: | 31 Dec, 2024<br>30 Dec, 2027 |
| Customer Designated Email: | maria.deiss@joann.com | Payment Method: | Invoice, Annual in Advance |
| Customer Phone Number: | 330-463-5868 | Payment Terms: | Net 30 |
| Customer Instance Name: |  | Pricing Guarantee Expires: | 31 Oct, 2024 |
| Instance Hosting Location: | USA |  |  |
| Customer Coupa Admin: |  |  |  |
| Customer Coupa Admin Email: |  |  |  |

| Product Name | Description | Qty. | Total Subscription Fee |
|---|---|---|---|
| P2P (Procurement + Standard Invoicing) | Subscription to P2P (Procurement + Standard Invoicing) for up to the stated number of users.<br>- Procurement provides capabilities for an organization to create a consumer-like shopping experience for their employees, allowing them to requisition and purchase goods and services.<br>- Invoicing provides organizations with a solution for managing their accounts payable (AP) processes through efficient, accurate, and automated invoice processing. | 3,250 | USD 763,101.00 |
| Platform Standard | Subscription to the Coupa Business Spend Management Platform, includes:<br>- One Sandbox Instance<br>- Community.AI: Insights (prescriptions, KPI benchmarks, etc.) & Connections (online community, Coupa Advantage, etc.)<br>- Extensible: Process Automator, Custom Fields, CoupaLink<br>- Functional: Reporting and Insights, Contracts, Compliance, Workflow, Budgets, Artificial Intelligence, Open Buy<br>- Foundational: Master Data, Infrastructure & Security, UX, Administration, Integration, SSO, Mobility | 1 | Included in the Above Total |
| Premium Support | Subscription to Coupa Success Plan Level: "Premium"<br>- Maintenance, Support and Product Updates<br>- Support Hours: 24x7<br>- Initial response 30mins - Sev1 / Customer update 1hr<br>- Sev1 (Service Level Targets)<br>- Ten (10) delegated support contacts<br>- Infrastructure Hosting & Disaster Recovery | 1 | Included in the Above Total |

Docusign Envelope ID: 73CFAAFB-CBD2-4244-A5FE-CB05A4EFA8C1



# Order Form

|  |  | Total Year 1 Fee: | USD 254,367.00 |
|--|--|--|--|
|  |  | Total Year 2 Fee: | USD 254,367.00 |
|  |  | Total Year 3 Fee: | USD 254,367.00 |
|  |  | Total Fee: | USD 763,101.00 |

**Coupa Order Comments:**
1. The subscriptions in this Order Form shall be governed by the Master Subscription Agreement (or similarly named agreement with Coupa or a Coupa Affiliate) signed by the parties on or about 12/12/2012 ("MSA"). As more fully set forth in the MSA, certain applications/functions require processing of Customer Data (including personal data) by a Coupa subprocessor as listed under www.coupa.com/legal under "Privacy Terms".

2. If Customer chooses to import third party data transactions into the Coupa cloud service in the form of requisitions, purchase orders, invoices and/or expense reports, Customer must purchase a subscription to the "Open Business Network for Third Party Systems".

3. The fees on this Order Form do not include taxes.

4. If full payment is not received by the due date, a late payment penalty of 2% per month may be assessed on the unpaid past due amount.

5. No text or information set forth on any purchase order or other preprinted Customer form shall add to or vary the terms and conditions in the Order Form and Agreement. Coupa may invoice the Customer in accordance with this Order Form regardless of whether or not Customer issues a purchase order.

6. Upon the Subscription End Date, Customer may renew the subscription term for DEAL DESK POPULATE additional three (3) year Subscription Term ("Renewal Term"). Coupa will cap the subscription fee rate increase for the Renewal Term to 7.00%, which reflects CPI and ongoing technology innovation to the Coupa platform. This pricing cap applies only to the same Coupa solutions that are in the expiring Subscription Term and provided the renewal Order Form has the same or greater quantity of subscriptions as accumulated in the expiring Subscription Term.

7. To enable financing opportunities for your suppliers through the Coupa Platform and upon request by your supplier, Coupa may share relevant supplier invoice data to financing partners chosen by your supplier. This invoice data will typically include buyer name, total invoiced amount and invoice due date.

8. To improve Customer's experience with suppliers, Coupa may use your supplier information to maintain a supplier directory on the Coupa Platform. Such supplier information will be limited to supplier name, address and related contact information and will be made available to Customer in the Coupa Supplier Portal. For the avoidance of doubt, Customer information will not be shared with third parties and will be subject to the confidentiality provisions in the MSA.

9. Customer agrees (i) following the Subscription Start Date, to collaborate in good faith with Coupa on issuing a joint press release referencing Customer's name, logo, and selection of Coupa, and (ii) that Coupa and its Affiliates may, during the term of the MSA, use Customer's name and/or logo in Coupa's marketing materials for the purpose of referencing Customer's selection of Coupa.

Selling Entity: **Coupa Software Inc. 950 Tower Lane, 20th Floor, Foster City, CA 94404 USA Fax +1 (650) 401-7907**



# Order Form

**To Be Completed by Customer:**
Purchase orders, invoices, and related activity are transacted via Coupa standard billing processes. Other methods and/or systems available upon request, provided no additional fees or use of Coupa competitor systems.

| Customer Billing Information<br>(if different from above) | Customer Shipping Information<br>(if different from above) |
|---|---|
| **Entity Name:** Jo-Ann Stores, Inc. | **Entity Name:** Jo-Ann Stores, Inc. |
| **Address:** 5555 Darrow Rd, Hudson, OH, 44236-4054, United States | **Address:** 5555 Darrow Rd, Hudson, OH, 44236-4054, United States |
| [__] PO Required   PO Number:_____<br>Send to | [__] Sales Tax Exempt<br>**Tax will be assessed, if required, based on the ship to address**<br>Send exemption certificate to billing@coupa.com |
| **Accounts Payable Contact:** | **Accounts Payable Email:** |

| Signature - Jo-Ann Stores, Inc. | | Signature - Coupa Software Inc. | |
|---|---|---|---|
| **Signature:** | DocuSigned by:<br>*Jeremy Zelwin*<br>B742F28A28F24B4... | **Signature:** | Signed by:<br>*kara Prentice*<br>DA42D7290C7E455... |
| **Name:** | Jeremy Zelwin | **Name:** | Kara Prentice |
| **Title:** | VP, Controller | **Title:** | Director, Deal Desk |
| **Date:** | 12/30/2024 | **Date:** | 12/30/2024 |