# EXHIBIT 2



# Invoice

| | |
|---|---|
| **Date** | December 31, 2024 |
| **Invoice #** | 128112 |
| **Order Form NO** | 87241 |
| **Terms** | Net 30 |
| **Due Date** | January 30, 2025 |
| **Currency** | USD |
| **Customer Tax ID** | |
| **PO #** | 1049768 |

**Bill To**
Jo-Ann Stores, LLC
Store Support Center
5555 Darrow Road
Hudson OH 44236
United States

**Ship To**
Jo-Ann Stores, LLC
Store Support Center
5555 Darrow Road
Hudson OH 44236
United States

| Description | Start Date | End Date | Quantity | Rate | Amount | Tax Amount | Tax Rate |
|---|---|---|---|---|---|---|---|
| **Coupa Cloud Procure-to-Pay (P2P) - NEW** Subscription to Coupa Cloud Procure-to-Pay (P2P) | December 31, 2024 | December 30, 2025 | 1 | $254,367.00 | $254,367.00 | $17,169.77 | 6.75% |

| | |
|---|---|
| Subtotal | $254,367.00 |
| Total Tax | $17,169.77 |
| Total | $271,536.77 |
| Amount Paid | $0.00 |
| Amount Due | $271,536.77 |

| | | |
|---|---|---|
| Coupa Software Inc<br>950 Tower Lane<br>20th Floor<br>Foster City CA 94404<br>United States | Wells Fargo Bank, NA<br>420 Montgomery Street<br>San Francisco, CA 94104<br>Account # 4561589136<br>US Domestic ACH/Direct Deposit:<br>ABA Routing # 121000248<br>International Wires: Swift # WFBIUS6S | US Tax ID #20-4429448<br>CA GST/HST # 803962331RT001<br>India PAN ID: AAICC89407<br>Mexico RFC ID# CSI0602176E2<br>Malaysia FRP #20000375 20-4429448<br>South Africa VAT# 4410292421<br>Russia ESS VAT ID# 9909587103<br>Russia KPP# 997789001<br>Indonesia TIN# 33.001.348.3-053.000 |

Our preferred method of communication is via the Coupa supplier portal. If you are live with Coupa Solution, please send your CSP invite to AR@coupa.com
Payment by credit card is subject to additional charge of 3.5% of the amount being paid.

**Please include the following reason for payment: 128112**