# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., et al., | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. _____ |

## ORDER GRANTING COUPA SOFTWARE INC.'S MOTION FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

Coupa Software Inc. ("Coupa"), having filed its *Motion for the Allowance and Payment of an Administrative Expense Claim* (the "Motion"), and this Court having determined that the relief requested in the Motion is warranted; and it appearing that proper and adequate notice has been given, and upon the record of the hearing herein; and after due deliberation thereon, and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**;

2. Coupa is granted an allowed post-petition chapter 11 administrative expense claim pursuant to § 503(b)(1) of the Bankruptcy Code in the amount of $136,370.49 (the "Administrative Claim").

3. The Debtors are ordered to pay all past-due post-petition amounts owing to Coupa, including, but not limited to, the Administrative Claim, within seven (7) days of entry of this Order, and otherwise in accordance with the parties' Contract, Order, and Invoice (each as defined in the Motion) as such amounts become due.