## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., et al., | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:  To be determined**<br>**Obj. Deadline:  August 25, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF HEARING ON COUPA SOFTWARE INC.'S MOTION FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on August 6, 2025, Coupa Software Inc. ("Coupa") filed the *Motion for Allowance and Payment of an Administrative Expense Claims* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **August 25, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel for Coupa so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion scheduled to be held before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on a date and time to be determined.

---

[1] The debtors (the "Debtors") in these chapter 11 cases together with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  August 6, 2025

**BARNES & THORNBURG LLP**

*/s/  Amy E. Tryon*

Mark R. Owens (DE 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801
Tel: (302) 300-3434
Email:  Mark.Owens@btlaw.com
Email:  Amy.Tryon@btlaw.com

*Counsel for Coupa Software Inc.*