# **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

Patrick J. Reilley
Stacy L. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
COLE SCHOTZ P.C.
preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

Joshua A. Sussberg, P.C.
Aparna Yenamandra, P.C.
Anup Sathy, P.C.
Jeffrey Michalik
Lindsey Blumenthal
KIRKLAND & ELLIS LLP
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
anup.sathy@kirkland.com
jeff.michalik@kirkland.com
lindsey.blumenthal@kirkland.com

Eric R. Wilson
Jason R. Adams
Maeghan J. McLoughlin
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Email: ewilson@kelleydrye.com
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com

Bradford J. Sandler
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
bsandler@pszjlaw.com
joneill@pszjlaw.com

Malcolm M Bates
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov

Dated:  August 6, 2025                              /s/ *Amy E. Tryon*
                                                                   Amy E. Tryon