**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 25-10068 (CTG) |
| | ) |
| JOANN INC., *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Related D.I. No. 612 |
| | ) |

## NOTICE OF WITHDRAWAL OF MOTION

Jones Lang LaSalle Americas, Inc., by and through its undersigned counsel, hereby withdraws its *Motion for Entry of and Order: (I) Compelling the Assumption or Rejection of a Certain Executory Contract Pursuant to 11 U.S.C. §§ 105(a) and 365 of the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6006 and 9014: (II) Allowing and Compelling Payment of an Administrative Expense Claim Under 11 U.S.C. § 503(b); and (III) Granting Such Other and Further Relief as the Court May Deem Just and Proper*, filed on March 20, 2025 at Docket Item Number 612, without prejudice.

Respectfully submitted,

GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated:  August 6, 2025

*/s/ Margaret M. Manning*
Margaret M. Manning (DE 4183)
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
Telephone: 302-416-3344/ Fax: 302-425-5814
mmanning@gsbblaw.com

and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027) (together the "Debtors"). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

WALSH PIZZI O'REILLY FALANGA LLP
Stephen V. Falanga (pro hac vice)
Nick M. Ebel (pro hac vice)
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
Telecopy: (973) 757-1090

*Attorneys for Jones Lang LaSalle Americas, Inc.*