# EXHIBIT A

# TOWN OF SAUGUS

298 CENTRAL ST
SAUGUS, MA 01906

**2025**

COLLECTOR OF TAXES    Wendy A. Hatch

Fiscal Year 2025 3rd Quarter ACTUAL Real Estate Tax Bill

Based on assessments as of January 1, 2024 your REAL ESTATE tax for the Fiscal Year beginning July 1, 2024 and ending June 30, 2025 on the parcel of real estate described below is as follows:

| | | Issue Date: 12/31/2024 | | Account Number: 99787216 |
|---|---|---|---|---|

| | TAX RATE PER $1000 | | | |
|---|---|---|---|---|
| | RES. | PERS. | COM. | IND. |
| | 10.68 | 21.96 | 21.96 | 21.96 |

| TAX VALUES | |
|---|---|
| Total Value | 5,667,900 |

| | | | |
|---|---|---|---|
| Total Tax & Assessments | | | $124,467.08 |
| Tax | | | $124,467.08 |
| | | | |
| Preliminary Tax | | | $64,081.09 |
| 3rd Quarter Tax | | | $30,193.00 |
| 4th Quarter Tax | | | $30,192.99 |
| Interest | | | $0.00 |
| Abatements/Exemptions | | | $0.00 |
| Tax Paid | | | $64,081.09 |
| Interest Paid | | | $0.00 |
| | | | |
| **Pay This Amount By 2/3/25** | | | **$30,193.00** |

## PROPERTY IDENTIFICATION

| | | | |
|---|---|---|---|
| Parcel ID | D10-1-7 | Area | 3.079 Acres |
| Book/Page | 41216/410 | Class | 322 |
| Location | 1073 BROADWAY | | |
| Assessed Owner | FOF 1073 LLC | | |

FOF 1073 LLC
378 BROADWAY
CHELSEA, MA 02150-2871

RE

25

Payments received after December 10, 2024 are not reflected on this bill. Interest at the rate of 14% per annum will accrue on overdue payments from the due date until the payment is made.

---

## TAXPAYER COPY - SAVE THIS COPY FOR YOUR RECORDS

**Town of Saugus**
**Office of the Town Collector**
**Voluntary Check-Off For Contribution To Local Funds**

I wish to make a voluntary donation under M.G.L.Ch. 60 s3C to the Town of Saugus **School Department Education Fund** in the amount of: $ _____
I wish to make a voluntary donation under MA Chapter 89 of the Acts of 2016 to the Town of Saugus **Veterans Relief Fund** in the amount of: $ _____
I wish to make a voluntary donation under MA Chapter 346 of the Acts of 2020 to the **Saugus Emergency Relief Fund** in the amount of: $ _____

Please write the amount you wish to contribute in the space provided. This amount is in addition to your property tax. **Please make a separate check payable to: Town of Saugus Education Fund; Town of Saugus Veterans Relief Fund; or Town of Saugus Emergency Relief Fund.**

MAIL TO:
Town of Saugus, Collector of Taxes, 298 Central Street, Suite 5, Saugus, MA 01906

Donor Name: _____
Address: _____
Date: _____

### Payments

Please return the BOTTOM portion of this bill and remit payment to:

**Town of Saugus**
**Collector of Taxes**
**PO Box 4157**
**Woburn, MA 01888-4157**

OR GO TO
www.saugus-ma.gov
(781) 231-4135

### Assessor's Office

Town of Saugus
Board of Assessors
298 Central Street
Saugus, MA 01906

(781) 231-4130

### Hours For Walk-In Service

**8:30AM - 7:00PM Mon**
**8:15AM - 5:00PM Tue,Wed,Thu**
**8:15AM - 12:30PM Fri**

*SEE REVERSE SIDE FOR FURTHER INFORMATION*

---

# REMIT COPY - SEND THIS PORTION OF THE BILL WITH PAYMENT

## TOWN OF SAUGUS

**FY 2025 3rd Quarter ACTUAL Real Estate**

Bill Mailed To:
FOF 1073 LLC
378 BROADWAY
CHELSEA, MA 02150-2871

Issue Date: 12/31/2024

Due Date: 2/3/2025

Account Number: 99787216

Parcel ID: **D10-1-7**

| | |
|---|---|
| Location | 1073 BROADWAY |
| Parcel ID | D10-1-7 |

**MAKE CHECK PAYABLE TO: TOWN OF SAUGUS**
**AND MAIL TO:**

RE

TOWN OF SAUGUS
P.O. BOX 4157
WOBURN, MA 01888-4157

**WARNING:** If you are using a payment service to pay this bill, you MUST indicate the TAX YEAR and BILL NUMBER on the check. If you FAIL to include this information, your payment is at risk of not being posted properly resulting in further fees and interest.

