# EXHIBIT  B

## Tax Bill Adjustments for Administrative Expense Claim

Unpaid R/E Tax for FY2025 3rd Qtr .......    $30,193.00 (see Exh. A)

Unpaid R/E Tax for FY2025 4th Qtr .......    $30,192.99 (see Exh. A)

      Total of 3rd and 4th Qtr tax bills........    $60,385.99

### Adjustment to 3rd Qtr Tax Bill

In order to reflect the portion of the 3rd Qtr tax bill that covers the period from 2/27/25 – 3/31/25 (or 33 days) the total bill (which covers 90 days) was prorated as follows: $30,193.00 was divided by 90 to get a per diem of $335.4777, which then was multiplied by 33 to get $11,070.76.

### Adjustment to 4th Qtr Tax Bill

In order to reflect the portion of the 4th Qtr tax bill that covers the period from 4/1/25 – 5/31/25 (or 61 days) the total bill (which covers 91 days) was prorated as follows: $30,192.99 was divided by 91 to get a per diem of $331.7910, which then was multiplied by 61 to get $20,239.25.

The adjusted prorated totals to cover the administrative expense period of 2/27/25 – 5/31/25 are subsequently added together as follows:

        Adjusted 3rd Qtr Tax Bill totals…...    $11,070.76
        Adjusted 4th Qtr Tax Bill totals…...    $20,239.25

Total Administrative Expense Claim for taxes due…..    **$31,310.01**