UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., et al.,<br><br>     **Debtors** | Chapter 11<br><br>Case No. 25-10068-CTG<br>(Jointly Administered) |

**ORDER GRANTING REQUEST BY FOF 1073 LLC
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the request by FOF 1073 LLC ("Landlord") for allowance and payment of its administrative expense claim (the "Request"); and the Court having reviewed the Request and any objections thereto; and it appearing that due notice of the Request was provided to parties in interest and was sufficient under the circumstances herein; and after due deliberation thereon, the Court having determined that there is good and sufficient Cause for the relief requested in the Request;

IT IS HEREBY ORDERED THAT:

1. The Request is granted.

2. Landlord is hereby granted an allowed administrative expense claim for unpaid real estate taxes in the amount of $31,310.01 (prorated for the period 2/27/25-5/31/25) pursuant to sections 365(d)(3), 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code (the "Claim").

3. The Claim shall be paid pursuant to the Plan when distributions are made to holders of allowed chapter 11 administrative expense claims.

4. This Court shall retain jurisdiction with respect to all matters relating to this Order.

5. This Order shall be binding upon all the Parties and any successors.

_____
Bankruptcy Judge