**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**JOANN INC., et al.,**<br><br>Debtors | Chapter 11<br><br>Case No. 25-10068-CTG<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Stephen M. Kaplan, hereby certify that on August 6, 2025 I electronically filed with the Clerk of the Bankruptcy Court the attached:

1. **REQUEST BY FOF 1073 LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**, with all Exhibits and Proposed Order

and, I served a copy of same via the Court's Electronic Filing system (ECF) upon all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner indicated below.

/s/ *Stephen M Kaplan*
Stephen M. Kaplan (BBO#259220)
c:/FOF1073LLC/ch11/Req.forallowance&paymentof admexp8.6.25

**VIA EMAIL**

| | |
|---|---|
| Patrick J. Reilley, Esq.<br>Stacy L. Newman, Esq.<br>Michael E. Fitzpatrick, Esq.<br>Jack M. Dougherty, Esq.<br>COLE SCHOTZ P.C.<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com | Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>Anup Sathy, P.C.<br>Jeffrey Michalik, Esq.<br>Lindsey Blumenthal, Esq.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br>anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com |