**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

4910-7814-2811.1 46699.00002

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---:|---:|---:|
| Sanjuro Kietlinski, Partner | $1,250 | 73.9 | $92,375.00 |
| Hughes Congleton, Vice President | $730 | 3.1 | $2,263.00 |
| Laura Conn, Matter Administrator | $280 | 1.1 | $308.00 |
| **Grand Total** |  | **78.1** | **$94,946.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 20.6 | $25,750.00 |
| Claims Analysis and Objections | 14.7 | $18,011.00 |
| Committee Activities | 12.0 | $13,752.00 |
| Court Filings | 10.5 | $13,125.00 |
| Fee / Employment Applications | 5.8 | $6,183.00 |
| Plan and Disclosure Statement | 5.2 | $6,500.00 |
| Sale Process | 9.3 | $11,625.00 |
| **Grand Total** | **78.1** | **$94,946.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---:|
| Meals | Working meal. | $20.00 |
| **Total Expenses** |  | **$20.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/1/2025 | Sanjuro Kietlinski | Reviewed additional objections filed. | Business Analysis / Operations | 1.60 | 1,250.00 | $2,000.00 |
| 6/1/2025 | Sanjuro Kietlinski | Reviewed Sale Motion (docket 1048). | Sale Process | 0.90 | 1,250.00 | $1,125.00 |
| 6/1/2025 | Sanjuro Kietlinski | Reviewed rejection notices. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 6/1/2025 | Sanjuro Kietlinski | Reviewed Omnibus objections. | Business Analysis / Operations | 1.00 | 1,250.00 | $1,250.00 |
| 6/1/2025 | Sanjuro Kietlinski | Reviewed Sale Order (docket 1048-2). | Sale Process | 1.50 | 1,250.00 | $1,875.00 |
| 6/1/2025 | Sanjuro Kietlinski | Reviewed APA (docket 1048-2 exhibits). | Sale Process | 1.10 | 1,250.00 | $1,375.00 |
| 6/2/2025 | Sanjuro Kietlinski | Reconciled the Omnibus objections. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 6/2/2025 | Hughes Congleton | Reviewed UCC update and related dockets. | Committee Activities | 1.50 | 730.00 | $1,095.00 |
| 6/2/2025 | Sanjuro Kietlinski | Evaluated the filed rejection notices. | Business Analysis / Operations | 1.20 | 1,250.00 | $1,500.00 |
| 6/3/2025 | Sanjuro Kietlinski | Followed up with A&M re: 503b9 claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/3/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/3/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/3/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee application. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/4/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: 503b9 claims reconciliation. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 6/4/2025 | Sanjuro Kietlinski | Reviewed A&M memos re: offers to settle. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/4/2025 | Sanjuro Kietlinski | Followed up with A&M re: claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/5/2025 | Sanjuro Kietlinski | Reviewed follow up A&M memos re: offers to settle. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 6/5/2025 | Sanjuro Kietlinski | Reviewed creditor claims settlement data. | Claims Analysis and Objections | 0.90 | 1,250.00 | $1,125.00 |
| 6/5/2025 | Sanjuro Kietlinski | Corresponded with creditor re: 503b9 follow up. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/6/2025 | Sanjuro Kietlinski | Reviewed the Debtors and Dollar Tree's Joint Reply (docket 1092). | Court Filings | 0.60 | 1,250.00 | $750.00 |

4910-7814-2811.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/6/2025 | Sanjuro Kietlinski | Additional follow ups with creditor re: claims discrepancies. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/6/2025 | Sanjuro Kietlinski | Followed up with creditor re: 503b9 claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/6/2025 | Sanjuro Kietlinski | Corresponded with N. Haughey re: GA issues. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/6/2025 | Sanjuro Kietlinski | Reviewed supplemental creditor claims settlement data. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 6/9/2025 | Sanjuro Kietlinski | Corresponded with KDW re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/9/2025 | Sanjuro Kietlinski | Reconciled interim fee order. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 6/9/2025 | Sanjuro Kietlinski | Reviewed memos from UCC member re: claims. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/9/2025 | Sanjuro Kietlinski | Followed up with J. O'Neill re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/10/2025 | Sanjuro Kietlinski | Additional claims correspondences between KDW and UCC member. | Committee Activities | 0.40 | 1,250.00 | $500.00 |
| 6/10/2025 | Sanjuro Kietlinski | Corresponded with creditor re: outstanding claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/10/2025 | Sanjuro Kietlinski | Analyzed updated 503b9 schedule from A&M. | Claims Analysis and Objections | 0.80 | 1,250.00 | $1,000.00 |
| 6/10/2025 | Sanjuro Kietlinski | Followed up with KDW re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/10/2025 | Sanjuro Kietlinski | Reviewed the Revised Proposed Order of Assumption and Assignment (docket 1113). | Court Filings | 1.10 | 1,250.00 | $1,375.00 |
| 6/10/2025 | Sanjuro Kietlinski | Followed up with A&M re: outstanding 503(b)(9) matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/10/2025 | Sanjuro Kietlinski | Reviewed the hearing agenda. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/11/2025 | Sanjuro Kietlinski | Followed up with KDW re: interim fee order. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/11/2025 | Sanjuro Kietlinski | Corresponded with E. Wilson re: outstanding claims matters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/11/2025 | Sanjuro Kietlinski | Corresponded with A&M re: UCC member claim resolution. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/11/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: 503b9 claims matters. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 6/12/2025 | Sanjuro Kietlinski | Corresponded with A&M re: claims matters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/12/2025 | Sanjuro Kietlinski | Reviewed orders authorizing assumption and assignment. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |

