**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Re: Docket No. 1321** |

**CERTIFICATE OF**
**NO OBJECTION REGARDING DEBTORS' THIRTEENTH**
**OMNIBUS OBJECTION TO CERTAIN CLAIMS (NON- SUBSTANTIVE)**
**(Amended Claims)**

The undersigned counsel to the Plan Administrator appointed in the above-captioned cases, hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Debtors' Thirteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims)* [Docket No. 1321] (the "Omnibus Objection") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on June 30, 2025. Pursuant to the Notice of Omnibus Objection, responses to the Omnibus Objection were to be filed and served no later than July 21, 2025 (the "Response Deadline"). The undersigned further certifies that the Response Deadline has passed, the Court's docket has been reviewed in these cases, and no answer, objection, or other responsive pleading to the Omnibus Objection appears thereon. It is hereby respectfully requested that the Court enter the proposed order attached to the Omnibus Objection at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: August 8, 2025
      Wilmington, Delaware

                        */s/ Michael E. Fitzpatrick*
                        **COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Email:  preilley@coleschotz.com
        snewman@coleschotz.com
        jdougherty@coleschotz.com
        mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 274-2489
Facsimile:  (216) 241-2824
Email:  cwick@hahnlaw.com

*Co-Counsel to the Plan Administrator*