## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: September 22, 2025, at 2:00 p.m. (ET)** |
| | **Obj. Deadline: August 25, 2025, at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF PLAN ADMINISTRATOR AND GUC TRUST FOR ENTRY OF A SECOND ORDER (I) ENLARGING THE PERIOD WITHIN WHICH PLAN ADMINISTRATOR AND GUC TRUST MAY REMOVE ACTIONS AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on August 11, 2025, the Plan Administrator and the GUC Trust, each appointed in the above-captioned cases, filed the *Motion of Plan Administrator and GUC Trust for Entry of a Second Order (I) Enlarging the Period Within Which Plan Administrator and the GUC Trust May Remove Actions and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is being served with this notice. A copy of the Motion is also available on (i) the Court's website: www.deb.uscourts.gov and (ii) the website maintained by the Debtors' claims and noticing agent, Kroll, LLC: https://cases.ra.kroll.com/Joann2025/Home-DocketInfo.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **September 22, 2025, at 2:00 p.m. (prevailing Eastern Time)** before The Honorable Craig T. Goldblatt, U.S. Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 3rd Floor, Courtroom No. 7, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the entry of an order approving the Motion must be filed on or before **August 25, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")** with the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon the following parties so as to be actually received by the Objection Deadline: (a) the undersigned counsel to the Plan Administrator,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

(i) Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, Delaware 19801, Attn: Patrick J. Reilley (preilley@coleschotz.com), Stacy L. Newman (snewman@coleschotz.com), Jack M. Dougherty (jdougherty@coleschotz.com), and Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com) and (ii) Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, Ohio 44114, Attn: Christopher B. Wick (cwick@hahnlaw.com); (b) the undersigned counsel to the GUC Trust, (i) Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007, Attn: Eric R. Wilson (ewilson@kelleydrye.com), Maeghan J. McLoughlin (mmcloughlin@kelleydrye.com), and Charles J. Fendrych (cfendrych@kelleydrye.com); (c) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov); (d) counsel to the Prepetition ABL Agent, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110, Attn.: Christopher Carter (christopher.carter@morganlewis.com) and Marjorie Crider (marjorie.crider@morganlewis.com); (e) counsel to the Prepetition FILO Agent, Choate Hall & Stewart LLP, 2 International Place, Boston, Massachusetts 02110, Attn.: John Ventola (jventola@choate.com) and Jonathan Marshall (jmarshall@choate.com); (f) counsel to the Prepetition Term Loan Lender Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn.: Scott Greenberg (SGreenberg@gibsondunn.com), Kevin Liang (KLiang@gibsondunn.com), and Josh Brody (JBrody@gibsondunn.com); (g) counsel to the Prepetition Term Loan Agent, ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019, Attn.: Jeffrey Gleit (jeffrey.gleit@afslaw.com), 1717 K Street NW, Washington, D.C. 20006, Attn.: Jonathan Bagg (jonathan.bagg@afslaw.com), and 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Attn.: Matthew Bentley (matthew.bentley@afslaw.com); (h) counsel to GA Joann Retail Partnership, LLC, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068, Attn: Andrew D. Behlmann (abehlmann@lowenstein.com), Jean Nicolas Samedi Jr. (jsamedi@lowenstein.com), and Emily Jewell (ejewell@lowenstein.com); and (i) all parties that have filed renewed requests to receive notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank*]

Dated:  August 11, 2025
Wilmington, Delaware

| /s/ James E. O'Neill | /s/ Michael E. Fitzpatrick |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES, LLP** | **COLE SCHOTZ P.C.** |
| Bradford J. Sandler (No. 4142) | Patrick J. Reilley (No. 4451) |
| James E. O'Neill (No. 4042) | Stacy L. Newman (No. 5044) |
| 919 North Market Street, 17th Floor | Jack M. Dougherty (No. 6784) |
| P.O. Box 8705 | Michael E. Fitzpatrick (No. 6797) |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 600 |
| Telephone:    (302) 652-4100 | Wilmington, Delaware 19801 |
| Facsimile:    (302) 652-4400 | Telephone:    (302) 652-3131 |
| Email:    bsandler@pszjlaw.com | Facsimile:    (302) 652-3117 |
|        joneill@pszjlaw.com | Email:    preilley@coleschotz.com |
|  |        snewman@coleschotz.com |
| -and- |        jdougherty@coleschotz.com |
|  |        mfitzpatrick@coleschotz.com |
| **KELLEY DRYE & WARREN LLP** |  |
| Eric R. Wilson (admitted *pro hac vice*) | - and - |
| Maeghan J. McLoughlin (admitted *pro hac vice*) |  |
| Charles J. Fendrych (admitted *pro hac vice*) | **HAHN LOESER & PARKS LLP** |
| 3 World Trade Center | Christopher B. Wick (admitted *pro hac vice*) |
| 175 Greenwich Street | 200 Public Square, Suite 2800 |
| New York, New York 10007 | Cleveland, Ohio 44114 |
| Telephone:    (212) 808-7800 | Telephone:    (216) 274-2489 |
| Facsimile:    (212) 808-7897 | Facsimile:    (216) 241-2824 |
| Email:    ewilson@kelleydrye.com | Email:    cwick@hahnlaw.com |
|        mmcloughlin@kelleydrye.com |  |
|        cfendrych@kelleydrye.com |  |
|  |  |
| *Co-Counsel to the GUC Trustee* | *Co-Counsel to the Plan Administrator* |