## Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS, TALONYA ADDRESS ON FILE | 5342 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 | ADKINS, HEATHER ADDRESS ON FILE | 8135 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $5.03 $5.03 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $5.03 $5.03 |
| | | | | Subtotal | $10.06 | | Subtotal | $10.06 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 3 | ALLABY, MARYANN ADDRESS ON FILE | 5254 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $21.13* Undetermined* | JOANN Inc. | Unsecured | $21.13 |
| | | | | Subtotal | $21.13* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | ALLI, ADEOLA ADDRESS ON FILE | 7652 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $19.62* Undetermined* | JOANN Inc. | Unsecured | $19.62 |
| | | | | Subtotal | $19.62* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | ANDREINI, STEPHANIE | 8750 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |
| | ADDRESS ON FILE | | | | | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 6 | ANDREWS, HOWARD | 14705 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | ADDRESS ON FILE | | | | | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 | ARAGON, ROSIE A | 14686 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |
| | ADDRESS ON FILE | | | | | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 | BAKER, TERRY ANN | 10531 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | ADDRESS ON FILE | | | | | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 9 | BORZA, NEVAEH | 11369 | JOANN Inc. | 503(b)(9) | $16.43 | JOANN Inc. | Admin | $16.43 |
| | ADDRESS ON FILE | | JOANN Inc. | Admin | $16.43 | JOANN Inc. | Unsecured | $16.43 |
| | | | | Subtotal | $32.86 | | Subtotal | $32.86 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | |
| 10 | BOYLE, ELIZABETH V ADDRESS ON FILE | 14857 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Priority | $50.00 |
| | | | Jo-Ann Stores, LLC | Admin | Undetermined* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | Jo-Ann Stores, LLC | Priority | $50.00* | | | |
| | | | | Subtotal | $100.00* | | Subtotal | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | BOZIF, JAMIE ADDRESS ON FILE | 6576 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Admin | $20.00 |
| | | | Jo-Ann Stores, LLC | Admin | $20.00 | Jo-Ann Stores, LLC | Priority | $20.00 |
| | | | Jo-Ann Stores, LLC | Priority | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | BREWER, KERRY ADDRESS ON FILE | 13977 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Unsecured | $15.00 |
| | | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $15.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | BRISCO, RENEE ADDRESS ON FILE | 13469 | JOANN Inc. | 503(b)(9) | $18.63 | JOANN Inc. | Priority | $18.63 |
| | | | JOANN Inc. | Priority | $18.63 | JOANN Inc. | Secured | $18.63 |
| | | | JOANN Inc. | Secured | $18.63 | JOANN Inc. | Unsecured | $18.63 |
| | | | | Subtotal | $55.89 | | Subtotal | $55.89 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

3

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 14 BRUNSON, TERESA A ADDRESS ON FILE | 14724 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority Subtotal | $25.00* Undetermined* $25.00* | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 BYRON, JUDY ADDRESS ON FILE | 12451 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Secured Subtotal | $13.82 $13.82 $27.64 | Jo-Am Stores, LLC Jo-Am Stores, LLC | Secured Unsecured Subtotal | $13.82 $13.82 $27.64 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 16 CHAMBERLAIN, LISA ADDRESS ON FILE | 10757 | JOANN Inc. | 503(b)(9) | $17.15 | JOANN Inc. | Unsecured | $17.15 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 CHASE, SUZETTE ADDRESS ON FILE | 9595 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 CHAU, NHU ADDRESS ON FILE | 12686 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 19 CLARK, AMANDA ADDRESS ON FILE | 4979 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 20 CONKLIN, SHAKITA SHANTA ADDRESS ON FILE | 14697 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 21 COOPER, JOSHUA ADDRESS ON FILE | 14593 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $100.00 $100.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $100.00 $100.00 |
| | | | Subtotal | $200.00 | | Subtotal | $200.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 COWELL, ALEXANDRA ADDRESS ON FILE | 13800 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $25.00* Undetermined* | JOANN Inc. | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | CRATSLEY, ELIZABETH ADDRESS ON FILE | 9198 | JOANN Inc. | 503(b)(9) | $9.31 | JOANN Inc. | Unsecured | $9.31 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 24 | DEITHORN, CLAUDIA J. ADDRESS ON FILE | 2427 | Jo-Ann Stores, LLC | 503(b)(9) | $16.47 | Jo-Ann Stores, LLC | Unsecured | $16.47 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 | DICKENS, OLIVIA ADDRESS ON FILE | 3396 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 26 | DIETRICH-HUGHES, KYLE MARIE ADDRESS ON FILE | 7688 | JOANN Inc. | 503(b)(9) | $6.92 | JOANN Inc. | Unsecured | $6.92 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 | DINOVO-HATHAWAY , AMY ADDRESS ON FILE | 5953 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

