# Exhibit 1

**Amended Claims**

JOANN Inc. Case No. 25-10068
Thirteenth Omnibus Non-Substantive Claims Objection
Ex. 1 - Amended Claims

### CLAIMS TO BE DISALLOWED

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1 | SOLARTEX CORPORATION 7F., NO. 477 SEC. 2 TIDING BLVD. NEIHU DISTRICT TAIPEI, 11493 | 01/24/25 | 25-10072 Jo-Ann Stores, LLC | 336 | $978,848.80 |
| | Reason: Amended Claim | | | | |
| | | | | TOTAL | $978,848.80 |

### SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|
| SOLARTEX CORPORATION 7F., NO. 477 SEC.2, TIDING BLVD., NEIHU DISTRICT TAIPEI CITY, 11493 | 06/03/25 | 25-10072 Jo-Ann Stores, LLC | 18213 | $243,430.96 |
| | | | TOTAL | $243,430.96 |

1