## Exhibit 1

**Reduced and Reclassified Claims**

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 1 - Reduced and Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| CAOXIAN LUYI GUANGFA ART & CRAFT CO., LTD WANGLOU(QINGDAO) INDUSTRIAL PARK, CAOXIAN COUNTY NO.001, QINGHE MIDDLE ROAD, CAOXIAN COUNTY HEZE, SHANDONG PROVINCE, 274400 | 311 | Jo-Ann Stores, LLC  Jo-Ann Stores, LLC | 503(b)(9)  Priority | $69,039.72  $15,150.00 | Jo-Ann Stores, LLC | 503(b)(9)  Unsecured | $1,339.74  $58,118.48 |
| | | | Subtotal | $84,189.72 | | Subtotal | $59,458.22 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, invoices for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) and priority treatment.

| CS INTERNATIONAL (HK) TOYS, LIMITED 7TH FL, EDWARD WONG TOWER 910 CHEUNG SHA WAN ROAD KOWLOON, HK, | 1423[3] | Jo-Ann Stores, LLC  Jo-Ann Stores, LLC | 503(b)(9)  Unsecured | $546,505.77  $1,011,645.20 | Jo-Ann Stores, LLC  Jo-Ann Stores, LLC | 503(b)(9)  Unsecured | $164,957.76  $1,393,193.21 |
| | | | Subtotal | $1,558,150.97 | | Subtotal | $1,558,150.97 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, invoices for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 1 - Reduced and Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 HEBEI BESTONE JEWELRY CO LTD NO. 662 HEPING WEST ROAD SHIJIAZHUANG, JI, 050000 | 378 | Jo-Ann Stores, LLC | 503(b)(9) | $70,639.37 | Jo-Ann Stores, LLC | 503(b)(9) | $31,715.52 |
| | | Jo-Ann Stores, LLC | Priority | $1,048,500.00 | Jo-Ann Stores, LLC | Unsecured | $1,073,051.50 |
| | | | Subtotal | $1,119,139.37 | | Subtotal | $1,104,767.02 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, invoices for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) and priority treatment.

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 1 - Reduced and Reclassified Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| VARDHMAN TEXTILES LIMITED CORPORATE LEGAL DEPARTMENT CHANDIGARH ROAD LUDHIANA, PUNJAB, 141010 [8] | 13479 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $349,191.22 $1,161,214.81 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $122,904.00 $1,141,109.86 |
|  |  |  | Subtotal | $1,510,406.03 |  | Subtotal | $1,264,013.86 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, invoices for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

*Indicates claim contains unliquidated and/or undetermined amounts

3