## Exhibit 2

**Reclassified Claims**

JOANN Inc. Case No. 25-10068

Ninth Omnibus Substantive Claims Objection

Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| AUSTIN, ROBIN ADDRESS ON FILE | 11926 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $386.50* $386.50* | JOANN Inc. JOANN Inc. | Admin Unsecured | $386.50 $386.50 |
| | | | Subtotal | $773.00* | | Subtotal | $773.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BARNES, CHRISTINA ADDRESS ON FILE | 11296 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $50.00 $117.50 | JOANN Inc. JOANN Inc. | Admin Unsecured | $117.50 $50.00 |
| | | | Subtotal | $167.50 | | Subtotal | $167.50 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BENDER, JANET M. ADDRESS ON FILE | 10665 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $50.00 $50.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BEY, AMIRAH ADDRESS ON FILE | 3369 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $25.00 $25.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068

Ninth Omnibus Substantive Claims Objection

Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|--------|--------------------------|--------|
| BOWER, SPENSER ADDRESS ON FILE | 10717 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BOZE, TRACY ADDRESS ON FILE | 1938 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $61.02 $61.02 | JOANN Inc. JOANN Inc. | Admin Unsecured | $61.02 $61.02 |
| | | | Subtotal | $122.04 | | Subtotal | $122.04 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BRAIM, KELLY LYNN ADDRESS ON FILE | 5468 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $25.00* Undetermined* | JOANN Inc. | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BRAUER, BERLINDA ADDRESS ON FILE | 7202 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| BREWER-HOLTZ, DEANNA R ADDRESS ON FILE | 7198 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority | $50.00 $50.00 $50.00 | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Priority Unsecured | $50.00 $50.00 $50.00 |
| | | | Subtotal | $150.00 | | Subtotal | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BURNETTE, KRISTINE MARIE ADDRESS ON FILE | 5257 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| CAMPBELL, CARLA ADDRESS ON FILE | 9210 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| CARRON, KARIN ADDRESS ON FILE | 12204 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $4,950.00 $50.00 | JOANN Inc. JOANN Inc. | Admin Unsecured | $50.00 $4,950.00 |
| | | | Subtotal | $5,000.00 | | Subtotal | $5,000.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 3 COHEN, CAITLIN MARIE ADDRESS ON FILE | 2591 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $50.00 $50.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 4 COMBS, KRISTEN ADDRESS ON FILE | 8928 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $25.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 6 CUELLAR, CORRINA ADDRESS ON FILE | 13380 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| CURTIS, CHERYL LYNN ADDRESS ON FILE | 11657 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority | $200.00* $200.00* $200.00* | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Priority Unsecured | $200.00 $200.00 $200.00 |
| | | | Subtotal | $600.00* | | Subtotal | $600.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| DAHLE, L. BRENT ADDRESS ON FILE | 8289 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $3,368.75 $28,024.44 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $28,024.44 $3,368.75 |
| | | | Subtotal | $31,393.19 | | Subtotal | $31,393.19 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| DELAWARE COUNTY TREASURER ROOM 102 COUNTY BUILDING MUNCIE, IN 47305 | 11965 | JOANN Inc. JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority Secured | $1,657.50 $52.74 $1,657.50 $1,710.24 | JOANN Inc. JOANN Inc. JOANN Inc. JOANN Inc. | Admin Priority Secured Unsecured | $52.74 $1,657.50 $1,710.24 $1,657.50 |
| | | | Subtotal | $5,077.98 | | Subtotal | $5,077.98 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for taxes, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 20 DIRECT ENERGY BUSINESS, LLC C/O MCDOWELL HETHERINGTON LLP 1001 FANNIN SUITE 2400 HOUSTON, TX 77002 | 8151 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Unsecured | $37,466.09* $49,184.03* $16,597.96* | JOANN Inc. JOANN Inc. | Admin Unsecured | $49,184.03 $54,064.05 |
| | | | Subtotal | $103,248.08* | | Subtotal | $103,248.08 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 21 ELEGANT HOME LTD. KEVIN M. CAPUZZI, ESQ. 1313 N. MARKET ST. SUITE 1201 WILMINGTON, DE 19801 | 10445 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $381,143.69* $840,066.94* | Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $144,833.94 $1,076,376.69 |
| | | | Subtotal | $1,221,210.63* | | Subtotal | $1,221,210.63 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 22 FACEY, LA TOYA ADDRESS ON FILE | 18161 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 23 FERNWOOD CAPITAL, LLC 9469 HAVEN AVENUE, SUITE 200 RANCHO CUCAMONGA, CA 91730 | 31 | JOANN Inc. | 503(b)(9) | $15,602.02 | JOANN Inc. | Unsecured | $15,602.02 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|----------|--------|--------|----------|--------|
| 24 FESZ, JUDITH ADDRESS ON FILE | 8985 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Secured | $25.00 |
| | | Jo-Ann Stores, LLC | Priority | Undetermined* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | Jo-Ann Stores, LLC | Secured | $25.00* | | Subtotal | $50.00 |
| | | | Subtotal | $50.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 25 FICK, KAITLYN ELIZABETH ADDRESS ON FILE | 8613 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 26 FLAXINGTON, KATHY A. ADDRESS ON FILE | 2426 | Jo-Ann Stores, LLC | 503(b)(9) | $175.00 | Jo-Ann Stores, LLC | Admin | $175.00 |
| | | Jo-Ann Stores, LLC | Admin | $175.00 | Jo-Ann Stores, LLC | Priority | $175.00 |
| | | Jo-Ann Stores, LLC | Priority | $175.00 | Jo-Ann Stores, LLC | Unsecured | $175.00 |
| | | | Subtotal | $525.00 | | Subtotal | $525.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 27 GIESBRECHT, HEATHER F. ADDRESS ON FILE | 8400 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 28 GILGER, DIANE JOHNS ADDRESS ON FILE | 2593 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $25.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 29 GIONFRIDDO, JEANETTE MICHAUX ADDRESS ON FILE | 6425 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $30.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| | | | Subtotal | $30.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 30 GIVENS, STEPHANIE ADDRESS ON FILE | 9621 | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 31 GLOTCH, EMILY ADDRESS ON FILE | 8508 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $25.00 $25.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | Subtotal | $50.00 | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

