# Exhibit 3

## Substantive Duplicate Claims

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 3 - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| DESIGNCO PRIVATE LIMITED LAKRI FAZALPUR, DELHI ROAD MORADABAD, UTTAR PRADESH, 244001 | 04/26/25 | 25-10072 Jo-Ann Stores, LLC | 15035 | $187,961.14 | DESIGNCO PRIVATE LIMITED LAKRI FAZALPUR, DELHI ROAD MORADABAD, UP, 244001 | 04/29/25 | 25-10072 Jo-Ann Stores, LLC | 16201 | $187,961.14 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| HONGKONG SIMPLE ELEMENT GLOBAL LIMID 3-4F, NO1BUILDINGHI-TEC HSQUARE, JIANGNAN ROAD NINGBO, CN, 31504 | 05/14/25 | 25-10068 JOANN Inc. | 16745 | $4,198,415.64* | HONGKONG SIMPLE ELEMENT GLOBAL LIMID 3-4F, NO1BUILDINGHI-TEC HSQUARE, JIANGNAN ROAD NINGBO, CN, 31504 | 05/20/25 | 25-10068 JOANN Inc. | 17581 | $4,198,415.64 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 3 - Substantive Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| NATRAJ HOME FURNISHINGS PVT LTD
DEEPAK WADHWANI
318, PHASE-IV
SECTOR-57
HSIIDC INDUSTRIAL ESTATE
KUNDLI, HARYANA, NY 131028
Transferred to: ARGO PARTNERS AS TRANSFEREE OF NATRAJ HOME FURNISHINGS PVT LTD
ATTN: MATTHEW BINSTOCK
2 WEST 37TH STREET
STE 900
NEW YORK, NY 10018 | 02/08/25 | 25-10072
Jo-Ann Stores, LLC | 278 | $573,190.12 | NATRAJ HOME FURNISHINGS PVT LTD
318, PHASE-IV,
SECTOR 57, HSIIDC INDUSTRIAL ESTATE
KUNDLI, HARYANA, 131028 | 03/19/25 | 25-10072
Jo-Ann Stores, LLC | 13633 | $573,190.12 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| PIEK, ANTHONY KENNETH
ADDRESS ON FILE | 04/03/25 | 25-10072
Jo-Ann Stores, LLC | 10351 | $1,460.82 | PIEK, ANTHONY KENNETH
ADDRESS ON FILE | 04/03/25 | 25-10072
Jo-Ann Stores, LLC | 10957 | $4,092.84 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

| SAVADOVE, MEREDITH
ADDRESS ON FILE | 04/01/25 | 25-10068
JOANN Inc. | 11718 | $40.18 | SAVADOVE, MEREDITH
ADDRESS ON FILE | 04/01/25 | 25-10068
JOANN Inc. | 11706 | $100.00 |

Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 3 - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| SFT INC. A-G216 201 SONGPA-DAERO SONGPA-GU SEOUL, 05854 | 04/04/25 | 25-10072 Jo-Ann Stores, LLC | 10779 | $2,008,120.06 | THE FELDMAN CO. INC. AND AFFILIATES 126 SPRUCE STREET CEDARHURST, NY 11516 | 04/03/25 | 25-10072 Jo-Ann Stores, LLC | 10368 | $4,182,486.05 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| SOLARTEX CORPORATION 7F., NO. 477 SEC.2, TIDING BLVD., NEIHU DISTRICT TAIPEI CITY, 11493 | 06/03/25 | 25-10072 Jo-Ann Stores, LLC | 18213 | $243,430.96 | SOLARTEX CORPORATION 7F., NO. 477 SEC.2 TIDING BLVD. NEIHU DISTRICT TAIPEI, 11493 | 06/03/25 | 25-10072 Jo-Ann Stores, LLC | 18253 | $243,430.96 |
| Reason: Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| | | | TOTAL | $7,212,618.92* | | | | TOTAL | $9,389,676.75 |

*Indicates claim contains unliquidated and/or undetermined amounts

3