# Exhibit 4

## Cross-Debtor Duplicate Claims

# JOANN Inc. Case No. 25-10068
## Ninth Omnibus Substantive Claims Objection
### Ex. 4 - Cross-Debtor Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| WOO JIN CORP SUYEON KIM 2 FL, 13-17, PYEONGNI-RO 35GIL, SEO-GU DAEGU, 41845 | 05/02/25 | 25-10077 joann.com, LLC | 15924 | $721,261.34 | WOO JIN CORP SUYEON KIM 2 FL, 13-17, PYEONGNI-RO 35GIL, SEO-GU DAEGU, 41845 | 05/02/25 | 25-10068 JOANN Inc. | 15909 | $721,261.34 |
| | | | TOTAL | $721,261.34 | | | | TOTAL | $721,261.34 |

Reason: Claim #15924 & #15909 are identical, except for the Debtors against which they are asserted.