# Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 ANTHONY, LESLIE ADDRESS ON FILE | 15045 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 2 ARIAS, ESMERALDA ADDRESS ON FILE | 15025 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 3 BABBS, SHANA ADDRESS ON FILE | 15083 | JOANN Inc. | 503(b)(9) | $808.00 | JOANN Inc. | Unsecured | $808.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 BAKER, KARYN ADDRESS ON FILE | 16363 | JOANN Inc. | 503(b)(9) / Priority | $50.00* / Undetermined* Subtotal $50.00* | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 5 BARTON, DARLENE GALE ADDRESS ON FILE | 16011 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|--------|--------------------------|--------|
| 6 BEAMER, PAULA G NEWTON ADDRESS ON FILE | 16202 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 BERRY, MARCIA A ADDRESS ON FILE | 16102 | Jo-Ann Stores, LLC | 503(b)(9) | $75.00 | Jo-Ann Stores, LLC | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 BO, LINDA ADDRESS ON FILE | 17190 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 9 BOROWSKI, KALYL ADDRESS ON FILE | 16556 | Jo-Ann Stores, LLC | 503(b)(9) Priority | $100.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | Subtotal | $100.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | ASSERTED | | | | MODIFIED | |
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20 BOWEN, JENNIFER ADDRESS ON FILE | 17481 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $25.00 $25.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 21 BYERS, ALICE ADDRESS ON FILE | 17084 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 22 CAREY, JENNIFER ADDRESS ON FILE | 17379 | JOANN Inc. | 503(b)(9) | $120.00 | JOANN Inc. | Unsecured | $120.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 23 CARLIN, JO ANN ADDRESS ON FILE | 14949 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $75.00* Undetermined* | JOANN Inc. | Unsecured | $75.00 |
| | | | Subtotal | $75.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

3

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4 CHAK, ALFRED ADDRESS ON FILE | 15165 | JOANN Inc. | 503(b)(9) | $29.51 | JOANN Inc. | Priority | $29.51 |
| | | | Priority | $29.51 | | Unsecured | $29.51 |
| | | | Subtotal | $59.02 | | Subtotal | $59.02 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 5 CHAMPION, MONIKA ADDRESS ON FILE | 16482 | JOANN Inc. | 503(b)(9) | $30.00* | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 6 CHARTIER, CATHY ADDRESS ON FILE | 17058 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 COE, HAYLEY ELIZABETH ADDRESS ON FILE | 15789 | JOANN Inc. | 503(b)(9) | $200.00* | JOANN Inc. | Unsecured | $200.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 COLER, BRENDA ADDRESS ON FILE | 16280 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|-----------------|-----------------|--------|
| COLLIER, KRISTEN MARIE ADDRESS ON FILE | 16263 | Jo-Ann Stores, LLC | 503(b)(9) | $15.09 | Jo-Ann Stores, LLC | Unsecured | $15.09 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| COOLEY, KRISTI ADDRESS ON FILE | 16895 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| DADY, CHRISTOPHER JAMES ADDRESS ON FILE | 15042 | JOANN Inc. | 503(b)(9) | $360.00 | JOANN Inc. | Unsecured | $360.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| DE IESO, NATALIE ADDRESS ON FILE | 16974 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| DEFREEUW, KELLY ADDRESS ON FILE | 14998 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 24 DESIGNCO PRIVATE LIMITED LAKRI FAZALPUR, DELHI ROAD MORADABAD, UP, 244001 | 16201 | Jo-Ann Stores, LLC | Jo-Ann Stores, LLC 503(b)(9) Unsecured Subtotal | $55,014.45 $132,946.69 $187,961.14 | Jo-Ann Stores, LLC | Unsecured | $187,961.14 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

