# Exhibit 1

## Reclassified Claims

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| B D G, A MINOR ADDRESS ON FILE [2] | 18770 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BAUDENDISTEL, LINDA S ADDRESS ON FILE [3] | 9563 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| BRUCE, JILL PORTER ADDRESS ON FILE [4] | 17691 | JOANN Inc. | 503(b)(9) | $164.62 | JOANN Inc. | Unsecured | $164.62 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CATTANACH, MARIA WILMA ADDRESS ON FILE | 18281 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 6 | DEAN, RITA ADDRESS ON FILE | 18449 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 7 | DEXTER, DINA ADDRESS ON FILE | 18064 | joann.com, LLC | 503(b)(9) | $60.00* | joann.com, LLC | Unsecured | $60.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 | GREENWELL, GWYNN ADDRESS ON FILE | 18301 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 9 | GUTHRIE, TAMRIE ADDRESS ON FILE | 18015 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | HURST, ALMA ROSE<br>ADDRESS ON FILE | 17598 | Jo-Ann Stores, LLC | 503(b)(9)<br>Priority | $25.00* | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | | | | Subtotal | Undetermined*<br>$25.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 11 | IANNONE, DENISE<br>ADDRESS ON FILE | 18431 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 12 | LONGFELLOW, KATHRYN P<br>ADDRESS ON FILE | 18554 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Priority | $30.00<br>$30.00 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | Priority<br>Unsecured | $30.00<br>$30.00 |
| | | | | Subtotal | $60.00 | | Subtotal | $60.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 13 | LUCAS, PENELOPE JANE<br>ADDRESS ON FILE | 17612 | JOANN Inc.<br>JOANN Inc. | 503(b)(9)<br>Admin | $25.00<br>$25.00 | JOANN Inc.<br>JOANN Inc. | Admin<br>Unsecured | $25.00<br>$25.00 |
| | | | | Subtotal | $50.00 | | Subtotal | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | MORRISSEY, CONSTANCE ADDRESS ON FILE | 18652 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 15 | MYERS, BECKY ADDRESS ON FILE | 18022 | JOANN Inc. | 503(b)(9) | $80.00 | JOANN Inc. | Unsecured | $80.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 16 | NICHOLSON, EMILY ADDRESS ON FILE | 9541 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 17 | PITCOCK, POLLY BAKER ADDRESS ON FILE | 18710 | Jo-Ann Stores, LLC | 503(b)(9) | $70.00 | Jo-Ann Stores, LLC | Unsecured | $70.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 18 | RAYKA, JENNIFER ADDRESS ON FILE | 18498 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $50.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 19 RENDON, DENISE ADDRESS ON FILE | 17677 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 20 RODRIGUEZ, THOMAS ADDRESS ON FILE | 17736 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 21 SALO, LEORA ADDRESS ON FILE | 18442 | Jo-Ann Stores, LLC | 503(b)(9) | $12.00 | Jo-Ann Stores, LLC | Unsecured | $12.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 22 SMITH, CHRISTINA ADDRESS ON FILE | 17937 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 23 SMITH, JANICE ADDRESS ON FILE | 18013 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Priority | $25.00 $25.00 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | Priority Unsecured | $25.00 $25.00 |
| | | | Subtotal | $50.00 | | Subtotal | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

5

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | STEWART, AMBER ADDRESS ON FILE | 17801 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 25 | TAYLOR, VICKI MELIDA ADDRESS ON FILE | 17652 | joann.com, LLC joann.com, LLC | 503(b)(9) Priority | $75.00 Undetermined* | joann.com, LLC | Unsecured | $75.00 |
| | | | | Subtotal | $75.00* | | | |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 26 | VILLA, BEVERLY A. ADDRESS ON FILE | 4666 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 27 | WIEBERS, KIMBERLY ADDRESS ON FILE | 17617 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 28 | WILKEN, RACHEL ADDRESS ON FILE | 17990 | JOANN Inc. | 503(b)(9) | $100.00* | JOANN Inc. | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| ZIMMER, JOANNE ADDRESS ON FILE | 18286 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for goods the claimant purchased from the Debtor, which do not qualify for 503(b)(9) priority.

29

*Indicates claim contains unliquidated and/or undetermined amounts

7