**Exhibit 2**

**Reduced Claims**

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 2 - Reduced Claims

| NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| FABRIC TRADITIONS 530 7TH AVENUE 305 NEW YORK, NY 10018 | 2697 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $481,251.51 $1,989,318.62 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $0.00 $1,989,318.62 |
| | | | Subtotal | $2,470,570.13 | | Subtotal | $1,989,318.62 |

Reason: The 503(b)(9) portion of the claim is amended by newly filed claim, Claim #1131, which covers the 503(b)(9) portion of the claim.

| RICHLOOM FAR EAST TRADING CO. LTD. RICHLOOM FABRICS GROUP 261 FIFTH AVE, 12TH FL. NEW YORK, NY 10016 | 1413 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $320,111.83 $858,858.42 | JOANN Inc. JOANN Inc. | 503(b)(9) Unsecured | $0.00 $858,858.42 |
| | | | Subtotal | $1,178,970.25 | | Subtotal | $858,858.42 |

Reason: The 503(b)(9) portion of the claim is amended by newly filed claim, Claim #11981, which covers the 503(b)(9) portion of the claim.

1