# Exhibit 1

**Reduced and Reclassified Claims**

JOANN Inc. Case No. 25-10068
Sixth Omnibus Substantive Claims Objection
Ex. 1 Reduced and Reclassified Claims

| NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 4  EXMART INTERNATIONAL PRIVATE LIMITED 268, SANT NAGAR EAST OF KAILASH NEW DELHI, DELHI, 110065 | 613 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $208,895.55 $610,136.91 | Jo-Ann Stores, LLC Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $25,662.36 $793,370.10 |
| | | | Subtotal | $819,032.46 | | Subtotal | $819,032.46 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.