**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On May 9, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on State of Colorado Attorney General (ADRID: 29904871), Attn: Bankruptcy Dept, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor, Denver, CO 80202:

- Application of Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider to the Debtors and Debtors in Possession, Effective as of the Petition Date, (II) Approving the Terms of the Engagement Agreements, and (III) Granting Related Relief [Docket No. 469]

- Motion of Debtors Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [Docket No. 475]

On May 12, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **<u>Exhibit A</u>**:

- Notice of Auction for the Sale of the Debtors' Assets [Docket No. 448]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

On May 12, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Mailing Service List attached hereto as **Exhibit B**:

- Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 452]

- Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(B) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors an Interim Chief Executive Officer, an Interim Chief Financial Officer, and Certain Additional Personnel, (II) Designate Michael Prendergast as Interim Chief Executive Officer, and (III) Designate Jeffrey Dwyer as Interim Chief Financial Officer for the Debtors, in Each Case Effective as of the Petition Date [Docket No. 453]

- Application of Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker to the Debtors and Debtors in Possesion Effective as of the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Modifying Certain Timekeeping Requirements, and (IV) Granting Related Relief [Docket No. 454]

- Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 455]

- Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of January 15, 2025 [Docket No. 456]

- Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date  [Docket No. 457]

- Notice of Auction [Docket No. 461]

On May 13, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Mailing List attached hereto as **Exhibit C**:

- Notice of Potential Sale Hearing [Docket No. 182]

On May 13, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Mail Service List attached hereto as **Exhibit D**:

- Notice of Chapter 11 Bankruptcy Case, a copy of which is attached hereto as **Exhibit E**

Dated: June 27, 2025


                                                */s/ Paul Pullo*
                                                Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 27, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 88263, 88264, 88270, 88281 & 88283

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 29918112 | DYLLAN MCNALLY | ADDRESS ON FILE |
| 29936905 | NATALIE GALBA | ADDRESS ON FILE |
| 29939020 | PHOEBE CROWE | ADDRESS ON FILE |

**Exhibit B**

Exhibit B
Supplemental Mailing Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 29904861 | SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | 100 PEARL ST, FL 20 | | NEW YORK | NY | 10004-6023 |
| 29904954 | STEELWORKERS PENSION TRUST | ATTN: WITHDRAWAL LIABILITY DEPARTMENT | STEEL WORKERS PENSION TRUST | 60 BLVD OF THE ALLIES | SUITE 600 | PITTSBURGH | PA | 15222 |
| 30223261 | SVP SEWING BRANDS LLC | 300 2ND AVE S STE 300 | | | | NASHVILLE | TN | 37201-2311 |

**Exhibit C**

Exhibit C
Supplemental Mailing List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 29919031 | EMBER EVERETT | ADDRESS ON FILE |
| 29921888 | HAILY CLAY-KELSEY | ADDRESS ON FILE |
| 29936905 | NATALIE GALBA | ADDRESS ON FILE |
| 29938921 | PERSEUS ACKERMAN | ADDRESS ON FILE |
| 29945549 | TERESA HOWARD | ADDRESS ON FILE |
| 29948572 | ZAVIER DAVIS | ADDRESS ON FILE |

**Exhibit D**

Exhibit D
Supplemental Mail Service List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 29917033 | DENYSE SMITH | ADDRESS ON FILE |
| 29919031 | EMBER EVERETT | ADDRESS ON FILE |
| 29921888 | HAILY CLAY-KELSEY | ADDRESS ON FILE |
| 29925209 | JEREMY BEGIN | ADDRESS ON FILE |
| 29936905 | NATALIE GALBA | ADDRESS ON FILE |
| 29938921 | PERSEUS ACKERMAN | ADDRESS ON FILE |
| 29939402 | RACHAEL HALL | ADDRESS ON FILE |
| 29945549 | TERESA HOWARD | ADDRESS ON FILE |
| 29948572 | ZAVIER DAVIS | ADDRESS ON FILE |

**Exhibit E**

| Information to identify the case: | | |
|---|---|---|
| Debtor JOANN Inc., *et al*. | | EIN:  46-1095540 |
| United States Bankruptcy Court for the **District of Delaware** | | |
| Case number: **25-10068 (CTG)** | | Date cases filed for chapter 11: **January 15, 2025** |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11  Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.  Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee.  If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's  (302−573−6491).**

| | |
|---|---|
| **1.  Debtor's full name:  JOANN Inc.** | |
| **2.  All other names used in the last 8 years:  See Chart Below** | |

| Jointly Administered Cases | Other Names (Last 8 Years) | Case No. | Tax ID No. |
|---|---|---|---|
| **JOANN Inc.** | **Jo-Ann Stores Holdings Inc.; JOANN; Jo-Ann Fabrics and Crafts** | **25-10068 (CTG)** | **46-1095540** |
| **JOANN Holdings 1, LLC** | | **25-10069 (CTG)** | **99-3739030** |
| **JOANN Holdings 2, LLC** | | **25-10070 (CTG)** | **99-3746408** |
| **Needle Holdings LLC** | | **25-10071 (CTG)** | **27-4503814** |
| **Jo-Ann Stores, LLC** | **JO-ANN; JO ANN Fabric and Craft Stores; Jo-Ann Fabrics and Crafts; Joann.com; JOANN; J (ETC) ANN; JO-ANN Fabrics; JAS LLC; JO-ANN, Experience the Creativity; JOANN Handmade Happiness** | **25-10072 (CTG)** | **34-0720629** |
| **Creative Tech Solutions LLC** | **Ditto Products LLC; Loriini, LLC** | **25-10073 (CTG)** | **82-1996734** |
| **Creativebug, LLC** | | **25-10074 (CTG)** | **47-1053208** |
| **WeaveUp, Inc.** | | **25-10075 (CTG)** | **47-4135633** |
| **JAS Aviation, LLC** | | **25-10076 (CTG)** | **46-2589570** |
| **joann.com, LLC** | | **25-10077 (CTG)** | **95-4761594** |

| JOANN Ditto Holdings Inc. | JOANN International Inc. | 25-10078(CTG) | 86-3449652 |
|---|---|---|---|
| Jo-Ann Stores Support Center, Inc. | | 25-10079 (CTG) | 26-3855027 |
| Dittopatterns LLC | NEWCO JODITO LLC | 25-10080 (CTG) | 88-2140452 |

**3. Address:** 5555 Darrow Road, Hudson, Ohio, USA 44236

**4. Debtors' Attorneys**
   Name and address

**Cole Schotz P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Contact Phone: (302) 652-3131
Facsimile (302) 652-3117
Email:    preilley@coleschotz.com
          snewman@coleschotz.com
          mfitzpatrick@coleschotz.com
          jdougherty@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654

Email:    joshua.sussberg@kirkland.com
          aparna.yenamandra@kirkland.com
          anup.sathy@kirkland.com
          jeff.michalik@kirkland.com
          lindsey.blumenthal@kirkland.com

**Debtors' Claims and Noticing Agent**

If you have questions about this notice, please contact:

JOANN Inc. (2025) Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Contact Phone**:

(844) 712-2239 (toll free) or
+1 (646) 863-7121 (international)

Email: Joann2025Info@ra.kroll.com

Website: https://cases.ra.kroll.com/JOANN2025

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.
You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

**824 N. Market Street, 3rd Floor
Wilmington, DE 19801**

Hours open:  Monday − Friday 8:00 AM − 4:00 PM
Contact phone 302−252−2900

| 6. Meeting of creditors | February 19, 2025, at 10:00 a.m. (ET) | Location: Telephonic |
|---|---|---|
| The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **The meeting of Creditors will be held by phone. Please call +1-844-767-5651 and use access code 1380568# to join the meeting.** |

| 7. Proof of claim deadline | Deadline for filing proof of claim: | Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.
Your claim will be allowed in the amount scheduled unless:
• your claim is designated as disputed, contingent, or unliquidated;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. Exception to discharge Deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:  To be determined.** |

| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|

| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, at (844) 712-2239 (toll free) or +1 (646) 863-7121 (international), or via email by submitting an inquiry at Joann2025Info@ra.kroll.com.**

**You may also find out more information at https://cases.ra.kroll.com/Joann2025**