## Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Fifth Omnibus Substantive Claims Objection
Ex. 1 Reclassified Claims

| NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| NOTIONS MARKETING CORPORATION 517 CROFTON ST SE GRAND RAPIDS, MI 49507-1862 | 470 | joann.com, LLC joann.com, LLC | 503(b)(9) Unsecured | $58,227.07 $422,395.79 | joann.com, LLC | 503(b)(9) Unsecured | $8,734.00 $471,888.86 |
| | | | Subtotal | $480,622.86 | | Subtotal | $480,622.86 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.