## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1579** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 14, 2025 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT

> **AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

## RESOLVED MATTERS

1.  Debtors' Tenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 30, 2025) [Docket No. 1318]

    Related Documents:

    (a)  Notice of Filing Revised Exhibit to Debtors' Tenth Omnibus Objection to Certain Claims (Substantive) (Filed July 15, 2025) [Docket No. 1406]

    (b)  Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed July 31, 2025) [Docket No. 1491]

    (c)  Certificate of No Objection Regarding Debtors' Tenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed August 8, 2025) [Docket No. 1560]

    (d)  Order Sustaining Debtors' Tenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered August 11, 2025) [Docket No. 1568]

    Response Deadline:   July 21, 2025 at 4:00 p.m. (ET).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]  **Amendments appear in bold print.**

Responses Received:

    (a)    Letter Regarding Claim by Karen Bozif (Filed July 17, 2025) [Docket No. 1423]

Status:    The order sustaining Debtors' objection was entered by the Court. This matter will not be going forward.

2.    Debtors' Thirteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed June 30, 2025) [Docket No. 1321]

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Thirteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed July 31, 2025) [Docket No. 1494]

    (b)    Certificate of No Objection Regarding Debtors' Thirteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed August 8, 2025) [Docket No. 1561]

    (c)    Order Sustaining Debtors' Thirteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Entered August 11, 2025) [Docket No. 1569]

Response Deadline:    July 21, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:    The order sustaining Debtors' objection was entered by the Court. This matter will not be going forward.

## ADJOURNED MATTERS

3.    Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Filed May 30, 2025) [Docket No. 1051]

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Filed June 25, 2025) [Docket No. 1283]

    (b)    Order Sustaining Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Entered July 10, 2025) [Docket No. 1385]

      (c)    **Certification of Counsel Regarding Debtors' First Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, No Liability Claims, Reclassified Claims) (Filed August 13, 2025) [Docket No. 1594]**

Response Deadline:   June 20, 2025 at 4:00 p.m. (ET).

Responses Received:   Informal responses by (i) Argo Partners, as current holder of Claim No. 278 (originally filed by Natraj Home Furnishings Pvt Ltd.) (the "Natraj Claim") and (ii) USA Debt Recovery Solutions, Inc., as current holder of Claim No. 11951 (originally filed by Shenzhen Rizee Cultural Creativity Co., Ltd) (the "Shenzhen Rizee Claim").

      (a)    Response of USA Debt Recovery Solutions, Inc., as Assignee to Shenzhen Rizee Cultural Creativity Co., Ltd to Debtors' First Omnibus Objection to the § 503(b)(9) Administrative Priority Status if Claim No. 11951 and Request for Alternative Relief (Filed August 1, 2025) [Docket No. 1523]

Status:      **A Certification of Counsel, together with a revised proposed Order resolving the Natraj Claim was filed with the Court**.  This matter is adjourned to the September 22, 2025 omnibus hearing with respect to the **unresolved Shenzhen Rizee Claim**.

4.    Motion of OOCL USA Inc. for an Order for Allowance and Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(b) (Filed July 9, 2025) [Docket No. 1367]

Objection Deadline:   August 7, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended until September 8, 2025 for the Plan Administrator.

Responses Received:  None.

Status:      This matter is adjourned to the September 22, 2025 omnibus hearing.

5.    Motion of Shenyang Large Circle Arts & Crafts, Co., Ltd. Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim (Filed July 24, 2025) [Docket No. 1440]

Related Documents:

      (a)    Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered July 10, 2025) [Docket No. 1383]

Objection Deadline:   August 11, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:      This matter is adjourned to the September 22, 2025 omnibus hearing.

6.   Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction (Filed August 1, 2025) [Docket No. 1521]

Objection Deadline:    August 8, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:         This matter is adjourned to a hearing at a date to be determined.

## CERTIFICATES OF NO OBJECTION/CERTIFICATIONS OF COUNSEL

7.   Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 4, 2025) [Docket No. 1070]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 25, 2025) [Docket No. 1287]

(b)    Order Sustaining Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered July 10, 2025) [Docket No. 1384]

(c)    Certification of Counsel Regarding Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed August 12, 2025) [Docket No. 1577]

(d)    **Order Sustaining Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered August 12, 2025) [Docket No. 1587]**

Response Deadline:    June 25, 2025 at 4:00 p.m. (ET).

Responses Received:

(a)    Notions Marketing Corporation's Response to Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Filed June 25, 2025) [Docket No. 1281]

Status:         **The Court entered an Order sustaining the Objection with respect to Notions Marketing Corporation's formal response.  This matter will not be going forward**.

8.     Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 4, 2025) [Docket No. 1071]

    Related Documents:

        (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 25, 2025) [Docket No. 1288]

        (b)     Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered July 10, 2025) [Docket No. 1383]

        (c)     Certification of Counsel Regarding Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed August 12, 2025) [Docket No. 1578]

        (d)     **Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered August 12, 2025) [Docket No. 1583]**

    Response Deadline:    June 25, 2025 at 4:00 p.m. (ET).

    Responses Received:    Informal response from Exmart International Private Limited (the "Exmart")

        (a)     Response & Relief Requested Filed by Kenneth Lafayette (Filed June 26, 2025) [Docket No. 1291]

    Status:     **The Court entered an Order sustaining the Objection with respect to ExMart's informal response.** This matter was adjourned to the omnibus hearing currently scheduled for September 22, 2025 with respect to the unresolved formal response filed by Kenneth Lafayette. **This matter will not be going forward**.

9.     Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 30, 2025) [Docket No. 1317]

    Related Documents:

        (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed July 31, 2025) [Docket No. 1490]

(b)    Certification of Counsel Regarding Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed August 11, 2025) [Docket No. 1574]

(c)    **Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered August 12, 2025) [Docket No. 1580]**

Response Deadline:    July 21, 2025 at 4:00 p.m. (ET).

Responses Received:    Informal responses from (i) Nipkow and Kobelt Inc. ("Nipkow"); (ii) Colart Americas Inc. ("Colart"); (iii) Enchante Accessories Inc. ("Enchante"); (iv) Elegant Home Ltd. ("Elegant"); (v) Gwen Studios LLC ("Gwen Studios"); (vi) Jones Lang Lasalle Americas, Inc. ("JLL"); (vii) Caoxian Luyi Guangfa Art and Craft Co., Ltd; and (viii) one individual claimant.

(a)    Response of Conejo Valley Plaza 2, LLC to Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Filed July 21, 2025) [Docket No. 1431]

Status:    **The Court entered an Order sustaining the Objection with respect to all claimants who did not informally or formally respond to the Objection, as well as to Elegant's informal response.** The unresolved informal responses from Nipkow, Colart, Enchate and Gwen Studios, JLL and the formal response from Conejo Valley have been adjourned to the omnibus hearing currently scheduled for September 22, 2025. **This matter will not be going forward.**

10.    Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 30, 2025) [Docket No. 1319]

Related Documents:

(a)    Notice of Filing Revised Exhibit to Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Filed July 15, 2025) [Docket No. 1407]

(b)    Notice of Submission of Proofs of Claim Regarding Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed July 31, 2025) [Docket No. 1492]

(c)    Certification of Counsel Regarding Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed August 11, 2025) [Docket No. 1575]

(d)    **Order Sustaining Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered August 12, 2025) [Docket No. 1581]**

Response Deadline:    July 21, 2025 at 4:00 p.m. (ET).

Responses Received:  Informal responses from two individual claimants.

      (a)    Paramount Home Collections Private Limited Pro Se Objection and Reservation of Rights Regarding Claim #11992 and Claim #12816 (Filed July 28, 2025) [Docket No. 1460]

Status:    **The Court entered an Order sustaining the Objection with respect to all claimants who did not informally or formally respond to the Objection, as well as to two individual claimants' informal responses.** The unresolved formal response from Paramount Home Collections Private Limited has been adjourned to the omnibus hearing currently scheduled for September 22, 2025. **This matter will not be going forward**.

11.    Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims) (Filed June 30, 2025) [Docket No. 1320]

    Related Documents:

      (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims) (Filed July 31, 2025) [Docket No. 1493]

      (b)    Certification of Counsel Regarding Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims) (Filed August 11, 2025) [Docket No. 1576]

      (c)    **Order Sustaining Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims) (Entered August 12, 2025) [Docket No. 1582]**

Response Deadline:    July 21, 2025 at 4:00 p.m. (ET).  On consent of the parties, the objection deadline is extended until August 4, 2025 for American Food and Vending.

Responses Received:  Informal comments by American Food and Vending Company ("AFVC")

      (a)    Response by Joanne Zimmer to Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims) (Filed July 18, 2025) [Docket No. 1424]

Status:    **The Court entered an Order sustaining the Objection with respect to all claimants who did not informally or formally respond to the Objection, as well as Joann Zimmer's formal response.** The unresolved informal response from AFVC has been adjourned to the omnibus hearing currently scheduled for September 22, 2025. **This matter will not be going forward**.

**MATTER GOING FORWARD**

12.    Motion of Michael Prendergast, Jeffrey Dwyer, Robert Will, Christopher Ditullio, Heather Holody, Michael Kennedy, and Melissa Bowers for Relief from the Automatic Stay, to The Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Related Expenses Under Insurance Policy (Filed July 31, 2025) [Docket No. 1507]

Related Documents:

(a)    **Certificate of No Objection Regarding Motion of Michael Prendergast, Jeffrey Dwyer, Robert Will, Christopher Ditullio, Heather Holody, Michael Kennedy, and Melissa Bowers for Relief from the Automatic Stay, to The Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Related Expenses Under Insurance Policy (Filed August 13, 2025) [Docket No. 1595]**

(b)    **Order Granting Motion of Michael Prendergast, Jeffrey Dwyer, Robert Will, Christopher Ditullio, Heather Holody, Michael Kennedy, and Melissa Bowers for Relief from the Automatic Stay, to The Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Related Expenses Under Insurance Policy (Entered August 13, 2025) [Docket No. 1596]**

Objection Deadline:    August 7, 2025 at 4:00 p.m. (ET).

Responses Received:

(a)    Statement of Advantus, Corp., Fairfield Processing Corp., Gwen Studios, LLC, Ormo Ithalat Ihracat A.S., Low Tech Toy Club LLC, and Springs Creative Products Group, LLC, to the Motion of Michael Prendergast, Jeffrey Dwyer, Robert Will, Christopher Ditullio, Heather Holody, Michael Kennedy, and Melissa Bowers for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Related Expenses Under Insurance Policy (Filed August 7, 2025) [Docket No. 1554]

Status:    **The Court entered an Order granting the Motion.  This matter will not be going forward**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  August **13**, 2025
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
      snewman@coleschotz.com
      jdougherty@coleschotz.com
      mfitzpatrick@coleschotz.com

-and-

**HAHN LOESER & PARKS LLP**
Christopher B. Wick, Esquire (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, OH  44114
Telephone:  (216) 621-0150
Facsimile:  (216) 274-2488
cwick@hahnlaw.com

*Counsel for Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., et al.*