# Exhibit 1

## Reduced and Reclassified Claims

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 10 NATRAJ HOME FURNISHINGS PVT LTD 318, PHASE-IV, SECTOR 57, HSIIDC INDUSTRIAL ESTATE KUNDLI, HARYANA, 131028 | 13633 | Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $107,999.97 $465,190.15 | Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $20,000.00 $553,190.12 |
| | | | Subtotal | $573,190.12 | | Subtotal | $573,190.12 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.