# Schedule 1

## Assumed Contracts

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[4] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 46 | Boot Barn, Inc. | CI Warner Robbins, LLC | c/o Fickling Management Services, 577 Mulberry Street, Suite 1100, Macon, GA, 31202 | 2490 | 2951 Watson Blvd | August 05, 2016 Lease Agreement between Jo-Ann Stores, LLC and CI Warner Robbins, LLC | $24,516.57 | 8/1/2025 |

---

[4] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.