# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et.al.*, [1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1571 |

## NOTICE OF WITHDRAWAL OF DEPOSITION NOTICE

On August 11, 2025, Burlington Stores, Inc. ("Burlington") filed its *Notice of Intention to Take Oral Deposition of Corporate Representative(s) of LNN Enterprises Inc.* [Docket No. 1571] (the "Notice of Deposition").

**PLEASE TAKE FURTHER NOTICE** that Burlington hereby withdraws its Notice of Deposition.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joan.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

46359149v.1

Dated: August 14, 2025

/s/ *Victoria Argeroplos*
**JACKSON WALKER LLP**
Kristhy M. Peguero (DE Bar No. 4903; TX Bar No. 24102776)
Victoria Argeroplos (TX Bar No. 24105799
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email:   kpeguero@jw.com
         vargeroplos@jw.com

William Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Email:  wfarmer@jw.com

*Co-Counsel for Burlington Stores, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2025, a true and correct copy of the above and foregoing document was served via e-service and/or via electronic mail upon:

Ronald Gellert
Margaret M. Manning
1201 N. Orange Street, Suite 300,
Wilmington, Delaware 19801
rgellert@gsbblaw.com
mmanning@gsbblaw.com

*Attorneys for LNN Enterprises Inc.*

/s/ *Victoria Argeroplos*
Victoria Argeroplos