## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 4, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on Unsecured Creditors Committee Service List attached hereto as **Exhibit A**:

- Combined Staffing and Monthly Statement by Alvarez & Marsal North America, LLC for the Period from June 1, 2025 through June 30, 2025 [Docket No. 1524] (the "***Combined Staffing and Monthly Statement***")

At my direction and under my supervision, employees of Kroll caused (1) the Combined Staffing and Monthly Statement to be served via Email on August 4, 2025, and (2) the following documents to be served via First Class Mail on August 5, 2025 and Email on August 4, 2025 on Office of the United States Trustee, Attn: Malcolm M. Bates, US Department of Justice, 844 King Street, Suite 2207, Wilmington, DE, 19801, malcolm.m.bates@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 25-10068 (JOANN Inc.) for the Quarter Ending 07/05/2025 [Docket No. 1527]

- Chapter 11 Monthly Operating Report for Case Number 25-10069 (JOANN Holdings 1, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1528]

- Chapter 11 Monthly Operating Report for Case Number 25-10070 (JOANN Holdings 2, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1529]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Chapter 11 Monthly Operating Report for Case Number 25-10071 (Needle Holdings, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1530]

- Chapter 11 Monthly Operating Report for Case Number 25-10072 (Jo-Ann Stores, LLC) for the Quarter Ending 05/31/2025 [Docket No. 1531]

- Chapter 11 Monthly Operating Report for Case Number 25-10073 (Creative Tech Solutions, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1532]

- Chapter 11 Monthly Operating Report for Case Number 25-10074 (Creativebug, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1533]

- Chapter 11 Monthly Operating Report for Case Number 25-10075 (WeaveUp, Inc.) for the Quarter Ending 07/05/2025 [Docket No. 1534]

- Chapter 11 Monthly Operating Report for Case Number 25-10076 (JAS Aviation, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1535]

- Chapter 11 Monthly Operating Report for Case Number 25-10077 (joann.com, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1536]

- Chapter 11 Monthly Operating Report for Case Number 25-10078 (JOANN Ditto Holdings Inc.) for the Quarter Ending 07/05/2025 [Docket No. 1537]

- Chapter 11 Monthly Operating Report for Case Number 25-10079 (Jo-Ann Stores Support Center, Inc.) for the Quarter Ending 07/05/2025 [Docket No. 1538]

- Chapter 11 Monthly Operating Report for Case Number 25-10080 (Dittopatterns, LLC) for the Quarter Ending 07/05/2025 [Docket No. 1539]

Dated: August 11, 2025

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 11, 2025, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

# Exhibit A

Unsecured Creditors Committee Service List

Served via Email

| NAME | EMAIL |
|------|-------|
| KELLEY DRYE & WARREN LLP | MMCLOUGHLIN@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM; CFENDRYCH@KELLEYDRYE.COM; EWILSON@KELLEYDRYE.COM |
| KIMCO REALTY CORPORATION | REDWARDS@KIMCOREALTY.COM |
| LOW TECH TOY CLUB LLC | ADRIAN@THEWOOBLES.COM |
| ORMO ITHALAT VE IHRACAT AS | GOCALGIRAY@ORMO.COM.TR |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| REGENCY CENTERS, L.P. | ERNSTBELL@REGENCYCENTERS.COM |
| SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | RTUCKER@SIMON.COM |