# **Exhibit A**

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Tax Compliance Services* | | | | |
| 05/02/2025 | | | | |
| Harden, Anthony | Meeting with J. Zelwin (Joann) to discuss the closure of accounts. | $605.00 | 0.5 | $302.50 |
| Harden, Anthony | Prepare the California notice payments for client review/approval. | $605.00 | 0.5 | $302.50 |
| Kumar, Reshma S | Call with J. Zelwin (Joann), A. Harden, D. Janosik (Deloitte) regarding Sales and Use Tax Compliance deliverables action plan. | $605.00 | 0.5 | $302.50 |
| 05/07/2025 | | | | |
| Clark, Courtney | Call with B. Hickey (Deloitte) to discuss status of Pennsylvania sales tax appeal. | $800.00 | 0.5 | $400.00 |
| Clark, Courtney | Call with M. Culp (Deloitte) to discuss extension calculation payments. | $800.00 | 0.5 | $400.00 |
| Clark, Courtney | Email M. Culp (Deloitte) regarding extension tax payments. | $800.00 | 0.3 | $240.00 |
| Harden, Anthony | Log into Joann's remote system to generate the files for the monthly compliance. | $605.00 | 1.3 | $786.50 |
| Harden, Anthony | Prepare the 2024 year-end sales reports for the Deloitte Income tax team. | $605.00 | 1.0 | $605.00 |
| Harden, Anthony | Prepare a report of the estimated payments for April 2025 returns. | $605.00 | 0.3 | $181.50 |
| 05/08/2025 | | | | |
| Culp, Mathew | Call with M. Stoneback and A. Hinduja (Deloitte) to discuss requirements to withdraw from Joann state/local jurisdictions. | $715.00 | 0.5 | $357.50 |
| Harden, Anthony | Prepare the source documents for the April 2025 compliance period. | $605.00 | 0.5 | $302.50 |
| Harden, Anthony | Upload the source documents for the team to process the Tennessee returns. | $605.00 | 0.5 | $302.50 |
| 05/09/2025 | | | | |
| Harden, Anthony | Review the Joann share drive to locate the Tennessee annual workpaper for filing. | $605.00 | 0.5 | $302.50 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Tax Compliance Services* | | | | |
| 05/12/2025 | | | | |
| Garg, Rishu | Meeting with A. Harden and R. Singh (Deloitte) regarding the account closure. | $405.00 | 0.4 | $162.00 |
| Harden, Anthony | Meeting with R. Garg and R. Singh (Deloitte) regarding the Joann account closure. | $605.00 | 0.7 | $423.50 |
| Kumar, Reshma S | Discussion with D. Janosik, R. Kaur, S. Vishnu, A. Harden (Deloitte) regarding Sales and Use tax account closure. | $605.00 | 0.5 | $302.50 |
| Przybojewski, David | Prepare the Pennsylvania payment details for sales tax assessment. | $715.00 | 0.5 | $357.50 |
| Przybojewski, David | Email Pennsylvania to get contact for client to discuss the settlement. | $715.00 | 0.2 | $143.00 |
| Przybojewski, David | Email Pennsylvania to get contact for client to discuss the settlement. | $715.00 | 0.3 | $214.50 |
| Singh, Rohan | Meeting with A. Harden and R. Garg (Deloitte) regarding the account closure. | $505.00 | 0.8 | $404.00 |
| 05/13/2025 | | | | |
| Feltz, Lisa | Add to Master Registrations Tracker 26 Account Closures for Creativebug LLC | $405.00 | 0.2 | $81.00 |
| Feltz, Lisa | Add to Master Registrations Tracker 83 Account Closures for JoAnn.com LLC. | $405.00 | 0.2 | $81.00 |
| Feltz, Lisa | Add to Master Registrations Tracker 96 Account Closures for Jo-Ann Stores LLC. | $405.00 | 0.2 | $81.00 |
| Feltz, Lisa | Discuss with A. Harden (Deloitte) JoAnn account closure project. | $405.00 | 0.5 | $202.50 |
| Garg, Rishu | Discussion with D. Janosik, R. Kaur, S. Vishnu, A. Harden, R. Kumar (Deloitte) regarding sales and use tax account closure. | $405.00 | 1.0 | $405.00 |
| Harden, Anthony | Discuss with L. Feltz (Deloitte) JoAnn account closure project. | $605.00 | 0.5 | $302.50 |
| Harden, Anthony | Log into Joann's accounts to check the login credentials. | $605.00 | 1.0 | $605.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Tax Compliance Services* | | | | |
| 05/13/2025 | | | | |
| Harden, Anthony | Review the Account closure file to check whether comments are available prior to the meeting. | $605.00 | 1.0 | $605.00 |
| Kumar, Reshma S | Discussion with D. Janosik, R. Kaur, S. Vishnu, A. Harden, R. Garg (Deloitte) regarding Sales and Use tax account closure. | $605.00 | 1.0 | $605.00 |
| S, Vishnu | Call with A. Harden, R. Kumar, D. Janosik (Deloitte) regarding Sales & Use Tax account closure. | $605.00 | 0.5 | $302.50 |
| Schiavone, Frank | Format the trial balance in a manner to be imported into OneSource Income Tax. | $605.00 | 1.6 | $968.00 |
| 05/14/2025 | | | | |
| Harden, Anthony | Call with S. Vishu, R. Kumar, D. Janosik (Deloitte) regarding Sales & Use Tax account closure. | $605.00 | 0.7 | $423.50 |
| Karuturi, Ramyasri | Update information requests for the 2/1/2025 federal tax return for items received. | $405.00 | 0.3 | $121.50 |
| Przybojewski, David | Call with State of Texas for Internal Conference on TX Sales Tax Audit for Jo-Ann. | $715.00 | 0.5 | $357.50 |
| S, Sudharshan | Import the trial balance into OneSource Income Tax provision. | $505.00 | 2.0 | $1,010.00 |
| S, Sudharshan | Format trial balance to be imported into OneSource Income Tax. | $505.00 | 2.0 | $1,010.00 |
| Schiavone, Frank | Format trial balance to be imported into OneSource Income Tax. | $605.00 | 1.4 | $847.00 |
| 05/15/2025 | | | | |
| Harden, Anthony | E-filing the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $605.00 | 0.7 | $423.50 |
| Karuturi, Ramyasri | Meeting with F. Schiavone (Deloitte) to discuss the Estimated Federal Taxable Income workpaper. | $405.00 | 0.7 | $283.50 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Out of Scope Tax Compliance Services** | | | | |
| 05/15/2025 | | | | |
| Karuturi, Ramyasri | Continue to format the trial balance for the taxable income calculation workpaper. | $405.00 | 3.3 | $1,336.50 |
| Schiavone, Frank | Meeting with R. Karuturi (Deloitte) to discuss the Estimated Federal Taxable Income workpaper. | $605.00 | 0.7 | $423.50 |
| Schiavone, Frank | Call with R. Karuturi (Deloitte) to discuss the entities mapping for the trial balance import. | $605.00 | 0.5 | $302.50 |
| Schiavone, Frank | Meeting with C. Myler discussing Excel formatting to transpose the trial balance into the taxable income workbook. | $605.00 | 0.7 | $423.50 |
| 05/16/2025 | | | | |
| Harden, Anthony | Complete the Creativebug e-filing matrix verification. | $605.00 | 1.3 | $786.50 |
| Karuturi, Ramyasri | Prepare the federal taxable income workpaper by importing the trial balance into the workpaper. | $405.00 | 3.0 | $1,215.00 |
| Karuturi, Ramyasri | Email F. Schiavone (Deloitte) a status update of the JOANN Inc and subsidiaries tax return ended 2/1/2025. | $405.00 | 0.2 | $81.00 |
| S, Sudharshan | Format trial balance to be imported into OneSource Income Tax. | $505.00 | 2.5 | $1,262.50 |
| S, Sudharshan | Work through issues with getting the trial balance to equal zero. | $505.00 | 2.5 | $1,262.50 |
| 05/19/2025 | | | | |
| Culp, Mathew | Review response from Louisiana income tax agent in regards to Jo-Ann Stores, LLC inventory tax credit notice for TY23. | $715.00 | 0.1 | $71.50 |
| Harden, Anthony | Review the balances to prepare to close the state accounts. | $605.00 | 0.8 | $484.00 |
| Karuturi, Ramyasri | Prepare Federal Taxable Income workpaper for alignment of formulas on the tax adjustments tabs & pivot tables. | $405.00 | 1.2 | $486.00 |
| Kramer, Erica | Review emails and information received to assess status and prepration process of the TY24 tax return. | $715.00 | 1.0 | $715.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Tax Compliance Services* | | | | |
| 05/19/2025 | | | | |
| Przybojewski, David | Review Joann TX power of attorney. | $715.00 | 0.5 | $357.50 |
| Przybojewski, David | Discussion with J. Zelwin (Joann) regarding expedited settlement proposal with state. | $715.00 | 0.5 | $357.50 |
| S, Vishnu | Update the account closure tracker with the Joann Stores comments. | $605.00 | 0.5 | $302.50 |
| 05/20/2025 | | | | |
| Harden, Anthony | Review the logins for Joann Stores. | $605.00 | 0.5 | $302.50 |
| Harden, Anthony | Review the logins for Joann.com. | $605.00 | 0.5 | $302.50 |
| Karuturi, Ramyasri | Email F. Schiavone (Deloitte) regarding taxable income workpaper and new legal entities in the client support. | $405.00 | 0.2 | $81.00 |
| Markota, Aubrey | Analyze open information requests for the JOANN Inc & Subsidiaries income tax returns for 2/1/2025. | $800.00 | 1.4 | $1,120.00 |
| S, Vishnu | Review the account closure tracker for Joann.com. | $605.00 | 0.7 | $423.50 |
| S, Vishnu | Update tracker. account closure. | $605.00 | 1.5 | $907.50 |
| S, Vishnu | Update tracker to reflect the new template version. | $605.00 | 0.3 | $181.50 |
| Schiavone, Frank | Review the trial balance in the taxable income calculation workbook. | $605.00 | 1.0 | $605.00 |
| Schiavone, Frank | Review the tax coding of new accounts in OneSource Income Tax. | $605.00 | 0.7 | $423.50 |
| 05/21/2025 | | | | |
| Culp, Mathew | Review bankruptcy agency agreement to assess the impact on TY25 federal taxable income and state taxable income. | $715.00 | 0.3 | $214.50 |
| Feltz, Lisa | Email R. Cohen, R. Kaur, D. Janosik, A. Harden (Deloitte) regarding JoAnn Account Closure Project. | $405.00 | 0.5 | $202.50 |
| Karuturi, Ramyasri | Call with F. Schiavone(Deloitte) to discuss taxable income calculation. | $405.00 | 0.5 | $202.50 |
| Karuturi, Ramyasri | Prepare federal taxable income workpaper for fiscal year ended 2/1/2025. | $405.00 | 2.7 | $1,093.50 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Tax Compliance Services* | | | | |
| 05/21/2025 | | | | |
| Kumar, Reshma S | Review Joann Stores sales and use tax returns due on the 30th. | $605.00 | 0.5 | $302.50 |
| Kumar, Reshma S | Review Joann.com sales and use tax returns due on the 30th. | $605.00 | 0.5 | $302.50 |
| Markota, Aubrey | Perform 2024 taxable income data analysis. | $800.00 | 1.9 | $1,520.00 |
| S, Vishnu | Email D. Janosik, Rajdeep (Deloitte) regarding Sales and use Tax account closure. | $605.00 | 0.8 | $484.00 |
| S, Vishnu | Sales & Use Tax  account closure online, draft and submission. | $605.00 | 2.7 | $1,633.50 |
| S, Vishnu | Update the notice tracker wth status updates for Joann Stores. | $605.00 | 0.3 | $181.50 |
| Schiavone, Frank | Call with R. Karuturi (Deloitte) to discuss taxable income calculation. | $605.00 | 0.5 | $302.50 |
| 05/22/2025 | | | | |
| Harden, Anthony | Meeting with the J. Zelwin (Joann) regarding the California penalty/interest waiver process with B. Wiggins (Deloitte). | $605.00 | 0.5 | $302.50 |
| Harden, Anthony | Review the logins for Joann Stores. | $605.00 | 0.2 | $121.00 |
| Harden, Anthony | Review the logins for Joann.com. | $605.00 | 0.3 | $181.50 |
| Karuturi, Ramyasri | Prepare Schedule M calculations for the tax return ended 2/1/2025. | $405.00 | 2.1 | $850.50 |
| kaur, Jasmeet | Draft Creativebug sales tax account closure letters. | $405.00 | 0.5 | $202.50 |
| kaur, Jasmeet | Draft Joann.com sales tax account closure letters. | $405.00 | 0.5 | $202.50 |
| kaur, Jasmeet | Draft Joann Stores sales tax account closure letters. | $405.00 | 0.5 | $202.50 |
| Przybojewski, David | Call with J. Zelwin (Joann) regarding Pennsylvania appeal and California notice assessment. | $715.00 | 0.5 | $357.50 |
| S, Vishnu | Prepare the account closure forms and letters to K. Jasmeet and K. Srivastava (Deloitte). | $605.00 | 0.5 | $302.50 |
| Srivastava, Kritika | Prepare the account closure forms for Creativebug. | $405.00 | 1.0 | $405.00 |

6

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Out of Scope Tax Compliance Services** | | | | |
| 05/22/2025 | | | | |
| Srivastava, Kritika | Prepare the account closure forms for Joann Stores. | $405.00 | 1.0 | $405.00 |
| Srivastava, Kritika | Prepare the account closure forms for Joann.com. | $405.00 | 1.0 | $405.00 |
| Srivastava, Kritika | Prepare Anybill workbook. | $405.00 | 1.0 | $405.00 |
| Wiggins, Brian | Call with J. Zelwin (Deloitte) to discuss interest imposed on California sales and use tax audit liability. | $715.00 | 0.2 | $143.00 |
| 05/23/2025 | | | | |
| kaur, Jasmeet | Draft Creativebug sales tax account closure letters. | $405.00 | 1.5 | $607.50 |
| kaur, Jasmeet | Draft Joann.com sales tax account closure letters. | $405.00 | 2.5 | $1,012.50 |
| kaur, Jasmeet | Draft Joann Stores sales tax account closure letters. | $405.00 | 3.0 | $1,215.00 |
| kaur, Jasmeet | Draft Anybill template for Joann Stores outstanding notice payments. | $405.00 | 1.0 | $405.00 |
| S, Vishnu | Sales & Use Tax  account closure forms draft and review and letters. | $605.00 | 0.2 | $121.00 |
| S, Vishnu | Email J. Kaur (Deloitte) clarifying questions regarding the account closure comments. | $605.00 | 0.1 | $60.50 |
| S, Vishnu | Sales & Use Tax account closure. upload online submissions. | $605.00 | 0.3 | $181.50 |
| 05/26/2025 | | | | |
| kaur, Jasmeet | Prepare the Anybill Tracker for the Joann Stores tax payments. | $405.00 | 0.5 | $202.50 |
| Tuteja, Sakshi Sethi | Update the sales and use tax account closure file. | $605.00 | 2.0 | $1,210.00 |
| Tuteja, Sakshi Sethi | Review the closure letters for Joann.com. | $605.00 | 2.5 | $1,512.50 |
| 05/27/2025 | | | | |
| Harden, Anthony | Review the online accounts for Joann Stores to check outstanding payments dues. | $605.00 | 1.0 | $605.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Tax Compliance Services* | | | | |
| 05/27/2025 | | | | |
| Harden, Anthony | Review the online accounts for Joann.com to check outstanding payments due. | $605.00 | 0.5 | $302.50 |
| Markota, Aubrey | Analyze the temporary difference Schedule M information needed to prepare the JOANN Inc & Subsidiaries income tax return for 2/1/2025. | $800.00 | 0.5 | $400.00 |
| Tuteja, Sakshi Sethi | Update the sales and use tax account closure file. | $605.00 | 2.0 | $1,210.00 |
| Tuteja, Sakshi Sethi | Review the closure letters for Joann Stores. | $605.00 | 2.5 | $1,512.50 |
| 05/28/2025 | | | | |
| Feltz, Lisa | Discuss with R. Kumar, R. Singh, A. Harden, S. Vishnu (Deloitte) JoAnn Account Closures. | $405.00 | 0.5 | $202.50 |
| Harden, Anthony | Discuss with L. Feltz, R. Kumar, R. Singh, S. Vishnu (Deloitte) JoAnn Account Closures. | $605.00 | 0.5 | $302.50 |
| Harden, Anthony | Review the notice log to check the status of the Joann Stores CO, FL - City of Panama, IN, TN, and VA notices. | $605.00 | 0.5 | $302.50 |
| Kumar, Reshma S | Discuss with L. Feltz, R. Singh, A. Harden, S. Vishnu (Deloitte) JoAnn Account Closures. | $605.00 | 0.5 | $302.50 |
| S, Vishnu | Review the Sales and Use Tax account closure tracker. | $605.00 | 0.5 | $302.50 |
| S, Vishnu | Review the account closure forms for Joann.com. | $605.00 | 1.0 | $605.00 |
| S, Vishnu | Review the account closure forms for Joann Stores. | $605.00 | 1.5 | $907.50 |
| S, Vishnu | Discuss with L. Feltz, R. Kumar, R. Singh, A. Harden (Deloitte) JoAnn Account Closures. | $605.00 | 0.5 | $302.50 |
| Singh, Rohan | Review the account closure tracker for Joann.com. | $505.00 | 0.5 | $252.50 |
| Srivastava, Kritika | Retrieve the update account closure forms for Joann Stores. | $405.00 | 0.7 | $283.50 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Out of Scope Tax Compliance Services** | | | | |
| 05/28/2025 | | | | |
| Srivastava, Kritika | Retrieve the update account closure forms for Joann.com. | $405.00 | 0.8 | $324.00 |
| Srivastava, Kritika | Retrieve the update account closure forms for Creativebug. | $405.00 | 0.5 | $202.50 |
| Tuteja, Sakshi Sethi | Update the sales and use tax account closure file. | $605.00 | 0.7 | $423.50 |
| Tuteja, Sakshi Sethi | Review the closure letters for Creativebug. | $605.00 | 0.5 | $302.50 |
| 05/29/2025 | | | | |
| Harden, Anthony | Review the notice log to check the status of the Joann Stores MI, TX and PA notices. | $605.00 | 0.8 | $484.00 |
| Harden, Anthony | Review the tracker closure progress. | $605.00 | 0.7 | $423.50 |
| 05/30/2025 | | | | |
| Harden, Anthony | Call with J. Zelwin (Joann), R. Kumar, D. Janosik (Deloitte) regarding the Sales and Use Tax Compliance deliverables. | $605.00 | 0.2 | $121.00 |
| Karuturi, Ramyasri | Prepare the taxable income workpaper (including Schedule M adjustments) for the year ended 2/1/2025. | $405.00 | 2.1 | $850.50 |
| Subtotal for Out of Scope Tax Compliance Services: | | | 107.0 | $58,100.50 |
| **Preparation of Fee Applications** | | | | |
| 05/28/2025 | | | | |
| Gutierrez, Dalia | Prepare January/February fee detail for review by R. Young (Deloitte). | $250.00 | 1.6 | $400.00 |
| Gutierrez, Dalia | Pull March data in preparation for the monthly fee application. | $250.00 | 0.5 | $125.00 |
| Gutierrez, Dalia | Pull April data in preparation for the monthly fee applications. | $250.00 | 0.5 | $125.00 |
| 05/29/2025 | | | | |
| Gutierrez, Dalia | Review March fee detail in preparation for the monthly fee application. | $250.00 | 4.2 | $1,050.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

*May 01, 2025 - May 31, 2025*

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Preparation of Fee Applications** | | | | |
| 05/29/2025 | | | | |
| Gutierrez, Dalia | Continue to review March data in preparation for the monthly fee application. | $250.00 | 2.2 | $550.00 |
| Subtotal for Preparation of Fee Applications: | | | 9.0 | $2,250.00 |
| **Tax Compliance Services** | | | | |
| 05/01/2025 | | | | |
| Gordon, Cheryl | Review California Property Tax Renditions. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review California returns, removal of client signer information/electronic signature for county forms requiring wet signatures. | $0.00 | 1.9 | $0.00 |
| Rahman, Md Wasiur | Review the TY24 Texas Franchise Tax Return workpaper, included a review and tying out supporting documentation. | $0.00 | 3.7 | $0.00 |
| Rahman, Md Wasiur | Review the TY24 Texas Franchise Tax Return workpaper, included updating for changes to the Texas Cost of Goods Sold calculation. | $0.00 | 1.3 | $0.00 |
| Rash, Jeffrey | Review 2025 California property tax renditions and send to J. Zelwin (JOANN) for review and approval. | $0.00 | 0.5 | $0.00 |
| Rash, Jeffrey | Prepare California property tax renditions that require original signature and sign personal property renditions. | $0.00 | 1.5 | $0.00 |
| 05/02/2025 | | | | |
| Das, Prasenjit | Review email from J. Rash (Deloitte) with revisions to California property tax renditions for JOANN, including make requested revisions to renditions. | $0.00 | 2.2 | $0.00 |
| Das, Prasenjit | Review email from J. Rash (Deloitte) with revisions to the Indiana property tax renditions for JOANN, including make requested revisions to renditions. | $0.00 | 2.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/02/2025 | | | | |
| Gordon, Cheryl | Review calendar year 2025 personal property renditions for JOANN locations in California. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review calendar year 2025 property tax renditions for JOANN locations in Arkansas. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Email J. Rash (Deloitte) calendar year 2025 personal property renditions for closed JOANN locations in Alabama. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review calendar year 2025 property tax renditions for JOANN locations in Indiana. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review calendar year 2025 property tax renditions for JOANN locations in Kentucky. | $0.00 | 0.4 | $0.00 |
| Heard, Cassandra | Prepare template to upload 56 property tax renditions for JOANN locaitons in California, including uploading property tax renditions into Anybill for mailing. | $0.00 | 1.9 | $0.00 |
| Kumar, Reshma S | Prepare Arkansas and Missouri sales and use tax returns due on the 7th . | $0.00 | 1.0 | $0.00 |
| Kumar, Reshma S | Review Sales and Use Tax Notices received. | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Review 2025 Indiana property tax renditions. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Email J. Zelwin (JOANN) for review and approval of 2025 Indiana property tax renditions. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Respond to email from J. Zelwin (JOANN) on potential duplicate tax bills for 2 locations in Bexar County, TX. | $0.00 | 0.3 | $0.00 |
| S V, Karthikeyan | Prepare 2025 Indiana property tax renditions, including identification of locations with certain cost basis of that may be exempt for tax year 2025. | $0.00 | 2.0 | $0.00 |
| S V, Karthikeyan | Review 2025 California property tax rendition, including updating taxpayer address and tax preparer information. | $0.00 | 1.0 | $0.00 |
| Singh, Rohan | Roll over the Compliance Information Workbook. | $0.00 | 0.2 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/02/2025 | | | | |
| Singh, Rohan | Complete the e-filing attestation document. | $0.00 | 0.3 | $0.00 |
| Weber, Andrew | Review the TY24 Texas Franchise Tax Return for Joann, Inc. & Subsidiaries. | $0.00 | 1.7 | $0.00 |
| 05/04/2025 | | | | |
| Culp, Mathew | Review 2025 Texas Franchise Tax annual report for Joann Inc. & subsidiaries. | $0.00 | 0.7 | $0.00 |
| 05/05/2025 | | | | |
| Chaudhuri, Sahil | Review the Joann Stores Arkansas and Missouri return. | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Call with H. Heard (Deloitte) regarding update for Bexar County tax bill amounts due. | $0.00 | 0.6 | $0.00 |
| Das, Prasenjit | Review tax bills online and Creating Anybill template for tax bills | $0.00 | 0.4 | $0.00 |
| Gordon, Cheryl | Email P. Das, SV. Karthikeyan (Deloitte) requesting fixed asset listing used to prepare 2025 Cowlitz County, Washington property tax rendition be provided to Assessor via excel file. | $0.00 | 0.1 | $0.00 |
| Gordon, Cheryl | Call King County, Washington Tax Collector to check property tax and request tax year 2025 property tax bill. | $0.00 | 0.2 | $0.00 |
| Gordon, Cheryl | Call MaComb County, Washington Tax Collector to check property tax amounts due for the 2 locations in MaComb County. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Call with P. Das (Deloitte) regarding update for Bexar County tax bill amounts due. | $0.00 | 0.6 | $0.00 |
| Kumar, Reshma S | Update the notice tracker of the resolution for AL-Montgomery sales and use tax notice. | $0.00 | 1.0 | $0.00 |
| Kumar, Reshma S | Email J. Zelwin (Joann) to approve the IL, ME, TN, and WY sales and use tax returns for Joann Stores due on the 15th. | $0.00 | 0.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/05/2025 | | | | |
| Kumar, Reshma S | Email J. Zelwin (Joann) to approve the IL, ME and WY sales and use tax returns for Joann .com due on the 15th. | $0.00 | 0.5 | $0.00 |
| Rash, Jeffrey | Sign California property tax renditions in taxing jurisdictions where an original signature is required. | $0.00 | 1.2 | $0.00 |
| Rash, Jeffrey | Review property tax related mail received from JOANN, such as property tax bills, notices to file renditions and assessment notices. | $0.00 | 1.3 | $0.00 |
| Rash, Jeffrey | Email P. Das and SV. Karthikeyan (Deloitte) to process tax bills for payment. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Email C. Gordon, C. Heard, P. Das, SV. Karthikeyan (Deloitte) to prepare schedule for property tax payments made in April 2025. | $0.00 | 0.2 | $0.00 |
| 05/06/2025 | | | | |
| Culp, Mathew | Call with A. Weber and K. Dygas (Deloitte) for planning TY24 and TY25 state income tax compliance. | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Identify JOANN locations where calendar year 2024 property tax bills not received, including obtaining missing tax bills. | $0.00 | 1.5 | $0.00 |
| Das, Prasenjit | Call with C. Heard (Deloitte) regarding tax bills for Colorado and Texas locations. | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Prepare spreadsheet for 5 property tax payments, including providing copy of tax bills. | $0.00 | 1.0 | $0.00 |
| Das, Prasenjit | Review stores where a 2024 personal property rendition was filed checking property tax bill has been received and paid. | $0.00 | 2.5 | $0.00 |
| Gordon, Cheryl | Review payment information for the King County, Washington account for tax year 2025 to include a bill updated with penalty and interest through 5/25/25. | $0.00 | 0.7 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/06/2025 | | | | |
| Gordon, Cheryl | Request tax year 2025 property tax due through the payment date of 5/31/25 for accounts: Jo Ann Stores, LLC, tax year 2024. Jo-Ann Stores, LLC - 1940, Tax year 2024. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Prepare template to upload 56 California property tax renditions into Anybill. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Upload California renditions into Anybill to be printed and mailed. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Prepare IL, ME, TN, and WY sales and use tax returns for Joann  Stores due on the 15th. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Prepare IL, ME, and WY sales and use tax returns for Joann.com due on the 15th. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Prepare IL, ME, TN, and WY sales and use tax returns for Joann  Stores due on the 15th. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Prepare IL, ME, and WY sales and use tax returns for Joann.com due on the 15th. | $0.00 | 0.5 | $0.00 |
| Rahman, Md Wasiur | Prepare the TY24 Texas Franchise Tax Return for Joann, Inc. & Subsidiaries. | $0.00 | 4.0 | $0.00 |
| Rash, Jeffrey | Prepare CA renditions with original signature to be mailed. | $0.00 | 0.3 | $0.00 |
| 05/07/2025 | | | | |
| Culp, Mathew | Call with C. Clark (Deloitte) to discuss extension calculation payments. | $0.00 | 0.5 | $0.00 |
| Culp, Mathew | Review TY24/TY25 state income tax compliance information request to send to J. Zelwin (Joann). | $0.00 | 0.2 | $0.00 |
| Culp, Mathew | Review TY24/TY25 state tax projections to provide potential opportunities to reduce tax for TY24/TY25 for Joann Support Center and the Joann Inc. consolidated group. | $0.00 | 1.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/07/2025 | | | | |
| Das, Prasenjit | Prepare 2025 Maryland property rendition, including manual edits to rendition form and updating attachments included with rendition. | $0.00 | 2.5 | $0.00 |
| Das, Prasenjit | Prepare reconciliation workpapers for Maryland property tax rendition. | $0.00 | 1.0 | $0.00 |
| Das, Prasenjit | Meet with SV. Karthikeyan (Deloitte) to review revisions to Maryland rendition. | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Process assessment notice. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | Update the notice log with the MI, TX, and PA notices for Joann Stores, LLC. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Contact Arapahoe County assessor regarding tax bills for Store #1672 and #2071 for tax due amounts. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Email J. Rash concerning mailing of California returns that required wet signatures. | $0.00 | 0.1 | $0.00 |
| Kumar, Reshma S | California Notice resolution. | $0.00 | 1.5 | $0.00 |
| Rahman, Md Wasiur | Prepare the TY24 Texas Franchise Tax Return for Joann, Inc. & Subsidiaries. | $0.00 | 3.3 | $0.00 |
| Rahman, Md Wasiur | Revise the TY24 Texas Franchise tax return based on review comments from A. Weber (Deloitte). | $0.00 | 1.2 | $0.00 |
| Rahman, Md Wasiur | Prepare a notice response for the Louisiana Notice for TY23 regarding the ad valorum tax detail request. | $0.00 | 1.0 | $0.00 |
| S V, Karthikeyan | Prepare 2025 Maryland personal property rendition. | $0.00 | 2.5 | $0.00 |
| S V, Karthikeyan | Prepare reconciliation workpapers for 2025 Maryland property tax rendition. | $0.00 | 1.5 | $0.00 |
| 05/08/2025 | | | | |
| C, Vivek | Process the Creativebug sales and use tax data for the Compliance Information Workbook. | $0.00 | 1.0 | $0.00 |
| C, Vivek | Process the Joann Stores sales and use tax data for the Compliance Information Workbook. | $0.00 | 2.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

*May 01, 2025 - May 31, 2025*

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/08/2025 | | | | |
| C, Vivek | Process the Joann.com sales and use tax data for the Compliance Information Workbook. | $0.00 | 2.0 | $0.00 |
| Garg, Rishu | Prepare the Joann Stores IL, ME, TN, and WY Returns due by the 15th. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | Prepare the Joann.com IL, ME, and WY Returns due by the 15th. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Upload template containing details for 5 property tax bills, including the 5 property tax bills into Anybill for processing and payment by Anybill. | $0.00 | 0.8 | $0.00 |
| Kumar, Reshma S | Address sales and use tax return prep issues for IL, ME and WY sales and use tax returns for Joann.com. | $0.00 | 0.5 | $0.00 |
| Rahman, Md Wasiur | Review the tax tracker to identify which returns were paper filed in order to update for any filing address changes. | $0.00 | 0.5 | $0.00 |
| Rash, Jeffrey | Review 5 tax bills received from JOANN and process in property tax software for payment.  Review funding file and send to J. Zelwin (JOANN) for processing and funding of Anybill account. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review funding file and send to J. Zelwin (JOANN) for processing and funding of Anybill account. | $0.00 | 0.3 | $0.00 |
| 05/09/2025 | | | | |
| Garg, Rishu | Prepare the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 3.0 | $0.00 |
| Garg, Rishu | Prepare the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |
| Garg, Rishu | Prepare the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 3.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/09/2025 | | | | |
| Heard, Cassandra | Call with Arapahoe County, Colorado Assessor to obtain updated property tax amount due for JOANN stores #1672, #2071 and #2055. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Email Clark Co, WA assessor to request PDF/Replacement form to file 2025 returns. | $0.00 | 0.5 | $0.00 |
| 05/10/2025 | | | | |
| Gordon, Cheryl | Email P. Das, SV. Karthikeyan) regarding status of calendar year 2025 property tax renditions for JOANN locations in Indiana and Kentucky. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Prepare template for Indiana returns to be uploaded to Anybill. | $0.00 | 0.6 | $0.00 |
| 05/12/2025 | | | | |
| C, Vivek | Process the Joann Stores sales and use tax data for the Compliance Information Workbook. | $0.00 | 2.0 | $0.00 |
| Chaudhuri, Sahil | Review the Joann Stores IL, ME, TN, and WY returns due by the 15th. | $0.00 | 0.2 | $0.00 |
| Chaudhuri, Sahil | Review the Joann.com IL, ME, and WY returns due by the 15th. | $0.00 | 0.3 | $0.00 |
| Culp, Mathew | Respond to questions from J. Zelwin (Joann) on state tax extensions and account IDs. | $0.00 | 0.2 | $0.00 |
| Gordon, Cheryl | Perform rendition review for Kentucky, Arkansas. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Email J. Rash (Deloitte) containing property tax renditions for review and approval. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Email C. Gordon (Deloitte) Maryland property tax rendition for review and approval. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review 2025 personal property renditions for locations in Arkansas. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review 2025 personal property renditions for locations in Kentucky. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review 2025 personal property renditions for locations in Utah. | $0.00 | 0.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Compliance Services** | | | | |
| 05/12/2025 | | | | |
| Heard, Cassandra | Prepare template to upload Indiana property tax renditions into Anybill. | $0.00 | 1.0 | $0.00 |
| Heard, Cassandra | Upload Indiana renditions into Anybill to be printed and mailed. | $0.00 | 0.8 | $0.00 |
| Kumar, Reshma S | Connect with C. Vivek (Deloitte) regarding Joann Sales and Use tax data issues. | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Review 2025 property tax renditions for locations in Arkansas. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Review 2025 property tax renditions for locations in Kentucky. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review property tax email received from J. Zelwin (Joann). | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Email P. Das, SV. Karthikeyan (Deloitte) regarding property tax bills for payment within property tax software. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Review 2025 property tax renditions for locations in Utah. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Email P. Das (Deloitte) to revise Arkansas and Utah renditions. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Email J. Zelwin (Joann) with Kentucky property tax renditions for review. | $0.00 | 0.1 | $0.00 |
| Singh, Rohan | Prepare the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 0.7 | $0.00 |
| Singh, Rohan | Prepare the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |
| Singh, Rohan | Prepare the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |
| 05/13/2025 | | | | |
| Culp, Mathew | Respond to email from J. Zelwin (Joann) regarding state tax extensions and account IDs. | $0.00 | 0.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/13/2025 | | | | |
| Das, Prasenjit | Review email received from J. Rash (Deloitte) with tax bill received from J. Zelwin (JOANN), including research on 7 property tax bills to obtain updated tax amount due and process for payment. | $0.00 | 3.0 | $0.00 |
| Garg, Rishu | Fax the Joann Stores North Carolina return for Dec 2023. | $0.00 | 0.7 | $0.00 |
| Kumar, Reshma S | Review sales and use tax returns due on the 20th of every month. | $0.00 | 2.0 | $0.00 |
| Rash, Jeffrey | Email J. Zelwin (JOANN) regarding approval to file property tax renditions. | $0.00 | 0.1 | $0.00 |
| Rash, Jeffrey | Review revised Arkansas property tax renditions. | $0.00 | 0.3 | $0.00 |
| Rash, Jeffrey | Review revised Utah property tax renditions. | $0.00 | 0.3 | $0.00 |
| S V, Karthikeyan | KY returns update and reprint | $0.00 | 1.5 | $0.00 |
| 05/14/2025 | | | | |
| Chaudhuri, Sahil | Review the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |
| Chaudhuri, Sahil | Review  the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 2.5 | $0.00 |
| Chaudhuri, Sahil | Review the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 2.0 | $0.00 |
| Das, Prasenjit | Prepare schedule containing property tax payments made in April 2025. | $0.00 | 2.0 | $0.00 |
| Das, Prasenjit | Prepare Anybill template for 7 property tax bills received on May 13, 2025 with updated tax amount due. | $0.00 | 1.0 | $0.00 |
| Garg, Rishu | File the Joann Stores IL, ME, TN, and WY Returns due by the 15th. | $0.00 | 0.8 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/14/2025 | | | | |
| Garg, Rishu | File the Joann.com IL, ME, and WY Returns due by the 15th. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Review the April 2025 tax bill payments file for bills processed in Anybill for the month. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Upload the Kentucky returns to Anybill for mailing. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Upload approved calendar year 2025 Utah property tax renditions for JOANN into Anybill for processing and mailing. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Update renditions calendar with number of returns and date they were uploaded to Anybill. | $0.00 | 0.1 | $0.00 |
| Kumar, Reshma S | Review sales and use tax returns due on the 20th of every month. | $0.00 | 2.0 | $0.00 |
| 05/15/2025 | | | | |
| Heard, Cassandra | Review Bexar Co (TX) tax bill check amounts changed in Anybill. | $0.00 | 0.4 | $0.00 |
| Heard, Cassandra | Communicate with Clark County, Washington Assessor on preferred method to resubmit 2025 property tax rendition, since initial filing of property tax rendition was rejected. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Review appointment of agent form for Rockwell County, Texas. | $0.00 | 0.4 | $0.00 |
| Karuturi, Ramyasri | Call with F. Schiavone (Deloitte) to discuss the entities mapping for the trial balance import. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Upload April 25 Sales and Use Tax payment to Anybill. | $0.00 | 0.5 | $0.00 |
| S, Sudharshan | Upload trial balances to OneSource Income Tax to prepare book return for Jo-Ann Stores Support Center. | $0.00 | 1.3 | $0.00 |
| S, Sudharshan | Upload trial balances to OneSource Income Tax to prepare book return for JOANN Ditto Holdings Inc. | $0.00 | 1.1 | $0.00 |
| S, Sudharshan | Upload trial balances to OneSource Income Tax to prepare book return for Creativebug LLC. | $0.00 | 1.2 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Compliance Services** | | | | |
| 05/15/2025 | | | | |
| S, Sudharshan | Upload trial balances to OneSource Income Tax to prepare book return for WeaveUp Inc. | $0.00 | 1.2 | $0.00 |
| S, Sudharshan | Upload trial balances to OneSource income tax to prepare book return for 1943 Holdings LLC. | $0.00 | 1.2 | $0.00 |
| Schiavone, Frank | Meeting with J. Beaty regarding planning for the 2/1/2025 tax return compliance, including timing of completion, providing trial balance, preliminary taxable income calculations. | $0.00 | 0.4 | $0.00 |
| 05/16/2025 | | | | |
| Garg, Rishu | Prepare the Electronic Data Interchange file for the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | Prepare the Electronic Data Interchange file for the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 0.3 | $0.00 |
| Garg, Rishu | Prepare the Electronic Data Interchange file for the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review the tax bill template for Massachusetts, Tennessee, Michigan, Connecticut, and Oklahoma tax bills due 5/30/2025 and 5/31/2025. | $0.00 | 1.0 | $0.00 |
| Heard, Cassandra | Prepare Clark County, Washington excel listings of assets and sending them to the Clark County assessor via email. | $0.00 | 1.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/16/2025 | | | | |
| Heard, Cassandra | Prepare Rockwall County Appraisal District agent authorization form (includes requesting client permission to use electronic signature an contacting County regarding IP timestamp needed for signature). | $0.00 | 1.8 | $0.00 |
| 05/17/2025 | | | | |
| Garg, Rishu | File the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 0.2 | $0.00 |
| Garg, Rishu | File the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | File the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 0.3 | $0.00 |
| 05/18/2025 | | | | |
| Garg, Rishu | File the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | File the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.5 | $0.00 |
| Garg, Rishu | File the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |
| 05/19/2025 | | | | |
| Culp, Mathew | Respond to Louisiana Department of Revenue agent in regards to income/franchise tax notice for tax year 2023 requesting additional information for inventory tax credit. | $0.00 | 0.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/19/2025 | | | | |
| Garg, Rishu | Update the Electronic Data Interchange file for the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | Update the Electronic Data Interchange file for the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.3 | $0.00 |
| Garg, Rishu | Update  the Electronic Data Interchange file for the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 0.7 | $0.00 |
| Heard, Cassandra | Email Rockwell County, TX Assessor containing signed Appointment of Agent Form. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Review spreadsheet containing open items for property tax compliance engagement with JOANN and mark task around property tax payments outstanding in Colorado completed. | $0.00 | 0.3 | $0.00 |
| Kumar, Reshma S | Address 20th due sales and Use tax returns e-filing issues. | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Email J. Zelwin (JOANN) with request to fund Anybill for property tax bills being uploaded to Anybill for processing. | $0.00 | 0.2 | $0.00 |
| Rash, Jeffrey | Review request from Comal County, TX to have county specific letter of authorization on file to process 2025 property tax rendition, send to J. Zelwin (JOANN). | $0.00 | 0.3 | $0.00 |
| Singh, Rohan | Review the e-filing confirmations for the Creativebug AL, AR, CO, IN, LA,, NC, PA, RI, TN, TX, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/19/2025 | | | | |
| Singh, Rohan | Review the e-filing confirmations the Joann Stores AK, AL, AR, AZ, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.5 | $0.00 |
| Singh, Rohan | Review the e-filing confirmations the Joann.com AK, AL, AR, CO, DE, FL, GA, ID, IL, IN, KY, LA, MD, MI, MN, MO, MS, NC, NE, NJ, NY, OK, PA, RI, SC, SD, TN, TX, VA, WI, and WV returns due by the 20th. | $0.00 | 1.0 | $0.00 |
| Singh, Rohan | Prepare the sales data files for returns due by the 25th. | $0.00 | 0.5 | $0.00 |
| Singh, Rohan | Prepare the sales data files for returns due by the 30th. | $0.00 | 0.5 | $0.00 |
| 05/20/2025 | | | | |
| Culp, Mathew | Review Mississippi income/franchise tax notices for tax years 2021 and 2022 for Joann Stores Holdings, Inc. and respond to notices. | $0.00 | 0.3 | $0.00 |
| Feltz, Lisa | Upload Anybill 202504_JOANN.COM, LLC_LA-JEFFERSON Sales and Use Tax Report. | $0.00 | 0.2 | $0.00 |
| Kumar, Reshma S | Review efiled Joann Stores sales and use tax returns for april 25 period. | $0.00 | 2.0 | $0.00 |
| Kumar, Reshma S | Review efiled Joann.com sales and use tax returns for april 25 period. | $0.00 | 2.0 | $0.00 |
| Kumar, Reshma S | Review Joann Stores sales and use tax returns due on the 30th. | $0.00 | 1.0 | $0.00 |
| Kumar, Reshma S | Review Joann.com sales and use tax returns due on the 30th. | $0.00 | 1.0 | $0.00 |
| Rash, Jeffrey | Review property tax mail received from V. Davidson of Cleveland office. Analyze each piece of mail and send e-mail to Deloitte Property Tax team with results of analysis and action steps needed. | $0.00 | 0.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/20/2025 | | | | |
| Weber, Andrew | Address a notice for the state of Louisiana. Called state to retrieve an email for where to send a notice response letter to and gain clarification on details the state was requesting. | $0.00 | 0.3 | $0.00 |
| 05/21/2025 | | | | |
| Das, Prasenjit | Conduct search on MaComb County, Michigan Treasurer website to obtain current tax amount due for 2 stores. | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Call Oakland County, MI and Barrien County, Michigan to obtain current tax amount due. | $0.00 | 0.5 | $0.00 |
| Das, Prasenjit | Prepare spreadsheet for 12 property tax payments, including providing copy of tax bills. | $0.00 | 1.0 | $0.00 |
| Garg, Rishu | Provide security codes to registration team for account closure. | $0.00 | 0.7 | $0.00 |
| Garg, Rishu | Discussion with D. Janosik, R. Kaur, S. Vishnu, A. Harden, R. Kumar (Deloitte) regarding Sales and Use tax account closure discussion | $0.00 | 0.8 | $0.00 |
| Heard, Cassandra | Email D. Prasenjit (Deloitte) to include updated tax amount due for store located in Arapahoe County, Colorado. | $0.00 | 1.1 | $0.00 |
| Heard, Cassandra | Review 4 property tax bills. | $0.00 | 0.4 | $0.00 |
| Karuturi, Ramyasri | Call with S. Sudharshan (Deloitte) to discuss OneSource Income Tax binder setup. | $0.00 | 0.2 | $0.00 |
| Kumar, Reshma S | Work on closing of sales and use tax accounts. | $0.00 | 1.0 | $0.00 |
| 05/22/2025 | | | | |
| Das, Prasenjit | Prepare Anybill template for the tax bill. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | File Joann Stores sales and use tax returns manually due by the 25th. | $0.00 | 1.7 | $0.00 |
| Garg, Rishu | File Joann Stores sales and use tax returns manually due by the 30th. | $0.00 | 1.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/22/2025 | | | | |
| Heard, Cassandra | Upload spreadsheet containing details for 4 property tax bills, including copies of 4 property tax bills, into Anybill for processing and payment. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Void checks for duplicate property tax payments in Washington County, Maryland, Johnson City, TN, and James City County, VA. | $0.00 | 2.0 | $0.00 |
| Heard, Cassandra | Call Master Clerk for Washington County, Tennessee to obtain updated tax amount due. | $0.00 | 0.5 | $0.00 |
| Heard, Cassandra | Upload spreadsheet containing details for 12 property tax bills, including copies of 12 property tax bills, into Anybill for processing and payment. | $0.00 | 1.2 | $0.00 |
| Kumar, Reshma S | Work on closing of sales and use tax accounts for Joann Stores. | $0.00 | 1.0 | $0.00 |
| Singh, Rohan | Research Anybill email regarding Colorado sales and use tax payment refused by CO Department of Revenue. | $0.00 | 0.2 | $0.00 |
| Singh, Rohan | Email Anybill attaching the proof of filing and return for Joann  Stores. | $0.00 | 0.3 | $0.00 |
| 05/23/2025 | | | | |
| Das, Prasenjit | Prepare Anybill tamplete containing 4 property tax bills for JOANN locations, including uploading property tax bills into Anybill for processing and payment. | $0.00 | 0.5 | $0.00 |
| Garg, Rishu | File the Joann.com sales and use tax returns due by the 30th. | $0.00 | 0.8 | $0.00 |
| Garg, Rishu | File the Joann Stores sales and use tax returns due by the 25th. | $0.00 | 0.7 | $0.00 |
| Singh, Rohan | File the Joann Stores sales and use tax returns due by the 25th. | $0.00 | 0.5 | $0.00 |
| Singh, Rohan | File the Joann.com sales and use tax returns due by the 30th. | $0.00 | 0.5 | $0.00 |
| 05/26/2025 | | | | |
| Garg, Rishu | Log the Joann.com sales and use tax notices for Ohio. | $0.00 | 0.3 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

05/26/2025

| | Garg, Rishu | Log the Joann Stores sales and use tax notices for California, Michigan, Pennsylvania, and Texas. | $0.00 | 0.7 | $0.00 |
|---|---|---|---|---|---|
| | Kumar, Reshma S | Review the Joann Stores notice resolutions. | $0.00 | 0.5 | $0.00 |
| | Kumar, Reshma S | Review the Joann.com notice resolutions. | $0.00 | 0.5 | $0.00 |
| | S, Sudharshan | Prepare book return for 1943 Holdings LLC. | $0.00 | 1.5 | $0.00 |
| | S, Sudharshan | Prepare book return in OneSource Income Tax for Creativebug LLC. | $0.00 | 1.5 | $0.00 |
| | S, Sudharshan | Prepare book return in OneSource Income Tax for Creative Tech Solutions LLC. | $0.00 | 1.5 | $0.00 |
| | S, Sudharshan | Clear e-filing diagnostics within the tax software, OneSource Income Tax, for the tax return ended 2/1/2025. | $0.00 | 1.5 | $0.00 |

05/27/2025

| | Garg, Rishu | Archive the Joann supporting documentation for May 2025. | $0.00 | 1.0 | $0.00 |
|---|---|---|---|---|---|

05/28/2025

| | Heard, Cassandra | Research Anybill outstanding checks (for Arapahoe County, Salt Lake County, VA Beach checks) - Arapahoe and VA Beach checks voided because of updated payment. | $0.00 | 0.5 | $0.00 |
|---|---|---|---|---|---|
| | Kumar, Reshma S | Review Sales and Use tax dashboard. | $0.00 | 2.5 | $0.00 |

05/29/2025

| | Chaudhuri, Sahil | Review the shared drive system checking whether the supporting documentation is stored. | $0.00 | 0.5 | $0.00 |
|---|---|---|---|---|---|
| | Garg, Rishu | Prepare the Compliance Information Workbook for May 2025 for the Joann Stores sales and use tax payments. | $0.00 | 0.8 | $0.00 |
| | Gordon, Cheryl | Provide listing of assets to Assessor in a spreadsheet for JOANN store located in Toole County, Utah. | $0.00 | 0.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 05/29/2025 | | | | |
| Gordon, Cheryl | Review request from Toole County, Colorado to provide listing of assets in excel. | $0.00 | 0.3 | $0.00 |
| Gordon, Cheryl | Respond to South Carolina Department of Revenue regarding the Horry County, SC property tax rendition for tax year 2025: request for asset listing as of 1/1/25. | $0.00 | 0.7 | $0.00 |
| Gordon, Cheryl | Email C. Heard, P. Das, SV. Karthikeyan (Deloitte) on process to review outstansing property tax report, including steps to resolve outstanding property tax payments. | $0.00 | 0.3 | $0.00 |
| Gordon, Cheryl | Provide fixed asset listings for 3 stores located in Utah County, Utah to Assessor via excel. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Review communication from Arapahoe County, CO and City of Virginia Beach, VA around duplicate property tax payments. | $0.00 | 0.1 | $0.00 |
| Heard, Cassandra | Void checks returned from City of Johnson City, Tennessee and Washington County, Maryland due to dupliacte property tax payments for JOANN locations. | $0.00 | 0.2 | $0.00 |
| Heard, Cassandra | Upload tax bill for Spring Independent School District in Texas into Anybill for processing and payment. | $0.00 | 0.3 | $0.00 |
| Schiavone, Frank | Review the trial balance and Onesource Income Tax software for tax coding of new trial balance accounts. | $0.00 | 1.6 | $0.00 |
| 05/30/2025 | | | | |
| Gordon, Cheryl | Discuss with C. Heard (Deloitte) response to the recurring tax bill payment requests. | $0.00 | 0.2 | $0.00 |
| Kumar, Reshma S | Call with J. Zelwin (Joann), A. Harden, D. Janosik (Deloitte) regarding the Sales and Use Tax Compliance deliverables action plan. | $0.00 | 0.5 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/30/2025 | | | | |
| Kumar, Reshma S | Call with R. Singh, S. Choudhary, A. Harden, D. Janosik (Deloitte) regarding the Sales and Use Tax Compliance deliverables action plan. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Review the Joann Stores notice resolutions. | $0.00 | 0.5 | $0.00 |
| Kumar, Reshma S | Review the Joann.com notice resolutions. | $0.00 | 0.5 | $0.00 |
| S, Sudharshan | Prepare book return for Ditto Holdings Inc. | $0.00 | 1.3 | $0.00 |
| S, Sudharshan | Prepare book return for Jo-Ann Stores Support Center Inc. | $0.00 | 1.7 | $0.00 |
| S, Sudharshan | Prepare book return for Jo-Ann Stores LLC. | $0.00 | 1.7 | $0.00 |
| S, Sudharshan | Prepare book return for Joann.com LLC. | $0.00 | 1.3 | $0.00 |
| Schiavone, Frank | Review trial balance and Onesource Income Tax software for tax coding of new trial balance accounts. | $0.00 | 0.6 | $0.00 |
| 05/31/2025 | | | | |
| Gordon, Cheryl | Review the May tax bill payments file and provided instruction to team for this recurring request. | $0.00 | 0.3 | $0.00 |
| Heard, Cassandra | Generate May 2025 tax bill payments file for J. Rash (Deloitte). | $0.00 | 2.1 | $0.00 |
| Subtotal for Tax Compliance Services: | | | 198.1 | $0.00 |
| *Tax Restructuring Services* | | | | |
| 05/02/2025 | | | | |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss Texas sales tax audit. | $990.00 | 1.0 | $990.00 |
| 05/05/2025 | | | | |
| Krozek, Derek | Research keyman policy surrender and treatment under section 382. | $990.00 | 2.1 | $2,079.00 |
| Krozek, Derek | Research transaction costs and timing of deductibility. | $990.00 | 3.5 | $3,465.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

*May 01, 2025 - May 31, 2025*

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 05/06/2025 | | | | |
| Krozek, Derek | Read tax return workpapers related to capitalized costs under section 174. | $990.00 | 3.1 | $3,069.00 |
| Krozek, Derek | Read tax return workpapers related to capitalized under section 266 and consequences related to the sale. | $990.00 | 2.7 | $2,673.00 |
| 05/07/2025 | | | | |
| Krozek, Derek | Update gain or loss calculation for information updates. | $990.00 | 1.7 | $1,683.00 |
| Krozek, Derek | Continue research related to professional fees deductibility. | $990.00 | 2.3 | $2,277.00 |
| 05/08/2025 | | | | |
| Krozek, Derek | Update prior bankruptcy model of US federal income tax consequences for information updates to understand how changes may impact current analysis. | $990.00 | 2.7 | $2,673.00 |
| Krozek, Derek | Email J. Zelwin (Joann) related to status updates of tax workstreams and open items. | $990.00 | 2.1 | $2,079.00 |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss key man life insurance policy. | $990.00 | 0.5 | $495.00 |
| 05/14/2025 | | | | |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss Pennsylvania sales tax audits. | $990.00 | 0.5 | $495.00 |
| 05/16/2025 | | | | |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss California sales tax audit. | $990.00 | 0.5 | $495.00 |
| 05/20/2025 | | | | |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss Pennsylvania sales tax audits. | $990.00 | 0.5 | $495.00 |
| 05/21/2025 | | | | |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss Pennsylvania sales tax audits. | $990.00 | 1.0 | $990.00 |
| 05/27/2025 | | | | |
| Krozek, Derek | Review bankruptcy US federal income tax model from previous bankruptcy for considerations related to liquidation transaction. | $990.00 | 2.1 | $2,079.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 05/27/2025 | | | | |
| Krozek, Derek | Review summary of professional fees provided by third party for amounts that could become deductible for income tax purposes upon liquidation. | $990.00 | 1.9 | $1,881.00 |
| Paszt, Laura | Meet with J. Zelwin (Joann) to estimate taxable income for the final year. | $990.00 | 0.5 | $495.00 |
| 05/28/2025 | | | | |
| Krozek, Derek | Research the ability to recognize loss on previously capitalized professional fees upon liquidation. | $990.00 | 2.7 | $2,673.00 |
| Krozek, Derek | Continued research related to the deductibility of professional fees in liquidation transactions. | $990.00 | 1.1 | $1,089.00 |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss Pennsylvania sales tax audits. | $990.00 | 0.5 | $495.00 |
| 05/29/2025 | | | | |
| Krozek, Derek | Review updated projection of winddown costs for updates to initial estimated gain or loss on liquidation. | $990.00 | 2.3 | $2,277.00 |
| Krozek, Derek | Review summary of intercompany balances for US federal income tax treatment in US federal income tax model updates. | $990.00 | 2.1 | $2,079.00 |
| 05/30/2025 | | | | |
| Paszt, Laura | Meet with J. Zelwin (Joann) to discuss the California and Texas sales tax audit. | $990.00 | 0.5 | $495.00 |
| Subtotal for Tax Restructuring Services: | | | 37.9 | $37,521.00 |
| **Total** | | | **352.0** | **$97,871.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Krozek, Derek | $990.00 | 32.4 | $32,076.00 |
| Paszt, Laura | $990.00 | 5.5 | $5,445.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

## Recapitulation

| Name | Rate | Hours | Fees |
|------|-----:|------:|-----:|
| Clark, Courtney | $800.00 | 1.3 | $1,040.00 |
| Markota, Aubrey | $800.00 | 3.8 | $3,040.00 |
| Culp, Mathew | $715.00 | 0.9 | $643.50 |
| Kramer, Erica | $715.00 | 1.0 | $715.00 |
| Przybojewski, David | $715.00 | 3.0 | $2,145.00 |
| Wiggins, Brian | $715.00 | 0.2 | $143.00 |
| Harden, Anthony | $605.00 | 18.0 | $10,890.00 |
| Kumar, Reshma S | $605.00 | 3.5 | $2,117.50 |
| S, Vishnu | $605.00 | 11.9 | $7,199.50 |
| Schiavone, Frank | $605.00 | 7.1 | $4,295.50 |
| Tuteja, Sakshi Sethi | $605.00 | 10.2 | $6,171.00 |
| S, Sudharshan | $505.00 | 9.0 | $4,545.00 |
| Singh, Rohan | $505.00 | 1.3 | $656.50 |
| Feltz, Lisa | $405.00 | 2.1 | $850.50 |
| Garg, Rishu | $405.00 | 1.4 | $567.00 |
| Karuturi, Ramyasri | $405.00 | 16.3 | $6,601.50 |
| kaur, Jasmeet | $405.00 | 10.0 | $4,050.00 |
| Srivastava, Kritika | $405.00 | 6.0 | $2,430.00 |
| Gutierrez, Dalia | $250.00 | 9.0 | $2,250.00 |
| C, Vivek | $0.00 | 7.0 | $0.00 |
| Chaudhuri, Sahil | $0.00 | 7.0 | $0.00 |
| Culp, Mathew | $0.00 | 4.5 | $0.00 |
| Das, Prasenjit | $0.00 | 24.5 | $0.00 |
| Feltz, Lisa | $0.00 | 0.2 | $0.00 |
| Garg, Rishu | $0.00 | 26.7 | $0.00 |
| Gordon, Cheryl | $0.00 | 5.9 | $0.00 |
| Heard, Cassandra | $0.00 | 29.5 | $0.00 |
| Karuturi, Ramyasri | $0.00 | 0.7 | $0.00 |
| Kumar, Reshma S | $0.00 | 28.0 | $0.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2025 - May 31, 2025

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Rahman, Md Wasiur | $0.00 | 15.0 | $0.00 |
| Rash, Jeffrey | $0.00 | 8.8 | $0.00 |
| S V, Karthikeyan | $0.00 | 8.5 | $0.00 |
| S, Sudharshan | $0.00 | 18.0 | $0.00 |
| Schiavone, Frank | $0.00 | 2.6 | $0.00 |
| Singh, Rohan | $0.00 | 9.2 | $0.00 |
| Weber, Andrew | $0.00 | 2.0 | $0.00 |