IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., et al.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtor[s]. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF MONTHLY STAFFING AND COMPENSATION REPORT OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 16, 2025**

PLEASE TAKE NOTICE that, on March 4, 2025, the United States Bankruptcy Court for the District of Delaware (the "U.S. Trustee") entered the Order Authorizing the Debtors, pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code"), to (i) retain Alvarez & Marsal North America, LLC ("A&M") to provide the Debtors an interim Chief Executive Officer (CEO), an interim Chief Financial Officer (CFO), and certain additional personnel and (ii) designate Michael Prendergast as the Debtors' ("CEO"), (iii) designate Jeffrey Dwyer as the Debtors' ("CFO"), in each case effective as of the Petition Date [Docket No. 554] (the "A&M Retention Order").

PLEASE TAKE FURTHER NOTICE that, in accordance with the A&M Retention Order, Alvarez & Marsal North America, LLC hereby files its monthly staffing and compensation report for the period from July 1, 2025 through and including July 16, 2025 (the "Monthly Staffing and Compensation Report") in the form attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Monthly Staffing and Compensation Report must be filed with the Court and served so as to be received by the undersigned counsel to the Debtors.

PLEASE TAKE FURTHER NOTICE that, if an objection is properly filed and served in accordance with the above procedures, and the objection is not consensually resolved, the portion of the Monthly Staffing and Compensation Report objected to shall be subject to review by the Court.

Dated: August 20, 2025  
New York, NY

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

  /s/ *Joseph J. Sciametta*  
Joesph J. Sciametta  
Managing Director  
Alvarez & Marsal North America, LLC  
600 Madison Avenue 8th Floor  
New York, NY 10022  
Telephone: 646.495.3570  
*Financial Advisors for the debtors and Debtors-in-Possession*