**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., et al.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtor[s]. | ) | Jointly Administered |
| | ) | |

**COMBINED STAFFING AND MONTHLY STATEMENT BY**
**ALVAREZ & MARSAL NORTH AMERICA, LLC FOR THE PERIOD**
**FROM JULY 1, 2025 THROUGH JULY 16, 2025**

In accordance with the Court's *Order Authorizing the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors an Interim Chief Executive Officer, an Interim Chief Financial Officer, and Certain Additional Personnel, (II) Designate Michael Prendergast as Interim Chief Executive Officer, and (III) Designate Jeffrey Dwyer as Interim Chief Financial Officer for the Debtors, in Each Case Effective as of the Petition Date* [Docket No. 554] (the "Retention Order"), Alvarez & Marsal North America, LLC ("A&M") hereby files its combined Staffing Report and Monthly Statement (as defined below) for the period from July 1, 2025 through and including July 16, 2025 (the "Reporting Period"), and, in support of such report, represents as follows:

1.      Through its Retention Order, the Court authorized the above-captioned debtors and debtors in possession (the "Debtors") to retain and employ A&M to provide the Debtors an interim Chief Executive Officer ("CEO"), an interim Chief Financial Officer ("CFO"), and certain additional personnel.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2.      In accordance with the Retention Order, A&M is required to file a monthly report and serve the same on the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (together, the "Notice Parties"). The Staffing Report shall include the names and functions filled of the individuals assigned.

3.      Also, in accordance with the Retention Order, A&M is required to file, and to provide notice to the Notice Parties of, a report of compensation earned and expenses incurred on a monthly basis (the "Monthly Statement"). The Monthly Statement shall contain summary charts that describe the services provided, identify the compensation earned by each executive officer and staff employee provided, and itemize the expenses incurred.

4.      Attached hereto as **Exhibits A through H** are A&M's combined Staffing Report and Monthly Statement. The combined Staffing Report and Monthly Statement contains the information required for both the Staffing Report and Monthly Statement, identifies all A&M personnel that provided services to the Debtors during the Reporting Period, along with brief descriptions of their respective corresponding functions, and provides detail required with respect to compensation sought for the Reporting Period.

*[Remainder of page left intentionally blank.]*

Dated: August 20, 2025
New York, NY

Respectfully submitted,


**ALVAREZ & MARSAL NORTH
AMERICA, LLC**

 _/s/ Joseph J. Sciametta_
Joesph J. Sciametta
Managing Director
Alvarez & Marsal North America, LLC
600 Madison Avenue 8th Floor
New York, NY 10022
Telephone: 646.495.3570
*Financial Advisors for the debtors and
Debtors-in-Possession*

Exhibit A

**JOANN INC., et al.,  DD Case No. 25-10068 (CTG)**
**Monthly Staffing Report for Alvarez & Marsal North America, LLC**
**July 1, 2025 through July 16, 2025**
**Summary of Time & Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| **Chief Financial Officer** | | | | |
| Dwyer, Jeffrey | | N/A | 12.5 | $77,419.35 |
| **Additional Engagement Personnel** | | | | |
| | | | | |
| **Other Personnel** | | | | |
| Sciametta, Joe | Managing Director | $1,475 | 9.6 | $14,160.00 |
| McKeighan, Erin | Managing Director | 1,325 | 9.1 | 12,057.50 |
| Haughey, Nicholas | Senior Director | 1,075 | 65.4 | 70,315.75 |
| McNamara, Michael | Director | 850 | 4.0 | 3,400.00 |
| Hensch, Eric | Senior Associate | 750 | 3.7 | 2,775.00 |
| O'Neill, Emily | Senior Associate | 750 | 1.3 | 975.00 |
| Chester, Monte | Associate | 650 | 5.4 | 3,510.00 |
| Fitts, Michael | Associate | 625 | 70.5 | 44,062.50 |
| Okuzu, Ciera | Analyst | 550 | 35.4 | 19,470.00 |
| Rivera-Rozo, Camila | Para Professional | 350 | 7.9 | 2,765.00 |
| | Total | | 212.3 | 173,490.75 |

| | | | | |
|---|---|---|---|---|
| **Invoice Total:** | | | 224.81 | 250,910.10 |
| **Expenses** | | | | 2,924.45 |
| **Amount Due:** | | | | **$253,834.55** |

**Exhibit B**
**JOANN INC., et al.,**
**Summary of CFO Activity**
**July 1, 2025 through July 16, 2025**

| Professional | Position | Fees |
|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | $77,419.35 |
| | **Total** | **$77,419.35** |

**Exhibit C**
**JOANN INC., et al.,**
**Summary of Time Detail by Professional**
**July 1, 2025 through July 16, 2025**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | $0.00 | 12.5 | |
| Sciametta, Joe | Managing Director | $1,475.00 | 9.6 | $14,160.00 |
| McKeighan, Erin | Managing Director | $1,325.00 | 9.1 | $12,057.50 |
| Haughey, Nicholas | Senior Director | $1,075.00 | 65.4 | $70,315.75 |
| McNamara, Michael | Director | $850.00 | 4.0 | $3,400.00 |
| Hensch, Eric | Senior Associate | $750.00 | 3.7 | $2,775.00 |
| O'Neill, Emily | Senior Associate | $750.00 | 1.3 | $975.00 |
| Chester, Monte | Associate | $650.00 | 5.4 | $3,510.00 |
| Fitts, Michael | Associate | $625.00 | 70.5 | $44,062.50 |
| Okuzu, Ciera | Analyst | $550.00 | 35.4 | $19,470.00 |
| Rivera-Rozo, Camila | Para Professional | $350.00 | 7.9 | $2,765.00 |
| | | **Total** | **224.8** | **$173,490.75** |

**Exhibit D**
**JOANN INC., et al.,**
**Summary of Time Detail by Task**
**July 1, 2025 through July 16, 2025**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| CASH | 54.6 | $39,632.50 |
| CLAIMS | 83.8 | $59,600.00 |
| CONTRACT REVIEW | 1.6 | $1,000.00 |
| COURT | 30.4 | $34,167.50 |
| FEE APP | 9.7 | $3,890.00 |
| INFORMATION REQUESTS | 0.4 | $590.00 |
| MOR | 5.4 | $3,690.00 |
| OPERATIONS | 5.3 | $752.50 |
| PLAN AND DISCLOSURE STATEMENT | 17.4 | $18,445.75 |
| STATUS MEETINGS | 1.3 | $1,397.50 |
| TAX | 0.7 | $752.50 |
| TRAVEL | 5.0 | $5,375.00 |
| VENDOR | 9.2 | $4,197.50 |
| **Total** | **224.8** | **$173,490.75** |

**Exhibit D**
**JOANN INC., et al.,**
**CFO Summary of Time Detail by Task**
**July 1, 2025 through July 16, 2025**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| CASH | 1.6 | |
| CLAIMS | 2.1 | |
| COURT | 1.5 | |
| OPERATIONS | 4.6 | |
| VENDOR | 2.7 | |
| **Total** | **12.5** | **$77,419.35** |

> **Exhibit E**
> **JOANN INC., et al.,**
> **Summary of Time Detail by Professional**
> **July 1, 2025 through July 16, 2025**

**CASH**                Assist the Debtors with the 13 week cash flow forecast, reporting of actual versus forecast, DIP reporting requirements, covenant compliance, and other related financial analyses.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | | 1.6 | |
| Sciametta, Joe | Managing Director | $1,475 | 0.6 | $885.00 |
| Haughey, Nicholas | Senior Director | $1,075 | 12.3 | $13,222.50 |
| Hensch, Eric | Senior Associate | $750 | 3.7 | $2,775.00 |
| Fitts, Michael | Associate | $625 | 36.4 | $22,750.00 |
| | | | 54.6 | $39,632.50 |

*Exhibit E*
*JOANN INC., et al.,*
*Summary of Time Detail by Professional*
*July 1, 2025 through July 16, 2025*

**CLAIMS**

**Assist the Debtors with claims planning process, review of claims filed against the Debtors', claim reconciliation, and related work including submission of related motions to the court.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | | 2.1 | |
| McKeighan, Erin | Managing Director | $1,325 | 9.1 | $12,057.50 |
| Sciametta, Joe | Managing Director | $1,475 | 0.4 | $590.00 |
| Haughey, Nicholas | Senior Director | $1,075 | 7.6 | $8,170.00 |
| McNamara, Michael | Director | $850 | 4.0 | $3,400.00 |
| O'Neill, Emily | Senior Associate | $750 | 1.3 | $975.00 |
| Fitts, Michael | Associate | $625 | 23.9 | $14,937.50 |
| Okuzu, Ciera | Analyst | $550 | 35.4 | $19,470.00 |
| | | | 83.8 | $59,600.00 |

*Exhibit E*
*JOANN INC., et al.,*
*Summary of Time Detail by Professional*
*July 1, 2025 through July 16, 2025*

**CONTRACT REVIEW**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Fitts, Michael | Associate | $625 | 1.6 | $1,000.00 |
| | | | 1.6 | $1,000.00 |

**Exhibit E**
**JOANN INC., et al.,**
**Summary of Time Detail by Professional**
**July 1, 2025 through July 16, 2025**

**COURT**                                    **Prepare for and attend the Debtors' hearings.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | | 1.5 | |
| Sciametta, Joe | Managing Director | $1,475 | 8.2 | $12,095.00 |
| Haughey, Nicholas | Senior Director | $1,075 | 20.3 | $21,822.50 |
| Fitts, Michael | Associate | $625 | 0.4 | $250.00 |
| | | | 30.4 | $34,167.50 |

> ### Exhibit E
> ### JOANN INC., et al.,
> ### Summary of Time Detail by Professional
> ### July 1, 2025 through July 16, 2025

**FEE APP**                    Prepare the monthly and interim fee applications in accordance with Court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Fitts, Michael | Associate | $625 | 1.8 | $1,125.00 |
| Rivera-Rozo, Camila | Para Professional | $350 | 7.9 | $2,765.00 |
| | | | 9.7 | $3,890.00 |

*Exhibit E*
*JOANN INC., et al.,*
*Summary of Time Detail by Professional*
*July 1, 2025 through July 16, 2025*

**INFORMATION REQUESTS**          **Address information requests from, and attend mettings and calls with, various constituencies including lenders, unsecured creditors committee, and advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Sciametta, Joe | Managing Director | $1,475 | 0.4 | $590.00 |
| | | | 0.4 | $590.00 |

> **Exhibit E**
> **JOANN INC., et al.,**
> **Summary of Time Detail by Professional**
> **July 1, 2025 through July 16, 2025**

**MOR**                    Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, and other related matters for the US Trustee.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Haughey, Nicholas | Senior Director | $1,075 | 0.7 | $752.50 |
| Fitts, Michael | Associate | $625 | 4.7 | $2,937.50 |
| | | | 5.4 | $3,690.00 |

> ### *Exhibit E*
> ### *JOANN INC., et al.,*
> ### *Summary of Time Detail by Professional*
> ### *July 1, 2025 through July 16, 2025*

**OPERATIONS**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | | 4.6 | |
| Haughey, Nicholas | Senior Director | $1,075 | 0.7 | $752.50 |
| | | | 5.3 | $752.50 |

*Exhibit E*
*JOANN INC., et al.,*
*Summary of Time Detail by Professional*
*July 1, 2025 through July 16, 2025*

**PLAN AND DISCLOSURE STATEMENT**   **Assist the Debtors in the preparation of the plan of reorganization and work on financial projection exhibits and hypothetical liquidation analyses.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Haughey, Nicholas | Senior Director | $1,075 | 16.8 | $18,070.75 |
| Fitts, Michael | Associate | $625 | 0.6 | $375.00 |
| | | | 17.4 | $18,445.75 |

*Exhibit E*
*JOANN INC., et al.,*
*Summary of Time Detail by Professional*
*July 1, 2025 through July 16, 2025*

**STATUS MEETINGS**          **Prepare for and participate in the Debtors regular status meetings including BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Haughey, Nicholas | Senior Director | $1,075 | 1.3 | $1,397.50 |
| | | | 1.3 | $1,397.50 |

*Exhibit E*
*JOANN INC., et al.,*
*Summary of Time Detail by Professional*
*July 1, 2025 through July 16, 2025*

**TAX**   **Advise Debtor on Tax matters, including asset sale considerations, cancellation of debt income and tax attribute preservation, and cash tax projections. Review Debtor's tax analyses and transaction cost treatment for tax purposes.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Haughey, Nicholas | Senior Director | $1,075 | 0.7 | $752.50 |
| | | | 0.7 | $752.50 |

> ### *Exhibit E*
> ### *JOANN INC., et al.,*
> ### *Summary of Time Detail by Professional*
> ### *July 1, 2025 through July 16, 2025*

**TRAVEL**                          **Billable travel time (reflects 50% of time incurred).**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Haughey, Nicholas | Senior Director | $1,075 | 5.0 | $5,375.00 |
| | | | 5.0 | $5,375.00 |

<div style="border: 1px solid black;">

***Exhibit E***
***JOANN INC., et al.,***
***Summary of Time Detail by Professional***
***July 1, 2025 through July 16, 2025***

</div>

**VENDOR**

**Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors' on general accounts payable questions.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Dwyer, Jeffrey | Chief Financial Officer | | 2.7 | |
| Chester, Monte | Associate | $650 | 5.4 | $3,510.00 |
| Fitts, Michael | Associate | $625 | 1.1 | $687.50 |
| | | | 9.2 | $4,197.50 |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## CASH

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Fitts, Michael | 7/1/2025 | 2.4 | Roll over cash actuals for the prior week into the latest actuals file |
| Haughey, Nicholas | 7/1/2025 | 0.2 | Call with J. Zelwin (Joann) regarding Plan Administrator budget |
| Haughey, Nicholas | 7/1/2025 | 0.8 | Prepare analysis on carve-out account funding |
| Haughey, Nicholas | 7/1/2025 | 0.6 | Prepare summary of budget items for discussion with Joann finance team |
| Haughey, Nicholas | 7/1/2025 | 0.3 | Review vendor invoice detail for payment request |
| Haughey, Nicholas | 7/1/2025 | 0.4 | Review weekly cash activity report |
| Haughey, Nicholas | 7/1/2025 | 0.4 | Review and respond to questions from K&E team regarding letters of credit |
| Hensch, Eric | 7/1/2025 | 0.6 | Review actualized cash forecast file from company and check to wind-down model |
| Hensch, Eric | 7/1/2025 | 0.5 | Review latest adjustments to wind-down / post-GOB budget |
| Dwyer, Jeffrey | 7/2/2025 | 0.3 | Analyze and approve weekly variance reporting for lenders |
| Fitts, Michael | 7/2/2025 | 2.4 | Create the weekly variance report |
| Fitts, Michael | 7/2/2025 | 1.6 | Review and update items on wind down budget items |
| Haughey, Nicholas | 7/2/2025 | 0.4 | Review weekly cash variance report |
| Haughey, Nicholas | 7/2/2025 | 1.4 | Prepare analysis on wind-down expenses |
| Haughey, Nicholas | 7/2/2025 | 0.3 | Review and respond to correspondence from GA regarding vendor payments |
| Hensch, Eric | 7/2/2025 | 0.8 | Review cash actuals report for week ending 6/28 |
| Sciametta, Joe | 7/2/2025 | 0.4 | Review weekly cash flow and variance report |
| Dwyer, Jeffrey | 7/3/2025 | 0.5 | Review and comment to internal Joann personnel regarding GA provided cure schedules |
| Dwyer, Jeffrey | 7/3/2025 | 0.3 | Spend review meeting for weekly disbursements |
| Dwyer, Jeffrey | 7/3/2025 | 0.2 | Analyze and approve weekly carve-out reporting for lenders |
| Fitts, Michael | 7/3/2025 | 1.6 | Create the weekly carve out report |
| Haughey, Nicholas | 7/3/2025 | 0.3 | Review weekly carve out report |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## CASH

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Dwyer, Jeffrey | 7/7/2025 | 0.3 | Review and approve daily cash roll for daily disbursement to Great American |
| Fitts, Michael | 7/7/2025 | 2.8 | Roll over the cash actuals file for prior week activity |
| Haughey, Nicholas | 7/7/2025 | 0.2 | Review invoices for payment |
| Hensch, Eric | 7/7/2025 | 0.5 | Review daily cash roll file / forecast from company |
| Haughey, Nicholas | 7/8/2025 | 0.4 | Call with GA Group regarding Plan Administrator budget |
| Haughey, Nicholas | 7/8/2025 | 0.3 | Review daily cash reporting |
| Hensch, Eric | 7/8/2025 | 0.7 | Reconcile bank to book activity in daily cash tracking file |
| Hensch, Eric | 7/8/2025 | 0.3 | Review daily cash file and notes from company |
| Fitts, Michael | 7/9/2025 | 1.8 | Put together the weekly carve out report |
| Fitts, Michael | 7/9/2025 | 2.4 | Put together the variance report |
| Haughey, Nicholas | 7/9/2025 | 0.3 | Review weekly cash variance report |
| Haughey, Nicholas | 7/9/2025 | 0.2 | Draft correspondence to Joann finance team regarding Plan Administrator budget |
| Hensch, Eric | 7/9/2025 | 0.3 | Review cash actuals report for week ending 7/05 |
| Sciametta, Joe | 7/9/2025 | 0.2 | Review weekly variance report |
| Fitts, Michael | 7/11/2025 | 2.4 | Update professional fee analysis for close |
| Fitts, Michael | 7/11/2025 | 2.9 | Create analysis of carve out account by professional |
| Haughey, Nicholas | 7/11/2025 | 0.4 | Prepare professional fee analysis for close |
| Haughey, Nicholas | 7/13/2025 | 0.6 | Review draft closing memo and prepare exhibit for same |
| Fitts, Michael | 7/14/2025 | 2.7 | Create summary of wind down costs by week |
| Fitts, Michael | 7/14/2025 | 2.8 | Roll over cash actuals for the prior week into the latest actuals file |
| Haughey, Nicholas | 7/14/2025 | 1.2 | Review Sources & Uses summary and related detail of wire disbursements |
| Fitts, Michael | 7/15/2025 | 2.1 | Create a summary of pro fees by professional |

> **Exhibit F**
> **JOANN INC., et al.,**
> **Time Detail of Task by Professional**
> **July 1, 2025 through July 16, 2025**

## CASH

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Fitts, Michael | 7/15/2025 | 2.9 | Create funds flow summary for the closing wires |
| Fitts, Michael | 7/15/2025 | 0.8 | Call with N. Haughey (A&M) to review wind-down funding and funds flow |
| Fitts, Michael | 7/15/2025 | 1.9 | Update the summary of wind down budget items |
| Haughey, Nicholas | 7/15/2025 | 0.6 | Review draft funds flow schedule |
| Haughey, Nicholas | 7/15/2025 | 0.7 | Prepare reconciliation of wind-down funding |
| Haughey, Nicholas | 7/15/2025 | 0.8 | Call with M. Fitts (A&M) to review wind-down funding and funds flow |
| Haughey, Nicholas | 7/15/2025 | 0.4 | Review draft funds flow memo |
| Haughey, Nicholas | 7/15/2025 | 0.3 | Review draft funds flow |
| Fitts, Michael | 7/16/2025 | 2.3 | Update the funds flow analysis for new information received from the Company |
| Fitts, Michael | 7/16/2025 | 0.6 | Call with K. Schuld (Joann) and N. Haughey (A&M) regarding wire transfers |
| Haughey, Nicholas | 7/16/2025 | 0.6 | Call with K. Schuld (Joann) and M. Fitts (A&M) regarding wire transfers |
| Haughey, Nicholas | 7/16/2025 | 0.2 | Review and respond to term lender counsel questions |

| **Subtotal** | | **54.6** | |
|---|---|---|---|

## CLAIMS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Fitts, Michael | 7/1/2025 | 1.9 | Update claims analysis for latest updates |
| Fitts, Michael | 7/1/2025 | 1.8 | Review payment detail on 503(b)(9) claimants |
| Fitts, Michael | 7/1/2025 | 1.1 | Review and respond to certain 503(b)(9) outreaches with summary schedules |
| Fitts, Michael | 7/1/2025 | 0.3 | Call with O. Acuna (K&E) and N. Haughey (A&M) regarding vendor claim |
| Haughey, Nicholas | 7/1/2025 | 0.2 | Review claims asserted by vendor |
| Haughey, Nicholas | 7/1/2025 | 0.5 | Call with O. Acuna (K&E) regarding vendor claim |
| Haughey, Nicholas | 7/1/2025 | 0.2 | Review and respond to counsel questions regarding claim status |
| Haughey, Nicholas | 7/1/2025 | 0.3 | Review 503(b)(9) payment details for distribution |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## CLAIMS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/1/2025 | 0.3 | Call with O. Acuna (K&E) and M. Fitts (A&M) regarding vendor claim |
| McKeighan, Erin | 7/1/2025 | 1.1 | Review claim objection report. |
| Okuzu, Ciera | 7/1/2025 | 0.9 | Update internal claims database for objected claims. |
| Okuzu, Ciera | 7/1/2025 | 2.1 | Create claims report for objected claims. |
| Sciametta, Joe | 7/1/2025 | 0.4 | Review status update related to 503(b)(9) payments |
| Dwyer, Jeffrey | 7/2/2025 | 0.2 | Review and respond to Plan voting results |
| Dwyer, Jeffrey | 7/2/2025 | 0.4 | Review 503b9 payment status with Joann personnel |
| Fitts, Michael | 7/2/2025 | 1.4 | Update claims tracker file |
| Fitts, Michael | 7/2/2025 | 1.1 | Review certain questions from CS on claims |
| Haughey, Nicholas | 7/2/2025 | 0.4 | Review and respond to vendor questions regarding contract rejection |
| Haughey, Nicholas | 7/2/2025 | 0.3 | Review and respond to vendor questions from Joann IT team |
| Dwyer, Jeffrey | 7/3/2025 | 1.0 | Summarize Cure Schedule/Status for remaining outstanding items for Great American |
| Dwyer, Jeffrey | 7/3/2025 | 0.5 | Discussion with Great American regarding cure schedules |
| Fitts, Michael | 7/3/2025 | 0.7 | Respond to questions from CS regarding certain claims |
| Fitts, Michael | 7/3/2025 | 0.6 | Respond to questions on 503(b)(9) payments |
| Fitts, Michael | 7/3/2025 | 1.7 | Create schedules summarizing 503(b)(9) payments |
| Haughey, Nicholas | 7/3/2025 | 0.4 | Review claims response tracker from CS |
| Haughey, Nicholas | 7/3/2025 | 0.2 | Review and respond to vendor questions on 503(b)(9) claims |
| Haughey, Nicholas | 7/3/2025 | 0.3 | Review and respond to draft vendor stipulation |
| Haughey, Nicholas | 7/4/2025 | 0.4 | Review and respond to vendor questions regarding 503(b)(9) payments |
| Haughey, Nicholas | 7/4/2025 | 0.3 | Review and respond to Joann IT questions on vendor contracts and claims |
| Fitts, Michael | 7/7/2025 | 2.3 | Create summary of potential future 503(b)(9) payments |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## CLAIMS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/7/2025 | 0.6 | Review claim questions from claimants |
| Haughey, Nicholas | 7/7/2025 | 0.4 | Review claim questions from claimants |
| McKeighan, Erin | 7/7/2025 | 0.2 | Participate in a call with C. Okuku (A&M) to discuss preparing claim transition documents. |
| McNamara, Michael | 7/7/2025 | 0.4 | Aggregate and analyze claims and schedules data to be provided to the Company. |
| McNamara, Michael | 7/7/2025 | 0.2 | Participate in call with A&M Team to discuss transition of claims and schedules data. |
| Okuzu, Ciera | 7/7/2025 | 2.7 | Process updated claims register. |
| Okuzu, Ciera | 7/7/2025 | 2.1 | Examine claims register for newly filed claims. |
| Okuzu, Ciera | 7/7/2025 | 0.2 | Participate in a call with E. McKeighan (A&M) to discuss preparing claim transition documents. |
| Okuzu, Ciera | 7/7/2025 | 1.2 | Compare updated claims register to the internal claim database to identify claim differences. |
| Fitts, Michael | 7/8/2025 | 2.1 | Gather items for transition to Company post effective date |
| Fitts, Michael | 7/8/2025 | 2.4 | Update the latest claims summary for latest data |
| Haughey, Nicholas | 7/8/2025 | 0.3 | Review and respond to questions from claimants |
| McKeighan, Erin | 7/8/2025 | 0.8 | Review feedback from counsel to provide C. Okuku (A&M) instructions on updates. |
| McKeighan, Erin | 7/8/2025 | 0.9 | Review modified omnibus objection exhibits. |
| McKeighan, Erin | 7/8/2025 | 0.4 | Review SoFA data transfer files for liquidating trustee. |
| McKeighan, Erin | 7/8/2025 | 0.6 | Review adjustments to claim objection exhibits made by C. Okuku (A&M). |
| Okuzu, Ciera | 7/8/2025 | 2.4 | Create modified omnibus objection exhibits. |
| Okuzu, Ciera | 7/8/2025 | 2.6 | Update claim objection exhibits based on counsel feedback. |
| Okuzu, Ciera | 7/8/2025 | 2.1 | Adjust claim objection exhibits to match claim objection tracker. |
| Fitts, Michael | 7/9/2025 | 1.8 | Gather items for claims transition files |
| Haughey, Nicholas | 7/9/2025 | 0.6 | Review updated objection exhibits |
| McKeighan, Erin | 7/9/2025 | 0.5 | Participate in a meeting with C. Okuzu (A&M) and M. McNamara (A&M) to discuss claim transition files. |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## CLAIMS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McKeighan, Erin | 7/9/2025 | 0.9 | Working session on data transfer to liquidating trustee. |
| McKeighan, Erin | 7/9/2025 | 0.1 | Participate in a call with C. Okuzu (A&M) to discuss preparing modified claim objections. |
| McNamara, Michael | 7/9/2025 | 1.7 | Review claim summary and detail report to be transitioned to the Company. |
| McNamara, Michael | 7/9/2025 | 0.4 | Participate in a meeting with E. McKeighan (A&M) and C. Okuzu (A&M) to discuss claim transition files. |
| Okuzu, Ciera | 7/9/2025 | 0.5 | Participate in a meeting with E. McKeighan (A&M) and M. McNamara (A&M) to discuss claim transition files. |
| Okuzu, Ciera | 7/9/2025 | 0.1 | Participate in a call with E. McKeighan (A&M) to discuss preparing modified claim objections. |
| Okuzu, Ciera | 7/9/2025 | 1.4 | Update claims summary report to reflect internal feedback. |
| Okuzu, Ciera | 7/9/2025 | 2.3 | Develop a claims summary report with updated claims data. |
| McKeighan, Erin | 7/10/2025 | 1.0 | Provide comments on package of data for liquidating trustee. |
| McKeighan, Erin | 7/10/2025 | 0.7 | Provide comments on claims summary report for general unsecured and priority claims. |
| Okuzu, Ciera | 7/10/2025 | 2.6 | Generate claims summary report for general unsecured and priority claims. |
| Okuzu, Ciera | 7/10/2025 | 2.1 | Adjust claim summary reports for general unsecured claims. |
| O'Neill, Emily | 7/10/2025 | 1.3 | Create file with combined AP schedule data with invoice details as available. |
| McKeighan, Erin | 7/11/2025 | 0.6 | Provide comments on claims summary report including objected claims. |
| McNamara, Michael | 7/11/2025 | 1.1 | Participate in working sessions with the A&M Team to discuss claims transition file. |
| Okuzu, Ciera | 7/11/2025 | 2.1 | Finalize claim summary reports for internal review. |
| Okuzu, Ciera | 7/11/2025 | 0.3 | Modify claim summary report to include objected claims. |
| Okuzu, Ciera | 7/11/2025 | 2.7 | Update claim summary report for 503(b)(9) claims. |
| McNamara, Michael | 7/12/2025 | 0.2 | Perform review over latest claim summary report. |
| Fitts, Michael | 7/14/2025 | 1.4 | Answer questions from the Company on claims transition |
| Haughey, Nicholas | 7/14/2025 | 0.4 | Review settlement proposal for 503(b)(9) claim |
| Okuzu, Ciera | 7/14/2025 | 1.0 | Compare claims summary report against claim objection exhibits. |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## CLAIMS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Okuzu, Ciera | 7/14/2025 | 2.1 | Examine claims summary report against claims register. |
| McKeighan, Erin | 7/15/2025 | 1.0 | Prepare claim transfer files for liquidating trustee. |
| Okuzu, Ciera | 7/15/2025 | 1.4 | Create updated claim objection exhibits for reclassified claims. |
| Fitts, Michael | 7/16/2025 | 1.2 | Update the transition 503(b)(9) claims file |
| Fitts, Michael | 7/16/2025 | 0.8 | Call with A. Aber, K. Schuld, and M. Bowers (Joann), M. Fitzpatrick and P. Reilley (CS), and N. Haughey (A&M) to discuss claims process |
| Fitts, Michael | 7/16/2025 | 1.3 | Review and answer questions from the Company on the claims process |
| Haughey, Nicholas | 7/16/2025 | 0.3 | Prepare analysis of certain 503(b)(9) claims for Joann review |
| Haughey, Nicholas | 7/16/2025 | 0.4 | Review claim questions from claimants |
| Haughey, Nicholas | 7/16/2025 | 0.8 | Call with A. Aber, K. Schuld, and M. Bowers (Joann), M. Fitzpatrick and P. Reilley (CS), and M. Fitts (A&M) to discuss claims process |
| McKeighan, Erin | 7/16/2025 | 0.3 | Prepare transition data for liquidating trustee. |
| Okuzu, Ciera | 7/16/2025 | 0.5 | Review the updated claims summary report. |
| **Subtotal** | | **83.8** | |

## CONTRACT REVIEW

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Fitts, Michael | 7/8/2025 | 0.8 | Review items related to contract rejections |
| Fitts, Michael | 7/10/2025 | 0.8 | Answer questions regarding contract rejections |
| **Subtotal** | | **1.6** | |

## COURT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/1/2025 | 0.4 | Call with J. Sciametta (A&M) regarding confirmation timeline and related action items |
| Haughey, Nicholas | 7/1/2025 | 0.3 | Call with J. Sciametta (A&M) and M. Waldrep (K&E) regarding confirmation declaration |
| Sciametta, Joe | 7/1/2025 | 0.4 | Call with N. Haughey (A&M) regarding confirmation timeline and related action items |
| Sciametta, Joe | 7/1/2025 | 0.3 | Call with N. Haughey (A&M) and M. Waldrep (K&E) regarding confirmation declaration |

<div style="border:1px solid">

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

</div>

## COURT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/2/2025 | 0.3 | Review draft declaration in support of confirmation |
| Sciametta, Joe | 7/2/2025 | 0.8 | Call with N. Haughey (A&M) to discuss upcoming confirmation hearing, including current draft declaration |
| Sciametta, Joe | 7/2/2025 | 2.4 | Review declaration in support if confirmation |
| Haughey, Nicholas | 7/7/2025 | 0.9 | Review updated declaration in support of confirmation |
| Haughey, Nicholas | 7/7/2025 | 0.6 | Review draft declaration in support of confirmation |
| Haughey, Nicholas | 7/7/2025 | 0.3 | Review updated declaration in support of confirmation |
| Haughey, Nicholas | 7/7/2025 | 1.0 | Call with K&E team (M. Waldrep, L. Blumenthal, O. Acuna, M. Whalen) and J. Sciametta (A&M) regarding declaration for confirmation |
| Haughey, Nicholas | 7/7/2025 | 1.2 | Call with J. Sciametta (A&M) regarding confirmation hearing, related declaration, UST comments and other matters |
| Haughey, Nicholas | 7/7/2025 | 2.8 | Review and edit updated confirmation declaration |
| Sciametta, Joe | 7/7/2025 | 1.2 | Call with N. Haughey (A&M) regarding confirmation hearing, related declaration, UST comments and other matters |
| Sciametta, Joe | 7/7/2025 | 0.7 | Draft and distribute comments to confirmation documents to counsel |
| Sciametta, Joe | 7/7/2025 | 1.0 | Call with K&E team (M. Waldrep, L. Blumenthal, O. Acuna, M. Whalen) and N. Haughey (A&M) regarding declaration for confirmation |
| Sciametta, Joe | 7/7/2025 | 0.6 | Review revised edits of confirmation documents from counsel |
| Haughey, Nicholas | 7/8/2025 | 0.4 | Review documents in preparation for hearing |
| Haughey, Nicholas | 7/8/2025 | 0.8 | Call with J. Sciametta (A&M) in preparation for confirmation hearing |
| Haughey, Nicholas | 7/8/2025 | 0.6 | Review documents in preparation for hearing |
| Haughey, Nicholas | 7/8/2025 | 0.3 | Review updated confirmation declaration |
| Sciametta, Joe | 7/8/2025 | 0.8 | Call with N. Haughey (A&M) in preparation for confirmation hearing |
| Haughey, Nicholas | 7/9/2025 | 2.6 | Meet with M. Whalen (K&E) regarding confirmation declaration |
| Haughey, Nicholas | 7/9/2025 | 0.4 | Review documents in preparation for confirmation hearing |
| Haughey, Nicholas | 7/9/2025 | 0.6 | Review documents in preparation for confirmation hearing |
| Haughey, Nicholas | 7/9/2025 | 0.6 | Review documents in preparation for confirmation hearing |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## COURT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/9/2025 | 0.7 | Review documents in preparation for confirmation hearing |
| Haughey, Nicholas | 7/9/2025 | 2.3 | Review documents in preparation for confirmation hearing |
| Haughey, Nicholas | 7/9/2025 | 1.3 | Meet with M. Whalen (K&E) regarding confirmation declaration |
| Dwyer, Jeffrey | 7/10/2025 | 1.5 | Prepare for and remote attendance into  Joann Confirmation hearing |
| Fitts, Michael | 7/10/2025 | 0.4 | Attend confirmation hearing |
| Haughey, Nicholas | 7/10/2025 | 0.4 | Attend confirmation hearing |
| Haughey, Nicholas | 7/10/2025 | 0.7 | Review draft proffer |
| Haughey, Nicholas | 7/10/2025 | 0.8 | Meet with M. Whalen regarding confirmation declaration |

| Subtotal | | 30.4 | |

## FEE APP

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Fitts, Michael | 7/1/2025 | 1.8 | Combine and begin review of May DTRs |
| Rivera-Rozo, Camila | 7/10/2025 | 2.7 | Collected time detail and began scrubbing entries. |
| Rivera-Rozo, Camila | 7/11/2025 | 2.3 | Drafted Fee App #4 (May 1- May 31). |
| Rivera-Rozo, Camila | 7/14/2025 | 2.1 | Made revisions of Fee App #4 (May 1- May 31). |
| Rivera-Rozo, Camila | 7/15/2025 | 0.8 | Finalized Fee App #4 (May 1- May 31). |

| Subtotal | | 9.7 | |

## INFORMATION REQUESTS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sciametta, Joe | 7/3/2025 | 0.4 | Review 503(b)(9) chart details and distribute at BOD request |

| Subtotal | | 0.4 | |

## MOR

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/1/2025 | 0.3 | Review post-effective date reporting requirements |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## MOR

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Fitts, Michael | 7/3/2025 | 1.1 | Create list of items needed for MOR post effective date |
| Haughey, Nicholas | 7/3/2025 | 0.4 | Review post-effective date reporting requirements with Joann finance team |
| Fitts, Michael | 7/7/2025 | 2.4 | Create transition file for MOR and other items post effective date |
| Fitts, Michael | 7/8/2025 | 1.2 | Update items for MOR post effective date |
| **Subtotal** | | **5.4** | |

## OPERATIONS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Dwyer, Jeffrey | 7/3/2025 | 0.6 | Evaluate use, need, cost, and term for service provided within post-Confirmation IT contracts |
| Dwyer, Jeffrey | 7/3/2025 | 0.5 | Discussion with internal Joann personnel regarding pre/post-confirmation wind-down activities |
| Dwyer, Jeffrey | 7/3/2025 | 0.5 | Discussion with GA re: pre/post-confirmation wind-down activities |
| Dwyer, Jeffrey | 7/7/2025 | 0.7 | Prepare summary of all post-confirmation tasks to transition to remaining Joann personnel and Plan Administrator |
| Dwyer, Jeffrey | 7/7/2025 | 0.4 | Call with N. Haughey (A&M) regarding post-effective date operations |
| Haughey, Nicholas | 7/7/2025 | 0.4 | Call with J. Dwyer (CFO) regarding post-effective date operations |
| Dwyer, Jeffrey | 7/8/2025 | 0.4 | Review and respond to local tax assessment Settlement case for Jo-Ann Stores, LLC and Joann.com |
| Dwyer, Jeffrey | 7/8/2025 | 0.6 | Discussion with internal Joann personnel regarding pre/post-confirmation wind-down activities |
| Dwyer, Jeffrey | 7/9/2025 | 0.5 | Call with Great American and Remnant Asset vendor to discuss post-confirmation services |
| Dwyer, Jeffrey | 7/9/2025 | 0.4 | Discussion with Great American regarding remnant asset vendor support |
| Haughey, Nicholas | 7/9/2025 | 0.3 | Draft correspondence to Joann team regarding post-effective date items |
| **Subtotal** | | **5.3** | |

## PLAN AND DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/1/2025 | 1.1 | Review draft declaration in support of confirmation |
| Haughey, Nicholas | 7/1/2025 | 0.3 | Review draft confirmation language proposed by tax authority counsel |

*Exhibit F*
*JOANN INC., et al.,*
*Time Detail of Task by Professional*
*July 1, 2025 through July 16, 2025*

## PLAN AND DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/1/2025 | 0.7 | Review draft declaration in support of confirmation |
| Haughey, Nicholas | 7/1/2025 | 0.7 | Prepare Plan Administrator exhibits for filing |
| Haughey, Nicholas | 7/2/2025 | 0.8 | Call with J. Sciametta (A&M) to discuss upcoming confirmation hearing, including current draft declaration |
| Haughey, Nicholas | 7/2/2025 | 0.6 | Call with L. Blumenthal and M. Waldrep (K&E) regarding Plan Administrator comments from GA |
| Haughey, Nicholas | 7/2/2025 | 0.4 | Call with M. Waldrep (K&E) regarding Plan Administrator comments from GA |
| Haughey, Nicholas | 7/2/2025 | 0.3 | Review and respond to Plan Administrator agreement comments from GA |
| Haughey, Nicholas | 7/2/2025 | 0.3 | Review updated Plan Administrator Agreement |
| Haughey, Nicholas | 7/2/2025 | 0.2 | Review voting results for Plan |
| Haughey, Nicholas | 7/3/2025 | 0.4 | Call with GA regarding assumed contracts |
| Haughey, Nicholas | 7/3/2025 | 0.6 | Review voting results data |
| Haughey, Nicholas | 7/3/2025 | 0.2 | Review voting results data |
| Haughey, Nicholas | 7/3/2025 | 0.4 | Review and respond to questions from UST on Plan |
| Haughey, Nicholas | 7/3/2025 | 0.4 | Review and respond to correspondence from GA group regarding Plan Administrator agreement |
| Haughey, Nicholas | 7/3/2025 | 0.3 | Call with M. Waldrep (K&E) on Plan items |
| Haughey, Nicholas | 7/3/2025 | 0.6 | Review and respond to correspondence from GA group regarding assumed contracts |
| Haughey, Nicholas | 7/7/2025 | 0.2 | Call with O. Acuna and M. Waldrep (K&E) regarding Plan items |
| Haughey, Nicholas | 7/7/2025 | 0.7 | Review cash forecast and Plan Administrator budget in preparation for confirmation |
| Haughey, Nicholas | 7/7/2025 | 0.3 | Prepare Plan Administrator exhibits for filing |
| Haughey, Nicholas | 7/7/2025 | 0.5 | Review voting results and related declaration |
| Haughey, Nicholas | 7/7/2025 | 0.3 | Call with M. Waldrep (K&E) regarding Plan comments |
| Haughey, Nicholas | 7/7/2025 | 0.2 | Call with GA, K&E, and Joann IT team regarding assumed contracts |
| Haughey, Nicholas | 7/7/2025 | 0.3 | Call with GA regarding contract assumptions |

> ### Exhibit F
> ### JOANN INC., et al.,
> ### Time Detail of Task by Professional
> ### July 1, 2025 through July 16, 2025

## PLAN AND DISCLOSURE STATEMENT

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/7/2025 | 0.4 | Review and respond to Joann legal questions regarding contract rejections |
| Haughey, Nicholas | 7/9/2025 | 1.1 | Review conditions required for Plan effectiveness |
| Haughey, Nicholas | 7/9/2025 | 0.8 | Review motion filed by vendor |
| Fitts, Michael | 7/11/2025 | 0.6 | Call with A. Aber (Joann), N. Haughey (A&M) and K&E and CS teams regarding Plan Administrator duties |
| Haughey, Nicholas | 7/11/2025 | 1.1 | Prepare Plan Administrator transition presentation |
| Haughey, Nicholas | 7/11/2025 | 0.6 | Call with A. Aber (Joann), M. Fitts (A&M) and K&E and CS teams regarding Plan Administrator duties |
| Haughey, Nicholas | 7/14/2025 | 0.4 | Call with M. Waldrep (K&E) regarding plan effective steps |
| Haughey, Nicholas | 7/14/2025 | 0.3 | Call with M. Waldrep and O. Acuna (K&E) regarding Plan Effective actions |
| Haughey, Nicholas | 7/14/2025 | 0.3 | Call with M. Waldrep (K&E) and KDW team regarding plan effective steps |
| Haughey, Nicholas | 7/14/2025 | 0.3 | Call with J. Michalik (K&E) regarding plan effective steps |
| Haughey, Nicholas | 7/14/2025 | 0.3 | Review draft escrow agreement and exhibits |
| Haughey, Nicholas | 7/15/2025 | 0.4 | Call with M. Waldrep (K&E) regarding plan effective steps |
| **Subtotal** | | **17.4** | |

## STATUS MEETINGS

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/2/2025 | 0.2 | Draft process update to BOD |
| Haughey, Nicholas | 7/3/2025 | 0.2 | Review and respond to BOD questions |
| Haughey, Nicholas | 7/14/2025 | 0.7 | Prepare BOD update presentation |
| Haughey, Nicholas | 7/14/2025 | 0.2 | BOD update call |
| **Subtotal** | | **1.3** | |

## TAX

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/9/2025 | 0.3 | Call with J. Zelwin (Joann) regarding tax matters |

> ### *Exhibit F*
> ### *JOANN INC., et al.,*
> ### *Time Detail of Task by Professional*
> ### *July 1, 2025 through July 16, 2025*

## TAX

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/15/2025 | 0.4 | Review and respond to tax questions |
| **Subtotal** | | **0.7** | |

## TRAVEL

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Haughey, Nicholas | 7/8/2025 | 2.5 | Travel from Atlanta to Wilmington, DE (1/2 travel time) |
| Haughey, Nicholas | 7/10/2025 | 2.5 | Travel from Wilmington, DE to Atlanta (1/2 travel time) |
| **Subtotal** | | **5.0** | |

## VENDOR

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Dwyer, Jeffrey | 7/1/2025 | 0.8 | Review counsel response to vendor motion |
| Chester, Monte | 7/2/2025 | 1.1 | Conduct email correspondence with vendors to follow up on utilities inquiries for payment of post petition invoices. |
| Dwyer, Jeffrey | 7/2/2025 | 0.7 | Review vendor litigation response motion |
| Chester, Monte | 7/3/2025 | 1.8 | Perform email outreach with utility vendors to follow up on utilities inquiries for payment of post petition invoices. |
| Dwyer, Jeffrey | 7/3/2025 | 0.3 | Vendor call regarding post-Confirmation service continuation and settlement agreement |
| Fitts, Michael | 7/7/2025 | 1.1 | Review and respond to landlord inquiries |
| Dwyer, Jeffrey | 7/8/2025 | 0.9 | Review and respond to draft Opposition to vendor Motion for Remand/Abstention |
| Chester, Monte | 7/14/2025 | 0.3 | Draft email diligence to clarify billing discrepancies related reconciliations being performed by third party administrators. |
| Chester, Monte | 7/15/2025 | 0.4 | Conduct email diligence to facilitate account closure process. |
| Chester, Monte | 7/16/2025 | 1.1 | Prepare email diligence related to utility account closure process and related adequate assurance balances. |
| Chester, Monte | 7/16/2025 | 0.7 | Conduct email correspondence with open vendor accounts related to post petition liability satisfaction. |
| **Subtotal** | | **9.2** | |
| ***Grand Total*** | | **224.8** | |

*Exhibit G*
*JOANN INC., et al.,*
*Summary of Expense Deail by Category*
*July 1, 2025 through July 16, 2025*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $883.70 |
| Lodging | $429.00 |
| Meals | $218.25 |
| Miscellaneous | $542.89 |
| Transportation | $850.61 |
| *Total* | **$2,924.45** |

**Exhibit H**
**JOANN INC., et al.,**
**Expense Detail by Category**
**July 1, 2025 through July 16, 2025**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Haughey, Nicholas | 7/1/2025 | $352.53 | Airfare: Oneway coach flight from ATL to PHL for Confirmation Hearing |
| Haughey, Nicholas | 7/9/2025 | $531.17 | Airfare: Oneway coach flight from PHL to ATL for Confirmation Hearing |
| **Expense Category Total** | | **$883.70** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Haughey, Nicholas | 7/8/2025 | $214.50 | Hotel: Hotel for 2 nights in Wilmington for Confirmation Hearing |
| Haughey, Nicholas | 7/9/2025 | $214.50 | Hotel: Hotel for 2 nights in Wilmington for Confirmation Hearing |
| **Expense Category Total** | | **$429.00** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Haughey, Nicholas | 7/9/2025 | $62.00 | Individual Meals: Dinner for Haughey in Wilmington for Confirmation Hearing |
| Haughey, Nicholas | 7/9/2025 | $3.00 | Individual Meals: Breakfast for Haughey in Wilmington |
| Haughey, Nicholas | 7/10/2025 | $153.25 | Business Meals (Attendees): Dinner in Wilmington for Whalen KE and Haughey |
| **Expense Category Total** | | **$218.25** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Chester, Monte | 7/1/2025 | $6.26 | 05/18/2025 - 06/17/2025 Wireless Usage Charges |
| Haughey, Nicholas | 7/1/2025 | $32.33 | 05/18/2025 - 06/17/2025 Wireless Usage Charges |
| Dwyer, Jeffrey | 7/12/2025 | $8.43 | 06/13/2025 - 07/12/2025 Wireless Usage Charges |
| Hensch, Eric | 7/12/2025 | $8.57 | 06/13/2025 - 07/12/2025 Wireless Usage Charges |
| McNamara, Michael | 7/12/2025 | $1.03 | 06/13/2025 - 07/12/2025 Wireless Usage Charges |
| Okuzu, Ciera | 7/12/2025 | $21.44 | 06/13/2025 - 07/12/2025 Wireless Usage Charges |
| O'Neill, Emily | 7/12/2025 | $0.35 | 06/13/2025 - 07/12/2025 Wireless Usage Charges |

> ### *Exhibit H*
> ### *JOANN INC., et al.,*
> ### *Expense Detail by Category*
> ### *July 1, 2025 through July 16, 2025*

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| McKeighan, Erin | 7/16/2025 | $464.48 | CMS Monthly Data Storage Fee - July 2025 |
| **Expense Category Total** | | **$542.89** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Haughey, Nicholas | 7/8/2025 | $156.19 | Taxi: Taxi from PHL airport to hotel in Wilmington for Confirmation |
| Fitts, Michael | 7/10/2025 | $14.96 | Taxi: Uber to NY Train Station |
| Fitts, Michael | 7/10/2025 | $10.99 | Taxi: Uber to DE Train Station |
| Fitts, Michael | 7/10/2025 | $14.97 | Taxi: Uber to CS Office |
| Fitts, Michael | 7/10/2025 | $114.00 | Public Transport: Train To DE |
| Fitts, Michael | 7/10/2025 | $175.00 | Public Transport: Train Back to NY from DE |
| Haughey, Nicholas | 7/10/2025 | $139.66 | Taxi: Taxi from Wilmington to PHL airport for Confirmation Hearing |
| Haughey, Nicholas | 7/10/2025 | $112.42 | Taxi: Taxi from home to Atlanta airport for Confirmation Hearing |
| Haughey, Nicholas | 7/11/2025 | $112.42 | Taxi: Taxi from Atlanta airport to home after Confirmation Hearing |
| **Expense Category Total** | | **$850.61** | |
| ***Grand Total*** | | **$2,924.45** | |