UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BOUNDLESS BROADBAND, LLC, *et al.*, | ) | Case No. 25-10068 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Brian J. McLaughlin and Offit Kurman, P.A. hereby appears in the above-captioned case (the "Chapter 11 Case") as counsel for Sitetracker, Inc., pursuant to section 1109(a) of title 11 of the United States Code (the Bankruptcy Code"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and requests that copies of any and all notices and papers filed or entered in this Chapter 11 Case be given to and served via email upon the following:

> Brian J. McLaughlin, Esquire
> Offit Kurman, P.A.
> 222 Delaware Avenue, Suite 1105
> Wilmington, DE 19801
> T: (302) 351-0916
> brian.mclaughlin@offitkurman.com

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent appearance, pleading, claim, or suit is intended to nor shall be deemed to waive Sitetracker, Inc.'s rights: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment

consistent with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after *de novo* review by a higher court, (3) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Sitetracker, Inc. is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Sitetracker, Inc. does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**OFFIT KURMAN, P.A.**

*/s/ Brian J. McLaughlin, Esq.*
Brian J. McLaughlin, Esq. (#2462)
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
Telephone: (302) 351-0916
Email: Brian.McLaughlin@offitkurman.com
*Counsel for Sitetracker, Inc.*

4896-6537-5841, v. 1