## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, do hereby certify that on August 21, 2025, I caused a copy of the foregoing *Burlington Coat Factory Warehouse Corporation's Reply to Rayzor Ranch Marketplace Associates, LLC's Objection to Burlington's Assignment and Assumption of Denton, Texas Lease* to be filed and served via the Court's Electronic Filing (CM/ECF) system on all parties registered to receive electronic notice in this matter, and upon the parties listed below via electronic mail or first-class mail.

| **VIA FIRST CLASS MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| **JOANN INC.**<br>Ann Aber, EVP,<br>Chief Legal and Human Resources Officer<br>5555 Darrow Road<br>Hudson, OH 44236 | **COLE SCHOTZ P.C.**<br>Patrick J. Reilley<br>Stacey L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| **VIA ELECTRONIC MAIL**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **VIA ELECTRONIC MAIL**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |

WBD (US) 4932-6100-6689v3

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford Sandler<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>bsandler@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | **KELLEY DRYE & WARREN LLP**<br>Jason R. Adams<br>Maeghan J. McLoughlin<br>Connie Choe<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| **VIA ELECTRONIC MAIL**<br><br>**LOWENSTEIN SANDLER LLP**<br>Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>abehlmann@lowenstein.com<br><br><br>*Counsel to the GA Joann Retail Partnership, LLC* | **VIA ELECTRONIC MAIL**<br><br>**GIBSON DUNN & CRUTCHER LLP**<br>Scott Greenerg<br>Kevin Liang<br>Josh Brody<br>200 Park Avenue<br>New York, NY 10166<br>sgreenberg@gibsondunn.com<br>kliang@gibsondunn.com<br>jbrody@gibsondunn.com<br><br>*Counsel to the Prepetition Term Loan Lender Ad Hoc Group* |
| **VIA ELECTRONIC MAIL**<br><br>**ARENTFOX SCHIFF LLP**<br>Jeffrey Gleit<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>jeffrey.gleit@afslaw.com<br><br>*Counsel to the Prepetition Term Loan Agent* | **VIA ELECTRONIC MAIL**<br><br>**ARENTFOX SCHIFF LLP**<br>Jonathan Bagg<br>1717 K. Street NW<br>Washington, D.C. 20006<br>jonathan.bagg@afslaw.com<br><br>*Counsel to the Prepetition Term Loan Agent* |
| **VIA ELECTRONIC MAIL**<br><br>**ARENTFOX SCHIFF LLP**<br>Matthew Bentley<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>matthew.bentley@afslaw.com | **VIA ELECTRONIC MAIL**<br><br>Malcolm M. Bates<br>The Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

| | malcolm.m.bates@usdoj.gov |
|---|---|
| *Counsel to the Prepetition Term Loan Agent* | *Office of the United States Trustee* |
| **VIA ELECTRONIC MAIL**<br><br>**SULLIVAN HAZELTINE ALLINSON LLC**<br>William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>whazeltine@sha-llc.com<br><br><br>*Counsel to Rayzor Ranch Marketplace Associates, LLC* | **VIA ELECTRONIC MAIL**<br><br>**BRADLEY**<br>Jarrod B. Martin<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 5600<br>Houston, TX 77002<br>jbmartin@bradley.com<br><br><br>*Counsel to Rayzor Ranch Marketplace Associates, LLC* |

                                        */s/ Marcy J. McLaughlin Smith*
                                        Marcy J. McLaughlin Smith, Esq. (DE Bar No. 6184)