IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BOUNDLESS BROADBAND, LLC., *et al.*,[1] | ) | Case No 25-10068 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 321 |
| | ) | |

## DECLARATION OF MICHAEL CREEGAN

I, Michael Creegan, hereby declare under penalty of perjury as follows:

1. I am the Chief Legal Officer of Sitetracker, Inc. ("*Sitetracker*") and submit this declaration in support of Sitetracker's Response and Reservation of Rights to the Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Stalking Horse Bidder or Such Other Successful Bidder at Auction (the "*Reservation of Rights*"). I am over the age of eighteen, and if called to testify, I could testify competently to the facts and matters set forth in this Declaration.

2. On or about July 26, 2016, Tilson Technology Management Inc. ("Customer") and Sitetracker entered into a Master Services and License Agreement ("Master Agreement"), annexed hereto as **Exhibit A** and associated Order Forms. Pursuant to the Master Agreement Sitetracker granted Customer a limited, non-transferable, non-exclusive license to use and access the certain software application for the conduct of Customer's business for the duration of the contract subscription period. The proposed cure amount according to the Notice of Assumption is $0.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Boundless Broadband, LLC. (9851); Tilson Technology Management, Inc. (9537) and Tilson Middle Street Holding, LLC (9323).The Debtors' mailing address is 16 Middle Street, 4th Floor, Portland, ME 04101.

3.  As of the Petition Date, Customer was current. However, the next payment cycle starts in October and the amount of $771,219.75 would become due under the Master Agreement around the time of or shortly after the closing of the proposed potential sale. Therefore, the proposed cure amount listed by the Debtors is not an accurate reflection of all amounts outstanding under the Master Agreement.

Dated: August 21, 2025                                                                   /s/ Michael Creegan
                                                                                                  Michael Creegan