## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 1546** |

**CERTIFICATE OF NO OBJECTION REGARDING REQUEST OF SVAP III CORAL LANDINGS, LLC, SVAP IV FAIRFAX, LLC, AND SVAP IV PRESIDENTIAL, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

    SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC (collectively, the "Landlords"), by and through their undersigned counsel, hereby certify that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Request of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC for Allowance and Payment of Administrative Expense Claims* [Docket No. 1546] (the "Request"). The Landlords further certify that the Objection Deadline has passed, the Court's docket has been reviewed in these cases, and no answer, objection or other responsive pleading to the Request appears thereon.

    The Landlords respectfully request that the Court enter the proposed order to the Request, attached hereto as **Exhibit A** at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

| | |
|---|---|
| Dated: August 21, 2025<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>Margaret A. Vesper (DE No. 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>         roglenl@ballardspahr.com<br>         vesperm@ballardspahr.com<br><br>*SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC and SVAP IV Presidential, LLC* |