# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| JOANNE, INC., et al., | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWL OF STIETRACKER., INC.'S FILED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT Sitetracker, Inc.. hereby withdraws the Notice of Appearance and Request for Service of Notices and Papers filed on August 21, 2025 at docket number 1615.

Dated: August 22, 2025

OFFIT KURMAN, P.A.

s/ Brian J. McLaughlin
Brian J. McLaughlin, DE Bar No. 2462
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302-351-0916
brian.mclaughlin@offitkurman.com
*Attorneys for Sitetracker, Inc.*

4934-0691-1585, v. 1