# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| JOANNE, INC., et al., | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWL OF STIETRACKER., INC.'S FILED MOTION TO APPEAR PRO HAC VICE

PLEASE TAKE NOTICE THAT Sitetracker, Inc. hereby withdrawals the Motion to Appear Pro Hac Vice filed on August 21, 2025 at docket number 1616.

Dated: August 22, 2025

OFFIT KURMAN, P.A.

s/ Brian J. McLaughlin
Brian J. McLaughlin, DE Bar No. 2462
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302-351-0916
brian.mclaughlin@offitkurman.com
*Attorneys for Sitetracker, Inc.*

4909-0992-4449, v. 1