# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| JOANNE, INC., et al., | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWL OF STIETRACKER., INC.'S FILED RESPONSE AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE THAT Sitetracker, Inc. hereby withdrawals the Response and Reservation of Rights of Sitetracker, Inc. to the Notice of Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts filed on August 21, 2025 at docket no. 1619.

Dated: August 22, 2025

OFFIT KURMAN, P.A.

s/ Brian J. McLaughlin
Brian J. McLaughlin, DE Bar No. 2462
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302) 351-0916
brian.mclaughlin@offitkurman.com
*Attorneys for Sitetracker, Inc.*

4916-8875-4273, v. 1