**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 26, 2025 AT 1:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT
IN COURTROOM NO. 5, 5TH FLOOR**

This proceeding will be conducted in-person **in Courtroom No. 5, 5th floor**. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**MATTER GOING FORWARD**

1. Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed May 16, 2025) [Docket No. 930]

    Related Documents:

    (a) Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief (Entered February 14, 2025) [Docket No. 429]

    (b) First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed April 28, 2025) [Docket No. 760]

    (c) Notice of Hearing on Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed July 15, 2025) [Docket No. 1405]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

    (d)    Notice of Hearing on Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed August 7, 2025) [Docket No. 1551]

Objection Deadline:   May 12, 2025 at 4:00 p.m. (ET).

Responses Received:

    (a)    Rayzor Ranch Marketplace Associates, LLC's Objection to Assumption and Assignment of Unexpired Lease for Premises Located at Rayzor Ranch Marketplace in Denton, Texas (Filed May 14, 2025) [Docket No. 876]

    (b)    Burlington Coat Factory Warehouse Corporation's Reply to Rayzor Ranch Marketplace Associates, LLC's Objection to Burlington's Assignment and Assumption of Denton, Texas Lease (Filed August 21, 2025) [Docket No. 1618]

Status:    This matter will be going forward as to the objection of Rayzor Ranch Marketplace Associates, LLC only.

[*Remainder of this page intentionally left blank.*]

Dated: August 22, 2025
      Wilmington, Delaware

*/s/ Jack M. Dougherty*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
      snewman@coleschotz.com
      jdougherty@coleschotz.com
      mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com

*Co-Counsel to the Plan Administrator*