**CERTIFICATE OF SERVICE**

      I certify that on August 22, 2025, a true and correct copy of the foregoing document was served by email on the parties listed below and via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

Christopher Wick (cwick@hahnlaw.com)

Philip K. Stovall (pstovall@hahnlaw.com)

Patrick Reilley (preilley@coleschotz.com)

Andrew Behlman (abehlman@lowenstein.com)

                                                 */s/ Gregory W. Werkheiser*
                                                Gregory W. Werkheiser (No. 3553)