**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 760, 876, 930, and 1618** |

**RAYZOR RANCH MARKETPLACE ASSOCIATES, LLC'S**
**WITNESS AND EXHIBIT LIST FOR AUGUST 26, 2025 AT 1:00 P.M. (ET) HEARING**

Rayzor Ranch Marketplace Associates, LLC, ("Rayzor Ranch"), by and through its undersigned counsel, hereby submits this Witness and Exhibit List for the hearing scheduled for August 26, 2025, at 1:00 p.m. (prevailing Eastern Time) (the "Hearing") as follows:

**WITNESSES**

Rayzor Ranch may call the following individuals as witnesses at the Hearing:

1. Angela C. Davis, Senior Property Manager at Rayzor Ranch: Ms. Davis will be available to testify regarding the issue whether the Rayzor Ranch Lease is located in a shopping center within the meaning of Section 365(b((3) of the Bankruptcy Code;

2. Any witness listed or called by any other party;

3. Rebuttal witnesses as necessary; and

4. Razor Ranch reserves the right to cross-examine any witness called by any other party.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**EXHIBITS**

| Exhibit | Description | Offered | *Objection* | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1 | *First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 760] | | | |
| 2 | *Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 930] | | | |
| 3 | *Rayzor Ranch Marketplace Associates, LLC's Objection to Assumption and Assignment of Unexpired Lease for Premises Located at Rayzor Ranch Marketplace in Denton, Texas* [Docket No. 876] | | | |
| 4 | Lease Agreement between RR Marketplace, LP and Jo-Ann Stores, Inc., dated November 17, 2010 | | | |
| 5 | First Amendment to Lease Agreement between RR Marketplace, LP and Jo-Ann Stores, Inc., dated January 25, 2013 | | | |
| 6 | Second Amendment to Lease Agreement between RR Marketplace, LP and Jo-Ann Stores, Inc., dated April 1, 2020 | | | |
| 7 | Lease between RR Marketplace LP and Ross Dress for Less Inc., dated December 14, 2012 | | | |
| 8 | Lease Agreement between Rayzor Ranch Marketplace Associates, LLC and MarMaxx Operating Corp., dated April 19, 2018 | | | |

**RESERVATIONS OF RIGHTS**

Rayzor Ranch reserves (a) the right to amend and/or supplement this witness and exhibit list at any time prior to the Hearing, and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing witness and exhibit List as

appropriate. Rayzor Ranch also reserves the right to rely upon and use as evidence (a) exhibits included on the exhibit list of any other parties in interest, and (b) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: August 22, 2025
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
T: 302.428.8191
E: whazeltine@sha-llc.com

and

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
Texas Bar No. 24070221
600 Travis, Suite 5600
Houston, Texas 77002
D: 713.576.0388
F: 713.576.0301
E: jbmartin@bradley.com

*Attorneys for Rayzor Ranch Marketplace Associates, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 22, 2025, a true and correct copy of the foregoing *Rayzor Ranch Marketplace Associates, LLC's Witness and Exhibit List for August 26, 2025 at 1:00 P.M. (ET) Hearing* was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's CM/ECF notification system in accordance with Del. Bankr. L.R. 9036-1(b) on the parties listed below via Electronic Mail.

*U. S. Trustee:*

Office of the U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn.: Malcolm M. Bates
malcolm.m.bates@usdoj.gov

*Counsel to GA Joann Retail Partnership, LLC:*

Lowenstein Sandler LLP
One Lowenstein Drive,
Roseland, New Jersey 07068
Attn.: Andrew Behlmann
abehlmann@lowenstein.com

*Counsel to the Debtors:*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Aparna Yenamandra, P.C.
aparna.yenamandra@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago Illinois 60654
Attn.: Jeffrey Michalik
jeff.michalik@kirkland.com
Lindsey Blumenthal
lindsey.blumenthal@kirkland.com

Cole Schotz P.C.,
500Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attn.: Patrick J. Reilley
preilley@coleschotz.com
Stacy L. Newman
snewman@coleschotz.com
Michael E. Fitzpatrick
mfitzpatrick@coleschotz.com
Jack M. Dougherty
jdougherty@coleschotz.com

*Counsel to the Prepetition Term Loan Lender Ad Hoc Group:*

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Attn.: Scott Greenberg
SGreenberg@gibsondunn.com
Kevin Liang
KLiang@gibsondunn.com
Josh Brody
JBrody@gibsondunn.com

*Counsel to the Prepetition Term Loan Agent:*

ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Attn.: Jeffrey Gleit
jeffrey.gleit@afslaw.com

ArentFox Schiff LLP
1717 K Street NW
Washington, D.C. 20006
Attn.: Jonathan Bagg
jonathan.bagg@afslaw.com

ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Attn.: Matthew Bentley
matthew.bentley@afslaw.com

*Counsel to the Official Committee of Unsecured Creditors:*

Kelley Drye & Warren LLP
3 World Trade Center
New York, New York 10007
Attn: Jason Adams
jadams@kelleydrye.com
Maeghan McLoughlin
mmcloughlin@kelleydrye.com
Connie Choe
cchoe@kelleydrye.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Attn: Bradford Sandler bsandler@pszjlaw.com
James O'Neill
joneill@pszlaw.com

*Counsel for Burlington Coat Factory Warehouse Corporation*

Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Matthew P. Ward
matthew.ward@wbd-us.com
Marcy J. McLaughlin Smith
marcy.smith@wbd-us.com

Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Attn: Kristhy M. Peguero
kpeguero@jw.com
Victoria Argeroplos
vargeroplos@jw.com

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Attn: William Farmer
wfarmer@jw.com

August 22, 2025
Date

*/s/ William A. Hazeltine*
William A. Hazeltine