## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2025, a true and correct copy of the foregoing *Rayzor Ranch Marketplace Associates, LLC's Witness and Exhibit List for August 26, 2025 at 1:00 P.M. (ET) Hearing* was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's CM/ECF notification system in accordance with Del. Bankr. L.R. 9036-1(b) on the parties listed below via Electronic Mail.

| *U. S. Trustee:* | *Counsel to GA Joann Retail Partnership, LLC:* |
|---|---|
| Office of the U.S. Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn.: Malcolm M. Bates<br>malcolm.m.bates@usdoj.gov | Lowenstein Sandler LLP<br>One Lowenstein Drive,<br>Roseland, New Jersey 07068<br>Attn.: Andrew Behlmann<br>abehlmann@lowenstein.com |

*Counsel to the Debtors:*

| | |
|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn.: Aparna Yenamandra, P.C.<br>aparna.yenamandra@kirkland.com | Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago Illinois 60654<br>Attn.: Jeffrey Michalik<br>jeff.michalik@kirkland.com<br>Lindsey Blumenthal<br>lindsey.blumenthal@kirkland.com |

Cole Schotz P.C.,
500Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attn.: Patrick J. Reilley
preilley@coleschotz.com
Stacy L. Newman
snewman@coleschotz.com
Michael E. Fitzpatrick
mfitzpatrick@coleschotz.com
Jack M. Dougherty
jdougherty@coleschotz.com

4936-4935-3569.3

*Counsel to the Prepetition Term Loan Lender Ad Hoc Group:*

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Attn.: Scott Greenberg
SGreenberg@gibsondunn.com
Kevin Liang
KLiang@gibsondunn.com
Josh Brody
JBrody@gibsondunn.com

*Counsel to the Prepetition Term Loan Agent:*

| | |
|---|---|
| ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>Attn.: Jeffrey Gleit<br>jeffrey.gleit@afslaw.com | ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, D.C. 20006<br>Attn.: Jonathan Bagg<br>jonathan.bagg@afslaw.com |

ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Attn.: Matthew Bentley
matthew.bentley@afslaw.com

*Counsel to the Official Committee of Unsecured Creditors:*

| | |
|---|---|
| Kelley Drye & Warren LLP<br>3 World Trade Center<br>New York, New York 10007<br>Attn: Jason Adams<br>jadams@kelleydrye.com<br>Maeghan McLoughlin<br>mmcloughlin@kelleydrye.com<br>Connie Choe<br>cchoe@kelleydrye.com | Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>Attn: Bradford Sandler bsandler@pszjlaw.com<br>James O'Neill<br>joneill@pszlaw.com |

*Counsel for Burlington Coat Factory Warehouse Corporation*

| | |
|---|---|
| Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Attn: Matthew P. Ward<br>matthew.ward@wbd-us.com<br>Marcy J. McLaughlin Smith<br>marcy.smith@wbd-us.com | Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>Attn: Kristhy M. Peguero<br>kpeguero@jw.com<br>Victoria Argeroplos<br>vargeroplos@jw.com |

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Attn: William Farmer
wfarmer@jw.com

| | |
|---|---|
| August 22, 2025<br>Date | */s/ William A. Hazeltine*<br>William A. Hazeltine |