## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on August 14, 2025 at 10:00 a.m. (ET) before the Honorable Craig T. Goldblatt [Docket No. 1579] (the "**_Hearing Agenda Notice_**")

- Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) [Docket No. 1580] (the "**_Ninth Omnibus Objection Order_**")

- Order Sustaining Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) [Docket No. 1581] (the "**_Eleventh Omnibus Objection Order_**")

- Order Sustaining Debtors' Twelfth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims & Reduced Claims) [Docket No. 1582] (the "**_Twelfth Omnibus Objection Order_**")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) [Docket No. 1583] (the "***Sixth Omnibus Objection Order***")

- Order Sustaining Debtors' Fifth Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) [Docket No. 1587] (the "***Fifth Omnibus Objection Order***")

- Order Scheduling Omnibus Hearing Date [Docket No. 1588]

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the Hearing Agenda Notice to be served via email on the DN 1579 Notice Parties Service List attached hereto as **Exhibit B**.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the Ninth Omnibus Objection Order to be served by the method set forth on the Ninth Omnibus Parties Service List attached hereto as **Exhibit C**.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the Eleventh Omnibus Objection Order to be served by the method forth on the Eleventh Omnibus Parties Service List attached hereto as **Exhibit D**.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the Twelfth Omnibus Objection Order to be served by the method set forth on the Twelfth Omnibus Parties Service List attached hereto as **Exhibit E**.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the Sixth Omnibus Objection Order to be served via first class mail and email on Exmart International Private Limited (ADRID: 30207005), 268, Sant Nagar, East of Kailash, New Delhi, Delhi, India, hempal@exmartintl.net; johnson@exmartintl.net.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the Fifth Omnibus Objection Order to be served via first class mail and email on Notions Marketing Corporation (ADRID: 30184603), 517 Crofton St SE, Grand Rapids, MI 49507-1862, jason.smith@notionsmarketing.com; marge.hofert@notionsmarketing.com.

*[Remainder of page intentionally left blank]*

Dated: August 18, 2025

*/s/ Sonia Akter*
Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 18, 2025, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 90782

**Exhibit A**

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | PLOPEZ@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |
| ANSELL GRIMM & AARON, P.C. | ATTN: ANTHONY J. D'ARTIGLIO, ESQ. | ADARTIGLIO@ANSELL.LAW |
| ARCHER & GREINER, P.C. | ATTN: NATASHA M. SONGONUGA, ESQUIRE | NSONGONUGA@ARCHERLAW.COM |
| ARCHER & GREINER, P.C. | ATTN: JIANGANG OU, ESQUIRE | JOU@ARCHERLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN | JEFFREY.GLEIT@AFSLAW.COM; BRETT.GOODMAN@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG | JONATHAN.BAGG@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY | MATTHEW.BENTLEY@AFSLAW.COM |
| ASSISTANT COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BALASIANO & ASSOCIATES, PLLC | ATTN: STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ. | STEVEN@BALASIANOLAW.COM; JUDAH@BALASIANOLAW.COM |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, ESQUIRE, NAHAL ZARNIGHIAN, ESQUIRE | BRANCHD@BALLARDSPAHR.COM; ZARNIGHIANN@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON | MARK.OWENS@BTLAW.COM; AMY.TRYON@BTLAW.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JOHN C. GENTILE, KEVIN M. CAPUZZI, STEVEN L. WALSH, JUAN E. MARTINEZ | JGENTILE@BENESCHLAW.COM; KCAPUZZI@BENESCHLAW.COM; SWALSH@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN: JEFFREY I. SNYDER, ESQ. | JSNYDER@BILZIN.COM |
| BROOKFIELD PROPERTIES RETAIL INC. AS AGENT | ATTN: KRISTEN N. PATE, GENERAL COUNSEL | BK@BPRETAIL.COM |
| BROWARD COUNTY ATTORNEY'S OFFICE | ATTN: ANDREW J. MEYERS, SCOTT ANDRON | SANDRON@BROWARD.ORG |
| BROWN NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE | JNIMEROFF@BROWNNIMEROFF.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: JARRET P. HITCHINGS | JARRET.HITCHINGS@BCLPLAW.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH | DAVID.UNSETH@BCLPLAW.COM |
| BUCHALTER, A PROFESSSIONAL CORPORATION | ATTN: VALERIE BANTNER PEO, SHAWN M. CHRISTIANSON, ESQ. | VBANTNERPEO@BUCHALTER.COM; SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | JFALGOWSKI@BURR.COM |
| BURR & FORMAN LLP | ATTN: EMILY TAUBE | ETAUBE@BURR.COM |

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BURR & FORMAN LLP | ATTN: J. ELLSWORTH SUMMERS, JR., DANA L. ROBBINS-BOEHNER | ESUMMERS@BURR.COM; DROBBINS-BOEHNER@BURR.COM |
| CAMPBELL & LEVINE, LLC | ATTN: KATHERINE L. HEMMING, ESQUIRE | KHEMMING@CAMLEV.COM |
| CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS | JMARSHALL@CHOATE.COM; JVENTOLA@CHOATE.COM; HFOUSHEE@CHOATE.COM; ATHOMAS@CHOATE.COM |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER | KGRIVNER@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, TARA L. BUSH | AHORNISHER@CLARKHILL.COM; TBUSH@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: SANDRA S. HAMILTON | BANKRUPTCYFILING@CLARKHILL.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: CHRISTOPHER A. OUELLETTE, EVAN W. RASSMAN | ERASSMAN@COHENSEGLIAS.COM; COUELLETTE@COHENSEGLIAS.COM |
| COLE SCHOTZ P.C. | ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY | PREILLEY@COLESCHOTZ.COM; SNEWMAN@COLESCHOTZ.COM; MFITZPATRICK@COLESCHOTZ.COM; JDOUGHERTY@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER | JWISLER@CONNOLLYGALLAGHER.COM |
| COUNTY ATTORNEY | ATTN: J. JEFFERY RICH | JRICH@MADISONCOUNTYAL.GOV |
| COWLES & THOMPSON, P.C. | ATTN: WILLIAM L. SIEGEL | BSIEGEL@COWLESTHOMPSON.COM |
| CROSS & SIMON, LLC | ATTN: KEVIN S. MANN, ESQUIRE | KMANN@CROSSLAW.COM |
| DEPUTY COUNTY ATTORNEY | ATTN: BELKYS ESCOBAR | BELKYS.ESCOBAR@LOUDOUN.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, MATTHEW S. SARNA | STUART.BROWN@US.DLAPIPER.COM; MATTHEW.SARNA@US.DLAPIPER.COM |
| ERVIN COHEN & JESSUP LLP | ATTN: BYRON Z. MOLDO | BMOLDO@ECJLAW.COM |
| FOX ROTHSCHILD LLP | ATTN: STEPHANIE SLATER WARD, ESQUIRE | SWARD@FOXROTHSCHILD.COM |
| FOX ROTHSCHILD LLP | ATTN: JOSEPH J. DIPASQUALE | JDIPASQUALE@FOXROTHSCHILD.COM |
| FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ. | RGOLD@FBTLAW.COM; ESEVERINI@FBTLAW.COM |
| GA GROUP | ATTN: SCOTT K. CARPENTER AND TIM SHILLING | SCARPENTER@BRILEYFIN.COM; TSHILLING@BRILEYFIN.COM; LEGAL@BRILEYFIN.COM |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG | SGREENBERG@GIBSONDUNN.COM; MJWILLIAMS@GIBSONDUNN.COM; CLWILSON@GIBSONDUNN.COM; KLIANG@GIBSONDUNN.COM |
| GILBERT BIRD LAW FIRM, PC | ATTN: RYAN J. BIRD | RBIRD@GILBERTBIRDLAW.COM |
| GKG LAW, P.C. | ATTN: BRENDAN COLLINS, RACHEL E. AMSTER | BCOLLINS@GKGLAW.COM; RAMSTER@GKGLAW.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG | AGLENN@GLENNAGRE.COM; KMAYR@GLENNAGRE.COM; ABERRO@GLENNAGRE.COM; MDOSS@GLENNAGRE.COM; EHONG@GLENNAGRE.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK | DBRUCK@GREENBAUMLAW.COM |
| GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DBMOYLAN@OAGGUAM.ORG; ADMINISTRATION@OAGGUAM.ORG |
| HAHN LOESER & PARKS LLP | ATTN: CHRISTOPHER B. WICK, ESQUIRE | CWICK@HAHNLAW.COM |
| HANSON BRIDGETT LLP | ATTN: NANCY J. NEWMAN, ESQ. | NNEWMAN@HANSONBRIDGETT.COM |
| HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV |
| HILLSBOROUGH COUNTY ATTORNEY | ATTN: BRIAN T. FITZGERALD, ESQ. | FITZGERALDB@HCFL.GOV; STROUPJ@HCFL.GOV; CONNORSA@HCFL.GOV |
| HOGAN & MCDANIEL | ATTN: GARVAN F. MCDANIEL, ESQUIRE | GFMCDANIEL@DKHOGAN.COM |
| HOLLAND & KNIGHT LLP | ATTN: ARTHUR ROSENBERG, ESQ. | ARTHUR.ROSENBERG@HKLAW.COM |
| JACKSON & CAMPBELL, P.C. | ATTN: MITCHELL B. WEITZMAN, ESQUIRE | MWEITZMAN@JACKSCAMP.COM |
| JACKSON WALKER LLP | ATTN: KRISTHY M. PEGUERO | KPEGUERO@JW.COM |
| JACKSON WALKER LLP | ATTN: JENNIFER F. WERTZ | JWERTZ@JW.COM |
| JACKSON WALKER LLP | ATTN: WILLIAM FARMER | WFARMER@JW.COM |
| JOYCE, LLC | ATTN: MICHAEL J. JOYCE | MJOYCE@MJLAWOFFICES.COM |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT, ESQUIRE | WLEVANT@KAPLAW.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON | SREISMAN@KATTEN.COM; CGIGLIO@KATTEN.COM; GRACE.THOMPSON@KATTEN.COM |

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ., CONNIE CHOE, CHARLES J. FENDRYCH | MMCLOUGHLIN@KELLEYDRYE.COM; ABARAJAS@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM; CFENDRYCH@KELLEYDRYE.COM; EWILSON@KELLEYDRYE.COM |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | BANKRUPTCY@KERNCOUNTY.COM |
| KIMCO REALTY CORPORATION | ATTN: RAYMOND EDWARDS | REDWARDS@KIMCOREALTY.COM |
| KING & SPALDING LLP | ATTN: J. ERIC WISE, NANCY MARIE BELLO | EWISE@KSLAW.COM; NBELLO@KSLAW.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA | JOSHUA.SUSSBERG@KIRKLAND.COM; APARNA.YENAMANDRA@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL | ANUP.SATHY@KIRKLAND.COM; JEFF.MICHALIK@KIRKLAND.COM; LINDSEY.BLUMENTHAL@KIRKLAND.COM |
| KURTZMAN \| STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ., ELIZABETH A. ROGERS, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; EROGERS@LRCLAW.COM |
| LAW OFFICE OF STEPHEN M. KAPLAN | ATTN: STEPHEN M. KAPLAN, ESQUIRE | KAPLANLAWWORKS@AOL.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E, KAUFMAN, ESQ. | SKAUFMAN@SKAUFMANLAW.COM |
| LAW OFFICES OF AMY N. TIRRE | ATTN: AMY N. TIRRE | AMY@AMYTIRRELAW.COM |
| LAW OFFICES OF KENNETH L. BAUM LLC | ATTN: KENNETH L. BAUM | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| LAW OFFICES OF RONALD K. BROWN, JR., APC | ATTN: RONALD K. BROWN, JR. | RON@RKBROWNLAW.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS | SCOTT.COUSINS@LEWISBRISBOIS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | AUSTIN.BANKRUPTCY@LGBS.COM |
| LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG | ADRIAN@THEWOOBLES.COM |
| LOWENSTEIN SANDLER LLP | ATTN: ANDREW BEHLMANN | ABEHLMANN@LOWENSTEIN.COM |
| MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON | LEGAL@TAXCOLLECTOR.COM |

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| MANDELBAUM BARRETT PC | ATTN: JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN | JROSENTHAL@MBLAWFIRM.COM; ALEE@MBLAWFIRM.COM; VROLDAN@MBLAWFIRM.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ. | KBUCK@MCCARTER.COM; MZARE@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM |
| METZ LEWIS BRODMAN MUST O'KEEFE | ATTN: JUSTIN M. TUSKAN, ESQUIRE | JTUSKAN@METZLEWIS.COM |
| MILBANK LLP | ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER | DDUNNE@MILBANK.COM; SKHALIL@MILBANK.COM; AHARMEYER@MILBANK.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | MARJORIE.CRIDER@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: DAVID K. SHIM, ESQ. | DAVID.SHIM@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | JODY.BARILLARE@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD, III; MATTHEW C. ZIEGLER | JOHN.GOODCHILD@MORGANLEWIS.COM; MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY | EMONZO@MORRISJAMES.COM; BKEILSON@MORRISJAMES.COM; CDONNELLY@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER | RDEHNEY@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM; BDOLPHIN@MORRISNICHOLS.COM; DCULVER@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER & AUSTIN T. PARK | CMILLER@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MALCOLM M. BATES | MALCOLM.M.BATES@USDOJ.GOV; USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQUIRE | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES, PRO SE | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY | GOCALGIRAY@ORMO.COM.TR |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL, ESQ. | BSANDLER@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | MVALDEZ@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REESE | LREECE@PBFCM.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO | EBCALVO@PBFCM.COM |
| PIERSON FERDINAND LLP | ATTN: JEFFREY M. CARBINO, ESQUIRE | JEFFREY.CARBINO@PIERFERD.COM |
| POTTER ANDERSON & CORROON LLP | ATTN: M. BLAKE CLEARY, GREGORY J. FLASSER | BCLEARY@POTTERANDERSON.COM; GFLASSER@POTTERANDERSON.COM |
| PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ. | RSTEINBERG@PRICEMEESE.COM |
| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ. | GERALD.KENNEDY@PROCOPIO.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ. | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: ANDREW BETTWY, ESQ. | ABETTWY@PROSKAUER.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI, ERIC KAY, RACHEL HARRINGTON | SUSHEELKIRPALANI@QUINNEMANUEL.COM; ERICKAY@QUINNEMANUEL.COM; RACHELHARRINGTON@QUINNEMANUEL.COM |
| RASHTI AND MITCHELL, ATTORNEYS AT LAW | ATTN: TIMOTHY T. MITCHELL, ESQUIRE | TIM@RASHTIANDMITCHELL.COM; DKRM@AOL.COM |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO | KGWYNNE@REEDSMITH.COM; JANGELO@REEDSMITH.COM |
| REEDER LAW CORPORATION | ATTN: DAVID M. REEDER, ESQ. | DAVID@REEDERLAW.COM |
| REGENCY CENTERS, L.P. | ATTN: ERNST BELL | ERNSTBELL@REGENCYCENTERS.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ALEXANDER R. STEIGER | STEIGER@RLF.COM; COLLINS@RLF.COM |
| ROCHELLE MCCULLOUGH, LLP | ATTN: J. MARK CHEVALLIER, MICHAEL T. PIPKIN | MCHEVALLIER@ROMCLAW.COM; MPIPKIN@ROMCLAW.COM |
| SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQUIRE | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE | TURNER.FALK@SAUL.COM |
| SAUL EWING LLP | ATTN: EVAN T. MILLER, ESQUIRE | EVAN.MILLER@SAUL.COM |
| SAUL EWING LLP | ATTN: RYAN COY, ESQUIRE | RYAN.COY@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA, ESQUIRE | JSOWKA@SEYFARTH.COM |
| SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | ATTN: RONALD M. TUCKER, ESQ. | RTUCKER@SIMON.COM |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | DPLON@SIRLINLAW.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| SOLOMON WARD SEIDENWURM & SMITH LL | ATTN: MICHAEL D. BRESLAUER | MBRESLAUER@SWSSLAW.COM |
| SPERO LAW OFFICE | ATTN: JOSEPH B. SPERO | SPEROFIRM@SPEROLAWOFFICE.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG | MARK.SALZBERG@SQUIREPB.COM |
| STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQUIRE | JLEMKIN@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | KAITLYN.M.HUSAR@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | UAG@UTAH.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER@WVAGO.GOV |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQUIRE | DPEREIRA@STRADLEY.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ., WILLIAM D. SULLIVAN, ESQ. | WHAZELTINE@SHA-LLC.COM; BSULLIVAN@SHA-LLC.COM |
| SWANSON, MARTIN & BELL, LLP | ATTN: CHARLES S. STAHL, JR | CSTAHL@SMBTRIALS.COM |
| TENENBAUM & SAAS, P.C. | ATTN: BRADSHAW ROST, ESQ. | BROST@TSPCLAW.COM |

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE | ATTN: LAURA L. MCCLOUD | AGBANKDELAWARE@AG.TN.GOV |
| TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION | ATTN: CHRISTOPHER S. MURPHY | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV |
| THE EHRLICH LAW FIRM | ATTN: WILLIAM EHRLICH | WILLIAM@EHRLICHLAWFIRM.COM |
| THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ. | ROSNER@TEAMROSNER.COM; LIU@TEAMROSNER.COM |
| THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE, ESQ. | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TOBIN & REYES PLLC | ATTN: RICARDO A. REYES, ESQ | ESERVICE@TOBINREYES.COM; RAR@TOBINREYES.COM; MHORTON@TOBINREYES.COM; RREID@TOBINREYES.COM |
| US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WALSH PIZZI O'REILLY FALANGA, LLP | ATTN: STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ. | SFALANGA@WALSH.LAW; NEBEL@WALSH.LAW |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@DC.GOV |
| WENOKUR RIORDAN PLLC | ATTN: FAYE C. RASCH | FAYE@WRLAWGROUP.COM |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | JCARRUTH@WKPZ.COM |
| WILES & WILES, LLP | ATTN: JOHN J. WILES, ESQ. | BANKRUPTCY@EVICT.NET |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SEAN M. BEACH, ROBERT S. BRADY, KENNETH J. ENOS | SBEACH@YCST.COM; RBRADY@YCST.COM; KENOS@YCST.COM |

**Exhibit B**

Exhibit B

DN 1579 Notice Parties Service List

Served via email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 30551523 | GWEN STUDIOS | WELCOME@WORKSHARESERVICE.COM; CAREY@GWENSTUDIOS.COM |
| 30551524 | LOW TECH TOY CLUB LLC | ADRIAN@THEWOOBLES.COM |
| 30551526 | LOW TECH TOY CLUB LLC | STEVEN@BALASIANOLAW.COM; JUDAH@BALASIANOLAW.COM |
| 30551521 | MARIA MARGARITA AGUILAR MARTINEZ | LOIZIDES@LOIZIDES.COM |
| 30551519 | MOVANT SHENYANG LARGE CIRCLE ARTS & CRAFTS CO., LTD. | ADAM@MAZZOLALINDSTROM.COM |
| 30551518 | MOVANT SHENYANG LARGE CIRCLE ARTS & CRAFTS CO., LTD. | GDICK@COOCHTAYLOR.COM |
| 30551520 | NOTIONS MARKETING CORPORATION | JORDAN.WILLIAMS@BLANKROME.COM; JOHN.LUCIAN@BLANKROME.COM |
| 30551522 | OHIO PLAINTIFFS | FGRIFFIN@GELAW.COM; GNOVOD@GELAW.COM; MFARMER@GELAW.COM |
| 30551527 | ORMO ITHALAT VE IHRACAT AS | DDAGISTANI@ORMO.COM.TR |
| 30551528 | ORMO ITHALAT VE IHRACAT AS | GOCALGIRAY@ORMO.COM.TR |
| 30551529 | SPRINGS CREATIVE PRODUCTS GROUP | DERICK.CLOSE@SPRINGSCREATIVE.COM |

**Exhibit C**

Exhibit C
Ninth Omnibus Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30292822 | Argo Partners as Transferee of Natraj Home Furnishings Pvt Ltd | Attn: Matthew Binstock, 12 West 37th Street, Ste 900 | New York | NY | 10018 | | | First Class Mail |
| 30291901 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30332280 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30224773 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30257732 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30257731 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30224076 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30256830 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30261006 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30275195 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30275257 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30262957 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30294569 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30181503 | CAOXIAN LUYI GUANGFA ART & CRAFT CO., LTD | WANGLOU(QINGDAO) INDUSTRIAL PARK, CAOXIAN COUNTY, NO.001, QINGHE MIDDLE ROAD, CAOXIAN COUNTY | HEZE, SHANDONG PROVINCE | | 274400 | CHINA | luyigrass4@sdluyi.com | First Class Mail and Email |
| 30334860 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30256524 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30295768 | Colart Americas Inc. | Attention To:  Timothy T. Brock, Esq., Duane Morris LLP, 230 Park Avenue, Suite 1130 | New York | NY | 10169 | | TTBrock@duanemorris.com | First Class Mail and Email |
| 30295770 | Colart Americas Inc. | Colart Americas Inc., Attn: Mark S. Triano, 2 Corporate Place South | Piscataway | NJ | 08854 | | mark.triano@colart.com | First Class Mail and Email |
| 30295769 | Colart Americas Inc. | Attn: Mark Lerner, Esq., Duane Morris LLP, 230 Park Avenue, Suite 1130 | New York | NY | 10169 | | MALerner@duanemorris.com | First Class Mail and Email |
| 30293383 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30331374 | Conejo Valley Plaza 2, LLC | c/o Law Office of Corey E Taylor, 629 Camino De Los Mares, Suite 305 | San Clemente | CA | 92673 | | corey@taylorlawoc.com | First Class Mail and Email |
| 30224428 | CS International (HK) Toys, Limited | 7th FL, Edward Wong Tower, 910 Cheung Sha Wan Road | Kowloon, HK | | | China | jung@chosunintl.com | First Class Mail and Email |
| 30342617 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30293763 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30291612 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30291613 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 29952107 | DELAWARE COUNTY TREASURER | ROOM 102 COUNTY BUILDING | MUNCIE | IN | 47305 | | mhelvie@co.delware.in.us | First Class Mail and Email |
| 30353453 | Designco Private Limited | Lakri Fazalpur, Delhi Road | Moradabad, Uttar Pradesh | | 244001 | India | ankit@designco-india.com | First Class Mail and Email |
| 30291786 | Direct Energy Business, LLC | c/o McDowell Hetherington LLP, 1001 Fannin, Suite 2400 | Houston | TX | 77002 | | patricia.flores@mhllp.com; randy.duncan@mhllp.com | First Class Mail and Email |
| 30291787 | Direct Energy Business, LLC | NRG Business, Jonathan Love, 1001 Liberty Avenue | Pittsburgh | PA | 15222 | | jonathan.love@nrg.com | First Class Mail and Email |
| 30293092 | Elegant Home Ltd. | Joseph Lee, 11-19 Sha Tsui Road, Tsuen Wan | Hong Kong | | | Hong Kong | joelee@eleganthomeltd.com | First Class Mail and Email |
| 30293091 | Elegant Home Ltd. | Kevin M. Capuzzi, Esq., 1313 N. Market St., Suite 1201 | Wilmington | DE | 19801 | | kcapuzzi@beneschlaw.com; lmolinaro@beneschlaw.com | First Class Mail and Email |
| 30289604 | Enchante Accessories Inc. | 149 Madison Ave., FL. 12 | New York | NY | 10016 | | adam.cohen@ench.com | First Class Mail and Email |
| 30289606 | Enchante Accessories Inc. | Adam Cohen, VP of Finance / Enchante Accessories Inc., 149 Madison Ave., fl. 12 | New York | NY | 10016 | | adam.cohen@ench.com | First Class Mail and Email |

Exhibit C
Ninth Omnibus Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30289605 | Enchante Accessories Inc. | Attn: Balasiano & Associates, 6701 Bay Parkway, FL. 3 | Brooklyn | NY | 11204 | | judah@balasianolaw.com | First Class Mail and Email |
| 30417741 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 29967024 | Fernwood Capital, LLC | 9469 Haven Avenue, Suite 200 | Rancho Cucamonga | CA | 91730 | | marlon@city-commercial.com | First Class Mail and Email |
| 30284421 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30284730 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30277731 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30285224 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30278061 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30283070 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30290229 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30280787 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30296103 | Gwen Studios LLC | Jennifer Hoover, Esq., 1313 N. Market Street, Suite 1201 | Wilmington | DE | 19801 | | carey@gwenstudios.com; jhoover@beneschlaw.com | First Class Mail and Email |
| 30296102 | Gwen Studios LLC | John Pouliot, 1377 Broadcloth Street, Suite 202 | Fort Mill | SC | 29715 | | john@gwenstudios.com; lmolinaro@beneschlaw.com | First Class Mail and Email |
| 30282601 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30385480 | Hain Capital Investors Master Fund, LTD as Transferee of Vardhman Textiles Limited | Attn: Keenan Austin, 301 Route 17 North, Suite 816A | Rutherford | NJ | 07070 | | | First Class Mail |
| 30282595 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30165130 | HEBEI BESTONE JEWELRY CO LTD | NO. 662, HEPING WEST ROAD | SHIJIAZHUANG, JI | | 050000 | CHINA | lily@bestone.net; linda@bestone.net | First Class Mail and Email |
| 30296146 | Hewlett-Packard Financial Services Company | 1701 East Mossy Oaks Road | Spring | TX | 77385 | | ivan.gan@hpe.com | First Class Mail and Email |
| 30296145 | Hewlett-Packard Financial Services Company | 200 Connell Drive, Suite 5000 | Berkeley Heights | NJ | 07922 | | ivan.gan@hpe.com | First Class Mail and Email |
| 30262889 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30262890 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30396039 | Hongkong Simple Element Global Limid | 3-4F, No1BuildingHi-techsquare, Jiangnan Road | Ningbo | CN | 31504 | China | summer@nbparamont.com | First Class Mail and Email |
| 30278529 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30257291 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30276771 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30260332 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30257692 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30331452 | Jones Lang LaSalle Americas, Inc. | 200 E Randolph Street | Chicago | IL | 60601 | | mike.anderson@jll.com; sfalanga@walsh.law | First Class Mail and Email |
| 30331453 | Jones Lang LaSalle Americas, Inc. | c/o Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street 15th Floor | Newark | NJ | 07102 | | sfalanga@walsh.law | First Class Mail and Email |
| 30257400 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30296138 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30216131 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30297664 | Lake Charles PC, L.P. | Realm Realty, 900 Town & Country Lane, Suite 210 | Houston | TX | 77024 | | dbraband@realmrealty.com | First Class Mail and Email |
| 30222318 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30294910 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30337148 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30286048 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30295527 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |

Exhibit C

Ninth Omnibus Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30224912 | Mack 13, LLC | 35975 Woodward Ave. | Birmingham | MI | 48009 | | dwells@vec13.com; gvan@vec13.com | First Class Mail and Email |
| 30260747 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30293162 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30257869 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30332030 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30263367 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30262388 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30333196 | Name on file | Address on file | | | | | | First Class Mail |
| 30181506 | Natraj Home Furnishings Pvt Ltd | Deepak Wadhwani, 318, Phase-IV, Sector-57, Hsiidc Industrial Estate | Kundli, Haryana | | 131028 | India | dhruv@natrajexports.com | First Class Mail and Email |
| 30285325 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414642 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30282630 | Nipkow and Kobelt Inc. | Halperin Battaglia Benzija, LLP, Attn: Keara Waldron, 40 Wall Street, 37th Floor | New York | NY | 10005 | | kwaldron@halperinlaw.net; shannonp@nipkowkobelt.com | First Class Mail and Email |
| 30282631 | Nipkow and Kobelt Inc. | Shannon Post, P.O. Box 36 | Becket | MA | 01223 | | shannonp@nipkowkobelt.com | First Class Mail and Email |
| 30282283 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30287809 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30296177 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30260741 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30342621 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30273977 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30280718 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30279048 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30286656 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30294534 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30334972 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30274687 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30297689 | SFT Inc. | A-G216 201 Songpa-Daero, Songpa-Gu | Seoul | | 05854 | South Korea | heshy@feldmanco.com | First Class Mail and Email |
| 30297691 | SFT Inc. | Balasiano and Associates PLLC, Reuven Sujnow, 6701 Bay Pkwy, 3rd Floor | Brooklyn | NY | 11204 | | rsujnow@balasianolaw.com | First Class Mail and Email |
| 30297690 | SFT Inc. | C/O Bernath & Rosenberg, P.C., 126 Spruce St | Cedarhurst | NY | 11516 | | heshy@feldmanco.com | First Class Mail and Email |
| 30261803 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30259083 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30418306 | Solartex Corporation | 7F., No. 477 Sec.2, Tiding Blvd., Neihu District | Taipei City | | 11493 | Taiwan | vickie@solartex.com.tw | First Class Mail and Email |
| 30286083 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30263451 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30345266 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30296307 | Therm O Web Inc | Karen L Grandt, 770 Glenn Avenue | Wheeling | IL | 60090 | | kgrandt@thermoweb.com | First Class Mail and Email |
| 30273848 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30262587 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30260426 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30343620 | Vardhman Textiles Limited | Corporate Legal Department, Chandigarh Road | Ludhiana, Punjab | | 141010 | India | nishikant@vardhman.com | First Class Mail and Email |
| 30280791 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30280792 | Name on file | Address on file | | | | | | First Class Mail |
| 30292152 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |

Exhibit C
Ninth Omnibus Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30442832 | Vono-Tex as Transferee of Nipkow and Kobelt Inc. | Room No. 504, 26, Sangwon 1-GIL, Seong-Dong Gu | Seoul | | 04779 | Korea | | First Class Mail |
| 30222060 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30257227 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30357221 | WOO JIN CORP | SUYEON KIM, 2 FL, 13-17, PYEONGNI-RO, 35GIL, SEO-GU | DAEGU | | 41845 | SOUTH KOREA | woojincorp78@daum.net | First Class Mail and Email |
| 30225034 | Wright Family Enterprises, LLC | 1545 Benton Street #A | Alameda | CA | 94501 | | jim90y@msn.com | First Class Mail and Email |
| 30225531 | Wright Family Enterprises, LLC | Harland Law Firm LLP, John Steven Lopez, 212 G Street, Suite 201 | Eureka | CA | 95501 | | jlopez@harlandlaw.com | First Class Mail and Email |

**Exhibit D**

Exhibit D

Eleventh Omnibus Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30353465 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353439 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353671 | Babbs, Shana | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393506 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30385734 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30392868 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30386092 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30398241 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30394767 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401685 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30396618 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397471 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30354385 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353879 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30394582 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397387 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30384868 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393738 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393193 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30396871 | Name on file | Address on file | | | | | | First Class Mail |
| 30396870 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353595 | Dady, Christopher James | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397198 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353403 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30386419 | Designco Private Limited | Lakri Fazalpur, Delhi Road | Moradabad, UP | | 244001 | India | ankit@designco_india.com | First Class Mail and Email |
| 30358371 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401671 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355574 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401762 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30354440 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30358387 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30354229 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397644 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30386446 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355949 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |

Exhibit D

Eleventh Omnibus Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30393582 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30385694 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30396818 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355137 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401665 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393199 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355741 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30354770 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393818 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30395829 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30384944 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356696 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30398394 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356921 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353992 | Lee, Jennifer | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353603 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30394763 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30399813 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30399615 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356527 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30394531 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401935 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30358080 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30358377 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30358136 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356868 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355711 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355192 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30399625 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30357072 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30402053 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356947 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401952 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30394610 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30394166 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |

Exhibit D
Eleventh Omnibus Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30386249 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30358335 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353411 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356592 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30287207 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30386410 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30398326 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30385082 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393758 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414123 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30385739 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397111 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397457 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393189 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30395865 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30354729 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30386031 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397568 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30393104 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30401599 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30386216 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30355194 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30356344 | Village of Plover, WI | 2400 Post Road | Plover | Wi | 54467 | | Tkarnitz@ploservi.gov | First Class Mail and Email |
| 30356684 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30353938 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30358284 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397023 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30384948 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30397713 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30395803 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30384986 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |

**Exhibit E**

Exhibit E

Twelfth Omnibus Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30338760 | American Food and Vending Corporation | c/o Bond, Schoeneck & King, PLLC | Attn: Sara C. Temes, Esq., One Lincoln Center | Syracuse | NY | 13202 | stemes@bsk.com | First Class Mail and Email |
| 30338761 | American Food and Vending Corporation | Robert M. Cote | 124 Metropolitan Park Drive | Syracuse | NY | 13088 | rcote@afvusa.com | First Class Mail and Email |
| 30432949 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30295059 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414588 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30417753 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30421235 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30418119 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30258643 | Fabric Traditions | 530 7th Avenue | 305 | New York | NY | 10018 | btowey@fabrictraditions.com; etoweyfenton@gmail.com | First Class Mail and Email |
| 30418719 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30416591 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414101 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30422000 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30435814 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414353 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30432985 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30416636 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30287046 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30432957 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30432922 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414753 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30225333 | Richloom Far East Trading Co. Ltd. | Richloom Fabrics Group | 261 Fifth Ave, 12th Fl. | New York | NY | 10016 | rschaefer@richloomfabrics.com | First Class Mail and Email |
| 30415759 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30421639 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30416189 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30416558 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30415839 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414553 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30281217 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414355 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30414356 | Name on file | Address on file | | | | | | First Class Mail |
| 30416398 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |
| 30418324 | Name on file | Address on file | | | | | Email on file | First Class Mail and Email |