**Exhibit A**

**June Invoice**



PACHULSKI
STANG
ZIEHL &
JONES

919 North Market Street
17th Floor
Wilmington, DE  19801

JoAnn O.C.C.
-

June 30, 2025
Invoice    148875
Client      46699.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2025

| | |
|---|---:|
| FEES | $36,239.50 |
| EXPENSES | $639.42 |
| **TOTAL CURRENT CHARGES** | **$36,878.92** |
| **BALANCE FORWARD** | **$128,831.20** |
| **LAST PAYMENT / A/R ADJUSTMENT** | **-$67,024.20** |
| **TOTAL BALANCE DUE** | **$98,685.92** |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 1.10 | $2,084.50 |
| JEO | O'Neill, James E. | Partner | 1,475.00 | 18.10 | $26,697.50 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 4.80 | $3,120.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 1.00 | $625.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 495.00 | 6.00 | $2,970.00 |
| JG | Janet Grayson | Case Management Assistant | 495.00 | 1.50 | $742.50 |
| | | | | 32.50 | $36,239.50 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition | 3.40 | $4,644.50 |
| BL | Bankruptcy Litigation | 3.30 | $4,867.50 |
| CA | Case Administration | 1.40 | $1,034.50 |
| CO | Claims Administration and Objections | 2.60 | $4,003.00 |
| CP | PSZJ Compensation | 3.20 | $3,400.00 |
| CPO | Other Professional Compensation | 3.20 | $3,854.50 |
| FE | Fee/Employment Application | 0.30 | $568.50 |
| HE | Hearings | 12.10 | $9,400.00 |
| PD | Plan and Disclosure Statement | 3.00 | $4,467.00 |
| | | 32.50 | $36,239.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

## Summary of Expenses

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research | $26.52 |
| Pacer - Court Research | $264.90 |
| Reproduction Expense | $348.00 |
| | $639.42 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:      5
Invoice 148875
June 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 06/06/2025 | BJS | AD | Review Dollar Tree's reply | 0.10 | 1,895.00 | $189.50 |
| 06/13/2025 | ATB | AD | Format, file and serve Committee's limited objection to sale. | 0.50 | 650.00 | $325.00 |
| 06/13/2025 | JEO | AD | Review and finalize limited objection to sale motion | 0.60 | 1,475.00 | $885.00 |
| 06/19/2025 | JEO | AD | Finalize sale objection | 0.80 | 1,475.00 | $1,180.00 |
| 06/22/2025 | JEO | AD | Review Notice to withdraw sale objection and coordinate filing and service | 0.80 | 1,475.00 | $1,180.00 |
| 06/22/2025 | JEO | AD | Email exchange with co-counsel re 6/23 hearing | 0.60 | 1,475.00 | $885.00 |
| | | | | **3.40** | | **$4,644.50** |
| **Bankruptcy Litigation** | | | | | | |
| 06/09/2025 | JEO | BL | Review first agenda for 6/11 hearing | 0.30 | 1,475.00 | $442.50 |
| 06/10/2025 | JEO | BL | Review case status | 1.00 | 1,475.00 | $1,475.00 |
| 06/17/2025 | JEO | BL | Review status of matters | 2.00 | 1,475.00 | $2,950.00 |
| | | | | **3.30** | | **$4,867.50** |
| **Case Administration** | | | | | | |
| 06/03/2025 | ATB | CA | Update critical dates memo. | 0.20 | 650.00 | $130.00 |
| 06/05/2025 | ATB | CA | Review docket; update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 06/05/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 06/20/2025 | ATB | CA | Update and circulate critical dates memo. | 0.40 | 650.00 | $260.00 |
| 06/27/2025 | ATB | CA | Review docket; update critical dates memo. | 0.30 | 650.00 | $195.00 |
| | | | | **1.40** | | **$1,034.50** |
| **Claims Administration and Objections** | | | | | | |
| 06/02/2025 | BJS | CO | Various email with M McLoughlin regarding rejection notices | 0.10 | 1,895.00 | $189.50 |
| 06/04/2025 | BJS | CO | Review various claim objections | 0.10 | 1,895.00 | $189.50 |
| 06/04/2025 | JEO | CO | Review claim objections | 1.00 | 1,475.00 | $1,475.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    6
Invoice 148875
June 30, 2025

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 06/05/2025 | BJS | CO | Review OOCL USA's response | 0.10 | 1,895.00 | $189.50 |
| 06/05/2025 | BJS | CO | Review COC regarding lease assumption | 0.10 | 1,895.00 | $189.50 |
| 06/30/2025 | JEO | CO | Review omnibus objections to claims | 1.20 | 1,475.00 | $1,770.00 |
| | | | | **2.60** | | **$4,003.00** |

**PSZJ Compensation**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 06/04/2025 | ATB | CP | Draft response to UST review of PSZJ first monthly fee app. | 0.40 | 650.00 | $260.00 |
| 06/05/2025 | ATB | CP | Prepare response to UST comments to first interim fee application. | 0.70 | 650.00 | $455.00 |
| 06/05/2025 | ATB | CP | Revise draft of April Monthly; correspond with J. O'Neill re: same. | 0.50 | 650.00 | $325.00 |
| 06/18/2025 | JEO | CP | Work on fee applications | 0.80 | 1,475.00 | $1,180.00 |
| 06/19/2025 | JEO | CP | Work on fee app issues | 0.80 | 1,475.00 | $1,180.00 |
| | | | | **3.20** | | **$3,400.00** |

**Other Professional Compensation**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 06/03/2025 | ATB | CPO | Serve Province April monthly | 0.20 | 650.00 | $130.00 |
| 06/03/2025 | BJS | CPO | Various email with M Girello regarding KDW's fee app | 0.10 | 1,895.00 | $189.50 |
| 06/09/2025 | JEO | CPO | Review and finalize KDW April 2025 fee application | 0.40 | 1,475.00 | $590.00 |
| 06/23/2025 | ATB | CPO | File CNO re: Province's April monthly. | 0.10 | 650.00 | $65.00 |
| 06/23/2025 | JEO | CPO | Review omnibus order approving fee applications | 0.40 | 1,475.00 | $590.00 |
| 06/25/2025 | ATB | CPO | Review; file and serve Province May monthly; calculate Committee professionals fees due for first interim fee order. | 0.80 | 650.00 | $520.00 |
| 06/25/2025 | JEO | CPO | Review Province monthly fee app | 0.40 | 1,475.00 | $590.00 |
| 06/27/2025 | JEO | CPO | Respond to co-counsel re fee issues | 0.80 | 1,475.00 | $1,180.00 |
| | | | | **3.20** | | **$3,854.50** |

**Fee/Employment Application**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 06/04/2025 | BJS | FE | Various email with PSZJ regarding fee app | 0.30 | 1,895.00 | $568.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:     7
Invoice 148875
June 30, 2025

| | | | | 0.30 | | $568.50 |
|---|---|---|---|---|---|---|

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/06/2025 | JG | HE | Prepare binder for hearing on 6/11/25. | 0.50 | 495.00 | $247.50 |
| 06/09/2025 | CJB | HE | Prepare hearing binders for hearing on 6/11/25. | 0.20 | 495.00 | $99.00 |
| 06/09/2025 | JG | HE | Prepare  Hearing and Virtual notebook for hearing on 6/11/25 | 0.50 | 495.00 | $247.50 |
| 06/09/2025 | JG | HE | Prepare hearing and virtual notebook for hearing on 6/11/25 | 0.50 | 495.00 | $247.50 |
| 06/09/2025 | PEC | HE | Review Agenda for 6/11/25 Hearing and coordinate binder preparation | 0.10 | 625.00 | $62.50 |
| 06/09/2025 | PEC | HE | Review Hearing Binders for 6/11/25 Hearing | 0.40 | 625.00 | $250.00 |
| 06/16/2025 | CJB | HE | Prepare hearing binders for hearing on 6/23/25. | 0.70 | 495.00 | $346.50 |
| 06/18/2025 | ATB | HE | Book court lines and coordinate binders for 6/23 hearing. | 0.30 | 650.00 | $195.00 |
| 06/18/2025 | CJB | HE | Prepare hearing binders for hearing on 6/23/25. | 4.70 | 495.00 | $2,326.50 |
| 06/18/2025 | JEO | HE | Prepare for 6/23 hearing | 0.40 | 1,475.00 | $590.00 |
| 06/19/2025 | PEC | HE | Review 6/23/25 virtual hearing binder and fee application binder | 0.30 | 625.00 | $187.50 |
| 06/20/2025 | CJB | HE | Prepare hearing binders for hearing on 6/23/25. | 0.40 | 495.00 | $198.00 |
| 06/20/2025 | JEO | HE | Review agenda for 6/23 hearing | 0.40 | 1,475.00 | $590.00 |
| 06/22/2025 | JEO | HE | Review status of matters scheduled for 6/23 hearing | 0.90 | 1,475.00 | $1,327.50 |
| 06/22/2025 | JEO | HE | Review pleadings filed and orders entered for 6/23 hearing | 0.70 | 1,475.00 | $1,032.50 |
| 06/23/2025 | JEO | HE | Attend hearing | 0.60 | 1,475.00 | $885.00 |
| 06/23/2025 | JEO | HE | Follow up with Court re hearing links | 0.30 | 1,475.00 | $442.50 |
| 06/23/2025 | PEC | HE | Review Amended Agenda for 6/25/25 Hearing (.1); Review binder updates (.1) | 0.20 | 625.00 | $125.00 |
| | | | | 12.10 | | $9,400.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Plan and Disclosure Statement** |  |  |  |  |  |  |
| 06/03/2025 | BJS | PD | Various email with M Shriro regarding plan | 0.10 | 1,895.00 | $189.50 |
| 06/20/2025 | JEO | PD | Review plan supplement | 0.90 | 1,475.00 | $1,327.50 |
| 06/26/2025 | JEO | PD | Review Joann plan | 1.00 | 1,475.00 | $1,475.00 |
| 06/27/2025 | JEO | PD | Review status of plan | 1.00 | 1,475.00 | $1,475.00 |
|  |  |  |  | **3.00** |  | **$4,467.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                **$36,239.50**

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

---

**Expenses**

| Date | | Description | Amount |
|---|---|---|---|
| 06/06/2025 | RE | SCAN/COPY ( 118 @0.10 PER PG) | 11.80 |
| 06/06/2025 | RE | SCAN/COPY ( 264 @0.10 PER PG) | 26.40 |
| 06/06/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/06/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/06/2025 | RE | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/06/2025 | RE | SCAN/COPY ( 209 @0.10 PER PG) | 20.90 |
| 06/06/2025 | RE | SCAN/COPY ( 105 @0.10 PER PG) | 10.50 |
| 06/06/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/06/2025 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 06/06/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 06/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/09/2025 | RE | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 06/11/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/11/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/11/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/11/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/12/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/12/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/16/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/16/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/16/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/16/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

---

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/16/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/16/2025 | RE | SCAN/COPY ( 174 @0.10 PER PG) | 17.40 |
| 06/18/2025 | LN | 46699.00002 Lexis Charges for 06-18-25 | 7.53 |
| 06/18/2025 | LN | 46699.00002 Lexis Charges for 06-18-25 | 1.25 |
| 06/18/2025 | LN | 46699.00002 Lexis Charges for 06-18-25 | 17.74 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 119 @0.10 PER PG) | 11.90 |
| 06/18/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/18/2025 | RE | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2025 | RE | SCAN/COPY ( 146 @0.10 PER PG) | 14.60 |
| 06/18/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/18/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/18/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/18/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2025 | RE | SCAN/COPY ( 313 @0.10 PER PG) | 31.30 |
| 06/18/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

| | | | |
|---|---|---|---|
| 06/18/2025 | RE | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/18/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/18/2025 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 06/18/2025 | RE | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 06/18/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/18/2025 | RE | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 06/18/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/18/2025 | RE | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 06/18/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/18/2025 | RE | SCAN/COPY ( 153 @0.10 PER PG) | 15.30 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/18/2025 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/18/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/20/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                          Page:    12
JoAnn O.C.C.                                               Invoice 148875
Client 46699.00002                                         June 30, 2025

---

| 06/20/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
|---|---|---|---|
| 06/20/2025 | RE | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 06/20/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/23/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/23/2025 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/23/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/23/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/23/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 06/26/2025 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 06/26/2025 | RE | SCAN/COPY ( 87 @0.10 PER PG) | 8.70 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/26/2025 | RE | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 06/26/2025 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 06/26/2025 | RE | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 06/27/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

| 06/27/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
|---|---|---|---|
| 06/27/2025 | RE | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 06/30/2025 | PAC | Pacer - Court Research | 264.90 |
| | | **Total Expenses for this Matter** | **$639.42** |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  06/30/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 147254 | 05/31/2025 | $61,373.50 | $433.50 | $61,807.00 |

**Total Amount Due on Current and Prior Invoices:**                                **$98,685.92**