**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1627** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 26, 2025 AT 1:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT
IN COURTROOM NO. 5, 5TH FLOOR**

This proceeding will be conducted in-person **in Courtroom No. 5, 5th floor**. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## MATTER GOING FORWARD

1.    Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed May 16, 2025) [Docket No. 930]

    Related Documents:

    (a)    Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief (Entered February 14, 2025) [Docket No. 429]

    (b)    First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed April 28, 2025) [Docket No. 760]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    **Amendments appear in bold print.**

(c)     Notice of Hearing on Amended First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases (Filed July 15, 2025) [Docket No. 1405]

(d)     Notice of Hearing on Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Filed August 7, 2025) [Docket No. 1551]

Objection Deadline:    May 12, 2025 at 4:00 p.m. (ET).

Responses Received:

(a)     Rayzor Ranch Marketplace Associates, LLC's Objection to Assumption and Assignment of Unexpired Lease for Premises Located at Rayzor Ranch Marketplace in Denton, Texas (Filed May 14, 2025) [Docket No. 876]

(b)     Burlington Coat Factory Warehouse Corporation's Reply to Rayzor Ranch Marketplace Associates, LLC's Objection to Burlington's Assignment and Assumption of Denton, Texas Lease (Filed August 21, 2025) [Docket No. 1618]

(c)     **Rayzor Ranch Marketplace Associates, LLC's Witness and Exhibit List for August 26, 2025 at 1:00 p.m. (ET) Hearing (Filed August 22, 2025) [Docket No. 1629]**

(d)     **Stipulation Between Burlington Coat Factory Warehouse Corporation and Rayzor Ranch Marketplace Associates, LLC (Filed August 22, 2025) [Docket No. 1630]**

(e)     **Witness and Exhibit List of Burlington Coat Factory Warehouse Corporation Relating to Matters Scheduled for Hearing on August 26, 2025 at 1:00 p.m. (ET) (Filed August 22, 2025) [Docket No. 1631]**

Status:    This matter will be going forward as to the objection of Rayzor Ranch Marketplace Associates, LLC only.

[*Remainder of this page intentionally left blank.*]

Dated: August **25**, 2025
      Wilmington, Delaware

*/s/ Jack M. Dougherty*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:      preilley@coleschotz.com
          snewman@coleschotz.com
          jdougherty@coleschotz.com
          mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:      cwick@hahnlaw.com

*Co-Counsel to the Plan Administrator*