## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 25–10068 (CTG)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 15, 2025 at 4:00 p.m. (ET** |

### NOTICE OF FOURTH COMBINED MONTHLY FEE STATEMENT OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2025 THROUGH AND INCLUDING JULY 16, 2025

**PLEASE TAKE NOTICE** that on August 25, 2025, Kelley Drye & Warren LLP ("Kelley Drye") filed its *Fourth Combined Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 Through and Including July 16, 2025* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Notice Parties as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on September 15, 2025** (the "Objection Deadline").[2]

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

[2] Docket No. 552.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, if no objections to the Application are timely filed and served in accordance with the above procedures and the Interim Compensation Order, the Debtors will be authorized to pay Kelley Drye 80% of the fees and 100% of the expenses requested in the Application without further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Application are filed, a hearing on the Application will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, at a date and time convenient to the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND ACCORDING TO THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       August 25, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: *James E. O'Neill*
Bradford Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: bsandler@pszjlaw.com
       joneill@pszjlaw.com

and

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Jason R. Adams (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
       jadams@kelleydrye.com
       mmcloughlin@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors of JOANN Inc., et al.*