## EXHIBIT A

**May Time**

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934183

030608      JOANN Committee
0001        Case Administration

## Account Summary And Remittance Form

Legal Services:                                                         $1,260.50

Disbursements and Other Charges:                                        $0.00

**Total Amount Due:**                                               **$1,260.50**

## Terms: Payment Due on or Before   July 30, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**   **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934183

Client   030608
Matter 0001   Case Administration

Attorney: 05395                                                                                  Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/05/25 | Update team calendar. | JC | 0.10 | $73.50 |
| 05/05/25 | Update team ECF noticing procedure. | TB | 0.20 | 80.00 |
| 05/06/25 | Update team calendar as to upcoming hearings and pertinent deadlines. | TB | 0.40 | 160.00 |
| 05/08/25 | Update team calendar as to upcoming hearings and pertinent deadlines. | TB | 0.30 | 120.00 |
| 05/15/25 | Update team calendar. | JC | 0.10 | 73.50 |
| 05/16/25 | Update team calendar. | JC | 0.10 | 73.50 |
| 05/16/25 | Update team ECF Noticing system. | TB | 0.30 | 120.00 |
| 05/21/25 | Update Committee contact list (.3) and team calendar (.3) as to upcoming hearings and pertinent deadlines. | TB | 0.60 | 240.00 |
| 05/27/25 | Update team calendar as to upcoming hearings and pertinent deadlines. | TB | 0.30 | 120.00 |
| 05/28/25 | Review and analyze docket and recent filings (.2); update team calendar as to upcoming hearings (.3). | TB | 0.50 | 200.00 |
| Total Services for this Matter: | | | | 1,260.50 |
| Total this Invoice | | | | $1,260.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0001
June 30, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| JC | Churchill, John | 0.30 | 735.00 | $220.50 |
| TB | Burns, Tom | 2.60 | 400.00 | 1,040.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

WASHINGTON            NEW YORK               <u>AFFILIATE  OFFICE:</u>
LOS ANGELES           STAMFORD               MUMBAI, INDIA
CHICAGO               PARSIPPANY
HOUSTON

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934184

030608          JOANN Committee
0002            Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                        $3,612.00

Disbursements and Other Charges:                           $0.00

**Total Amount Due:**                                 **<u>$3,612.00</u>**

**Terms: Payment Due on or Before   July 30, 2025**

**Please Return This Page With Your Payment**

<u>PAYMENT BY WIRE OR ACH IS PREFERRED:</u>
<u>BANK:</u>   **JP MORGAN CHASE, N.A.**                   <u>PAYMENT BY CHECK:</u>
<u>ABA #:</u>   **021-000-021**                            KELLEY DRYE & WARREN LLP
<u>SWIFT CODE:</u> **CHASUS33**                            P.O. BOX 24652
<u>ACCOUNT NAME:</u> **KELLEY DRYE & WARREN LLP**          NEW YORK, NY 10087-4652
<u>ACCOUNT #:</u>**135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934184

Client   030608
Matter 0002   Pleadings Review

Attorney: 05395                                                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 05/01/25 | Review the debtors' eighth through twentieth rejection notices for UCC impact. | TB | 2.20 | $880.00 |
| 05/02/25 | Catch-up emails from J. Churchill (KDW) regarding recently filed pleadings. | ERW | 0.20 | 256.00 |
| 05/07/25 | Review debtors' amended 12th rejection notice for UCC impact. | TB | 0.50 | 200.00 |
| 05/19/25 | Email correspondence with C. Choe (KDW) regarding debtors' fifth assumption notice (.2); analyze notice for impact (.5). | TB | 0.70 | 280.00 |
| 05/20/25 | Analyze multiple rejection orders for impact and update C. Choe (KDW) on findings. Dockets reviewed: 932, 933, 934, 935, 936, 939. | AF | 1.10 | 396.00 |
| 05/20/25 | Correspondence with A. Fowler (KDW) regarding the review of the 11th, 12th,13th, 17th, 19th  and 20th rejection orders (.2); email correspondence with C. Choe (KDW) regarding outstanding rejection orders for the recently filed batch of rejection notices (.2). | TB | 0.40 | 160.00 |
| 05/21/25 | Email correspondence with J. Churchill | TB | 0.90 | 360.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0002
June 30, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | (KDW) regarding analysis of debtors' assumption notices and rejection notices (.2); review and analysis of the debtors' five assumption notices and twenty rejection notices for committee update (.7). | | | |
| 05/22/25 | Email correspondence with C. Choe (KDW) regarding debtors' ninth and fifteenth rejection Notice. | TB | 0.20 | 80.00 |
| 05/27/25 | Email correspondence with C. Choe (KDW) regarding recently filed assumption notices (.2); review and analyze debtors' sixth through fifteenth assumption notices for impact on UCC members (1.4). | TB | 1.60 | 640.00 |
| 05/30/25 | Review 21st-28th rejection notices for landlord impact and UCC impact (.6); update team on same (.4). | AF | 1.00 | 360.00 |
| Total Services for this Matter: | | | | 3,612.00 |
| Total this Invoice | | | | $3,612.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0002
June 30, 2025
Page 3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| AF | Fowler, Allison | 2.10 | 360.00 | $756.00 |
| ERW | Wilson, Eric | 0.20 | 1,280.00 | 256.00 |
| TB | Burns, Tom | 6.50 | 400.00 | 2,600.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934186

030608      JOANN Committee
0004        Fee Matters

## Account Summary And Remittance Form

Legal Services:                          $32,526.00

Disbursements and Other Charges:           $0.00

**Total Amount Due:**          **$32,526.00**

## Terms: Payment Due on or Before   July 30, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:**  021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934186

Client   030608
Matter 0004   Fee Matters

---

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/25 | Email with C. Choe (KDW) regarding update to local rules impacting fee applications (.1); discussion with C. Choe (KDW) on fee application progress and next steps (.1); calculate March fee application totals in fee application worksheet (1.2); calculate interim fee application totals in same (.2). | JC | 1.60 | $1176.00 |
| 05/01/25 | Continue review of KDW invoices for January and February (1.2); continue drafting combined first monthly fee statement (2.1); confer with J. Churchill (KDW) on KDW fee application status (.1); review local rules (.2). | CC | 3.60 | 2826.00 |
| 05/02/25 | Email C. Choe (KDW) to discuss fee statement revisions (.1); review January (.7) and February (1.8) invoices in connection with same; request LEDES file from accounting for UST (.1). | JC | 2.70 | 1984.50 |
| 05/02/25 | Emails with J. Churchill (KDW) regarding revisions to January and February monthly fee statement (.2); review revisions from J. Adams (KDW) (.3); instruction to J. Churchill (KDW) | CC | 0.60 | 471.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
June 30, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | on LEDES data (.1). | | | |
| 05/02/25 | Provide comments to draft of KDW first combined monthly fee statement from C. Choe (KDW) (1.3); instructions on next steps on same (.1). | JRA | 1.40 | 1610.00 |
| 05/05/25 | Provide comments to Province draft second monthly fee statement (.2); instructions to J. Churchill (KDW) on same (.1). | JRA | 0.30 | 345.00 |
| 05/05/25 | Edit KDW first monthly fee application (.3); begin draft of second monthly (March) fee application (1.7); review March invoices for same (.8); draft March fee application narratives (1.6); edits to Province March fee application (.3); call with C. Choe (KDW) to discuss filing applications (.3); provide LEDES files to UST (.1). | JC | 5.10 | 3748.50 |
| 05/05/25 | Instruction to J. Churchill (KDW) on finalizing KDW combined monthly and filing (.3); review of invoices prior to filing (.5); brief review and revision of Province monthly fee statement (.2); revise and finalize KDW combined monthly (.4); email with J. O'Neill (Pachulski) regarding filing (.3). | CC | 1.70 | 1334.50 |
| 05/05/25 | Emails with J. Adams, C. Choe, and J. Churchill (all KDW) regarding status of monthly fee statements (.2); emails with N. Haughey and M. Fitts (both AM) regarding fee | MJM | 0.40 | 418.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client  030608
Matter 0004
June 30, 2025
Page 3

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | estimates (.2). | | | |
| 05/07/25 | Emails with K. Blumenthal (KE) regarding debtors' interim fee application timeline (.1); emails with J. O'Neill (PSZJ) and S. Kietlinski (PA) regarding timing of their respective applications (.1); review C. Choe (KDW) comments to KDW March fee application (.2) and revise (.8). | JC | 1.20 | 882.00 |
| 05/07/25 | Review of invoices and fees for March fees incurred and expenses (.4); review and revise draft of KDW March monthly fee statement (.5); email to J. Churchill (KDW) regarding comments, redactions and next steps (.2). | CC | 1.10 | 863.50 |
| 05/07/25 | Emails with N. Haughey and M. Fitts (both AM) regarding fees incurred to date (.2); follow up emails with J. O'Neill (PSZJ) regarding same (.2); emails with J. Churchill (KDW) and O. Acuna (KE) regarding first interim fee application (.2). | MJM | 0.60 | 627.00 |
| 05/07/25 | Review KDW prebills for April time for reasonableness and in connection with preparation of monthly fee statement. | JRA | 1.50 | 1725.00 |
| 05/08/25 | Emails with C. Choe (KDW) regarding timing of interim fee application (.1); review J. Adams (KDW) comments to March monthly fee application (.1) and revise (.5); request LEDES file from accounting (.1); instruct A. Bates | JC | 3.70 | 2719.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
June 30, 2025
Page  4

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | (PSZJ) on filing March monthly application (.2); emails with A. Bates (PSZJ) on timing of interim fee application (.1); review LEDES file (.1); begin drafting KDW first interim fee application (2.5). | | | |
| 05/08/25 | Review draft of KDW second monthly fee statement from J. Churchill (KDW) (.3); provide comments to same (.3). | JRA | 0.60 | 690.00 |
| 05/08/25 | Compile KDW and PSZJ fees (.3); emails with N. Haughey (AM) regarding same (.1). | MJM | 0.40 | 418.00 |
| 05/08/25 | Emails with J. Churchill (KDW) regarding timing of interim fee application. | CC | 0.10 | 78.50 |
| 05/09/25 | Review KDW first interim fee application (.3); revise and provide comments (.4); emails with J. Churchill (KDW) on next steps (.2). | CC | 0.90 | 706.50 |
| 05/09/25 | Review (.1) and revise (.3) C. Choe (KDW) comments to KDW first interim fee application; detailed research into first fee period expense line items (.6); recalculate expense categories (.2); update fee application expense categories (.1). | JC | 1.30 | 955.50 |
| 05/09/25 | Revise KDW first interim fee application (1.4); numerous emails with J. Churchill (KDW) related to same (.3). | MJM | 1.70 | 1776.50 |
| 05/11/25 | Continue revising KDW first interim fee application. | MJM | 0.40 | 418.00 |
| 05/12/25 | Review (.2) and revise (.1) M. McLoughlin | JC | 0.50 | 367.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
June 30, 2025
Page 5

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | (KDW) edits to KDW interim fee application; review local rules for certification requirements (.2). | | | |
| 05/12/25 | Finalize comments KDW first interim fee application. | MJM | 0.40 | 418.00 |
| 05/12/25 | Email correspondence with J. Churchill (KDW) regarding KDW third monthly fee statement. | TB | 0.20 | 80.00 |
| 05/13/25 | Emails with PSZJ (.1) and Province (.1) regarding interim fee applications. | JC | 0.20 | 147.00 |
| 05/13/25 | High level review of Pachulski and Province first interim fee applications. | MJM | 0.30 | 313.50 |
| 05/13/25 | Review email from J. Churchill (KDW) regarding April fee application numbers (.1); transfer to the April fee application spreadsheet (.5). | AF | 0.60 | 216.00 |
| 05/13/25 | Instructions to A. Fowler (KDW) regarding KDW April monthly fee statement. | TB | 0.20 | 80.00 |
| 05/13/25 | Review interim fee application prior to finalizing. | ERW | 0.50 | 640.00 |
| 05/14/25 | Draft KDW third monthly fee application (April) and send spreadsheet (.6); email to J. Churchill and C. Choe (both KDW) (.2). | AF | 0.80 | 288.00 |
| 05/15/25 | Review Province fee application (.1); update KDW first interim fee application (.2); instruct A. Bates (PSZJ) on filing fee applications (.1); review edits to application from A. Bates (.2); | JC | 0.70 | 514.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
June 30, 2025
Page  6

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | email with P. O'Neill (PSZJ) on hearing date (.1). | | | |
| 05/15/25 | Review Province (.2) and Pachulski (.1) fee applications. | ERW | 0.30 | 384.00 |
| 05/16/25 | Review notice of hearing scheduling interim fee application hearing. | JC | 0.20 | 147.00 |
| 05/16/25 | Emails with J. Churchill (KDW) regarding fee applications. | ERW | 0.10 | 128.00 |
| 05/20/25 | Revise KDW April monthly fee statement. | TB | 1.30 | 520.00 |
| 05/22/25 | Emails with C. Choe (KDW) regarding KDW April fee application. | JC | 0.10 | 73.50 |
| 05/27/25 | Emails with J. Churchill (KDW) regarding combined monthly fee application. | CC | 0.20 | 157.00 |
| 05/28/25 | Emails with A. Bates (Pachulski) regarding CNO for first monthly fee application (.1); review first monthly CNO (.1); review and comment on second monthly CNO (.2). | JC | 0.40 | 294.00 |
| 05/29/25 | Review KDW April invoices in connection with preparing monthly fee statement (.9); update fee worksheet (1.1); reconcile fee worksheet to draft fee application (.5). | JC | 2.50 | 1837.50 |
| 05/30/25 | Review of updated CNO for 2nd monthly fee application. | JC | 0.20 | 147.00 |
| Total Services for this Matter: | | | | 32,526.00 |
| Total this Invoice | | | | $32,526.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
June 30, 2025
Page  7

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AF | Fowler, Allison | 1.40 | 360.00 | $504.00 |
| CC | Choe, Connie | 8.20 | 785.00 | 6,437.00 |
| ERW | Wilson, Eric | 0.90 | 1,280.00 | 1,152.00 |
| JC | Churchill, John | 20.40 | 735.00 | 14,994.00 |
| JRA | Adams, Jason | 3.80 | 1,150.00 | 4,370.00 |
| MJM | McLoughlin, Maeghan J | 4.20 | 1,045.00 | 4,389.00 |
| TB | Burns, Tom | 1.70 | 400.00 | 680.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934185

030608    JOANN Committee
0005     Financing

## Account Summary And Remittance Form

Legal Services:                      $627.00

Disbursements and Other Charges:         $0.00

**Total Amount Due:**           <u>**$627.00**</u>

## Terms: Payment Due on or Before   July 30, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934185

Client   030608
Matter 0005   Financing

---

Attorney: 05395                                                                                     Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/06/25 | Coordinate fee reporting for prior week. | MJM | 0.30 | $313.50 |
| 05/13/25 | Coordinate fee reporting for prior week. | MJM | 0.30 | 313.50 |
| | Total Services for this Matter: | | | 627.00 |
| | Total this Invoice | | | $627.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0005
June 30, 2025
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| MJM | McLoughlin, Maeghan J | 0.60 | 1,045.00 | $627.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934187

030608     JOANN Committee
0007     Executory Contracts and Leases

## Account Summary And Remittance Form

Legal Services: $11,062.00

Disbursements and Other Charges: $0.00

**Total Amount Due:**     **$11,062.00**

**Terms: Payment Due on or Before   July 30, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:   021-000-021**
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934187

Client   030608
Matter 0007   Executory Contracts and Leases

___

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/25 | Multiple emails with M. Matlat (A&G Realty) and R. Green (Aston Properties) regarding Culpepper lease termination agreement (.5); emails with L. Sloan (CNA) regarding assignment of lease to Burlington (.2). | RLL | 0.70 | $836.50 |
| 05/06/25 | Review 12th rejection notice for update on lease and contract rejection and number. | CC | 0.20 | 157.00 |
| 05/07/25 | Review of the amended 12th rejection notice for any impact on the UCC. | AF | 0.30 | 108.00 |
| 05/08/25 | Review of documents pertaining to lease sale process (.4); correspondence with various landlords regarding proposed assumption/assignment of leases and next step (.3); emails with Province regarding next steps on admin claims (.2). | CC | 0.90 | 706.50 |
| 05/12/25 | Correspondence with various landlords regarding case status, assumption/assignment of claims and next steps. | CC | 0.50 | 392.50 |
| 05/12/25 | Review third assumption notice (.1); review limited objection of CI Warner to assumption | JRA | 0.20 | 230.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
June 30, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | (.1). | | | |
| 05/12/25 | Review third notice of assumption for impact on committee (.3); review 9x objections to assumption (.9). | JC | 1.20 | 882.00 |
| 05/13/25 | Review 7x objections to assumption. | JC | 0.70 | 514.50 |
| 05/13/25 | Correspondence with Great American and B. Riley regarding lease assumption and assignment and status of cure reconciliation (.3); emails with Province and landlords regarding assumption issues and outstanding cure amounts (.3). | CC | 0.60 | 471.00 |
| 05/13/25 | High level review of numerous cure and assignment objections. | MJM | 0.30 | 313.50 |
| 05/18/25 | Review assumption notices and additional pleadings related to lease sale process. | CC | 0.30 | 235.50 |
| 05/19/25 | Review of 5th notice of assumption for impact on committee. | JC | 0.30 | 220.50 |
| 05/19/25 | Review fifth assumption notice for impact on UCC members. | MJM | 0.20 | 209.00 |
| 05/20/25 | Review rejection orders for impact. | CC | 0.30 | 235.50 |
| 05/21/25 | Review of all filed assumption and rejection notices. | JC | 0.60 | 441.00 |
| 05/27/25 | High level review of 10 assumption notices (.6); emails with C. Choe (KDW) regarding same (.1); emails with L. Blumenthal (KE) regarding assignee (.1). | MJM | 0.80 | 836.00 |
| 05/27/25 | Brief review of C. Choe (KDW) update on | JRA | 0.50 | 575.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
June 30, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | filed assumption notices and seal request (.1); brief review of same for impact (.2); analyze information from landlord on alleged short-pay of rent for Village West location (.1); correspondence with S. Kietlinski (PA) on follow up with A&M on same (.1). | | | |
| 05/27/25 | Review revised stipulation for disposition of vendor contract (.2); emails with M. McLoughlin (KDW) on comments (.2); email L. Blumenthal (K&E) regarding UCC comments (.1); emails with debtors' counsel regarding assumption notices, unredacted versions and sale process (.2). | CC | 0.70 | 549.50 |
| 05/29/25 | Emails with debtors' counsel regarding store closures and upcoming rejection/assumption of leases (.2); review filed certification of counsel for CTBS rejection stipulation (.1); email to M. McLoughlin (KDW) on same (.1). | CC | 0.40 | 314.00 |
| 05/29/25 | Emails with M. McLoughlin and C. Choe (both KDW) and Y. Edwards (Kimco) regarding lease rejections. | ERW | 0.20 | 256.00 |
| 05/30/25 | Review of 17th and 18th assumption notices of contracts (.2); coordinate with J. Churchill (KDW) on next steps (.1); review 21st through 28th rejection notices (.4). | CC | 0.70 | 549.50 |
| 05/30/25 | Review 17th and 18th assumption notices (.2) and numerous assumption objections (.3); high | MJM | 1.00 | 1045.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
June 30, 2025
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | level review of 21st - 29th rejection notices (.5). | | | |
| 05/30/25 | Review of 17th (.2) and 18th (.2) notice of assumption for impact. | JC | 0.40 | 294.00 |
| 05/30/25 | Review update from C. Choe (KDW) on filing of numerous additional rejection notices (.1); brief review of same for impact (.5). | JRA | 0.60 | 690.00 |
| Total Services for this Matter: | | | | 11,062.00 |
| Total this Invoice | | | | $11,062.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
June 30, 2025
Page  5

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AF | Fowler, Allison | 0.30 | 360.00 | $108.00 |
| CC | Choe, Connie | 4.60 | 785.00 | 3,611.00 |
| ERW | Wilson, Eric | 0.20 | 1,280.00 | 256.00 |
| JC | Churchill, John | 3.20 | 735.00 | 2,352.00 |
| JRA | Adams, Jason | 1.30 | 1,150.00 | 1,495.00 |
| MJM | McLoughlin, Maeghan J | 2.30 | 1,045.00 | 2,403.50 |
| RLL | LeHane, Robert L | 0.70 | 1,195.00 | 836.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

<span style="float:right">FEDERAL ID NO. 13-5335107</span>

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934188

030608          JOANN Committee
0009             Claims Administration

## Account Summary And Remittance Form

Legal Services:                                                         $12,102.00

Disbursements and Other Charges:                              $0.00

**Total Amount Due:**                                          **$12,102.00**

## Terms: Payment Due on or Before   July 30, 2025

## Please Return This Page With Your Payment

PAYMENT BY WIRE OR ACH IS PREFERRED:
BANK:   JP MORGAN CHASE, N.A.
ABA #:   021-000-021
SWIFT CODE: CHASUS33
ACCOUNT NAME: KELLEY DRYE & WARREN LLP
ACCOUNT #:135-046110
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934188

Client   030608
Matter 0009   Claims Administration

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 05/07/25 | Emails with M. Waldrep (KE) regarding 503(b)(9) reconciliation process (.2); compile sample precedent (.2). | MJM | 0.40 | $418.00 |
| 05/09/25 | Follow-up with S. Kietlinski (Province) regarding claims reconciliation. | CC | 0.20 | 157.00 |
| 05/09/25 | Emails with C. Choe (KDW) and Province team regarding claims reconciliation and status. | ERW | 0.20 | 256.00 |
| 05/12/25 | Update from S. Kietlinski (PA) regarding debtors' reconciliation of 503(b)(9) claims. | JRA | 0.10 | 115.00 |
| 05/12/25 | Emails with S. Kietlinski (PA) and J. Sciametta (AM) regarding 503b9 timeline. | ERW | 0.10 | 128.00 |
| 05/14/25 | Emails with debtors' counsel regarding 503(b)(9) claims and reconciliation of same. | CC | 0.20 | 157.00 |
| 05/14/25 | Emails with S. Kietlinski (PA) regarding status of 503(b)(9) reconciliation (.2); further emails with L. Blumenthal (KE) regarding same (.2). | MJM | 0.40 | 418.00 |
| 05/14/25 | Correspondence with M. McLoughlin (KDW) and S. Kietlinski (PA) regarding status of 503(b)(9) claims reconciliation and timeline. | JRA | 0.20 | 230.00 |
| 05/14/25 | Review Province claims reconciliation update | ERW | 0.20 | 256.00 |

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
June 30, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | (.1); emails with M. McLoughlin (KDW) and S. Kietlinski (PA) regarding same (.1). | | | |
| 05/15/25 | Prepare for and participate in call with K&E regarding sale process and claims reconciliation for 503(b)(9) claims (.4); emails with KDW team regarding same (.3); review Province analysis of claims pool and reconciliation efforts (.3); review letter to claimants (.2). | CC | 1.20 | 942.00 |
| 05/15/25 | Emails from H. Haughey (AM) and S. Kietlinski (PA) regarding 503b9 claims summary (.1); review and analyze summary (.3). | ERW | 0.40 | 512.00 |
| 05/16/25 | Emails with J. Adams, M. McLoughlin (both KDW) and Province team regarding claims analysis and 503(b)(9) reconciliation process. | CC | 0.40 | 314.00 |
| 05/16/25 | Review claim reconciliation summary. | ERW | 0.30 | 384.00 |
| 05/19/25 | Review vendor stipulation for rejection and reclassification of claim (.2); email to M. McLoughlin (KDW) on next steps (.1); email to debtors' counsel on same (.4). | CC | 0.70 | 549.50 |
| 05/19/25 | Review CBTS stipulation and proposed order (.2); comment on same (.2). | MJM | 0.40 | 418.00 |
| 05/19/25 | Catch-up emails regarding 503b9, claim reconciliation and timeline (.2); telephone call (.2) and emails (.2) with D. Easton (PFG) regarding 503b9. | ERW | 0.60 | 768.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
June 30, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 05/20/25 | Review email from creditor on 503(b)(9) claims reconciliation process and questions (.2); confer with E. Wilson and M. McLoughlin (both KDW) on same and next steps to assist in reconciliation (.3). | JRA | 0.50 | 575.00 |
| 05/20/25 | Review debtors' prior correspondence regarding 503(b)(9) reconciliation (.2); call with E. Wilson and J. Adams (both KDW) regarding PFGC claim (.3). | MJM | 0.50 | 522.50 |
| 05/20/25 | Prepare for call (.2) and call (.3) with W. Weidenbacher (PFG) regarding 503b9 claim; review updated analysis and delivery date (.2); conference call with J. Adams and M. McLoughlin (both KDW) regarding claims status and next steps (.3); conference call (.2) and emails (.3) with S. Kietlinski (PA) and W. Weidenbacher (PFG) regarding 503b9 claim; review various iterations of spreadsheet, analysis and delivery date (.3). | ERW | 1.80 | 2304.00 |
| 05/21/25 | Review emails regarding vendor claims and email to debtors' counsel on same. | CC | 0.20 | 157.00 |
| 05/21/25 | High level review of claims register (.4); emails with H. Congleton (PA) regarding significant claims (.1). | MJM | 0.50 | 522.50 |
| 05/22/25 | Emails with KDW and Province teams regarding claims pool, register and analysis. | ERW | 0.30 | 384.00 |
| 05/27/25 | Review further reviewed CBTS stipulation (.2); | MJM | 0.70 | 731.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|------------|----------|-------------------|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
June 30, 2025
Page  4

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | draft revisions to same (.2); emails with K&E team regarding 503(b)(9) and administrative claim payment issues (.3). | | | |
| 05/27/25 | Email to S. Kietlinski (PA) regarding claims reconciliation. | ERW | 0.20 | 256.00 |
| 05/30/25 | Emails with P. Reilly and M. Fitzpatrick (both CS) regarding omnibus claims objections (.2); follow up with S. Balasiano (BL) regarding impact of same (.1); brief review of 1st - 4th omnibus claims objections (.3). | MJM | 0.60 | 627.00 |
| Total Services for this Matter: | | | | 12,102.00 |
| Total this Invoice | | | | $12,102.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
June 30, 2025
Page  5

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 2.90 | 785.00 | $2,276.50 |
| ERW | Wilson, Eric | 4.10 | 1,280.00 | 5,248.00 |
| JRA | Adams, Jason | 0.80 | 1,150.00 | 920.00 |
| MJM | McLoughlin, Maeghan J | 3.50 | 1,045.00 | 3,657.50 |

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

PAYMENT BY WIRE:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934193

030608      JOANN Committee
0010        Plan and Disclosure Statement

## Account Summary And Remittance Form

Legal Services:                                        $25,240.50

Disbursements and Other Charges:                       $0.00

**Total Amount Due:**                             **$25,240.50**

## Terms: Payment Due on or Before   July 30, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** 135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934193

Client   030608
Matter 0010   Plan and Disclosure Statement

Attorney: 05395                                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 05/01/25 | Call with E. Wilson and J. Adams (both KDW) to discuss plan status (.3); review further revised plan (.2); emails with M. Waldrep (KE) and D. Kane (KDW) regarding same (.2); participate in call with Kirkland team and J Adams (KDW) discuss remaining plan comments (.4); follow up call with J. Adams (KDW) (.2). | MJM | 1.30 | $1358.50 |
| 05/01/25 | Review debtors' latest comments to plan and disclosure statement (.2); monitor call with debtor and lenders' counsel regarding open issues to the plan (.4). | CC | 0.60 | 471.00 |
| 05/01/25 | Confer with E. Wilson and M. McLoughlin (both KDW) on open plan issues and timing (.3); review outstanding issues list from Kirkland (.1); participate with M. McLoughlin and C. Choe (both KDW) on call with KE and TL lenders on open plan issues (.4); follow up calls with M. McLoughlin (KDW) (.2) and E. Wilson (KDW) (.2) regarding same; follow up | JRA | 1.40 | 1610.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
June 30, 2025
Page  2

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | correspondence with D. Kane (KDW) on open issues on control provisions and DOF election (.2). | | | |
| 05/01/25 | Confer with J. Adams and M. McLoughlin (both KDW) regarding plan injunction, 503b9, trust (.3) cross-reference plan (.2) and trust agreement (.2); follow-up call with J. Adams (KDW) regarding debtor call (.2); emails to M. McLoughlin and J. Adams (both KDW) regarding status of plan documents (.2). | ERW | 1.10 | 1408.00 |
| 05/01/25 | Email M. McLoughlin (KDW) regarding DOF election in trust agreement. | DPK | 0.10 | 94.50 |
| 05/02/25 | Review latest draft of plan (.2) and disclosure statement (.2); further emails with M. Waldrep (KE) regarding further revisions to plan provisions (.3); follow up with D. Kane (KDW) to finalize same (.2). | MJM | 0.90 | 940.50 |
| 05/02/25 | Further address DOF provision of plan tax section (.2); email M. McLoughlin (KDW) regarding same (.1). | DPK | 0.30 | 283.50 |
| 05/05/25 | Review debtors' further revised plan (.3); call with J. Adams (KDW) regarding same (.2); follow up with M. Waldrep (KE regarding same (.1). | MJM | 0.60 | 627.00 |
| 05/05/25 | Review revised plan comments from Kirkland before filing (.2); confer with M. McLoughlin (KDW) regarding same, review of solicitation | JRA | 1.00 | 1150.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
June 30, 2025
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | documents (.2); briefly review same (.4); confer with E. Wilson (KDW) on plan status (.2). | | | |
| 05/05/25 | Conference call with J. Adams (KDW) regarding plan status. | ERW | 0.20 | 256.00 |
| 05/06/25 | Review filed amended plan and redline (.2); disclosure statement and motion to approve same (.2); coordinate with T. Burns (KDW) regarding confirmation timeline (.2). | CC | 0.60 | 471.00 |
| 05/06/25 | Review solicitation motion (.4) proposed order (.3) and exhibits (1.8); emails with M. Waldrep (KE) regarding same (.2); call with E. Wilson (KDW) regarding same (.2); emails with M. Waldrep (KE) and A. Barajas (KDW) regarding GUC Trust agreement (.2). | MJM | 3.10 | 3239.50 |
| 05/06/25 | Confer with M. McLoughlin (KDW) regarding plan status and next steps. | ERW | 0.20 | 256.00 |
| 05/08/25 | Review and calendar plan deadlines. | ERW | 0.10 | 128.00 |
| 05/12/25 | Emails with A. Barajas (KDW) to discuss disclosure statement order review. | MJM | 0.20 | 209.00 |
| 05/12/25 | Emails with M. McLoughlin (KDW) regarding review of debtors' proposed disclosure statement order and exhibits (.2); review filed disclosure statement motion for providing comments to proposed order and exhibit (.4), review and analyze proposed disclosure statement order (.6) and exhibits thereto (.9); | AB | 2.50 | 2225.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
June 30, 2025
Page  4

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | begin providing edits to same (.4). | | | |
| 05/13/25 | Email debtors' regarding word versions of exhibits to disclosure statement order (.1); continue implementing edits to exhibits to disclosure statement order (.6). | AB | 0.70 | 623.00 |
| 05/14/25 | Make additional edits to disclosure statement order (.6); run redlines of edited disclosure statement order and exhibits to as filed versions (.1); email M. McLoughlin (KDW) comments to debtors' disclosure statement order and exhibits (.1). | AB | 0.80 | 712.00 |
| 05/16/25 | Call with A. Barajas (KDW) to discuss disclosure statement order comments (.2); review same (.2). | MJM | 0.40 | 418.00 |
| 05/16/25 | Call with M. McLoughlin (KDW) regarding comments to disclosure statement order and exhibits (.2); edit disclosure statement exhibits comment to incorporate M. McLoughlin (KDW) comments (.1); email Kirkland regarding comments to disclosure statement and exhibits (.1). | AB | 0.40 | 356.00 |
| 05/19/25 | Begin reviewing US Trustee's markup to debtors' disclosure statement (.1), proposed DS order (.1), and DS exhibits (.1). | AB | 0.30 | 267.00 |
| 05/20/25 | Conference with E. Wilson and M. McLoughlin (both KDW) on current status of plan and disclosure statement, issues raised by | JRA | 0.20 | 230.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
June 30, 2025
Page 5

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | UST on solicitation, and preparation of trust agreement. | | | |
| 05/20/25 | Review UST comments to disclosure statement order (.3) and exhibits (.3); emails with M. Waldrep (KE) regarding same (.1); call with E. Wilson and J. Adams (both KDW) to discuss same (.2). | MJM | 0.90 | 940.50 |
| 05/20/25 | Review Kirkland's responses to committee markup of draft disclosure statement order (.1); email M. McLoughlin (KDW) regarding responses to same (.1). | AB | 0.20 | 178.00 |
| 05/20/25 | Conference call with J. Adams and M. McLoughlin (both KDW) regarding plan, trust agreement and supplement. | ERW | 0.20 | 256.00 |
| 05/21/25 | Conference call with G. Novod (GE) regarding plan issues. | ERW | 0.30 | 384.00 |
| 05/22/25 | Emails with M. Waldrep (KE) related to disclosure statement order, solicitation, UST discussions. | MJM | 0.20 | 209.00 |
| 05/23/25 | Revise plan (.4), disclosure statement (.5), disclosure statement order (.6), disclosure statement exhibits (.8); emails with M. Waldrep (KE) to resolve open issues (.3); finalize further revised plan documents (.5). | MJM | 3.10 | 3239.50 |
| 05/23/25 | Email M. McLoughlin (KDW) regarding comments to plan. | DPK | 0.20 | 189.00 |
| 05/27/25 | Review filed plan (.2), disclosure statement (.2) | MJM | 1.00 | 1045.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client  030608
Matter 0010
June 30, 2025
Page 6

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | and disclosure statement order (.2); emails with Kirkland and Cole Schotz regarding disclosure statement hearing (.1); review notice of agenda canceling hearing (.1); review G. Novod (GE) comments to plan (.2). | | | |
| 05/27/25 | Update from C. Choe (KDW) on revised plan documents and notice of cancelation of conditional disclosure statement approval hearing (.2); review requested plan language change from G. Novod (counsel for litigation plaintiffs) on document retention issues (.1); correspondence with M. McLoughlin (KDW) on same (.1). | JRA | 0.40 | 460.00 |
| 05/27/25 | Review disclosure statement conditional approval order and confirmation timeline. | CC | 0.20 | 157.00 |
| 05/27/25 | Emails with G. Novod (GE) and M. McLoughlin (KDW) regarding plan revisions (.2); review plan timeline (.1). | ERW | 0.30 | 384.00 |
| 05/28/25 | Emails with G. Novod (GE) regarding plan comments and next steps for same. | MJM | 0.20 | 209.00 |
| 05/28/25 | Emails with G. Novod (GE) and M. Waldrep (KE) regarding plan revisions | ERW | 0.20 | 256.00 |
| Total Services for this Matter: | | | | 25,240.50 |
| Total this Invoice | | | | $25,240.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
June 30, 2025
Page  7

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 4.90 | 890.00 | $4,361.00 |
| CC | Choe, Connie | 1.40 | 785.00 | 1,099.00 |
| DPK | Kane, Dana P | 0.60 | 945.00 | 567.00 |
| ERW | Wilson, Eric | 2.60 | 1,280.00 | 3,328.00 |
| JRA | Adams, Jason | 3.00 | 1,150.00 | 3,450.00 |
| MJM | McLoughlin, Maeghan J | 11.90 | 1,045.00 | 12,435.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**                     FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934189

030608          JOANN Committee
0011            Committee and Creditor Communications

## Account Summary And Remittance Form

Legal Services:                                              $39,673.00

Disbursements and Other Charges:                             $0.00

**Total Amount Due:**                                     **$39,673.00**

**Terms: Payment Due on or Before   July 30, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**   **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934189

Client   030608
Matter 0011   Committee and Creditor Communications

---

Attorney: 05395                                                                 Page 1

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/01/25 | Draft committee update regarding rejection notices, upcoming committee call and status of plan (.5); review rejection notices for impact on UCC members (.5); instruction to T. Burns (KDW) regarding same (.3). | CC | 1.30 | $1020.50 |
| 05/01/25 | Revise committee update. | MJM | 0.30 | 313.50 |
| 05/01/25 | Review draft UCC update email from M. McLoughlin (KDW) (.1) and instructions on same (.1). | JRA | 0.20 | 230.00 |
| 05/02/25 | Confer with E. Wilson (KDW) on draft investigation report for impact. | JRA | 0.10 | 115.00 |
| 05/02/25 | Correspondence with Regency centers on lease rejection and lease sale process (.3); emails with various landlords to address inquiries on case and lease process (1.4); emails with Province regarding creditor outreach (.2). | CC | 1.90 | 1491.50 |
| 05/02/25 | Review committee update (.1); instruction to M. McLoughlin (KDW) regarding same (.1). | ERW | 0.20 | 256.00 |
| 05/05/25 | Correspondence with various landlords regarding lease sale process and pending lease | CC | 0.50 | 392.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | assumption/rejection. | | | |
| 05/06/25 | Correspondence with landlords and creditors regarding claims reconciliation process and case status. | CC | 0.20 | 157.00 |
| 05/06/25 | Numerous revisions to committee update regarding solicitation motion and plan documents. | MJM | 0.60 | 627.00 |
| 05/06/25 | Revise UCC update on filing and content of solicitation documents. | JRA | 0.40 | 460.00 |
| 05/06/25 | Review and comment on committee update (.1); instruction to M. McLoughlin (KDW) regarding same (.1). | ERW | 0.20 | 256.00 |
| 05/07/25 | Calls (2x) with J. Adams (KDW) to discuss revisions to investigation presentation (1.0); further revise presentation (2.6); review prior discovery for timeline (.3). | MJM | 3.90 | 4075.50 |
| 05/07/25 | Review updated draft of presentation for next UCC call (.6); prepare further notes on same (.3); calls (2x) with M. McLoughlin (KDW) regarding same and revisions (1.0). | JRA | 1.90 | 2185.00 |
| 05/07/25 | Correspondence with various landlords regarding outstanding administrative claims and next steps (.6); coordinate with Province regarding reconciliation of administrative claims (.2). | CC | 0.80 | 628.00 |
| 05/07/25 | Review committee update. | ERW | 0.10 | 128.00 |
| 05/08/25 | Continue insider investigation presentation for | MJM | 0.50 | 522.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|------------|----------|-------------------|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page  3

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|----------|-----------------|----------|-----------|------------|
| | committee. | | | |
| 05/09/25 | Further revise investigation presentation. | MJM | 1.10 | 1149.50 |
| 05/13/25 | Draft committee update on recently filed pleadings and fee applications. | MJM | 0.30 | 313.50 |
| 05/13/25 | Draft committee update on fees and objections to assumption. | JC | 0.20 | 147.00 |
| 05/13/25 | Review draft UCC update email from M. McLoughlin (KDW) in advance of circulation. | JRA | 0.10 | 115.00 |
| 05/15/25 | Correspondence with landlords regarding lease assumption. | CC | 0.30 | 235.50 |
| 05/16/25 | Correspondence with S. Kietlinski (PA) regarding next UCC call (.2); call with E. Wilson (KDW) on preparing for next UCC call (.2). | JRA | 0.40 | 460.00 |
| 05/16/25 | Emails with J. Ou (AG) regarding status of 503(b)(9) claims. | MJM | 0.20 | 209.00 |
| 05/16/25 | Email E. Wilson (KDW) regarding update to response to creditor inquiries regarding vendor and supply chain related issues. | AB | 0.20 | 178.00 |
| 05/16/25 | Confer with D. Easton (PPG) and S. Balasiano (BA) regarding 503b9s and plan (.3); conference call with J. Adams (KDW) regarding next week's committee call (.2). | ERW | 0.50 | 640.00 |
| 05/18/25 | Correspondence with various landlords regarding status of lease sale process, lease assumptions and next steps. | CC | 0.30 | 235.50 |
| 05/19/25 | Correspondence with various landlords | CC | 0.80 | 628.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page 4

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding lease assumption notice (.4); instruction to J. Churchill and T. Burns (both KDW) regarding same (.2); email with J. Adams (KDW) on UCC update (.2). | | | |
| 05/19/25 | Revise draft UCC update on case status and next UCC call (.2); begin revising UCC presentation materials (.3); correspondence with N. Newman (counsel for landlord) on payment issues (.1). | JRA | 0.60 | 690.00 |
| 05/19/25 | Draft, revise committee update (.4); follow up emails with J. Ou (AG) regarding China National claim (.3); follow up emails with L. Blumenthal and M. Waldrep (both KE) regarding same (.2). | MJM | 0.90 | 940.50 |
| 05/19/25 | Review Ohio complaint regarding misrepresentations (.3); emails with S. Balasiano (BA) and G. Novod (GE) regarding same (.2). | ERW | 0.50 | 640.00 |
| 05/20/25 | Emails with T. Huang (KDW) regarding committee distribution list (.2); update committee contact list (.1). | JC | 0.30 | 220.50 |
| 05/20/25 | Continue edits to presentation for UCC for this week's UCC call. | JRA | 1.20 | 1380.00 |
| 05/20/25 | Draft committee update and agenda (.3); begin drafting talking points (.9). | MJM | 1.20 | 1254.00 |
| 05/20/25 | Emails with M. McLoughlin (KDW), B. McGrath (ASK) and S. Balasiano (BA) | ERW | 0.40 | 512.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page 5

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding Thursday's call (.2); review and comment on agenda (.1); instruction to M. McLoughlin (KDW) regarding same (.1). | | | |
| 05/21/25 | Continue drafting talking points for committee call (.9); revise, send committee update (.3); emails with Province team regarding committee deck (.2); call with E. Wilson and J. Adams (KDW) to prepare for committee call (.2); revise, finalize investigation presentation (.9). | MJM | 2.50 | 2612.50 |
| 05/21/25 | Review agenda for tomorrow's UCC call (.1); revise same (.1); begin review of talking points for tomorrow's call (.4); call with E. Wilson and M. McLoughlin (both KDW) in connection with same (.2). | JRA | 0.80 | 920.00 |
| 05/21/25 | Call with J. Adams and M. McLoughlin (both KDW) preparatory to tomorrow's call and plan issues. | ERW | 0.20 | 256.00 |
| 05/22/25 | Call with E. Wilson and J. Adams (both KDW) to prepare for committee call (.2); prepare for committee call (1.4); emails with H. Congleton (KDW) regarding Province presentation (.2); call with S. Kietlinski, H. Congleton (both PA), E. Wilson, J. Adams (both KDW) to prepare for call (.3); revise Province presentation (.2); participate in committee call (.9); follow up call with B. Gaither (sunYin) (.2); emails with | MJM | 3.70 | 3866.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page  6

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | G. Ocalgiray (Ormo) regarding ballot and voting process (.3). | | | |
| 05/22/25 | Monitor committee call for case status, 503b9 claims and next steps. | CC | 0.90 | 706.50 |
| 05/22/25 | Continue revising talking points on investigation for today's UCC call (.7); call with E. Wilson and M. McLoughlin (both KDW) in preparation for same (.2); call with E. Wilson and M. McLoughlin (both KDW) and Province on claims presentation for today's call (.3); participate in today's UCC call (.9). | JRA | 2.10 | 2415.00 |
| 05/22/25 | Review investigation presentation preparatory to call (.6); conference call with J. Adams and M. McLoughlin (both KDW) preparatory to today's committee call (.2); prepare for call (.2 and call (.3) with S. Kietlinski, et al. (PA) regarding today's committee call; conduct today's committee call (.9). | ERW | 2.20 | 2816.00 |
| 05/23/25 | Emails with R. Edwards (Kimco) and G. Ocalgiray (Ormo) regarding status. | ERW | 0.20 | 256.00 |
| 05/27/25 | Review filed pleadings (.2); prepare committee update on plan process, case status, strategy and next steps (.5); emails with M. McLoughlin (KDW) on same (.2). | CC | 0.90 | 706.50 |
| 05/27/25 | Revise committee update. | MJM | 0.30 | 313.50 |
| 05/27/25 | Revise UCC update email from C. Choe (KDW) regarding entry of DS order and | JRA | 0.10 | 115.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page  7

---

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| | assumption and assignment notices. | | | |
| 05/28/25 | Coordinate with R. LeHane and J. Raviele (both KDW) regarding creditor outreach and landlord issues (.4); correspondence with landlords regarding location and assumption issues (.4). | CC | 0.80 | 628.00 |
| 05/29/25 | Correspondence with various creditors and landlords regarding status of GOB sales, lease rejection and case status. | CC | 0.80 | 628.00 |
| 05/30/25 | Emails with E. Bell (Regency) regarding status of rejection notices (.2); follow up with Kirkland team regarding same (.1). | MJM | 0.30 | 313.50 |
| 05/30/25 | Coordinate with R. LeHane (KDW) regarding lease assumption issues and GOB sales (.;2); correspondence with landlords regarding same (.2). | CC | 0.40 | 314.00 |
| Total Services for this Matter: | | | | 39,673.00 |
| Total this Invoice | | | | $39,673.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
June 30, 2025
Page 8

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| AB | Barajas, Andres | 0.20 | 890.00 | $178.00 |
| CC | Choe, Connie | 9.90 | 785.00 | 7,771.50 |
| ERW | Wilson, Eric | 4.50 | 1,280.00 | 5,760.00 |
| JC | Churchill, John | 0.50 | 735.00 | 367.50 |
| JRA | Adams, Jason | 7.90 | 1,150.00 | 9,085.00 |
| MJM | McLoughlin, Maeghan J | 15.80 | 1,045.00 | 16,511.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

WASHINGTON                 NEW YORK                 <u>AFFILIATE  OFFICE:</u>
LOS ANGELES                STAMFORD                 MUMBAI, INDIA
CHICAGO                    PARSIPPANY
HOUSTON

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934190

030608          JOANN Committee
0013            Court Hearings

## Account Summary And Remittance Form

Legal Services:                                                    $366.00

Disbursements and Other Charges:                                     $0.00

**Total Amount Due:**                                            <u>**$366.00**</u>

**Terms: Payment Due on or Before   July 30, 2025**

**Please Return This Page With Your Payment**

<u>PAYMENT BY WIRE OR ACH IS PREFERRED:</u>
<u>BANK:</u>   **JP MORGAN CHASE, N.A.**
<u>ABA #:</u>   **021-000-021**
<u>SWIFT CODE:</u> **CHASUS33**
<u>ACCOUNT NAME:</u> **KELLEY DRYE & WARREN LLP**
<u>ACCOUNT #:</u>**135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934190

Client   030608
Matter 0013   Court Hearings

---

Attorney: 05395                                                                    Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/14/25 | Emails with M. Waldrep (KE) and J. Oneill (PZSJ) regarding May 21 hearing. | MJM | 0.20 | $209.00 |
| 05/27/25 | Emails with Cole Schotz regarding disclosure statement hearing. | CC | 0.20 | 157.00 |
| | Total Services for this Matter: | | | 366.00 |
| | Total this Invoice | | | $366.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0013
June 30, 2025
Page 2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| CC | Choe, Connie | 0.20 | 785.00 | $157.00 |
| MJM | McLoughlin, Maeghan J | 0.20 | 1,045.00 | 209.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934191

| 030608 | JOANN Committee |
|---|---|
| 0016 | Debtor Communications |

## Account Summary And Remittance Form

| Legal Services: | $2,279.00 |
|---|---|
| Disbursements and Other Charges: | $0.00 |

**Total Amount Due:**                                                    **$2,279.00**

### Terms: Payment Due on or Before   July 30, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934191

Client   030608
Matter 0016   Debtor Communications

---

Attorney: 05395                                                                                      Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/25 | Emails with K&E regarding administrative claims and reconciliation of same. | CC | 0.30 | $235.50 |
| 05/15/25 | Review update from C. Choe (KDW) regarding update on today's discussion with Kirkland regarding designation termination date and 503(b)(9) claims analysis (.2); confer with M. McLoughlin (KDW) on same (.1). | JRA | 0.30 | 345.00 |
| 05/15/25 | Emails with C. Choe (KDW) regarding today's call with Kirkland (.1); review update from C. Choe (KDW) regarding today's discussion with Kirkland regarding designation termination date and 503(b)(9) claims analysis (.2); confer with J. Adams (KDW) on same (.1). | MJM | 0.40 | 418.00 |
| 05/20/25 | Conference with K&E team regarding workstreams, open items and next steps. | CC | 0.30 | 235.50 |
| 05/20/25 | Prepare for (.2) and participate in bi-weekly call with Kirkland team (.3); high level review of complaint circulated by O. Acuna (K&E) (.5). | MJM | 1.00 | 1045.00 |
| Total Services for this Matter: | | | | 2,279.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0016
June 30, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | Total this Invoice | | | $2,279.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0016
June 30, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 0.60 | 785.00 | $471.00 |
| JRA | Adams, Jason | 0.30 | 1,150.00 | 345.00 |
| MJM | McLoughlin, Maeghan J | 1.40 | 1,045.00 | 1,463.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934192

030608          JOANN Committee
0020            Committee Professional Communications

## Account Summary And Remittance Form

Legal Services:                                                    $669.00

Disbursements and Other Charges:                      $0.00

**Total Amount Due:**                                      **$669.00**

## Terms: Payment Due on or Before   July 30, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

June 30, 2025
Invoice No. 2934192

Client   030608
Matter 0020   Committee Professional Communications

---

Attorney: 05395                                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 05/01/25 | Internal correspondence with M. McLoughlin and C. Choe (both KDW) regarding plan status, rejection notices, lease auction status, monthly fee statements and next UCC update and call. | JRA | 0.20 | $230.00 |
| 05/16/25 | Correspondence with M. McLoughlin and C. Choe (both KDW) regarding overall case status, disclosure statement, UCC update presentations and next UCC call. | JRA | 0.20 | 230.00 |
| 05/16/25 | Correspondence with J. Adams and C. Choe (both KDW) regarding case status, disclosure statement, UCC presentations and next UCC call. | MJM | 0.20 | 209.00 |
| Total Services for this Matter: | | | | 669.00 |
| Total this Invoice | | | | $669.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0020
June 30, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| JRA | Adams, Jason | 0.40 | 1,150.00 | $460.00 |
| MJM | McLoughlin, Maeghan J | 0.20 | 1,045.00 | 209.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652