**<u>EXHIBIT B</u>**

**June Time**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934882

030608          JOANN Committee
0001            Case Administration

## Account Summary And Remittance Form

Legal Services:                                                        $480.00

Disbursements and Other Charges:                                        $0.00

**Total Amount Due:**                                                  **$480.00**

### Terms: Payment Due on or Before    August 8, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934882

Client   030608
Matter 0001   Case Administration

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 06/06/25 | Update team calendar as to upcoming hearings and pertinent deadlines. | TB | 0.20 | $80.00 |
| 06/09/25 | Update team calendar. | TB | 0.20 | 80.00 |
| 06/16/25 | Email correspondence with M. McLoughlin and C. Choe (both KDW) regarding newly filed Joann v. Advantus, et al. adversary proceeding (.2); effectuate team ECF noticing system for same (.3). | TB | 0.50 | 200.00 |
| 06/20/25 | Update team ECF noticing system for certain adversary proceedings. | TB | 0.30 | 120.00 |
| | Total Services for this Matter: | | | 480.00 |
| | Total this Invoice | | | $480.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0001
July 9, 2025
Page  2

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| TB | Burns, Tom | 1.20 | 400.00 | $480.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

**FEDERAL ID NO. 13-5335107**

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934883

030608          JOANN Committee
0002            Pleadings Review

## Account Summary And Remittance Form

Legal Services:                                                           $2,465.00

Disbursements and Other Charges:                                              $0.00

**Total Amount Due:**                                                **$2,465.00**

## Terms: Payment Due on or Before   August 8, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:   JP MORGAN CHASE, N.A.**

**ABA #:   021-000-021**

**SWIFT CODE: CHASUS33**

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:135-046110**

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934883

Client   030608
Matter 0002   Pleadings Review

Attorney: 05395                                                                     Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/02/25 | Review debtors' first, second, third and fourth objections to claims for impact   (.8); prepare and circulate a report of results for C. Choe and J. Churchill (both KDW) (.4). | TB | 1.20 | $480.00 |
| 06/11/25 | Review 11th assumption notice for landlord and committee impact. | AF | 0.60 | 216.00 |
| 06/12/25 | Review docket for notices, orders and hearings dates (.5); review notices and orders for impact (.8). | AF | 1.30 | 468.00 |
| 06/16/25 | Review debtors' complaint against certain vendors (.3) and motion and memorandum of law in connection with same (.4); emails with M. Fitzpatrick (CS) regarding same (.1). | MJM | 0.80 | 836.00 |
| 06/17/25 | Review sixteenth assumption notice. | AF | 0.30 | 108.00 |
| 06/23/25 | Monitor docket for rejection and assumption orders. sale order and omnibus fee order. | CC | 0.20 | 157.00 |
| 06/25/25 | Review debtors' 32nd rejection notice for impact. | TB | 0.50 | 200.00 |
| Total Services for this Matter: | | | | 2,465.00 |
| Total this Invoice | | | | $2,465.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0002
July 9, 2025
Page  2

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AF | Fowler, Allison | 2.20 | 360.00 | $792.00 |
| CC | Choe, Connie | 0.20 | 785.00 | 157.00 |
| MJM | McLoughlin, Maeghan J | 0.80 | 1,045.00 | 836.00 |
| TB | Burns, Tom | 1.70 | 400.00 | 680.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934884

| | |
|---|---|
| 030608 | JOANN Committee |
| 0004 | Fee Matters |

## Account Summary And Remittance Form

| | |
|---|---|
| Legal Services: | $5,981.00 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$5,981.00** |

**Terms: Payment Due on or Before   August 8, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  JP MORGAN CHASE, N.A.
**ABA #:**  021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934884

Client   030608
Matter 0004   Fee Matters

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/02/25 | Review docket for CNOs (.1); emails with N. Haughey and M. Fitts (both AM) regarding payment (.2). | MJM | 0.30 | $313.50 |
| 06/02/25 | Emails with J. Adams and J. Churchill (both KDW) regarding KDW April fee statement. | CC | 0.20 | 157.00 |
| 06/04/25 | Draft fee application narratives for KDW April monthly (3rd) fee statement. | JC | 1.30 | 955.50 |
| 06/04/25 | Review KDW April invoices for reasonableness and matter descriptions (.4); review and revise KDW monthly fee application (.6); emails to J. Adams (KDW) on next steps (.1); email with J. Churchill (KDW) on timing and redactions (.2). | CC | 1.30 | 1020.50 |
| 06/05/25 | Update KDW May monthly fee statement. | TB | 1.20 | 480.00 |
| 06/07/25 | Provide comments to draft of KDW third monthly fee statement for April time. | JRA | 0.40 | 460.00 |
| 06/09/25 | Emails with Cole Schotz team regarding omnibus interim fee order (.2); emails with PSZJ and Province confirming fee amounts (.2); review April LEDES file from accounting | JC | 0.50 | 367.50 |

### KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
July 9, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | (.1). | | | |
| 06/09/25 | Review revised version of KDW third monthly fee statement for April invoices (.2); finalize for filing (.4); assemble exhibits (.1); email Pachulski regarding same (.1). | CC | 0.80 | 628.00 |
| 06/09/25 | Confirm filing of KDW third monthly fee statement (.1); follow up on transmission of LEDES data to UST (.1). | JRA | 0.20 | 230.00 |
| 06/10/25 | Review May prebills preparatory to April statement for reasonableness. | ERW | 0.30 | 384.00 |
| 06/11/25 | Review updates to proposed interim fee order (.2); emails with Province team regarding same (.1). | JC | 0.30 | 220.50 |
| 06/20/25 | Emails with CS team regarding proposed interim fee order. | JC | 0.10 | 73.50 |
| 06/24/25 | Emails with Province regarding interim fee order and payment. | JC | 0.10 | 73.50 |
| 06/24/25 | Review omnibus fee order for first interim fee applications (.1); emails to J. Churchill (KDW) on next steps for payment (.1). | CC | 0.20 | 157.00 |
| 06/25/25 | Request backup of payments received from accounting (.1); calculate amount outstanding on first interim fee application (.1). | JC | 0.20 | 147.00 |
| 06/30/25 | Review status of holdback, April fee statement, and May fees. | MJM | 0.30 | 313.50 |
| Total Services for this Matter: | | | | 5,981.00 |
| Total this Invoice | | | | $5,981.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
July 9, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 2.50 | 785.00 | $1,962.50 |
| ERW | Wilson, Eric | 0.30 | 1,280.00 | 384.00 |
| JC | Churchill, John | 2.50 | 735.00 | 1,837.50 |
| JRA | Adams, Jason | 0.60 | 1,150.00 | 690.00 |
| MJM | McLoughlin, Maeghan J | 0.60 | 1,045.00 | 627.00 |
| TB | Burns, Tom | 1.20 | 400.00 | 480.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934881

030608          JOANN Committee
0006             Asset Analysis and Disposition

## Account Summary And Remittance Form

Legal Services:                                                             $12,186.00

Disbursements and Other Charges:                                    $0.00


**Total Amount Due:**                                              **$12,186.00**

## Terms: Payment Due on or Before    August 8, 2025

## Please Return This Page With Your Payment

PAYMENT BY WIRE OR ACH IS PREFERRED:
BANK:   JP MORGAN CHASE, N.A.
ABA #:   021-000-021
SWIFT CODE: CHASUS33
ACCOUNT NAME: KELLEY DRYE & WARREN LLP
ACCOUNT #:135-046110
PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934881

Client   030608
Matter 0006   Asset Analysis and Disposition

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|------|-------------|------|-------|--------|
| 06/03/25 | Review sale order for Singer Sourcing assets and related exhibits (.5); review related claim (.2); review assumption notice (.1); email to J. Adams and M. McLoughlin (both KDW) on same (.4); email to debtors' counsel regarding status of same (.1). | CC | 1.30 | $1020.50 |
| 06/03/25 | Review Singer sale motion (.4); emails with C. Choe (KDW) regarding same and next steps (.2). | MJM | 0.60 | 627.00 |
| 06/12/25 | Review SVP claim associated with proposed sale to Singer Sourcing (.3); emails to O. Acuna (K&E) regarding same (.1); draft limited objection to proposed sale (2.1); call with M. McLoughlin (KDW) on same (.2); review comments from M. McLoughlin (KDW) to limited objection (.2); make further revisions to sale objection (.9); conduct additional research and analysis (.6). | CC | 4.40 | 3454.00 |
| 06/12/25 | Review Singer sale motion and proposed order (.6); revise limited objection to same (.5); | MJM | 1.50 | 1567.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0006
July 9, 2025
Page 2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | discuss same with C. Choe (KDW) (.2); follow up call with J. Adams (KDW) on same (.2). | | | |
| 06/12/25 | Confer with M. McLoughlin (KDW) on Singer sale and claims analysis and need for objection (.2); review objection (.2) and correspondence with C. Choe (KDW) on same (.2). | JRA | 0.60 | 690.00 |
| 06/13/25 | Revise and finalize limited sale objection (.2); emails with Pachulski regarding filing (.3). | CC | 0.50 | 392.50 |
| 06/16/25 | Emails with O. Acuna (K&E) regarding backup and invoices for Singer Sourcing claim (.2); analyze SVP claim including review of backup and supporting documentation and filed proof of claim (3.4); follow-up requests to debtors' counsel (.3); provide analysis to J. Adams and M. McLoughlin (both KDW) (.2); emails regarding same (.2). | CC | 4.30 | 3375.50 |
| 06/16/25 | Review notice of designation and related exhibits (.3); review backup to Singer claim (.3). | MJM | 0.60 | 627.00 |
| 06/20/25 | Review previous withdrawals (.3); draft SVP objection withdrawal per C. Choe (KDW) (.9). | AF | 1.20 | 432.00 |
| Total Services for this Matter: | | | | 12,186.00 |
| Total this Invoice | | | | $12,186.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0006
July 9, 2025
Page  3

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AF | Fowler, Allison | 1.20 | 360.00 | $432.00 |
| CC | Choe, Connie | 10.50 | 785.00 | 8,242.50 |
| JRA | Adams, Jason | 0.60 | 1,150.00 | 690.00 |
| MJM | McLoughlin, Maeghan J | 2.70 | 1,045.00 | 2,821.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934885

030608        JOANN Committee
0007          Executory Contracts and Leases

## Account Summary And Remittance Form

Legal Services:                                                   $7,024.00

Disbursements and Other Charges:                   $0.00

**Total Amount Due:**                      **$7,024.00**

### Terms: Payment Due on or Before   August 8, 2025

### Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

**BANK:**  **JP MORGAN CHASE, N.A.**

**ABA #:**  **021-000-021**

**SWIFT CODE:** **CHASUS33**

**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**

**ACCOUNT #:135-046110**

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**

**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934885

Client   030608
Matter 0007   Executory Contracts and Leases

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/02/25 | Analyze 21st-28th rejection notices for impact (.5); analyze 29th-30th rejection notice for impact (.4); update tracking chart (.4). | AF | 1.30 | $468.00 |
| 06/06/25 | Review assumption notice with respect to Michaels leases (.1); review rejection notice impacting leases/contracts (.3); emails with J. Adams (KDW) regarding same (.1). | CC | 0.50 | 392.50 |
| 06/11/25 | Instruct T. Burns and A. Fowler (both KDW) on review of recently filed assumption and rejection notices. | JC | 0.10 | 73.50 |
| 06/13/25 | Review summary of rejection effective dates and objection timelines (.3); emails with C. Choe (KDW) regarding same (.3). | RLL | 0.60 | 717.00 |
| 06/23/25 | Call with S. Kaufman, counsel to Ashley Crossing landlord regarding proposed Dollar Tree assignment order. | RLL | 0.20 | 239.00 |
| 06/24/25 | Review supplemental 24th-27th rejection notices and leases impacted therein. | CC | 0.30 | 235.50 |
| 06/24/25 | Emails with O. Acuna (KE) regarding asset designation timeline, related costs (.2); emails | MJM | 0.50 | 522.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
July 9, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | with C. Choe (KDW) regarding amended rejection notices (.1) and brief review of same (.2). | | | |
| 06/25/25 | Emails and calls with counsel to Charleston Location, S. Kaufman, regarding proposed assignment to Dollar Tree (.3); call and email with counsel to Dollar Tree, J. Gordon (Latham) regarding same (.3); confer with C. Choe   (KDW) regarding Charleston Lease Amendment and rejection of La Canada, CA Lease (.7); emails with R. Yarmy, La Canada landlord, regarding same (.2) review Charleston lease amendment (.2). | RLL | 1.70 | 2031.50 |
| 06/25/25 | Review of 32nd notice of rejection for impact. | JC | 0.20 | 147.00 |
| 06/25/25 | Calls and emails with S. Kaufman, counsel to landlords, regarding assumption and assignment of issues to (.4); update calls with R. LeHane (KDW) regarding lease related issues regarding Dollar Tree as assignee (.7); emails with J. Gordon (Dollar Tree) (.2); emails with R. Yarmy landlord for WIN regarding rejection of La Canada lease and related issues (.6); review 32nd rejection notice (.2). | CC | 2.10 | 1648.50 |
| 06/27/25 | Review thirty-third and thirty-fourth rejection notices as to contracts and leases. | CC | 0.30 | 235.50 |
| 06/27/25 | Review 33rd and 34th rejection notices. | MJM | 0.30 | 313.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
July 9, 2025
Page 3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | Total Services for this Matter: | | | 7,024.00 |
| | Total this Invoice | | | $7,024.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0007
July 9, 2025
Page  4

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| AF | Fowler, Allison | 1.30 | 360.00 | $468.00 |
| CC | Choe, Connie | 3.20 | 785.00 | 2,512.00 |
| JC | Churchill, John | 0.30 | 735.00 | 220.50 |
| MJM | McLoughlin, Maeghan J | 0.80 | 1,045.00 | 836.00 |
| RLL | LeHane, Robert L | 2.50 | 1,195.00 | 2,987.50 |

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

PAYMENT BY WIRE:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934886

030608  JOANN Committee
0009  Claims Administration

## Account Summary And Remittance Form

Legal Services: $2,973.00

Disbursements and Other Charges: $0.00

**Total Amount Due:** **$2,973.00**

**Terms: Payment Due on or Before   August 8, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**  **JP MORGAN CHASE, N.A.**
**ABA #:**  **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934886

Client    030608
Matter 0009    Claims Administration

---

Attorney: 05395                                                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/02/25 | Review four omnibus claim objections on various grounds for disallowance of claims pertaining to 503b9 claims and other contract claims. | CC | 0.40 | $314.00 |
| 06/02/25 | Review stipulation lifting the stay and waiving claims (.2); emails with M. Tsukerman (CS) regarding same (.1). | MJM | 0.30 | 313.50 |
| 06/05/25 | Review of 5th (.3), 6th (.3), 7th (.3) and 8th (.3) omnibus claims objections for impact. | JC | 1.20 | 882.00 |
| 06/05/25 | High level review of 5th through 8th claim objections. | MJM | 0.40 | 418.00 |
| 06/19/25 | Emails with O. Acuna (KE) regarding Singer claims reconciliation (.1); review M. Waldrep (KE) proposed revisions to plan and 503(b)(9) procedures (.5); emails with M. Waldrep (KE) regarding status of 503(b)(9) reconciliation (.1). | MJM | 0.70 | 731.50 |
| 06/30/25 | Review substantive and non-substantive omnibus claim objections | CC | 0.40 | 314.00 |
| Total Services for this Matter: | | | | 2,973.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
July 9, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| Total this Invoice | | | | $2,973.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0009
July 9, 2025
Page  3

_____

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 0.80 | 785.00 | $628.00 |
| JC | Churchill, John | 1.20 | 735.00 | 882.00 |
| MJM | McLoughlin, Maeghan J | 1.40 | 1,045.00 | 1,463.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934890

030608          JOANN Committee
0010            Plan and Disclosure Statement

## Account Summary And Remittance Form

Legal Services:                                                                 $40,450.00

Disbursements and Other Charges:                                          $0.00

**Total Amount Due:**                                              **$40,450.00**

## Terms: Payment Due on or Before   August 8, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934890

Client   030608
Matter 0010   Plan and Disclosure Statement

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/02/25 | Emails with M. Waldrep (K&E) regarding issues with Kroll website. | MJM | 0.30 | $313.50 |
| 06/02/25 | Email with J. Adams (KDW) regarding drafting JOANN liquidating trust agreement (.1); review and analyze trust provisions of debtors' second amended plan (.6); review redline of debtors' second amended plan for editing draft trust agreement (.4); analyze redlines of draft trust agreement against precedent trust agreements for editing draft liquidating plan (.8); begin editing draft JOANN liquidating trust agreement (.4). | AB | 2.30 | 2047.00 |
| 06/03/25 | Continue analyzing debtors' second amended plan for provisions impacting liquidating trust (.6); analyze precedent liquidating trust draft agreement provisions (.5); continue editing draft liquidating trust agreement Articles 1-3 (2.6). | AB | 3.70 | 3293.00 |
| 06/04/25 | Finalize drafting liquidating trust agreement articles 4-10 (2.9); review complete draft trust | AB | 4.50 | 4005.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
July 9, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | agreement for additional edits (1.5); email J. Adams (KDW) and KDW team regarding draft trust agreement (.1). | | | |
| 06/05/25 | Review (.8) and begin substantial revisions (1.8) to trust agreement; emails with M. Waldrep (KE) regarding same (.1). | MJM | 2.70 | 2821.50 |
| 06/06/25 | Call with E. Wilson and M. McLoughlin (both KDW) on plan status, trust agreement draft and trustee candidates. | JRA | 0.20 | 230.00 |
| 06/06/25 | Review M. McLoughlin's (KDW) comments and updated draft liquidating trust agreement (.4) and emails with M. McLoughlin and D. Kane (both KDW) regarding same (.1); review and make additional edits to draft trust agreement (1.1). | AB | 1.60 | 1424.00 |
| 06/06/25 | Continue revising GUC trust agreement (2.8); call with E. Wilson and J. Adams (both KDW) on trustee agreement and candidates (.2); emails with D. Kane and A. Barajas (both KDW) regarding trust agreement (.2). | MJM | 3.20 | 3344.00 |
| 06/06/25 | Confer with J. Adams and M. McLoughlin (both KDW) regarding plan issues. | ERW | 0.20 | 256.00 |
| 06/10/25 | Review D. Kane (KDW) comments to trust agreement. | MJM | 0.30 | 313.50 |
| 06/10/25 | Comment on draft trust agreement (2.4); circulate same to M. McLoughlin and A. Barajas (both KDW) with a request for a call | DPK | 2.50 | 2362.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
July 9, 2025
Page  3

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | (.1). | | | |
| 06/11/25 | Review D. Kane (KDW) revisions to trust agreement (.2); call with D. Kane and A. Barajas (both KDW) regarding revisions to trust agreement (.6); emails with M. Waldrep (KE) regarding same (.1). | MJM | 0.90 | 940.50 |
| 06/11/25 | Edit draft trust agreement to incorporate D. Kane (KDW) edits (1.5); call with M. McLoughlin and D. Kane (both KDW) regarding same (.6); finalize edits to draft trust agreement (.4); email Kirkland team regarding draft trust agreement (.1). | AB | 2.60 | 2314.00 |
| 06/11/25 | Conference call with prospective trustee regarding conflicts and pricing. | ERW | 0.20 | 256.00 |
| 06/11/25 | Call with M. McLoughlin and A. Barajas (both KDW) to work through trust agreement comments. | DPK | 0.60 | 567.00 |
| 06/16/25 | Review wind down transactions memorandum (.2); revise same (.5); review plan in connection with same (.2); discuss same with D. Kane (KDW) (.2). | MJM | 1.10 | 1149.50 |
| 06/16/25 | Review transaction steps memo (.1); call with M. McLoughlin (KDW) regarding same (.2). | DPK | 0.30 | 283.50 |
| 06/17/25 | Finalize wind down transactions memorandum. | MJM | 0.30 | 313.50 |
| 06/18/25 | Review precedent chapter 11 plans for language regarding treatment of insurance self insured retention (SIR) (.2); email M. | AB | 0.90 | 801.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
July 9, 2025
Page  4

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | McLoughlin (KDW) regarding same (.1); email Kirkland team precedent chapter 11 plan (.1); call with M. Waldrep (KE) regarding proposed edits to insurance SIR language (.1); analyze proposed changes to plan's insurance SIR language (.2); email M. McLoughlin (KDW) regarding same (.1); email M. Waldrep (KE) regarding same (.1). | | | |
| 06/19/25 | Review debtors' revisions to GUC trust agreement (.5); call with D. Kane and A. Barajas (both KDW) to discuss response to same (.5); high level review of plan administrator agreement (.4); emails with A. Barajas (KDW) regarding comments to same (.1). | MJM | 1.50 | 1567.50 |
| 06/19/25 | Review Kirkland's proposed edits to draft trust agreement (.4); call with M. McLoughlin and D. Kane (both KDW) regarding Kirkland's edits to trust agreement and committee's responses to same (.5); edit draft trust agreement to incorporate committee's comments (.5); email Kirkland regarding same (.1); review and provide edits to draft plan administrator agreement (.6); emails with M. McLoughlin and D. Kane (both KDW) regarding same (.2); email Kirkland team regarding plan administrator agreement issue | AB | 2.50 | 2225.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
July 9, 2025
Page 5

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| | (.2). | | | |
| 06/19/25 | Call with M. McLoughlin and A. Barajan (both KDW) to work through debtors' trust agreement comments. | DPK | 0.50 | 472.50 |
| 06/20/25 | Review emails from Kirkland team regarding plan supplement materials (.2); email M. McLoughlin (KDW) regarding same (.1); email Kirkland team contact information for GUC trustee (.1). | AB | 0.40 | 356.00 |
| 06/20/25 | Numerous revisions to plan supplement including GUC trust agreement (.3), 503(b)(9) procedures (.3), retained causes of action (.2), plan administrator agreement (.2), wind down memorandum (.2); call with M. Waldrep (KE) related to same (.1); numerous emails with M. Waldrep (KE) regarding same (.3). | MJM | 1.60 | 1672.00 |
| 06/23/25 | Review as filed plan supplement (.3); email to C. Choe (KDW) regarding same (.1). | ERW | 0.40 | 512.00 |
| 06/24/25 | Call with L. Blumenthal (KE) regarding rejected contracts list (.1) and compare to plan provisions (.2). | MJM | 0.30 | 313.50 |
| 06/24/25 | Review complaint regarding stay and potential impact plan (.2); conference call with G. Novod (GE) regarding same (.2). | ERW | 0.40 | 512.00 |
| 06/26/25 | Call with L. Blumenthal (KE) regarding UST plan issues (.2); review 503(b)(9) procedures and plan in connection with same (.3); emails | MJM | 0.70 | 731.50 |

**KELLEY DRYE & WARREN LLP**                              FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
July 9, 2025
Page  6

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | with A. Klimowicz (KE) regarding further changes to the plan (.2). | | | |
| 06/27/25 | Review ad hoc group comments to GUC trust agreement (.4); summarize issues (.3); emails with D. Kane (KDW) regarding same (.2). | MJM | 0.90 | 940.50 |
| 06/30/25 | Review UST comments to plan and GUC trust agreement (.3); draft responses to same (.8); call with D. Kane (KDW) to discuss UST and Ad Hoc Group comments (.6); further revise response to UST (.3) and issues on GUC trust agreement (.3). | MJM | 2.30 | 2403.50 |
| 06/30/25 | Review UST and Ballard Spahr comments to plan and trust agreement (.3); correspondence with M. McLoughlin (KDW) on same, open issues (.2). | JRA | 0.50 | 575.00 |
| 06/30/25 | Review UST (.3) and prepetition term loan lender (.3) comments to plan; strategy call with M. McLoughlin (KDW) to discuss same (.6). | DPK | 1.20 | 1134.00 |
| Total Services for this Matter: | | | | 40,450.00 |
| Total this Invoice | | | | $40,450.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0010
July 9, 2025
Page  7

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| AB | Barajas, Andres | 18.50 | 890.00 | $16,465.00 |
| DPK | Kane, Dana P | 5.10 | 945.00 | 4,819.50 |
| ERW | Wilson, Eric | 1.20 | 1,280.00 | 1,536.00 |
| JRA | Adams, Jason | 0.70 | 1,150.00 | 805.00 |
| MJM | McLoughlin, Maeghan J | 16.10 | 1,045.00 | 16,824.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**                     FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934887

030608        JOANN Committee
0011          Committee and Creditor Communications

## Account Summary And Remittance Form

Legal Services:                                                              $14,496.50

Disbursements and Other Charges:                                             $0.00

**Total Amount Due:**                                                        **$14,496.50**

**Terms: Payment Due on or Before   August 8, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   **JP MORGAN CHASE, N.A.**
**ABA #:**   **021-000-021**
**SWIFT CODE:** **CHASUS33**
**ACCOUNT NAME:** **KELLEY DRYE & WARREN LLP**
**ACCOUNT #:135-046110**
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934887

Client   030608
Matter 0011   Committee and Creditor Communications

Attorney: 05395                                                                 Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/01/25 | Coordinate and correspondence with various landlords and creditors regarding status of locations, including assumption/rejection of lease, related lease terms, GOB sales, surrender of premises and next steps. | CC | 2.60 | $2041.00 |
| 06/02/25 | Reviewed and addressed various landlord-related matters with respect to rejection notices and lease related issues (.5); correspondence with landlords   on same (.5); update M. McLoughlin (KDW) on same (.2). | CC | 1.20 | 942.00 |
| 06/02/25 | Emails with R. Edwards (Kimco) and C. Choe (KDW) regarding rejection notices (.2); emails with S. Balasiano (BL) regarding 2nd omnibus claims objection (.2); draft committee update regarding recently filed pleadings (.3); emails with G. Ocalgiray (Ormo) regarding process for submitting ballot (.2); review cover letters and emails with Kroll in connection with same (.3). | MJM | 1.20 | 1254.00 |
| 06/03/25 | Correspondence with various landlords | CC | 0.20 | 157.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
July 9, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | regarding administrative claims, lease assumption and sale process. | | | |
| 06/04/25 | Email E. Wilson (KDW) regarding contact information for committee members. | AB | 0.10 | 89.00 |
| 06/05/25 | Emails with G. Ocalgiray (Ormo) regarding 8th omni claim objection (.2); review filed claims in connection with same (.1). | MJM | 0.30 | 313.50 |
| 06/05/25 | Correspondence with various landlords regarding lease assumption and status of lease sales. | CC | 0.20 | 157.00 |
| 06/05/25 | Emails with E. Wilson (KDW) regarding updates to committee members' regarding vendor issues (.4); draft response email regarding same (.2). | AB | 0.60 | 534.00 |
| 06/07/25 | Email E. Wilson (KDW) regarding committee member update. | AB | 0.10 | 89.00 |
| 06/09/25 | Correspondence with various landlords regarding lease assumption/assignment and next steps on same. | CC | 0.30 | 235.50 |
| 06/09/25 | Email update to committee (.1); instruction to A. Barajas (KDW) regarding same (.1). | ERW | 0.20 | 256.00 |
| 06/10/25 | Correspondence with landlord creditors regarding open assumption and cure issues and coordination with Dollar Tree counsel regarding same. | CC | 0.70 | 549.50 |
| 06/10/25 | Emails with G. Ocalgiray (Ormo) regarding claims status. | ERW | 0.20 | 256.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | <u>AFFILIATE  OFFICE:</u> |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
July 9, 2025
Page  3

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/11/25 | Correspondence with M. McLoughlin (KDW) regarding various pleadings filed including assumption and rejection notices and status of same for UCC update. | CC | 0.30 | 235.50 |
| 06/11/25 | Draft committee update on trustee selection and recently filed pleadings (.6); review prior rejection and assumption notices (.4) and claims objections (.3) in connection with same; emails with C. Choe (KDW) regarding impact on UCC members (.2); emails with E. Wilson (KDW) regarding trustee recommendation (.2). | MJM | 1.70 | 1776.50 |
| 06/12/25 | Correspondence with various landlords on upcoming claims bar dates and case status. | CC | 0.30 | 235.50 |
| 06/12/25 | Revise committee update (.3); emails with E. Wilson (KDW) regarding same (.1). | MJM | 0.40 | 418.00 |
| 06/13/25 | Revise, send committee update. | MJM | 0.30 | 313.50 |
| 06/13/25 | Correspondence with various landlords and counsel regarding lease assumption issues and upcoming hearing (.7); emails with counsel and Great American regarding status of lease assumption, hearings and proposed orders for same (.5). | CC | 1.20 | 942.00 |
| 06/13/25 | Review committee update (.1); instruction to M. McLoughlin (KDW) regarding same (.1). | ERW | 0.20 | 256.00 |
| 06/15/25 | Emails with E. Wilson (KDW) regarding recommendation to committee on GUC trustee. | MJM | 0.20 | 209.00 |
| 06/15/25 | Review trustee emails (.2); revise committee | ERW | 0.40 | 512.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client  030608
Matter 0011
July 9, 2025
Page 4

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | update (.1); instruction to M. McLoughlin (KDW) (.1). | | | |
| 06/16/25 | Draft committee update on trustee recommendation, complaint, and asset designation. | MJM | 0.30 | 313.50 |
| 06/16/25 | Correspondence with landlord creditor and counsel regarding lease assumption issues. | CC | 0.30 | 235.50 |
| 06/16/25 | Review and comment on committee update (.2); instruction to M. McLoughlin (KDW) regarding same (.1). | ERW | 0.30 | 384.00 |
| 06/17/25 | Emails with committee regarding update and trustee recommendation. | ERW | 0.30 | 384.00 |
| 06/23/25 | Review JOANN disclosure statement for call with creditor (.4); call with creditor regarding JOANN's plan treatment of general unsecured creditors (.1). | AB | 0.50 | 445.00 |
| 06/24/25 | Correspondence with landlords regarding lease rejection and assumption notices and Great American's coverage of cure costs. | CC | 0.40 | 314.00 |
| 06/26/25 | Coordinate with S. Kaufman as landlord counsel and Dollar Tree on lease assumption issues and review proposed assumption order. | CC | 0.30 | 235.50 |
| 06/26/25 | Diligence in response to committee member inquiry (.1); draft email to E. Wilson (KDW) regarding same (.1). | AB | 0.20 | 178.00 |
| 06/30/25 | Review and prepare response to creditor regarding plan solicitation and voting deadline. | CC | 0.30 | 235.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
July 9, 2025
Page 5

---

| Date | Description | Tkpr | Hours | Amount |
| --- | --- | --- | --- | --- |
| | Total Services for this Matter: | | | 14,496.50 |
| | Total this Invoice | | | $14,496.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0011
July 9, 2025
Page  6

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|------------|-------|------|--------|
| AB | Barajas, Andres | 1.50 | 890.00 | $1,335.00 |
| CC | Choe, Connie | 8.30 | 785.00 | 6,515.50 |
| ERW | Wilson, Eric | 1.60 | 1,280.00 | 2,048.00 |
| MJM | McLoughlin, Maeghan J | 4.40 | 1,045.00 | 4,598.00 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934888

030608        JOANN Committee
0013          Court Hearings

## Account Summary And Remittance Form

Legal Services:                                                      $3,924.50

Disbursements and Other Charges:                                         $0.00

**Total Amount Due:**                                              **$3,924.50**

**Terms: Payment Due on or Before    August 8, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:   JP MORGAN CHASE, N.A.**
**ABA #:   021-000-021**
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934888

Client    030608
Matter 0013    Court Hearings

Attorney: 05395                                                      Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/09/25 | Review notice of agenda for matters going forward on June 11. | JC | 0.10 | $73.50 |
| 06/09/25 | Review agenda for June 11 hearing and coordinate next steps. | CC | 0.20 | 157.00 |
| 06/10/25 | Review hearing agenda (.1) and emails with C. Choe (KDW) regarding same (.1). | MJM | 0.20 | 209.00 |
| 06/10/25 | Correspondence with debtors' counsel regarding June 11 hearing agenda and status (.2); email with M. McLoughlin (KDW) on same (.1); review agenda and instruct A. Fowler (KDW) on registration (.2). | CC | 0.50 | 392.50 |
| 06/10/25 | Register M. McLoughlin and C. Choe (both KDW) for hearing on 6/11. | AF | 0.30 | 108.00 |
| 06/11/25 | Review amended hearing agenda (.1); review related revised assumption order in connection with open assumption issue (.2); monitor assumption hearing (.2). | CC | 0.50 | 392.50 |
| 06/18/25 | Review notice of agenda for 6/23 hearing (.4); circulate agenda to team (.1). | AF | 0.50 | 180.00 |
| 06/20/25 | Review notice of agenda for hearing. | JC | 0.20 | 147.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0013
July 9, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 06/22/25 | Revise and finalize withdrawal notice for limited sale objection (.3); emails with J. O'Neill (Pachulski) regarding next steps and preparation for hearing (.3). | CC | 0.60 | 471.00 |
| 06/23/25 | Review second amended agenda for open matters (.2); emails with J. Churchill (KDW) on hearing registration information (.2); monitor hearing (.5). | CC | 0.90 | 706.50 |
| 06/23/25 | Call with chambers regarding hearing registration. | JC | 0.20 | 147.00 |
| 06/23/25 | Review KDW fee application and order to prepare for hearing (.3); review agenda (.1); participate in hearing (.5). | MJM | 0.90 | 940.50 |
| Total Services for this Matter: | | | | 3,924.50 |
| Total this Invoice | | | | $3,924.50 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0013
July 9, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|------|-----------|-------|------|--------|
| AF | Fowler, Allison | 0.80 | 360.00 | $288.00 |
| CC | Choe, Connie | 2.70 | 785.00 | 2,119.50 |
| JC | Churchill, John | 0.50 | 735.00 | 367.50 |
| MJM | McLoughlin, Maeghan J | 1.10 | 1,045.00 | 1,149.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934889

| 030608 | JOANN Committee |
|---|---|
| 0016 | Debtor Communications |

## Account Summary And Remittance Form

Legal Services: $2,092.50

Disbursements and Other Charges: $0.00

**Total Amount Due:** **$2,092.50**

**Terms: Payment Due on or Before   August 8, 2025**

**Please Return This Page With Your Payment**

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME: KELLEY DRYE & WARREN LLP**
**ACCOUNT #:**135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER**
**AS PAYMENT REFERENCE**

PAYMENT BY CHECK:
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | <u>AFFILIATE OFFICE:</u> |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

July 9, 2025
Invoice No. 2934889

Client   030608
Matter 0016   Debtor Communications

Attorney: 05395                                                                 Page 1

| <u>Date</u> | <u>Description</u> | <u>Tkpr</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/03/25 | Emails with debtors' counsel on various workstreams (.3); prepare agenda for call (.2); emails with M. McLoughlin (KDW) regarding same (.1). | CC | 0.60 | $471.00 |
| 06/03/25 | Emails with C. Choe (KDW) regarding debtor call and agenda for same. | MJM | 0.20 | 209.00 |
| 06/04/25 | Call with K&E and Cole Schotz regarding various workstreams and case status (.2); emails with agenda on same (.1). | CC | 0.30 | 235.50 |
| 06/04/25 | Prepare for (.1) and participate in bi-weekly call with Kirkland, Cole Schotz and C. Choe (KDW) (.2). | MJM | 0.30 | 313.50 |
| 06/06/25 | Follow-up with O. Acuna (K&E) regarding proposed Singer Sewing order. | CC | 0.10 | 78.50 |
| 06/09/25 | Follow-up email with debtors' counsel regarding Singer Sourcing sale motion and associated claim. | CC | 0.10 | 78.50 |
| 06/12/25 | Confer with O. Acuna (K&E) regarding status of sale order and negotiations. | CC | 0.30 | 235.50 |
| 06/19/25 | Call with O. Acuna (K&E) regarding 503b9 | CC | 0.30 | 235.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0016
July 9, 2025
Page  2

---

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | reconciliation procedures and status of Singer Sourcing claim reconciliation. | | | |
| 06/23/25 | Emails with O. Acuna (K&E) regarding extension of asset designation deadline and issues related to same (.2); email to M. McLoughlin (KDW) on same (.1). | CC | 0.30 | 235.50 |
| Total Services for this Matter: | | | | 2,092.50 |
| Total this Invoice | | | | $2,092.50 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0016
July 9, 2025
Page  3

---

| Tkpr | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| CC | Choe, Connie | 2.00 | 785.00 | $1,570.00 |
| MJM | McLoughlin, Maeghan J | 0.50 | 1,045.00 | 522.50 |

**PAYMENT BY CHECK:**

KELLEY DRYE & WARREN LLP

ATTN: TREASURER'S DEPARTMENT

3 WORLD TRADE CENTER

175 GREENWICH STREET

NEW YORK, NEW YORK 10007

(212) 808-7800

**PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP

P.O. BOX 24652

NEW YORK, NY 10087-4652