# **EXHIBIT D**

**Expenses**

**KELLEY DRYE & WARREN LLP**

DATE THRU: July 31, 2025

**030608 - JOANN Committee**
**0001 - Case Administration**

**ATTN: Eric Wilson**
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

## Other Charges/Disbursements

| Atty ID | Attorney | Date | Description | Bill Amount | Disp. | Disb Id |
|---|---|---|---|---|---|---|
| 08537 | McLoughlin, M.J. | 07/08/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7549568207110347 DATE: 7/11/2025 Trip to DE - confirmation hearing -JoannTransaction Date: 07/08/25; Train - NY to/from DE - attend confirmation hearing -Joann; 07/10/2025 - 07/10/2025; NY to DE/ **Long Distance Travel** | 259.00 | H  T  W | 8975886 |
| 08537 | McLoughlin, M.J. | 07/08/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7549568207110347 DATE: 7/11/2025 Trip to DE - confirmation hearing -JoannTransaction Date: 07/08/25; Lyft - home to Penn station - attend confirmation hearing in DE -Joann; Home to train station/ **Cab Service** | 24.16 | H  T  W | 8975887 |
| 08537 | McLoughlin, M.J. | 07/08/25 | VENDOR: McLoughlin, Maeghan INVOICE#: 7549568207110347 DATE: 7/11/2025 Trip to DE - confirmation hearing -JoannTransaction Date: 07/08/25; Lyft - Penn station to home - attend confirmation hearing in DE -Joann; train station to home/ **Cab Service** | 47.07 | H  T  W | 8975888 |
| | | | **Totals:** | **$330.23** | | |

**KELLEY DRYE & WARREN LLP**

DATE THRU: July 31, 2025

**030608 - JOANN Committee**
**0001 - Case Administration**

| | Other Charges Summary | Amount | Disp | | |
|---|---|---:|---|---|---|
| 000212 | Long Distance Travel | 259.00 | H | T | W |
| 000225 | Cab Service | 71.23 | H | T | W |
| | **Total** | **330.23** | | | |