# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et.al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. Nos. 1630 and 1631** |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do hereby certify that on August 22, 2025, I caused a copy of the foregoing (i) *Stipulation between Burlington Coat Factory Warehouse Corporation and Rayzor Ranch Marketplace Associates, LLC* [Docket No. 1630]; and (ii) *Witness and Exhibit List of Burlington Coat Factory Warehouse Corporation Relating to Matters Scheduled for Hearing on August 26, 2025 at 1:00 p.m. (ET)* [Docket No. 1631] to be filed and served via the Court's Electronic Filing (CM/ECF) system on all parties registered to receive electronic notice in this matter, and upon the parties listed below via electronic mail or first-class mail.

| **VIA FIRST CLASS MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| **JOANN INC.**<br>Ann Aber, EVP,<br>Chief Legal and Human Resources Officer<br>5555 Darrow Road<br>Hudson, OH 44236 | **COLE SCHOTZ P.C.**<br>Patrick J. Reilley<br>Stacey L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

WBD (US) 4939-1075-1842v1

| **Via Electronic Mail**<br><br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **Via Electronic Mail**<br><br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
|---|---|
| **Via Electronic Mail**<br><br>**Pachulski Stang Ziehl & Jones LLP**<br>Bradford Sandler<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>bsandler@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | **Via Electronic Mail**<br><br>**Kelley Drye & Warren LLP**<br>Jason R. Adams<br>Maeghan J. McLoughlin<br>Connie Choe<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>cchoe@kelleydrye.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| **Via Electronic Mail**<br><br>**Lowenstein Sandler LLP**<br>Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>abehlmann@lowenstein.com<br><br>*Counsel to the GA Joann Retail Partnership, LLC* | **Via Electronic Mail**<br><br>**Gibson Dunn & Crutcher LLP**<br>Scott Greenerg<br>Kevin Liang<br>Josh Brody<br>200 Park Avenue<br>New York, NY 10166<br>sgreenberg@gibsondunn.com<br>kliang@gibsondunn.com<br>jbrody@gibsondunn.com<br><br>*Counsel to the Prepetition Term Loan Lender Ad Hoc Group* |

2

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>**ARENTFOX SCHIFF LLP**<br>Jeffrey Gleit<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>jeffrey.gleit@afslaw.com<br><br>*Counsel to the Prepetition Term Loan Agent* | **VIA ELECTRONIC MAIL**<br><br>**ARENTFOX SCHIFF LLP**<br>Jonathan Bagg<br>1717 K. Street NW<br>Washington, D.C. 20006<br>jonathan.bagg@afslaw.com<br><br>*Counsel to the Prepetition Term Loan Agent* |
| **VIA ELECTRONIC MAIL**<br><br>**ARENTFOX SCHIFF LLP**<br>Matthew Bentley<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>matthew.bentley@afslaw.com<br><br>*Counsel to the Prepetition Term Loan Agent* | **VIA ELECTRONIC MAIL**<br><br>Malcolm M. Bates<br>The Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>malcolm.m.bates@usdoj.gov<br><br>*Office of the United States Trustee* |
| **VIA ELECTRONIC MAIL**<br><br>**SULLIVAN HAZELTINE ALLINSON LLC**<br>William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>whazeltine@sha-llc.com<br><br>*Counsel to Rayzor Ranch Marketplace Associates, LLC* | **VIA ELECTRONIC MAIL**<br><br>**BRADLEY**<br>Jarrod B. Martin<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 5600<br>Houston, TX 77002<br>jbmartin@bradley.com<br><br>*Counsel to Rayzor Ranch Marketplace Associates, LLC* |

Dated: August 25, 2025

/s/ *Marcy J. McLaughlin Smith*
**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (DE Bar No. 4471)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
      marcy.smith@wbd-us.com

-and-

**JACKSON WALKER LLP**
Kristhy M. Peguero (DE Bar No. 4903; TX Bar No. 24102776)
Victoria Argeroplos (TX Bar No. 24105799)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email:  kpeguero@jw.com
      vargeroplos@jw.com

William Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Email:  wfarmer@jw.com

*Co-Counsel for Burlington Coat Factory Warehouse Corporation*