IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 1653 |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

Nancy McClendon, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for GA Joann Retail Partnership, LLC in the above-captioned case, and that on the 25th day of August, 2025, she caused copies of the following documents to be served upon the parties listed on the attached service list via electronic mail:

- Joinder of GA Joann Retail Partnership, LLC to Plan Administrator's Objection to Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief [D.I. 1653]

_____
Nancy McClendon

Sworn to and subscribed before me this 26th day of August, 2025.

Notary Public _____

My ~~Commission~~ Expires: ___ATTORNEY-AT-LAW___

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

## SERVICE LIST

ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN
1700 REDBUD BLVD, STE. 300
MCKINNEY, TX 75069
PLOPEZ@ABERNATHY-LAW.COM
BANKRUPTCY@ABERNATHY-LAW.COM
EHAHN@ABERNATHY-LAW.COM

ANSELL GRIMM & AARON, P.C.
ATTN: ANTHONY J. D'ARTIGLIO, ESQ.
365 RIFLE CAMP ROAD
WOODLAND PARK, NJ 07424
ADARTIGLIO@ANSELL.LAW

ARCHER & GREINER, P.C.
ATTN: JIANGANG OU, ESQUIRE
3040 POST OAK BOULEVARD,
SUITE 1800-150
HOUSTON, TX 77056
JOU@ARCHERLAW.COM

ARCHER & GREINER, P.C.
ATTN: NATASHA M. SONGONUGA, ESQUIRE
300 DELAWARE AVENUE, SUITE 1100
WILMINGTON, DE 19801
NSONGONUGA@ARCHERLAW.COM

ARENTFOX SCHIFF LLP
ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN
1301 AVENUE OF THE AMERICAS
42ND FLOOR
NEW YORK, NY 10019
JEFFREY.GLEIT@AFSLAW.COM
BRETT.GOODMAN@AFSLAW.COM

ARENTFOX SCHIFF LLP
ATTN: JONATHAN BAGG
1717 K STREET NW
WASHINGTON, DC 20006
JONATHAN.BAGG@AFSLAW.COM

ARENTFOX SCHIFF LLP
ATTN: MATTHEW R. BENTLEY
233 SOUTH WACKER DRIVE
SUITE 7100
CHICAGO, IL 60606
MATTHEW.BENTLEY@AFSLAW.COM

ASSISTANT COUNTY ATTORNEY
ATTN: JASON A. STARKS
P.O. BOX 1748
AUSTIN, TX 78767
JASON.STARKS@TRAVISCOUNTYTX.GOV

BALASIANO & ASSOCIATES, PLLC
ATTN: STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ.
6701 BAY PARKWAY
3RD FLOOR
BROOKLYN, NY 11204
STEVEN@BALASIANOLAW.COM
JUDAH@BALASIANOLAW.COM

BALLARD SPAHR LLP
ATTN: DUSTIN P. BRANCH, ESQUIRE, NAHAL ZARNIGHIAN, ESQUIRE
2029 CENTURY PARK EAST
SUITE 1400
LOS ANGELES, CA 90067-2915
BRANCHD@BALLARDSPAHR.COM
ZARNIGHIANN@BALLARDSPAHR.COM

BALLARD SPAHR LLP
ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER
919 N. MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801-3034
HEILMANL@BALLARDSPAHR.COM
ROGLENL@BALLARDSPAHR.COM
VESPERM@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, AMY E. TRYON
222 DELAWARE AVENUE
SUITE 1200
WILMINGTON, DE 19801
MARK.OWENS@BTLAW.COM
AMY.TRYON@BTLAW.COM

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
ATTN: JOHN C. GENTILE, KEVIN M. CAPUZZI, STEVEN L. WALSH, JUAN E. MARTINEZ
1313 NORTH MARKET STREET
SUITE 1201
WILMINGTON, DE 19801
JGENTILE@BENESCHLAW.COM
KCAPUZZI@BENESCHLAW.COM
SWALSH@BENESCHLAW.COM
JMARTINEZ@BENESCHLAW.COM

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
ATTN: JEFFREY I. SNYDER, ESQ.
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL 33131-3456
JSNYDER@BILZIN.COM

BROOKFIELD PROPERTIES RETAIL INC. AS AGENT
ATTN: KRISTEN N. PATE, GENERAL COUNSEL
350 N. ORLEANS STREET
SUITE 300
CHICAGO, IL 60654-1607
BK@BPRETAIL.COM

BROWARD COUNTY ATTORNEY'S OFFICE
ATTN: ANDREW J. MEYERS, SCOTT ANDRON
GOVERNMENTAL CENTER, SUITE 423
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301
SANDRON@BROWARD.ORG

BROWN NIMEROFF LLC
ATTN: JAMI B. NIMEROFF, ESQUIRE
919 N. MARKET STREET
SUITE 420
WILMINGTON, DE 19801
JNIMEROFF@BROWNNIMEROFF.COM

BRYAN CAVE LEIGHTON PAISNER LLP
ATTN: DAVID M. UNSETH
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY, SUITE 3600
ST. LOUIS, MO 63102
DAVID.UNSETH@BCLPLAW.COM

BRYAN CAVE LEIGHTON PAISNER LLP
ATTN: JARRET P. HITCHINGS
301 S. COLLEGE STREET
SUITE 2150
CHARLOTTE, NC 28202
JARRET.HITCHINGS@BCLPLAW.COM

BUCHALTER, A PROFESSSIONAL CORPORATION
ATTN: VALERIE BANTNER PEO, SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET
SUITE 2900
SAN FRANCISCO, CA 94105-3493
VBANTNERPEO@BUCHALTER.COM
SCHRISTIANSON@BUCHALTER.COM

BURR & FORMAN LLP
ATTN: EMILY TAUBE
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201
ETAUBE@BURR.COM

BURR & FORMAN LLP
ATTN: J. CORY FALGOWSKI
222 DELAWARE AVENUE
SUITE 1030
WILMINGTON, DE 19801
JFALGOWSKI@BURR.COM

BURR & FORMAN LLP
ATTN: J. ELLSWORTH SUMMERS, JR., DANA L. ROBBINS-BOEHNER
50 NORTH LAURA STREET
SUITE 3000
JACKSONVILLE, FL 32202
ESUMMERS@BURR.COM
DROBBINS-BOEHNER@BURR.COM

CAMPBELL & LEVINE, LLC
ATTN: KATHERINE L. HEMMING, ESQUIRE
222 DELAWARE AVENUE, SUITE 1620
WILMINGTON, DE 19801
KHEMMING@CAMLEV.COM

CHAFFETZ LINDSEY LLP
ATTN: ALAN J. LIPKIN
1700 BROADWAY, 33RD FLOOR
NEW YORK, NY 10019
ALAN.LIPKIN@CHAFFETZLINDSEY.COM

CHOATE HALL & STEWART LLP
ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS
TWO INTERNATIONAL PLACE
BOSTON, MA 02110
JMARSHALL@CHOATE.COM
JVENTOLA@CHOATE.COM
HFOUSHEE@CHOATE.COM
ATHOMAS@CHOATE.COM

CLARK HILL PLC
ATTN: AUDREY L. HORNISHER, TARA L. BUSH
901 MAIN STREET
SUITE 6000
DALLAS, TX 75202
AHORNISHER@CLARKHILL.COM
TBUSH@CLARKHILL.COM

CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE 19801
KGRIVNER@CLARKHILL.COM

CLARK HILL PLC
ATTN: SANDRA S. HAMILTON
200 OTTAWA AVENUE NW
SUITE 500
GRAND RAPIDS, MI 49503
BANKRUPTCYFILING@CLARKHILL.COM

COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.
ATTN: CHRISTOPHER A. OUELLETTE, EVAN W. RASSMAN
500 DELAWARE AVENUE
SUITE 730
WILMINGTON, DE 19801
ERASSMAN@COHENSEGLIAS.COM
COUELLETTE@COHENSEGLIAS.COM

COLE SCHOTZ P.C.
ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY
500 DELAWARE AVENUE
SUITE 600
WILMINGTON, DE 19801
PREILLEY@COLESCHOTZ.COM
SNEWMAN@COLESCHOTZ.COM
MFITZPATRICK@COLESCHOTZ.COM
JDOUGHERTY@COLESCHOTZ.COM

CONNOLLY GALLAGHER LLP
ATTN: JEFFREY C. WISLER
1201 NORTH MARKET STREET
20TH FLOOR
WILMINGTON, DE 19801
JWISLER@CONNOLLYGALLAGHER.COM

COUNTY ATTORNEY
ATTN: J. JEFFERY RICH
100 NORTHSIDE SQUARE, SUITE 700
HUNTSVILLE, AL 35801
JRICH@MADISONCOUNTYAL.GOV

COWLES & THOMPSON, P.C.
ATTN: WILLIAM L. SIEGEL
901 MAIN STREET
SUITE 3900
DALLAS, TX 75202
BSIEGEL@COWLESTHOMPSON.COM

DEPUTY COUNTY ATTORNEY
ATTN: BELKYS ESCOBAR
ONE HARRISON STREET, S.E., 5TH FLOOR
P.O. BOX 7000
LEESBURG, VA 20177-7000
BELKYS.ESCOBAR@LOUDOUN.GOV

DLA PIPER LLP (US)
ATTN: STUART M. BROWN, MATTHEW S. SARNA
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON, DE 19801
STUART.BROWN@US.DLAPIPER.COM
MATTHEW.SARNA@US.DLAPIPER.COM

ERVIN COHEN & JESSUP LLP
ATTN: BYRON Z. MOLDO
9401 WILSHIRE BOULEVARD
12TH FLOOR
BEVERLY HILLS, CA 90212
BMOLDO@ECJLAW.COM

FOX ROTHSCHILD LLP
ATTN: JOSEPH J. DIPASQUALE
49 MARKET STREET
MORRISTOWN, NJ 07960
JDIPASQUALE@FOXROTHSCHILD.COM

FOX ROTHSCHILD LLP
ATTN: STEPHANIE SLATER WARD, ESQUIRE
1201 N. MARKET STREET
SUITE 1200
WILMINGTON, DE 19801
SWARD@FOXROTHSCHILD.COM

FROST BROWN TODD LLP
ATTN: RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ.
3300 GREAT AMERICAN TOWER
301 EAST FOURTH STREET
CINCINNATI, OH 45202
RGOLD@FBTLAW.COM
ESEVERINI@FBTLAW.COM

GA GROUP
ATTN: SCOTT K. CARPENTER AND TIM SHILLING
30870 RUSSELL RANCH ROAD
SUITE 250
WESTLAKE VILLAGE, CA 91362
SCARPENTER@BRILEYFIN.COM
TSHILLING@BRILEYFIN.COM
LEGAL@BRILEYFIN.COM

GELLERT SEITZ BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL, ESQ.
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
MBUSENKELL@GSBBLAW.COM

GIBSON, DUNN & CRUTCHER LLP
ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG
200 PARK AVENUE
NEW YORK, NY 10166-0193
SGREENBERG@GIBSONDUNN.COM
MJWILLIAMS@GIBSONDUNN.COM
CLWILSON@GIBSONDUNN.COM
KLIANG@GIBSONDUNN.COM

GILBERT BIRD LAW FIRM, PC
ATTN: RYAN J. BIRD
10575 NORTH 114TH STREET
SUITE 115
SCOTTSDALE, AZ 85259
RBIRD@GILBERTBIRDLAW.COM

GKG LAW, P.C.
ATTN: BRENDAN COLLINS, RACHEL E. AMSTER
1055 THOMAS JEFFERSON STREET, NW
SUITE 620
WASHINGTON, DC 20007
BCOLLINS@GKGLAW.COM
RAMSTER@GKGLAW.COM

GLENN AGRE BERGMAN & FUENTES LLP
ATTN: ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG
1185 AVENUE OF THE AMERICAS
22ND FLOOR
NEW YORK, NY 10036
AGLENN@GLENNAGRE.COM
KMAYR@GLENNAGRE.COM
ABERRO@GLENNAGRE.COM
MDOSS@GLENNAGRE.COM
EHONG@GLENNAGRE.COM

GREENBAUM, ROWE, SMITH & DAVIS LLP
ATTN: DAVID L. BRUCK
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830
DBRUCK@GREENBAUMLAW.COM

GUAM ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
590 S. MARINE CORPS DRIVE
SUITE 902
TAMUNING, GU 96913
DBMOYLAN@OAGGUAM.ORG
ADMINISTRATION@OAGGUAM.ORG

HAHN LOESER & PARKS LLP
ATTN: CHRISTOPHER B. WICK, ESQUIRE
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
CWICK@HAHNLAW.COM

HANSON BRIDGETT LLP
ATTN: NANCY J. NEWMAN, ESQ.
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
NNEWMAN@HANSONBRIDGETT.COM

HARRIS COUNTY ATTORNEY'S OFFICE
ATTN: SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY
ATTENTION: PROPERTY TAX DIVISION
P.O. BOX 2848
HOUSTON, TX 77252
TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV

HILLSBOROUGH COUNTY ATTORNEY
ATTN: BRIAN T. FITZGERALD, ESQ.
POST OFFICE BOX 1110
TAMPA, FL 33601-1110
FITZGERALDB@HCFL.GOV
STROUPJ@HCFL.GOV
CONNORSA@HCFL.GOV

HOGAN & MCDANIEL
ATTN: GARVAN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806
GFMCDANIEL@DKHOGAN.COM

HOLLAND & KNIGHT LLP
ATTN: ARTHUR ROSENBERG, ESQ.
787 SEVENTH AVENUE, SUITE 3100
NEW YORK, NY 10019
ARTHUR.ROSENBERG@HKLAW.COM

JACKSON & CAMPBELL, P.C.
ATTN: MITCHELL B. WEITZMAN, ESQUIRE
2300 N STREET, N.W.
SUITE 300
WASHINGTON, DC 20037
MWEITZMAN@JACKSCAMP.COM

JACKSON WALKER LLP
ATTN: JENNIFER F. WERTZ
100 CONGRESS AVENUE
SUITE 1100
AUSTIN, TX 78701
JWERTZ@JW.COM

JACKSON WALKER LLP
ATTN: KRISTHY M. PEGUERO
1401 MCKINNEY
SUITE 1900
HOUSTON, TX 77010
KPEGUERO@JW.COM

JACKSON WALKER LLP
ATTN: WILLIAM FARMER
2323 ROSS AVENUE
SUITE 600
DALLAS, TX 75201
WFARMER@JW.COM

JOANN INC.
ATTN: ANN ABER, EVP, CHIEF LEGAL AND HUMAN RESOURCES OFFICER
5555 DARROW ROAD
HUDSON, OH 44236

JOYCE, LLC
ATTN: MICHAEL J. JOYCE
1225 KING STREET
SUITE 800
WILMINGTON, DE 19801
MJOYCE@MJLAWOFFICES.COM

KAPLIN STEWART MELOFF REITER & STEIN, P.C.
ATTN: WILLIAM J. LEVANT, ESQUIRE
910 HARVEST DRIVE
POST OFFICE BOX 3037
BLUE BELL, PA 19422
WLEVANT@KAPLAW.COM

KATTEN MUCHIN ROSENMAN LLP
ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020-1605
SREISMAN@KATTEN.COM
CGIGLIO@KATTEN.COM
GRACE.THOMPSON@KATTEN.COM

KELLEY DRYE & WARREN LLP
ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ., CONNIE CHOE, CHARLES J. FENDRYCH
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NY 10007
MMCLOUGHLIN@KELLEYDRYE.COM
ABARAJAS@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
JADAMS@KELLEYDRYE.COM
CCHOE@KELLEYDRYE.COM
CFENDRYCH@KELLEYDRYE.COM
EWILSON@KELLEYDRYE.COM

KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE
ATTN: BANKRUPTCY DIVISION
P.O. BOX 579
BAKERSFIELD, CA 93302-0579
BANKRUPTCY@KERNCOUNTY.COM

KIMCO REALTY CORPORATION
ATTN: RAYMOND EDWARDS
500 NORTH BROADWAY
SUITE 201
JERICHO, NY 11753
REDWARDS@KIMCOREALTY.COM

KING & SPALDING LLP
ATTN: J. ERIC WISE, NANCY MARIE BELLO
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EWISE@KSLAW.COM
NBELLO@KSLAW.COM

KIRKLAND & ELLIS LLP
ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL
333 WEST WOLF POINT PLAZA
CHICAGO, IL 60654
ANUP.SATHY@KIRKLAND.COM
JEFF.MICHALIK@KIRKLAND.COM
LINDSEY.BLUMENTHAL@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA
601 LEXINGTON AVENUE
NEW YORK, NY 10022
JOSHUA.SUSSBERG@KIRKLAND.COM
APARNA.YENAMANDRA@KIRKLAND.COM

KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: OLEG BITMAN
1 WORLD TRADE CENTER
31ST FLOOR
NEW YORK, NY 10007
JOANNTEAM@RA.KROLL.COM
SERVICEQA@RA.KROLL.COM

KURTZMAN | STEADY, LLC
ATTN: JEFFREY KURTZMAN, ESQUIRE
101 N. WASHINGTON AVENUE
SUITE 4A
MARGATE, NJ 08402
KURTZMAN@KURTZMANSTEADY.COM

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ., ELIZABETH A. ROGERS, ESQ.
919 MARKET STREET
SUITE 1800
WILMINGTON, DE 19801
LANDIS@LRCLAW.COM
MCGUIRE@LRCLAW.COM
EROGERS@LRCLAW.COM

LAW OFFICE OF STEPHEN M. KAPLAN
ATTN: STEPHEN M. KAPLAN, ESQUIRE
45 ADDINGTON ROAD
WEST ROXBURY, MA 02132
KAPLANLAWWORKS@AOL.COM

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
ATTN: SUSAN E, KAUFMAN, ESQ.
919 N. MARKET STREET, STE. 460
WILMINGTON, DE 19801
SKAUFMAN@SKAUFMANLAW.COM

LAW OFFICES OF AMY N. TIRRE
ATTN: AMY N. TIRRE
1495 RIDGEVIEW DRIVE
SUITE 90
RENO, NV 89519
AMY@AMYTIRRELAW.COM

LAW OFFICES OF KENNETH L. BAUM LLC
ATTN: KENNETH L. BAUM
201 W. PASSAIC STREET
SUITE 104
ROCHELLE PARK, NJ 07662
KBAUM@KENBAUMDEBTSOLUTIONS.COM

LAW OFFICES OF RONALD K. BROWN, JR., APC
ATTN: RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660
RON@RKBROWNLAW.COM

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS
500 DELAWARE AVE.
SUITE 700
WILMINGTON, DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DON STECKER
112 E. PECAN STREET
SUITE 2200
SAN ANTONIO, TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS, TX 75219
DALLAS.BANKRUPTCY@LGBS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: TARA L. GRUNDEMEIER
PO BOX 3064
HOUSTON, TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

LOW TECH TOY CLUB LLC
ATTN: ADRIAN ZHANG
510 MEADOWMONT VILLAGE CIRCLE
SUITE 311
CHAPEL HILL, NC 27517
ADRIAN@THEWOOBLES.COM

MANATEE COUNTY TAX COLLECTOR
ATTN: MICHELLE LEESON
1001 3RD AVE W
SUITE 240
BRADENTON, FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

MANDELBAUM BARRETT PC
ATTN: JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN
3 BECKER FARM ROAD
SUITE 105
ROSELAND, NJ 07068
JROSENTHAL@MBLAWFIRM.COM
ALEE@MBLAWFIRM.COM
VROLDAN@MBLAWFIRM.COM

MCCARTER & ENGLISH, LLP
ATTN: KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ.
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801
KBUCK@MCCARTER.COM
MZARE@MCCARTER.COM

MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
ATTN: JULIE ANNE PARSONS
700 JEFFREY WAY
SUITE 100
ROUND ROCK, TX 78665
JPARSONS@MVBALAW.COM

MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
ATTN: JULIE ANNE PARSONS
P.O. BOX 1269
ROUND ROCK, TX 78680-1269
JPARSONS@MVBALAW.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, ESQ.
300 DELAWARE AVENUE
SUITE 770
WILMINGTON, DE 19801
GBRESSLER@MDMC-LAW.COM

METZ LEWIS BRODMAN MUST O'KEEFE
ATTN: JUSTIN M. TUSKAN, ESQUIRE
444 LIBERTY AVENUE, SUITE 2100
PITTSBURGH, PA 15222
JTUSKAN@METZLEWIS.COM

MILBANK LLP
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER
55 HUDSON YARDS
NEW YORK, NY 10001
DDUNNE@MILBANK.COM
SKHALIL@MILBANK.COM
AHARMEYER@MILBANK.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: DAVID K. SHIM, ESQ.
ONE STATE STREET
HARTFORD, CT 06103-3178
DAVID.SHIM@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE
1201 N. MARKET STREET, SUITE 2201
WILMINGTON, DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD, III; MATTHEW C. ZIEGLER
2222 MARKET STREET
PHILADELPHIA, PA 19103-3007
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER
ONE FEDERAL STREET
BOSTON, MA 02110-1726
MARJORIE.CRIDER@MORGANLEWIS.COM
CHRISTOPHER.CARTER@MORGANLEWIS.COM

MORRIS JAMES LLP
ATTN: ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE 19801
EMONZO@MORRISJAMES.COM
BKEILSON@MORRISJAMES.COM
CDONNELLY@MORRISJAMES.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: CURTIS S. MILLER & AUSTIN T. PARK
1201 N. MARKET STREET, SUITE 1600
P.O. BOX 1347
WILMINGTON, DE 19899-1347
CMILLER@MORRISNICHOLS.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER
1201 N. MARKET STREET
16TH FLOOR
WILMINGTON, DE 19801
RDEHNEY@MORRISNICHOLS.COM
MHARVEY@MORRISNICHOLS.COM
BDOLPHIN@MORRISNICHOLS.COM
DCULVER@MORRISNICHOLS.COM

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: MALCOLM M. BATES
US DEPARTMENT OF JUSTICE
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801
MALCOLM.M.BATES@USDOJ.GOV
USTPREGION03.WL.ECF@USDOJ.GOV

OFFIT KURMAN, P.A.
ATTN: BRIAN J. MCLAUGHLIN, ESQUIRE
222 DELAWARE AVENUE
SUITE 1105
WILMINGTON, DE 19801
BRIAN.MCLAUGHLIN@OFFITKURMAN.COM

OKLAHOMA COUNTY TREASURER
ATTN: TAMMY JONES, PRO SE
320 ROBERT S. KERR
ROOM 307
OKLAHOMA CITY, OK 73102
TAMMY.JONES@OKLAHOMACOUNTY.ORG

ORMO ITHALAT VE IHRACAT AS
ATTN: GIRAY OCALGIRAY
MERKEZ MAHALLESI
BAGLAR CADDESI NO. 14/B 34406
KAGITHANE, ISTANBUL
TURKEY
GOCALGIRAY@ORMO.COM.TR

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL, ESQ.
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899-8705
BSANDLER@PSZJLAW.COM
JONEILL@PSZJLAW.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: ELIZABETH BANDA CALVO
500 E. BORDER STREET
SUITE 640
ARLINGTON, TX 76010
EBCALVO@PBFCM.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: LINDA D. REESE
1919 S. SHILOH RD.
SUITE 640, LB40
GARLAND, TX 75042
LREECE@PBFCM.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTN: MELISSA E. VALDEZ
1235 NORTH LOOP WEST
SUITE 600
HOUSTON, TX 77008
MVALDEZ@PBFCM.COM

PIERSON FERDINAND LLP
ATTN: JEFFREY M. CARBINO, ESQUIRE
1007 N. ORANGE STRET STREET
SUITE 420
WILMINGTON, DE 19801
JEFFREY.CARBINO@PIERFERD.COM

POTTER ANDERSON & CORROON LLP
ATTN: M. BLAKE CLEARY, GREGORY J. FLASSER
1313 N. MARKET STREET
6TH FLOOR
WILMINGTON, DE 19801
BCLEARY@POTTERANDERSON.COM
GFLASSER@POTTERANDERSON.COM

PRICE MEESE SHULMAN & D'ARMINIO, P.C.
ATTN: RICK A. STEINBERG, ESQ.
50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE, NJ 07677
RSTEINBERG@PRICEMEESE.COM

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
ATTN: GERALD P. KENNEDY, ESQ.
525 B STREET
SUITE 2200
SAN DIEGO, CA 92101
GERALD.KENNEDY@PROCOPIO.COM

PROSKAUER ROSE LLP
ATTN: ANDREW BETTWY, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036
ABETTWY@PROSKAUER.COM

PROSKAUER ROSE LLP
ATTN: CHARLES A. DALE, ESQ.
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
CDALE@PROSKAUER.COM

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: SUSHEEL KIRPALANI, ERIC KAY, RACHEL HARRINGTON
295 FIFTH AVENUE
9TH FLOOR
NEW YORK, NY 10016
SUSHEELKIRPALANI@QUINNEMANUEL.COM
ERICKAY@QUINNEMANUEL.COM
RACHELHARRINGTON@QUINNEMANUEL.COM

RASHTI AND MITCHELL, ATTORNEYS AT LAW
ATTN: TIMOTHY T. MITCHELL, ESQUIRE
4422 RIDGESIDE DRIVE
DALLAS, TX 75244
TIM@RASHTIANDMITCHELL.COM
DKRM@AOL.COM

REED SMITH LLP
ATTN: KURT F. GWYNNE, JASON D. ANGELO
1201 NORTH MARKET STREET
SUITE 1500
WILMINGTON, DE 19801
KGWYNNE@REEDSMITH.COM
JANGELO@REEDSMITH.COM

REEDER LAW CORPORATION
ATTN: DAVID M. REEDER, ESQ.
1801 CENTURY PARK EAST
16TH FLOOR
LOS ANGELES, CA 90067
DAVID@REEDERLAW.COM

REGENCY CENTERS, L.P.
ATTN: ERNST BELL
ONE INDEPENDENT DRIVE
SUITE 114
JACKSONVILLE, FL 32202
ERNSTBELL@REGENCYCENTERS.COM

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS, ALEXANDER R. STEIGER
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
STEIGER@RLF.COM
COLLINS@RLF.COM

ROCHELLE MCCULLOUGH, LLP
ATTN: J. MARK CHEVALLIER, MICHAEL T. PIPKIN
901 MAIN ST., SUITE 3200
DALLAS, TX 75202
MCHEVALLIER@ROMCLAW.COM
MPIPKIN@ROMCLAW.COM

SAUL EWING LLP
ATTN: EVAN T. MILLER, ESQUIRE
1201 N. MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899
EVAN.MILLER@SAUL.COM

SAUL EWING LLP
ATTN: MONIQUE B. DISABATINO, ESQUIRE
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899
MONIQUE.DISABATINO@SAUL.COM

SAUL EWING LLP
ATTN: RYAN COY, ESQUIRE
1888 CENTURY PARK E, SUITE 1500
LOS ANGELES, CA 90067
RYAN.COY@SAUL.COM

SAUL EWING LLP
ATTN: TURNER N. FALK, ESQUIRE
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
TURNER.FALK@SAUL.COM

SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPARTMENT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103
SECBANKRUPTCY@SEC.GOV

SECURITIES AND EXCHANGE COMMISSION
ATTN: SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, DC 20549
SECBANKRUPTCY@SEC.GOV

SEYFARTH SHAW LLP
ATTN: JAMES B. SOWKA, ESQUIRE
233 S. WACHER DRIVE
SUITE 8000
CHICAGO, IL 60606
JSOWKA@SEYFARTH.COM

SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204
RTUCKER@SIMON.COM

SINGER & LEVICK, P.C.
ATTN: MICHELLE E. SHRIRO, ESQ.
16200 ADDISON ROAD
SUITE 140
ADDISON, TX 75001
MSHRIRO@SINGERLEVICK.COM

SIRLIN LESSER & BENSON, P.C.
ATTN: DANA S. PLON, ESQUIRE
123 SOUTH BROAD STREET
SUITE 2100
PHILADELPHIA, PA 19109
DPLON@SIRLINLAW.COM

SOLOMON WARD SEIDENWURM & SMITH LL
ATTN: MICHAEL D. BRESLAUER
401 B STREET, SUITE 1200
SAN DIEGO, CA 92101
MBRESLAUER@SWSSLAW.COM

SPERO LAW OFFICE
ATTN: JOSEPH B. SPERO
3213 WEST 26TH STREET
ERIE, PA 16506
SPEROFIRM@SPEROLAWOFFICE.COM

SQUIRE PATTON BOGGS (US) LLP
ATTN: MARK A. SALZBERG
2550 M STREET, NW
WASHINGTON, DC 20037
MARK.SALZBERG@SQUIREPB.COM

STARK & STARK, P.C.
ATTN: JOSEPH H. LEMKIN, ESQUIRE
P.O. BOX 5315
PRINCETON, NJ 08543
JLEMKIN@STARK-STARK.COM

STATE OF ALASKA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1031 W. 4TH AVENUE
SUITE 200
ANCHORAGE, AK 99501-1994
ATTORNEY.GENERAL@ALASKA.GOV

STATE OF ARIZONA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
2005 N CENTRAL AVE
PHOENIX, AZ 85004-2926
AGINFO@AZAG.GOV

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1300 "I" STREET
SACRAMENTO, CA 95814-2919
BANKRUPTCY@COAG.GOV

STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
165 CAPITOL AVENUE
HARTFORD, CT 06106
ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801
ATTORNEY.GENERAL@STATE.DE.US

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL 60601
WEBMASTER@ATG.STATE.IL.US

STATE OF INDIANA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204
INFO@ATG.IN.GOV

STATE OF IOWA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
HOOVER STATE OFFICE BLDG.
1305 E. WALNUT STREET
DES MOINES, IA 50319
WEBTEAM@AG.IOWA.GOV

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1885 NORTH THIRD STREET
P.O. BOX 94095
BATON ROUGE, LA 70804-4095
CONSUMERINFO@AG.STATE.LA.US

STATE OF MAINE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE HOUSE STATION 6
AUGUSTA , ME 04333-0000
KAITLYN.M.HUSAR@MAINE.GOV

STATE OF MARYLAND ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
200 ST. PAUL PLACE
BALTIMORE, MD 21202-2202
OAG@OAG.STATE.MD.US

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
G. MENNEN WILLIAMS BUILDING, 7TH FLOOR
525 W. OTTAWA ST., P.O. BOX 30212
LANSING, MI 48909-0212
MIAG@MICHIGAN.GOV

STATE OF MISSOURI ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
SUPREME COURT BUILDING
207 W. HIGH ST.
JEFFERSON CITY, MO 65101
ATTORNEY.GENERAL@AGO.MO.GOV

STATE OF MONTANA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
JUSTICE BLDG.
215 N. SANDERS
HELENA, MT 59620-1401
CONTACTDOJ@MT.GOV

STATE OF NEBRASKA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
2115 STATE CAPITOL
P.O. BOX 98920
LINCOLN, NE 68509-8920
NEDOJ@NEBRASKA.GOV

STATE OF NEVADA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
OLD SUPREME CT. BLDG.
100 N. CARSON ST.
CARSON CITY, NV 89701
AGINFO@AG.NV.GOV

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1 GRANITE PLACE SOUTH
CONCORD, NH 03301
ATTORNEYGENERAL@DOJ.NH.GOV

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
RJ HUGHES JUSTICE COMPLEX
25 MARKET STREET
TRENTON, NJ 08625-0080
ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL
600 E BOULEVARD AVE DEPT 125
BISMARCK, ND 58505-0040
NDAG@ND.GOV

STATE OF OREGON ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
JUSTICE BLDG.
1162 COURT STREET NE
SALEM, OR 97301
CONSUMER.HOTLINE@DOJ.STATE.OR.US

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1302 EAST HIGHWAY 14
SUITE 1
PIERRE, SD 57501-8501
CONSUMERHELP@STATE.SD.US

STATE OF TENNESSEE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
425 5TH AVENUE NORTH
NASHVILLE, TN 37243
GINA.HANTEL@AG.TN.GOV

STATE OF TEXAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX 78711-2548
PUBLIC.INFORMATION@OAG.STATE.TX.US

STATE OF UTAH ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL, ROOM 236
SALT LAKE CITY, UT 84114-0810
UAG@UTAH.GOV

STATE OF WEST VIRGINIA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV 25305
CONSUMER@WVAGO.GOV

STRADLEY, RONON, STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA, ESQUIRE
2005 MARKET STREET, SUITE 2600
PHILADELPHIA, PA 19103
DPEREIRA@STRADLEY.COM

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM A. HAZELTINE, ESQ.,
WILLIAM D. SULLIVAN, ESQ.
919 NORTH MARKET STREET, SUITE 420
WILMINGTON, DE 19801
WHAZELTINE@SHA-LLC.COM
BSULLIVAN@SHA-LLC.COM

SWANSON, MARTIN & BELL, LLP
ATTN: CHARLES S. STAHL, JR
2525 CABOT DRIVE, SUITE 204
LISLE, IL 60532
CSTAHL@SMBTRIALS.COM

TENENBAUM & SAAS, P.C.
ATTN: BRADSHAW ROST, ESQ.
4504 WALSH STREET
SUITE 200
CHEVY CHASE, MD 20815
BROST@TSPCLAW.COM

TENNESSEE DEPARTMENT OF REVENUE
ATTN: LAURA L. MCCLOUD
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: CHRISTOPHER S. MURPHY
P.O. BOX 12548
AUSTIN, TX 78711-2548
CHRISTOPHER.MURPHY@OAG.TEXAS.GOV

THE EHRLICH LAW FIRM
ATTN: WILLIAM EHRLICH
444 EXECUTIVE CENTER BLVD
SUITE 240
EL PASO, TX 79902
WILLIAM@EHRLICHLAWFIRM.COM

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ.
824 N. MARKET ST.
SUITE 810
WILMINGTON, DE 19801
ROSNER@TEAMROSNER.COM
LIU@TEAMROSNER.COM

THOMPSON HINE LLP
ATTN: LOUIS F. SOLIMINE, ESQ.
312 WALNUT STREET – SUITE 2000
CINCINNATI, OH 45202-4029
LOUIS.SOLIMINE@THOMPSONHINE.COM

TOBIN & REYES PLLC
ATTN: RICARDO A. REYES, ESQ
225 N.E. MIZNER BOULEVARD
SUITE 510
BOCA RATON, FL 33432
ESERVICE@TOBINREYES.COM
RAR@TOBINREYES.COM
MHORTON@TOBINREYES.COM
RREID@TOBINREYES.COM

US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS
1313 N MARKET STREET
P.O. BOX 2046
WILMINGTON, DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

WALSH PIZZI O'REILLY FALANGA, LLP
ATTN: STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ.
THREE GATEWAY CENTER
100 MULBERRY STREET, 15TH FLOOR
NEWARK, NJ 07102
SFALANGA@WALSH.LAW
NEBEL@WALSH.LAW

WASHINGTON DC ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
400 6TH ST., NW.
WASHINGTON, DC 20001
OAG@DC.GOV

WENOKUR RIORDAN PLLC
ATTN: FAYE C. RASCH
600 STEWART STREET #1300
SEATTLE, WA 98101
FAYE@WRLAWGROUP.COM

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
ATTN: JEFF CARRUTH
24 GREENWAY PLAZA
SUITE 2050
HOUSTON, TX 77046
JCARRUTH@WKPZ.COM

WILES & WILES, LLP
ATTN: JOHN J. WILES, ESQ.
800 KENNESAW AVENUE
SUITE 400
MARIETTA, GA 30060-7946
BANKRUPTCY@EVICT.NET

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: SEAN M. BEACH, ROBERT S. BRADY, KENNETH J. ENOS
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801
SBEACH@YCST.COM
RBRADY@YCST.COM
KENOS@YCST.COM