# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 5

**CASE NUMBER** 25-10068 **CASE NAME:** Joann Inc. **DATE:** 8/26/2025 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilly | Cole Schotz | Plan Administrator |
| Jack Dougherty | " | " |
| Bill Hazeltine | Sullivan Hazeltine | Rayzor Ranch |
| Jarred Martin | Bradley Arent | " |
| Kristhy Peguero | Jackson Walker | Burlington |
| Victoria Argeroplos | " | " |
| Marcy McLaughlin Smith | Womble Bond Dickinson | " |
| | | |

Joann Inc.
25-10068

| First Name | Last Name | Rep | Via |
|---|---|---|---|
| Rupsha | Basu | SVP Sewing Brands LLC | Video and Audio |
| Andrew | Behlmann | GA Group | Video and Audio |
| Luke | Brzozowski | Party in Interest | Video and Audio |
| Scott | Ciocco | | Video and Audio |
| Robert | Dehney | Party in Interest | Video and Audio |
| Brenna | Dolphin | Party in Interest | Video and Audio |
| Malak | Doss | Party in Interest | Video and Audio |
| Will | Farmer | Burlington Coat Factory Warehouse Corporation | Video and Audio |
| Michael | Fitzpatrick | Plan Administrator | Video and Audio |
| Carolyn | Gauvin | GA Group | Video and Audio |
| Uday | Gorrepati | | Audio Only |
| Andrew | Harmeyer | SVP Sewing Brands LLC | Video and Audio |
| Taylor | Harrison | | Audio Only |
| Matthew | Harvey | Part in Interest | Video and Audio |
| Audrey | Hornisher | Vestar DRM, QCM Partners, et al | Video and Audio |
| James | Jeffers | Burlington Stores | Video and Audio |
| Kevin | Liang | Party in Interest | Video and Audio |
| Maeghan | McLoughlin | Official Committee of Unsecured Creditors | Video and Audio |
| Alex | Miller | SVP Sewing Brands LLC | Video and Audio |
| Michael | Papandrea | GA Group | Video and Audio |
| Robin | Piree | Burlington | Video and Audio |
| Rajbir | Singh | Vardhman Textiles Limited | Video and Audio |
| William | Starr | Wayne A Belleau | Video and Audio |
| Alexander | Steiger | SVP Sewing Brands LLC | Video and Audio |
| Ellsworth | Summers | CTO Realty | Video and Audio |
| Emily | Taube | Brookside Properties | Video and Audio |
| videoconferencing | Videoconferencing | Party in Interest | Video and Audio |
| Amit | Vyas | Vardhman Textiles Ltd. | Video and Audio |
| Blanka | Wolfe | | Audio Only |