# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JOANN INC., *et al.*,[1] ) | Case No. 25-10068 (CTG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No. 929** |

**NOTICE OF WITHDRAWAL OF
FIFTH NOTICE OF ASSUMPTION AND ASSIGNEMENT
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
LEASES SOLELY WITH RESPECT TO LUBBOCK, TX LEASE**

**PLEASE TAKE NOTICE** that undersigned counsel to Ann Aber in her capacity as plan administrator in the above-captioned cases (the "Plan Administrator"), by and through her undersigned counsel, hereby withdraws the *Fifth Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 929] solely with respect to the assumption and assignment to Dollar Tree Stores, Inc. of the nonresidential real property lease dated February 8, 1994 between Jo-Ann Stores, LLC and AFP Rockridge 2019, LLC (the "Lease Agreement") located at Rockridge Plaza 5217 82nd St., Unit 123, Lubbock, TX (Store No. 1488). As such, the Lease Agreement is hereby rejected pursuant to (a) Article V.A. of the *Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1353] and (b) Paragraph 3(a) of the *Order (I) Authorizing and Approving Procedures*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

*to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief*

[Docket No. 429].

Dated: August 27, 2025
      Wilmington, Delaware

      */s/ Jack M. Dougherty*_____
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:       preilley@coleschotz.com
           snewman@coleschotz.com
           jdougherty@coleschotz.com
           mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (Admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:       cwick@hahnlaw.com

*Co-Counsel to the Plan Administrator*