# Exhibit 1

**Reduced and Reclassified Claims**

JOANN Inc. Case No. 25-10068
First Omnibus Substantive Claims Objection
Ex. 1 - Reduced & Reclassified Claims

| | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| USA DEBT RECOVERY SOLUTIONS, INC. ASSIGNEE OF SHENZHEN RIZEE CULTURAL CREATIVITY CO., LTD 255 W FOOTHILL BLVD SUITE 205 UPLAND, CA 91786 | 11951 | Jo-Ann Stores, LLC | 503(b)(9) | $221,000.00 | Jo-Ann Stores, LLC | 503(b)(9) | $35,000.00 |
| | | Jo-Ann Stores, LLC | Unsecured | $293,949.80 | | Unsecured | $479,949.80 |
| | | | Subtotal | $514,949.80 | | Subtotal | $514,949.80 |

Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

6