**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 25–10068 (CTG)<br><br>(Jointly Administered)<br><br>Hearing Date:  October 8, 2025 at 3:00 p.m. (ET)<br>Objection Deadline: September 19, 2025 at 4:00 p.m. (ET) |

**NOTICE OF FINAL FEE APPLICATION OF**
**KELLEY DRYE & WARREN LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM JANUARY 30, 2025 THROUGH AND INCLUDING JULY 16, 2025**

**PLEASE TAKE NOTICE** that on August 29, 2025, Kelley Drye & Warren LLP ("Kelley Drye") filed the *Final Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 30, 2025 Through and Including July 16, 2025* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed with the Clerk of the Bankruptcy Court and be served upon the Application Recipients as defined in the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order")[2] so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on September 19, 2025** (the "Objection Deadline").

---

[1]   The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

[2]   Docket No. 552.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **October 8, 2025 at 3:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, OR IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THIS APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 29, 2025 **PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James E. O'Neill*
Bradford Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: bsandler@pszjlaw.com
joneill@pszjlaw.com

and

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Jason R. Adams (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
jadams@kelleydrye.com
mmcloughlin@kelleydrye.com

*Counsel to the Official Committee of
Unsecured Creditors of JOANN Inc., et al.*