# EXHIBIT A

## Compensation by Timekeeper

## January 30, 2025 through and including July 16, 2025

| Name of Professional | Position | Year of Law School Graduation | Hourly Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Eric R. Wilson | Partner | 1997 | $1,280.00 | 293.2 | $375,296.00 |
| Eric R. Wilson (Non-Working Travel Time) | | | $640.00 | 4.7 | $3,008.00 |
| Jason R. Adams | Partner | 2000 | $1,150.00 | 323.6 | $372,140.00 |
| Jason R. Adams (Non-Working Travel Time) | | | $575.00 | 2.1 | $1,207.50 |
| Robert L. LeHane | Partner | 1998 | $1,195.00 | 28.8 | $34,416.00 |
| Wendy Clarke | Partner | 2009 | $1,010.00 | 32.4 | $32,724.00 |
| William Gyves | Partner | 1991 | $1,000.00 | 129.8 | $129,800.00 |
| Andrew Lee | Partner | 2001 | $1,060.00 | 7.5 | $7,950.00 |
| Jennifer L. Norkus | Partner | 2004 | $910.00 | 31.2 | $28,392.00 |
| Maeghan J. McLoughlin | Special Counsel / Partner | 2011 | $1,045.00/ $1,060.00[2] | 562.8 | $588,451.50 |
| Maeghan J. McLoughlin (Non-Working Travel Time) | | | $522.50/ $530.00 | 9.0 | $4,725.00 |
| Rich Gage | Special Counsel | 2013 | $1,045.00 | 134.2 | $140,239.00 |
| Rich Gage (Non-Working Travel Time) | | | $522.50 | 3.0 | $1,567.50 |
| Benjamin D. Feder | Special Counsel | 1985 | $1,060.00 | 5.1 | $5,406.00 |
| John Ramirez | Special Counsel | 2008 | $1,045.00 | 18.9 | $19,750.50 |
| Nathan S. Greenberg | Special Counsel | 2013 | $920.00 | 18.7 | $17,204.00 |
| Dana P. Kane | Special Counsel | 1998 | $945.00 | 18.2 | $17,199.00 |
| Jennifer D. Raviele | Special Counsel | 2008 | $895.00 | 1.5 | $1,342.50 |
| Randall Morrison Jr. | Special Counsel | 2014 | $960.00 | 28.9 | $27,744.00 |
| Andres Barajas | Senior Associate | 2017 | $890.00 | 186.7 | $166,163.00 |
| Ashley A. Czechowski | Senior Associate | 2017 | $890.00 | 57.1 | $50,819.00 |
| Connie Y. Choe | Associate | 2020 | $785.00 | 311.9 | $244,841.50 |
| John A. Churchill Jr. | Associate | 2021 | $735.00 | 147.8 | $108,633.00 |
| Lauren Kouser | Associate | 2021 | $735.00 | 2.3 | $1,690.50 |
| Paul Laudiero | Associate | 2021 | $735.00 | 99.8 | $73,353.00 |
| Matthew Nunez | Associate | 2021 | $735.00 | 6.2 | $4,557.00 |

---

[1]    Non-Working Travel Time is billed at 50% of the normal rate.

[2]    In July, Maeghan J. McLoughlin was promoted to Partner. Her rate increased to $1,060.00 per hour.

| Name of Professional | Position | Year of Law School Graduation | Hourly Rate[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jamie Sarmiento | Associate | 2022 | $660.00 | 32.0 | $21,120.00 |
| Julian Finer | Associate | 2023 | $605.00 | 25.4 | $15,367.00 |
| Timothy D. Hopper | Associate | 2023 | $605.00 | 69.7 | $42,168.50 |
| Nathan D. Verrilli | Associate | 2023 | $605.00 | 60.6 | $36,663.00 |
| Rachel Forman | Associate | 2024 | $565.00 | 49.1 | $27,741.50 |
| Tammy Zapata | Associate | 2024 | $565.00 | 60.0 | $33,900.00 |
| Miquel Lugo | Discovery Services | N/A | $435.00 | 0.3 | $130.50 |
| Allison Fowler | Paralegal | N/A | $360.00 | 12.7 | $4,572.00 |
| Tom Burns | Paralegal | N/A | $400.00 | 20.9 | $8,360.00 |
| Carmen Castro | Paralegal | N/A | $390.00 | 0.5 | $195.00 |
| Sherlly Alceus | Paralegal | N/A | $360.00 | 7.6 | $2,736.00 |
| | | | **Total:** | **338.8** | **$192,953.50** |

---

[3] Non-Working Travel Time is billed at 50% of the normal rate.