**EXHIBIT B**

**Compensation by Project Category**

**January 30, 2025 through July 16, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 33.0 | $28,704.00 |
| Pleadings Review | 29.7 | $19,102.50 |
| Retention Matters | 52.4 | $50,749.00 |
| Fee Matters | 95.1 | $80,027.50 |
| Financing | 66.1 | $67,777.50 |
| Asset Analysis and Disposition | 545.2 | $531,622.00 |
| Executory Contracts and Leases | 81.5 | $71,750.50 |
| Avoidance Actions | 0.6 | $742.00 |
| Claims Administration | 63.2 | $61,677.00 |
| Plan and Disclosure Statement | 311.9 | $320,360.00 |
| Committee and Creditor Communications | 337.4 | $346,126.00 |
| Business Operations | 19.4 | $17,077.50 |
| Court Hearings | 131.5 | $137,022.50 |
| Lender Investigation | 94.8 | $85,050.50 |
| Debtor Communications | 33.4 | $33,528.50 |
| Investigation | 166.3 | $158,752.00 |
| Litigation | 315.2 | $290,257.50 |
| Discovery | 293.0 | $222,123.00 |
| Committee Professional Communications | 115.7 | $118,615.50 |
| Non-Working Travel Time (billed at 50% rate) | 18.8 | $10,508.00 |
| **Total:** | **2804.2** | **$2,651,573.00** |