## **EXHIBIT C**

### Expense Summary

### January 30, 2025 through July 16, 2025

| **Expense Category** | **Amount** |
|---|---:|
| Duplication | $18.60 |
| Long Distance Travel | $2,305.00 |
| Transcriptions | $101.20 |
| Cab Service | $1,530.41 |
| Meals | $285.22 |
| Binding | $19.25 |
| Court Reporter | $11,602.41 |
| Lodging | $2,494.22 |
| UCC Lien Search | $2,337.00 |
| Westlaw & Lexis Research | $2,396.25 |
| Parking | $22.90 |
| **Total:** | **$23,112.46** |