# EXHIBIT D

## Staffing Plan

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 7 | $1,150 |
| Special Counsel | 5 | $1,045 |
| Associate | 15 | $750 |
| Paraprofessionals | 2 | $400 |