**EXHIBIT E**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | Billed or Collected in 2024 in KDW's New York Office (Excluding Bankruptcy)[1] | Billed in this Fee Application |
| Partner | $1,055 | $1,154 |
| Special Counsel | $954 | $1,029 |
| Associate | $742 | $746 |
| Paraprofessionals | $374 | $381 |
| **All Timekeepers Aggregated** | **$789** | **$946** |

---

[1] Under the UST Guidelines, "preceding year" means "either the applicant's prior completed fiscal year or a rolling 12-month year." Kelley Drye's blended rates reflect work performed in Kelley Drye's 2024 fiscal year in Kelley Drye's domestic offices, excluding all data from bankruptcy law matters.