# EXHIBIT F
## Budget for Kelley Drye & Warren LLP
### January 30, 2025 through March 31, 2025[1]

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Case Administration | 70 | $60,000.00 |
| Pleadings Review | 50 | $40,000.00 |
| Retention Matters | 50 | $40,000.00 |
| Fee Matters | 60 | $50,000.00 |
| Financing | 100 | $75,000.00 |
| Asset Recovery and Disposition | 700 | $650,000.00 |
| Executory Contracts and Leases | 30 | $25,000.00 |
| Avoidance Actions | 10 | $10,000.00 |
| Claims Administration | 75 | $65,000.00 |
| Plan and Disclosure Statement | 200 | $175,000.00 |
| Committee and Creditor Communications | 250 | $225,000.00 |
| Business Operations | 30 | $25,000.00 |
| Court Hearings | 200 | $180,000.00 |
| Employee Matters | 25 | $20,000.00 |
| Lender Investigation | 200 | $150,000.00 |
| Debtor Communications | 50 | $40,000.00 |
| Investigation | 500 | $475,000.00 |
| Litigation | 350 | $300,000.00 |
| Discovery | 200 | $150,000.00 |
| Committee Professional Communications | 200 | $175,000.00 |
| Non-Working Travel Time | 30 | $15,000.00 |
| **Total:** | **3,380** | **$2,945,000.00** |

---

[1] Given the closing of the sale on February 27, 2025, Kelley Drye did not prepare a budget beyond March 31, 2025.