# EXHIBIT G

## Comparison of Fees and Hours Budgeted vs. Fees and Hours Billed

### January 30, 2025 through March 31, 2025[1]

| Project Category | Estimated Hours | Hours Billed | Estimated Fees | Fees Incurred |
|---|---|---|---|---|
| Case Administration | 70 | 33.0 | $60,000.00 | $28,704.00 |
| Pleadings Review | 50 | 29.7 | $40,000.00 | $19,102.50 |
| Retention Matters | 50 | 52.4 | $40,000.00 | $50,749.00 |
| Fee Matters | 60 | 95.1 | $50,000.00 | $80,027.50 |
| Financing | 100 | 66.1 | $75,000.00 | $67,777.50 |
| Asset Recovery and Disposition | 700 | 545.2 | $650,000.00 | $531,622.00 |
| Executory Contracts and Leases | 30 | 81.5 | $25,000.00 | $71,750.50 |
| Avoidance Actions | 10 | 0.6 | $10,000.00 | $742.00 |
| Claims Administration | 75 | 63.2 | $65,000.00 | $61,677.00 |
| Plan and Disclosure Statement | 200 | 311.9 | $175,000.00 | $320,360.00 |
| Committee and Creditor Communications | 250 | 337.4 | $225,000.00 | $346,126.00 |
| Business Operations | 30 | 19.4 | $25,000.00 | $17,077.50 |
| Court Hearings | 200 | 131.5 | $180,000.00 | $137,022.50 |
| Employee Matters | 25 | 0.0 | $20,000.00 | $0.00 |
| Lender Investigation | 200 | 94.8 | $150,000.00 | $85,050.50 |
| Debtor Communications | 50 | 33.4 | $40,000.00 | $33,528.50 |
| Investigation | 500 | 166.3 | $475,000.00 | $158,752.00 |
| Litigation | 350 | 315.2 | $300,000.00 | $290,257.50 |
| Discovery | 200 | 293.0 | $150,000.00 | $222,123.00 |
| Committee Professional Communications | 200 | 115.7 | $175,000.00 | $118,615.50 |
| Non-Working Travel Time | 30 | 18.8 | $15,000.00 | $10,508.00 |
| Total: | 3,380 | 2804.2 | $2,945,000.00 | $2,651,573.00 |

---

[1] Given the closing of the sale on February 27, 2025, Kelley Drye did not prepare a budget beyond March 31, 2025.