**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy* | BILLED In this fee application |
| Sr./Equity Partner/Shareholder | $1,700.00 | $1,585.60 |
| Of Counsel | $1,400.00 | $1,300.56 |
| Associates | $1,000.00 | $875 |
| Law Library Director | $625.00 | N/A |
| Paralegal | $495.00 | $645.60 |
| Case Management Assistants | $1,050.00** | $475.11 |
| All timekeepers aggregated** | $1,700.00 | $1,211.30 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2024, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2024 will represent approximately 8-10% of the Firms' revenues.

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

| | |
|---|---|
| Case Name: | Joann Inc., et al. |
| Case Number: | 25-10068 (CTG) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 8/29/25 |
| Interim or Final: | Final |