**EXHIBIT B**
**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 43.40 | $82,243.00 | $1,895.00 | N/A | 0 |
| Morris, John A. | Partner | Bankruptcy | 1996 | 6.10 | $11,437.50 | $1,875.00 | N/A | 0 |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 149.30 | $220,217.50 | $1,475.00 | N/A | 1 |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 1.60 | $2,232.00 | $1,395.00 | N/A | 0 |
| Litvak, Maxim B. | Partner | Bankruptcy | 2001 | 10.60 | $18,285.00 | $1,725.00 | N/A | 0 |
| Feinstein, Robert J. | Partner | Bankruptcy | 2010 | 0.40 | $780.00 | $1,950.00 | N/A | 0 |
| Levine, Beth E. | Counsel | Bankruptcy | 1993 | 2.70 | $3,645.00 | $1,350.00 | N/A | 0 |
| Robinson, Colin R. | Counsel | Bankruptcy | 2001 | 8.40 | $11,130.00 | $1,325.00 | N/A | 0 |
| Keane, Peter J. | Counsel | Bankruptcy | 2010 | 24.00 | $31,080.00 | $1,295.00 | N/A | 0 |
| Corma, Edward A. | Associate | Bankruptcy | 2020 | 3.30 | $2,887.50 | $875.00 | N/A | 0 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 66.30 | $43,095.00 | $650.00 | N/A | 0 |
| Knotts, Cheryl A. | Paralegal | Bankruptcy | N/A | 1.80 | $1,035.00 | $575.00 | N/A | 0 |
| Yee, Karina K. | Paralegal | Bankruptcy | N/A | 0.20 | $125.00 | $625.00 | N/A | 0 |
| Flores, Melissa N. | Paralegal | Bankruptcy | N/A | 0.50 | $312.50 | $625.00 | N/A | 0 |
| Cuniff, Patricia E. | Paralegal | Bankruptcy | N/A | 7.30 | $4,562.50 | $625.00 | N/A | 0 |
| Paul, Andrea R. | Case Management Assistant | Bankruptcy | N/A | 5.60 | $2,772.00 | $495.00 | N/A | 0 |
| Bouzoukis, Charles, J. | Case Management Assistant | Bankruptcy | N/A | 25.40 | $12,573.00 | $495.00 | N/A | 0 |
| Arnold, Gary L. | Case Management Assistant | Bankruptcy | N/A | 10.50 | $5,197.50 | $495.00 | N/A | 0 |
| Grayson, Janet | Case Management Assistant | Bankruptcy | N/A | 3.30 | $742.50 | $495.00 | N/A | 0 |
| **GRANT TOTAL** | | | | **370.70** | **$454,352.50** | | | |
| **Less reduction for first interim fee application and June Monthly** | | | | | **($5,322.00)** | | | |
| **AGGREGATE FEES** | | | | | **$449,030.50** | | | |

4901-2098-3393.1 46699.00002

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| **Plus Fee Estimate** | | | | | $20,000.00 | | | |
| **AGGREGATE FEES REQUESTED** | | | | | $469,030.50[1] | | | |

Case Name: Joann Inc., et al.
Case Number: 25-10068 (CTG)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 8/29/25
Interim or Final: Final

---

[1] Reflects voluntary reductions by PSZJ in the aggregate amount of $5,322.00 based on informal comments received from the U.S. Trustee, plus $20,000 in additional fees and expenses incurred after July 16, 2025 in connection with the preparation of PSZJ's June Monthly Fee Application and PSZJ's Final Fee Application.

4901-2098-3393.1 46699.00002