## EXHIBIT C

### STAFFING PLAN

| CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 5 | $1,784.00 |
| Of Counsel | 2 | $1,323.33 |
| Associate | 0 | $875.00 |
| Law Library Director | 0 | N/A |
| Paralegal | 3 | $620.00 |
| Case Management Assistants | 2 | $495.00 |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

| | |
|---|---|
| Case Name: | Joann Inc., et al. |
| Case Number: | 25-10068 (CTG) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 8/29/25 |
| Interim or Final: | Final |