# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY CATEGORY

(*See* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 46.30 | $68,512.00 |
| Bankruptcy Litigation | 39.50 | $56,584.50 |
| Case Administration | 30.10 | $31,905.00 |
| Claims Administration and Objections | 5.90 | $10,256.50 |
| PSZJ Compensation | 18.10 | $16,263.50 |
| Other Professional Compensation | 19.80 | $21,669.00 |
| Contract and Lease Matters | 1.30 | $1,917.50 |
| Fee/Employment Application | 0.60 | $1,137.00 |
| Financial Filings | 1.20 | $1,770.00 |
| Financing/Cash Collateral/Cash Management | 29.80 | $49,868.00 |
| General Creditors' Committee | 6.90 | $11,581.50 |
| Hearings | 86.20 | $69,558.00 |
| Meetings of and Communications With Creditors | 7.20 | $8,640.00 |
| Operations | 2.70 | $4,642.50 |
| Plan and Disclosure Statement | 22.60 | $34,511.00 |
| Relief from Stay | 0.70 | $1,326.50 |
| PSZJ Retention | 15.70 | $14,909.00 |
| Other Professional Retention | 36.10 | $49,301.00 |
| **TOTAL** | **370.70** | **$454,352.50** |
| **Less reduction for first interim fee application and June Monthly** | | **($5,322.00)** |
| **AGGREGATE FEES** | | **$449,030.50** |
| **Plus Fee Estimate** | | **$20,000.00** |
| **AGGREGATE FEES REQUESTED** | | **$469,030.50**[1] |

| | |
|---|---|
| Case Name: | Joann Inc., et al. |
| Case Number: | 25-10068 (CTG) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 8/29/25 |
| Interim or Final: | Final |

---

[1] Reflects voluntary reductions by PSZJ in the aggregate amount of $5,322.00 based on informal comments received from the U.S. Trustee, plus $20,000 in additional fees and expenses incurred after July 16, 2025 in connection with the preparation of PSZJ's June Monthly Fee Application and PSZJ's Final Fee Application.

8

# EXHIBIT D-2

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines ¶ C.8 for project category information)

| Expense | Total |
|---|---|
| Working Meals | $430.87 |
| Delivery/Courier Services | $120.00 |
| Court Fees | $350.00 |
| Lexis/Nexis-Legal Research | $280.95 |
| Litigation Support Vendors | $131.10 |
| PACER - Court Research | $947.60 |
| Postage | $161.88 |
| Reproduction Expense | $1,862.70 |
| Transcript | $970.82 |
| **Grand Total** | **$5,255.92** |

| | |
|---|---|
| Case Name: | Joann Inc., et al. |
| Case Number: | 25-10068 (CTG) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 8/29/25 |
| Interim or Final: | Final |