# EXHIBIT E

## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| **Name of Applicant:** | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | January 31, 2025 through July 16, 2025 |
| Total compensation sought this period: | $469,030.50[1] |
| Total expenses sought this period: | $5,255.92 |
| Petition date: | January 15, 2025 |
| Retention date: | January 31, 2025 |
| Date of order approving employment: | March 24, 2025 |
| Total fees approved by interim order to date: | $330,046.50 |
| Total expenses approved by interim order to date: | $3,326.46 |
| Total allowed fees paid to date: | $330,046.50 |
| Total allowed expenses paid to date: | $3,326.46 |
| Blended rate in this application for all attorneys: | $1,536.98 |
| Blended rate in this application for all timekeepers: | $1,211.30 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 9 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |

---

[1] Reflects voluntary reductions by PSZJ in the aggregate amount of $5,322.00 based on informal comments received from the U.S. Trustee, plus $20,000 in additional fees and expenses incurred after July 16, 2025 in connection with the preparation of PSZJ's June Monthly Fee Application and PSZJ's Final Fee Application.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 9 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No. |

| | |
|---|---|
| Case Name: | Joann Inc., et al. |
| Case Number: | 25-10068 (CTG) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 8/29/25 |
| Interim or Final: | Final |