# EXHIBIT G

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Objections Due:  September 12, 2025 at 4:00 P.M. (ET)
Hearing Date:  To be scheduled if necessary

**NOTICE OF FOURTH MONTHLY FEE STATEMENT FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
JUNE 1, 2025 THROUGH JUNE 30, 2025**

**PLEASE TAKE NOTICE** that on August 22, 2025, Pachulski Stang Ziehl & Jones LLP,

counsel for the official committee of unsecured creditors (the "Committee"), filed its *Fourth*

*Monthly Fee Statement for Compensation and Reimbursement of Expenses of Pachulski Stang*

*Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the*

*Period From June 1, 2025 Through June 30, 2025* (the "Statement"), seeking compensation for

the reasonable and necessary services rendered to the Committee in the amount of $36,239.50 and

reimbursement for actual and necessary expenses in the amount of $639.42.  A copy of the

Statement is attached hereto for service upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Statement,

if any, must be made in writing and filed with the United States Bankruptcy Court for the District

---

[1] The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4899-4082-4929.1 46699.00002

of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Court") on or before **September 12, 2025 at 4:00 p.m. Eastern Time**.

The Statement is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* entered on March 4, 2025 [Docket No. 552] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following parties (the "Fee Notice Parties"): (a) the Debtors, JOANN Inc., 5555 Darrow Road, Hudson, Ohio 44236, Attn.: Ann Aber, EVP, Chief Legal and Human Resources Officer; (b) proposed co-counsel to the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Aparna Yenamandra, P.C. (aparna.yenamandra@kirkland.com) and 333 West Wolf Point Plaza, Chicago Illinois 60654, Attn.: Jeffrey Michalik (jeff.michalik@kirkland.com), and Lindsey Blumenthal (lindsey.blumenthal@kirkland.com) and (ii) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn.: Patrick J. Reilley (preilley@coleschotz.com), Stacy L. Newman (snewman@coleschotz.com), Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com), and Jack M. Dougherty (jdougherty@coleschotz.com); (c) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov); (d) counsel to the Prepetition ABL Agent, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110, Attn.: Christopher Carter (christopher.carter@morganlewis.com) and Marjorie Crider (marjorie.crider@morganlewis.com); (e) counsel to the Prepetition FILO Agent, Choate Hall & Stewart LLP, 2 International Place, Boston, Massachusetts 02110, Attn.: John Ventola (jventola@choate.com) and Jonathan Marshall (jmarshall@choate.com); (f) counsel to the Prepetition Term Loan Lender Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue New York, New York 10166, Attn.: Scott Greenberg

(SGreenberg@gibsondunn.com), Kevin Liang (KLiang@gibsondunn.com), and Josh Brody (JBrody@gibsondunn.com); (g) counsel to the Prepetition Term Loan Agent, ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019, Attn.: Jeffrey Gleit (jeffrey.gleit@afslaw.com) and 1717 K Street NW, Washington, D.C. 20006, Attn.: Jonathan Bagg (jonathan.bagg@afslaw.com), and 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Attn.: Matthew Bentley (matthew.bentley@afslaw.com); (h) counsel to Gordon Brothers Retail Partners, LLC, Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, New York 10020, Attn.: Steven Reisman (sreisman@katten.com) and Cindi Giglio (cgiglio@katten.com); and (i) proposed counsel to the Official Committee of Unsecured Creditors, (i) Kelley Drye & Warren LLP, 3 World Trade Center, New York, New York 10007, Attn: Jason Adams (jadams@kelleydrye.com), Maeghan McLoughlin (mmcloughlin@kelleydrye.com) and Connie Choe (cchoe@kelleydrye.com) (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware, 19899-8705, Attn: Bradford Sandler (bsandler@pszjlaw.com) and James O'Neill (joneill@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF EXPENSES REQUESTED IN THE STATEMENT MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, A HEARING ON THE STATEMENT WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.

Dated:  August 22, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By:  /s/ James E. O'Neill
    Bradford J. Sandler (DE Bar No. 4142)
    James E. O'Neill (DE Bar No. 4042)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19801
    Telephone:  (302) 652-4100
    Facsimile: (302) 652-4400
    Email: bsandler@pszjlaw.com
        joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
       ewilson@kelleydrye.com
       wgyves@kelleydrye.com
       mmcloughlin@kelleydrye.com

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.,*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Objections Due:  September 12, 2025 at 4:00 P.M. (ET)
Hearing Date:  To be scheduled if necessary

**FOURTH MONTHLY FEE STATEMENT FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of January 31, 2025 by order signed March 24, 2025 [Docket No. 634] |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2025 through June 30, 2025[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $36,239.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $639.42 |

This is a:      ☒ monthly      ☐ interim      ☐ final application.

The total time expended for fee statement preparation is approximately 1.0 hours and the

corresponding compensation requested is approximately $650.00.

---

[1] The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.
[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

PRIOR STATEMENTS/APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 4/21/25 Dkt. 724 | 1/31/25 – 2/28/25 | $311,352.50 | $3,157.76 | $249,082.00 | $3,157.76 |
| 4/22/25 Dkt 728 | 3/1/25-3/31/25 | $23,768.50 | $168.70 | $19,014.80 | $168.70 |
| 5/15/25 Dkt. 896 | 1/31/25 – 3/31/25 | $335,121.00 | $3,326.46 | Pending | Pending |
| 9/19/25 Dkt. 1192 | 4/1/25 - 5/31/25 | $61,373.50 | $433.50 | Pending | Pending |

## PSZJ PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sandler, Bradford J. | Partner, 1996 | $1,895.00 | 1.10 | $2,084.50 |
| O'Neill, James E. | Partner, 2001 | $1,475.00 | 18.10 | $26,697.50 |
| Bates, Andrea T. | Paralegal | $650.00 | 4.80 | $3,120.00 |
| Cuniff, Patricia E. | Paralegal | $625.00 | 1.00 | $625.00 |
| Bouzoukis, Charles J. | Case Management Assistant | $495.00 | 6.00 | $2,970.00 |
| Janet Grayson | Case Management Assistant | $0.00 | 1.50 | $742.50 |
| **Grand Total** | | | **32.50** | **$36,239.50** |

Grand Total:    $36,239.50
Total Hours:    32.50
Blended Rate:    $1,115.06

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.40 | $4,644.50 |
| Bankruptcy Litigation | 3.30 | $4,867.50 |
| Case Administration | 1.40 | $1,034.50 |
| Claims Administration and Objections | 2.60 | $4,003.00 |
| PSZJ Compensation | 3.20 | $3,400.00 |
| Other Professional Compensation | 3.20 | $3,854.50 |
| Fee/Employment Application | 0.30 | $568.50 |

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Hearings | 12.10 | $9,400.00 |
| Plan and Disclosure Statement | 3.00 | $4,467.00 |
| **Grand Total** | **32.50** | **$36,239.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Lexis/Nexis-Legal Research | | $26.52 |
| PACER - Court Research | | $264.90 |
| Reproduction Expense | | $348.00 |
| **Total** | | **$639.42** |

---

[3] PSZJ may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.,*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Objections Due:  September 12, 2025 at 4:00 P.M. (ET)
Hearing Date:  To be scheduled if necessary

## FOURTH MONTHLY FEE STATEMENT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and this Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* entered on March 4, 2025 [Docket No. 552] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the official committee of unsecured creditors (the "Committee"), hereby submits its *Fourth Monthly Fee Statement for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period From June 1, 2025 Through June 30, 2025* (the "Statement").

---

[1] The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

By this Statement PSZJ seeks a monthly interim allowance of compensation in the amount of $36,239.50 and actual and necessary expenses in the amount of $639.42 for a total allowance of $36,878.92 and (ii) payment of $28,991.60 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $639.42 (100% of the allowed expenses pursuant to the Administrative Order) for a total payment of $29,631.02 for the period June 1, 2025 through June 30, 2025 (the "Fee Period"):

## Background

1.      On January 15, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.  No request for the appoint of a trustee or examiner has been made in these chapter 11 cases.

2.      On January 28, 2025, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee, which consists of the following members: (i) Low Tech Toy Club LLC; (ii) SunYin (HK) Holding Limited; (iii) Gwen Studios LLC; (iv) Brother International Corp.; (v) Ormo Ithalat Ihracat A.S.; (vi) Advantus, Corp.; (vii) Kimco Realty Corporation; (viii) Simon Property Group, Inc.; and (ix) Regency Centers, L.P. The *Notice of Appointment of Committee of Unsecured Creditors* [Dkt. No. 198] was filed on January 28, 2025.

3.      On January 30, 2025, the Committee selected Kelley Drye & Warren LLP ("Kelley Drye") as its lead counsel and Province, Inc. ("Province") as its financial advisor. On January 31, 2025, the Committee selected Pachulski Stang Ziehl & Jones, LLP ("PSZJ") as its co-counsel.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5.      On March 4, 2025, the Court entered the Administrative Order, authorizing estate professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee statements.  If no objections are made within twenty-one (21) days after service of the monthly fee statement the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  The initial monthly fee statement covered the period from Petition Date through February 28, 2025.  Beginning with the period ending March 31, 2025, and at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee statement for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      The retention of PSZJ, as counsel to the Committee, was approved effective as of January 31, 2025, by this Court's *Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors as of January 31, 2025* [Docket No. 634] (the "Retention Order").  The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZJ's STATEMENT FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      All services for which PSZJ requests compensation were performed for or on behalf of the Committee.  PSZJ has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Statement.  There is no agreement or understanding between PSZJ and any other person other than the partners of PSZJ for the sharing of compensation to be received for services rendered in this case.  PSZJ has not received a retainer in this case.

### Fee Statements

8.      The invoice for the Fee Period is attached hereto as **Exhibit A**.  This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZJ's knowledge, this Statement complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZJ's time reports are initially handwritten or directly entered in the billing system, by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZJ is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZJ's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  To the extent it is feasible, PSZJ professionals attempt to work during travel.

### Actual and Necessary Expenses

9.      A summary of the actual and necessary expenses incurred by PSZJ for the Fee Period is attached hereto as part of **Exhibit A**.  PSZJ customarily charges $0.10 per page for

photocopying expenses related to cases, such as this, arising in Delaware.  PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZJ summarizes each client's photocopying charges on a daily basis.

10.     PSZJ charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZJ does not charge the Debtor for the receipt of faxes in this case.

11.     With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZJ charges the standard usage rates these providers charge for computerized legal research.  PSZJ bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZJ is passed on to the client.

12.     PSZJ believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

13.     The names of the timekeepers of PSZJ who have rendered professional services in this case during the Interim Period are set forth in the attached **Exhibit A**.  PSZJ, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various

matters in connection with the Debtors' cases, and performed all necessary professional services which are described and narrated in detail below.

### Summary of Services by Project

14.     The services rendered by PSZJ during the Fee Period can be grouped into the categories set forth below.  PSZJ attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.**     **Asset Disposition**

15.     During the Fee Period, the Firm, among other things, (i) drafted and filed a limited objection to the sale motion; and (ii) reviewed other objections and a reply filed by Dollar Tree.

Fees:  $4,644.50        Hours:  3.40

**B.**     **Bankruptcy Litigation**

16.     During the Fee Period, the Firm, reviewed various orders entered by the court and the status of other pending matters.

Fees:  $4,867.50        Hours:  3.30

**C.**     **Case Administration**

17.     During the Fee Period, the Firm, among other things, maintained a calendar of critical dates and deadlines and status of pending motions.

Fees:  $1,034.50        Hours:  1.40

**D.    Claims Administration and Objections**

18.    During the Fee Period, the Firm, reviewed various claims objections, lease assumptions and rejection claims.

Fees:  $4,003.00        Hours:  2.60

**E.    PSZJ Compensation**

19.    During the Fee Period, the Firm reviewed and drafted PSZJ's April monthly fee statement; and finalized and filed its first interim fee application.

Fees:  $3,400.00        Hours:  3.20

**F.    Other Professional Compensation**

20.    During the Fee Period, the Firm (i) reviewed Debtors' professionals' certification of counsel and related fee statements; and (ii) reviewed and filed Committee professionals monthly fee statements.

Fees:  $3,854.50        Hours:  3.20

**G.    Fee/Employment Application**

21.    During the Fee Period, the Firm corresponded with co-counsel regarding fee applications.

Fees:  $568.50         Hours:  0.30

**H.    Hearings**

22.    During the Fee Period, the Firm, among other things, prepared for and attended several hearings.

Fees:  $9,400.00        Hours:  12.10

## I.   Plan and Disclosure Statement

23.     During the Fee Period, the Firm reviewed the plan; prepared for confirmation hearing; and reviewed the plan supplement.

Fees: $4,467.00     Hours: 3.00

### Valuation of Services

24.     Attorneys and paraprofessionals of PSZJ expended a total 32.50 hours in connection with their representation of the Committee during the Fee Period, as follows:

### PSZJ PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sandler, Bradford J. | Partner, 1996 | $1,895.00 | 1.10 | $2,084.50 |
| O'Neill, James E. | Partner, 2001 | $1,475.00 | 18.10 | $26,697.50 |
| Bates, Andrea T. | Paralegal | $650.00 | 4.80 | $3,120.00 |
| Cuniff, Patricia E. | Paralegal | $625.00 | 1.00 | $625.00 |
| Bouzoukis, Charles J. | Case Management Assistant | $495.00 | 6.00 | $2,970.00 |
| Janet Grayson | Case Management Assistant | $0.00 | 1.50 | $742.50 |
| **Grand Total** | | | **32.50** | **$36,239.50** |

Grand Total:     $36,239.50
Total Hours:          32.50
Blended Rate:    $1,115.06

25.     The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto.  These are PSZJ's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZJ for the Committee during the Fee Period is $36,239.50.

26.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZJ is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered,

(d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZJ has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Statement complies with such Rule and Order.

WHEREFORE, PSZJ respectfully requests that, for the period of June 1, 2025 through June 30, 2025, (i) an interim allowance be made to PSZJ for compensation in the amount $36,239.50 and actual and necessary expenses in the amount of $639.42 for a total allowance of $36,878.92 and (ii) payment of $28,991.60 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $639.42 (100% of the allowed expenses pursuant to the Administrative Order) for a total payment of $29,631.02, and for such other and further relief as this Court may deem just and proper.


*[Remainder of Page Intentionally Left Blank]*

Dated:  August 22, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _/s/ James E. O'Neill_____
     Bradford J. Sandler (DE Bar No. 4142)
     James E. O'Neill (DE Bar No. 4042)
     919 North Market Street, 17th Floor
     P.O. Box 8705
     Wilmington, DE 19801
     Telephone:  (302) 652-4100
     Facsimile: (302) 652-4400
     Email:  bsandler@pszjlaw.com
           joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
William S. Gyves (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:    jadams@kelleydrye.com
       ewilson@kelleydrye.com
       wgyves@kelleydrye.com
       mmcloughlin@kelleydrye.com

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

## **DECLARATION**

STATE OF DELAWARE        :
                         :
COUNTY OF NEW CASTLE    :

James E. O'Neill, after being duly sworn according to law, deposes and says:

a)        I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b)        I am familiar with the legal services rendered by PSZJ as counsel to the Committee.

c)        I have reviewed the foregoing Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about March 4, 2025 and submit that the Statement substantially complies with such rule and orders.

                                    /s/ James E. O'Neill
                                    James E. O'Neill

**Exhibit A**

**June Invoice**



919 North Market Street
17th Floor
Wilmington, DE  19801

JoAnn O.C.C.
-

June 30, 2025
Invoice    148875
Client    46699.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2025

| | |
|---|---:|
| FEES | $36,239.50 |
| EXPENSES | $639.42 |
| **TOTAL CURRENT CHARGES** | **$36,878.92** |
| **BALANCE FORWARD** | **$128,831.20** |
| **LAST PAYMENT / A/R ADJUSTMENT** | **-$67,024.20** |
| **TOTAL BALANCE DUE** | **$98,685.92** |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 1.10 | $2,084.50 |
| JEO | O'Neill, James E. | Partner | 1,475.00 | 18.10 | $26,697.50 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 4.80 | $3,120.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 1.00 | $625.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 495.00 | 6.00 | $2,970.00 |
| JG | Janet Grayson | Case Management Assistant | 495.00 | 1.50 | $742.50 |
| | | | | 32.50 | $36,239.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:    3
JoAnn O.C.C.                                         Invoice 148875
Client 46699.00002                                   June 30, 2025

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 3.40 | $4,644.50 |
| BL | Bankruptcy Litigation | 3.30 | $4,867.50 |
| CA | Case Administration | 1.40 | $1,034.50 |
| CO | Claims Administration and Objections | 2.60 | $4,003.00 |
| CP | PSZJ Compensation | 3.20 | $3,400.00 |
| CPO | Other Professional Compensation | 3.20 | $3,854.50 |
| FE | Fee/Employment Application | 0.30 | $568.50 |
| HE | Hearings | 12.10 | $9,400.00 |
| PD | Plan and Disclosure Statement | 3.00 | $4,467.00 |
| | | 32.50 | $36,239.50 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Lexis/Nexis- Legal Research | $26.52 |
| Pacer - Court Research | $264.90 |
| Reproduction Expense | $348.00 |
|  | $639.42 |

Pachulski Stang Ziehl & Jones LLP

Page:    5

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 06/06/2025 | BJS | AD | Review Dollar Tree's reply | 0.10 | 1,895.00 | $189.50 |
| 06/13/2025 | ATB | AD | Format, file and serve Committee's limited objection to sale. | 0.50 | 650.00 | $325.00 |
| 06/13/2025 | JEO | AD | Review and finalize limited objection to sale motion | 0.60 | 1,475.00 | $885.00 |
| 06/19/2025 | JEO | AD | Finalize sale objection | 0.80 | 1,475.00 | $1,180.00 |
| 06/22/2025 | JEO | AD | Review Notice to withdraw sale objection and coordinate filing and service | 0.80 | 1,475.00 | $1,180.00 |
| 06/22/2025 | JEO | AD | Email exchange with co-counsel re 6/23 hearing | 0.60 | 1,475.00 | $885.00 |
| | | | | **3.40** | | **$4,644.50** |
| **Bankruptcy Litigation** | | | | | | |
| 06/09/2025 | JEO | BL | Review first agenda for 6/11 hearing | 0.30 | 1,475.00 | $442.50 |
| 06/10/2025 | JEO | BL | Review case status | 1.00 | 1,475.00 | $1,475.00 |
| 06/17/2025 | JEO | BL | Review status of matters | 2.00 | 1,475.00 | $2,950.00 |
| | | | | **3.30** | | **$4,867.50** |
| **Case Administration** | | | | | | |
| 06/03/2025 | ATB | CA | Update critical dates memo. | 0.20 | 650.00 | $130.00 |
| 06/05/2025 | ATB | CA | Review docket; update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 06/05/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 06/20/2025 | ATB | CA | Update and circulate critical dates memo. | 0.40 | 650.00 | $260.00 |
| 06/27/2025 | ATB | CA | Review docket; update critical dates memo. | 0.30 | 650.00 | $195.00 |
| | | | | **1.40** | | **$1,034.50** |
| **Claims Administration and Objections** | | | | | | |
| 06/02/2025 | BJS | CO | Various email with M McLoughlin regarding rejection notices | 0.10 | 1,895.00 | $189.50 |
| 06/04/2025 | BJS | CO | Review various claim objections | 0.10 | 1,895.00 | $189.50 |
| 06/04/2025 | JEO | CO | Review claim objections | 1.00 | 1,475.00 | $1,475.00 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:     6

Invoice 148875

June 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2025 | BJS | CO | Review OOCL USA's response | 0.10 | 1,895.00 | $189.50 |
| 06/05/2025 | BJS | CO | Review COC regarding lease assumption | 0.10 | 1,895.00 | $189.50 |
| 06/30/2025 | JEO | CO | Review omnibus objections to claims | 1.20 | 1,475.00 | $1,770.00 |
| | | | | **2.60** | | **$4,003.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/04/2025 | ATB | CP | Draft response to UST review of PSZJ first monthly fee app. | 0.40 | 650.00 | $260.00 |
| 06/05/2025 | ATB | CP | Prepare response to UST comments to first interim fee application. | 0.70 | 650.00 | $455.00 |
| 06/05/2025 | ATB | CP | Revise draft of April Monthly; correspond with J. O'Neill re: same. | 0.50 | 650.00 | $325.00 |
| 06/18/2025 | JEO | CP | Work on fee applications | 0.80 | 1,475.00 | $1,180.00 |
| 06/19/2025 | JEO | CP | Work on fee app issues | 0.80 | 1,475.00 | $1,180.00 |
| | | | | **3.20** | | **$3,400.00** |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/2025 | ATB | CPO | Serve Province April monthly | 0.20 | 650.00 | $130.00 |
| 06/03/2025 | BJS | CPO | Various email with M Girello regarding KDW's fee app | 0.10 | 1,895.00 | $189.50 |
| 06/09/2025 | JEO | CPO | Review and finalize KDW April 2025 fee application | 0.40 | 1,475.00 | $590.00 |
| 06/23/2025 | ATB | CPO | File CNO re: Province's April monthly. | 0.10 | 650.00 | $65.00 |
| 06/23/2025 | JEO | CPO | Review omnibus order approving fee applications | 0.40 | 1,475.00 | $590.00 |
| 06/25/2025 | ATB | CPO | Review; file and serve Province May monthly; calculate Committee professionals fees due for first interim fee order. | 0.80 | 650.00 | $520.00 |
| 06/25/2025 | JEO | CPO | Review Province monthly fee app | 0.40 | 1,475.00 | $590.00 |
| 06/27/2025 | JEO | CPO | Respond to co-counsel re fee issues | 0.80 | 1,475.00 | $1,180.00 |
| | | | | **3.20** | | **$3,854.50** |

**Fee/Employment Application**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/04/2025 | BJS | FE | Various email with PSZJ regarding fee app | 0.30 | 1,895.00 | $568.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

|  |  |  |  | 0.30 |  | $568.50 |
|---|---|---|---|---|---|---|
| **Hearings** | | | | | | |
| 06/06/2025 | JG | HE | Prepare binder for hearing on 6/11/25. | 0.50 | 495.00 | $247.50 |
| 06/09/2025 | CJB | HE | Prepare hearing binders for hearing on 6/11/25. | 0.20 | 495.00 | $99.00 |
| 06/09/2025 | JG | HE | Prepare  Hearing and Virtual notebook for hearing on 6/11/25 | 0.50 | 495.00 | $247.50 |
| 06/09/2025 | JG | HE | Prepare hearing and virtual notebook for hearing on 6/11/25 | 0.50 | 495.00 | $247.50 |
| 06/09/2025 | PEC | HE | Review Agenda for 6/11/25 Hearing and coordinate binder preparation | 0.10 | 625.00 | $62.50 |
| 06/09/2025 | PEC | HE | Review Hearing Binders for 6/11/25 Hearing | 0.40 | 625.00 | $250.00 |
| 06/16/2025 | CJB | HE | Prepare hearing binders for hearing on 6/23/25. | 0.70 | 495.00 | $346.50 |
| 06/18/2025 | ATB | HE | Book court lines and coordinate binders for 6/23 hearing. | 0.30 | 650.00 | $195.00 |
| 06/18/2025 | CJB | HE | Prepare hearing binders for hearing on 6/23/25. | 4.70 | 495.00 | $2,326.50 |
| 06/18/2025 | JEO | HE | Prepare for 6/23 hearing | 0.40 | 1,475.00 | $590.00 |
| 06/19/2025 | PEC | HE | Review 6/23/25 virtual hearing binder and fee application binder | 0.30 | 625.00 | $187.50 |
| 06/20/2025 | CJB | HE | Prepare hearing binders for hearing on 6/23/25. | 0.40 | 495.00 | $198.00 |
| 06/20/2025 | JEO | HE | Review agenda for 6/23 hearing | 0.40 | 1,475.00 | $590.00 |
| 06/22/2025 | JEO | HE | Review status of matters scheduled for 6/23 hearing | 0.90 | 1,475.00 | $1,327.50 |
| 06/22/2025 | JEO | HE | Review pleadings filed and orders entered for 6/23 hearing | 0.70 | 1,475.00 | $1,032.50 |
| 06/23/2025 | JEO | HE | Attend hearing | 0.60 | 1,475.00 | $885.00 |
| 06/23/2025 | JEO | HE | Follow up with Court re hearing links | 0.30 | 1,475.00 | $442.50 |
| 06/23/2025 | PEC | HE | Review Amended Agenda for 6/25/25 Hearing (.1); Review binder updates (.1) | 0.20 | 625.00 | $125.00 |
|  |  |  |  | **12.10** |  | **$9,400.00** |

Pachulski Stang Ziehl & Jones LLP                              Page:     8
JoAnn O.C.C.                                                   Invoice 148875
Client 46699.00002                                            June 30, 2025

---

|            |     |    |                                          | Hours | Rate     | Amount     |
|------------|-----|----|------------------------------------------|-------|----------|------------|
| **Plan and Disclosure Statement** | | | | | | |
| 06/03/2025 | BJS | PD | Various email with M Shriro regarding plan | 0.10  | 1,895.00 | $189.50    |
| 06/20/2025 | JEO | PD | Review plan supplement                   | 0.90  | 1,475.00 | $1,327.50  |
| 06/26/2025 | JEO | PD | Review Joann plan                        | 1.00  | 1,475.00 | $1,475.00  |
| 06/27/2025 | JEO | PD | Review status of plan                    | 1.00  | 1,475.00 | $1,475.00  |
|            |     |    |                                          | **3.00** |       | **$4,467.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$36,239.50**

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    9
Invoice 148875
June 30, 2025

---

**Expenses**

| | | | |
|---|---|---|---|
| 06/06/2025 | RE | SCAN/COPY ( 118 @0.10 PER PG) | 11.80 |
| 06/06/2025 | RE | SCAN/COPY ( 264 @0.10 PER PG) | 26.40 |
| 06/06/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/06/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/06/2025 | RE | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/06/2025 | RE | SCAN/COPY ( 209 @0.10 PER PG) | 20.90 |
| 06/06/2025 | RE | SCAN/COPY ( 105 @0.10 PER PG) | 10.50 |
| 06/06/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/06/2025 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 06/06/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 06/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/09/2025 | RE | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 06/11/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/11/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/11/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/11/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/12/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/12/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/16/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/16/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/16/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/16/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    10

Invoice 148875

June 30, 2025

| | | | |
|---|---|---|---|
| 06/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/16/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/16/2025 | RE | SCAN/COPY ( 174 @0.10 PER PG) | 17.40 |
| 06/18/2025 | LN | 46699.00002 Lexis Charges for 06-18-25 | 7.53 |
| 06/18/2025 | LN | 46699.00002 Lexis Charges for 06-18-25 | 1.25 |
| 06/18/2025 | LN | 46699.00002 Lexis Charges for 06-18-25 | 17.74 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 119 @0.10 PER PG) | 11.90 |
| 06/18/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/18/2025 | RE | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2025 | RE | SCAN/COPY ( 146 @0.10 PER PG) | 14.60 |
| 06/18/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/18/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/18/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/18/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2025 | RE | SCAN/COPY ( 313 @0.10 PER PG) | 31.30 |
| 06/18/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

---

| 06/18/2025 | RE | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/18/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/18/2025 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 06/18/2025 | RE | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 06/18/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/18/2025 | RE | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 06/18/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/18/2025 | RE | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 06/18/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/18/2025 | RE | SCAN/COPY ( 153 @0.10 PER PG) | 15.30 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/18/2025 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/18/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/20/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Page:   12

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

| | | | |
|---|---|---|---|
| 06/20/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/20/2025 | RE | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 06/20/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/23/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/23/2025 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/23/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/23/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/23/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 06/26/2025 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 06/26/2025 | RE | SCAN/COPY ( 87 @0.10 PER PG) | 8.70 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/26/2025 | RE | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 06/26/2025 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2025 | RE | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 06/26/2025 | RE | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 06/27/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

JoAnn O.C.C.

Invoice 148875

Client 46699.00002

June 30, 2025

| 06/27/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/27/2025 | RE | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 06/30/2025 | PAC | Pacer - Court Research | 264.90 |
| | | **Total Expenses for this Matter** | **$639.42** |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

Page:    14
Invoice 148875
June 30, 2025

---

### A/R STATEMENT

**Outstanding Balance from prior invoices as of  06/30/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 147254 | 05/31/2025 | $61,373.50 | $433.50 | $61,807.00 |

**Total Amount Due on Current and Prior Invoices:**          **$98,685.92**