**EXHIBIT H**



PACHULSKI
STANG
ZIEHL &
JONES

919 North Market Street
17th Floor
Wilmington, DE  19801

JoAnn O.C.C.
-

July 31, 2025
Invoice   148890
Client     46699.00002

RE:   Committee Representation

---

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2025

| | |
|---|---:|
| FEES | $21,618.50 |
| EXPENSES | $856.54 |
| **TOTAL CURRENT CHARGES** | **$22,475.04** |
| **BALANCE FORWARD** | **$98,685.92** |
| **TOTAL BALANCE DUE** | **$121,160.96** |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JEO | O'Neill, James E. | Partner | 1,475.00 | 10.80 | $15,930.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 0.90 | $585.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 0.80 | $500.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 0.80 | $396.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 495.00 | 2.50 | $1,237.50 |
| GLA | Arnold, Gary L. | Case Management Assistant | 495.00 | 6.00 | $2,970.00 |
| | | | | 21.80 | $21,618.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    3

JoAnn O.C.C.

Invoice 148890

Client 46699.00002

July 31, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation | 0.80 | $1,180.00 |
| CA | Case Administration | 0.40 | $260.00 |
| CP | PSZJ Compensation | 2.20 | $3,080.00 |
| CPO | Other Professional Compensation | 0.60 | $637.50 |
| HE | Hearings | 10.10 | $5,103.50 |
| PD | Plan and Disclosure Statement | 7.70 | $11,357.50 |
| | | 21.80 | $21,618.50 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    4

Invoice 148890

July 31, 2025

## Summary of Expenses

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research | $198.44 |
| Pacer - Court Research | $137.80 |
| Reproduction Expense | $520.30 |
| | $856.54 |

Pachulski Stang Ziehl & Jones LLP
JoAnn O.C.C.
Client 46699.00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 07/09/2025 | JEO | BL | Review certs of counsel and amended orders file in advance of 7/10 hearing | 0.80 | 1,475.00 | $1,180.00 |
| | | | | **0.80** | | **$1,180.00** |
| **Case Administration** | | | | | | |
| 07/10/2025 | ATB | CA | Review docket; update critical dates memo. | 0.40 | 650.00 | $260.00 |
| | | | | **0.40** | | **$260.00** |
| **PSZJ Compensation** | | | | | | |
| 07/08/2025 | JEO | CP | Review June bill | 0.40 | 1,475.00 | $590.00 |
| 07/10/2025 | ATB | CP | Draft CNO re: May monthly. | 0.20 | 650.00 | $130.00 |
| 07/11/2025 | JEO | CP | Review status of PSZJ April fee application and approve CNO for filing | 0.40 | 1,475.00 | $590.00 |
| 07/14/2025 | JEO | CP | Work on fee estimates | 1.20 | 1,475.00 | $1,770.00 |
| | | | | **2.20** | | **$3,080.00** |
| **Other Professional Compensation** | | | | | | |
| 07/01/2025 | ATB | CPO | Draft and file CNO re KDW April monthly. | 0.30 | 650.00 | $195.00 |
| 07/01/2025 | JEO | CPO | Review status of KDW fee app and approve CNO for filing | 0.30 | 1,475.00 | $442.50 |
| | | | | **0.60** | | **$637.50** |
| **Hearings** | | | | | | |
| 07/08/2025 | ARP | HE | Prepare virtual notebook for hearing on 07-10-25. | 0.70 | 495.00 | $346.50 |
| 07/08/2025 | GLA | HE | Created binders for 7/10/25 hearing. | 2.20 | 495.00 | $1,089.00 |
| 07/08/2025 | PEC | HE | Review Agenda for 7/10/25 Hearing and circulate | 0.10 | 625.00 | $62.50 |
| 07/09/2025 | CJB | HE | Prepare hearing binders for hearing on 7/10/25. | 2.50 | 495.00 | $1,237.50 |
| 07/09/2025 | GLA | HE | Created binders for 7/10/25 hearing. | 3.80 | 495.00 | $1,881.00 |
| 07/09/2025 | PEC | HE | Review virtual binder for 7/10/25 Hearing | 0.30 | 625.00 | $187.50 |

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:   6

Invoice 148890

July 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/2025 | ARP | HE | Prepare hearing and virtual notebook for 07-10-25.{Updates} | 0.10 | 495.00 | $49.50 |
| 07/10/2025 | PEC | HE | Review Binder for 7/10/25 Hearing | 0.40 | 625.00 | $250.00 |
|  |  |  |  | **10.10** |  | **$5,103.50** |

**Plan and Disclosure Statement**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/08/2025 | JEO | PD | Emails with co-counsel to prepare for confirmation | 0.80 | 1,475.00 | $1,180.00 |
| 07/08/2025 | JEO | PD | Review issues related to confirmation and prepare for confirmation hearing | 1.00 | 1,475.00 | $1,475.00 |
| 07/08/2025 | JEO | PD | Review updated plan documents | 1.50 | 1,475.00 | $2,212.50 |
| 07/09/2025 | JEO | PD | Review amended agenda for confirmation hearing | 0.20 | 1,475.00 | $295.00 |
| 07/09/2025 | JEO | PD | Prepare for confirmation hearing | 1.30 | 1,475.00 | $1,917.50 |
| 07/10/2025 | JEO | PD | Prepare for confirmation hearing | 1.10 | 1,475.00 | $1,622.50 |
| 07/10/2025 | JEO | PD | Attend confirmation hearing | 0.60 | 1,475.00 | $885.00 |
| 07/10/2025 | JEO | PD | Review entered confirmation order | 0.70 | 1,475.00 | $1,032.50 |
| 07/16/2025 | JEO | PD | Review Notice of Effective Date | 0.50 | 1,475.00 | $737.50 |
|  |  |  |  | **7.70** |  | **$11,357.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$21,618.50**

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    7
Invoice 148890
July 31, 2025

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/02/2025 | LN | 46699.00002 Lexis Charges for 07-02-25 | 73.38 |
| 07/02/2025 | LN | 46699.00002 Lexis Charges for 07-02-25 | 14.41 |
| 07/07/2025 | RE | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 07/07/2025 | RE | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 07/07/2025 | RE | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 07/07/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/07/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/07/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/07/2025 | RE | SCAN/COPY ( 215 @0.10 PER PG) | 21.50 |
| 07/07/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/07/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/07/2025 | RE | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 07/07/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 07/07/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 07/07/2025 | RE | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 07/07/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/07/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/07/2025 | RE | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

JoAnn O.C.C.

Invoice 148890

Client 46699.00002

July 31, 2025

| | | | |
|---|---|---|---:|
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 07/07/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/07/2025 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 07/07/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/07/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/07/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/07/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/07/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 07/07/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/07/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/08/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/08/2025 | RE | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 07/08/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/08/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                                    Page:    9
JoAnn O.C.C.                                                                         Invoice 148890
Client 46699.00002                                                                   July 31, 2025

| | | | |
|---|---|---|---:|
| 07/08/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/08/2025 | RE | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 07/08/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/08/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/08/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/08/2025 | RE | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 07/08/2025 | RE | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 07/08/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 07/08/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/08/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/08/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/08/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/08/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/08/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/08/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/08/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/09/2025 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 07/09/2025 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 07/09/2025 | RE | SCAN/COPY ( 281 @0.10 PER PG) | 28.10 |
| 07/09/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/09/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/09/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 07/09/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/09/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/09/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 07/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/09/2025 | RE | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 07/09/2025 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 07/09/2025 | RE | SCAN/COPY ( 661 @0.10 PER PG) | 66.10 |

Pachulski Stang Ziehl & Jones LLP

Page:    10
Invoice 148890
July 31, 2025

JoAnn O.C.C.
Client 46699.00002

| | | | |
|---|---|---|---:|
| 07/09/2025 | RE | SCAN/COPY ( 119 @0.10 PER PG) | 11.90 |
| 07/09/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/10/2025 | RE | SCAN/COPY ( 181 @0.10 PER PG) | 18.10 |
| 07/10/2025 | RE | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 07/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/29/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/29/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/29/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/29/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/29/2025 | RE | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 07/29/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/29/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/29/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/29/2025 | RE | SCAN/COPY ( 263 @0.10 PER PG) | 26.30 |
| 07/29/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 07/29/2025 | RE | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 07/29/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/29/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/29/2025 | RE | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 07/29/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/29/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/29/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/29/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/29/2025 | RE | SCAN/COPY ( 105 @0.10 PER PG) | 10.50 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

JoAnn O.C.C.

Invoice 148890

Client 46699.00002

July 31, 2025

| | | | |
|---|---|---|---:|
| 07/29/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 07/29/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/29/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/29/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/29/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/29/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/29/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 07/29/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 07/29/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/29/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/29/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/29/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/29/2025 | RE | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 07/29/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/29/2025 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 07/29/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 07/29/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 07/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/29/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    12

JoAnn O.C.C.

Invoice 148890

Client 46699.00002

July 31, 2025

| | | | |
|---|---|---|---:|
| 07/29/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 07/29/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/29/2025 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 07/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/30/2025 | LN | 46699.00002 Lexis Charges for 07-30-25 | 1.02 |
| 07/30/2025 | LN | 46699.00002 Lexis Charges for 07-30-25 | 50.96 |
| 07/30/2025 | LN | 46699.00002 Lexis Charges for 07-30-25 | 1.02 |
| 07/30/2025 | LN | 46699.00002 Lexis Charges for 07-30-25 | 57.65 |
| 07/30/2025 | RE | SCAN/COPY ( 245 @0.10 PER PG) | 24.50 |
| 07/30/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/30/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/30/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/30/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/30/2025 | RE | SCAN/COPY ( 253 @0.10 PER PG) | 25.30 |
| 07/30/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/30/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 07/30/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/30/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/30/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/30/2025 | RE | SCAN/COPY ( 299 @0.10 PER PG) | 29.90 |
| 07/30/2025 | RE | SCAN/COPY ( 128 @0.10 PER PG) | 12.80 |
| 07/30/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/30/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/30/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/30/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/31/2025 | PAC | Pacer - Court Research | 137.80 |

**Total Expenses for this Matter**                                        **$856.54**

Pachulski Stang Ziehl & Jones LLP

JoAnn O.C.C.

Client 46699.00002

Page:    13

Invoice 148890

July 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  07/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 147254 | 05/31/2025 | $61,373.50 | $433.50 | $61,807.00 |
| 148875 | 06/30/2025 | $36,239.50 | $639.42 | $36,878.92 |

**Total Amount Due on Current and Prior Invoices:**                                                    **$121,160.96**