**EXHIBIT B**
**Detailed Summaries of Services Performed and**
**Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 16, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Sanjuro Kietlinski, Partner | $1,250 | 19.4 | $24,250.00 |
| Hughes Congleton, Vice President | $730 | 1.7 | $1,241.00 |
| Nick Steffen, Associate | $570 | 1.1 | $627.00 |
| **Grand Total** |  | **22.2** | **$26,118.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 2.1 | $2,625.00 |
| Claims Analysis and Objections | 7.2 | $8,116.00 |
| Committee Activities | 0.3 | $375.00 |
| Court Filings | 0.6 | $750.00 |
| Fee / Employment Applications | 1.4 | $1,002.00 |
| Plan and Disclosure Statement | 10.6 | $13,250.00 |
| **Grand Total** | **22.2** | **$26,118.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Meals | Working meals. | $20.00 |
| **Total Expenses** |  | **$20.00** |

4935-6236-2980.1 46699.00002

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2025 | Sanjuro Kietlinski | Reviewed status of claims reconciliation resolution matters. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 7/1/2025 | Sanjuro Kietlinski | Followed up with A&M re: 503b9. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 7/1/2025 | Sanjuro Kietlinski | Scrutinized assumption orders. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 7/1/2025 | Sanjuro Kietlinski | Analyzed BOL details re: 503b9 claims. | Claims Analysis and Objections | 1.60 | 1,250.00 | $2,000.00 |
| 7/1/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: remaining claims recon issues. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 7/1/2025 | Sanjuro Kietlinski | Reviewed BOL summary re: 503b9 claims. | Claims Analysis and Objections | 0.40 | 1,250.00 | $500.00 |
| 7/2/2025 | Sanjuro Kietlinski | Reviewed filed rejection orders. | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 7/7/2025 | Sanjuro Kietlinski | Corresponded with creditor and A&M re: claims rec matters. | Claims Analysis and Objections | 0.20 | 1,250.00 | $250.00 |
| 7/7/2025 | Sanjuro Kietlinski | Reviewed declaration of Craig Johnson (docket 1348). | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 7/8/2025 | Sanjuro Kietlinski | Reviewed follow up correspondence between A&M and creditor re: unresolved claims matters. | Claims Analysis and Objections | 0.10 | 1,250.00 | $125.00 |
| 7/9/2025 | Sanjuro Kietlinski | Corresponded with UCC member re: outstanding claims matters. | Committee Activities | 0.10 | 1,250.00 | $125.00 |
| 7/9/2025 | Sanjuro Kietlinski | Reviewed latest claims register. | Claims Analysis and Objections | 0.90 | 1,250.00 | $1,125.00 |
| 7/9/2025 | Sanjuro Kietlinski | Corresponded with KDW re: filed claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 7/9/2025 | Hughes Congleton | Corresponded with KDW & A&M re: claims register. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 7/9/2025 | Sanjuro Kietlinski | Corresponded with L. Conn re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 7/9/2025 | Sanjuro Kietlinski | Corresponded with A&M re: GUC trust matters. | Claims Analysis and Objections | 0.50 | 1,250.00 | $625.00 |
| 7/9/2025 | Hughes Congleton | Reviewed & analyzed latest claims register. | Claims Analysis and Objections | 1.50 | 730.00 | $1,095.00 |
| 7/9/2025 | Sanjuro Kietlinski | Reviewed KDW confirmation memo. | Plan and Disclosure Statement | 0.10 | 1,250.00 | $125.00 |
| 7/9/2025 | Sanjuro Kietlinski | Corresponded with trustee re: GUC trust matters. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 7/9/2025 | Sanjuro Kietlinski | Reviewed the redline to the second amended plan (docket 1354). | Plan and Disclosure Statement | 1.40 | 1,250.00 | $1,750.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: filed claims. | Claims Analysis and Objections | 0.30 | 1,250.00 | $375.00 |
| 7/10/2025 | Sanjuro Kietlinski | Reviewed the amended plan supplement (docket 1357). | Plan and Disclosure Statement | 2.20 | 1,250.00 | $2,750.00 |
| 7/10/2025 | Sanjuro Kietlinski | Reviewed the hearing agenda. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/10/2025 | Sanjuro Kietlinski | Reviewed the Nick Haughey Declaration in Support of Confirmation (docket 1356). | Plan and Disclosure Statement | 2.70 | 1,250.00 | $3,375.00 |
| 7/10/2025 | Sanjuro Kietlinski | Reviewed KDW confirmation update. | Plan and Disclosure Statement | 0.10 | 1,250.00 | $125.00 |
| 7/11/2025 | Sanjuro Kietlinski | Continued review of the memo in support of confirmation. | Plan and Disclosure Statement | 1.70 | 1,250.00 | $2,125.00 |
| 7/11/2025 | Sanjuro Kietlinski | Began review of the memorandum in support of confirmation (docket 1355). | Plan and Disclosure Statement | 2.40 | 1,250.00 | $3,000.00 |
| 7/14/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson and D. Laton re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 7/14/2025 | Sanjuro Kietlinski | Corresponded with M. McLoughlin re: admin matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/15/2025 | Nick Steffen | Reconciled fee application entries. | Fee / Employment Applications | 1.10 | 570.00 | $627.00 |
| 7/15/2025 | Sanjuro Kietlinski | Reviewed omnibus objections. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 7/15/2025 | Sanjuro Kietlinski | Reviewed rejection orders. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 7/16/2025 | Sanjuro Kietlinski | Reviewed the Tamarack objection (dckt 1413). | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 7/16/2025 | Sanjuro Kietlinski | Reviewed KDW UCC update. | Committee Activities | 0.10 | 1,250.00 | $125.00 |

## **EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 7/10/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| | **Total Expenses** | | **$20.00** |