# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 25-10068 (CTG) |
| JOANN INC., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Alan J. Lipkin of Chaffetz Lindsey LLP, 1700 Broadway, 33rd Floor, New York, NY 10019, to represent CRAFTY (AL) LLC in the above-captioned case and any and all adversary proceedings commenced therein.

Dated: August 28, 2025

/s/ Gregory W. Werkheiser
DORSEY & WHITNEY (DELAWARE) LLP
Gregory W. Werkheiser (DE Bar No. 3553)
300 Delaware Avenue
Suite 1010
Wilmington, DE  19801
Telephone: (302) 425-7171
Email: werkheiser.gregory@dorsey.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal EIN, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Courts of Appeals for the Second and Third Circuits, and the United States District Courts for the Eastern and Southern Districts of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for the District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 28, 2025               */s/ Alan J. Lipkin*
                                     Alan J. Lipkin
                                     CHAFFETZ LINDSEY LLP
                                     1700 Broadway, 33rd Floor
                                     New York, NY 10019
                                     Telephone: (212) 257-6922
                                     Email: a.lipkin@chaffetzlindsey.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that Alan J. Lipkin's motion for admission *pro hac vice* is GRANTED.

**Dated: September 2nd, 2025**           **CRAIG T. GOLDBLATT**
**Wilmington, Delaware**                 **UNITED STATES BANKRUPTCY JUDGE**

2