**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) )  Chapter 11 ) |
| JOANN INC., *et al.*, | )  Case No. 25-10068 (CTG) ) |
| Debtors. | )  (Jointly Administered) ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Philip K. Stovall, of Hahn Loeser & Parks LLP to represent Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., *et al.,* in this action.

Dated: August 29, 2025

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Email: preilley@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio, and the U.S. District Courts for the Southern and Northern Districts of Ohio, and the U.S. Court of Appeals for the Sixth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: August 29, 2025

*/s/ Philip K. Stovall*
Philip K. Stovall
**HAHN LOESER & PARKS LLP**
65 East State Street, Suite 2500
Columbus, OH 43215
Telephone: (614) 221-0240
Email: pstovall@hahnlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: September 2nd, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

70036/0001-51239543