IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>Obj. Deadline: Sept. 23, 2025, at 4:00 p.m. (ET)<br>Hearing Date: TBD |

**NOTICE OF COMBINED MONTHLY AND FINAL FEE APPLICATION OF
KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY PERIOD
FROM JULY 1, 2025 THROUGH JULY 16, 2025, AND (II) THE
FINAL PERIOD FROM JANUARY 15, 2025 THROUGH JULY 16, 2025**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 552] (the "**Interim Compensation Order**"), Kroll Restructuring Administration LLC filed the attached *Combined Monthly and Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (i) the Monthly Period from July 1, 2025 through July 16, 2025 and (ii) the Final Period from January 15, 2025 through July 16, 2025* (the "**Final Application**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Application, Kroll Restructuring Administration LLC seeks final allowance and approval of fees in the aggregate amount $57,232.17 and reimbursement of expenses in the amount of $434.25.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **September 23, 2025 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, New York 10007, Attn: Gabriel Brunswick.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801.

Dated:  September 2, 2025
         New York, New York            KROLL RESTRUCTURING ADMINISTRATION LLC

                                       */s/ Gabriel Brunswick*
                                       Gabriel Brunswick
                                       Associate General Counsel
                                       1 World Trade Center, 31st Floor
                                       New York, NY 10007
                                       Telephone: (212) 257-5450
                                       Email: gabriel.brunswick@kroll.com

                                       *Administrative Advisor to the Debtors*