IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 1483 and 1651** |

**WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR SEPTEMBER 9, 2025, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

GA Joann Retail Partnership, LLC ("Agent"), in its capacity as agent for the above-captioned debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this Witness and Exhibit List for the hearing to be held on September 9, 2025, at 1:00 p.m. (prevailing Eastern Time) (the "Hearing").

## WITNESSES

Agent may call the following witnesses at the Hearing:

1. Any persons listed or called by any other party.

2. Any impeachment witness.

3. Any rebuttal witness.

## EXHIBITS

1. Any exhibit listed or presented by any other party.

2. Any document or pleading filed in the above-captioned cases.

3. Any exhibit for impeachment and/or rebuttal purposes.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

47455/2
09/05/2025 315913514.1

## RESERVATION OF RIGHTS

Agent reserves the right to call or introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated  September 5, 2025
       Wilmington, Delaware

**CROSS & SIMON, LLC**

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
E-mail: csimon@crosslaw.com

- and -

**LOWENSTEIN SANDLER LLP**
Andrew Behlmann, Esq.
Michael Papandrea, Esq.
Carolyn Gauvin, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
E-mail: abehlmann@lowenstein.com
E-mail: mpapandrea@lowenstein.com
E-mail: cgauvin@lowenstein.com

*Counsel to GA Joann Retail Partnership, LLC*