**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**PLAN ADMINISTRATOR'S WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR SEPTEMBER 9, 2025 AT 1:00 P.M. (EASTERN TIME)**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") of the debtors (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), hereby files this Witness and Exhibit List for the hearing scheduled for September 9, 2025 at 1:00 p.m. (Eastern Time) (the "Hearing").

## WITNESSES

The Plan Administrator reserves the right to (1) cross-examine any witnesses called by any other party; (2) call any witnesses identified on any other party's witness list; (3) call any witnesses for impeachment or rebuttal purposes; and (4) call any foundation witnesses to authenticate or lay the foundation for any documentary evidence.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

## EXHIBITS

| EXHIBIT | DESCRIPTION | DISPOSITION AFTER HEARING |
|---|---|---|
| PA Exhibit 1 | Lease Agreement, dated June 7, 2021, by and between Crafty (AL) LLC as Landlord and Jo-Ann Stores, LLC, as Tenant [Docket No. 1651, Ex. 1] | |
| PA Exhibit 2 | Third Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases [Docket No. 713] | |
| | Any document or pleading filed in the above-captioned cases. | |
| | Any exhibit necessary or appropriate for impeachment, rebuttal, and/or demonstrative purposes. | |
| | Any exhibit identified by any other party. | |

## RESERVATION OF RIGHTS

The Plan Administrator reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated:  September 5, 2025
   Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
   snewman@coleschotz.com
   jdougherty@coleschotz.com
   mfitzpatrick@coleschotz.com

-and-

**HAHN LOESER & PARKS LLP**
Christopher B. Wick, Esquire (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, OH  44114
Telephone:  (216) 621-0150
Facsimile:  (216) 274-2488
cwick@hahnlaw.com

**HAHN LOESER & PARKS LLP**
Philip K. Stovall, Esquire (admitted *pro hac vice*)
65 East State Street, Suite 2500
Columbus, OH 43215
Telephone: (614) 221-0240
Facsimile:  (614) 233-5185
pstovall@hahnlaw.com

*Counsel for Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., et al.*