**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1699** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 9, 2025 AT 1:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## MATTER GOING FORWARD

1. Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief (Filed July 30, 2025) [Docket No. 1483]

    Related Documents:

    (a) Declaration of Sam Rubenstein in Support of Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] **Amendments appear in bold print.**

51210958

        Purchaser; and (III) Granting Related Relief (Filed July 30, 2025) [Docket No. 1484]

  (b)    Amended Notice of Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief (Filed August 22, 2025) [Docket No. 1628]

Objection Deadline:   August 25, 2025 at 4:00 p.m. (ET).

Responses Received:

  (a)    Plan Administrator's Objection to Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief (Filed August 25, 2025) [Docket No. 1651]

  (b)    Joinder of GA Joann Retail Partnership, LLC to Plan Administrator's Objection to Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief (Filed August 25, 2025) [Docket No. 1653]

  (c)    Landlord's Reply to: (A) Plan Administrator's Objection to Motion of Crafty (AL) LLC for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Purchaser; and (III) Granting Related Relief; and (B) GA Joann Retail Partnership, LLC's Joinder to Plan Administrator's Objection (Filed September 4, 2025) [Docket No. 1696]

  (d)    **[GA Joann Retail Partnership, LLC] Witness and Exhibit List for Hearing Scheduled for September 9, 2025, at 1:00 p.m. (prevailing Eastern Time) (Filed September 5, 2025) [Docket No. 1701]**

  (e)    **Plan Administrator's Witness and Exhibit List for Hearing Scheduled for September 9, 2025 at 1:00 p.m. (Eastern Time) (Filed September 5, 2025) [Docket No. 1705]**

  (f)    **Crafty (AL) LLC's Witness and Exhibit List for Hearing Scheduled for September 9, 2025, at 1:00 p.m. (ET) (Filed September 5, 2025) [Docket No. 1706]**

Status: This matter will be going forward.

Dated: September 8, 2025
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Jack M. Dougherty*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
      snewman@coleschotz.com
      jdougherty@coleschotz.com
      mfitzpatrick@coleschotz.com

-and-

**HAHN LOESER & PARKS LLP**
Christopher B. Wick, Esquire (admitted *pro hac vice*)
Philip K. Stovall, Esquire (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, OH  44114
Telephone:  (216) 621-0150
Facsimile:  (216) 274-2488
cwick@hahnlaw.com
pstovall@hahnlaw.com

*Counsel for Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., et al.*

51210958