IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al*.<br><br>         Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Nicole Fulfree to represent GA Joann Retail Partnership, LLC, in the above-captioned cases and any related adversary proceedings.

Date: September 8, 2025

                 **CROSS & SIMON, LLC**

                 */s/ Christopher P. Simon*
                 Christopher P. Simon (No. 3697)
                 1105 North Market Street, Suite 901
                 Wilmington, DE 19801
                 (302) 777-4200
                 csimon@crosslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New Jersey and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

                 */s/ Nicole Fulfree*
                 Nicole Fulfree
                 LOWENSTEIN SANDLER LLP
                 One Lowenstein Drive
                 Roseland, NJ 07068
                 (973) 597-2500
                 nfulfree@lowenstein.com
                 *Counsel to GA Joann Retail Partnership, LLC*

### ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

**Dated: September 8th, 2025**
**Wilmington, Delaware**

          **CRAIG T. GOLDBLATT**
          **UNITED STATES BANKRUPTCY JUDGE**