# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ROTH BROS., INC.'s MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Please take notice that Roth Bros., Inc. (a Sodexo Company) ("Roth Bros.") hereby withdraws its Motion for Expense Claim filed on August 4, 2025 [DI 1526].

| | |
|---|---|
| Dated: September 8, 2025<br>          Wilmington, Delaware | **BROWN NIMEROFF LLC**<br><br>By: */s/ Jami B. Nimeroff*<br>      Jami B. Nimeroff, Esquire<br>919 N. Market Street, Suite 420<br>Wilmington, Delaware 19801<br>T: (302) 428-8142<br>Email: jnimeroff@brownnimeroff.com<br><br>*Attorneys for Roth Bros., Inc., a Sodexo Company* |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings I, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

  I, Jami B. Nimeroff, hereby certify that on this 8th day of September, 2025 I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the US Bankruptcy Court using the CM/ECF system, which sent notification to all counsel and parties of record.

                   */s/ Jami B. Nimeroff*
                   Jami B. Nimeroff