## **CERTIFICATE OF SERVICE**

       I certify that on September 8, 2025, a true and correct copy of the foregoing document was served by email on the parties listed below and via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

Christopher Wick (cwick@hahnlaw.com)

Philip K. Stovall (pstovall@hahnlaw.com)

Patrick Reilley (preilley@coleschotz.com)

Stacy L. Newman (snewman@coleschotz.com)

Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com)

Andrew Behlmann (abehlmann@lowenstein.com)

Michael Papandrea (mpapandrea@lowenstein.com)

Carolyn Gauvin (cgauvin@lowenstein.com)

Nicole M. Fulfree (NFulfree@lowenstein.com)

                                         */s/ Gregory W. Werkheiser*
                                         Gregory W. Werkheiser (No. 3553)