# SIGN-IN SHEET

**JUDGE:** Goldblatt  **COURTROOM:** 7

**CASE NUMBER** 25-10068 **CASE NAME:** Joann, Inc.  **DATE:** 9/08/2025 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nicole Fulfree | Lowenstein Sandler LLP | GA Joann Retail Partners LLC |
| Patrick Reilley | Cole Schotz | Plan Administrator |
| Chris Wick | Hahn Loeser | " " |
| Phil Stovall | " " | " " |
| Christopher P. Simon | Cross & Simon | GA Joann Retail Partnership |
| Gregory Werkheiser | Dorsey | Crafty (A) LLC |

Joann Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Victoria | Argeroplos | Jackson Walker | Burlington Stores | Video and Audio |
| Andrew | Behlmann | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Luke | Brzozowski | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Malak | Doss | Glenn Agre | Party in Interest | Video and Audio |
| Will | Farmer | Jackson Walker LLP | Burlington Stores | Video and Audio |
| Michael | Fitzpatrick | Cole Schotz P.C. | Plan Administrator | Video and Audio |
| Carolyn | Gauvin | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Uday | Gorrepati | | | Audio Only |
| Taylor | Harrison | Media | | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Part in Interest | Video and Audio |
| Rebecca | Hollander | GA Joann Retail Partnership, LLC | Agent under Agency Agreement | Video and Audio |
| ALAN | LIPKIN | Chaffetz Lindsey | CRAFTY (AL) LLC | Video and Audio |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Party in Interest | Video and Audio |
| Michael | Papandrea | Lowenstein Sandler LLP | GA Group | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington Stores | Video and Audio |
| Amy | Pellegrino | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |
| videoconferencing | Videoconferencing | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |
| Blanka | Wolfe | | | Audio Only |