# Exhibit 1

## Assumed Contracts

| No. | Assignee | Landlord | Landlord Address | Store Number | Store Address | Description of Contract[5] | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | Dollar Tree Stores, Inc. | DT Ashley Crossing LLC | DT Ashley Crossing LLC c/o SITE Centers, 3300 Enterprise Parkway Attn: Executive Vice President-Leasing Beachwood, OH 44122 | 2328 | 2243 Ashley Crossing Dr, Suite C Charleston, SC | June 18, 2012 Lease Agreement between Jo-Ann Stores, LLC and DT Ashley Crossing LLC | $5,000.00 | As soon as practicable following entry of the Order |

---

[5] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.