**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS OF MORRIS JAMES LLP

**PLEASE TAKE NOTICE** that as of September 8, 2025, the mailing address of Morris James LLP ("Morris James"), counsel to Wilmington Savings Fund Society, FSB ("WSFS") as Prepetition Term Loan Agent in the above-captioned cases, has changed to:

**Morris James LLP**
**3205 Avenue North Blvd., Suite 100**
**Wilmington, DE 19803**

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Morris James' new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Morris James are to be directed to the new address.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

17527756/1

Dated: September 12, 2025

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Christopher M. Donnelly (DE Bar No. 7149)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  emonzo@morrisjames.com
　　　　bkeilson@morrisjames.com
　　　　cdonnelly@morrisjames.com

*Counsel to Wilmington Savings Fund Society, FSB as Prepetition Term Loan Agent*

2

17527756/1