# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF BRETT D. GOODMAN AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that Brett D. Goodman, an attorney admitted to practice *pro hac vice* in the United States Bankruptcy Court for the District of Delaware, appeared in the above-captioned cases on behalf of Wilmington Savings Fund Society, FSB as Prepetition Term Loan Agent ("WSFS") as a partner of the law firm ArentFox Schiff LLP ("ArentFox Schiff").

**PLEASE TAKE FURTHER NOTICE** that Brett D. Goodman is leaving ArentFox Schiff, effective as of Friday, September 12, 2025, and requests to be removed as attorney of record for WSFS or any other party from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings due to his disassociation from ArentFox Schiff.

**PLEASE TAKE FURTHER NOTICE** that attorneys of record Jeffrey R. Gleit and Matthew R. Bentley, Esqs. of ArentFox Schiff and Eric J. Monzo, Brya M. Keilson, and Christopher M. Donnelly, Esqs. of Morris James LLP will continue to serve as counsel for WSFS, and WSFS therefore will suffer no interruption in its representation in these cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

AFSDOCS:303676522.1

- 2 -

| | |
|---|---|
| Dated: September 12, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail:    emonzo@morrisjames.com<br>              bkeilson@morrisjames.com<br>              cdonnelly@morrisjames.com<br><br>-and-<br><br>**ARENTFOX SCHIFF LLP**<br>Jeffrey R. Gleit (admitted *pro hac vice*)<br>Brett D. Goodman (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>E-mail:    Jeffrey.Gleit@afslaw.com<br>              Brett.Goodman@afslaw.com<br><br>-and-<br><br>Matthew R. Bentley (admitted *pro hac vice*)<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>E-mail:    Matthew.Bentley@afslaw.com<br><br>*Counsel for Wilmington Savings Fund Society, FSB as Prepetition Term Loan Agent* |

AFSDOCS:303676522.1