## Exhibit 1

**Reduced and Reclassified Claims**

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 1 - Reduced and Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|------|---------|--------|---------------------------|--------|--------|---------------------------|--------|
| ENCHANTE ACCESSORIES INC. [4] 149 MADISON AVE. FL. 12 NEW YORK, NY 10016 | 10326 | Jo-Ann Stores, LLC | 503(b)(9) | $301,297.80 | Jo-Ann Stores, LLC | 503(b)(9) | $116,626.26 |
| | | Jo-Ann Stores, LLC | Unsecured | $2,092,794.93 | Jo-Ann Stores, LLC | Unsecured | $2,277,466.47 |
| | | | Subtotal | $2,394,092.73 | | Subtotal | $2,394,092.73 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, invoices for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

*Indicates claim contains unliquidated and/or undetermined amounts

2