# Exhibit 1

## Reduced and Reclassified Claims

JOANN Inc. Case No. 25-10068
Ninth Omnibus Substantive Claims Objection
Ex. 1 - Reduced and Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | COLART AMERICAS INC. ATTENTION TO: TIMOTHY T. BROCK, ESQ. DUANE MORRIS LLP 230 PARK AVENUE SUITE 1130 NEW YORK, NY 10169 | 10571 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured | $71,420.47<br>$304,435.34 | Jo-Ann Stores, LLC<br>Jo-Ann Stores, LLC | 503(b)(9)<br>Unsecured | $42,568.45<br>$333,287.36 |
| | | | | Subtotal | $375,855.81 | | Subtotal | $375,855.81 |

Reason: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, invoices for which are ineligible for 503(b)(9) priority status. In addition, certain invoices are tied to purchase orders for which goods were never received by the debtor. Therefore, these invoices do not qualify for 503(b)(9) priority treatment.

1