**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1737** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| October 24, 2025 | 2:00 p.m. (ET) |

*[signature]*

**Dated: September 17th, 2025
Wilmington, Delaware**

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**