**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| | (Jointly Administered) |
| Debtors. | Related Docket No. 1636, 1747 |

**AMENDED CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FOURTH COMBINED MONTHLY FEE STATEMENT OF KELLEY DRYE & WARREN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2025 THROUGH JULY 16, 2025**

The undersigned hereby certifies that:

1. On August 25, 2025, Kelley Drye & Warren LLP ("Kelley Drye"), as lead counsel for the Official Committee of Unsecured Creditors (the "Committee") filed and served its *Fourth Combined Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 Through and Including July 16, 2025* [Docket No. 1636] (the "Application").

2. Objections to the Application were to be filed and served no later than September 15, 2025 by 4:00 p.m. (Eastern Time) (the "Objection Deadline"). Prior to the Objection Deadline, the office of the United States Trustee (the "U.S. Trustee") provided informal comments to the Application. Kelley Drye voluntarily reduced their total fee request in the amount of $2,110.50.

---

[1] The Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

4915-5352-5098.1 46699.00002

3. The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no other objections or comments to the Application have been received by the undersigned counsel.

4. Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 552], the Debtors are authorized to pay Kelley Drye $209,308.40, which represents 80% of the fees ($261,635.50, including the Fee Reduction), and $330.23 which represents 100% of the expenses, for a total payment of $209,638.63 for the period from May 1, 2025 through July 16, 2025, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

*[Remainder of page intentionally left blank]*

Dated:  September 22, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: *James E. O'Neill*
   Bradford J. Sandler (DE Bar No. 4142)
   James E. O'Neill (DE Bar No. 4042)
   919 North Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE 19801
   Telephone:  (302) 652-4100
   Facsimile: (302) 652-4400
   Email: bsandler@pszjlaw.com
      joneill@pszjlaw.com

- and –

**KELLEY DRYE & WARREN LLP**
Jason R. Adams (admitted *pro hac vice*)
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email:   jadams@kelleydrye.com
      ewilson@kelleydrye.com
      mmcloughlin@kelleydrye.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

4915-5352-5098.1 46699.00002