# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: October 24, 2025 at 2:00 p.m. (ET)** |
| | ) | **Obj Deadline: October 8, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF HEARING REGARDING MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES, (II) MODIFYING CASE CAPTION AND DIRECTING ADMINISTRATION IN THE LEAD CASE, (III) MODIFYING RULE 2002 SERVICE LIST, AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 24, 2025, Ann Aber (the "Plan Administrator"), solely in her capacity as Plan Administrator under the confirmed *Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1353] of the above-captioned debtors (collectively, the "Debtors") filed the *Motion of Plan Administrator for Entry of an Order (I) Closing Certain Chapter 11 Cases, (II) Modifying Case Caption and Directing Administration in the Lead Case, (III) Modifying Rule 2002 Service List, and (IV) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is being served with this notice.  A copy of the Motion is also available on (i) the Court's website: www.deb.uscourts.gov and (ii) the website maintained by the Debtors' claims and noticing agent, Kroll Restructuring, LLC: https://cases.ra.kroll.com/Joann2025/Home-DocketInfo.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **October 24, 2025, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing")** before The Honorable Craig T. Goldblatt, U.S. Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 3rd Floor, Courtroom No. 7, 824 North Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel, so as to be received on or **before 4:00 p.m. (prevailing Eastern Time) on October 8, 2025 (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 24, 2025
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:       preilley@coleschotz.com
             snewman@coleschotz.com
             jdougherty@coleschotz.com
             mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:       cwick@hahnlaw.com
             pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*