**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 5, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Christopher Lindquist, (ADRID: 29913780), at an address that has been redacted in the interest of privacy:

- Notice of Auction for the Sale of the Debtors' Assets [Docket No. 448]

On August 5, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on SVP Sewing Brands LLC, (ADRID: 30208089), 300 2nd Ave S Ste 300, Nashville, TN, 37201-2311:

- Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [Docket No. 561]

On August 5, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Clearview Library District, (ADRID: 30212170), 1194 W Ash St Ste A, Windsor, CO, 80550-4608:

- Seventh Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases [Docket No. 1135]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

On August 5, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Fancy Tiger Inc, (ADRID: 30432215), DBA Fancy Tiger Crafts, 3421 S Broadway, Englewood, CO, 80113-2528:

- Eighth Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases [Docket No. 1136]

On August 5, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Maria Carluccio, (ADRID: 30432278), at an address that has been redacted in the interest of privacy:

- Eleventh Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases [Docket No. 1139]

On August 5, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Oregon Public Library, (ADRID: 30432314), 200 N Alpine Pkwy, Oregon, WI, 53575-3115:

- Twelfth Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases [Docket No. 1140]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Boulder Public Library, (ADRID: 30432179), 1001 Arapahoe Ave, Boulder, CO, 80302-6015:

- Sixth Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Docket No. 975]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Clearview Library District, (ADRID: 30212170), 1194 W Ash St Ste A, Windsor, CO, 80550-4608:

- Seventh Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Docket No. 976]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Hello Lucky LLC, (ADRID: 29922551), 977 Howard Street, San Francisco, CA, 94103:

- Ninth Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Docket No. 978]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on JW Player/Longtail, (ADRID: 30432248), JW Player, 530 7th Ave, 19th Floor, New York, NY, 10018:

- Tenth Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Docket No. 979]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Pembroke Public Library, (ADRID: 30432131), 237 Victoria Street, Pembroke, ON, K8A 4K5, Canada:

- Twelfth Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Docket No. 981]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Recurly, (ADRID: 30432329), 201 Spear Street, Suite 1100, San Francisco, CA, 94105:

- Thirteenth Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Docket No. 982]

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Cupixel, (ADRID: 30260437), 1234 Chestnut St, Newton, MA, 02464:

- Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) [Docket No. 1071]

Dated: September 19, 2025

                                              */s/ Paul Pullo*
                                              Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 19, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

3