# EXHIBIT A

**Supplemental Invoices**

**July 17, 2025 through and including September 23, 2025**

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

August 14, 2025
Invoice No. 2938219

| 030608 | JOANN Committee |
|---|---|
| 0004 | Fee Matters |

## Account Summary And Remittance Form

| | |
|---|---:|
| Legal Services: | $4,379.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$4,379.50** |

## Terms: Payment Due on or Before    September 13, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** 135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**                                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

August 14, 2025
Invoice No. 2938219

Client   030608
Matter 0004   Fee Matters

Attorney: 05395                                                                                                    Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | Emails with A. Bates (PSZJ) regarding CNO for KDW April fee statement (.2); edit draft CNO (.1). | JC | 0.30 | $220.50 |
| 07/01/25 | Email with J. Churchill (KDW) regarding KDW May monthly fee statement. | TB | 0.20 | 80.00 |
| 07/02/25 | Email correspondence with J. Churchill and C. Choe (both KDW) regarding KDW May monthly fee statement (.2); begin drafting same (1.3). | TB | 1.50 | 600.00 |
| 07/06/25 | Review KDW prebills for June time for reasonableness and preparation of next fee statement. | JRA | 0.40 | 460.00 |
| 07/08/25 | Review May invoices for redactions in connection with finalizing KDW monthly fee statement. | JC | 0.70 | 514.50 |
| 07/09/25 | Review invoices for June and emails with T. Burns and J. Churchill (both KDW) on next steps for fee application. | CC | 0.20 | 157.00 |
| 07/09/25 | Email correspondence with C. Choe and J. Churchill (both KDW) regarding KDW June | TB | 0.20 | 80.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
August 14, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | fee statement. | | | |
| 07/14/25 | Instruction to J. Churchill and T. Burns (both KDW) regarding monthly fee statements for May and June time. | CC | 0.20 | 157.00 |
| 07/22/25 | Calculate payments received to date against filed fee statements (.2); request fee to date breakdown from accounting (.1); same from PSZJ (.2). | JC | 0.50 | 367.50 |
| 07/22/25 | Correspondence with S. Kietlinski (Province) regarding final fee applications and fee payments from professional fee escrow (.2); follow up with C. Choe (KDW) on same (.1). | JRA | 0.30 | 345.00 |
| 07/22/25 | Review plan for provision on professional fee escrow (.3); emails with J. Adams and J. Churchill (both KDW) on status of monthly fee application and timing for same (.4). | CC | 0.70 | 549.50 |
| 07/23/25 | Emails with C. Choe (KDW) regarding fee provisions in plan and final fee applications. | JC | 0.20 | 147.00 |
| 07/23/25 | Emails with KDW team regarding fees and payment on May monthly (.2); review sale order and plan for allocation regarding pre-and post-closing fees for UCC professionals (.3); emails with debtors' counsel and Province regarding payment for May fees (.3). | CC | 0.80 | 628.00 |
| 07/30/25 | Emails with T. Burns (KDW) regarding KDW May/June fee application. | JC | 0.10 | 73.50 |
| Total Services for this Matter: | | | | 4,379.50 |

**KELLEY DRYE & WARREN LLP**                                FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
August 14, 2025
Page  3

---

| **Date** | **Description** | **Tkpr** | **Hours** | **Amount** |
|---|---|---|---|---|
| Total this Invoice | | | | $4,379.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
August 14, 2025
Page  4

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| CC | Choe, Connie | 1.90 | 785.00 | $1,491.50 |
| JC | Churchill, John | 1.80 | 735.00 | 1,323.00 |
| JRA | Adams, Jason | 0.70 | 1,150.00 | 805.00 |
| TB | Burns, Tom | 1.90 | 400.00 | 760.00 |

**PAYMENT BY CHECK:**                                              **PAYMENT BY WIRE:**

KELLEY DRYE & WARREN LLP                         KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT                P.O. BOX 24652
3 WORLD TRADE CENTER                                  NEW YORK, NY 10087-4652
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**KELLEY DRYE & WARREN LLP**  FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

September 16, 2025
Invoice No. 2940940

| 030608 | JOANN Committee |
| 0004 | Fee Matters |

## Account Summary And Remittance Form

Legal Services: $16,939.00

Disbursements and Other Charges: $0.00

Total Amount Due: **$16,939.00**

## Terms: Payment Due on or Before  October 16, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**
**BANK:**   JP MORGAN CHASE, N.A.
**ABA #:**   021-000-021
**SWIFT CODE:** CHASUS33
**ACCOUNT NAME:** KELLEY DRYE & WARREN LLP
**ACCOUNT #:** 135-046110
**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER AS PAYMENT REFERENCE**

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | | AFFILIATE OFFICE: |
| --- | --- | --- | --- |
| LOS ANGELES | STAMFORD | | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | | |
| HOUSTON | | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

September 16, 2025
Invoice No. 2940940

Client   030608
Matter 0004   Fee Matters

---

Attorney: 05395                                                                                                   Page 1

| Date | Description | Tkpr | Hours | Amount |
| --- | --- | --- | --- | --- |
| 08/01/25 | Emails with T. Burns (KDW) regarding KDW May/June fee application. | JC | 0.10 | $73.50 |
| 08/01/25 | Email correspondence with J. Churchill (KDW) regarding further revisions to KDW fourth monthly fee statement. | TB | 0.20 | 80.00 |
| 08/06/25 | Email with J. Churchill regarding KDW May and June fee statement (.2); draft combined fee statement for May and June (1.7). | TB | 1.90 | 760.00 |
| 08/07/25 | Continue drafting KDW fourth monthly fee statement. | TB | 0.20 | 80.00 |
| 08/12/25 | Coordinate with J. Churchill (KDW) on filing KDW combined monthly fee application and timing for final fee application. | CC | 0.20 | 157.00 |
| 08/12/25 | Emails with M. McLoughlin (KDW) regarding July invoices and final fee application. | JC | 0.20 | 147.00 |
| 08/13/25 | Email correspondence with J. Churchill (KDW) regarding KDW monthly fee application and final fee application | TB | 0.40 | 160.00 |
| 08/15/25 | Instruction to T. Burns (KDW) on drafting KDW final fee application. | JC | 0.20 | 147.00 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
September 16, 2025
Page  2

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 08/19/25 | Email correspondence with M. McLoughlin (KDW) regarding KDW July fee statement and final fee application (.4); revise KDW fourth combined monthly fee statement (2.5); email correspondence with J. Churchill (KDW) regarding same (.2). | TB | 3.10 | 1240.00 |
| 08/21/25 | Review KDW May (.4), June (.4) and July (.2) invoices for redactions; reconcile KDW May (.7), June (.7) and July (.5) invoices to fee application worksheet; reconcile fee application worksheet to draft 4th monthly application (.4); Update monthly fee application narratives (1.5); create exhibits to fee application (.1). | JC | 4.90 | 3601.50 |
| 08/21/25 | Preliminary review of KDW May, June, July combined monthly fee statement (.3); emails with J. Churchill (KDW) regarding final fee app (.1); emails with Pachulski and Province teams regarding final fee apps (.1). | MJM | 0.50 | 530.00 |
| 08/21/25 | Draft KDW final fee application (3.1); Email correspondence with J. Churchill (KDW) regarding same (.2). | TB | 3.30 | 1320.00 |
| 08/22/25 | Revise KDW May, June, and July combined monthly fee statement. | MJM | 1.90 | 2014.00 |
| 08/22/25 | Review KDW final fee application worksheet calculations for accuracy (1.0); reconcile worksheet to draft final fee application (.4); | JC | 2.60 | 1911.00 |

**KELLEY DRYE & WARREN LLP**

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
September 16, 2025
Page  3

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| | update final fee application (1.0); emails with accounting regarding payments received (.1); review M. McLoughlin (KDW) comments to KDW 4th monthly fee application for updates to final fee application (.1). | | | |
| 08/25/25 | Finalize KDW 4th monthly fee statement for filing. | JC | 0.30 | 220.50 |
| 08/26/25 | Revise KDW final fee application (2.4); emails with J. Churchill (KDW) regarding additional changes (.2). | MJM | 2.60 | 2756.00 |
| 08/27/25 | Review M. McLoughlin (KDW) comments to KDW final fee application (.3) and update (.7). | JC | 1.00 | 735.00 |
| 08/27/25 | Further revise KDW final fee application. | MJM | 0.50 | 530.00 |
| 08/28/25 | Emails with M. McLoughlin (KDW) and M. Girello (UST) regarding fee reduction (.1); cross-reference fee application (.1). | ERW | 0.20 | 256.00 |
| 08/29/25 | Prepare KDW final fee application for filing. | JC | 0.30 | 220.50 |
| Total Services for this Matter: | | | | 16,939.00 |
| Total this Invoice | | | | $16,939.00 |

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
| --- | --- | --- |
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | PARSIPPANY | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
September 16, 2025
Page  4

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| CC | Choe, Connie | 0.20 | 785.00 | $157.00 |
| ERW | Wilson, Eric | 0.20 | 1,280.00 | 256.00 |
| JC | Churchill, John | 9.60 | 735.00 | 7,056.00 |
| MJM | McLoughlin, Maeghan J | 5.50 | 1,060.00 | 5,830.00 |
| TB | Burns, Tom | 9.10 | 400.00 | 3,640.00 |

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652

**KELLEY DRYE & WARREN LLP**                    FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE  OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | MADISON, N.J. | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

September 23, 2025<br>Invoice No. 2941444

| 030608 | JOANN Committee |
|---|---|
| 0004 | Fee Matters |

## Account Summary And Remittance Form

| | |
|---|---:|
| Legal Services: | $2,278.50 |
| Disbursements and Other Charges: | $0.00 |
| **Total Amount Due:** | **$2,278.50** |

## Terms: Payment Due on or Before   October 23, 2025

## Please Return This Page With Your Payment

**PAYMENT BY WIRE OR ACH IS PREFERRED:**

| | |
|---|---|
| **BANK:**   JP MORGAN CHASE, N.A. | **PAYMENT BY CHECK:** |
| **ABA #:**   021-000-021 | KELLEY DRYE & WARREN LLP |
| **SWIFT CODE:** CHASUS33 | P.O. BOX 24652 |
| **ACCOUNT NAME:** KELLEY DRYE & WARREN LLP | NEW YORK, NY 10087-4652 |
| **ACCOUNT #:** 135-046110 | |

**PLEASE INDICATE CLIENT, MATTER AND INVOICE NUMBER
AS PAYMENT REFERENCE**

**KELLEY DRYE & WARREN LLP**                                     FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | MADISON, N.J. | |
| HOUSTON | | |

JOANN Committee
Attn: Eric Wilson
c/o Eric Wilson
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

September 23, 2025
Invoice No. 2941444

Client   030608
Matter 0004   Fee Matters

---

Attorney: 05395                                                                                           Page 1

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 09/18/25 | Edits to CNO for 4th monthly fee statement. | JC | 0.20 | $147.00 |
| 09/23/25 | Draft supplement to final fee application (1.2); call with M. McLoughlin to discuss final invoices (.1); review final invoices (.3); finalize fee application (1.0); review final fee order (.3). | JC | 2.90 | 2131.50 |
| Total Services for this Matter: | | | | 2,278.50 |
| Total this Invoice | | | | $2,278.50 |

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

| WASHINGTON | NEW YORK | AFFILIATE OFFICE: |
|---|---|---|
| LOS ANGELES | STAMFORD | MUMBAI, INDIA |
| CHICAGO | MADISON, N.J. | |
| HOUSTON | | |

JOANN Committee
Client   030608
Matter 0004
September 23, 2025
Page  2

---

| **Tkpr** | **Timekeeper** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| JC | Churchill, John | 3.10 | 735.00 | $2,278.50 |

**PAYMENT BY CHECK:**
KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPARTMENT
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NEW YORK 10007
(212) 808-7800

**PAYMENT BY WIRE:**
KELLEY DRYE & WARREN LLP
P.O. BOX 24652
NEW YORK, NY 10087-4652