# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1677** |

**SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JANUARY 31, 2025 THROUGH JULY 16, 2025**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), co-counsel for the official committee of unsecured creditors (the "Committee") hereby submits this supplement (the "Supplement") to its *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period of January 31, 2025 Through July 16, 2025* [Docket No. 1677] (the "Final Application").

## Supplement

1. PSZJ filed its Final Application on August 29, 2025, seeking (1) final compensation for the reasonable and necessary services rendered to the Committee in the amount of $449,030.50, reimbursement for actual and necessary expenses in the amount of $5,255.92

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

incurred and billed between January 31, 2025 through July 16, 2025, and (2) compensation in the estimated amount of $20,000 through the hearing on the Final Application, for a total allowance of compensation in the amount of $469,030.50 and expenses in the amount of $5,255.92.

2. PSZJ received informal comments from the U.S. Trustee in connection with the Final Application and as a result, PSZJ reduced its expense request by $471.45 for an aggregate expense request in the amount of $4,784.47. The U.S. Trustee did not have any comments on PSZJ's fee request.

3. Attached hereto as **Exhibit A** is the Firm's supplemental invoice reflecting time entries through August 31, 2025 for which PSZ&J seeks approval that were not already included in the Final Application in the amount $24,187.00 and out-of-pocket expenses in the amount of $0.00, for a total of $24,187.00 (the "Supplemental Fees"). The fees incurred relate to the preparation of the Final Fee Application and the final fee applications of other Committee professionals and also include certain fees in the final period which were not included in the Final Fee Application. PSZJ will waive any fees above the $20,000.00 estimate included in the Final Fee Application.

WHEREFORE, PSZJ respectfully requests that, for the period January 31, 2025 through August 31, 2025, a final allowance be made to PSZJ for compensation in the amount of $469,030.50 actual and necessary expenses in the amount of $4,784.47 for a total allowance of $473,814.97 and that the Debtors be authorized and directed to pay to PSZJ the outstanding amount of such sums; and for such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: September 24, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | By: */s/ James E. O'Neill* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | joneill@pszjlaw.com |
| | |
| | *Co-Counsel to the Official Committee of Unsecured Creditors* |