**EXHIBIT A**

**Supplemental Time Records 7/17/25 – 8/31/25**



919 North Market Street
17th Floor
Wilmington, DE  19801

JoAnn O.C.C.
-

August 31, 2025
Invoice   149224
Client    46699.00002

RE:   Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2025**

| | |
|---|---:|
| FEES | $24,187.00 |
| **TOTAL CURRENT CHARGES** | **$24,187.00** |
| **BALANCE FORWARD** | **$121,160.96** |
| **TOTAL BALANCE DUE** | **$145,347.96** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
JoAnn O.C.C.  Invoice 149224
Client 46699.00002  August 31, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 2.60 | $4,927.00 |
| JEO | O'Neill, James E. | Partner | 1,475.00 | 6.80 | $10,030.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 14.20 | $9,230.00 |
|  |  |  |  | 23.60 | $24,187.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
JoAnn O.C.C.  Invoice 149224
Client 46699.00002  August 31, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration | 0.50 | $947.50 |
| CO | Claims Administration and Objections | 1.00 | $1,895.00 |
| CP | PSZJ Compensation | 13.90 | $10,685.00 |
| CPO | Other Professional Compensation | 7.30 | $8,954.00 |
| PD | Plan and Disclosure Statement | 0.80 | $1,516.00 |
| RFS | Relief from Stay | 0.10 | $189.50 |
| | | 23.60 | $24,187.00 |

Pachulski Stang Ziehl & Jones LLP                                                    Page:    4
JoAnn O.C.C.                                                                          Invoice 149224
Client 46699.00002                                                                    August 31, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Case Administration**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/19/2025 | BJS | CA | Review Agenda and discuss with J. O'Neill | 0.10 | 1,895.00 | $189.50 |
| 06/20/2025 | BJS | CA | Review critical dates and discuss with Attention to A.Bates | 0.10 | 1,895.00 | $189.50 |
| 07/15/2025 | BJS | CA | Attention to issues | 0.30 | 1,895.00 | $568.50 |
|  |  |  |  | **0.50** |  | **$947.50** |

**Claims Administration and Objections**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2025 | BJS | CO | Review Wishire Motion | 0.20 | 1,895.00 | $379.00 |
| 06/20/2025 | BJS | CO | Attention to claims | 0.10 | 1,895.00 | $189.50 |
| 06/23/2025 | BJS | CO | Review Tamarack's motion | 0.10 | 1,895.00 | $189.50 |
| 06/30/2025 | BJS | CO | Attention to Boot Barn litigation | 0.10 | 1,895.00 | $189.50 |
| 06/30/2025 | BJS | CO | Attention to claim objections | 0.30 | 1,895.00 | $568.50 |
| 07/07/2025 | BJS | CO | Attention to claim objections | 0.10 | 1,895.00 | $189.50 |
| 07/09/2025 | BJS | CO | Review OOCL's motion | 0.10 | 1,895.00 | $189.50 |
|  |  |  |  | **1.00** |  | **$1,895.00** |

**PSZJ Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/21/2025 | ATB | CP | Initial draft of final fee application; calculate fees and expenses re: same. | 1.10 | 650.00 | $715.00 |
| 08/22/2025 | ATB | CP | Email PSZJ May ledes files to UST. | 0.20 | 650.00 | $130.00 |
| 08/22/2025 | ATB | CP | Draft PSZJ final fee application. | 2.00 | 650.00 | $1,300.00 |
| 08/22/2025 | ATB | CP | Draft June monthly fee statement; file and serve same. | 1.40 | 650.00 | $910.00 |
| 08/22/2025 | JEO | CP | Work on June monthly fee application for PSZJ | 0.60 | 1,475.00 | $885.00 |
| 08/25/2025 | ATB | CP | Draft final fee application. | 2.20 | 650.00 | $1,430.00 |
| 08/25/2025 | JEO | CP | Review and finalize PSZJ monthly fee application | 0.50 | 1,475.00 | $737.50 |
| 08/26/2025 | ATB | CP | Finalize final fee application. | 1.30 | 650.00 | $845.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
JoAnn O.C.C.  Invoice 149224
Client 46699.00002  August 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/29/2025 | ATB | CP | Finalize PSZJ final fee application; finalize file and serve KDW final fee application; draft notice for Province final fee application file and serve same. | 3.70 | 650.00 | $2,405.00 |
| 08/29/2025 | JEO | CP | Review and finalize PSZJ final fee application | 0.90 | 1,475.00 | $1,327.50 |
| | | | | **13.90** | | **$10,685.00** |

**Other Professional Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/09/2025 | BJS | CPO | Review KDW fee app | 0.10 | 1,895.00 | $189.50 |
| 06/23/2025 | BJS | CPO | Various email with J. O'Neill regarding fee apps and omnibus hearing | 0.10 | 1,895.00 | $189.50 |
| 07/17/2025 | ATB | CPO | CNO Province May monthly; correspond with S. Kietlinski re: deadline to file final fee application. | 0.70 | 650.00 | $455.00 |
| 08/07/2025 | ATB | CPO | File and serve Province June fee application. | 0.40 | 650.00 | $260.00 |
| 08/21/2025 | JEO | CPO | Review issues related to final fee applications | 1.50 | 1,475.00 | $2,212.50 |
| 08/22/2025 | JEO | CPO | Work on issues related to final fee applications | 1.50 | 1,475.00 | $2,212.50 |
| 08/25/2025 | ATB | CPO | File and serve KDW combined monthly (May-July) fee application; email ledes files to UST. | 0.80 | 650.00 | $520.00 |
| 08/25/2025 | JEO | CPO | Review and finalize KDW monthly fee app | 0.60 | 1,475.00 | $885.00 |
| 08/29/2025 | ATB | CPO | Draft and file CNO re: Province June monthly. | 0.40 | 650.00 | $260.00 |
| 08/29/2025 | JEO | CPO | Review and finalize KWD final fee application | 0.80 | 1,475.00 | $1,180.00 |
| 08/29/2025 | JEO | CPO | Review status of Province monthly fee application and review CNO | 0.40 | 1,475.00 | $590.00 |
| | | | | **7.30** | | **$8,954.00** |

**Plan and Disclosure Statement**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2025 | BJS | PD | Various email with E Schnitzer regarding voting | 0.10 | 1,895.00 | $189.50 |
| 06/21/2025 | BJS | PD | Review plan supplement | 0.30 | 1,895.00 | $568.50 |
| 06/25/2025 | BJS | PD | Various email with L Levy regarding plan issues | 0.30 | 1,895.00 | $568.50 |
| 06/26/2025 | BJS | PD | Various email with L Levy regarding plan voting | 0.10 | 1,895.00 | $189.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 6 |
| JoAnn O.C.C. | | | | | Invoice 149224 | |
| Client 46699.00002 | | | | | August 31, 2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 0.80 | **$1,516.00** |

**Relief from Stay**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/11/2025 | BJS | RFS | Attention to Lesitico Stay Relief motion | 0.10 | 1,895.00 | $189.50 |
| | | | | 0.10 | | **$189.50** |

**TOTAL SERVICES FOR THIS MATTER:** $24,187.00

Pachulski Stang Ziehl & Jones LLP  Page: 7
JoAnn O.C.C.  Invoice 149224
Client 46699.00002  August 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 08/31/2025**         **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 147254 | 05/31/2025 | $61,373.50 | $433.50 | $61,807.00 |
| 148875 | 06/30/2025 | $36,239.50 | $639.42 | $36,878.92 |
| 148890 | 07/31/2025 | $21,618.50 | $856.54 | $22,475.04 |

**Total Amount Due on Current and Prior Invoices:**  **$145,347.96**