**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.,*[1] | ) | Case No. 25-10068 (CTG) |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 24th day of September, 2025, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

> **SUPPLEMENT TO FINAL FEE APPLICATION OF PACHULSKI STANG
> ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR
> SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
> INCURRED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
> UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 30,
> 2025 THROUGH AND INCLUDING JULY 16, 2025.**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1]    The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative
Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto
Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores
Support Center, Inc.

JOANN INC., 2002 Service List FCM/Email
Case No. 25-10068 (CTG)
Document no. 4907-8181-9161
30 – First Class Mail
235 – Electronic Mail

*(COMMITTEE OF UNSECURED
CREDITORS)*
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: BRADFORD J. SANDLER, ESQ.,
JAMES E. O'NEILL,  ESQ.
919 NORTH MARKET STREET, 17TH
FLOOR
P.O. BOX 8705
WILMINGTON  19899-8705
**EMAIL:  BSANDLER@PSZJLAW.COM
JONEILL@PSZJLAW.COM**

*FIRST CLASS MAIL*
*(DEBTORS)*
JOANN INC.
ATTN: ANN ABER, EVP, CHIEF LEGAL
AND HUMAN RESOURCES OFFICER
5555 DARROW ROAD
HUDSON  OH  44236

*FIRST CLASS MAIL*
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 PENNSYLVANIA AVE NW
WASHINGTON  DC  20004-2541

*FIRST CLASS MAIL*
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA  PA  19101-7346

*FIRST CLASS MAIL*
UNITED STATES DEPARTMENT OF
JUSTICE
ATTN: BANKRUPTCY DEPT
955 PENNSYLVANIA AVENUE, NW
WASHINGTON  DC  20530-0001

*FIRST CLASS MAIL*
US OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON  DC  20530-0001

*FIRST CLASS MAIL*
PUERTO RICO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
PO BOX 9020192
SAN JUAN  PR  00902-0192

*FIRST CLASS MAIL*
STATE OF ALABAMA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
501 WASHINGTON AVE.
P.O. BOX 300152
MONTGOMERY  AL 36130-0152

*FIRST CLASS MAIL*
STATE OF ARKANSAS ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
323 CENTER ST. SUITE 200
LITTLE ROCK  AR 72201-2610

*FIRST CLASS MAIL*
STATE OF COLORADO ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
RALPH L. CARR COLORADO JUDICIAL
CENTER
1300 BROADWAY, 10TH FLOOR
DENVER  CO 80203

*FIRST CLASS MAIL*
STATE OF FLORIDA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
THE CAPITOL, PL 01
TALLAHASSEE  FL  32399-1050

*FIRST CLASS MAIL*
STATE OF GEORGIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
40 CAPITAL SQUARE, SW
ATLANTA  GA  30334-1300

*FIRST CLASS MAIL*
STATE OF HAWAII ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
425 QUEEN ST
HONOLULU  HI  96813

*FIRST CLASS MAIL*
STATE OF IDAHO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
700 W. JEFFERSON STREET, SUITE 210
P.O. BOX 83720
BOISE  ID 83720-1000

*FIRST CLASS MAIL*
STATE OF INDIANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
302 W. WASHINGTON ST.
5TH FLOOR
INDIANAPOLIS  IN 46204

*FIRST CLASS MAIL*
STATE OF KANSAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
120 SW 10TH AVE., 2ND FLOOR
TOPEKA  KS  66612-1597

*FIRST CLASS MAIL*
STATE OF KENTUCKY ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
700 CAPITOL AVENUE, SUITE 118
FRANKFORT  KY  40601-3449

*FIRST CLASS MAIL*
STATE OF MINNESOTA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
SUITE 102. STATE CAPITAL
75 DR. MARTIN LUTHER KING JR. BLVD.
ST. PAUL  MN 55155

*FIRST CLASS MAIL*
STATE OF MISSISSIPPI ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
550 HIGH STREET
SUITE 1200
JACKSON  MS 39201

*FIRST CLASS MAIL*
STATE OF NEW MEXICO ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
P.O. DRAWER 1508
SANTA FE  NM  87504-1508

*FIRST CLASS MAIL*
STATE OF NEW YORK ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
DEPT. OF LAW
THE CAPITOL, 2ND FLOOR
ALBANY NY 12224-0341

*FIRST CLASS MAIL*
STATE OF NORTH CAROLINA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
DEPT. OF JUSTICE
P.O. BOX 629
RALEIGH NC 27602-0629

*FIRST CLASS MAIL*
STATE OF OHIO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE OFFICE TOWER
30 E. BROAD ST., 14TH FLOOR
COLUMBUS  OH 43266-0410

*FIRST CLASS MAIL*
STATE OF OKLAHOMA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
313 NE 21ST STREET
OKLAHOMA CITY  OK  73105

*FIRST CLASS MAIL*
STATE OF PENNSYLVANIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG  PA 17120

*FIRST CLASS MAIL*
STATE OF RHODE ISLAND ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
150 SOUTH MAIN STREET
PROVIDENCE  RI  02903-0000

*FIRST CLASS MAIL*
STATE OF SOUTH CAROLINA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
REMBERT C. DENNIS OFFICE BLDG.
P.O. BOX 11549
COLUMBIA SC  29211-1549

*FIRST CLASS MAIL*
STATE OF VIRGINIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
202 NORTH NINTH STREET
RICHMOND  VA  23219

*FIRST CLASS MAIL*
STATE OF WASHINGTON ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1125 WASHINGTON ST. SE
P.O. BOX 40100
OLYMPIA  WA 98504-0100

*FIRST CLASS MAIL*
STATE OF WISCONSIN ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
WISCONSIN DEPARTMENT OF JUSTICE
STATE CAPITOL, ROOM 114 EAST, P. O.
BOX 7857
MADISON  WI 53707-7857

*FIRST CLASS MAIL*
STATE OF WYOMING ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
123 CAPITOL BUILDING
200 W. 24TH STREET
CHEYENNE  WY  82002

*ELECTRONIC MAIL*
OFFICE OF THE UNITED STATES
TRUSTEE
ATTN: MALCOLM M. BATES
US DEPARTMENT OF JUSTICE
844 KING STREET, SUITE 2207
WILMINGTON, DE  19801
**EMAIL:**
**MALCOLM.M.BATES@USDOJ.GOV**
**USTPREGION03.WL.ECF@USDOJ.GOV**

*ELECTRONIC MAIL*
SECURITIES & EXCHANGE COMMISSION
- NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY  10281-1022
**EMAIL:**
**BANKRUPTCYNOTICESCHR@SEC.GOV**
**NYROBANKRUPTCY@SEC.GOV**

*ELECTRONIC MAIL*
SECURITIES & EXCHANGE COMMISSION
- PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPARTMENT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA  19103
**EMAIL:  SECBANKRUPTCY@SEC.GOV**

*ELECTRONIC MAIL*
SECURITIES AND EXCHANGE
COMMISSION - HDQTRS
ATTN: SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, DC  20549
**EMAIL:  SECBANKRUPTCY@SEC.GOV**

*ELECTRONIC MAIL*
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS
1313 N MARKET STREET
P.O. BOX 2046
WILMINGTON, DE  19801
**EMAIL:**
**USADE.ECFBANKRUPTCY@USDOJ.GOV**

**ELECTRONIC MAIL**
*(COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF MCKINNEY, MCKINNEY ISD, CITY OF PLANO, CITY OF SHERMAN)*
PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN
ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
1700 REDBUD BLVD, STE. 300
MCKINNEY, TX 75069
**EMAIL: PLOPEZ@ABERNATHY-LAW.COM**
**BANKRUPTCY@ABERNATHY-LAW.COM**
**EHAHN@ABERNATHY-LAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. (CHINA NATIONAL))*
JIANGANG OU, ESQUIRE
ARCHER & GREINER, P.C.
3040 POST OAK BOULEVARD, SUITE 1800-150
HOUSTON, TX 77056
**EMAIL: JOU@ARCHERLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. (CHINA NATIONAL))*
NATASHA M. SONGONUGA, ESQUIRE
ARCHER & GREINER, P.C.
300 DELAWARE AVENUE, SUITE 1100
WILMINGTON, DE 19801
**EMAIL:**
**NSONGONUGA@ARCHERLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT)*
JEFFREY R. GLEIT, BRETT D. GOODMAN
ARENTFOX SCHIFF LLP
1301 AVENUE OF THE AMERICAS
42ND FLOOR
NEW YORK, NY 10019
**EMAIL:**
**JEFFREY.GLEIT@AFSLAW.COM**
**BRETT.GOODMAN@AFSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO THE PREPETITION TERM LOAN AGENT)*
JONATHAN BAGG
ARENTFOX SCHIFF LLP
1717 K STREET NW
WASHINGTON, DC 20006
**EMAIL:**
**JONATHAN.BAGG@AFSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT)*
MATTHEW R. BENTLEY
ARENTFOX SCHIFF LLP
233 SOUTH WACKER DRIVE
SUITE 7100
CHICAGO, IL 60606
**EMAIL:**
**MATTHEW.BENTLEY@AFSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO TRAVIS COUNTY)*
JASON A. STARKS
ASSISTANT COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX 78767
**EMAIL:**
**JASON.STARKS@TRAVISCOUNTYTX.GOV**

**ELECTRONIC MAIL**
*(COUNSEL TO LOW TECH TOY CLUB LLC)*
STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ.
BALASIANO & ASSOCIATES, PLLC
6701 BAY PARKWAY
3RD FLOOR
BROOKLYN, NY 11204
**EMAIL:**
**STEVEN@BALASIANOLAW.COM**
**JUDAH@BALASIANOLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BMA JC LLC; BRIXMOR*
*OPERATING PARTNERSHIP LP; FEDERAL*
*REALTY OP LP; HUTENSKY CAPITAL*
*PARTNERS, LLC; RD MANAGEMENT, LLC;*
*SHOPPING CENTER ASSOCIATES, LP; TPP*
*217 TAYLORSVILLE, LLC; THE STERLING*
*ORGANIZATION; AND WESTFORD VALLEY*
*MARKETPLACE, INC., ARC CLORLFL001,*
*LLC; ARC NLLKLFL001, LLC; ARC*
*SMWMBFL001, LLC; ARG JAFPTIL001, LLC;*
*ARG MHMORNC001, LLC; ARG*
*OTOWEKY001, LLC; ACADIA REALTY*
*LIMITED PARTNERSHIP; AMERICAN FORK*
*SC, LLC; EDENS; GALLATIN MALL GROUP,*
*L.L.C.; LANCASTER DEVELOPMENT*
*COMPANY LLC; MARKETPLACE WEST*
*PARTNERS, LLC; PBA II, LLC; PRIDE*
*CENTER CO., LLC; RENAISSANCE*
*PARTNERS I, LLC; SANTA SUSANA*
*GRF2, LLC AND SHERMAN COMMONS, L.P.)*
DUSTIN P. BRANCH, ESQUIRE, NAHAL
ZARNIGHIAN, ESQUIRE
BALLARD SPAHR LLP
2029 CENTURY PARK EAST
SUITE 1400
LOS ANGELES, CA  90067-2915
**EMAIL:**
**BRANCHD@BALLARDSPAHR.COM**
**ZARNIGHIANN@BALLARDSPAHR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BMA JC LLC; BRIXMOR*
*OPERATING PARTNERSHIP LP; FEDERAL*
*REALTY OP LP; HUTENSKY CAPITAL*
*PARTNERS, LLC; RD MANAGEMENT, LLC;*
*SHOPPING CENTER ASSOCIATES, LP; TPP*
*217 TAYLORSVILLE, LLC; THE STERLING*
*ORGANIZATION; AND WESTFORD VALLEY*
*MARKETPLACE, INC., ARC CLORLFL001,*
*LLC; ARC NLLKLFL001, LLC; ARC*
*SMWMBFL001, LLC; ARG JAFPTIL001, LLC;*
*ARG MHMORNC001, LLC; ARG*
*OTOWEKY001, LLC; ACADIA REALTY*
*LIMITED PARTNERSHIP; AMERICAN FORK*
*SC, LLC; EDENS; GALLATIN MALL GROUP,*
*L.L.C.; LANCASTER DEVELOPMENT*
*COMPANY LLC; MARKETPLACE WEST*
*PARTNERS, LLC; PBA II, LLC; PRIDE*
*CENTER CO., LLC; RENAISSANCE*
*PARTNERS I, LLC; SANTA SUSANA*
*GRF2, LLC AND SHERMAN COMMONS, L.P.)*
LESLIE C. HEILMAN, LAUREL D. ROGLEN,
MARGARET A. VESPER
BALLARD SPAHR LLP
919 N. MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801-3034
**EMAIL:**
**HEILMANL@BALLARDSPAHR.COM**
**ROGLENL@BALLARDSPAHR.COM**
**VESPERM@BALLARDSPAHR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SUNBEAM DEVELOPMENT*
*CORP)*
JEFFREY I. SNYDER, ESQ.
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL  33131-3456
**EMAIL:  JSNYDER@BILZIN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GVD COMMERCIAL PROPERTIES, INC.)*
STEPHEN W. SPENCE, ESQUIRE
BROCKSTEDT MANDALAS FEDERICO LLC
1413 SAVANNAH ROAD
SUITE 1
LEWES, DE  19958
**EMAIL:  SSPENCE@LAWBMF.COM**

*ELECTRONIC MAIL*
*(BROOKFIELD PROPERTIES RETAIL INC., AS DIRECT AND INDIRECT OWNER AND/OR MANAGING AGENT AS LANDLORD FOR THE DEBTOR)*
KRISTEN N. PATE, GENERAL COUNSEL
BROOKFIELD PROPERTIES RETAIL INC.
AS AGENT
350 N. ORLEANS STREET, SUITE 300
CHICAGO, IL  60654-1607
**EMAIL:  BK@BPRETAIL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ROTH BROS., INC., A SODEXO COMPANY)*
JAMI B. NIMEROFF, ESQUIRE
BROWN NIMEROFF LLC
919 N. MARKET STREET, SUITE 420
WILMINGTON, DE  19801
**EMAIL: JNIMEROFF@BROWNNIMEROFF.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GILDAN ACTIVEWEAR, INC.)*
DAVID M. UNSETH
BRYAN CAVE LEIGHTON PAISNER LLP
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY, SUITE 3600
ST. LOUIS, MO  63102
**EMAIL: DAVID.UNSETH@BCLPLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GILDAN ACTIVEWEAR, INC.)*
JARRET P. HITCHINGS
BRYAN CAVE LEIGHTON PAISNER LLP
301 S. COLLEGE STREET, SUITE 2150
CHARLOTTE, NC  28202
**EMAIL: JARRET.HITCHINGS@BCLPLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BROOKSIDE PROPERTIES, INC.)*
EMILY TAUBE
BURR & FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN  37201
**EMAIL:  ETAUBE@BURR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BROOKSIDE PROPERTIES, INC.)*
J. CORY FALGOWSKI
BURR & FORMAN LLP
222 DELAWARE AVENUE
SUITE 1030
WILMINGTON, DE  19801
**EMAIL:  JFALGOWSKI@BURR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CRAFTY (AL) LLC (CRAFTY))*
ALAN J. LIPKIN
CHAFFETZ LINDSEY LLP
1700 BROADWAY, 33RD FLOOR
NEW YORK, NY  10019
**EMAIL: ALAN.LIPKIN@CHAFFETZLINDSEY.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO IG DESIGN GROUP AMERICAS, INC.)*
WILLIAM E. CHIPMAN, JR., ESQUIRE,
MARK D. OLIVERE, ESQUIRE
CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DE  19801
**EMAIL: CHIPMAN@CHIPMANBROWN.COM
OLIVERE@CHIPMANBROWN.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO THE PREPETITION FILO
AGENT, 1903P LOAN AGENT, LLC, 1903
PARTNERS, LLC)*
JOHN F. VENTOLA, JONATHAN D.
MARSHALL, M. HAMPTON FOUSHEE,
ALEXANDRA THOMAS
CHOATE HALL & STEWART LLP
TWO INTERNATIONAL PLACE
BOSTON, MA  02110
**EMAIL:  JMARSHALL@CHOATE.COM
JVENTOLA@CHOATE.COM
HFOUSHEE@CHOATE.COM
ATHOMAS@CHOATE.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO VESTAR DRM-OPCO LLC,
QCM PARTNERS, LLC, CPT RIVERSIDE
PLAZA, LLC, VESTAR BEST IN
THE WEST PROPERTY, LLC, SANTAN MP,
LP, AND SQUARE ONE PARTNERS, LLC)*
AUDREY L. HORNISHER, TARA L. BUSH
CLARK HILL PLC
901 MAIN STREET
SUITE 6000
DALLAS, TX  75202
**EMAIL:
AHORNISHER@CLARKHILL.COM
TBUSH@CLARKHILL.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO VESTAR DRM-OPCO LLC,
QCM PARTNERS, LLC, CPT RIVERSIDE
PLAZA, LLC, VESTAR BEST IN THE WEST
PROPERTY, LLC, SANTAN MP, LP, AND
SQUARE ONE PARTNERS, LLC, DAANE'S
DEVELOPMENT COMPANY)*
KAREN M. GRIVNER
CLARK HILL PLC
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE  19801
**EMAIL:  KGRIVNER@CLARKHILL.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO DAANE'S DEVELOPMENT
COMPANY)*
SANDRA S. HAMILTON
CLARK HILL PLC
200 OTTAWA AVENUE NW
SUITE 500
GRAND RAPIDS, MI  49503
**EMAIL:
BANKRUPTCYFILING@CLARKHILL.CO
M**

**ELECTRONIC MAIL**
*(PROPOSED CO-COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION)*
PATRICK J. REILLEY, STACY L. NEWMAN,
MICHAEL E. FITZPATRICK, JACK M.
DOUGHERTY
COLE SCHOTZ P.C.
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE  19801
**EMAIL:
PREILLEY@COLESCHOTZ.COM
SNEWMAN@COLESCHOTZ.COM
MFITZPATRICK@COLESCHOTZ.COM
JDOUGHERTY@COLESCHOTZ.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO 1903P LOAN AGENT, LLC
AND 1903 PARTNERS, LLC)*
STUART M. BROWN, MATTHEW S. SARNA
DLA PIPER LLP (US)
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON, DE  19801
**EMAIL:
STUART.BROWN@US.DLAPIPER.COM
MATTHEW.SARNA@US.DLAPIPER.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO FAIRWAY-FALLS, LLC)*
BEATRIZ S. MCCONNELL, ESQUIRE
ENGLANDER FISCHER
721 FIRST AVENUE NORTH
ST. PETERSBURG, FL  33701
**EMAIL:
BMCCONNELL@EFLEGAL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO RED MOUNTAIN ASSET*
*FUND I, LLC, A DELAWARE LIMITED*
*LIABILITY COMPANY, SMART CIENEGA*
*SPE, A CALIFORNIA LIMITED LIABILITY*
*COMPANY, NATTAN, LLC, A CALIFORNIA*
*LIMITED LIABILITY COMPANY)*
BYRON Z. MOLDO
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD
12TH FLOOR
BEVERLY HILLS, CA  90212
**EMAIL:  BMOLDO@ECJLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALMADEN PROPERTIES,*
*LLC)*
JOSEPH J. DIPASQUALE
FOX ROTHSCHILD LLP
49 MARKET STREET
MORRISTOWN, NJ  07960
**EMAIL:**
**JDIPASQUALE@FOXROTHSCHILD.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALMADEN PROPERTIES,*
*LLC)*
STEPHANIE SLATER WARD, ESQUIRE
FOX ROTHSCHILD LLP
1201 N. MARKET STREET
SUITE 1200
WILMINGTON, DE  19801
**EMAIL:**
**SWARD@FOXROTHSCHILD.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO WPG LEGACY, LLC)*
RONALD E. GOLD, ESQ., ERIN P.
SEVERINI, ESQ.
FROST BROWN TODD LLP
3300 GREAT AMERICAN TOWER
301 EAST FOURTH STREET
CINCINNATI, OH  45202
**EMAIL:  RGOLD@FBTLAW.COM**
**ESEVERINI@FBTLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SUN-YIN (HK) HOLDING*
*LTD.)*
MICHAEL BUSENKELL, ESQ.
GELLERT SEITZ BUSENKELL & BROWN,
LLC
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE  19801
**EMAIL:**
**MBUSENKELL@GSBBLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE PREPETITION LOAN*
*LENDER AD HOC GROUP, THE AD HOC*
*TERM LOAN GROUP)*
SCOTT J. GREENBERG, JOSHUA BRODY,
MATTHEW J. WILLIAMS, C. LEE WILSON,
KEVIN LIANG
GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY  10166-0193
**EMAIL:**
**SGREENBERG@GIBSONDUNN.COM**
**JBRODY@GIBSONDUNN.COM**
**MJWILLIAMS@GIBSONDUNN.COM**
**CLWILSON@GIBSONDUNN.COM**
**KLIANG@GIBSONDUNN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO TOLL GLOBAL*
*FORWARDING (USA) INC.)*
BRENDAN COLLINS, RACHEL E. AMSTER
GKG LAW, P.C.
1055 THOMAS JEFFERSON STREET, NW
SUITE 620
WASHINGTON, DC  20007
**EMAIL:  BCOLLINS@GKGLAW.COM**
**RAMSTER@GKGLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO THE AD HOC TERM LOAN GROUP)*
ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG
GLENN AGRE BERGMAN & FUENTES LLP
1185 AVENUE OF THE AMERICAS
22ND FLOOR
NEW YORK, NY 10036
**EMAIL: AGLENN@GLENNAGRE.COM**
**KMAYR@GLENNAGRE.COM**
**ABERRO@GLENNAGRE.COM**
**MDOSS@GLENNAGRE.COM**
**EHONG@GLENNAGRE.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO ALMADEN PROPERTIES, LLC)*
DAVID L. BRUCK
GREENBAUM, ROWE, SMITH & DAVIS LLP
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830
**EMAIL:**
**DBRUCK@GREENBAUMLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC)*
NANCY J. NEWMAN, ESQ.
HANSON BRIDGETT LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
**EMAIL:**
**NNEWMAN@HANSONBRIDGETT.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION)*
HARRIS COUNTY ATTORNEY'S OFFICE
SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY
ATTENTION: PROPERTY TAX DIVISION
P.O. BOX 2848
HOUSTON, TX 77252
**EMAIL:**
**TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV**

**ELECTRONIC MAIL**
*(COUNSEL TO THE MARKETPLACE TAVARES, LLC, F/K/A TAMBURRO PROPERTIES II, LLC)*
GARVAN F. MCDANIEL, ESQUIRE
HOGAN & MCDANIEL
1311 DELAWARE AVENUE
WILMINGTON, DE 19806
**EMAIL:**
**GFMCDANIEL@DKHOGAN.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO JANOME AMERICA INC. (JANOME))*
ARTHUR ROSENBERG, ESQ.
HOLLAND & KNIGHT LLP
787 SEVENTH AVENUE, SUITE 3100
NEW YORK, NY 10019
**EMAIL:**
**ARTHUR.ROSENBERG@HKLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO BURLINGTON STORES, INC.)*
JENNIFER F. WERTZ
JACKSON WALKER LLP
100 CONGRESS AVENUE
SUITE 1100
AUSTIN, TX 78701
**EMAIL: JWERTZ@JW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BURLINGTON STORES, INC.)*
KRISTHY M. PEGUERO
JACKSON WALKER LLP
1401 MCKINNEY
SUITE 1900
HOUSTON, TX  77010
**EMAIL:  KPEGUERO@JW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BURLINGTON STORES, INC.)*
WILLIAM FARMER
JACKSON WALKER LLP
2323 ROSS AVENUE
SUITE 600
DALLAS, TX  75201
**EMAIL:  WFARMER@JW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO JJD-HOV ELK GROVE, LLC)*
MICHAEL J. JOYCE
JOYCE, LLC
1225 KING STREET
SUITE 800
WILMINGTON, DE  19801
**EMAIL:
MJOYCE@MJLAWOFFICES.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO MARPLE XYZ ASSOCIATES,*
*L.P.)*
WILLIAM J. LEVANT, ESQUIRE
KAPLIN STEWART MELOFF REITER &
STEIN, P.C.
910 HARVEST DRIVE
POST OFFICE BOX 3037
BLUE BELL, PA  19422
**EMAIL:  WLEVANT@KAPLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GORDON BROTHERS RETAIL*
*PARTNERS, LLC)*
STEVEN J. REISMAN, CINDI M. GIGLIO,
GRACE A. THOMPSON
KATTEN MUCHIN ROSENMAN LLP
50 ROCKEFELLER PLAZA
NEW YORK, NY  10020-1605
**EMAIL:  SREISMAN@KATTEN.COM**
**CGIGLIO@KATTEN.COM**
**GRACE.THOMPSON@KATTEN.COM**

*ELECTRONIC MAIL*
*(PROPOSED CO-COUNSEL TO THE*
*DEBTORS AND DEBTORS IN POSSESSION)*
ANUP SATHY, JEFFREY MICHALIK,
LINDSEY BLUMENTHAL
KIRKLAND & ELLIS LLP
333 WEST WOLF POINT PLAZA
CHICAGO, IL  60654
**EMAIL:**
**ANUP.SATHY@KIRKLAND.COM**
**JEFF.MICHALIK@KIRKLAND.COM**
**LINDSEY.BLUMENTHAL@KIRKLAND.C**
**OM**

*ELECTRONIC MAIL*
*(PROPOSED CO-COUNSEL TO THE*
*DEBTORS AND DEBTORS IN POSSESSION)*
JOSHUA A. SUSSBERG, APARNA
YENAMANDRA
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY  10022
**EMAIL:**
**JOSHUA.SUSSBERG@KIRKLAND.COM**
**APARNA.YENAMANDRA@KIRKLAND.C**
**OM**

*ELECTRONIC MAIL*
*(COUNSEL TO OXFORD VALLEY ROAD*
*ASSOCIATES)*
JEFFREY KURTZMAN, ESQUIRE
KURTZMAN | STEADY, LLC
101 N. WASHINGTON AVENUE
SUITE 4A
MARGATE, NJ  08402
**EMAIL:**
**KURTZMAN@KURTZMANSTEADY.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CENTERBRIDGE PARTNERS,*
*L.P.)*
ADAM G. LANDIS, ESQ., MATTHEW B.
MCGUIRE, ESQ., ELIZABETH A. ROGERS,
ESQ.
LANDIS RATH & COBB LLP
919 MARKET STREET
SUITE 1800
WILMINGTON, DE  19801
**EMAIL:  LANDIS@LRCLAW.COM**
**MCGUIRE@LRCLAW.COM**
**EROGERS@LRCLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P., LYNNWOOD TOWER, LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION)*
SUSAN E, KAUFMAN, ESQ.
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. MARKET STREET, STE. 460
WILMINGTON, DE  19801
**EMAIL:
SKAUFMAN@SKAUFMANLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LA HABRA WESTRIDGE PARTNERS, L.P.)*
RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660
**EMAIL:  RON@RKBROWNLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO.)*
SCOTT D. COUSINS
LEWIS BRISBOIS BISGAARD & SMITH LLP
500 DELAWARE AVE.
SUITE 700
WILMINGTON, DE  19801
**EMAIL:
SCOTT.COUSINS@LEWISBRISBOIS.CO
M**

*ELECTRONIC MAIL*
*(COUNSEL TO NUECES COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY)*
DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 17428
AUSTIN, TX  78760-7428
**EMAIL:
AUSTIN.BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BEXAR COUNTY)*
DON STECKER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. PECAN STREET
SUITE 2200
SAN ANTONIO, TX  78205
**EMAIL:
SANANTONIO.BANKRUPTCY@LGBS.CO
M**

*ELECTRONIC MAIL*
*(COUNSEL TO SMITH COUNTY, ROCKWALL CAD, ELLIS COUNTY, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY, LEWISVILLE ISD, GRAYSON COUNTY)*
JOHN KENDRICK TURNER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 MAPLE AVENUE
SUITE 800
DALLAS, TX  75219
**EMAIL:
DALLAS.BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CITY OF HOUSTON, KATY ISD, HOUSTON ISD, HOUSTON COMM COLL SYSTEM, CITY OF HUMBLE, CYPRESS-FAIRBANKS ISD, FORT BEND COUNTY, JEFFERSON COUNTY, LONE STAR COLLEGE SYSTEM, HARRIS CO ESD # 47, HARRIS CO ESD # 09, MONTGOMERY COUNTY)*
TARA L. GRUNDEMEIER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX  77253-3064
**EMAIL:
HOUSTON_BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO.)*
JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN
MANDELBAUM BARRETT PC
3 BECKER FARM ROAD
SUITE 105
ROSELAND, NJ  07068
**EMAIL:**
**JROSENTHAL@MBLAWFIRM.COM**
**ALEE@MBLAWFIRM.COM**
**VROLDAN@MBLAWFIRM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SHELBYVILLE ROAD PLAZA, LLC)*
KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ.
MCCARTER & ENGLISH, LLP
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE  19801
**EMAIL:  KBUCK@MCCARTER.COM**
**MZARE@MCCARTER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS)*
JULIE ANNE PARSONS
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
700 JEFFREY WAY
SUITE 100
ROUND ROCK, TX  78665
**EMAIL:  JPARSONS@MVBALAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS)*
JULIE ANNE PARSONS
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P.O. BOX 1269
ROUND ROCK, TX  78680-1269
**EMAIL:  JPARSONS@MVBALAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BROTHER INTERNATIONAL CORPORATION)*
GARY D. BRESSLER, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
300 DELAWARE AVENUE
SUITE 770
WILMINGTON, DE  19801
**EMAIL:  GBRESSLER@MDMC-LAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SVP SEWING BRANDS LLC (SVP SEWING))*
DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER
MILBANK LLP
55 HUDSON YARDS
NEW YORK, NY  10001
**EMAIL:  DDUNNE@MILBANK.COM**
**SKHALIL@MILBANK.COM**
**AHARMEYER@MILBANK.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT)*
DAVID K. SHIM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
ONE STATE STREET
HARTFORD, CT  06103-3178
**EMAIL:**
**DAVID.SHIM@MORGANLEWIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT)*
MARJORIE CRIDER, CHRISTOPHER L. CARTER
MORGAN, LEWIS & BOCKIUS LLP
ONE FEDERAL STREET
BOSTON, MA  02110-1726
**EMAIL:**
**MARJORIE.CRIDER@MORGANLEWIS.COM**
**CHRISTOPHER.CARTER@MORGANLEWIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT)*
ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY
MORRIS JAMES LLP
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE  19801
**EMAIL:**
**EMONZO@MORRISJAMES.COM**
**BKEILSON@MORRISJAMES.COM**
**CDONNELLY@MORRISJAMES.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CRAFTY (AL) LLC (CRAFTY))*
CURTIS S. MILLER & AUSTIN T. PARK
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET STREET, SUITE 1600
P.O. BOX 1347
WILMINGTON, DE  19899-1347
**EMAIL:**
**CMILLER@MORRISNICHOLS.COM**
**APARK@MORRISNICHOLS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC TERM LOAN GROUP)*
ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET STREET
16TH FLOOR
WILMINGTON, DE  19801
**EMAIL:**
**RDEHNEY@MORRISNICHOLS.COM**
**MHARVEY@MORRISNICHOLS.COM**
**BDOLPHIN@MORRISNICHOLS.COM**
**DCULVER@MORRISNICHOLS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO KIMCO REALTY CORPORATION)*
BRIAN J. MCLAUGHLIN, ESQUIRE
OFFIT KURMAN, P.A.
222 DELAWARE AVENUE
SUITE 1105
WILMINGTON, DE  19801
**EMAIL:**
**BRIAN.MCLAUGHLIN@OFFITKURMAN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD)*
ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
500 E. BORDER STREET
SUITE 640
ARLINGTON, TX  76010
**EMAIL:  EBCALVO@PBFCM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO FRISCO ISD, PLANO ISD)*
LINDA D. REESE
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
1919 S. SHILOH RD.
SUITE 640, LB40
GARLAND, TX  75042
**EMAIL:  IREECE@PBFCM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CLEAR CREEK*
*INDEPENDENT SCHOOL DISTRICT)*
MELISSA E. VALDEZ
PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, L.L.P.
1235 NORTH LOOP WEST
SUITE 600
HOUSTON, TX  77008
**EMAIL:  MVALDEZ@PBFCM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GORDON BROTHERS RETAIL*
*PARTNERS, LLC)*
M. BLAKE CLEARY, GREGORY J.
FLASSER
POTTER ANDERSON & CORROON LLP
1313 N. MARKET STREET
6TH FLOOR
WILMINGTON, DE  19801
**EMAIL:**
**BCLEARY@POTTERANDERSON.COM**
**GFLASSER@POTTERANDERSON.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO MANN ENTERPRISES, INC.)*
GERALD P. KENNEDY, ESQ.
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
525 B STREET
SUITE 2200
SAN DIEGO, CA  92101
**EMAIL:**
**GERALD.KENNEDY@PROCOPIO.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CENTERBRIDGE PARTNERS,*
*L.P.)*
ANDREW BETTWY, ESQ.
PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036
**EMAIL:  ABETTWY@PROSKAUER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CENTERBRIDGE PARTNERS,*
*L.P.)*
CHARLES A. DALE, ESQ.
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA  02110
**EMAIL:  CDALE@PROSKAUER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BIRCH RUN STATION, LLC)*
TIMOTHY T. MITCHELL, ESQUIRE
RASHTI AND MITCHELL, ATTORNEYS AT
LAW
4422 RIDGESIDE DRIVE
DALLAS, TX  75244
**EMAIL:**
**TIM@RASHTIANDMITCHELL.COM**
**DKRM@AOL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BANK OF AMERICA, N.A., AS*
*PREPETITION ABL AGENT)*
KURT F. GWYNNE, JASON D. ANGELO
REED SMITH LLP
1201 NORTH MARKET STREET
SUITE 1500
WILMINGTON, DE  19801
**EMAIL:  KGWYNNE@REEDSMITH.COM**
**JANGELO@REEDSMITH.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ASL INVESTMENTS, LLC)*
DAVID M. REEDER, ESQ.
REEDER LAW CORPORATION
1801 CENTURY PARK EAST
16TH FLOOR
LOS ANGELES, CA  90067
**EMAIL:  DAVID@REEDERLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SVP SEWING BRANDS LLC*
*(SVP SEWING))*
MARK D. COLLINS, ALEXANDER R.
STEIGER
RICHARDS, LAYTON & FINGER, P.A.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE  19801
**EMAIL:  STEIGER@RLF.COM**
**COLLINS@RLF.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO  STUDIO ELUCEO LTD*
*(STUDIO ELUCEO))*
EVAN T. MILLER, ESQUIRE
SAUL EWING LLP
1201 N. MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE  19899
**EMAIL:  EVAN.MILLER@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO PHILLIPS EDISON &*
*COMPANY INC., ALAMEDA CROSSING*
*STATION LLC, BEAR CREEK STATION LLC,*
*BEAVERCREEK TOWNE STATION LLC,*
*HAMILTON VILLAGE STATION LLC,*
*LAKEWOOD STATION LLC, RAYNHAM*
*STATION LLC, AND RICHMOND STATION*
*LLC, FAIRWAY-FALLS, LLC)*
MONIQUE B. DISABATINO, ESQUIRE
SAUL EWING LLP
1201 NORTH MARKET STREET, SUITE
2300
P.O. BOX 1266
WILMINGTON, DE  19899
**EMAIL:**
**MONIQUE.DISABATINO@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO  STUDIO ELUCEO LTD*
*(STUDIO ELUCEO))*
RYAN COY, ESQUIRE
SAUL EWING LLP
1888 CENTURY PARK E, SUITE 1500
LOS ANGELES, CA  90067
**EMAIL:  RYAN.COY@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO PHILLIPS EDISON &*
*COMPANY INC., ALAMEDA CROSSING*
*STATION LLC, BEAR CREEK STATION LLC,*
*BEAVERCREEK TOWNE STATION LLC,*
*HAMILTON VILLAGE STATION LLC,*
*LAKEWOOD STATION LLC, RAYNHAM*
*STATION LLC, AND RICHMOND STATION*
*LLC)*
TURNER N. FALK, ESQUIRE
SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
**EMAIL:  TURNER.FALK@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO IG DESIGN GROUP*
*AMERICAS, INC.)*
JAMES B. SOWKA, ESQUIRE
SEYFARTH SHAW LLP
233 S. WACHER DRIVE
SUITE 8000
CHICAGO, IL  60606
**EMAIL:  JSOWKA@SEYFARTH.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BRIDGE33 CAPITAL LLC, RPI*
*RIDGMAR TOWN SQUARE, LTD.)*
MICHELLE E. SHRIRO, ESQ.
SINGER & LEVICK, P.C.
16200 ADDISON ROAD
SUITE 140
ADDISON, TX  75001
**EMAIL:**
**MSHRIRO@SINGERLEVICK.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO G&I IX EMPIRE MCKINLEY*
*MILESTRIP LLC, ARD MACARTHUR LLC,*
*CONCORD RETAIL PARTNERS, L.P.)*
DANA S. PLON, ESQUIRE
SIRLIN LESSER & BENSON, P.C.
123 SOUTH BROAD STREET
SUITE 2100
PHILADELPHIA, PA  19109
**EMAIL:  DPLON@SIRLINLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALAMO CENTER, LLC)*
MICHAEL D. BRESLAUER
SOLOMON WARD SEIDENWURM &
SMITH LL
401 B STREET, SUITE 1200
SAN DIEGO, CA  92101
**EMAIL:**
**MBRESLAUER@SWSSLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BAYSHORE VILLAGE (U.S.), INC.)*
JOSEPH H. LEMKIN, ESQUIRE
STARK & STARK, P.C.
P.O. BOX 5315
PRINCETON, NJ  08543
**EMAIL:  JLEMKIN@STARK-STARK.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GANGA ACROWOOLS LIMITED (GANGA), JANOME AMERICA INC. (JANOME))*
WILLIAM A. HAZELTINE, ESQ., WILLIAM D. SULLIVAN, ESQ.
SULLIVAN HAZELTINE ALLINSON LLC
919 NORTH MARKET STREET, SUITE 420
WILMINGTON, DE  19801
**EMAIL:  WHAZELTINE@SHA-LLC.COM**
**BSULLIVAN@SHA-LLC.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO WESTMINSTER GRANITE MAIN LLC)*
BRADSHAW ROST, ESQ.
TENENBAUM & SAAS, P.C.
4504 WALSH STREET
SUITE 200
CHEVY CHASE, MD  20815
**EMAIL:  BROST@TSPCLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)*
CHRISTOPHER S. MURPHY
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711-2548
**EMAIL:**
**CHRISTOPHER.MURPHY@OAG.TEXAS.GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO CB PASO, LLC)*
WILLIAM EHRLICH
THE EHRLICH LAW FIRM
444 EXECUTIVE CENTER BLVD
SUITE 240
EL PASO, TX  79902
**EMAIL:**
**WILLIAM@EHRLICHLAWFIRM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO VIITION (ASIA) LIMITED)*
FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ.
THE ROSNER LAW GROUP LLC
824 N. MARKET ST.
SUITE 810
WILMINGTON, DE  19801
**EMAIL:  ROSNER@TEAMROSNER.COM**
**LIU@TEAMROSNER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO RIVER RIDGE MALL JV, LLC)*
LOUIS F. SOLIMINE, ESQ.
THOMPSON HINE LLP
312 WALNUT STREET – SUITE 2000
CINCINNATI, OH  45202-4029
**EMAIL:**
**LOUIS.SOLIMINE@THOMPSONHINE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO JONES LANG LASALLE AMERICAS, INC.)*
STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ.
WALSH PIZZI O'REILLY FALANGA, LLP
THREE GATEWAY CENTER
100 MULBERRY STREET, 15TH FLOOR
NEWARK, NJ  07102
**EMAIL:  SFALANGA@WALSH.LAW**
**NEBEL@WALSH.LAW**

*ELECTRONIC MAIL*
*(COUNSEL TO WITTE PLAZA, LTD.)*
JEFF CARRUTH
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 GREENWAY PLAZA
SUITE 2050
HOUSTON, TX  77046
**EMAIL:  JCARRUTH@WKPZ.COM**

*ELECTRONIC MAIL*
*(G.W. REAL ESTATE OF GEORGIA, LLC)*
PIERSON FERDINAND LLP
ATTN: JEFFREY M. CARBINO, ESQUIRE
1007 N. ORANGE STRET STREET
SUITE 420
WILMINGTON, DE  19801
**EMAIL:**
**JEFFREY.CARBINO@PIERFERD.COM**

*ELECTRONIC MAIL*
GUAM ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
590 S. MARINE CORPS DRIVE
SUITE 902
TAMUNING, GU  96913
**EMAIL:  DBMOYLAN@OAGGUAM.ORG**
**ADMINISTRATION@OAGGUAM.ORG**

*ELECTRONIC MAIL*
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON, DC  20036
**EMAIL:  KCORDRY@NAAG.ORG**

*ELECTRONIC MAIL*
STATE OF ALASKA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1031 W. 4TH AVENUE
SUITE 200
ANCHORAGE, AK  99501-1994
**EMAIL:**
**ATTORNEY.GENERAL@ALASKA.GOV**

*ELECTRONIC MAIL*
STATE OF ARIZONA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
2005 N CENTRAL AVE
PHOENIX, AZ  85004-2926
**EMAIL:  AGINFO@AZAG.GOV**

*ELECTRONIC MAIL*
STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1300 I STREET
SACRAMENTO, CA  95814-2919
**EMAIL:  BANKRUPTCY@COAG.GOV**

*ELECTRONIC MAIL*
STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
165 CAPITOL AVENUE
HARTFORD, CT  06106
**EMAIL:**
**ATTORNEY.GENERAL@CT.GOV**
**DENISE.MONDELL@CT.GOV**

*ELECTRONIC MAIL*
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE  19801
**EMAIL:**
**ATTORNEY.GENERAL@STATE.DE.US**

*ELECTRONIC MAIL*
STATE OF ILLINOIS ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL  60601
**EMAIL:**
**WEBMASTER@ATG.STATE.IL.US**

*ELECTRONIC MAIL*
STATE OF INDIANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN  46204
**EMAIL:  INFO@ATG.IN.GOV**

*ELECTRONIC MAIL*
STATE OF IOWA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
HOOVER STATE OFFICE BLDG.
1305 E. WALNUT STREET
DES MOINES, IA  50319
**EMAIL:  WEBTEAM@AG.IOWA.GOV**

*ELECTRONIC MAIL*
STATE OF LOUISIANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1885 NORTH THIRD STREET
P.O. BOX 94095
BATON ROUGE, LA  70804-4095
**EMAIL:**
**CONSUMERINFO@AG.STATE.LA.US**

*ELECTRONIC MAIL*
STATE OF MAINE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE HOUSE STATION 6
AUGUSTA, ME  04333-0000
**EMAIL:**
**KAITLYN.M.HUSAR@MAINE.GOV**

*ELECTRONIC MAIL*
STATE OF MARYLAND ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
200 ST. PAUL PLACE
BALTIMORE, MD  21202-2202
**EMAIL:  OAG@OAG.STATE.MD.US**

*ELECTRONIC MAIL*
STATE OF MASSACHUSETTS ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
ONE ASHBURTON PLACE
BOSTON, MA  02108-1698
**EMAIL:  AGO@STATE.MA.US**

*ELECTRONIC MAIL*
STATE OF MICHIGAN ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
G. MENNEN WILLIAMS BUILDING, 7TH
FLOOR
525 W. OTTAWA ST., P.O. BOX 30212
LANSING, MI  48909-0212
**EMAIL:  MIAG@MICHIGAN.GOV**

*ELECTRONIC MAIL*
STATE OF MISSOURI ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
SUPREME COURT BUILDING
207 W. HIGH ST.
JEFFERSON CITY, MO  65101
**EMAIL:**
**ATTORNEY.GENERAL@AGO.MO.GOV**

*ELECTRONIC MAIL*
STATE OF MONTANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
JUSTICE BLDG.
215 N. SANDERS
HELENA, MT  59620-1401
**EMAIL:  CONTACTDOJ@MT.GOV**

*ELECTRONIC MAIL*
STATE OF NEBRASKA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
2115 STATE CAPITOL
P.O. BOX 98920
LINCOLN, NE  68509-8920
**EMAIL:
AGO.INFO.HELP@NEBRASKA.GOV**

*ELECTRONIC MAIL*
STATE OF NEVADA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
OLD SUPREME CT. BLDG.
100 N. CARSON ST.
CARSON CITY, NV  89701
**EMAIL:  AGINFO@AG.NV.GOV**

*ELECTRONIC MAIL*
STATE OF NEW HAMPSHIRE ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1 GRANITE PLACE SOUTH
CONCORD, NH  03301
**EMAIL:
ATTORNEYGENERAL@DOJ.NH.GOV**

*ELECTRONIC MAIL*
STATE OF NEW JERSEY ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
RJ HUGHES JUSTICE COMPLEX
25 MARKET STREET
TRENTON, NJ  08625-0080
**EMAIL:
ASKCONSUMERAFFAIRS@LPS.STATE.N
J.US**

*ELECTRONIC MAIL*
STATE OF NORTH DAKOTA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL
600 E BOULEVARD AVE DEPT 125
BISMARCK, ND  58505-0040
**EMAIL:  NDAG@ND.GOV**

*ELECTRONIC MAIL*
STATE OF OREGON ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
JUSTICE BLDG.
1162 COURT STREET NE
SALEM, OR  97301
**EMAIL:
CONSUMER.HOTLINE@DOJ.STATE.OR.
US**

*ELECTRONIC MAIL*
STATE OF SOUTH DAKOTA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1302 EAST HIGHWAY 14
SUITE 1
PIERRE, SD  57501-8501
**EMAIL:
CONSUMERHELP@STATE.SD.US**

*ELECTRONIC MAIL*
STATE OF TENNESSEE ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
425 5TH AVENUE NORTH
NASHVILLE, TN  37243
**EMAIL:  GINA.HANTEL@AG.TN.GOV**

*ELECTRONIC MAIL*
STATE OF TEXAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX  78711-2548
**EMAIL:
PUBLIC.INFORMATION@OAG.STATE.T
X.US**

*ELECTRONIC MAIL*
STATE OF UTAH ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL, ROOM 236
SALT LAKE CITY, UT  84114-0810
**EMAIL:  UAG@UTAH.GOV**

*ELECTRONIC MAIL*
STATE OF VERMONT ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
109 STATE ST.
MONTPELIER, VT  05609-1001
**EMAIL:
AGO.BANKRUPTCIES@VERMONT.GOV**

*ELECTRONIC MAIL*
STATE OF WEST VIRGINIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV  25305
**EMAIL:  CONSUMER@WVAGO.GOV**

*ELECTRONIC MAIL*
WASHINGTON DC ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
400 6TH ST., NW.
WASHINGTON, DC  20001
**EMAIL:  OAG@DC.GOV**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
KELLEY DRYE & WARREN LLP
ATTN: JASON R. ADAMS, ESQ., ERIC R.
WILSON, ESQ. MAEGHAN MCLOUGHLIN,
ESQ., ANDRES BARAJAS, ESQ.
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NY  10007
**EMAIL:
MMCLOUGHLIN@KELLEYDRYE.COM;
ABARAJAS@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KE
LLEYDRYE.COM;
JADAMS@KELLEYDRYE.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
KIMCO REALTY CORPORATION
ATTN: RAYMOND EDWARDS
500 NORTH BROADWAY
SUITE 201
JERICHO, NY  11753
**EMAIL:
REDWARDS@KIMCOREALTY.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
LOW TECH TOY CLUB LLC
ATTN: ADRIAN ZHANG
510 MEADOWMONT VILLAGE CIRCLE
SUITE 311
CHAPEL HILL, NC  27517
**EMAIL:  ADRIAN@THEWOOBLES.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
ORMO ITHALAT VE IHRACAT AS
ATTN: GIRAY OCALGIRAY
MERKEZ MAHALLESI
BAGLAR CADDESI NO. 14/B 34406
KAGITHANE, ISTANBUL,
TURKEY
**EMAIL:
GOCALGIRAY@ORMO.COM.TR**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
REGENCY CENTERS, L.P.
ATTN: ERNST BELL
ONE INDEPENDENT DRIVE
SUITE 114
JACKSONVILLE, FL  32202
**EMAIL:
ERNSTBELL@REGENCYCENTERS.COM**

**ELECTRONIC MAIL**
*(COMMITTEE OF UNSECURED*
*CREDITORS)*
SIMON PROPERTY GROUP, INC. AND ITS
RELATED ENTITIES
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN  46204
**EMAIL:  RTUCKER@SIMON.COM**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR,*
*COMMITTEE OF UNSECURED CREDITORS)*
ADVANTUS CORP
ATTN: KEVIN CARPENTER, PRESIDENT
12276 SAN JOSE BLVD.
BUILDING 618
JACKSONVILLE, FL  32223
**EMAIL:**
**KCARPENTER@ADVANTUS.COM**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR,*
*COMMITTEE OF UNSECURED CREDITORS)*
BROTHER INTERNATIONAL
CORPORATION
ATTN: MIKE LYNCH, VICE PRESIDENT
AND GENERAL COUNSEL, KELLY A.
HARTMAN
200 CROSSING BLVD.
BRIDGEWATER, NJ  08807-0911
**EMAIL:**
**MICHAEL.LYNCH@BROTHER.COM;**
**KELLY.HARTMAN@BROTHER.COM**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR,*
*COMMITTEE OF UNSECURED CREDITORS)*
GWEN STUDIOS
ATTN: CAREY EDWARDS, CHIEF
EXECUTIVE OFFICER
1377 BROADCLOTH STREET, STE 202
FORT MILL, SC  29715-4509
**EMAIL:**
**WELCOME@WORKSHARESERVICE.CO**
**M;**
**CAREY@GWENSTUDIOS.COM**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR,*
*COMMITTEE OF UNSECURED CREDITORS)*
SUNYIN (HK) HOLDING LIMITED
ATTN: CHEN FENG, PRESIDENT,
BRANDON GRETHER
UNIT A 25/F ONE ISLAND SOUTH
2 HEUNG YIP ROAD
WONG CHUK HANGHK, HONG KONG,
999077
HONG KONG
**EMAIL:**
**RUBY.WANG@KERINESUNTEXTILE.CO**
**M;**
**BRANDON.GRETHER@SUNYIN.COM**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR)*
AB EXPORTS
ATTN: HAMMAD HASSAN, GENERAL
MANAGER
LASANI PULLI, NEAR KHAYABAN
GARDENS
SERGODHA ROAD
FAISALABAD, PUNJAB, DE  38000
PAKISTAN
**EMAIL:  HAMMAD@AB.COM.PK**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR)*
AMERICAN CRAFTS
ATTN: WAYNE MITCHELL, CHIEF
EXECUTIVE OFFICER
588 W 400 S
SUITE 300
LINDON, UT  84042
**EMAIL:**
**WAYNE@AMERICANCRAFTS.COM**

**ELECTRONIC MAIL**
*(TOP 30 LARGEST UNSECURED CREDITOR)*
AROMA BAY CANDLES CO
ATTN: ELLEN MA, HEAD OF SALES
TIEU TRA/ RESIDENT GROUP 6
HUNG DAO- DUONG KINH- HAI PHONG
HAIPHONG,  18000
VIETNAM
**EMAIL:**
**ELLEN@HOMEACCENT.COM.CN**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
CHANGSHU WINWAY TEXTILE CO LTD
ATTN: DAVID WANG, GENERAL
MANAGER
BUILDING A, GULI TOWN
4/F, 10# FUCHUNJIANG EAST ROAD
CHANGSHU CITY, 100 JIANGSHU,   215533
CHINA
**EMAIL:**
**DAVIDWANG@WINWAYTEXTILE.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
CHINA NATIONAL ARTS & CRAFTS
ATTN: KATHY CHEN, CHIEF EXECUTIVE
OFFICER
NO 37 4F 199 LANE YONG FENG ROAD
199 LANE
NINGBO, 130 ZHEJIANG,   315010
CHINA
**EMAIL:  JAY@RAYSUNARTS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
DESIGN GROUP AMERICAS
ATTN: ERIK SJOGREN, CHIEF EXECUTIVE
OFFICER
5555 GLENRIDGE CONNECTOR
SUITE 300
ATLANTA, GA  30342
**EMAIL:**
**ERIK.SJOGREN@IGDESIGNGROUP-**
**AMERICAS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
DESIGNS FOR ALL SEASONS LTD
ATTN: TIM TOMPKINS, CHIEF
EXECUTIVE OFFICER
41 MAN YUE STREET
FLAT B 5F KAISER ESTATE PHASE 1
HUNGHOM, KOWLOON,
HONG KONG
**EMAIL:**
**DESIGNS@DESIGNSFORALLSEASONS.C**
**OM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
FABRIC TRADITIONS
ATTN: ELIZABETH TOWEY, CHIEF
EXECUTIVE OFFICER AND PRESIDENT
519 EIGHTH AVENUE, 19TH FL
NEW YORK, NY  10018
**EMAIL:**
**BTOWEY@FABRICTRADITIONS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
FAIRFIELD PROCESSING
ATTN: JORDAN YOUNG, PRESIDENT
6432 PRESCOTT AVE
SAINT LOUIS, MO  63147-2815
**EMAIL:**
**JORDANY@FAIRFIELDWORLD.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
FEDERAL EXPRESS CORPORATION
ATTN: MARK ALLEN, EXECUTIVE VICE
PRESIDENT AND GENERAL COUNSEL
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN  38120
**EMAIL:  MALLEN@FEDEX.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
GANGA ACROWOOLS LIMITED
ATTN: AMIT THAPAR, PRESIDENT
CORPORATE OFFICE 249, INDUSTRIAL
AREA
A, LUDHIANA-3 (PB), PUNJAB,   141003
INDIA
**EMAIL:**
**AMIT.THAPAR@GANGAACROWOOLS.C**
**OM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
GILDAN USA INC
ATTN: COREY WACHTEL
1980 CLEMENTS FERRY ROAD
CHARLESTON, SC  29492
**EMAIL:**
**CUSTOMERSERVICEACTIVEWEAR@GI**
**LDAN.COM;**
**INVESTORS@GILDAN.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
H&H ASIA LTD
ATTN: LORRAINE MABERRY, SENIOR
VICE PRESIDENT
27F NO 4013 SHENNAN ROAD
SHENZHEN, 518026
CHINA
**EMAIL: HHJAS@HANDHASIA.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
HONGKONG SIMPLE ELEMENT GLOBAL
LIMITED
ATTN: SUMMER XIA, DIRECTOR OF
SALES
3-4F, NO.1 BUILDING
NO. 1498 JIANGNAN ROAD
NINGBO, CHINA
**EMAIL:
SUMMER@NBPARAMONT.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
HTL LIMITED
ATTN: SIMON CASTLEY, OWNER
12/F, D. J. BUILDING
173 HOI BUN ROAD
KWUN TONG, KOWLOON,
HONG KONG
**EMAIL: SIMONC@SEWGROUP.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
LOW TECH TOY CLUB LLC
ATTN: ADRIAN ZHANG, MANAGER
411 EMISSARY DR. #108
CARY, NC 27519
**EMAIL: ADRIAN@THEWOOBLES.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
NINGBO WINLEAD ORNAMENT CO LTD
ATTN: BONNIE ZENG, DIRECTOR OF
SALES
SCIENCE AND TECHNOLOGY PLAZA
10/F 4TH BUILDING
NINGBO, 315000
CHINA
**EMAIL: BONNIE@WL-
ORNAMENT.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
ORIENTAL CRAFT IND CO LTD
ATTN: RICKY CHEUNG, CHIEF
EXECUTIVE OFFICER
RM B2, 5F SING MEI INDUSTRIAL BUILD
27-29 KWAI WING ROAD
KWAI CHUNG, HONG KONG
**EMAIL:
RICKY_ORIENTALCRAFT@YAHOO.CO
M.HK**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
ORMO ITHALAT VE IHRACAT AS
ATTN: GIRAY OCALGIRAY, CHIEF
EXECUTIVE OFFICER
KAGITHANE OFISPARK, MERKEZ
MAHALLES
FAITH CAD. GOLYOLU HARMANSAZI
MEVKIT
ORHANGAZI, 16800
TURKEY
**EMAIL: DDAGISTANI@ORMO.COM.TR**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
OTTLITE TECHNOLOGIES, INC.
ATTN: JOHN SHEPPARD, CHIEF
EXECUTIVE OFFICER
1715 N WESTSHORE BLVD
SUITE 950
TAMPA, FL 33607
**EMAIL:
JOHN.SHEPPARD@OTTLITE.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
R.M. PALMER COMPANY LLC
ATTN: RICHARD PALMER, CHIEF
EXECUTIVE OFFICER
1800 ELMWOOD AVENUE
BUFFALO, NY 14207
**EMAIL: DJH@RMPALMER.COM**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
SPRINGS CREATIVE PRODUCTS GROUP
ATTN: DERICK CLOSE, CHIEF EXECUTIVE
OFFICER
300 CHATHAM AVENUE
SUITE 100
ROCK HILL, SC  29730
**EMAIL:
DERICK.CLOSE@SPRINGSCREATIVE.C
OM**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
STEELWORKERS PENSION TRUST
ATTN: WITHDRAWAL LIABILITY
DEPARTMENT
7 NESHAMINY INTERPLEX DR.
BENSALEM, PA  19020
**EMAIL:  QUESTIONS@SPT-USW.ORG**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
SVP SEWING BRANDS LLC
ATTN: JASON FORCIER, CHIEF
EXECUTIVE OFFICER
1714 HEIL QUAKER BLVD
SUITE 130
LA VERGNE, TN  37086
**EMAIL:
JASON.FORCIER@SVPWORLDWIDE.CO
M**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
VIITION (ASIA) LIMITED
ATTN: PEIYUAN WANG, GENERAL
MANAGER
FLAT/RM D03, BLK A, 12/F
19-25 SHAN MEI ST
SHA TIN, NT NEW TERRITORIES,  999077
HONG KONG
**EMAIL:  SUPPORT@VIITION.COM
YUAN@DEYUCRAFT.COM**