
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**SUPPLEMENT TO COMBINED SIXTH MONTHLY AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENTOF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE (I) MONTHLY PERIOD FROM JULY 1, 2025 THROUGH JULY 16, 2025, AND (II) FINAL PERIOD FROM JANUARY 30, 2025 THROUGH JULY 16, 2025**

Province, LLC ("Province") files this Supplement (the "Supplement") to its *Combined Sixth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the (i) Monthly Period from July 1, 2025 Through July 16, 2025, and (ii) Final Period from January 30, 2025 through July 16, 2025* [Docket No. 1683] (the "Final Application"). In addition, Province reserved its right to file a supplement to the Final Application prior to the hearing date to submit additional fees and expenses not previously included in the Final Application, but incurred prior to the date of the hearing on the Final Application, such as fees incurred in preparing the Final Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Province submits this Supplement for $6,361.00 in fees for services rendered that were not included in the Final Application, along with previously unbilled expenses in the amount of $2.80. Attached hereto as **Exhibit A** are the supplemental fees and expenses incurred by Province.

WHEREFORE, Province respectfully requests that the Court (i) approve and allow on a final basis, the aggregate amount of **$1,152,719.00** in fees and reimbursement of **$1,744.46** of actual and necessary expenses incurred in connection with such services, for a total final award of **$1,154,463.46**; (ii) authorize and direct the Debtors to pay to Province the outstanding amount of such sums; and (iii) for such other and further relief as may be just and proper.

Dated: September 24, 2025         PROVINCE, LLC

By: */s/ Sanjuro Kietlinski*
Sanjuro Kietlinski, Partner
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: 702.685.5555
Email: skietlinski@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*