## EXHIBIT A

**Supplemental Fees and Expenses Incurred Post-Effective Date**

## COMPENSATION BY PERSON

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sanjuro Kietlinski | Partner - Corporate restructuring and investment banking. | $1,250 | 4.1 | $5,125.00 |
| | **Subtotal** | | **4.1** | **$5,125.00** |
| | **Blended Rate for Professionals** | **$1,250.00** | | |
| **Paraprofessionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Matts | Matter Manager | $320 | 2.9 | $928.00 |
| Laura Conn | Matter Administrator | $280 | 1.1 | $308.00 |
| | **Subtotal** | | **4.0** | **$1,236.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Grand Total** | | **8.1** | **$6,361.00** |
| | **Blended Rate for all Timekeepers** | **$785.31** | | |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 0.8 | $1,000.00 |
| Fee / Employment Applications | 7.3 | $5,361.00 |
| **Grand Total** | **8.1** | **$6,361.00** |

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees. | $2.80 |
| **Total Expenses** | | **$2.80** |

**BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: CNO. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 7/17/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: CNO. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 7/18/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 7/21/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: claims objection. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 7/21/2025 | Sanjuro Kietlinski | Corresponded with A&M re: claims objection. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/22/2025 | Sanjuro Kietlinski | Corresponded with A&M re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 7/22/2025 | Sanjuro Kietlinski | Corresponded with KDW re: fee app matters. | Fee / Employment Applications | 0.60 | 1,250.00 | $750.00 |
| 7/22/2025 | Sanjuro Kietlinski | Followed up with C. Choe re: claims objection. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/22/2025 | Sanjuro Kietlinski | Corresponded with E. Wilson re: outstanding matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/23/2025 | Sanjuro Kietlinski | Followed up with KDW re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 7/23/2025 | Sanjuro Kietlinski | Followed up with C. Choe. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/23/2025 | Sanjuro Kietlinski | Followed up with J. Adams re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 7/24/2025 | Sanjuro Kietlinski | Corresponded with C. Choe re: omnibus objection. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 7/25/2025 | Laura Conn | Drafted Fifth Monthly Fee Application (June 2025). | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 8/1/2025 | Sanjuro Kietlinski | Corresponded with KDW re: June fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 8/1/2025 | Sanjuro Kietlinski | Finalized June fee app. | Fee / Employment Applications | 0.80 | 1,250.00 | $1,000.00 |
| 8/6/2025 | Sanjuro Kietlinski | Corresponded with M. McLoughlin re: June fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 8/7/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 8/7/2025 | Sanjuro Kietlinski | Followed up with M. McLoughlin re: June fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 8/18/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: final fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 8/21/2025 | Eric Mattson | Corresponded with counsel and internal team re: final fee app. | Fee / Employment Applications | 0.20 | 320.00 | $64.00 |
| 8/21/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: final fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 8/25/2025 | Eric Mattson | Began drafting final fee app. | Fee / Employment Applications | 0.80 | 320.00 | $256.00 |
| 8/27/2025 | Eric Mattson | Continued drafting final fee app (1.0). Corresponded with internal team re: same (0.1). | Fee / Employment Applications | 1.10 | 320.00 | $352.00 |
| 8/29/2025 | Eric Mattson | Finalized final fee app (0.5). Emailed to S. Kietlinski for review (0.1). | Fee / Employment Applications | 0.60 | 320.00 | $192.00 |
| 8/29/2025 | Eric Mattson | Corresponded with counsel re: June CNO and final fee app. | Fee / Employment Applications | 0.20 | 320.00 | $64.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 5/6/2025 | Miscellaneous | PACER - Quarterly research fees. | $2.80 |
| | **Total Expenses** | | **$2.80** |