## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.,*[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 24th day of September, 2025, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**SUPPLEMENT TO COMBINED SIXTH MONTHLY AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE (I) MONTHLY PERIOD FROM JULY 1, 2025 THROUGH JULY 16, 2025, AND (II) FINAL PERIOD FROM JANUARY 30, 2025 THROUGH JULY 16, 2025**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1]   The Debtors in these chapter 11 cases are:  JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

JOANN INC., 2002 Service List FCM/Email
Case No. 25-10068 (CTG)
Document no. 4907-8181-9161
30 – First Class Mail
235 – Electronic Mail

*(COMMITTEE OF UNSECURED CREDITORS)*
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: BRADFORD J. SANDLER, ESQ.,
JAMES E. O'NEILL,  ESQ.
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON  19899-8705
**EMAIL:  BSANDLER@PSZJLAW.COM
JONEILL@PSZJLAW.COM**

*FIRST CLASS MAIL*
*(DEBTORS)*
JOANN INC.
ATTN: ANN ABER, EVP, CHIEF LEGAL
AND HUMAN RESOURCES OFFICER
5555 DARROW ROAD
HUDSON  OH  44236

*FIRST CLASS MAIL*
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 PENNSYLVANIA AVE NW
WASHINGTON  DC  20004-2541

*FIRST CLASS MAIL*
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA  PA  19101-7346

*FIRST CLASS MAIL*
UNITED STATES DEPARTMENT OF JUSTICE
ATTN: BANKRUPTCY DEPT
955 PENNSYLVANIA AVENUE, NW
WASHINGTON  DC  20530-0001

*FIRST CLASS MAIL*
US OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON  DC  20530-0001

*FIRST CLASS MAIL*
PUERTO RICO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
PO BOX 9020192
SAN JUAN  PR  00902-0192

*FIRST CLASS MAIL*
STATE OF ALABAMA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
501 WASHINGTON AVE.
P.O. BOX 300152
MONTGOMERY  AL 36130-0152

*FIRST CLASS MAIL*
STATE OF ARKANSAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
323 CENTER ST. SUITE 200
LITTLE ROCK  AR 72201-2610

*FIRST CLASS MAIL*
STATE OF COLORADO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY, 10TH FLOOR
DENVER  CO 80203

*FIRST CLASS MAIL*
STATE OF FLORIDA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
THE CAPITOL, PL 01
TALLAHASSEE  FL  32399-1050

*FIRST CLASS MAIL*
STATE OF GEORGIA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
40 CAPITAL SQUARE, SW
ATLANTA  GA  30334-1300

*FIRST CLASS MAIL*
STATE OF HAWAII ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
425 QUEEN ST
HONOLULU  HI  96813

*FIRST CLASS MAIL*
STATE OF IDAHO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
700 W. JEFFERSON STREET, SUITE 210
P.O. BOX 83720
BOISE  ID 83720-1000

*FIRST CLASS MAIL*
STATE OF INDIANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
302 W. WASHINGTON ST.
5TH FLOOR
INDIANAPOLIS  IN 46204

*FIRST CLASS MAIL*
STATE OF KANSAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
120 SW 10TH AVE., 2ND FLOOR
TOPEKA  KS  66612-1597

*FIRST CLASS MAIL*
STATE OF KENTUCKY ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
700 CAPITOL AVENUE, SUITE 118
FRANKFORT  KY  40601-3449

*FIRST CLASS MAIL*
STATE OF MINNESOTA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
SUITE 102. STATE CAPITAL
75 DR. MARTIN LUTHER KING JR. BLVD.
ST. PAUL  MN 55155

*FIRST CLASS MAIL*
STATE OF MISSISSIPPI ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
550 HIGH STREET
SUITE 1200
JACKSON  MS 39201

*FIRST CLASS MAIL*
STATE OF NEW MEXICO ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
P.O. DRAWER 1508
SANTA FE  NM  87504-1508

*FIRST CLASS MAIL*
STATE OF NEW YORK ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
DEPT. OF LAW
THE CAPITOL, 2ND FLOOR
ALBANY NY 12224-0341

*FIRST CLASS MAIL*
STATE OF NORTH CAROLINA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
DEPT. OF JUSTICE
P.O. BOX 629
RALEIGH NC 27602-0629

*FIRST CLASS MAIL*
STATE OF OHIO ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE OFFICE TOWER
30 E. BROAD ST., 14TH FLOOR
COLUMBUS  OH 43266-0410

*FIRST CLASS MAIL*
STATE OF OKLAHOMA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
313 NE 21ST STREET
OKLAHOMA CITY  OK  73105

*FIRST CLASS MAIL*
STATE OF PENNSYLVANIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG  PA 17120

*FIRST CLASS MAIL*
STATE OF RHODE ISLAND ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
150 SOUTH MAIN STREET
PROVIDENCE  RI  02903-0000

*FIRST CLASS MAIL*
STATE OF SOUTH CAROLINA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
REMBERT C. DENNIS OFFICE BLDG.
P.O. BOX 11549
COLUMBIA SC  29211-1549

*FIRST CLASS MAIL*
STATE OF VIRGINIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
202 NORTH NINTH STREET
RICHMOND  VA  23219

*FIRST CLASS MAIL*
STATE OF WASHINGTON ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1125 WASHINGTON ST. SE
P.O. BOX 40100
OLYMPIA  WA 98504-0100

*FIRST CLASS MAIL*
STATE OF WISCONSIN ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
WISCONSIN DEPARTMENT OF JUSTICE
STATE CAPITOL, ROOM 114 EAST, P. O.
BOX 7857
MADISON  WI 53707-7857

*FIRST CLASS MAIL*
STATE OF WYOMING ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
123 CAPITOL BUILDING
200 W. 24TH STREET
CHEYENNE  WY  82002

*ELECTRONIC MAIL*
OFFICE OF THE UNITED STATES
TRUSTEE
ATTN: MALCOLM M. BATES
US DEPARTMENT OF JUSTICE
844 KING STREET, SUITE 2207
WILMINGTON, DE  19801
**EMAIL:**
**MALCOLM.M.BATES@USDOJ.GOV**
**USTPREGION03.WL.ECF@USDOJ.GOV**

*ELECTRONIC MAIL*
SECURITIES & EXCHANGE COMMISSION
- NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY  10281-1022
**EMAIL:**
**BANKRUPTCYNOTICESCHR@SEC.GOV**
**NYROBANKRUPTCY@SEC.GOV**

*ELECTRONIC MAIL*
SECURITIES & EXCHANGE COMMISSION
- PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPARTMENT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA  19103
**EMAIL:  SECBANKRUPTCY@SEC.GOV**

*ELECTRONIC MAIL*
SECURITIES AND EXCHANGE
COMMISSION - HDQTRS
ATTN: SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, DC  20549
**EMAIL:  SECBANKRUPTCY@SEC.GOV**

*ELECTRONIC MAIL*
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS
1313 N MARKET STREET
P.O. BOX 2046
WILMINGTON, DE  19801
**EMAIL:**
**USADE.ECFBANKRUPTCY@USDOJ.GOV**

**ELECTRONIC MAIL**
*(COUNSEL TO COLLIN COUNTY, COLLIN
COLLEGE, CITY OF MCKINNEY, MCKINNEY
ISD, CITY OF PLANO, CITY OF SHERMAN)*
PAUL M. LOPEZ, LARRY R. BOYD, EMILY
M. HAHN
ABERNATHY, ROEDER, BOYD &
HULLETT, P.C.
1700 REDBUD BLVD, STE. 300
MCKINNEY, TX 75069
**EMAIL: PLOPEZ@ABERNATHY-
LAW.COM
BANKRUPTCY@ABERNATHY-
LAW.COM
EHAHN@ABERNATHY-LAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO CHINA NATIONAL ART &
CRAFTS IMP. & EXP. HUAYONG CORP.
(CHINA NATIONAL))*
JIANGANG OU, ESQUIRE
ARCHER & GREINER, P.C.
3040 POST OAK BOULEVARD, SUITE 1800-
150
HOUSTON, TX 77056
**EMAIL: JOU@ARCHERLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO CHINA NATIONAL ART &
CRAFTS IMP. & EXP. HUAYONG CORP.
(CHINA NATIONAL))*
NATASHA M. SONGONUGA, ESQUIRE
ARCHER & GREINER, P.C.
300 DELAWARE AVENUE, SUITE 1100
WILMINGTON, DE 19801
**EMAIL:
NSONGONUGA@ARCHERLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS PREPETITION
TERM LOAN AGENT)*
JEFFREY R. GLEIT, BRETT D. GOODMAN
ARENTFOX SCHIFF LLP
1301 AVENUE OF THE AMERICAS
42ND FLOOR
NEW YORK, NY 10019
**EMAIL:
JEFFREY.GLEIT@AFSLAW.COM
BRETT.GOODMAN@AFSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO THE PREPETITION TERM
LOAN AGENT)*
JONATHAN BAGG
ARENTFOX SCHIFF LLP
1717 K STREET NW
WASHINGTON, DC 20006
**EMAIL:
JONATHAN.BAGG@AFSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS PREPETITION
TERM LOAN AGENT)*
MATTHEW R. BENTLEY
ARENTFOX SCHIFF LLP
233 SOUTH WACKER DRIVE
SUITE 7100
CHICAGO, IL 60606
**EMAIL:
MATTHEW.BENTLEY@AFSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO TRAVIS COUNTY)*
JASON A. STARKS
ASSISTANT COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX 78767
**EMAIL:
JASON.STARKS@TRAVISCOUNTYTX.G
OV**

**ELECTRONIC MAIL**
*(COUNSEL TO LOW TECH TOY CLUB LLC)*
STEVEN BALASIANO, ESQ. JUDAH S.
BALASIANO, ESQ.
BALASIANO & ASSOCIATES, PLLC
6701 BAY PARKWAY
3RD FLOOR
BROOKLYN, NY 11204
**EMAIL:
STEVEN@BALASIANOLAW.COM
JUDAH@BALASIANOLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BMA JC LLC; BRIXMOR*
*OPERATING PARTNERSHIP LP; FEDERAL*
*REALTY OP LP; HUTENSKY CAPITAL*
*PARTNERS, LLC; RD MANAGEMENT, LLC;*
*SHOPPING CENTER ASSOCIATES, LP; TPP*
*217 TAYLORSVILLE, LLC; THE STERLING*
*ORGANIZATION; AND WESTFORD VALLEY*
*MARKETPLACE, INC., ARC CLORLFL001,*
*LLC; ARC NLLKLFL001, LLC; ARC*
*SMWMBFL001, LLC; ARG JAFPTIL001, LLC;*
*ARG MHMORNC001, LLC; ARG*
*OTOWEKY001, LLC; ACADIA REALTY*
*LIMITED PARTNERSHIP; AMERICAN FORK*
*SC, LLC; EDENS; GALLATIN MALL GROUP,*
*L.L.C.; LANCASTER DEVELOPMENT*
*COMPANY LLC; MARKETPLACE WEST*
*PARTNERS, LLC; PBA II, LLC; PRIDE*
*CENTER CO., LLC; RENAISSANCE*
*PARTNERS I, LLC; SANTA SUSANA*
*GRF2, LLC AND SHERMAN COMMONS, L.P.)*
DUSTIN P. BRANCH, ESQUIRE, NAHAL
ZARNIGHIAN, ESQUIRE
BALLARD SPAHR LLP
2029 CENTURY PARK EAST
SUITE 1400
LOS ANGELES, CA 90067-2915
**EMAIL:**
**BRANCHD@BALLARDSPAHR.COM**
**ZARNIGHIANN@BALLARDSPAHR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BMA JC LLC; BRIXMOR*
*OPERATING PARTNERSHIP LP; FEDERAL*
*REALTY OP LP; HUTENSKY CAPITAL*
*PARTNERS, LLC; RD MANAGEMENT, LLC;*
*SHOPPING CENTER ASSOCIATES, LP; TPP*
*217 TAYLORSVILLE, LLC; THE STERLING*
*ORGANIZATION; AND WESTFORD VALLEY*
*MARKETPLACE, INC., ARC CLORLFL001,*
*LLC; ARC NLLKLFL001, LLC; ARC*
*SMWMBFL001, LLC; ARG JAFPTIL001, LLC;*
*ARG MHMORNC001, LLC; ARG*
*OTOWEKY001, LLC; ACADIA REALTY*
*LIMITED PARTNERSHIP; AMERICAN FORK*
*SC, LLC; EDENS; GALLATIN MALL GROUP,*
*L.L.C.; LANCASTER DEVELOPMENT*
*COMPANY LLC; MARKETPLACE WEST*
*PARTNERS, LLC; PBA II, LLC; PRIDE*
*CENTER CO., LLC; RENAISSANCE*
*PARTNERS I, LLC; SANTA SUSANA*
*GRF2, LLC AND SHERMAN COMMONS, L.P.)*
LESLIE C. HEILMAN, LAUREL D. ROGLEN,
MARGARET A. VESPER
BALLARD SPAHR LLP
919 N. MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801-3034
**EMAIL:**
**HEILMANL@BALLARDSPAHR.COM**
**ROGLENL@BALLARDSPAHR.COM**
**VESPERM@BALLARDSPAHR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SUNBEAM DEVELOPMENT*
*CORP)*
JEFFREY I. SNYDER, ESQ.
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL 33131-3456
**EMAIL: JSNYDER@BILZIN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GVD COMMERCIAL PROPERTIES, INC.)*
STEPHEN W. SPENCE, ESQUIRE
BROCKSTEDT MANDALAS FEDERICO LLC
1413 SAVANNAH ROAD
SUITE 1
LEWES, DE  19958
**EMAIL:  SSPENCE@LAWBMF.COM**

*ELECTRONIC MAIL*
*(BROOKFIELD PROPERTIES RETAIL INC., AS DIRECT AND INDIRECT OWNER AND/OR MANAGING AGENT AS LANDLORD FOR THE DEBTOR)*
KRISTEN N. PATE, GENERAL COUNSEL
BROOKFIELD PROPERTIES RETAIL INC. AS AGENT
350 N. ORLEANS STREET, SUITE 300
CHICAGO, IL  60654-1607
**EMAIL:  BK@BPRETAIL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ROTH BROS., INC., A SODEXO COMPANY)*
JAMI B. NIMEROFF, ESQUIRE
BROWN NIMEROFF LLC
919 N. MARKET STREET, SUITE 420
WILMINGTON, DE  19801
**EMAIL: JNIMEROFF@BROWNNIMEROFF.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GILDAN ACTIVEWEAR, INC.)*
DAVID M. UNSETH
BRYAN CAVE LEIGHTON PAISNER LLP
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY, SUITE 3600
ST. LOUIS, MO  63102
**EMAIL: DAVID.UNSETH@BCLPLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GILDAN ACTIVEWEAR, INC.)*
JARRET P. HITCHINGS
BRYAN CAVE LEIGHTON PAISNER LLP
301 S. COLLEGE STREET, SUITE 2150
CHARLOTTE, NC  28202
**EMAIL: JARRET.HITCHINGS@BCLPLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BROOKSIDE PROPERTIES, INC.)*
EMILY TAUBE
BURR & FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN  37201
**EMAIL:  ETAUBE@BURR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BROOKSIDE PROPERTIES, INC.)*
J. CORY FALGOWSKI
BURR & FORMAN LLP
222 DELAWARE AVENUE
SUITE 1030
WILMINGTON, DE  19801
**EMAIL:  JFALGOWSKI@BURR.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CRAFTY (AL) LLC (CRAFTY))*
ALAN J. LIPKIN
CHAFFETZ LINDSEY LLP
1700 BROADWAY, 33RD FLOOR
NEW YORK, NY  10019
**EMAIL: ALAN.LIPKIN@CHAFFETZLINDSEY.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO IG DESIGN GROUP AMERICAS, INC.)*
WILLIAM E. CHIPMAN, JR., ESQUIRE,
MARK D. OLIVERE, ESQUIRE
CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DE  19801
**EMAIL: CHIPMAN@CHIPMANBROWN.COM
OLIVERE@CHIPMANBROWN.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO THE PREPETITION FILO AGENT, 1903P LOAN AGENT, LLC, 1903 PARTNERS, LLC)*
JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS
CHOATE HALL & STEWART LLP
TWO INTERNATIONAL PLACE
BOSTON, MA  02110
**EMAIL:  JMARSHALL@CHOATE.COM**
**JVENTOLA@CHOATE.COM**
**HFOUSHEE@CHOATE.COM**
**ATHOMAS@CHOATE.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC)*
AUDREY L. HORNISHER, TARA L. BUSH
CLARK HILL PLC
901 MAIN STREET
SUITE 6000
DALLAS, TX  75202
**EMAIL:**
**AHORNISHER@CLARKHILL.COM**
**TBUSH@CLARKHILL.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC, DAANE'S DEVELOPMENT COMPANY)*
KAREN M. GRIVNER
CLARK HILL PLC
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE  19801
**EMAIL:  KGRIVNER@CLARKHILL.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO DAANE'S DEVELOPMENT COMPANY)*
SANDRA S. HAMILTON
CLARK HILL PLC
200 OTTAWA AVENUE NW
SUITE 500
GRAND RAPIDS, MI  49503
**EMAIL:**
**BANKRUPTCYFILING@CLARKHILL.COM**

**ELECTRONIC MAIL**
*(PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION)*
PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY
COLE SCHOTZ P.C.
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE  19801
**EMAIL:**
**PREILLEY@COLESCHOTZ.COM**
**SNEWMAN@COLESCHOTZ.COM**
**MFITZPATRICK@COLESCHOTZ.COM**
**JDOUGHERTY@COLESCHOTZ.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC)*
STUART M. BROWN, MATTHEW S. SARNA
DLA PIPER LLP (US)
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON, DE  19801
**EMAIL:**
**STUART.BROWN@US.DLAPIPER.COM**
**MATTHEW.SARNA@US.DLAPIPER.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO FAIRWAY-FALLS, LLC)*
BEATRIZ S. MCCONNELL, ESQUIRE
ENGLANDER FISCHER
721 FIRST AVENUE NORTH
ST. PETERSBURG, FL  33701
**EMAIL:**
**BMCCONNELL@EFLEGAL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO RED MOUNTAIN ASSET FUND I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SMART CIENEGA SPE, A CALIFORNIA LIMITED LIABILITY COMPANY, NATTAN, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY)*
BYRON Z. MOLDO
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD
12TH FLOOR
BEVERLY HILLS, CA  90212
**EMAIL:  BMOLDO@ECJLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALMADEN PROPERTIES, LLC)*
JOSEPH J. DIPASQUALE
FOX ROTHSCHILD LLP
49 MARKET STREET
MORRISTOWN, NJ  07960
**EMAIL:
JDIPASQUALE@FOXROTHSCHILD.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALMADEN PROPERTIES, LLC)*
STEPHANIE SLATER WARD, ESQUIRE
FOX ROTHSCHILD LLP
1201 N. MARKET STREET
SUITE 1200
WILMINGTON, DE  19801
**EMAIL:
SWARD@FOXROTHSCHILD.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO WPG LEGACY, LLC)*
RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ.
FROST BROWN TODD LLP
3300 GREAT AMERICAN TOWER
301 EAST FOURTH STREET
CINCINNATI, OH  45202
**EMAIL:  RGOLD@FBTLAW.COM
ESEVERINI@FBTLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SUN-YIN (HK) HOLDING LTD.)*
MICHAEL BUSENKELL, ESQ.
GELLERT SEITZ BUSENKELL & BROWN, LLC
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE  19801
**EMAIL:
MBUSENKELL@GSBBLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE PREPETITION LOAN LENDER AD HOC GROUP, THE AD HOC TERM LOAN GROUP)*
SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG
GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY  10166-0193
**EMAIL:
SGREENBERG@GIBSONDUNN.COM
JBRODY@GIBSONDUNN.COM
MJWILLIAMS@GIBSONDUNN.COM
CLWILSON@GIBSONDUNN.COM
KLIANG@GIBSONDUNN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO TOLL GLOBAL FORWARDING (USA) INC.)*
BRENDAN COLLINS, RACHEL E. AMSTER
GKG LAW, P.C.
1055 THOMAS JEFFERSON STREET, NW
SUITE 620
WASHINGTON, DC  20007
**EMAIL:  BCOLLINS@GKGLAW.COM
RAMSTER@GKGLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO THE AD HOC TERM LOAN GROUP)*
ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG
GLENN AGRE BERGMAN & FUENTES LLP
1185 AVENUE OF THE AMERICAS
22ND FLOOR
NEW YORK, NY 10036
**EMAIL:  AGLENN@GLENNAGRE.COM
KMAYR@GLENNAGRE.COM
ABERRO@GLENNAGRE.COM
MDOSS@GLENNAGRE.COM
EHONG@GLENNAGRE.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO ALMADEN PROPERTIES, LLC)*
DAVID L. BRUCK
GREENBAUM, ROWE, SMITH & DAVIS LLP
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830
**EMAIL:
DBRUCK@GREENBAUMLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC)*
NANCY J. NEWMAN, ESQ.
HANSON BRIDGETT LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
**EMAIL:
NNEWMAN@HANSONBRIDGETT.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION)*
HARRIS COUNTY ATTORNEY'S OFFICE
SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY
ATTENTION: PROPERTY TAX DIVISION
P.O. BOX 2848
HOUSTON, TX 77252
**EMAIL:
TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV**

**ELECTRONIC MAIL**
*(COUNSEL TO THE MARKETPLACE TAVARES, LLC, F/K/A TAMBURRO PROPERTIES II, LLC)*
GARVAN F. MCDANIEL, ESQUIRE
HOGAN & MCDANIEL
1311 DELAWARE AVENUE
WILMINGTON, DE 19806
**EMAIL:
GFMCDANIEL@DKHOGAN.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO JANOME AMERICA INC. (JANOME))*
ARTHUR ROSENBERG, ESQ.
HOLLAND & KNIGHT LLP
787 SEVENTH AVENUE, SUITE 3100
NEW YORK, NY 10019
**EMAIL:
ARTHUR.ROSENBERG@HKLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO BURLINGTON STORES, INC.)*
JENNIFER F. WERTZ
JACKSON WALKER LLP
100 CONGRESS AVENUE
SUITE 1100
AUSTIN, TX 78701
**EMAIL:  JWERTZ@JW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BURLINGTON STORES, INC.)*
KRISTHY M. PEGUERO
JACKSON WALKER LLP
1401 MCKINNEY
SUITE 1900
HOUSTON, TX  77010
**EMAIL:  KPEGUERO@JW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BURLINGTON STORES, INC.)*
WILLIAM FARMER
JACKSON WALKER LLP
2323 ROSS AVENUE
SUITE 600
DALLAS, TX  75201
**EMAIL:  WFARMER@JW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO JJD-HOV ELK GROVE, LLC)*
MICHAEL J. JOYCE
JOYCE, LLC
1225 KING STREET
SUITE 800
WILMINGTON, DE  19801
**EMAIL:**
**MJOYCE@MJLAWOFFICES.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO MARPLE XYZ ASSOCIATES,*
*L.P.)*
WILLIAM J. LEVANT, ESQUIRE
KAPLIN STEWART MELOFF REITER &
STEIN, P.C.
910 HARVEST DRIVE
POST OFFICE BOX 3037
BLUE BELL, PA  19422
**EMAIL:  WLEVANT@KAPLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GORDON BROTHERS RETAIL*
*PARTNERS, LLC)*
STEVEN J. REISMAN, CINDI M. GIGLIO,
GRACE A. THOMPSON
KATTEN MUCHIN ROSENMAN LLP
50 ROCKEFELLER PLAZA
NEW YORK, NY  10020-1605
**EMAIL:  SREISMAN@KATTEN.COM**
**CGIGLIO@KATTEN.COM**
**GRACE.THOMPSON@KATTEN.COM**

*ELECTRONIC MAIL*
*(PROPOSED CO-COUNSEL TO THE*
*DEBTORS AND DEBTORS IN POSSESSION)*
ANUP SATHY, JEFFREY MICHALIK,
LINDSEY BLUMENTHAL
KIRKLAND & ELLIS LLP
333 WEST WOLF POINT PLAZA
CHICAGO, IL  60654
**EMAIL:**
**ANUP.SATHY@KIRKLAND.COM**
**JEFF.MICHALIK@KIRKLAND.COM**
**LINDSEY.BLUMENTHAL@KIRKLAND.C**
**OM**

*ELECTRONIC MAIL*
*(PROPOSED CO-COUNSEL TO THE*
*DEBTORS AND DEBTORS IN POSSESSION)*
JOSHUA A. SUSSBERG, APARNA
YENAMANDRA
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY  10022
**EMAIL:**
**JOSHUA.SUSSBERG@KIRKLAND.COM**
**APARNA.YENAMANDRA@KIRKLAND.C**
**OM**

*ELECTRONIC MAIL*
*(COUNSEL TO OXFORD VALLEY ROAD*
*ASSOCIATES)*
JEFFREY KURTZMAN, ESQUIRE
KURTZMAN | STEADY, LLC
101 N. WASHINGTON AVENUE
SUITE 4A
MARGATE, NJ  08402
**EMAIL:**
**KURTZMAN@KURTZMANSTEADY.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CENTERBRIDGE PARTNERS,*
*L.P.)*
ADAM G. LANDIS, ESQ., MATTHEW B.
MCGUIRE, ESQ., ELIZABETH A. ROGERS,
ESQ.
LANDIS RATH & COBB LLP
919 MARKET STREET
SUITE 1800
WILMINGTON, DE  19801
**EMAIL:  LANDIS@LRCLAW.COM**
**MCGUIRE@LRCLAW.COM**
**EROGERS@LRCLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P., LYNNWOOD TOWER, LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION)*
SUSAN E, KAUFMAN, ESQ.
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. MARKET STREET, STE. 460
WILMINGTON, DE  19801
**EMAIL:**
**SKAUFMAN@SKAUFMANLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LA HABRA WESTRIDGE PARTNERS, L.P.)*
RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660
**EMAIL:  RON@RKBROWNLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO.)*
SCOTT D. COUSINS
LEWIS BRISBOIS BISGAARD & SMITH LLP
500 DELAWARE AVE.
SUITE 700
WILMINGTON, DE  19801
**EMAIL:**
**SCOTT.COUSINS@LEWISBRISBOIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO NUECES COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY)*
DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 17428
AUSTIN, TX  78760-7428
**EMAIL:**
**AUSTIN.BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BEXAR COUNTY)*
DON STECKER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. PECAN STREET
SUITE 2200
SAN ANTONIO, TX  78205
**EMAIL:**
**SANANTONIO.BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SMITH COUNTY, ROCKWALL CAD, ELLIS COUNTY, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY, LEWISVILLE ISD, GRAYSON COUNTY)*
JOHN KENDRICK TURNER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 MAPLE AVENUE
SUITE 800
DALLAS, TX  75219
**EMAIL:**
**DALLAS.BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CITY OF HOUSTON, KATY ISD, HOUSTON ISD, HOUSTON COMM COLL SYSTEM, CITY OF HUMBLE, CYPRESS-FAIRBANKS ISD, FORT BEND COUNTY, JEFFERSON COUNTY, LONE STAR COLLEGE SYSTEM, HARRIS CO ESD # 47, HARRIS CO ESD # 09, MONTGOMERY COUNTY)*
TARA L. GRUNDEMEIER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX  77253-3064
**EMAIL:**
**HOUSTON_BANKRUPTCY@LGBS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO.)*
JEFFREY M. ROSENTHAL, ANN S. LEE, VINCENT J. ROLDAN
MANDELBAUM BARRETT PC
3 BECKER FARM ROAD
SUITE 105
ROSELAND, NJ  07068
**EMAIL:**
**JROSENTHAL@MBLAWFIRM.COM**
**ALEE@MBLAWFIRM.COM**
**VROLDAN@MBLAWFIRM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SHELBYVILLE ROAD PLAZA, LLC)*
KATE ROGGIO BUCK, ESQ., MALIHEH ZARE, ESQ.
MCCARTER & ENGLISH, LLP
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE  19801
**EMAIL:  KBUCK@MCCARTER.COM**
**MZARE@MCCARTER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS)*
JULIE ANNE PARSONS
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
700 JEFFREY WAY
SUITE 100
ROUND ROCK, TX  78665
**EMAIL:  JPARSONS@MVBALAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS)*
JULIE ANNE PARSONS
MCCREARY, VESELKA, BRAGG, & ALLEN, P.C.
P.O. BOX 1269
ROUND ROCK, TX  78680-1269
**EMAIL:  JPARSONS@MVBALAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BROTHER INTERNATIONAL CORPORATION)*
GARY D. BRESSLER, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
300 DELAWARE AVENUE
SUITE 770
WILMINGTON, DE  19801
**EMAIL:  GBRESSLER@MDMC-LAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SVP SEWING BRANDS LLC (SVP SEWING))*
DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER
MILBANK LLP
55 HUDSON YARDS
NEW YORK, NY  10001
**EMAIL:  DDUNNE@MILBANK.COM**
**SKHALIL@MILBANK.COM**
**AHARMEYER@MILBANK.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT)*
DAVID K. SHIM, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
ONE STATE STREET
HARTFORD, CT  06103-3178
**EMAIL:**
**DAVID.SHIM@MORGANLEWIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT)*
MARJORIE CRIDER, CHRISTOPHER L. CARTER
MORGAN, LEWIS & BOCKIUS LLP
ONE FEDERAL STREET
BOSTON, MA  02110-1726
**EMAIL:
MARJORIE.CRIDER@MORGANLEWIS.COM
CHRISTOPHER.CARTER@MORGANLEWIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT)*
ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY
MORRIS JAMES LLP
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE  19801
**EMAIL:
EMONZO@MORRISJAMES.COM
BKEILSON@MORRISJAMES.COM
CDONNELLY@MORRISJAMES.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CRAFTY (AL) LLC (CRAFTY))*
CURTIS S. MILLER & AUSTIN T. PARK
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET STREET, SUITE 1600
P.O. BOX 1347
WILMINGTON, DE  19899-1347
**EMAIL:
CMILLER@MORRISNICHOLS.COM
APARK@MORRISNICHOLS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC TERM LOAN GROUP)*
ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET STREET
16TH FLOOR
WILMINGTON, DE  19801
**EMAIL:
RDEHNEY@MORRISNICHOLS.COM
MHARVEY@MORRISNICHOLS.COM
BDOLPHIN@MORRISNICHOLS.COM
DCULVER@MORRISNICHOLS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO KIMCO REALTY CORPORATION)*
BRIAN J. MCLAUGHLIN, ESQUIRE
OFFIT KURMAN, P.A.
222 DELAWARE AVENUE
SUITE 1105
WILMINGTON, DE  19801
**EMAIL:
BRIAN.MCLAUGHLIN@OFFITKURMAN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD)*
ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
500 E. BORDER STREET
SUITE 640
ARLINGTON, TX  76010
**EMAIL:  EBCALVO@PBFCM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO FRISCO ISD, PLANO ISD)*
LINDA D. REESE
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
1919 S. SHILOH RD.
SUITE 640, LB40
GARLAND, TX  75042
**EMAIL:  IREECE@PBFCM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CLEAR CREEK*
*INDEPENDENT SCHOOL DISTRICT)*
MELISSA E. VALDEZ
PERDUE, BRANDON, FIELDER, COLLINS
& MOTT, L.L.P.
1235 NORTH LOOP WEST
SUITE 600
HOUSTON, TX  77008
**EMAIL:  MVALDEZ@PBFCM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GORDON BROTHERS RETAIL*
*PARTNERS, LLC)*
M. BLAKE CLEARY, GREGORY J.
FLASSER
POTTER ANDERSON & CORROON LLP
1313 N. MARKET STREET
6TH FLOOR
WILMINGTON, DE  19801
**EMAIL:**
**BCLEARY@POTTERANDERSON.COM**
**GFLASSER@POTTERANDERSON.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO MANN ENTERPRISES, INC.)*
GERALD P. KENNEDY, ESQ.
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
525 B STREET
SUITE 2200
SAN DIEGO, CA  92101
**EMAIL:**
**GERALD.KENNEDY@PROCOPIO.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CENTERBRIDGE PARTNERS,*
*L.P.)*
ANDREW BETTWY, ESQ.
PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036
**EMAIL:  ABETTWY@PROSKAUER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CENTERBRIDGE PARTNERS,*
*L.P.)*
CHARLES A. DALE, ESQ.
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA  02110
**EMAIL:  CDALE@PROSKAUER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BIRCH RUN STATION, LLC)*
TIMOTHY T. MITCHELL, ESQUIRE
RASHTI AND MITCHELL, ATTORNEYS AT
LAW
4422 RIDGESIDE DRIVE
DALLAS, TX  75244
**EMAIL:**
**TIM@RASHTIANDMITCHELL.COM**
**DKRM@AOL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BANK OF AMERICA, N.A., AS*
*PREPETITION ABL AGENT)*
KURT F. GWYNNE, JASON D. ANGELO
REED SMITH LLP
1201 NORTH MARKET STREET
SUITE 1500
WILMINGTON, DE  19801
**EMAIL:  KGWYNNE@REEDSMITH.COM**
**JANGELO@REEDSMITH.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ASL INVESTMENTS, LLC)*
DAVID M. REEDER, ESQ.
REEDER LAW CORPORATION
1801 CENTURY PARK EAST
16TH FLOOR
LOS ANGELES, CA  90067
**EMAIL:  DAVID@REEDERLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SVP SEWING BRANDS LLC*
*(SVP SEWING))*
MARK D. COLLINS, ALEXANDER R.
STEIGER
RICHARDS, LAYTON & FINGER, P.A.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE  19801
**EMAIL:  STEIGER@RLF.COM**
**COLLINS@RLF.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO  STUDIO ELUCEO LTD*
*(STUDIO ELUCEO))*
EVAN T. MILLER, ESQUIRE
SAUL EWING LLP
1201 N. MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE  19899
**EMAIL:  EVAN.MILLER@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO PHILLIPS EDISON &*
*COMPANY INC., ALAMEDA CROSSING*
*STATION LLC, BEAR CREEK STATION LLC,*
*BEAVERCREEK TOWNE STATION LLC,*
*HAMILTON VILLAGE STATION LLC,*
*LAKEWOOD STATION LLC, RAYNHAM*
*STATION LLC, AND RICHMOND STATION*
*LLC, FAIRWAY-FALLS, LLC)*
MONIQUE B. DISABATINO, ESQUIRE
SAUL EWING LLP
1201 NORTH MARKET STREET, SUITE
2300
P.O. BOX 1266
WILMINGTON, DE  19899
**EMAIL:**
**MONIQUE.DISABATINO@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO  STUDIO ELUCEO LTD*
*(STUDIO ELUCEO))*
RYAN COY, ESQUIRE
SAUL EWING LLP
1888 CENTURY PARK E, SUITE 1500
LOS ANGELES, CA  90067
**EMAIL:  RYAN.COY@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO PHILLIPS EDISON &*
*COMPANY INC., ALAMEDA CROSSING*
*STATION LLC, BEAR CREEK STATION LLC,*
*BEAVERCREEK TOWNE STATION LLC,*
*HAMILTON VILLAGE STATION LLC,*
*LAKEWOOD STATION LLC, RAYNHAM*
*STATION LLC, AND RICHMOND STATION*
*LLC)*
TURNER N. FALK, ESQUIRE
SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
**EMAIL:  TURNER.FALK@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO IG DESIGN GROUP*
*AMERICAS, INC.)*
JAMES B. SOWKA, ESQUIRE
SEYFARTH SHAW LLP
233 S. WACHER DRIVE
SUITE 8000
CHICAGO, IL  60606
**EMAIL:  JSOWKA@SEYFARTH.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BRIDGE33 CAPITAL LLC, RPI*
*RIDGMAR TOWN SQUARE, LTD.)*
MICHELLE E. SHRIRO, ESQ.
SINGER & LEVICK, P.C.
16200 ADDISON ROAD
SUITE 140
ADDISON, TX  75001
**EMAIL:**
**MSHRIRO@SINGERLEVICK.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO G&I IX EMPIRE MCKINLEY*
*MILESTRIP LLC, ARD MACARTHUR LLC,*
*CONCORD RETAIL PARTNERS, L.P.)*
DANA S. PLON, ESQUIRE
SIRLIN LESSER & BENSON, P.C.
123 SOUTH BROAD STREET
SUITE 2100
PHILADELPHIA, PA  19109
**EMAIL:  DPLON@SIRLINLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALAMO CENTER, LLC)*
MICHAEL D. BRESLAUER
SOLOMON WARD SEIDENWURM &
SMITH LL
401 B STREET, SUITE 1200
SAN DIEGO, CA  92101
**EMAIL:
MBRESLAUER@SWSSLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BAYSHORE VILLAGE (U.S.),*
*INC.)*
JOSEPH H. LEMKIN, ESQUIRE
STARK & STARK, P.C.
P.O. BOX 5315
PRINCETON, NJ  08543
**EMAIL:  JLEMKIN@STARK-
STARK.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO GANGA ACROWOOLS*
*LIMITED (GANGA), JANOME AMERICA INC.*
*(JANOME))*
WILLIAM A. HAZELTINE, ESQ., WILLIAM
D. SULLIVAN, ESQ.
SULLIVAN HAZELTINE ALLINSON LLC
919 NORTH MARKET STREET, SUITE 420
WILMINGTON, DE  19801
**EMAIL:  WHAZELTINE@SHA-LLC.COM
BSULLIVAN@SHA-LLC.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO WESTMINSTER GRANITE*
*MAIN LLC)*
BRADSHAW ROST, ESQ.
TENENBAUM & SAAS, P.C.
4504 WALSH STREET
SUITE 200
CHEVY CHASE, MD  20815
**EMAIL:  BROST@TSPCLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE TEXAS COMPTROLLER*
*OF PUBLIC ACCOUNTS)*
CHRISTOPHER S. MURPHY
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711-2548
**EMAIL:
CHRISTOPHER.MURPHY@OAG.TEXAS.
GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO CB PASO, LLC)*
WILLIAM EHRLICH
THE EHRLICH LAW FIRM
444 EXECUTIVE CENTER BLVD
SUITE 240
EL PASO, TX  79902
**EMAIL:
WILLIAM@EHRLICHLAWFIRM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO VIITION (ASIA) LIMITED)*
FREDERICK B. ROSNER, ESQ., ZHAO
(RUBY) LIU, ESQ.
THE ROSNER LAW GROUP LLC
824 N. MARKET ST.
SUITE 810
WILMINGTON, DE  19801
**EMAIL:  ROSNER@TEAMROSNER.COM
LIU@TEAMROSNER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO RIVER RIDGE MALL JV, LLC)*
LOUIS F. SOLIMINE, ESQ.
THOMPSON HINE LLP
312 WALNUT STREET – SUITE 2000
CINCINNATI, OH  45202-4029
**EMAIL:
LOUIS.SOLIMINE@THOMPSONHINE.CO
M**

*ELECTRONIC MAIL*
*(COUNSEL TO JONES LANG LASALLE AMERICAS, INC.)*
STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ.
WALSH PIZZI O'REILLY FALANGA, LLP
THREE GATEWAY CENTER
100 MULBERRY STREET, 15TH FLOOR
NEWARK, NJ  07102
**EMAIL:  SFALANGA@WALSH.LAW**
**NEBEL@WALSH.LAW**

*ELECTRONIC MAIL*
*(COUNSEL TO WITTE PLAZA, LTD.)*
JEFF CARRUTH
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 GREENWAY PLAZA
SUITE 2050
HOUSTON, TX  77046
**EMAIL:  JCARRUTH@WKPZ.COM**

*ELECTRONIC MAIL*
*(G.W. REAL ESTATE OF GEORGIA, LLC)*
PIERSON FERDINAND LLP
ATTN: JEFFREY M. CARBINO, ESQUIRE
1007 N. ORANGE STRET STREET
SUITE 420
WILMINGTON, DE  19801
**EMAIL:**
**JEFFREY.CARBINO@PIERFERD.COM**

*ELECTRONIC MAIL*
GUAM ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
590 S. MARINE CORPS DRIVE
SUITE 902
TAMUNING, GU  96913
**EMAIL:  DBMOYLAN@OAGGUAM.ORG**
**ADMINISTRATION@OAGGUAM.ORG**

*ELECTRONIC MAIL*
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON, DC  20036
**EMAIL:  KCORDRY@NAAG.ORG**

*ELECTRONIC MAIL*
STATE OF ALASKA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1031 W. 4TH AVENUE
SUITE 200
ANCHORAGE, AK  99501-1994
**EMAIL:**
**ATTORNEY.GENERAL@ALASKA.GOV**

*ELECTRONIC MAIL*
STATE OF ARIZONA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
2005 N CENTRAL AVE
PHOENIX, AZ  85004-2926
**EMAIL:  AGINFO@AZAG.GOV**

*ELECTRONIC MAIL*
STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
1300 I STREET
SACRAMENTO, CA  95814-2919
**EMAIL:  BANKRUPTCY@COAG.GOV**

*ELECTRONIC MAIL*
STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
165 CAPITOL AVENUE
HARTFORD, CT  06106
**EMAIL:**
**ATTORNEY.GENERAL@CT.GOV**
**DENISE.MONDELL@CT.GOV**

*ELECTRONIC MAIL*
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE  19801
**EMAIL:**
**ATTORNEY.GENERAL@STATE.DE.US**

*ELECTRONIC MAIL*
STATE OF ILLINOIS ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL  60601
**EMAIL:**
**WEBMASTER@ATG.STATE.IL.US**

*ELECTRONIC MAIL*
STATE OF INDIANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN  46204
**EMAIL:  INFO@ATG.IN.GOV**

*ELECTRONIC MAIL*
STATE OF IOWA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
HOOVER STATE OFFICE BLDG.
1305 E. WALNUT STREET
DES MOINES, IA  50319
**EMAIL:  WEBTEAM@AG.IOWA.GOV**

*ELECTRONIC MAIL*
STATE OF LOUISIANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1885 NORTH THIRD STREET
P.O. BOX 94095
BATON ROUGE, LA  70804-4095
**EMAIL:**
**CONSUMERINFO@AG.STATE.LA.US**

*ELECTRONIC MAIL*
STATE OF MAINE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE HOUSE STATION 6
AUGUSTA, ME  04333-0000
**EMAIL:**
**KAITLYN.M.HUSAR@MAINE.GOV**

*ELECTRONIC MAIL*
STATE OF MARYLAND ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
200 ST. PAUL PLACE
BALTIMORE, MD  21202-2202
**EMAIL:  OAG@OAG.STATE.MD.US**

*ELECTRONIC MAIL*
STATE OF MASSACHUSETTS ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
ONE ASHBURTON PLACE
BOSTON, MA  02108-1698
**EMAIL:  AGO@STATE.MA.US**

*ELECTRONIC MAIL*
STATE OF MICHIGAN ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
G. MENNEN WILLIAMS BUILDING, 7TH
FLOOR
525 W. OTTAWA ST., P.O. BOX 30212
LANSING, MI  48909-0212
**EMAIL:  MIAG@MICHIGAN.GOV**

*ELECTRONIC MAIL*
STATE OF MISSOURI ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
SUPREME COURT BUILDING
207 W. HIGH ST.
JEFFERSON CITY, MO  65101
**EMAIL:**
**ATTORNEY.GENERAL@AGO.MO.GOV**

*ELECTRONIC MAIL*
STATE OF MONTANA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
JUSTICE BLDG.
215 N. SANDERS
HELENA, MT  59620-1401
**EMAIL:  CONTACTDOJ@MT.GOV**

*ELECTRONIC MAIL*
STATE OF NEBRASKA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
2115 STATE CAPITOL
P.O. BOX 98920
LINCOLN, NE  68509-8920
**EMAIL:
AGO.INFO.HELP@NEBRASKA.GOV**

*ELECTRONIC MAIL*
STATE OF NEVADA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
OLD SUPREME CT. BLDG.
100 N. CARSON ST.
CARSON CITY, NV  89701
**EMAIL:  AGINFO@AG.NV.GOV**

*ELECTRONIC MAIL*
STATE OF NEW HAMPSHIRE ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1 GRANITE PLACE SOUTH
CONCORD, NH  03301
**EMAIL:
ATTORNEYGENERAL@DOJ.NH.GOV**

*ELECTRONIC MAIL*
STATE OF NEW JERSEY ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
RJ HUGHES JUSTICE COMPLEX
25 MARKET STREET
TRENTON, NJ  08625-0080
**EMAIL:
ASKCONSUMERAFFAIRS@LPS.STATE.N
J.US**

*ELECTRONIC MAIL*
STATE OF NORTH DAKOTA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL
600 E BOULEVARD AVE DEPT 125
BISMARCK, ND  58505-0040
**EMAIL:  NDAG@ND.GOV**

*ELECTRONIC MAIL*
STATE OF OREGON ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
JUSTICE BLDG.
1162 COURT STREET NE
SALEM, OR  97301
**EMAIL:
CONSUMER.HOTLINE@DOJ.STATE.OR.
US**

*ELECTRONIC MAIL*
STATE OF SOUTH DAKOTA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
1302 EAST HIGHWAY 14
SUITE 1
PIERRE, SD  57501-8501
**EMAIL:
CONSUMERHELP@STATE.SD.US**

*ELECTRONIC MAIL*
STATE OF TENNESSEE ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
425 5TH AVENUE NORTH
NASHVILLE, TN  37243
**EMAIL:  GINA.HANTEL@AG.TN.GOV**

*ELECTRONIC MAIL*
STATE OF TEXAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CAPITOL STATION
P.O. BOX 12548
AUSTIN, TX  78711-2548
**EMAIL:
PUBLIC.INFORMATION@OAG.STATE.T
X.US**

*ELECTRONIC MAIL*
STATE OF UTAH ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL, ROOM 236
SALT LAKE CITY, UT  84114-0810
**EMAIL:  UAG@UTAH.GOV**

*ELECTRONIC MAIL*
STATE OF VERMONT ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
109 STATE ST.
MONTPELIER, VT  05609-1001
**EMAIL:
AGO.BANKRUPTCIES@VERMONT.GOV**

*ELECTRONIC MAIL*
STATE OF WEST VIRGINIA ATTORNEY
GENERAL
ATTN: BANKRUPTCY DEPT
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV  25305
**EMAIL:  CONSUMER@WVAGO.GOV**

*ELECTRONIC MAIL*
WASHINGTON DC ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
400 6TH ST., NW.
WASHINGTON, DC  20001
**EMAIL:  OAG@DC.GOV**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
KELLEY DRYE & WARREN LLP
ATTN: JASON R. ADAMS, ESQ., ERIC R.
WILSON, ESQ. MAEGHAN MCLOUGHLIN,
ESQ., ANDRES BARAJAS, ESQ.
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NY  10007
**EMAIL:
MMCLOUGHLIN@KELLEYDRYE.COM;
ABARAJAS@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KE
LLEYDRYE.COM;
JADAMS@KELLEYDRYE.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
KIMCO REALTY CORPORATION
ATTN: RAYMOND EDWARDS
500 NORTH BROADWAY
SUITE 201
JERICHO, NY  11753
**EMAIL:
REDWARDS@KIMCOREALTY.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
LOW TECH TOY CLUB LLC
ATTN: ADRIAN ZHANG
510 MEADOWMONT VILLAGE CIRCLE
SUITE 311
CHAPEL HILL, NC  27517
**EMAIL:  ADRIAN@THEWOOBLES.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
ORMO ITHALAT VE IHRACAT AS
ATTN: GIRAY OCALGIRAY
MERKEZ MAHALLESI
BAGLAR CADDESI NO. 14/B 34406
KAGITHANE, ISTANBUL,
TURKEY
**EMAIL:
GOCALGIRAY@ORMO.COM.TR**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED
CREDITORS)*
REGENCY CENTERS, L.P.
ATTN: ERNST BELL
ONE INDEPENDENT DRIVE
SUITE 114
JACKSONVILLE, FL  32202
**EMAIL:
ERNSTBELL@REGENCYCENTERS.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED CREDITORS)*
SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN  46204
**EMAIL:  RTUCKER@SIMON.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS)*
ADVANTUS CORP
ATTN: KEVIN CARPENTER, PRESIDENT
12276 SAN JOSE BLVD.
BUILDING 618
JACKSONVILLE, FL  32223
**EMAIL: KCARPENTER@ADVANTUS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS)*
BROTHER INTERNATIONAL CORPORATION
ATTN: MIKE LYNCH, VICE PRESIDENT AND GENERAL COUNSEL, KELLY A. HARTMAN
200 CROSSING BLVD.
BRIDGEWATER, NJ  08807-0911
**EMAIL: MICHAEL.LYNCH@BROTHER.COM; KELLY.HARTMAN@BROTHER.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS)*
GWEN STUDIOS
ATTN: CAREY EDWARDS, CHIEF EXECUTIVE OFFICER
1377 BROADCLOTH STREET, STE 202
FORT MILL, SC  29715-4509
**EMAIL: WELCOME@WORKSHARESERVICE.COM; CAREY@GWENSTUDIOS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR, COMMITTEE OF UNSECURED CREDITORS)*
SUNYIN (HK) HOLDING LIMITED
ATTN: CHEN FENG, PRESIDENT, BRANDON GRETHER
UNIT A 25/F ONE ISLAND SOUTH
2 HEUNG YIP ROAD
WONG CHUK HANGHK, HONG KONG, 999077
HONG KONG
**EMAIL: RUBY.WANG@KERINESUNTEXTILE.COM; BRANDON.GRETHER@SUNYIN.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
AB EXPORTS
ATTN: HAMMAD HASSAN, GENERAL MANAGER
LASANI PULLI, NEAR KHAYABAN GARDENS
SERGODHA ROAD
FAISALABAD, PUNJAB, DE  38000
PAKISTAN
**EMAIL:  HAMMAD@AB.COM.PK**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
AMERICAN CRAFTS
ATTN: WAYNE MITCHELL, CHIEF EXECUTIVE OFFICER
588 W 400 S
SUITE 300
LINDON, UT  84042
**EMAIL: WAYNE@AMERICANCRAFTS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
AROMA BAY CANDLES CO
ATTN: ELLEN MA, HEAD OF SALES
TIEU TRA/ RESIDENT GROUP 6
HUNG DAO- DUONG KINH- HAI PHONG
HAIPHONG,  18000
VIETNAM
**EMAIL: ELLEN@HOMEACCENT.COM.CN**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
CHANGSHU WINWAY TEXTILE CO LTD
ATTN: DAVID WANG, GENERAL
MANAGER
BUILDING A, GULI TOWN
4/F, 10# FUCHUNJIANG EAST ROAD
CHANGSHU CITY, 100 JIANGSHU,  215533
CHINA
**EMAIL:
DAVIDWANG@WINWAYTEXTILE.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
CHINA NATIONAL ARTS & CRAFTS
ATTN: KATHY CHEN, CHIEF EXECUTIVE
OFFICER
NO 37 4F 199 LANE YONG FENG ROAD
199 LANE
NINGBO, 130 ZHEJIANG,  315010
CHINA
**EMAIL:  JAY@RAYSUNARTS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
DESIGN GROUP AMERICAS
ATTN: ERIK SJOGREN, CHIEF EXECUTIVE
OFFICER
5555 GLENRIDGE CONNECTOR
SUITE 300
ATLANTA, GA  30342
**EMAIL:
ERIK.SJOGREN@IGDESIGNGROUP-
AMERICAS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
DESIGNS FOR ALL SEASONS LTD
ATTN: TIM TOMPKINS, CHIEF
EXECUTIVE OFFICER
41 MAN YUE STREET
FLAT B 5F KAISER ESTATE PHASE 1
HUNGHOM, KOWLOON,
HONG KONG
**EMAIL:
DESIGNS@DESIGNSFORALLSEASONS.C
OM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
FABRIC TRADITIONS
ATTN: ELIZABETH TOWEY, CHIEF
EXECUTIVE OFFICER AND PRESIDENT
519 EIGHTH AVENUE, 19TH FL
NEW YORK, NY  10018
**EMAIL:
BTOWEY@FABRICTRADITIONS.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
FAIRFIELD PROCESSING
ATTN: JORDAN YOUNG, PRESIDENT
6432 PRESCOTT AVE
SAINT LOUIS, MO  63147-2815
**EMAIL:
JORDANY@FAIRFIELDWORLD.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
FEDERAL EXPRESS CORPORATION
ATTN: MARK ALLEN, EXECUTIVE VICE
PRESIDENT AND GENERAL COUNSEL
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN  38120
**EMAIL:  MALLEN@FEDEX.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
GANGA ACROWOOLS LIMITED
ATTN: AMIT THAPAR, PRESIDENT
CORPORATE OFFICE 249, INDUSTRIAL
AREA
A, LUDHIANA-3 (PB), PUNJAB,  141003
INDIA
**EMAIL:
AMIT.THAPAR@GANGAACROWOOLS.C
OM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
GILDAN USA INC
ATTN: COREY WACHTEL
1980 CLEMENTS FERRY ROAD
CHARLESTON, SC  29492
**EMAIL:
CUSTOMERSERVICEACTIVEWEAR@GI
LDAN.COM;
INVESTORS@GILDAN.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
H&H ASIA LTD
ATTN: LORRAINE MABERRY, SENIOR
VICE PRESIDENT
27F NO 4013 SHENNAN ROAD
SHENZHEN,  518026
CHINA
**EMAIL:  HHJAS@HANDHASIA.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
HONGKONG SIMPLE ELEMENT GLOBAL
LIMITED
ATTN: SUMMER XIA, DIRECTOR OF
SALES
3-4F, NO.1 BUILDING
NO. 1498 JIANGNAN ROAD
NINGBO,  CHINA
**EMAIL:
SUMMER@NBPARAMONT.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
HTL LIMITED
ATTN: SIMON CASTLEY, OWNER
12/F, D. J. BUILDING
173 HOI BUN ROAD
KWUN TONG, KOWLOON,
HONG KONG
**EMAIL:  SIMONC@SEWGROUP.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
LOW TECH TOY CLUB LLC
ATTN: ADRIAN ZHANG, MANAGER
411 EMISSARY DR. #108
CARY, NC  27519
**EMAIL:  ADRIAN@THEWOOBLES.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
NINGBO WINLEAD ORNAMENT CO LTD
ATTN: BONNIE ZENG, DIRECTOR OF
SALES
SCIENCE AND TECHNOLOGY PLAZA
10/F 4TH BUILDING
NINGBO,  315000
CHINA
**EMAIL:  BONNIE@WL-
ORNAMENT.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
ORIENTAL CRAFT IND CO LTD
ATTN: RICKY CHEUNG, CHIEF
EXECUTIVE OFFICER
RM B2, 5F SING MEI INDUSTRIAL BUILD
27-29 KWAI WING ROAD
KWAI CHUNG, HONG KONG
**EMAIL:
RICKY_ORIENTALCRAFT@YAHOO.CO
M.HK**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
ORMO ITHALAT VE IHRACAT AS
ATTN: GIRAY OCALGIRAY, CHIEF
EXECUTIVE OFFICER
KAGITHANE OFISPARK, MERKEZ
MAHALLES
FAITH CAD. GOLYOLU HARMANSAZI
MEVKIT
ORHANGAZI,  16800
TURKEY
**EMAIL:  DDAGISTANI@ORMO.COM.TR**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
OTTLITE TECHNOLOGIES, INC.
ATTN: JOHN SHEPPARD, CHIEF
EXECUTIVE OFFICER
1715 N WESTSHORE BLVD
SUITE 950
TAMPA, FL  33607
**EMAIL:
JOHN.SHEPPARD@OTTLITE.COM**

*ELECTRONIC MAIL*
*(TOP 30 LARGEST UNSECURED CREDITOR)*
R.M. PALMER COMPANY LLC
ATTN: RICHARD PALMER, CHIEF
EXECUTIVE OFFICER
1800 ELMWOOD AVENUE
BUFFALO, NY  14207
**EMAIL:  DJH@RMPALMER.COM**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
SPRINGS CREATIVE PRODUCTS GROUP
ATTN: DERICK CLOSE, CHIEF EXECUTIVE
OFFICER
300 CHATHAM AVENUE
SUITE 100
ROCK HILL, SC  29730
**EMAIL:
DERICK.CLOSE@SPRINGSCREATIVE.C
OM**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
STEELWORKERS PENSION TRUST
ATTN: WITHDRAWAL LIABILITY
DEPARTMENT
7 NESHAMINY INTERPLEX DR.
BENSALEM, PA  19020
**EMAIL:  QUESTIONS@SPT-USW.ORG**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
SVP SEWING BRANDS LLC
ATTN: JASON FORCIER, CHIEF
EXECUTIVE OFFICER
1714 HEIL QUAKER BLVD
SUITE 130
LA VERGNE, TN  37086
**EMAIL:
JASON.FORCIER@SVPWORLDWIDE.CO
M**

***ELECTRONIC MAIL***
*(TOP 30 LARGEST UNSECURED CREDITOR)*
VIITION (ASIA) LIMITED
ATTN: PEIYUAN WANG, GENERAL
MANAGER
FLAT/RM D03, BLK A, 12/F
19-25 SHAN MEI ST
SHA TIN, NT NEW TERRITORIES,   999077
HONG KONG
**EMAIL:  SUPPORT@VIITION.COM
YUAN@DEYUCRAFT.COM**