# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10068 (CTG)<br>) Jointly Administered<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION OF WOODMONT COMPANY, INC., AS RECEIVER FOR MOBILE FESTIVAL ACQUISITION, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)

Upon consideration of the Motion of Woodmont Company, Inc. ("Woodmont"), as Receiver for Mobile Festival Acquisition, LLC for Allowance and Payment of Administrative Expense Claim (the "Motion"), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. Woodmont is allowed an administrative expense claim in the amount of $36,435.64 (the "Post Petition Claim").

2. Nothing in this Order shall prejudice the rights of Woodmont to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.