# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| JOANN INC., *et al.*,[1] | ) Case No. 25-10068 (CTG) |
|   | ) |
| Debtors. | ) (Jointly Administered) |
|   | ) **Re: Docket Nos. 1670, 1674, 1677, 1680, 1683, 1687, 1692 and 1693** |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER AWARDING PROFESSIONALS FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

The undersigned counsel to the debtors (the "Debtors") in the above-captioned cases hereby certifies as follows:

1. In accordance with the *Second Amended Joint Chapter 11 Plan of Joann, Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353] (as amended, the "Plan") and the *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement, for, and Confirming the Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1387] (the "Confirmation Order"),[2] Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Cole Schotz P.C., Centerview Partners LLC, Kroll Restructuring Administration LLC, Deloitte Tax LLP, Kelley Drye & Warren LLP, Pachulski Stang Ziehl & Jones LLP and Province, LLC (collectively, the "Professionals") filed their final fee applications [Docket Nos. 1670, 1674, 1677, 1680, 1683,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order.

1687, 1692 and 1693] (the "Final Fee Applications") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Final Fee Applications, objections were to be filed and served no later than the objection deadline set forth in each Final Fee Application, the last of which expired on September 23, 2025, at 4:00 p.m. (prevailing Eastern Time).

3. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") provided certain informal comments with respect to the Final Fee Applications of certain of the Professionals. The informal comments were resolved by, among other things, certain agreed upon reductions reflected in the Proposed Order (as defined below).

4. Other than the informal comments received from the U.S. Trustee, the Professionals received no objections or responses to the Final Fee Applications, and no objections or responses have been filed on the docket.

5. The hearing to consider approval of the Final Fee Applications is scheduled for October 8, 2025 at 3:00 p.m. (prevailing Eastern Time).

6. Counsel to the Debtors prepared a proposed form of order (the "Proposed Order") approving the Final Fee Applications, which is attached hereto as **Exhibit A**.

7. The Proposed Order was circulated to the U.S. Trustee and the Professionals for their review and comment, and each of the Professionals confirmed that their respective amounts set forth on Proposed Order are accurate.

8. Accordingly, it is respectfully requested that the Court enter the Proposed Order approving the Final Fee Applications at the Court's earliest convenience.

Dated: October 1, 2025
Wilmington, Delaware

*/s/ Jack M. Dougherty*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Patrick J. Reilley (No. 4451) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Stacy L. Newman (No. 5044) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael E. Fitzpatrick (No. 6797) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| Jack M. Dougherty (No. 6784) | 601 Lexington Avenue |
| 500 Delaware Avenue, Suite 600 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:  (212) 446-4800 |
| Telephone:  (302) 652-3131 | Facsimile:  (212) 446-4900 |
| Facsimile:  (302) 652-3117 | Email:  joshua.sussberg@kirkland.com |
| Email:  preilley@coleschotz.com | aparna.yenamandra@kirkland.com |
|   snewman@coleschotz.com | |
|   mfitzpatrick@coleschotz.com | - and - |
|   jdougherty@coleschotz.com | |
| | Anup Sathy, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | Email:  anup.sathy@kirkland.com |
| |   jeff.michalik@kirkland.com |
| |   lindsey.blumenthal@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |