# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

JOANN Inc., et al.      ,                                    Case No. **25-10068 (CTG)**

**Chapter 11**

**(Jointly Administered)**

Debtor(s).

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 9010-2(b), Scott Andron and the Broward County Attorney's Office give notice of their withdrawal as counsel of record for the Broward County Tax Collector (the "Tax Collector").

The Tax Collector has no controversy pending before the Court and undersigned counsel certifies that the party consents to withdrawal of counsel.

Future notices may be sent to the Broward Tax Collector's Office, Attn: Bankruptcy Section, 115 South Andrews Avenue, Room A-100, Fort Lauderdale, FL 33301.

Dated: October 3, 2025

Respectfully submitted,

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone:     (954) 357-7600
Telecopier:    (954) 357-7641

By:   /s/ Scott Andron
Scott Andron
Assistant County Attorney
Florida Bar No.112355
sandron@broward.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was furnished by mail and/or electronic means to the Broward County Tax Collector, the Attorney for the Debtor, the Trustee and their attorney(s), and the United States Trustee and their attorney(s) on October 3, 2025

Respectfully submitted,

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone:    (954) 357-7600
Telecopier:    (954) 357-7641

By    /s/ Scott Andron
Scott Andron
Assistant County Attorney
Florida Bar No.112355
sandron@broward.org