**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| JOANN INC., *et al.*, | ) |
|  | ) Case No. 25-10068 (CTG) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**EXHIBIT A TO NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 8, 2025 AT 3:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**Fee Applications:**

A.   Cole Schotz P.C. (Delaware Co-Counsel to the Debtors)

1.   Final Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 15, 2025 through July 16, 2025 (Filed August 28, 2025) (Docket No. 1670)

2.   Third Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through April 30, 2025 (Filed June 24, 2025) (Docket No. 1276)

3.   Certificate of No Objection Regarding Third Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through April 30, 2025 [No Order Required] (Filed July 16, 2025) (Docket No. 1414)

4.   Fourth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 (Filed June 27, 2025) (Docket No. 1301)

5.   Certificate of No Objection Regarding Fourth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 [No Order Required] (Filed July 21, 2025) (Docket No. 1434)

6. Fifth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025 through June 30, 2025 (Filed August 8, 2025) (Docket No. 1564)

7. Certificate of No Objection Regarding Fifth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025 through June 30, 2025 [No Order Required] (Filed September 2, 2025) (Docket No. 1689)

8. Sixth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 16, 2025 (Filed August 11, 2025) (Docket No. 1572)

9. Certificate of No Objection Regarding Sixth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 16, 2025 [No Order Required] (Filed September 3, 2025) (Docket No. 1695)

B. Kirkland & Ellis LLP and Kirkland & Ellis International LLP (Co-Counsel to the Debtors)

1. Fifth Combined Monthly and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Combined Monthly Fee Period from June 1, 2025 Through and Including July 16, 2025, and (II) Final Fee Period from January 15, 2025 Through and Including July 16, 2025 (Filed September 2, 2025) (Docket No. 1692)

2. Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from April 1, 2025 Through and Including April 30, 2025 (Filed June 26, 2025) (Docket No. 1292)

3. Certificate of No Objection Regarding Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from April 1, 2025 through April 30, 2025 [No Order Required] (Filed July 18, 2025) (Docket No. 1425)

4. Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2025 Through and Including May 31, 2025 (Filed August 7, 2025) (Docket No. 1558)

69001/0001-51492108v1

5.      Certificate of No Objection Regarding Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2025 Through and Including May 31, 2025 [No Order Required] (Filed August 29, 2025) (Docket No. 1682)

C.      Centerview Partners LLC (Investment Banker to Debtors)

1.      Fourth Monthly and Final Fee Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors and Debtors in Possession for the Monthly Period from May 1, 2025 through July 10, 2025 and for the Final Fee Period from January 15, 2025 through July 10, 2025 (Filed August 29, 2025) (Docket No. 1680)

2.      Monthly Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Debtors and Debtors in Possession for January 15, 2025 through February 28, 2025 (Filed March 20, 2025) (Docket No. 606)

3.      Certificate of No Objection Regarding Monthly Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Debtors and Debtors in Possession for January 15, 2025 through February 28, 2025 [No Order Required] (Filed April 11, 2025) (Docket No. 700)

4.      Monthly Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Debtors and Debtors in Possession for March 1, 2025 through March 31, 2025 (Filed April 21, 2025) (Docket No. 721)

5.      Certificate of No Objection Regarding Monthly Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Debtors and Debtors in Possession for March 1, 2025 through March 31, 2025 [No Order Required] (Filed May 13, 2025) (Docket No. 869)

6.      Monthly Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Debtors and Debtors in Possession for April 1, 2025 through April 30, 2025 (Filed May 29, 2025) (Docket No. 1020)

69001/0001-51492108v1

7.      Certificate of No Objection Regarding Monthly Application of Centerview Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Debtors and Debtors in Possession for April 1, 2025 through April 30, 2025 [No Order Required] (Filed June 23, 2025) (Docket No. 1270)

D.   Kroll Restructuring Administration LLC (Administrative Advisor to the Debtors)

1.      Combined Monthly and Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (I) the Monthly Period from July 1, 2025 Through July 16, 2025, and (II) the Final Period from January 15, 2025 through July 16, 2025 (Filed September 2, 2025) (Docket No. 1687)

2.      Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 (Filed June 13, 2025) (Docket No. 1158)

3.      Certificate of No Objection Regarding Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 [No Order Required] (Filed July 10, 2025) (Docket No. 1380)

4.      Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2025 Through June 30, 2025 (Filed July 16, 2025) (Docket No. 1411)

5.      Certificate of No Objection Regarding Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2025 Through June 30, 2025 [No Order Required] (Filed August 20, 2025) (Docket No. 1612)

E.   Deloitte Tax LLP (Tax Advisory Services Provider to Debtors)

1.      Final Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from January 15, 2025 Through July 16, 2025 (Filed September 2, 2025) (Docket No. 1693)

2.      Combined First Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from January 15, 2025 Through February 28, 2025 (Filed July 16, 2025) (Docket No. 1415)

69001/0001-51492108v1

3. Certificate of No Objection Regarding Combined First Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from January 15, 2025 Through February 28, 2025 [No Order Required] (Filed August 7, 2025) (Docket No. 1557)

4. Second Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from March 1, 2025 Through March 31, 2025 (Filed July 21, 2025) (Docket No. 1430)

5. Certificate of No Objection Regarding Second Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from March 1, 2025 Through March 31, 2025 [No Order Required] (Filed August 20, 2025) (Docket No. 1613)

6. Third Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from April 1, 2025 Through April 30, 2025 (Filed August 11, 2025) (Docket No. 1565)

7. Certificate of No Objection Regarding Third Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from April 1, 2025 Through April 30, 2025 [No Order Required] (Filed September 3, 2025) (Docket No. 1694)

8. Fourth Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from May 1, 2025 Through May 31, 2025 (Filed August 20, 2025) (Docket No. 1610)

9. Certificate of No Objection Regarding Fourth Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from May 1, 2025 Through May 31, 2025 [No Order Required] (Filed September 11, 2025) (Docket No. 1726)

10. Fifth Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from June 1, 2025 Through July 16, 2025 (Filed August 25, 2025) (Docket No. 1654)

69001/0001-51492108v1

11. Certificate of No Objection Regarding Fifth Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider to the Debtors for the Period from June 1, 2025 Through July 16, 2025 [No Order Required] (Filed September 16, 2025) (Docket No. 1738)

F. <u>Kelley Drye & Warren LLP</u> (Lead Counsel to the Official Committee of Unsecured Creditors)

1. Final Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from January 30, 2025 Through and Including July 16, 2025 (Filed August 29, 2025) (Docket No. 1674)

2. Third Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through and Including April 30, 2025 (Filed June 9, 2025) (Docket No. 1102)

3. Certification of No Objection (No Order Required) Regarding Third Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through and Including April 30, 2025 (Filed July 1, 2025) (Docket No. 1331)

4. Fourth Combined Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 Through and Including July 16, 2025 (Filed August 25, 2025) (Docket No. 1636)

5. Certification of No Objection (No Order Required) Regarding Fourth Combined Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2025 Through July 16, 2025 (Filed September 18, 2025) (Docket No. 1747)

6. Amended Certification of No Objection (No Order Required) Regarding Fourth Combined Monthly Fee Statement of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2025 Through July 16, 2025 (Filed September 22, 2025) (Docket No. 1750)

G.     Pachulski Stang Ziehl & Jones LLP (Co-Counsel to the Official Committee of
                                    Unsecured Creditors)

1.     Final Application for Compensation and Reimbursement of Expenses of
       Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official
       Committee of Unsecured Creditors for the Period from January 31, 2025
       Through July 16, 2025 (Filed August 29, 2025) (Docket No. 1677)

2.     Third Monthly Fee Statement for Compensation and Reimbursement of
       Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the
       Official Committee of Unsecured Creditors for the Period from April 1,
       2025 through May 31, 2025 (Filed June 19, 2025) (Docket No. 1192)

3.     Certification of No Objection (No Order Required) Regarding Third
       Monthly Fee Statement for Compensation and Reimbursement of
       Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the
       Official Committee of Unsecured Creditors for the Period from April 1,
       2025 through May 31, 2025 (Filed July 11, 2025) (Docket No. 1392)

4.     Fourth Monthly Fee Statement for Compensation and Reimbursement of
       Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the
       Official Committee of Unsecured Creditors for the Period from June 1,
       2025 through June 30, 2025 (Filed August 22, 2025) (Docket No. 1633)

5.     Certification of No Objection (No Order Required) Regarding Fourth
       Monthly Fee Statement for Compensation and Reimbursement of
       Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the
       Official Committee of Unsecured Creditors for the Period from June 1,
       2025 through June 30, 2025 (Filed September 18, 2025)
       (Docket No. 1746)

H.     Province, LLC (Financial Advisor to the Official Committee of Unsecured
                                    Creditors)

1.     Combined Sixthly Monthly and Final Application for Compensation and
       Reimbursement of Expenses of Province, LLC as Financial Advisor to the
       Official Committee of Unsecured Creditors, for the (I) Monthly Period
       from July 1, 2025 Through July 16, 2025, and (II) Final Period from
       January 30, 2025 through July 16, 2025 (Filed August 30, 2025)
       (Docket No. 1683)

2.     Third Monthly Application for Compensation and Reimbursement of
       Expenses of Province, LLC as Financial Advisor to the Official
       Committee of Unsecured Creditors, for the Period from April 1, 2025
       through April 30, 2025 (Filed May 30, 2025) (Docket No. 1033)

69001/0001-51492108v1

3.     Certification of No Objection (No Order Required) Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from April 1, 2025 through April 30, 2025 (Filed June 23, 2025) (Docket No. 1251)

4.     Fourth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from May 1, 2025 through May 31, 2025 (Filed June 25, 2025) (Docket No. 1282)

5.     Certification of No Objection (No Order Required) Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from May 1, 2025 through May 31, 2025 (Filed July 17, 2025) (Docket No. 1422)

6.     Fifth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from June 1, 2025 through June 30, 2025 (Filed August 7, 2025) (Docket No. 1553)

7.     Certification of No Objection (No Order Required) Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 1, 2025 through June 30, 2025 (Filed August 29, 2025) (Docket No. 1681)

69001/0001-51492108v1