**EXHIBIT 1**

**Final Fee Applications for the Period from
January 15, 2025 through and including July 16, 2025
JOANN Inc., *et al.*
Case No. 25-10068 (CTG)**

| Professional, Title, and Docket Number | Final Compensation Period | Final Fees Requested | Final Expenses Requested | Total Amount of Fees and Expenses Approved Under this Order |
|---|---|---|---|---|
| **Cole Schotz P.C.** *Co-Counsel to the Debtors* Docket No. 1670 | 1/15/2025 – 7/16/2025 | $1,487,291.50 | $12,859.47 | $1,500,150.97 |
| **Kirkland & Ellis LLP Kirkland & Ellis International LLP** *Co-Counsel to the Debtors* Docket No. 1692 | 1/15/2025 – 7/16/2025 | $12,078,588.00 | $197,934.39 | $12,268,616.24[1] |
| **Centerview Partners LLC** *Investment Banker to Debtors* Docket No. 1680 | 1/15/2025 – 7/10/2025 | $6,025,000.00 | $20,826.98 | $6,045,826.98 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* Docket No. 1687 | 1/15/2025 – 7/16/2025 | $57,232.17 | $434.25 | $57,666.42 |
| **Deloitte Tax LLP** *Tax Advisory Services Provider to Debtors* Docket No. 1693 | 1/15/2025 – 7/16/2025 | $814,420.50 | $51.94 | $814,472.44[2] |
| **Kelley Drye & Warren LLP** *Counsel to the Committee* Docket No. 1674 | 1/30/2025 – 7/16/2025 | $2,668,600.50 | $23,068.33 | $2,615,697.71[3] |

---

[1] Reflects voluntary reductions by Kirkland & Ellis LLP and Kirkland & Ellis International LLP in the aggregate amount of $7,906.15 ($7,584.00 in fees and $322.15 in expenses) based on informal comments received from the U.S. Trustee.

[2] Deloitte Tax LLP agreed to a voluntary credit in the amount of $275,000.00 for post-petition services to resolve the objection of to the Office of the United States Trustee to its retention in these chapter 11 cases. Upon the Court's approval of this Final Fee Application, Deloitte Tax shall apply this credit to the total amount of fees requested for services performed for the Debtors during in these cases.

[3] This amount includes fees of $21,328.00 for services rendered after the Final Compensation Period. Kelley Drye & Warren LLP subsequently agreed to a further reduction in the amount of $75,971.12 in connection with the Post-Closing UCC Budget (as defined in the Plan).

| Professional, Title, and Docket Number | Final Compensation Period | Final Fees Requested | Final Expenses Requested | Total Amount of Fees and Expenses Approved Under this Order |
|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP** *Co-Counsel to the Committee* Docket No. 1677 | 1/31/2025 – 7/16/2025 | $469,030.50 | $4,784.47 | $458,073.20[4] |
| **Province, LLC** *Financial Advisor to the Committee* Docket No. 1683 | 1/30/2025 – 7/16/2025 | $1,152,719.00 | $1,744.46 | $1,114,012.42[5] |
| **TOTAL** | | $24,752,882.17 | $261,704.29 | $24,874,516.38 |

---

[4] This amount includes fees of $20,000 for services rendered after the Final Compensation Period, and reflects voluntary reduction in the amount of $471.45 in expenses based on informal comments received from the U.S. Trustee. Pachulski Stang Ziehl & Jones LLP subsequently agreed to a further reduction in the amount of $15,741.77 in connection with the Post-Closing UCC Budget.

[5] This amount includes estimated fees of $6,361.00 for services rendered and $2.80 for expenses incurred after the Final Compensation Period. Province, LLC subsequently agreed to a further reduction in the amount of $40,451.04 in connection with the Post-Closing UCC Budget.

2