## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 788 and 839** |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 839

**PLEASE TAKE NOTICE** Marple XYZ Associates, L.P., as the landlord ("Landlord"), hereby withdraws, without prejudice, the *Limited Objection and Reservation of Rights of Marple XYZ Associates, L.P. to the Proposed Rejection of the Unexpired Lease at 400 S. State Rd, Springfield, PA 19064 and the Abandonment of Property* (the "Objection") [Docket No. 839] filed in the above-captioned case.

Dated:  October 7, 2025

**BURR & FORMAN LLP**

*/s/ Shannon D. Humiston*
J. Cory Falgowski (No. 4546)
Shannon D. Humiston (No. 5740)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone:  (302) 830-2300
Email:  jfalgowski@burr.com
　　　shumiston@burr.com

*Counsel for Marple XYZ Associates, L.P.*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

63059314 v1