## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Cases No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on a Notice Party, (ADRID: 30211489) whose name and address has been redacted in the interest of privacy:

- Twelfth Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases [Docket No. 933]

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served First-Class Mail on Union Square Art Collective Studio, (ADRID: 30211150), 41 Union SQ W, Ste 1011, New York, NY, 10003-3260:

- Thirteenth Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases [Docket No. 939]

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served First-Class Mail on Maersk E Commerce Logistics, (ADRID: 30214054), 5184 W Wiley Post Way, Salt Lake City, UT, 84116-2833:

- Fifteenth Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases [Docket No. 949]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served First-Class Mail on HDG Enterprises of Ohio LLC, (ADRID: 29922299), 16775 Elderdale Dr, Cleveland, OH, 44130:

- Twenty-Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1038]

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served First-Class Mail on Sitespect Inc, (ADRID: 30214035), 275 Grove St, 3-400, Auburndale, MA, 02466:

- Twenty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1039]

On September 2, 2025, at my direction and under my supervision, employees Kroll caused the following document to be served First-Class Mail on 4405 Milestrip HD Lessee LLC, (ADRID: 30213176), C/O Northpath Investments, 144 East 44th Street, Suite 601, New York, NY, 10017:

- Twenty-Fourth Order Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases [Docket No. 1250]

Dated: October 8, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 8, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028