## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the BDS Solutions Group LLC, (ADRID: 29909970), 25692 Atlantic Ocean Drive, Lake Forest, CA, 92630:

- Eleventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 790]

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Vira Insight LLC, (ADRID: 30211558), 2701 South Valley Parkway, Lewisville, TX, 75067:

- Fifteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 794]

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Interfinish LLC, (ADRID: 29953645), 7471 Candlewood Rd Ste 104, Hanover, MD, 21076-3102:

- Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 796]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Branch Metrics Inc, (ADRID: 30211080), 1975 W El Camino Real, Suite 102, Mountain View, CA, 94040:

- Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 797]

Dated: September 25, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 25, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028