IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered)<br><br>**Re: Docket No. 1742** |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING PLAN ADMINISTRATOR'S FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NON-SUBSTANTIVE) (AMENDED CLAIMS)

**PLEASE TAKE NOTICE** that, on September 17, 2025, Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned cases, filed the *Plan Administrator's Fifteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims)* [Docket No. 1742] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Omnibus Objection is scheduled for October 24, 2025 at 2:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the electronic Claims Binder was emailed on October 10, 2025 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel for the Plan Administrator.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1,

Dated: October 10, 2025
      Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Email:  preilley@coleschotz.com
     snewman@coleschotz.com
     jdougherty@coleschotz.com
     mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 274-2489
Facsimile:  (216) 241-2824
Email:  cwick@hahnlaw.com
     pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

---

LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.