## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1753** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES, (II) MODIFYING CASE CAPTION AND DIRECTING ADMINISTRATION IN THE LEAD CASE, (III) MODIFYING RULE 2002 SERVICE LIST, AND (IV) GRANTING RELATED RELIEF

Ann Aber, solely in her capacity as Plan Administrator[2] in the above-captioned cases, hereby certify that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion of Plan Administrator for Entry of an Order (I) Closing Certain Chapter 11 Cases, (II) Modifying Case Caption and Directing Administration in the Lead Case, (III) Modifying Rule 2002 Service List, and (IV) Granting Related Relief* [Docket No. 1753] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 24, 2025. Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Motion (the "Proposed Order"). Pursuant to the Notice of Motion, objections or responses to the Motion were to be filed and served on the undersigned counsel by October 8, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

The undersigned further certifies that the Objection Deadline has passed, the Court's docket has been reviewed in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon.  It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  October 10, 2025
        Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
      snewman@coleschotz.com
      jdougherty@coleschotz.com
      mfitzpatrick@coleschotz.com

-and-

**HAHN LOESER & PARKS LLP**
Christopher B. Wick, Esquire (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, OH  44114
Telephone:  (216) 621-0150
Facsimile:  (216) 274-2488
Email:      cwick@hahnlaw.com
           pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator.*