**Exhibit 1**

**Closed Cases**

Case 25-10068-CTG    Doc 1778-1    Filed 10/10/25    Page 1 of 2

## CLOSED CASES

| Debtor | Case Number |
|---|---|
| **JOANN Holdings 1, LLC** | Case No. 25-10069 |
| **JOANN Holdings 2, LLC** | Case No. 25-10070 |
| **Needle Holdings LLC** | Case No. 25-10071 |
| **Jo-Ann Stores, LLC** | Case No. 25-10072 |
| **Creative Tech Solutions LLC** | Case No. 25-10073 |
| **Creativebug, LLC** | Case No. 25-10074 |
| **WeaveUp, Inc.** | Case No. 25-10075 |
| **JAS Aviation, LLC** | Case No. 25-10076 |
| **joann.com, LLC** | Case No. 25-10077 |
| **JOANN Ditto Holdings Inc.** | Case No. 25-10078 |
| **Jo-Ann Stores Support Center, Inc.** | Case No. 25-10079 |
| **Dittopatterns LLC** | Case No. 25-10080 |