# CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 14th day of October, 2025, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Statement of GA Joann Retail Partnership, LLC with Respect to Subject Matter Jurisdiction Regarding Crafty (AL) LLC's Request for Payment of Removal Costs* to be served on the following persons by electronic mail:

Gregory W. Werkheiser, Esq.
DORSEY WHITNEY (DELAWARE) LLP
300 Delaware Ave, Suite 1010
Wilmington, DE 19801
Werkheiser.Gregory@dorsey.com

Alan J. Lipkin, Esq.
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
alan.lipkin@chaffetzlindsey.com

Philip K. Stovall, Esq.
HAHN LOESER & PARKS LLP
65 East State Street, Suite 2500
Columbus, OH 43215
pstovall@hahnlaw.com

Christopher B. Wick, Esq.
Philip K. Stovall, Esq.
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
cwick@hahnlaw.com

Patrick J. Reilley, Esq.
Stacy L. Newman, Esq.
Jack M. Dougherty, Esq.
Michael E. Fitzpatrick, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
preilley@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
mfitzpatrick@coleschotz.com

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)