# Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Twelfth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 AMERICAN FOOD AND VENDING CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: SARA C. TEMES, ESQ. ONE LINCOLN CENTER SYRACUSE, NY 13202 | 12750 | Jo-Ann Stores, LLC | 503(b)(9) | $17,264.60 | Jo-Ann Stores, LLC | 503(b)(9) | $3,112.00 |
| | | Jo-Ann Stores, LLC | Admin | $7,738.51 | Jo-Ann Stores, LLC | Admin | $7,738.51 |
| | | Jo-Ann Stores, LLC | Unsecured | $58,445.66 | Jo-Ann Stores, LLC | Unsecured | $72,598.26 |
| | | | Subtotal | $83,448.77 | | Subtotal | $83,448.77 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

1