# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) |
|  | ) Re: Docket No. 1742 |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NON-SUBSTANTIVE)**
**(Amended Claims)**

The undersigned counsel to the Plan Administrator in the above-captioned cases hereby certifies as follows:

1. On September 17, 2025, the *Plan Administrator's Fifteenth Omnibus Objection to Certain Claims (Substantive) (Amended Claims)* [Docket No. 1742] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2. Pursuant to the notice of the Objection, the deadline to file a response to the Objection was October 8, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. Prior to the Response Deadline, the Plan Administrator received informal responses to the Objection and Proposed Order from counsel to the GUC Trust and counsel to Liberty Mutual Insurance Company ("Liberty Mutual").

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2

4. To resolve the GUC Trust and Liberty Mutual's informal responses, the Plan Administrator, counsel to the GUC Trust, and counsel to Liberty Mutual, agreed to a revised Proposed Order, a copy of which is attached hereto as **Exhibit A** (the "Revised Proposed Order").

5. A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

6. The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 21, 2025
Wilmington, Delaware

        */s/ Michael E. Fitzpatrick*
        **COLE SCHOTZ P.C.**
        Patrick J. Reilley (No. 4451)
        Stacy L. Newman (No. 5044)
        Jack M. Dougherty (No. 6784)
        Michael E. Fitzpatrick (No. 6797)
        500 Delaware Avenue, Suite 600
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117
        Email: preilley@coleschotz.com
                snewman@coleschotz.com
                jdougherty@coleschotz.com
                mfitzpatrick@coleschotz.com

        - and -

        **HAHN LOESER & PARKS LLP**
        Christopher B. Wick (admitted *pro hac vice*)
        Philip K. Stovall (admitted *pro hac vice*)
        200 Public Square, Suite 2800
        Cleveland, Ohio 44114
        Telephone: (216) 274-2489
        Facsimile: (216) 241-2824
        Email: cwick@hahnlaw.com
                pstovall@hahnlaw.com

        *Co-Counsel to the Plan Administrator*