# Exhibit 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Fourteenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSON, BERNADETTE ADDRESS ON FILE | 19930 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 2 | ARMSTRONG, JANICE L ADDRESS ON FILE | 19948 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 3 | BIGOUETTE, DONALD ADDRESS ON FILE | 19734 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 4 | BRADFORD CAPITAL HOLDINGS, LP AS TRANSFEREE OF ART SUPPLY ENTERPRISES DBA MACPHERSONS C/O BRADFORD CAPITAL MANAGEMENT, LLC ATTN: BRIAN BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 243 | JOANN Inc. | 503(b)(9) Unsecured | $34,207.76 $128,896.29 | JOANN Inc. | 503(b)(9) Unsecured | $32,032.75 $131,071.30 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 5 | BUSBEE, JOHN ADDRESS ON FILE | 19368 | JOANN Inc. | 503(b)(9) Admin Secured Priority Unsecured | $450.00 $450.00 $450.00 $450.00 $450.00 | JOANN Inc. | Unsecured | $2,250.00 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. |
| 6 | COOK, SUZANNE L 1052 NW 124TH DR NEWBERRY, FL 32669 | 19347 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that the claim, which according to the proof of claim is for money, does not qualify for 503(b)(9) priority because the claim is unrelated to the delivery of goods within 20 days before the Petition Date. |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority |

*indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourteenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| # | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | |
| 8 | CRUZ, ANGELICA SANTA ADDRESS ON FILE | 19659 | Jo-Ann Stores, LLC | 503(b)(9) Secured | $20.00 $20.00 | Jo-Ann Stores, LLC | Unsecured | $40.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

| 9 | DICAMILLO, DANA ADDRESS ON FILE | 19327 | JOANN Inc. | 503(b)(9) Unsecured | $20.00 $5.00 | JOANN Inc. | Unsecured | $25.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

| 10 | GANDIN, JULIE A ADDRESS ON FILE | 18784 | JOANN Inc. | 503(b)(9) | $55.00 | JOANN Inc. | Unsecured | $55.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

| 11 | GERE, NANCY ROSS ADDRESS ON FILE | 19189 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

| 12 | GIBSON, KATHY ADDRESS ON FILE | 19198 | JOANN Inc. | 503(b)(9) | $21.10 | JOANN Inc. | Unsecured | $21.10 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

| 13 | GIBSON-DEE, KATHLEEN ANN ADDRESS ON FILE | 19281 | JOANN Inc. | 503(b)(9) | $40.00 | JOANN Inc. | Unsecured | $40.00 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourteenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | MODIFIED PRIORITY | | |
| 14 | HNATOW, LINDA L<br>ADDRESS ON FILE | 19667 | Jo-Ann Stores, LLC | 503(b)(9) | $100.00 | Jo-Ann Stores, LLC | Unsecured | $100.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 15 | HORNICK, JULIE<br>ADDRESS ON FILE | 19775 | JOANN Inc. | 503(b)(9)<br>Admin<br>Priority<br>Unsecured | $50.00<br>$100.00<br>$50.00<br>$50.00 | JOANN Inc. | Unsecured | $250.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 16 | HYONG, SABRINA MARIE<br>ADDRESS ON FILE | 18964 | JOANN Inc. | 503(b)(9)<br>Admin | $150.00<br>$150.00* | JOANN Inc. | Unsecured | $300.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 17 | IG DESIGN GROUP AMERICAS, INC.<br>JAMES B. SOWKA, SEYFARTH SHAW LLP<br>233 S. WACKER DRIVE<br>SUITE 8000<br>CHICAGO, IL 60606 | 10990 | joann.com, LLC | 503(b)(9)<br>Unsecured | $3,317.05<br>$30,492.43 | joann.com, LLC | Unsecured | $33,809.48 |
| | Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. | | | | | | | |
| 18 | JOHNSON, CHERYL<br>ADDRESS ON FILE | 19348 | JOANN Inc. | 503(b)(9) | $300.00 | JOANN Inc. | Unsecured | $300.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 19 | KNOTEK, GEORGIA A<br>ADDRESS ON FILE | 19150 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 20 | LEW, EMILY ANN<br>ADDRESS ON FILE | 18385 | JOANN Inc. | 503(b)(9) | $15.00* | JOANN Inc. | Unsecured | $15.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourteenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | MCGLONE, VERONICA ADDRESS ON FILE | 19768 | Jo-Ann Stores, LLC | 503(b)(9) | $25.00 | Jo-Ann Stores, LLC | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 22 | MERCUGLIANO, STACY ADDRESS ON FILE | 19899 | Jo-Ann Stores, LLC | 503(b)(9) | $20.00 | Jo-Ann Stores, LLC | Unsecured | $20.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 23 | MILNER-GROSS, GINNY RAE ADDRESS ON FILE | 19306 | joann.com, LLC | 503(b)(9) | $9.06 | joann.com, LLC | Unsecured | $9.06 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 24 | NOLAN, JODENE F ADDRESS ON FILE | 18966 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 25 | ODOMS, DONALD P. ADDRESS ON FILE | 19884 | Jo-Ann Stores Support Center, Inc. | 503(b)(9) | $25.00 | Jo-Ann Stores Support Center, Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 26 | PARKINGTON, MICHELLE ADDRESS ON FILE | 19524 | Jo-Ann Stores, LLC | 503(b)(9) | $12.74 | Jo-Ann Stores, LLC | Unsecured | $12.74 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |
| 27 | PRIME, RAYCHEL ADDRESS ON FILE | 19234 | JOANN Inc. | 503(b)(9) | $25.00 | JOANN Inc. | Unsecured | $25.00 |
| | Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. | | | | | | | |

*indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourteenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | RANEY, PEGGY S ADDRESS ON FILE | 18871 | Jo-Ann Stores, LLC | 503(b)(9) | $50.00 | Jo-Ann Stores, LLC | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 29 | ROSENFELD, MELISSA ADDRESS ON FILE | 18947 | Jo-Ann Stores, LLC | 503(b)(9) Secured | $150.00 $150.00 | Jo-Ann Stores, LLC | Unsecured | $300.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 30 | SASAKURA-KURU, DONNALYN ADDRESS ON FILE | 19380 | JOANN Inc. | 503(b)(9) | $50.00 | JOANN Inc. | Unsecured | $50.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 31 | SHAOXING ROBB IMP & EXP CO LTD ATTN: DUNDON ADVISERS LLC 10 BANK ST STE 1100 WHITE PLAINS, NY 10606 | 19293 | Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $99,167.12 $1,482,641.74 | Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $32,586.88 $1,549,221.98 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 32 | TAIXING TONGJI FOREIGN TRADE CO LTD ATTN: DUNDON ADVISERS LLC 10 BANK ST STE 1100 WHITE PLAINS, NY 10606 | 19236 | Jo-Ann Stores, LLC | 503(b)(9) Unsecured | $5,257.12 $241,601.30 | Jo-Ann Stores, LLC | Unsecured | $246,858.42 |
| Reason: Modified priority reflects liabilities that were asserted as 503(b)(9) status, which are ineligible for such classification and shall be modified to a general unsecured claim. |
| 33 | THOMAS, SANDRA A. ADDRESS ON FILE | 18920 | JOANN Inc. | 503(b)(9) Admin Priority | $25.00 $25.00 $25.00 | JOANN Inc. | Unsecured | $75.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |
| 34 | WALSH, COLLEEN ADDRESS ON FILE | 19661 | JOANN Inc. | 503(b)(9) | $30.00 | JOANN Inc. | Unsecured | $30.00 |
| Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority. |

*indicates claim contains unliquidated and/or undetermined amounts

JOANN Inc. Case No. 25-10068
Fourteenth Omnibus Substantive Claims Objection
Ex. 1 - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | YANO, JULIA K ADDRESS ON FILE | 19097 | JOANN Inc. | 503(b)(9) | $11.08 | JOANN Inc. | Unsecured | $11.08 |

Reason: Modified priority reflects that, according to documentation filed with the proof of claim, the claim is for a gift card the claimant purchased from the Debtor, which does not qualify for 503(b)(9) priority.

*indicates claim contains unliquidated and/or undetermined amounts