# Exhibit 1

**Amended Claims**

JOANN Inc. Case No. 25-10068
Fifteenth Omnibus Non-Substantive Claims Objection
Ex. 1 - Amended Claims

### CLAIMS TO BE DISALLOWED

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1 | FAR EASTERN HANDICRAFT JSC-VIETNAM<br>C/O SARACHEK LAW FIRM<br>670 WHITE PLAINS ROAD FL PH<br>SCARSDALE, NY 10583 | 5/8/2025 | 25-10072<br>Jo-Ann Stores, LLC | 16374 | $547,557.62 |
| | Reason: Amended Claim | | | | |
| 2 | LIBERTY MUTUAL INSURANCE COMPANY<br>ATTN: NINA DURANTE<br>1001 FOURTH AVENUE<br>SUITE 3800<br>SEATTLE, WA 98154 | 4/3/2025 | 25-10068<br>JOANN Inc. | 10748 | $20,372,451.00* |
| | Reason: Amended Claim | | | | |
| | | | | TOTAL | $20,920,008.62* |

### REMAINING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|
| FAR EASTERN HANDICRAFT JSC-VIETNAM<br>SARACHEK LAW FIRM<br>670 WHITE PLAINS RD. - FL. PH<br>SCARSDALE, NY 10583 | 6/11/2025 | 25-10072<br>Jo-Ann Stores, LLC | 18730 | $547,557.62 |
| LIBERTY MUTUAL INSURANCE COMPANY<br>ATTN: NINA DURANTE, REGIONAL VP<br>1001 FOURTH AVENUE<br>SUITE 3800<br>SEATTLE, WA 98154 | 6/25/2025 | 25-10068<br>JOANN Inc. | 18958 | $6,790,837.00 |
| | | | TOTAL | $7,338,394.62 |

*Indicates claim contains unliquidated and/or undetermined amounts