**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 24, 2025 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

## ADJOURNED MATTERS

1. Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 4, 2025) [Docket No. 1071]

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 25, 2025) [Docket No. 1288]

    (b) Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered July 10, 2025) [Docket No. 1383]

    (c) Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered August 12, 2025) [Docket No. 1583]

    Response Deadline:  June 25, 2025 at 4:00 p.m. (ET).

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Responses Received:

    (a)    Response & Relief Requested Filed by Kenneth Lafayette (Filed June 26, 2025) [Docket No. 1291]

    (b)    Bankruptcy Forms of Relief, Execution and Notice/De Novo Judicial Review Filed by Kenneth Lafayette (Filed September 10, 2025) [Docket No. 1721]

Status:    This matter is adjourned to a date to be determined with respect to the unresolved formal responses filed by Kenneth Lafayette. This matter will not be going forward.

2. Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed June 30, 2025) [Docket No. 1317]

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Filed July 31, 2025) [Docket No. 1490]

    (b)    Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered August 12, 2025) [Docket No. 1580]

    (c)    Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered August 28, 2025) [Docket No. 1671]

    (d)    Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered September 2, 2025) [Docket No. 1690]

    (e)    Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered September 15, 2025) [Docket No. 1733]

    (f)    Order Sustaining Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered September 15, 2025) [Docket No. 1736]

Response Deadline:    July 21, 2025 at 4:00 p.m. (ET).

      Response Received:   Informal response from Jones Lang Lasalle Americas, Inc. ("<u>JLL</u>")

        (a)   Response of Conejo Valley Plaza 2, LLC to Debtors' Ninth Omnibus Objection to Certain Claims (Substantive) (Filed July 21, 2025) [Docket No. 1431]

      Status:   This matter is adjourned to a date to be determined with respect to the informal response from JLL and formal response filed by Conejo Valley Plaza 2, LLC. This matter will not be going forward.

3. Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed June 30, 2025) [Docket No. 1319]

   Related Documents:

      (a)   Notice of Filing Revised Exhibit to Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Filed July 15, 2025) [Docket No. 1407]

      (b)   Notice of Submission of Proofs of Claim Regarding Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Filed July 31, 2025) [Docket No. 1492]

      (c)   Order Sustaining Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive) (Reclassified Claims) (Entered August 12, 2025) [Docket No. 1581]

   Response Deadline:   July 21, 2025 at 4:00 p.m. (ET).

   Responses Received:

      (a)   Paramount Home Collections Private Limited Pro Se Objection and Reservation of Rights Regarding Claim #11992 and Claim #12816 (Filed July 28, 2025) [Docket No. 1460]

      (b)   Letter Filed by Paramount Home Collections Private Limited (Filed September 9, 2025) [Docket No. 1752]

   Status:   This matter is adjourned to a date to be determined with respect to the formal responses filed by Paramount Home Collections Private Limited. This matter will not be going forward.

4. Motion of Shenyang Large Circle Arts & Crafts, Co., Ltd. Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim (Filed July 24, 2025) [Docket No. 1440]

   Related Documents:

      (a)   Order Sustaining Debtors' Sixth Omnibus Objection to Certain Claims (Substantive) (Reduced and Reclassified Claims, Reclassified Claims, Substantive Duplicate Claims, Cross-Debtor Duplicate Claims) (Entered July 10, 2025) [Docket No. 1383]

Objection Deadline:   August 11, 2025 at 4:00 p.m. (ET).

Responses Received:  None.

Status:   This matter is adjourned to the next omnibus hearing date.  This matter will not be going forward.

**CERTIFICATES OF NO OBJECTION/CERTIFICATIONS OF COUNSEL**

5.  Plan Administrator's Fourteenth Omnibus Objection to Certain Claims (Substantive) (Substantive Duplicate Claims, Reclassified Claims) (Filed September 17, 2025) [Docket No. 1741]

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Fourteenth Omnibus Objection to Certain Claims (Substantive) (Substantive Duplicate Claims, Reclassified Claims) (Filed October 10, 2025) [Docket No. 1773]

    (b) Certification of Counsel Regarding Plan Administrator's Fourteenth Omnibus Objection to Certain Claims (Substantive) (Substantive Duplicate Claims, Reclassified Claims) (Filed October 21, 2025) [Docket No. 1789]

    Response Deadline:   October 8, 2025 at 4:00 p.m. (ET).

    Responses Received:  Informal responses from (i) counsel to the GUC Trust, (ii) counsel to Liberty Mutual Insurance Company ("Liberty Mutual") and (iii) the Creditors Adjustment Bureau ("CAB"), as assignee of Claim No. 15492 filed by Ningbo Zhong Ornaments Co Ltd.

    Status:   The matter is adjourned to a date to be determined regarding the informal response by CAB.  A Certification of Counsel, together with a revised form of order resolving the informal responses by the GUC Trust and by Liberty Mutual, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

6.  Plan Administrator's Fifteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed September 17, 2025) [Docket No. 1742]

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Fifteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed October 10, 2025) [Docket No. 1774]

    (b) Certification of Counsel Regarding Plan Administrator's Fifteenth Omnibus Objection to Certain Claims (Non-Substantive) (Amended Claims) (Filed October 21, 2025) [Docket No. 1790]

    Response Deadline:   October 8, 2025 at 4:00 p.m. (ET).

Responses Received: Informal responses from counsel to the GUC Trust and counsel to Liberty Mutual Insurance Company.

Status: A Certification of Counsel, together with a revised form of order was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: October 22, 2025
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*