**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Cases No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served on October 21, 2025 via email and on October 22, 2025 via First-Class Mail on (ADRID: 30608580), Office of the United States Trustee, Attn: Malcolm M. Bates, US Department of Justice, 844 King Street, Suite 2207, Wilmington, DE, 19801, Malcolm.m.bates@usdoj.gov, Ustpregion03.wl.ecf@usdoj.gov:

- Chapter 11 Post-Confirmation Report for the Quarter Ending: 09/30/2025 [Docket No. 1791]

- Chapter 11 Post-Confirmation Report for Case Number 25-10069 - JOANN Holdings 1 LLC for the Quarter Ending: 09/30/2025 [Docket No. 1792]

- Chapter 11 Post-Confirmation Report for Case Number 25-10070 - JOANN Holdings 2 LLC for the Quarter Ending: 09/30/2025 [Docket No. 1793]

- Chapter 11 Post-Confirmation Report for Case Number 25-10071 - Needle Holdings LLC for the Quarter Ending: 09/30/2025 [Docket No. 1794]

- Chapter 11 Post-Confirmation Report for Case Number 25-10072 - Jo-Ann Stores LLC for the Quarter Ending: 09/30/2025 [Docket No. 1795]

- Chapter 11 Post-Confirmation Report for Case Number 25-10073 - Creative Tech Solutions LLC for the Quarter Ending: 09/30/2025 [Docket No. 1796]

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Chapter 11 Post-Confirmation Report for Case Number 25-10074 - Creativebug LLC for the Quarter Ending: 09/30/2025 [Docket No. 1797]

- Chapter 11 Post-Confirmation Report for Case Number 25-10075 - WeaveUp Inc. for the Quarter Ending: 09/30/2025 [Docket No. 1798]

- Chapter 11 Post-Confirmation Report for Case Number 25-10076 - JAS Aviation, LLC for the Quarter Ending: 09/30/2025 [Docket No. 1799]

- Chapter 11 Post-Confirmation Report for Case Number 25-10077 - Joann.com LLC for the Quarter Ending: 09/30/2025 [Docket No. 1800]

- Chapter 11 Post-Confirmation Report for Case Number 25-10078 - JOANN Ditto Holdings Inc. for the Quarter Ending: 09/30/2025 [Docket No. 1801]

- Chapter 11 Post-Confirmation Report for Case Number 25-10079 - Jo-Ann Stores Support Center Inc. for the Quarter Ending: 09/30/2025 [Docket No. 1802]

- Chapter 11 Post-Confirmation Report for Case Number 25-10080 - Dittopatterns LLC for the Quarter Ending: 09/30/2025 [Docket No. 1803]

Dated: October 23, 2025

          */s/ Alain B. Francoeur*
          Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 23, 2025, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028