## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re JOANN INC., *et al.*,<br><br>Debtors. [1] | Chapter 11<br>Case No. 25-10068 (CTG)<br>(Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 27, 2025, Advantus, Corp., Fairfield Processing Corp., Gwen Studios, LLC, Low Tech Toy Club, LLC, Ormo Ithalt Ihracat A.S., and Springs Creative Products Group, LLC, by and through their undersigned counsel, caused the following discovery to be served via electronic mail on the following parties:

- Request for Production of Documents Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Rules 7026, 7034, and 9014 of the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the District of Delaware

**MORGAN, LEWIS & BOCKIUS LLP**
Jody C. Barillare
1201 N. Market Street, Ste. 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com

**JONES DAY**
Geoffrey J. Ritts
Adrienne Ferraro Mueller
901 Lakeside Avenue
Cleveland, OH 44114
gjritts@jonesday.com
afmueller@jonesday.com

*Counsel for Heather Holody,*
*Michael Kennedy, and Melissa Bowers*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

John C. Goodchild, III
Matthew C. Ziegler
Jeffrey J. Masters
Reuben J. Lacy
2222 Market Street
Philadelphia, PA 19103-3007
john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com
jeffrey.masters@morganlewis.com
reuben.lacy@morganlewis.com

*Counsel for Michael Prendergast and
Jeffrey Dwyer*

**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro
One Rodney Square
920 N. King Street
Wilmington, DE 19801
shapiro@rlf.com

*Counsel for Heather Holody, Michael
Kennedy, Melissa Bowers, and Robert Will*

**BROWN RUDNICK LLP**
Bennett S. Silverberg
Sharon I. Dwoskin
7 Times Square
New York, New York 10036
bsilverberg@brownrudnick.com
sdwoskin@brownrudnick.com

Mark S. Baldwin
185 Asylum Street
Hartford, CT 06103
mbaldwin@brownrudnick.com

*Counsel for Robert Will*

Dated: October 27, 2025

**GRANT & EISENHOFER P.A.**

*/s/ Frank H. Griffin*
Frank H. Griffin (Del. Bar No. 7318)
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7047
Fax: 302-622-7100
Email: fgriffin@gelaw.com

-and-

Gordon Z. Novod (admitted *pro hac vice*)
Meagan Farmer (application for admission *pro hac vice* to be filed)
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501
Email: gnovod@gelaw.com
        mfarmer@gelaw.com

*Counsel for Advantus Corp., Fairfied Processing Corp., Gwen Studios, LLC, Low Tech Toy Club, LLC, Ormo Ithala Ihracat A.S., and Springs Creative Products Group, LLC*