IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, Inc., *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
ORDER SCHEDULING OMNIBUS HEARING DATE**

The undersigned hereby certifies that:

1. Enclosed herewith is an order (the "<u>Omnibus Hearing Order</u>") that states with specificity the time and date of the omnibus hearing presently scheduled in these cases, subject to Court approval.

2. The undersigned respectfully requests that the Court enter the Omnibus Hearing Order at its convenience.

[*Signature block on following page.*]

---

[1] The Wind-Down Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

27699715

| | |
|---|---|
| Dated: October 28, 2025<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>     **COPLAN & ARONOFF LLP**<br><br> /s/ Steven L. Walsh<br>Jennifer R. Hoover, Esq. (No. 5111)<br>Steven L. Walsh, Esq. (No. 6499)<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>          swalsh@beneschlaw.com<br><br>*Co-Counsel to the JOANN Liquidating Trust* |