## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN, Inc., *et al.*, | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. ___** |

## ORDER SUSTAINING GUC TRUST'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (NO LIABILITY AND DUPLICATE CLAIMS)

Upon consideration of the *GUC Trust's First Omnibus Objection (Non-substantive) to Certain Claims (No Liability and Duplicate Claims)* (the "Objection")[2] filed by the GUC Trust for entry of an order (this "Order") pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007–1, disallowing the claims listed on **Schedule 1** to this Order (the "No Liability Claims") and the claims listed on **Schedule 2** to this Order (the "Duplicate Claims"), all as more fully set forth in the Objection; and the Court having reviewed the Balasiano Declaration in support of the Objection; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

[2]    Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is SUSTAINED as set forth herein.

2.      Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.      Each No Liability Claim identified on **Schedule 1** attached hereto is hereby disallowed.

4.      Each Duplicate Claim identified on **Schedule 2** attached hereto is hereby disallowed.

5.      The Claims and Noticing Agent is authorized to update the Claims Register to reflect the relief granted in this Order.

6.      Each of the No Liability Claims and the Duplicate Claims and the objections by the GUC Trust to such No Liability Claims or Duplicate Claims, as addressed in the Objection and set forth on **Schedule 1** and **Schedule 2** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the No Liability Claims and the Duplicate Claims. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

7.     Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or interest against the Debtors or the GUC Trust; (ii) a waiver of the GUC Trust's or any other party's rights to dispute or otherwise to object to any claim or proof of interest on any grounds or basis; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in the Objection; (v) a waiver or limitation of any of the GUC Trust's rights under the Bankruptcy Code or applicable law, or (vi) to waive or release any right, claim, defense, or counterclaim of the GUC Trust, or to estop the GUC Trust from asserting, any right, claim, defense, or counterclaim (including setoff).

8.     The GUC Trust and the Claims and Noticing Agent are authorized to take all actions necessary to effectuate the relief granted in this Order.

9.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.    The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Schedule 1**

Schedule 1
## No Liability Claims
Basis for Objection: See Paragraphs 17 - 21 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for objection |
|---|------|-----------|--------|-----------|----------------------|------------------------|-----------------|---------------------|
| 1 | American Crafts | 10846 | JOANN Inc. | 04/02/25 | $2,327,249.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 2 | American Crafts | 11704 | JOANN Inc. | 04/02/25 | $2,262,646.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 3 | Compound Development Solutions, LLC | 345 | Jo-Ann Stores, LLC | 01/24/25 | $1,898,563.92 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 4 | Henan QKH Paper Products Co., Ltd. | 90 | Jo-Ann Stores, LLC | 01/30/25 | $345,516.82 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 5 | Ningbo World Mall Import & Export Co., Ltd | 9706 | Jo-Ann Stores, LLC | 04/02/25 | $344,276.24 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 6 | ROIC Fullerton Crossroads, LLC | 197 | JOANN Inc. | 02/04/25 | $463,349.92 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 7 | Roxville Associates | 18473 | Jo-Ann Stores, LLC | 06/06/25 | $712,391.51 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 8 | Saginaw Center, LLC | 19482 | Jo-Ann Stores, LLC | 07/18/25 | $495,792.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 9 | Shaoxing Minying Trading Co., Ltd. | 105 | Jo-Ann Stores, LLC | 01/31/25 | $507,798.79 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 10 | Terranomics Crossroads Associates, LP | 230 | JOANN Inc. | 02/04/25 | $5,854,451.93 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 11 | TERRANOMICS CROSSROADS ASSOCIATES, LP | 392 | JOANN Inc. | 02/04/25 | $5,854,451.93 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 12 | VDS Holding LLC dba Verite Data | 605 | joann.com, LLC | 02/25/25 | $498,000.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 13 | Vistar | 561 | JOANN Inc. | 02/21/25 | $547,676.94 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |

## **Schedule 2**

Schedule 2
**Duplicate Claims**
Basis for Objection: See Paragraphs 17 - 19 and 22-23 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|------------|----------------------|------------------------|-----------|--------|-----------|----------------------|------------------------|---------------------|
| | | | Duplicate Claim to be Disallowed | | | | | Remaining Claim | | | | |
| 1 | Alamo Center, LLC | 18674 | Jo-Ann Stores, LLC | 06/12/25 | $225,071.71 | General Unsecured | 17995 | Jo-Ann Stores, LLC | 05/28/25 | $225,071.71 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 2 | Almaden Properties LLC | 518 | JOANN Inc. | 02/07/25 | $53,190.10 | General Unsecured | 202 | JOANN Inc. | 02/05/25 | $53,190.10 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 3 | Almaden Properties LLC | 10865 | Jo-Ann Stores, LLC | 03/31/25 | $40,355.88 | General Unsecured | 202 | JOANN Inc. | 02/05/25 | $53,190.10 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 4 | ARL Inc | 10512 | Jo-Ann Stores, LLC | 04/03/25 | $162,598.56 | General Unsecured | 141 | Jo-Ann Stores, LLC | 01/22/25 | $162,598.56 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 5 | BEADSMITH | 7831 | JOANN Inc. | 03/26/25 | $20,949.26 | General Unsecured | 51 | Jo-Ann Stores, LLC | 01/27/25 | $20,949.26 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 6 | Bellon, Anna | 10249 | Jo-Ann Stores, LLC | 04/03/25 | $605,310.00 | General Unsecured | 7407 | JOANN Inc. | 03/25/25 | $605,310.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 7 | Bellon, Anna | 10316 | JOANN Inc. | 04/03/25 | $605,310.00 | General Unsecured | 7407 | JOANN Inc. | 03/25/25 | $605,310.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 8 | Brother International Corporation | 3990 | JOANN Inc. | 03/10/25 | $4,266,461.62 | General Unsecured | 2395 | JOANN Inc. | 03/14/25 | $4,266,461.62 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 9 | Changshu Winway Textile Co.,Ltd | 6039 | Jo-Ann Stores, LLC | 03/14/25 | $2,498,914.23 | General Unsecured | 2578 | Jo-Ann Stores, LLC | 03/17/25 | $2,498,914.23 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 10 | Crossroads of Roseville 2023, LLC | 10057 | Jo-Ann Stores, LLC | 04/01/25 | $844,910.88 | General Unsecured | 9272 | Jo-Ann Stores, LLC | 04/02/25 | $844,910.88 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 11 | D & H Hawley LLC | 18154 | Jo-Ann Stores, LLC | 05/30/25 | $149,959.92 | General Unsecured | 18128 | Jo-Ann Stores, LLC | 05/30/25 | $149,959.92 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 12 | DCTN3 509 Panama City FL, LLC | 11835 | Jo-Ann Stores, LLC | 04/03/25 | $74,735.92 | General Unsecured | 8270 | Jo-Ann Stores, LLC | 04/02/25 | $74,735.92 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 13 | DCTN3 509 PANAMA CITY FL, LLC | 19159 | Jo-Ann Stores, LLC | 06/30/25 | $74,735.92 | General Unsecured | 8270 | Jo-Ann Stores, LLC | 04/02/25 | $74,735.92 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 14 | Del Amo Fashion Center Operating Company L.L.C. | 18627 | Jo-Ann Stores, LLC | 06/06/25 | $1,084,847.43 | General Unsecured | 9715 | Jo-Ann Stores, LLC | 04/03/25 | $1,084,847.43 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 15 | DiTullio, Christopher | 4152 | Jo-Ann Stores Support Center, Inc. | 03/26/25 | $749,850.00 | General Unsecured | 3958 | Jo-Ann Stores, LLC | 03/26/25 | $749,900.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 16 | Evolution Credit Opportunity Master Fund II-B | 9828 | Jo-Ann Stores, LLC | 04/03/25 | $1,000,000.00 | General Unsecured | 10986 | Jo-Ann Stores, LLC | 07/08/25 | $4,241,478.15 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 17 | KHP Limited Partnership | 18720 | JOANN Inc. | 06/16/25 | $892,467.19 | General Unsecured | 10505 | JOANN Inc. | 04/03/25 | $892,467.19 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 18 | Leistico, Elaine | 8517 | JOANN Inc. | 03/28/25 | $5,000,000.00 | General Unsecured | 8121 | Jo-Ann Stores, LLC | 03/28/25 | $5,000,000.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 19 | Marcorp Marketing Consultants (Pty) Ltd | 402 | JOANN Inc. | 01/22/25 | $254,517.28 | General Unsecured | 219 | JOANN Inc. | 01/22/25 | $254,517.28 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 20 | MCS Far East, Inc. | 10986 | Jo-Ann Stores, LLC | 04/04/25 | $436,695.00 | General Unsecured | 9828 | Jo-Ann Stores, LLC | 04/03/25 | $436,695.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 21 | Metro Group (Industrial) Ltd. | 321 | Jo-Ann Stores, LLC | 02/12/25 | $151,148.75 | General Unsecured | 306 | Jo-Ann Stores, LLC | 02/12/25 | $151,148.75 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 22 | Nanjing Zhaohong Textile Co., Ltd | 408 | Jo-Ann Stores, LLC | 02/07/25 | $2,181,386.88 | General Unsecured | 341 | Jo-Ann Stores, LLC | 01/27/25 | $2,181,386.88 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 23 | Pan Asian Creations Ltd. | 329 | JOANN Inc. | 01/27/25 | $1,149,610.74 | General Unsecured | 193 | Jo-Ann Stores, LLC | 01/27/25 | $1,149,610.74 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 24 | Rosenthal & Rosenthal, Inc. | 1189 | Jo-Ann Stores, LLC | 03/04/25 | $435,684.42 | General Unsecured | 1032 | JOANN Inc. | 03/04/25 | $435,684.42 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 25 | Rosenthal & Rosenthal, Inc. | 1288 | JOANN Inc. | 03/04/25 | $371,547.45 | General Unsecured | 1265 | Jo-Ann Stores, LLC | 03/04/25 | $371,547.45 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 26 | Sekella, Scott | 3963 | Jo-Ann Stores Support Center, Inc. | 03/26/25 | $601,215.00 | General Unsecured | 3953 | Jo-Ann Stores, LLC | 03/26/25 | $601,215.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 27 | Shaoxing Minying Trading., Ltd. | 353 | Jo-Ann Stores, LLC | 01/27/25 | $986,182.57 | General Unsecured | 300 | Jo-Ann Stores, LLC | 02/10/25 | $986,182.57 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 28 | SHAOXING ROBB IMP & EXP CO., LTD | 383 | JOANN Inc. | 01/23/25 | $1,587,980.36 | General Unsecured | 160 | JOANN Inc. | 01/23/25 | $1,587,980.36 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 29 | SPORTICULTURE INC | 10752 | joann.com, LLC | 03/26/25 | $25,121.00 | General Unsecured | 259 | JOANN Inc. | 02/10/25 | $25,121.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 30 | Sti Global, Inc | 190 | JOANN Inc. | 01/31/25 | $134,747.36 | General Unsecured | 27 | JOANN Inc. | 01/27/25 | $134,747.36 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 31 | Sullivans USA | 9530 | joann.com, LLC | 04/01/25 | $52,507.67 | General Unsecured | 6240 | Jo-Ann Stores, LLC | 03/27/25 | $52,507.67 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 32 | TAIXING TONGJI FOREIGN TRADE CO LTD | 302 | Jo-Ann Stores, LLC | 02/07/25 | $246,858.42 | General Unsecured | 374 | Jo-Ann Stores, LLC | 01/28/25 | $246,858.42 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 33 | Transform Bohemia NY LLC | 19276 | JOANN Inc. | 07/08/25 | $4,241,478.15 | General Unsecured | 19242 | Jo-Ann Stores, LLC | 07/08/25 | $4,241,478.15 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 34 | United Rentals (North America), Inc. | 4650 | Jo-Ann Stores, LLC | 03/17/25 | $21,780.00 | General Unsecured | 1419 | Jo-Ann Stores, LLC | 03/04/25 | $21,780.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 35 | Vizmeg Landscaping, Inc. | 11483 | Jo-Ann Stores, LLC | 04/04/25 | $36,159.07 | General Unsecured | 303 | Jo-Ann Stores, LLC | 02/07/25 | $36,159.07 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |