IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>JOANN, Inc., *et al.*,<br><br>Post-Effective Date Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 25-10068 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: December 16, 2025 at 10:00 a.m. (ET)**<br>) **Obj. Deadline: December 3, 2025 at 4:00 p.m. (ET)** |

### AMENDED NOTICE OF GUC TRUST'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (NO LIABILITY AND DUPLICATE CLAIMS)

**PLEASE TAKE NOTICE** that on November 7, 2025, the JOANN Liquidating Trust (the "GUC Trust"), by and through Steven Balasiano, solely in his capacity as the trustee of the GUC Trust (the "GUC Trustee") filed the *GUC Trust's First Omnibus (Non-substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the original deadline to file any responses to the Objection, as set forth in the Objection, was **December 1, 2025, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any responses to the Objection has been extended to **December 3, 2025, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and be

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

27802712

filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 by **December 3, 2025, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the objection is scheduled for **December 16, 2025, at 10:00 a.m. (eastern time)** before the honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801. Only those responses made in writing and timely filed and received will be considered by the court at any such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 11, 2025
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Steven L. Walsh*
Jennifer R. Hoover, Esq. (DE 5111)
Steven L. Walsh, Esq. (DE 6499)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
swalsh@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
Charles J. Fendrych (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897

Email: EWilson@KelleyDrye.com
MMcloughlin@kelleydrye.com
CFendrych@kelleydrye.com

*Counsel to the GUC Trust*

**CERTIFICATE OF SERVICE**

I, Steven L. Walsh, hereby certify that on November 11, 2025, I caused a true and correct copy of the foregoing *Amended Notice of GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* to be served via CM/ECF or electronic mail on all parties registered to receive service in this case.

        */s/ Steven L. Walsh*
        Steven L. Walsh (DE 6499)