**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JOANN INC., ) | Case No. 25-10068 (CTG) |
| ) | |
| Post-Effective Date Debtor. ) | **Re: Docket No. 1844** |
| ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned cases:

**DATE**            **TIME**

January 13, 2026    10:00 a.m. (ET)

**Dated: November 21st, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**