# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JOANN, INC., et al.,<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>Re: D.I. 1853 |

## NOTICE OF WITHDRAWAL OF RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO GUC TRUST'S FIRST OMNIBUS CLAIMS OBJECTION

Almaden Properties LLC ("Almaden"), by and through its undersigned counsel, hereby withdraws its *Response and Reservation of Rights with Respect to the First Omnibus Claims Objection,* filed on December 2, 2025 at D.I. 1853.

Dated: December 5, 2025

**FOX ROTHSCHILD LLP**

*/s/ Howard A. Cohen*
Howard A. Cohen (DE 4082)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 427-5507
Facsimile: (302) 656-8920
E-mail:  hcohen@foxrothschild.com

*Counsel to Brothers International Holdings/Almaden Properties LLC*