IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JOANN INC., *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case Nos. 25-10068 (CTG)<br>(Jointly Administered) |

**ORDER APPROVING**
**STIPULATION BETWEEN GUC TRUST AND AVANTI, INC.**
**REGARDING APPLICATION OF SECURITY DEPOSIT**

UPON CONSIDERATION OF the Stipulation Between GUC Trust And Avanti, Inc. Regarding Application Of Security Deposit (the "Stipulation") attached hereto as **Exhibit A-1**; it is HEREBY ORDERED as follows:

1. The Stipulation is hereby APPROVED and the terms of the Stipulation are hereby made effective by this Order.

2. This Order is effective immediately, and any stay of its effect, including but not limited to the stay imposed by Fed. R. Bankr. P. 4001(a)(4), is waived.

3. The Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order and/or the Stipulation.

**Dated: December 5th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.