U.S. BANKRUPTCY COURT
DELAWARE DISTRICT

In re:

JOANN INC.                                          Case No. 25-10068-CTG
                                                        Chapter 11

      Debtor.

_____/

## HILLSBOROUGH COUNTY TAX COLLECTOR'S
## NOTICE OF WITHDRAWAL OF
## CLAIM NOS. 4946, 5033, 5162

Nancy C. Millan, Hillsborough County Tax Collector ("Tax Collector"), through her undersigned counsel, hereby withdraws Claim Nos. 4946, 5033, 5162 filed on March 19, 2025. As grounds therefore, the Tax Collector states that the 2025 unpaid taxes sought to be collected by the Tax Collector for folios T0420010613, T0420095301, T0420021648, respectively, are paid in full.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
leema@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF to: **Olivia F. Acuna, Esq., Joshua A. Sussberg, Esq., Aparna Yenamandra, Esq.,** Kirkland & Ellis LLPS, 601 Lexington Avenue, New York, NY 10022; **William E. Arnault, Esq., Lindsey Blumenthal, Esq. Brigit Crosbie, Esq., Jeffrey T. Michalik, Esq., Anup Sathy, Esq., Michael C. Whalen, Esq.**, Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654; **Jack M. Dougherty, Esq., Michael E. Fitzpatric, Esq., Stacy L. Newman, Esq., Patrick J. Reilley, Esq.,** Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, 19801, Wilmington, DE 19801; **Alex Ingoglia, Esq.,** Kirkland & Ellis LLP, 4550 Travis Street, Dallas, TX 75205; **Malcolm M. Bates, Esq.,** Office of the US Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; and all other parties receiving Electronic Notice via the Court's CM/ECF System, on this 9th day of December, 2025.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald
Senior Assistant County Attorney