**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN, Inc., *et al.*, | ) Case No. 25-10068 (CTG) |
| Post-Effective Date Debtors.¹ | ) (Jointly Administered) |
| | ) Re: D.I. ~~___~~ **1838** |

**ORDER SUSTAINING GUC TRUST'S SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (AMENDED CLAIMS)**

Upon consideration of the *GUC Trust's Second Omnibus Objection (Non-substantive) to Certain Claims (Amended Claims)* (the "Objection")² filed by the GUC Trust for entry of an order (this "Order") pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007–1, disallowing the claims listed on **Schedule 1** to this Order (the "Amended Claims"), all as more fully set forth in the Objection; and the Court having reviewed the Balasiano Declaration in support of the Objection; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

found that notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each Amended Claim identified on **Schedule 1** attached hereto is hereby disallowed.

4. The Claims and Noticing Agent is authorized to update the Claims Register to reflect the relief granted in this Order.

5. Each of the Amended Claims and the objections by the GUC Trust to such Amended Claims, as addressed in the Objection and set forth on **Schedule 1** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Amended Claims. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

6. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or interest against the Debtors or the GUC Trust; (ii) a waiver of the GUC Trust's or any other party's rights to dispute or otherwise to object to any claim or proof of interest on any grounds or basis; (iii) a promise or requirement to pay any claim; (iv) an implication or

admission that any claim is of a type referenced or defined in the Objection; (v) a waiver or limitation of any of the GUC Trust's rights under the Bankruptcy Code or applicable law, or (vi) to waive or release any right, claim, defense, or counterclaim of the GUC Trust, or to estop the GUC Trust from asserting, any right, claim, defense, or counterclaim (including setoff).

7. The GUC Trust and the Claims and Noticing Agent are authorized to take all actions necessary to effectuate the relief granted in this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule 1**
**Amended Claims**
Basis for Objection: See Paragraphs 17-21 of the foregoing Objection

| # | Name | Amended Claim* Claim No. | Debtor Name | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Remaining Claim Claim No. | Debtor Name | Date Filed | Remaining Claim Amount | Asserted Claim Priority | Basis for objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 200 Lincoln Retail, LLC | 11912 | Jo-Ann Stores, LLC | 04/04/25 | $22,669.11 | General Unsecured | 18993 | Jo-Ann Stores, LLC | 06/26/25 | $362,645.61 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 2 | ALTO Conyers Plaza, LP | 7610 | Jo-Ann Stores, LLC | 03/25/25 | $682,471.85 | General Unsecured | 9346 | Jo-Ann Stores, LLC | 04/02/25 | $682,471.85 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 3 | ASL Investments LLC | 10641 | Jo-Ann Stores, LLC | 04/01/25 | $29,601.99 | General Unsecured | 17979 | Jo-Ann Stores, LLC | 05/28/25 | $256,786.90 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 4 | AVR CPC Associates, LLC | 10520 | Jo-Ann Stores, LLC | 04/02/25 | $16,201.55 | General Unsecured | 19090 | Jo-Ann Stores, LLC | 06/27/25 | $469,119.94 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 5 | Birch Run Station, LLC | 10070 | Jo-Ann Stores, LLC | 04/01/25 | $59,222.25 | General Unsecured | 18936 | Jo-Ann Stores, LLC | 06/22/25 | $1,704,182.37 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 6 | Birch Run Station, LLC | 10413 | Jo-Ann Stores, LLC | 04/03/25 | $59,222.25 | General Unsecured | 18936 | Jo-Ann Stores, LLC | 06/22/25 | $1,704,182.37 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 7 | Blum Boulders Associates I, LLC | 11649 | Jo-Ann Stores, LLC | 04/04/25 | $16,895.65 | General Unsecured | 19359 | Jo-Ann Stores, LLC | 07/11/25 | $273,391.62 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 8 | Bradford Capital Holdings, LP as Transferee of Art Supply Enterprises DBA MacPhersons | 233 | JOANN Inc. | 02/03/25 | $1,270,225.73 | General Unsecured | 7651 | JOANN Inc. | 03/25/25 | $1,031,484.18 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 9 | CAB assignee of Ningbo Zhong Yi Ornaments Co Ltd | 10311 | Jo-Ann Stores, LLC | 04/01/25 | $2,107,508.97 | General Unsecured | 15492 | Jo-Ann Stores, LLC | 04/30/25 | $1,808,336.54 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 10 | Carson Optical Inc. | 8480 | JOANN Inc. | 03/25/25 | $36,414.48 | General Unsecured | 14244 | Jo-Ann Stores, LLC | 04/16/25 | $36,414.84 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 11 | Coconut Point Town Center, LLC | 9820 | Jo-Ann Stores, LLC | 04/03/25 | $445,336.93 | General Unsecured | 15766 | Jo-Ann Stores, LLC | 05/01/25 | $445,336.93 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 12 | Columbia Mall Partnership | 9784 | Jo-Ann Stores, LLC | 04/03/25 | $655,125.76 | General Unsecured | 18358 | Jo-Ann Stores, LLC | 06/06/25 | $649,411.74 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 13 | Consolidated Fire Protection | 11755 | JOANN Inc. | 04/04/25 | $743,425.90 | General Unsecured | 12468 | JOANN Inc. | 04/09/25 | $706,073.51 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 14 | Crayon Software Experts, LLC | 641 | Jo-Ann Stores, LLC | 02/26/25 | $1,097,514.08 | General Unsecured | 13375 | Jo-Ann Stores, LLC | 04/14/25 | $1,097,514.08 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 15 | Crossroads Associates, LLC | 9606 | Jo-Ann Stores, LLC | 04/01/25 | $27,741.31 | General Unsecured | 19063 | Jo-Ann Stores, LLC | 06/30/25 | $412,641.31 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 16 | Crossroads of Roseville 2023, LLC | 270 | Jo-Ann Stores, LLC | 02/10/25 | $45,165.33 | General Unsecured | 9272 | Jo-Ann Stores, LLC | 04/02/25 | $844,910.88 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 17 | DPG USA Inc. | 156 | JOANN Inc. | 01/23/25 | $219,008.33 | General Unsecured | 294 | JOANN Inc. | 02/07/25 | $89,783.67 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 18 | Everglory Products Corporation | 325 | JOANN Inc. | 02/06/25 | $144,315.05 | General Unsecured | 609 | Jo-Ann Stores, LLC | 02/24/25 | $144,315.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 19 | Everglory Products Corporation | 356 | JOANN Inc. | 02/06/25 | $144,315.05 | General Unsecured | 609 | Jo-Ann Stores, LLC | 02/24/25 | $144,315.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 20 | FacilitySource LLC dba CBRE Retail & Multi-Site | 11714 | Jo-Ann Stores, LLC | 04/04/25 | $0.00 | General Unsecured | 18260 | Jo-Ann Stores, LLC | 06/02/25 | $904,151.85 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 21 | Far Eastern Handicraft JSC-Vietnam | 16374 | Jo-Ann Stores, LLC | 05/08/25 | $439,652.16 | General Unsecured | 18730 | Jo-Ann Stores, LLC | 06/11/25 | $498,899.16 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 22 | FB Festival Center, LLC | 10700 | Jo-Ann Stores, LLC | 04/04/25 | $219,905.69 | General Unsecured | 19140 | Jo-Ann Stores, LLC | 06/30/25 | $888,549.41 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 23 | First and Main North, LLC | 5587 | Jo-Ann Stores, LLC | 03/19/25 | $52,963.67 | General Unsecured | 18279 | Jo-Ann Stores, LLC | 06/03/25 | $641,673.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 24 | FVR Illinois, LLC fka NADG NNN JFAB (BLO-IL) LP | 10572 | Jo-Ann Stores, LLC | 04/01/25 | $22,205.44 | General Unsecured | 19583 | Jo-Ann Stores, LLC | 07/23/25 | $385,810.85 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 25 | Gavora, Inc. | 11293 | Jo-Ann Stores, LLC | 04/04/25 | $28,712.01 | General Unsecured | 19235 | Jo-Ann Stores, LLC | 07/07/25 | $456,059.15 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 26 | Gazzal Iplik San. Ve Tic. Ltd. Sti. | 331 | JOANN Inc. | 01/21/25 | $1,964,244.44 | General Unsecured | 11905 | JOANN Inc. | 04/04/25 | $1,390,044.74 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 27 | GHI Inc. | 138 | JOANN Inc. | 01/23/25 | $231,710.18 | General Unsecured | 287 | JOANN Inc. | 02/07/25 | $127,716.50 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 28 | GLL Selection II Florida LP | 11879 | Jo-Ann Stores, LLC | 04/04/25 | $14,133.63 | General Unsecured | 19133 | Jo-Ann Stores, LLC | 06/30/25 | $473,533.94 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 29 | GLP Flint LLC, Pollack Flint LLC, TJS Flint LLC | 7908 | Jo-Ann Stores, LLC | 03/24/25 | $91,978.79 | General Unsecured | 18927 | Jo-Ann Stores, LLC | 06/19/25 | $669,900.15 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 30 | GONPA EV GEREÇLER DI TCARET LMTED RKET | 308 | JOANN Inc. | 02/08/25 | $124,044.27 | General Unsecured | 14693 | JOANN Inc. | 04/24/25 | $132,868.83 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 31 | Greenfield, L.P. | 11773 | Jo-Ann Stores, LLC | 04/04/25 | $27,927.39 | General Unsecured | 19493 | Jo-Ann Stores, LLC | 07/22/25 | $2,449,333.51 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 32 | Hailan Guoyue Trading Co. Ltd. | 312 | JOANN Inc. | 02/11/25 | $169,759.03 | General Unsecured | 322 | Jo-Ann Stores, LLC | 02/12/25 | $169,759.03 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 33 | Hewlett-Packard Financial Services Company | 1262 | Jo-Ann Stores, LLC | 03/04/25 | $6,042,448.40 | General Unsecured | 11144 | Jo-Ann Stores, LLC | 04/06/25 | $5,606,332.10 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 34 | Jet Holdings HK limited | 381 | Jo-Ann Stores, LLC | 01/21/25 | $1,172,865.41 | General Unsecured | 7625 | Jo-Ann Stores, LLC | 03/25/25 | $1,172,865.41 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 35 | Louisiana Revitalization Fund, LLC | 10681 | Jo-Ann Stores, LLC | 04/04/25 | $13,347.85 | General Unsecured | 18090 | Jo-Ann Stores, LLC | 05/30/25 | $466,761.79 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 36 | Madison Victory Group, LLC | 5460 | Jo-Ann Stores, LLC | 03/27/25 | $99,067.94 | General Unsecured | 19036 | Jo-Ann Stores, LLC | 06/30/25 | $544,762.23 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 37 | Marple XYZ Associates, L.P. | 117 | Jo-Ann Stores, LLC | 01/27/25 | $68,604.05 | General Unsecured | 222 | Jo-Ann Stores, LLC | 02/04/25 | $68,604.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 38 | Midtown Industrial Center, LLC and JCRS II Colfax, LLC | 4917 | Jo-Ann Stores, LLC | 03/21/25 | $360,802.89 | General Unsecured | 19350 | Jo-Ann Stores, LLC | 07/08/25 | $360,802.89 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 39 | Montgomery Realty Group LLC | 10356 | Jo-Ann Stores, LLC | 04/03/25 | $149,479.12 | General Unsecured | 19619 | Jo-Ann Stores, LLC | 07/24/25 | $149,883.87 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 40 | Murray-Bart Associates | 10727 | Jo-Ann Stores, LLC | 04/04/25 | $23,393.63 | General Unsecured | 19138 | Jo-Ann Stores, LLC | 06/30/25 | $460,950.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 41 | NINGBO GENERAL UNION CO., LTD | 411 | JOANN Inc. | 01/23/25 | $1,453,803.21 | General Unsecured | 12756 | Jo-Ann Stores, LLC | 04/10/25 | $1,455,279.13 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 42 | Northgate Retail Partners, successor in interest to Northgate Limited Liability | 11849 | Jo-Ann Stores, LLC | 04/04/25 | $412,812.50 | General Unsecured | 18915 | Jo-Ann Stores, LLC | 06/20/25 | $412,812.50 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 43 | OH Waterville LLC | 10562 | Jo-Ann Stores, LLC | 04/02/25 | $5,481.01 | General Unsecured | 19129 | JOANN Inc. | 06/30/25 | $267,324.08 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 44 | Oxford Valley Road Associates | 293 | Jo-Ann Stores, LLC | 01/31/25 | $15,192.73 | General Unsecured | 18310 | Jo-Ann Stores, LLC | 06/04/25 | $556,859.55 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 45 | Oxford Valley Road Associates | 472 | Jo-Ann Stores, LLC | 02/17/25 | $15,192.73 | General Unsecured | 18310 | Jo-Ann Stores, LLC | 06/04/25 | $556,859.55 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 46 | Paramount Home Collections Pvt Ltd | 563 | Jo-Ann Stores, LLC | 02/22/25 | $480,410.15 | General Unsecured | 11992 | Jo-Ann Stores, LLC | 04/04/25 | $343,162.41 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 47 | Park Associates LP | 10344 | Jo-Ann Stores, LLC | 04/04/25 | $22,691.01 | General Unsecured | 18881 | Jo-Ann Stores, LLC | 06/23/25 | $625,626.93 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 48 | Parkview Plaza Associates I, L.L.C. | 10500 | Jo-Ann Stores, LLC | 04/03/25 | $32,484.94 | General Unsecured | 18751 | Jo-Ann Stores, LLC | 06/16/25 | $327,826.25 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 49 | Peckham KF, LLC and Peckham PH, LLC | 9361 | Jo-Ann Stores, LLC | 04/02/25 | $32,385.80 | General Unsecured | 19121 | Jo-Ann Stores, LLC | 06/27/25 | $535,329.20 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 50 | PZ Southern Limited Partnership | 10154 | Jo-Ann Stores, LLC | 04/02/25 | $6,076.16 | General Unsecured | 17964 | Jo-Ann Stores, LLC | 05/28/25 | $401,042.12 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 51 | PZ Southland Limited Partnership | 9804 | Jo-Ann Stores, LLC | 04/03/25 | $19,714.08 | General Unsecured | 17228 | Jo-Ann Stores, LLC | 05/20/25 | $338,879.25 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 52 | Ribblr Ltd | 11887 | Jo-Ann Stores, LLC | 04/04/25 | $434,440.37 | General Unsecured | 16361 | Jo-Ann Stores, LLC | 05/05/25 | $434,440.37 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 53 | Riverdale Crossing, LLC | 9770 | Jo-Ann Stores, LLC | 04/03/25 | $12,247.26 | General Unsecured | 18906 | Jo-Ann Stores, LLC | 06/18/25 | $496,281.23 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 54 | RVA West Broad, LLC | 11908 | Jo-Ann Stores, LLC | 04/04/25 | $44,201.01 | General Unsecured | 19175 | Jo-Ann Stores, LLC | 06/30/25 | $268,485.82 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 55 | SCHOTT TEXTILES INC | 5201 | Jo-Ann Stores, LLC | 03/15/25 | $330,145.30 | General Unsecured | 10622 | Jo-Ann Stores, LLC | 04/02/25 | $330,145.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 56 | SHAOXING ROBB IMP & EXP CO LTD | 320 | Jo-Ann Stores, LLC | 02/07/25 | $1,581,808.86 | General Unsecured | 19293 | Jo-Ann Stores, LLC | 07/09/25 | $1,482,641.74 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 57 | Square One Partners, LLC | 10194 | Jo-Ann Stores, LLC | 04/01/25 | $20,573.72 | General Unsecured | 19026 | Jo-Ann Stores, LLC | 06/27/25 | $408,692.65 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 58 | SRI RAMLAKSHMAN FABS | 533 | JOANN Inc. | 02/20/25 | $635,437.34 | General Unsecured | 9646 | JOANN Inc. | 03/31/25 | $980,662.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 59 | Taixing Tongji Foreign Trade Co Ltd | 374 | Jo-Ann Stores, LLC | 01/28/25 | $246,858.42 | General Unsecured | 19236 | Jo-Ann Stores, LLC | 07/03/25 | $241,601.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 60 | Taixing Tongji Foreign Trade Co Ltd | 302 | Jo-Ann Stores, LLC | 02/07/25 | $246,858.42 | General Unsecured | 19236 | Jo-Ann Stores, LLC | 07/03/25 | $241,601.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 61 | Tampa Palms Shopping Plaza, LLC | 10400 | Jo-Ann Stores, LLC | 04/03/25 | $78,743.87 | General Unsecured | 17985 | Jo-Ann Stores, LLC | 05/28/25 | $483,257.54 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 62 | TEXTILE CREATIONS INC | 54 | Jo-Ann Stores, LLC | 01/27/25 | $579,143.97 | General Unsecured | 285 | JOANN Inc. | 02/07/25 | $550,563.64 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 63 | TJ Center I LLC | 10609 | Jo-Ann Stores, LLC | 04/04/25 | $61,630.70 | General Unsecured | 19101 | Jo-Ann Stores, LLC | 06/30/25 | $434,915.03 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 64 | Toll Global Forwarding (USA) Inc. | 11817 | Jo-Ann Stores, LLC | 04/04/25 | $2,175,664.08 | General Unsecured | 17217 | Jo-Ann Stores, LLC | 05/20/25 | $1,375,664.08 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 65 | TONY SAMMUT INVESTMENTS | 12025 | Jo-Ann Stores, LLC | 04/01/25 | $38,136.78 | General Unsecured | 19081 | Jo-Ann Stores, LLC | 06/23/25 | $297,820.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 66 | Town Center I Family Partnership, L.P., a California limited partnership | 10403 | JOANN Inc. | 04/03/25 | $123,003.86 | General Unsecured | 12671 | JOANN Inc. | 04/10/25 | $78,547.70 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 67 | Transform Bohemia NY LLC | 439 | Jo-Ann Stores, LLC | 02/13/25 | $8,413,499.28 | General Unsecured | 19242 | Jo-Ann Stores, LLC | 07/08/25 | $4,241,478.15 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 68 | Truss Greenwood IN LLC | 10721 | Jo-Ann Stores, LLC | 04/04/25 | $6,819.80 | General Unsecured | 19145 | Jo-Ann Stores, LLC | 06/30/25 | $302,977.92 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 69 | Win Hang Enterprise Ltd. | 397 | JOANN Inc. | 01/24/25 | $2,218,952.75 | General Unsecured | 18458 | JOANN Inc. | 06/05/25 | $1,581,974.09 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 70 | XTRA Lease LLC | 11869 | Jo-Ann Stores, LLC | 04/03/25 | $126,913.96 | General Unsecured | 18766 | Jo-Ann Stores, LLC | 06/16/25 | $268,363.94 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |

*For the avoidance of doubt, each "Amended Claim" listed herein is hereby amended and superseded by the corresponding "Remaining Claim". This Order does not disallow the claims asserted in any of the Remaining Claims.