**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| JOANN, Inc., *et al.*, | ) Case No. 25-10068 (CTG) <br> ) |
| Post-Effective Date Debtors.¹ | ) (Jointly Administered) <br> ) |
|  | ) Re: D.I. ──1839 |

**ORDER SUSTAINING GUC TRUST'S THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CERTAIN CLAIMS (LATE FILED CLAIMS)**

Upon consideration of the *GUC Trust's Third Omnibus Objection (Non-substantive) to Certain Claims (Late Filed Claims)* (the "Objection")² filed by the GUC Trust for entry of an order (this "Order") pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007–1, disallowing the claims listed on **Schedule 1** to this Order (the "Late Filed Claims"), all as more fully set forth in the Objection; and the Court having reviewed the Balasiano Declaration in support of the Objection; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having

---

¹ The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

² Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

found that notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each Late Filed Claim identified on **Schedule 1** attached hereto is hereby disallowed.

4. The Claims and Noticing Agent is authorized to update the Claims Register to reflect the relief granted in this Order.

5. Each of the Late Filed Claims and the objections by the GUC Trust to such Late Filed Claims, as addressed in the Objection and set forth on **Schedule 1** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Late Filed Claims. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

6. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or interest against the Debtors or the GUC Trust; (ii) a waiver of the GUC Trust's or any other party's rights to dispute or otherwise to object to any claim or proof of interest on any grounds or basis; (iii) a promise or requirement to pay any claim; (iv) an implication or

admission that any claim is of a type referenced or defined in the Objection; (v) a waiver or limitation of any of the GUC Trust's rights under the Bankruptcy Code or applicable law, or (vi) to waive or release any right, claim, defense, or counterclaim of the GUC Trust, or to estop the GUC Trust from asserting, any right, claim, defense, or counterclaim (including setoff).

7. The GUC Trust and the Claims and Noticing Agent are authorized to take all actions necessary to effectuate the relief granted in this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

Schedule 1
# Late Filed Claims

Basis for Objection: See Paragraphs 17 - 22 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for objection |
|---|------|-----------|--------|-----------|----------------------|------------------------|-----------------|---------------------|
| 1 | A.W. FABER-CASTELL USA INC | 13220 | JOANN Inc. | 04/11/2025 | $126,275.56 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| ~~2~~ | ~~Acacia Tucson LLC~~ | ~~18099~~ | ~~Jo-Ann Stores, LLC~~ | ~~05/29/2025~~ | ~~$314,502.70~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |
| ~~3~~ | ~~Aurient International Corp.~~ | ~~13913~~ | ~~JOANN Inc.~~ | ~~04/18/2025~~ | ~~$501,581.13~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |
| 4 | Bazaarvoice, Inc. | 14822 | Jo-Ann Stores, LLC | 04/25/2025 | $34,359.07 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 5 | Blue Yonder, Inc. | 19621 | Jo-Ann Stores, LLC | 07/24/2025 | $955,024.51 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 6 | Brink's Inc. | 15764 | Jo-Ann Stores, LLC | 05/01/2025 | $211,941.96 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 7 | Candle Warmers Etc | 16270 | JOANN Inc. | 05/08/2025 | $44,153.85 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 8 | COMPLETE CONSTRUCTION COMMERCIAL SERVICES | 12409 | Jo-Ann Stores, LLC | 04/07/2025 | $64,392.93 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 9 | CONNER, CHRISTINE AND JAMES | 14611 | Jo-Ann Stores, LLC | 04/14/2025 | $225,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| ~~10~~ | ~~Decorware Inc.~~ | ~~18112~~ | ~~Jo-Ann Stores, LLC~~ | ~~05/30/2025~~ | ~~$149,632.76~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |
| 11 | Dickinson Wright PLLC | 16400 | Jo-Ann Stores, LLC | 05/09/2025 | $86,002.70 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 1 | Edge Logistics, | 1251 | JOANN Inc. | 04/09/202 | $65,875.74 | General | $0.00 | Claim was filed after the applicable Bar |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | LLC | 7 | | 5 | | Unsecured | | Date. |
| 13 | ENGIE Insight Services Inc. dba ENGIE Impact | 15932 | Jo-Ann Stores, LLC | 05/02/2025 | $27,901.07 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 14 | Estrada, Deanna | 13541 | JOANN Inc. | 04/15/2025 | $1,000,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| ~~15~~ | ~~EQYInvest Owner II, Ltd.~~ | ~~17866~~ | ~~Jo-Ann Stores, LLC~~ | ~~05/27/2025~~ | ~~$153,123.51~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |
| 16 | Euler Hermes agent for M & Y TRADING CORP. | 14449 | JOANN Inc. | 04/22/2025 | $20,949.26 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 17 | FedEx Corporate Services Inc. | 19377 | Jo-Ann Stores, LLC | 07/14/2025 | $6,297,644.19 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| ~~18~~ | ~~Fletcher Hills Town and Country Shopping Center, LP~~ | ~~19550~~ | ~~Jo-Ann Stores, LLC~~ | ~~07/22/2025~~ | ~~$838,389.32~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |
| 19 | FREEDOMPAY INC | 14252 | Jo-Ann Stores, LLC | 04/17/2025 | $206,959.69 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 20 | G.A. Export (Thailand) Co., Ltd | 13283 | JOANN Inc. | 04/11/2025 | $364,908.41 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 21 | Gladly Software, Inc. | 19616 | JOANN Inc. | 07/24/2025 | $32,519.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 22 | Glaus, Pyle, Schomer, Burns & DeHaven, Inc. dba GPD Group | 15759 | JOANN Inc. | 05/01/2025 | $34,246.42 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| ~~23~~ | ~~HERO ARTS RUBBER~~ | ~~12400~~ | ~~JOANN Inc.~~ | ~~04/07/2025~~ | ~~$152,090.16~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ~~STAMPS INC~~ | | | | | | | |
| 24 | Hongkong Simple Element Global Limid | 17581 | JOANN Inc. | 05/20/2025 | $4,167,670.17 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 25 | Jackson Lewis P.C. | 15128 | JOANN Inc. | 04/21/2025 | $21,947.89 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 26 | JobsOhio | 17352 | Jo-Ann Stores, LLC | 05/20/2025 | $800,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 27 | Kilkenny, Lynn | 19742 | Jo-Ann Stores, LLC | 07/25/2025 | $242,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 28 | Kilkenny, Lynn | 19754 | Jo-Ann Stores, LLC | 07/28/2025 | $242,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 29 | Mann, Donna Lynn | 18423 | Jo-Ann Stores, LLC | 06/06/2025 | $27,200.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 30 | Moody's Investors Service, Inc. | 15860 | Jo-Ann Stores, LLC | 05/05/2025 | $67,667.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 31 | Neo Casta International | 12631 | Jo-Ann Stores, LLC | 04/10/2025 | $179,531.36 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 32 | Niki Auburn Mile, LP, Samex Properties, LLC, Sunray Property Investments, LLC | 19604 | Jo-Ann Stores, LLC | 07/24/2025 | $172,990.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| ~~33~~ | ~~NNN Yulee FL Owner LP~~ | ~~19759~~ | ~~Jo-Ann Stores, LLC~~ | ~~07/31/2025~~ | ~~$318,739.58~~ | ~~General Unsecured~~ | ~~$0.00~~ | ~~Claim was filed after the applicable Bar Date.~~ |
| 34 | Omni Systems Inc | 13284 | JOANN Inc. | 04/11/2025 | $41,805.76 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 35 | PG&E | 12412 | Jo-Ann Stores, LLC | 04/07/2025 | $67,745.54 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 36 | Plaid Enterprises, | 19311 | JOANN Inc. | 07/10/2025 | $110,702.91 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Inc. | | | | | | | |
| 37 | Qiu, Fengmin | 18638 | Jo-Ann Stores, LLC | 06/06/2025 | $986,182.57 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 38 | Remedy Intelligent Staffing | 16227 | Jo-Ann Stores, LLC | 05/07/2025 | $388,239.40 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 39 | Ruisi, Anna | 19602 | JOANN Inc. | 07/24/2025 | $1,000,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 40 | Seasons Tex | 12408 | JOANN Inc. | 04/08/2025 | $90,633.62 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 41 | Shaoxing Enyi Textile Co., Ltd. | 7757 | Jo-Ann Stores, LLC | 04/28/2025 | $1,556,037.60 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 42 | SPARTAN GRAPHICS INC | 18667 | JOANN Inc. | 06/17/2025 | $33,343.15 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 43 | SPARTAN GRAPHICS INC | 18679 | JOANN Inc. | 06/17/2025 | $22,011.47 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 44 | Stoetzer, Andrea M | 19054 | JOANN Inc. | 06/30/2025 | $31,630.06 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 45 | The Marketplace Tavares, LLC | 18931 | Jo-Ann Stores, LLC | 06/19/2025 | $458,244.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |