**Schedule 1**

## Schedule 1
## No Liability Claims

Basis for Objection: See Paragraphs 17 - 21 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for objection |
|---|---|---|---|---|---|---|---|---|
| 1 | American Crafts | 10846 | JOANN Inc. | 04/02/25 | $2,327,249.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 2 | American Crafts | 11704 | JOANN Inc. | 04/02/25 | $2,262,646.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 3 | Compound Development Solutions, LLC | 345 | Jo-Ann Stores, LLC | 01/24/25 | $1,898,563.92 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 5 | Ningbo World Mall Import & Export Co., Ltd | 9706 | Jo-Ann Stores, LLC | 04/02/25 | $344,276.24 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 6 | ROIC Fullerton Crossroads, LLC | 197 | JOANN Inc. | 02/04/25 | $463,349.92 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 9 | Shaoxing Minying Trading Co., Ltd. | 105 | Jo-Ann Stores, LLC | 01/31/25 | $507,798.79 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 10 | Terranomics Crossroads Associates, LP | 230 | JOANN Inc. | 02/04/25 | $5,854,451.93 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |

| 11 | TERRANOMICS CROSSROADS ASSOCIATES, LP | 392 | JOANN Inc. | 02/04/25 | $5,854,451.93 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 12 | VDS Holding LLC dba Verite Data | 605 | joann.com, LLC | 02/25/25 | $498,000.00 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 13 | Vistar | 561 | JOANN Inc. | 02/21/25 | $547,676.94 | General Unsecured | $0.00 | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trustee cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |

**Schedule 2**

## Schedule 2
## Duplicate Claims

Basis for Objection: See Paragraphs 17 - 19 and 22-23 of the foregoing Objection

| # | Name | Duplicate Claim to be Disallowed ||||| Remaining Claim ||||| Basis for objection |
|---|------|---|---|---|---|---|---|---|---|---|---|---|
|   |      | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | |
| 1 | Alamo Center, LLC | 18674 | Jo-Ann Stores, LLC | 06/12/25 | $225,071.71 | General Unsecured | 17995 | Jo-Ann Stores, LLC | 05/28/25 | $225,071.71 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 2 | Almaden Properties LLC | 518 | JOANN Inc. | 02/07/25 | $53,190.10 | General Unsecured | 202 | JOANN Inc. | 02/05/25 | $53,190.10 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 3 | Almaden Properties LLC | 10865 | JOANN Inc. | 03/31/25 | $40,355.88 | General Unsecured | 202 | JOANN Inc. | 02/05/25 | $53,190.10 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 4 | ARL Inc | 10512 | Jo-Ann Stores, LLC | 04/03/25 | $162,598.56 | General Unsecured | 141 | Jo-Ann Stores, LLC | 01/22/25 | $162,598.56 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 5 | BEADSMITH | 7831 | JOANN Inc. | 03/26/25 | $20,949.26 | General Unsecured | 51 | Jo-Ann Stores, LLC | 01/27/25 | $20,949.26 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding |

| 6 | Bellon, Anna | 10249 | Jo-Ann Stores, LLC | 04/03/25 | $605,310.00 | General Unsecured | 7407 | JOANN Inc. | 03/25/25 | $605,310.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7 | Bellon, Anna | 10316 | JOANN Inc. | 04/03/25 | $605,310.00 | General Unsecured | 7407 | JOANN Inc. | 03/25/25 | $605,310.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 8 | Brother International Corporation | 3990 | JOANN Inc. | 03/10/25 | $4,266,461.62 | General Unsecured | 2395 | JOANN Inc. | 03/14/25 | $4,266,461.62 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 9 | Changshu Winway Textile Co.,Ltd | 6039 | Jo-Ann Stores, LLC | 03/14/25 | $2,498,914.23 | General Unsecured | 2578 | Jo-Ann Stores, LLC | 03/17/25 | $2,498,914.23 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 10 | Crossroads of Roseville 2023, LLC | 10057 | Jo-Ann Stores, LLC | 04/01/25 | $844,910.88 | General Unsecured | 9272 | Jo-Ann Stores, LLC | 04/02/25 | $844,910.88 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 11 | D & H Hawley LLC | 18154 | Jo-Ann Stores, LLC | 05/30/25 | $149,959.92 | General Unsecured | 18128 | Jo-Ann Stores, LLC | 05/30/25 | $149,959.92 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | DCTN3 509 Panama City FL, LLC | 11835 | Jo-Ann Stores, LLC | 04/03/25 | $74,735.92 | General Unsecured | 8270 | Jo-Ann Stores, LLC | 04/02/25 | $74,735.92 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 13 | DCTN3 509 PANAMA CITY FL, LLC | 19159 | Jo-Ann Stores, LLC | 06/30/25 | $74,735.92 | General Unsecured | 8270 | Jo-Ann Stores, LLC | 04/02/25 | $74,735.92 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 14 | Del Amo Fashion Center Operating Company L.L.C. | 18627 | Jo-Ann Stores, LLC | 06/06/25 | $1,084,847.43 | General Unsecured | 9715 | Jo-Ann Stores, LLC | 04/03/25 | $1,084,847.43 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 15 | DiTullio, Christopher | 4152 | Jo-Ann Stores Support Center, Inc. | 03/26/25 | $749,850.00 | General Unsecured | 3958 | Jo-Ann Stores, LLC | 03/26/25 | $749,900.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 16 | Evolution Credit Opportunity Master Fund II-B, LP as Transferee of MCS Far East, Inc.[1] | 9828 | Jo-Ann Stores, LLC | 04/03/25 | $1,436,695.00 | General Unsecured | 10986 | Jo-Ann Stores, LLC | 04/04/25 | $1,436,695.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 17 | KHP Limited Partnership | 18720 | JOANN Inc. | 06/16/25 | $892,467.19 | General Unsecured | 10505 | JOANN Inc. | 04/03/25 | $892,467.19 | General Unsecured | Claim substantially |

---

[1] On or about May 8, 2025, Evolution Credit Opportunity Master Fund II-B, LP took partial assignment of Claim No. 9828 and Claim No. 10986. Evolution Credit Opportunity Master Fund II-B, LP is the holder of $1,000,000 of the Asserted Claim Amount and MCS Far East, Inc., is the holder of $436,695 of the Asserted Claim Amount, as fully set forth in the *Partial Transfer of Claim Other Than for Security* [Dkt. Nos. 831, 832] filed by Evolution Credit Opportunity Master Fund II-B, LP.

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Leistico, Elaine | 8517 | JOANN Inc. | 03/28/25 | $5,000,000.00 | General Unsecured | 8121 | Jo-Ann Stores, LLC | 03/28/25 | $5,000,000.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 19 | Marcorp Marketing Consultants (Pty) Ltd | 402 | JOANN Inc. | 01/22/25 | $254,517.28 | General Unsecured | 219 | JOANN Inc. | 01/22/25 | $254,517.28 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 21 | Metro Group (Industrial) Ltd. | 321 | Jo-Ann Stores, LLC | 02/12/25 | $151,148.75 | General Unsecured | 306 | Jo-Ann Stores, LLC | 02/12/25 | $151,148.75 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 22 | Nanjing Zhaohong Textile Co., Ltd | 408 | Jo-Ann Stores, LLC | 02/07/25 | $2,181,386.88 | General Unsecured | 341 | Jo-Ann Stores, LLC | 01/27/25 | $2,181,386.88 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 23 | Pan Asian Creations Ltd. | 329 | JOANN Inc. | 01/27/25 | $1,149,610.74 | General Unsecured | 193 | Jo-Ann Stores, LLC | 01/27/25 | $1,149,610.74 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 24 | Rosenthal & Rosenthal, Inc. | 1189 | Jo-Ann Stores, LLC | 03/04/25 | $435,684.42 | General Unsecured | 1032 | JOANN Inc. | 03/04/25 | $435,684.42 | General Unsecured | Claim substantially |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Rosenthal & Rosenthal, Inc. | 1288 | JOANN Inc. | 03/04/25 | $371,547.45 | General Unsecured | 1265 | Jo-Ann Stores, LLC | 03/04/25 | $371,547.45 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 26 | Sekella, Scott | 3963 | Jo-Ann Stores Support Center, Inc. | 03/26/25 | $601,215.00 | General Unsecured | 3953 | Jo-Ann Stores, LLC | 03/26/25 | $601,215.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 27 | Shaoxing Minying Trading., Ltd. | 353 | Jo-Ann Stores, LLC | 01/27/25 | $986,182.57 | General Unsecured | 300 | Jo-Ann Stores, LLC | 02/10/25 | $986,182.57 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 28 | SHAOXING ROBB IMP & EXP CO., LTD | 383 | JOANN Inc. | 01/23/25 | $1,587,980.36 | General Unsecured | 160 | JOANN Inc. | 01/23/25 | $1,587,980.36 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 29 | SPORTICULTURE INC | 10752 | joann.com, LLC | 03/26/25 | $25,121.00 | General Unsecured | 259 | JOANN Inc. | 02/10/25 | $25,121.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 30 | Sti Global, Inc | 190 | JOANN Inc. | 01/31/25 | $134,747.36 | General Unsecured | 27 | JOANN Inc. | 01/27/25 | $134,747.36 | General Unsecured | Claim substantially |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | Sullivans USA | 9530 | joann.com, LLC | 04/01/25 | $52,507.67 | General Unsecured | 6240 | Jo-Ann Stores, LLC | 03/27/25 | $52,507.67 | General Unsecured | Claim duplicates, or is substantially subsumed within, the corresponding Remaining Claim. |
| 32 | TAIXING TONGJI FOREIGN TRADE CO LTD | 302 | Jo-Ann Stores, LLC | 02/07/25 | $246,858.42 | General Unsecured | 374 | Jo-Ann Stores, LLC | 01/28/25 | $246,858.42 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 33 | Transform Bohemia NY LLC | 19276 | JOANN Inc. | 07/08/25 | $4,241,478.15 | General Unsecured | 19242 | Jo-Ann Stores, LLC | 07/08/25 | $4,241,478.15 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 34 | United Rentals (North America), Inc. | 4650 | Jo-Ann Stores, LLC | 03/17/25 | $21,780.00 | General Unsecured | 1419 | Jo-Ann Stores, LLC | 03/04/25 | $21,780.00 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |
| 35 | Vizmeg Landscaping, Inc. | 11483 | Jo-Ann Stores, LLC | 04/04/25 | $36,159.07 | General Unsecured | 303 | Jo-Ann Stores, LLC | 02/07/25 | $36,159.07 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |