**Schedule 1**
**Amended Claims**

Basis for Objection: See Paragraphs 17-21 of the foregoing Objection

| # | Name | Amended Claim* | | | | Remaining Claim | | | | Basis for objection |
|---|------|---------|------------|-------------|----------------|---------|------------|-------------|----------------|---------|
| | | Claim No. | Debtor Name | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Claim No. | Debtor Name | Date Filed | Remaining Claim Amount | Asserted Claim Priority | |
| 1 | 200 Lincoln Retail, LLC | 11912 | Jo-Ann Stores, LLC | 04/03/25 | $22,669.11 | General Unsecured | 18993 | Jo-Ann Stores, LLC | 04/02/25 | $362,645.61 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 2 | ALTO Conyers Plaza, LP | 7610 | Jo-Ann Stores, LLC | 03/25/25 | $682,471.85 | General Unsecured | 9346 | Jo-Ann Stores, LLC | 04/02/25 | $682,471.85 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 3 | ASL Investments LLC | 10641 | Jo-Ann Stores, LLC | 04/03/25 | $29,601.99 | General Unsecured | 17979 | Jo-Ann Stores, LLC | 05/28/25 | $256,780.90 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 4 | AVR CPC Associates, LLC | 10520 | Jo-Ann Stores, LLC | 04/02/25 | $16,201.55 | General Unsecured | 19090 | Jo-Ann Stores, LLC | 05/27/25 | $469,119.94 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 5 | Birch Run Station, LLC | 10070 | Jo-Ann Stores, LLC | 04/01/25 | $59,222.25 | General Unsecured | 18936 | Jo-Ann Stores, LLC | 06/22/25 | $1,704,182.37 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 6 | Birch Run Station, LLC | 10413 | Jo-Ann Stores, LLC | 04/03/25 | $59,222.25 | General Unsecured | 18936 | Jo-Ann Stores, LLC | 06/22/25 | $1,704,182.37 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 7 | Blum Boulders Associates I LLC | 11649 | Jo-Ann Stores, LLC | 04/04/25 | $16,895.65 | General Unsecured | 19359 | Jo-Ann Stores, LLC | 07/11/25 | $273,393.62 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 8 | Bradford Capital Holdings, LP as Transferee of Art Supply Enterprises DBA MacPhersons | 233 | JOANN Inc. | 02/03/25 | $1,270,225.73 | General Unsecured | 7651 | JOANN Inc. | 03/25/25 | $1,031,484.18 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 9 | CAB assignee of Ningbo Zhong Yi Ornaments Co Ltd | 10311 | Jo-Ann Stores, LLC | 04/03/25 | $2,107,508.97 | General Unsecured | 15492 | Jo-Ann Stores, LLC | 04/30/25 | $1,808,385.54 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 10 | Carson Optical Inc. | 8480 | JOANN Inc. | 03/25/25 | $36,414.48 | General Unsecured | 14244 | Jo-Ann Stores, LLC | 04/16/25 | $36,414.84 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 11 | Coconut Point Town Center, LLC | 9820 | Jo-Ann Stores, LLC | 04/03/25 | $445,336.93 | General Unsecured | 15766 | Jo-Ann Stores, LLC | 05/01/25 | $445,336.93 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 12 | Columbia Mall Partnership | 9784 | Jo-Ann Stores, LLC | 04/03/25 | $255,125.76 | General Unsecured | 18358 | Jo-Ann Stores, LLC | 05/28/25 | $649,411.74 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 13 | Consolidated Fire Protection | 11755 | JOANN Inc. | 04/04/25 | $743,425.90 | General Unsecured | 18993 | Jo-Ann Stores, LLC | 04/09/25 | $706,073.51 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 14 | Crayon Software Experts, LLC | 641 | Jo-Ann Stores, LLC | 02/26/25 | $1,097,514.08 | General Unsecured | 13375 | Jo-Ann Stores, LLC | 04/14/25 | $1,097,514.08 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 15 | Crossroads Associates, LLC | 9606 | Jo-Ann Stores, LLC | 04/01/25 | $527,741.31 | General Unsecured | 19063 | Jo-Ann Stores, LLC | 06/30/25 | $412,641.31 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 16 | Crossroads of Roseville 2023, LLC | 10572 | Jo-Ann Stores, LLC | 04/01/25 | $22,205.44 | General Unsecured | 18279 | Jo-Ann Stores, LLC | 06/03/25 | $641,673.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 17 | DPG USA Inc. | 12293 | Jo-Ann Stores, LLC | 04/04/25 | $28,712.01 | General Unsecured | 19235 | Jo-Ann Stores, LLC | 07/23/25 | $456,810.85 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 18 | Eveniglory Products Corporation | 156 | JOANN Inc. | 01/31/25 | $219,008.33 | General Unsecured | 294 | JOANN Inc. | 04/04/25 | $389,783.67 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 19 | Eveniglory Products Corporation | 325 | JOANN Inc. | 02/06/25 | $144,315.05 | General Unsecured | 609 | Jo-Ann Stores, LLC | 02/24/25 | $144,315.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 20 | FacilitySource LLC dba CBRE Retail & Multi-Site | 356 | JOANN Inc. | 02/06/25 | $144,315.05 | General Unsecured | 609 | Jo-Ann Stores, LLC | 02/24/25 | $144,315.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 21 | Far Eastern Handicraft JSC-Vietnam | 11714 | Jo-Ann Stores, LLC | 04/04/25 | $0.00 | General Unsecured | 18260 | Jo-Ann Stores, LLC | 06/19/25 | $904,053.58 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 22 | F8 Festival Center, LLC | 16374 | Jo-Ann Stores, LLC | 05/08/25 | $439,652.16 | General Unsecured | 18730 | Jo-Ann Stores, LLC | 06/11/25 | $498,899.16 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 23 | First and Main North, LLC | 10700 | Jo-Ann Stores, LLC | 04/04/25 | $219,905.69 | General Unsecured | 19140 | Jo-Ann Stores, LLC | 06/30/25 | $888,549.41 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 24 | FVR Illinois, LLC fka NADG NNN JFAB (BLO-IL) LP | 5587 | Jo-Ann Stores, LLC | 03/19/25 | $52,963.67 | General Unsecured | 18279 | Jo-Ann Stores, LLC | 06/03/25 | $641,673.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 25 | Gavora, Inc. | 270 | Jo-Ann Stores, LLC | 02/10/25 | $45,165.33 | General Unsecured | 9272 | Jo-Ann Stores, LLC | 04/02/25 | $844,910.88 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 26 | Gazzal Ipilk San. Ve Tic. Ltd. Sti. | 331 | JOANN Inc. | 01/21/25 | $1,964,244.44 | General Unsecured | 11905 | JOANN Inc. | 04/04/25 | $1,390,044.74 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 27 | GHI Inc. | 312 | JOANN Inc. | 02/11/25 | $169,759.03 | General Unsecured | 322 | Jo-Ann Stores, LLC | 02/12/25 | $169,759.03 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 28 | GLL Selection II Florida LP | 1262 | Jo-Ann Stores, LLC | 03/04/25 | $231,710.18 | General Unsecured | 287 | JOANN Inc. | 02/07/25 | $127,716.50 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 29 | GLP Flint LLC, Pollack Flint LLC, TJS Flint LLC | 11879 | Jo-Ann Stores, LLC | 01/23/25 | $14,133.63 | General Unsecured | 19133 | Jo-Ann Stores, LLC | 02/24/25 | $144,315.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 30 | GONPA EV GERECLER DI TCARET LMTED RKET | 7908 | Jo-Ann Stores, LLC | 03/24/25 | $91,978.79 | General Unsecured | 18927 | Jo-Ann Stores, LLC | 06/19/25 | $669,900.15 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 31 | Greenfield, L.P. | 308 | JOANN Inc. | 02/08/25 | $12,044.27 | General Unsecured | 14693 | Jo-Ann Stores, LLC | 04/24/25 | $12,868.83 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 32 | Haitian Guoyue Trading Co. Ltd. | 11773 | Jo-Ann Stores, LLC | 04/04/25 | $27,927.39 | General Unsecured | 19493 | Jo-Ann Stores, LLC | 07/22/25 | $2,449,333.51 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 33 | Hewlett-Packard Financial Services Company | 117 | Jo-Ann Stores, LP | 01/27/25 | $68,604.05 | General Unsecured | 222 | Jo-Ann Stores, LLC | 02/04/25 | $68,604.05 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 34 | Jet Holdings HK limited | 4917 | Jo-Ann Stores, LLC | 03/21/25 | $360,802.89 | General Unsecured | 19350 | Jo-Ann Stores, LLC | 07/08/25 | $360,802.89 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 35 | Louisiana Revitalization Fund, LLC | 381 | Jo-Ann Stores, LLC | 01/21/25 | $1,172,865.41 | General Unsecured | 7625 | Jo-Ann Stores, LLC | 03/25/25 | $1,172,865.41 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 36 | Madison Victory Group, LLC | 10681 | Jo-Ann Stores, LLC | 04/04/25 | $13,347.85 | General Unsecured | 18090 | Jo-Ann Stores, LLC | 05/30/25 | $466,761.79 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 37 | Marple XY2 Associates, L.P. | 5460 | Jo-Ann Stores, LLC | 02/08/25 | $99,067.94 | General Unsecured | 19036 | Jo-Ann Stores, LLC | 06/30/25 | $544,762.23 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 38 | Midtown Industrial Center, LLC and JCRS II Colfax, LLC | 9361 | Jo-Ann Stores, LLC | 04/04/25 | $32,385.80 | General Unsecured | 18751 | Jo-Ann Stores, LLC | 06/16/25 | $325,626.93 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 39 | Montgomery Realty Group LLC | 10154 | Jo-Ann Stores, LLC | 04/02/25 | $56,076.16 | General Unsecured | 19121 | Jo-Ann Stores, LLC | 06/27/25 | $335,220.24 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 40 | Murray-Bart Associates | 10356 | Jo-Ann Stores, LLC | 04/03/25 | $149,479.12 | General Unsecured | 19619 | Jo-Ann Stores, LLC | 07/24/25 | $149,883.87 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 41 | NINGBO GENERAL UNION CO., LTD | 10727 | Jo-Ann Stores, LLC | 04/04/25 | $23,393.63 | General Unsecured | 19138 | Jo-Ann Stores, LLC | 06/30/25 | $460,950.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 42 | Northgate Retail Partners, successor in interest to Northgate Limited Liability | 11849 | Jo-Ann Stores, LLC | 01/23/25 | $1,453,803.21 | General Unsecured | 12756 | Jo-Ann Stores, LLC | 04/04/25 | $1,455,279.13 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 43 | OH Waterville LLC | 11869 | Jo-Ann Stores, LLC | 04/04/25 | $6,042,448.40 | General Unsecured | 11144 | Jo-Ann Stores, LLC | 04/06/25 | $5,606,332.10 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 44 | Oxford Valley Road Associates | 10562 | Jo-Ann Stores, LLC | 04/02/25 | $412,812.50 | General Unsecured | 18915 | Jo-Ann Stores, LLC | 06/20/25 | $412,812.50 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 45 | Oxford Valley Road Associates | 293 | Jo-Ann Stores, LLC | 01/31/25 | $5,481.01 | General Unsecured | 19129 | JOANN Inc. | 06/30/25 | $267,324.08 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 46 | Oxford Valley Road Associates | 472 | Jo-Ann Stores, LLC | 02/17/25 | $15,192.73 | General Unsecured | 18310 | Jo-Ann Stores, LLC | 06/04/25 | $556,859.55 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 47 | Paramount Home Collections Pvt Ltd | 563 | Jo-Ann Stores, LLC | 02/22/25 | $480,410.15 | General Unsecured | 11992 | Jo-Ann Stores, LLC | 04/04/25 | $343,162.41 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 48 | Park Associates LP | 10344 | Jo-Ann Stores, LLC | 02/07/25 | $22,691.01 | General Unsecured | 19236 | Jo-Ann Stores, LLC | 07/03/25 | $241,601.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 49 | Parkview Plaza Associates I, L.L.C. | 10500 | Jo-Ann Stores, LLC | 04/04/25 | $32,484.94 | General Unsecured | 18881 | Jo-Ann Stores, LLC | 06/23/25 | $327,826.25 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 50 | Peckham KF, LLC and Peckham PH, LLC | 9951 | Jo-Ann Stores, LLC | 04/04/25 | $32,385.80 | General Unsecured | 18751 | Jo-Ann Stores, LLC | 06/16/25 | $325,626.93 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 51 | PZ Southern Limited Partnership | 10154 | Jo-Ann Stores, LLC | 04/02/25 | $56,076.16 | General Unsecured | 17964 | Jo-Ann Stores, LLC | 05/28/25 | $401,042.12 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 52 | PZ Southland Limited Partnership | 9804 | Jo-Ann Stores, LLC | 04/03/25 | $19,714.08 | General Unsecured | 17228 | Jo-Ann Stores, LLC | 05/20/25 | $338,879.25 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 53 | Ribblr Ltd | 11887 | Jo-Ann Stores, LLC | 04/04/25 | $434,440.37 | General Unsecured | 16361 | Jo-Ann Stores, LLC | 07/03/25 | $434,440.37 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 54 | Riverdale Crossing, LLC | 9770 | Jo-Ann Stores, LLC | 04/03/25 | $12,247.26 | General Unsecured | 18906 | Jo-Ann Stores, LLC | 06/18/25 | $496,281.23 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 55 | RVA West Broad, LLC | 11908 | Jo-Ann Stores, LLC | 04/04/25 | $44,201.01 | General Unsecured | 19175 | Jo-Ann Stores, LLC | 06/27/25 | $268,485.82 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 56 | SCHOTT TEXTILES INC | 5201 | JOANN Inc. | 03/13/25 | $330,145.30 | General Unsecured | 10622 | Jo-Ann Stores, LLC | 05/20/25 | $330,145.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 57 | SHAOXING ROBB IMP & EXP CO LTD | 320 | Jo-Ann Stores, LLC | 02/07/25 | $1,581,808.86 | General Unsecured | 19293 | Jo-Ann Stores, LLC | 07/09/25 | $1,482,641.74 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 58 | Square One Partners, LLC | 10194 | Jo-Ann Stores, LLC | 04/01/25 | $20,573.72 | General Unsecured | 19026 | Jo-Ann Stores, LLC | 06/26/25 | $408,692.65 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 59 | SRI RAMLAKSHMAN FABS | 533 | JOANN Inc. | 02/20/25 | $635,437.34 | General Unsecured | 9646 | JOANN Inc. | 03/31/25 | $980,662.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 60 | Taixing Tongji Foreign Trade Co Ltd | 374 | Jo-Ann Stores, LLC | 01/28/25 | $246,858.42 | General Unsecured | 19236 | Jo-Ann Stores, LLC | 07/03/25 | $241,601.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 61 | Taixing Tongji Foreign Trade Co Ltd | 302 | Jo-Ann Stores, LLC | 02/07/25 | $246,858.42 | General Unsecured | 19236 | Jo-Ann Stores, LLC | 07/03/25 | $241,601.30 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 62 | Tampa Palms Shopping Plaza, LLC | 10400 | Jo-Ann Stores, LLC | 04/03/25 | $78,743.87 | General Unsecured | 17985 | Jo-Ann Stores, LLC | 05/28/25 | $483,257.54 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 63 | TEXTILE CREATIONS INC | 54 | Jo-Ann Stores, LLC | 01/27/25 | $579,143.97 | General Unsecured | 285 | JOANN Inc. | 02/07/25 | $550,563.64 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 64 | TJ Center I LLC | 10609 | Jo-Ann Stores, LLC | 04/04/25 | $561,630.70 | General Unsecured | 19101 | Jo-Ann Stores, LLC | 06/30/25 | $434,915.03 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 65 | Toll Global Forwarding (USA) Inc. | 11817 | Jo-Ann Stores, LLC | 04/04/25 | $2,175,664.08 | General Unsecured | 17217 | Jo-Ann Stores, LLC | 05/20/25 | $1,375,664.08 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 66 | TONY SAMMUT INVESTMENTS | 12025 | Jo-Ann Stores, LLC | 04/01/25 | $38,136.78 | General Unsecured | 19081 | Jo-Ann Stores, LLC | 06/23/25 | $497,820.00 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 67 | Town Center I Family Partnership, L.P., a California limited partnership | 10403 | Jo-Ann Stores, LLC | 04/03/25 | $123,003.86 | General Unsecured | 12671 | JOANN Inc. | 04/10/25 | $78,547.70 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 68 | Transform Bohemia NY LLC | 439 | Jo-Ann Stores, LLC | 02/13/25 | $8,413,499.28 | General Unsecured | 19242 | Jo-Ann Stores, LLC | 07/08/25 | $4,241,478.15 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 69 | Truss Greenwood IN LLC | 10721 | Jo-Ann Stores, LLC | 04/04/25 | $6,819.80 | General Unsecured | 19145 | Jo-Ann Stores, LLC | 06/30/25 | $4,241,478.15 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 70 | Win Hang Enterprise Ltd. | 397 | JOANN Inc. | 01/24/25 | $2,218,952.75 | General Unsecured | 18458 | JOANN Inc. | 06/05/25 | $1,581,974.09 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |
| 71 | XTRA Lease LLC | 11869 | Jo-Ann Stores, LLC | 04/03/25 | $126,913.96 | General Unsecured | 18766 | Jo-Ann Stores, LLC | 06/16/25 | $268,363.94 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim |

*For the avoidance of doubt, each "Amended Claim" listed herein is hereby amended and superseded by the corresponding "Remaining Claim". This Order does not disallow the claims asserted in any of the Remaining Claims.