## Schedule 1
## Late Filed Claims

Basis for Objection: See Paragraphs 17 - 22 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for objection |
|---|---|---|---|---|---|---|---|---|
| 1 | A.W. FABER-CASTELL USA INC | 13220 | JOANN Inc. | 04/11/2025 | $126,275.56 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 4 | Bazaarvoice, Inc. | 14822 | Jo-Ann Stores, LLC | 04/25/2025 | $34,359.07 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 5 | Blue Yonder, Inc. | 19621 | Jo-Ann Stores, LLC | 07/24/2025 | $955,024.51 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 6 | Brink's Inc. | 15764 | Jo-Ann Stores, LLC | 05/01/2025 | $211,941.96 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 7 | Candle Warmers Etc | 16270 | JOANN Inc. | 05/08/2025 | $44,153.85 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 8 | COMPLETE CONSTRUCTION COMMERCIAL SERVICES | 12409 | Jo-Ann Stores, LLC | 04/07/2025 | $64,392.93 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 9 | CONNER, CHRISTINE AND JAMES | 14611 | Jo-Ann Stores, LLC | 04/14/2025 | $225,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 11 | Dickinson Wright PLLC | 16400 | Jo-Ann Stores, LLC | 05/09/2025 | $86,002.70 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 12 | Edge Logistics, LLC | 12517 | JOANN Inc. | 04/09/2025 | $65,875.74 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 13 | ENGIE Insight Services Inc. dba ENGIE Impact | 15932 | Jo-Ann Stores, LLC | 05/02/2025 | $27,901.07 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 14 | Estrada, Deanna | 13541 | JOANN Inc. | 04/15/2025 | $1,000,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |

| # | Creditor | Claim # | Debtor | Date Filed | Claim Amount | Priority | Allowed | Reason |
|---|---|---|---|---|---|---|---|---|
| 16 | Euler Hermes agent for M & Y TRADING CORP. | 1444 | JOANN Inc. | 04/22/2025 | $20,949.26 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 17 | FedEx Corporate Services Inc. | 1937 | Jo-Ann Stores, LLC | 07/14/2025 | $6,297,644.19 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 19 | FREEDOMPAY INC | 1425 | Jo-Ann Stores, LLC | 04/17/2025 | $206,959.69 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 20 | G.A. Export (Thailand) Co., Ltd | 1328 | JOANN Inc. | 04/11/2025 | $364,908.41 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 21 | Gladly Software, Inc. | 1961 | JOANN Inc. | 07/24/2025 | $32,519.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 22 | Glaus, Pyle, Schomer, Burns & DeHaven, Inc. dba GPD Group | 1575 | JOANN Inc. | 05/01/2025 | $34,246.42 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 24 | Hongkong Simple Element Global Limid | 1758 | JOANN Inc. | 05/20/2025 | $4,167,670.17 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 25 | Jackson Lewis P.C. | 1512 | JOANN Inc. | 04/21/2025 | $21,947.89 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 26 | JobsOhio | 1735 | Jo-Ann Stores, LLC | 05/20/2025 | $800,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 27 | Kilkenny, Lynn | 1974 | Jo-Ann Stores, LLC | 07/25/2025 | $242,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 28 | Kilkenny, Lynn | 1975 | Jo-Ann Stores, LLC | 07/28/2025 | $242,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 29 | Mann, Donna Lynn | 1842 | Jo-Ann Stores, LLC | 06/06/2025 | $27,200.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |

| # | Creditor | Claim # | Debtor | Date Filed | Amount | Classification | Allowed | Reason |
|---|---|---|---|---|---|---|---|---|
| 30 | Moody's Investors Service, Inc. | 15860 | Jo-Ann Stores, LLC | 05/05/2025 | $67,667.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 31 | Neo Casta International | 12631 | Jo-Ann Stores, LLC | 04/10/2025 | $179,531.36 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 32 | Niki Auburn Mile, LP, Samex Properties, LLC, Sunray Property Investments, LLC | 19604 | Jo-Ann Stores, LLC | 07/24/2025 | $172,990.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 33 | Omni Systems Inc | 13284 | JOANN Inc. | 04/11/2025 | $41,805.76 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 35 | PG&E | 12412 | Jo-Ann Stores, LLC | 04/07/2025 | $67,745.54 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 36 | Plaid Enterprises, Inc. | 19311 | JOANN Inc. | 07/10/2025 | $110,702.91 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 37 | Qiu, Fengmin | 18638 | Jo-Ann Stores, LLC | 06/06/2025 | $986,182.57 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 38 | Remedy Intelligent Staffing | 16227 | Jo-Ann Stores, LLC | 05/07/2025 | $388,239.40 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 39 | Ruisi, Anna | 19602 | JOANN Inc. | 07/24/2025 | $1,000,000.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 40 | Seasons Tex | 12408 | JOANN Inc. | 04/08/2025 | $90,633.62 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 41 | Shaoxing Enyi Textile Co., Ltd. | 7757 | Jo-Ann Stores, LLC | 04/28/2025 | $1,556,037.60 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 42 | SPARTAN GRAPHICS INC | 18667 | JOANN Inc. | 06/17/2025 | $33,343.15 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 43 | SPARTAN GRAPHICS INC | 18679 | JOANN Inc. | 06/17/2025 | $22,011.47 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |

| 4 | 4 | Stoetzer, Andrea M | 1905 4 | JOANN Inc. | 06/30/2025 | $31,630.06 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 4 | 5 | The Marketplace Tavares, LLC | 1893 1 | Jo-Ann Stores, LLC | 06/19/2025 | $458,244.00 | General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |