IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, Inc., et al.,<br><br>Post-Effective Date Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2025, AT 2:00 P.M. (ET) (HEARING CANCELLED)

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS:**

1. *Plan Administrator's Sixteenth Omnibus Objection to Certain Claim (Substantive) (Reclassified Gift Card/Merchandise Credit Claims)* [Filed 11/3/2025; Docket No. 1820]

    Related Documents:

    (a) *Notice of Submission of Proofs of Claim Regarding Plan Administrator's Sixteenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Gift Card/Merchandise Credit Claims)* [Filed 11/21/2025; Docket No. 1843]

    (b) *Certificate of No Objection Regarding Plan Administrator's Sixteenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Gift Card/Merchandise Credit Claims)* [Filed 12/5/2025; Docket No. 1864]

    (c) *Order Sustaining Plan Administrator's Sixteenth Omnibus Objection to Certain Claims (Substantive) (Reclassified Gift Card/Merchandise Credit Claims)* [Entered 12/5/2025; Docket No. 1866]

    Response Deadline: November 24, 2025, at 4:00 p.m.

    Responses Received: None.

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

|   |   |
|---|---|
| Status: | An Order has been entered. No hearing is necessary. |

2. *GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* [Filed 11/7/2025; Docket No. 1836]

   Related Documents:

   (a) *Amended Notice of GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* [Filed 11/11/2025; Docket No. 1840]

   (b) *Notice of Submission of Copies of Proofs of Claim Regarding GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* [Filed 12/2/2025; Docket No. 1854]

   (c) *Certification of Counsel Regarding GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* [Filed 12/11/2025; Docket No. 1870]

   (d) *Order Sustaining GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* [Entered 12/12/2025; Docket No. 1875]

   Response Deadline: December 3, 2025, at 4:00 p.m. Extended to December 9, 2025, at 4:00 p.m. for claimant Saginaw Center, LLC only.

   Responses Received:

   (i) *Response and Reservation of Rights with Respect to GUC Trust's First Omnibus Claims Objection* [Filed 12/2/2025; Docket No. 1853]

   (ii) *Notice of Withdrawal of Response and Reservation of Rights with Respect to GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims)* [Filed 12/3/2025; Docket No. 1859]

   (iii) Informal comments and responses from claimants Roxville Associates; Saginaw Center, LLC; Henan QKH Paper Products Co., Ltd.; Evolution Credit Opportunity Master Fund II-B; and MCS Far East, Inc.

   Status: An Order has been entered. No hearing is necessary. The objection has been adjourned to the January omnibus hearing with respect to the claim of Saginaw Center, LLC, only. The parties anticipate reaching a resolution of that objection in advance of the January omnibus hearing.

3. *GUC Trust's Second Omnibus (Non-Substantive) Objection to Certain Claims (Amended Claims)* [Filed 11/11/2025; Docket No. 1838]

    Related Documents:

    (a) *Notice of Submission of Copies of Proofs of Claim Regarding GUC Trust's Second Omnibus (Non-Substantive) Objection to Certain Claims (Amended Claims)* [Filed 12/2/2025; Docket No. 1855]

    (b) *Certification of Counsel Regarding GUC Trust's Second Omnibus (Non-Substantive) Objection to Certain Claims (Amended Claims)* [Filed 12/11/2025; Docket No. 1871]

    (c) *Order Sustaining GUC Trust's Second Omnibus (Non-Substantive) Objection to Certain Claims (Amended Claims)* [Entered 12/12/2025; Docket No. 1876]

    Response Deadline:    December 3, 2025, at 4:00 p.m.

    Responses Received:    Informal comments and response from claimant FacilitySource LLC d/b/a CBRE Retail & Multi-Site.

    Status:    An Order has been entered. No hearing is necessary.

4. *GUC Trust's Third Omnibus (Non-substantive) Objection to Certain Claims (Late Filed Claims)* [Filed 11/7/2025; Docket No. 1839]

    Related Documents:

    (a) *Notice of Submission of Copies of Proofs of Claim Regarding GUC Trust's Third Omnibus (Non-Substantive) Objection to Certain Claims (Late Filed Claims)* [Filed 12/2/2025; Docket No. 1856]

    (b) *Certification of Counsel Regarding GUC Trust's Third Omnibus (Non-Substantive) Objection to Certain Claims (Late Filed Claims)* [Filed 12/11/2025; Docket No. 1872]

    (c) *Order Sustaining GUC Trusts Third Omnibus (Non-Substantive) Objection to Certain Claims (Late Filed Claims)* [Entered 12/12/2025; Docket No. 1877]

    Response Deadline:    December 3, 2025, at 4:00 p.m.

    Responses Received:

    (i) *Response of EQYInvest Owner II, LTD, LLP to GUC Trust's Third Omnibus Objection to Certain Claims (Late Filed Claims)*

      *Relating to Landlord's Claim Number 1786* [Filed 11/25/2025; Docket No. 1850]

(ii) *Response to Objection to Claim. Filed by Decorware Inc* [Filed 12/3/2025; Docket No. 1857]

(iii) *Response to Objection to Claim No. 12400. Filed by Hero Arts Rubber Stamps Inc.* [Filed 12/3/2025; Docket No. 1858]

(iv) *Response to Objection to Claim . Filed by Aurient International Corp* [Filed 12/4/2025; Docket No. 1865]

(v) Informal comments and responses from claimants Acacia-Tucson LLC, Fletcher Hills Town and Country Shopping Center, LP, and NNN Yulee FL Owner LP.

<u>Status:</u>    An Order has been entered.  No hearing is necessary.

Dated: December 12, 2025

**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

  */s/ Steven L. Walsh*
Jennifer R. Hoover (No. 5111)
Steven L. Walsh (No. 6499)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneshlaw.com
      swalsh@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
Charles J. Fendrych (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
      mmcloughlin@kelleydrye.com
      cfendrych@kelleydrye.com

*Counsel to the GUC Trust*

4