## Exhibit B

**Aber Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | |

**DECLARATION OF ANN ABER**
**IN SUPPORT OF PLAN ADMINISTRATOR'S NINETEENTH**
**(NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(Late Filed Administrative Claims)**

I, Ann Aber, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Plan Administrator[2] appointed in the above-captioned chapter 11 cases.

2.      Prior to the Plan's Effective Date, I was the Executive Vice President, Chief Legal & Human Resource Officer at JOANN Inc. and I worked directly with Alvarez & Marsal, North America, LLC ("A&M"), a global business advisory firm engaged by the Debtors to provide an interim chief executive officer, interim chief financial officer, and certain additional personnel in these chapter 11 cases.

3.      I submit this declaration (the "Declaration") in support of the *Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims* (the "Objection"), filed contemporaneously herewith.  I am over the age of 18, competent to testify and authorized to submit the Declaration as the Plan Administrator.

---

[1]      The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Objection.

4.      Every matter set forth herein is based on (a) my personal knowledge, (b) my review, or the review of work performed by former employees of the Debtors who have been retained by the Plan Administrator, whom I oversee in a managerial capacity, of relevant documents, and/or (c) my understanding based on information obtained from the Debtors' Books and Records.

**<u>The Claims Objection</u>**

5.      I assisted in the preparation of the Objection. Through my review or with the assistance of employees and professionals under my direction.  I am personally and generally familiar with the Debtors' administrative liabilities and amounts owed to creditors that have filed or scheduled administrative claims against the Debtors' estates.  I have read and reviewed the Objection, including the information set forth on **<u>Schedule 1</u>** to the Proposed Order, and I am familiar with the information contained in those documents.  I am also generally familiar with the Claims Register maintained by the Claims and Noticing Agent.  If called to testify, I could and would testify competently to the facts set forth in this declaration.

6.      The Late Filed Claims listed on **<u>Schedule 1</u>** to the Proposed Order were each deemed untimely filed.  I also have examined each of the Late Filed Claims and determined that they are not proper amendments to a timely-filed claim.

7.      Failure to disallow the Late Filed Claims could result in the applicable claimants receiving unwarranted recoveries to the determination of other creditors in these cases.

8.       To the best of my knowledge, information and belief, the information that is contained in the Objection is true and correct.

[*Remainder of Page Intentionally Left Blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

December 12, 2025

/s/ Ann Aber
_____
Ann Aber, Solely in her Capacity as Plan
Administrator in the Chapter 11 Cases of
Joann Inc. *et al*.