**Schedule 1**

**Fully Satisfied Claims**

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 2 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | ALTO Conyers Plaza, LP | 10673 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $19,398.19 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $19,398.19 | Total | $0.00 | |
| 2 | Aquarion Water Company of CT | 633 | JOANN Inc. | 2/26/2025 | Secured | $24.53 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $24.53 | Total | $0.00 | |
| 3 | Arizona Department of Revenue | 19500 | Jo-Ann Stores, LLC | 7/18/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $240.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $240.00 | Total | $0.00 | |
| 4 | B33 Bandera Point III LLC | 11693 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $109,298.64 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $109,298.64 | Total | $0.00 | |
| 5 | Benton County Arkansas Tax Collector | 8501 | Jo-Ann Stores, LLC | 3/28/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $6,577.16 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $6,577.16 | Total | $0.00 | |
| 6 | Bexar County | 96 | Jo-Ann Stores, LLC | 1/16/2025 | Secured | $82,593.72 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $82,593.72 | Total | $0.00 | |
| 7 | Butte County Treasurer-Tax Collector | 19822 | Jo-Ann Stores, LLC | 8/12/2025 | Secured | $673.49 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $673.49 | Total | $0.00 | |
| 8 | Central Appraisal District of Taylor County | 20211 | Jo-Ann Stores, LLC | 10/13/2025 | Secured | $6,119.21 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $6,119.21 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 9 | Chatham County Tax Commissioner's Office | 18690 | Jo-Ann Stores, LLC | 6/17/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $4,917.71 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $4,917.71 | Total | $0.00 | |
| 10 | City of Chattanooga | 15591 | JOANN Inc. | 5/1/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $584.50 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $584.50 | Total | $0.00 | |
| 11 | City of Clarksville | 250 | Jo-Ann Stores, LLC | 2/8/2025 | Secured | $289.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $289.00 | Total | $0.00 | |
| 12 | City of El Paso | 12413 | Jo-Ann Stores, LLC | 4/7/2025 | Secured | $19,527.11 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $19,527.11 | Total | $0.00 | |
| 13 | City of Grand Junction | 20100 | Jo-Ann Stores, LLC | 9/18/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $7,719.73 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,719.73 | Total | $0.00 | |
| 14 | City of Greeley | 20028 | JOANN Inc. | 9/8/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $2,464.68 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,464.68 | Total | $0.00 | |
| 15 | City of Orange | 10822 | JOANN Inc. | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $416.43 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $416.43 | Total | $0.00 | |
| 16 | Clarke County Tax Commissioner | 19880 | JOANN Inc. | 8/21/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $9,771.89 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $9,771.89 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 4 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 17 | Collin County Tax Assessor/Collector | 589 | Jo-Ann Stores, LLC | 2/13/2025 | Secured | $15,470.54 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $15,470.54 | Total | $0.00 | |
| 18 | Comanche County, OK County Consumer Protection Agency | 11939 | Jo-Ann Stores, LLC | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,231.50 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,231.50 | Total | $0.00 | |
| 19 | Comptroller of Maryland | 19997 | joann.com, LLC | 9/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $2,099.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,099.00 | Total | $0.00 | |
| 20 | Deschutes County Tax Collector | 1291 | JOANN Inc. | 2/19/2025 | Secured | $2,321.59 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,321.59 | Total | $0.00 | |
| 21 | Dona Ana County Treasurer | 19842 | Jo-Ann Stores, LLC | 8/14/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $296.80 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $296.80 | Total | $0.00 | |
| 22 | Douglas Country, Nebraska | 581 | JOANN Inc. | 2/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,436.28 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,436.28 | Total | $0.00 | |
| 23 | Elkhart County, Indiana Treasurer | 19992 | Jo-Ann Stores, LLC | 8/29/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,329.41 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,329.41 | Total | $0.00 | |
| 24 | Ellis County | 19431 | Jo-Ann Stores, LLC | 7/17/2025 | Secured | $5,062.70 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,062.70 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 5 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 25 | Florida Department of Revenue | 14830 | Jo-Ann Stores, LLC | 4/25/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $0.00 | Total | $0.00 | |
| 26 | Forsyth County Tax Collector | 15929 | Jo-Ann Stores, LLC | 5/2/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $72.60 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $72.60 | Total | $0.00 | |
| 27 | Franchise Tax Board | 18772 | JOANN Inc. | 6/17/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $92.82 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $92.82 | Total | $0.00 | |
| 28 | Fresno County Tax Collector | 19945 | Jo-Ann Stores, LLC | 8/28/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $8,789.51 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8,789.51 | Total | $0.00 | |
| 29 | Glynn County Board of Commissioners | 19988 | JOANN Inc. | 9/2/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $335.73 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $335.73 | Total | $0.00 | |
| 30 | Grant County Treasurer | 530 | JOANN Inc. | 2/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $795.75 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $795.75 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 6 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 31 | Grapevine-Colleyville Independent School District | 398 | Jo-Ann Stores, LLC | 1/23/2025 | Secured | $10,264.48 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $10,264.48 | Total | $0.00 | |
| 32 | Gwinnett County Tax Commissioner's Office | 19949 | Jo-Ann Stores, LLC | 8/29/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $8,445.18 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8,445.18 | Total | $0.00 | |
| 33 | Gwinnett County Tax Commissioner's office | 19946 | Jo-Ann Stores, LLC | 8/29/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $11,453.43 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $11,453.43 | Total | $0.00 | |
| 34 | Harris Co ESD #47 | 19275 | Jo-Ann Stores, LLC | 7/8/2025 | Secured | $388.18 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $388.18 | Total | $0.00 | |
| 35 | Hendricks County Treasurer | 130 | JOANN Inc. | 1/27/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $127.70 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $127.70 | Total | $0.00 | |
| 36 | Hidalgo County | 19512 | Jo-Ann Stores, LLC | 7/15/2025 | Secured | $19,311.71 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $19,311.71 | Total | $0.00 | |
| 37 | Iowa Department of Revenue | 19193 | Creativebug, LLC | 7/3/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $70.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $70.00 | Total | $0.00 | |
| 38 | Jefferson County | 19266 | Jo-Ann Stores, LLC | 7/7/2025 | Secured | $7,223.37 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,223.37 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 7 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 39 | Johnson County Treasurer | 2589 | JOANN Inc. | 3/6/2025 | Secured | $0.00 | Secured | $0.00 | The secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,693.92 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,693.92 | Total | $0.00 | |
| 40 | Kern County Treasurer Tax Collector | 16903 | Jo-Ann Stores, LLC | 5/15/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $7,094.46 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,094.46 | Total | $0.00 | |
| 41 | Larimer County Treasurer | 279 | Jo-Ann Stores, LLC | 2/11/2025 | Secured | $7,730.23 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,730.23 | Total | $0.00 | |
| 42 | Macon-Bibb County Tax Commissioner | 12558 | JOANN Inc. | 4/9/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $4,919.64 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $4,919.64 | Total | $0.00 | |
| 43 | Madison County, Alabama | 8053 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $2,069.64 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,069.64 | Total | $0.00 | |
| 44 | Manor Development Co. | 11867 | JOANN Inc. | 3/27/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $16,709.91 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $16,709.91 | Total | $0.00 | |
| 45 | Maricopa County Treasurer | 20037 | Jo-Ann Stores, LLC | 9/8/2025 | Secured | $15,104.32 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $15,104.32 | Total | $0.00 | |
| 46 | McLennan County | 19420 | Jo-Ann Stores, LLC | 7/15/2025 | Secured | $1,368.44 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,368.44 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 8 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 47 | Metropolitan Government of Nashville & Davidson County Tennessee | 1764 | JOANN Inc. | 2/25/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,171.50<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,171.50 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 48 | Montgomery County Treasurer | 854 | Jo-Ann Stores, LLC | 3/3/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $2,265.76<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,265.76 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 49 | Nueces County | 510 | Jo-Ann Stores, LLC | 2/7/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $29,898.22<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$29,898.22 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 50 | Osceola County Tax Collector | 1348 | Jo-Ann Stores, LLC | 3/5/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $3,343.82<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,343.82 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 51 | Pierce County Finance Department | 318 | Jo-Ann Stores, LLC | 2/7/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $2,237.50<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,237.50 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 52 | Pierce County Finance Department | 319 | Jo-Ann Stores, LLC | 2/7/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $3,787.02<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,787.02 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 53 | Pima County, Arizona c/o Pima County Attorney's Office | 627 | JOANN Inc. | 2/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $152.23<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$152.23 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 54 | Pima County, Arizona c/o Pima County Attorney's Office | 631 | JOANN Inc. | 2/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $157.25<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$157.25 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 9 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|------|--------------|--------|------------|----------------|---|-----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 55 | Pima County, Arizona c/o Pima County Attorney's Office | 629 | JOANN Inc. | 2/26/2025 | Secured | $581.74 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $581.74 | Total | $0.00 | |
| 56 | Pinal County Treasurer | 1311 | JOANN Inc. | 2/20/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $361.74 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $361.74 | Total | $0.00 | |
| 57 | Preston Forest SC, LLC | 8014 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $245,356.79 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $245,356.79 | Total | $0.00 | |
| 58 | Prince George's County, Maryland | 13107 | Jo-Ann Stores, LLC | 4/11/2025 | Secured | $8.64 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8.64 | Total | $0.00 | |
| 59 | Prince George's County, Maryland | 13108 | Jo-Ann Stores, LLC | 4/11/2025 | Secured | $33.53 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $33.53 | Total | $0.00 | |
| 60 | Prince William County | 19705 | Jo-Ann Stores, LLC | 8/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $2,626.25 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,626.25 | Total | $0.00 | |
| 61 | Pulaski County Treasurer | 281 | JOANN Inc. | 2/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $13,019.35 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $13,019.35 | Total | $0.00 | |
| 62 | Rockwall CAD | 19439 | Jo-Ann Stores, LLC | 7/17/2025 | Secured | $3,779.17 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,779.17 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 10 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 63 | Saline County, Ks County Consumer Protection Agency | 18743 | Jo-Ann Stores, LLC | 6/9/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$292.19<br>$0.00<br>$292.19 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 64 | San Juan County Treasurer | 13476 | JOANN Inc. | 4/14/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,594.72<br>$0.00<br>$5,594.72 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 65 | Schneider National Carriers Inc. | 19258 | JOANN Inc. | 7/8/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$2,325.38<br>$0.00<br>$0.00<br>$0.00<br>$2,325.38 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 66 | Seminole County Tax Collector | 19296 | Jo-Ann Stores, LLC | 7/9/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $3,742.20<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,742.20 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 67 | Seminole County Tax Collector | 19289 | Jo-Ann Stores, LLC | 7/9/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $4,408.37<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,408.37 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 68 | Shelby County Trustee | 19917 | Jo-Ann Stores, LLC | 8/18/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,719.67<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,719.67 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 69 | Sierra Pacific Power Company d/b/a NV Energy | 6112 | JOANN Inc. | 3/14/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$3,348.58<br>$0.00<br>$3,348.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 70 | Sonoma County Tax Collector | 2882 | Jo-Ann Stores, LLC | 3/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$785.72<br>$0.00<br>$785.72 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 11 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 71 | State of Florida - Department of Revenue | 11924 | joann.com, LLC | 4/7/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 72 | Tamarack Village Shopping Center, A Limited Partnership | NA | Jo-Ann Stores, LLC | 6/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$273,425.42<br>$0.00<br>$0.00<br>$0.00<br>$273,425.42 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 73 | Tarrant County | 19442 | Jo-Ann Stores, LLC | 7/17/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $64,811.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$64,811.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 74 | Texas Comptroller of Public Accounts | 19978 | Jo-Ann Stores, LLC | 8/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$238,055.59<br>$0.00<br>$238,055.59 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 75 | The County of Brazos, Texas | 20231 | JOANN Inc. | 10/20/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $16,386.17<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$16,386.17 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 76 | The County of Williamson, Texas | 20208 | JOANN Inc. | 10/13/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $8,710.54<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,710.54 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 77 | Thurston County Treasurer | 20192 | JOANN Inc. | 10/3/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $6,304.84<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,304.84 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 78 | Town of Hamden, Tax Collector | 1782 | JOANN Inc. | 3/13/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$8,265.04<br>$0.00<br>$8,265.04 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |

Case 25-10068-CTG    Doc 1882-1    Filed 12/14/25    Page 12 of 12

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 79 | Tulsa County Treasurer | 7645 | JOANN Inc. | 3/25/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $11,040.50 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $11,040.50 | Total | $0.00 | |
| 80 | Tuscaloosa County Tax Collector | 20012 | Jo-Ann Stores, LLC | 9/5/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $1,201.51 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,201.51 | Total | $0.00 | |
| 81 | Village of Plover, WI | 15483 | Jo-Ann Stores, LLC | 4/28/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $35.95 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $35.95 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $71.90 | Total | $0.00 | |
| 82 | Williamson County, Tennessee Trustee | 19732 | JOANN Inc. | 8/1/2025 | Secured | $73.28 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $73.28 | Total | $0.00 | |
| 83 | Yakima County Treasurer | 108 | Jo-Ann Stores, LLC | 1/30/2025 | Secured | $1,621.26 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,621.26 | Total | $0.00 | |