## Schedule 2

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|------|--------------|--------|-----------|----------------|---|-----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Alamo Center, LLC | 18674 | Jo-Ann Stores, LLC | 6/12/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $9,305.29 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $225,071.71 | GUC | $225,071.71 | |
| | | | | | Total | $234,377.00 | Total | $225,071.71 | |
| 2 | Almaden Properties LLC | 10865 | JOANN Inc. | 3/31/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $60,914.68 | Priority | $0.00 | |
| | | | | | GUC | $40,355.88 | GUC | $40,355.88 | |
| | | | | | Total | $101,270.56 | Total | $40,355.88 | |
| 3 | American Food and Vending Corporation | 12750 | Jo-Ann Stores, LLC | 4/10/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $7,738.51 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $17,264.60 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $58,445.66 | GUC | $58,445.66 | |
| | | | | | Total | $83,448.77 | Total | $58,445.66 | |
| 4 | Athens Center, LLC | 5020 | Jo-Ann Stores, LLC | 3/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $6,500.65 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $6,094.35 | GUC | $6,094.35 | |
| | | | | | Total | $12,595.00 | Total | $6,094.35 | |
| 5 | Bassista, Debra | 19415 | JOANN Inc. | 7/14/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $24.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $32.00 | Priority | $0.00 | |
| | | | | | GUC | $180.00 | GUC | $180.00 | |
| | | | | | Total | $236.00 | Total | $180.00 | |
| 6 | Bradford Plaza Capital Venture, LLC | 7626 | Jo-Ann Stores, LLC | 3/25/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $5,956.11 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $20,600.52 | GUC | $20,600.52 | |
| | | | | | Total | $26,556.63 | Total | $20,600.52 | |
| 7 | BVCV Union Plaza, LLC | 1297 | Jo-Ann Stores, LLC | 2/28/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $21,402.32 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $62,010.52 | GUC | $62,010.52 | |
| | | | | | Total | $83,412.84 | Total | $62,010.52 | |
| 8 | Central Shopping Centers CC, LLC | 18703 | Jo-Ann Stores, LLC | 6/9/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $6,023.76 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $152,877.01 | GUC | $152,877.01 | |
| | | | | | Total | $158,900.77 | Total | $152,877.01 | |

JOANN Inc. Case No. 25-10068

Plan Administrator's First Notice of Satisfaction of Claims

Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|----------------|--|-----------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 9 | Coconut Point Town Center, LLC | 15766 | Jo-Ann Stores, LLC | 5/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$36,894.61<br>$0.00<br>$0.00<br>$445,336.93<br>$482,231.54 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$445,336.93<br>$445,336.93 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 10 | Commonwealth of Virginia Department of Taxation | 5363 | joann.com, LLC | 3/17/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$512.04<br>$84.71<br>$596.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$84.71<br>$84.71 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 11 | Concord Retail Partners, L.P. | 42 | Jo-Ann Stores, LLC | 1/29/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,223.12<br>$0.00<br>$0.00<br>$6,915.21<br>$15,138.33 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,915.21<br>$6,915.21 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 12 | Daily Services, LLC dba Surge | 8215 | Jo-Ann Stores, LLC | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$348,409.09<br>$0.00<br>$0.00<br>$633,057.00<br>$981,466.09 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$633,057.00<br>$633,057.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 13 | Direct Energy Business, LLC | 8151 | JOANN Inc. | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$49,184.03<br>$37,466.09<br>$0.00<br>$16,597.96<br>$103,248.08 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$16,597.96<br>$16,597.96 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 14 | Division Street Acquisition, LLC | 4161 | Jo-Ann Stores, LLC | 3/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$11,597.75<br>$0.00<br>$0.00<br>$15,737.08<br>$27,334.83 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,737.08<br>$15,737.08 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 15 | Dudley Trading Associates Nominee Trust | 19130 | Jo-Ann Stores, LLC | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$10,870.77<br>$0.00<br>$0.00<br>$170,314.81<br>$181,185.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$170,314.81<br>$170,314.81 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 16 | El Camino Promenade, LLC | 10561 | Jo-Ann Stores, LLC | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$42,501.30<br>$0.00<br>$0.00<br>$19,193.86<br>$61,695.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$19,193.86<br>$19,193.86 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|---------------|----------------|---------------|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 17 | Facchino/LaBarbera Tennant Station, LLC | 11674 | Jo-Ann Stores, LLC | 4/1/2025 | Secured $0.00<br>Admin $18,516.52<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $19,348.56<br>Total $37,865.08 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $19,348.56<br>Total $19,348.56 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 18 | Fountains SC, LLC | 18229 | Jo-Ann Stores, LLC | 5/29/2025 | Secured $0.00<br>Admin $100,296.10<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $521,042.37<br>Total $621,338.47 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $521,042.37<br>Total $521,042.37 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 19 | G&I IX Empire McKinley Milestrip LLC | 48 | Jo-Ann Stores, LLC | 1/28/2025 | Secured $0.00<br>Admin $38,838.79<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $37,240.61<br>Total $76,079.40 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $37,240.61<br>Total $37,240.61 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 20 | Gorge Leasing Company | 5126 | Jo-Ann Stores, LLC | 3/12/2025 | Secured $0.00<br>Admin $9,950.61<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $26,703.72<br>Total $36,654.33 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $26,703.72<br>Total $26,703.72 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 21 | GVD Commercial Properties Inc | 10885 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $31,977.74<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $59,272.14<br>Total $91,249.88 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $59,272.14<br>Total $59,272.14 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 22 | Highyon Shopping Center Investment Funds No. 106 L.P. | 18020 | Jo-Ann Stores, LLC | 5/28/2025 | Secured $0.00<br>Admin $13,510.32<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $367,357.77<br>Total $380,868.09 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $367,357.77<br>Total $367,357.77 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 23 | Illinois Department of Revenue | 636 | joann.com, LLC | 2/26/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $1,066.50<br>GUC $443.72<br>Total $1,510.22 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $443.72<br>Total $443.72 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 24 | Millbrae Square Company, a California limited partnership | 1042 | Jo-Ann Stores, LLC | 3/3/2025 | Secured $0.00<br>Admin $25,556.68<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $24,090.39<br>Total $49,647.07 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $24,090.39<br>Total $24,090.39 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068

Plan Administrator's First Notice of Satisfaction of Claims

Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|----------------|--|-----------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 25 | Minnesota Department of Revenue | 1182 | Jo-Ann Stores, LLC | 3/4/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $296,486.62<br>GUC $62,641.64<br>Total $359,128.26 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $62,641.64<br>Total $62,641.64 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 26 | Northpark Mall/Joplin, LLC, by CBL & Associates Management, Inc., | 19156 | Jo-Ann Stores, LLC | 6/27/2025 | Secured $0.00<br>Admin $4,559.50<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $207,492.29<br>Total $212,051.79 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $207,492.29<br>Total $207,492.29 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 27 | Oklahoma Tax Commission | 620 | Jo-Ann Stores, LLC | 2/14/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $49.41<br>GUC $0.09<br>Total $49.50 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.09<br>Total $0.09 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 28 | Oklahoma Tax Commission | 611 | joann.com, LLC | 2/19/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $78.44<br>GUC $9.94<br>Total $88.38 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $9.94<br>Total $9.94 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 29 | PA Department of Revenue | 18910 | Jo-Ann Stores, LLC | 6/18/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $883,872.93<br>GUC $17,479.26<br>Total $901,352.19 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $17,479.26<br>Total $17,479.26 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 30 | Pavilion North Shopping Center 18, LLC and Pavilion North Shopping Center 18B, LLC | 8105 | Jo-Ann Stores, LLC | 4/2/2025 | Secured $0.00<br>Admin $23,273.54<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $114,911.88<br>Total $138,185.42 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $114,911.88<br>Total $114,911.88 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 31 | Peru Gkd Partners, LLC | 6448 | Jo-Ann Stores, LLC | 3/18/2025 | Secured $0.00<br>Admin $6,699.02<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $6,599.71<br>Total $13,298.73 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $6,599.71<br>Total $6,599.71 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 32 | Shops at St. Johns, LLC | 9825 | Jo-Ann Stores, LLC | 4/3/2025 | Secured $0.00<br>Admin $39,476.28<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $516,827.21<br>Total $556,303.49 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $516,827.21<br>Total $516,827.21 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068
Plan Administrator's First Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|------|--------------|--------|------------|----------------|------|-----------------|------|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 33 | Spirit Properties, Ltd. | 11690 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $26,810.59<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $60,738.86<br>Total $87,549.45 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $60,738.86<br>Total $60,738.86 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 34 | Surge Staffing, LLC | 8124 | Jo-Ann Stores, LLC | 4/2/2025 | Secured $0.00<br>Admin $34,953.32<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $15,170.88<br>Total $50,124.20 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $15,170.88<br>Total $15,170.88 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 35 | Tampa Palms Shopping Plaza, LLC | 10400 | Jo-Ann Stores, LLC | 4/3/2025 | Secured $0.00<br>Admin $14,420.64<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $78,743.87<br>Total $93,164.51 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $78,743.87<br>Total $78,743.87 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 36 | Town Of Brookfield - Tax Collector | 17579 | JOANN Inc. | 5/20/2025 | Secured $3,898.57<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $10,674.42<br>GUC $6,775.85<br>Total $21,348.84 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $6,775.85<br>Total $6,775.85 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 37 | Tri Marsh Realty LLC | 476 | JOANN Inc. | 2/16/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $21,423.23<br>GUC $30,576.77<br>Total $52,000.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $30,576.77<br>Total $30,576.77 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 38 | Twin Peaks Holdings LLC | 7763 | Jo-Ann Stores, LLC | 3/26/2025 | Secured $0.00<br>Admin $20,264.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $16,688.00<br>Total $36,952.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $16,688.00<br>Total $16,688.00 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 39 | VCCG Grapevine Centre, LLC | 11855 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $30,914.56<br>GUC $22,373.87<br>Total $53,288.43 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $22,373.87<br>Total $22,373.87 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 40 | Winkal Holdings, LLC | 19790 | Jo-Ann Stores, LLC | 8/6/2025 | Secured $0.00<br>Admin $20,433.70<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $251,682.17<br>Total $272,115.87 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $251,682.17<br>Total $251,682.17 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068

Plan Administrator's First Notice of Satisfaction of Claims

Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim | | Resulting Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 41 | WLPX Hesperia LLC | 11901 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $45,417.11 | Admin | $0.00 | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $34,837.74 | GUC | $34,837.74 | |
| | | | | | Total | $80,254.85 | Total | $34,837.74 | |