# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[3] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Post-Confirmation Debtor. | ) | |
| | ) | **Objections due by: January 6 at 4:00 p.m.**[4] |
| | ) | **Hearing Date: January 13, 2026 at 10:00 a.m.** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on December 15, 2025, I did cause to be served true and correct copies of the foregoing *Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction* on the parties on the attached service list as indicated thereon.

Dated: December 15, 2025

                                                                           */s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:      (302) 654-0728
Email:            loizides@loizides.com

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[4] This revised objection deadline applies only to the GUC Trustee.  The original objection deadline as to the Motion was August 8, 2025.

**SERVICE LIST**

**VIA CM/ECF**

All parties on the Clerk's service list.

**VIA EMAIL**

**Patrick J. Reilley**
**Stacy OL. Newman**
**Michael E. Fitzpatrick**
**Jack M. Dougherty**
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
Fax: 302-652-3117
Email: preilley@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
jdougherty@coleschotz.com

**Joshua A Sussberg**
**Aparna Yenamandra**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: jsussberg@kirkland.com
Aparna.yenamandra@kirkland.com

**Anup Sathy**
**Jeffrey Michialik**
**Lindsey Blumenthal**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-1323
Email: anup.sathy@kirkland.com
Jeff.michalik@kirkland.com
Lindsey.blumenthal@kirkland.com

*Counsel to the Post-Confirmation Debtors*

**VIA EMAIL**

Bradford J. Sandler
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
  joneill@pszjlaw.com

- and –

KELLEY DRYE & WARREN LLP
Jason R. Adams
Eric R. Wilson
William S. Gyves
Maeghan J. McLoughlin
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email: jadams@kelleydrye.com
  ewilson@kelleydrye.com
  wgyves@kelleydrye.com
  mmcloughlin@kelleydrye.com

*[Former] Co-Counsel to the Official Committee*
*of Unsecured Creditor and Counsel to the GUC Trust*

Malcolm M. Bates
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Email: Malcolm.M.Bates@usdoj.gov

*Counsel to the Office of the United States Trustee*