# **EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Debtor. | ) ) ) | |

**JOINT STIPULATION REGARDING**
**CLAIMS OF BAYSHORE VILLAGE (US), INC.**

Ann Aber, the Plan Administrator, for and on behalf of the Debtors (collectively, "Debtors"), Bayshore Village (US), Inc. ("Landlord" and together with the Debtors, collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation") as to the following:

1. The Landlord's lease was terminated.

2. On or about February 12, 2025, Landlord filed a Proof of Claim designated as Claim 423. Claim 423 asserts claims totaling $49,752.02, including administrative expense claims totaling $13,060.84.

3. The administrative expense claim portion of Claim 423 has been paid in part, as Landlord acknowledges the receipt of $5,307.73 subsequent to the filing of Claim 423 against its administrative rent claim, leaving an administrative claim which is comprised in part of claims that are valid as an administrative expense and in part general unsecured claims.

4. Debtors and the Landlord hereby agree to resolve the administrative claims set forth in Claim 423 by the payment of $2,424.46, and further agree that upon Landlord's receipt of such

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

payment the administrative expense claims set forth in Claim 423 shall be deemed withdrawn with prejudice as administrative expense claims, and such claims, totaling $5,328.65, shall be deemed re-classified in their entirety as a general unsecured claim.

5. Nothing contained herein constitutes the allowance of any unsecured claim of Landlord.

STIPULATED and AGREED this 15th day of December, 2025:

Dated: December 15, 2025
Wilmington, Delaware

*/s/ Patrick J. Reilley*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:       preilley@coleschotz.com
             snewman@coleschotz.com
             jdougherty@coleschotz.com
             mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:       cwick@hahnlaw.com
             pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

4

        */s/ Joseph H. Lemkin*
        Jospeh H. Lemkin, Esq.
        Stark & Stark PC
        P.O. Box 5315
        Princeton, NJ 08543

        *Counsel to Bayshore Village (US), Inc.*