## Schedule 1

**Fully Satisfied Claims**

Case 25-10068-CTG    Doc 1897-1    Filed 12/23/25    Page 2 of 6

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Automatic Fire Protection Systems | 19184 | JOANN Inc. | 6/30/2025 | Secured $0.00<br>Admin $44,447.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $44,447.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 2 | B33 Great Northern II LLC | 11665 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $75,407.45<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $75,407.45 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 3 | Calvert County, Maryland | 13109 | Jo-Ann Stores, LLC | 4/11/2025 | Secured $755.75<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $755.75 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 4 | Cedar PCP-SAN Souci, LLC | 18657 | Jo-Ann Stores, LLC | 6/11/2025 | Secured $0.00<br>Admin $4,584.94<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $4,584.94 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 5 | City of Burton | 11819 | JOANN Inc. | 4/2/2025 | Secured $1,691.52<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $1,691.52 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 6 | City of Fairlawn | 272 | Jo-Ann Stores Support Center, Inc. | 2/11/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $22.33<br>GUC $0.00<br>Total $22.33 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 7 | City of Houston | 19268 | Jo-Ann Stores, LLC | 7/7/2025 | Secured $7,437.32<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $7,437.32 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 8 | City Of Houston | 19665 | Jo-Ann Stores, LLC | 7/29/2025 | Secured $3,339.84<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $3,339.84 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|------------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 9 | CITY OF LIVONIA TREASURER | 1324 | JOANN Inc. | 3/5/2025 | Secured | $1,680.65 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,680.65 | Total | $0.00 | |
| 10 | Connecticut Department of Revenue Services | 10575 | Creativebug, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $250.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $250.00 | Total | $0.00 | |
| 11 | Craighead County Tax Collector | 1321 | Jo-Ann Stores, LLC | 2/26/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $2,760.19 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,760.19 | Total | $0.00 | |
| 12 | CRI Easton Square LLC | 19474 | Jo-Ann Stores, LLC | 7/22/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $8,113.35 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8,113.35 | Total | $0.00 | |
| 13 | Cypress-Fairbanks ISD | 19272 | JOANN Inc. | 7/7/2025 | Secured | $3,062.01 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,062.01 | Total | $0.00 | |
| 14 | Cypress-Fairbanks ISD | 19269 | Jo-Ann Stores, LLC | 7/7/2025 | Secured | $2,027.24 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,027.24 | Total | $0.00 | |
| 15 | Florence (Florence Mall) FMH, LLC | 18763 | Jo-Ann Stores, LLC | 6/13/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $8,206.73 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8,206.73 | Total | $0.00 | |
| 16 | Harris Co ESD #9 | 19270 | Jo-Ann Stores, LLC | 7/7/2025 | Secured | $74.61 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $74.61 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1897-1    Filed 12/23/25    Page 4 of 6

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 17 | Harris County, et al. | 480 | Jo-Ann Stores, LLC | 2/6/2025 | Secured | $13,266.28 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $13,266.28 | Total | $0.00 | |
| 18 | Houston Comm Coll System | 19264 | Jo-Ann Stores, LLC | 7/7/2025 | Secured | $1,377.81 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,377.81 | Total | $0.00 | |
| 19 | Iowa Department of Revenue | 9510 | Jo-Ann Stores, LLC | 4/3/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $8,373.04 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8,373.04 | Total | $0.00 | |
| 20 | Katy ISD | 19267 | Jo-Ann Stores, LLC | 7/7/2025 | Secured | $4,377.31 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $4,377.31 | Total | $0.00 | |
| 21 | Kingston Center L.P.; GBR Neighborhood Road Limited Liability Company; Kingshop Co., LLC | 18735 | Jo-Ann Stores, LLC | 6/13/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $25,291.20 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $25,291.20 | Total | $0.00 | |
| 22 | Larimer County Treasurer | 273 | Jo-Ann Stores, LLC | 2/11/2025 | Secured | $2,228.06 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,228.06 | Total | $0.00 | |
| 23 | Lauderdale County Revenue Commissioner | 1762 | JOANN Inc. | 3/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $894.68 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $894.68 | Total | $0.00 | |
| 24 | Lewisville ISD | 19438 | Jo-Ann Stores, LLC | 7/17/2025 | Secured | $12,425.23 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $12,425.23 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|------------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 25 | Lone Star College System | 19260 | JOANN Inc. | 7/7/2025 | Secured | $303.13 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $303.13 | Total | $0.00 | |
| 26 | Raymond Storage Concepts, Inc. | 11779 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $20,121.64 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $20,121.64 | Total | $0.00 | |
| 27 | Rithum, LLC (f/k/a Commerce Technologies, LLC) | 6179 | Jo-Ann Stores, LLC | 3/27/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $28,175.53 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $28,175.53 | Total | $0.00 | |
| 28 | San Diego County Treasurer Tax Collector | 18883 | JOANN Inc. | 6/20/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $23,827.30 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $23,827.30 | Total | $0.00 | |
| 29 | San Mateo County Tax Collector | 11808 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $22,297.32 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $22,297.32 | Total | $0.00 | |
| 30 | SHASTA COUNTY TAX COLLECTOR | 12411 | Jo-Ann Stores, LLC | 4/7/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $6,735.41 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $6,735.41 | Total | $0.00 | |
| 31 | Sheriff of Raleigh County | 8795 | JOANN Inc. | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $7,673.34 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,673.34 | Total | $0.00 | |
| 32 | Skagit County Treasurer | 5517 | JOANN Inc. | 3/27/2025 | Secured | $1,115.87 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,115.87 | Total | $0.00 | |

Case 25-10068-CTG    Doc 1897-1    Filed 12/23/25    Page 6 of 6

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 33 | Sonoma County Tax Collector | 2877 | Jo-Ann Stores, LLC | 3/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,564.06<br>$0.00<br>$1,564.06 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 34 | State of Alabama, Department of Revenue | 508 | JOANN Inc. | 2/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$35,347.00<br>$0.00<br>$35,347.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 35 | Texas Comptroller of Public Accounts | 19977 | Creativebug, LLC | 8/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$238,055.59<br>$0.00<br>$238,055.59 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 36 | Texas Comptroller of Public Accounts | 19976 | joann.com, LLC | 8/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$238,055.59<br>$0.00<br>$238,055.59 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 37 | Tinuiti, Inc. | 10300 | Jo-Ann Stores, LLC | 4/3/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$14,931.76<br>$0.00<br>$0.00<br>$0.00<br>$14,931.76 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 38 | Town of Southington Tax Collector | 657 | Jo-Ann Stores, LLC | 2/27/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $14,903.45<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,903.45 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 39 | Travis County | 17969 | JOANN Inc. | 5/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $29,434.40<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$29,434.40 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 40 | Treasurer Chesterfield County | 13921 | Jo-Ann Stores, LLC | 4/18/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $2,629.02<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,629.02 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 41 | WALLA WALLA COUNTY TREASURER | 11987 | Jo-Ann Stores Support Center, Inc. | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$276.12<br>$0.00<br>$276.12 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |