## Schedule 2

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|-----------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | 700 Alma Investments, LLC | 19261 | Jo-Ann Stores, LLC | 7/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $3,469.84 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $376,940.14 | GUC | $376,940.14 | |
| | | | | | Total | $380,409.98 | Total | $376,940.14 | |
| 2 | Advantus, Corp. | 10647 | Jo-Ann Stores, LLC | 4/3/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $2,012.72 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $6,463,487.53 | GUC | $6,463,487.53 | |
| | | | | | Total | $6,465,500.25 | Total | $6,463,487.53 | |
| 3 | Alamo Center, LLC | 18674 | Jo-Ann Stores, LLC | 6/12/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $9,305.29 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $225,071.71 | GUC | $225,071.71 | |
| | | | | | Total | $234,377.00 | Total | $225,071.71 | |
| 4 | American Food and Vending Corporation | 12750 | Jo-Ann Stores, LLC | 4/10/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $7,738.51 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $58,445.66 | GUC | $58,445.66 | |
| | | | | | Total | $80,336.77 | Total | $58,445.66 | |
| 5 | Arg Jafptil 001, LLC | 18744 | Jo-Ann Stores, LLC | 6/16/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $7,845.50 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $629,701.60 | GUC | $629,701.60 | |
| | | | | | Total | $637,547.10 | Total | $629,701.60 | |
| 6 | ASL Investments LLC | 17979 | Jo-Ann Stores, LLC | 5/28/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $637.87 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $256,786.90 | GUC | $256,786.90 | |
| | | | | | Total | $257,424.77 | Total | $256,786.90 | |
| 7 | Athens Center, LLC | 5020 | Jo-Ann Stores, LLC | 3/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $6,500.65 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $6,094.35 | GUC | $6,094.35 | |
| | | | | | Total | $12,595.00 | Total | $6,094.35 | |
| 8 | Bear Creek Station LLC | 17402 | Jo-Ann Stores, LLC | 5/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $19,393.80 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $502,487.14 | GUC | $502,487.14 | |
| | | | | | Total | $521,880.94 | Total | $502,487.14 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 9 | Bradford Plaza Capital Venture, LLC | 7626 | Jo-Ann Stores, LLC | 3/25/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$5,956.11<br>$0.00<br>$0.00<br>$20,600.52<br>$26,556.63 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,600.52<br>$20,600.52 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 10 | BVCV Union Plaza, LLC | 1297 | Jo-Ann Stores, LLC | 2/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$21,402.32<br>$0.00<br>$0.00<br>$62,010.52<br>$83,412.84 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,010.52<br>$62,010.52 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 11 | CENTRAL SHOPPING CENTERS CC, LLC | 18703 | Jo-Ann Stores, LLC | 6/9/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$6,023.76<br>$0.00<br>$0.00<br>$152,877.01<br>$158,900.77 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$152,877.01<br>$152,877.01 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 12 | Coconut Point Town Center, LLC | 15766 | Jo-Ann Stores, LLC | 5/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$36,894.61<br>$0.00<br>$0.00<br>$445,336.93<br>$482,231.54 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$445,336.93<br>$445,336.93 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 13 | Commonwealth of Virginia Department of Taxation | 5363 | joann.com, LLC | 3/17/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$512.04<br>$84.71<br>$596.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$84.71<br>$84.71 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 14 | Concord Retail Partners, L.P. | 42 | Jo-Ann Stores, LLC | 1/29/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,223.12<br>$0.00<br>$0.00<br>$6,915.21<br>$15,138.33 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,915.21<br>$6,915.21 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 15 | Connecticut Department of Revenue Services | 10625 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$172,675.00<br>$25,901.25<br>$198,576.25 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,901.25<br>$25,901.25 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 16 | Connecticut Department of Revenue Services | 10720 | joann.com, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$20,883.00<br>$3,132.45<br>$24,015.45 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,132.45<br>$3,132.45 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068

Plan Administrator's Second Notice of Satisfaction of Claims

Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|-----------|---------------|--|----------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 17 | Connecticut Department of Revenue Services | 10567 | Creativebug, LLC | 4/4/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $475.50<br>GUC $100.00<br>Total $575.50 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $100.00<br>Total $100.00 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 18 | Depth Commerce LLC | 11672 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $10,445.28<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $3,156,068.98<br>Total $3,166,514.26 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $3,156,068.98<br>Total $3,156,068.98 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 19 | Direct Energy Business, LLC | 8151 | JOANN Inc. | 4/2/2025 | Secured $0.00<br>Admin $49,184.03<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $54,064.05<br>Total $103,248.08 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $54,064.05<br>Total $54,064.05 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 20 | Division Street Acquisition, LLC | 4161 | Jo-Ann Stores, LLC | 3/26/2025 | Secured $0.00<br>Admin $11,597.75<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $15,737.08<br>Total $27,334.83 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $15,737.08<br>Total $15,737.08 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 21 | Dudley Trading Associates Nominee Trust | 19130 | Jo-Ann Stores, LLC | 6/30/2025 | Secured $0.00<br>Admin $10,870.77<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $170,314.81<br>Total $181,185.58 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $170,314.81<br>Total $170,314.81 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 22 | El Camino Promenade, LLC | 10561 | Jo-Ann Stores, LLC | 4/1/2025 | Secured $0.00<br>Admin $42,501.30<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $19,193.86<br>Total $61,695.16 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $19,193.86<br>Total $19,193.86 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 23 | Evansville Associates, L.P. | 19088 | Jo-Ann Stores, LLC | 6/24/2025 | Secured $0.00<br>Admin $13,197.20<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $429,332.44<br>Total $442,529.64 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $429,332.44<br>Total $429,332.44 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 24 | Facchino/LaBarbera Tennant Station, LLC | 11674 | Jo-Ann Stores, LLC | 4/1/2025 | Secured $0.00<br>Admin $18,516.52<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $19,348.56<br>Total $37,865.08 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $19,348.56<br>Total $19,348.56 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068

Plan Administrator's Second Notice of Satisfaction of Claims

Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|---------------|---------------|---------------|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 25 | Fountains SC, LLC | 18229 | Jo-Ann Stores, LLC | 5/29/2025 | Secured $0.00<br>Admin $100,296.10<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $521,042.37<br>Total $621,338.47 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $521,042.37<br>Total $521,042.37 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 26 | Frontier Mall Associates Limited Partnership, by CBL & Associates Management, Inc., its managing agent | 19162 | Jo-Ann Stores, LLC | 6/27/2025 | Secured $0.00<br>Admin $11,408.70<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $92,760.93<br>Total $104,169.63 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $92,760.93<br>Total $92,760.93 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 27 | G&I IX Empire McKinley Milestrip LLC | 48 | Jo-Ann Stores, LLC | 1/28/2025 | Secured $0.00<br>Admin $38,838.79<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $37,240.61<br>Total $76,079.40 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $37,240.61<br>Total $37,240.61 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 28 | GLP Flint LLC, Pollack Flint LLC, TJS Flint LLC | 18927 | Jo-Ann Stores, LLC | 6/19/2025 | Secured $0.00<br>Admin $17,317.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $669,900.15<br>Total $687,217.15 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $669,900.15<br>Total $669,900.15 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 29 | Gorge Leasing Company | 5126 | Jo-Ann Stores, LLC | 3/12/2025 | Secured $0.00<br>Admin $9,950.61<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $26,703.72<br>Total $36,654.33 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $26,703.72<br>Total $26,703.72 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 30 | GVD COMMERCIAL PROPERTIES INC | 10885 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $31,977.74<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $59,272.14<br>Total $91,249.88 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $59,272.14<br>Total $59,272.14 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 31 | Highyon Shopping Center Investment Funds No. 106 L.P. | 18020 | Jo-Ann Stores, LLC | 5/28/2025 | Secured $0.00<br>Admin $13,510.32<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $367,357.77<br>Total $380,868.09 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $367,357.77<br>Total $367,357.77 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 32 | Illinois Department of Revenue | 636 | joann.com, LLC | 2/26/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $1,066.50<br>GUC $443.72<br>Total $1,510.22 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $443.72<br>Total $443.72 | | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 33 | LINCOLN COUNTY TAX COLLECTOR | 6400 | Jo-Ann Stores, LLC | 3/17/2025 | Secured | $1,421.50 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,421.50 | GUC | $1,421.50 | |
| | | | | | Total | $2,843.00 | Total | $1,421.50 | |
| 34 | Madison Victory Group, LLC | 19036 | Jo-Ann Stores, LLC | 6/30/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $9,198.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $544,762.23 | GUC | $544,762.23 | |
| | | | | | Total | $553,960.23 | Total | $544,762.23 | |
| 35 | Millbrae Square Company, a California limited partnership | 1042 | Jo-Ann Stores, LLC | 3/3/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $25,556.68 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $24,090.39 | GUC | $24,090.39 | |
| | | | | | Total | $49,647.07 | Total | $24,090.39 | |
| 36 | Minnesota Department of Revenue | 1182 | Jo-Ann Stores, LLC | 3/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $296,486.62 | Priority | $0.00 | |
| | | | | | GUC | $62,641.64 | GUC | $62,641.64 | |
| | | | | | Total | $359,128.26 | Total | $62,641.64 | |
| 37 | Missouri Department Of Revenue | 79 | joann.com, LLC | 1/30/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $17,490.98 | Priority | $0.00 | |
| | | | | | GUC | $828.24 | GUC | $828.24 | |
| | | | | | Total | $18,319.22 | Total | $828.24 | |
| 38 | Missouri Department of Revenue | 17393 | Jo-Ann Stores, LLC | 5/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,947.78 | Priority | $0.00 | |
| | | | | | GUC | $167.50 | GUC | $167.50 | |
| | | | | | Total | $4,115.28 | Total | $167.50 | |
| 39 | Missouri Department Of Revenue | 17318 | Jo-Ann Stores, LLC | 5/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $671.22 | Priority | $0.00 | |
| | | | | | GUC | $1,873.77 | GUC | $1,873.77 | |
| | | | | | Total | $2,544.99 | Total | $1,873.77 | |
| 40 | Missouri Department of Revenue | 17395 | joann.com, LLC | 5/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $165.72 | Priority | $0.00 | |
| | | | | | GUC | $7.33 | GUC | $7.33 | |
| | | | | | Total | $173.05 | Total | $7.33 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|------------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 41 | Missouri Department of Revenue | 20276 | Jo-Ann Stores, LLC | 11/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $185.56 | Priority | $0.00 | |
| | | | | | GUC | $4.65 | GUC | $4.65 | |
| | | | | | Total | $190.21 | Total | $4.65 | |
| 42 | MLO Great South Bay, LLC | 19519 | Jo-Ann Stores, LLC | 7/21/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $6,523.53 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $397,906.29 | GUC | $397,906.29 | |
| | | | | | Total | $404,429.82 | Total | $397,906.29 | |
| 43 | NNN Reit, LP | 19527 | Jo-Ann Stores, LLC | 7/21/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $493.65 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $417,583.00 | GUC | $417,583.00 | |
| | | | | | Total | $418,076.65 | Total | $417,583.00 | |
| 44 | Northpark Mall/Joplin, LLC, by CBL & Associates Management, Inc., | 19156 | Jo-Ann Stores, LLC | 6/27/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $4,559.50 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $207,492.29 | GUC | $207,492.29 | |
| | | | | | Total | $212,051.79 | Total | $207,492.29 | |
| 45 | Oklahoma Tax Commission | 611 | joann.com, LLC | 2/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $78.44 | Priority | $0.00 | |
| | | | | | GUC | $9.94 | GUC | $9.94 | |
| | | | | | Total | $88.38 | Total | $9.94 | |
| 46 | Oklahoma Tax Commission | 620 | Jo-Ann Stores, LLC | 2/14/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $49.41 | Priority | $0.00 | |
| | | | | | GUC | $0.09 | GUC | $0.09 | |
| | | | | | Total | $49.50 | Total | $0.09 | |
| 47 | Oxford Valley Road Associates | 18310 | Jo-Ann Stores, LLC | 6/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $15,791.92 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $556,859.55 | GUC | $556,859.55 | |
| | | | | | Total | $572,651.47 | Total | $556,859.55 | |
| 48 | PA Department of Revenue | 18910 | Jo-Ann Stores, LLC | 6/18/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $883,872.93 | Priority | $0.00 | |
| | | | | | GUC | $17,479.26 | GUC | $17,479.26 | |
| | | | | | Total | $901,352.19 | Total | $17,479.26 | |
| 49 | Pavilion North Shopping Center 18, LLC and Pavilion North Shopping Center 18B, LLC | 8105 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $23,273.54 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $114,911.88 | GUC | $114,911.88 | |
| | | | | | Total | $138,185.42 | Total | $114,911.88 | |
| 50 | PepsiCo Sales, Inc. | 10820 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $6,811.69 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $170,008.12 | GUC | $170,008.12 | |
| | | | | | Total | $176,819.81 | Total | $170,008.12 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Current Claim Amount | Modified Claim Nature | Modified Claim Amount | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Peru Gkd Partners, LLC | 6448 | Jo-Ann Stores, LLC | 3/18/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $6,699.02 / $0.00 / $0.00 / $6,599.71 / $13,298.73 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $6,599.71 / $6,599.71 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 52 | Polaris Towne Center SC, LLC | 18717 | Jo-Ann Stores, LLC | 6/13/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $517.02 / $0.00 / $0.00 / $849,964.17 / $850,481.19 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $849,964.17 / $849,964.17 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 53 | Regency Vernal LLC | 8361 | Jo-Ann Stores, LLC | 4/2/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $47,038.67 / $0.00 / $0.00 / $8,437.99 / $55,476.66 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $8,437.99 / $8,437.99 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 54 | RVA West Broad, LLC | 19175 | Jo-Ann Stores, LLC | 6/30/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $8,731.78 / $0.00 / $0.00 / $268,485.82 / $277,217.60 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $268,485.82 / $268,485.82 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 55 | Sapient Corporation d/b/a Publicis Sapient | 10163 | Jo-Ann Stores, LLC | 4/1/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $19,006.00 / $0.00 / $0.00 / $81,872.00 / $100,878.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $81,872.00 / $81,872.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 56 | Shops at St. Johns, LLC | 9825 | Jo-Ann Stores, LLC | 4/3/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $39,476.28 / $0.00 / $0.00 / $516,827.21 / $556,303.49 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $516,827.21 / $516,827.21 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 57 | Spirit Properties, Ltd. | 11690 | Jo-Ann Stores, LLC | 4/4/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $26,810.59 / $0.00 / $0.00 / $60,738.86 / $87,549.45 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $60,738.86 / $60,738.86 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 58 | Storopack Inc | 11967 | Jo-Ann Stores, LLC | 4/4/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $4,455.55 / $0.00 / $0.00 / $111,388.79 / $115,844.34 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $111,388.79 / $111,388.79 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 59 | Tampa Palms Shopping Plaza, LLC | 10400 | Jo-Ann Stores, LLC | 4/3/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $14,420.64 / $0.00 / $0.00 / $78,743.87 / $93,164.51 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $78,743.87 / $78,743.87 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 60 | TOWN OF BROOKFIELD - TAX COLLECTOR | 17579 | JOANN Inc. | 5/20/2025 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $3,898.57 / $0.00 / $0.00 / $10,674.42 / $6,775.85 / $21,348.84 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $6,775.85 / $6,775.85 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068
Plan Administrator's Second Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 61 | Tri Marsh Realty LLC | 476 | JOANN Inc. | 2/16/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $21,423.23 | Priority | $0.00 | |
| | | | | | GUC | $30,576.77 | GUC | $30,576.77 | |
| | | | | | Total | $52,000.00 | Total | $30,576.77 | |
| 62 | Twin City Estates Corporation | 18711 | Jo-Ann Stores, LLC | 6/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $9,614.14 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $228,062.73 | GUC | $228,062.73 | |
| | | | | | Total | $237,676.87 | Total | $228,062.73 | |
| 63 | Twin Peaks Holdings LLC | 7763 | Jo-Ann Stores, LLC | 3/26/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $20,264.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $16,688.00 | GUC | $16,688.00 | |
| | | | | | Total | $36,952.00 | Total | $16,688.00 | |
| 64 | VCCG Grapevine Centre, LLC | 11855 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $30,914.56 | Priority | $0.00 | |
| | | | | | GUC | $22,373.87 | GUC | $22,373.87 | |
| | | | | | Total | $53,288.43 | Total | $22,373.87 | |
| 65 | Winkal Holdings, LLC | 19790 | Jo-Ann Stores, LLC | 8/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $20,433.70 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $251,682.17 | GUC | $251,682.17 | |
| | | | | | Total | $272,115.87 | Total | $251,682.17 | |
| 66 | WLPX Hesperia LLC | 11901 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $45,417.11 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $34,837.74 | GUC | $34,837.74 | |
| | | | | | Total | $80,254.85 | Total | $34,837.74 | |
| 67 | Yunker Industries, Inc. | 10774 | JOANN Inc. | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $2,706.25 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $12,055.06 | GUC | $12,055.06 | |
| | | | | | Total | $14,761.31 | Total | $12,055.06 | |