# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| JOANN INC., | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

---

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of T. Daniel Reynolds of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114, to represent Heather Holody, Christopher DiTullio, Michael Kennedy, and Melissa Bowers in the above-captioned cases and all related adversary proceedings.

Dated:  December 23, 2025

*/s/ Zachary I. Shapiro*
**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: December 23, 2025

*/s/ T. Daniel Reynolds*
T. Daniel Reynolds
**JONES & DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Email: tdreynolds@jonesday.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

RLF1 34444911v.2