# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | Re: Docket No. 1880 |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING PLAN ADMINISTRATOR'S NINETEENTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS (LATE FILED ADMINISTRATIVE CLAIMS)

**PLEASE TAKE NOTICE** that, on December 12, 2025, Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, filed the *Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims)* [Docket No. 1880] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing on the Omnibus Objection is scheduled for January 13, 2026 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the electronic Claims Binder was emailed on December 26, 2025 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel for the Plan Administrator.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: December 26, 2025
      Wilmington, Delaware

    */s/ Michael E. Fitzpatrick*
    **COLE SCHOTZ P.C.**
    Patrick J. Reilley (No. 4451)
    Stacy L. Newman (No. 5044)
    Jack M. Dougherty (No. 6784)
    Michael E. Fitzpatrick (No. 6797)
    500 Delaware Avenue, Suite 600
    Wilmington, Delaware 19801
    Telephone:  (302) 652-3131
    Facsimile:  (302) 652-3117
    Email:  preilley@coleschotz.com
        snewman@coleschotz.com
        jdougherty@coleschotz.com
        mfitzpatrick@coleschotz.com

    - and -

    **HAHN LOESER & PARKS LLP**
    Christopher B. Wick (admitted *pro hac vice*)
    Philip K. Stovall (admitted *pro hac vice*)
    200 Public Square, Suite 2800
    Cleveland, Ohio 44114
    Telephone:  (216) 274-2489
    Facsimile:  (216) 241-2824
    Email:  cwick@hahnlaw.com
        pstovall@hahnlaw.com

    *Co-Counsel to the Plan Administrator*