**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On December 18, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via email on the Core/2002 Service List attached hereto as **Exhibit A**, and (2) via First-Class Mail and email on La Habra Westridge Partners, L.P. (ADRID: 29976230) Law Offices of Ronald K. Brown, Jr., APC, Attn: Ronald K. Brown, Jr., 901 Dove Street, Suite 120, Newport Beach, CA 92660, ron@rkbrownlaw.com:

- Consent Order Approving Joint Stipulation Regarding Claims of La Habra Westridge Partners, L.P. [Docket No. 1895]

Dated: December 23, 2025

/s/ Eladio Perez
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 23, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

SRF 93783

**Exhibit A**

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF MCKINNEY, MCKINNEY ISD, CITY OF PLANO, CITY OF SHERMAN | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | PLOPEZ@ABERNATHY-LAW.COM BANKRUPTCY@ABERNATHY-LAW.COM EHAHN@ABERNATHY-LAW.COM |
| ATTORNEYS FOR CREDITOR SQUARE ONE PARTNERS, LLC | ANSELL GRIMM & AARON, P.C. | ADARTIGLIO@ANSELL.LAW |
| COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. ("CHINA NATIONAL") | ARCHER & GREINER, P.C. | JOU@ARCHERLAW.COM |
| COUNSEL TO CHINA NATIONAL ART & CRAFTS IMP. & EXP. HUAYONG CORP. ("CHINA NATIONAL") | ARCHER & GREINER, P.C. | NSONGONUGA@ARCHERLAW.COM |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | JEFFREY.GLEIT@AFSLAW.COM |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | JONATHAN.BAGG@AFSLAW.COM |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | MATTHEW.BENTLEY@AFSLAW.COM |
| COUNSEL TO TRAVIS COUNTY | ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| COUNSEL TO LOW TECH TOY CLUB LLC | BALASIANO & ASSOCIATES, PLLC | STEVEN@BALASIANOLAW.COM JUDAH@BALASIANOLAW.COM |
| ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; ACADIA REALTY LIMITED PARTNERSHIP; AMERICAN FORK SC, LLC; EDENS; GALLATIN MALL GROUP, L.L.C.; LANCASTER DEVELOPMENT COMPANY LLC; MARKETPLACE WEST PARTNERS, LLC; PBA II, LLC; PRIDE CENTER CO., LLC; RENAISSANCE PARTNERS I, LLC; SANTA SUSANA GRF2, LLC AND SHERMAN COMMONS, L.P. | BALLARD SPAHR LLP | BRANCHD@BALLARDSPAHR.COM ZARNIGHIANN@BALLARDSPAHR.COM |
| COUNSEL TO BMA JC LLC; BRIXMOR OPERATING PARTNERSHIP LP; FEDERAL REALTY OP LP; HUTENSKY CAPITAL PARTNERS, LLC; RD MANAGEMENT, LLC; SHOPPING CENTER ASSOCIATES, LP; TPP 217 TAYLORSVILLE, LLC; THE STERLING ORGANIZATION; AND WESTFORD VALLEY MARKETPLACE, INC., ARC CLORLFL001, LLC; ARC NLLKLFL001, LLC; ARC SMWMBFL001, LLC; ARG JAFPTIL001, LLC; ARG MHMORNC001, LLC; ARG OTOWEKY001, LLC; ACADIA REALTY LIMITED PARTNERSHIP; AMERICAN FORK SC, LLC; EDENS; GALLATIN MALL GROUP, L.L.C.; LANCASTER DEVELOPMENT COMPANY LLC; MARKETPLACE WEST PARTNERS, LLC; PBA II, LLC; PRIDE CENTER CO., LLC; RENAISSANCE PARTNERS I, LLC; SANTA SUSANA GRF2, LLC AND SHERMAN COMMONS, L.P. | BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM VESPERM@BALLARDSPAHR.COM |
| COUNSEL TO COUPA SOFTWARE INC. ("COUPA") | BARNES & THORNBURG LLP | MARK.OWENS@BTLAW.COM AMY.TRYON@BTLAW.COM |
| COUNSEL TO TUFKO INTERNATIONAL, SEASONS SPECIAL CO., LTD. ("SEASONS"), PROMAX MANUFACTURING CO., LTD. ("PROMAX"), ELEGANT HOMES LIMITED ("EHL"), INFOSYS LIMITED ("INFOSYS"), POLYTEK, DEVELOPMENT CORPORATION ("POLYTEK"), JOANN LIQUIDATING TRUST | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | JGENTILE@BENESCHLAW.COM KCAPUZZI@BENESCHLAW.COM SWALSH@BENESCHLAW.COM JMARTINEZ@BENESCHLAW.COM JHOOVER@BENESCHLAW.COM |
| COUNSEL TO SUNBEAM DEVELOPMENT CORP | BILZIN SUMBERG BAENA PRICE & AXELROD LLP | JSNYDER@BILZIN.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| BROOKFIELD PROPERTIES RETAIL INC., AS DIRECT AND INDIRECT OWNER AND/OR MANAGING AGENT AS LANDLORD FOR THE DEBTOR | BROOKFIELD PROPERTIES RETAIL INC. AS AGENT | BK@BPRETAIL.COM |
| BROWARD TAX COLLECTOR'S OFFICE | BROWARD TAX COLLECTOR'S OFFICE | AMEYERS@BROWARD.ORG |
| COUNSEL TO ROTH BROS., INC., A SODEXO COMPANY | BROWN NIMEROFF LLC | JNIMEROFF@BROWNNIMEROFF.COM |
| COUNSEL TO GILDAN ACTIVEWEAR, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | DAVID.UNSETH@BCLPLAW.COM |
| COUNSEL TO GILDAN ACTIVEWEAR, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | JARRET.HITCHINGS@BCLPLAW.COM |
| COUNSEL TO MILLBRAE SQUARE COMPANY, ORACLE AMERICA, INC. | BUCHALTER, A PROFESSSIONAL CORPORATION | VBANTNERPEO@BUCHALTER.COM SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO BROOKSIDE PROPERTIES, INC. | BURR & FORMAN LLP | ETAUBE@BURR.COM |
| COUNSEL TO BROOKSIDE PROPERTIES, INC., CTO CAROLINA PAVILION, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION, CTO23 ROCKWALL LLC AS SUCCESSOR IN INTEREST TO EXCEL ROCKWALL LLC ("CTO23 ROCKWALL LLC"), IGI21 KATY LLC ("IGI21") | BURR & FORMAN LLP | JFALGOWSKI@BURR.COM |
| COUNSEL TO CTO CAROLINA PAVILION, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION, CTO23 ROCKWALL LLC AS SUCCESSOR IN INTEREST TO EXCEL ROCKWALL LLC ("CTO23 ROCKWALL LLC"),  IGI21 KATY LLC ("IGI21") | BURR & FORMAN LLP | ESUMMERS@BURR.COM DROBBINS-BOEHNER@BURR.COM |
| COUNSEL TO PARK ASSOCIATES LP | CAMPBELL & LEVINE, LLC | KHEMMING@CAMLEV.COM |
| COUNSEL TO CRAFTY (AL) LLC ("CRAFTY") | CHAFFETZ LINDSEY LLP | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| COUNSEL TO THE PREPETITION FILO AGENT, 1903P LOAN AGENT, LLC, 1903 PARTNERS, LLC | CHOATE HALL & STEWART LLP | JMARSHALL@CHOATE.COM JVENTOLA@CHOATE.COM HFOUSHEE@CHOATE.COM ATHOMAS@CHOATE.COM |
| COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC | CLARK HILL PLC | AHORNISHER@CLARKHILL.COM TBUSH@CLARKHILL.COM |
| COUNSEL TO VESTAR DRM-OPCO LLC, QCM PARTNERS, LLC, CPT RIVERSIDE PLAZA, LLC, VESTAR BEST IN THE WEST PROPERTY, LLC, SANTAN MP, LP, AND SQUARE ONE PARTNERS, LLC, DAANE'S DEVELOPMENT COMPANY | CLARK HILL PLC | KGRIVNER@CLARKHILL.COM |
| COUNSEL TO DAANE'S DEVELOPMENT COMPANY | CLARK HILL PLC | BANKRUPTCYFILING@CLARKHILL.COM |
| COUNSEL TO HUDSON RETAIL LLC, FAIRVIEW HUDSON 15 LLC, 11-13 HUDSON LLC | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ERASSMAN@COHENSEGLIAS.COM COUELLETTE@COHENSEGLIAS.COM |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, ANN ABER, SOLELY IN HER CAPACITY AS THE PLAN ADMINISTRATOR OF JOANN INC., ET AL | COLE SCHOTZ P.C. | PREILLEY@COLESCHOTZ.COM SNEWMAN@COLESCHOTZ.COM MFITZPATRICK@COLESCHOTZ.COM JDOUGHERTY@COLESCHOTZ.COM |
| COUNSEL TO BLUE YONDER, INC. | CONNOLLY GALLAGHER LLP | JWISLER@CONNOLLYGALLAGHER.COM |
| COUNSEL TO MADISON COUNTY, ALABAMA | COUNTY ATTORNEY | JRICH@MADISONCOUNTYAL.GOV |
| COUNSEL TO KORBER SUPPLY CHAIN US, INC. | COWLES & THOMPSON, P.C. | BSIEGEL@COWLESTHOMPSON.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO ROBERT W. GIACOMINI, AS TRUSTEE OF THE GIACOMINI TRUST DATED AUGUST 12, 1999, JEANETTE E. GIACOMINI, AS TRUSTEE OF THE JEANETTE E. GIACOMINI REVOCABLE INTERVIVOS TRUST DATED OCTOBER 16, 2002, DAVID A. GIACOMINI, AS TRUSTEE OF THE DAVID A. GIACOMINI TRUST OF 2001 U.D.T. DATED MAY 31, 2001, ROBERT W. GIACOMINI AS TRUSTEE OF THE ROBERT W. GIACOMINI GST EXEMPT TRUST, JEANETTE E. GIACOMINI AS TRUSTEE OF THE JEANETTE E. GIACOMINI GST EXEMPT TRUST, DAVID A. GIACOMINI AS TRUSTEE OF THE DAVID A. GIACOMINI GST EXEMPT TRUST, RONALD GIACOMINI, RICHARD GIACOMINI, AND LISA A. MARTINONI | CROSS & SIMON, LLC | KMANN@CROSSLAW.COM |
| COUNSEL FOR THE COUNTY OF LOUDOUN, VIRGINIA | DEPUTY COUNTY ATTORNEY | BELKYS.ESCOBAR@LOUDOUN.GOV |
| COUNSEL TO 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC | DLA PIPER LLP (US) | STUART.BROWN@US.DLAPIPER.COM MATTHEW.SARNA@US.DLAPIPER.COM |
| COUNSEL TO RED MOUNTAIN ASSET FUND I, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SMART CIENEGA SPE, A CALIFORNIA LIMITED LIABILITY COMPANY, NATTAN, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | ERVIN COHEN & JESSUP LLP | BMOLDO@ECJLAW.COM |
| COUNSEL TO ALMADEN PROPERTIES, LLC | FOX ROTHSCHILD LLP | JDIPASQUALE@FOXROTHSCHILD.COM |
| COUNSEL TO ALMADEN PROPERTIES, LLC | FOX ROTHSCHILD LLP | SWARD@FOXROTHSCHILD.COM |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | RGOLD@FBTLAW.COM ESEVERINI@FBTLAW.COM |
| GA JOANN RETAIL PARTNERSHIP, LLC ("AGENT") | GA GROUP | SCARPENTER@BRILEYFIN.COM LEGAL@BRILEYFIN.COM |
| COUNSEL TO SUN-YIN (HK) HOLDING LTD. | GELLERT SEITZ BUSENKELL & BROWN, LLC | MBUSENKELL@GSBBLAW.COM |
| COUNSEL TO THE PREPETITION LOAN LENDER AD HOC GROUP, THE AD HOC TERM LOAN GROUP | GIBSON, DUNN & CRUTCHER LLP | SGREENBERG@GIBSONDUNN.COM MJWILLIAMS@GIBSONDUNN.COM CLWILSON@GIBSONDUNN.COM KLIANG@GIBSONDUNN.COM |
| COUNSEL TO BLUM BOULDERS ASSOCIATES I, LLC | GILBERT BIRD LAW FIRM, PC | RBIRD@GILBERTBIRDLAW.COM |
| COUNSEL TO TOLL GLOBAL FORWARDING (USA) INC. | GKG LAW, P.C. | BCOLLINS@GKGLAW.COM RAMSTER@GKGLAW.COM |
| COUNSEL TO THE AD HOC TERM LOAN GROUP | GLENN AGRE BERGMAN & FUENTES LLP | AGLENN@GLENNAGRE.COM KMAYR@GLENNAGRE.COM ABERRO@GLENNAGRE.COM MDOSS@GLENNAGRE.COM EHONG@GLENNAGRE.COM |
| COUNSEL TO ALMADEN PROPERTIES, LLC | GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | DBMOYLAN@OAGGUAM.ORG ADMINISTRATION@OAGGUAM.ORG |
| COUSEL TO ANN ABER, SOLELY IN HER CAPACITY AS THE PLAN ADMINISTRATOR OF JOANN INC., ET AL | HAHN LOESER & PARKS LLP | CWICK@HAHNLAW.COM |
| COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC | HANSON BRIDGETT LLP | NNEWMAN@HANSONBRIDGETT.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY PORT OF HOUSTON AUTHORITY, HARRIS COUNTY HOSPITAL DISTRICT, AND HARRIS COUNTY DEPARTMENT OF EDUCATION | HARRIS COUNTY ATTORNEY'S OFFICE | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV |
| COUNSEL TO NANCY C. MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR | HILLSBOROUGH COUNTY ATTORNEY | FITZGERALDB@HCFL.GOV<br>STROUPJ@HCFL.GOV<br>CONNORSA@HCFL.GOV |
| COUNSEL TO THE MARKETPLACE TAVARES, LLC, F/K/A TAMBURRO PROPERTIES II, LLC | HOGAN & MCDANIEL | GFMCDANIEL@DKHOGAN.COM |
| COUNSEL TO JANOME AMERICA INC. ("JANOME") | HOLLAND & KNIGHT LLP | ARTHUR.ROSENBERG@HKLAW.COM |
| COUNSEL TO JEFFERSON ASSOCIATES, L.P., WARRENTON CENTER LLC | JACKSON & CAMPBELL, P.C. | MWEITZMAN@JACKSCAMP.COM |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | JWERTZ@JW.COM |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | KPEGUERO@JW.COM |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | WFARMER@JW.COM |
| COUNSEL TO JJD-HOV ELK GROVE, LLC | JOYCE, LLC | MJOYCE@MJLAWOFFICES.COM |
| COUNSEL TO MARPLE XYZ ASSOCIATES, L.P. | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | WLEVANT@KAPLAW.COM |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | KATTEN MUCHIN ROSENMAN LLP | SREISMAN@KATTEN.COM<br>CGIGLIO@KATTEN.COM<br>GRACE.THOMPSON@KATTEN.COM |
| COUNSEL TO COMMITTEE OF UNSECURED CREDITORS, STEVEN BALASIANO, SOLELY IN HIS CAPACITY AS THE GUC TRUSTEE (THE "GUC TRUSTEE") | KELLEY DRYE & WARREN LLP | MMCLOUGHLIN@KELLEYDRYE.COM<br>ABARAJAS@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>JADAMS@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM<br>CFENDRYCH@KELLEYDRYE.COM<br>EWILSON@KELLEYDRYE.COM |
| COUNSEL TO KERN COUNTY, CALIFNORNIA | KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | BANKRUPTCY@KERNCOUNTY.COM |
| COMMITTEE OF UNSECURED CREDITORS | KIMCO REALTY CORPORATION | REDWARDS@KIMCOREALTY.COM |
| COUNSEL TO PROJECT SWIFT LLC | KING & SPALDING LLP | EWISE@KSLAW.COM<br>NBELLO@KSLAW.COM |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ANUP.SATHY@KIRKLAND.COM<br>JEFF.MICHALIK@KIRKLAND.COM<br>LINDSEY.BLUMENTHAL@KIRKLAND.COM |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | JOSHUA.SUSSBERG@KIRKLAND.COM<br>APARNA.YENAMANDRA@KIRKLAND.COM |
| COUNSEL TO OXFORD VALLEY ROAD ASSOCIATES | KURTZMAN \| STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | LANDIS RATH & COBB LLP | LANDIS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>EROGERS@LRCLAW.COM |
| COUNSEL TO FOF 1073 LLC ("FOF") | LAW OFFICE OF STEPHEN M. KAPLAN | KAPLANLAWWORKS@AOL.COM |
| COUNSEL TO LANDLORDS, GRANITE VILLAGE WEST, L.P., LYNNWOOD TOWER, LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO PECKHAM KF, LLC, PECKHAM PH, LLC, PECKHAM SQUARE, LLC | LAW OFFICES OF AMY N. TIRRE | AMY@AMYTIRRELAW.COM |
| COUNSEL TO COLUMBUS PARK CROSSING LLC | LAW OFFICES OF KENNETH L. BAUM LLC | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| COUNSEL TO LA HABRA WESTRIDGE PARTNERS, L.P. | LAW OFFICES OF RONALD K. BROWN, JR., APC | RON@RKBROWNLAW.COM |
| COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO. | LEWIS BRISBOIS BISGAARD & SMITH LLP | SCOTT.COUSINS@LEWISBRISBOIS.COM |
| COUNSEL TO NUECES COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | SANANTONIO.BANKRUPTCY@LGBS.COM |
| COUNSEL TO SMITH COUNTY, ROCKWALL CAD, ELLIS COUNTY, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY, LEWISVILLE ISD, GRAYSON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CITY OF HOUSTON, KATY ISD, HOUSTON ISD, HOUSTON COMM COLL SYSTEM, CITY OF HUMBLE,  CYPRESS-FAIRBANKS ISD, FORT BEND COUNTY, JEFFERSON COUNTY, LONE STAR COLLEGE SYSTEM, HARRIS CO ESD # 47, HARRIS CO ESD # 09, MONTGOMERY COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@LGBS.COM |
| COMMITTEE OF UNSECURED CREDITORS | LOW TECH TOY CLUB LLC | ADRIAN@THEWOOBLES.COM |
| GA JOANN RETAIL PARTNERSHIP, LLC ("AGENT") | LOWENSTEIN SANDLER LLP | ABEHLMANN@LOWENSTEIN.COM |
| COUNSEL TO KEN BURTON, JR. | MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| COUNSEL TO ORCHARD YARN AND THREAD COMPANY INC. D/B/A LION BRAND YARN CO. | MANDELBAUM BARRETT PC | JROSENTHAL@MBLAWFIRM.COM VROLDAN@MBLAWFIRM.COM |
| COUNSEL TO SHELBYVILLE ROAD PLAZA, LLC | MCCARTER & ENGLISH, LLP | KBUCK@MCCARTER.COM MZARE@MCCARTER.COM |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | JPARSONS@MVBALAW.COM |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS; THE COUNTY OF COMAL, TEXAS; THE COUNTY OF DENTON, TEXAS; CITY OF WACO AND/OR WACO ISD; CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | JPARSONS@MVBALAW.COM |
| COUNSEL TO BROTHER INTERNATIONAL CORPORATION | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | GBRESSLER@MDMC-LAW.COM |
| COUNSEL TO BROTHER INTERNATIONAL CORPORATION | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | GBRESSLER@MDMC-LAW.COM |
| COUNSEL TO PARK ASSOCIATES LP | METZ LEWIS BRODMAN MUST O'KEEFE | JTUSKAN@METZLEWIS.COM |
| COUNSEL TO SVP SEWING BRANDS LLC ("SVP SEWING") | MILBANK LLP | DDUNNE@MILBANK.COM SKHALIL@MILBANK.COM AHARMEYER@MILBANK.COM |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | DAVID.SHIM@MORGANLEWIS.COM |
| COUNSEL TO MICHAEL PRENDERGAST AND JEFFREY DWYER | MORGAN, LEWIS & BOCKIUS LLP | JODY.BARILLARE@MORGANLEWIS.COM |
| COUNSEL TO MICHAEL PRENDERGAST AND JEFFREY DWYER | MORGAN, LEWIS & BOCKIUS LLP | JOHN.GOODCHILD@MORGANLEWIS.COM MATTHEW.ZIEGLER@MORGANLEWIS.COM JEFFREY.MASTERS@MORGANLEWIS.COM REUBEN.LACY@MORGANLEWIS.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | MORGAN, LEWIS & BOCKIUS LLP | MARJORIE.CRIDER@MORGANLEWIS.COM<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS PREPETITION TERM LOAN AGENT | MORRIS JAMES LLP | EMONZO@MORRISJAMES.COM<br>BKEILSON@MORRISJAMES.COM<br>CDONNELLY@MORRISJAMES.COM |
| COUNSEL TO CRAFTY (AL) LLC ("CRAFTY") | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM |
| COUNSEL TO THE AD HOC TERM LOAN GROUP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RDEHNEY@MORRISNICHOLS.COM<br>MHARVEY@MORRISNICHOLS.COM<br>BDOLPHIN@MORRISNICHOLS.COM<br>DCULVER@MORRISNICHOLS.COM |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | MALCOLM.M.BATES@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| COUNSEL TO KIMCO REALTY CORPORATION | OFFIT KURMAN, P.A. | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| COMMITTEE OF UNSECURED CREDITORS | ORMO ITHALAT VE IHRACAT AS | GOCALGIRAY@ORMO.COM.TR |
| COUNSEL TO COMMITTEE OF UNSECURED CREDITORS, STEVEN BALASIANO, SOLELY IN HIS CAPACITY AS THE GUC TRUSTEE (THE "GUC TRUSTEE") | PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM<br>JONEILL@PSZJLAW.COM |
| COUNSEL TO CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | EBCALVO@PBFCM.COM |
| COUNSEL TO FRISCO ISD, PLANO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | LREECE@PBFCM.COM |
| COUNSEL TO CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | MVALDEZ@PBFCM.COM |
| COUNSEL TO G.W. REAL ESTATE OF GEORGIA, LLC | PIERSON FERDINAND LLP | JEFFREY.CARBINO@PIERFERD.COM |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC | POTTER ANDERSON & CORROON LLP | BCLEARY@POTTERANDERSON.COM<br>GFLASSER@POTTERANDERSON.COM |
| COUNSEL TO OOCL USA INC. | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | RSTEINBERG@PRICEMEESE.COM |
| COUNSEL TO MANN ENTERPRISES, INC. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | GERALD.KENNEDY@PROCOPIO.COM |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | PROSKAUER ROSE LLP | ABETTWY@PROSKAUER.COM |
| COUNSEL TO CENTERBRIDGE PARTNERS, L.P. | PROSKAUER ROSE LLP | CDALE@PROSKAUER.COM |
| COUNSEL TO BOOT BARN, INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEELKIRPALANI@QUINNEMANUEL.COM<br>ERICKAY@QUINNEMANUEL.COM<br>RACHELHARRINGTON@QUINNEMANUEL.COM |
| COUNSEL TO BIRCH RUN STATION, LLC | RASHTI AND MITCHELL, ATTORNEYS AT LAW | TIM@RASHTIANDMITCHELL.COM<br>DKRM@AOL.COM |
| COUNSEL TO BANK OF AMERICA, N.A., AS PREPETITION ABL AGENT | REED SMITH LLP | KGWYNNE@REEDSMITH.COM<br>JANGELO@REEDSMITH.COM |
| COUNSEL TO ASL INVESTMENTS, LLC | REEDER LAW CORPORATION | DAVID@REEDERLAW.COM |
| COMMITTEE OF UNSECURED CREDITORS | REGENCY CENTERS, L.P. | ERNSTBELL@REGENCYCENTERS.COM |
| COUNSEL TO SVP SEWING BRANDS LLC ("SVP SEWING") | RICHARDS, LAYTON & FINGER, P.A. | STEIGER@RLF.COM<br>COLLINS@RLF.COM |
| COUNSEL TO VENTURE HULEN, LP ("VENTURE HULEN") | ROCHELLE MCCULLOUGH, LLP | MCHEVALLIER@ROMCLAW.COM<br>MPIPKIN@ROMCLAW.COM |
| COUNSEL TO STUDIO ELUCEO LTD ("STUDIO ELUCEO") | SAUL EWING LLP | EVAN.MILLER@SAUL.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, AND RICHMOND STATION LLC | SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| COUNSEL TO STUDIO ELUCEO LTD ("STUDIO ELUCEO") | SAUL EWING LLP | HANNAH.RICHMOND@SAUL.COM |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, AND RICHMOND STATION LLC | SAUL EWING LLP | TURNER.FALK@SAUL.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC. | SEYFARTH SHAW LLP | JSOWKA@SEYFARTH.COM |
| COMMITTEE OF UNSECURED CREDITORS | SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | RTUCKER@SIMON.COM |
| COUNSEL TO BRIDGE33 CAPITAL LLC, RPI RIDGMAR TOWN SQUARE, LTD. | SINGER & LEVICK, P.C. | MSHRIRO@SINGERLEVICK.COM |
| COUNSEL TO G&I IX EMPIRE MCKINLEY MILESTRIP LLC, ARD MACARTHUR LLC, CONCORD RETAIL PARTNERS, L.P., CENTERTON SQUARE, LLC | SIRLIN LESSER & BENSON, P.C. | DPLON@SIRLINLAW.COM |
| COUNSEL TO ALAMO CENTER, LLC | SOLOMON WARD SEIDENWURM & SMITH LL | MBRESLAUER@SWSSLAW.COM |
| COUNSEL TO SUMMIT TOWNE CENTRE | SPERO LAW OFFICE | SPEROFIRM@SPEROLAWOFFICE.COM |
| COUNSEL TO BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | MARK.SALZBERG@SQUIREPB.COM |
| COUNSEL TO BAYSHORE VILLAGE (U.S.), INC. | STARK & STARK, P.C. | JLEMKIN@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | AARON.FREY@LEGISLATURE.MAINE.GOV ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| COUNSEL TO RITHUM CORPORATION | STRADLEY, RONON, STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| COUNSEL TO GANGA ACROWOOLS LIMITED ("GANGA"), JANOME AMERICA INC. ("JANOME") | SULLIVAN HAZELTINE ALLINSON LLC | WHAZELTINE@SHA-LLC.COM BSULLIVAN@SHA-LLC.COM |
| COUNSEL TO DEPTH COMMERCE LLC, FKA MELON TECHNOLOGIES, LLC | SWANSON, MARTIN & BELL, LLP | CSTAHL@SMBTRIALS.COM |
| COUNSEL TO WESTMINSTER GRANITE MAIN LLC | TENENBAUM & SAAS, P.C. | BROST@TSPCLAW.COM |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | TENNESSEE DEPARTMENT OF REVENUE | AGBANKDELAWARE@AG.TN.GOV |
| COUNSEL TO THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV |
| COUNSEL TO CB PASO, LLC | THE EHRLICH LAW FIRM | WILLIAM@EHRLICHLAWFIRM.COM |
| COUNSEL TO VIITION (ASIA) LIMITED | THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM LIU@TEAMROSNER.COM |
| COUNSEL TO RIVER RIDGE MALL JV, LLC | THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DCTN3 509 PANAMA CITY FL, LLC | TOBIN & REYES PLLC | ESERVICE@TOBINREYES.COM<br>RAR@TOBINREYES.COM<br>MHORTON@TOBINREYES.COM<br>RREID@TOBINREYES.COM |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| COUNSEL TO JONES LANG LASALLE AMERICAS, INC. | WALSH PIZZI O'REILLY FALANGA, LLP | SFALANGA@WALSH.LAW<br>NEBEL@WALSH.LAW |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | OAG@DC.GOV |
| COUNSEL TO KHP LIMITED PARTNERSHIP | WENOKUR RIORDAN PLLC | FAYE@WRLAWGROUP.COM |
| COUNSEL TO WITTE PLAZA, LTD. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | JCARRUTH@WKPZ.COM |
| COUNSEL TO AMERICASMART REAL ESTATE, LLC | WILES & WILES, LLP | BANKRUPTCY@EVICT.NET |
| COUNSEL TO PROJECT SWIFT LLC, BOOT BARN, INC. | YOUNG CONAWAY STARGATT & TAYLOR, LLP | SBEACH@YCST.COM<br>RBRADY@YCST.COM<br>KENOS@YCST.COM |