# United States Bankruptcy Court for the District of Delaware

**Fill in this information to identify the debtor**

| | |
|---|---|
| JOANN Inc. (Case No. 25-10068) | JOANN Holdings 1, LLC (Case No. 25-10069) |
| JOANN Holdings 2, LLC (Case No. 25-10070) | Needle Holdings LLC (Case No. 25-10071) |
| Jo-Ann Stores, LLC (Case No. 25-10072) | Creative Tech Solutions LLC (Case No. 25-10073) |
| Creativebug, LLC (Case No. 25-10074) | WeaveUp, Inc. (Case No. 25-10075) |
| JAS Aviation, LLC (Case No. 25-10076) | joann.com, LLC (Case No. 25-10077) |
| JOANN Ditto Holdings Inc. (Case No. 25-10078) | Jo-Ann Stores Support Center, Inc. (Case No. 25-10079) |
| Dittopatterns LLC (Case No. 25-10080) | |

## Claim Withdrawal Form

**Part 1:        Identify the Claim**

**Creditor Name and Address:**

Name

Address

City        State        Zip Code

Contact Phone: _____

Contact Email: _____

**Claim Number (if known):**

**Date Claim Filed:**

(mm/dd/yyyy)

**Total Amount of Claim Filed:**

$

**Part 2:        Sign Below**

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date _____
        (mm/dd/yyyy)

Signature

Print Name

Title (if applicable)

## DEFINITIONS

**Debtor:**  The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
**Creditor:**  A creditor is any person, corporation, or other entity to which the debtor owed a debt.
**Proof of Claim:**  A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

**Completed claim withdrawal forms can be sent to the following address:**

**JOANN Inc. (2025) Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232**

**Or by email to:**

**Joann2025Info@ra.kroll.com**