# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al*, | Case No. 25-10068 (CTG) |
| Debtor. | **Re: Doc. 861** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Deirdre M. Richards, Esquire, of the firm of Elliott Greenleaf, P.C. withdraws her appearance as counsel for WLPX Hesperia, LLC.

The undersigned further requests that the Clerk of the Bankruptcy Court for the District of Delaware, or any claims noticing agent appointed in these cases, remove her from the electronic and paper noticing matrix for the above-captioned cases.

Dated: January 2, 2026

**ELLIOTT GREENLEAF, P.C.**

*/s/ Deirdre M. Richards*
Deirdre M. Richards (DE Bar No. #4191)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:    (302) 384-9402
Email: dmr@elliottgreenleaf.com

p

WLM: 39457-v1