**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| JOANN, INC., et al, | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Douglas R. Gooding of Choate, Hall & Stewart LLP to represent Liberty Mutual Insurance Company in above referenced cases.

Dated: January 6, 2026          Respectfully submitted,
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**
By: */s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email: jbarsalona@pashmanstein.com

*Counsel for Liberty Mutual Insurance Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 6, 2026          */s/ Douglas R. Gooding*
Douglas R. Gooding
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Email: dgooding@choate.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.