## **CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on January 6, 2026, I caused a copy of the foregoing *LIMITED OBJECTION TO MOTION OF MARIA MARGARITA AGUILAR MARTINEZ FOR RELIEF FROM THE PLAN INJUNCTION [D.I. 1521]* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email: jbarsalona@pashmanstein.com

*Counsel to Liberty Mutual Insurance Company*

13182236