# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 25-10068 (CTG) |
| Debtor. | **Re: DI 163** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE TAKE NOTICE that Maliheh Zare of McCarter & English, LLP hereby withdraws her appearance as counsel for Shelbyville Road Plaza, LLC in the above-captioned bankruptcy case. Maliheh Zare also withdraws her request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy case.

All other current counsel of record will continue to represent Shelbyville Road Plaza, LLC and are not intended to be affected by this notice.

Date: January 8, 2026
Wilmington, DE

**McCARTER & ENGLISH, LLP**

*/s/ Maliheh Zare*
Kate Roggio Buck (No. 5140)
Maliheh Zare (No. 7133)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
mzare@mccarter.com

*Counsel for Shelbyville Road Plaza, LLC*

ME1\59553319.v1