**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| 99 Cents Only Stores LLC, | ) | Case No. 25-10068 (CTG) |
| | ) | (Jointly Administered) |
| Post-Confirmation Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on January 8, 2026, I did cause to be served true and correct copies of the foregoing *Reply in Support of the Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction* on the parties on the attached service list as indicated thereon.

Dated: January 8 , 2026

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:           loizides@loizides.com

**SERVICE LIST**

**VIA CM/ECF**

All parties on the Clerk's service list.

**VIA EMAIL**

Patrick J. Reilley
Stacy OL. Newman
Michael E. Fitzpatrick
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
Fax: 302-652-3117
Email: preilley@coleschotz.com
    snewman@coleschotz.com
    mfitzpatrick@coleschotz.com
    jdougherty@coleschotz.com

Joshua A Sussberg
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: jsussberg@kirkland.com
    Aparna.yenamandra@kirkland.com

Anup Sathy
Jeffrey Michialik
Lindsey Blumenthal
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-1323
Email: anup.sathy@kirkland.com
    Jeff.michalik@kirkland.com
    Lindsey.blumenthal@kirkland.com

Christopher B. Wick
Philip K. Stovall
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114

Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Counsel to the Debtors and/or Plan Administrator*

**VIA EMAIL**

Bradford J. Sandler
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
joneill@pszjlaw.com

- and –

KELLEY DRYE & WARREN LLP
Jason R. Adams
Eric R. Wilson
William S. Gyves
Maeghan J. McLoughlin
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Email: jadams@kelleydrye.com
ewilson@kelleydrye.com
wgyves@kelleydrye.com
mmcloughlin@kelleydrye.com

*[Former] Co-Counsel to the Official Committee
of Unsecured Creditor and counsel to the GUC Trust*

Malcolm M. Bates
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Email: Malcolm.M.Bates@usdoj.gov

*Counsel to the Office of the United States Trustee*

Joseph C. Barsalona II (No. 6102)
PASHMAN STEIN WALDER HAYDEN P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email: jbarsalona@pashmanstein.com

-and-

Douglas R. Gooding
Jacob S. Lang
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Email: dgooding@choate.com
jslang@choate.com

*Counsel for Liberty Mutual Insurance Company*