**<u>Exhibit B</u>**

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) | **Re: Docket No. 1860** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**SEVENTEENTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(Unliquidated Claims and Overstated Claims)**

Upon consideration of the *Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims* (the "Objection");[2] and upon consideration of the Aber Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having found that the Plan Administrator's notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need be

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Objection.

provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Objection is SUSTAINED to the extent set forth herein.

2.     Each Unliquidated Claim set forth in **Schedule 1** attached hereto is disallowed and expunged in its entirety.

3.     Each Overstated Claim set forth on **Schedule 2** attached hereto, including the Administrative Expense Claim asserted as part of each Overstated Claim, is hereby reduced and modified to the amounts indicated in the "Modified Claim Amount" column on the attached Schedule 2.  The Overstated Claims as modified pursuant this Order shall remain on the claims register, subject to the Plan Administrator's or GUC Trust's further objections on any substantive or non-substantive grounds.

4.     The Plan Administrator's, Wind Down Debtors', and GUC Trust's rights to file additional substantive and non-substantive objections to each Unliquidated Claim, Overstated Claim, and any other proofs of claim that have been or may be filed against the Debtors are preserved.

5.     The Plain Administrator's objection to each Unliquidated Claim and Overstated Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Unliquidated Claim and Overstated Claim.  Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

7.      Kroll Restructuring Administration LLC, the Court-appointed claims and noticing agent in the chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

8.      Nothing is this Order or the Objection shall be construed as a waiver of any rights the Debtors, Wind Down Debtors, and/or the Plan Administrator may have to enforce rights of setoff against any claimant.

9.      This Court shall retain jurisdiction to construe and enforce this Order.

## Schedule 1

### Unliquidated Claims

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 1 - Unliquidated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Disposition | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | Arbor Square II, LLC | 19542 | Jo-Ann Stores, LLC | 7/22/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 2 | Frederick County Square Improvements, LLC | 19551 | Jo-Ann Stores, LLC | 7/22/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 3 | IN-Goshen Market, LLC | 19374 | Jo-Ann Stores, LLC | 7/15/2025 | Unliquidated | Administrative Priority; Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 4 | New York State Department of Labor | 961 | Jo-Ann Stores, LLC | 2/24/2025 | Unliquidated | Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 5 | RMAF IA, LLC | 18728 | JOANN Inc. | 6/11/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 6 | RSS WFRBS2001-C3-DE PMHN, LLC | 18755 | Jo-Ann Stores, LLC | 6/12/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 7 | Smart Cienega SPE, LLC | 18725 | JOANN Inc. | 6/11/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 8 | Taylor Square Holdings, LLC | 19549 | Jo-Ann Stores, LLC | 7/22/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 9 | University Place Improvements Owner LLC | 18734 | Jo-Ann Stores, LLC | 6/11/2025 | Unliquidated | Administrative Priority; Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 10 | WHLR - Village of Martinsville, LLC | 18746 | Jo-Ann Stores, LLC | 6/11/2025 | Unliquidated | Administrative Priority; Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |

## Schedule 2

**Overstated Claims**

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | | Modified Claim Amount | | Basis for Objection |
|---|------|--------------|--------|-----------|------------|------------|------------|------------|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | ARD MacArthur LLC | 19167 | Jo-Ann Stores, LLC | 6/30/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $3,366.17 | Admin | $50.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $386,827.80 | GUC | $386,827.80 | |
| | | | | | Total | $390,193.97 | Total | $386,877.80 | |
| 2 | Arsenal Plaza Associates, LLC | 18369 | Jo-Ann Stores, LLC | 6/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $23,026.12 | Admin | $1,251.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $222,971.87 | GUC | $222,971.87 | |
| | | | | | Total | $245,997.99 | Total | $224,222.87 | |
| 3 | B33 Shops at Centerpoint III LLC | 19765 | Jo-Ann Stores, LLC | 8/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $78,538.00 | Admin | $30,007.61 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $78,538.00 | Total | $30,007.61 | |
| 4 | Blum Boulders Associates I, LLC | 19359 | Jo-Ann Stores, LLC | 7/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $13,413.93 | Admin | $11,125.28 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $273,391.62 | GUC | $273,391.62 | |
| | | | | | Total | $286,805.55 | Total | $284,516.90 | |
| 5 | Brixmor GA Seacoast Shopping Center LLC | 18747 | Jo-Ann Stores, LLC | 6/16/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $7,663.85 | Admin | $2,700.95 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $21,036.93 | GUC | $21,036.93 | |
| | | | | | Total | $28,700.78 | Total | $23,737.88 | |
| 6 | Brixmor SPE 3 LLC | 18749 | Jo-Ann Stores, LLC | 6/16/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $39,328.14 | Admin | $6,079.51 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $277,864.10 | GUC | $277,864.10 | |
| | | | | | Total | $317,192.24 | Total | $283,943.61 | |
| 7 | Brixmor SPE 4 LLC | 19495 | Jo-Ann Stores, LLC | 7/23/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $16,200.20 | Admin | $10,185.05 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $392,460.14 | GUC | $392,460.14 | |
| | | | | | Total | $408,660.34 | Total | $402,645.19 | |
| 8 | Brixmor-Lakes Crossing, LLC | 19503 | Jo-Ann Stores, LLC | 7/23/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $52,929.56 | Admin | $19,521.06 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $353,693.92 | GUC | $353,693.92 | |
| | | | | | Total | $406,623.48 | Total | $373,214.98 | |
| 9 | Carwood Skypark, LLC | 18716 | JOANN Inc. | 6/13/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $14,094.70 | Admin | $11,758.56 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $336,222.70 | GUC | $336,222.70 | |
| | | | | | Total | $350,317.40 | Total | $347,981.26 | |
| 10 | CH Realty X-DLC R Wheaton Danada West, L.L.C. | 18637 | Jo-Ann Stores, LLC | 6/11/2025 | Secured | $0.00 | Secured | $0.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| | | | | | Admin | $14,872.40 | Admin | $2,786.41 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $14,872.40 | Total | $2,786.41 | |

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount Claim Nature | Asserted Claim Amount Claim Amount | Modified Claim Amount Claim Nature | Modified Claim Amount Claim Amount | Basis for Objection |
|---|------|--------------|--------|------------|-------------|-------------|-------------|-------------|---------------------|
| 11 | Columbia (Northpointe) WMS, LLC | 18748 | Jo-Ann Stores, LLC | 6/12/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$20,816.61<br>$0.00<br>$0.00<br>$0.00<br>$20,816.61 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$483.72<br>$0.00<br>$0.00<br>$0.00<br>$483.72 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 12 | Concord Retail Partners, L.P. | 17165 | Jo-Ann Stores, LLC | 5/20/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$2,517.97<br>$0.00<br>$0.00<br>$166,134.16<br>$168,652.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$2,371.86<br>$0.00<br>$0.00<br>$166,134.16<br>$168,506.02 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 13 | Del Amo Fashion Center Operating Company L.L.C. | 18627 | Jo-Ann Stores, LLC | 6/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,779.06<br>$0.00<br>$0.00<br>$1,084,847.43<br>$1,086,626.49 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$343.38<br>$0.00<br>$0.00<br>$1,084,847.43<br>$1,085,190.81 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status.  NOTE:  As of the filing of this Objection, the general unsecured (GUC) portion of this claim is subject to a pending objection filed by the GUC Trust. *See* Docket No. 1836. |
| 14 | FOF 1073 LLC | 19061 | Jo-Ann Stores, LLC | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$27,671.09<br>$0.00<br>$0.00<br>$0.00<br>$27,671.09 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$25,646.36<br>$0.00<br>$0.00<br>$0.00<br>$25,646.36 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 15 | Fox Run Limited Partnership | 18724 | Jo-Ann Stores, LLC | 6/16/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,107.04<br>$0.00<br>$0.00<br>$187,125.48<br>$195,232.52 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$7,882.14<br>$0.00<br>$0.00<br>$187,125.48<br>$195,007.62 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 16 | Holobeam, Inc. | 19000 | Jo-Ann Stores, LLC | 6/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$39,821.43<br>$0.00<br>$0.00<br>$1,215.53<br>$41,036.96 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$27,111.10<br>$0.00<br>$0.00<br>$1,215.53<br>$28,326.63 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 17 | HV Center LLC, HV Center TIC 1 LLC, HV Center TIC 2 LLC | 18764 | Jo-Ann Stores, LLC | 6/13/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$35,413.66<br>$0.00<br>$0.00<br>$0.00<br>$35,413.66 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$23,434.82<br>$0.00<br>$0.00<br>$0.00<br>$23,434.82 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 18 | La Habra Westridge Partners, L.P. | 10393 | Jo-Ann Stores, LLC | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$56,661.36<br>$0.00<br>$0.00<br>$46,776.10<br>$103,437.46 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$29,646.61<br>$0.00<br>$0.00<br>$46,776.10<br>$76,422.71 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 19 | MANN ENTERPRISES, INC. | 19091 | Jo-Ann Stores, LLC | 6/19/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$43,199.33<br>$0.00<br>$0.00<br>$829,219.96<br>$872,419.29 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$35,800.58<br>$0.00<br>$0.00<br>$829,219.96<br>$865,020.54 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 20 | McGrath-RHD Partners, L.P. | 18885 | JOANN Inc. | 6/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$37,802.60<br>$0.00<br>$0.00<br>$265,153.10<br>$302,955.70 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$18,312.39<br>$0.00<br>$0.00<br>$265,153.10<br>$283,465.49 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | | Modified Claim Amount | | Basis for Objection |
|---|------|-------------|--------|-----------|-----------|-----------|-----------|-----------|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 21 | Milan Real Estate Investments, LLC | 19045 | Jo-Ann Stores, LLC | 6/27/2025 | Secured $0.00<br>Admin $36,842.50<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $264,133.44<br>Total $300,975.94 | | Secured $0.00<br>Admin $18,232.71<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $264,133.44<br>Total $282,366.15 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 22 | MP Northglenn Investors, LLC | 19568 | Jo-Ann Stores, LLC | 7/23/2025 | Secured $0.00<br>Admin $100,285.81<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $486,374.84<br>Total $586,660.65 | | Secured $0.00<br>Admin $72,871.85<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $486,374.84<br>Total $559,246.69 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 23 | NNN Reit, LP | 19525 | Jo-Ann Stores, LLC | 7/21/2025 | Secured $0.00<br>Admin $35,670.27<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $402,772.34<br>Total $438,442.61 | | Secured $0.00<br>Admin $14,721.05<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $402,772.34<br>Total $417,493.39 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 24 | Realty Income Corporation | 19589 | Jo-Ann Stores, LLC | 7/23/2025 | Secured $0.00<br>Admin $22,356.07<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $428,497.68<br>Total $450,853.75 | | Secured $0.00<br>Admin $4,055.14<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $428,497.68<br>Total $432,552.82 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 25 | Rochester Crossing, LLC | 11708 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $9,783.82<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $230,919.35<br>Total $240,703.17 | | Secured $0.00<br>Admin $8,529.54<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $230,919.35<br>Total $239,448.89 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 26 | Rouse Companies, LLC | 11759 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $16,898.64<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $16,898.64 | | Secured $0.00<br>Admin $12,674.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $12,674.00 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 27 | Shopping Center Associates | 19566 | Jo-Ann Stores, LLC | 7/23/2025 | Secured $0.00<br>Admin $29,757.77<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,328,740.62<br>Total $1,358,498.39 | | Secured $0.00<br>Admin $15,592.98<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,328,740.62<br>Total $1,344,333.60 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 28 | Spirit Master Funding IV, LLC | 19544 | Jo-Ann Stores, LLC | 7/22/2025 | Secured $0.00<br>Admin $39,878.13<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $833,721.29<br>Total $873,599.42 | | Secured $0.00<br>Admin $6,934.18<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $833,721.29<br>Total $840,655.47 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 29 | Vestal Parkway Plaza LLC | 19541 | Jo-Ann Stores, LLC | 7/21/2025 | Secured $0.00<br>Admin $25,360.37<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $743,816.06<br>Total $769,176.43 | | Secured $0.00<br>Admin $6,894.83<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $743,816.06<br>Total $750,710.89 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |