# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |
| Advantus, Corp., *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adversary No. 25-52463 (CTG) |
| | ) | |
| Prendergast, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 13, 2026 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> This proceeding will be conducted in person except for the status conference which shall be conducted remotely via ZOOM. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. <u>Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.</u>

## CERTIFICATIONS OF COUNSEL

1. Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed December 3, 2025) [Docket No. 1860]

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims Unliquidated Claims and Overstated Claims) (Filed December 23, 2025) [Docket No. 1898]

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

    (b)    Certification of Counsel Regarding Approval of Joint Stipulation Regarding Claims of B33 Shops at Centerpoint III LLC (Filed January 9, 2026) [Docket No. 1937]

    (c)    Certification of Counsel Regarding Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims Unliquidated Claims and Overstated Claims) (Filed January 9, 2026) [Docket No. 1939]

    (d)    Certification of Counsel Regarding Approval of Joint Stipulation Regarding Claims of NNN REIT, LP (Filed January 9, 2026) [Docket No. 1943]

Response Deadline:    December 29, 2025 at 4:00 p.m. (ET).

Responses Received:    Informal responses received from: (i) B33 Shops at Centerpoint III LLC (Claim No. 19765), (ii) NNN Reit, LP (Claim No. 19525), (iii) Milan Real Estate Investments, LLC (Claim No. 19045), (iv) Fox Run Limited Partnership (Claim No. 18724), (v) Brixmor-Lakes Crossing, LLC (Claim No. 19503), (vi) Brixmor SPE 4 LLC (Claim No. 19495); (vii) Brixmor SPE 3 LLC (Claim No. 18749), (viii) Brixmor GA Seacoast Shopping Center LLC (Claim No. 18747), (ix) MP Northglenn Investors, LLC (Claim No. 19568), (x) Arsenal Plaza Associates, LLC (Claim No. 18369), (xi) Vestal Parkway Plaza LLC (Claim No. 19541), (xii) Shopping Center Associates (Claim No. 19566), (xiii) WHLR - Village of Martinsville, LLC (Claim No. 18746), (xiv) HV Center LLC, HV Center TIC 1 LLC, HV Center TIC 2 LLC (Claim No. 18764), (xv) Arbor Square II, LLC (Claim No. 19542), (xvi) RSS WFRBS2001-C3-DE PMHN, LLC (Claim No. 18755), (xvii) IN-Goshen Market, LLC (Claim No. 19374), (xviii) Columbia (Northpointe) WMS, LLC (Claim No. 18748), (xix) Frederick County Square Improvements, LLC (Claim No. 19551), (xx) University Place Improvements Owner LLC (Claim No. 18734), (xxi) Taylor Square Holdings, LLC (Claim No. 19549), (xxii) CH Realty X-DLC R Wheaton Danada West, L.L.C. (Claim No. 18637), and (xiii) ARD MacArthur LLC (Claim No. 19167)

Status:    A Certification of Counsel, together with a revised proposed order with respect to all claimants who did not contest the Objection and certain resolved claims, was filed with the Court. The hearing with respect to the claims of Arsenal Plaza Associates, LLC (Claim No. 18369), Vestal Parkway Plaza LLC (Claim No. 19541), Shopping Center Associates (Claim No. 19566), WHLR - Village of Martinsville, LLC (Claim No. 18746), HV Center LLC, HV Center TIC 1 LLC, HV Center TIC 2 LLC (Claim No. 18764), Arbor Square II, LLC (Claim No. 19542), RSS WFRBS2001-C3-DE PMHN, LLC (Claim No. 18755), IN-Goshen Market, LLC (Claim No. 19374), Columbia (Northpointe) WMS, LLC (Claim No. 18748), Frederick County Square Improvements, LLC (Claim No. 19551), University Place Improvements Owner LLC (Claim No. 18734), Taylor Square Holdings, LLC (Claim No. 19549), CH Realty X-DLC R Wheaton Danada West, L.L.C. (Claim No. 18637), and ARD MacArthur LLC (Claim

        No. 19167) was adjourned to the January 28, 2026 omnibus hearing. This matter will not be going forward unless otherwise directed by the Court.

2. Plan Administrator's Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed December 12, 2025) [Docket No. 1879]

    Related Documents:

        (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed December 26, 2025) [Docket No. 1903]

        (b) Certification of Counsel Regarding Plan Administrator's Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed January 9, 2026) [Docket No. 1940]

    Response Deadline:    January 5, 2026 at 4:00 p.m. (ET).

    Responses Received:    Informal responses received from (i) Alto Conyers Plaza, LP (Claim Nos. 7610, 9346), (ii) GLP Flint LLC, Pollack Flint LLC, TJS Flint LLC (Claim No. 7908), and (iii) IN-Goshen Market, LLC (Claim No. 18911)

    Status:    A Certification of Counsel, together with a revised proposed order with respect to all claimants who did not contest the Objection was filed with the Court. The hearing with respect to the claims of Alto Conyers Plaza, LP (Claim Nos. 7610, 9346), (ii) GLP Flint LLC, Pollack Flint LLC, TJS Flint LLC (Claim No. 7908), and (iii) IN-Goshen Market, LLC (Claim No. 18911) was adjourned to the January 28, 2026 omnibus hearing. This matter will not be going forward unless otherwise directed by the Court.

3. Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed December 12, 2025) [Docket No. 1880]

    Related Documents:

        (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed December 26, 2025) [Docket No. 1904]

        (b) Certification of Counsel Regarding Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 9, 2026) [Docket No. 1941]

    Response Deadline:    January 5, 2026 at 4:00 p.m. (ET).

Responses Received:

    (a)    John Scarcella Response to Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 5, 2026) [Docket No. 1925]

Status:    A Certification of Counsel, together with a revised proposed order with respect to all claimants who did not contest the Objection, was filed with the Court. The hearing with respect to the claim of John Scarcella was adjourned to the January 28, 2026 omnibus hearing. This matter will not be going forward unless otherwise directed by the Court.

4. Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed December 12, 2025) [Docket No. 1881]

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed December 23, 2025) [Docket No. 1899]

    (b)    Certification of Counsel Regarding Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed January 9, 2026) [Docket No. 1942]

Response Deadline:    January 5, 2026 at 4:00 p.m. (ET).

Responses Received:

    (a)    Bayfield Company LLC Response to Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed January 2, 2026) [Docket No. 1923]

    (b)    Informal responses received from: (i) Christopher DiTullio (Claim No. 4152), (ii) Scott Sekella (Claim No. 3963), (iii) Hapag-Lloyd AG (Claim Nos. 11472, 19797), and (iv) RB Merchants LLC, YPF Merchants LLC and Merchants Owner LLC

Status:    A Certification of Counsel, together with a revised proposed order with respect to all claimants who did not contest the Objection was filed with the Court. The hearing with respect to the claims of (i) Bayfield Company LLC (17543), (ii) Christopher DiTullio (Claim No. 4152), (iii) Scott Sekella (Claims No. 3963), (iv) Hapag-Lloyd AG (Claim Nos. 11472, 19797), and (v) RB Merchants LLC, YPF Merchants LLC and Merchants Owner LLC (Claims 19571) was adjourned to the January 28, 2026 omnibus hearing. This matter will not be going forward unless otherwise directed by the Court.

**MATTER GOING FORWARD**

5.    Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction (Filed August 1, 2025) [Docket No. 1521]

    Related Documents:

        (a)    Notice of Hearing on Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction (Filed December 15, 2025) [Docket No. 1884]

    Objection Deadline:    January 6, 2026 at 4:00 p.m. (ET).

    Responses Received:

        (a)    Limited Objection to Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction [D.I. 1521] (Filed January 6, 2026) [Docket No. 1931]

        (b)    Reply in Support of the Motion of Maria Margarita Aguilar Martinez for Relief from the Plan Injunction (Filed January 8, 2026) [Docket No. 1936]

    Status:    This matter will be going forward.

**STATUS CONFERENCE**

6.    Memorandum Order regarding Advantus Corp., *et al*. v. Prendergast, *et al*. (Entered December 15, 2025) [Adv. Proceeding No. 25-52463] [Adv. Docket No. 1]

    Related Document:

        (a)    Letter to the Honorable Craig T. Goldblatt, U.S.B.J to Request a Status Conference at the Joann Wind-Down Debtors' January 13, 2026 Omnibus Hearing (Filed December 16, 2025) [Adv. Docket No. 3]

    Status:    This matter will be going forward as a status conference.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 9, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:   preilley@coleschotz.com
   snewman@coleschotz.com
   jdougherty@coleschotz.com
   mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:   cwick@hahnlaw.com
   pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*