IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Jeffrey J. Masters of Morgan, Lewis & Bockius LLP to represent Defendants Michael Prendergast and Jeffrey Dwyer in this case.

Dated: January 9, 2026  /s/ *Jody C. Barillare*
Wilmington, DE  Jody C. Barillare (Bar No. 5107)
  MORGAN, LEWIS & BOCKIUS LLP
  1201 N. Market Street, Suite 2201
  Wilmington, DE 19801
  Email: jody.barillare@morganlewis.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC* VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New Jersey and the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 9, 2026   /s/ *Jeffrey J. Masters*
  Jeffrey J. Masters
  MORGAN, LEWIS & BOCKIUS LLP
  2222 Market Street
  Philadelphia, PA 19103
  Email: jeffrey.masters@morganlewis.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.