**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Cases No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

      I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

      On December 19, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the list of parties attached hereto as **<u>Exhibit A</u>**:

- GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims) [Docket No. 1836]

- Amended Notice of GUC Trust's First Omnibus (Non-Substantive) Objection to Certain Claims (No Liability and Duplicate Claims) [Docket No. 1840]

      On December 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Textile Creations Inc, (ADRID: 29972613), 8B South Gold Drive, Hamilton, NJ 08691:

- GUC Trust's Second Omnibus (Non-Substantive) Objection to Certain Claims (Amended Claims) [Docket No. 1838]

      On December 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Blue Yonder, Inc., (ADRID: 30533963), Daniel J. Maynard, 10620 Treena St, San Diego, CA 92131:

- GUC Trust's Third Omnibus (Non-Substantive) Objection to Certain Claims (Late Filed Claims) [Docket No. 1839]

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: January 9, 2026

                                                                                   */s/ Paul Pullo*
                                                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 9, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

## Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30295130 | American Crafts | 517 Crofton Street Southeast, | | | Grand Rapids | MI | 49507 |
| 30224283 | Rosenthal & Rosenthal, Inc. | Attn: Melinda DeJesus | 300 Park Avenue | Suite 1401 | New York | NY | 10022 |