Joann Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Jody | Barillare | Morgan, Lewis & Bockius LLP | Defendants Michael Prendergast and Jeffrey Dwyer | Video and Audio |
| Frank | Griffin | Grant & Eisenhofer, P.A. | Plaintiffs | Video and Audio |
| Jeffrey | Masters | Morgan, Lewis & Bockius LLP | Defendants Michael Prendergast and Jeffrey Dwyer | Video and Audio |
| Gordon | Novod | Grant & Eisenhofer P.A. | Plaintiffs | Video and Audio |
| William | Arnault | KIRKLAND & ELLIS LLP | Wind-Down Debtors | Video and Audio |
| Jody | Barillare | Morgan, Lewis & Bockius LLP | Defendants Michael Prendergast and Jeffrey Dwyer | Video and Audio |
| Connie | Choe | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Shari | Dwoskin | Brown Rudnick LLP | | Audio Only |
| Charles | Fendrych | Kelley Drye | | Audio Only |
| Douglas | Gooding | CHOATE, HALL & STEWART LLP | Liberty Mutual Insurance Company | Video and Audio |
| Uday | Gorrepati | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Jacob | Lang | CHOATE, HALL & STEWART LLP | Liberty Mutual Insurance Company | Video and Audio |
| Jeffrey | Masters | Morgan, Lewis & Bockius LLP | Defendants Michael Prendergast and Jeffrey Dwyer | Video and Audio |
| James | McCauley | Richards, Layton & Finger | | Video and Audio |
| Maeghan | McLoughlin | | | Video and Audio |
| James | ONeill | Pachulski Stang Ziehl & Jones LLP | GUC Trust | Video and Audio |
| Jason | Rawnsley | Richards, Layton & Finger, P.A. | Heather Holody, Michael Kennedy, Melissa Bowers & | Video and Audio |
| T. Daniel | Reynolds | Jones Day | Heather Holody, Michael Kennedy & Melissa Bowers | Video and Audio |
| Dana | Robbins-Boehner | Burr & Forman LLP | CTO Realty | Video and Audio |
| Zachary | Shapiro | Richards, Layton & Finger, P.A. | Heather Holody, Michael Kennedy, Melissa Bowers & | Video and Audio |
| Philip | Stovall | Hahn Loeser & Parks LLP | Plan Administrator | Video and Audio |
| Ellsworth | Summers | Burr & Forman LLP | CTO Realty | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Northgate/Brookside | Video and Audio |
| Christopher | Wick | Hahn Loeser & Parks LLP | Plan Administrator | Video and Audio |
| Blanka | Wolfe | | | Audio Only |

Michael FitzPatrick    Plan administrator