**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**JOINT STIPULATION REGARDING
CLAIMS OF B33 SHOPS AT CENTERPOINT III LLC**

Ann Aber, the Plan Administrator, for and on behalf of the Debtors (collectively, "Debtors"), and B33 Shops at Centerpoint III LLC ("Landlord" and together with the Debtors, collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation") as to the following:

1. The Landlord's lease was rejected effective May 31, 2025.

2. On or about August 6, 2025, Landlord filed a Proof of Claim designated as Claim No. 19765. Claim No. 19765 asserts a claim totaling $39,269 as an administrative expense claim.

3. Claim No. 19765 has been partially paid, pending receipt of appropriate documentation, which was recently provided to the Plan Administrator following the filing of an objection by the Plan Administrator.

4. Plan Administrator and Landlord hereby agree to resolve the remaining amounts owed in Claim No. 19765 by the allowance and payment of $8,448.61 as an administrative expense claim, and further agree that upon Landlord's receipt of such payment, Claim No. 19765 shall be deemed withdrawn with prejudice.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

5. This Stipulation resolves *Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [Docket No. 1860] (the "Overstated Objection") solely as to Claim No. 19765.  The Parties stipulate and agree that the Plan Administrator may prepare and submit any order in respect of the Overstated Objection that is consistent with this Stipulation.

6. Nothing contained herein constitutes the allowance of any unsecured claim of Landlord. In addition, the Landlord has another claim in this bankruptcy case involving rejection damages.  The Stipulation only addresses Claim No. 19765 and does not impact its rejection damage claim.

STIPULATED and AGREED this 9th day of January, 2026:

[*Signature Page Follows*]

Dated: January 9, 2026
Wilmington, Delaware

                                              */s/ Patrick J. Reilley*
                                              **COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
mfitzpatrick@coleschotz.com

- and –

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*


                                              */s/ Michelle E. Shriro*
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Rd., Suite 140
Addison, TX 75001
Tel: (972) 380-5533
Email: mshriro@singerlevick.com

*Counsel to B33 Shops at Centerpoint III LLC*

3