## Schedule 1

**Unliquidated Claims**

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 1 - Unliquidated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Disposition | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 4 | New York State Department of Labor | 961 | Jo-Ann Stores, LLC | 2/24/2025 | Unliquidated | Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 5 | RMAF IA, LLC | 18728 | JOANN Inc. | 6/11/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |
| 7 | Smart Cienega SPE, LLC | 18725 | JOANN Inc. | 6/11/2025 | Unliquidated | Administrative Priority | Disallowed in its entirety | The proof of claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, the Plan Administrator is unaware of any outstanding obligations to such claimant that may be the basis of such asserted claim |