**Schedule 2**

**Overstated Claims**

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | | Modified Claim Amount | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 4 | Blum Boulders Associates I, LLC | 19359 | Jo-Ann Stores, LLC | 7/11/2025 | Secured $0.00<br>Admin $13,413.93<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $273,391.62<br>Total $286,805.55 | | Secured $0.00<br>Admin $11,125.28<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $273,391.62<br>Total $284,516.90 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 9 | Carwood Skypark, LLC | 18716 | JOANN Inc. | 6/13/2025 | Secured $0.00<br>Admin $14,094.70<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $336,222.70<br>Total $350,317.40 | | Secured $0.00<br>Admin $11,758.56<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $336,222.70<br>Total $347,981.26 | | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | | Modified Claim Amount | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 12 | Concord Retail Partners, L.P. | 17165 | Jo-Ann Stores, LLC | 5/20/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$2,517.97<br>$0.00<br>$0.00<br>$166,134.16<br>$168,652.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$2,371.86<br>$0.00<br>$0.00<br>$166,134.16<br>$168,506.02 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 13 | Del Amo Fashion Center Operating Company L.L.C. | 18627 | Jo-Ann Stores, LLC | 6/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,779.06<br>$0.00<br>$0.00<br>$1,084,847.43<br>$1,086,626.49 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$343.38<br>$0.00<br>$0.00<br>$1,084,847.43<br>$1,085,190.81 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. NOTE: As of the filing of this Objection, the general unsecured (GUC) portion of this claim is subject to a pending objection filed by the GUC Trust. See Docket No. 1836. |
| 14 | FOF 1073 LLC | 19061 | Jo-Ann Stores, LLC | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$27,671.09<br>$0.00<br>$0.00<br>$0.00<br>$27,671.09 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$25,646.36<br>$0.00<br>$0.00<br>$0.00<br>$25,646.36 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 16 | Holobeam, Inc. | 19000 | Jo-Ann Stores, LLC | 6/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$39,821.43<br>$0.00<br>$0.00<br>$1,215.53<br>$41,036.96 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$27,111.10<br>$0.00<br>$0.00<br>$1,215.53<br>$28,326.63 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 18 | La Habra Westridge Partners, L.P. | 10393 | Jo-Ann Stores, LLC | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$56,661.36<br>$0.00<br>$0.00<br>$46,776.10<br>$103,437.46 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$29,646.61<br>$0.00<br>$0.00<br>$46,776.10<br>$76,422.71 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 19 | MANN ENTERPRISES, INC. | 19091 | Jo-Ann Stores, LLC | 6/19/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$43,199.33<br>$0.00<br>$0.00<br>$829,219.96<br>$872,419.29 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$35,800.58<br>$0.00<br>$0.00<br>$829,219.96<br>$865,020.54 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 20 | McGrath-RHD Partners, L.P. | 18885 | JOANN Inc. | 6/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$37,802.60<br>$0.00<br>$0.00<br>$265,153.10<br>$302,955.70 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$18,312.39<br>$0.00<br>$0.00<br>$265,153.10<br>$283,465.49 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |

JOANN Inc. Case No. 25-10068
Seventeenth (Substantive) Claims Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | | Modified Claim Amount | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 21 | Milan Real Estate Investments, LLC | 19045 | Jo-Ann Stores, LLC | 6/27/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$36,842.50<br>$0.00<br>$0.00<br>$264,133.44<br>$300,975.94 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$18,232.71<br>$0.00<br>$0.00<br>$264,133.44<br>$282,366.15 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 24 | Realty Income Corporation | 19689 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$22,356.07<br>$0.00<br>$0.00<br>$428,497.68<br>$450,853.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$4,055.14<br>$0.00<br>$0.00<br>$428,497.68<br>$432,552.82 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 25 | Rochester Crossing, LLC | 11708 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$9,783.82<br>$0.00<br>$0.00<br>$230,919.35<br>$240,703.17 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,529.54<br>$0.00<br>$0.00<br>$230,919.35<br>$239,448.89 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 26 | Rouse Companies, LLC | 11759 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$16,898.64<br>$0.00<br>$0.00<br>$0.00<br>$16,898.64 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$12,674.00<br>$0.00<br>$0.00<br>$0.00<br>$12,674.00 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |
| 28 | Spirit Master Funding IV, LLC | 19544 | Jo-Ann Stores, LLC | 7/22/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$39,878.13<br>$0.00<br>$0.00<br>$833,721.29<br>$873,599.42 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$6,934.18<br>$0.00<br>$0.00<br>$833,721.29<br>$840,655.47 | The claim includes amounts not properly chargeable to the applicable Debtor under the relevant lease or related documents and/or includes obligations that were previously satisfied. The modified administrative claim amounts reflect the amount that, based on the Debtors' books and records, and the Plan Administrator's review of the relevant lease and other documents, were properly chargeable to the Debtor, remain outstanding, and are entitled to administrative expense status. |