**Schedule 1**

**Superseded Claims**

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | SURVIVING CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 700 Alma Investments, LLC | Lease - Real Estate | 4121 | 3/26/2025 | $9,649.26 | 19261 | 7/6/2025 | $380,409.98 |
| 4 | Arsenal Plaza Associates, LLC | Lease - Real Estate | 4751 | 3/12/2025 | $29,043.58 | 18369 | 6/6/2025 | $245,997.99 |
| 5 | ASL Investments LLC | Lease - Real Estate | 10641 | 4/1/2025 | $46,477.82 | 17979 | 5/28/2025 | $257,424.77 |
| 6 | B&B South Plaza Holding, LLC | Lease - Real Estate | 10892 | 4/4/2025 | $58,068.75 | 18981 | 6/25/2025 | $685,716.00 |
| 7 | Birch Run Station, LLC | Lease - Real Estate | 10413 | 4/3/2025 | $80,490.35 | 18936 | 6/22/2025 | $1,784,115.79 |
| 8 | Birch Run Station, LLC | Lease - Real Estate | 10070 | 4/1/2025 | $76,849.49 | 18936 | 6/22/2025 | $1,784,115.79 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | SUPERSEDED CLAIMS | | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | CLAIM TYPE | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 9 | Cafolla, Wendy | Employee | 19333 | 7/8/2025 | $4,545.00 | 19412 | 7/9/2025 | $4,545.00 |
| 10 | Central Appraisal District of Taylor County | Tax | 44 | 1/27/2025 | $11,081.98 | 421 | 2/12/2025 | $5,804.85 |
| 11 | Central Appraisal District of Taylor County | Tax | 421 | 2/12/2025 | $5,804.85 | 20211 | 10/13/2025 | $6,119.21 |
| 12 | City of El Paso | Tax | 390 | 1/22/2025 | $39,054.22 | 12413 | 4/7/2025 | $19,527.11 |
| 13 | City of Frisco | Tax | 3 | 1/27/2025 | $7,781.70 | 19399 | 7/17/2025 | $3,833.92 |
| 14 | City of Greeley | Tax | 20029 | 9/8/2025 | $2,464.68 | 20028 | 9/8/2025 | $2,464.68 |
| 15 | City of Houston | Tax | 489 | 2/10/2025 | $14,874.64 | 19268 | 7/7/2025 | $7,437.32 |
| 16 | City of Houston | Tax | 295 | 2/10/2025 | $6,376.05 | 19665 | 7/29/2025 | $3,339.84 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 17 | City of Humble | Tax | 485 | 2/10/2025 | $4,723.42 | 19265 | 7/7/2025 | $2,361.71 |
| 18 | City of Waco and/or Waco ISD | Tax | 47 | 1/27/2025 | $11,474.70 | 419 | 2/12/2025 | $6,010.56 |
| 19 | City of Waco and/or Waco ISD | Tax | 419 | 2/12/2025 | $6,010.56 | 20209 | 10/13/2025 | $5,813.54 |
| 20 | Coconut Point Town Center, LLC | Lease - Real Estate | 9820 | 4/3/2025 | $516,235.68 | 15766 | 5/1/2025 | $482,231.54 |
| 21 | Columbia Mall Partnership | Lease - Real Estate | 9784 | 4/3/2025 | $698,157.53 | 18358 | 6/6/2025 | $713,124.16 |
| 22 | Comptroller of Maryland | Tax | 19994 | 9/4/2025 | $315,709.00 | 19995 | 9/4/2025 | $315,709.00 |
| 23 | County of Orange Treasurer-Tax Collector | Tax | 1632 | 3/7/2025 | $46,116.73 | 7480 | 3/26/2025 | $53,675.72 |
| 24 | Crossroads of Roseville 2023, LLC | Lease - Real Estate | 9272 | 4/2/2025 | $909,765.93 | 18967 | 6/25/2025 | $844,910.88 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | SURVIVING CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | Crossroads of Roseville 2023, LLC | Lease - Real Estate | 10057 | 4/1/2025 | $909,765.93 | 18967 | 6/25/2025 | $844,910.88 |
| 26 | Cypress-Fairbanks ISD | Tax | 500 | 2/10/2025 | $6,124.02 | 19272 | 7/7/2025 | $3,062.01 |
| 27 | Cypress-Fairbanks ISD | Tax | 488 | 2/10/2025 | $4,054.48 | 19269 | 7/7/2025 | $2,027.24 |
| 28 | D & H Hawley LLC | Lease - Real Estate | 10488 | 4/3/2025 | $52,566.63 | 18128 | 5/30/2025 | $150,959.92 |
| 29 | D & H Hawley LLC | Lease - Real Estate | 18154 | 5/30/2025 | $150,959.92 | 18128 | 5/30/2025 | $150,959.92 |
| 30 | Dallas County | Tax | 26 | 1/27/2025 | $123,219.40 | 19398 | 7/17/2025 | $64,806.25 |
| 31 | DCTN3 509 Panama City FL, LLC | Lease - Real Estate | 19159 | 6/30/2025 | $132,686.96 | 20222 | 10/16/2025 | $190,638.00 |
| 32 | DCTN3 509 Panama City FL, LLC | Lease - Real Estate | 11835 | 4/3/2025 | $101,016.04 | 19159 | 6/30/2025 | $132,686.96 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | | SUPERSEDED CLAIMS | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | CLAIM TYPE | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 33 | DCTN3 509 Panama City FL, LLC | Lease - Real Estate | 8270 | 4/2/2025 | $89,223.68 | | 19159 | 6/30/2025 | $132,686.96 |
| 34 | Del Amo Fashion Center | Lease - Real Estate | 9715 | 4/3/2025 | $1,173,785.16 | | 18627 | 6/6/2025 | $1,086,626.49 |
| 35 | DiTullio, Christopher | Employee | 3958 | 3/26/2025 | $765,000.00 | | 4152 | 3/26/2025 | $765,000.00 |
| 36 | Eckert, Deborah | Employee | 19448 | 7/14/2025 | $8,023.00 | | 19677 | 7/15/2025 | $8,023.00 |
| 37 | Ector CAD | Tax | 350 | 1/28/2025 | $7,643.48 | | 432 | 2/13/2025 | $3,821.74 |
| 38 | Elijah List Ministries, Inc. | Lease - Real Estate | 9088 | 4/2/2025 | $47,033.58 | | 18926 | 6/23/2025 | $142,507.40 |
| 39 | Ellis County | Tax | 30 | 1/27/2025 | $11,274.30 | | 19431 | 7/17/2025 | $5,062.70 |
| 40 | EQYInvest Owner II, Ltd., LLP | Lease - Real Estate | 17866 | 5/27/2025 | $163,541.01 | | 19656 | 7/28/2025 | $173,500.01 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 41 | EQYInvest Owner II, Ltd., LLP | Lease - Real Estate | 10439 | 4/1/2025 | $11,754.19 | 19656 | 7/28/2025 | $173,500.01 |
| 42 | FacilitySource LLC dba CBRE Retail & Multi-Site | Trade | 11714 | 4/4/2025 | $1,029,165.78 | 18260 | 6/2/2025 | $1,029,165.78 |
| 43 | Fort Bend County | Tax | 587 | 2/10/2025 | $10,368.66 | 19271 | 7/7/2025 | $5,184.33 |
| 44 | Fountains SC, LLC | Lease - Real Estate | 10503 | 4/3/2025 | $200,592.20 | 18229 | 5/29/2025 | $621,338.47 |
| 45 | Fountains SC, LLC | Lease - Real Estate | 10583 | 4/4/2025 | $200,592.20 | 18229 | 5/29/2025 | $621,338.47 |
| 46 | Gavora, Inc. | Lease - Real Estate | 11293 | 4/4/2025 | $45,781.95 | 19235 | 7/7/2025 | $477,373.70 |
| 48 | Golden Ace Industrial Co., Ltd | Trade | 487 | 2/7/2025 | $90,136.21 | 149 | 1/23/2025 | $90,136.21 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | SURVIVING CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 49 | Grayson County | Tax | 215 | 2/4/2025 | $16,898.24 | 19437 | 7/17/2025 | $8,866.16 |
| 50 | Harford County, Maryland | Tax | 18295 | 6/2/2025 | $926.75 | 19886 | 8/21/2025 | $0.00 |
| 51 | Harris Co ESD #09 | Tax | 586 | 2/10/2025 | $149.22 | 19270 | 7/7/2025 | $74.61 |
| 52 | Harris Co ESD #47 | Tax | 584 | 2/10/2025 | $776.36 | 19275 | 7/8/2025 | $388.18 |
| 53 | Hidalgo County | Tax | 495 | 2/7/2025 | $38,623.42 | 19512 | 7/15/2025 | $19,311.71 |
| 54 | HK New Plan ERP Property Holdings, LLC | Lease - Real Estate | 18916 | 6/24/2025 | $27,296.74 | 19374 | 7/15/2025 | $0.00 |
| 55 | Holobeam, Inc. | Lease - Real Estate | 11701 | 4/4/2025 | $40,525.55 | 19000 | 6/26/2025 | $41,036.96 |
| 56 | Houston Comm Coll System | Tax | 497 | 2/10/2025 | $2,755.62 | 19264 | 7/7/2025 | $1,377.81 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | SURVIVING CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 57 | Houston ISD | Tax | 585 | 2/10/2025 | $24,876.54 | 19277 | 7/8/2025 | $12,438.27 |
| 58 | Humble Independent School District | Tax | 63 | 1/28/2025 | $20,963.18 | 19664 | 7/29/2025 | $10,980.66 |
| 59 | IBM CORP | Trade | 17644 | 5/23/2025 | $400,507.65 | 19939 | 8/27/2025 | $605,632.63 |
| 61 | Jefferson County | Tax | 501 | 2/10/2025 | $14,446.74 | 19266 | 7/7/2025 | $7,223.37 |
| 62 | Katy ISD | Tax | 617 | 2/10/2025 | $8,754.62 | 19267 | 7/7/2025 | $4,377.31 |
| 63 | Lafayette II, Kenneth J. | Litigation | 12818 | 4/4/2025 | $297,000,000.00 | 12815 | 4/4/2025 | $297,000,000.00 |
| 64 | Lewisville ISD | Tax | 49 | 1/27/2025 | $24,850.46 | 19438 | 7/17/2025 | $12,425.23 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | | SUPERSEDED CLAIMS | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | CLAIM TYPE | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 65 | Lone Star College System | Tax | 481 | 2/10/2025 | $2,345.12 | 19263 | 7/7/2025 | $1,172.56 |
| 66 | Lone Star College System | Tax | 490 | 2/10/2025 | $606.26 | 19260 | 7/7/2025 | $303.13 |
| 67 | Madison Victory Group, LLC | Lease - Real Estate | 5460 | 3/27/2025 | $108,265.94 | 19036 | 6/30/2025 | $553,960.23 |
| 68 | McLennan County | Tax | 483 | 2/7/2025 | $2,736.88 | 19420 | 7/15/2025 | $1,368.44 |
| 69 | MDR Dover Limited Partnership, a Delaware limited partnership | Lease - Real Estate | 10962 | 4/4/2025 | $32,098.05 | 19068 | 6/30/2025 | $257,395.40 |
| 70 | Miami Dade Office of the Tax Collector (Bourne) | Tax | 19971 | 9/2/2025 | $5,418.78 | 20072 | 9/15/2025 | $5,418.78 |
| 71 | Mobile Festival Acquisition LLC | Lease - Real Estate | 10444 | 4/2/2025 | $126,883.38 | Docket No. 1766 | 7/31/2025 | $48,475.62 |
| 72 | Mobile Festival Acquisition LLC | Lease - Real Estate | 19534 | 7/21/2025 | $48,475.62 | Docket No. 1766 | 7/31/2025 | $48,475.62 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 73 | Montgomery County | Tax | 499 | 2/10/2025 | $14,232.80 | 19278 | 7/7/2025 | $7,116.40 |
| 74 | Montgomery Realty Group LLC | Lease - Real Estate | 10356 | 4/3/2025 | $165,942.66 | 19619 | 7/24/2025 | $179,874.75 |
| 75 | NNN REIT, LP | Lease - Real Estate | 11620 | 4/2/2025 | $544.37 | 19525 | 7/21/2025 | $438,442.61 |
| 76 | NNN Reit, LP | Lease - Real Estate | 11666 | 4/2/2025 | $85,098.81 | 19527 | 7/21/2025 | $418,076.65 |
| 77 | Northgate Retail Partners, successor in interest to Northgate Limited Liability | Lease - Real Estate | 11849 | 4/4/2025 | $439,350.81 | 18915 | 6/20/2025 | $439,350.81 |
| 78 | OH Waterville LLC | Lease - Real Estate | 10562 | 4/2/2025 | $7,756.41 | 19129 | 6/30/2025 | $271,874.88 |
| 79 | OOCL (USA) Inc. | Trade | 12135 | 4/7/2025 | $292,923.00 | 18239 | 6/3/2025 | $5,843,472.00 |
| 80 | Oxford Valley Road Associates | Lease - Real Estate | 293 | 1/31/2025 | $38,553.02 | 472 | 2/17/2025 | $38,553.02 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 81 | Oxford Valley Road Associates | Lease - Real Estate | 472 | 2/17/2025 | $38,553.02 | 18310 | 6/4/2025 | $572,651.47 |
| 82 | Paramount Home Collections PVT LTD | Trade | 11992 | 4/4/2025 | $478,641.62 | 12816 | 4/11/2025 | $478,643.61 |
| 83 | Parkview Plaza Associates I, L.L.C. | Lease - Real Estate | 10500 | 4/3/2025 | $38,656.03 | 18751 | 6/16/2025 | $327,826.25 |
| 84 | Pinal County Treasurer | Tax | 1417 | 2/20/2025 | $361.74 | 1311 | 2/20/2025 | $361.74 |
| 85 | Polaris Towne Center SC, LLC | Lease - Real Estate | 10202 | 4/3/2025 | $1,034.04 | 18717 | 6/13/2025 | $850,481.19 |
| 86 | Polaris Towne Center SC, LLC | Lease - Real Estate | 10687 | 4/4/2025 | $986.19 | 18717 | 6/13/2025 | $850,481.19 |
| 87 | Ribblr Ltd | Trade | 11887 | 4/4/2025 | $593,097.84 | 16361 | 5/5/2025 | $633,697.84 |
| 88 | Ribblr Ltd | Trade | 1784 | 3/13/2025 | $550,675.71 | 16361 | 5/5/2025 | $633,697.84 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | | SUPERSEDED CLAIMS | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | CLAIM TYPE | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 89 | Rockwall CAD | Tax | 57 | 1/27/2025 | $8,033.96 | | 19439 | 7/17/2025 | $3,779.17 |
| 90 | Rosenthal & Rosenthal, Inc. | Trade | 18387 | 6/5/2025 | $1,883.60 | | 18625 | 6/5/2025 | $1,883.60 |
| 91 | RVA West Broad, LLC | Lease - Real Estate | 11908 | 4/4/2025 | $62,471.07 | | 19175 | 6/30/2025 | $277,217.60 |
| 92 | Salesforce, Inc. | Trade | 10128 | 3/31/2025 | $20,644,882.40 | | 19226 | 7/3/2025 | $20,290,491.04 |
| 93 | Sekella, Scott | Employee | 3953 | 3/26/2025 | $616,365.00 | | 3963 | 3/26/2025 | $616,365.00 |
| 94 | Shasta County Tax Collector | Tax | 12175 | 4/7/2025 | $6,735.41 | | 12411 | 4/7/2025 | $6,735.41 |
| 95 | Shelby Town Center I, LLC | Lease - Real Estate | 5258 | 3/13/2025 | $65,834.59 | | 19069 | 6/28/2025 | $456,002.37 |
| 96 | Shelby Town Center I, LLC | Lease - Real Estate | 10719 | 4/4/2025 | $67,323.23 | | 19069 | 6/28/2025 | $456,002.37 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | SURVIVING CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 97 | Smith County | Tax | 43 | 1/27/2025 | $19,966.00 | 19443 | 7/17/2025 | $9,983.00 |
| 98 | Spirit Master Funding IV, LLC | Lease - Real Estate | 19579 | 7/23/2025 | $631,016.62 | 19544 | 7/22/2025 | $873,599.42 |
| 99 | Spring Branch Independent School District | Tax | 298 | 2/10/2025 | $6,850.89 | 19666 | 7/29/2025 | $3,588.56 |
| 100 | State of Florida - Department of Revenue | Tax | 11643 | 4/7/2025 | $68.39 | 14830 | 4/25/2025 | $0.00 |
| 101 | State of Florida - Department of Revenue | Tax | 4959 | 3/11/2025 | $30.00 | 11924 | 4/7/2025 | $0.00 |
| 102 | State of New Jersey Division of Taxation | Tax | 892 | 3/3/2025 | $152,000.00 | 18659 | 6/16/2025 | $156,000.00 |
| 103 | Summit Towne Centre, Inc. | Lease - Real Estate | 19135 | 6/30/2025 | $613,531.79 | 18956 | 6/25/2025 | $613,531.79 |
| 104 | Tarrant County | Tax | 32 | 1/27/2025 | $129,622.00 | 19442 | 7/17/2025 | $64,811.00 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 105 | Tennessee Department of Revenue | Tax | 10446 | 4/3/2025 | $115,089.00 | 19758 | 7/31/2025 | $96,019.38 |
| 106 | Tennessee Department of Revenue | Tax | 10183 | 4/3/2025 | $41,902.00 | 19757 | 7/31/2025 | $101,554.95 |
| 107 | Tennessee Department of Revenue | Tax | 11803 | 4/4/2025 | $131.26 | 19746 | 7/31/2025 | $2,286.00 |
| 108 | Texas Comptroller Of Public Accounts | Tax | 14081 | 4/14/2025 | $291,359.80 | 19977 | 8/28/2025 | $238,055.59 |
| 109 | Texas Comptroller Of Public Accounts | Tax | 14082 | 4/14/2025 | $291,359.80 | 19978 | 8/28/2025 | $238,055.59 |
| 110 | Texas Comptroller Of Public Accounts | Tax | 14083 | 4/14/2025 | $291,359.80 | 19976 | 8/28/2025 | $238,055.59 |
| 111 | Texas Comptroller of Public Accounts on Behalf of the State of Texas and Local Sales Tax Jurisdictions | Tax | 19191 | 6/27/2025 | $286,306.13 | 19830 | 8/11/2025 | $281,195.66 |
| 112 | The County of Brazos, Texas | Tax | 53 | 1/27/2025 | $16,403.62 | 555 | 2/21/2025 | $8,592.38 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | SURVIVING CLAIMS CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 113 | The County of Brazos, Texas | Tax | 555 | 2/21/2025 | $8,592.38 | 20231 | 10/20/2025 | $16,386.17 |
| 114 | The County of Comal, Texas | Tax | 50 | 1/27/2025 | $9,794.06 | 422 | 2/12/2025 | $5,130.23 |
| 115 | The County of Denton, Texas | Tax | 29 | 1/27/2025 | $31,529.99 | 420 | 2/12/2025 | $16,515.72 |
| 116 | The County of Denton, Texas | Tax | 420 | 2/12/2025 | $16,515.72 | 20210 | 10/13/2025 | $16,037.09 |
| 117 | The County of Williamson, Texas | Tax | 24 | 1/27/2025 | $20,563.45 | 418 | 2/12/2025 | $10,771.34 |
| 118 | The County of Williamson, Texas | Tax | 418 | 2/12/2025 | $10,771.34 | 20208 | 10/13/2025 | $8,710.54 |
| 119 | Tony Sammut Investments, Manager for Landlord Anthony Sammut And Christine Sammut, As Trustees of The Anthony & Christine Sammut Revocable Trust Uta Dated 2/14/1992 | Lease - Real Estate | 12025 | 4/1/2025 | $40,934.23 | 19081 | 6/23/2025 | $302,219.50 |
| 120 | Town of Brookfield - Tax Collector | Tax | 7936 | 3/31/2025 | $10,565.63 | 17579 | 5/20/2025 | $21,348.84 |

JOANN Inc. Case No. 25-10068
Eighteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED CLAIMS | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 121 | U-Blaine Properties, LLC | Lease - Real Estate | 10960 | 4/4/2025 | $266,636.02 | 9809 | 4/3/2025 | $266,636.02 |
| 122 | U-Blaine Properties, LLC | Lease - Real Estate | 11844 | 4/4/2025 | $266,636.02 | 9809 | 4/3/2025 | $266,636.02 |
| 123 | Woo Jin Corp | Trade | 172 | 5/2/2025 | $721,261.34 | 15909 | 5/2/2025 | $360,630.67 |
| 124 | XTRA Lease LLC | Lease - Equipment | 11869 | 4/3/2025 | $192,624.19 | 18766 | 6/16/2025 | $273,719.55 |