## Schedule 1

**Late Filed Claims**

JOANN Inc. Case No. 25-10068
Nineteenth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Late-Filed Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | Bates, Lisa Marie | 20270 | JOANN Inc. | 11/3/2025 | $20.00 | Administrative Priority; 503(b)(9)Administrative Priority | $0.00 | This was a gift card claim. Claimant checked the box for a 503(b)(9) administrative priority. Claim was filed after the applicable Bar Date. |
| 2 | Blake, Danielle | 20042 | Jo-Ann Stores, LLC | 9/9/2025 | $50.00 | 503(b)(9) Administrative Priority | $0.00 | Gift card claim. Claim was filed after the applicable Bar Date. |
| 3 | Brennan, Jennifer | 20328 | JOANN Inc. | 11/19/2025 | $34.48 | 503(b)(9) Administrative Priority | $0.00 | This was a gift card claim. Claimant checked the box for a 503(b)(9) administrative priority. Claim was filed after the applicable Bar Date. |
| 4 | Dale, Chloe | 20273 | JOANN Inc. | 11/3/2025 | $17.00 | Secured; General Unsecured | $0.00 | Claim was filed after the applicable Bar Date. |
| 5 | Daugherty, Jenna | 20034 | JOANN Inc. | 9/8/2025 | $1,422.63 | Administrative Priority; 503(b)(1)(A) Administrative Priority | $0.00 | This is an employee wage claim for overtime claim. Claim was filed after the applicable Bar Date. |
| 6 | Giglio, Kelley | 20097 | JOANN Inc. | 9/11/2025 | $50.00 | 503(b)(9) Administrative Priority | $0.00 | Gift card claim. Claim was filed after the applicable Bar Date. |
| 7 | Kridler, MaryAnn | 20175 | JOANN Inc. | 10/7/2025 | $100.00 | 503(b)(9) Administrative Priority | $0.00 | Gift card claim. Claim was filed after the applicable Bar Date. |
| 8 | Mitchell, Maureen | 20041 | JOANN Inc. | 9/9/2025 | $25.00 | 503(b)(9) Administrative Priority | $0.00 | Gift card claim. Claim was filed after the applicable Bar Date. |
| 9 | Patrick, Lorraine | 20193 | JOANN Inc. | 10/7/2025 | $40.00 | Administrative Priority | $0.00 | Gift card claim. Claim was filed after the applicable Bar Date. |
| 11 | Wegmans Food Markets, Inc. | 20054 | Jo-Ann Stores, LLC | 9/11/2025 | $60,566.00 | Administrative Priority | $0.00 | Claim was filed after the applicable Bar Date. |
| 12 | Wilson, Erica | 20237 | JOANN Inc. | 10/23/2025 | $50.00 | 503(b)(9) Administrative Priority | $0.00 | Claim was filed after the applicable Bar Date. |