## Exhibit 1

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

## JOINT STIPULATION REGARDING CLAIMS OF NNN REIT, LP

Ann Aber, the Plan Administrator, for and on behalf of the Debtors (collectively, "Debtors"), and NNN REIT, LP ("Landlord" and together with the Debtors, collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation") as to the following:

1.      The Landlord's lease for non-residential real property located in Corpus Christi, Texas was rejected effective May 31, 2025.

2.      On July 21, 2025, the Landlord filed a Proof of Claim designated as Claim No. 19525. Claim No. 19525 asserts claims totaling $438,442.61, including administrative expense claims totaling $35,670.27 and unsecured claims totaling $402,772.34.

3.      On December 3, 2025, the Plan Administrator filed its *Seventeenth (Substantive) Omnibus Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [Docket No. 1860] (the "Overstated Objection").

4.      As of the date of filing of the Overstated Objection, the administrative portion of Claim No. 19525 had not been paid.  The Landlord reached out to the Plan Administrator to

---

[1]      The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

informally resolve the Overstated Objection and thereafter provided appropriate documentation, at the request of the Plan Administrator.

5.       On December 31, 2025, the Plan Administrator paid the administrative portion of Claim No. 19535 in the amount of $35,670.27 via ACH.

6.       The Plan Administrator and Landlord hereby agree to resolve the administrative claims set forth in Claim No. 19535 by the allowance and satisfaction of $35,670.27 as an administrative expense claim.  Accordingly, the administrative expense claims set forth in Claim No. 19525 shall be deemed satisfied and resolved.

7.       This Stipulation resolves Overstated Objection solely as to Claim No. 19525. The Parties stipulate and agree that the Plan Administrator may prepare and submit an order in respect of the Overstated Objection that is consistent with this Stipulation.

8.       Nothing contained herein constitutes the allowance of any unsecured claim of Landlord nor shall the Landlord waive any rights or defenses with respect to the unsecured portion of Claim No. 19525 or any claims filed by the Landlord against the estate.

STIPULATED and AGREED this 9th day of January, 2026:

[*Signature Page Follows*]

Dated: January 9, 2026
Wilmington, Delaware

/s/ Patrick J. Reilley
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
mfitzpatrick@coleschotz.com

- and –

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

**NNN REIT, Inc.**

/s/ Gina Steffens
Gina Steffens
450 S. Orange Ave., Suite 900
Orlando, FL 32801
Email: Gina.Steffens@nnnreit.com

*Counsel to NNN REIT, LP*