Fulton County Tax Commissioner's Office



January 6, 2025

U.S Bankruptcy Court-District of Delaware
824 North Market St
3rd Floor
Wilmington, DE 19801

    Re: JOANN Inc., Et Al.
      Chapter 11 Bankruptcy No. 25-10068
      Parcel Number(s): P00005738965

Dear Mr. Stephen L. Grant:

Regarding the subject matter referenced above please let this letter serve to inform you that the proof of claim filed by the Fulton County Tax Commissioner is paid-in-full. Any payments received following the discharge, dismissal and/or termination dates of this case will be returned.

If you have any questions regarding this matter, please telephone me at (404) 613-0049 or Kevies McBride at (404) 613-9001.

Sincerely,


Deondre Allen
Tax Tag Clerk II

cc: Patrick J. Reilley, Attorney for Debtor

*Current Tax Division*
141 Pryor Street, S.W., Suite 1113, Atlanta, Georgia 30303
Telephone (404) 613-6100, Fax (404) 734-6154



**TAX COMMISSIONER**
FULTON COUNTY, GEORGIA
141 PRYOR STREET, S.W.
ATLANTA, GEORGIA 30303



01/07/2(
034A 00

## U.S BANKRUPTCY COURT
## DISTRICT OF DELAWARE
824 MARKET ST, 3RD FLOOR
WILMINGTON, DE 19801

KBBZSAB 19801