**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:                                                 Case No. 25-10068-CTG
                                                             Chapter 11

JOANN Inc., et al

Debtor(s).

## NOTICE OF APPEARANCE

**Platte Purchase Plaza, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daire Pyle, Esq.**
**Stern & Eisenberg, PC**
**200 Biddle Avenue, Suite 107**
**Newark, DE 19702**


By:    /s/ Daire Pyle
        Daire Pyle, Esquire
        Bar No: 6895
        Stern & Eisenberg, PC
        200 Biddle Avenue, Suite 107
        Newark, DE 19702
        Phone: (302) 731-7200
        Fax: (302) 731-7211
        dpyle@sterneisenberg.com
        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 16th day of January, 2026, to the following:

| | |
|---|---|
| **JOANN Inc.**<br>5555 Darrow Road<br>Hudson, OH 44236<br>*aka* **Jo-Ann Stores Holdings Inc.**<br>*aka* **JOANN**<br>*aka* **Jo-Ann Fabrics and Crafts**<br>*Debtor(s)* | **Office of the U.S. Trustee**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>USTPRegion03.WL.ECF@USDOJ.GOV<br>*U.S. Trustee* |

**Michael E. Fitzpatrick**
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington
Wilmington, DE 1980
mfitzpatrick@coleschotz.com
*Attorney for Debtor*

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted pro hac vice)
Philip K. Stovall (admitted pro hac vice)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
cwick@hahnlaw.com
pstovall@hahnlaw.com
*Co-Counsel to the Plan Administrator*

**Kurt F. Gwynne, Esq.**
Jason D. Angelo, Esq.
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1.302.778.7500
Facsimile: +1.302.778.7575
Email: kgwynne@reedsmith.com
Email: jangelo@reedsmith.com
**Bank of America, N.A., in its capacity as administrative agent and collateral agent (the "Prepetition ABL Agent")**

**DLA Piper LLP**
Stuart Brown
1201 N Market St., Suite 2100 Wilmington, Delaware 19801 Email:
stuart.brown@us.dlapiper.com
**Attorneys for the FILO Agent**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Brenna A. Dolphin (No. 5604)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
 mharvey@morrisnichols.com
bdolphin@morrisnichols.com
**Ad Hoc Term Loan Group**

**Morris James LLP**
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643) Christopher M. Donnelly (DE Bar No. 7149) 500 Delaware Avenue, Suite 1500 Wilmington, DE 19801
Telephone:
(302) 888-6800
Facsimile: (302) 571-1750 E-mail: emonzo@morrisjames.com
bkeilson@morrisjames.com
cdonnelly@morrisjames.com
**Counsel to Wilmington Savings Fund Society, FSB, as Prepetition Term Loan Agent**

**CROSS & SIMON, LLC**
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901 Wilmington, DE 19801 Telephone: (302) 777-4200
E-mail: csimon@crosslaw.com
**Counsel to GA Joann Retail Partnership, LLC**

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (DE #5111)
Steven L. Walsh (DE #6499) 1313 North Market Street, Suite 1201 Wilmington, DE 19801
Telephone: (302) 442-7010 E-mail: jhoover@beneschlaw.com
swalsh@beneschlaw.com
**JOANN Liquidating Trust (the "GUC Trust"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC Trustee")**

By:    <u>/s/ Daire Pyle, Esquire</u>
        Daire Pyle