**Certification of Service**

I HEREBY CERTIFY that on January 16, 2026, copies of the foregoing Response to Objection to Claim were served upon the parties listed below via first class mail, postage prepaid:

| | |
|---|---|
| **JOANN Inc.**<br>5555 Darrow Road<br>Hudson, OH 44236<br>*aka Jo-Ann Stores Holdings Inc.*<br>*aka JOANN*<br>*aka Jo-Ann Fabrics and Crafts*<br>*Debtor(s)* | **Office of the U.S. Trustee**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>USTPRegion03.WL.ECF@USDOJ.GOV<br>*U.S. Trustee* |
| **Michael E. Fitzpatrick**<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington<br>Wilmington, DE 1980<br>mfitzpatrick@coleschotz.com<br>*Attorney for Debtor* | **HAHN LOESER & PARKS LLP**<br>Christopher B. Wick (admitted pro hac vice)<br>Philip K. Stovall (admitted pro hac vice)<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114<br>cwick@hahnlaw.com<br>pstovall@hahnlaw.com<br>*Co-Counsel to the Plan Administrator* |
| **Kurt F. Gwynne, Esq.**<br>Jason D. Angelo, Esq.<br>REED SMITH LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: +1.302.778.7500<br>Facsimile: +1.302.778.7575<br>Email: kgwynne@reedsmith.com<br>Email: jangelo@reedsmith.com<br>**Bank of America, N.A., in its capacity as administrative agent and collateral agent (the "Prepetition ABL Agent")** | **DLA Piper LLP**<br>Stuart Brown<br>1201 N Market St., Suite 2100 Wilmington, Delaware 19801 Email:<br>stuart.brown@us.dlapiper.com<br>**Attorneys for the FILO Agent** |
| **Morris James LLP**<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643) Christopher M. Donnelly (DE Bar No. 7149) 500 Delaware Avenue, Suite 1500 Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750 E-mail:<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br>cdonnelly@morrisjames.com<br>**Counsel to Wilmington Savings Fund Society, FSB, as Prepetition Term Loan Agent** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Brenna A. Dolphin (No. 5604)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>**Ad Hoc Term Loan Group**<br><br>**CROSS & SIMON, LLC**<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901 Wilmington, DE 19801 Telephone: (302) 777-4200<br>E-mail: csimon@crosslaw.com<br>**Counsel to GA Joann Retail Partnership, LLC** |

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (DE #5111)
Steven L. Walsh (DE #6499) 1313 North Market Street, Suite 1201 Wilmington, DE 19801
Telephone: (302) 442-7010 E-mail: jhoover@beneschlaw.com
swalsh@beneschlaw.com
**JOANN Liquidating Trust (the "GUC Trust"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC Trustee")**

I HEREBY CERTIFY that on January 16, 2026, copies of the foregoing Response to Objection to Claim were served upon the parties via e-filing upon those parties requesting service under R. 2002 and claimants whose claims are subject to this Objection.

Respectfully Submitted,

*/s/ Daire Pyle*
Kristi J. Doughty, Esquire (# 3826)
Daire Pyle, Esquire (#6895)
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Email: kdoughty@sterneisenberg.com
 dpyle@sterneisenberg.com
**Attorneys for Platte Purchase Plaza, LLC**