UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: JoAnn Inc.            Chapter 11

Case No. 25 - 10068 ( CTG )

GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Missouri Department of Revenue in this action: I am admitted to practice law in (court(s)) E.D.Mo, W.D.Mo, S.D. Tex, all Missouri state courts. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ James Treece, Special Asst. Attorney General

Agency/Organization
Name: Missouri Department of Revenue

Address: 301 West High Street
Jefferson City, MO 65105

Phone: (573) 751-5531

Email: james.treece@dor.mo.gov

Local Form 105A