# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| | ) | Chapter 11 |
| JOANN INC., | ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) | |

### MISSOURI DEPARTMENT OF REVENUE'S RESPONSE TO THE
### PLAN ADMINISTRATOR'S SECOND NOTICE OF SATISFACTION OF CLAIMS

The Missouri Department of Revenue ("MDOR") responds to the Plan Administrator's Second Notice of Satisfaction of Claims (the "Second Notice") as follows:

1. In the Second Notice, the Plan Administrator states that it has determined that the priority tax portions of claim nos. 79, 17318, 17393, 17395, 20276, have been paid in full.

2. MDOR admits that claim no. 79 has been paid in full and has withdrawn such claim.

3. MDOR admits that the priority portion of claim no. 17318 has been satisfied in full.

4. MDOR's books and records do not indicate that the priority portions of claim nos. 17393, 17395, or 20276 have been paid in part or in full.

5. The Plan Administrator's counsel extended MDOR's response deadline from January 13, 2026, the deadline provided in the Second Notice, to January 20, 2026, in order to give the plan administrator time to investigate and respond with proof of payment of the disputed claims.

6. MDOR is still awaiting the Plan Administrator's response.

WHEREFORE, MDOR denies that claim nos. 17393, 17395, and 20276 have been satisfied in part or in full and requests that claims agent not alter the designation of such claims on the claims register until the parties reach a resolution or a hearing is held by the Bankruptcy Court.

Catherine Hanaway, Attorney General
State of Missouri


By:   *James Treece*
James M. Treece, Mo. Bar # 65681
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
Jefferson City, MO  65105-0475
Phone: (573) 751-5531 | Fax: (573) 751-7232
E-Mail:  james.treece@dor.mo.gov
*Attorney for Department of Revenue*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing response was sent electronically to all parties receiving electronic notice on January 20, 2026.

By:   *James Treece*