**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Post-Confirmation Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF LOIZIDES, P.A. AND
CHRISTOPHER D. LOIZIDES AS COUNSEL TO MARIA MARGARITA AGUILAR
MARTINEZ AND REQUEST TO BE REMOVED FROM
THE COURT'S CM/ECF NOTIFICATION LIST**

PLEASE TAKE NOTICE that Loizides, P.A. and Christopher D. Loizides, hereby respectfully withdraw their appearance as counsel in the above-captioned case for all purposes including, without limitation, notice and service, for Maria Margarita Aguilar Martinez (the "Party"). Pursuant to Del. Bankr. L.R. 9010-2(b), undersigned counsel certifies that (a) the Party has no controversy pending before the Court and (b) the Party consents to withdrawal of counsel. Counsel requests that they also be removed from the Court's CM/ECF notification list.

Dated: January 20, 2026
Wilmington, Delaware

Respectfully submitted,

By: */s/ Christopher D. Loizides*
Christopher D. Loizides, Esq. (No. 3968)
LOIZIDES, P.A.
1225 King St., Suite 800
Wilmington, DE 19801

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Notice of Withdrawal of Appearance of Loizides, P.A. and Christopher D. Loizides as Counsel to Maria Margarita Aguilar Martinez 1.18.26.docx