MARIA K. PUM (Bar No. 120987)
maria.pum@procopio.com
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Creditor
Mann Enterprises Inc.

RECEIVED
2026 JAN 21  A 10: 18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

JOANN INC., *et al.*,

Debtors.[1]

Debtor.

Case No. 25-10068 (CTG)

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND SERVICE OF PAPERS**

(Joint Administration Requested)

(No hearing required.)

**PLEASE TAKE NOTICE** that Mann Enterprises Inc., *et al* ("Creditor") by its attorneys PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010, and Sections 102(1) and 342 of the Bankruptcy Code, and requests that copies of all notices and pleadings given, filed, or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Maria K. Pum
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
Email: maria.pum@procopio.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

1
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: January 15, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Maria K. Pum
Attorneys for Mann Enterprises, Inc.