* ATTN: To All Courts & Clerks (All filings Are Executed) Needs Filing
* (Official Motion From: Kenneth J. Lafayette II) Response To plan administrator.
* Seeking Judicial Review/Relief
* In The United States Bankruptcy Court for the District of Delaware:
* Chapter 11                                          January. 11, 2026
* Case # 25-10068 (CTG)
* In Re: Joann Inc. / Post Effective Date Debtor
* Response to Plan Administrator's (Ann Aber) Objection to claims:
* Notice of Appeal For Bankruptcy Case 25-10068 / sanctions for Fraud committed by debtors (collectively), plan administrator and all affiliates and associates of, also counsel and Co-counsel of debtors, plan administrator.
* Recusal/Removal of Plan Administrator for conflict/interest Breach of Contract/s, Material Breach, Due Process Violations Violation of Bankruptcy Rules and Procedures, 11 USC 707 Accounting Fraud, Violations of Statements of Financial Affairs, Unfair business practices, Employment Discrimination, Violations to creditor rights, Failure to resolve claim, Anti-trust law violations, Money Laundering, conspiracy.
* Motion to change venue / jurisdiction by creditor/ Kenneth Lafayette II
* Motion to Allow payment of Claims 12818/12815. / Under Absolute Priority Rule / Supremacy Clause.
* Motion for Request for all necessary relief to be granted to Kenneth J. Lafayette II. To prevent anymore damages. And Deprivation of Rights.
* Initial Brief/Response by Kenneth J. Lafayette II: (Absolute Priority Rule) (100% Shareholder) (Tax Representative) I'm requesting all relief under Rule/s (Federal Rules Bankruptcy Procedure)

Rules: 2016-1, 2016-2, 3011-1, 3011-2, 4001-1, 4001-3, 4003-1,
If you don't know rules go look them up. Then apply them
1003-1, 1014-1, 1015-1, 2002-1, 1017-2, 1017-3

The plan administrator is untruthful and a Fraud not to mention thief in the most respectful way. I request that my claims be paid and settled immediately to ensure justice is served under the constitution. Also requesting no more funds be passed around. Illegally. Until I receive payment. From all cases.

Kenneth J Lafayette II
OWNER.

*(Kenneth J. Lafayette II): Owner/President/C.E.O.

**Entity Information**

# LOYALTY AND FAMILY FOREVER LLC

• Submitted Registration

| Sep 4, 2026 |

*Expiration Date*

Unique Entity ID

*(Redacted)

CAGE/NCAGE

*(Redacted)

Physical Address

*(Redacted)

Mailing Address

**6023 Crystal DR Lot 62**
**Columbus, Georgia**
**31907-8052, United States**

Purpose of Registration
**All Awards**

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.
Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing. **For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.

**Type of Payee: Business Entity

Refund recipient only. Is the refund over $200? N/A

### Part 1 Payee Information
Line 1. Payee Name: Kenneth J. Lafayette II
Line 2. Additional payee information: (if applicable) N/A

### Part 2 Business Name (if different from above)
Loyalty and Family Forever LLC.

### Part 3 Enter only one TIN in the appropriate box. The TIN provided must match the name given in Part 1, Line 1.
EIN: ___-_____ or SSN: ____-__-4201

### Part 4 **Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.
S-Corporation

### Part 5 Mailing Address (where payments, orders, and IRS 1099 forms, as applicable, will be sent)
Street Address: 6023 Crystal Dr. Lot #62
City: Columbus       State: GA       Zip code: 31907
Point of Contact (if different from above):
Name: Kenneth J. Lafayette II / Owner/CEO/President       Phone #: 678-754-6209
Email: Foethouzandfilmzllc4@gmail.com

### Part 6 Electronic Funds Transfer (EFT) Information
Owner(s) name appearing on bank account: Kenneth J. Lafayette II
Bank Name: PNC Bank
Select an Account Type: Checking       Routing # (9 digits): [redacted]
Account number (do not include check number)
[redacted]

### Part 7 Additional Payees' Signatures
(if applicable for EFT payments)
By signing as a joint payee, you are authorizing the Judiciary to make a payment on your behalf to the bank account entered in Part 6.
Joint Payee(s) Signature(s): N/A

### Part 8 Certification of Account Holder
Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Payee Signature: [signed] Kenneth J. Lafayette II       Date: 12/29/2025

*Sensitive information must be securely maintained and only visible to designated staff.*

Bankruptcy (Case # 25-10068)   social security (case # 4:25 cv 00080)   employment Disc. (case # 4:25 cv 00046)





Kenneth J. Lafayette II/Loyalty and Family Forever
6023 Crystal Dr. Lot #62
Columbus, GA 31907

The United States Bankruptcy Court
District of Delaware
824 N. Market St.
3rd Floor
Wilmington, Delaware 19801