**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

## NOTICE OF CANCELLED HEARING

**PLEASE TAKE NOTICE** that the hearing in the above-captioned case, currently scheduled for January 28, 2026 at 10:00 a.m. (ET) (the "January 28th Hearing"), before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801, is **cancelled**. All matters scheduled for the January 28th Hearing are adjourned to the omnibus hearing scheduled for February 25, 2026 at 10:00 a.m. (ET).

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

| | |
|---|---|
| Dated: January 26, 2026<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Michael E. Fitzpatrick*<br>Patrick J. Reilley (No. 4451)<br>Stacy L. Newman (No. 5044)<br>Jack M. Dougherty (No. 6784)<br>Michael E. Fitzpatrick (No. 6797)<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: preilley@coleschotz.com<br>        snewman@coleschotz.com<br>        jdougherty@coleschotz.com<br>        mfitzpatrick@coleschotz.com<br><br>-and-<br><br>**HAHN LOESER & PARKS LLP**<br>Christopher B. Wick, Esquire (admitted *pro hac vice*)<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114<br>Telephone: (216) 621-0150<br>Facsimile: (216) 274-2488<br>cwick@hahnlaw.com<br><br>*Counsel for Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., et al.* |