**Schedule 1**

**Fully Satisfied Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Boone County Collector | 20483 | JOANN Inc. | 12/31/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $733.91 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $733.91 | Total | $0.00 | |
| 2 | California Department of Tax and Fee Administration | 18346 | Jo-Ann Stores, LLC | 6/2/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $55,056.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $55,056.00 | Total | $0.00 | |
| 3 | California Department of Tax and Fee Administration | 17229 | joann.com, LLC | 5/12/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $530,390.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $530,390.00 | Total | $0.00 | |
| 4 | Century Distribut Systesms, Incorporated | 19745 | JOANN Inc. | 7/30/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $10,141.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $10,141.00 | Total | $0.00 | |
| 5 | City of Waco and/or Waco ISD | 20209 | JOANN Inc. | 10/13/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,813.54 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,813.54 | Total | $0.00 | |
| 6 | Edwardsville Mall LP | 19771 | Jo-Ann Stores, LLC | 8/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $52,560.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $52,560.00 | Total | $0.00 | |
| 7 | Niki Auburn Mile, LP, Samex Properties, LLC, Sunray Property Investments | 8574 | Jo-Ann Stores, LLC | 3/28/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $105.75 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $52,151.96 | GUC | $0.00 | |
| | | | | | Total | $52,257.71 | Total | $0.00 | |
| 8 | Rosenthal & Rosenthal, Inc. | 18625 | Jo-Ann Stores, LLC | 6/5/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $1,883.60 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,883.60 | Total | $0.00 | |

Case 25-10068-CTG    Doc 2002-1    Filed 01/26/26    Page 3 of 3

JOANN Inc. Case No. 25-10068
Plan Administrator's Third Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 9 | Seven Corners Center LLC | 9727 | Jo-Ann Stores, LLC | 4/3/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$46,464.44<br>$0.00<br>$0.00<br>$0.00<br>$46,464.44 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 10 | Spring Branch Independent School District | 19666 | Jo-Ann Stores, LLC | 7/29/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $3,588.56<br>$250.00<br>$0.00<br>$0.00<br>$0.00<br>$3,588.56 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 11 | Taxing Districts Collected by Randall County | 98 | Jo-Ann Stores, LLC | 1/15/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$26,854.80<br>$0.00<br>$0.00<br>$0.00<br>$26,854.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 12 | Travis County c/o Jason A. Starks | 20348 | Jo-Ann Stores, LLC | 11/25/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$34,661.31<br>$0.00<br>$0.00<br>$0.00<br>$34,661.31 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 13 | XTRA Lease LLC | 18766 | Jo-Ann Stores, LLC | 6/16/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,355.61<br>$0.00<br>$0.00<br>$0.00<br>$268,363.94<br>$273,719.55 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$268,363.94<br>. | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |