**Schedule 2**

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Third Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim - Claim Nature | Current Claim - Claim Amount | Modified Claim - Claim Nature | Modified Claim - Claim Amount | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1 | American & Efird LLC | 8008 | Jo-Ann Stores, LLC | 4.2.2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$11,175.32<br>$236,292.34<br>$0.00<br>$1,719,515.20<br>$1,956,983.06 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,719,515.20<br>$1,719,515.20 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 2 | Big Y Foods, Inc. | 10570 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$4,515.46<br>$0.00<br>$0.00<br>$12,395.06<br>$16,910.52 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,058.00<br>$9,058.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 3 | Boone County Collector | 20483 | JOANN Inc. | 12/31/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$733.91<br>$0.00<br>$733.91 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$225,071.71<br>$225,071.71 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 4 | COL 1005 W. Columbia, LLC | 19532 | JOANN Inc. | 7/21/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>0..00<br>$0.00<br>$18,299.31<br>$11,589.95<br>$29,889.26 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,589.95<br>$11,589.95 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 5 | Colonia Limited Partnership | 19561 | JOANN Inc. | 7/10/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$651.11<br>$0.00<br>$0.00<br>$387,415.64<br>$388,066.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$387,415.64<br>$387,066.75 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 6 | Consolidated Fire Protection | 12468 | JOANN Inc. | 4/9/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$37,352.39<br>$0.00<br>$0.00<br>$706,073.51<br>$743,425.90 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$706,073.51<br>$706,073.51 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 7 | Container Management, Inc. | 10307 | Jo-Ann Stores, LLC | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$35,333.29<br>$0.00<br>$0.00<br>$167,888.24<br>$203,221.53 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$167,888.24<br>$167,888.24 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 8 | Elijah List Ministreies, Inc. | 18926 | Jo-Ann Stores, LLC | 6/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,857.40<br>$0.00<br>$0.00<br>$133,650.00<br>$142,507.40 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$133,650.00<br>$133,650.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

Case 25-10068-CTG    Doc 2002-2    Filed 01/26/26    Page 3 of 6

JOANN Inc. Case No. 25-10068
Plan Administrator's Third Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 9 | FW CA-Point Loma Plaza, LLC | 9150 | Jo-Ann Stores, LLC | 3/25/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$35.98<br>$0.00<br>$0.00<br>$470,137.04<br>$470,173.02 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$470,137.04<br>$470,137.04 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 10 | Grayson County | 19437 | Jo-Ann Stores, LLC | 7/17/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$21,402.32<br>$0.00<br>$0.00<br>$62,010.52<br>$83,412.84 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,010.52<br>$62,010.52 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 11 | Niki Auburn Mile, LP, Samex Properties, LLC, Sunray Property Investments | 8574 | Jo-Ann Stores, LLC | 3/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$105.75<br>$0.00<br>$0.00<br>$52,151.96<br>$52,257.71 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$52,151.96<br>$52,151.96 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 12 | Kim Hastie, Revenue Commissioner | 19760 | JOANN Inc. | 8/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,628.03<br>$0.00<br>$0.00<br>$0.10<br>$1,628.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.10<br>$0.10 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 13 | Marketplace West Partners, LLC | 19520 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$7,797.68<br>$0.00<br>$0.00<br>$338,942.72<br>$596.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$338,942.72<br>$338,942.72 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 14 | MCD-RC CA-EL Cerrito, LLC | 11988 | Jo-Ann Stores, LLC | 3/25/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$827.33<br>$0.00<br>$0.00<br>$1,292,801.82<br>$1,293,629.15 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,292,801.82<br>$1,292,801.82 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 15 | Missouri Department of Revenue | 20551 | Jo-Ann Stores, LLC | 1/13/2026 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$671.22<br>$104.23<br>$775.45 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$104.23<br>$104.23 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 16 | Montgomery Realty Group LLC | 19619 | Jo-Ann Stores, LLC | 7/24/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$29,990.88<br>$0.00<br>$0.00<br>$149,883.87<br>$179,874.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$149,883.87<br>$149,883.87 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

Case 25-10068-CTG    Doc 2002-2    Filed 01/26/26    Page 4 of 6

JOANN Inc. Case No. 25-10068
Plan Administrator's Third Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 17 | MP Northglenn Investors, LLC | 19568 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$100,285.81<br>$0.00<br>$0.00<br>$486,374.84<br>$586,660.65 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$486,374.84<br>$486,374.84 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 18 | North Point Centre, LLP | 10495 | JOANN Inc. | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$63,590.30<br>$0.00<br>$0.00<br>$200,053.94<br>$263,644.24 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$200,053.94<br>$200,053.94 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 19 | OH Waterville LLC | 19129 | JOANN Inc. | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$4,550.80<br>$0.00<br>$0.00<br>$267,324.08<br>$271,874.88 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$267,324.08<br>$267,324.08 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 20 | Pride Center Co., LLC | 19590 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$80,836.32<br>$0.00<br>$0.00<br>$631,544.57<br>$712,380.89 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$631,544.57<br>$631,544.57 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 21 | PRTC, LP | 19593 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$38,804.76<br>$0.00<br>$0.00<br>$1,777,730.13<br>$1,816,534.89 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,777,730.13<br>$1,777,730.13 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 22 | Realty Income Corporation | 19589 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$22,356.07<br>$0.00<br>$0.00<br>$428,497.68<br>$450,853.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$428,497.68<br>$428,497.68 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 23 | Renaissance Partners I, LLC | 18695 | Jo-Ann Stores, LLC | 6/17/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$7,583.73<br>$0.00<br>$0.00<br>$174,722.80<br>$182,306.53 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$174,722.80<br>$174,722.80 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 24 | Richmond Station LLC | 18899 | Jo-Ann Stores, LLC | 6/24/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$24,647.32<br>$0.00<br>$0.00<br>$343,963.67<br>$368,610.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$343,963.67<br>$343,963.67 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

Case 25-10068-CTG    Doc 2002-2    Filed 01/26/26    Page 5 of 6

JOANN Inc. Case No. 25-10068
Plan Administrator's Third Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 25 | Roth Bros., Inc. (A Sodexo Company) | 7847 | Jo-Ann Stores, LLC | 3/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$47,781.17<br>$0.00<br>$0.00<br>$86,362.01<br>$134,143.18 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$86,362.01<br>$86,362.01 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 26 | Sakar International, Inc. | 9548 | Jo-Ann Stores, LLC | 3/31/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$5,280.00<br>$0.00<br>$0.00<br>$15,086.88<br>$20,366.88 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,086.88<br>$15,086.88 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 27 | Santa Susana GRF2, LLC | 19533 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$43,652.67<br>$0.00<br>$0.00<br>$313,698.02<br>$357,350.69 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$313,698.02<br>$313,698.02 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 28 | SanTan MP, LP | 19400 | Jo-Ann Stores, LLC | 7/18/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$28,862.30<br>$0.00<br>$0.00<br>$846,182.51<br>$687,217.15 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$846,182.51<br>$846,182.51 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 29 | Spirit BD Reading PA, LLC | 19750 | Jo-Ann Stores, LLC | 7/31/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$54,795.23<br>$0.00<br>$0.00<br>$720,621.56<br>$775,416.79 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$720,621.56<br>$720,621.56 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 30 | Spirit Master Funding IV, LLC | 19544 | Jo-Ann Stores, LLC | 7/22/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$6,934.18<br>$0.00<br>$0.00<br>$833,721.29<br>$840,655.47 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$833,721.29<br>$833,721.29 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 31 | Spirit SPE Loan Portfolio 2013-3, LLC | 19578 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$68,140.34<br>$0.00<br>$0.00<br>$953,853.39<br>$1,021,993.73 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$953,853.39<br>$953,853.39 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 32 | Sugarland Plaza LP | 19547 | Jo-Ann Stores, LLC | 7/22/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$17,901.32<br>$0.00<br>$0.00<br>$619,035.01<br>$636,936.33 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$619,035.01<br>$619,035.01 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |

JOANN Inc. Case No. 25-10068
Plan Administrator's Third Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 33 | Sunbeam Development Corporation | 19092 | Jo-Ann Stores, LLC | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,649.43<br>$0.00<br>$0.00<br>$58,958.49<br>$60,607.92 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$58,958.49<br>$58,958.49 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 34 | The Shoppes, LP | 19087 | Jo-Ann Stores, LLC | 6/24/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$17,290.85<br>$0.00<br>$0.00<br>$464,620.89<br>$481,911.74 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$464,620.89<br>$464,620.89 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 35 | University Hills Plaza LLC | 19441 | JOANN Inc. | 7/22/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$32,676.50<br>$0.00<br>$0.00<br>$668,325.00<br>$701,001.50 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$668,325.00<br>$668,325.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 36 | Vereit Real Estate, L.P. | 19592 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$30,778.52<br>$0.00<br>$0.00<br>$514,192.84<br>$544,971.36 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$514,192.84<br>$514,192.84 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 37 | Westford Valley Marketplace, Inc. | 19543 | Jo-Ann Stores, LLC | 7/21/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$2,201.66<br>$0.00<br>$0.00<br>$242,071.98<br>$18,319.22 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$242,071.98<br>$242,071.98 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 38 | Williamsburg Developers, LLC | 20274 | Jo-Ann Stores, LLC | 11/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$262.81<br>$0.00<br>$0.00<br>$224,432.32<br>$224,695.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$224,432.32<br>$224,432.32 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 39 | WPI-Grand Plaza San Marcos, LLC and UAP-Grand Plaza, LLC | 19478 | Jo-Ann Stores, LLC | 7/18/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$16,744.86<br>$0.00<br>$671.22<br>$1,212,470.83<br>$1,229,215.69 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,212,470.83<br>$1,212,470.83 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 40 | XTRA Lease LLC | 18766 | Jo-Ann Stores, LLC | 6/16/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,355.61<br>$0.00<br>$0.00<br>$0.00<br>$268,363.94<br>$273,719.55 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$268,363.94<br>$268,363.94 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |