## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1543** |

### NOTICE OF WITHDRAWAL OF DOCKET NUMBER 1543

**PLEASE TAKE NOTICE** that the *Motion of Konica Minolta Business Solutions U.S.A., Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)* [D.I. 1543] is hereby withdrawn.

Dated:  January 26, 2026

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
**FBT GIBBONS LLP**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Telephone: (302) 518-6300
E-mail: kearle@fbtgibbons.com

*Counsel for Konica Minolta Business Solutions U.S.A., Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.