# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned counsel to Ann Aber, in her capacity as Plan Administrator in the above-captioned cases (the "Plan Administrator"), hereby certifies the following:

1. Counsel for the Plan Administrator, through communication with the Chambers of The Honorable Craig T. Goldblatt, received an omnibus hearing date.

2. Attached hereto as **Exhibit A** is a proposed Order Scheduling Omnibus Hearing Date (the "Proposed Order") that states with specificity the date and time of the omnibus hearing scheduled, subject to Court approval.

3. The Plan Administrator respectfully requests that the Proposed Order be entered at the earliest convenience of the Court.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: January 27, 2026  
Wilmington, Delaware

                                            */s/ Michael E. Fitzpatrick*  
                                            **COLE SCHOTZ P.C.**  
                                            Patrick J. Reilley (No. 4451)  
                                            Stacy L. Newman (No. 5044)  
                                            Jack M. Dougherty (No. 6784)  
                                            Michael E. Fitzpatrick (No. 6797)  
                                            500 Delaware Avenue, Suite 600  
                                            Wilmington, Delaware 19801  
                                            Telephone:   (302) 652-3131  
                                            Facsimile:    (302) 652-3117  
                                            Email:        preilley@coleschotz.com  
                                                          snewman@coleschotz.com  
                                                          jdougherty@coleschotz.com  
                                                          mfitzpatrick@coleschotz.com

                                            - and -

                                            **HAHN LOESER & PARKS LLP**  
                                            Christopher B. Wick (admitted *pro hac vice*)  
                                            Philip K. Stovall (admitted *pro hac vice*)  
                                            200 Public Square, Suite 2800  
                                            Cleveland, Ohio 44114  
                                            Telephone:   (216) 274-2489  
                                            Facsimile:    (216) 241-2824  
                                            Email:        cwick@hahnlaw.com  
                                                          pstovall@hahnlaw.com

                                            *Co-Counsel to the Plan Administrator*