**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
|     Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket No. 1950** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING PLAN
ADMINISTRATOR'S FIRST MOTION FOR ENTRY OF AN ORDER
EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIMS**

Ann Aber, solely in her capacity as Plan Administrator[2] in the above-captioned case, hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Plan Administrator's First Motion for Entry of an Order Extending the Time to File Objections to Claims* [Docket No. 1950] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 9, 2026. Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Motion (the "Proposed Order"). Pursuant to the Notice of Motion, objections or responses to the Motion were to be filed and served on the undersigned counsel by January 23, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). The undersigned further certifies that the Objection Deadline has passed, the Court's docket has been reviewed in this case, and no answer, objection, or other responsive pleading to the Motion appears thereon. It is hereby respectfully

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  January 27, 2026
Wilmington, Delaware

                                              */s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:   preilley@coleschotz.com
           snewman@coleschotz.com
           jdougherty@coleschotz.com
           mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:   cwick@hahnlaw.com
           pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*