# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**JOANN INC.,** *et al.*,<br><br>                Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 25-10068 (CTG)**<br>)<br>)<br>) **Docket Nos. 1545**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF ORACLE AMERICA, INC.'S REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES

PLEASE TAKE NOTICE that Oracle America, Inc., hereby withdraws, as satisfied, its *Request for Allowance and Payment of Chapter 11 Administrative* Expenses filed on or about August 6, 2025 at docket entry 1545.

Dated: January 27, 2026
       Wilmington, Delaware

**MARGOLIS EDELSTEIN**

By:       /s/ James E. Huggett
     James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 888-1112
E-mail: jhuggett@margolisedelstein.com

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM P.C.**
23 Green Street, Suite 302
Huntington, New York 11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Shawn M. Christianson, Esq.
Valerie Bantner Peo, Esq.
**BUCHALTER, A Professional Corporation**
A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105
Telephone: (415) 227-0900
E-mail: vbantnerppeo@buchalter.com

Peggy Bruggman, Esq.
Alice Miller, Esq.
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City CA  94065
Telephone: (650) 506-5200

**Attorneys for Oracle**