## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN, Inc., | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtor.[1] | ) |

## NOTICE OF WITHDRAWAL AND
## SUBSTITION OF COUNSEL WITHIN THE SAME FIRM

PLEASE TAKE NOTICE that Steven L. Walsh, Esquire, of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") hereby withdraws his appearance as co-counsel to the JOANN Liquidating Trust (the "GUC Trust"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC Trustee") in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Melissa A. Sobrepera, Esquire, of Benesch hereby enters and substitutes her appearance as counsel for the GUC Trust in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Jennifer R. Hoover, Esquire, of Benesch shall remain as counsel for the GUC Trust in the above-captioned case.

[*Signature block on following page.*]

---

[1] The Post-Effective Date Debtor in this chapter 11 case is JOANN Inc.

28176327

Dated: January 27, 2026

| | |
|---|---|
| **BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP** | **BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP** |
| /s/ *Steven L. Walsh*<br>Steven L. Walsh (DE No. 6499)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: swalsh@beneschlaw.com | /s/ *Melissa A. Sobrepera*<br>Melissa A. Sobrepera (DE No. 7665)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: msobrepera@beneschlaw.com |
| *Withdrawing Co-Counsel for the GUC Trust* | *Substituting Co-Counsel for the GUC Trust* |

## **CERTIFICATE OF SERVICE**

I, Melissa A. Sobrepera, Esq., hereby certify that the foregoing was filed and served on January 27, 2026, via CM/ECF on all parties registered to receive notice in this case.

    */s/ Melissa A. Sobrepera*
Melissa A. Sobrepera (DE No. 7665)