**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | **Re: Docket No. 2004** |

**NOTICE OF FILING OF CORRECTED SCHEDULE 1 TO THE
PROPOSED ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-THIRD
(NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS
(Late Filed Administrative Claims)**

**\*\*\*THE CLAIMANT RECEIVING THIS NOTICE
SHOULD LOCATE THEIR NAME AND CLAIM IN SCHEDULE 1\*\*\***

**PLEASE TAKE NOTICE** that on January 26, 2026, Ann Aber, solely in her capacity as the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, filed the *Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims)* [Docket No. 2004] (the "Objection").[2] A copy of the Objection was also served upon you.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Objection was the *Order Sustaining Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims)* (the "Proposed Order"). The Proposed Order attached as Schedule 1 the Late Filed Administrative Claims that the Plan Administrator seeks to disallow and expunge as set forth in the Objection. Schedule 1 attached to the Proposed Order (the "Original Schedule") inadvertently listed an incorrect claim number for a claim listed on the Original Schedule.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a corrected schedule (the "Corrected Schedule") to correct the incorrect claim number included in the Original Schedule. The Corrected Schedule is attached hereto as **Exhibit A** and should replace in its entirety the Original Schedule attached to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that a redline of the Corrected Schedule against the Original Schedule filed with the Objection is attached hereto as **Exhibit B**. The redline identifies in red text the incorrect claim number and in green text the corrected claim number. The

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Plan Administrator reserves the right to amend, revise or modify the Corrected Schedule, as necessary.

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 17, 2026 at 4:00 p.m. (ET) (the "Response Deadline")**. At the same time, you must serve a copy of the response upon the undersigned counsel so as to be received on or before the Response Deadline.

      **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Omnibus Objection will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **February 25, 2026 at 10:00 a.m. (ET) (the "Hearing")**.

Dated: January 27, 2026
Wilmington, Delaware

    */s/ Michael E. Fitzpatrick*
    **COLE SCHOTZ P.C.**
    Patrick J. Reilley (No. 4451)
    Stacy L. Newman (No. 5044)
    Jack M. Dougherty (No. 6784)
    Michael E. Fitzpatrick (No. 6797)
    500 Delaware Avenue, Suite 600
    Wilmington, Delaware 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    Email: preilley@coleschotz.com
           snewman@coleschotz.com
           jdougherty@coleschotz.com
           mfitzpatrick@coleschotz.com

    - and -

    **HAHN LOESER & PARKS LLP**
    Christopher B. Wick (admitted *pro hac vice*)
    Philip K. Stovall (admitted *pro hac vice*)
    200 Public Square, Suite 2800
    Cleveland, Ohio 44114
    Telephone: (216) 274-2489
    Facsimile: (216) 241-2824
    Email: cwick@hahnlaw.com
           pstovall@hahnlaw.com

    *Co-Counsel to the Plan Administrator*