**Pay This Amount By 2/3/2025    $30,193.00**

752 / 9968 - re

01 25 253189 0003019300 020325 00030193001

4th Quarter ACTUAL Real Estate Tax Bill

**TOWN OF SAUGUS**
298 CENTRAL ST
SAUGUS, MA 01906

Fiscal Year
**2025**

COLLECTOR OF TAXES    **Wendy A. Hatch**

| Issue Date: 3/31/2025 | Account Number: 99787216 |
|---|---|

| TAX RATE PER $1000 | | | | Total Tax & Assessments | $124,467.08 |
|---|---|---|---|---|---|
| RES. | PERS. | COM. | IND. | Tax | $124,467.08 |
| 10.68 | 21.96 | 21.96 | 21.96 | | |

Based on assessments as of January 1, 2024 your REAL ESTATE tax for the Fiscal Year beginning July 1, 2024 and ending June 30, 2025 on the parcel of real estate described below is as follows:

| TAX VALUES | |
|---|---|
| Total Value | 5,667,900 |

| PROPERTY IDENTIFICATION | | |
|---|---|---|
| Parcel ID | D10-1-7 | Area | 3.079 Acres |
| Book/Page | 41216/410 | Class | 322 |
| Location | 1073 BROADWAY | | |
| Assessed Owner | FOF 1073 LLC | | |

| Preliminary Tax | $64,081.09 |
|---|---|
| 3rd Quarter Tax | $30,193.00 |
| 4th Quarter Tax | $30,192.99 |
| Interest | $0.00 |
| Abatements/Exemptions | $0.00 |
| Tax Paid | $94,274.09 |
| Interest Paid | $0.00 |

RE

FOF 1073 LLC
378 BROADWAY
CHELSEA, MA 02150-2871

25

| Pay This Amount By 5/1/25 | $30,192.99 |
|---|---|

Payments received after March 17, 2025 are not reflected on this bill. Interest at the rate of 14% per annum will accrue on overdue payments from the due date until the payment is made.

**TAXPAYER COPY - SAVE THIS COPY FOR YOUR RECORDS**

**Town of Saugus**
**Office of the Town Collector**
**Voluntary Check-Off For Contribution To Local Funds**

I wish to make a voluntary donation under M.G.L.Ch. 60 s3C to the Town of Saugus **School Department Education Fund** in the amount of: $ _____
I wish to make a voluntary donation under MA Chapter 89 of the Acts of 2016 to the Town of Saugus **Veterans Relief Fund** in the amount of: $ _____
I wish to make a voluntary donation under MA Chapter 346 of the Acts of 2020 to the **Saugus Emergency Relief Fund** in the amount of $ _____

Please write the amount you wish to contribute in the space provided. This amount is in addition to your property tax. **Please make a separate check payable to: Town of Saugus Education Fund; Town of Saugus Veterans Relief Fund;** or **Town of Saugus Emergency Relief Fund.**

MAIL TO:
Town of Saugus, Collector of Taxes, 298 Central Street, Suite 5, Saugus, MA 01906

Donor Name: _____
Address: _____
Date: _____

**Payments**
Please return the BOTTOM portion of this bill and remit payment to:

Town of Saugus
Collector of Taxes
PO Box 4157
Woburn, MA 01888-4157

OR GO TO
www.saugus-ma.gov
(781) 231-4135

**Assessor's Office**
Town of Saugus
Board of Assessors
298 Central Street
Saugus, MA 01906

(781) 231-4130

**Hours For Walk-In Service**
**8:30AM - 7:00PM Mon**
**8:15AM - 5:00PM Tue,Wed,Thu**
**8:15AM - 12:30PM Fri**

*SEE REVERSE SIDE FOR FURTHER INFORMATION*

**REMIT COPY - SEND THIS PORTION OF THE BILL WITH PAYMENT**

**TOWN OF SAUGUS**

**FY 2025 4th Quarter ACTUAL Real Estate**

Bill Mailed To:
FOF 1073 LLC
378 BROADWAY
CHELSEA, MA 02150-2871

Issue Date: 3/31/2025

Due Date: 5/1/2025

Account Number: 99787216

| Location | 1073 BROADWAY |
|---|---|
| Parcel ID | D10-1-7 |

Parcel ID: **D10-1-7**

MAKE CHECK PAYABLE TO: TOWN OF SAUGUS
AND MAIL TO:

RE

TOWN OF SAUGUS
P.O. BOX 4157
WOBURN, MA 01888-4157

**WARNING:** If you are using a payment service to pay this bill, you MUST indicate the TAX YEAR and BILL NUMBER on the check. If you FAIL to include this information, your payment is at risk of not being posted properly resulting in further fees and interest.

| Pay This Amount By 5/1/2025 | $30,192.99 |
|---|---|

749 / 9968 - re

01 25 253189 0003019299 050125 00030192996