4910-7814-2811.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/12/2025 | Sanjuro Kietlinski | Correspondences with UCC member and A&M re: reconciliation. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/13/2025 | Hughes Congleton | Reviewed UCC update and related materials. | Committee Activities | 0.90 | 730.00 | $657.00 |
| 6/13/2025 | Sanjuro Kietlinski | Reviewed claims responses. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/13/2025 | Sanjuro Kietlinski | Drafted follow up memo re: claim to UCC member. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/13/2025 | Sanjuro Kietlinski | Reviewed the Winkal Objection (docket 1159). | Court Filings | 1.00 | 1,250.00 | $1,250.00 |
| 6/13/2025 | Sanjuro Kietlinski | Followed up with A&M re: claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/13/2025 | Sanjuro Kietlinski | Analyzed Schedule of Designated Assets (docket 1164). | Court Filings | 1.20 | 1,250.00 | $1,500.00 |
| 6/13/2025 | Sanjuro Kietlinski | Reviewed KDW memo re: Singer Sale Motion and assumption notices. | Sale Process | 0.20 | 1,250.00 | $250.00 |
| 6/14/2025 | Sanjuro Kietlinski | Continued review of Adversary Complaint. | Business Analysis / Operations | 2.70 | 1,250.00 | $3,375.00 |
| 6/14/2025 | Sanjuro Kietlinski | Began review of Adversary Complaint (docket 1160). | Court Filings | 1.90 | 1,250.00 | $2,375.00 |
| 6/16/2025 | Hughes Congleton | Summarized status of various claims. | Claims Analysis and Objections | 0.50 | 730.00 | $365.00 |
| 6/16/2025 | Sanjuro Kietlinski | Reviewed the consent order. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/16/2025 | Hughes Congleton | Call with A&M re: 503(b)(9) claims. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 6/16/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: 503b9 payment resolution. | Committee Activities | 0.50 | 1,250.00 | $625.00 |
| 6/16/2025 | Sanjuro Kietlinski | Reviewed A&M communications with UCC member. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/16/2025 | Sanjuro Kietlinski | Reviewed claims settlement offers. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/16/2025 | Sanjuro Kietlinski | Reviewed KDW UCC updates. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with J. Adams and E. Wilson re: 503b9 claims. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/17/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503b9 agreement. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: 503b9 offers to settle. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with A&M re: 503b9 matters. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 6/17/2025 | Sanjuro Kietlinski | Reviewed assumption/assignment updates. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 6/17/2025 | Sanjuro Kietlinski | Correspondences with creditor re: unresolved claims matters. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |

4910-7814-2811.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with E. Wilson re: open matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with UCC members re: 503b9 offers to settle. | Committee Activities | 0.60 | 1,250.00 | $750.00 |
| 6/17/2025 | Sanjuro Kietlinski | Followed up with J. Adams re: 503b9 claims. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with A&M re: 503b9 stipulation. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded with D. Laton and E. Mattson re: fee application. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/17/2025 | Sanjuro Kietlinski | Communicated re: potential claims settlement with UCC member (0.5) and with A&M (0.2). | Committee Activities | 0.70 | 1,250.00 | $875.00 |
| 6/17/2025 | Sanjuro Kietlinski | Reviewed A&M responses re: settlement. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/17/2025 | Sanjuro Kietlinski | Reviewed unresolved claims issues. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 6/18/2025 | Sanjuro Kietlinski | Reviewed A&M responses re: GA communications re: goods. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/18/2025 | Sanjuro Kietlinski | Followed up with UCC member re: proof of delivery. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 6/18/2025 | Sanjuro Kietlinski | Followed up with A&M re: 503b9 stipulation. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 6/18/2025 | Sanjuro Kietlinski | Follow up correspondences with creditor re: 503b9 matters. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/18/2025 | Sanjuro Kietlinski | Reviewed stipulation letter. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 6/18/2025 | Sanjuro Kietlinski | Reviewed correspondences between A&M and creditor. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 6/18/2025 | Sanjuro Kietlinski | Reviewed Burlington's Reply (docket 1179). | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 6/18/2025 | Sanjuro Kietlinski | Corresponded with creditor re: potential remedies. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/18/2025 | Sanjuro Kietlinski | Reviewed the Morrow Declaration (docket 1182). | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 6/19/2025 | Sanjuro Kietlinski | Followed up with UCC member re: stipulation. | Committee Activities | 1.10 | 1,250.00 | $1,375.00 |
| 6/19/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: April CNO. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/19/2025 | Sanjuro Kietlinski | Corresponded with UCC member counsel re: stipulation. | Committee Activities | 0.60 | 1,250.00 | $750.00 |
| 6/19/2025 | Sanjuro Kietlinski | Followed up with A&M re: stipulation. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |

4910-7814-2811.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/20/2025 | Sanjuro Kietlinski | Reviewed the redline to the Amended First Notice of Assumption and Assignment (docket 1231). | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 6/20/2025 | Sanjuro Kietlinski | Reviewed the DMC Response and Objection (docket 1208). | Court Filings | 0.90 | 1,250.00 | $1,125.00 |
| 6/20/2025 | Sanjuro Kietlinski | Reviewed the AFP Motion for leave. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 6/20/2025 | Sanjuro Kietlinski | Reviewed the AFP Rockridge objection. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 6/20/2025 | Sanjuro Kietlinski | Reviewed UCC member updated claim details spreadsheet. | Committee Activities | 0.70 | 1,250.00 | $875.00 |
| 6/20/2025 | Sanjuro Kietlinski | Analyzed the MOR data. | Business Analysis / Operations | 1.00 | 1,250.00 | $1,250.00 |
| 6/20/2025 | Sanjuro Kietlinski | Reconciled A&M response spreadsheet to claims sheet. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 6/20/2025 | Sanjuro Kietlinski | Reviewed the Glue Dots objection. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 6/20/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/21/2025 | Sanjuro Kietlinski | Continued analysis of the Plan Supplement. | Plan and Disclosure Statement | 2.60 | 1,250.00 | $3,250.00 |
| 6/21/2025 | Sanjuro Kietlinski | Began analysis of the Plan Supplement. | Plan and Disclosure Statement | 1.80 | 1,250.00 | $2,250.00 |
| 6/22/2025 | Sanjuro Kietlinski | Finished analysis of the Plan Supplement. | Plan and Disclosure Statement | 0.80 | 1,250.00 | $1,000.00 |
| 6/23/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: CNO. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/23/2025 | Sanjuro Kietlinski | Reviewed assumption notices. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 6/23/2025 | Sanjuro Kietlinski | Reviewed the Order Authorizing the SVP APA. | Sale Process | 1.50 | 1,250.00 | $1,875.00 |
| 6/23/2025 | Sanjuro Kietlinski | Followed up with UCC member re: stipulation. | Committee Activities | 1.30 | 1,250.00 | $1,625.00 |
| 6/23/2025 | Sanjuro Kietlinski | Reviewed updates to agreement with UCC member. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 6/23/2025 | Sanjuro Kietlinski | Corresponded with L. Conn re: interim order. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/23/2025 | Sanjuro Kietlinski | Reviewed hearing agenda. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/23/2025 | Sanjuro Kietlinski | Reviewed preliminary draft fee materials. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 6/23/2025 | Sanjuro Kietlinski | Corresponded with A&M re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/23/2025 | Sanjuro Kietlinski | Reviewed additional rejections filed. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 6/23/2025 | Sanjuro Kietlinski | Followed up with A&M re: UCC member stipulation. | Committee Activities | 0.60 | 1,250.00 | $750.00 |
| 6/23/2025 | Laura Conn | Drafted Fourth Monthly (May 2025) Fee Application and sent for review. | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 6/24/2025 | Sanjuro Kietlinski | Corresponded with KDW re: claims analysis presentation. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/24/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: outstanding claims matters. | Committee Activities | 0.40 | 1,250.00 | $500.00 |
| 6/24/2025 | Sanjuro Kietlinski | Corresponded internally re: interim fee payment. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/24/2025 | Sanjuro Kietlinski | Corresponded with KDW re: KDW fee/payment matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/24/2025 | Sanjuro Kietlinski | Began review of the SVP APA. | Sale Process | 2.30 | 1,250.00 | $2,875.00 |
| 6/24/2025 | Sanjuro Kietlinski | Followed up with A&M re: stipulation. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/24/2025 | Sanjuro Kietlinski | Followed up with A&M re: claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/24/2025 | Sanjuro Kietlinski | Followed up with A&M re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/24/2025 | Sanjuro Kietlinski | Analyzed A&M claims analysis presentation. | Claims Analysis and Objections | 1.10 | 1,250.00 | $1,375.00 |
| 6/24/2025 | Sanjuro Kietlinski | Reconciled updated claims datapoints. | Claims Analysis and Objections | 0.70 | 1,250.00 | $875.00 |
| 6/24/2025 | Sanjuro Kietlinski | Corresponded with J. Adams re: claims status. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 6/25/2025 | Sanjuro Kietlinski | Followed up with A&M re: open interim fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 6/25/2025 | Sanjuro Kietlinski | Followed up with creditor re: stipulation. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 6/25/2025 | Sanjuro Kietlinski | Continued review of the SVP APA. | Sale Process | 1.80 | 1,250.00 | $2,250.00 |
| 6/25/2025 | Sanjuro Kietlinski | Finalized May fee app. | Fee / Employment Applications | 1.00 | 1,250.00 | $1,250.00 |
| 6/25/2025 | Sanjuro Kietlinski | Corresponded with KDW and PSZJ re: outstanding interim balances. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 6/25/2025 | Sanjuro Kietlinski | Corresponded with A&M re: interim fee payments. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/25/2025 | Sanjuro Kietlinski | Reviewed the Notions Response to Objection (docket 1281). | Court Filings | 0.40 | 1,250.00 | $500.00 |

4910-7814-2811.1 46699.00002

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/25/2025 | Sanjuro Kietlinski | Reviewed the Janome Response (docket 1279). | Court Filings | 0.50 | 1,250.00 | $625.00 |
| 6/25/2025 | Sanjuro Kietlinski | Supplemental follow up with creditor re: stipulation. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/25/2025 | Sanjuro Kietlinski | Followed up with KDW and PSZJ re: fee matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/25/2025 | Sanjuro Kietlinski | Corresponded with KDW re: interim fee payments. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/25/2025 | Sanjuro Kietlinski | Corresponded internally re: open fee matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/26/2025 | Sanjuro Kietlinski | Followed up with creditor re: 503b9 claims payment. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 6/26/2025 | Sanjuro Kietlinski | Followed up with A&M re: executed stipulation letter. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 6/26/2025 | Sanjuro Kietlinski | Followed up with other creditor re: 503b9 reconciliation matters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/26/2025 | Sanjuro Kietlinski | Followed up with A&M re: other creditor 503b9 reconciliation. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 6/27/2025 | Sanjuro Kietlinski | Followed up with other creditor re: 503b9 reconciliation process. | Claims Analysis and Objections | 0.70 | 1,250.00 | $875.00 |
| 6/27/2025 | Sanjuro Kietlinski | Reviewed assumption notices. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 6/27/2025 | Sanjuro Kietlinski | Followed up with UCC member re: 503b9 payment. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 6/27/2025 | Sanjuro Kietlinski | Reviewed rejection notices. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 6/27/2025 | Sanjuro Kietlinski | Reviewed the Lafayette Response (docket 1291). | Court Filings | 0.50 | 1,250.00 | $625.00 |
| 6/27/2025 | Sanjuro Kietlinski | Reviewed the Michaels Assumption (docket 1296). | Court Filings | 1.10 | 1,250.00 | $1,375.00 |
| 6/30/2025 | Sanjuro Kietlinski | Reviewed Omnibus Claims Objections. | Claims Analysis and Objections | 1.40 | 1,250.00 | $1,750.00 |
| 6/30/2025 | Sanjuro Kietlinski | Corresponded with A&M re: timing of 503b9 distributions. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/30/2025 | Sanjuro Kietlinski | Followed up with creditor re: claims objection. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/30/2025 | Sanjuro Kietlinski | Corresponded with A&M re: claim. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 6/30/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: open 503b9 amounts. | Committee Activities | 0.30 | 1,250.00 | $375.00 |
| 6/30/2025 | Sanjuro Kietlinski | Reviewed Dollar Tree Assumption (docket 1309). | Court Filings | 0.40 | 1,250.00 | $500.00 |

4910-7814-2811.1 46699.00002

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 6/2/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
|  | **Total Expenses** |  | **$20.00** |

4910-7814-2811.1 46699.00002