6

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|------|---------|----------|---|---|----------|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 28 | DOLBECK, EMILY ADDRESS ON FILE | 3305 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 | EGGERS, MARILYN ADDRESS ON FILE | 14571 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 30 | FIGUEROA, MADELYN ADDRESS ON FILE | 14790 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 31 | FISHER, JEAN M ADDRESS ON FILE | 13376 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 32 | FLOYD, MICHELLE ADDRESS ON FILE | 4047 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

7

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
| | | DEBTOR | AMOUNT | PRIORITY STATUS | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 33 | FREDERICK, JOANNE ADDRESS ON FILE | 10906 | JOANN Inc. | $15.68 | 503(b)(9) | JOANN Inc. | Admin | $15.68 |
| | | | JOANN Inc. | $15.68 | Admin | JOANN Inc. | Secured | $15.68 |
| | | | JOANN Inc. | $15.68 | Secured | JOANN Inc. | Unsecured | $15.68 |
| | | | | Subtotal $47.04 | | | Subtotal | $47.04 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 34 | GARCIA, CHELSEA ADDRESS ON FILE | 12927 | JOANN Inc. | $20.00 | 503(b)(9) | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 35 | GIESBRECHT, NICKI ADDRESS ON FILE | 7985 | JOANN Inc. | $11.93 | 503(b)(9) | JOANN Inc. | Unsecured | $11.93 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 36 | GILLIS, BRIDGIT ADDRESS ON FILE | 2267 | JOANN Inc. | $15.88 | 503(b)(9) | JOANN Inc. | Unsecured | $15.88 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 37 | GRAMINS, COLETTE ADDRESS ON FILE | 4605 | Jo-Ann Stores, LLC | $20.00 | 503(b)(9) | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 38 | GUPTA, ARTI ADDRESS ON FILE | 12445 | Jo-Ann Stores, LLC | 503(b)(9) | $8.00 | Jo-Ann Stores, LLC | Unsecured | $8.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 39 | HALEY, JESSIE ADDRESS ON FILE | 11140 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 40 | HALL, JAMES EDWARD ADDRESS ON FILE | 14778 | JOANN Inc. | 503(b)(9) | $37.07 | JOANN Inc. | Admin | $37.07 |
| | | | JOANN Inc. | Admin | $37.07 | JOANN Inc. | Priority | $37.07 |
| | | | JOANN Inc. | Priority | $37.07 | JOANN Inc. | Unsecured | $37.07 |
| | | | | Subtotal | $111.21 | | Subtotal | $111.21 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 41 | HOLAN, TRICIA JILL ADDRESS ON FILE | 11146 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

9

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | HOPKINS, NANCY LEE ADDRESS ON FILE | 12864 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 43 | HUBBARD, JEANNIE MARIE ADDRESS ON FILE | 1440 | Jo-Ann Stores, LLC | 503(b)(9) | $10.48 | Jo-Ann Stores, LLC | Secured | $10.48 |
| | | | Jo-Ann Stores, LLC | Secured | $10.48 | Jo-Ann Stores, LLC | Unsecured | $10.48 |
| | | | | Subtotal | $20.96 | | Subtotal | $20.96 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 44 | HUBBARD, LISA ADDRESS ON FILE | 8884 | Jo-Ann Stores, LLC | 503(b)(9) | $15.00 | Jo-Ann Stores, LLC | Unsecured | $15.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 45 | HUJA, CHRISTIN ADDRESS ON FILE | 12111 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 46 | JOHNSON, MELODY LYNN ADDRESS ON FILE | 1939 | JOANN Inc. | 503(b)(9) | $6.00 | JOANN Inc. | Unsecured | $6.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

10

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 47 JONES, ERNA ADDRESS ON FILE | 9788 | JOANN Inc. | 503(b)(9) | $6.06 | JOANN Inc. | Unsecured | $6.06 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 48 KASS, CHRISTINE ADDRESS ON FILE | 7191 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $20.19 $20.19 | JOANN Inc. JOANN Inc. | Priority Unsecured | $20.19 $20.19 |
| | | | Subtotal | $40.38 | | Subtotal | $40.38 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 49 KIESTER, KATHLEEN M ADDRESS ON FILE | 14102 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $20.00 $20.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $20.00 $20.00 |
| | | | Subtotal | $40.00 | | Subtotal | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 50 KOELLER, DEBORAH A. KLEEGER ADDRESS ON FILE | 11114 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 51 KRAUSS, JEANNE ADDRESS ON FILE | 3321 | joann.com, LLC | 503(b)(9) | $10.00 | joann.com, LLC | Unsecured | $10.00 |
| Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 52 LABARGE, NICOLE RENEE ADDRESS ON FILE | 6910 | joann.com, LLC | 503(b)(9) | $10.53 | joann.com, LLC | Secured | $10.53 |
| | | joann.com, LLC | Secured | $10.53 | joann.com, LLC | Unsecured | $10.53 |
| | | | Subtotal | $21.06 | | Subtotal | $21.06 |
| Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 53 LEE, CRYSTAL ADDRESS ON FILE | 4816 | Jo-Ann Stores, LLC | 503(b)(9) | $20.70 | Jo-Ann Stores, LLC | Unsecured | $20.70 |
| Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 54 MARTINEZ, ADRIANA ADDRESS ON FILE | 2437 | Jo-Ann Stores, LLC | 503(b)(9) | $7.98* | Jo-Ann Stores, LLC | Admin | $15.96 |
| | | Jo-Ann Stores, LLC | Admin | $15.96* | Jo-Ann Stores, LLC | Unsecured | $7.98 |
| | | Jo-Ann Stores, LLC | Secured | Undetermined* | | Subtotal | $23.94 |
| | | | Subtotal | $23.94* | | | |
| Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

12

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | MAYNARD, KIM ADDRESS ON FILE | 4004 | Jo-Ann Stores, LLC | 503(b)(9) | $20.74 | Jo-Ann Stores, LLC | Unsecured | $20.74 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 56 | MILLER, MARGARET L ADDRESS ON FILE | 3203 | Jo-Ann Stores, LLC | 503(b)(9) | $23.45 | Jo-Ann Stores, LLC | Unsecured | $23.45 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 57 | MITCHELL, MICHELE ADDRESS ON FILE | 3661 | JOANN Inc. | 503(b)(9) | $7.00 | JOANN Inc. | Unsecured | $7.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 58 | MORRISON, LORI ADDRESS ON FILE | 11129 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 59 | MULLEN, TAMMY M. ADDRESS ON FILE | 5692 | JOANN Inc. | 503(b)(9) | $8.72 | JOANN Inc. | Unsecured | $8.72 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

13

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | NGUYEN, DIEP ADDRESS ON FILE | 14059 | Jo-Ann Stores, LLC | 503(b)(9) | $18.00 | Jo-Ann Stores, LLC | Unsecured | $18.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 61 | NORRIS, CHERYL ADDRESS ON FILE | 14388 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 62 | NOYES, SHERRIANNE MARIE ADDRESS ON FILE | 7252 | JOANN Inc. | 503(b)(9) | $10.00 | JOANN Inc. | Unsecured | $10.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 63 | ORTEGA, MARIA R ADDRESS ON FILE | 3474 | JOANN Inc. | 503(b)(9) | $18.79 | JOANN Inc. | Unsecured | $18.79 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 64 | PECK STEVENS, JACKIE ADDRESS ON FILE | 14688 | Jo-Ann Stores, LLC | 503(b)(9) | $76.12 | Jo-Ann Stores, LLC | Unsecured | $76.12 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

14

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 65 | PERDUE, LAURA | 11764 | Jo-Ann Stores, LLC | 503(b)(9) | $22.83 | Jo-Ann Stores, LLC | Unsecured | $22.83 |
| | ADDRESS ON FILE | | | | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 66 | PERKINS, AMANDA | 5184 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | ADDRESS ON FILE | | | | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 67 | PINK LIGHT DESIGN, LCC | 14418 | JOANN Inc. | 503(b)(9) | $10,550.00 | JOANN Inc. | Unsecured | $10,550.00 |
| | 2943 N CERRITOS ROAD | | | | | | | |
| | PALM SPRINGS, CA 92262 | | | | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 68 | POLSI, RACHEL | 5012 | JOANN Inc. | 503(b)(9) | $23.32 | JOANN Inc. | Unsecured | $23.32 |
| | ADDRESS ON FILE | | | | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 69 | PRICE, HELEN | 3276 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | ADDRESS ON FILE | | | | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

15

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 70 | PUERZER, CLARE J ADDRESS ON FILE | 8161 | Jo-Ann Stores, LLC | 503(b)(9) | $10.00 | Jo-Ann Stores, LLC | Unsecured | $10.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71 | RICKEY, ALEXANDER GRANT ADDRESS ON FILE | 13402 | Jo-Ann Stores, LLC | 503(b)(9) | $12.27 | Jo-Ann Stores, LLC | Unsecured | $12.27 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 72 | ROBINSON, MARLENE ADDRESS ON FILE | 14549 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | ROYAL TALENS NORTH AMERICA, INC 30 INDUSTRIAL DRIVE NORTHAMPTON, MA 01060 | 14615 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured | $575.42<br>$995.11 | Jo-Ann Stores, LLC | Unsecured | $1,570.53 |
| | | | | Subtotal | $1,570.53 | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 74 | RUDOLPH, KATHLEEN ADDRESS ON FILE | 14599 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Admin | $50.00*<br>Undetermined* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | | | Subtotal | $50.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

16

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 75 | SANTOS, YAJAIRA E ADDRESS ON FILE | 14524 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Admin | $25.00 |
| | | | JOANN Inc. | Admin | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | | | Subtotal | $50.00* | | Subtotal | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 76 | SHEAFFER, KAREN J ADDRESS ON FILE | 7357 | Jo-Ann Stores, LLC | 503(b)(9) | $12.70 | Jo-Ann Stores, LLC | Secured | $12.70 |
| | | | Jo-Ann Stores, LLC | Secured | $12.70 | Jo-Ann Stores, LLC | Unsecured | $25.40 |
| | | | Jo-Ann Stores, LLC | Unsecured | $12.70 | | | |
| | | | | Subtotal | $38.10 | | Subtotal | $38.10 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 77 | SPAGNUOLO, NICOLE ADDRESS ON FILE | 2059 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 78 | STORWICK-STAFFORD, TRACY RENEE ADDRESS ON FILE | 2604 | JOANN Inc. | 503(b)(9) | $21.88* | JOANN Inc. | Unsecured | $21.88 |
| | | | JOANN Inc. | Priority | Undetermined* | | | |
| | | | JOANN Inc. | Secured | Undetermined* | | | |
| | | | | Subtotal | $21.88* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

17

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 79 STRAWN, MACKENZIE ADDRESS ON FILE | 6685 | Jo-Ann Stores, LLC | 503(b)(9) | $19.10 | Jo-Ann Stores, LLC | Unsecured | $19.10 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 80 SULLIVAN, JENNIFER ADDRESS ON FILE | 14354 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 81 SWEASY, JOYCE ADDRESS ON FILE | 12725 | JOANN Inc. | 503(b)(9) | $7.59 | JOANN Inc. | Unsecured | $7.59 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 82 TERRELL, AMBER ADDRESS ON FILE | 5965 | Jo-Ann Stores, LLC <br> Jo-Ann Stores, LLC | 503(b)(9) <br> Priority | $20.00 <br> $20.00 <br> Subtotal $40.00 | Jo-Ann Stores, LLC <br> Jo-Ann Stores, LLC | Priority <br> Unsecured | $20.00 <br> $20.00 <br> Subtotal $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 83 THOMPSON, MORGAN ADDRESS ON FILE | 5928 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Secured | $15.00 |
| | | JOANN Inc. | Priority | Undetermined* | JOANN Inc. | Unsecured | $15.00 |
| | | JOANN Inc. | Secured | $15.00* | | | |
| | | | Subtotal | $30.00* | | Subtotal | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| 84 TRUSKOWSKI, CHRISTINA ADDRESS ON FILE | 10158 | Jo-Ann Stores, LLC | 503(b)(9) | $8.43 | Jo-Ann Stores, LLC | Unsecured | $8.43 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| 85 VAN GEENHOVEN, HIVER RICARDO CHRISTIAN ADDRESS ON FILE | 14628 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| 86 VAN WAGNER, CINDY ADDRESS ON FILE | 646 | JOANN Inc. | 503(b)(9) | $12.35 | JOANN Inc. | Priority | $12.35 |
| | | JOANN Inc. | Priority | $12.35 | JOANN Inc. | Secured | $12.35 |
| | | JOANN Inc. | Secured | $12.35 | JOANN Inc. | Unsecured | $12.35 |
| | | | Subtotal | $37.05 | | Subtotal | $37.05 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | VASSEUR, CONNIE ANN ADDRESS ON FILE | 14844 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 88 | VAZQUEZ, FRANCES D ADDRESS ON FILE | 14758 | Jo-Ann Stores, LLC | 503(b)(9) | $21.31 | Jo-Ann Stores, LLC | Unsecured | $21.31 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 89 | VOGT, VERONICA ADDRESS ON FILE | 4679 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 90 | WARNES, SHELBIE ADDRESS ON FILE | 5129 | JOANN Inc. | 503(b)(9) | $14.48 | JOANN Inc. | Unsecured | $14.48 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 91 | WEAR, NANCY CATHERINE ADDRESS ON FILE | 14901 | JOANN Holdings 1, LLC JOANN Holdings 1, LLC | 503(b)(9) Priority | $100.00 $100.00 | JOANN Holdings 1, LLC JOANN Holdings 1, LLC | Priority Unsecured | $100.00 $100.00 |
| | | | | Subtotal | $200.00 | | Subtotal | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

20

JOANN Inc. Case No. 25-10068
Tenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 92 | WILEY, JULIE ADDRESS ON FILE | 7468 | Jo-Ann Stores, LLC | 503(b)(9) | $22.61 | Jo-Ann Stores, LLC | Unsecured | $22.61 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 93 | WILLIAMS, MAYA NICOLE ADDRESS ON FILE | 7201 | JOANN Inc. | 503(b)(9) | $17.40 | JOANN Inc. | Unsecured | $17.40 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 94 | WILLIAMS, TINA KATHLEEN ADDRESS ON FILE | 13278 | JOANN Inc. | 503(b)(9) | $13.98 | JOANN Inc. | Unsecured | $13.98 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 95 | WOOD, DEMETRAH ADDRESS ON FILE | 13165 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured Subtotal | $67.00* Undetermined* $67.00* | JOANN Inc. | Unsecured | $67.00 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 96 | WOODARD, LYNN ADDRESS ON FILE | 10967 | Jo-Ann Stores, LLC | 503(b)(9) | $8.95 | Jo-Ann Stores, LLC | Unsecured | $8.95 |
| | Reason:  Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

21

## JOANN Inc. Case No. 25-10068
## Tenth Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 97 | XAVIER, JILL ADDRESS ON FILE | 14096 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 | YENDRZESKI, DEBORAH ADDRESS ON FILE | 5685 | JOANN Inc. | 503(b)(9) | $20.00 | JOANN Inc. | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 99 | ZEIGLER, JANICE ADDRESS ON FILE | 14573 | JOANN Inc. | 503(b)(9) | $28.54 | JOANN Inc. | Unsecured | $28.54 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 100 | ZYBERT, LYN ADDRESS ON FILE | 6482 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

22