## JOANN Inc. Case No. 25-10068
## Ninth Omnibus Substantive Claims Objection
### Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 52 HAIDER, DALE M ADDRESS ON FILE | 8098 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority Subtotal | $25.00* Undetermined* $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 53 HANNA, CHARITY RAE ADDRESS ON FILE | 7690 | JOANN Inc. | 503(b)(9) | $450.00 | JOANN Inc. | Unsecured | $450.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 54 HEWLETT-PACKARD FINANCIAL SERVICES COMPANY 200 CONNELL DRIVE SUITE 5000 BERKELEY HEIGHTS, NJ 07922 | 10340 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured Subtotal | $436,116.30 $5,606,332.10 $6,042,448.40 | Jo-Ann Stores, LLC | Unsecured | $6,042,448.40 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for leased equipment , which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 55 HICKERSON, CHARLENE ADDRESS ON FILE | 4622 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority Subtotal | $30.00* Undetermined* $30.00* | JOANN Inc. | Unsecured | $30.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 36 HOUSH, HEATHER ADDRESS ON FILE | 6401 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $25.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $25.00 |
| | | | | | | | |
| 37 HUNT, DONITA ADDRESS ON FILE | 2919 | JOANN Inc. JOANN Inc. | Priority | $24.49 $24.49 | JOANN Inc. | Priority Unsecured | $24.49 $24.49 |
| | | | Subtotal | $48.98 | | Subtotal | $48.98 |
| 38 JACOBS, SHANNON GAIL ADDRESS ON FILE | 5918 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | | | | | | | |
| 39 JAGHASSPANIAN, TALINE ADDRESS ON FILE | 2945 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $100.00 $100.00 | JOANN Inc. JOANN Inc. | Admin Unsecured | $100.00 $100.00 |
| | | | Subtotal | $200.00 | | Subtotal | $200.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

10

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| JOHN BOSCO, JERINE ADDRESS ON FILE | 6534 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $39.31* $39.31* | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $39.31 $39.31 |
| | | | Subtotal | $78.62* | | Subtotal | $78.62 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| KEARNEY, SUSAN CAROL ADDRESS ON FILE | 2803 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Priority Secured | $25.00* Undetermined* Undetermined* | JOANN Inc. | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| KIEBZAK, ALINA ADDRESS ON FILE | 10409 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|---------------------------|--------|--------|---------------------------|--------|
| 44 KIMSEL, SHELLY ADDRESS ON FILE | 644 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 45 LAKE CHARLES PC, L.P. REALM REALTY 900 TOWN & COUNTRY LANE SUITE 210 HOUSTON, TX 77024 | 10771 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $46,709.12 $81,871.42 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $81,871.42 $46,709.12 |
| | | | Subtotal | $128,580.54 | | Subtotal | $128,580.54 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 46 LEONARD, DONNA ADDRESS ON FILE | 810 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $25.00 $25.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 47 LINDSAY, ANGELA C. ADDRESS ON FILE | 11937 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $25.00* Undetermined* | JOANN Inc. | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 48. LITTLEJOHN, GEORGETTE ADDRESS ON FILE | 12530 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Secured | $25.00 $25.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Secured Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 49. LOCKE, SHANNON L ADDRESS ON FILE | 8295 | joann.com, LLC | 503(b)(9) | $25.00 | joann.com, LLC | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 50. LUDLOW, MICHELE ADDRESS ON FILE | 11958 | JOANN Inc. JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority Secured | $34.32* $34.32* Undetermined* $34.32* | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Secured Unsecured | $34.32 $34.32 $34.32 |
| | | | Subtotal | $102.96* | | Subtotal | $102.96 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 51. MACK 13, LLC 35975 WOODWARD AVE. BIRMINGHAM, MI 48009 | 1420 | Jo-Ann Stores, LLC | 503(b)(9) | $16,371.67 | Jo-Ann Stores, LLC | Unsecured | $16,371.67 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

13

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | DEBTOR | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | | PRIORITY STATUS | AMOUNT |
| 52 MALASPINA, KAITLIN ADDRESS ON FILE | 5449 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 53 MARSHALL, KATHY J ADDRESS ON FILE | 9462 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $25.00 Undetermined* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 54 MCCABE, JOHANNA ARIAS ADDRESS ON FILE | 3436 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority | $35.00* Undetermined* $35.00* | JOANN Inc. JOANN Inc. | Priority Unsecured | $35.00 $35.00 |
| | | | Subtotal | $70.00* | | Subtotal | $70.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 55 MEJIA, ANA E ADDRESS ON FILE | 11549 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured | $32.79* Undetermined* | JOANN Inc. | Unsecured | $32.79 |
| | | | Subtotal | $32.79* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 6. MOREAU, LISA ADDRESS ON FILE | 6165 | JOANN Inc. | 503(b)(9) Admin | $28.00* Undetermined* | JOANN Inc. | Unsecured | $28.00 |
| | | | Subtotal | $28.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 7. MORGAN, ANGELA ADDRESS ON FILE | 2776 | JOANN Inc. | 503(b)(9) Admin | $50.00 $50.00 | JOANN Inc. | Admin Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 8. MORTE, RUTH ADDRESS ON FILE | 11999 | JOANN Inc. | 503(b)(9) Priority | $25.00 $25.00 | JOANN Inc. | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 9. NELSON, NANCY Z. ADDRESS ON FILE | 8724 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Ninth Omnibus Substantive Claims Objection
### Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 30 NESTOR, ANNABELLE ADDRESS ON FILE | 17712 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured | $25.00 $25.00 | JOANN Inc. JOANN Inc. | Secured Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |
| **Reason:** Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 31 PEREZ, NIDIA ADDRESS ON FILE | 6577 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Secured | $25.00 $25.00 $25.00 | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Secured Unsecured | $25.00 $25.00 $25.00 |
| | | | Subtotal | $75.00 | | Subtotal | $75.00 |
| **Reason:** Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 32 PHILLIPS, JANET ADDRESS ON FILE | 8543 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $25.00 $25.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |
| **Reason:** Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 33 RABER, MARLA SUE ADDRESS ON FILE | 5501 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin Priority | $50.00* $50.00* Undetermined* | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00* | | Subtotal | $100.00 |
| **Reason:** Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|--------|--------------------------|--------|
| 34 ROCK, FRANCES L. ADDRESS ON FILE | 13350 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Admin | $100.00 |
| | | JOANN Inc. | Admin | $100.00 | JOANN Inc. | Priority | $100.00 |
| | | JOANN Inc. | Priority | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| | | | Subtotal | $300.00 | | Subtotal | $300.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 35 RODRIGUEZ, HEIDIMAR ADDRESS ON FILE | 5276 | Jo-Ann Stores, LLC | 503(b)(9) | $33.00* | Jo-Ann Stores, LLC | Unsecured | $33.00 |
| | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | | Subtotal | $33.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 36 ROWLAND, MARLENE ADDRESS ON FILE | 4467 | Jo-Ann Stores, LLC | 503(b)(9) | $241.00 | Jo-Ann Stores, LLC | Admin | $241.00 |
| | | Jo-Ann Stores, LLC | Admin | $241.00 | Jo-Ann Stores, LLC | Priority | $241.00 |
| | | Jo-Ann Stores, LLC | Priority | $241.00 | Jo-Ann Stores, LLC | Secured | $241.00 |
| | | Jo-Ann Stores, LLC | Secured | $241.00 | Jo-Ann Stores, LLC | Unsecured | $241.00 |
| | | | Subtotal | $964.00 | | Subtotal | $964.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 67 ROXBY, JULIA ADDRESS ON FILE | 3563 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Secured | $75.00 $75.00 $75.00 | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Secured Unsecured | $75.00 $75.00 $75.00 |
| | | | Subtotal | $225.00 | | Subtotal | $225.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 68 SAFRAN, KIMBERLY ADDRESS ON FILE | 9394 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 69 SAVADOVE, MEREDITH ADDRESS ON FILE | 11706 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $50.00 $50.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 70 SCHLINK, THERESA ADDRESS ON FILE | 12217 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Priority Secured | $25.00* Undetermined* Undetermined* | JOANN Inc. | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|--------|--------------------------|--------|
| 71 SCHMUCKER, DONNA ADDRESS ON FILE | 6918 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $25.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 72 SKALA, MORGAN ADDRESS ON FILE | 5422 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 73 SMITH, ALEXANDRA ADDRESS ON FILE | 3381 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $30.00* Undetermined* | JOANN Inc. | Unsecured | $30.00 |
| | | | Subtotal | $30.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 74 STARK, JULIA ADDRESS ON FILE | 9454 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $25.00 $25.00 | JOANN Inc. JOANN Inc. | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 75 STEWART, KAREN ADDRESS ON FILE | 6615 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 76 TEMPLE, CHERYL ANN ADDRESS ON FILE | 13669 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | Jo-Ann Stores, LLC | Admin | Undetermined* | | | |
| | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 77 THERM O WEB INC KAREN L GRANDT 770 GLENN AVENUE WHEELING, IL 60090 | 10243 | joann.com, LLC | 503(b)(9) | $1,861.92 | joann.com, LLC | Unsecured | $9,521.48 |
| | | joann.com, LLC | Unsecured | $7,659.56 | | | |
| | | | Subtotal | $9,521.48 | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 78 THRASH, ROBIN ADDRESS ON FILE | 6678 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 79 TUCKER, CYNTHIA ADDRESS ON FILE | 6143 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Ninth Omnibus Substantive Claims Objection
### Ex. 2 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|------|---------|----------|----------|--------|----------|----------|--------|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 80 TUOHY, JERIE LYN ADDRESS ON FILE | 2307 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Admin | $100.00 |
| | | Jo-Ann Stores, LLC | Admin | $100.00 | Jo-Ann Stores, LLC | Priority | $100.00 |
| | | Jo-Ann Stores, LLC | Priority | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | Subtotal | $300.00 | | Subtotal | $300.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 81 VARIOLA, JEANNE CAPLEA ADDRESS ON FILE | 7838 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 82 VINCENT, JANICE LEE ADDRESS ON FILE | 8335 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | | JOANN Inc. | Priority | Undetermined* | | | |
| | | JOANN Inc. | Unsecured | Undetermined* | | | |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 83 WALKUP, JODEEN A ADDRESS ON FILE | 12830 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Admin | $50.00 |
| | | JOANN Inc. | Admin | $50.00 | JOANN Inc. | Priority | $50.00 |
| | | JOANN Inc. | Priority | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | | | Subtotal | $150.00 | | Subtotal | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 2 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 84 WILLIAMS, HALEE ANN ADDRESS ON FILE | 2716 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Admin | $75.00 |
| | | Jo-Ann Stores, LLC | Admin | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| | | | Subtotal | $150.00 | | Subtotal | $150.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| 85 WRIGHT FAMILY ENTERPRISES, LLC 1545 BENTON STREET #A ALAMEDA, CA 94501 | 1444 | Jo-Ann Stores, LLC | 503(b)(9) | $25,781.34 | Jo-Ann Stores, LLC | Unsecured | $25,781.34 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.