| 25 DOBERMAN, DANIELLE J ADDRESS ON FILE | 15663 | Jo-Ann Stores, LLC | 503(b)(9) | $40.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 26 EDMONDSON, CARRIE A ADDRESS ON FILE | 17480 | Jo-Ann Stores, LLC | 503(b)(9) | $18.54 | Jo-Ann Stores, LLC | Unsecured | $18.54 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 27 ELLIS, TAMMY SUE ADDRESS ON FILE | 15379 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| 28 FIDUCCIA, CHRISTOPHER ADDRESS ON FILE | 17506 | JOANN Inc. | 503(b)(9) | $24.96 | JOANN Inc. | Unsecured | $24.96 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9 FISHER, BRYAN ADDRESS ON FILE | 15007 | Jo-Ann Stores, LLC | 503(b)(9) | $30.60 | Jo-Ann Stores, LLC | Priority | $30.60 |
| | | Jo-Ann Stores, LLC | Priority | $30.60 | Jo-Ann Stores, LLC | Unsecured | $30.60 |
| | | | Subtotal | $61.20 | | Subtotal | $61.20 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 10 FROME, EDWARD ADDRESS ON FILE | 16146 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 11 GALBRAITH, PATRICIA ADDRESS ON FILE | 14977 | JOANN Inc. | 503(b)(9) | $69.21 | JOANN Inc. | Admin | $69.21 |
| | | JOANN Inc. | Admin | $69.21 | JOANN Inc. | Priority | $69.21 |
| | | JOANN Inc. | Priority | $69.21 | JOANN Inc. | Unsecured | $69.21 |
| | | | Subtotal | $207.63 | | Subtotal | $207.63 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 GOLIGHTLY-KISSNER, LIANE MARIE ADDRESS ON FILE | 17191 | JOANN Inc. | 503(b)(9) | $15.00 | JOANN Inc. | Unsecured | $15.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | | DEBTOR | PRIORITY STATUS | AMOUNT |
| **43** GRAY, V. CHARMAINE ADDRESS ON FILE | 16168 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $376.99* Undetermined* | | JOANN Inc. | Unsecured | $376.99 |
| | | | | Subtotal | $376.99* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| **44** HALLBAUER, NORMA ADDRESS ON FILE | 15441 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $8.00 $0.50 | | JOANN Inc. | Unsecured | $8.50 |
| | | | | Subtotal | $8.50 | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| **45** HAMER, KIMBERLY ANN ADDRESS ON FILE | 16768 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| **46** HARDAWAY, CATHY ADDRESS ON FILE | 16013 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $2,500.00 $25.00 | | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $2,500.00 $25.00 |
| | | | | Subtotal | $2,525.00 | | Subtotal | $2,525.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

8

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 37 HERNANDEZ, SYLVIA ADDRESS ON FILE | 16892 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $75.00* | JOANN Inc. | Unsecured | $75.00 |
| | | | Subtotal | Undetermined* $75.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| 38 HETTERMAN, JUDY ADDRESS ON FILE | 15343 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| 39 HOEGGER, LORI ADDRESS ON FILE | 17482 | Jo-Ann Stores, LLC | 503(b)(9) | $115.00 | Jo-Ann Stores, LLC | Unsecured | $115.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| 40 HUGHES, BETSY JANE ADDRESS ON FILE | 16296 | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| 41 JAMES, JESSICA AALIYAH ADDRESS ON FILE | 15254 | JOANN Inc. | 503(b)(9) | $35.00 | JOANN Inc. | Unsecured | $35.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|--------|--------------------------|--------|
| 42 KEEN, THOMAS STANLEY ADDRESS ON FILE | 15304 | JOANN Inc. | 503(b)(9) | $88.61 | JOANN Inc. | Unsecured | $88.61 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 43 KHALSA, GURPREET ADDRESS ON FILE | 16311 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 44 KINGHORN, CHRISTINA ADDRESS ON FILE | 16730 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 45 KROLL, DEBBIE ADDRESS ON FILE | 15849 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $50.00 $50.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Admin Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 46 KRUVELIS, STEPHANIE ADDRESS ON FILE | 15809 | joann.com, LLC | 503(b)(9) | $125.00 | joann.com, LLC | Unsecured | $125.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|--------------------------|--------|--------|--------------------------|--------|
| 47 KURSZEWSKI, TONYA ADDRESS ON FILE | 17112 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $25.00* Undetermined* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 48 KYKER, TIANNA ADDRESS ON FILE | 15608 | joann.com, LLC joann.com, LLC | 503(b)(9) Admin | $50.00 $50.00 | joann.com, LLC joann.com, LLC | Admin Unsecured | $50.00 $50.00 |
| | | | Subtotal | $100.00 | | Subtotal | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 49 LEE, JENNIFER ADDRESS ON FILE | 14906 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $1,042.00 $432.00 | Jo-Ann Stores, LLC | Unsecured | $1,474.00 |
| | | | Subtotal | $1,474.00 | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 50 LEHMAN, KATRINA ADDRESS ON FILE | 15222 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $928.00 $928.00 | JOANN Inc. JOANN Inc. | Admin Unsecured | $928.00 $928.00 |
| | | | Subtotal | $1,856.00 | | Subtotal | $1,856.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 51 LEWIS, LORI ADDRESS ON FILE | 16554 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 52 MATTOS, PATRICIA ADDRESS ON FILE | 17299 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 53 MCCAMEY, TARA ADDRESS ON FILE | 17090 | JOANN Inc. | 503(b)(9) | $22.50 | JOANN Inc. | Unsecured | $22.50 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 54 MCCAY, DARYLANN ADDRESS ON FILE | 15551 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Admin | $35.00* $35.00* | Jo-Ann Stores, LLC | Unsecured | $35.00 |
| | | | Subtotal Undetermined* | | | | |
| | | | Subtotal | $35.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 55 MCINTYRE, NORDIA ADDRESS ON FILE | 16442 | Jo-Ann Stores, LLC | 503(b)(9) | $30.00* | Jo-Ann Stores, LLC | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | MEDINA, DIANE ADDRESS ON FILE | 17485 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 57 | MIMS, VENETIA ADDRESS ON FILE | 15952 | Jo-Ann Stores, LLC | 503(b)(9) | $33.28* | Jo-Ann Stores, LLC | Unsecured | $33.28 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 58 | MINNICH, JOSEFINA ADDRESS ON FILE | 16197 | JOANN Inc. | 503(b)(9) | $200.00 | JOANN Inc. | Unsecured | $200.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 59 | MOORE, SARA ADDRESS ON FILE | 15978 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 60 | MORRONE, MARIA ADDRESS ON FILE | 15584 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

13

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 81 MORROW, TERI ADDRESS ON FILE | 15417 | joann.com, LLC | 503(b)(9) | $20.82 | joann.com, LLC | Unsecured | $20.82 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 82 NAVA, JEANETTE ADDRESS ON FILE | 15235 | JOANN Inc. JOANN Inc. | 503(b)(9) Secured | $60.00 $60.00 | JOANN Inc. JOANN Inc. | Secured Unsecured | $60.00 $60.00 |
| | | | Subtotal | $120.00 | | Subtotal | $120.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 83 O'BRIEN, JENNIFER ADDRESS ON FILE | 17182 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 84 ORILEY, TERI L ADDRESS ON FILE | 15636 | JOANN Inc. | 503(b)(9) | $76.52 | JOANN Inc. | Unsecured | $76.52 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

14

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 96 PAUL, FLOYD ADDRESS ON FILE | 15615 | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Priority | $100.00 |
| | | JOANN Inc. | Admin | Undetermined* | JOANN Inc. | Secured | $100.00 |
| | | JOANN Inc. | Priority | $100.00* | JOANN Inc. | Unsecured | $100.00 |
| | | JOANN Inc. | Secured | $100.00* | | | |
| | | | Subtotal | $300.00* | | Subtotal | $300.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 97 PERLE, SARA LYNN 0N325 FORD DR GENEVA, IL 60134 | 17554 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Admin | $100.00 |
| | | Jo-Ann Stores, LLC | Admin | $100.00 | Jo-Ann Stores, LLC | Priority | $100.00 |
| | | Jo-Ann Stores, LLC | Priority | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | | | Subtotal | $300.00 | | Subtotal | $300.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | | PRIORITY STATUS | AMOUNT |
| 68 POLLARD, HEATHER ADDRESS ON FILE | 16498 | JOANN Inc. JOANN Inc. | 503(b)(9) Admin | $25.00* Undetermined* | JOANN Inc. | | Unsecured | $25.00 |
| | | | Subtotal | $25.00* | | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 69 RAINES, SAVANAH ADDRESS ON FILE | 16327 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 70 RAMIREZ, MARIA SOCORRO ADDRESS ON FILE | 16183 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority | $50.00 $50.00 $50.00 | JOANN Inc. JOANN Inc. JOANN Inc. | | Admin Priority Unsecured | $50.00 $50.00 $50.00 |
| | | | Subtotal | $150.00 | | | Subtotal | $150.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |
| 71 RAMPILLA, RAJESH ADDRESS ON FILE | 15652 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00* | Jo-Ann Stores, LLC | | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

16

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 72 RILEY, RUBY LOU ADDRESS ON FILE | 15000 | Jo-Ann Stores, LLC | 503(b)(9) | $43.00 | Jo-Ann Stores, LLC | Unsecured | $43.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 73 RIVERA, CRIS ADDRESS ON FILE | 15542 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $25.00 $1.00 | Jo-Ann Stores, LLC | Unsecured | $26.00 |
| | | | Subtotal | $26.00 | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 74 ROBINSON, KEESA CATHERINE ADDRESS ON FILE | 9589 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 75 ROSS, FRANKLIN J ADDRESS ON FILE | 16141 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Secured | $99.90 $99.90 $99.90 | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Secured Unsecured | $99.90 $99.90 $99.90 |
| | | | Subtotal | $299.70 | | Subtotal | $299.70 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

17

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|------|---------|--------|----------|---|----------|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 76 SALLOWS, KELLY ADDRESS ON FILE | 17291 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 77 SCHAEFER, SHELLY H ADDRESS ON FILE | 15869 | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 78 SEARS, JENNIFER R ADDRESS ON FILE | 16281 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 79 SISTERS OF MARY SISTER MARY JACINTA CAMPBELL ADDRESS ON FILE | 17597 | JOANN Inc. | 503(b)(9) Secured | $50.00* Undetermined* | JOANN Inc. | Unsecured | $50.00 |
| | | | Subtotal | $50.00* | | | |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 80 SLOSAR, SHARON ADDRESS ON FILE | 16010 | Jo-Ann Stores, LLC | 503(b)(9) | $140.44 | Jo-Ann Stores, LLC | Unsecured | $140.44 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-------------------------|--------|--------|--------------------------|--------|
| 81 | SMALLEY, KATHERINE G. ADDRESS ON FILE | 16962 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-------------------------|--------|--------|--------------------------|--------|
| 82 | STAFFORD, ROBERTA J ADDRESS ON FILE | 17278 | JOANN Inc. | 503(b)(9) | $75.00 | JOANN Inc. | Unsecured | $75.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-------------------------|--------|--------|--------------------------|--------|
| 83 | STANLEY, DEBORAH SUE ADDRESS ON FILE | 16260 | JOANN Inc. | 503(b)(9) | $212.70 | JOANN Inc. | Unsecured | $212.70 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-------------------------|--------|--------|--------------------------|--------|
| 84 | STULL, ANNISETTA ADDRESS ON FILE | 16747 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-------------------------|--------|--------|--------------------------|--------|
| 85 | TONY, BILL ADDRESS ON FILE | 15263 | JOANN Inc. JOANN Inc. | 503(b)(9) Priority | $25.00* Undetermined* | JOANN Inc. | Unsecured | $25.00 |
|  |  |  |  | Subtotal | $25.00* |  |  |  |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 86 | TRAN, JESSICA ADDRESS ON FILE | 16057 | JOANN Inc. | 503(b)(9) | $7.76 | JOANN Inc. | Unsecured | $7.76 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | TROTHA, NICOLE VON ADDRESS ON FILE | 17175 | JOANN Inc. | 503(b)(9) | $25.00* | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 88 | TURBETT, SHEILA LEE ADDRESS ON FILE | 16232 | Jo-Ann Stores, LLC | Priority | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | Jo-Ann Stores, LLC | Secured | Undetermined* | | | |
| | | | Jo-Ann Stores, LLC | | Undetermined* | | | |
| | | | | Subtotal | $25.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 89 | URIBE, OLGA L. ADDRESS ON FILE | 17473 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Admin | $40.00 |
| | | | JOANN Inc. | Admin | $40.00 | JOANN Inc. | Priority | $40.00 |
| | | | JOANN Inc. | Priority | $40.00 | JOANN Inc. | Secured | $40.00 |
| | | | JOANN Inc. | Secured | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| | | | | Subtotal | $160.00 | | Subtotal | $160.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Eleventh Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| VANHARTESVELDT, SCHERRY ADDRESS ON FILE | 16132 | Jo-Ann Stores, LLC | 503(b)(9) | $35.00 | Jo-Ann Stores, LLC | Unsecured | $35.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| VERDUCCI, LISA ADDRESS ON FILE | 15345 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00* | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| | | Jo-Ann Stores, LLC | Priority | Undetermined* | | | |
| | | | Subtotal | $50.00* | | | |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| VILLAGE OF PLOVER, WI 2400 POST ROAD PLOVER, WI 54467 | 15483 | Jo-Ann Stores, LLC | 503(b)(9) | $35.95 | Jo-Ann Stores, LLC | Priority | $35.95 |
| | | Jo-Ann Stores, LLC | Priority | $35.95 | Jo-Ann Stores, LLC | Unsecured | $35.95 |
| | | | Subtotal | $71.90 | | Subtotal | $71.90 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for utility services, which do not qualify for 503(b)(9) priority.

| WADE, RENITA ADDRESS ON FILE | 15567 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

| WAGNER, DEBBIE ADDRESS ON FILE | 15122 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Eleventh Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 95 WAGNER, VALERIE SUE ADDRESS ON FILE | 15587 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 96 WELCH, MAGGIE ADDRESS ON FILE | 16822 | JOANN Inc. | 503(b)(9) | $100.00 | JOANN Inc. | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 97 WILBUR, RENEE ADDRESS ON FILE | 15803 | JOANN Inc. JOANN Inc. JOANN Inc. | 503(b)(9) Admin Priority | $20.00 $20.00 $20.00 | JOANN Inc. JOANN Inc. JOANN Inc. | Admin Priority Unsecured | $20.00 $20.00 $20.00 |
| | | | Subtotal | $60.00 | | Subtotal | $60.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 98 WILSON, LISA ADDRESS ON FILE | 17208 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## JOANN Inc. Case No. 25-10068
## Eleventh Omnibus Substantive Claims Objection
### Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 59 YARBROUGH, AUTUMN MEADS ADDRESS ON FILE | 16640 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 60 YOUNG, CAROL CLAIRE ADDRESS ON FILE | 15852 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts